AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of New York

VALENTINO DIXON

*Plaintiff(s)*

v.    Civil Action No. 19-cv-01678

CITY OF BUFFALO et al.

*Defendant(s)*

## SUMMONS IN A CIVIL

To: *(Defendant's name and address)* County of Erie
Edward A. Rath County Office Build
95 Franklin Street
Buffalo, New York 14202

AMY McCABE
ASSISTANT COUNTY ATTORNEY
TEL 716-858-2237
FAX 716-858-2281
E-MAIL Amy.McCabe@erie.gov
95 FRANKLIN STREET
ROOM 1634
BUFFALO, NY 14202

COUNTY OF ERIE
DEPARTMENT OF LAW

on ___ day of ___, 20__
from ___ the ___ at 1:59 a.m./p.m.
Assistant County Attorney

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not c[ounting the day you received it] — or 60 days if you are the United States or a United States agency, or an officer or emp[loyee...] ed in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to th[e complaint...] under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be [served on the plainti]ff's attorney, whose name and address are:

Nick Brustin
NEUFELD SCHECK & BRUSTIN LLP
99 Hudston Street, 8th Floor
New York, NY 10013

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/23/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-01678

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **County of Erie**
was received by me on *(date)* **December 23, 2019**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Amy McCabe - Assistant County Attorney**, who is
designated by law to accept service of process on behalf of *(name of organization)* **County of Erie**
_____ on *(date)* **December 27, 2019** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **December 27, 2019**

*Server's signature*

**Michael Hadden - Process Server**
*Printed name and title*

350 Main Street - Suite 2150
Buffalo, NY 14202
*Server's address*

Additional information regarding attempted service, etc:

Service made at 1:39pm on 12/27/19 at Edward A Rath County Office Building, 16th Floor Legal Department

Print    Save As...    Reset