UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

VALENTINO DIXON,

        Plaintiff,

-vs-

CITY OF BUFFALO and COUNTY OF ERIE; and DETECTIVE MARK R. STAMBACH, DETECTIVE RANIERO MASECCHIA, DETECTIVE JAMES P. LONERGAN, DETECTIVE JOHN VICKERD; CHIEF RICHARD T. DONOVAN, JOHN DOES, Unknown Buffalo Police Department Supervisors, and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER BELLING, in their individual capacities,

        Defendants.
_____

Civil Action No.:
19-cv-01678

## **STIPULATION**

    The parties hereto, by and through their undersigned attorneys, hereby agree and stipulate that Defendants COUNTY OF ERIE and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER BELLING shall have up to and including March 16, 2020 to answer or otherwise respond to Plaintiff VALENTINO DIXON'S initial complaint.

Dated: January 17, 2020    By:    *s/Jennifer Persico*
                                            Jennifer C. Persico
                                            *jpersico@lippes.com*

                                            *Attorneys for Defendants*
                                            COUNTY OF ERIE,
                                            ASSISTANT DISTRICT ATTORNEY
                                            CHRISTOPHER BELLING

Dated: January 17, 2020  By: <u>*/s/ Anna Benvenutti Hoffman*</u>
Anna Benvenutti Hoffman
*anna@nsbcivilrights.com*

*Attorneys for Plaintiff*
VALENTINO DIXON