UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

VALENTINO DIXON,

        Plaintiff,

-vs-

CITY OF BUFFALO and COUNTY OF ERIE; and DETECTIVE MARK R. STAMBACH, DETECTIVE RANIERO MASECCHIA, DETECTIVE JAMES P. LONERGAN, DETECTIVE JOHN VICKERD; CHIEF RICHARD T. DONOVAN, JOHN DOES, Unknown Buffalo Police Department Supervisors, and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER BELLING, in their individual capacities,

        Defendants.
_____

**NOTICE OF APPEARANCE**

Civil Action No.:
19-cv-01678

**PLEASE TAKE NOTICE** that Jennifer C. Persico, Esq., of Lippes Mathias Wexler Friedman, LLP, hereby appears as co-counsel in this action on behalf of the Defendants County of Erie and Christopher Belling and hereby requests that future service of all papers and notices of all proceedings in said action be served upon the undersigned.

Dated: January 17, 2020
       Buffalo, New York

                      Respectfully submitted,

                      **LIPPES MATHIAS WEXLER FRIEDMAN LLP**

      By:     /s/  Jennifer C. Persico
                Jennifer C. Persico
                *Attorneys for Defendants, County of Erie and Assistant District Attorney Christopher Belling in his individual capacity*

                                                          50 Fountain Plaza, Suite 1700
                                                          Buffalo, New York 14202
                                                          (716) 853-5100
                                                          jblenk@lippes.com

TO:     Anna Benvenutti Hoffman
           **NEUFELD SCHECK & BRUSTIN LLP**
           *Attorneys for Plaintiff*
           *Valentino Dixon*
           99 Hudson Street, Eighth Floor
           New York, New York 10013
           (212) 965-9081
           anna@nsbcivilrights.com

TO:     Maeve Huggins
           **CITY OF BUFFALO**
           *Attorneys for Defendants City of Buffalo, Detective Mark R. Stambach, Detective Raniero Masecchia, Detective James P. Lonergan, Detective John Vickerd; Chief Richard T. Donovan, John Does, and Unknown Buffalo Police Department Supervisors*
           65 Niagara Square, Room 1111
           Buffalo, New York 14202
           (716) 851-4317
           mhuggins@city-buffalo.com