UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| VALENTINO DIXON,<br><br>    Plaintiff,<br><br>-vs-<br><br>CITY OF BUFFALO and COUNTY OF ERIE; and DETECTIVE MARK R. STAMBACH, DETECTIVE RANIERO MASECCHIA, DETECTIVE JAMES P. LONERGAN, DETECTIVE JOHN VICKERD; CHIEF RICHARD T. DONOVAN, JOHN DOES, Unknown Buffalo Police Department Supervisors, and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER BELLING, in their individual capacities,<br><br>    Defendants. | **NOTICE OF<br>APPEARANCE**<br><br>Civil Action No.:<br>19-cv-01678 |

_____

**PLEASE TAKE NOTICE** that Jennifer C. Persico, Esq., of Lippes Mathias Wexler Friedman, LLP, hereby appears as co-counsel in this action on behalf of the Defendants County of Erie and Christopher Belling and hereby requests that future service of all papers and notices of all proceedings in said action be served upon the undersigned.

Dated: January 17, 2020
   Buffalo, New York

             Respectfully submitted,

             **LIPPES MATHIAS WEXLER FRIEDMAN LLP**

     By:  */s/ Jennifer C. Persico*
         Jennifer C. Persico
         *Attorneys for Defendants, County of Erie and Assistant District Attorney Christopher Belling in his individual capacity*

50 Fountain Plaza, Suite 1700  
Buffalo, New York 14202  
(716) 853-5100  
jblenk@lippes.com

TO: Anna Benvenutti Hoffman
**NEUFELD SCHECK & BRUSTIN LLP**
*Attorneys for Plaintiff*
*Valentino Dixon*
99 Hudson Street, Eighth Floor
New York, New York 10013
(212) 965-9081
anna@nsbcivilrights.com

TO: Maeve Huggins
**CITY OF BUFFALO**
*Attorneys for Defendants City of Buffalo, Detective Mark R. Stambach, Detective Raniero Masecchia, Detective James P. Lonergan, Detective John Vickerd; Chief Richard T. Donovan, John Does, and Unknown Buffalo Police Department Supervisors*
65 Niagara Square, Room 1111
Buffalo, New York 14202
(716) 851-4317
mhuggins@city-buffalo.com