UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

VALENTINO DIXON,

           Plaintiff,

-vs-

CITY OF BUFFALO and COUNTY OF ERIE; and DETECTIVE MARK R. STAMBACH, DETECTIVE RANIERO MASECCHIA, DETECTIVE JAMES P. LONERGAN, DETECTIVE JOHN VICKERD; CHIEF RICHARD T. DONOVAN, JOHN DOES, Unknown Buffalo Police Department Supervisors, and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER BELLING, in their individual capacities,

           Defendants.
_____

**NOTICE OF APPEARANCE**

Civil Action No.:
19-cv-01678

        **PLEASE TAKE NOTICE** that James P. Blenk, Esq., of Lippes Mathias Wexler Friedman LLP, hereby appears as co-counsel in this action on behalf of the Defendants County of Erie and Christopher Belling and hereby requests that future service of all papers and notices of all proceedings in said action be served upon the undersigned.

Dated: January 21, 2020
       Buffalo, New York

                                Respectfully submitted,

                            **LIPPES MATHIAS WEXLER FRIEDMAN LLP**

By:    */s/   James P. Blenk*
        James P. Blenk, Esq.
        *Attorneys for Defendants*
        *County of Erie and Assistant District Attorney*
        *Christopher Belling in his individual capacity*
        50 Fountain Plaza, Suite 1700
        Buffalo, New York 14202
        (716) 853-5100
        jblenk@lippes.com

TO:    Nick Joel Brustin, Esq.
        Anna Benvenutti Hoffmann, Esq.
        **NEUFELD SCHECK & BRUSTIN LLP**
        *Attorneys for Plaintiff*
        *Valentino Dixon*
        99 Hudson Street, Eighth Floor
        New York, New York 10013
        (212) 965-9081
        nick@nsbcivilrights.com
        anna@nsbcivilrights.com

        Maeve E. Huggins, Esq.
        **CITY OF BUFFALO**
        *Attorneys for Defendants City of Buffalo,*
        *Detective Mark R. Stambach, Detective Raniero Masecchia,*
        *Detective James P. Lonergan, Detective John Vickerd,*
        *Chief Richard T. Donovan, John Does, and*
        *Unknown Buffalo Police Department Supervisors*
        65 Niagara Square, Room 1111
        Buffalo, New York 14202
        (716) 851-4317
        mhuggins@city-buffalo.com