UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

VALENTINO DIXON,

                Plaintiff,

-vs-

CITY OF BUFFALO and COUNTY OF ERIE; and
DETECTIVE MARK R. STAMBACH, DETECTIVE
RANIERO MASECCHIA, DETECTIVE JAMES P.
LONERGAN, DETECTIVE JOHN VICKERD; CHIEF
RICHARD T. DONOVAN, JOHN DOES, Unknown Buffalo
Police Department Supervisors, and ASSISTANT
DISTRICT ATTORNEY CHRISTOPHER BELLING, in
their individual capacities,

                Defendants.
_____

**NOTICE OF**
**APPEARANCE**

Civil Action No.:
19-cv-01678

       **PLEASE TAKE NOTICE** that Eric M. Soehnlein, Esq., of Lippes Mathias Wexler

Friedman LLP, hereby appears as co-counsel in this action on behalf of the Defendants County of

Erie and Christopher Belling and hereby requests that future service of all papers and notices of

all proceedings in said action be served upon the undersigned.

Dated: January 21, 2020
      Buffalo, New York

                       Respectfully submitted,

                       **LIPPES MATHIAS WEXLER FRIEDMAN LLP**

           By:    */s/ Eric M. Soehnlein*_____
                  Eric M. Soehnlein, Esq.
                  *Attorneys for Defendants*
                  *County of Erie and Assistant District Attorney*
                  *Christopher Belling in his individual capacity*
                  50 Fountain Plaza, Suite 1700
                  Buffalo, New York 14202
                  (716) 853-5100
                  esoehnlein@lippes.com

TO:    Nick Joel Brustin, Esq.
Anna Benvenutti Hoffmann, Esq.
**NEUFELD SCHECK & BRUSTIN LLP**
*Attorneys for Plaintiff*
*Valentino Dixon*
99 Hudson Street, Eighth Floor
New York, New York 10013
(212) 965-9081
nick@nsbcivilrights.com
anna@nsbcivilrights.com

Maeve E. Huggins, Esq.
**CITY OF BUFFALO**
*Attorneys for Defendants City of Buffalo,*
*Detective Mark R. Stambach, Detective Raniero Masecchia,*
*Detective James P. Lonergan, Detective John Vickerd,*
*Chief Richard T. Donovan, John Does, and*
*Unknown Buffalo Police Department Supervisors*
65 Niagara Square, Room 1111
Buffalo, New York 14202
(716) 851-4317
mhuggins@city-buffalo.com