Case 1:19-cv-01678-WMS    Document 3-5    Filed 12/23/19    Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  19-cv-01678

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Raniero Masecchia

was received by me on *(date)*   1/17/2020          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  I served the summons on Mr. Masecchia
through counsel on consent under FRCP 4, on
Jan. 17, 2020.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0     .

I declare under penalty of perjury that this information is true.

Date:  1/24/2020

_____
Server's signature

Mary McCarthy, attorney
Printed name and title

99 Hudson St, 8th Fl. NY, NY 10013
Server's address

Additional information regarding attempted service, etc: