AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-01678

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Mark Stambach**
was received by me on *(date)* **1/24/2020**.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **I served the summons on Mr. Stambach through counsel on consent under FRCP 4 on Jan. 24, 2020.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0**.

I declare under penalty of perjury that this information is true.

Date: **1/24/20**

*Server's signature*

**Mary McCarthy, attorney**
*Printed name and title*

**99 Hudson St, 8th Fl. NY, NY 10013**
*Server's address*

Additional information regarding attempted service, etc: