IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>CITY OF BUFFALO and COUNTY OF ERIE; and DETECTIVE MARK R. STAMBACH, DETECTIVE RANIERO MASECCHIA, DETECTIVE JAMES P. LONERGAN, DETECTIVE JOHN VICKERD, CHIEF RICHARD T. DONOVAN, JOHN DOES, Unknown Buffalo Police Department Supervisors, and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER BELLING, in their individual capacities,<br><br>　　Defendants. | CIVIL ACTION NO: 19-CV-01678<br><br>**NOTICE OF UNOPPOSED MOTION TO APPEAR** ***PRO HAC VICE*** |

**PLEASE TAKE NOTICE** that upon the affidavit of Nick Brustin; the petition and affidavit of Avinash Nitin Samarth; and upon all the prior pleadings and proceedings herein, Plaintiff will move this Court, at a date and time to be determined by the Court, pursuant to Rule 83.1 of the Local Rules of Civil Procedure for the United States District of the Western District of New York, for an order admitting Avinash Nitin Samarth *pro hac vice* to represent Plaintiff in all proceedings in this action.

DATED: January 27, 2020
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　NEUFELD SCHECK & BRUSTIN LLP

　　　　　　　　　　　　　　　　　　　　　By:　　/s/ Nick Brustin_____

　　　　　　　　　　　　　　　　　　　　　Nick Brustin, NY Bar #2844405

1

Neufeld Scheck & Brustin, LLP
99 Hudson St. 8th Floor
New York, NY 10013
Phone: 212-965-9081
Fax: 212-965-9084

*Counsel for Valentino Dixon*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF BUFFALO and COUNTY OF ERIE; and DETECTIVE MARK R. STAMBACH, DETECTIVE RANIERO MASECCHIA, DETECTIVE JAMES P. LONERGAN, DETECTIVE JOHN VICKERD, CHIEF RICHARD T. DONOVAN, JOHN DOES, Unknown Buffalo Police Department Supervisors, and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER BELLING, in their individual capacities,<br><br>    Defendants. | CIVIL ACTION NO: 19-CV-01678<br><br>**UNOPPOSED MOTION TO APPEAR PRO HAC VICE** |

    The undersigned attorney for plaintiff Valentino Dixon moves this Court for an Order admitting Avinash Nitin Samarth *pro hac vice* to appear and participate before the Court in this matter.

    Submitted with this motion are an Admission Sponsor Affidavit, Admission Petition Form, Attorney's Oath, Civility Principles and Guidelines Oath, Attorney Database Information Form, Electronic Case Filing System Registration Form, and a proposed order.

    Opposing counsel have consented to this motion.

DATED: January 27, 2020
        New York, NY                                              NEUFELD SCHECK & BRUSTIN LLP

                                                                                     By:   /s/ Nick Brustin_____

1

2

                      Nick Brustin, NY Bar #2844405
                      Neufeld Scheck & Brustin, LLP
                      99 Hudson St. 8th Floor
                      New York, NY 10013
                      Phone: 212-965-9081
                      Fax: 212-965-9084

*Counsel for Valentino Dixon*

## **CERTIFICATE OF SERVICE**

     I, Nick Brustin, hereby certify that on January 27, 2020, I filed the foregoing Notice of Motion and Motion using the Court's CM/ECF filing system, which effects service on all counsel of record.

                                                                   /s/ Nick Brustin  
                                                                   Nick Brustin