UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

**Avinash Samarth**
_(Name)_
TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING
AFFIDAVIT

STATE OF NEW YORK )
                  ) ss:
COUNTY OF **New York**

**Nick Brustin, Esq.**, being duly sworn deposes and says:

1. I reside at: **509 Pacific St, Brooklyn, NY 11217**

and maintain an office for the practice of law at: **Neufeld Scheck & Brustin, LLP 99 Hudson Street, 8th Floor, New York, NY 10013**

2. I am an attorney at law, admitted to practice in the **WDNY, EDNY, SDNY, MIED, DNJ, US Court of Appeals for the Second Circuit, Sixth Circuit, and Tenth Circuit**, I was admitted to practice in the United States District Court for the Western District of New York on the **27** day of **November**, **2012**.

3. I have known the petitioner since **September 30, 2019** and under the following circumstances: **He is an attorney at my firm and we practice together.**

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: **He is of good moral character and is a member in good standing of the NY Bar. He is not under suspension or disbarment nor has he been disciplined by any court. He is fit for admission to practice in this court.**

_Signature of Sponsoring Attorney_

Sworn to before me this 10TH day of January, 2020

_Bettina Roberts_
Notary Public

BETTINA ROBERTS
NOTARY PUBLIC-STATE OF NEW YORK
No. 02RO6353075
Qualified In New York County
My Commission Expires 01-17-2021