UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

## ATTORNEY'S OATH

STATE OF  NEW YORK          )
                            ) SS:
NEW YORK        COUNTY      )

I, Avinash Nitin Samarth  of  New York, New York
                                City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and accordingly to law; and I will support the Constitution of the United States. So help me God.

_____
Signature of Attorney

Subscribed and sworn to before me this  3rd
day of  January , 2020 .

_____
Notary Public

New York, New York

AMELIA GREEN
Notary Public, State of New York
Reg. No. 02GR6355373
Qualified in Kings County
Commission Expires March 6, 2021

Rev. 2/2000