# UNITED STATES DISTRICT COURT
## Western District of New York

### ELECTRONIC CASE FILING SYSTEM REGISTRATION FORM

This form shall be used to register for an account on the Courts' Case Management/Electronic Files (CM/ECF) system. Registered attorneys will have privileges to electronically submit and to view the electronic docket sheets and documents. By registering, attorneys consent to receiving electronic notice of filings through the system. The following information is required for registration:

### PLEASE TYPE

First/Middle/Last Name: __Avinash Nitin Samarth__

Firm Name: __Neufeld Scheck & Brustin, LLP__

Firm Address: __99 Hudson Street, 8th Floor, New York, NY 10013__

Voice Phone Number: __212-965-9081__   FAX Number: __212-965-9084__

Internet E-Mail Address: __avinash@nsbcivilrights.com__

Additional E-Mail Address: __ariel@nsbcivilrights.com__

Does your E-Mail Software support HTML messages?  Yes __✓__   No ____

Attorneys seeking to file documents electronically must be admitted to practice in the
United States District Court for the Western District of New York

Date admitted to practice in this Court: _____

If admitted pro hac vice:

   Date motion for pro hac vice granted: _____ in case number: _____

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system. The combination of user id and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised.

_____          __1/3/2020__
Signature of Registrant                  Date