### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF BUFFALO and COUNTY OF ERIE; and DETECTIVE MARK R. STAMBACH, DETECTIVE RANIERO MASECCHIA, DETECTIVE JAMES P. LONERGAN, DETECTIVE JOHN VICKERD, CHIEF RICHARD T. DONOVAN, JOHN DOES, Unknown Buffalo Police Department Supervisors, and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER BELLING, in their individual capacities,<br><br>    Defendants. | CIVIL ACTION NO: 19-CV-01678<br><br>**ORDER ADMITTING COUNSEL**<br>***PRO HAC VICE*** |

    This matter having been submitted to the Court upon the application of Nick Brustin of Neufeld Scheck & Brustin LLP for an Order admitting Avinash Nitin Samarth to practice *pro hac vice*, and the Court having considered the petition filed in support of the pending motion, and for good cause shown;

    It is hereby ORDERED that Avinash Nitin Samarth is permitted to practice in this case, *pro hac vice*, as counsel for plaintiff Valentino Dixon.

SO ORDERED.

DATED: _____, 2020

                                                                              _____
                                                                                 United States District Judge