UNITED STATES DISTRICT COURT WESTERN
DISTRICT OF NEW YORK

---

VALENTINO DIXON,

                      Plaintiff,

   v.

CITY OF BUFFALO, ET AL,

                      Defendant.

**STIPULATION
SELECTION OF MEDIATOR**

19-cv-1678

---

IT HEREBY IS STIPULATED AND AGREED, by and between counsel for all parties to this action, that Michael Menard, Esq. has been selected, contacted and has agreed to serve as Mediator for this action.

IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that the initial mediation session will be held on May 13, 2020 at 10:00 a.m., via telephone;

IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

Dated: March 11, 2020

_/s/_

Anna Benvenutti Hoffmann, Esq.
**NEUFELD SCHECK & BRUSTIN LLP**
*Attorneys for Plaintiff
Valentino Dixon*
99 Hudson Street, Eighth Floor
New York, New York 10013
(212) 965-9081
anna@nsbcivilrights.com

_/s/_

Jennifer C. Persico, Esq.
**LIPPES MATHIAS WEXLER FRIEDMAN LLP**
*Attorneys for Defendants, County of Erie and
Assistant District Attorney Christopher Belling
in his individual capacity*
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
(716) 853-5100
jpersico@lippes.com

_(signature)_

Maeve E. Huggins, Esq.
**CITY OF BUFFALO**
*Attorneys for Defendants City of Buffalo,
Detective Mark R. Stambach, Detective
Raniero Masecchia, Detective James
P. Lonergan, Detective John Vickerd;
Chief Richard T. Donovan, John Does,
and Unknown Buffalo Police
Department Supervisors*
65 Niagara Square, Room 1111
Buffalo, New York 14202
(716) 851-4317
mhuggins@city-buffalo.com