UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

VALENTINO DIXON

            Plaintiff,

vs.

CITY OF BUFFALO, and COUNTY OF ERIE;
and DETECTIVE MARK R. STAMBACH,
DETECTIVE RANIERO MASECCHIA,
DETECTIVE JAMES P. LONERGAN,
DETECTIVE JOHN VICKER,
CHIEF RICHARD T. DONOVAN, JOHN DOES,
Unknown Buffalo Police Department Supervisions,
and ASSISTANT DISTRICT ATTORNEY
CHRISTOPHER BELLING, in their individual capacities,

            Defendants.

**ANSWER TO CROSS-CLAIM**

19-CV-01678

**JURY TRIAL DEMANDED**

Defendants, CITY OF BUFFALO, DETECTIVE MARK R. STAMBACH, DETECTIVE RANIERO MASECCHIA, DETECTIVE JAMES P. LONERGAN, DETECTIVE JOHN VICKERD, CHIEF RICHARD T. DONOVAN, JOHN DOES, Unknown Buffalo Police Department Supervisors (collectively hereinafter "City Defendants"), by their attorney, Maeve E. Huggins, Esq., Assistant Corporation Counsel, *of counsel* to Corporation Counsel, Timothy A. Ball, Esq., as and for their Answer to Co-Defendants, COUNTY OF ERIE and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER BELLING's Cross-Claim ("Cross-Claim"), allege as follows:

**AS AND FOR A CROSS-CLAIM AGAINST CO-DEFENDANTS CITY OF BUFFALO, DETECTIVE MARK R. STAMBACH, DETECTIVE RANIERO MASECCHIA, DETECTIVE JAMES P. LONERGAN, DETECTIVE JOHN VICKER, CHIEF RICHARD T. DONOVAN AND JOHN DOES, UNKNOWN BUFFALO POLICE DEPARTMENT SUPERVISORS**

1. To the extent a response is required, the City Defendants deny the allegations contained in paragraphs 40 and 41 of the Co-Defendants, COUNTY OF ERIE and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER BELLING's Cross-Claim as against the City Defendants, deny any wrongful conduct by the City Defendants, and respectfully refer all determinations of law to the Court.

## GENERAL DENIAL

The City Defendants deny each and every other allegation of the Cross-Claim not specifically admitted, denied or otherwise controverted herein.

## AFFIRMATIVE DEFENSES

### AS AND FOR A FIRST DEFENSE:

Upon information and belief, the Co-Defendants, COUNTY OF ERIE and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER BELLING's Cross-Claim is barred, in whole or in part, upon the defenses set forth in the City Defendants' Answer to Plaintiff's Complaint which are incorporated herein, as if fully set forth and realleged. (*See* Docket No. 20.)

### AS AND FOR A SECOND DEFENSE:

Co-Defendants, COUNTY OF ERIE and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER BELLING, have no implied or federal common law right of contribution or indemnity for the causes of action alleged in the Plaintiff's Complaint.

### AS AND FOR A THIRD DEFENSE:

Co-Defendants, COUNTY OF ERIE and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER BELLING, may lack standing to assert this Cross-Claim.

**WHEREFORE**, the City Defendants demand judgment dismissing the Co-Defendants' Cross-Claim herein, in whole or in part, or reducing the recovery in accordance with the defenses set forth herein, together with costs and disbursements, and for such other and further relief as to this Court may deem just and proper.

Dated:     March 18, 2020
          Buffalo, New York

    TIMOTHY A. BALL, ESQ.
    Corporation Counsel
    *Attorney for City Defendants*

    */s/ Maeve E. Huggins*
    By: Maeve E. Huggins
    Assistant Corporation Counsel
    65 Niagara Square, 11th Floor
    Buffalo, New York 14202
    Tel.: (716) 851-4317
    mhuggins@city-buffalo.com

TO:     Jennifer C. Persico, Esq.
     LIPPES MATHIAS WEXLER FRIEDMAN LLP
     50 Fountain Plaza, Suite 1700
     Buffalo, New York 14202
     (716) 853-5100
     jpersico@lippes.com

CC:     Nick Brustin, Esq.
     NEUFELD SCHECK & BRUSTIN LLP
     *Attorneys for the Plaintiff*
     99 Hudson Street, 8th Floor
     New York, New York 10013
     Buffalo, New York 14202
     (716) 854-2808