UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| VALENTINO DIXON, | **CERTIFICATE OF SERVICE** |
| Plaintiff, | Docket No.: 19-CV-01678 |
| v. | |
| CITY OF BUFFALO, et al., | |
| Defendants. | |

_____

I hereby certify that on March 18, 2020, I electronically filed the foregoing Answer to Cross-Claim on behalf of Defendants, CITY OF BUFFALO, DETECTIVE MARK R. STAMBACH, DETECTIVE RANIERO MASECCHIA, DETECTIVE JAMES P. LONERGAN, DETECTIVE JOHN VICKERD, CHIEF RICHARD R. DONOVAN, JOHN DOES, Unknown Buffalo Police Department Supervisors, with the Clerk of the U.S. District Court, Western District of New York, using its CM/ECF system, which would then electronically notify all CM/ECF participants on this case.

I certify under penalty of perjury that the foregoing is true and correct.

TIMOTHY A. BALL, ESQ.
Corporation Counsel

*/s/ Maeve E. Huggins*
Assistant Corporation Counsel
65 Niagara Square, 11th Floor
Buffalo, New York 14202
Tel.: (716) 851-4317
Fax.: (716) 851-4105
mhuggins@city-buffalo.com