UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**VALENTINO DIXON,**

                      **Plaintiff,**                19-CV-1678S(Sr)

v.

                                                         **AMENDED CASE**
                                                         **MANAGEMENT ORDER**

**CITY OF BUFFALO, et al.,**

                      **Defendants.**

---

1.    Compliance with the mandatory requirements found in Rule 26(a)(1) of the Federal Rules of Civil Procedure will be accomplished no later than **May 15, 2020**.

2.    All motions to join other parties and to amend the pleadings shall be filed no later than **June 19, 2020.**

3.    The initial mediation session shall be held no later than **July 31, 2020.**

4.    All fact depositions shall be completed no later than **May 24, 2021.**

5.    Plaintiff shall identify any expert witnesses who may be used at trial and provide reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than **July 14, 2021.**

Defendant shall identify any expert witnesses who may be used at trial and provide reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than **August 16, 2021.**

6. All expert depositions shall be completed no later than **September 20, 2021.**

7. All discovery in this case shall be completed no later than **October 29, 2021.**

8. Dispositive motions shall be filed by all parties no later than **January 7, 2022 .** *See generally* Local Rule 7.1(c); 56.  Such motions shall be made returnable before Judge Skretny unless the referral order grants the Magistrate Judge authority to hear and report upon dispositive motions.  The parties are directed to provide a courtesy copy of all motion papers to the Judge who will be hearing the motion.

9. In the event that no dispositive motions are filed, a Status Conference is set for **January 13, 2022 at 10:30 a.m.** before Judge Schroeder.  The parties may participate by phone upon advance notice to chambers.  The Court will initiate the call.

10. Mediation sessions may continue, in accordance with Section 5.11 of the ADR Plan, until **February 15, 2022.** The continuation of mediation sessions shall

not delay or defer other dates set forth in this Case Management Order.

      11.    No extensions of the above dates will be granted except upon written application showing good cause for the extension.

      12.    Sanctions: Counsel's attention is directed to Fed.R.Civ.P. 16(f) calling for sanctions in the event of failure to comply with any direction of this Court.

      **SO ORDERED.**

DATED:    Buffalo, New York
              March 26, 2020

                            *S/ H. Kenneth Schroeder, Jr.*
                            **H. KENNETH SCHROEDER, JR.**
                            **United States Magistrate Judge**