UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>        Plaintiff<br><br>    v.<br><br>CITY OF BUFFALO et al.,<br><br>        Defendants. | Civil Action No. 19-cv-01678<br><br>**NOTICE OF JOINT MOTION FOR A DISCOVERY CONFIDENTIALITY ORDER** |

**NOTICE OF JOINT MOTION FOR A DISCOVERY CONFIDENTIALITY ORDER**

Plaintiff and Defendants expect to produce documents and other items during this litigation that may contain confidential documents and related information including, but not limited to, private medical, financial, and other personal information and records of Plaintiff and Defendants. Accordingly, Plaintiff and Defendants have agreed to the procedures outlined in the Proposed Discovery Confidentiality Order submitted with this Joint Motion, and Plaintiff and Defendants respectfully move that the Court enter that proposed order.

DATED: May 20, 2020

/s/ Nick Joel Brustin

Nick Joel Brustin
Anna Benvenutti Hoffmann
Mary Katherine McCarthy
Avinash Nitin Samarth

NEUFELD SCHECK & BRUSTIN LLP
99 Hudson Street, 8th Floor
New York, NY 10013
T: (212) 965-9081
E: nick@nsbcivilrights.com

2

Donald M. Thompson
Easton Thompson Kasperek Shiffrin LLP
The Powers Building
16 West Main Street, Suite 243 Rochester,
New York 14614
T: (585) 423-8290

*Counsel for Plaintiff Valentino Dixon*

Maeve E. Huggins
City of Buffalo Law Department
Suite 1112 City Hall
Buffalo, New York 14202
Phone: (716) 851-4317
Fax: (716) 851-4105
E-Mail: mhuggins@city-buffalo.com

*Counsel for Defendants City of Buffalo and individual police officers*

Jennifer C. Persico
Lippes Mathias Wexler Friedman LLP 50
Fountain Plaza, Suite 1700
Buffalo, New York 14202
Phone: (716) 853-5100
E-Mail: jpersico@lippes.com

*Counsel for Defendants County of Erie and Christopher Belling*