UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

VALENTINO DIXON

　　　　　　　　　　　　　　　Plaintiff(s),

***MEDIATION CERTIFICATION***

__19__ - cv - __1678__

v.

CITY OF BUFFALO, et al.,

　　　　　　　　　　　　　　　Defendant(s).

---

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on __7/14/20__.

　☐ *Case has settled.* (Comment if necessary).

　☐ *Case has settled in part.* (Comment below). Mediation will continue on _____.

　☐ *Case has settled in part.* (Comment below). Mediation is complete.

　☑ *Case has not settled.* Mediation will continue on __10/29/2020__.

　☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

**Date:** 07/22/2020            **Mediator:** /S/ Michael Menard

**Additional Comments:**
_____
_____
_____

[ Print ]   [ Clear Form ]