UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

                Plaintiff(s),

***MEDIATION CERTIFICATION***

_____ - cv - _____

    v.

                Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for_____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☐ Mediation session was held on _____.

    ***Case has settled.*** (Comment if necessary).

    ***Case has settled in part.*** (Comment below). Mediation will continue on_____.

    ***Case has settled in part.*** (Comment below). Mediation is complete.

    ***Case has not settled.*** Mediation will continue on _____.

    ***Case has not settled.*** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* _____       *Mediator: /S/* _____

***Additional Comments:***
_____
_____
_____