UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>             Plaintiff,<br><br>v.<br><br>CITY OF BUFFALO, et al.,<br><br>             Defendants. | Case No. 19-cv-01678 (WMS) (HKS)<br><br>STIPULATION |

## STIPULATION

1. Avinash Nitin Samarth has not been associated with Neufeld Scheck & Brustin, LLP, attorneys of record for Plaintiff Valentino Dixon, since September 2020. I, Mary Katherine McCarthy, Anna Benvenutti Hoffmann, and Nick Brustin of Neufeld Scheck & Brustin, LLP have and will continue to represent Mr. Dixon. Also, Donald Thompson of Easton Thompson Kasperek Shiffrin, LLP, another attorney of record, has and will continue to represent Mr. Dixon.

2. No evidentiary hearing or trial date has been scheduled in this case.

3. Avinash Nitin Samarth's withdrawal will not require an amendment of the Case Management Order.

4. Mr. Dixon and all counsel of record, including counsel for Defendants, have endorsed this stipulation to withdraw Avinash Nitin Samarth as counsel of record pursuant to Local Rule 83.2(c)(1).

Dated: January 5, 2021                    Respectfully submitted,

                                          /s/ Mary Katherine McCarthy
                                          Mary Katherine McCarthy, Esq.

NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
P: (212) 965-9081