

BYRON W. BROWN
Mayor of Buffalo

TIMOTHY A. BALL
Corporation Counsel

## LAW DEPARTMENT

May 7, 2021

*via CM/ECF*
Hon. H. Kenneth Schroeder, Jr.
United States Magistrate Judge
2 Niagara Square
Buffalo, New York 14202

      Re:    Valentino Dixon v. City of Buffalo, *et al.*,
               Civil Case No.: 19-cv-01678

Dear Magistrate Judge Schroeder:

      The parties have conferred and respectfully submit the following joint letter request for an extension of the governing Amended Case Management Order (Dkt. No. 29). This is the second such request in this matter.

      The parties are working cooperatively to move discovery forward. To date, Plaintiff has produced over 7,000 pages of documents in his initial disclosures and has not received any further requests for documents or interrogatories. Plaintiff served requests for production on Defendants in September 2020. The City Defendants produced over 300 pages of documents and responded to interrogatories issued to the individual City Defendants. Likewise, the County Defendants produced over 2,550 pages of discovery. Thus far, the parties have worked together without the need for any court intervention.

      However, completing discovery in the midst of the COVID-19 pandemic continues to present unique challenges. As the Court is aware, the Western New York area experienced a rise in COVID-19 cases in the fall that led to work restrictions that impacted and significantly delayed the Defendants' ability to provide discovery responses. Several City of Buffalo Departments were largely working remote with limited access to some records. The undersigned worked remotely with limited access to office resources at various times due to COVID-19 like symptoms and exposure while awaiting test results. Notwithstanding the already served responses, the City Defendants have been delayed as an individual Defendant developed COVID-19 and pneumonia. The remaining paper discovery, while small, has delayed the scheduling and completion of depositions.

Dixon v. City of Buffalo, *et al*.
Hon. H. Kenneth Schroeder, Jr.                                                                                Page 2
May 7, 2021

      Counsels for all the parties face additional scheduling conflicts due to the press of other matters. In the interim, Plaintiff's counsel was required to schedule other commitments in the coming weeks and months. These include two potential trials as well as numerous depositions in other matters.

      As such, counsels respectfully request an eight-month extension of the Amended Case Management Order dates. We would ask that these deadlines to be extended to: Fact Depositions to be completed by January 24, 2022; Plaintiff's expert witness disclosure by March 14, 2022; Defendants' expert witness disclosure April 20, 2022; Expert depositions completed by May 20, 2022; All discovery completed no later than June 29, 2022; and Dispositive motions due by September 7, 2022.

      All counsels conferred, reviewed and consent to this request. Thank you for Your Honor's kind consideration.

                                        Respectfully,

                                        Timothy A. Ball, Esq.
                                        Corporation Counsel
                                        *s/Maeve E. Huggins*
                                        By:  Maeve E. Huggins
                                        Assistant Corporation Counsel
                                        Direct Dial: (716) 851-4317
                                        Email: mhuggins@city-buffalo.com

CC all parties via CM/ECF