AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| Valentino Dixon | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-CV-01678-WMS-HKS |
| City of Buffalo, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Buffalo, Mark Stambach, Raniero Masecchia, James P. Lonergan, John Vickard, Richard Donovan, John Does, Unknown Buffalo Police Department Supervisors

Date: 07/06/2021

s/ Hugh M. Russ, III
*Attorney's signature*

Hugh M. Russ, III- 2157261
*Printed name and bar number*
140 Pearl St., Buffalo, NY 14202

*Address*

hruss@hodgsonruss.com
*E-mail address*

(716) 848-1388
*Telephone number*

(716) 819-4759
*FAX number*