AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| Valentino Dixon ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 19-CV-01678-WMS-HKS |
| City of Buffalo et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Buffalo, Mark Stambach, Raniero Masecchia, James P. Lonergan, John Vickard, Richard Donovan, John Does, Unknown Buffalo Police Department Supervisors

Date: 07/06/2021

s/ Peter A. Sahasrabudhe
*Attorney's signature*

Peter A. Sahasrabudhe 5661673
*Printed name and bar number*

140 Pearl St., Buffalo NY 14202

*Address*

psahasra@hodgsonruss.com
*E-mail address*

(716) 848-1508
*Telephone number*

(716) 819-4652
*FAX number*