UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

VALENTINO DIXON,

                    Plaintiff(s),

                                                    ***MEDIATION
                                                    CERTIFICATION***

                                                    __19__ - cv - _1678_

                    v.

CITY OF BUFFALO, et al.,

                    Defendant(s).

_____

    I hereby certify that:

☑ The mediation session scheduled for ___6/3/21___ has been adjourned to ___12/8/21___.

☐ Case settled prior to the first mediation session.

☐ Mediation session was held on _____.

    ☐ **Case has settled.** (Comment if necessary).

    ☐ **Case has settled in part.** (Comment below). Mediation will continue on_____.

    ☐ **Case has settled in part.** (Comment below). Mediation is complete.

    ☐ **Case has not settled.** Mediation will continue on _____.

    ☐ **Case has not settled.** Mediation is complete. The case will proceed toward trial
        pursuant to the Court's scheduling order.

***Date:*** 09/02/2021          ***Mediator: /S/*** Michael Menard

***Additional Comments:***
_____
_____
_____