

**Peter Sahasrabudhe**
Associate
Direct Dial: 716.848.1508
Direct Facsimile: 716.849.0349
*PSahasra@hodgsonruss.com*

September 23, 2021

**Via CM/ECF**

Hon. H. Kenneth Schroeder, Jr.
United States Magistrate Judge
U.S. District Court Western District of NY
2 Niagara Square
Buffalo, New York  14202

Dear Magistrate Judge Schroeder:

        Re:    *Valentino Dixon v. City of Buffalo, et al.*
                 Case No. 19-cv-01678

       I write to the Court on behalf of all parties and respectfully submit the following joint letter request for extensions of the deadlines set forth in the effective Case Management Order.  (Dkt. No. 39.)  Although our office has only recently been retained, my review of the docket and discussions with counsel for the other parties indicates that this is the third such request that has been made in this case.

       Our office was recently retained to represent the City of Buffalo, the Buffalo Police Department ("BPD"), and all individual BPD or City affiliated defendants (collectively "the City Defendants").  Thereafter, I, along with my colleague and supervising attorney, Hugh Russ, filed our notices of appearance to the docket on July 9, 2021. (Dkt. Nos. 40, 41.)  Since noting our appearances, Mr. Russ and I have been in regular contact with counsel for Plaintiff, Valentino Dixon, as well as counsel for the Erie County affiliated defendants (collectively "the County Defendants").  At first, our collaboration with the other parties was facilitated by Maeve Huggins, who had, up to that point, been representing the City Defendants in her capacity as an attorney for the City's Office of Corporation Counsel.  Ms. Huggins has since transitioned to a new position outside of the City Government, but the parties have continued our good-faith collaboration to move discovery along notwithstanding her departure.

       Over the past few months, our office has been working diligently with representatives from both BPD and City Hall to ensure that we have all materials exchanged by the parties in this matter.  Further, I, along with other members of our office have been reviewing thousands of pages of documents in an effort to supplement the City Defendants' discovery responses.  These efforts are being done as a result of our discussions and collaborations with Plaintiff's counsel.  We have also been working diligently to get up to speed on all that has occurred throughout discovery and to learn the intricate facts of this case, which span the course of multiple decades.

Case 1:19-cv-01678-MAV-JJM   Document 43   Filed 09/23/21   Page 2 of 2



September 23, 2021
Page 2

      Notwithstanding our efforts, taking over a file of this nature has proved to be cumbersome and time-consuming.  Many of the records we are searching for to supplement our discovery responses were created before the City and BPD utilized technology to electronically store their files.  Further, it has taken Mr. Russ and me time to develop a working knowledge of the City and BPD's record keeping practices.  These and other factors have caused delays in our efforts to obtain additional records to supplement the City Defendants' discovery responses.

      In addition to needing more time to gather or search for records, our office simply needs further time to devote to familiarizing ourselves with the facts of the case and the thousands of pages that have been produced by each of the parties.  Although Mr. Russ and I have been working diligently to get up to speed, additional time is needed for us to fully prepare to represent the City Defendants' interests at depositions and beyond.  We feel confident that, if the extensions proposed below are granted, this will give us sufficient time to prepare.

      Further, based on our correspondence with one of Plaintiff's attorneys, Katie McCarthy, it is our understanding that most of Plaintiff's attorneys will have to commit a significant amount of time during the months of October and November in preparation for a weeks-long federal civil rights trial in another matter, set to begin on November 8, 2021. This scheduling conflict, along with the amount of witnesses that will need to be deposed in connection with this case, makes the current January 24, 2022 deadline to complete fact depositions exceedingly difficult to meet.

      We have also conferred with Jennifer Persico, counsel for the County Defendants. Ms. Persico has indicated to us that she has no objection to extending the deadlines in the current Case Management Order, and that her office, too, would benefit from being given additional time to conduct discovery and take depositions.

      Accordingly, the parties respectfully request the following extensions/ adjournments of the current deadlines in the effective Case Management Order: **(1)** fact depositions to be completed by June 24, 2022; **(2)** Plaintiff's expert disclosure to be completed by September 14, 2022; **(3)** Defendants' expert disclosures to be completed by October 20, 2022; **(4)** expert depositions to be completed by November 18, 2022; **(5)** all discovery completed by December 29, 2022; and **(6)** dispositive motions to be made by March 7, 2023.

      The parties thank the Court in advance for its consideration.

      Respectfully submitted,

      //s Peter A. Sahasrabudhe

      Peter A. Sahasrabudhe, Esq.

cc:     All Parties via CM/ECF

000161.01521 Business 21539133v3