| | |
|---|---|
| VALENTINO DIXON,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF BUFFALO and COUNTY OF ERIE; and DETECTIVE MARK R. STAMBACH, DETECTIVE RANIERO MASECCHIA, DETECTIVE JAMES P. LONERGAN, DETECTIVE JOHN VICKERD, CHIEF RICHARD T. DONOVAN, JOHN DOES, Unknown Buffalo Police Department Supervisors, and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER BELLING, in their individual capacities,<br><br>    Defendants. | CIVIL ACTION NO: 19-CV-01678<br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE*** |

PLEASE TAKE NOTICE, that, upon the annexed Declaration of Anna Benvenutti-Hoffmann in support of this motion; the accompanying Proposed Order Admitting Counsel *Pro Hac Vice*, and upon all the prior pleadings and proceedings herein, Plaintiff Valentino Dixon ("Mr. Dixon") will move this Court, at a date and time to be determined by the Court, pursuant to Rule 83.1 of the Local Civil Rules of the United States District of the Western District of New York, for an Order allowing the *pro hac vice* admission of Sona Shah, to represent Mr. Dixon.

DATED:    October 8, 2021
                 New York, NY

/s/ Anna Benvenutti-Hoffmann
Anna Benvenutti-Hoffmann, NY Bar #4412011
Neufeld Scheck & Brustin, LLP
99 Hudson St. 8th Floor
New York, NY 10013
Phone: 212-965-9081
Fax: 212-965-9084

*Counsel for Plaintiff Valentino Dixon*

| | |
|---|---|
| VALENTINO DIXON,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF BUFFALO and COUNTY OF ERIE; and DETECTIVE MARK R. STAMBACH, DETECTIVE RANIERO MASECCHIA, DETECTIVE JAMES P. LONERGAN, DETECTIVE JOHN VICKERD, CHIEF RICHARD T. DONOVAN, JOHN DOES, Unknown Buffalo Police Department Supervisors, and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER BELLING, in their individual capacities,<br><br>    Defendants. | CIVIL ACTION NO: 19-CV-01678<br><br>**MOTION TO APPEAR *PRO HAC VICE*** |

    The undersigned attorney for plaintiff Valentino Dixon moves this Court for an Order admitting Sona Shah *pro hac vice* to appear and participate before the Court in this matter.

    Submitted with this motion are an Admission Sponsor Affidavit, Admission Petition Form, Attorney's Oath, Civility Principles and Guidelines Oath, Attorney Database, Electronic Case Filing System Registration Form, and Proposed Order.

DATED:    October 8, 2021
                New York, NY

                                                      /s/ Anna Benvenutti-Hoffmann
                                                      Anna Benvenutti-Hoffmann, NY Bar #4412011
                                                      Neufeld Scheck & Brustin, LLP
                                                      99 Hudson St. 8th Floor
                                                      New York, NY 10013
                                                      Phone: 212-965-9081
                                                      Fax: 212-965-9084

                                                      *Counsel for Plaintiff Valentino Dixon*

## CERTIFICATE OF SERVICE

I, Anna Benvenutti-Hoffmann, hereby certify that on October 8, 2021, I filed the foregoing Notice of Motion and Motion using the Court's CM/ECF filing system, which effects service on all counsel of record.

By: /s/ Anna Benvenutti-Hoffmann
Anna Benvenutti-Hoffmann
Neufeld Scheck & Brustin, LLP
99 Hudson St. 8th Floor
New York, NY 10013
Phone: 212-965-9081
Fax: 212-965-9084

*Counsel for Plaintiff Valentino Dixon*