# ATTACHMENT 2

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK



**IN THE MATTER OF THE APPLICATION OF**

Sona Shah
_____(Name)_____

**TO BE ADMITTED TO PRACTICE AS AN ATTORNEY**

TO THE HONORABLE _____, JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK:

Sona Shah _____, petitioner herein, respectfully states:

1. That petitioner has an office for the practice of law at:

   Neufeld Scheck & Brustin LLP

2. That petitioner attended the following educational institutions and received the following degrees:

   New York University (BA), Fordham University School of Law (JD)

3. Please complete either (a), (b) or (c):

Admission by Petition

(a) That petitioner was admitted to practice by the Appellate Division of the Supreme Court, _____ Department of the State of New York on the _____ day of _____, _____.

Additional Requirements:     Admission Sponsoring Affidavit
                             Attorney's Oath
                             Civility Principles Oath
                             Attorney Database Form
                             Attorney CM/ECF Registration Form
                             *Include the Pro Bono Volunteer Panel Form if you wish to become a member of the
                             Court's Volunteer Pro Bono Panel.

Admission by Certificate of Good Standing

(b) That petitioner was admitted to practice in the United States District Court of the _____ District of New York _____
on the _____ day of _____, _____, and is a member of the bar of the State in which that district court is located
and in which the petitioner maintains an office for the practice of law.

Additional Requirements:     Certificate of Good Standing from the Clerk of Court of which he or she is a
                             member (dated no earlier than six months prior to submission to this Court)
                             Check or money order in the amount of the Attorney Admission fee set forth in the District Court
                             Schedule of Fees
                             Attorney's Oath
                             Civility Principles Oath
                             Attorney Database Form
                             Attorney CM/ECF Registration Form
                             *Include the Pro Bono Volunteer Panel Form if you wish to become a member of the Court's
                             Volunteer Pro Bono Panel.

Pro Hac Vice Admission

(c) That petitioner is admitted to practice in the State of  New York and New Jersey

Additional Requirements:     Motion to Appear Pro Hac Vice
                             Check, Money Order or payment of fee on line in the amount of the Pro Hac Fee set forth in the
                             District Court Schedule of Fees
                             Admission Petition Form
                             Admission Sponsor Affidavit
                             Attorney's Oath
                             Civility Principles Oath
                             Attorney Database Form
                             Attorney CM/ECF Registation Form

4. Petitioner is admitted to the following courts:

Eastern District of New York, South District of New York, District of New Jersey

5. Since such admission(s), petitioner has practiced in the following courts:

SDNY, EDNY, DNJ, New York State, New Jersey State

and has been involved in the following professional activities:

New York State Bar Association

6. That petitioner or the petitioner's client (in a case in which the applicant represented the client) has never been held in contempt of court, sanctioned, censured in a disciplinary proceeding, suspended or disbarred by any court or admonished by any disciplinary committee of the organized bar, nor is the subject of any pending complaint before any court. (If number 6 is not true, the applicant shall strike that paragraph and shall file a separate confidential statement under seal specifying the court or disciplinary committee imposing the sanction, the date, the facts giving rise to the disciplinary action or complaint, the sanction imposed, and such other information, including any facts of a mitigating or exculpatory nature as may be pertinent, and such confidential statement, together with the petition, shall promptly be transmitted by the Clerk to the Chief Judge of the District for review.)

7. That petitioner has read and is familiar with the provisions of Title 28 of the United States Code that pertain to jurisdiction of and venue in a United States District Court, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the Western District of New York and the New York Rules of Professional Conduct (22 NYCRR Part 1200).

WHEREFORE, the petitioner respectfully requests to be admitted as an attorney in the United States District Court for the Western District of New York.

I verify under penalty of perjury that the foregoing is true and correct.

*[Signature]*

(Signature of Petitioner)

Sworn to before me this 7th day of October, 2021

*[Signature]*

Notary Public

SARA RACHEL CANTER
Notary Public - State of New York
No. 01CA6410139
Qualified in New York County
My Comm. Expires Oct. 19, 2024

(Revised 2020)