# ATTACHMENT 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Gerardo Romo
(Name)
TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING
AFFIDAVIT

STATE OF NEW YORK )
) ss:
COUNTY OF New York

Anna Benvenutti Hoffmann, being duly sworn deposes and says:

1. I reside at: 219 Wyoming Avenue, Maplewood, NJ 07040

and maintain an office for the practice of law at: Neufeld Scheck & Brustin
99 Hudson St., 8th Floor, New York, NY 10013

2. I am an attorney at law, admitted to practice in the State of New York and the State of Massachusetts, I was admitted to practice in the United States District Court for the Western District of New York on the 21 day of January 2020, _____.

3. I have known the petitioner since November 2018 and under the following circumstances: I am a partner at the law firm where the petitioner is employed and I work with and supervise him on a number of cases.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: the petitioner is of good character and reputation and is qualified to practice in this Court.

Signature of Sponsoring Attorney

Sworn to before me this 30th day of September, 2021

Notary Public

SARA RACHEL CANTER
Notary Public - State of New York
No. 01CA6410139
Qualified in New York County
My Comm. Expires Oct. 19, 2024