# ATTACHMENT 2

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK



**IN THE MATTER OF THE APPLICATION OF**

Gerardo Romo
(Name)

**TO BE ADMITTED TO PRACTICE AS AN ATTORNEY**

TO THE HONORABLE _____, JUDGE OF THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NEW YORK:

Gerardo Romo _____, petitioner herein, respectfully states:

1. That petitioner has an office for the practice of law at:

   Neufeld Scheck & Brustin, LLP 99 Hudson St., 8th Floor, New York, NY 10013

2. That petitioner attended the following educational institutions and received the following degrees:

   New York University School of Law, Juris Doctor
   Columbia University, Bachelor of Arts

3. Please complete either (a), (b) or ( c):

Admission by Petition

(a) That petitioner was admitted to practice by the Appellate Division of the Supreme Court, _____ Department of the State of New York on the _____ day of _____, _____.

Additional Requirements:   Admission Sponsoring Affidavit
Attorney's Oath
Civility Principles Oath
Attorney Database Form
Attorney CM/ECF Registration Form
*Include the Pro Bono Volunteer Panel Form if you wish to become a member of the Court's Volunteer Pro Bono Panel.

Admission by Certificate of Good Standing

(b) That petitioner was admitted to practice in the United States District Court of the _____ District of New York on the _____ day of _____, _____, and is a member of the bar of the State in which that district court is located and in which the petitioner maintains an office for the practice of law.

Additional Requirements:   Certificate of Good Standing from the Clerk of Court of which he or she is a member (dated no earlier than six months prior to submission to this Court)
Check or money order in the amount of the Attorney Admission fee set forth in the District Court Schedule of Fees
Attorney's Oath
Civility Principles Oath
Attorney Database Form
Attorney CM/ECF Registration Form
*Include the Pro Bono Volunteer Panel Form if you wish to become a member of the Court's Volunteer Pro Bono Panel.

Pro Hac Vice Admission

(c) That petitioner is admitted to practice in the State of New York _____

Additional Requirements:   Motion to Appear Pro Hac Vice
Check, Money Order or payment of fee on line in the amount of the Pro Hac Fee set forth in the District Court Schedule of Fees
Admission Petition Form
Admission Sponsor Affidavit
Attorney's Oath
Civility Principles Oath
Attorney Database Form
Attorney CM/ECF Registation Form

4. Petitioner is admitted to the following courts:

   Southern District of New York, Eastern District of New York, District of Colorado

5. Since such admission(s), petitioner has practiced in the following courts:

   SDNY

   and has been involved in the following professional activities:

6. That petitioner or the petitioner's client (in a case in which the applicant represented the client) has never been held in contempt of court, sanctioned, censured in a disciplinary proceeding, suspended or disbarred by any court or admonished by any disciplinary committee of the organized bar, nor is the subject of any pending complaint before any court. (If number 6 is not true, the applicant shall strike that paragraph and shall file a separate confidential statement under seal specifying the court or disciplinary committee imposing the sanction, the date, the facts giving rise to the disciplinary action or complaint, the sanction imposed, and such other information, including any facts of a mitigating or exculpatory nature as may be pertinent, and such confidential statement, together with the petition, shall promptly be transmitted by the Clerk to the Chief Judge of the District for review.)

7. That petitioner has read and is familiar with the provisions of Title 28 of the United States Code that pertain to jurisdiction of and venue in a United States District Court, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the Western District of New York and the New York Rules of Professional Conduct (22 NYCRR Part 1200).

   **WHEREFORE**, the petitioner respectfully requests to be admitted as an attorney in the United States District Court for the Western District of New York.

   I verify under penalty of perjury that the foregoing is true and correct.

   (Signature of Petitioner)

Sworn to before me this 30th day of September 2021

Notary Public

SARA RACHEL CANTER
Notary Public - State of New York
No. 01CA6410139
Qualified In New York County
My Comm. Expires Oct. 19, 2024

(Revised 2020)