# ATTACHMENT 3

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

## ATTORNEY'S OATH

STATE OF New York )
) SS:
New York COUNTY )

I, Gerardo Romo of New York, New York
City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and accordingly to law; and I will support the Constitution of the United States. So help me God.

_____
Signature of Attorney

Subscribed and sworn to before me this 30th day of September, 2021.

_____
Notary Public

SARA RACHEL CANTER
Notary Public - State of New York
No. 01CA6410139
Qualified in New York County
My Comm. Expires Oct. 19, 2024

Rev. 2/2000