# ATTACHMENT 6

| | |
|---|---|
| VALENTINO DIXON,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF BUFFALO and COUNTY OF ERIE; and DETECTIVE MARK R. STAMBACH, DETECTIVE RANIERO MASECCHIA, DETECTIVE JAMES P. LONERGAN, DETECTIVE JOHN VICKERD, CHIEF RICHARD T. DONOVAN, JOHN DOES, Unknown Buffalo Police Department Supervisors, and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER BELLING, in their individual capacities,<br><br>    Defendants. | CIVIL ACTION NO: 19-CV-01678<br><br>**PROPOSED ORDER ADMITTING COUNSEL *PRO HAC VICE*** |

    This matter having been submitted to the Court upon the application of Anna Benvenutti-Hoffmann of Neufeld Scheck & Brustin LLP for an Order admitting Gerardo Romo to practice *pro hac vice*, and the Court having considered the petition filed in support of the pending motion, and for good cause shown;

    It is hereby ORDERED that Gerardo Romo is permitted to practice in this case, *pro hac vice*, as counsel for plaintiff Valentino Dixon.

SO ORDERED.

DATED: _____, 2021                            _____