UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| VALENTINO DIXON, | **NOTICE OF APPEARANCE** |
| Plaintiff, | |
| v. | Docket No.: 19-CV-01678 |
| CITY OF BUFFALO, et al., | |
| Defendants. | |

_____

    Please enter the appearance of Christopher R. Poole, Assistant Corporation Counsel, *of counsel* to Corporation Counsel Timothy A. Ball, as attorney for the Defendants, City of Buffalo, Detective Mark R. Stambach, Detective Raniero Masecchia, Detective James P. Lonergan, Detective John Vickerd, Chief Richard R. Donovan, John Does, and Unknown Buffalo Police Department Supervisors, in the above-entitled action. All future filings, notices and other material relevant to this action should be directed to and served upon:

Christopher R. Poole
Assistant Corporation Counsel
1100 City Hall-65 Niagara Square
Buffalo, New York 14202
Tel.: 716.851.4342
Fax: 716.851.4105
cpoole@city-buffalo.com
Additional Email:Lawmaster@city-buffalo.com
tball@city-buffalo.com

DATED:    August 17, 2021           TIMOTHY A. BALL, ESQ.
               Buffalo, New York         CORPORATION COUNSEL

                                                                       */s/ Christopher R. Poole*
                                                            By: Christopher R. Poole
                                                            Assistant Corporation Counsel
                                                            1100 City Hall-65 Niagara Square
                                                           Buffalo, New York 14202
                                                           Tel.: 716.851.4342
                                                           Fax: 716.851.4105

E-mail: cpoole@city-buffalo.com

TO:   Frank S. Falzone, Esq.
      215 Hampshire Street
      Buffalo, New York 14213

A:\wp60\JRP\CRP\Dixon, V\notice of appearance.docx