UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

VALENTINO DIXON,

                      Plaintiff(s),

***MEDIATION CERTIFICATION***

   19    - cv -  1678 

v.

CITY OF BUFFALO, et al.,

                      Defendant(s).

_____

I hereby certify that:

☑ The mediation session scheduled for __12/8/21__ has been adjourned to __2/9/22__.

☐ Case settled prior to the first mediation session.

☐ Mediation session was held on _____.

    ☐ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on_____.

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* __12/15/2021__   *Mediator: /S/* __Michael Menard__

**Additional Comments:**
_____
_____
_____