IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

VALENTINO DIXON

                          Plaintiff,

      v.                                                       19-cv-1678

CITY OF BUFFALO, et al.,

                          Defendants.

---

## NOTICE OF REMOVAL

**TO**:   Clerk of the United States District Court
         for the Western District of New York

You are hereby requested to remove MAEVE E. HUGGINS from the above-entitled action. The undersigned left employment with the City of Buffalo on September 3, 2021 and has had no involvement in this matter since.

DATED:    Buffalo, New York, December 16, 2021.

                                                            TRINI E. ROSS
                                                             United States Attorney

                          BY:   s/MAEVE E. HUGGINS
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    Western District of New York
                                    138 Delaware Avenue
                                    Buffalo, New York 14202
                                    (716) 843-5872
                                    Maeve.Huggins@usdoj.gov