UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>              Plaintiff<br><br>      v.<br><br>CITY OF BUFFALO et al.,<br><br>              Defendants. | Civil Action No. 19-cv-01678<br><br>NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS |

## NOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE that upon the annexed affirmation of Mary Katherine McCarthy, Esq., counsel for Valentino Dixon (the "Plaintiff"), and the memorandum of law annexed hereto, the undersigned moves this Court, pursuant to FRCP § 37 (a)(3)(B)(iv), for an Order to compel the production of documents responsive to Plaintiff's RFP Nos. 19 and 20 to the City of Buffalo and RFP 13 to the County of Erie.

Pursuant to Local Rule 7(a)(1), Plaintiff hereby states that he intends to file and serve reply papers. Pursuant to Local Rule 7(b)(2)(B), if the Court does not set deadlines by order, any opposition will be due within fourteen days of today, and any reply papers will be due within seven days of the filing of opposition papers.

DATED: January 7, 2022

Respectfully submitted,

/s/Mary Katherine McCarthy
Mary Katherine McCarthy
Neufeld Scheck & Brustin, LLP
99 Hudson St. 8th Floor
New York, NY 10013
Phone: 212-965-9081
Fax: 212-965-9084
*Counsel for Plaintiff Valentino Dixon*

1