**CERTIFICATE OF SERVICE**

      I, Mary Katherine McCarthy, hereby certify that on January 7, 2022, I filed the foregoing: Notice of Motion to Compel Production of Documents, Memorandum of Law in Support of Plaintiff's Motion to Compel Production of Documents, and Affidavit in Support of Plaintiff's Motion to Compel Pursuant to Local Rule 7(d)(3) using the ECF System, which effects service on all counsel of record.

    /s/ Mary Katherine McCarthy
Mary Katherine McCarthy
Neufeld Scheck & Brustin, LLP
99 Hudson St. 8th Floor
New York, NY 10013
Phone: 212-965-9081
Fax: 212-965-9084
*Counsel for Plaintiff Valentino Dixon*