UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>         Plaintiff<br><br>    v.<br><br>CITY OF BUFFALO et al.,<br><br>         Defendants. | Civil Action No. 19-cv-01678<br><br>**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL** |

### AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PURSUANT TO LOCAL RULE 7(d)(3)

I, **MARY KATHERINE MCCARTHY**, hereby swear and state as follows:

1. I am an attorney at law of the State of New York and an associate of the law firm Neufeld Scheck & Brustin LLP. I represent Plaintiff Valentino Dixon in the above-captioned matter.

2. I submit this affidavit pursuant to Local Civil Rule 7(d)(3) in support of Plaintiff's Motion to Compel.

3. Attached hereto and incorporated by reference as **Exhibit A** is a true and complete copy of Plaintiff's Initial Request for Production of Documents and Things to the Defendant City of Buffalo dated September 14, 2020.

4. Attached hereto and incorporated by reference as **Exhibit B** is a true and complete copy of Plaintiff's Revised Request for Production of Documents and Things to the Defendant County of Erie dated June 9, 2021.[1]

---

[1] Plaintiff served his Initial Request for Production of Documents and Things on Defendant County of Erie on September 14, 2020. This Supplemental Request was re-served to remove a request that was inadvertently included and to clarify that certain requests were propounded to

5. Since Plaintiff served these discovery requests in September 2020, counsel for all parties have met-and-conferred on multiple occasions both telephonically and via email in an effort to resolve the discovery issues raised in this motion. Since current counsel for Defendant City of Buffalo entered their appearance in July 2021, telephonic meet-and-confers have taken place on July 8, 2021; July 19, 2021; July 20, 2021 (between Plaintiff's counsel and counsel for the County); September 13, 2021; November 17, 2021; and December 16, 2021 (between Plaintiff's counsel and counsel for the City).

6. Attached hereto and incorporated by reference as **Exhibit C** is a true and complete copy of Defendant City of Buffalo's Initial Response to Plaintiff's Initial Request for Production of Documents and Things dated December 24, 2020.

7. Attached hereto and incorporated by reference as **Exhibit D** is a true and complete copy of Confidentiality Order for Ortiz (COB 000316-COB000320) and Stipulation Regarding Confidentiality between Parties for Epps (COB 000321-COB000322) dated March 7, 2013, and January 2020 respectively.

8. Attached hereto and incorporated by reference as **Exhibit E** is a true and complete copy of Email from Plaintiff Valentino Dixon to Defendants County of Erie and City of Buffalo dated May 25, 2021.

9. Attached hereto and incorporated by reference as **Exhibit F** is a true and complete copy of Email from Plaintiff Valentino Dixon to Defendants County of Erie and City of Buffalo dated July 9, 2021.

---

the County, including on the Erie County District Attorney's Office. The substance of these requests is otherwise the same.

10. Attached hereto and incorporated by reference as **Exhibit G** is a true and complete copy of Email from Defendant City of Buffalo dated July 14, 2021.

11. Attached hereto and incorporated by reference as **Exhibit H** is a true and complete copy of Defendant County of Erie's Initial Response to Plaintiff's Revised Request for Production of Documents and Things dated July 19, 2021.

12. Attached hereto and incorporated by reference as **Exhibit I** is a true and complete copy of Email from Plaintiff Valentino Dixon to Defendants County of Erie and City of Buffalo dated July 29, 2021.

13. Attached hereto and incorporated by reference as **Exhibit J** is a true and complete copy of Email Correspondence from Defendant City of Buffalo dated August 3, 2021.

14. Attached hereto and incorporated by reference as **Exhibit K** is a true and complete copy of Email from Plaintiff Valentino Dixon dated November 5, 2021.

15. Attached hereto and incorporated by reference as **Exhibit L** is a true and complete copy of Email from Plaintiff Valentino Dixon re Meet and Confer dated November 18, 2021.

16. Attached hereto and incorporated by reference as **Exhibit M** is a true and complete copy of Email from Defendant County of Erie dated November 23, 2021.

17. Attached hereto and incorporated by reference as **Exhibit N** is a true and complete copy of Email from Defendant City of Buffalo dated December 10, 2021.

I affirm that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willingly false, I am subject to discipline.

DATED: January 7, 2022                          /s/ Mary Katherine McCarthy

                                                Mary Katherine McCarthy
                                                NEUFELD SCHECK & BRUSTIN LLP
                                                99 Hudson Street, 8th Floor
                                                New York, NY 10013

T: (212) 965-9081
E: katie@nsbcivilrights.com

*Counsel for Plaintiff Valentino Dixon*

## CERTIFICATE OF SERVICE

      I, Mary Katherine McCarthy, hereby certify that on January 7, 2022, I filed the foregoing: Notice of Motion to Compel Production of Documents, Memorandum of Law in Support of Plaintiff's Motion to Compel Production of Documents, and Affidavit in Support of Plaintiff's Motion to Compel Pursuant to Local Rule 7(d)(3) using the ECF System, which effects service on all counsel of record.

      /s/ Mary Katherine McCarthy
Mary Katherine McCarthy
Neufeld Scheck & Brustin, LLP
99 Hudson St. 8th Floor
New York, NY 10013
Phone: 212-965-9081
Fax: 212-965-9084
*Counsel for Plaintiff Valentino Dixon*