# Exhibit E

*May 25, 2021 Email from Plaintiff Valentino Dixon to Defendants County of Erie and City of Buffalo*

## Dixon v. City of Buffalo

**Katie McCarthy** <katie@nsbcivilrights.com>  Tue, May 25, 2021 at 2:26 PM
To: Julian Clark <julian@nsbcivilrights.com>
Cc: "Jennifer C. Persico" <jpersico@lippes.com>, "Huggins,Maeve E." <mhuggins@ch.ci.buffalo.ny.us>, Anna Benvenutti Hoffmann <anna@nsbcivilrights.com>, Ariel Manning <ariel@nsbcivilrights.com>, Nick Brustin <nick@nsbcivilrights.com>

Hi all,

I wanted to follow up to see if we could set a time to speak tomorrow or else next Wednesday, June 2nd. In terms of the discovery topics, we'd like to discuss the following:

City Responses

- Whether the City has and/or is in the process of producing all documents relating to the perjury investigations and prosecutions of Mario Jarmon and Leonard Brown. To date, it doesn't appear that we've received a criminal complaint or any files relating to these cases.
- Whether the City has and/or is in the process of producing all the documents concerning other arrests/investigations of Valentino Dixon, as it does not appear we've received anything other than COB 1-294 (the Jackson homicide file)
- Same as above for other documents concerning Lamar Scott, Aaron jackson, Emil Adams and/or John Sullivan. For example, Mr. Scott was arrested on 6/2/92 by the BPD but we don't appear to have the file relating to this arrest.
- Same as above for documents concerning the investigation and prosecution of Capozzi, DeJac, et.c (RFP 19); we disagree with your reading *Ortiz* and, regardless, relevancy is the standard at this stage and these requests are undoubtedly relevant to Mr. Dixon's *Monell* claims
- We'd like to discuss your privilege objections to RFPs 7, 8, 9, 11, 12, 13, 17, 18, and 20

County Responses

- We'd like to confirm whether we've received the complete ECDA file relating to People v. Jarmon and Brown (as of 11/20/20, you represented that you were in the process of collecting responsive docs and would supplement)
- Same for RFP 4a, the complete ECDA files for all other investigations and prosecutions of Mr. Dixon under the indictment numbers we listed
- We'd like clarification on your position re production of the post-conviction re-investigation files (I think we'd agreed you'd send a list that we could review);
- We'd like to discuss RFP #6d-f to the extent that you're requesting clarification on "communications"
- You represented that you'd consider a revised demand on RFPs #9, 11, 12, 14i & 14j; we'd like to discuss.
- We'd like to discuss your response on ECDA's policies, in particular clarifying whether ECDA did not have (or has not retained) internal policies for any point between 1980 and 1995
- We'd like to discuss your objections to RFPs 13 & 14 regarding the *Monell* cases and documents relating to Defendant Christopher Belling and Frank Sedita III

Thanks so much,
Katie

[Quoted text hidden]