# Exhibit F

*July 9, 2021 Email from Plaintiff Valentino Dixon to Defendants County of Erie and City of Buffalo*

1/6/22, 9:26 PM                                  Neufeld Scheck & Brustin Mail - Dixon v. City of Buffalo, et al.: Meet and Confer Follow-Up with the City

Case 1:19-cv-01678-MAV-JJM   Document 53-6   Filed 01/07/22   Page 2 of 2



Katie McCarthy <katie@nsbcivilrights.com>

## Dixon v. City of Buffalo, et al.: Meet and Confer Follow-Up with the City

**Julian Clark** <julian@nsbcivilrights.com>                                      Fri, Jul 9, 2021 at 12:28 PM
To: "Russ, Hugh" <HRuss@hodgsonruss.com>, psahasra@hodgsonruss.com, "Huggins,Maeve E." <mhuggins@ch.ci.buffalo.ny.us>
Cc: NSB Dixon Case Team <dixoncaseteam@nsbcivilrights.com>, "Jennifer C. Persico" <jpersico@lippes.com>, Donald Thompson <dmthompson@etksdefense.com>

Hi Hugh,

Thanks for meeting with us yesterday.

I'm writing to memorialize our understanding of the meet and confer call yesterday and to request your availability for a call next week, preferably either on Monday, 7/12, or Wednesday, 7/14. Please let us know if any of the following is inaccurate or if you would like to discuss further during our call next week.

Document production matters
We followed up with the City regarding various outstanding discovery items, including requests #4 (documents concerning any other arrest, investigation, or prosecution of Valentino Dixon), #5 (documents concerning any involvement of Lamar Scott, Aaron Jackson, Emil Adams, and/or John Sullivan in the City's law enforcement operations) and # 19 (all documents concerning the investigation and prosecution of Capozzi, DeJac, etc) of Plaintiff's First Set or Requests for Production to Defendant City of Buffalo.

The City agreed that the documents requested were likely discoverable and agreed to revisit the City's search for responsive documents.

Health of Defendant Stambach
We inquired about the health of Defendant Stambach and the City committed to ascertaining his health and current condition.

Privilege Log
The City conveyed an understanding that a privilege hasn't yet but needs to be produced.

As for the call next week, we would like to discuss your objections to requests # 7, 8, 9, 11, 12, 13, 17, 18, and 20.

Thanks,
Julian

Julian Clark
Johnnie L. Cochran, Jr. Fellow
Neufeld Scheck & Brustin, LLP
99 Hudson St., 8th Floor | NYC 10013
T: (212) 965-9081 | F: (212) 965-9084
www.nsbcivilrights.com
Pronouns: he/him/his