# Exhibit G

*July 14, 2021 Email from Defendant City of Buffalo*

1/6/22, 9:27 PM                     Nourbese McCarthy & Baldwin Mail - Dixon v. City of Buffalo, et al.: Meet and Confer Follow-Up with the City

Case 1:19-cv-01678-MAV-JJM   Document 53-7   Filed 01/07/22   Page 2 of 3



Katie McCarthy <katie@nsbcivilrights.com>

## Dixon v. City of Buffalo, et al.: Meet and Confer Follow-Up with the City

**Sahasrabudhe, Peter** <PSahasra@hodgsonruss.com>                        Wed, Jul 14, 2021 at 1:39 PM
To: Katie McCarthy <katie@nsbcivilrights.com>
Cc: Julian Clark <julian@nsbcivilrights.com>, "Russ, Hugh" <HRuss@hodgsonruss.com>, "Huggins,Maeve E." <mhuggins@ch.ci.buffalo.ny.us>, NSB Dixon Case Team <dixoncaseteam@nsbcivilrights.com>, "Jennifer C. Persico" <jpersico@lippes.com>, Donald Thompson <dmthompson@etksdefense.com>

All:

Below are our responses to some of the issues you have raised regarding the City's Responses to Plaintiff's Requests for Production.  Unless expressly indicated otherwise, each response below is given subject to, and without waiving any of the previously stated objections in the City's official responses, which were served on December 24, 2020.  If you would still like to discuss these issues on a call, I am available on Monday at 11:00 a.m., which Katie has relayed is a time that works well on your end.

**Request # 4**: With respect to Valentino Dixon's criminal records unrelated to the incident(s) giving rise to this lawsuit, the City will attempt to obtain these materials, to the extent they are available, and produce them on a rolling basis.  However, given the age of these records, they may take a substantial amount of time to locate and produce.

**Request # 5**:  With respect to the involvement of Lamar Scott, Aaron Jackson, Emil Adams, and/or John Sullivan in the City's law enforcement operations, the City will attempt to obtain any non-duplicative materials, to the extent there are any, and produce them on a rolling basis.   However, given the age of these records, they may take a substantial amount of time to locate and produce.

**Request # 7:**  To the extent that there are any non-duplicative materials in the individual officers' personnel files that relate to the incidents that are the subject of this lawsuit, the City will produce materials in response to this demand.  However, materials in personnel files and other sources that are unrelated to the subject incidents will not be produced, as they are not relevant to any claim or defense, and the request is not proportional to the needs to of the case to the extent it calls for these unrelated materials.

**Request # 8:**  Same as 7.

**Request # 9:**  Same as 7.

**Request # 11:**  The City maintains its objections, particularly its objection that this request is overbroad, but the City will attempt to locate materials and documents that were in effect at the time of the subject incidents, and will produce those on a rolling basis in the event it is able to locate said materials.

**Request # 12:**  Same as 11.

1/6/22, 9:27 PM                 Nourfed Mdecy & Jahwin Mail - Dixon v. City of Buffalo, et al. - Meet and Confer Follow-up with the City

Case 1:19-cv-01678-MAV-JJM   Document 53-7   Filed 01/07/22   Page 3 of 3

**Request # 13:**  The City will determine if it has any materials that are responsive to this request.

**Request # 17:**  The City will determine if it has any materials that are responsive to this request.

**Request # 18:**  The City stands by its objections to this request.

**Request # 19:**  The City objects to this request as the Capozzi and Dejac investigations are not relevant to any of the claims or defenses in this case, and the request is not proportional to the needs of the case.

**Request # 20:**  The City stands by its objections to this request.

On a separate note, we can relay that Defendant Stambach has recovered from his bout with COVID-19 and is in good health.  Further, I believe on your call with Hugh last week you had indicated that there was an outstanding Request for Production for Defendant Stambach.   I have attached the responses that were served by  Maeve on December 30, 2020 on behalf of all of the individual defendants in this case.   As you will see, the responses purport to be sent on behalf of Defendant Stambach as well as the other individual defendants.  Please let us know if this clarifies the concern you have raised regarding the Request for Production relating only to Defendant Stambach.

--Peter Sahasrabudhe

[Quoted text hidden]
[Quoted text hidden]

📄 **Dixon - response to plaintiff's request for production re individual officers.pdf**
118K