# Exhibit I

*July 29, 2021 Email from Plaintiff Valentino Dixon to Defendants County of Erie and City of Buffalo*



**Katie McCarthy <katie@nsbcivilrights.com>**

## Valentino Dixon: Follow Up re Personnel Files

**Katie McCarthy** <katie@nsbcivilrights.com>
To: "Jennifer C. Persico" <jpersico@lippes.com>
Cc: Donald Thompson <dmthompson@etksdefense.com>, "Huggins,Maeve E." <mhuggins@ch.ci.buffalo.ny.us>, Moises Soto-Brito <mo@nsbcivilrights.com>, NSB Dixon Case Team <dixoncaseteam@nsbcivilrights.com>, "Russ, Hugh" <HRuss@hodgsonruss.com>, "Sahasrabudhe, Peter" <PSahasra@hodgsonruss.com>

Thu, Jul 29, 2021 at 11:44 AM

Counsel,

I'm writing to follow up on our meet-and-confer call from last week. As we flagged on that call and in prior correspondence -- given the discovery schedule set by the Court and upcoming depositions -- we need to understand your position this week on what outstanding documents you will be producing and the timeline and what your are objecting to (including the specific basis for the objection) so that we can raise outstanding matters with the Court.

First, with respect to depositions, on our July 19th call, all counsel agreed to hold the following dates for depositions:

- Week of Sept 20th
- Sept. 29 - Oct 1
- Week of Oct 4
- Week of Oct 11

Counsel can release the deposition holds on August 18-20th. But we are actively in the process of locating witnesses can will let you know ASAP about who is served and when the depositions will take place.

With respect to County discovery, Jennifer you indicated that you would go through the personnel files in ECDAO's possession and let us know whether documents responsive to our demands exist so we can discuss your objections, if any, more concretely. You also told us that you will look into whether there files relating to other witnesses (e.g., Lamarr Scott, Emil Adams, John Sullivan) in ECDAO's possession -- including Lamar Scott's transcript and guilty plea. Can you please let us know the status of those requests? You also indicated that there are additional CRU documents, when will you be producing those? Finally, can you please provide us with Sara Dee's contact information as previously agreed.

For the City, we understand from our recent calls that you are not taking the position that we are not entitled to IA files and will be producing relevant portions of personnel files. Peter, I believe you were going to confirm with the City -- can you provide an update? Hugh also said that you'd look into our *Monell* requests to clarify the City's position. To the extent the City does not intend to produce any of the requested *Monell* documents, please let us know as soon as possible so we can raise the issue with the Court. Please also let us know when we can expect to receive a privilege log from the City.

For our other requests, we understand that you are looking for responsive documents and will produce them on a rolling basis. Can you please provide an updated timeline for those?

If you'd prefer to discuss further by phone, please let me know and we can schedule a call.

Thanks,
Katie
[Quoted text hidden]