# Exhibit J

*August 3, 2021 Email Correspondence from Defendant City of Buffalo*



Moises Soto-Brito <mo@nsbcivilrights.com>

## Valentino Dixon: Follow Up re Personnel Files

**Sahasrabudhe, Peter** <PSahasra@hodgsonruss.com>                    Tue, Aug 3, 2021 at 10:09 AM
To: Katie McCarthy <katie@nsbcivilrights.com>, "Jennifer C. Persico" <jpersico@lippes.com>
Cc: Donald Thompson <dmthompson@etksdefense.com>, "Huggins,Maeve E." <mhuggins@ch.ci.buffalo.ny.us>, Moises
Soto-Brito <mo@nsbcivilrights.com>, NSB Dixon Case Team <dixoncaseteam@nsbcivilrights.com>, "Russ, Hugh"
<HRuss@hodgsonruss.com>

Katie:

Below is the portion of my e-mail from around two weeks ago on 7/14 where I stated the City's position on the
requests you had identified.

**Request # 4**: With respect to Valentino Dixon's criminal records unrelated to the incident(s) giving rise to this lawsuit,
the City will attempt to obtain these materials, to the extent they are available, and produce them on a rolling basis.
*However, given the age of these records, they may take a substantial amount of time to locate and produce.*

**Request # 5**:  With respect to the involvement of Lamar Scott, Aaron Jackson, Emil Adams, and/or John Sullivan in the
City's law enforcement operations, the City will attempt to obtain any non-duplicative materials, to the extent there
are any, and produce them on a rolling basis.   *However, given the age of these records, they may take a substantial
amount of time to locate and produce.*

**Request # 7**:  To the extent that there are any non-duplicative materials in the individual officers' personnel files that
relate to the incidents that are the subject of this lawsuit, the City will produce materials in response to this demand.
 However, materials in personnel files and other sources that are unrelated to the subject incidents will not be
produced, as they are not relevant to any claim or defense, and the request is not proportional to the needs to of the
case to the extent it calls for these unrelated materials.

**Request # 8**:  Same as 7.

**Request # 9**:  Same as 7.

**Request # 11**:  The City maintains its objections, particularly its objection that this request is overbroad, but the City
will attempt to locate materials and documents *that were in effect at the time of the subject incidents,* and will
produce those on a rolling basis in the event it is able to locate said materials.

**Request # 12**:  Same as 11.

**Request # 13:**  The City will determine if it has any materials that are responsive to this request.

**Request # 17:**  The City will determine if it has any materials that are responsive to this request.

**Request # 18:**  The City stands by its objections to this request.

**Request # 19:**  The City objects to this request as the Capozzi and Dejac investigations are not relevant to any of the claims or defenses in this case, and the request is not proportional to the needs of the case.

**Request # 20:**  The City stands by its objections to this request.

It seems to me that Request Nos. 11, 12, 17, 18, 19, and 20 all fall under the category of "*Monell* requests."  On our call, we did not really even go into the City's stated positions on these requests, but the City maintains the position stated in my above e-mail for each of the requests.

With respect to the status of materials that are being produced on a rolling basis,  we have been in touch with our client, but we have been informed that some of these materials might take some time to locate.  I do not have an exact estimate on when we will have those materials, to the extent they exist or are in the City's possession.  We will continue to work with our client to determine what if any responsive and relevant documents are in the City's possession and will of course keep all parties abreast of what is going on throughout that process.

--Peter

**From:** Katie McCarthy <katie@nsbcivilrights.com>
**Sent:** Tuesday, August 3, 2021 9:39 AM
**To:** Jennifer C. Persico <jpersico@lippes.com>
**Cc:** Donald Thompson <dmthompson@etksdefense.com>; Huggins,Maeve E. <mhuggins@ch.ci.buffalo.ny.us>; Moises Soto-Brito <mo@nsbcivilrights.com>; NSB Dixon Case Team <dixoncaseteam@nsbcivilrights.com>; Russ, Hugh <HRuss@hodgsonruss.com>; Sahasrabudhe, Peter <PSahasra@hodgsonruss.com>
**Subject:** Re: Valentino Dixon: Follow Up re Personnel Files

---

**External Email - Use Caution**

---

[Quoted text hidden]
[Quoted text hidden]

*This message may contain confidential information that is protected by the attorney-client privilege or otherwise. If you are not the intended*

*recipient, you are notified that any disclosure, copying, or use of the contents of this message is strictly prohibited. If this message has been received by you in error, please notify the sender immediately by e-mail and delete the original message. Thank you.*