# Exhibit L

*November 18, 2021 Email from Plaintiff Valentino re Meet and Confer*



Moises Soto-Brito <mo@nsbcivilrights.com>

---

## Dixon v. City of Buffalo et al.: Yesterday's Meet and Confer

---

**Gerardo Romo** <gerardo@nsbcivilrights.com>	Thu, Nov 18, 2021 at 4:42 PM
To: "Sahasrabudhe, Peter" <PSahasra@hodgsonruss.com>, "Russ, Hugh" <HRuss@hodgsonruss.com>
Cc: jpersico@lippes.com, mhuggins@ch.ci.buffalo.ny.us, skemnitzer@lippes.com, NSB Dixon Case Team <dixoncaseteam@nsbcivilrights.com>, dmthompson@etksdefense.com, "Poole,Christopher R." <cpoole@ch.ci.buffalo.ny.us>

Hi Peter,

I am writing to memorialize our meet and confer yesterday. In connection with the City's outstanding responses to Plaintiff's discovery requests, the City represented it would do the following:

**Request #4 (Dixon's criminal records & BPD investigative files) & Request #14 (same for relevant witnesses)**
Counsel will confer with BPD to explain in writing its representation that it is not possible and/or unduly burdensome to search for BPD investigative records concerning Plaintiff Valentino Dixon and other relevant witnesses, including true perpetrator Lamar Scott. You will also advise us if a call with BPD would be helpful by directly explaining the Department's search process. Either way, you will let us know the next steps necessary to resolve this outstanding request, as you agree these are relevant requests and we explained again why we need, at a minimum, all of these records relating to Plaintiff before we can move forward with Defendant depositions.

**Request #5 (Scott, Jackson, Adams, and Sullivan records)**
If in the possession of the BPD, the City will produce the DOJ report. You will also confirm whether there are any other documents possibly responsive to request #13 and produce those as well.

**Requests #7 (BPD employment records), 8 (BPD misconduct allegations), and 9 (BPD personnel files)**
The City will determine whether there are any additional disciplinary records responsive to requests 7, 8, 9 as part of any IAD investigations in addition to what has already been produced. The City will also determine whether there are any applicable retention policies and produce those policies if they exist.

**Request #13 (BPD misconduct investigations)**
If relevant, the City will produce the DOJ report and confirm whether there are anything other documents responsive to request #13.

**Request #17 (perjury investigation communications)**
The City will speak to the individual Defendants and determine whether there were any investigations that may be responsive. If you determine that BPD did not conduct any investigation(s) relevant to Mr. Jarmon and Mr. Brown's perjury prosecutions, you will put that representation in writing.

**Request #19 (Capozzi, DeJac, Epps, Ortiz documents)**
The City reiterated its position that it will not provide responses to this request due to its objections based on proportionality, remoteness in time, and issues relating to the confidential nature of the documents. The City declined Plaintiff's offers to narrow the request or discuss prioritizing production of certain responsive information. Plaintiff intends to move to compel the City to produce responsive documents.

**Privilege log**
The City will determine whether any documents were withheld from its previous productions on the grounds of privilege or any other protection, and if so, will provide a description of those documents to Plaintiff. If documents were withheld, the parties will discuss a schedule for the production of a privilege log.

As discussed, the City will provide an update on all of the above by no later than **November 30, 2021**.

Finally, we would like to take this opportunity to address request 20 (surveillance documents from 1/1/1980 to 12/31/1995). Does the City continue to stand on its objections and refuse to produce any responsive documents? If so, is the City willing to respond to this request if it is more narrowly tailored? We would appreciate an update on the City's position by **November 30th** as well.

Thank you,
Gerardo

--
Gerardo Romo
Johnnie L. Cochran, Jr. Fellow
Neufeld Scheck & Brustin, LLP
99 Hudson St., 8th Floor | NYC 10013
T: (212) 965-9081 | F: (212) 965-9084
www.nsbcivilrights.com
Pronouns: he/him/his