# Exhibit M

*November 23, 2021 Email from Defendant County of Erie*



Moises Soto-Brito <mo@nsbcivilrights.com>

## Dixon v. City of Buffalo, et al.: Defendants' Document Productions

**Jennifer C. Persico** <jpersico@lippes.com>  Tue, Nov 23, 2021 at 9:08 PM
To: Gerardo Romo <gerardo@nsbcivilrights.com>, "PSahasra@hodgsonruss.com" <PSahasra@hodgsonruss.com>, "mhuggins@ch.ci.buffalo.ny.us" <mhuggins@ch.ci.buffalo.ny.us>, "HRuss@hodgsonruss.com" <HRuss@hodgsonruss.com>, "Serena M. Kemnitzer" <skemnitzer@lippes.com>
Cc: "dmthompson@etksdefense.com" <dmthompson@etksdefense.com>, NSB Dixon Case Team <dixoncaseteam@nsbcivilrights.com>, "James P. Blenk" <jblenk@lippes.com>

Gerardo et al,

Thank you for your patience regarding my unforeseen scheduling issues. Please allow this to address the inquiries in your email of November 5, 2021.

<u>Sara Dee:</u>

The last known address we have for her is 585 Washington St, 9th Floor, Buffalo, NY 14203.

<u>Request #7</u>:

Our position as to your requests for documents relating to criminal investigations, prosecutions, incarcerations, plea negotiations and/or status as informants of non-parties, Lamar Scott, Aaron Jackson, Emil Adams, John Sullivan and Heather Smith, remains the same as that set forth in our Response to Plaintiff's Revised First Set of Requests for Production of Documents and Things dated July 19, 2021.

<u>Request #14</u>:

Frank Sedita III:    Without waiving the objections as set forth in our response of July 19, 2021, the ECDA has conducted a search and is not in possession of Mr. Sedita's personnel file. We have inquired as to whether any other County Department is in possession of the same and we will advise if we can locate it.

Christopher Belling:    Below are the general categories within Mr. Belling's personnel file. By identifying the general categories we are not in any way waiving our previously stated objections or agreeing to produce the documents, rather we are attempting to resolve discovery issues.

- Time and attendance records
- Personal information relative to taxes, insurance and salary
- Intra-office memoranda relative to commendations and positions
- Performance Evaluations
- Employment Application and resume

After a thorough review of Mr. Belling's personnel file, I can confirm that there are no complaints, civilian or otherwise.

Misc.:

I realize that the landscape of this case is challenging due to changing staff, age of documents, and most significantly the global pandemic, but several things in your email do not comport with my recollection and so I address them below.

I am not certain what you meant by the following:

In addition, on July 8, 2021, you previously represented that the County does not possess documents responsive to requests #12 (BPD officer misconduct files) and #14 (Belling and Sedita files). Please confirm that you do not have any responsive documents and describe the County's search efforts in connection with these requests. Please also provide any relevant retention policies.

I have not ever represented that the County has no documents responsive to request #14, rather I objected to the request itself. (See Responses to Plaintiff's Requests for Production of Documents and Things dated November 20, 2020 and July 19, 2021). Similarly, I objected to request #12. Our objection to that request continues. To date you have not provided a revised request or otherwise provided any indication of a nexus between the alleged assaults/arrests of the individuals you list and the ECDA. Regarding the retention policies, this is the first I am aware of such a request. If you have already made such a request, please point me in the right direction. If not, please make a formal demand and we will endeavor to respond.

To your request for further detail on "search efforts," regarding request #14, I refer you to my response above. Regarding #12 (BPD officer misconduct files), these records are of dubious materiality, and it is implausible that the ECDA would ever have possessed such records. As with all requests, they were directed through the appropriate channels at the ECDA. Under these circumstances, I do not believe that any further response or explanation is warranted.

The below statement similarly does not comport with my recollection:

You also previously stated that the County will revisit its conclusion that it does not possess any of the reports responsive to request #15 (ECDA/BPD misconduct). To date, we have received no update. What is the County's position?

I do not believe I ever agreed to revisit our response to request #15. As indicated in our response of July 2021, none of the documents requested were created, produced or published by the ECDA or the County of Erie. We would therefore again refer plaintiff to the agency or agencies that created, produced or published the identified documents.

As to your inquiry about our response to request #13, you are correct that our position relative that request remains the same.

I think we should certainly discuss the Belling personnel file, and we are, of course, always happy to discuss anything you like - but I am not sure from the County defendants' perspective, that any other issues can be resolved.

Many thanks,

Jen

### Jennifer C. Persico
Partner and Executive Committee Member



50 Fountain Plaza, Suite 1700
Buffalo, NY 14202-2216
ph: 716.853.5100 ext. 1350  |  fx: 716.853.5199
jpersico@lippes.com  |  lippes.com
LinkedIn  //  Twitter  //  Facebook

This email message, including attachments, are confidential and may be protected by the attorney/client or other applicable privileges.  The information is intended to be conveyed only to the designated recipient(s) of the email message.  Unauthorized use, dissemination, distribution or reproduction of this message by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful.  If you are not an intended recipient, please notify the sender immediately, delete the message from your email system, and destroy any other copies in your possession.

**From:** Gerardo Romo <gerardo@nsbcivilrights.com>
**Sent:** Friday, November 5, 2021 2:42 PM

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]