# Exhibit N

*December 10, 2021 Email from Defendant City of Buffalo*



Gerardo Romo <gerardo@nsbcivilrights.com>

## Dixon v. City of Buffalo et al.: Yesterday's Meet and Confer

**Sahasrabudhe, Peter** <PSahasra@hodgsonruss.com>  Fri, Dec 10, 2021 at 11:29 AM
To: Gerardo Romo <gerardo@nsbcivilrights.com>, "Russ, Hugh" <HRuss@hodgsonruss.com>
Cc: "jpersico@lippes.com" <jpersico@lippes.com>, "mhuggins@ch.ci.buffalo.ny.us" <mhuggins@ch.ci.buffalo.ny.us>, "skemnitzer@lippes.com" <skemnitzer@lippes.com>, NSB Dixon Case Team <dixoncaseteam@nsbcivilrights.com>, "dmthompson@etksdefense.com" <dmthompson@etksdefense.com>, "Poole,Christopher R." <cpoole@ch.ci.buffalo.ny.us>

Hello Gerardo:

Below are some things that I can currently confirm for you regarding the discovery requests you have outlined below.

### Evidence Regarding Plaintiff's Other Arrests/Convictions

BPD has agreed to run a criminal records search for Mr. Dixon if he signs the appropriate authorization/waiver. That search will identify each instance Mr. Dixon was arrested and will reveal if there was in fact an investigation done by BPD prior to his arrests. If there was an investigation done, I will have to search BPD's historic files/archives for the relevant investigation files, which is kept at a separate facility. But I did confirm that the arrest record would allow me to determine the file/investigation number associated with each arrest. I am working with BPD's current Deputy Commissioner to get the appropriate waiver/authorization to send to you. He is currently in Albany for a police convention but hopes to send me the appropriate form by early next week. Without an authorization, there is no way to determine which investigative file number is associated with a particular individual. Also, please note that if any of Mr. Dixon's prior arrests occurred as an "on site" arrest, there will be no investigative file associated with it. A file will only exist if there was an investigation done prior to the arrest.

### Perjury Investigation

I can confirm based on what I have been told that there was no separate investigative file or other records created by BPD regarding the perjury charges brought against Mr. Jarmon and Mr. Brown.

### Privilege Log

I can confirm, based on various inquiries I have made, that no documents or other materials have been specifically withheld on the basis of the attorney client privilege, law enforcement privilege, or other potentially applicable privileges at this time. Of course, the City reserves the right to assert objections based on any applicable privileges in the event that it becomes aware of responsive documents or materials which are in fact privileged. In the event this happens, we will create and produce a privilege log.

### DOJ Reports

I am continuing to follow up with the current head of BPD's Internal Affairs Division regarding potentially responsive DOJ reports. He has told me that he is going to get me the reports, and we should be able to review those soon and produce them if they are in fact responsive. I apologize for the delay on getting these reports, some of which was caused by my absence from work. I am also waiting to hear back on whether there were any separate IAD files kept apart from the employment/personnel records.

**Request # 20**

The City does stand on its objections to Request # 20. If Plaintiff wishes to issue a more narrowly tailored demand, he of course may do so. The City will independently consider any newly issued demand and will respond and/or state any objections that it deems appropriate.

Sincerely,

Peter Sahasrabudhe

**From:** Gerardo Romo <gerardo@nsbcivilrights.com>
**Sent:** Thursday, November 18, 2021 4:42 PM
**To:** Sahasrabudhe, Peter <PSahasra@hodgsonruss.com>; Russ, Hugh <HRuss@hodgsonruss.com>
**Cc:** jpersico@lippes.com; mhuggins@ch.ci.buffalo.ny.us; skemnitzer@lippes.com; NSB Dixon Case Team <dixoncaseteam@nsbcivilrights.com>; dmthompson@etksdefense.com; Poole,Christopher R. <cpoole@ch.ci.buffalo.ny.us>
**Subject:** Dixon v. City of Buffalo et al.: Yesterday's Meet and Confer

**External Email - Use Caution**

Hi Peter,

[Quoted text hidden]

1/7/22, 11:28 AM Newfield, Scudder, & Brustin Mail - Dixon v. City of Buffalo et al. Yesterday's Meet and Confer

Case 1:19-cv-01678-MAV-JJM   Document 53-14   Filed 01/07/22   Page 4 of 4

[Quoted text hidden]