UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

VALENTINO DIXON,

        Plaintiff,

v.

CITY OF BUFFALO, et al.,

        Defendants.

---

Civil Action No. 19-cv-01678

**NOTICE OF CROSS MOTION**

| | |
|---|---|
| MOTION MADE BY: | Defendants County of Erie and Christopher Belling by and through Defendants' attorneys, Lippes Mathias LLP. |
| DATE, TIME AND PLACE: | At a date and time determined by the Court, Robert H. Jackson Courthouse, 2 Niagara Square, Buffalo NY 14202. |
| SUPPORTING PAPERS: | Declaration of Eric M. Soehnlein, Esq., with exhibits and Defendants' Memorandum of Law, both dated January 20, 2022 and all prior pleadings in this matter. |
| RELIEF REQUESTED: | An Order of this Court: Bifurcating and staying discovery on Plaintiff's *Monell* claims and for such other and further relief as the Court deems just and proper. |

DATED: Buffalo, New York
             January 20, 2022

Respectfully submitted,

**LIPPES MATHIAS LLP**

By:   *s/ Eric M. Soehnlein*
     Eric M. Soehnlein, Esq.
     *Attorneys for Defendants*

*County of Erie and Assistant*
*District Attorney Christopher Belling*
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Telephone: 716-853-5100
E-mail: esoehnlein@lippes.com