UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

VALENTINO DIXON,

          Plaintiff,

  v.

CITY OF BUFFALO, et al.,

          Defendants.

_____

Civil Action No. 19-cv-01678

**DECLARATION**

Eric M. Soehnlein, Esq. declares the following under penalty of perjury:

1. I am an attorney at law duly licensed to practice in the United States District Court for the Western District of New York. I am a Partner in the law firm Lippes Mathias LLP, counsel to defendants County of Erie and Assistant District Attorney Christopher Belling ("Defendants"). As such, I make this declaration on personal knowledge.

2. I make this declaration in further support of Defendants' cross motion requesting an Order Bifurcating discovery so that disclosure regarding Plaintiff's *Monell* claims occurs after dispositive motion practice, denying Plaintiff's motion to compel, and for such other relief as the Court deems just and proper.

    I.    **Procedural History**

3. This matter was filed on December 16, 2019. (Dkt. # 1). Plaintiff served the Complaint on various parties throughout January of 2020.

4. Defendants answered the Complaint on January 31, 2020. (Dkt. # 20).

5. The matter proceeded into discovery. On consent of all parties, the Case Management Order has been amended. Currently, the Court has ordered that all discovery be completed by 6/29/2022 and that dispositive motions be filed 9/7/2022. (Dkt. # 39).

6. The parties have engaged in preliminary document disclosures and discovery. To date, no deposition testimony has been taken.

7. As referenced in the accompanying Memorandum of Law, Defendants believe that at the conclusion of discovery regarding Mr. Dixon's investigation and prosecution dispositive motion practice will result in the dismissal of this case.

II. Relevant Background

8. Before the action that resulted in Mr. Dixon's release, he made the same challenges in three prior court proceedings, each of which affirmed his conviction and rejected these claims.

9. Mr. Dixon challenged the jury's verdict at the Appellate Division, Fourth Department. The Fourth Department affirmed the conviction. *Peo. v. Dixon*, 214 A.D.2d 1010, 1012 (4th Dep't 1995).

10. In 2003, Plaintiff moved the trial court to vacate his conviction based upon ineffective assistance of counsel, the discovery of new evidence and prosecutorial misconduct. See Decision of Hon. Michael L. D'Amico dated August 30, 2004 attached as **Exhibit 1**. In that detailed decision, the trial court addressed many of the claims contained in the instant complaint and rejected each of them.

11. Later, Plaintiff collaterally attacked the verdict, filing a petition for habeas corpus in the Western District of New York that resulted in another detailed decision by Magistrate Bianchini, dated January 7, 2009. Again, Mr. Dixon's claims were rejected, including claims of prosecutorial misconduct. **Exhibit 2**.

12. On May 28, 2018, Mr. Dixon filed another CPL §440.10 motion alleging that his conviction should be vacated based upon newly discovered evidence and an alleged failure of the ECDA and its agents to disclose negative results of gun residue testing of Dixon's clothing from the night of the shooting.

13. Upon receipt of the 2018 motion, the ECDA conducted an investigation and determined that, based upon newly discovered evidence, part of Mr. Dixon's conviction should be vacated.  The ECDA's investigation conclusively established that there was no failure to disclose gun residue testing of Dixon's clothing because such testing was never done and therefore, it did not provide a basis for vacating the conviction.  Mr. Dixon's weapons conviction was not vacated.  Mr. Dixon specifically withdrew his application to vacate the weapons charge and did not object to the ECDA determination that no exculpatory evidence had been withheld by the prosecution.

DATED:   Buffalo, New York
           January 20, 2022

                                      Respectfully submitted,

                                      LIPPES MATHIAS LLP

By:   *s/ Eric M. Soehnlein*
      Eric M. Soehnlein, Esq.
      *Attorneys for Defendants*
      *County of Erie and Assistant*
      *District Attorney Christopher Belling*
      50 Fountain Plaza, Suite 1700
      Buffalo, New York 14202
      Telephone: 716-853-5100
      E-mail: esoehnlein@lippes.com