UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

VALENTINO DIXON,

                              Plaintiff,

    v.                                                                              Civil No.: 1:19-cv-01678

CITY OF BUFFALO and COUNTY OF ERIE, and
DETECTIVE MARK R. STAMBACH,
DETECTIVE RANIERO MASECCHIA,
DETECTIVE JAMES P. LONERGAN,
DETECTIVE JOHN VICKERD,
CHIEF RICHARD T. DONOVAN,
JOHN DOES, Unknown Buffalo Police Department
Supervisors, and ASSISTANT DISTRICT
ATTORNEY CHRISTOPHER BELLING,
in their individual capacities,

                              Defendants.

## DECLARATION IN SUPPORT OF
## BIFURCATION AND STAY OF *MONELL* DISCOVERY

       PETER A. SAHASRABUDHE, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

       1.     I am an attorney associated with Hodgson Russ LLP.  Our office represents defendants the City of Buffalo (hereinafter "the City"), Detective Mark R. Stambach, Detective Raniero Masecchia, Detective James P. Lonergan, Detective John Vickerd, Chief Richard T. Donovan, and various John Does referred to as "Unknown Buffalo Police Department Supervisors" (collectively referred to hereinafter as "the City Defendants").  As counsel of record, I am fully familiar with the facts and circumstances addressed herein.

- 2 -

2. I submit this Declaration to note that the City Defendants support the relief requested in the cross-motion to bifurcate and stay discovery of the plaintiff's *Monell* claims filed by the County of Erie and former Assistant District Attorney Christopher Belling (collectively referred to hereinafter as "the County"). (Dkt. No. 58.) The City Defendants join the County in its request for such relief.

3. As established in the County's papers, and as detailed in the accompanying Memorandum of Law, the relevant factors and considerations weigh in favor of bifurcation of the plaintiff's claims against the individual defendants and the plaintiff's *Monell* claims against the County and the City.

4. Further, the relevant factors and considerations compel staying discovery related to the plaintiff's *Monell* claims until after discovery and dispositive motion practice has occurred in relation to his claims against each of the individual defendants.

5. Accordingly, the City Defendants request that the Court grant the County's cross-motion and bifurcate each of the plaintiff's *Monell* claims and stay discovery on each of the plaintiff's *Monell* claims as well.

6. In the alternative, if bifurcation is not granted and *Monell* discovery is not outright stayed, the City Defendants request that the Court deny the plaintiff's pending motion to compel for the reasons stated in their papers filed in opposition to said motion. (Dkt. Nos. 57-1-57-4.)

- 3 -

7. They City Defendants further request that the Court grant any further relief as it may deem just and proper.

Dated:  Buffalo, New York
        January 27, 2022

                                            s/ Peter A. Sahasrabudhe
                                            Peter A. Sahasrabudhe, Esq.