UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>  Plaintiff<br><br>v.<br><br>CITY OF BUFFALO et al.,<br><br>  Defendants. | Civil Action No. 19-cv-01678<br><br>**AFFIDAVIT IN FURTHER SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

**AFFIDAVIT IN FURTHER SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO LOCAL RULE 7(d)(3)**

I, **MARY KATHERINE MCCARTHY**, hereby swear and state as follows:

1. I am an attorney at law of the State of New York and an associate of the law firm Neufeld Scheck & Brustin LLP. I represent Plaintiff Valentino Dixon in the above-captioned matter.

2. I submit this affidavit pursuant to Local Civil Rule 7(d)(3) in further support of Plaintiff's Motion to Compel Production of Documents.

3. Attached hereto and incorporated by reference as **Exhibit O** is a true and complete copy of an Email from Plaintiff Valentino Dixon to Defendant City of Buffalo dated December 17, 2021.

4. Attached hereto and incorporated by reference as **Exhibit P** is a true and complete copy of an Email from Plaintiff Valentino Dixon to Defendant City of Buffalo dated December 21, 2021.

5. Attached hereto and incorporated by reference as **Exhibit Q** is a true and complete copy of an Email from Defendant City of Buffalo to Plaintiff Valentino Dixon dated December 21, 2021.

1

6. Attached hereto and incorporated by reference as **Exhibit R** is a true and complete copy of Plaintiff's Second Request for Production of Document and Things to Defendant City of Buffalo dated January 27, 2022.

I affirm that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willingly false, I am subject to discipline.

DATED: January 27, 2022                    /s/ Mary Katherine McCarthy

Mary Katherine McCarthy
NEUFELD SCHECK & BRUSTIN LLP
99 Hudson Street, 8th Floor
New York, NY 10013
T: (212) 965-9081
E: katie@nsbcivilrights.com

*Counsel for Plaintiff Valentino Dixon*