# Exhibit O

*December 17, 2021 Email from Plaintiff Valentino Dixon to Defendant City of Buffalo*



Katie McCarthy <katie@nsbcivilrights.com>

## Dixon v. City of Buffalo et al.: Yesterday's Meet and Confer

**Katie McCarthy** <katie@nsbcivilrights.com>  Fri, Dec 17, 2021 at 7:18 AM
To: "Sahasrabudhe, Peter" <PSahasra@hodgsonruss.com>
Cc: Gerardo Romo <gerardo@nsbcivilrights.com>, "Russ, Hugh" <HRuss@hodgsonruss.com>, "jpersico@lippes.com" <jpersico@lippes.com>, "mhuggins@ch.ci.buffalo.ny.us" <mhuggins@ch.ci.buffalo.ny.us>, "skemnitzer@lippes.com" <skemnitzer@lippes.com>, NSB Dixon Case Team <dixoncaseteam@nsbcivilrights.com>, "dmthompson@etksdefense.com" <dmthompson@etksdefense.com>, "Poole,Christopher R." <cpoole@ch.ci.buffalo.ny.us>

Peter, thanks for speaking with me yesterday. To confirm, we will have Mr. Dixon execute this release and return it to you to begin the search process for responsive records. You also committed to reviewing the discovery we discussed that appears to be a BPD intelligence file on Mr. Dixon and letting us know ASAP whether we can reach agreement on producing such files as responsive to RFP 20 or if we should include that RFP in our forthcoming motion to compel.

We also discussed setting depositions in late February or March, and you agreed to provide availability during that timeframe so we could set aside dates.

Thanks again,
Katie

[Quoted text hidden]