# Exhibit P

*December 21, 2021 Email from Plaintiff Valentino Dixon to Defendant City of Buffalo*



Katie McCarthy <katie@nsbcivilrights.com>

## Dixon v. City of Buffalo et al.: Yesterday's Meet and Confer

**Katie McCarthy** <katie@nsbcivilrights.com>　　　　　　　　　　　　　　　　Tue, Dec 21, 2021 at 8:31 AM
To: "Sahasrabudhe, Peter" <PSahasra@hodgsonruss.com>
Cc: Gerardo Romo <gerardo@nsbcivilrights.com>, "Russ, Hugh" <HRuss@hodgsonruss.com>, "jpersico@lippes.com" <jpersico@lippes.com>, "mhuggins@ch.ci.buffalo.ny.us" <mhuggins@ch.ci.buffalo.ny.us>, "skemnitzer@lippes.com" <skemnitzer@lippes.com>, NSB Dixon Case Team <dixoncaseteam@nsbcivilrights.com>, "dmthompson@etksdefense.com" <dmthompson@etksdefense.com>, "Poole,Christopher R." <cpoole@ch.ci.buffalo.ny.us>

Hi Peter,

Hope you're doing well and staying healthy. We're going to have Mr. Dixon execute the release right after the holidays and get it back to you.

In terms of RFP 20 though, do you have any updates on your position?

Thanks,
Katie

[Quoted text hidden]