# Exhibit Q

*December 21, 2021 Email from Defendant City of Buffalo to Plaintiff Valentino Dixon*



Katie McCarthy <katie@nsbcivilrights.com>

---

## Dixon v. City of Buffalo et al.: Yesterday's Meet and Confer

**Sahasrabudhe, Peter** <PSahasra@hodgsonruss.com>                    Tue, Dec 21, 2021 at 8:46 AM
To: Katie McCarthy <katie@nsbcivilrights.com>
Cc: Gerardo Romo <gerardo@nsbcivilrights.com>, "Russ, Hugh" <HRuss@hodgsonruss.com>, "jpersico@lippes.com" <jpersico@lippes.com>, "mhuggins@ch.ci.buffalo.ny.us" <mhuggins@ch.ci.buffalo.ny.us>, "skemnitzer@lippes.com" <skemnitzer@lippes.com>, NSB Dixon Case Team <dixoncaseteam@nsbcivilrights.com>, "dmthompson@etksdefense.com" <dmthompson@etksdefense.com>, "Poole,Christopher R." <cpoole@ch.ci.buffalo.ny.us>

Hi Katie:

My apologies for the delay.  The City is going to stand on its objections to Request No. 20.  To the extent that our search for documents/materials in response to Request No. 4 after Mr. Dixon executes the authorization allows us to obtain documents that may also be responsive to Request No. 20, we will produce them subject to any potentially applicable privilege objections.  However, the City maintains its objections to Request No. 20 to the extent it seeks materials related to individuals who have no involvement with this case.   Further, the City maintains each and every privilege objection to Request No. 20 and maintains each objection with respect to the scope and burdensome nature of Request No. 20.

--Peter

[Quoted text hidden]
[Quoted text hidden]