UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

VALENTINO DIXON,

                                                                      Plaintiff(s),

                                    ***MEDIATION CERTIFICATION***

                                                                        __19__ - cv - __1678__

                                      v.

CITY OF BUFFALO, et al.,

                                                    Defendant(s).

_____

I hereby certify that:

[✔] The mediation session scheduled for __2/9/22__ has been adjourned to __4/28/22__.

[ ] Case settled prior to the first mediation session.

[ ] Mediation session was held on _____.

    [ ] *Case has settled.* (Comment if necessary).

    [ ] *Case has settled in part.* (Comment below). Mediation will continue on _____.

    [ ] *Case has settled in part.* (Comment below). Mediation is complete.

    [ ] *Case has not settled.* Mediation will continue on _____.

    [ ] *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* __02/09/2022__                  *Mediator:* /S/ __Michael Menard__

**Additional Comments:**
_____
_____
_____