

**Neufeld Scheck & Brustin, LLP**

Tel: [212] 965-9081
Fax: [212] 965-9084

99 Hudson Street, 8th Floor
New York, New York 10013

nsbcivilrights.com

February 15, 2022

**Via ECF**
Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

Re: *Dixon v. City of Buffalo et al*, Case No. 19-cv-01678 (WMS) (JJM)

Dear Judge McCarthy:

      On behalf of Plaintiff Valentino Dixon, we submit the attached appendix pursuant to the Court's order (ECF No. 64). In order to avoid any further delay, we are providing all requested documents in our possession; our understanding is that Erie County will provide the District Attorney's re-investigation reports to the Court.

      Respectfully submitted,

/s/ Gerardo Romo_____
Gerardo Romo

*Counsel for Plaintiff*

Enclosure
cc: All Counsel (via ECF)