**Appendix of Documents Submitted in Response to Docket Entry No. 64**

| Request No. | Name | Description |
|---|---|---|
| 1 | Plaintiff's NY CPL Section 440 Motion | Notice of Motion, Attorney's Affirmation of Donald M. Thompson, dated May 28, 2018, and Exhibits A-V |
| 2 | Erie County District Attorney's Office Reinvestigation Reports | [to be provided by ECDA] |
| 3 | Erie County District Attorney's Office response to Plaintiff's NY CPL Section 440 Motion, supporting partial vacatur | Answering Affidavit of David A. Heraty, dated September 17, 2018 |
| 4 | Transcript of Vacatur Proceedings | Transcript, dated September 19, 2018 |
| 5 | Order of Partial Vacatur | Memorandum and Order, dated September 19, 2018 |