

**Neufeld Scheck & Brustin, LLP**

Tel: [212] 965-9081  
Fax: [212] 965-9084

99 Hudson Street, 8th Floor  
New York, New York 10013  
nsbcivilrights.com

February 16, 2022

**Via ECF**
Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

Re: *Dixon v. City of Buffalo et al*, Case No. 19-cv-01678 (WMS) (JJM)

Dear Judge McCarthy:

      The parties jointly write in response to the Court's order (ECF No. 64). The parties wish to inform the Court that they do not consent to its jurisdiction pursuant to 28 U.S.C. Section 636(c).

      Respectfully submitted,

/s/ Nick Brustin_____
Nick Brustin

*Counsel for Plaintiff*


___/s/ James P. Blenk_____

*Counsel for Defendants County of Erie and Assistant District Attorney Christopher Belling*

_/s/_ Peter A. Sahasrabudhe_____
Peter A. Sahasrabudhe

*Counsel for Defendants City of Buffalo and other City Defendants*

cc: All Counsel (via ECF)