

<u>VIA CM/ECF AND HAND DELIVERY</u>                                            February 18, 2022
Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

Re:     <u>Dixon v. City of Buffalo, et al.</u>
          Case No. 19-cv-01678

Dear Judge McCarthy:

Please accept this as our response to the Court's Order (Doc. No. 64) on behalf of the defendants, County of Erie and Christopher Belling.

There is no formal 2018 reinvestigation report as is referenced in the Order. There is an internal memorandum from the Assistant District Attorneys to the District Attorney which sets forth their impressions of the information gathered during the reinvestigation conducted in response to plaintiff's 440 motion (Doc. No. 66-2). The memorandum is attorney work product and attorney-client communication and therefore not subject to disclosure. We have included the memorandum on our privilege log.

Additionally, there were no separate statements taken from the witnesses interviewed other than Valentino Dixon and Lamarr Scott. The affidavit of David Heraty (Doc. No. 66-3) summarized those interviews.

However, there were videotaped interviews of Valentino Dixon and Lamarr Scott as well as a polygraph examination of Valentino Dixon taken in connection with the District Attorney's response to plaintiff's 440 motion. We file herewith the polygraph results [COE004288-4293].

Because we are unable to upload the videotaped interviews [COE002552, COE002553, COE002555 and COE002556], as instructed by your office we provide them via a USB drive which we will hand deliver with a hardcopy of this letter to your chambers. We previously provided plaintiff with copies of all of these materials during discovery.

We conferred with Plaintiff via email on February 17, 2022 relative to the production of these materials in response to the Court's text Order. Plaintiff objected to same.

Jennifer C. Persico  |  Partner  |  jpersico@lippes.com

50 Fountain Plaza, Suite 1700, Buffalo, NY 14202   Phone: 716.853.5100   Fax: 716.853.5199   lippes.com
New York: Albany, Buffalo, New York City, Rochester  //  Florida: Jacksonville  //  Illinois: Chicago  //  Ontario: Greater Toronto Area  //  Washington, D.C.



Thank you for your consideration and please do not hesitate to contact me if you have any questions.

Very truly yours,

LIPPES MATHIAS LLP

Jennifer C. Persico

JCP/smk
Enclosure(s)

Cc (via CM/ECF): All counsel of record.