

**INDEPTHPOLYGRAPHS.COM**
A DIVISION OF INTERNATIONAL INVESTIGATIVE GROUP, LTD



CERTIFIED POLYGRAPH EXAMINERS



**DANIEL D. RIBACOFF**
APA, NPA, NYSPEA, BEPA, ASTM, ACFEI, LPI, GG

VIA:    EMAIL

September 11, 2018

Donald M. Thompson, Esq.
Easton Thompson Kasperek Shiffrin LLP
The Powers Building
16 West Main Street, Suite 243
Rochester, NY  14614

David A. Heraty, Esq.
Assistant District Attorney
Erie County District Attorney
25 Delaware Ave., 7th Flo.
Buffalo, NY  14202

|  |  |  |
|---|---|---|
| Re | : | Polygraph Examination |
| Examinee | : | Valentino Dixon |
| Date of Exam | : | August 30, 2018 |
| Location of Exam | : | Erie County District Attorney's Office |
| Our Ref # | : | 18-3184.999P – Pro Bono |
| Issue | : | Weapons Possession and Homicide |

**PRIVILEGED AND CONFIDENTIAL**
**POLYGRAPH EXAMINER/ATTORNEY WORK PRODUCT**

Dear Messrs. Thompson & Heraty:

Pursuant to your request, the undersigned polygraph examiner conducted a Psychophysiological Detection of Deception Test (polygraph examination) with the above referenced examinee, in regards to issues surrounding weapons possession and homicide.

1350 Ave. of the Americas, 2nd Fl., New York, New York 10019    Tel: (212) 302-3200    Fax: (800) 863-3374
2901 Long Beach Road, Suite 3, Oceanside, New York 11572    Tel: (516) 764-3242    Fax: (516) 764-3362
600 Mamaroneck Ave, Suite 400, Harrison, New York 10528    Tel: (800) 766-2779    Fax: (800) 863-3374
11601 Wilshire Blvd, Suite 500, Los Angeles, California 90025    Tel: (310) 592-0027    Fax: (800) 863-3374
2255 Glades Road, Suite 324A, Boca Raton, Florida 33431    Tel: (561) 892-2171    Fax: (800) 863-3374

**COE004288**

INDEPTHPOLYGRAPHS.com                                      A DIVISION OF INTERNATIONAL INVESTIGATIVE GROUP, LTD.

During the pre-test interview, the examinee discussed the relevant issues. These issues were thoroughly discussed and consolidated into the relevant questions for this examination.

## PRE-TEST INTERVIEW

The subject is a 48-year-old African American male who resided in the Buffalo, New York area prior to his incarceration 27 years ago.  He attended some college prior to his arrest. The subject is single and has four daughters.

A Morgan Interview Themed Technique (MITT) was administered as well as a Forensic Assessment Interview (FAINT) during the pre-test period.  The subject was deemed non-deceptive with respect to the issue of murder.

The subject was interviewed at length and the relevant questions were reviewed.

There was some delay in chart collection, as the examinee was cold and the room was air-conditioned.  A portable heater was brought in, and the subject's hand with the GSR transducers were wrapped in a sweater that was provided by one of the District Attorneys. After approximately 30 minutes, the subject's electrodermal activity returned to normal, where charts could be recorded.

## MEDICAL AND PSYCHOLOGICAL HISTORY

| | | |
|---|---|---|
| *Illegal Drugs* | : | None |
| *Medical Conditions* | : | None |
| *Psychiatric/Psychological Conditions* | : | None |
| *Medications* | : | None |
| *Recent Alcohol* | : | None |
| *Rest* | : | Adequate |
| *Pain/Discomfort* | : | None |
| *Distraught over situation* | : | Yes |
| *Distraught over taking a polygraph* | : | No |

## POLYGRAPH EXAMINATION

The Zone Comparison Test (ZCT) a validated and approved test by the three national polygraph organizations and the US Government's Polygraph Institute, was utilized. A Limestone Computerized Polygraph instrument was used to record the subject's cardio/pulse responses, upper and lower respiration, and electrodermal skin conductance tracings. The instrument was functionality-checked per factory procedure for the date of this examination; all functions were satisfactory.

Four examination charts were collected, following one acquaintance test that was administered in order to observe a "known lie" pattern.

The examinee was asked the following relevant questions:

*R5. Was that Tech 9 in either of your vehicles prior to Torianno's murder?*

Subject's reply:      No

Result:      Deception Indicated (ESS Score – 9 (minus 9))

*R7.  Did you bring that Tech 9 to the vicinity of Mario's house?*

Subject's reply:      No

Result:      Deception Indicated (ESS Score – 9 (minus 9))

*R10.  Did you shoot Torriano Jackson?*

Subject's reply:      No

Result:      Inconclusive (ESS Score – 2 (minus 2))

## CONCLUSION

It is the opinion of the examiner, based upon a procedural review of physiological data evident within the subject's polygraph charts and the Empirical Scoring System (ESS): that there **WERE** significant reactions indicative of deception present when the subject replied to the above relevant test questions *R5* and *R7*.  Relevant test question *R10* is scored as **INCONCLUSIVE**.  Another term for inconclusive is **NO OPINON**.

According to the Empirical Scoring System, a question needs a score of + 1 (plus 1) or higher to pass (**NO DECEPTION INDICATED**) and – 3 (minus 3) or lower to fail (**DECEPTION INDICATED**).  A question that falls between those rages is deemed **INCONCLUSIVE**.

## EXAMINER'S OPINION

On the basis of the interview, the forensic assessment interview, the MITT and the polygraph charts, it is the undersigned's professional opinion that the subject did transport the Tech 9 firearm to the vicinity of the scene in one of his vehicles. Utilizing the global approach, it is the undersigned examiner's opinion that the subject did not commit the homicide of Torriano Jackson. The minus 2 score on the homicide, causing the inconclusive, is likely due to the fact that this is a mixed-issue test, and the scores from the deceptive questions pull the murder question downwards.

Transmitted to your office under separate cover was the acquaintance test chest chart, 4 polygraph charts collected and a list of all of the questions asked during the exam.

We are in the process of compiling the video clips together and will send them in a downloadable link in due course.

## REMARKS

At this time, we have completed the prescribed examination and reported our findings here in.

This concludes our service to you.

*InDepthPolygraphs.com*
*a division of International Investigative Group, Ltd.*


INDEPTHPOLYGRAPHS.com A DIVISION OF INTERNATIONAL INVESTIGATIVE GROUP, LTD.

BY:

*Daniel D Ribacoff*

Daniel D. Ribacoff, LPI
Advanced Certified Polygraph Examiner
Advanced Certified Post-Conviction Sex Offender Testing
Member, American Polygraph Association, Associate #9773
Member, National Polygraph Association
Member, New York State Polygraph Examiners Association
Member, ASTM International (American Society of Testing and Materials)
Member, British & European Polygraph Association, Member #101290
Member, International Society of Polygraph Examiners
Member, American Society for Trial Consultants

DDR/lmi

Dixon-Thompson0911

International Investigative Group, Ltd. provides all data "as is" and makes no guarantee or warranty as to the completeness, accuracy, usefulness, or fitness of any information provided, and the entire risk of using or acting upon any information obtained in any manner from International Investigative Group, Ltd. including the entire cost of any and all necessary remedies, is with those who choose to rely on any such information.  International Investigative Group, Ltd. shall not be liable or responsible for any loss, injury, claim, liability, damage or expense of any kind or nature, including attorney's fees, or for any loss of business to its clients, or for any other loss from any cause or causes within or beyond the control of International Investigative Group, Ltd. in connection with any clients use of any portion of this testing process, reports and opinions.  Polygraph results are based upon the examiners opinion, by interpreting physiological data recorded on charts. Mechanical, digital and human errors are possible. Polygraph accuracy has been debated for decades, International Investigative Group has not conducted independent research into accuracy, but relies on studies performed by internationally recognized groups for data. Opinions can vary from examiner to examiner. By accepting this report, the client hereby indemnifies, releases and forever discharges and holds International Investigative Group, Ltd., InDepth Polygraphs (a division of International Investigative Group, Ltd.) its agents, subsidiaries, affiliates, officers, directors and employees harmless from any and all claims, demands, judgments, causes of actions, and legal fees arising out of or in connection with such testing, the results, opinions and reports and any lawful use of the results, opinions or reports.