

**Peter Sahasrabudhe**
Associate
Direct Dial: 716.848.1508
Direct Facsimile: 716.849.0349
*PSahasra@hodgsonruss.com*

February 23, 2022

<u>**Via ECF**</u>

Hon. Jeremiah J. McCarthy
United States District Court
Western District of New York
2 Niagara Square, 6th Floor
Buffalo, New York  14202

Dear Judge McCarthy:

> Re:    *Valentino Dixon vs. City of Buffalo, et al.*
>         <u>Civil No. 1:19-cv-01678</u>

As the Court is aware, we represent the City Defendants in the above-captioned matter.  We are writing in response to the plaintiff's request to compel the production of homicide files created for three separate investigations that are unrelated to this case. This request was made yesterday *via* letter.

At oral argument, the Court instructed counsel for the plaintiff to narrow their discovery demands in the event they felt certain discovery was required to proceed with depositions in the second week of March while discovery motions would potentially remain pending.  Counsel's verbal request that the *entire* homicide files for these three unrelated cases be produced is not a legitimate narrowing of any discovery request.  Indeed, the letter submitted by the plaintiff yesterday simply re-hashes the same arguments that were made by the plaintiff in support of his motion to compel.  Specifically, the plaintiff is simply seeking to renew or reargue the portion of his motion seeking to compel responses to Request 19 of his Request for Production addressed to the City.  Production of the entire homicide files would effectively be blanket production of materials that are technically responsive to Request 19, which is the subject of a pending motion that has been fully briefed.

The plaintiff is simply seeking another bite at the apple, and should not be permitted to do so.  We have tried to compromise in good faith and have offered to produce certain documents that might have potential relevance under the FRE 404(b) exceptions, but of our offers have been rejected.  We respectfully oppose the letter motion seeking to compel *entire* homicide files on the same grounds stated in our opposition to the plaintiff's motion to compel. These files in large part contain evidence that have no potential relevance or connection to any FRE 404(b) exceptions.



February 23, 2022
Page 2


      For these reasons, we would request that the Court deny the plaintiff's letter request.

      Respectfully submitted,

*s/ Peter Sahasrabudhe*

Peter Sahasrabudhe


Copies to all counsel via ECF