

<u>VIA CM/ECF</u>　　　　　　　　　　　　　　　　　　　　　　　　　　　　February 24, 2022
Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

　　　　Re:　　<u>Dixon v. City of Buffalo, et al.</u>
　　　　　　　　Case No. 19-cv-01678

Dear Judge McCarthy:

Please accept this as the response of Defendants County of Erie and Christopher Belling ("County") to the recent correspondence from the Plaintiff (ECF No. 69) and the City of Buffalo Defendants ("City") (ECF No. 70) in above referenced action.

As a preliminary matter, the County joins in the City's procedural substantive response to the Plaintiff's additional briefing. Specifically, the scope of discovery sought by the Plaintiff on the purported basis for FRE 404(b) appears to be indistinguishable from the scope of discovery subject to Plaintiff's pending motion to compel and the County's cross-motion to bifurcate motion between *Monell* and non-*Monell* materials.

Nevertheless, and without waiving these objections, Plaintiff has conferred with Defendant Belling regarding the sole item raised in the Plaintiff's additional briefing (ECF No. 69) that relates to discovery sought from the County. (*Id.*, n. 1.) We can advise that Defendant Belling denies participation in the prosecution of Emeka Okongwu.

Very truly yours,

LIPPES MATHIAS LLP

Jennifer C. Persico

JCP/smk

Cc (via CM/ECF): All counsel of record.

Jennifer C. Persico  |  Partner  |  jpersico@lippes.com

50 Fountain Plaza, Suite 1700, Buffalo, NY 14202   Phone: 716.853.5100   Fax: 716.853.5199   lippes.com

New York: Albany, Buffalo, New York City, Rochester  //  Florida: Jacksonville  //  Illinois: Chicago  //  Ontario: Greater Toronto Area  //  Washington, D.C.