

**Neufeld Scheck & Brustin, LLP**

Tel: [212] 965-9081  
Fax: [212] 965-9084  

99 Hudson Street, 8th Floor  
New York, New York 10013  
nsbcivilrights.com

March 7, 2022

<u>**Via ECF**</u>  
Hon. Jeremiah J. McCarthy  
United States Magistrate Judge  
Robert H. Jackson United States Courthouse  
2 Niagara Square  
Buffalo, NY 14202

Re: *Dixon v. City of Buffalo et al*, Case No. 19-cv-01678 (WMS) (JJM)

Dear Judge McCarthy:

      Plaintiff's counsel writes to follow up on our letter dated February 22, 2022, in which we requested that the Court compel production of the DeJac, Epps, and Ortiz homicide files and the deposition transcripts of the Defendant officers from the Epps and Ortiz litigation. ECF No. 69. In order to keep discovery moving forward in advance of the scheduled fact discovery deadline of June 24, 2022, the parties have scheduled a number of key depositions to begin next week. As an update, Plaintiff's counsel has scheduled the depositions of:

- Lamarr Scott on March 14, 2022,
- Defendant Raniero Masecchia on March 15, 2022,
- Emil Adams on March 22, 2022, and
- Defendant John Vickerd on March 24, 2022.

The parties are in the process of scheduling depositions for Plaintiff Valentino Dixon and other individual Defendants during April. In addition, Plaintiff's counsel is attempting to locate a witness for a potential deposition on March 16, 2022. Plaintiff sought to compel production of the requested files in advance of these depositions to avoid the need to have to reopen any of these depositions at a later date.

      We also note that, contrary to Defendants' assertions (ECF Nos. 70 & 71) that our current request is the same as the request for files in our initial motion to compel (ECF No. 52), we have narrowed the documents sought to only the homicide files and deposition transcripts, from only the cases involving individual Defendants. In other words, we are not seeking all documents responsive to RFP 19, which would at the very least include post-conviction documents (*see* ECF No. 53-1, at 15-16). Our letter also did not request the homicide files for the Capozzi case, because the City informed us that no Defendant officers worked on that case. In addition, after we filed our letter, the County informed the Court that Defendant Christopher Belling was not

1

part of the Okongwu case (ECF No. 71).  Thus, Plaintiff's counsel withdraws the request for production of the Okongwu homicide files before the upcoming depositions.

    We thank the Court for its continued attention to the matter.

               Respectfully submitted,

                /s/ Nick Brustin
                Nick Brustin

                *Counsel for Plaintiff*

cc: All Counsel (via ECF)