

Neufeld Scheck & Brustin, LLP

Tel: [212] 965-9081        99 Hudson Street, 8th Floor
Fax:[212] 965-9084        New York, New York 10013
                                              nsbcivilrights.com

April 5, 2022

**Via ECF**
Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

Re: *Dixon v. City of Buffalo et al*, Case No. 19-cv-01678 (WMS) (JJM)

Dear Judge McCarthy:

Counsel for Plaintiff Valentino Dixon and counsel for City of Buffalo and other City Defendants respectfully submit the following joint letter request for extensions of the deadlines set forth in the Court's Order amending the case management schedule (ECF No. 44). Defendants County of Erie and Christopher Belling do not oppose the request. This is the parties' fourth request.

The parties have made significant strides in discovery since the Court stated at the February 2, 2022 oral argument that it was open to adjusting the deadlines in the current scheduling order. *See* ECF No. 73 at 14 ("[A]s I stated at oral argument, I am open to adjusting the deadlines in the current scheduling order . . . ."). Since then, the parties have conducted the depositions of: Defendant Raniero Masecchia, Defendant John Vickerd, and Lamarr Scott. The parties have the following depositions scheduled: Aaron Jackson (April 7), John Sullivan (April 8), and Plaintiff Valentino Dixon (April 21). In addition, the parties are in the process of scheduling the depositions of Defendants James Lonergan and Mark Stambach for the beginning of May. However, because they are also defendants in a case set for trial in May, it may be difficult to schedule their depositions for that month.

Despite these efforts, the parties have faced significant roadblocks that necessitate adjusting the current case management schedule. One of the witnesses of the 1991 shooting, Emil Adams, refused to attend his deposition scheduled for March 22, 2022 in Atlanta, Georgia. As such, Plaintiff's counsel is in the process of filing a motion to enforce the subpoena in the Northern District of Georgia to compel Emil Adams's testimony. It is unclear how long that process will take once filed. In addition, Plaintiff's counsel had considerable difficulties locating John Sullivan—who does not seem to have stable housing—to serve the subpoena for his deposition. Despite the difficulties, Plaintiff's counsel properly served him with a subpoena on March 25, 2022. While we are hopeful that he will show up for his deposition, we may have to compel his testimony as well. Furthermore, Plaintiff's lead counsel, Nick Brustin, currently has

two back-to-back trials scheduled for July that will make further depositions in late May and June challenging.

Accordingly, we respectfully request the following extensions/adjournments of the current deadlines in the effective Case Management Order (ECF No. 44): (1) fact depositions to be completed by September 26, 2022; (2) Plaintiff's expert disclosure to be completed by December 14, 2022; (3) Defendants' expert disclosures to be completed by January 20, 2023; (4) expert depositions to be completed by February 20, 2023; (5) all discovery completed by March 29, 2023; and (6) dispositive motions to be made by June 7, 2023.

We thank the Court for its continued attention to the matter.

Respectfully submitted,

/s/ Nick Brustin_____
Nick Brustin

*Counsel for Plaintiff*

cc: All Counsel (via ECF)