UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>        Plaintiff<br><br>   v.<br><br>CITY OF BUFFALO et al.,<br><br>        Defendants. | Civil Action No. 19-cv-01678<br><br>NOTICE OF MOTION TO COMPEL APPEARANCE AT DEPOSITION PURSUANT TO RULE 45 |

## NOTICE OF MOTION TO COMPEL APPEARANCE AT DEPOSITION PURSUANT TO RULE 45

PLEASE TAKE NOTICE that upon the annexed affirmation of Nick J. Brustin, Esq., counsel for Plaintiff Valentino Dixon, and the memorandum of law annexed hereto, the undersigned moves this Court, pursuant to FRCP 45, for an Order compelling non-party John Sullivan to comply with the Subpoena to Testify at Deposition that was served upon Mr. Sullivan on March 25, 2022 and providing notice that if Mr. Sullivan does not appear to the Court-ordered deposition, he may be held in contempt by the Court pursuant to Rule 45(g). Plaintiff is entitled to the relief requested under FRCP 45 because Mr. Sullivan has failed to appear at the deposition on April 8, 2022 or articulate any objections despite personally receiving the subpoena.

If any opposition is received, Plaintiff intends to file and serve reply papers.

DATED: April 22, 2022

                              Respectfully submitted,

                              /s/  Nick J. Brustin
                              Nick J. Brustin
                              Neufeld Scheck & Brustin, LLP
                              99 Hudson St. 8th Floor
                              New York, NY 10013
                              Phone: 212-965-9081
                              Fax: 212-965-9084
                              *Counsel for Plaintiff Valentino Dixon*

1