# EXHIBIT A

*BPD Complaint*

P-60 (Rev 2 / 88) Print or Type
SEE INSTRUCTIONS ON BACK
PREPARE IN DUPLICATE
(*STRIKE OUT NON APPLICABLE WORDS / PHRASES) (cross out one)

**INFORMATION  \*COMPLAINT**

BUFFALO POLICE DEPARTMENT
THE CITY COURT OF BUFFALO,
COUNTY OF ERIE, STATE OF NEW YORK

Det _____ ( relationship to vic.)
Victim: _____
( relationship to defenda.)

THE PEOPLE OF THE STATE OF NEW YORK
(Defendant's Name) (Below)
(Defendant's Address)

V.S. __Valentino A Dixon__, __61 Rounds__

(Complainant's Name) (Below)          (Address or Police Unit) (Below)

I, __Det M Stambach__, __Homicide__

accuse __Valentino A Dixon__, _____, the defenda

in this action, that on or about the __10__ day of __August__, 19 __91__ at or about __01:29__
in the City of Buffalo, did *intentionally, *knowingly, ~~*recklessly~~, *unlawfully, ~~*with criminal negligence~~ commit the ~~traffic~~
~~infraction~~/~~violation~~/~~misdemeanor~~/~~*felony~~ of __Murder in the 2nd degree; Criminal Possession of a Weapon__
                                                                                Assault in the 1st degree                2nd d
the provisions of  Section _____ Subdivision _____  ~~contrary to~~ ~~section~~ ~~of the Penal Law of the State of New York~~
Section __125.25__ Subsection __1,2__ of the Penal Law of the State of New York *
                  265.03
Chapter __120.10__ Section __1__  ~~xxxxx xxxxxxxxxx xx xxx xxxxxx of Buffalo xxxx~~

(Set forth below the statement of the complainant, based upon personal knowledge, or upon information and belief, alleging facts of an evidentiary character, supporting, or tending to support, the charges.) *STRIKE ALL WORDS NOT APPLICABLE

The facts upon which this accusation is based are as follows: *A. OF MY OWN KNOWLEDGE **&** *B. ON INFORMATION AND BELIEF

125.25-1,2   Murder in the 2nd degree

In that the defendant, while at Bailey & Delavan, did under circumstances evincing a depraved indifference to human life, recklessly engage in conduct which created a grave risk of death to another person, and did with intent to cause the death of Torrano Jackson, did cause the death of Torrano Jackson, in that the defendant did while at the above location shoot the victim causing his death at the Erie County Medical Center.
The above information is based upon 1) your deponent personally knowing the victim Torrano Jackson to be expired from bullet wounds at Bailey & Delavan, Buffalo, NY. 2) Affidavit dated 8-10-91 from victim John Sullivan, who stated that the above named defendant did shoot the deceased on 8-10-91 at Bailey & Delavan.

265.03  Possession of a Weapon in the 2nd degree

In that the defendant, while at Bailey & Delavan, did possess a loaded firearm, to wit: a Tech-Nine 9mm weapon, with the intent to use said weapon unlawfully against Torrano Jackson, Aaron Jackson, Mario Jarmon, John Sullivan; in that the defendant did while at Bailey & Delavan, did shoot Torrano Jackson causing his demise; and did shoot Mario Jarmon, Aaron Jackson and John Sullivan, seriously injuring said complaintants.

mb

Page 1 of __2__ Pages

NOTICE: False statements made herein are punishable as a class "A" misdeameanor pursuant to section 210.45 of the Penal Law of the State of New York.  •••••••• Forms P-60 & P-60A must be signed by the Complainant.••••••••

Date __August 10__ 19 __91__        _Mark Stambach_                    Complainant
                                        (signed)

__Det M Stambach__        __DET__         __Homicide__           __4:15__  XX A.M.
                                                                            P.M.
(Police Officer)    (Rank)        (Command)              (Time)

Supporting Deposition attached: ___Yes __XX__No   Number ____   Admissions made? __XX__Yes ____ No, If yes, include in narrative or supporting deposition.

Assignment
[ ] 2nd Platoon          Pre-trial Identification Made __XX__ Yes ___ No
[ ] 3rd Platoon          How? __by Officer__

COE001495

BPD Comp. 0082

PREPARE IN DUPLICATE                                    *(Cross out one)
                                    COMPLAINT          (Continued)
BUFFALO POLICE DEPARTMENT
THE CITY COURT OF BUFFALO,
COUNTY OF ERIE, STATE OF NEW YORK

Page __2__ of __2__ Pages

120.10-1    Assault in the 1st degree

In that the defendant did, with intent to cause serious physical injury to Aaron Jackson, Mario Jarmon, John Sullivan; cause such injury, to wit: John Sullivan was shot in the thigh, treated at Sister's Hospital; Mario Jarmon shot in the hip and stomach, is in critical condition at ECMC in ICU; Aaron Jackson shot through the buttocks into the stomach, is in critical condition at ECMC in ICU; by means of a deadly weapon, to wit: a Tech-Nine 9mm weapon, in that the defendant did shoot the above named complaintants while at Bailey & Delavan.

mb

NOTICE: False statements made herein are punishable as a class "A" misdeameanor pursuant to section 210.45 of the Penal Law of the State of New York.  ••••••••Forms P-60 & P-60A must be signed by the Complainant••••••••

Date __August 10__ 19 _91_         _Mark Stambach_ (signed)              Complainant

____Det M Stambach____   ____      DET      ____Homicide____      4:25  P.M.
   (Police Officer)          (Rank)          (Command)         (Time)

COE001496