# EXHIBIT C

*Proof of Service*

AO 88A  (Rev.  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  19-cv-01678

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  JOHN SULLIVAN
on *(date)*  3/12/22  .

☑ I served the subpoena by delivering a copy to the named individual as follows:  AT THE
WE PUMP GAS STATION 2756 BAILEY AVE, BUFFALO
NY 14215                    on *(date)*  3/25/22  ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____  .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  3/25/2022

_____
Server's signature

J.A. "Tony" OLIVO III
Printed name and title

P.O. Box 1274
Orchard Park NY 14127

_____
Server's address

Additional information regarding attempted service, etc.:

PROVIDED WITNESS FEE $40.00