# EXHIBIT E

*March 25, 2022 Email from Tony Olivo*



Moises Soto-Brito <mo@nsbcivilrights.com>

## John Sullivan

**Tony Olivo** <tolivo@corporateconsultantsinvestigations.com>   Fri, Mar 25, 2022 at 8:18 PM
To: Nick Brustin <nick@nsbcivilrights.com>, Katie McCarthy <katie@nsbcivilrights.com>
Cc: Moises Soto-Brito <mo@nsbcivilrights.com>, NSB Dixon Case Team <dixoncaseteam@nsbcivilrights.com>, Gerardo Romo <gerardo@nsbcivilrights.com>, Maria DiPirro <mdipirro@corpscreen.com>

Attached please find the affidavit of service for John Sullivan.

An informant called earlier this evening and stated that he was at the gas station on Bailey Avenue. I personally served him and advised him of the matter.

He indicated his attorney is Herb Greenman of Lipsitz, Green, Scime and Cambria. I know Herb personally and work with him often. Sullivan indicated he was going to get in touch with Herb and have him call you.

Sullivan has no fixed address and stated that he "is around" and that he can usually be found at the gas station. He has no telephone and actually was borrowing the gas station owners' phone to call Herb when I left.

We will advise as to how the other matters progress. Feel free to call if you would like to discuss.

Tony

--
**J.A."Tony" Olivo, LPI, CPCI**
**Director of Investigative Services**
**Board Certified Professional Criminal Investigator**
NY License Number: 11000061205
Florida License Number: C3100323
**Corporate Screening and Investigative Group LLC ("CSI Group")**
716-583-4628

**Your source for Professional Investigative Services**

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This email contains confidential information intended only for the person(s) to whom this e-mail message is addressed.  If you have received this e-mail message in error, please notify the sender immediately by telephone at (866) 786-3466 or by electronic mail (mdipirro@corpscreen.com) and destroy the original message without making a copy. Thank you.



**Sullivan Affidavit of Service.pdf**
358K