UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BUFFALO et al.,<br><br>　　　　Defendants. | Civil Action No. 19-cv-01678<br><br>**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL** |

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL**

I, **NICK JOEL BRUSTIN**, hereby swear and state as follows:

1. I am an attorney at law of the State of New York and a partner of the law firm Neufeld Scheck & Brustin LLP. I represent Plaintiff Valentino Dixon in the above-captioned matter.

2. I submit this affidavit in support of Plaintiff's Motion to Compel.

3. On April 7, 2022, counsel for all parties appeared for the scheduled deposition in Buffalo, New York. Mr. Jackson did not appear.

4. Attached hereto and incorporated by reference as **Exhibit A** is a true and complete copy of Subpoena to Testify at Deposition in a Civil Action served on Mr. Jackson on March 24, 2022.

5. Attached hereto and incorporated by reference as **Exhibit B** is a true and complete copy of the Proof of Service of the Subpoena to Testify at Deposition in a Civil Action served on Mr. Jackson on March 24, 2022**.**

6. Attached hereto and incorporated by reference as **Exhibit C** is a true and complete copy of Declaration from Tony Olivo dated April 27, 2022 regarding his serving of the Subpoena to Mr. Jackson.

7. Attached hereto and incorporated by reference as **Exhibit D** is a true and complete copy of a letter to Aaron Jackson dated March 18, 2022 that accompanied the service of the Subpoena to Testify at Deposition in a Civil Action served on Mr. Sullivan on March 24, 2022.

I affirm that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willingly false, I am subject to discipline.

DATED: April 27, 2022                         /s/ Nick Joel Brustin

                                              Nick Joel Brustin
                                              NEUFELD SCHECK & BRUSTIN LLP
                                              99 Hudson Street, 8th Floor
                                              New York, NY 10013
                                              T: (212) 965-9081
                                              E: nick@nsbcivilrights.com

                                              *Counsel for Plaintiff Valentino Dixon*