# Exhibit B

Proof of Service of the Subpoena to Testify at Deposition in a Civil Action served on Mr. Jackson on March 24, 2022

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 19-cv-01678

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Aaron Jackson
on *(date)* 3/24/22.

☒ I served the subpoena by delivering a copy to the named individual as follows: In Person At 20 Andover St, Buffalo NY at 2:15pm
on *(date)* 3/24/2022 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3/24/2022

_____
Server's signature

J.A. "Tony" Olivo, LPI
Printed name and title

P.O. Box 1274
Orchard Park NY 14127

Server's address

Additional information regarding attempted service, etc.:

Provided Mr. Jackson with $40.00 witness fee.