UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

VALENTINO DIXON,

                              Plaintiff(s),

*** MEDIATION CERTIFICATION ***

                              19 - cv - 1678

                          v.

CITY OF BUFFALO, et al.,

                            Defendant(s).

_____

I hereby certify that:

[✔] The mediation session scheduled for __4/28/22__ has been adjourned to __7/26/22__.

[ ] Case settled prior to the first mediation session.

[ ] Mediation session was held on _____.

    [ ] *Case has settled.* (Comment if necessary).

    [ ] *Case has settled in part.* (Comment below). Mediation will continue on_____.

    [ ] *Case has settled in part.* (Comment below). Mediation is complete.

    [ ] *Case has not settled.* Mediation will continue on _____.

    [ ] *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* 04/29/2022               *Mediator:* /S/ Michael Menard

**Additional Comments:**
_____
_____
_____