# Exhibit B

Proof of Service of the Subpoena to Testify at Deposition in a Civil Action served on Mr. Jackson on March 24, 2022

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 19-cv-01678

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)* _Aaron Jackson_
on *(date)* _3/24/22_ .

☒ I served the subpoena by delivering a copy to the named individual as follows: _In Person_
_At 20 Andover St, Buffalo NY at 2⁵pm_
_____ on *(date)* _3/24/2022_ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _3/24/2022_

_____
Server's signature

_J. A. "Tony" Olivo, LPI_
Printed name and title

_P.O. Box 1274_
_Orchard Park NY 14127_

_____
Server's address

Additional information regarding attempted service, etc.:

_Provided Mr. Jackson with $40⁰⁰ witness fee._