# Exhibit C

## Declaration of Tony Olivo dated April 27, 2022

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BUFFALO et al.,<br><br>    Defendants. | Civil Action No. 19-cv-01678<br><br>**DECLARATION OF TONY OLIVO** |

**DECLARATION OF TONY OLIVO**

I, **J.A. "TONY" OLIVO**, hereby swear and state as follows:

1. I am the Director of Investigative Services at Corporate Screening and Investigative Group LLC.

2. On March 24, 2022, at approximately 2:00 p.m., I proceeded to 20 Andover Street, Buffalo New York in an attempt to serve Aaron Jackson with the subpoena to appear for a deposition provided by Nick Brustin, counsel for Plaintiff Valentino Dixon. A woman answered the door and indicated that he did not live there and that she was his cousin. She called Mr. Jackson, and he agreed to come to that location.

3. Aaron Jackson arrived approximately five minutes later in a truck. I approached the truck and explained to Mr. Jackson the nature of the subpoena and provided him with the letter from Mr. Brustin as well as the subpoena and a $40.00 witness fee.

4. Mr. Jackson exclaimed that there was "no fucking way" that he would attend the deposition.

5. I advised him that he should contact Mr. Brustin.

1

6. Following service of the subpoena on March 24, 2022 and the scheduled deposition on April 7, 2022 (for which Mr. Jackson did not appear), I called and left Mr. Jackson messages on multiple occasions, encouraging him to contact Mr. Brustin to comply with the subpoena.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 27, 2022
Orchard Park, New York

J.A. "Tony" Olivo, LPI,
CPCI Director of Investigative Services
Board Certified Professional Criminal Investigator
NY License Number: 11000061205
Corporate Screening and Investigative Group LLC
716-583-4628

2