# Exhibit D

Letter to Aaron Jackson dated March 18, 2022



**Neufeld Scheck & Brustin, LLP**

Tel: [212] 965-9081
Fax: [212] 965-9084

99 Hudson Street, 8th Floor
New York, New York 10013
nsbcivilrights.com

March 18, 2022

<u>*Via* **Personal Service**</u>
Aaron Jackson

      Re:     <u>*Dixon v. City of Buffalo et al*, Case No. 19-cv-01678 (WMS) (JJM)</u>

Dear Mr. Jackson:

    I am an attorney representing Valentino Dixon in a civil rights lawsuit against the City of Buffalo, individual Buffalo Police officers, and the prosecutor's office. The lawsuit is about the Buffalo Police Department's and Erie County District Attorney's Office's investigation of the 1991 murder of your brother Torriano Jackson. We are serving you with a federal subpoena that requires your presence for a deposition in this case.

    The date on the subpoena for you to appear is on April 7, 2022. When you receive the subpoena and cover letter, please call me at (212) 965-9081 or (917) 864-5084 so that we can ensure logistics and make this as easy as possible.

    Sincerely,

    /s/ Nick Brustin_____
    Nick Brustin

    *Attorney for Plaintiff Valentino Dixon*