UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF BUFFALO et al.,<br><br>　　　　Defendants. | Civil Action No. 19-cv-01678<br><br>**DECLARATION OF TONY OLIVO** |

**DECLARATION OF TONY OLIVO**

I, **J.A. "TONY" OLIVO**, hereby swear and state as follows:

1. I am the Director of Investigative Services at Corporate Screening and Investigative Group LLC.

2. On May 10, 2022, at approximately 6:30 p.m., I proceeded to 19 Thatcher Street, Buffalo New York in an attempt to serve Aaron Jackson with the documents relating to a motion to compel appearance provided by Nick Brustin, counsel for Plaintiff Valentino Dixon.

3. Aaron Jackson was seated on a pickup truck tailgate in the driveway of the residence. He accepted the documents and indicated that he did not want anything to do with this case.

4. I advised him that he should contact Mr. Brustin.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 10, 2022

_____
J.A. "Tony" Olivo, LPI,
CPCI Director of Investigative Services
Board Certified Professional Criminal Investigator
NY License Number: 11000061205
Corporate Screening and Investigative Group LLC
716-583-4628

1

## **CERTIFICATE OF SERVICE**

      I, Nick J. Brustin, hereby certify that on May 11, 2022, I filed the forgoing documents which effects service on all counsel of record.

    /s/ Nick J. Brustin
Nick J. Brustin
Neufeld Scheck & Brustin, LLP
99 Hudson St. 8th Floor
New York, NY 10013
Phone: 212-965-9081
Fax: 212-965-9084
*Counsel for Plaintiff Valentino Dixon*