UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BUFFALO et al.,<br><br>    Defendants. | Civil Action No. 19-cv-01678<br><br>**DECLARATION OF GERARDO ROMO** |

### DECLARATION OF GERARDO ROMO

I, **GERARDO ROMO,** an attorney duly admitted to practice law in New York and admitted in this action *pro hac vice*, affirm under penalty of perjury that the following is true and correct:

1.    I am an attorney with the law firm of Neufeld Scheck & Brustin, LLP.

2.    On May 13, 2022, pursuant to Judge Jeremiah McCarthy's Text Order (Doc. 81), my office caused to be served a copy of the Text Order, with accompanying cover letter and certificate of service (the "Text Order and supporting documents") via USPS mail addressed to 19 Thatcher Avenue, Buffalo, New York 14215. True and correct copies of the Text Order and supporting documents are attached hereto as Exhibit "A."

3.    On May 16, 2022, my office received confirmation from USPS that the Text Order and supporting documents were delivered to 19 Thatcher Avenue, Buffalo, New York 14215. A true and correct copy of the USPS Tracking Confirmation is attached hereto as Exhibit "B."

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 17, 2022
New York, New York

                                                NEUFELD SCHECK & BRUSTIN LLP

                                                /s/ Gerardo Romo
                                                Gerardo Romo