# Exhibit A

# Text Order and Supporting Documents



Neufeld Scheck & Brustin, LLP

Tel: [212] 965-9081
Fax: [212] 965-9084

99 Hudson Street, 8th Floor
New York, New York 10013
nsbcivilrights.com

May 13, 2022

***Via USPS Mail with Tracking***

19 Thatcher Avenue
Buffalo, NY 14215

Mr. Aaron Jackson:

Enclosed with this cover letter is a copy of Docket No. 81, a text order issued by Judge Jeremiah McCarthy in the case *Dixon v. City of Buffalo, et al*, *Case No. 1:19-cv-01678*.

Please contact me at 212-965-9081 if you have any questions.

Sincerely,

**/s/ Nick Brustin**

Nick Brustin

Moises Soto-Brito &lt;mo@nsbcivilrights.com&gt;

## Activity in Case 1:19-cv-01678-WMS-JJM Dixon v. City of Buffalo et al Text Order

webmaster@nywd.uscourts.gov &lt;webmaster@nywd.uscourts.gov&gt;　　　　　Thu, May 12, 2022 at 11:35 AM
To: Courtmail@nywd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. DISTRICT COURT**

**U.S. District Court, Western District of New York**

### Notice of Electronic Filing

The following transaction was entered on 5/12/2022 at 11:35 AM EDT and filed on 5/12/2022
**Case Name:**　　Dixon v. City of Buffalo et al
**Case Number:**　　1:19-cv-01678-WMS-JJM
**Filer:**
**Document Number:** 81(No document attached)

**Docket Text:**
**TEXT ORDER: Non-party Aaron Jackson having been personally served [80-7] with plaintiff's motion [80] to compel his deposition, non-party Aaron Jackson's and Defendants' responses to plaintiff's motion [80] shall be filed with the clerk of the court on or before June 10, 2022. Plaintiff's reply, if any, shall be filed by June 17, 2022, after which time the motion will be taken under advisement without oral argument unless otherwise deemed necessary or requested by the parties. Plaintiff shall serve a copy of this Text Order upon Mr. Jackson on or before May 20, 2022, and shall file proof of such service with the court. SO ORDERED. Issued by Hon. Jeremiah J. McCarthy on 5/12/2022. (JD)**

**1:19-cv-01678-WMS-JJM Notice has been electronically mailed to:**

Donald M. Thompson　　dmthompson@etksdefense.com, vpellett@etksdefense.com

Hugh M. Russ, III　　hruss@hodgsonruss.com, efilingbflo@hodgsonruss.com, shelsel@hodgsonruss.com

Jennifer C. Persico　　jpersico@lippes.com, mhurley@lippes.com, skemnitzer@lippes.com

Christopher R. Poole　　cpoole@city-buffalo.com, cmiller@city-buffalo.com, lawmaster@city-buffalo.com, sstrom@city-buffalo.com, tball@city-buffalo.com

Nick Joel Brustin　　nick@nsbcivilrights.com, anna@nsbcivilrights.com, ariel@nsbcivilrights.com, jahne@nsbcivlrights.com, katie@nsbcivilrights.com

Eric Michael Soehnlein　　esoehnlein@lippes.com, sevans@lippes.com

James Peter Blenk　　jblenk@lippes.com, jpblenk@gmail.com, skemnitzer@lippes.com

Peter A. Sahasrabudhe　　psahasra@hodgsonruss.com, llazarus@hodgsonruss.com, pbudhe05@gmail.com

Anna Benvenutti Hoffmann    anna@nsbcivilrights.com, ariel@nsbcivilrights.com

Mary Katherine McCarthy    katie@nsbcivilrights.com, ariel@nsbcivilrights.com, emma@nsbcivilrights.com, jahne@nsbcivilrights.com, julian@nsbcivilrights.com

Julian Clark    julian@nsbcivilrights.com, ariel@nsbcivilrights.com, mo@nsbcivilrights.com

Sona R. Shah    sona@nsbcivilrights.com, sona_shah@hotmail.com

Gerardo Romo    gerardo@nsbcivilrights.com, gromo@nyu.edu

**1:19-cv-01678-WMS-JJM Notice has been delivered by other means to:**

## **CERTIFICATE OF SERVICE**

      I, Moises Soto-Brito, hereby certify that on May 13, 2022, I served via USPS a copy of the text order from Docket No. 81 in the case of *Dixon v. City of Buffalo, et al., Case No. 1:19-cv-01678* on Aaron Jackson at 19 Thatcher Avenue, Buffalo, NY 14215.

      /s/ Moises Soto-Brito
Moises Soto-Brito
Neufeld Scheck & Brustin, LLP
99 Hudson St. 8th Floor
New York, NY 10013
Phone: 212-965-9081
Fax: 212-965-9084
*Paralegal*