# Exhibit B

# USPS Tracking Confirmation

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9505514357222133392092

Remove ✕

Your item was delivered in or at the mailbox at 4:40 pm on May 16, 2022 in BUFFALO, NY 14215.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, In/At Mailbox

May 16, 2022 at 4:40 pm
BUFFALO, NY 14215

Get Updates ⌄

Feedback

Text & Email Updates ⌄

Tracking History ⌄

USPS Tracking Plus® ⌄

Product Information ⌃

**Postal Product:**
Priority Mail®

**Features:**
Insured
USPS Tracking®

**See Less ︿**

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback