**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

VALENTINO DIXON,

        Plaintiff,

        v.

CITY OF BUFFALO et al.,

        Defendants.

Civil Action No. 19-cv-01678

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL**

<u>**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL**</u>

I, **NICK JOEL BRUSTIN**, hereby swear and state as follows:

1. I am an attorney at law of the State of New York and a partner of the law firm Neufeld Scheck & Brustin LLP. I represent Plaintiff Valentino Dixon in the above-captioned matter.

2. I submit this affidavit in support of Plaintiff's Motion to Compel.

3. After more than two months of searching for John Sullivan, who appears to not have stable housing, an investigator, Tony Olivo, found and served John Sullivan with a Subpoena to Testify at Deposition in a Civil Action at a gas station in Buffalo, New York that Mr. Sullivan is known to frequent.

4. Shortly after Mr. Sullivan was served with the Subpoena to Testify at Deposition in a Civil Action, I called his attorney Herbert Greenman of Lipsitz, Green, Scime and Cambria and spoke to him twice before Mr. Sullivan's scheduled deposition on April 8, 2022.

5. Mr. Greenman informed me that he had represented Mr. Sullivan in a prior matter and that after Mr. Sullivan was served with the subpoena, Mr. Sullivan called Mr. Greenman

regarding the deposition and provided a number for Mr. Greenman to call him back. Mr. Greenman agreed to help facilitate the deposition. Mr. Greenman called Mr. Sullivan at the number he believed that Mr. Sullivan provided, but it was a wrong number.

6. On April 8, 2022, counsel for all parties appeared for the scheduled deposition in Buffalo, New York. Mr. Sullivan did not appear.

7. I spoke to Mr. Greenman again on April 21, 2022, before the filing of Plaintiff's Motion to Compel. Mr. Greenman agreed to help facilitate the deposition of Mr. Sullivan, in the event that the Court grants Plaintiff's Motion to Compel.

8. Attached hereto and incorporated by reference as **Exhibit A** is a true and complete copy of the Buffalo Police Department's Complaint against Valentino Dixon, produced by the County of Erie in this litigation.

9. Attached hereto and incorporated by reference as **Exhibit B** is a true and complete copy of Subpoena to Testify at Deposition in a Civil Action served on Mr. Sullivan on March 25, 2022.

10. Attached hereto and incorporated by reference as **Exhibit C** is a true and complete copy of the Proof of Service of the Subpoena to Testify at Deposition in a Civil Action served on Mr. Sullivan on March 25, 2022**.**

11. Attached hereto and incorporated by reference as **Exhibit D** is a true and complete copy of a letter to John Sullivan dated March 18, 2022 that accompanied the service of the Subpoena to Testify at Deposition in a Civil Action served on Mr. Sullivan on March 25, 2022.

12. Attached hereto and incorporated by reference as **Exhibit E** is a true and complete copy of Email from Tony Olivo dated March 25, 2022 regarding his service of Mr. Sullivan.

I affirm that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willingly false, I am subject to discipline.

DATED: April 22, 2022                    /s/ Nick Joel Brustin

Nick Joel Brustin
NEUFELD SCHECK & BRUSTIN LLP
99 Hudson Street, 8th Floor
New York, NY 10013
T: (212) 965-9081
E: nick@nsbcivilrights.com

*Counsel for Plaintiff Valentino Dixon*