# EXHIBIT A

*BPD Complaint*

```
P-60 (Rev 2/88) Print or Type                INFORMATION  *COMPLAINT                              Det _____
SEE INSTRUCTIONS ON BACK                     BUFFALO POLICE DEPARTMENT                           ( relationship to vic. )
PREPARE IN DUPLICATE                         THE CITY COURT OF BUFFALO,
(*STRIKE OUT NON APPLICABLE WORDS / PHRASES) COUNTY OF ERIE, STATE OF NEW YORK    Victim: _____
                                                                                   ( relationship to defenda. )
THE PEOPLE OF THE STATE OF NEW YORK
        (Defendant's Name) (Below)                                                (Defendant's Address) (...)
```

V.S. **Valentino A Dixon** , **61 Rounds**

(Complainant's Name) (Below)          (Address or Police Unit) (Below)

I, **Det M Stambach** , **Homicide**

accuse **Valentino A Dixon** , _____ , the defenda...

in this action, that on or about the **10** day of **August** , 19 **91** at or about **01:29** ...
in the City of Buffalo, did *intentionally, *knowingly, ~~recklessly~~, *unlawfully, ~~with criminal negligence~~ commit the ~~crime~~
~~infraction~~/~~violation~~/~~misdemeanor~~ *felony of **Murder in the 2nd degree; Criminal Possession of a Weapo**
                                                                                                            2nd d...
the provisions of   Section _____  Subdivision _____ **Assault in the 1st degree** ~~contrary to and against the Penal Law of the State of New York~~
                    Section **125.25**  Subsection **1,2**  of the Penal Law of the State of New York *
                    Chapter **265.03** Section **1**
                            **120.10**

(Set forth below the statement of the complainant, based upon personal knowledge, or upon information and belief, alleging facts of
an evidentiary character, supporting, or tending to support, the charges.)   *STRIKE ALL WORDS NOT APPLICABLE

The facts upon which this accusation is based are as follows:  *A. OF MY OWN KNOWLEDGE **XX**  *B. ON INFORMATION AND BELIEF
                                                                                          &

125.25-1,2   Murder in the 2nd degree

In that the defendant, while at Bailey & Delavan, did under circumstances evincing
a depraved indifference to human life, recklessly engage in conduct which created
a grave risk of death to another person, and did with intent to cause the death of
Torrano Jackson, did cause the death of Torrano Jackson, in that the defendant did
while at the above location shoot the victim causing his death at the Erie County
Medical Center.
The above information is based upon 1) your deponent personally knowing the victim
Torrano Jackson to be expired from bullet wounds at Bailey & Delavan, Buffalo, NY.
2) Affidavit dated 8-10-91 from victim John Sullivan, who stated that the above
named defendant did shoot the deceased on 8-10-91 at Bailey & Delavan.


265.03   Possession of a Weapon in the 2nd degree

In that the defendant, while at Bailey & Delavan, did possess a loaded firearm,
to wit: a Tech-Nine 9mm weapon, with the intent to use said weapon unlawfully
against Torrano Jackson, Aaron Jackson, Mario Jarmon, John Sullivan; in that
the defendant did while at Bailey & Delavan, did shoot Torrano Jackson causing
his demise; and did shoot Mario Jarmon, Aaron Jackson and John Sullivan, seriously
injuring said complaintants.

Page 1 of **2** Pages

mb

NOTICE: False statements made herein are punishable as a class "A" misdemeanor pursuant to section 210.45 of the Penal
        Law of the State of New York.   ●●●●●●● Forms P-60 & P-60A must be signed by the Complainant. ●●●●●●●

Date **August 10** 19 **91**         **Mark Stambach**                   Complainant
                                          (signed)

      **Det M Stambach**      **DET**          **Homicide**        **4:15**  X**X**M.
                                                                              P.M.
     (Police Officer)  (Rank)                (Command)            (Time)

Supporting Deposition attached: ___ Yes **XX** No  Number ___   Admissions made? **XX** Yes ___ No, If yes, include in narrative
                                                                or supporting deposition.
                    [ ] 2nd Platoon                             Pre-trial Identification Made **XX** Yes ___ No
Assignment
                    [ ] 3rd Platoon                             How? **by Officer**

                                                                                    COE001495

PREPARE IN DUPLICATE  *(Cross out one)
ACCUSATORY / COMPLAINT (Continued)
BUFFALO POLICE DEPARTMENT
THE CITY COURT OF BUFFALO,
COUNTY OF ERIE, STATE OF NEW YORK

Page 2 of 2 Pages

120.10-1    Assault in the 1st degree

In that the defendant did, with intent to cause serious physical injury to Aaron Jackson, Mario Jarmon, John Sullivan; cause such injury, to wit: John Sullivan was shot in the thigh, treated at Sister's Hospital; Mario Jarmon shot in the hip and stomach, is in critical condition at ECMC in ICU; Aaron Jackson shot through the buttocks into the stomach, is in critical condition at ECMC in ICU; by means of a deadly weapon, to wit: a Tech-Nine 9mm weapon, in that the defendant did shoot the above named complaintants while at Bailey & Delavan.

mb

NOTICE: False statements made herein are punishable as a class "A" misdeameanor pursuant to section 210.45 of the Penal Law of the State of New York. ●●●●●●●●Forms P-60 & P-60A must be signed by the Complainant●●●●●●●●

Date  August 10  19 91    _Mark Stambach_ (signed)    Complainant

Det M Stambach (Police Officer)    (Rank) DET    Homicide (Command)    4:25 P.M. (Time)

COE001496