# EXHIBIT C

*Proof of Service*

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 19-cv-01678

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)* __JOHN SULLIVAN__
on *(date)* __3/12/22__.

☑ I served the subpoena by delivering a copy to the named individual as follows: __AT THE WE PUMP GAS STATION 2756 BAILEY AVE, BUFFALO NY 14215__ on *(date)* __3/25/22__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __3/25/2022__

_____
Server's signature

__J.A. "Tony" OLIVO LPI__
Printed name and title

__P.O. Box 1274__
__Orchard Park NY 14127__

Server's address

Additional information regarding attempted service, etc.:

__Provided witness fee $40.00__