# EXHIBIT D

*March 18, 2022 Letter to John Sullivan*



Neufeld Scheck & Brustin, LLP

Tel: [212] 965-9081    99 Hudson Street, 8th Floor
Fax: [212] 965-9084    New York, New York 10013
                       nsbcivilrights.com

March 18, 2022

*Via* **Personal Service**
John Sullivan

             **Re:**    *Dixon v. City of Buffalo et al, Case No. 19-cv-01678 (WMS) (JJM)*

Dear Mr. Sullivan:

    I am an attorney representing Valentino Dixon in a civil rights lawsuit. The lawsuit is about the Buffalo Police Department and Erie County District Attorney's Office's investigation of the 1991 murder of Torriano Jackson, which resulted in the wrongful conviction and wrongful imprisonment of Valentino Dixon. We are serving you with a federal subpoena that requires your presence for a deposition in this case.

    The date on the subpoena for you to appear is on April 8, 2022. When you receive the subpoena and cover letter, please call me at (212) 965-9081 or (917) 864-5084 so that we can ensure logistics and make this as easy as possible.

                                                      Sincerely,

                                                      /s/ Nick Brustin_____
                                                      Nick Brustin

                                                      *Attorney for Plaintiff Valentino Dixon*