Affidavit of Service

# AFFIDAVIT OF SERVICE

Valentino Dixon

-vs.-

The City of Buffalo

State of <u>New York</u> }
County of <u>Erie</u>    }    SS:

I, James A. "Tony" Olivo, LPI, CPCI being duly sworn, deposes and says that he is over 18 years of age and not a party to this action; that on

<u>May 19, 2022</u> at <u>11:38am</u>
(date)             (time)

<u>49 Elmer, Buffalo NY</u>
(location)

deponent served a Motion to Compel Appearance and additional douments on;

<u>John "Rabbit" Sullivan</u>
(subject)

the subject/defendant named herein, in the following manner:

{ x } Individual    By delivering and personally serving him a copy.

*[signature]*
J.A. "TONY" OLIVO, LPI, CPCI
CSI GROUP LLC

*[signature]*
**MARIA T. DIPIRRO, LPI, WITNESS**