UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BUFFALO, *et al.*,<br><br>    Defendants. | No. 19-cv-01678 (WMS) (JJM)<br><br>DECLARATION OF GERARDO ROMO |

### DECLARATION OF GERARDO ROMO

I**, GERARDO ROMO,** an attorney duly admitted to practice law in New York and admitted in this action *pro hac vice*, affirm under penalty of perjury that the following is true and correct:

1. I am an attorney with the law firm of Neufeld Scheck & Brustin, LLP.

2. On May 31, 2022, pursuant to Judge Jeremiah McCarthy's Text Order (Doc. No. 84), John Sullivan was personally served with a copy of the Order. A true and correct copy of affidavit of service is attached.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 1, 2022
       New York, New York

                                        NEUFELD SCHECK & BRUSTIN LLP

                                        /s/ Gerardo Romo
                                        Gerardo Romo