Affidavit of Service

<u>Valentino Dixon</u>

AFFIDAVIT OF SERVICE

Plaintiff,

-vs.-

<u>City of Buffalo</u>   <u>Defendant.</u>

State of <u>New York</u>  }
County of Erie       }       SS:

James Anthony Olivo, LPI being duly sworn, deposes and

says that he is over 18 years of age and not a party to this action;  that on

May31, 2022 at 2:09pm
(date)                        (time)

<u>49 Elmer, Buffalo New York</u>
(location)

deponent served the annexed Text Order1:19-cv-01678-WMS-JJM Dixon v. City of Buffalo et al Text Order on;

<u>John Sullivan                  </u>
(subject)

the subject/defendant named herein, in the  following manner:

☒ Individual       By delivering to and leaving with <u>John Sullivan            </u>
                   personally a true copy thereof.

*[signature]* 5/31/2022

**JAMES ANTHONY OLIVO, LPI, CPCI**
**CSI GROUP LLC**