Neufeld Scheck & Brustin, LLP

Tel: [212] 965-9081
Fax:[212] 965-9084

99 Hudson Street, 8th Floor
New York, New York 10013
nsbcivilrights.com

July 20, 2022

**Via ECF**
Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

Re: *Dixon v. City of Buffalo et al*, Case No. 19-cv-01678 (WMS) (JJM)

Dear Judge McCarthy:

Counsel for Plaintiff Valentino Dixon respectfully submits this request for extension of the deadlines set forth in the Second Amended Case Management Order (ECF No. 75). Counsel for Defendants do not oppose the request. This is the fourth request for an extension of the discovery and pretrial deadlines (*see* ECF Nos. 38, 43, 74).

The parties have made significant progress in discovery since entry of the Second Amended Case Management Order, including conducting the depositions of Defendant Lonergan, Defendant Stambach and Plaintiff Dixon. The parties have also scheduled the following depositions: John Sullivan (September 13), Aaron Jackson (September 14), and Defendant Donovan (September 15).[1]

Despite these developments, Plaintiff has faced significant roadblocks that necessitate this request to adjust the current case management schedule. One of the witnesses to the 1991 shooting, Emil Adams, refused to attend his deposition, originally scheduled for March 22, 2022 in Atlanta, Georgia. As a result, Plaintiff's counsel filed a motion to enforce the subpoena in the Northern District of Georgia. Although Plaintiff obtained an order compelling Mr. Adams's appearance at a deposition (which was scheduled for July 7, 2022), he failed to comply with that order. Plaintiff must now pursue obtaining an order finding Mr. Adams in contempt. It is unclear how long that process will take, or when Plaintiff will be able to obtain his testimony.

In addition, after Aaron Jackson and John Sullivan did not appear for their depositions in April 2022, Plaintiff was forced to move to compel them to appear. The Court recently granted Plaintiff's motions (ECF Nos. 86, 87) and Plaintiff is now in the process of attempting to serve Mr. Jackson and Mr. Sullivan. However, Plaintiff's counsel continues to have considerable

---

[1] Plaintiff's lead counsel currently has a three-week trial scheduled to begin on July 25th that necessitates scheduling the remaining depositions in September.

1

difficulty locating John Sullivan, who does not seem to have stable housing, in order to serve him. In addition, in accordance with the Court's orders, the parties may need to work with Mr. Jackson and Mr. Sullivan to modify the noticed deposition dates. It is also possible that further issues regarding appearance at these depositions will occur.

Accordingly, we respectfully request a sixty-day extension to the following deadlines[2] in the Second Amended Case Management Order:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact discovery close | September 26, 2022 | November 25, 2022 |
| Expert reports due | December 14, 2022 | February 13, 2023 |
| Expert rebuttal reports due | January 20, 2023 | March 21, 2023 |
| Expert depositions completed | February 20, 2023 | April 21, 2023 |
| Pretrial dispositive motions due | June 7, 2023 | August 7, 2023 |
| Counsel to contact chambers regarding trial date (assuming no dispositive motions filed) | June 14, 2023 | August 14, 2023 |
| Mediations pursuant to Section 5.12 of ADR plan to end | June 7, 2023 | August 7, 2023 |

We thank the Court for its continued attention to the matter.

Respectfully submitted,

/s/ Nick Brustin
Nick Brustin

*Counsel for Plaintiff*

cc: All Counsel (via ECF)

---

[2]    If a sixty-day extension would result in a deadline falling on a Sunday, the date was adjusted to the following Monday.