UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF BUFFALO, *et al.*,<br><br>        Defendants. | Civil Action No. 19-cv-01678<br><br>**NOTICE OF MOTION FOR FINDING OF CONTEMPT** |

    PLEASE TAKE NOTICE that upon the annexed affirmation of Nick J. Brustin, Esq., counsel for Plaintiff Valentino Dixon, and the memorandum of law annexed hereto, the undersigned moves this Court, under Local Civil Rule 83.4 and pursuant to FRCP 45, for an Order finding Aaron Jackson in contempt of the Court's June 28, 2022 Order (which directed Mr. Jackson to appear for the next scheduled deposition and cautioned him that his unexcused failure to do so may result in him being held in contempt) and related subpoenas.

    If any opposition is received, Plaintiff intends to file and serve reply papers.

DATED: October 5, 2022

                                                         Respectfully submitted,

                                                         /s/  Nick J. Brustin
                                                         Nick J. Brustin
                                                         Neufeld Scheck & Brustin, LLP
                                                         99 Hudson St. 8th Floor
                                                         New York, NY 10013
                                                         Phone: 212-965-9081
                                                         Fax: 212-965-9084

                                                         *Counsel for Plaintiff Valentino Dixon*