UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BUFFALO, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 19-cv-01678<br><br>**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR FINIDNG OF CONTEMPT** |

### AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR FINIDNG OF CONTEMPT

I, **NICK JOEL BRUSTIN**, hereby swear and state as follows:

1. I am an attorney at law of the State of New York and a partner of the law firm Neufeld Scheck & Brustin LLP. I represent Plaintiff Valentino Dixon in the above-captioned matter.

2. I submit this affidavit in support of Plaintiff's Motion for finding of contempt.

3. On September 6, 2022, I called Aaron Jackson to remind him of his obligations to attend the deposition scheduled for September 14, 2022, and Mr. Jackson explained that he would not show up to the deposition and hung up the phone.

4. On September 14, 2022, counsel for all parties appeared for the scheduled deposition in Buffalo, New York. Mr. Jackson did not appear.

5. Attached hereto and incorporated by reference as **Exhibit A** is a true and complete copy the documents personally served on Aaron Jackson on July 30, 2022, which include a letter from Plaintiff's counsel, a copy of the Court's text order at Docket Number 86, and a subpoena to testify at a deposition on September 14, 2022 at 70 Niagara Street, Buffalo, NY 14202.

1

6. Attached hereto and incorporated by reference as **Exhibit B** is a true and complete copy of the Proof of Service of the documents personally served on Aaron Jackson on July 30, 2022**.**

7. Attached hereto and incorporated by reference as **Exhibit C** is a true and complete copy of Declaration from Mario DiPirro dated October 5, 2022 regarding her serving of the subpoena and text order to Mr. Jackson.

I affirm that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willingly false, I am subject to discipline.

DATED: October 5, 2022                                    /s/ Nick Joel Brustin

                                                          Nick Joel Brustin
                                                          NEUFELD SCHECK & BRUSTIN LLP
                                                          99 Hudson Street, 8th Floor
                                                          New York, NY 10013
                                                          T: (212) 965-9081
                                                          E: nick@nsbcivilrights.com

                                                          *Counsel for Plaintiff Valentino Dixon*