# Exhibit B

## Proof of Service of Documents Personally Served on Aaron Jackson on July 30, 2022

Affidavit of Service
<u>Valentino Dixon</u>

AFFIDAVIT OF SERVICE

Plaintiff,

-vs.-

<u>The City of Buffalo Defendant.</u>

State of <u>New York</u> }
County of Erie        }     SS:

J.A. "Tony" Olivo, LPI. CPCI, being duly sworn, deposes and says that he is over 18 years of age and not a party to this action; that on July 30, 2022 at 11:35am at 19 Thatcher, Buffalo NY deponent served the annexed Text Order on Aaron Jackson the subject named herein, in the following manner:

{X} Individual     By delivering to and leaving with <u>Aaron Jackson,</u> personally a true copy thereof.

_____
J.A."TONY" OLIVO, LPI, CPCI
DIRECTOR OF INVESTIGATIVE SERVICES
BOARD CERTIFIED PROFESSIONAL INVESTIGATOR
CSI GROUP LLC