# Exhibit C

Declaration of Maria T. DiPirro dated October 5, 2022

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

VALENTINO DIXON,

    Plaintiff,

v.

CITY OF BUFFALO et al.,

    Defendants.

Civil Action No. 19-cv-01678

**DECLARATION OF MARIA T. DIPIRRO**

## DECLARATION OF MARIA T. DIPIRRO

I, **MARIA T. DIPIRRO**, , hereby swear and state as follows:

1. I am a Partner at Corporate Screening and Investigative Group LLC.

2. On July 30, at approximately 11:35 a.m., I proceeded to 19 Thatcher, Buffalo, New York in an attempt to serve Aaron Jackson with a second subpoena to appear for a deposition and text order (Dkt. No. 86) provided by Nick Brustin, counsel for Plaintiff Valentino Dixon.

3. Mr. Jackson answered the door and I explained to Mr. Jackson the nature of the subpoena and provided him with the letter from Mr. Brustin, the subpoena, the text order (Dkt. No. 86), and a $46.26 witness fee.

4. Mr. Jackson indicated that he was not going to show up and does not want to cooperate or testify in this matter.

5. I advised him that he could be arrested, and he indicated "they should send the Marshals."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2022
Orchard Park, New York

1

*Maria T. DiPirro* (signature)

Maria T. DiPirro, LPI, CECI
Partner
Board Certified Professional Criminal Investigator
NY License Number: 11000052648
Corporate Screening & Investigative Group LLC
716-583-4629