UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BUFFALO et al.,<br><br>　　　　Defendants | Civil Action No. 19-cv-01678<br><br>**DECLARATION OF MARIA T. DIPIRRO** |

### DECLARATION OF MARIA T. DIPIRRO

I, **MARIA T. DIPIRRO**, , hereby swear and state as follows:

1. I am a Partner at Corporate Screening and Investigative Group LLC.

2. On October 6, 2022, at approximately 5:25 p.m., I arrived at 19 Thatcher, Buffalo, New York in an attempt to serve Aaron Jackson with the NOTICE OF MOTION FOR FINDING OF CONTEMPT and ACCOMPANYING DOCUMENTS provided by Nick Brustin, counsel for Plaintiff Valentino Dixon.

3. Mr. Jackson answered the door and I explained to Mr. Jackson the nature of the NOTICE OF MOTION FOR FINDING OF CONTEMPT and ACCOMPANYING DOCUMENTS. Mr. Jackson personally accepted the NOTICE OF MOTION FOR FINDING OF CONTEMPT and ACCOMPANYING DOCUMENTS. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 6, 2022
Orchard Park, New York 14127

*/s/ Maria T. DiPirro*

Maria T. DiPirro, LPI, CECI, Partner
NY License Number: 11000052648
Corporate Screening & Investigative Group LLC
716-583-4629

1