UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF BUFFALO et al.,<br><br>          Defendants. | No. 19-cv-01678 (WMS) (JJM) |

**NOTICE OF MOTION TO EXTEND PLAINTIFF'S TIME TO SERVE
NON-PARTY AARON JACKSON WITH TEXT ORDER**

PLEASE TAKE NOTICE that upon this motion and the attached Affidavit of Non-Service (*see* Exhibit A), the undersigned moves this Court for an Order extending Plaintiff's time to serve non-party Aaron Jackson with the Court's Text Order, dated October 12, 2022 (Docket No. 95). The Court directed Plaintiff to personally serve Mr. Jackson by October 19, 2022. *Id.* To date, Plaintiff's process server has made five unsuccessful attempts to serve Mr. Jackson over the past week. *See* Exhibit A. Today, Mr. Jackson stated that he will be available to accept service tomorrow, October 20, 2022. *Id.* In order to complete service, and to account for further any unforeseeable circumstances, Plaintiff hereby requests an extension of the October 19, 2022 deadline by one week, until October 26, 2022.

.
DATED: October 19, 2022

                                        Respectfully submitted,

                                        /s/Nick Joel Brustin
                                        Nick Joel Brustin
                                        Mary Katherine McCarthy
                                        Anna Benvenutti Hoffmann
                                        Mary Katherine McCarthy
                                        Sona R. Shah

1

Gerardo Romo
NEUFELD SCHECK & BRUSTIN LLP
99 Hudson Street, Eighth Floor
New York, NY 10013
T: (212) 965-9081

Donald M. Thompson
EASTON THOMPSON KASPEREK
SHIFFRIN LLP
The Powers Building
16 West Main Street, Suite 243
Rochester, New York 14614
T: (585) 423-8290

*Counsel for Plaintiff Valentino Dixon*