# Exhibit A

# Affidavit of Non-Service dated 10/19/2022

## AFFIDAVIT OF NON-SERVICE

| Case:<br>19-CV-01678 | Court:<br>UNITED STATES DISTRICT COURT | County:<br>ERIE | Job:<br>7804126 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>VALENTINO DIXON | | Defendant / Respondent:<br>CITY OF BUFFALO, et al | |
| Received by:<br>Premier Process Service of WNY, Inc on October 12, 2022 | | For:<br>Neufeld Scheck & Brustin, LLP | |
| To be served upon:<br>Aaron Jackson | | | |

I, Michael Hadden, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

" I declare under penalty of perjury that the foregoing is true and correct".

**Recipient Name / Address:**  Aaron Jackson, 19 Thatcher Ave, Buffalo, NY 14215
**Manner of Service:**  Non Serve - unable to personally serve witness
**Documents:**  Text Order with Letter dated October 12, 2022

**Additional Comments:**
Unsuccessful Attempts on following:

Oct 13, 2022, 3:30pm
Oct 14, 2022, 7:44pm
Oct 14, 2022 - 5:19pm
Oct 15, 2022 - 9:12am
Oct 17, 2022 - 2:40pm

Spoke to Aaron Jackson on telephone at 12:52pm on Oct 18, 2022. Mr Jackson cell number [redacted] Mr Jackson stated he works a lot and is willing to accept Order on Thursday Oct 20 after 6pm.

_[signature]_   10-19-2022

Michael Hadden           Date

Premier Process Service of WNY, Inc
PO Box 1932
Buffalo, NY 14226
716-598-5860