UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>       Plaintiff,<br><br>    v.<br><br>CITY OF BUFFALO, *et al.*,<br><br>       Defendants. | No. 19-cv-01678 (WMS) (JJM)<br><br>**DECLARATION OF GERARDO ROMO** |

## DECLARATION OF GERARDO ROMO

I**, GERARDO ROMO,** an attorney duly admitted to practice law in New York and admitted in this action *pro hac vice*, affirm under penalty of perjury that the following is true and correct:

1. I am an attorney with the law firm of Neufeld Scheck & Brustin, LLP.

2. On October 20, 2022, pursuant to Judge William M. Skretny's Text Orders (Doc. Nos. 95 and 97), Aaron Jackson was personally served with a copy of the Orders. A true and correct copy of affidavit of service is attached.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 24, 2022
       New York, New York

                                                          NEUFELD SCHECK & BRUSTIN LLP

                                                          /s/ Gerardo Romo
                                                          Gerardo Romo