UNITED STATES DISTRICT COURT     WESTERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
VALENTINO DIXON

**Defendant / Respondent:**
CITY OF BUFFALO, et al

**AFFIDAVIT OF PERSONAL SERVICE**

Index No:
19-CV-01678

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at <u>PO Box 1932, Buffalo, NY 14226</u>. That on **Thu, Oct 20 2022** AT **6:05PM** AT **19 THATCHER AVE, BUFFALO, NY 14215** deponent served the within **Text Order dated October 12, 2022 and Text Order dated October 20, 2022 with Letter dated October 12, 2022** on **Aaron Jackson**

- [X] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.
- [ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.
- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
- [ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.
- [X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 46    Ethnicity: African American    Gender: Male    Weight: 170
Height: 5'6    Hair: Black    Eyes: Brown    Relationship:
Other

_____
Michael Hadden - Process Server

Sworn to before me on 10-24-2022
_____
Notary Public

BETTY Y. LANTZ
Notary Public, State of New York
Qualified in Erie County
Reg. No. 01LA6292638
My Commission Expires 11-04-20__