UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>      Plaintiff,<br><br>    v.<br><br>CITY OF BUFFALO, *et al.*,<br><br>      Defendants. | No. 19-cv-01678 (WMS) (JJM)<br><br>**NOTICE OF MOTION FOR PRODUCTION OF DOCUMENTS BY DEFENDANT COUNTY OF ERIE** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and its exhibits, the undersigned moves this Court, under Rules 26(b)(3) and 37 of the Federal Rules of Civil Procedure, for an Order compelling Defendant Erie County to produce: (1) all documents Plaintiff substantially needs to litigate his claims, regardless of whether the County claims they are protected from production; and (2) all documents this Court finds are not protected from production after its *in camera* review.

If any opposition is received, Plaintiff intends to file and serve reply papers.

DATED: October 25, 2022

                                          Respectfully submitted,

                                          <u>/s/Sona R. Shah</u>
                                          Nick Joel Brustin
                                          Mary Katherine McCarthy
                                          Anna Benvenutti Hoffmann
                                          Mary Katherine McCarthy
                                          Sona R. Shah
                                          Gerardo Romo
                                          NEUFELD SCHECK & BRUSTIN LLP
                                          99 Hudson Street, Eighth Floor
                                          New York, NY 10013
                                          T: (212) 965-9081

Donald M. Thompson
EASTON THOMPSON KASPEREK
SHIFFRIN LLP
The Powers Building
16 West Main Street, Suite 243
Rochester, New York 14614
T: (585) 423-8290

*Counsel for Plaintiff Valentino Dixon*