UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BUFFALO, *et al.*,<br><br>    Defendants. | Civil Action No. 19-cv-01678<br><br>**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR FINIDNG OF CONTEMPT** |

### AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR FINIDNG OF CONTEMPT

I, **NICK JOEL BRUSTIN**, hereby swear and state as follows:

1. I am an attorney at law of the State of New York and a partner of the law firm Neufeld Scheck & Brustin LLP. I represent Plaintiff Valentino Dixon in the above-captioned matter.

2. I submit this affidavit in support of Plaintiff's Motion for finding of contempt.

3. On September 13, 2022, counsel for all parties appeared for the scheduled deposition at 70 Niagara St., Buffalo, New York. Mr. Sullivan did not appear.

4. Attached hereto and incorporated by reference as **Exhibit A** is a true and complete copy the documents personally served on John Sullivan on July 26, 2022, which include a copy of the Court's text order at Docket Number 87, and a subpoena to testify at a deposition on September 13, 2022 at 70 Niagara Street, Buffalo, NY 14202.

5. Attached hereto and incorporated by reference as **Exhibit B** is a true and complete copy of the Affidavit of Service of the documents personally served on John Sullivan on July 26, 2022.

1

6. Attached hereto and incorporated by reference as **Exhibit C** is a true and complete copy of Declaration from Tony Olivo dated October 18, 2022 regarding her serving of the subpoena and text order to Mr. Sullivan.

I affirm that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willingly false, I am subject to discipline.

| | |
|---|---|
| DATED: October 18, 2022 | /s/ Nick Joel Brustin |
| | Nick Joel Brustin<br>NEUFELD SCHECK & BRUSTIN LLP<br>99 Hudson Street, 8th Floor<br>New York, NY 10013<br>T: (212) 965-9081<br>E: nick@nsbcivilrights.com |
| | *Counsel for Plaintiff Valentino Dixon* |