# Exhibit B

# Affidavit of Service of the Documents Personally Served on John Sullivan on July 26, 2022

Affidavit of Service
US DISTRICT COURT WDNY- 1:19-cv-01678-WMS-JJM

AFFIDAVIT OF SERVICE

Valentino Dixon     Plaintiff,

-vs.-

The City of Buffalo et al Defendant.

State of New York  }
County of Erie     }

J.A. "Tony" Olivo, LPI, CPCI being duly sworn, deposes and says that he is over 18 years of age and not a party to this action;  that on

July 26, 2022 at 2:02pm at 49 Elmer, Buffalo NY deponent served the annexed Text Order on;

John Sullivan
(subject) the subject named herein, in the following manner:

{X}   Individual-By delivering to and leaving with John Sullivan personally a true copy thereof and that he knew the person so served to be John Sullivan of the person mentioned and described in document.

J.A. "TONY" OLIVO, LPI, CPCI
NYS LICENED PRIVATE INVESTIGATOR
BOARD CERIFIED PROFESSIONAL CRIMINAL INVESTIGATOR
CSI GROUP LLC