# Exhibit C

# Declaration of Tony Olivo dated October 18, 2022

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF BUFFALO, *et al.*,<br><br>      Defendants. | Civil Action No. 19-cv-01678<br><br>**DECLARATION OF TONY OLIVO** |

### DECLARATION OF TONY OLIVO

I, **J.A. "TONY" OLIVO**, hereby swear and state as follows:

1. I am the Director of Investigative Services at Corporate Screening and Investigative Group LLC.

2. On July 30, 2022, at approximately 2:02 p.m., I served John Sullivan at 49 Elmer, Buffalo with a second subpoena to appear for a deposition and text order (Dkt. No. 87) provided by Nick Brustin, counsel for Plaintiff Valentino Dixon.

3. On August 17, 19, 2022 and September 6, 7, 9, and 12, I attempted to locate John Sullivan to remind him of the upcoming deposition on September 13, 2022. However, I was unable to locate him.

4. On the aforementioned dates outlined in item 3, I interviewed individuals at all known locations John Sullivan is believed to frequent as well as neighbors at his last known residence. No one has seen Mr. Sullivan in over two weeks.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2022
Orchard Park, New York

J.A. "Tony" Olivo, LPI,
CPCI Director of Investigative Services
Board Certified Professional Criminal Investigator
NY License Number: 11000061205
Corporate Screening and Investigative Group LLC
716-583-4628

2