UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BUFFALO, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 19-cv-01678 (WMS)<br><br>[PROPOSED] **ORDER** |

　　Upon consideration of Plaintiff's October 5, 2022 Motion for Finding of Contempt, following an opportunity for all parties to be heard, and for good cause shown, it is hereby ORDERED that Plaintiff's Motion is GRANTED. John Sullivan is held in contempt of this Court's June 29, 2022 Order and related subpoenas.

　　It is further ORDERED that failure to agree to testify at a deposition may result in a bench warrant being issued directing the United States Marshals Service to arrest and hold Jackson so that he might appear before this Court during normal business hours and be deposed.

DATED: _____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. William M. Skretny