Affidavit of Service
<u>Valentino Dixon</u>

AFFIDAVIT OF SERVICE

Plaintiff,

-vs.-

<u>The City of Buffalo Defendant.</u>

State of <u>New York</u>  }
County of Erie       }    SS:

J.A. "Tony" Olivo, LPI. CPCI, being duly sworn, deposes and

says that he is over 18 years of age and not a party to this action;  that on

November 3, 2022 at 2:10pm at 19 52 Elmer, Buffalo NY

deponent served the annexed Notice of Motion for Finding of Contempt on John Sullivan the subject named herein, in the  following manner:

{X } Individual       By delivering to and leaving with <u>John Sullivan,</u> personally a true copy thereof.

**J.A."TONY" OLIVO, LPI, CPCI**
**DIRECTOR OF INVESTIGATIVE SERVICES**
**BOARD CERTIFIED PROFESSIONAL INVESTIGATOR**
**CSI GROUP LLC**