

VIA HAND DELIVERY                                                                                                  November 9, 2022
Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

    Re:    <u>Dixon v. City of Buffalo, et al.</u>
             Case No. 19-cv-01678

Dear Judge McCarthy:

Pursuant to the Text Order issued October 11, 2022 (Doc. No. 94), enclosed for *in camera* review please find the following bates stamped documents:

1. Dixon Prosecution Materials: COE2499-2500, 2503-05, 2530-32, 3509-10.

2. Perjury Prosecution Materials: COE3388-90, 3391-3392, 3408-46, 3447-81, 3494-97, 3738-39, 3740-61.

3. Reinvestigation Materials: COE2541-44, COE4301-02, 4303-04, 4422-23, 4758-74.

Thank you for your consideration.

Respectfully submitted,

LIPPES MATHIAS LLP

James P. Blenk

JPB/smk

Enclosure(s)

Cc (via CM/ECF - w/o enc.):
      Peter Sahasrabudhe, Esq.
      Hugh Russ, Esq.
      Donald Thompson, Esq.
      Sona Shah, Esq.
      Jennifer C. Persico, Esq.
      Eric M. Soehnlein, Esq.

James P. Blenk  |  Partner  |  jblenk@lippes.com

50 Fountain Plaza, Suite 1700, Buffalo, NY 14202    **Phone:** 716.853.5100    **Fax:** 716.853.5199    **lippes.com**

**New York:** Albany, Buffalo, Long Island, New York City, Rochester  //  **Florida:** Jacksonville  //  **Illinois:** Chicago
**Ontario:** Greater Toronto Area  //  **Texas:** San Antonio  //  **Washington, D.C.**