UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

VALENTINO DIXON,

                                Plaintiff,

v.

CITY OF BUFFALO and COUNTY OF ERIE, and
DETECTIVE MARK R. STAMBACH,
DETECTIVE RANIERO MASECCHIA,
DETECTIVE JAMES P. LONERGAN,
DETECTIVE JOHN VICKERD,
CHIEF RICHARD T. DONOVAN,
JOHN DOES, Unknown Buffalo Police Department
Supervisors, and ASSISTANT DISTRICT
ATTORNEY CHRISTOPHER BELLING,
in their individual capacities,

                                  Defendants.

Case No. 1:19-cv-01678

---

## **DECLARATION**

**Hugh M. Russ, III**, under 28 U.S.C. § 1746, states as follows:

1. I am an attorney at law duly licensed to practice in New York and admitted to practice in the Western District of New York. I am a member of Hodgson Russ LLP, attorneys for the City of Buffalo Defendants, in this action. I have handled this case for several years, and I am fully familiar with the facts and circumstances recited in this declaration.

2. I submit this declaration to file the Affidavit of Aaron Jackson, dated October 21, 2022.

3. I am a long term board member of Say Yes Buffalo. Say Yes's Executive Director, David Rust, recently contacted me about one of his employees who has been having some legal troubles. Rust did not know of my involvement in this case, and I agreed to speak with the employee.

4. That employee is Aaron Jackson. He asked me whether he could be forced to testify, again. Which I advised him that he had to comply with all legal process properly served on him, he nonetheless wanted to convey his reluctance to testify.

5. I agreed that I would submit an Affidavit for him. I attach his Affidavit, dated October 21, 2022 as Exhibit A to this Declaration.

6. I take no position on his requests.

**WHEREFORE**, your declarant respectfully requests that this Court accept Jackson's Affidavit. Your declarant also respectfully requests such other and further relief as this Court deems just and proper.

Dated: Buffalo, New York
November 14, 2022

_____
Hugh M. Russ III

017635.00058 Litigation 16359656v1

# Exhibit A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

VALENTINO DIXON,

                Plaintiff,

v.

CITY OF BUFFALO and COUNTY OF ERIE, and
DETECTIVE MARK R. STAMBACH,
DETECTIVE RANIERO MASECCHIA,
DETECTIVE JAMES P. LONERGAN,
DETECTIVE JOHN VICKERD,
CHIEF RICHARD T. DONOVAN,
JOHN DOES, Unknown Buffalo Police Department
Supervisors, and ASSISTANT DISTRICT
ATTORNEY CHRISTOPHER BELLING,
in their individual capacities,

                Defendants.

Civil No.: 1:19-cv-01678

---

## AFFIDAVIT

STATE OF NEW YORK    )
                                 : SS.:
COUNTY OF               )

      **Aaron Jackson**, duly sworn, deposes and says:

1. I am Aaron Jackson, the person subject to the proposed finding of contempt in this case.

2. I have personal knowledge of the facts and circumstances recited in this Affidavit.

3. I submit this Affidavit for two purposes:

   a. To persuade the Court that I should not be held in contempt; and

   b. To avoid, if possible, being compelled to testify at a deposition in this case.

4. I will explain the reasons for these two requests

5. I am a lifelong resident of Buffalo's East Side. I work for Say Yes Buffalo, where I counsel young men.

6. I was present on the night of August 10, 1991, when Torriano Jackson was shot. Torriano was my brother, and he was murdered that night. I, myself, was shot in the hail of bullets from an assault weapon.

7. I saw the shooter. It was Valentino Dixon, the Plaintiff in this action, the person who wants to take my testimony now.

8. I have given countless sworn statements to the Buffalo Police Department and Erie County District Attorney's Office concerning my brother's murder and what I witnessed that night. I testified at the grand jury. I testified at Valentino Dixon's trial. Each time I have testified under oath, I have indicated that I saw Valentino Dixon murder my brother.

9. As you might imagine, Torriano's murder, and the resulting criminal and civil proceedings which have now stretched over thirty years, have harmed me personally and have devastated my family, especially my mother.

10. Contrary to what the petitioner recites, my failure to appear has not been "willful." I have not ignored the legal documents served upon me. In fact, on several occasions, I have spoken with Valentino Dixon's Attorney, Nick Brustin, Esq. Each time, I have explained to Mr. Brustin that I don't want to testify, that my continued involvement in this matter is harmful to me, and that my testimony would be consistent with what I have maintained for over thirty years-- Valentino Dixon murdered my brother.

11. In response, Mr. Brustin has been nothing but rude. He has repeatedly threatened me, and he has suggested that he will have me arrested and thrown in jail I don't testify again. I feel completely intimidated by him, and I don't know where to turn for help.

12. The principal reason I want to avoid having to testify again involves my having to relive that night and the following days in 1991. I experience several days of depression and despair each time I am forced to testify. It disrupts my employment, it harms my family life, and it makes me miserable.

13. I can't help but think that Valentino Dixon is trying to punish me for testifying against him originally. If my new testimony would be consistent

with the account that I have maintained for over thirty years, why would Valentino Dixon even want to take my testimony again, except to make me suffer?

14. Since Plaintiff likely already has copies of my considerable sworn testimony, since I have nothing new or different to offer at this time, and since requiring me to testify will pose a hardship to me, I would ask the Court to relieve me of this obligation. I would also ask the Court not to order the "corrosive sanctions" Plaintiff requests.

**Wherefore,** your deponent respectfully requests that the Court reject the request for contempt and allow me to avoid testifying at the requested deposition. Your deponent also respectfully requests such other and further relief as the Court deems just and proper.

_____
Aaron Jackson

Sworn to before me this 21st
day of October, 2022

_____
Notary Public

WILEY H. SIMMONS III
Notary Public, State of New York
Qualified in Erie County
Reg. No. 01SI6245229
My Commission Expires 7/18/2023

017635.00058 Litigation 16339263v1