UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>      Plaintiff,<br><br>      v.<br><br>CITY OF BUFFALO et al.,<br><br>      Defendants. | No. 19-cv-01678 (WMS) (JJM) |

**NOTICE OF MOTION TO EXTEND PLAINTIFF'S TIME TO SERVE NON-PARTY JOHN SULLIVAN AND TO SET HEARING ON PLAINTIFF'S <u>MOTION FOR FINDING OF CONTEMPT</u>**

PLEASE TAKE NOTICE that upon this motion and the attached Declaration, the undersigned moves this Court for an Order extending Plaintiff's time to serve non-party John Sullivan with the Court's Text Order, dated November 4, 2022 (Docket No. 102), and an Order setting a hearing on Plaintiff's Motion for Finding of Contempt (Docket No. 101). On November 4, 2022, the Court set a briefing schedule on Plaintiff's Motion for Finding of Contempt and ordered Plaintiff to serve John Sullivan with the briefing schedule by November 14, 2022. Docket No. 102. In doing so, the Court did not set a hearing. Since then, Plaintiff's investigator has attempted to locate John Sullivan five times, including this morning, but has not been able to locate Mr. Sullivan. In order to complete service, and to account for further any unforeseeable circumstances, Plaintiff hereby requests an extension of the November 14, 2022 deadline by one month, until December 14, 2022. In addition, given the difficulties in locating Mr. John Sullivan, Plaintiff respectfully requests that the Court set a date for a hearing along with the briefing schedule so that Plaintiff may serve Mr. Sullivan with both the briefing schedule and a notice of a hearing.

1

DATED: November 14, 2022

                                                 Respectfully submitted,

                                                 <u>/s/ Gerardo Romo</u>
Nick Joel Brustin
Mary Katherine McCarthy
Anna Benvenutti Hoffmann
Mary Katherine McCarthy
Sona R. Shah
Gerardo Romo
NEUFELD SCHECK & BRUSTIN LLP
99 Hudson Street, Eighth Floor
New York, NY 10013
T: (212) 965-9081

Donald M. Thompson
EASTON THOMPSON KASPEREK SHIFFRIN LLP
The Powers Building
16 West Main Street, Suite 243
Rochester, New York 14614
T: (585) 423-8290

*Counsel for Plaintiff Valentino Dixon*