# Exhibit B

# Declaration of Tony Olivo, dated November 14, 2022

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

VALENTINO DIXON,

      Plaintiff,

      v.

CITY OF BUFFALO, *et al.*,

      Defendants.

Civil Action No. 19-cv-01678

**DECLARATION OF TONY OLIVO**

## <u>DECLARATION OF TONY OLIVO</u>

I, **J.A. "TONY" OLIVO**, hereby swear and state as follows:

1. I am the Director of Investigative Services at Corporate Screening and Investigative Group LLC.

2. On November 3, 2022, at approximately 2:10 p.m., I served John Sullivan at 49 Elmer, Buffalo with a Notice of Motion for Finding of Contempt provided by Nick Brustin, counsel for Plaintiff Valentino Dixon.

3. On November 8, 9, 10, 11 and 14, I attempted to locate and serve John Sullivan the Text Order provided on November 4, 2022, However, I was unable to locate him.

4. On the aforementioned dates outlined in items 3, I interviewed individuals at all known locations John Sullivan is believed to frequent as well as neighbors at his last known residence. No one has seen Mr. Sullivan in several days.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 14, 2022
Orchard Park, New York

J.A. "Tony" Olivo, LPI, CPCI
Director of Investigative Services
Board Certified Professional Criminal Investigator
NY License Number: 11000061205
Corporate Screening and Investigative Group LLC
716-583-4628