UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

VALENTINO DIXON,

    Plaintiff,

v.

CITY OF BUFFALO, *et al.*,

    Defendants.

Civil Action No. 19-cv-01678

## DECLARATION OF SONA R. SHAH

I, **SONA R. SHAH**, hereby swear and state as follows:

1. I am an attorney admitted in the State of New York, and a Staff Attorney at the law firm of Neufeld Scheck & Brustin, LLP.

2. I represent Plaintiff Valentino Dixon in the above-captioned matter.

3. Attached hereto as **Exhibit A** is a true and complete copy of the letter from Assistant District Attorney Christopher Belling to Chief Donovan, dated November 22, 1991, COE 1686-1687.

4. Attached hereto as **Exhibit B** is a true and complete copy of excerpts of a transcript of the recorded interview of Emil Adams, dated March 7, 1993, Dixon 9601-9627.

5. Attached hereto as **Exhibit C** is a true and complete copy of the Affidavit of Lamarr Scott, dated December 11, 1998, Dixon 3807-3809.

6. Attached hereto as **Exhibit D** is a true and complete copy of the Affidavit of Lamarr Scott, dated January 3, 1998, Dixon 5930.

7. Attached hereto as **Exhibit E** is a true and complete copy of Affidavit of Lamarr Scott, dated February 27, 2002, Dixon 5931-5932.

1

8. Attached hereto as **Exhibit F** is a true and complete copy of excerpts of the deposition transcript of Tamara Frida, dated October 19, 2022.

9. Attached hereto as **Exhibit G** is a true and complete copy of the Answering Affidavit and Affidavit of Service by Assistant District Attorney David A. Heraty, dated September 17, 2018, Dixon 5302-5311.

10. Attached hereto as **Exhibit H** is a true and complete copy of an excerpt of the deposition transcript of John Vickerd, dated March 24, 2022.

11. Attached hereto as **Exhibit I** is a true and complete copy of an excerpt of the deposition transcript of Raniero Masecchia, dated March 15, 2022.

12. Attached hereto as **Exhibit J** is a true and complete copy of an excerpt of the deposition transcript of Richard T. Donovan, dated September 15, 2022.

13. Attached hereto as **Exhibit K** is a true and complete copy of an excerpt of the deposition transcript of Mark Stambach, dated June 8, 2022.

14. Attached hereto as **Exhibit L** is a true and complete copy of an excerpt of the deposition transcript of John Lonergan, dated June 6, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2022.
New York, New York                                              /s/ Sona R. Shah