# Exhibit B

## Excerpt of the Recorded Interview of Emil Adams, dated March 17, 1993

# In the Matter Of:

# INTERVIEW BY ROBERT BRYANT

# AUDIO

*March 17, 2022*

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

Dixon-009601

1  INTERVIEW BY ROBERT BRYANT

2  INTERVIEW OF WITNESS EMIL ADAMS

3  Regarding Torriano Jackson shooting August 10, 1991

4  March 7, 1993 at 9:20 p.m.

5  Corrected 03/17/2022

6  ALSO PRESENT:
   BARBARA DIXON
7  ANTOINE SHANNON

25              Transcriber Jennifer Wilson   OM/T #263



```
 1   changed that (inaudible) in Michigan so they flew me
 2   back to Michigan.  And I was, you know, incarcerated,
 3   you know, during almost -- almost during the whole
 4   trial.
 5        Q    I understand.  Okay.  Even when you --
 6   A    That's no (inaudible) in here.
 7        Q    Oh, okay, so when you --
 8   A    (Inaudible).
 9        Q    So when you went down to the police station,
10   they kept you, they didn't let you come back home?
11   A    No, they did not let me go home.
12        Q    Uh-huh.
13   A    They locked me up and threw me out that night.
14        Q    Okay.  Okay, so then you went back to
15   Michigan?  And you didn't come back --
16   A    They kept flying me back.  And I think I flew back
17   here about three times.
18        Q    Okay, this was before the trial?
19   A    Yeah.
20        Q    Okay, so when you came back, who was you
21   talking to at that time?  Was it -- was it the District
22   Attorney Belling (phonetic)?
23   A    Uh-huh.
24        Q    Uh-huh.  And what was he asking you on, Emil?
25   A    Just what happened, at the time, what happened.
```



1  And I asked him why I'm here.
2  A    Uh-huh.  Okay.  Then -- then what -- then what
3  happened?  I mean what's making you, you know, just
4  even want to come out and tell the truth now though?
5  You know?  See, cause I don't want -- how can I say it,
6  I don't want, you know, saying that now I'm forcing you
7  to say anything, you know.  If you have a conscience
8  where, you know, you want to tell the truth, you know?
9       You see what I'm saying?  You know, you're not --
10 you're not telling me, you know, just what, you know,
11 they, you know -- you know, had you do.  You know, as
12 far Belling.
13 A    He doesn't really, you know what I'm saying, come
14 out and talk and just tell me.
15      Q    Uh-huh.
16 A    You know that.  But in so many words they did.
17      Q    Uh-huh.
18 A    He was trying to give me more time, you know, than
19 I was already facing if I didn't come up this -- you
20 know, testify against Tino.  It ain't had nothing to do
21 with the Jacksons.  don't -- I don't even associate
22 with (inaudible).  You know, because I don't want
23 people to think, you know, that's what was going on.
24      Q    Yeah.
25 A    Like I said, you know, me and him have been cool



800.211.DEPO (3376)
EsquireSolutions.com

Dixon-009606

```
 1   A     You know what I'm saying?  They didn't just come
 2   out and, you know what I'm saying?  It wasn't just like
 3   if you know don't say this and that, then you going to
 4   get this and that.  They're just not saying that at
 5   all, they gonna cover their tracts of course if they
 6   going to (inaudible) like that.  They're gonna cover
 7   their tracks.  And they did this to Mario.
 8         Q     Yeah.
 9   A     You know what I'm saying?  And that's why I didn't
10   go to court on the perjury.  They didn't do like it.
11   So I'm basically before I can get -- check myself in,
12   he didn't even say nothing to me.  And I asked him if
13   he wanted to press charges, he said no.
14         Q     Okay, there's -- there's a warrant here for
15   you because you didn't show up for the perjury?
16   A     I didn't see it.  I thought, because they -- when
17   the cop came to the door, I didn't know who he was.
18   You know, he didn't look like a cop.  So he asked
19   where's Ron?  My mother's brother is here.
20         Q     Uh-huh.
21   A     You know, I'm like, my mother's brother don't live
22   here.  (Inaudible) as I let the police in.  It was just
23   -- it was just (inaudible).  But he had a picture of me
24   and like well, he's just (inaudible) see -- you know
25   what I mean.  So I (inaudible) say that to anyone else.
```



```
1                    CERTIFICATION
2           I, JENNIFER WILSON, the assigned transcriber,
3    do hereby certify that the foregoing is a true and
4
5    accurate transcript of the conversation on March 7,
6
7    1991 from 9:00 p.m. to 10:20 p.m. and was done to the
8
9    best of my ability.
10
11
12
13
14
15
16   _____
17
18   /s/ Jennifer Wilson              March 11, 2022
19
20   JENNIFER WILSON, OM/T #623       Date
21
22   Certified Transcriber,           Corrected 03/27/22
23
24   State of New Jersey
```

