# Exhibit C

## Affidavit of Lamarr Scott, dated December 11, 1998

Being duly sworn I depose and say that my name is Lamar D. Scott. My current address is Attica Correctional Facility, Attica N.Y. My CIN # is 94B2722. My birthday is September 19, 1972. My Social Security number 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. I recall an incident that occurred August 10, 1991 at around 1:30 AM at the intersection of Bailey Ave. and East Delavan, Buffalo, NY. I was with Valentino Dixon, Mario Jarmon, Leonard Brown and Antwoin Shannon. Early in that day, actually it would have been late in the day of August 9, 1991, there had been a problem between Mario and Antwoin against the Jacksons. The Jacksons would be Torriano Jackson and his brothers. I did not know the Jacksons personally. In our group I knew Tino Dixon, that would be Valentino, Mario Jarmon and Antwoin Shannon. Earlier in the evening I saw the Jackson group driving by several times in a yellow Dodge Shadow. The group I was with brush it off as being nothing. I thought we were being threatened. I got on my mountain bike and went to my home at 122 Montana St. where I had a gun. The gun was a Tech-9 semi automatic that had been altered to fully automatic. I put the Tech-9 into a duffle bag and got on my bike and returned to Mario's house on East Delavan near Bailey Ave. Mario's house is west of Bailey on the north side of East Delavan. I got there late in the afternoon or early evening around 6 PM. I saw the yellow Shadow go by again but nothing was said. They just drove by real slow. The rest of the evening we just hung out. Leonard Brown and me were sitting on a bench at the bus stop near the deli at Bailey and

Roger Wouthuis[?] p1 of 3 Lamar Scott

A.137

Dixon-003807

East Delavan on the north side of East Delavan west of Bailey. I saw the yellow Shadow pull up to the curb on the side of the street that Louie's Red Hots is on. That would be opposite from where where we were sitting. Mario and Tevin were in front of us near the curb. They were standing. Valentino Dixon was in the process of going to the deli to buy beer. The yellow Shadow was right at the corner just a few feet from Bailey. The doors on both sides of the Shadow opened and every body piled out. I think about six (6) guys got out of that car. They all started walking towards us. They were met in the middle of the street by Mario who started to fight with them, Torriano specifically. I then heard three (3) gunshots. I did not know who had the gun or who if anyone was shot. I ducked down in a crouching position by the bench. I retrieved my gun. Leonard pointed out the guy who had the gun to me. I then began to shoot him. I walked towards him as I fired. Everybody scattered in all directions. As soon as I was out of bullets I ran west on Delavan. I saw Valentino ahead of me. He was running in the street toward his car which was a Mazda RX7, red. He was about 30 feet ahead of me. He got in his car and drove away. He must have run behind me from the deli because that is the first I saw him since when the fight started. I ran into a couple of back yards and got rid of the gun. I just slung it. I made it to Mayo's back yard and got on my bike and went home. I gave a statement to both the Buffalo Police and the

[signature] p2 of 3 x Lamarr Scott [signature]

A.138

Case 1:05-cv-00268-MSV-VEB Document 1-1 Filed 05/23/05 Page 41 of 43

Eric of District Attorney which included every thing I am saying here. I also gave a statement to Wanda Starks of WOR TV. I did all of these statements of my own free will. I was not forced or bribed. I later recanted these statements because I felt my life was threatened because of the harrassment done by Det. Stambach and the District Attorney Chris Belling. I have read this statement and every thing is true to the best of my recollection. L.O.L.

Sworn Before Me
This 11th Day of December 1998

Laman. Scott
9482722

Roger W. Putnam Jr.

ROGER W. PUTNAM JR.
Notary Public, State of New York
Qualified in Erie County
Commission Expires June 14, 2000

L.S.

L.S.

L.S.

L.S.

A. 139