# Exhibit H

Excerpt of the Deposition of John Vickerd, dated March 24, 2022

# In the Matter Of:

## DIXON vs BUFFALO & ERIE COUNTY

1:19-cv-01678-WMS

# JOHN THOMAS VICKERD

*March 24, 2022*



800.211.DEPO (3376)
EsquireSolutions.com

2                VIDEO DEPOSITION
                 JOHN THOMAS VICKERD
3

4
   UNITED STATES DISTRICT COURT
5  WESTERN DISTRICT OF NEW YORK

6  ------------------------------------------
   VALENTINO DIXON,
7
                         Plaintiff,
8
                 - vs -      Case No.
9                            1:19-cv-01678-WMS

10 CITY OF BUFFALO and COUNTY OF ERIE;
   and DETECTIVE MARK R. STAMBACH,
11 DETECTIVE RANIERO MASECCHIA, DETECTIVE
   JAMES P. LONERGAN, DETECTIVE JOHN VICKERD,
12 CHIEF RICHARD T. DONOVAN, JOHN DOES,
   Unknown Buffalo Police Department Supervisors,
13 and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER
   BELLING, in their individual capacities,
14
                         Defendants.
15 ------------------------------------------

16

17        Video recorded deposition of JOHN THOMAS

18 VICKERD Defendant, taken pursuant to the Federal

19 Rules of Civil Procedure, in the law offices of

20 HODGSON RUSS LLP, The Guaranty Building, 140 Pearl

21 Street, Suite 100, Buffalo, New York, on March 24,

22 2022, commencing at 10:08 a.m., before ANDREA J.

23 HOBBS, Notary Public.

24

25



```
 1
 2   APPEARANCES:       NEUFELD SCHECK & BRUSTIN, LLP,
                        By NICK BRUSTIN, ESQ.,
 3                      nick@nsbcivilrights.com,
                        GERARDO ROMO, ESQ.,
 4                      gerardo@nsbcivilrights.com,
                        SONA H. SHAH, ESQ., and
 5                      sona@nsbcivilrights.com,
                        99 Hudson Street,
 6                      8th Floor,
                        New York, New York  10013,
 7                      (212) 965-9081,
                        Appearing for the Plaintiff,
 8                      via Zoom.

 9                      HODGSON RUSS LLP,
                        By HUGH M. RUSS, III, ESQ.,
10                      The Guaranty Building,
                        140 Pearl Street, Suite 100,
11                      Buffalo, New York  14202,
                        (716) 856-4000,
12                      hruss@hodgsonruss.com,
                        Appearing for the Defendants,
13                      City of Buffalo; Detective
                        Mark R. Stambach, Detective
14                      Raniero Masecchia, Detective
                        James P. Lonergan, Detective
15                      John Vickerd, Chief Richard T.
                        Donovan, and John Does, Unknown
16                      Buffalo Police Department
                        Supervisors.
17
                        LIPPES MATHIAS WEXLER FRIEDMAN LLP,
18                      By JENNIFER C. PERSICO, ESQ.,
                        50 Fountain Plaza, Suite 1700,
19                      Buffalo, New York  14202,
                        (716) 853-5100,
20                      jpersico@lippes.com,
                        Appearing for the Defendants,
21                      County of Erie and
                        Assistant District Attorney
22                      Christopher Belling.

23   PRESENT:           MOISES SOTO-BRITO, Paralegal,
                        Neufeld Scheck & Brustin, LLP
24
                        TYLER Z. RAHNER, Videographer
25
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                    John Vickerd
 2         MS. PERSICO:  Objection to form.
 3         MR. RUSS:  Objection to form.  You may
 4   answer.
 5         THE WITNESS:  No.  I -- I don't -- I don't
 6   know who did the shooting, what was -- my
 7   involvement in the -- in the conviction, and what I
 8   did during this investigation.
 9         BY MR. BRUSTIN:
10         Q.   What is your basis as you sit here
11   today to question whether or not LaMarr Scott is in
12   fact the shooter, the person who shot and killed
13   Torriano Jackson and wounded others, in light of
14   his criminal conviction for that crime?
15         A.   What I'm aware of is the first time I
16   remember hearing LaMarr Scott's name is today.
17         Q.   Okay.  And do you believe that that
18   is -- I'm going to ask you this, you do the best
19   you can with it.
20         Do you believe that is because of your
21   memory issues or do you believe that you in fact
22   never heard his name?
23         A.   I believe it was -- it's because of my
24   memory issues.
25         Q.   Fair enough.  What documents have you
```

```
STATE OF NEW YORK    )
                        ss:
COUNTY OF ERIE)


        I DO HEREBY CERTIFY as a Notary Public in and
for the State of New York, that I did attend and
report the foregoing deposition, which was taken
down by me in a verbatim manner by means of machine
shorthand.  Further, that the deposition was then
reduced to writing in my presence and under my
direction.  That the deposition was taken to be
used in the foregoing entitled action.  That the
said deponent, before examination, was duly sworn
to testify to the truth, the whole truth and
nothing but the truth, relative to said action.
```



                        _____
                        ANDREA J. HOBBS,
                        Notary Public.