# Exhibit I

Excerpt of the Deposition of Raniero Masecchia, dated March 15, 2022

# In the Matter Of:

## DIXON vs CITY OF BUFFALO

1:19-cv-01678-WMS

# RANIERO MASECCHIA

*March 15, 2022*



800.211.DEPO (3376)
EsquireSolutions.com

```
                    VIDEO DEPOSITION
                    RANIERO MASECCHIA


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-------------------------------------------
VALENTINO DIXON,

                            Plaintiff,

              - vs -       Case No.
                           1:19-cv-01678-WMS

CITY OF BUFFALO and COUNTY OF ERIE;
and DETECTIVE MARK R. STAMBACH,
DETECTIVE RANIERO MASECCHIA, DETECTIVE
JAMES P. LONERGAN, DETECTIVE JOHN VICKERD,
CHIEF RICHARD T. DONOVAN, JOHN DOES,
Unknown Buffalo Police Department Supervisors,
and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER
BELLING, in their individual capacities,

                            Defendants.
-------------------------------------------
```

          Video recorded deposition of RANIERO MASECCHIA, Defendant, taken pursuant to the Federal Rules of Civil Procedure, in the law offices of HARRINGTON & MAHONEY, 70 Niagara Street, Buffalo, New York, on March 15, 2022, commencing at 9:59 a.m., before DANIELLE M. FETZER, Notary Public.



```
 1
 2   APPEARANCES:        NEUFELD SCHECK & BRUSTIN, LLP,
                         By NICK J. BRUSTIN, ESQ.,
 3                       nick@nsbcivilrights.com, and
                         GERARDO ROMO, ESQ.,
 4                       gerardo@nsbcivilrights.com,
                         99 Hudson Street,
 5                       8th Floor,
                         New York, New York  10013,
 6                       (212) 965-9081,
                         Appearing for the Plaintiff.
 7
                         HODGSON RUSS LLP,
 8                       By HUGH M. RUSS, III, ESQ.,
                         hruss@hodgsonruss.com, and
 9                       PETER A. SAHASRABUDHE, ESQ.,
                         psarasra@hodgsonruss.com,
10                       The Guaranty Building,
                         140 Pearl Street, Suite 100,
11                       Buffalo, New York  14202,
                         (716) 856-4000,
12                       Appearing for the Defendants,
                         City of Buffalo, Detective Mark R.
13                       Stambach, Detective Raniero
                         Masecchia, Detective James P.
14                       Lonergan, Detective John Vickerd,
                         Chief Richard T. Donovan, and
15                       John Does, Unknown Buffalo Police
                         Department Supervisors.
16
                         LIPPES MATHIAS WEXLER FRIEDMAN LLP,
17                       By ERIC M. SOEHNLEIN, ESQ.,
                         esoehnlein@lippes.com,
18                       50 Fountain Plaza, Suite 1700,
                         Buffalo, New York  14202,
19                       (716) 853-5100,
                         Appearing for the Defendants,
20                       County of Erie and Assistant
                         District Attorney Christopher
21                       Belling.

22
23   PRESENT:            TYLER Z. RAHNER, Videographer

24
25
```



```
 1                    Raniero Masecchia
 2   natural death, to an assault that could involve a
 3   homicide, and it doesn't down the road.  Sometimes
 4   you can't get to something for --
 5          Q.   So you don't remember --
 6          A.   -- two or three months.  I don't know.
 7          Q.   Fair enough.  So you don't remember a
 8   single thing about the Valentino Dixon
 9   investigation, correct?
10          A.   Yeah.
11          Q.   But you do remember specifically that
12   in 1991 --
13          A.   No.
14          Q.   -- the homicide division was busy?
15          A.   We were busy every year.
16          Q.   Okay.  Do you remember it being
17   particularly busy in 1991?
18          A.   I know there was a date in the '90s, I
19   don't recall what, that we broke, like, the record
20   for the City of Buffalo, which is a small city, and
21   we had 100-something homicides.
22          Q.   Okay.
23          A.   And I know it was in the '90s.
24          Q.   Okay.  But you don't know if it was '91
25   or some other time?
```



```
 1
 2  STATE OF NEW YORK )
 3                   ss:
 4  COUNTY OF ERIE   )
 5
 6       I DO HEREBY CERTIFY as a Notary Public in and
 7  for the State of New York, that I did attend and
 8  report the foregoing deposition, which was taken
 9  down by me in a verbatim manner by means of machine
10  shorthand.  Further, that the deposition was then
11  reduced to writing in my presence and under my
12  direction.  That the deposition was taken to be
13  used in the foregoing entitled action.  That the
14  said deponent, before examination, was duly sworn
15  to testify to the truth, the whole truth and
16  nothing but the truth, relative to said action.
17
18
19                         
20                         _____
                           DANIELLE FETZER,
21                         Notary Public.
22
23
24
25
```