# Exhibit J

Excerpt of the Deposition of Richard T. Donovan, dated September 15, 2022

## In the Matter Of:

### DIXON V CITY OF BUFFALO

1:19-cv-01678-WMS

## RICHARD T. DONOVAN

*September 15, 2022*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                      RICHARD T. DONOVAN

 2

 3

 4    UNITED STATES DISTRICT COURT
      WESTERN DISTRICT OF NEW YORK
 5

 6    ------------------------------------------
      VALENTINO DIXON,
 7
                               Plaintiff,
 8
                     - vs -       Case No.
 9                                1:19-cv-01678-WMS

10    CITY OF BUFFALO and COUNTY OF ERIE;
      and DETECTIVE MARK R. STAMBACH,
11    DETECTIVE RANIERO MASECCHIA, DETECTIVE
      JAMES P. LONERGAN, DETECTIVE JOHN VICKERD,
12    CHIEF RICHARD T. DONOVAN, JOHN DOES,
      Unknown Buffalo Police Department Supervisors,
13    and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER
      BELLING, in their individual capacities,
14
                               Defendants.
15    ------------------------------------------

16

17          Examination before trial of RICHARD T.

18    DONOVAN, Defendant, taken pursuant to the Federal

19    Rules of Civil Procedure, in the law offices of

20    HARRINGTON & MAHONEY, 70 Niagara Street, Buffalo,

21    New York, on September 15, 2022, commencing at

22    10:23 a.m., before LORI K. BECK, CSR, CM, Notary

23    Public.

24

25
```



```
 1   APPEARANCES:      NEUFELD SCHECK & BRUSTIN, LLP,
                       By NICK J. BRUSTIN, ESQ.,
 2                     nick@nsbcivilrights.com,
                       via Zoom,
 3                         and
                       GERARDO ROMO, ESQ.,
 4                     gerardo@nsbcivilrights.com
                       99 Hudson Street,
 5                     8th Floor,
                       New York, New York  10013,
 6                     (212) 965-9081,
                       Appearing for the Plaintiff.
 7
                       HODGSON RUSS LLP,
 8                     By PETER A. SAHASRABUDHE, ESQ.,
                       The Guaranty Building,
 9                     140 Pearl Street, Suite 100,
                       Buffalo, New York  14202,
10                     (716) 856-4000,
                       psahasra@hodgsonruss.com,
11                     Appearing for the Defendants,
                       City of Buffalo; Detective
12                     Mark R. Stambach, Detective
                       Raniero Masecchia, Detective
13                     James P. Lonergan, Detective
                       John Vickerd, Chief Richard T.
14                     Donovan, and John Does, Unknown
                       Buffalo Police Department
15                     Supervisors.

16                     LIPPES MATHIAS WEXLER FRIEDMAN LLP,
                       By JENNIFER C. PERSICO, ESQ.,
17                     50 Fountain Plaza, Suite 1700,
                       Buffalo, New York  14202,
18                     (716) 853-5100,
                       jpersico@lippes.com,
19                     Appearing for the Defendants,
                       County of Erie and
20                     Assistant District Attorney
                       Christopher Belling.
21

22

23

24

25
```



```
 1            A.   Well, I understand what you're saying.
 2            I was chief of homicide at the time of that
 3    incident, but at the time, I had three other
 4    bureaus.  When I started in homicide, the chief of
 5    homicide went to every scene, and he was in charge
 6    of --
 7            MR. BRUSTIN:  I'm sorry.  I'm sorry, stop.
 8            Something is screwed up with the connection.
 9    I can barely here him.  I don't know what's going
10    on.  Can you call Esquire and find out what's going
11    on?
12            (Off the record: 10:31 a.m.)
13            (On the record: 10:46 a.m.)
14            MR. BRUSTIN:  All right.  So can you read
15    back the last question I asked, please?
16            (The record was read as requested.)
17            BY MR. BRUSTIN:
18            Q.   Mr. Donovan, you mentioned that you --
19    you didn't know anything about Mr. Dixon other than
20    he did some artwork in prison; is that right?
21            A.   I couldn't -- I can't remember anything
22    about that case, you know.  It was too long ago.
23            And I started to explain to you that when I
24    was made chief of homicide, it was a position where
25    the chief of homicide went to every scene and
```



```
 1  STATE OF NEW YORK)
 2                  ss:
 3  COUNTY OF ERIE   )
 4
 5       I DO HEREBY CERTIFY as a Notary Public in and
 6  for the State of New York, that I did attend and
 7  report the foregoing deposition, which was taken
 8  down by me in a verbatim manner by means of machine
 9  shorthand.  Further, that the deposition was then
10  reduced to writing in my presence and under my
11  direction.  That the deposition was taken to be
12  used in the foregoing entitled action.  That the
13  said deponent, before examination, was duly sworn
14  to testify to the truth, the whole truth and
15  nothing but the truth, relative to said action.
16
17
18                      _____
19                      LORI K. BECK, CSR, CM,
                        Notary Public.
20
21
22
23
24
25
```

