# Exhibit L

Excerpt of the Deposition of James Lonergan, dated June 9, 2022

**In the Matter Of:**

DIXON V. CITY OF BUFFALO

1:19-cv-01678-WMS

**JAMES LONERGAN**

*June 09, 2022*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                    VIDEO DEPOSITION
                       JAMES LONERGAN
 2

 3
     UNITED STATES DISTRICT COURT
 4   WESTERN DISTRICT OF NEW YORK

 5   -------------------------------------------
     VALENTINO DIXON,
 6
                           Plaintiff,
 7
                    - vs -        Case No.
 8                                1:19-cv-01678-WMS

 9   CITY OF BUFFALO and COUNTY OF ERIE;
     and DETECTIVE MARK R. STAMBACH,
10   DETECTIVE RANIERO MASECCHIA, DETECTIVE
     JAMES P. LONERGAN, DETECTIVE JOHN VICKERD,
11   CHIEF RICHARD T. DONOVAN, JOHN DOES,
     Unknown Buffalo Police Department Supervisors,
12   and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER
     BELLING, in their individual capacities,
13
                           Defendants.
14   -------------------------------------------

15

16           Video recorded deposition of JAMES

17   LONERGAN Defendant, taken pursuant to the Federal

18   Rules of Civil Procedure, in the law offices of

19   HARRINGTON & MAHONEY, 70 Niagara Street, Third

20   Floor, Buffalo, New York, on June 9, 2022,

21   commencing at 10:06 a.m., before LORI K. BECK, CSR,

22   CM, Notary Public.

23

24

25
```



```
 1   APPEARANCES:      NEUFELD SCHECK & BRUSTIN, LLP,
                       By NICK BRUSTIN, ESQ.,
 2                     nick@nsbcivilrights.com,
                       GERARDO ROMO, ESQ.,
 3                     gerardo@nsbcivilrights.com,
                       99 Hudson Street,
 4                     8th Floor,
                       New York, New York  10013,
 5                     (212) 965-9081,
                       Appearing for the Plaintiff.
 6
                       HODGSON RUSS LLP,
 7                     By HUGH M. RUSS, III, ESQ.,
                       hruss@hodgsonruss.com and
 8                     PETER A. SAHASRABUDHE, ESQ.,
                       psahasra@hodgsonruss.com,
 9                     The Guaranty Building,
                       140 Pearl Street, Suite 100,
10                     Buffalo, New York  14202,
                       (716) 856-4000,
11                     hruss@hodgsonruss.com,
                       Appearing for the Defendants,
12                     City of Buffalo; Detective
                       Mark R. Stambach, Detective
13                     Raniero Masecchia, Detective
                       James P. Lonergan, Detective
14                     John Vickerd, Chief Richard T.
                       Donovan, and John Does, Unknown
15                     Buffalo Police Department
                       Supervisors.
16
                       LIPPES MATHIAS WEXLER FRIEDMAN LLP,
17                     By JAMES P. BLENK, ESQ.,
                       50 Fountain Plaza, Suite 1700,
18                     Buffalo, New York  14202,
                       (716) 853-5100,
19                     jblenk@lippes.com,
                       Appearing for the Defendants,
20                     County of Erie and
                       Assistant District Attorney
21                     Christopher Belling.

22   PRESENT           SONA R. SHAH, ESQ.,
     VIA ZOOM:         AKOSUA OPONG-WIREDU, ESQ.
23                     Neufeld Scheck & Brustin, LLP

24                     TYLER Z. RAHNER, Videographer

25
```



```
 1   own words.
 2          Despite the judicial findings and Lamarr
 3   Scott's guilty plea, can you explain to me why you
 4   believe today, as strongly as you did then, that
 5   Valentino Dixon fired the TEC-9 that killed Torri
 6   Jackson?
 7          MR. SAHASRABUDHE:  Form.
 8          THE WITNESS:  He was identified by several
 9   witnesses, and if I recall correctly, Lamarr Scott
10   was confessing to this crime from the day it
11   happened, and it was disproved that -- well, that
12   he did not commit the crime back then.
13          BY MR. BRUSTIN:
14      Q.  Sure.
15      A.  As far as I recall.
16      Q.  Tell me how it was disproved that
17   Lamarr Scott -- so after -- tell me -- tell me your
18   recollection of how it was disproved -- withdrawn.
19          After Lamarr Scott came forward and
20   confessed to being the shooter --
21      A.  Right.
22      Q.  -- how was it disproved that he was the
23   shooter, to your recollection?
24      A.  I believe through the District
25   Attorney's office.
```



```
 1  STATE OF NEW YORK)
 2                  ss:
 3  COUNTY OF ERIE   )
 4
 5       I DO HEREBY CERTIFY as a Notary Public in and
 6  for the State of New York, that I did attend and
 7  report the foregoing deposition, which was taken
 8  down by me in a verbatim manner by means of machine
 9  shorthand.  Further, that the deposition was then
10  reduced to writing in my presence and under my
11  direction.  That the deposition was taken to be
12  used in the foregoing entitled action.  That the
13  said deponent, before examination, was duly sworn
14  to testify to the truth, the whole truth and
15  nothing but the truth, relative to said action.
16
17                  [signature]
18
19                  _____
                    LORI K. BECK, CSR, CM,
                    Notary Public.
20
21
22
23
24
25
```

