UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BUFFALO, *et al.*,<br><br>    Defendants. | Civil Action No. 19-cv-01678<br><br>**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR FINIDNG OF CONTEMPT** |

### AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR FINIDNG OF CONTEMPT

I, **NICK JOEL BRUSTIN**, hereby swear and state as follows:

1. I am an attorney at law of the State of New York and a partner of the law firm Neufeld Scheck & Brustin LLP. I represent Plaintiff Valentino Dixon in the above-captioned matter.

2. I submit this affidavit in support of Plaintiff's Motion for finding of contempt.

3. I have reviewed Mr. Jackson's affidavit dated October 21, 2022 at Docket No. 105.

4. Contrary to Mr. Jackson's assertions, I have not threatened him to testify in this case.

5. In the phone calls I have made to Mr. Jackson, I have explained that we want his voluntary compliance with the subpoenas and wish to avoid having to go to the Court.

6. In seeking his voluntary compliance, I have explained that if he does not comply, we would have to go to Court and request all measures available under the law, including potential arrest, to ensure his compliance because we require his testimony in this case.

7. Attached hereto and incorporated by reference as **Exhibit A** is a true copy of the Buffalo Police Department Interdepartmental Correspondence dated August 12, 1991.

1

8. Attached hereto and incorporated by reference as **Exhibit B** is a true copy of an excerpt of the trial transcript dated June 8, 1992 from *The People of the State of New York v. Dixon*.

9. Attached hereto and incorporated by reference as **Exhibit C** is a true and complete copy of the Verdict Sheet from *Ortiz v. Stambach*, 16-cv-0321 (EAW) (MJR) at Docket Number 160.

I affirm that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willingly false, I am subject to discipline.

DATED: November 28, 2022                             /s/ Nick Joel Brustin

                                                   Nick Joel Brustin
NEUFELD SCHECK & BRUSTIN LLP
99 Hudson Street, 8th Floor
New York, NY 10013
T: (212) 965-9081
E: nick@nsbcivilrights.com

*Counsel for Plaintiff Valentino Dixon*