Exhibit A

BPD Interdepartmental Correspondence, dated August 12, 1991

**BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Richard T. Donovan, Chief Homicide Section | SUBJECT | DATE 8/12/91 |
|---|---|---|---|
| FROM | Det. Mark R. Stambach | File 91-145 Torrano Jackson Homicide Dictated by Det. Mark R. Stambach | |

ATTN:   James Rautenstrauch, Lieutenant

SIR:

Continuing the above investigation, your writer did present himself to the E.C.M.C. There your writer met with Aaron Jackson. He was interveiwed in his room, #855. Permission was obtained from Dr. Phillips, his physician.

A photo array was shown to him. He identified #4 as the person that looked like the person that shot his brother Torrey. He was not sure and further stated that #4 was there, everything happened so fast.

He signed a P-88, Photo array ID affidavit. He also signed the label. Both forms will become a permanent part of this file.

While at E.C.M.C. the victim told your writer that Travis Paul, 46 Poultney was there. Your writer also learned Lisa McCullough of 221 Carl St. was also there. Her phone is 891-8252.

Your writer then went to 46 Poultney St. and met Elise Wilson and William Wilson. Elise is the mother of Travis and William is his step-father, phone 837-0802. He was not home at this time. A card was left and an appointment was set up for tomorrow at 2000 hrs.

Your writer then went to 221 Carl St. in an attempt to interview Lisa McCullough with negative results. A check will be made tomorrow.

Your office will be kept apprised of further developments on subsequent P-73's.

Respectfully submitted,

*Mark R. Stambach*

Det. Mark R. Stambach

MRS/les

COE001550