# Exhibit B

# Excerpt of *The People of the State of New York v. Dixon* Trial Transcript, dated June 8, 1992

VOLUME I

1

COUNTY COURT OF THE STATE OF NEW YORK

COUNTY OF ERIE : CRIMINAL TERM : PART 1

---------------------------------------x

THE PEOPLE OF THE STATE OF NEW YORK  : Indictment
                                       No. 91-1476-001

        -against-                    :

VALENTINO DIXON,                     : Murder 2d

            Defendant.               : Trial

---------------------------------------x

                        Erie County Hall
                        Buffalo, New York  14202
                        Monday, June 8, 1992

B e f o r e :

        HONORABLE MICHAEL L. D'AMICO
                                    Judge

A p p e a r a n c e s :

        KEVIN M. DILLON, ESQ.
            District Attorney, Erie County
            BY:  CHRISTOPHER J. BELLING, ESQ.
                 LEONARD E. KRAWCZYK, ESQ.
                 Assistant District Attorneys
                 Appearing for the People

        JOSEPH J. TERRANOVA, ESQ.
            Appearing for the Defendant

                            Kenneth D. Meier, C.S.R.
                            Official Supreme Court Reporter

2

# I N D E X

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| John A. Sullivan | 74 | 96 | | |
| Emil Adams | 143 | 164 | | |
| Aaron Jackson | 212 | 236 | 277 | |
| Travis Powell | 283 | 304 | | |
| Robert Lewis | 331 | 341 | 359 | |
| Freddie Stancil | 361 | 369 | | |
| James Diegelman | 382 | 394 | | |
| John N. LaDuca | 403 | 413 | | |
| James P. Lonergan | 427 | 439 | | |
| John Vickerd | 445 | 449 | | |
| Henry Smardz | 455 | 474 | | |
| Frank F. Tucci | 489 | 491 | | |
| Michael Dujanovich | 493 | | | |
| Bert Pandolfino | 504 | | | |
| Dr. Thomas Gordon | 515 | 520 | | |
| Fazbllah Loghmanee | 524 | 529 | | |

# E X H I B I T S

| PEOPLE'S | FOR IDENT. | IN EVIDENCE |
|---|---|---|
| No. 1 (Map) | 42 | 95 |
| No. 2 thru 32 (Photos) | 42 | |
| No. 13, 15       " | | 236 |
| No. 9, 16 | | 283 |

Dixon-000002

E X H I B I T S

| PEOPLE'S | FOR IDENT. | IN EVIDENCE |
|---|---|---|
| No. 8, 11 (Photos) | 42 | 304 |
| Nos. 2, 3, 7, 10, 12, 14, 17, 25, 32 | 42 | 439 |
| Nos. 4, 5, 26 thru 31 | 42 | 474 |
| Nos. 20, 21, 22, 24 (Photos) | 42 | 485 |
| No. 33 (Photo) | 94 | |
| No. 34 (Ev. bag & contents) | 283 | 474 |
| No. 34-A (gun) | 283 | 474 |
| No. 34-B (casing) | 283 | 474 |
| No. 34-C (shell casings) | 283 | 474 |
| No. 34-D (9-mm bullet) | 283 | 474 |
| No. 35 (ev env/bullet) | 283 | 474 |
| No. 36 (ev env/bullet jacket) | 283 | 474 |
| No. 37 " | 283 | 474 |
| No. 38 (ev env/lead fragment) | 283 | 474 |
| No. 39 (ev env/casing) | 283 | 474 |
| No. 40 (ev env/bullet) | 283 | 485 |
| No. 41 (ev env/bullet) | 283 | 485 |
| No. 42 " | 283 | 489 |
| No. 43 " | 283 | 489 |
| No. 44 " | 283 | 489 |
| No. 45 " | 283 | 489 |
| No. 46 " | 283 | 489 |
| No. 47 (Medical records) | 403 | 405 |
| No. 48 (Sisters Hosp. records) | 515 | 518 |

3-A

# E X H I B I T S

| DEFENDANT'S | FOR IDENT. |
|---|---|
| A (Statement-E. Adams) | 205 |

| | PAGE |
|---|---|
| Sandoval Hearing | 14 |
| Proceedings of Wednesday, June 10, 1992 | 32 |
| Preliminary Charge | 42 |
| Opening Statement of Mr. Belling | 60 |
| Proceedings of Thursday, June 11, 1992 | 164 |
| Proceedings of Friday, June 12, 1992 | 402 |
| Proceedings of Monday, June 15, 1992 | 513 |
| Closing Summation of Mr. Terranova | 557 |
| Closing Summation of Mr. Belling | 586 |
| Jury Charge | 613 |
| Proceedings of Tuesday, June 16, 1992 | 613 |
| Jury Verdict | 692 |

```
                                                                      244
 1                    Jackson - Terranova - Cross
 2        A.   Yes.
 3        Q.   And you signed your name to that statement?
 4        A.   Yes.
 5        Q.   Did you recall the contents of the statement that
 6   you signed?
 7        A.   No.
 8        Q.   Did it pertain to the photographs that you had
 9   seen?
10        A.   Yes.
11        Q.   Did it pertain to photograph Number 4?
12        A.   Yes.
13        Q.   Okay.  Do you recall signing a statement in which
14   you said that you picked out the photo in Number 4, and you
15   identified the person in that photograph as looking like the
16   person who shot my brother Tori and me on August 10, 1991,
17   and you continued to say, "But, I cannot be sure.  He was
18   there.  It happened so quick."  Do you remember saying that,
19   and signing a statement to that effect?
20        A.   Yes.
21        Q.   You do, don't you?
22        A.   Yes.
23        Q.   Okay.  Now, signing a statement that says the photo
24   in slot Number 4 looks like the person who shot me and my
25   brother Tori, but, I cannot be sure he was there.  It
```

```
                                                                245
  1                    Jackson - Terranova - Cross

  2    happened so quick.  That's different from what you told us

  3    earlier today.  Isn't that true?

  4         A.    Yes.

  5         Q.    Okay, you didn't say to the police in this written

  6    statement I'm certain that the person depicted in Number 4 is

  7    the one who shot me and my brother, did you?

  8         A.    No.

  9         Q.    Okay.  You said something different, and that's

 10    what I just read to you, right?

 11         A.    Yes.

 12         Q.    Okay, so you want to change your sworn testimony

 13    right now to conform with that?

 14         A.    No.

 15         Q.    You don't?

 16         A.    No.

 17         Q.    You're telling us in your sworn testimony now on

 18    this witness stand that you were certain that the person that

 19    you picked out in slot Number 4 was the shooter?

 20         A.    No.  I was not sure.

 21         Q.    You weren't sure?

 22         A.    No.

 23         Q.    Okay, so now you agree with your previous written

 24    statement?

 25         A.    Yes.
```

697

1        Jury Verdict

2    If you wish, you may talk about this case.

3 You're not required to do so, and you, of course,

4 may leave the building directly. If any of you

5 need any assistance with respect to getting to your

6 vehicles, let us know, and the deputies will be

7 happy to assist you. Thank you very much.

8 Defendant is remanded. Sentence is August 7th at

9 9:30 in the morning.

10         (10:50 p.m. court adjourned.)

11                *   *   *   *   *

12

13

14

15    I hereby certify that the foregoing is a

16 transcript of the official stenographer's

17 minutes of the testimony and proceedings

18 upon the trial of the case of the People

19 of the State of New York vs Valentino

20 Dixon.

21

22             *signature*

23             Kenneth D. Meier, C.S.R.
             Official Supreme Court Reporter

24

25