UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BUFFALO et al.,<br><br>　　　　Defendants. | No. 19-cv-01678 (WMS) (JJM) |

**NOTICE OF MOTION FOR PERMISSION TO APPEAR TELEPHONICALLY**

PLEASE TAKE NOTICE that the undersigned hereby moves this Court to allow Counsel for Plaintiff, Nick Brustin, to appear telephonically at the hearings scheduled for December 21, 2022 (Dkt. Nos. 107, 112) in connection with Plaintiff's motions for findings of contempt (Dkt. Nos. 92, 101). Co-counsel for Plaintiff, Donald M. Thompson, will be present in person and will be prepared to argue and address the issues addressed in Plaintiff's motions. However, lead counsel for Plaintiff, Nick Brustin, has a previously scheduled vacation out of state and will be unable to attend the hearings in person. Because Mr. Brustin had previous communications with Mr. Aaron Jackson, as discussed in the previous reply (Dkt. No. 111), Plaintiff respectfully requests that the Court allow Mr. Brustin to appear by phone so that he may answer any questions.

DATED: November 30, 2022

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　  /s/   Nick Joel Brustin
　　　　　　　　　　　　　　　　　　　　Nick Joel Brustin
　　　　　　　　　　　　　　　　　　　　Mary Katherine McCarthy
　　　　　　　　　　　　　　　　　　　　Anna Benvenutti Hoffmann
　　　　　　　　　　　　　　　　　　　　Mary Katherine McCarthy
　　　　　　　　　　　　　　　　　　　　Sona R. Shah
　　　　　　　　　　　　　　　　　　　Gerardo Romo
　　　　　　　　　　　　　　　　　　　　NEUFELD SCHECK & BRUSTIN LLP

1

99 Hudson Street, Eighth Floor
New York, NY 10013
T: (212) 965-9081

Donald M. Thompson
EASTON THOMPSON KASPEREK
SHIFFRIN LLP
The Powers Building
16 West Main Street, Suite 243
Rochester, New York 14614
T: (585) 423-8290

*Counsel for Plaintiff Valentino Dixon*

2