# APPENDIX A
# TO COUNTY DEFENDANTS
# SUPPLEMENTAL BRIEF, DATED
# DECEMBER 2, 2022

Appendix A
The County Defendant's Core/Non-Core Analysis of the Documents Sought by Plaintiff

| Bates No. | Date | Author/Recipient | Privilege | Type | Further Description** | Core Determination |
|---|---|---|---|---|---|---|
| COE002499-2500 | 8/12/91 | N/A | W/P and T/P | Handwritten notes – attorney impressions | notes 8/12/91 re Lamar Scott interview and further tasks | Yes – Contains analysis of Lamar Scott's statement; determination of next steps<br>*Hickman*: sifting through evidence, assembling information, planning strategy |
| COE002503-2505 | none | N/A | W/P and T/P | Handwritten notes – attorney impressions | notes re witnesses | No |
| COE002530-2532 | none | N/A | W/P and T/P | Handwritten notes | impressions – trial prep materials | Yes – contains attorney analysis of statements of Leonard Brown versus Mario Jarmon<br>*Hickman*: sifting through evidence, assembling information |
| COE002541-2544 | none | N/A | W/P and T/P | Handwritten notes re: evidence; witnesses; attorney impressions | Attorney notes from reinvestigation | Yes – Contains attorney's notes and analysis of investigatory materials<br>*Hickman*: sifting through evidence, planning strategy, assembling information<br>*Hickman*: sifting through evidence, planning strategy |
| COE003388-3390 | 10/13/92 | From: Frank A. Sedita III<br>To: Richard G. Shanley | W/P and T/P | Internal Memorandum | | Yes – This document contains analysis of the value of certain witnesses in the upcoming perjury trials of Brown and Jarmon.<br>*Hickman*: sifting through evidence, assembling information, planning strategy |
| COE003391-3392 | none | N/A | W/P and T/P | Handwritten Attorney Notes | work product and trial preparation materials | Yes – These notes reflect an attorney developing trial strategy and analyzing anticipated testimony.<br>*Hickman*: sifting through evidence, assembling information, planning strategy |
| COE003408-3446 | none | N/A | W/P and T/P | Handwritten Attorney Notes | work product and trial preparation materials | Yes – Contains attorney's notes and analysis of investigatory materials; comparison of witness statements<br>*Hickman*: sifting through evidence, assembling information, planning strategy |
| COE003447-3481 | none | N/A | W/P and T/P | Notes re: Witnesses | work product and trial preparation materials | Yes – This document contains analysis of the value of certain witnesses in the upcoming perjury trials of Brown and Jarmon.<br>*Hickman*: sifting through evidence, assembling information, planning strategy |

| COE003494-3497 | none | N/A | W/P and T/P | Notes re: Contacts Made | | No |
|---|---|---|---|---|---|---|
| COE003509-3510 | 8/12/91 | N/A | W/P and T/P | Handwritten Attorney Notes | notes re Lamar Scott interview and further tasks | Yes – Contains analysis of Lamar Scott's statement; determination of next steps<br>*Hickman*: assembling information, planning strategy |
| COE003738-3739 | none | N/A | W/P and T/P | Handwritten Attorney Notes | Notes regarding 1st statement given by Leonard Brown | Yes – Contains attorney evaluation and analysis of Leonard Brown's statement, including analysis of motive and credibility.<br>*Hickman*: assembling information, preparing legal theories |
| COE003740-3761 | none | N/A | W/P and T/P | Handwritten Attorney Notes | Summary of investigation materials and grand jury testimony; appears to have generated as part of the reinvestigation by or at the direction of David Herarty | No |
| COE004301-4302 | 3/2/18 | From: David Heraty<br>To: Michael Keane | W/P and A/C | Email | | Yes – Attorney analysis of facts<br>*Hickman*: sifting through evidence, assembling information |
| COE004303-4304 | 3/1/18 | From: David Heraty<br>To: Michael Keane | W/P and A/C | Email | | Yes – Attorney's legal research and analysis of procedural facts relevant to Plaintiff's CPL §440 motion.<br>*Hickman*: assembling information, preparing legal theories |
| COE004422-4423 | none | N/A | W/P and A/C | Handwritten Attorney Notes | chart of involved people | Yes – Attorney's matrix analysis of prior statements; matrix reflects attorney's determination of the most consequential components of witness statements.<br>*Hickman*: sifting through evidence, assembling information |

| COE004758-4774 | 9/11/18 | David Heraty, Sara Dee and Joe Riga | W/P and A/C | Internal Memo to DA 2018 Reinvestigation | | Yes, in part – The Attorney's account of the underlying facts and witnesses is core work product. The County Defendants acknowledge that the document contains non-core statements within the core document, which include (i) text that recounts statements of witnesses in the course of the 2018 reinvestigation, (ii) the authors' description of acts completed in the course of their reinvestigation. These portions of the document are highlighted at Appendix B, which is submitted for *in camera* review. |