# APPENDIX B
# TO COUNTY DEFENDANTS SUPPLEMENTAL BRIEF, DATED DECEMBER 2, 2022

# <u>CONFIDENTIAL</u>
# SUBMITTED FOR IN CAMERA REVIEW BY HON. JEREMIAH J. McCARTHY