

December 2, 2022
Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

Re:     Dixon v. City of Buffalo, et al.
        Case No. 19-cv-01678

Dear Judge McCarthy:

Pursuant to the Text Order issued November 22, 2022 (Doc. No. 110), enclosed please find a flash drive containing Appendix B to the County Defendants Supplemental Memorandum of Law in Opposition to Plaintiff's Motion to Compel and an electronic copy of the documents previously submitted for *in camera* review on November 9, 2022.

Thank you for your consideration.


Respectfully submitted,

LIPPES MATHIAS LLP

James P. Blenk

JPB/smk

Enclosure(s)

Cc (via CM/ECF):
        Peter Sahasrabudhe, Esq.
        Hugh Russ, Esq.
        Donald Thompson, Esq.
        Sona Shah, Esq.
        Jennifer C. Persico, Esq.
        Eric M. Soehnlein, Esq.

James P. Blenk  |  Partner  |  jblenk@lippes.com

50 Fountain Plaza, Suite 1700, Buffalo, NY 14202    **Phone:** 716.853.5100    **Fax:** 716.853.5199    **lippes.com**

**New York:** Albany, Buffalo, Long Island, New York City, Rochester   //   **Florida:** Jacksonville   //   **Illinois:** Chicago
**Ontario:** Greater Toronto Area   //   **Texas:** San Antonio   //   **Washington, D.C.**