UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>      Plaintiff,<br><br>    v.<br><br>CITY OF BUFFALO et al.,<br><br>      Defendants. | No. 19-cv-01678 (WMS) (JJM) |

**NOTICE OF MOTION TO STAY CONTEMPT PROCEEDINGS
AGAINST AARON JACKSON**

PLEASE TAKE NOTICE that the undersigned hereby moves this Court to stay the proceedings in connection with Plaintiff's motion for findings of contempt against Aaron Jackson (Dkt. No. 92). Mr. Jackson has agreed to appear for a deposition, on a date to be agreed upon, and answer the questions asked by all attorneys present. Accordingly, Plaintiff respectfully requests that the Court stay the pending contempt proceedings against Mr. Jackson. Plaintiff will either inform the Court that he has taken Mr. Jackson's deposition and that therefore his motion has become moot, or request that the motion for a finding of contempt be put back on the calendar, as soon as possible.

As the Court is aware, the hearing on Plaintiff's motion for a finding of contempt against Mr. John Sullivan is scheduled for the same day as Mr. Jackson's hearing, December 21, 2022. Plaintiff has made multiple attempts to locate and serve Mr. Sullivan ahead of the Court's December 7 deadline (Dkt. No. 107), but has not yet been able to do so. It is Plaintiff's understanding from his investigator that Mr. Sullivan lacks stable housing and has not been seen in the usual places he frequents since historic snowfall the weekend of November 19. Plaintiff is continuing his efforts to locate him. However, if Plaintiff cannot serve him with enough time before the hearing, the Court may wish to reschedule the hearing.

1

In the event the hearing proceeds on December 21, 2022, Mr. Brustin remains available by Zoom. However, he respectfully submits his attendance may no longer be necessary because his appearance was primarily to address any questions about his personal knowledge of interactions with Mr. Jackson. Co-counsel for Plaintiff, Donald M. Thompson, will be present in person and will be prepared to argue and address the issues addressed in Plaintiff's motion regarding Mr. Sullivan.

DATED: December 6, 2022

Respectfully submitted,

  /s/   Nick Joel Brustin
Nick Joel Brustin
Mary Katherine McCarthy
Anna Benvenutti Hoffmann
Mary Katherine McCarthy
Sona R. Shah
Gerardo Romo
NEUFELD SCHECK & BRUSTIN LLP
99 Hudson Street, Eighth Floor
New York, NY 10013
T: (212) 965-9081

Donald M. Thompson
EASTON THOMPSON KASPEREK
SHIFFRIN LLP
The Powers Building
16 West Main Street, Suite 243
Rochester, New York 14614
T: (585) 423-8290

*Counsel for Plaintiff Valentino Dixon*