**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

---

VALENTINO DIXON,

      Plaintiff,

      v.

CITY OF BUFFALO, *et al.*,

      Defendants.

Civil Action No. 19-cv-01678

---

**DECLARATION OF GERARDO ROMO**

I**, GERARDO ROMO,** an attorney duly admitted to practice law in New York and admitted in this action *pro hac vice*, affirm under penalty of perjury that the following is true and correct:

1.      I am an attorney with the law firm of Neufeld Scheck & Brustin, LLP.

2.      On December 7, 2022, my law firm served Aaron Jackson with a copy of Plaintiff's Motion to Stay Contempt Proceedings (Dkt. No. 117) with a Certificate of Service via USPS Priority Express Mail with Tracking at 19 Thatcher Avenue, Buffalo, New York 14214. A true and correct copy of the Certificate of Service and USPS Mailing Receipt is attached hereto as "Exhibit A."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 7, 2022

   New York, New York

NEUFELD SCHECK & BRUSTIN LLP

/s/ Gerardo Romo
Gerardo Romo

1