# Exhibit A

# Certificate of Service and USPS Mail Receipt

## <u>CERTIFICATE OF SERVICE</u>

       I, Moises Soto-Brito, hereby certify that on December 7, 2022, I served via USPS Flat Rate Express Mail a copy of the Motion to Stay Contempt Proceedings Against Aaron Jackson (Doc. No. 117) in the case of *Dixon v. City of Buffalo et al., Case No. 1:19-cv-01678* on Aaron Jackson at 19 Thatcher Avenue, Buffalo, New York 14215.


       /s/ Moises Soto-Brito_____
       Moises Soto-Brito
       Neufeld Scheck & Brustin, LLP
       99 Hudson St. 8th Floor
       New York, NY 10013
       Phone: 212-965-9081
       Fax: 212-965-9084
       *Paralegal*

**USPS TRACKING #**

9470 1036 9930 0069 2195 23

AARON JACKSON
19 THATCHER AVE
BUFFALO NY 14215-2233

SCHEDULED DELIVERY 6:00 PM

WAIVER OF SIGNATURE

ADMIN ASSISTANT
NEUFELD SCHECK & BRUSTIN LLP
99 HUDSON ST # 8
NEW YORK NY 10013-2815

**UNITED STATES POSTAL SERVICE®**

**Click-N-Ship®**

**E**

**PRIORITY MAIL EXPRESS 1-DAY®**

usps.com
$27.90
US POSTAGE
Flat Rate Env

9470 1036 9930 0069 2195 23 0279 0000 0031 4215

12/07/2022    Mailed from 10013    9867742371 25658

**U.S. POSTAGE PAID**
Click-N-Ship®

Scheduled Delivery Date: 12/08/22    Reff#: 5570

**C016**

**0007**

---

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Use Priority Mail Express packaging or stickers**. Securely affix label to mail piece. Do not tape over barcode. Service guarantees begin with the acceptance processing of this item when brought to a USPS retail location, or when the item returns to the Post Office after being collected during delivery/collection or from a Priority Mail Express Collection box. This Online Record must be presented to Postal personnel if applying for a service related refund. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL EXPRESS™**    ***Click-N-Ship® Label Record***    *DO NOT MAIL*

| PO ZIP Code 10013 | ☒ 1-Day ☐ 2-Day | **6:00 PM** | Flat Rate ☒ |
| Weight lbs        ozs | Address to PO Box ☐ | | Postage $27.90 |
| No Delivery ☐ Saturday  ☒ Sunday/Holiday | Contents Value | | COD Fee | Ins. Fee $0.00 |
| | | | Total Postage & Fees $27.90 | |

9470 1036 9930 0069 2195 23

**Signature Service:**

Ship Date:                                    12/07/2022
Scheduled Delivery Date:   12/08/2022

---

**LABEL INFORMATION**

| FROM: | TO:                    Ref#: 5570 |
| ADMIN ASSISTANT
NEUFELD SCHECK & BRUSTIN LLP
99 HUDSON ST # 8
NEW YORK NY 10013-2815 | AARON JACKSON
19 THATCHER AVE
BUFFALO NY 14215-2233 |

Label Feb 2014    FOR PICKUP OR TRACKING GO TO USPS.COM    usps.com

**USPS Employee:** For service failure refunds, follow standard refund procedures.