UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BUFFALO et al., <br><br> Defendants. | No. 19-cv-01678 (WMS) (JJM) |

**NOTICE OF MOTION TO RESET DATE FOR THE HEARING ON PLAINTIFF'S MOTION FOR FINDING OF CONTEMPT**

PLEASE TAKE NOTICE that upon this motion and the attached Declaration of Tony Olivo, the undersigned moves this Court for an Order resetting the date for the hearing on Plaintiff's motion for civil contempt. On November 16, 2022, the Court set a hearing on Plaintiff's Motion for civil contempt (Dkt. No. 101) for December 21, 2022 and ordered Plaintiff to serve Mr. John Sullivan by December 7, 2022. *See* Dkt. No. 107.

Since then, Plaintiff's investigator has attempted to locate John Sullivan nine times, but has not been able to locate Mr. Sullivan and no one has seen him since the snowstorm on November 18. *See* Olivo Declaration ¶¶ 3–4. In order to complete service with enough time to give notice for the hearing, and to account for further any unforeseeable circumstances, Plaintiff hereby respectfully requests that the Court reset the hearing date to a time amenable to it in January and re-set the service date to permit Plaintiff time to serve Mr. Sullivan before the hearing.

DATED: December 7, 2022

        Respectfully submitted,
        /s/ Gerardo Romo
        Nick Joel Brustin
        Mary Katherine McCarthy
        Anna Benvenutti Hoffmann

Mary Katherine McCarthy
Sona R. Shah
Gerardo Romo
NEUFELD SCHECK & BRUSTIN LLP
99 Hudson Street, Eighth Floor
New York, NY 10013
T: (212) 965-9081

Donald M. Thompson
EASTON THOMPSON KASPEREK
SHIFFRIN LLP
The Powers Building
16 West Main Street, Suite 243
Rochester, New York 14614
T: (585) 423-8290

*Counsel for Plaintiff Valentino Dixon*