## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

VALENTINO DIXON,

    Plaintiff,

    v.

CITY OF BUFFALO, *et al.*,

    Defendants.

Civil Action No. 19-cv-01678

**DECLARATION OF TONY OLIVO**

### DECLARATION OF TONY OLIVO

I, **J.A. "TONY" OLIVO**, hereby swear and state as follows:

1. I am the Director of Investigative Services at Corporate Screening and Investigative Group LLC.

2. On November 16, 2022, I received a copy of the text order issued by Honorable William J. Skretny (Dkt. No. 107) provided by Gerardo Romo, counsel for Plaintiff Valentino Dixon.

3. On November 28, 29, 30 and December 1, 2, 3, 4, 5, 6, I attempted to locate John Sullivan to personally serve him with . However, I was unable to locate him.

4. On the aforementioned dates outlined in items 3, I interviewed individuals at all known locations John Sullivan is believed to frequent as well as neighbors at his last known residence. No one has seen Mr. Sullivan since the snowstorm on November 18.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2022
Orchard Park, New York

1

J.A. "Tony" Olivo, LPI,
CPCI Director of Investigative Services
Board Certified Professional Criminal Investigator
NY License Number: 11000061205
Corporate Screening and Investigative Group LLC
716-583-4628