UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>   Plaintiff,<br><br> v.<br><br>CITY OF BUFFALO, *et al.*,<br><br>   Defendants. | Civil Action No. 19-cv-01678 |

### DECLARATION OF SONA R. SHAH

 **I, SONA R. SHAH,** an attorney duly admitted to practice law in New York and admitted *pro hac vice* in this case, affirm under penalty of perjury that the following is true and correct:

 1. I am an attorney with the law firm of Neufeld Scheck & Brustin, LLP.

 2. My firm provided a process server with the Court's Text Order dated December 8, 2022 (Docket No. 120) (the "Order") on December 8, 2022 in order to personally serve Aaron Jackson with the Order.

 3. The process server made three separate attempts to serve Mr. Jackson at his home, but each time, Mr. Jackson refused to answer the door. *See* Exhibit A, Affidavit of Non-Service by Michael Hadden, dated December 20, 2022.

 4. Upon learning of Mr. Jackson's evasion of service, I contacted Hugh M. Russ III, of Hodgson Russ LLP, who has previously communicated with Mr. Jackson and agreed to facilitate scheduling Mr. Jackson's deposition in connection with the stay of the pending contempt proceedings. *See* Docket Nos. 105, 117.

1

2

5. Mr. Russ informed me that: (1) he had sent Mr. Jackson the Order; (2) Mr. Jackson is in receipt of the Order; (3) Mr. Jackson has discussed the Order with Mr. Russ, and Mr. Jackson continues to agree to appear for a deposition.

6. Plaintiff will continue to attempt to personally serve Mr. Jackson with the Order. However, Plaintiff believes Mr. Jackson has received sufficient notice of the Order, pursuant to Mr. Russ's representations, made as an officer of the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 20, 2022
      New York, New York

NEUFELD SCHECK & BRUSTIN LLP

/s/ Sona R. Shah
Sona R. Shah