Exhibit A

Affidavit of Non-Service by Michael Hadden, dated December 20, 2022

## AFFIDAVIT OF NON SERVICE (Due Diligence)

| Case:<br>19-CV-01678 | Court:<br>UNITED STATES DISTRICT COURT | County:<br>Western District of New York | Job:<br>8053624 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>VALENTINO DIXON | | Defendant / Respondent:<br>CITY OF BUFFALO, et al | |
| Received by:<br>Premier Process Service of WNY, Inc | | For:<br>Neufeld Scheck & Brustin, LLP | |
| To be served upon:<br>Aaron Jackson | | | |

I, Michael Hadden, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Aaron Jackson, 19 Thatcher Ave, Buffalo, NY 14215
**Manner of Service:** Non-Serve - Unable to Personally Serve Witness
**Documents:** Text order Dated December 8, 2022

**Additional Comments:**
December 9, 2022 - 5:30pm. - No Answer at door
December 14, 2022 - 6:10pm - No Answer at door - Gray/Silver Chevy Truck in Driveway, believed to be witness vehicle
December 15, 2022 - 6:35pm - No Answer at door - Gray/Silver Chevy truck in Driveway, believed to be witness vehicle

Process Server attempted early evening hours as Mr. Jackson stated on previous communication that he works during the daytime.

_____  12-20-2022
Michael Hadden- Process Server   Date

Premier Process Service of WNY, Inc
PO Box 982
Grand Island, NY 14072
716-598-5860

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
                            Dec. 20 2022
_____
Date        Commission Expires

ALBERT J. LIBERATORE
Notary Public, State of New York
Qualified in Erie County
Commission Expires 10/15/20 25