**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

VALENTINO DIXON,

Plaintiff,

v.

CITY OF BUFFALO, *et al.*,

Defendants.

Civil Action No. 19-cv-01678

**DECLARATION OF SONA R. SHAH**
**REGARDING DEPOSITION OF AARON JACKSON**

I, **SONA R. SHAH,** an attorney duly admitted to practice law in New York and admitted *pro hac vice* in this case, affirm under penalty of perjury that the following is true and correct:

1. I am an attorney with the law firm of Neufeld Scheck & Brustin, LLP ("NSB").

2. NSB has worked with Hugh M. Russ III, of Hodgson Russ LLP, to coordinate a date for the deposition of Aaron Jackson. Mr. Russ has confirmed Mr. Jackson's availability for a deposition on January 12, 2023, to take place at the office of Hodgson Russ. The deposition notice is attached as Exhibit A.

3. Plaintiff has served the deposition notice on Mr. Jackson via United States Postal Service Priority Express Mail, and has also asked Mr. Russ to forward the deposition notice to Mr. Jackson.

4. Plaintiff will update the Court, after January 12, 2023, regarding whether the deposition took place, and whether Plaintiff withdraws his motion for a finding of contempt against Mr. Jackson (Docket No. 92). That motion is currently stayed (Docket No. 120).[1]

[1] As Plaintiff previously explained (*see* Docket No. 122), although Mr. Jackson evaded service of the Text Order (Docket No. 120), Mr. Russ confirmed that Mr. Jackson had received

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 5, 2023
New York, New York

NEUFELD SCHECK & BRUSTIN, LLP

/s/ Sona R. Shah
Sona R. Shah

---

it. Plaintiff's process server continued to attempt in-person service, but suspended those attempts due to the recent snowstorm. Given the current posture of the case, unless the Court directs otherwise, Plaintiff will serve the Text Order together with this Notice, via USPS Express Mail, and forego any further in-person service attempts.