# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>    Plaintiff<br><br>v.<br><br>CITY OF BUFFALO et al.,<br><br>    Defendants. | Civil Action No. 19-cv-01678 |

**THIRD NOTICE OF DEPOSITION FOR AARON JACKSON**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Valentino Dixon, by and through his counsel, NEUFELD SCHECK & BRUSTIN, LLP and EASTON THOMPSON KASPEREK SHIFFRIN, LLP, will take the deposition upon oral examination of Aaron Jackson commencing on January 12, 2023, at 10:00 a.m., and continuing thereafter until completed. The deposition will take place at The Guaranty Building, 140 Pearl Street, Suite 100, Buffalo, NY 14202. Such examination shall be under oath, administered by and appearing before a Notary Public or some other officer authorized by law to administer oaths, who shall then take and record the deposition stenographically.

Dated: January 5, 2023

                                                  PLAINTIFF VALENTINO DIXON

                                                  /s/ Nick Joel Brustin
                                                  Mary Katherine McCarthy
                                                  Nick Joel Brustin
                                                  Anna Benvenutti Hoffmann
                                                  Mary Katherine McCarthy
                                                  Sona R. Shah
                                                  Gerardo Romo

NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, Eighth Floor
New York, NY 10013
T: (212) 965-9081

Donald M. Thompson
EASTON THOMPSON KASPEREK
SHIFFRIN LLP
The Powers Building
16 West Main Street, Suite 243
Rochester, New York 14614
T: (585) 423-8290

## **CERTIFICATE OF SERVICE**

I, Moises Soto-Brito, hereby certify that a true and accurate copy of the foregoing Notice of Deposition for Aaron Jackson was served on January 5, 2023 via (i) electronic mail on all counsel of record and (ii) USPS Priority Express Mail with Tracking:

Aaron Jackson
19 Thatcher Avenue
Buffalo, NY 14215

/s/ Moises Soto-Brito
Moises Soto-Brito