## **CERTIFICATE OF SERVICE**

      I, Moises Soto-Brito, hereby certify that on January 5, 2023, I caused to be served a copy of the Declaration of Sona R. Shah Regarding Deposition of Aaron Jackson with Exhibit A, via: (i) ECF on all counsel of record; and (ii) via USPS Express Priority Mail with Tracking, on:

Aaron Jackson
19 Thatcher Avenue
Buffalo, New York 14215

      /s/ Moises Soto-Brito
      Moises Soto-Brito