UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BUFFALO et al.,<br><br>    Defendants. | No. 19-cv-01678 (WMS) (JJM) |

**NOTICE OF MOTION TO RESET DATE FOR THE HEARING ON PLAINTIFF'S MOTION FOR FINDING OF CONTEMPT**

PLEASE TAKE NOTICE that upon this motion and the attached Declaration of Tony Olivo, the undersigned moves this Court for an Order resetting the date for the hearing on Plaintiff's motion for civil contempt. On December 12, 2022, the Court set a hearing on Plaintiff's Motion for civil contempt (Dkt. No. 121) for February 1, 2023 and ordered Plaintiff to serve Mr. John Sullivan by January 11, 2023. *See* Dkt. No. 121.

Since then, Plaintiff's investigator has attempted to locate John Sullivan five times, but has not been able to locate Mr. Sullivan and no one has seen him since the historic snowstorms in mid and late December 2022. *See* Olivo Declaration ¶¶ 3–4. Plaintiff hereby respectfully requests that the Court extend the service date by two weeks to January 25, 2023. Accordingly, in order to complete service with enough time to give notice for the hearing, Plaintiff respectfully requests the Court reset the hearing date, and all related deadlines, to a time amenable to the Court.

DATED: January 10, 2023

                              Respectfully submitted,
                               /s/ Sona R. Shah
                              Nick Joel Brustin
                              Mary Katherine McCarthy
                              Anna Benvenutti Hoffmann

1

Mary Katherine McCarthy
Sona R. Shah
Gerardo Romo
NEUFELD SCHECK & BRUSTIN LLP
99 Hudson Street, Eighth Floor
New York, NY 10013
T: (212) 965-9081

Donald M. Thompson
EASTON THOMPSON KASPEREK
SHIFFRIN LLP
The Powers Building
16 West Main Street, Suite 243
Rochester, New York 14614
T: (585) 423-8290

*Counsel for Plaintiff Valentino Dixon*