UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

VALENTINO DIXON,

    Plaintiff,

v.

CITY OF BUFFALO, *et al.*,

    Defendants.

Civil Action No. 19-cv-01678

## DECLARATION OF TONY OLIVO

I, **J.A. "TONY" OLIVO**, hereby swear and state as follows:

1. I am the Director of Investigative Services at Corporate Screening and Investigative Group LLC.

2. On December 12, 2022, I received a copy of the text order issued by Honorable William J. Skretny (Dkt. No. 121) provided by Neufeld Scheck & Brustin, LLP, counsel for Plaintiff Valentino Dixon.

3. On December 13, 14, 17, 2022 and January 4, 6, 2023, I attempted to locate John Sullivan to personally serve him with a copy of the text order issued by Honorable William J. Skretny (Dkt, No 121). However, I was unable to locate him.

4. On the aforementioned dates outlined in items 3, I interviewed individuals at all known locations John Sullivan is believed to frequent as well as neighbors at his last known residence. No one has seen Mr. Sullivan at least two weeks prior to the historic snowstorms in mid and late December 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2023
Orchard Park, New York

J.A. "Tony" Olivo, LPI,
CPCI Director of Investigative Services
Board Certified Professional Criminal Investigator
NY License Number: 11000061205
Corporate Screening and Investigative Group LLC
716-583-4628