UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BUFFALO, *et al.*,<br><br>    Defendants. | Civil Action No. 19-cv-01678 |

**DECLARATION OF SONA R. SHAH**

I**, SONA R. SHAH,** an attorney duly admitted to practice law in New York and admitted *pro hac vice* in this case, affirm under penalty of perjury that the following is true and correct:

1. I am an attorney with the law firm of Neufeld Scheck & Brustin, LLP ("NSB").

2. On January 5, 2022, my office caused to be served a copy of Honorable Judge Skretny's order dated December 8, 2022 (Doc. No 120) upon Aaron Jackson via USPS Priority Express mail. A copy of the USPS tracking and certificate of service is attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 10, 2023
New York, New York

NEUFELD SCHECK & BRUSTIN, LLP

/s/ Sona R. Shah
Sona R. Shah

1