# Exhibit A
# USPS Tracking and Certificate of Service

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9470103699300069747750

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 12:21 pm on January 6, 2023 in BUFFALO, NY 14215.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, In/At Mailbox**
BUFFALO, NY 14215
January 6, 2023, 12:21 pm

**Out for Delivery**
BUFFALO, NY 14215
January 6, 2023, 10:00 am

**Arrived at Post Office**
BUFFALO, NY 14215
January 6, 2023, 9:49 am

**Arrived at USPS Regional Destination Facility**
BUFFALO NY DISTRIBUTION CENTER
January 6, 2023, 8:13 am

**Departed USPS Regional Origin Facility**
NEW YORK NY DISTRIBUTION CENTER
January 5, 2023, 8:00 pm

Feedback

**Arrived at USPS Regional Origin Facility**
NEW YORK NY DISTRIBUTION CENTER
January 5, 2023, 7:27 pm

**Accepted at USPS Origin Facility**
NEW YORK, NY 10013
January 5, 2023, 6:12 pm

Hide Tracking History

Text & Email Updates

Proof of Delivery

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

Feedback

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

## **CERTIFICATE OF SERVICE**

      I, Moises Soto-Brito, hereby certify that on January 5, 2023, I caused to be served a copy of the Court's Order dated December 8, 2022 (Doc. No. 120), via USPS Express Priority Mail with Tracking, on:

Aaron Jackson
19 Thatcher Avenue
Buffalo, New York 14215

      /s/ Moises Soto-Brito
      Moises Soto-Brito