UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF BUFFALO, *et al.*,<br><br>  Defendants. | Civil Action No. 19-cv-01678 |

**NOTICE OF COMPLETED DEPOSITION OF AARON JACKSON**

In accordance with the Plaintiff's Motion to Stay the Contempt Proceedings Against Aaron Jackson (Doc. No. 117) and the Court's Text Order granting the motion (Doc. No. 120), Plaintiff confirms that non-party Aaron Jackson's deposition took place on January 12, 2023. Plaintiff hereby respectfully withdraws his Motion for Finding of Contempt (Doc. No. 92).

Dated: January 13, 2023

 New York, New York

                Respectfully submitted,

                /s/ Sona R. Shah
                Sona R. Shah
                Nick Joel Brustin
                Mary Katherine McCarthy
                Anna Benvenutti Hoffmann
                Mary Katherine McCarthy
                Gerardo Romo
                NEUFELD SCHECK & BRUSTIN LLP
                99 Hudson Street, Eighth Floor
                New York, NY 10013
                T: (212) 965-9081

                Donald M. Thompson

EASTON THOMPSON KASPEREK
SHIFFRIN LLP
The Powers Building
16 West Main Street, Suite 243
Rochester, New York 14614
T: (585) 423-8290

*Counsel for Plaintiff Valentino Dixon*