## **CERTIFICATE OF SERVICE**

      I, Moises Soto-Brito, hereby certify that on January 13, 2023, I caused to be served a copy of the Plaintiff's Notice of Completed Deposition of Aaron Jackson, via (1) ECF on all counsel of record and (2) USPS Express Priority Mail with Tracking, on:

Aaron Jackson
19 Thatcher Avenue
Buffalo, New York 14215

                                                                    /s/ Moises Soto-Brito
                                                                 Moises Soto-Brito