

Neufeld Scheck & Brustin, LLP

Tel: [212] 965-9081
Fax: [212] 965-9084

99 Hudson Street, 8th Floor
New York, New York 10013

nsbcivilrights.com

February 9, 2023

**Via ECF**
Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

Re: *Dixon v. City of Buffalo et al*, Case No. 19-cv-01678 (WMS) (JJM)

Dear Judge McCarthy:

    Counsel for Plaintiff Valentino Dixon respectfully submits this request for a two-week extension of the deadline set forth in the Court's Decision and Order dated January 19, 2023 (Docket No. 128). The Decision and Order provides that a motion to compel based on Defendant County of Erie's redactions is due on February 10, 2023. The County does not oppose Plaintiff's request to extend the deadline until February 24, 2023. This is the first request for an extension to this deadline.

    Plaintiff and the County will be conferring on February 10th regarding the redactions to the documents that Defendants provided on January 31, 2023. The parties believe that this discussion will be productive in resolving outstanding issues related to the redactions, and hope to avoid further motion practice on this issue.

    We thank the Court for its continued attention to the matter.

                                                   Respectfully submitted,

                                                   /s/ Sona R. Shah_____
                                                   Sona R. Shah

                                                  *Counsel for Plaintiff*

cc: All Counsel (via ECF)