

Neufeld Scheck & Brustin, LLP

Tel: [212] 965-9081
Fax: [212] 965-9084

99 Hudson Street, 8th Floor
New York, New York 10013
nsbcivilrights.com

February 24, 2023

**Via ECF**
Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

Re: *Dixon v. City of Buffalo et al*, Case No. 19-cv-01678 (WMS) (JJM)

Dear Judge McCarthy:

      We write to update the Court regarding Defendant County of Erie's production of redacted documents pursuant to the Court's Decision and Order, dated January 19, 2023 (Docket No. 128). The parties are in the process of negotiating the terms of a protective order that will allow the County to un-redact information related to "Witness X", who cooperated in the reinvestigation based on the County's assurance of confidentiality. (*See* Docket 128 at 10). With the exception of this matter, Plaintiff believes there are no outstanding issues related to the production of redacted documents pursuant to the Court's Decision and does not see a need for any further motion practice in connection with those documents.

      Respectfully submitted,

      /s/ Sona R. Shah_____
      Sona R. Shah

      *Counsel for Plaintiff*

cc: All Counsel (via ECF)