UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>      Plaintiff<br><br>    v.<br><br>CITY OF BUFFALO et al.,<br><br>      Defendants. | Civil Action No. 19-cv-01678 |

### NOTICE OF ATTORNEY WITHDRAWAL

Pursuant to Local Rule 83.2(c)(3), Plaintiff hereby provides notice that Sona R. Shah is no longer affiliated with Neufeld Scheck & Brustin, LLP and should be removed from the docket as counsel of record for Valentino Dixon. Mr. Dixon continues to be represented in these actions by Nick J. Brustin, Anna Benvenutti Hoffmann, Mary Katherine McCarthy, and Gerardo Romo of Neufeld, Scheck & Brustin, LLP, and Donald M. Thompson of Easton Thompson Kasperek Shiffrin LLP, who previously entered their appearance.

Dated: March 21, 2023

/s/ Nick Joel Brustin
Nick Joel Brustin
Mary Katherine McCarthy
Anna Benvenutti Hoffmann
Mary Katherine McCarthy
Gerardo Romo
NEUFELD SCHECK & BRUSTIN LLP
99 Hudson Street, Eighth Floor
New York, NY 10013
T: (212) 965-9081

Donald M. Thompson
EASTON THOMPSON KASPEREK
SHIFFRIN LLP

1

The Powers Building
16 West Main Street, Suite 243
Rochester, New York 14614
T: (585) 423-8290

*Counsel for Plaintiff Valentino Dixon*

## CERTIFICATE OF SERVICE

I, Nick J. Brustin, hereby certify that on March 21, 2023, I filed the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE using the CM/ECF system which effects service on all counsel of record.

/s/ Nick J. Brustin
Nick J. Brustin
NEUFELD SCHECK & BRUSTIN, LLP
New York, NY 10013
Phone: 212-965-9081
Fax: 212-965-9084
*Counsel for Plaintiff Valentino Dixon*