UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BUFFALO, et al.,<br><br>    Defendants. | No. 19-cv-01678 (WMS) (JJM) |

**NOTICE WITHDRAWING PLAINTIFF'S
MOTION FOR FINDING OF CONTEMPT**

PLEASE TAKE NOTICE that Plaintiff respectfully withdraws his motion for civil contempt (Dkt. No. 101).

On January 11, 2023, the Court set a hearing on Plaintiff's Motion for civil contempt for May 10, 2023 and ordered Plaintiff to serve Mr. John Sullivan by April 12, 2023. *See* Dkt. No. 126. Since then, Plaintiff's investigator has been unsuccessful in his attempts to locate John Sullivan to serve him. To counsel's knowledge, no reliable source reports seeing Mr. Sullivan since the historic snowstorms in mid and late December 2022. Accordingly, Plaintiff respectfully withdraws his motion for civil contempt and requests that he have the opportunity to renew the motion in the event Mr. Sullivan is eventually located.

DATED: April 12, 2023

                                                      Respectfully submitted,
                                                       /s/ Gerardo Romo
                                                     Nick Joel Brustin
                                                     Mary Katherine McCarthy
                                                     Anna Benvenutti Hoffmann
                                                     Mary Katherine McCarthy
                                                     Gerardo Romo
                                                     NEUFELD SCHECK & BRUSTIN LLP
                                                     99 Hudson Street, Eighth Floor

New York, NY 10013
T: (212) 965-9081

Donald M. Thompson
EASTON THOMPSON KASPEREK
SHIFFRIN LLP
The Powers Building
16 West Main Street, Suite 243
Rochester, New York 14614
T: (585) 423-8290

*Counsel for Plaintiff Valentino Dixon*