Neufeld Scheck & Brustin, LLP

Tel: [212] 965-9081  
Fax: [212] 965-9084

99 Hudson Street, 8th Floor  
New York, New York 10013  
nsbcivilrights.com

May 19, 2023

**Via ECF**
Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

Re: *Dixon v. City of Buffalo et al*, Case No. 19-cv-01678 (WMS) (JJM)

Dear Judge McCarthy:

      Counsel for Plaintiff Valentino Dixon submits the following letter requesting permission to take the deposition of non-party witness Michael Bland outside the fact discovery deadline, which is set to close on June 1, 2023. *See* ECF No. 135. Counsel for the City of Buffalo and individual defendant officers do not oppose the request. Counsel for the County of Erie and Christopher Belling do not oppose the request but requested that fact discovery be extended generally for 30 or 60 days. Plaintiff does not agree that discovery should be open generally and only seeks permission to take Mr. Bland's deposition outside the current fact discovery deadline.

      Mr. Bland was served with a Rule 45 subpoena on April 26, 2023, for a deposition scheduled for May 8, 2023. Mr. Bland refused to attend the deposition. Plaintiff's counsel has drafted a motion to compel Mr. Bland's testimony and will file it with the Court once Mr. Bland is served with the motion. There have been two attempts to serve him with the motion and there will be another attempt today. In an abundance of caution and given the approaching deadline, Plaintiff files this letter in advance of the motion to compel. As explained in more detail in the motion to compel, Plaintiff did not know Mr. Bland was a critical witness until late in discovery, which is why he was served a subpoena in late April.

      Given the delays in Plaintiff's ability to take Mr. Bland's deposition, it is unlikely that Plaintiff will be able to take his deposition before the end of fact discovery on June 1, 2023. Fact discovery is otherwise complete. As such, Plaintiff only seeks permission to take Mr. Bland's deposition outside the fact discovery deadline and submits that there is no reason to extend discovery.

      Plaintiff thanks the Court for its attention to the matter.

Respectfully submitted,

/s/ Nick Brustin_____
Nick Brustin

*Counsel for Plaintiff*

cc: All Counsel (via ECF)