UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

VALENTINO DIXON,

                                  Plaintiff(s),

***MEDIATION CERTIFICATION***

    19 - cv - 1678

                            v.

CITY OF BUFFALO, et al.,

                                  Defendant(s).

_____

I hereby certify that:

[✔] The mediation session scheduled for __5/31/23__ has been adjourned to __9/18/23__.

[ ] Case settled prior to the first mediation session.

[ ] Mediation session was held on _____.

    [ ] *Case has settled.* (Comment if necessary).

    [ ] *Case has settled in part.* (Comment below). Mediation will continue on_____.

    [ ] *Case has settled in part.* (Comment below). Mediation is complete.

    [ ] *Case has not settled.* Mediation will continue on _____.

    [ ] *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* 06/02/2023                 *Mediator:* /S/ Michael Menard

**Additional Comments:**
_____
_____
_____