UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BUFFALO et al.,<br><br>　　　　Defendants. | No. 19-cv-01678 (WMS) (JJM)<br><br>**NOTICE OF MOTION TO FILE PLAINTIFF'S MOTION TO COMPEL APPEARANCE AT DEPOSITION PURSUANT TO RULE 45 UNDER SEAL** |

**NOTICE OF MOTION TO FILE PLAINTIFF'S MOTION TO COMPEL APPEARANCE AT DEPOSITION PURSUANT TO RULE 45 UNDER SEAL**

　　PLEASE TAKE NOTICE that the undersigned moves this Court for an Order sealing Plaintiff's Motion to Compel Appearance at a Deposition and its accompanying exhibits.

DATED: June 28, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/  Nick J. Brustin__
　　　　　　　　　　　　　　　　　　　　Nick J. Brustin
　　　　　　　　　　　　　　　　　　　　Neufeld Scheck & Brustin, LLP
　　　　　　　　　　　　　　　　　　　　99 Hudson St. 8th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10013
　　　　　　　　　　　　　　　　　　　　Phone: 212-965-9081
　　　　　　　　　　　　　　　　　　　　Fax: 212-965-9084

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Valentino Dixon*