UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BUFFALO et al.,<br><br>　　　　Defendants. | No. 19-cv-01678 (WMS) (JJM)<br><br>**MOTION TO FILE PLAINTIFF'S MOTION TO COMPEL APPEARANCE AT DEPOSITION PURSUANT TO RULE 45 UNDER SEAL** |

### MOTION TO FILE PLAINTIFF'S MOTION TO COMPEL APPEARANCE AT DEPOSITION PURSUANT TO RULE 45 UNDER SEAL

Plaintiff respectfully moves for an order sealing his Motion to Compel and accompanying exhibits.

Plaintiff's Motion's to Compel references information regarding Witness X from the Erie County District Attorney's Office 2018 Reinvestigation Memo, which is protected under the parties' Stipulated Supplemental Confidentiality Agreement (ECF No. 136) so ordered on March 10, 2023. ECF No. 137. Under the Confidentiality Agreement:

> Each party receiving Witness X information will take steps to ensure that disclosure is strictly limited to persons so authorized in ¶ 2 of this Order and is maintained in a manner that prevents its use for purposes not authorized in this Order. All Witness X information, regardless of where it is contained, shall be kept in such a manner sufficient to protect its confidential nature and shall, at all times, be maintained in the utmost confidentiality.

ECF No. 136 ¶ 3.[1]

---

[1] Paragraph 2 provides that: "Witness X information shall be reviewed only by the attorneys in this litigation, as well as their supervisors, secretaries, experts, investigators, paralegals, interns, and staff." *Id.* ¶ 2.

1

Regarding the filing of documents that include references to Witness X, the Confidentiality Agreement further provides that "any party may file a motion for leave to file under seal any submission which contains Witness X information consistent with the local rules and the Federal Rules of Civil Procedure." ECF No. 136 ¶ 5.

In accordance with the Confidentiality Agreement, Plaintiff submits this motion to file these documents under seal.

DATED: June 28, 2023

                                                Respectfully submitted,

                                                /s/ Nick J. Brustin
                                                Nick J. Brustin
                                                Neufeld Scheck & Brustin, LLP
                                                99 Hudson St. 8th Floor
                                                New York, NY 10013
                                                Phone: 212-965-9081
                                                Fax: 212-965-9084

                                                *Counsel for Plaintiff Valentino Dixon*