UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BUFFALO et al.,<br><br>    Defendants. | No. 19-cv-01678 (WMS) (JJM)<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER**

**AND NOW**, this _____ day of _____, 2023, upon consideration of Plaintiff's Motion to Seal his Motion to Compel Appearance at Deposition and accompanying Exhibits under seal, it is **HEREBY ORDERED** that the Motion is **GRANTED.** Plaintiff's Motion to Compel and accompanying Exhibits are hereby **SEALED**.

BY THE COURT:

_____

1