## **CERTIFICATE OF SERVICE**

      I, Gerardo Romo, hereby certify that on June 29, 2023, I caused to be served a copy of the Plaintiff's Motion to Compel Appearance at Deposition Pursuant to Rule 45 (Dkt. No. 150) and the Court's Order at Dkt. No. 151, via (i) text message and (ii) USPS Express Priority Mail on Michael Bland to the following addresses:

371 Northland Avenue
Buffalo, New York 14208

44 Janet Street
Buffalo, New York 14215.

      I have also emailed Plaintiff's Motion to Compel Appearance at Deposition Pursuant to Rule 45 (Dkt. No. 150) and the Court's Order at Dkt. No. 151 to Mr. Mike D'Amico at mldamico@buffalodefenselaw.com.

       /s/ Gerardo Romo
      Gerardo Romo