**Neufeld Scheck & Brustin, LLP**

Tel: [212] 965-9081
Fax: [212] 965-9084

99 Hudson Street, 8th Floor
New York, New York 10013
nsbcivilrights.com

September 14, 2023

**Via ECF**
Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

Re: *Dixon v. City of Buffalo et al*, Case No. 19-cv-01678 (WMS) (JJM)

Dear Judge McCarthy:

      Counsel for Plaintiff Valentino Dixon writes to the Court on behalf of all parties. The parties have conferred and have agreed on the following:

1. Expert depositions shall take place after dispositive motions are decided, with the exception of Plaintiff's expert Dr. Jennifer Dysart; and

2. Dispositive motions shall be filed by December 15, 2023, oppositions shall be filed by February 15, 2023, and any reply shall be filed by March 15, 2023.

      Plaintiff plans to move forward with Witness X's deposition on October 16, 2023, in Your Honor's courtroom. The parties agree that the ongoing deposition of Witness X should not delay this schedule. Accordingly, the parties respectfully request that the Court amend the Case Management Order to reflect the above and submit that a court conference is no longer needed. The parties thank the Court in advance for its consideration.

      Respectfully submitted,

      /s/ Nick Brustin
      Nick Brustin

      *Counsel for Plaintiff*

cc: All Counsel (via ECF)