UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

VALENTION DIXON,

                Plaintiff,

v.

CITY OF BUFFALO, *et al.*,

                Defendants.
_____

**FIFTH AMENDED
CASE MANAGEMENT ORDER**

19-cv-1678(WMS)(JJM)

The parties' letter motion [155] to cancel the September 15, 2023 scheduling conference and set remaining deadlines is granted. The Fourth Amended Case Management Order [135] is amended as follows:

    1.    Expert depositions shall take place after dispositive motions are decided, with the exception of Plaintiff's expert Dr. Jennifer Dysart; and

    2.    Dispositive motions shall be filed by **December 15, 2023**. Opposition papers shall be filed by February 15, 2024, and any replies shall be filed by March 15, 2024.

    3.    If no dispositive motions are filed by the above deadline, the parties shall contact District Judge Skretny's chambers by **December 22, 2023** to schedule a trial date.

**No extension of the above deadlines will be granted except upon a motion, filed prior to the deadline, showing good cause for the extension. Absent truly exceptional circumstances, any motion for an extension shall be made at least one week prior to the deadline sought to be extended. The parties are reminded that "a finding of 'good cause' depends on the diligence of the moving party". <u>Parker v. Columbia Pictures Industries</u>, 204 F.3d 326, 340 (2d Cir. 2000).**

-2-

**SO ORDERED**.

Dated: September 15, 2023

                                                /s/Jeremiah J. McCarthy
                                               JEREMIAH J. MCCARTHY
                                               United States Magistrate Judge