UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

VALENTINO DIXON,

                           Plaintiff(s),

v.

CITY OF BUFFALO, et al.,

                           Defendant(s).

_____

***MEDIATION CERTIFICATION***

   19    - cv -   1678  

I hereby certify that:

☑ The mediation session scheduled for   9/18/23   has been adjourned to   12/20/23  .

☐ Case settled prior to the first mediation session.

☐ Mediation session was held on _____.

    ☐ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on_____.

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* 09/20/2023                        *Mediator:* */S/*  Michael Menard

**Additional Comments:**
_____
_____
_____