**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VALENTINO DIXON, | |
| Plaintiff | Civil Action No. 19-cv-01678 |
| v. | |
| CITY OF BUFFALO et al., | |
| Defendants. | |

**NOTICE OF CHANGE**

Nick Brustin, counsel for Plaintiff Valentino Dixon, hereby inform the Court and all

parties in this action that the name of their law firm has changed to Neufeld Scheck Brustin

Hoffmann & Freudenberger, LLP and that their representation of Plaintiff Valentino Dixon will

continue. Counsel's current mailing address, telephone number, and email address for all future

service on Plaintiff Valentino Dixon is:

Nick Brustin
Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Phone: (212) 965-9081
Email: nick@nsbhf.com

DATED at New York, NY this 18th day of October, 2023

/s/ Nick Joel Brustin
Nick Joel Brustin
Mary Katherine McCarthy
Anna Benvenutti Hoffmann
Gerardo Romo
NEUFELD SCHECK BRUSTIN
HOFFMANN & FREUDENBERGER, LLP
99 Hudson Street, Eighth Floor
New York, NY 10013
T: (212) 965-9081
Donald M. Thompson

1

EASTON THOMPSON KASPEREK
SHIFFRIN LLP
The Powers Building
16 West Main Street, Suite 243
Rochester, New York 14614
T: (585) 423-8290

*Counsel for Plaintiff Valentino Dixon*

## CERTIFICATE OF SERVICE

I, Nick Brustin, hereby certify that on October 18, 2023, I filed the foregoing NOTICE

OF CHANGE using the CM/ECF system which effects service on all counsel of record.

/s/ Nick Brustin
Nick Brustin
NEUFELD SCHECK BRUSTIN
HOFFMANN & FREUDENBERGER, LLP
New York, NY 10013
Phone: 212-965-9081
Fax: 212-965-9084
*Counsel for Plaintiff Valentino Dixon*
