UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>    Plaintiff<br><br>v.<br><br>CITY OF BUFFALO et al.,<br><br>    Defendants. | Civil Action No. 19-cv-01678 |

## NOTICE OF CHANGE

Anna Benvenutti Hoffmann, counsel for Plaintiff Valentino Dixon, hereby inform the Court and all parties in this action that the name of their law firm has changed to Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP and that their representation of Plaintiff Valentino Dixon will continue. Counsel's current mailing address, telephone number, and email address for all future service on Plaintiff Valentino Dixon is:

Anna Benvenutti Hoffmann
Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
Phone: (212) 965-9081
Email: anna@nsbhf.com

DATED at New York, NY this 18th day of October, 2023

/s/ Anna Benvenutti Hoffmann
Anna Benvenutti Hoffmann
Nick Joel Brustin
Mary Katherine McCarthy
Gerardo Romo
NEUFELD SCHECK BRUSTIN
HOFFMANN & FREUDENBERGER, LLP
99 Hudson Street, Eighth Floor
New York, NY 10013
T: (212) 965-9081
Donald M. Thompson

1

EASTON THOMPSON KASPEREK
SHIFFRIN LLP
The Powers Building
16 West Main Street, Suite 243
Rochester, New York 14614
T: (585) 423-8290

*Counsel for Plaintiff Valentino Dixon*

## CERTIFICATE OF SERVICE

    I, Anna Benvenutti Hoffmann, hereby certify that on October 18, 2023, I filed the foregoing NOTICE OF CHANGE using the CM/ECF system which effects service on all counsel of record.

<u>/s/ Anna Benvenutti Hoffmann</u>
Anna Benvenutti Hoffmann
NEUFELD SCHECK BRUSTIN
HOFFMANN & FREUDENBERGER, LLP
New York, NY 10013
Phone: 212-965-9081
Fax: 212-965-9084
*Counsel for Plaintiff Valentino Dixon*