

**Peter Sahasrabudhe**
Associate
Direct Dial: 716.848.1508
*PSahasra@hodgsonruss.com*

December 6, 2023

<u>Via ECF</u>

Hon. William M. Skretny
United States District Court
Western District of New York
2 Niagara Square, 9th Floor
Buffalo, New York 14202

Dear Judge Skretny:

      Re:   <u>*Valentino Dixon vs. City of Buffalo, et al.*
             Civil No. 1:19-cv-01678</u>

      This office is counsel to the City of Buffalo, Richard Donovan, James Lonergan, Raniero Masecchia, John Vickerd, and Mark Stambach ("the City defendants") in the above-captioned matter. We write this letter pursuant to Local Rule of Civil Procedure 7(2)(c) to request permission to exceed the page limit applicable to memoranda of law in this District when we file a motion for summary judgment on behalf of the City defendants next week. Our motion is due to be filed on Friday, December 15, 2023. Specifically, we write to request permission to exceed the twenty-five-page limit by a total of fifteen pages. In other words, we request permission to file a memorandum of law not to exceed forty pages in support of the City defendants' motion for summary judgment.

      There are eleven causes of action pending against the City defendants. Discussing the application of the elements for each of the eleven causes of action will, in and of itself, take up a considerable amount of space in the City defendants' brief. Further, this case, which was initiated by a sixty-eight-page complaint, involves a nuanced set of facts which will take a substantial number of pages to distill and explain. Given the complex factual and legal issues to be briefed on summary judgment, and given the number of defendants involved, we submit that good cause exists for our brief to exceed this District's twenty-five-page limit by fifteen pages.

      We have discussed this request with counsel for the plaintiff, Valentino Dixon. Plaintiff's counsel consents to this request. We also consent to plaintiff's counsel using fifteen additional pages in their memorandum of law in opposition to our summary judgment motion should counsel choose to make such a request.

      We thank the Court in advance for its consideration.

Hon. William M. Skretny
December 6, 2023
Page 2

                                              Respectfully submitted,

                                              *s/ Peter Sahasrabudhe*

                                              Peter Sahasrabudhe

Copies to all counsel via ECF