

VIA ECF

Hon. William M. Skretny
United States District Court
Western District of New York
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

December 13, 2023

Re: <u>Dixon v. City of Buffalo, et al.</u>
    Case No. 19-cv-01678

Dear Judge Skretny:

This office represents Defendants County of Erie and Christopher Belling (the "County Defendants") in the above referenced matter. We write this letter pursuant to Local Rule of Civil Procedure 7(2)(c) to request permission to exceed the page limit applicable to memorandum of law in this District when we file our motion for summary judgment on behalf of the County Defendants on Friday, December 15.

Plaintiff's 68-page, 290 paragraph complaint states eight causes of action against the County Defendants, with some causes of action including multiple theories of liability. Twenty-five pages will not be enough to fully address all claims. Therefore, we request permission to exceed the 25-page limit by an additional 10 pages, not to exceed a total of 35 pages.

We have discussed this request with plaintiff's counsel and they have objected to the request. The basis for their objections is that there are no more than four causes of action substantively at issue in County Defendants motion and that the City has agreed to brief their defense of five defendants using only 40 pages.

Thank you for your consideration.

Respectfully submitted,

LIPPES MATHIAS LLP

James P. Blenk

JPB/smk

Cc:    All counsel of record via ECF.

James P. Blenk  |  Partner  |  jblenk@lippes.com

50 Fountain Plaza, Suite 1700, Buffalo, NY 14202    **Phone:** 716.853.5100    **Fax:** 716.853.5199    **lippes.com**

**New York:** Albany, Buffalo, Clarence, Long Island, New York City, Rochester, Saratoga Springs  //  **Florida:** Jacksonville  //  **Illinois:** Chicago
**Ohio:** Cleveland  //  **Oklahoma:** Oklahoma City  //  **Ontario:** Greater Toronto Area  //  **Texas:** San Antonio  //  **Washington, D.C.**