UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| VALENTINO DIXON, | **NOTICE OF MOTION** |
| Plaintiff, | Civil Action No. 19-cv-01678 |
| v. | |
| CITY OF BUFFALO, et al., | |
| Defendants. | |

---

| | |
|---|---|
| <u>MOTION MADE BY:</u> | Defendants County of Erie and former Assistant District Attorney, Christopher Belling. |
| <u>DATE, TIME AND PLACE:</u> | At a date and time determined by the Court, Robert H. Jackson Courthouse, 2 Niagara Square, Buffalo NY 14202. |
| <u>SUPPORTING PAPERS:</u> | Statement of Undisputed Material Facts; County Defendants' Appendix to Local Rule 56 Statement of Material Facts; and Memorandum of Law. |
| <u>RELIEF REQUESTED:</u> | An Order of this Court: |
| | 1. Granting County Defendants' motion for summary judgment dismissing all claims alleged against them in this case; and |
| | 2. For such other and further relief as the Court deems just and proper. |
| <u>GROUNDS FOR RELIEF:</u> | Fed. Rule. Civ. 12(c); Fed. Rule. Civ. 56 |

Dated: December 15, 2023
       Buffalo, New York

Respectfully submitted,

**LIPPES MATHIAS LLP**

By:    */s/James P. Blenk*
      Jennifer C. Persico
      James P. Blenk
      *Attorneys for Defendants, County of Erie and former Assistant District Attorney Christopher Belling*
      50 Fountain Plaza, Suite 1700
      Buffalo, New York 14202
      (716) 853-5100
      jpersico@lippes.com
      jblenk@lippes.com