APPENDIX 1801

COB 000181





COB 000182

ID NO.    DATE
POLICE DEPARTMENT
BUFFALO, NEW YORK

ID NO.    DATE
POLICE DEPARTMENT
BUFFALO, NEW YORK

ID NO.    DATE
POLICE DEPARTMENT
BUFFALO, NEW YORK

ID NO.    DATE
POLICE DEPARTMENT
BUFFALO, NEW YORK

ID NO.    DATE
POLICE DEPARTMENT
BUFFALO, NEW YORK

ID NO.    DATE
POLICE DEPARTMENT
BUFFALO, NEW YORK

COB 000183

APPENDIX 1005

P-147 Rev. (2/89)  DEPARTMENT OF ___ BUFFALO, N.Y.
IDENTIFICATION SECTION

REQUEST FOR CRIMINAL RECORDS ___ X _taken_   MUG NUMBER _172430_

REQUEST FOR PHOTOGRAPHS ___ X ___   NUMBER OF PHOTOS _5_

DATE: _8-10-91_  TIME: _0330_

SUBJECT'S NAME _Dijon Valentino_

SUBJECT'S ADDRESS ___

SUBJECT'S ALIASES ___   D/O/B ___

TYPE OF INVESTIGATION _homicide_

CD# _221 504_   DET. CASE # _91 145_   INVEST. # ___

REQUEST COMPLETED BY:                REQUEST SUBMITTED BY:

_R.P. Graves_   _delivered to Hom_   _W. M. Gall_ / _for Homicide_

IDENTIFICATION SECTION                NAME & RANK OF OFFICER

AGENCY/DIVISION ___

NOTE:  Use of this information is regulated by law (Title 28 USC,
       Article 156.00 NYSPL and Chapter 6 - BPD Rules and Regulations)

P-147 Rev. (2/89)  DEPARTMENT OF POLICE, BUFFALO, N. Y.
IDENTIFICATION SECTION

REQUEST FOR CRIMINAL RECORDS _____ X Taken _____ MUG NUMBER  162576

REQUEST FOR PHOTOGRAPHS _____ ✓ _____ NUMBER OF PHOTOS  5

DATE: 8-16-91  TIME: 0625

SUBJECT'S NAME  Mario  Jarmon

SUBJECT'S ADDRESS _____

SUBJECT'S ALIASES _____  D/O/B  12-23-71

TYPE OF INVESTIGATION  Homicide

CD# 221 504  DET. CASE # 91-145  INVEST. # _____

REQUEST COMPLETED BY:                    REQUEST SUBMITTED BY:

R.T.P. Grones                            Lt. M. Sack / for Homicide
delivered to Reg NS
IDENTIFICATION SECTION                   NAME & RANK OF OFFICER

                                         AGENCY/DIVISION

NOTE:  Use of this information is regulated by law (Title 28 USC,
       Article 156.00 NYSPL and Chapter 6 – BPD Rules and Regulations)

COB 000185

P-147 Rev. (2/89) DEPARTMENT OF ~~APPENDIX 180F~~BUFFALO, N.Y.
IDENTIFICATION SECTION

REQUEST FOR CRIMINAL RECORDS _____ ✓ Token    MUG NUMBER _180507_

REQUEST FOR PHOTOGRAPHS _____ ✓    NUMBER OF PHOTOS _6_

DATE: _8-10-91_  TIME: _0424_

SUBJECT'S NAME _John A. Sullivan_

SUBJECT'S ADDRESS _____

SUBJECT'S ALIASES _____    D/O/B _3-2-74_

TYPE OF INVESTIGATION _Homicide_

CD# _221 564_    DET. CASE # _91·145_    INVEST. # _____

REQUEST COMPLETED BY:                    REQUEST SUBMITTED BY:

_RT P. Groves_                           _H. M. Spell_ / Hom.
IDENTIFICATION SECTION .                 NAME & RANK OF OFFICER
            _delivered to Hom_
                  _V8_                   _____
                                         AGENCY/DIVISION

NOTE:  Use of this information is regulated by law (Title 28 USC,
       Article 156.00 NYSPL and Chapter 6 - BPD Rules and Regulations)

COB 000186

P-73   **BUFFALO POLICE DEPARTMENT** **INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Richard T. Donovan, Chief<br>Homicide Section | SUBJECT | DATE | 8/11/91 |
|---|---|---|---|---|
| FROM | Det. Mark R. Stambach<br>Det. Daniel R. DiPirro | File 91-145 Torrano Jackson<br>Homicide<br>Dictated by Det. Mark R. Stambach | | |

ATTN:   James Rautenstrauch, Lieutenant

SIR:

Continuing the above investigation, your writers did go to E.C.M.C. There your writers did interview Mario Jarmon after obtaining permission from his doctor, Dr. Vilardo.

He was currently in surgical ICU in Rm. 1934. He had a trach tube and was not able to speak. He did nod and tell us the following after several questions.

He said TINO, Valentino Dixon did not shoot him by nodding no. He nodded that the guy that shot him was the dead guy. He was shot and did not see TINO with a gun. He will sign a statement when better.

He wrote the name of the guy that was with him and TINO as Twon from Burguard St. He also nodded that he was close friends of TINO.

We then tried to interview Aaron Jackson. His doctor refused. We were informed to check later after a day or two. We found out his parents just left.

We then contacted Aaron's mother at her residence. She stated her son Aaron told her at the E.C.M.C. that TINO, Valentino Dixon, shot him. She said her son told her TINO shot him with an automatic, as the bullets came out of the gun so fast. She then asked for your writer to meet her at the E.C.M.C. at 2000 hrs. tomorrow.

At this time a photo array and statement can be taken as of 8/12/91.

Aaron's father, Frederick Jackson, told your writer that his son told him on Tuesday that TINO was going to shoot them, that both his sons, Aaron and Torrano took him to the window of their house and showed him a white Cadillac that drove by three times. They told him it was TINO and he was after them.

He told his sons to stay out of the streets, then this happened. He agreed to an interview at E.C.M.C. on 8/12/91.

Your office will be kept apprised of further developments on subsequent P-73's.

Respectfully submitted,

Det. Daniel R. DiPirro

MS/les

Det. Mark R. Stambach

*Mark R. Stambach*

BUFFALO POLICE DEPARTMENT DEPARTMENTAL CORRESPONDENCE

| TO FRANK W. LUSTAN<br>DETECTIVE DIVISION ADMINISTRATION | SUBJECT | DATE 8/11/91 |
|---|---|---|
| FROM C. FATTA, JR. , LIEUTENANT<br>DETECTIVE DIVISION SHIFT OFFICER | DAILY REPORT FOR THE 1530-2330 HRS.<br>TOUR OF DUTY, ABOVE DATE | |

SIR,

I VISITED THE MEN'S CELLBLOCK AT : 1620 AND 2250 HRS.

ASSIGNED TO CELLBLOCK WERE: Hearon , Johnson, P.

Gambino ,

TOTAL PRISONERS FINGERPRINTED: 12 : UNPRINTED 0

REASONS FOR UNPRINTED PRISONERS: _____

DEFICIENCIES IN CELLBLOCK: LIGHTS OUT: _____

INOPERATIVE CELLS: _____

CELLBLOCK BLANKETS: ON HAND; 18 IN CELLBLOCK: 0

TO BE CLEANED 9 : TOTAL; 27

IDENTIFICATION BUREAU PERSONNEL ASSIGNED: Serafinin , Adymy ½ AWL

:zz

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DURING THIS TOUR OF DUTY THE FOLLOWING INCIDENTS OCCURED:**

1) 1845 Hrs. Photographer Shephard called out to assist AIU with fatility at 578 Hopkins.

2) Received info from Lt. T.C. smith #16 that a W-M & B-M in a late model Chev Caprice drove infront of shooting victims house at 19 Fatcher and shouted with bullhorn "We got your one boy, now we're going to get your other boy." Victim at present in ECMC, their security notified by Lt. Smith, Duty Insp to be notified.

3) P.O. Kwiatowski detailed to cellblock from Pct 9, reports off sick for the 12-8 tour 8/12/91. Prect 9 to send mess.

RESPECTFULLY SUBMITTED,

*[signature]* LIEUTENANT
DETECTIVE DIVISION SHIFT OFFICE

[ ] CONTINUED ON REVERSE

COB 000188

P-73    **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Richard T. Donovan, Chief<br>Homicide Section | SUBJECT | DATE | 8/11/91 |
|---|---|---|---|---|
| FROM | Det. Mark R. Stambach<br>Det. Daniel R. DiPirro | File 91-145 Torrano Jackson<br>Homicide<br>Dictated by Det. Mark R. Stambach | | |

ATTN:    James Rautenstrauch, Lieutenant

SIR:

Continuing the above investigation, your writers did go to E.C.M.C. There your writers did interview Mario Jarmon after obtaining permission from his doctor, Dr. Vilardo.

He was currently in surgical ICU in Rm. 1934. He had a trach tube and was not able to speak. He did nod and tell us the following after several questions.

He said TINO, Valentino Dixon did not shoot him by nodding no. He nodded that the guy that shot him was the dead guy. He was shot and did not see TINO with a gun. He will sign a statement when better.

He wrote the name of the guy that was with him and TINO as Twon from Burguard St. He also nodded that he was close friends of TINO.

We then tried to interview Aaron Jackson. His doctor refused. We were informed to check later after a day or two. We found out his parents just left.

We then contacted Aaron's mother at her residence. She stated her son Aaron told her at the E.C.M.C. that TINO, Valentino Dixon, shot him. She said her son told her TINO shot him with an automatic, as the bullets came out of the gun so fast. She then asked for your writer to meet her at the E.C.M.C. at 2000 hrs. tomorrow.

At this time a photo array and statement can be taken as of 8/12/91.

Aaron's father, Frederick Jackson, told your writer that his son told him on Tuesday that TINO was going to shoot him, that both his sons, Aaron and Torrano took him to the window of their house and showed him a white Cadillac that drove by three times. They told him it was TINO and he was after them.

He told his sons to stay out of the streets, then this happened. He agreed to an interview at E.C.M.C. on 8/12/91.

Your office will be kept apprised of further developments on subsequent P-73's.

Respectfully submitted,

Det. Daniel R. DiPirro

MS/les

Det. Mark R. Stambach

*Mark R. Stambach*

TO FRANK W. LUSTAN
DETECTIVE DIVISION ADMINISTRATION

SUBJECT

DATE  8/11/91

FROM C. FATTA, JR.        , LIEUTENANT
DETECTIVE DIVISION SHIFT OFFICER

DAILY REPORT FOR THE 1530-2330  HRS.
TOUR OF DUTY, ABOVE DATE

SIR,

I VISITED THE MEN'S CELLBLOCK AT : 1620  AND 2250  HRS.

ASSIGNED TO CELLBLOCK WERE:  Hearon        ,  Johnson, P.
    Gambino        ,        ,

TOTAL PRISONERS FINGERPRINTED: 12  : UNPRINTED 0

REASONS FOR UNPRINTED PRISONERS:

DEFICIENCIES IN CELLBLOCK: LIGHTS OUT:

    INOPERATIVE CELLS:

CELLBLOCK BLANKETS: ON HAND: 18  IN CELLBLOCK: 0

    TO BE CLEANED 9 : TOTAL: 27

IDENTIFICATION BUREAU PERSONNEL ASSIGNED: Serafinin  , Adymy ½ AWL

zz

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DURING THIS TOUR OF DUTY THE FOLLOWING INCIDENTS OCCURED:

1) 1845 Hrs. Photographer Shephard called out to assist AIU with fatility
----at 578 Hopkins.

2) Received info from Lt. T.C. smith #16 that a W-M & B-M in a late model Chev
Caprice drove infront of shooting victims house at 19 Fatcher and shouted
with bullhorn "We got your one boy, now we're going to get your other boy."
Victim at present in ECMC, their security notified by Lt. Smith, Duty Insp
--- to be notified.

3) P.O. Kwiatowski detailed to cellblock from Pct 9, reports off sick for t
12-8 tour 8/12/91. Prect 9 to send mess.

RESPECTFULLY SUBMITTED,

LIEUTENANT
DETECTIVE DIVISION SHIFT OFFICE

[ ] CONTINUED ON REVERSE

# BUFFALO POLICE DEPARTMENT INTRADEPARTMENTAL CORRESPONDENCE

| TO Ralph V. Degenhart<br>Commisioner of Police | SUBJECT | DATE 8/11/91 |
| --- | --- | --- |
| FROM P.O. Daniel F. Smith<br>P.O. Kevin Barberg<br>Precinct 16 | Threats to Family of Shooting Victim<br>Refer to Mag. 16584  CD# 221-504 | |

Attention: Inspector David Caruso

      Homicide Squad

      Intelligence Squad

RECEIVED 1991 AUG 14 AM 5:42 HOMICIDE BUREAU BUFFALO POLICE DEPT

Sir;

    On 8/11/91 at 1802 hrs, officers Smith and Barberg were dispatched to 19 Thatcher in Pct. 16 regarding a call of threats. Upon talking to the complaintant we were informed that one B/M, and one W/M in an older Chevrolet Caprice, grey, did threaten their family. The complt., Mrs. Jackson had two sons shot on 8/10/91 at 0129hrs. at Bailey and E. Delevan. Her son Torriano Jackson died of gunshot wounds and her other son Aron Jackson is confined to E.C.M.C. in critical condition. According to Mrs. Jackson, the above males, no better description, did ride past her house at approx. 1800hrs and with the use of a bullhorn did say that they would kill her and her son Aaron. As a result Mrs. Jackson had her son moved to a different room within E.C.M.C. under the name of John Doe.

Respectfully Forwarded

P.O. D. Smith

P.O. K. Barberg

Sir;

    I was informed of the above incident by Officers Smith and Barberg. I notified the Duty Inspector, the Shift Lieutenant and the security at E.C.M.C. A pick-up for the vehicle was put over the air. Security at the Hospital was given orders not to reveal the room number of Aaron Jackson to anyone and to contact our Department regarding any suspicious activity.

Respectfully,

Lt. Thomas C. Smith Prct#16

Respectfully forwarded.

Captain Michael Gesper
Prct# 16.

RESPECTFULLY FORWARDED

David Caruso COB 000191

POLICE INSPECTOR



①

November 21, 1991

Antoine Shannon, being duly sworn deposes & says:

1. That I am 18 yrs old and my date of birth is July 2, 1973

2. That I make this statement in the conference room at the old gym, Campbellville College, Campbellsville Ky.

3. That on about August 10, 1991 I was in the vicinity of Bailey Ave & E. Delevan in the city of Buffalo N.Y.

4. I was with my brother Leonard Brown, & my friend Mario Jarmon

5. That my brother Leonard and I "had words" with Aaron Jackson in the Norstar Bank parking lot. Aaron was in Travis Powells mothers yellow Geo. After my brother & I talked to Aaron he started to leave and Mario "had words" with Aaron.

6. That after Aaron left we went to Marios house to call my half brother Valentino Dixon on his beeper but he did not respond.

COB 000274

AS
AS

7. A while later my half brother "Tino" (Valentino Dixon) drove by Mario's house in his red RX 7 & I flagged him down.

8. I told Tino about our argument with Aaron Jackson & Tino said he would stay around & that they wouldn't do anything

9. After that, about 10 minutes later LaMarr Scott came to the area of Mario's house on a bicycle and we (Mario Jarmon, Leonard Brown, Tino & me) filled him in on the argument with Aaron Jackson.

10. LaMarr then said "I'll be back" and left the area on his bike — going down Delevan towards Olympic Ave.

11. About 15 minutes later LaMarr came back with a gun in a garbage bag. He showed me the gun, the others were there, the gun was a long black gun it looked like a machine gun.

12. After he showed us the gun LaMarr put it back in the bag & hid it in the bushes by Mario's house, in the bushes right by the side of Mario's house

COB 000275

A5

13. then Mario, Tino and I went up to the store on corner of Bailey and Delevan.

14. at this time Aaron Jackson came back to the area in Travis Powells yellow Geo, Torri Jackson was in the back seat

15. Aaron, then had some words with Mario and Tino and I came out from the doorway of the store after hearing them

16. Aaron gets out of the car, Travis gets out then Torri gets out of the car and I saw that Torri had a gun. It was silver, a hand gun, looked like a .38. I saw Torri pull something back on top of the gun.

17. Tino grabbed me & said "come on", I told Mario to come along. Aaron then rushed Mario. & they began fighting on the sidewalk by the "Bailey Delevan Market"

18. then Torri came up and pointed the gun at Mario & Aaron as they fought

COB 000276

AS

19. I started to run away down E Delevan toward Olympic and I heard a shot

20. I saw Mario "Jerk" as though he was shot then I saw LaMarr running toward the corner of Bailey & Delevan with the gun in his hands. LaMarr had on dark colored shorts, maybe Navy, Black Jacket & a hat, a dark color baseball hat.

21. I saw LaMarr start shooting at Aaron I then looked toward Tino & looked back toward the corner, Torri was trying to run away & LaMarr shot Torri in the leg.

22. then LaMarr shot Torri in the back, then Torri fell on the ground & LaMarr ran up on him & stood over him shooting him as he lay on the ground

23. I ran through Marios yard & hopped the gate in back. Tino jumped in his car, the RX7 and drove away towards Olymic Ave.

A5 COB 000277

24. Tino's clothing this night was: jeans, a white shirt (fancy dress) sneakers and a red baseball hat w/ white letters.

25. I then called a cab from a friends house on Kermit St (I don't know his name) and the cab picked me up at Delevan and Olympic & took me home to 63 Fay. It was a fillmore Cab

26. I was present at Genessee & Bailey on the night that LaMarr Scott talked to the TV news crew & the Buffalo Police took LaMarr into custody.

27. My Brother Leonard, Me, my father Robert Bryant, my mother Annie Shannon and Tino's girlfriend Arnice had picked up LaMarr earlier and brought him to our house on Fay St. and called the TV station to set up the meeting at Genessee and Bailey.

28. I left Buffalo on August 14th to come to Campbellsville.

A5                    COB 000278



I have read the preceeding 5 pages and they are true and correct in as far as they go into detail and to the best of my recollection

Antione Shannon

SWORN BEFORE ME
THIS 21ˢᵗ DAY OF NOVEMBER 1991

Julie G. Caldwell
NOTARY PUBLIC, STATE OF KENTUCKY

My commission expires 5/31/94.

COB 000279



UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NEW YORK

---

VALENTINO DIXON,

        Petitioner

      v

JAMES T. CONWAY,

        Respondent

---

05-CV-0208E

---

GRAND JURY TESTIMONY

Dixon-001484

## TABLE OF CONTENTS

                                                        Page

November 6, 1991

   Aaron Jackson ........................... 3

   John Sullivan ........................... 20

   Travis Powell ........................... 31


November 20, 1991

   Michael Bland ........................... 2

January 13, 1992

   Mario Jarmon ........................... 2

   James R. Diegleman .................... 15

   Leonard Brown ........................... 21

   Lamarr Scott ........................... 56

   Emil Adams ............................ 74

   Freddy Stancil ........................ 83

   Robert Lewis ........................... 90

Dixon-001485

**APPENDIX 1321**

November 6, 1991

Dixon-001486

1    91-1476    001, 002, 003

2

3    THE PEOPLE

4    against

5    VALENTINO DIXON    / Leonard Brown / Mario D. Jarmon

6

7    Date:    November 6, 1991    92 JUN -3    DISTRICT ATTORNEY

8                                              AM 9: 47

9    Charges:

10

11

12             (Whereupon, a map, a mug shot, medical
       records, a death certificate and medical records
13     were received and marked Grand Jury Exhibits 1
       through 5.)

14

15

16    MR. BELLING:    Okay.  So this investigation

17    is entitled the People versus Valentino Dixon,

18    D-I-X-O-N.  Investigative file number 91-1476.

19    It deals with a shooting that occurred involving

20    multiple victims on August 10th of 1991.  The

21    witnesses you'll hear from today are Aaron

22    Jackson who is one of the survivors of the

23    shooting.  Also John Sullivan who was wounded in

1

Dixon-001487

1     the time and also Travis Powell who was present

2     at the scene and saw a portion of the event.

3     I've marked several exhibits.  And while we're

4     getting the witnesses lined up I'll tell you

5     what the exhibits are.  Exhibit 1 is a map on

6     the wall.  Exhibit 2 is a mug shot. Exhibit 3

7     are the medical records of Aaron Jackson.

8     Exhibit 4 is a death certificate of Torriano

9     Jackson.  And Grand Jury Exhibit 5 are the

10    medical records of John Sullivan.

11                *   *   *

12

13

14

15

16

17

18

19

20

21

22

23

Dixon-001488

```
 1            91-1476
              11/6/91
 2            2:50 P.M.
              GPH
 3

 4            A A R O N   J A C K S O N, sworn, testified:

 5

 6            BY MR. BELLING:

 7     Q.     Okay.  Would you state your name and spell your

 8            last name for the record please?

 9     A.     Aaron Jackson.  J-A-C-K-S-O-N.

10     Q.     And Aaron is A-A-R-O-N?

11     A.     Yes.

12     Q.     And your date of birth Aaron?

13     A.     1/26/71.

14     Q.     And your current home address and telephone

15            number please?

16     A.     19 Thatcher Avenue.  Buffalo, New York.

17            836-0239.

18     Q.     And you live there with your mom and dad, is

19            that correct?

20     A.     Yes.

21     Q.     And, your dad's name is Fred Jackson?

22     A.     Fred Jackson, yes.

23     Q.     And your late brother was Torriano Jackson,
```

Dixon-001489

```
1            correct?

2    A.      Yes.

3    Q.      Now Aaron, are you currently working, going to

4            school or what do you do with yourself?

5    A.      Well this year in September I would have been a

6            senior at Brockport State in Rochester.

7    Q.      But you didn't go back because of this incident?

8    A.      Yes.  I've had several surgeries, so therefore I

9            couldn't go back.

10   Q.      Are you planning on going back in January or

11           September?

12   A.      I want to get school over with.  Probably in

13           January.

14   Q.      Now, I want to call your attention to the late,

15           late evening hours perhaps of August the 9th,

16           1991 into the early morning hours of August the

17           10th, 1991.  Got that time period focused?

18   A.      Yes.

19   Q.      Okay. Now, sometime around midnight if you

20           remember, just before or just after, did you

21           have occasion to be out in a car with a friend

22           of yours?

23   A.      Yes.
```

4

```
1    Q.    What's that friend's name?

2    A.    Travis Powell.

3    Q.    And what's your best recollection if it was

4          before or after midnight that you were first out

5          with Travis?

6    A.    I was out with him earlier in the day.  I had

7          been over his house.  But that night after

8          twelve also.

9    Q.    Okay.  So the first time that night when you

10         found yourself in the vicinity of Bailey and

11         Delavan with Travis it was already after

12         midnight?

13   A.    After midnight.

14   Q.    Now the first time you found yourself in the

15         vicinity of Bailey and Delavan tell us how that

16         came about?

17   A.    Travis wanted to get a pack of cigarettes from

18         the mini mall store at Bailey and Delavan across

19         from Louie's.

20   Q.    The mini mall store is across Bailey Avenue from

21         Louie's, correct?

22   A.    Yes.

23   Q.    So where did Travis drive the car and where did
```

5

Dixon-001491

1        he park it?

2    A.  Parked it like the third space in the parking

3        lot right outside the bank.

4    Q.  Norstar Bank?

5    A.  Yes.  I guess so.

6    Q.  Now, at that time did something happen that

7        started a chain of events that eventually led to

8        this whole thing?

9    A.  Yes.

10   Q.  What happened?

11   A.  Three males approached me and told me to get out

12       of the car and let's take care of this.

13   Q.  Now, did you know any of these three males?

14   A.  No.  I knew Leonard because I used to go to

15       school with him. He lived right up the street

16       from me when I lived on Olympic.

17   Q.  That's Leonard Brown?

18   A.  Yes.

19   Q.  And, he was out there this afternoon, right?

20   A.  Yes.

21   Q.  Did you know the other two?

22   A.  They hang around Bailey Avenue.  I didn't know

23       them.

Dixon-001492

1   Q.   After the fact did you come to know that one of

2        the fellow's name was Mario Jarmon?

3   A.   Yes.

4   Q.   Could you describe him for us?

5   A.   Light skinned.  And has like a chubby face on

6        him.  Sloped haircut.

7   Q.   What happened between you and these three

8        fellows while the car was parked and Travis was

9        out getting his cigarettes?

10  A.   They were holding their hands behind their back

11       like they had something.  And they were saying

12       let's take care of this.  I got into the

13       driver's seat and pulled off in front of the

14       store where Travis was at.  And I was telling

15       him let's go.  Some guys out here starting some

16       trouble with me.

17  Q.   Did you and Travis leave?

18  A.   He exchanged words with them or whatever and

19       then we left.

20  Q.   Where did you go from there?

21  A.   Went to my house.

22  Q.   On Thatcher Street?

23  A.   Yes.

1   Q.   And on Thatcher Street was your brother Torriano

2        home?

3   A.   Yes.  He just got home from work.

4   Q.   Where did he work?

5   A.   Burger King right here by the bus station.

6   Q.   He was called Torry for short, wasn't he?

7   A.   Yes.

8   Q.   Now at that point in time did Torry join you and

9        Travis?

10  A.   Yes.

11  Q.   Where did you go from there?

12  A.   We drove back past there because Torry wanted me

13       to show him the three guys. Let's see.  He said

14       maybe I might know them.  We drove by this area

15       and we didn't see them.  Travis said let's ride

16       around for a while.

17  Q.   Did you then have a pizza?

18  A.   No. We had a pizza before that.   At Travis'

19       house.

20  Q.   But before you went out the second time?

21  A.   Before we got Torry we ate pizza earlier in the

22       day.

23  Q.   So now, Travis suggested maybe you ride around a

8

Dixon-001494

```
 1            little bit more, right?

 2      A.    Yes.

 3      Q.    Tell us what happened from there then?

 4      A.    We rode around.  I guess he rode around to a

 5            couple of parties.  Me and my little brother

 6            fell asleep.  My little brother had just came

 7            home from work.  He was tired.  We both fell

 8            asleep.  Travis was still driving and I felt him

 9            nudging me and I woke up.  He said ain't this

10            the guy who was talking to you earlier.  I

11            looked at my little brother Torry, and said

12            Torry, don't you know him.  He said yes I know

13            him.  We got out of the car right there at the

14            light.

15      Q.    What corner are you at?  What light?

16      A.    Bailey and Delavan.  We were on Delavan.

17      Q.    You're at Delavan going out toward Cheektowaga

18            or toward the city?

19      A.    Toward Cheektowaga.

20      Q.    So you're at the light.  And on your left would

21            be the Bailey/Delavan market and on your left

22            would be the Louie's parking lot?

23      A.    Right.
```

Dixon-001495

```
 1    Q.   So you hop out while the car is in the street
 2         there?
 3    A.   Yes.
 4    Q.   What happened?
 5    A.   There were three guys standing on the corner.
 6         We ran over to Mario and my little brother said
 7         do you have a problem now.  You didn't know this
 8         was my brother.  Why you giving him problems.
 9         He put up his hands like this like he was going
10         to fight.  I saw like a gang of people just
11         standing there.  My little brother was saying
12         Mario what's the problem.
13    Q.   Let me slow you down a little.  Your brother has
14         his hands up like he's going to fight?
15    A.   Yes.
16    Q.   You mentioned a gang coming from where; the
17         Saginaw plant?
18    A.   Yes.  Coming from that way.
19    Q.   Coming up toward the intersection of Bailey and
20         Delavan?
21    A.   Yes.
22    Q.   At that point did you notice who those people
23         were?
```

Dixon-001496

```
 1    A.   No.

 2    Q.   Now, your little brother and Mario are having a

 3         confrontation.  What happened then?

 4    A.   My little brother hit Mario.  Then I hit him.

 5         My little brother hit him again and he fell down

 6         in the street.  He started to get up and I was

 7         kicking him.  My little brother was hitting him

 8         in his head.  I heard someone say run, run.

 9         Tino is running to his car.  I heard of him.

10         before but I don't know what he was going to his

11         car for.  I know my little brother don't. I know

12         I don't.

13         MR. BELLING:        Under the rules of evidence

14         when the witness talks about something somebody

15         else said you cannot use that to determine the

16         truth of what was said.  Namely you can't use

17         that statement to determine if Tino was really

18         going to his car.  But you can use it as to what

19         this person's state of mind was when he heard

20         that.  It's not offered for the truth of that.

21         I have a question from a Grand Juror.

22         BY MR. BELLING:

23    Q.   How old was your brother Torry?
```

Dixon-001497

```
 1    A.   Seventeen.

 2    Q.   Okay.  And how old are you?

 3    A.   Twenty.

 4    Q.   So that's why you call him your little brother?

 5    A.   Yes.

 6    Q.   Well, okay.  Question from a Grand Juror.  What

 7         if you know was the reason that this fight

 8         started?  Why did this fight start in the first

 9         place?

10    A.   I don't know.  Just three guys came up to the

11         car.  I asked them if they have the wrong

12         person.  They said no, it's you.  Nobody ever

13         said my name.  They just said get out of the car

14         and let's take care of this.

15    Q.   And that's when Travis and you were in the

16         parking lot the first time?

17    A.   First time.

18    Q.   The second time is a reaction starting.  Torry

19         and you jump out of the car and go after them?

20    A.   Yes.

21    Q.   You're fighting in the street.  Mario gets

22         knocked down. You heard somebody say Tino is

23         going to his car.  Pick up the story from
```

Dixon-001498

1          there.

2     A.   I heard shots in my head all around me. I was

3          looking on the ground. I was feeling the little

4          shellings all over my body. I figured it was the

5          police just shooting in the air telling me to

6          get out of there. Stop fighting. I didn't look

7          at his face. I said Torry run. Let's get out

8          of here. He ran towards Bailey from Delavan. I

9          ran straight over towards Louie's. I just ran.

10         As I hit the curb I turned around and looked.

11         There was still shots. I saw sparks

12         everywhere. I ran across the street and tripped

13         and hit the curb. I guess I had got shot before

14         that. My leg was skrimped up. I turned and saw

15         his face.

16    Q.   Whose face?

17    A.   Tino's.

18    Q.   Before that did you know Valentino Dixon?

19    A.   No. I saw him in his white Cadillac.

20    Q.   You saw him around the neighborhood but you

21         didn't know who he was?

22    A.   No.

23    Q.   You saw the face of this person that you now

13

Dixon-001499

```
 1         know is Valentino Dixon?

 2    A.   Yes.

 3    Q.   What was he doing?

 4    A.   I saw his face.  He had like an evil look on his

 5         face and was firing towards me.  I guess he

 6         already hit my little brother because he wasn't

 7         moving in the street.  There were shots coming

 8         hitting the curb.  I crawled as fast as I

 9         could.  I opened the car door.  I got in.  I

10         guess I sat in the back seat. I sat in for a

11         minute.  I looked at the ignition.  He shot me

12         and I know he shooting my brother.  I looked out

13         of the car.  Everytime I looked up and looked

14         out the car more bullets would come towards the

15         car.  I thought he going to come over here and

16         shoot me. I saw him move down.  I just saw a

17         face.  I was following a face and the eyes and

18         everything.  He was standing over my little

19         brother because I was in the car right here and

20         my little brother was laying in the street right

21         here.

22    Q.   He was laying in Delavan Avenue --  East Delavan

23         Avenue?
```

14

Dixon-001500

```
 1    A.    Yes.

 2    Q.    And the man you said was Tino was standing right

 3          over him and doing what?

 4    A.    Firing the rifle.

 5    Q.    Now, the police came to see you in the hospital

 6          didn't they and they showed you a group of six

 7          photographs and asked you if you could pick out

 8          Tino?

 9    A.    Yes.

10    Q.    I show you what is marked Grand Jury Exhibit

11          number 2 which is a photograph of Valentino

12          Dixon taken from the group of six photographs in

13          the photo array. And ask if this is the man you

14          picked out of the photo array?

15    A.    Yes.

16    Q.    Is that the same man you saw standing over your

17          brother shooting him?

18    A.    Yes.

19    Q.    Now, can you describe this gun fire to the jury?

20    A.    It was rapid gunfire.  It was coming out like

21          --  just like --  just crazy shots every second

22          like a machine gun.  Just hitting everywhere and

23          everything.
```

15

Dixon-001501

```
 1    Q.   Not like single shots but constantly repeating?

 2    A.   Yes.

 3    Q.   As a result of this you were injured?

 4    A.   Yes.

 5    Q.   You ended up spending a number of weeks in the

 6         Erie Medical Center?

 7    A.   Yes.  I had a colostomy.  They had put a bag on

 8         my stomach.  It hit the pelvic bone and went

 9         through my intestines and everything and came

10         out of the back.

11    Q.   They had to do at least three different

12         surgeries on you, right?

13    A.   Correct.

14    Q.   And you spent how long in ECMC to your

15         recollection?

16    A.   From the time it happened for two weeks.  And

17         then I just recently got out from being in the

18         hospital two weeks again.

19    Q.   The second time was to reverse the colostomy, is

20         that correct?

21    A.   Yes.

22    Q.   And some of that time was spent in intensive

23         care?
```

Dixon-001502

1   A.   The night of the shooting because they didn't

2        think I was going to make it.  The bullet went

3        into my intestines and there was poisoning all

4        throughout my body.  They had to clean it out.

5        They didn't think I would make it.

6   Q.   The car you climbed into, was that Travis

7        Powell's car?

8   A.   Yes.

9        MR. BELLING:        Any other questions from.

10       Grand Jurors?

11       BY MR. BELLING:

12  Q.   Question from a Grand Juror.  Is the man that

13       you've identified as Valentino Dixon that was

14       doing the shooting, was he in the group of three

15       people that originally confronted you in the

16       parking lot?

17  A.   No.

18  Q.   And he was not --  he wasn't with Mario Jarmon

19       who you were fighting with in the street?

20  A.   No.

21  Q.   Do you know whether or not he was one of the

22       people that came in that group that you said

23       came behind you from the Saginaw plant on

17

Dixon-001503

```
 1           Delavan Avenue?
 2     A.    Yes.  Had to be because it was just a group
 3           coming up the street and like he came out of
 4           nowhere.  The gun fire just started.
 5     Q.    Okay.  Just to recap.  And this is based on a
 6           question from a Grand Juror.  As you've already
 7           testified, the reason that you and your brother
 8           Torry got in a fight with Mario Jarmon was
 9           because of the confrontation like a half hour
10           before in the parking lot?
11     A.    Yes.
12     Q.    And when you two, you and your younger brother
13           got in the fight with Mario, you guys started
14           it?  You jumped out of the car and started it,
15           you mentioned?
16     A.    I asked him questions what's the problem now.
17           What was that for.  Came across the street.  And
18           he was just like stalling us, backing us up
19           until we got both of our backs turned and my
20           little brother threw his hands up, hit him, and
21           then I hit him.  And my little brother hit him
22           again and then the gunfire started.
23           MR. BELLING:        Okay.  Any other questions?
```

18

Dixon-001504

1          Okay, Aaron.

2                              *    *    *

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Dixon-001505

```
 1      91-1476
        11/6/91
 2      3:10 P.M.
        GPH
 3

 4      J O H N   S U L L I V A N, III, sworn,

 5      testified:

 6

 7      BY MR. BELLING:

 8   Q.  Okay. Would you stat·· your name and spell your

 9       last name for the stenographer please?

10   A.  Johnny Sullivan. S-U-L-L-I-V-A-N.

11   Q.  And you're John Sullivan the third, are you not?

12   A.  Yes.

13   Q.  And, your father's name and address please?

14   A.  John Sullivan, Jr. 49 Elmer.

15   Q.  And his telephone number?

16   A.  835-9680.

17   Q.  And you're currently staying with your mom out

18       of town, is that correct?

19   A.  Yes.

20   Q.  Now, this past summer, August, you were living

21       in Buffalo with your dad, correct?

22   A.  Yes.

23   Q.  And I want to call your attention specifically
```

20

Dixon-001506

1          to the early morning hours around one or

2          twelve-thirty a.m. of August the 10th of 1991.

3          Did you find yourself at that time in the

4          vicinity of Bailey and Delavan in the City of

5          Buffalo?

6     A.   Yes.

7     Q.   Who were you with in the vicinity of Bailey and

8          Delavan?

9     A.   Friends Fred Stancil and Robert Lewis.

10    Q.   Okay.  And Fred Stancil also lives on Elmer

11         Street someplace?

12    A.   Yes.

13    Q.   And Robert Lewis, do you know where he lives?

14    A.   No.

15    Q.   Do you know where he goes to school or is he out

16         of school?

17    A.   He's out of school.

18    Q.   Do you know if he's got a job?

19    A.   No.

20    Q.   Okay.  Now, when you were in the vicinity of

21         Bailey and Delavan who was driving?

22    A.   Fred.

23    Q.   And when you arrived at that corner did you have

Dixon-001507

1          an occasion to see anything going on between

2          Mario Jarmon, Torriano Jackson and Aaron

3          Jackson?

4    A.   Yes.

5    Q.   Now, was this going on when you first pulled up

6          to this area?

7    A.   Yes.

8    Q.   What was going on?

9    A.   An argument.

10   Q.   Why don't you tell the Grand Jury what happened,

11         what you saw of the argument and then what

12         happened?

13   A.   They were arguing. I got out of the car.  Me and

14         Aaron and Torry are friends.  Went over there

15         and they was fighting.

16   Q.   Who was fighting?

17   A.   Aaron and Mario.

18   Q.   What happened?

19   A.   I told them to stop.  Aaron said he wanted to

20         fight, so I let him fight.

21   Q.   What happened then?

22   A.   Then they fighting.  Tino ran up and started

23         shooting.

Dixon-001508

| 1 | Q. | Now, you mentioned Tino.  Is this a person that |
| 2 | | you know personally or someone you sort of know |
| 3 | | from being around the neighborhood? |
| 4 | A. | Know him from seeing him a couple of times in |
| 5 | | the store. |
| 6 | Q. | I want to show you Grand Jury Exhibit number 2. |
| 7 | | A Buffalo Police identification photograph of |
| 8 | | Valentino Dixon and ask if this is the person |
| 9 | | you're talking about when you say Tino? |
| 10 | A. | Yes. |
| 11 | Q. | Do you know what direction he came up from, |
| 12 | | where he ran up from? |
| 13 | A. | West. |
| 14 | Q. | Did he come up Delavan? |
| 15 | A. | Yes. |
| 16 | Q. | Like from the side towards downtown Buffalo, |
| 17 | | correct? |
| 18 | A. | Yes.  From this way, west.  From the west to the |
| 19 | | east. |
| 20 | Q. | From the west to the east? |
| 21 | A. | Yes. |
| 22 | Q. | Sort of like running towards Cheektowaga? |
| 23 | A. | Yes. |

Dixon-001509

1    Q.    Where was he when you first saw Tino?

2    A.    On the sidewalk.

3    Q.    Did you see if he had any weapons?

4    A.    Yes.

5    Q.    What did he have?

6    A.    A gun.  Well, it must have been a gun.  He

7          started shooting.

8    Q.    Okay. Now, did either Aaron or Torry Jackson

9          have any weapons?

10   A.    Not that I know.

11   Q.    Did you see any?

12   A.    No.

13   Q.    Now Tino came running up and what did he do?

14   A.    Started shooting.

15   Q.    And when he started shooting who did he shoot

16         first?

17   A.    I don't know.

18   Q.    Did you see him shoot anybody specifically like

19         standing by somebody and point the gun at them?

20   A.    I saw him shoot Torry.

21   Q.    Where was Torry when he shot him?

22   A.    He was in the middle of the street in Delavan

23         and Bailey in the street.

24

| 1 | Q. | He was laying on the ground? |
|---|---|---|
| 2 | A. | Yes. |
| 3 | Q. | What happened?  What did Valentino Dixon do? |
| 4 | A. | Shot him.  Held the gun like this and shot him. |
| 5 | Q. | Could you describe how he held the gun and -- |
| 6 | A. | Like this. |
| 7 | Q. | You're demonstrating with two hands? |
| 8 | A. | Yes. |
| 9 | Q. | Did the gun seem to fire rapidly or single |
| 10 | | shots? |
| 11 | A. | Fast. |
| 12 | Q. | And did you have any idea how many times he |
| 13 | | shot? |
| 14 | A. | No. |
| 15 | Q. | Okay. After you saw him standing over Torry |
| 16 | | Jackson shooting him, what did you do? |
| 17 | A. | I was waiting on them to leave.  I ran out of |
| 18 | | the way and ran by the church.  When he left I |
| 19 | | called the police.  Or had somebody call the |
| 20 | | police. |
| 21 | Q. | Well, were you wounded during the course of this |
| 22 | | whole thing? |
| 23 | A. | Yes. |

Dixon-001511

1    Q.   How did you get shot?

2    A.   Running I guess.

3    Q.   Okay. Now, running before or after you saw Tino

4         standing over Torry Jackson shooting him?

5    A.   Before.

6    Q.   Okay. So where did you stop running so that you

7         could see the shooting?

8    A.   I ran on the other side of Bailey Avenue by the

9         church.

10   Q.   So you ran from west to east also?

11   A.   Yes.

12   Q.   But after you got across the intersection you

13        stopped and looked back?

14   A.   Yes.

15   Q.   Okay.  And it's at that point in time you saw

16        him standing over Torry Jackson?

17   A.   Yes.

18   Q.   Now, your injuries you received were you treated

19        at Sisters Hospital for it?

20   A.   Yes.

21   Q.   And that was a through and through gunshot wound

22        to your leg was it?

23   A.   Yes.

26

1    Q.   You were not admitted, were you?

2    A.   No.

3    Q.   Did you stay in the hospital overnight?

4    A.   No.

5    Q.   And after you went to the hospital you went home

6         with your parents, correct?

7    A.   Yes.

8    Q.   Now, during the time that you saw the fight

9         between Aaron Jackson, Torry Jackson and Mario,

10        did you see any of those three people with any

11        weapons?

12   A.   No.

13   Q.   Okay.  So the only weapon you saw this night was

14        Valentino Dixon's when he came running on to the

15        scene, correct?

16   A.   Yes.

17        MR. BELLING:      Any questions from Grand

18        Jurors?

19        BY MR. BELLING:

20   Q.   Did you hear Valentino Dixon say anything either

21        before, during or after the shooting?

22   A.   No.

23   Q.   Okay. Now, I want you to just take a look at

27

Dixon-001513

1    exhibit 1 here, the map.  This has got Saint

2    Girards church.  That is the church you ran and

3    stood next to?

4  A.  Yes.

5  Q.  I want you to notice that this is a street

6    light, this is a street light, this is a street

7    light and this is a street light.  All in the

8    general area of this intersection.  Was the

9    lighting good enough for you to see that it was

10    Valentino Dixon doing the shooting from where

11    you looked?

12  A.  Yes.

13  Q.  You had no problem seeing him?

14  A.  I mean I seen his face and when I see his face

15    before I recognize it.  Now I see you all I

16    recognize you all.

17  Q.  It was a face you recognized.  And you saw him

18    you're testifying to see it with sufficient

19    lighting to tell who it was again?

20  A.  Yes.

21  Q.  And, you were looking from the vicinity of the

22    church back towards Bailey, toward the

23    intersection of Bailey and Delavan, correct?

Dixon-001514

```
 1    A.   Yes

 2

 3         BY MR. CHIACCHIA:

 4    Q.   When you saw him standing over the top of Torry

 5         with the gun, you say that he was shooting,

 6         right?  You indicated that you didn't know how

 7         many shots were fired.  When he was over Torry

 8         did you hear gunshots?

 9    A.   Yes.

10    Q.   How many did you hear?

11    A.   Couldn't tell.  It was too fast.

12    Q.   More than five?

13    A.   Yes.

14    Q.   More than ten?

15    A.   I don't know.

16    Q.   Okay.  But more than five you think?

17    A.   Yes.

18    Q.   Okay.  But you're not sure if it was more than

19         ten?

20    A.   I'm not sure if it was more than ten.

21

22         MR. CHIACCHIA:              Okay.

23         BY MR. BELLING:
```

Dixon-001515

1    Q.    Okay.  Mr. Sullivan did you yourself know

2          whether there's any relationship between

3          Valentino Dixon and Mario?

4    A.    No.

5    Q.    Do you even know if they're friends or not?

6    A.    Yes.

7    Q.    Are they friends?

8    A.    I think so.  I mean, yeah.

9    Q.    Okay.  That's something that you know but you

10         don't know if there's any other relationship

11         other than being friends?

12   A.    No.

13         MR. BELLING:       Okay.  Any other questions?

14         Okay, John.

15                          *   *   *

16

17

18

19

20

21

22

23

Dixon-001516

```
 1        91-1476
          11/6/91
 2        3:20 P.M.
          GPH
 3

 4        T R A V I S   P O W E L L, sworn, testified:

 5

 6        BY MR. BELLING:

 7   Q.   Okay.  Would you state your name and spell your

 8        last name for the stenographer please?

 9   A.   Travis Powell.  P-O-W-E-L-L.

10   Q.   And your home address and telephone number

11        Travis?

12   A.   46 Poultney.  837-0802.

13   Q.   And you're currently away at school, is that

14        correct?

15   A.   Yes.

16   Q.   And what's your college address?

17   A.   Cazenovia, New York.  13035.

18   Q.   Okay.  And you gave me a post office box

19        earlier, correct?

20   A.   PO Box 1769.

21   Q.   Now Travis, you know a fellow by the name of

22        Aaron Jackson?

23   A.   Yes.
```

31

Dixon-001517

| | | |
|---|---|---|
| 1 | Q. | And, you know his late brother Torriano Jackson? |
| 2 | A. | Yes. |
| 3 | Q. | I want to call your attention to the early |
| 4 | | morning hours of August the 10th, 1991. Did you |
| 5 | | have occasion to be with Aaron Jackson in the |
| 6 | | vicinity of Delavan and Bailey? |
| 7 | A. | Yes. |
| 8 | Q. | What were you doing there at that point in |
| 9 | | time? |
| 10 | A. | At that time we had pulled into Louie's. I was |
| 11 | | going to get something to eat. |
| 12 | Q. | Okay. Did you ever have to go get cigarettes at |
| 13 | | the mini mall? |
| 14 | A. | Yes. Earlier in the day. |
| 15 | Q. | So this is the second trip you're talking about? |
| 16 | A. | Right. |
| 17 | Q. | Go back to the first trip. |
| 18 | A. | The first time was about nine and I went over to |
| 19 | | the mini mall to get some cigarettes. |
| 20 | Q. | And did Aaron let you know that there had been |
| 21 | | some problem while he was sitting out in the |
| 22 | | car? |
| 23 | A. | Yes. |

32

Dixon-001518

1    Q.    How much did he tell you about that?

2    A.    He said something like, you know, take me home.

3          So we left.

4    Q.    Now the second time you were back there Aaron

5          and Torry were both with you, is that correct?

6    A.    Right.

7    Q.    And can you describe for the Grand Jury what

8          happened as you pulled up to Louie's at Delavan

9          and Bailey?

10   A.    When we pulled up to Louie's and I stopped to

11         park, Aaron jumped out of the car and ran across

12         the street towards where the drug store was at

13         parallel to the parking lot.  And Aaron and

14         Mario had got into an argument.  And Torry and I

15         went across the street to see what it was

16         about.  They were arguing a little bit more.

17         And it had got serious.  Torry had jumped into

18         it and they had began to fight.  And they was in

19         the middle of the street.  And that's when the

20         shots came.

21   Q.    Let me stop you for a second.  Did you park your

22         car on Delavan or on Bailey?

23   A.    Right in the parking lot of Louie's.

33

Dixon-001519

```
 1      Q.   And that parking lot is right on the corner of

 2           Delavan and Bailey, right?

 3      A.   Right.

 4      Q.   And, when Aaron, Torry and Mario were fighting,

 5           did you stay right there or back off in one

 6           direction or another?

 7      A.   I was on the sidewalk.  They was in the middle

 8           of the street.

 9      Q.   Were you on the sidewalk where Louie's parking

10           lot is of Delavan or on the sidewalk side at

11           that time where the drug store and mini mall

12           are?

13      A.   Same side as the drug store.

14      Q.   When you say the shots started coming, could you

15           tell where they were coming from?

16      A.   Right from the right side.

17      Q.   That would be toward the Saginaw plant on

18           Delavan, right?

19      A.   Right.

20      Q.   What did you see in terms of the fact that shots

21           were coming? Did you see sparks, smoke, what?

22      A.   The only thing I saw was I heard the bullets.

23           And when Torry and everybody started running
```

Dixon-001520

1        Torry fell down and the guy was over him and he

2        shot him.

3    Q.   Okay.  Now, did you see where Aaron went at that

4        point in time?

5    A.   Aaron ran towards my mother's car.

6    Q.   Did he eventually get into the car?

7    A.   Yes.

8    Q.   And where did you go that you were watching as

9        the man stood over Torry and shot?

10   A.   I couldn't move.  I was like in shock.  I was

11       standing there watching.  Why is this happening

12       because we came out there to, you know, we

13       wasn't looking for no trouble or anything like

14       that.  And for this to happen.  I was looking at

15       Torry as he was laying down there and then the

16       guy ran off.  Only thing I could think of doing

17       was getting Torry out of the street.  So I held

18       him.  I applied pressure to where he was

19       bleeding the most.  And I held him until the

20       ambulance came.  And the ambulance came and then

21       I went and laid down with Aaron holding him.

22   Q.   Okay.  And in terms of your viewing the man

23       standing over Torry shooting him, did you ever

Dixon-001521

1          get a good look at the man's face standing over

2          Torry shooting him?

3    A.   No.

4    Q.   Why was that?

5    A.   Because his back was like towards me.  When he

6          went off he went off like this way so I never

7          did see his face.  All I was looking at was

8          Torry laying on the ground.

9    Q.   How was the fellow dressed that was doing the

10         shooting even though you couldn't see his face?

11   A.   He had Black jeans on and baseball cap.

12   Q.   Dark coat also?

13   A.   I believe so.

14   Q.   Okay.  So now Torry went away in the ambulance,

15         you went and stayed with Aaron.  Aaron

16         eventually went away in an ambulance also?

17   A.   Yes.

18   Q.   What did you do?

19   A.  I stayed right there on the scene until

20         everything was finished because they were going

21         to impound the car at first because they hit the

22         car.  And they told me to wait and eventually

23         they took me downtown across the street here and

Dixon-001522

```
 1              I gave a statement.

 2      Q.      Your mom's car was hit by gunshot?

 3      A.      It wasn't a hole.  I believe maybe one.  It was

 4              dented in the top.

 5      Q.      No broken glass or anything?

 6      A.      No.

 7      Q.      And you gave a statement to homicide and that

 8              was it, right?

 9      A.      Right.

10              MR. BELLING:        Okay.  Any questions for

11              Travis?

12              BY MR. BELLING:

13      Q.      You personally, do you know of any connection

14              between Mario, the guy that Torry and Aaron were

15              fighting with, and a person by the name of

16              Valentino Dixon?

17      A.      No.  I heard afterwards that they was supposed

18              to be friends or something like that, but I

19          ·   don't know.

20      Q.      But you yourself didn't know that at that time

21              and you still don't know that today other than

22              you heard it, right?

23      A.      No.
```

37

| | | |
|---|---|---|
| 1 | Q. | Okay.  Would you describe how the person that |
| 2 | | was shooting held the gun? |
| 3 | A. | Like this. |
| 4 | Q. | You're demonstrating two handed? |
| 5 | A. | Right. |
| 6 | Q. | And can you describe the firing of the gun?  Was |
| 7 | | it single shots or rapid fires? |
| 8 | A. | It sounded like it was single shots.  But it |
| 9 | | wasn't da-da-da-da, like that. |
| 10 | Q. | It was short bursts? |
| 11 | A. | Right. |
| 12 | Q. | You have some military experience? |
| 13 | A. | Right. |
| 14 | Q. | Did it sound like more like either a semi or |
| 15 | | automatic weapon? |
| 16 | A. | It sounded like an automatic weapon like a |
| 17 | | Tech-9. |
| 18 | Q. | The way the person was holding it would be |
| 19 | | consistent with an automatic? |
| 20 | A. | The Tech-9 you have to hold it right there and |
| 21 | | the barrel.  You can't hold it like that.  It is |
| 22 | | not one handed.  You can't hold it that way. |
| 23 | | Because when you shoot it it goes like that. |

38

Dixon-001524

```
 1           Because we had to shoot them in the service.  No

 2           way.  For him to hit all the people he did he

 3           didn't mean to hit Mario.  From what I gathered

 4           from what other people told me that Valentino

 5           was supposed to have gone in and apologized to

 6           his family.

 7      Q.   To Mario's family?

 8      A.   Right.

 9      Q.   Did you see Mario injured on the scene that

10           night?

11      A.   The only person I was concerned with was getting

12           Torry out of the street.  They said he was hurt,

13           but I don't know.

14           MR. BELLING:       Any other questions for

15           Travis Powell?  Okay.  I'm puttng this on the

16           record, but you don't have to answer this.  This

17           is a question by a Grand Juror.  Do you know

18           Valentino Dixon's occupation?  One, I don't

19           think you know and two I don't think you know

20           because it's not a relevant question.

21           BY MR. BELLING:

22      Q.   Did you observe the person that did the shooting

23           leave in any vehicle?
```

39

Dixon-001525

**APPENDIX 1361**

1    A.    No.

2    Q.    Did you see him show up in any vehicle?

3    A.    No. Again, like that same night somebody, a

4          girl, said she was sitting on her porch and saw

5          a car drive around two times or something like

6          that.

7    Q.    But that's nothing of your direct knowledge?

8    A.    Right.

9    Q.    Okay.  The man that you saw standing over Torry

10         and shooting him in the street, did you ever see

11         him point the gun toward your mother's car where

12         Aaron was?

13   A.    No.

14   Q.    But there was at least one bullet mark on your

15         mother's car?

16   A.    There was a bullet mark in the car and one in

17         Louie's door.

18   Q.    In the direction Aaron was?

19   A.  . Right.  Where the car was the door was, right.

20         They took pictures of everything where 't was at

21         and the wall that it had hit.

22         MR. BELLING:       Okay.  Any other questions

23         from Grand Jurors?  Okay, Travis.  Watch the

Dixon-001526

1          microphone and step down.

2                                    *    *    *

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

41

1

2       91-1476
        11/6/91
3       3:45 P.M.
        GPH

4

5       MR. BELLING:     I want to put on the record

6       one thing.  All of the information which Travis

7       testified to towards the end there in response

8       to various Grand Jury questions was for the most

9       part hearsay.  He heard that somebody said and

10     all that.  You can only decide this case whether

11     or not to vote to charge in this instance based

12     upon what he saw, what he heard.  You know his

13     direct senses not what somebody said or what he

14     heard or et cetera.  Now, before we leave today

15     I want to read into the record exhibit number 4

16     which is the medical examiner's certificate of

17     death and reads.  I hereby certify that I am a

18     duly appointed medical examiner in and for the

19     County of Erie, and I find that the competent

20     cause of death of Torriano Jackson, 19 Thatcher

21     Avenue, Buffalo, New York, was homicidal and

22     death is attributed to internal bleeding and

23     multiple gunshot wounds.  And I further certify

Dixon-001528

1    that this report is a true and correct copy of

2    the original record maintained in the medical

3    examiner's office of Erie County. Case number

4    692-91. And it's dated Buffalo, New York the

5    10th day of August, 1991. It's signed by doctor

6    Fazlollah Laghmanee who is the Chief Associate

7    Medical Examiner of Erie County. As I mentioned

8    when or maybe I didn't mention, but in any event

9    this case will not be concluded today. We will

10   ask you to put a little mental asterisk next to

11   it and continue on with it on future days as we

12   round up future witnesses and round up some

13   other matters. And before I leave I would like

14   to mention that this case has received some

15   press coverage when it occurred. And any of you

16   who may have read about that and remember it are

17   hereby charged that as a matter of law you must

18   determine this case based on what you hear in

19   this room. And it would not be proper to take

20   any information from the media in terms of

21   making your determination. Just so that's on

22   the record.

23   MR. CHIACCHIA:         Also you might see on

Dixon-001529

1    the TV that we have to prove a motive when they

2    have a murder case.  We don't have to prove a

3    motive.  You may not hear evidence of a motive.

4    Just the intent to commit a crime is all we have

5    to prove.  Okay.

6    MR. BELLING:    We'll get into the standard

7    when we do the charge eventually.  And that's

8    where we'll leave it.

9

10                      *    *    *

11

12

13

14

15

16

17

18

19

20

21

22

23

44

Dixon-001530

November 20, 1991

Dixon-001531

```
1      91-1476
       11/20/91
2      11:30 AM
       CLW
3
       (Further proceedings held on November 20, 1991.)
4

5

6      MR. BELLING:       This is the investigation of

7      the shooting of Torriano Jackson. It's entitled

8      People versus Valentino Dixon.   It's 91- 1476.

9

10                           *      *      *

11

12

13

14

15

16

17

18

19

20

21

22

23
```

1

```
 1
 2          91-1476
            11/20/91
 3          11:31 AM
            CLW
 4

 5

 6          M I C H A E L   B L A N D, sworn, testified:

 7

 8          BY MR. BELLING:

 9    Q.    Would you state your name, please, and spell

10          your last name for the court reporter?

11    A.    Michael Bland, B- L- A- N- D.

12    Q.    Your date of birth, Michael?

13    A.    6/25/71.

14    Q.    Your home address, sir?

15    A.    1195 East Ferry.

16    Q.    Your telephone number?

17    A.    I don't got no phone.

18    Q.    Yes, you do, you just told me outside. You don't

19          want me to call up and harass you.

20    A.    I don't got no phone.

21    Q.    Who do you live with there?

22    A.    My father.

23    Q.    What is his name?
```

Dixon-001533

| 1  | A. | Greg Bland. |
|----|----|----|
| 2  | Q. | Does he have a phone? |
| 3  | A. | If I don't, he don't got no phone either. |
| 4  | Q. | Anyone else live there besides the two of you? |
| 5  | A. | No, just me and him. |
| 6  | Q. | You live in the whole house or up down, what? |
| 7  | A. | Whole house. |
| 8  | Q. | Michael, this Grand Jury is investigating the |
| 9  |    | shooting of Torriano Jackson which took place in |
| 10 |    | the early morning hours of August 10th, 1991 in |
| 11 |    | the vicinity of Bailey and East Delavan.  Are |
| 12 |    | you familiar with that intersection, Michael? |
| 13 | A. | Yeah. |
| 14 | Q. | Several witnesses that I have interviewed have |
| 15 |    | mentioned that among the bystanders there that |
| 16 |    | night was Michael Bland.  Is that you? |
| 17 | A. | Yeah, that's me. |
| 18 | Q. | Tell the Grand Jury what you remember about the |
| 19 |    | night that Torry Jackson got shot? |
| 20 | A. | When I was in the Norstar parking lot. |
| 21 | Q. | Norstar parking lot is on one of the four |
| 22 |    | corners of that intersection? |
| 23 | A. | Yeah.  I was in the parking lot.  I was talking |

3

Dixon-001534

```
 1          to this girl.

 2    Q.    What was her name?

 3    A.    Rhonda Sally (sic).

 4    Q.    Okay, go ahead.

 5    A.    I seen Aaron and Torry run across the street.

 6    Q.    That's Aaron and Torry Jackson?

 7    A.    Yes.

 8    Q.    Where did they start?

 9    A.    Across from Louie's across to the drug store.

10    Q.    Running from Louie's parking lot toward the drug

11          store?

12    A.    Yeah.

13    Q.    What did you see them do when they ran across

14          the street?

15    A.    I seen Aaron and Mario about to fight.

16    Q.    That's Mario Jarmon?

17    A.    Yeah.

18    Q.    So Aaron and Mario were about to start fighting;

19          on the sidewalk or in the street on East

20          Delavan?

21    A.    They were on the sidewalk.  They wasn't like

22          fighting, they was talking.  They was having

23          words.  They didn't have no fists or nothing.
```

Dixon-001535

1    Q.    What happened then?

2    A.    I just -- I finished my conversation with that

3          girl and then I heard shots and I did like

4          everybody else, I ran.

5    Q.    Which way did you run?

6    A.    I ran like towards in back of the bank like near

7          the library.

8    Q.    If you're running down East Delavan, that would

9          be towards Cheektowaga, correct?

10   A.    Yeah.

11   Q.    Before you heard the shots, did you see anybody

12         run up to where Aaron and Torry and Mario were?

13   A.    No.

14   Q.    Did you see Fred Stansill (sic) around there

15         that day?

16   A.    Fred?

17   Q.    Was Fred around?

18   A.    Fred, I think he was up there.  There was a lot

19         of people up there.  There was a lot of people

20         up there.

21   Q.    Did you see if Aaron or Torry had a gun when

22         they went running across the street?

23   A.    I know Aaron didn't.  I know because he was

5

Dixon-001536

```
 1          waving his hand like this so like I just kept
 2          finishing my conversation with the female.  When
 3          I heard shots, I ran.
 4    Q.    The shots that you heard -- let me continue
 5          that though.  You said you know Aaron didn't
 6          have a gun because you saw his hands.  How about
 7          Torry, did you see a gun?
 8    A.    I don't know, I didn't see a gun.
 9    Q.    You didn't see a gun with Torry, no reason to
10          have one, right?
11    A.    I ain't going to say that but I don't know.
12    Q.    Did you see them come to blows, did you see the
13          Jacksons punching Mario?
14    A.    No, no.
15    Q.    There came a time that you heard gunfire?
16    A.    Yeah.
17    Q.    When you heard gunfire, did it all sound the
18          same in terms of like from one location or from
19          one kind of sound or what did it sound like?
20    A.    It was one kind of sound.
21    Q.    You heard the one kind of sound.  Was it real
22          rapid shooting?
23    A.    Yeah.
```

6

Dixon-001537

```
 1    Q.   What did it sound like to you?
 2    A.   It sounded like an Uzi or something, like that,
 3         keep shooting.
 4    Q.   Like an automatic weapon kind of thing?
 5    A.   Yeah.
 6    Q.   Shot real fast, right?
 7    A.   Yeah.
 8    Q.   That's the only shooting you heard, correct?
 9    A.   That's the only shooting I heard.
10    Q.   How long did the shooting go on for?
11    A.   It went on for like a while, went on for a
12         while.
13    Q.   And did you ever see anybody standing over Torry
14         Jackson shooting at him while he was down on the
15         street?
16    A.   No.
17    Q.   Did you ever see anybody shoot anybody?
18    A.   No, I didn't see nobody get shoot.  When I was
19         talking to the girl when I heard shots, I
20         just -- I ran.
21    Q.   And when --
22    A.   I ran. Everybody ran. It was like a crowd.  It's
23         like a crowd of people out there and when
```

7

Dixon-001538

1   everybody heard shots, you know, everybody

2   panicked and everybody just ran, you know.  So

3   even if I still would have been looking back, I

4   wouldn't have seen who did it because there was

5   too many people out there.

6   Q.   So it's your testimony that in terms of actually

7        observing someone shooting, you didn't see that,

8        is that correct?

9   A.   No, I didn't observe nobody shooting nobody.

10  Q.   You ran away towards the Cheektowaga end of

11       things?

12  A.   Yeah.

13  Q.   Down East Delavan, correct?

14  A.   Right.

15  Q.   And, by the way, do you know a guy named

16       Valentino Dixon?

17  A.   No, I don't know him.

18  Q.   You know a guy named Lamar Scott?

19  A.   No.

20  Q.   You know the Jackson brothers, Aaron and Torry,

21       correct?

22  A.   I know them.

23  Q.   Are they friends of yours?

8

Dixon-001539



1    A.    This is like hi and bye thing.  It ain't no

2    what's up, come on let's go, like that.

3    MR. BELLING:    Any questions from any Grand

4    Jurors?  Thank you, Michael.

5

6                        *      *      *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

9

Dixon-001540

January 13, 1992

Dixon-001541

1    91-1476
     1/13/92
2    10:08 AM
     CLW

3    (Further proceedings held on January 13, 1992.)

4    APPEARANCES:           CHRISTOPHER J. BELLING,
                            Assistant District Attorney
5
                            CYNTHIA L. WILLIAMS,
6                           Grand Jury Stenographer

7

8

9            (Whereupon, CERTIFIED MEDICAL RECORDS
10   were received and marked Grand Jury Exhibit 6.)

11           (Whereupon, TWO PHOTOGRAPHS were
     received and marked Grand Jury Exhibits 7 and
12   8.)

13

14

15                    *        *        *

16

17

18

19

20

21

22

23

                          1

Dixon-001542

1

2   91-1476
    1/13/92
3   10:10 AM
    CLW
4

5

6        M A R I O      J A R M O N, sworn, testified:

7

8        BY MR. BELLING:

9   Q.   Would you state your name and spell your last

10       name for the stenographer?

11  A.   Mario Jarmon, J- A- R- M- O- N.

12  Q.   Your home address, Mario?

13  A.   1122 East Delavan.

14  Q.   Your date of birth?

15  A.   12/23/71.

16  Q.   And who do you live with at 1122 East Delavan?

17  A.   My mother.

18  Q.   What is her name?

19  A.   Lillie Jarmon.

20  Q.   And do you know a person by the name of

21       Valentino Dixon?

22  A.   Yes, I do.

23  Q.   How long have you known Valentino Dixon?

Dixon-001543



| | | |
|---|---|---|
| 1 | A. | I'd say five years. |
| 2 | Q. | Would you rate yourself as one of his friends? |
| 3 | A. | Yes. |
| 4 | Q. | Do you know his two half brothers? |
| 5 | A. | Yes. |
| 6 | Q. | What are their names? |
| 7 | A. | Leonard Brown -- Leonard Brown, Twan Shannon. |
| 8 | Q. | Twan Shannon? |
| 9 | A. | Yes. |
| 10 | Q. | Do you know his true name to be Antwan Shannon? |
| 11 | A. | Yeah. |
| 12 | Q. | I want to call your attention to the night of |
| 13 | | August the 10th, 1991. Do you remember that |
| 14 | | particular night? |
| 15 | A. | Yes, I do. |
| 16 | Q. | Do you remember being out in the vicinity of |
| 17 | | Bailey and Delavan at that time? |
| 18 | A. | Yes, I do. |
| 19 | Q. | As a matter of fact your house is right down the |
| 20 | | street from Bailey and Delavan, isn't it? |
| 21 | A. | Yes. |
| 22 | Q. | I want you to describe for the Grand Jury what |
| 23 | | happened that night in terms of you're coming |

3

Dixon-001544

```
 1              into contact with a couple of fellows named

 2              Aaron and Torri Jackson.  Keep your voice up.

 3      A.      Me, Leonard and Antwan seen Aaron Jackson and we

 4              approached him, told him about pulling a gun to

 5              Antwan's head.

 6      Q.      This is something that happened before, the

 7              claim that Aaron Jackson had put a gun to

 8              Antwan's head?

 9      A.      Yes, two weeks before.

10      Q.      On this time, August 10th, you and the two half

11              brothers are going to confront Aaron?

12      A.      Yes.

13      Q.      Where is the car?

14      A.      Across the street in the Norstar parking lot.

15      Q.      Little yellow car?

16      A.      Yes.

17      Q.      Do you know whose car it was?

18      A.      Travis's mother, I believe.

19      Q.      Travis Powell?

20      A.      Yes.

21      Q.      You first have a confrontation with him in the

22              Norstar parking lot?

23      A.      Yes.
```

4

Dixon-001545

```
 1    Q.   How does that confrontation end up?

 2    A.   We asked him a couple of questions.  He just got

 3         hyper and started going off like making threats

 4         and he say I'll be right back.  He got Travis

 5         and drove away.  I'd say about twenty minutes

 6         later they had his brother and Travis.  They

 7         came back looking for us.

 8    Q.   Now it's Travis, Torri Jackson and Aaron Jackson

 9         all in a little yellow car?

10    A.   Yes.

11    Q.   They come back to the vicinity where you are?

12    A.   We was sitting in my driveway in my car.

13    Q.   Your driveway at 1122 is a little ways down from

14         that intersection going towards the city,

15         correct?

16    A.   Right.

17    Q.   And it's also on the same side of the street as

18         the drug store that is on that corner, right?

19    A.   Right.

20    Q.   Where were you when you first saw them coming

21         back around in the little yellow car?

22    A.   We was in my driveway in the driver's seat and

23         there was like I guess they was like looking for
```

5

Dixon-001546

1           my house.

2    Q.    Sort of cruising slow down there?

3    A.    Yeah, looking around.

4    Q.    When you saw them, what did you do?

5    A.    We laughed.  Me, Leonard and Twan laughed.

6    Q.    Did anybody at that point in time make a phone

7           call to Valentino to get him to come over?

8    A.    Yes, Twan beeped Valentino.

9    Q.    What do you mean beeped him, telepager?

10   A.    Yes.

11   Q.    He had to go in the house and use the phone?

12   A.    Right.

13   Q.    Is it a voice pager or just to get him to come

14          over?

15   A.    Just to get him to come over.  I'm not sure.

16          Valentino came about ten minutes after that.

17   Q.    Okay.  By the time Valentino was there, where

18          were the Jacksons and Travis Powell?

19   A.    They had drove away.

20   Q.    What happened next?

21   A.    Well, after that, after Tino pulled up, LaMorr

22          came.

23   Q.    LaMorr is LaMarr Scott?

6

Dixon-001547

1    A.  Yes.

2    Q.  Tino came first and then LaMarr came?

3    A.  Yes.

4    Q.  How did LaMarr get there?

5    A.  I think he was on a Moped, bike, something like

6        that.

7    Q.  How did Valentino get there?

8    A.  He drove.

9    Q.  They showed up not together but close in time?

10   A.  Close in time, yeah.

11   Q.  Did either of them have a weapon that you could

12       see when they arrived?

13   A.  LaMorr.

14   Q.  What kind of weapon was it?

15   A.  I believe it was an automatic one.

16   Q.  A machine gun-type thing?

17   A.  Yeah.

18   Q.  Had you ever seen that gun before?

19   A.  No.

20   Q.  Now, after they were both there, what was done

21       with the gun?

22   A.  LaMorr asked me to put it in my hallway because

23       I told him it wasn't going to be necessary to

7

1          use that.

2     Q.   Okay.

3     A.   He put it in my hallway and we walked to the

4          store, back to the corner store to get some

5          beer.

6     Q.   Who is we at this point, how many people went?

7     A.   Me, Twan, LaMorr and Valentino.

8     Q.   So that's five people including yourself?

9     A.   Leonard stayed at my house.

10    Q.   Leonard stayed. It's four people including

11         yourself?

12    A.   Right.

13    Q.   Now, you go down to the store. What happens

14         when you get down there?

15    A.   Okay. We get right by the mailbox and we see

16         Travis pulling back up and they like pointing in

17         the car. They pointing at us, we going to get

18         you, waving a gun and everything. They pulled

19         in Louie's parking lot. I stayed there, Twan,

20         LaMorr and Tino ran back to his house. I stayed

21         there.

22    Q.   You're there alone when the car stops. What

23         happens then?

8

Dixon-001549

1    A.    They come out the car with a gun. Torri had the

2          gun.

3    Q.    Torri Jackson?

4    A.    Yes.

5    Q.    Okay.

6    A.    And Aaron had like a knife, box cutter,

7          whatever. I don't know. I don't know where

8          Travis went.

9    Q.    You don't know where Travis went?

10   A.    No. He was there but there was a lot of people

11         trying to break it up. They was coming at me

12         trying to corner me.

13   Q.    Let me stop you a second. You know a kid whose

14         street name is Rabbit, his real name John

15         Sullivan?

16   A.    Yes.

17   Q.    Was he one of the ones trying to break it up?

18   A.    I believe so, he was.

19   Q.    Right in the fray though, right?

20   A.    Yeah.

21   Q.    Okay. Now --

22   A.    Him and another guy named John.

23   Q.    Okay. So what happens then?

9

Dixon-001550

1    A.    Well, Torri was like said a comment like I
2          thought we was cool.  I replied I thought we was
3          cool, too.  He swung and nicked me with a gun on
4          the side of my head.
5    Q.    He didn't shoot it, he swung it at you?
6    A.    Yeah, he nicked me on the side of my head.  I
7          was bouncing around.  I wouldn't get cornered.
8          I said what is up.  He said I got a bullet full
9          of your A.  He shot me.  I kept coming at him.
           He shot me again.  I think he shot me another
10         time.  I grabbed him and I threw him in the
11         street and hitting him in his face, Aaron came
12         from the left side.  He swung the knife and I
13         jumped up and hit him some way.  By that time
14         LaMarr was shooting.  He heard the gun shots.
15   Q.    Let me take you back a little bit then.  Torri
16         Jackson comes out with what type of gun, how
17         would you describe it?
18
19   A.    Revolver.
20   Q.    Big one or little one?
21   A.    Little one.
22   Q.    Did you hear the three shots that he fired at
23         you?

                              10

Dixon-001551

1    A.    Well, I know I heard two, two.

2    Q.    You know you heard two?

3    A.    Yes.

4    Q.    When the first shot was fired, did you feel

5          anything hit your body?

6    A.    No.

7    Q.    When the second shot was fired, did you feel

8          anything?

9    A.    I didn't.

10   Q.    If there was a third shot, did you feel that hit

11         you?

12   A.    I didn't feel none of the shots.  I just heard

13         the pop, pop.

14   Q.    Okay.  It's your testimony under oath in this

15         Grand Jury that you could see Torri Jackson

16         shooting you and you didn't feel being shot but

17         he was shooting towards you, right?

18   A.    Yes.

19   Q.    And he shot at least two times, maybe three

20         times?

21   A.    Yes.

22   Q.    Now, you say at that point LaMarr comes up.

23         What does LaMarr do?

Dixon-001552




```
 1    A.   LaMarr is standing like in the store's parkway.

 2         He started shooting.

 3    Q.   He started shooting with what?

 4    A.   The automatic.

 5    Q.   And describe exactly what LaMarr does when he's

 6         shooting with the automatic?

 7    A.   Well, all I heard him shoot a couple of shots.

 8         I was trying to get out of there so I wouldn't

 9         get hit.  I ran around the corner.

10    Q.   Did you feel yourself get hit by anything while

11         LaMarr was shooting?

12    A.   I was all emotion.  I broke my finger, I slipped

13         and broke my finger.

14    Q.   Did you see anyone get shot by LaMarr, anybody

15         go down apparently hit?

16    A.   No, I didn't see none.  I was around the corner.

17    Q.   How many shots did you hear LaMarr shoot?

18    A.   About twenty rounds.

19    Q.   A lot of shots?

20    A.   Yes.

21    Q.   But it's your testimony that you couldn't see if

22         he hit anybody, is that correct?

23    A.   Yes.
```

Dixon-001553



**APPENDIX 1389**



```
 1    Q.    Could you see where he was when he was shooting?

 2    A.    Yes.

 3    Q.    Where was he?

 4    A.    When I glanced back and seen him shooting and

 5          heard the shots, I just ran.  He was standing in

 6          the parking lot, in the parkway.

 7    Q.    Now, he was either in the street or on the

 8          drugstore side, wasn't he?

 9    A.    Yes, on the sidewalk like.

10    Q.    He was shooting towards the corner and towards

11          Louie's, right?

12    A.    Well, I really can't say.

13    Q.    Did you see him move up on anybody and stand up

14          over him and shoot into him while he was on the

15          ground?

16    A.    No.

17    Q.    That was because you were running the other way?

18    A.    I was running.

19    Q.    Towards the university or the other way?

20    A.    Well, it's on the left-hand side.

21    Q.    You turned left towards UB, right?

22    A.    Yes.

23    Q.    And you stayed there until the police or
```

13

Dixon-001554

```
 1          ambulance found you?

 2     A.   Well, one of my friends came by and helped me

 3          out, told me to lay on the ground.

 4     Q.   Eventually you found you were wounded and you

 5          ended up spending some time in the hospital,

 6          right?

 7     A.   Yes.

 8     Q.   And the hospital you went to is ECMC, right?

 9     A.   Yes.

10     Q.   You were admitted that night, the night of

11          August 10th or early on the 11th, whichever?

12     A.   Yes.

13          MR. BELLING:        Any questions for Mario

14          Jarmon from the Grand Jury?  Okay, you can step

15          down.  You're all done.

16

17                        *      *      *

18

19

20

21

22

23
```

14

Dixon-001555

```
 1

 2      91-1476
        1/13/92
 3      10:22 AM
        CLW
 4

 5

 6      J A M E S   R.   D I E G E L M A N, sworn,

 7      testified:

 8

 9      BY MR. BELLING:

10   Q.    Would you state your name and spell your last

11         name for the record, please?

12   A.    James  Diegelman, D- I- E- G- E- L- M- A- N.

13   Q.    You're a Buffalo police officer, sir?

14   A.    Yes, I am.

15   Q.    How long have you been a Buffalo police officer?

16   A.    A little over twenty-three years.

17   Q.    Your current assignment?

18   A.    Precinct sixteen.

19   Q.    Is precinct sixteen near the corner of Bailey

20         and Delavan in general terms?

21   A.    Yes.

22   Q.    Did you have occasion on August 10th, 1991 to be

23         called to that corner in regards to a shooting?
```

15

Dixon-001556



```
 1    A.   Yes.  There was a radio dispatch of shots fired
 2         at that corner.
 3    Q.   Is that corner actually in your precinct though?
 4    A.   Well, one half of it is and the other half is on
 5         precinct eleven side.
 6    Q.   That's the dividing line between two precincts?
 7    A.   Yes, it is, sir.
 8    Q.   Okay.  Did you go to the scene at that time that
 9         night?
10    A.   Yes, I did.
11    Q.   And pursuant to your involvement, did you have
12         occasion to recover a small handgun at the
13         scene?
14    A.   Yes, I did.
15    Q.   Was there any other weapon recovered at the
16         scene?
17    A.   No other weapon was recovered at the scene.
18         There were a large amount of shell casings
19         recovered from a different weapon.
20    Q.   The shell casings were what type?
21    A.   They were shell casings from an Uzi.
22    Q.   Nine millimeter type weapon?
23    A.   Yes.
```

Dixon-001557



1    Q.    The weapon you recovered was what?

2    A.    Without looking at my notes, I think it was a

3          thirty-two.

4    Q.    A little revolver?

5    A.    Yes.

6    Q.    I want to show you a photograph, Grand Jury

7          Exhibit Number 8.  Is that the little weapon you

8          recovered?

9    A.    Yes, that is the one I found on the street.

10   Q.    Exhibit 7 is you pointing to it on the street?

11   A.    Yes, it is.

12   Q.    After you recovered that weapon, Officer

13         Diegelman, did you examine it?

14   A.    Yes.

15   Q.    And it was a revolver, correct?

16   A.    It was a revolver, yes.

17   Q.    And when you examined it to see whether it was

18         loaded or not, what did you find in it?

19   A.    I found one empty shell in it.

20   Q.    One empty shell casing?

21   A.    Yes.

22   Q.    All the rest of the cylinders were empty?

23   A.    Right.

Dixon-001558



1   Q.   So you're probably more versed in weaponry than

2         I am but that would mean at the most that gun

3         could have been fired only once if it had only

4         one bullet in it?

5   A.   Correct.

6   Q.   When you got it, it had an empty shell casing.

7         At some point in time that gun had been

8         discharged?

9   A.   Correct.  I smelled the front of the gun but

10        there was so much gunpowder in the air because

11        we were there only a couple of minutes after the

12        incident, it was tough to verify whether it had

13        been fired recently.  It did not seem to but I

14        couldn't swear to it.

15   Q.   That weapon turned out to be a thirty-two

16        caliber H & R revolver, correct?

17   A.   Right.

18   Q.   It's absolutely clear that that had only one

19        spent casing, correct?

20   A.   Right.

21        MR. BELLING:     Any questions from any Grand

22        Jurors?  Thank you.

23

18

**APPENDIX 1395**

1          (Whereupon, a FINGERPRINT CERTIFICATION
2     was received and marked Grand Jury Exhibit 9.)

3

4     MR. BELLING:        I want to read two pieces of

5     documentary evidence before we go any further.

6     Mario Jarmon's medical records are here.   They

7     reflect injury which from my review seems to

8     constitute serious physical injury.   They show

9     through and through bullet wounds.   No bullets

10    were recovered in his body that we can match

11    with anything.   They do show that he was wounded

12    only twice.   He had one through and through

13    wound and he has one grazing wound.   He does not

14    have three wounds.   Those records are Exhibit 6

15    by the way.

16          The second piece of evidence that I

17    think you should know about at this point in

18    time is Grand Jury Exhibit 9 which is a

19    certification from the Buffalo Police Department

20    and it's regarding the fatal shooting of

21    Torriano Jackson.   It reads as follows.   On

22    Saturday, August 10th, 1991 at 2:20 hours I was

23    requested by the Homicide Section to assist them

19

1    in regard to the above mentioned fatal

2    shooting.   During the course of this

3    investigation a certain thirty-two caliber H & R

4    revolver came into my possession.   I received

5    this item from Police Officer Rochelle Brown who

6    is Diegelman's partner at the scene.   I did

7    examine this article and performed a latent

8    fingerprint examination on same.   My results

9    would be described as negative due to the fact

10   that although latent prints were developed, they

11   lack significant identifiable ridge detail for

12   comparable purposes. They were there before

13   discharge.   It's signed by Henry Smardz,

14   detective in the evidence unit and sworn to

15   before a Commissioner of Deeds.

16

17                    *        *        *

18

19

20

21

22

23

20

Dixon-001561

```
 1

 2              91-1476
                1/13/92
 3              10:30 AM
                CLW
 4

 5

 6              L E O N A R D   B R O W N, sworn, testified:

 7

 8

 9                        (Whereupon, a PHOTOGRAPH was received
                and marked Grand Jury Exhibit 10.)
10

11

12              BY MR. BELLING:

13       Q.     I want you to state your name and spell your

14              last name for the stenographer, please?

15       A.     Leonard Brown, B- R- O- W- N.

16       Q.     Your date of birth, Mr. Brown?

17       A.     12/7/70.

18       Q.     Your home address?

19       A.     63 Fay.

20       Q.     Who do you live with at 63 Fay?

21       A.     My mother.

22       Q.     What is her name?

23       A.     Annie Shannon.
```

21

**APPENDIX 1398**

| | | |
|---|---|---|
| 1 | Q. | And what is your father's name? |
| 2 | A. | Samuel Brown. |
| 3 | Q. | Do you go to school or work or what? |
| 4 | A. | I work. |
| 5 | Q. | Where do you work? |
| 6 | A. | Sheraton Hotel. |
| 7 | Q. | The one out -- |
| 8 | A. | Walden. |
| 9 | Q. | By the Galleria? |
| 10 | A. | Yeah. |
| 11 | Q. | Okay. Are you related to Valentino Dixon? |
| 12 | A. | No, no relation really. |
| 13 | Q. | Isn't he your half brother? |
| 14 | A. | He not my half -- he's half brother like cause |
| 15 | | my father -- I don't have the same father as my |
| 16 | | brother but my mother like was with his father. |
| 17 | | His father raised me as we was growing up |
| 18 | | because my mother broke up with his father. |
| 19 | Q. | What is Valentino's father's name? |
| 20 | A. | Robert. |
| 21 | Q. | Robert Dixon? |
| 22 | A. | Robert Bryant. |
| 23 | Q. | Robert Bryant? |

22



```
 1    A.    Yeah.

 2    Q.    You know Robert Bryant because he was around

 3          when you were being raised, right?

 4    A.    Yeah.

 5    Q.    Is Robert Bryant still living with your mom on

 6          Fay Street?

 7    A.    No.

 8    Q.    Now, the night of August 10th, 1991, or the

 9          early morning hours, were you present at the

10          corner of Bailey and East Delavan when a

11          shooting took place?

12    A.    Yes.

13    Q.    Why don't you describe for the Grand Jury the

14          events starting from your first encounter with

15          Aaron and Torri Jackson through the shooting.

16          I'll let you do the narrative.

17    A.    Okay.  It was me, Mario and Twan.  That's my

18          little brother.  We was walking up the street.

19          We went to the store, went in the store and my

20          little brother came in the store.  I was up to

21          the counter and my little brother came in the

22          store and said Leonard, come here, come here,

23          come here.  I put everything down and ran out
```

23



```
 1            the store.  It was like Aaron because they

 2            had -- Aaron had put a gun on him.

 3      Q.    On Antwan Shannon?

 4      A.    Torri had put a gun on me.  They was

 5            altogether.  They told him to get on his knees

 6            like two weeks before that.

 7      Q.    Okay.

 8      A.    At a party.  We was going over there to confront

 9            him.

10      Q.    Take your time, no rush.

11      A.    We was going over there to confront him.  We

12            went over across the parking lot.  He was

13            sitting in the driver's seat of the car, the

14            passenger seat.

15      Q.    A little yellow car?

16      A.    Yeah.  We was like -- it was like why did you

17            put a gun on my brother for.  He started getting

18            all loud and everything.  He said my other

19            brother, you know who I am, my other brother

20            just died because his other brother died like

21            two weeks before that, something like that.

22      Q.    Right.

23      A.    And he was like you know who I am.  Then he
```

24

```
 1              jumped over on the passenger -- I mean the
 2              driver's side, pulled off and then his friend
 3              Travis got in the car, too.  They was like just
 4              stay right here and we going to come back and
 5              smoke all of you.
 6       Q.    Who said that?
 7       A.    That's what Aaron said.
 8       Q.    Okay.
 9       A.    Then they drove off.  So we walked down to Mario
10              house and we just see the yellow car. We in
11              Mario driveway.  They couldn't see us.  His
12              house is on Delavan.  They was riding by.  They
13              rolled by and they ain't see us and they got
14              more people in the car this time.  So they ain't
15              see us.  We walked back up to Delavan.  Then we
16              seen LaMorr.  LaMorr came on the bike.  We seen
17              LaMorr riding down the street on a bike.
18       Q.    Which street was he riding down?
19       A.    Delavan.
20       Q.    From the Chevy Plant or Cheektowaga?
21       A.    Chevy.
22       Q.    Okay.
23       A.    He was coming.  We got in the house.  I guess he
```

25

Dixon-001566

```
 1              was coming from Chevy.  We was right in front of
 2              his house.  I was coming up the driveway when I
 3              seen LaMorr.
 4      Q.      What about Valentino Dixon?
 5      A.      He wasn't there.
 6      Q.      He wasn't there when LaMarr got there?
 7      A.      Uhn-nun.
 8      Q.      Go ahead.
 9      A.      LaMorr came.  We was telling him we got a beef
10              and everything with them.  They said they was
11              going to come and shoot.
12      Q.      Take your time.  You sound like you're very
13              nervous.  This poor lady has to take everything
14              down.  It hard when you talk real fast and
15              jittery.
16      A.      We seen LaMorr and told him there was a beef and
17              everything.  They kept riding around in a
18              circle.
19      Q.      Now Valentino was still not there?
20      A.      No, he was never there, not yet.
21      Q.      Okay.
22      A.      LaMorr, he was going to come right back.  I got
23              a beef with him, I'll be right back.  LaMorr
```

26

Dixon-001567

| | | |
|---|---|---|
| 1 | | left.  We walked on Delavan then. |
| 2 | Q. | Who all walks up on Delavan? |
| 3 | A. | Me, Mario and Twan. |
| 4 | Q. | Just the three of you? |
| 5 | A. | Yes. |
| 6 | Q. | Where do you go? |
| 7 | A. | To the store. |
| 8 | Q. | Drugstore on your side of the street, on Mario's |
| 9 | | house side of the street? |
| 10 | A. | Yeah.  Then we seen Tino.  First we called Tino. |
| 11 | | We called him first. |
| 12 | Q. | Okay. |
| 13 | A. | Then we seen him coming down Bailey and we waved |
| 14 | | him down. |
| 15 | Q. | Tino comes down Bailey? |
| 16 | A. | Yeah. |
| 17 | Q. | And you and Mario and Twan are there? |
| 18 | A. | Uh-huh. |
| 19 | Q. | You wave him down? |
| 20 | A. | Yeah, we stopped him.  He pulled over. |
| 21 | Q. | Okay, he pulls over on Bailey? |
| 22 | A. | No. He pulled over down the street.  We stopped |
| 23 | | him.  He ain't pull over right then.  He rode |

27

Dixon-001568

1      and turned around and we started walking down

2      Delavan towards Mario house.  Then he pulled

3      over and we was talking to him.  We was telling

4      him what went on.  Then LaMorr came coming

5      back.  It was like something like ten, fifteen

6      minutes later because we was sitting there

7      because then they rode past again.  They ain't

8      see us.  We all back in the backyard because the

9      way Mario house is, he sit back on Delavan.  You

10     can't see when you're riding around.

11  Q.  So now Valentino is with you but LaMarr is not

12     there?

13  A.  No.  Then LaMorr come on a bike.  He got a

14     little book bag, package with him.  He came in

15     the driveway. Then he went, took the whatever

16     bag back in the back.

17  Q.  Back of Mario's house?

18  A.  Yeah.

19  Q.  Okay.

20  A.  Then Tino, Twan, LaMorr and Mario walk up to the

21     store on Delavan right there.  They was going to

22     get some beer.  They walk up there.  Then they

23     come -- while they walk up there, I stayed

28

Dixon-001569

1    there.  I stayed.

2    Q.   You stayed at Mario's house?

3    A.   Yeah, because they told me to stay there and see

4         if they ride back by again.

5    Q.   Okay.

6    A.   They went up to the store.  Torri and them was

7         riding right by at the same time.  I seen them

8         all.  They was like at the corner of Bailey and

9         Delavan.  They was talking.  I don't know what

10        they was talking about.  I was down the street.

11   Q.   Let me stop you a second.  When you say you saw

12        them all, was it Torri and Aaron and --

13   A.   And a lot of people in the back seat of the car,

14        like three people in the back seat of the car.

15   Q.   Besides Torri and Aaron?

16   A.   They was in the yellow car.

17   Q.   There is Travis Powell, Torri and Aaron, anybody

18        else in the car?

19   A.   Yeah, it looked like there was at least three

20        people in the back seat.

21   Q.   Leonard, calm down.  Assuming you're telling the

22        truth, you don't have anything to be nervous

23        about.  Okay.  Now, when they're out of the car,

29

Dixon-001570

```
 1            who are they talking to in the street?
 2    A.      Okay.  When they jumped --  they didn't jump out
 3            of the car.  When they jumped out, they ain't
 4            jump out.  They pulled in the parking lot.
 5    Q.      Pulled in the parking lot of Louie's?
 6    A.      Yes.
 7    Q.      After they did that, what did you see happen?
 8    A.      I seen them run across the street.  It was like
 9            four of them.
10    Q.      Four of them?
11    A.      They ran across the street.
12    Q.      Okay.
13    A.      And then it was like four of them.  Then Twan,
14            Tino and LaMorr come running back down.  They
15            was saying something in the car at the light
16            because they had to stop at the red light first
17            because they could turn in Louie's.  I don't
18            know what they said.  I wasn't down there.
19    Q.      Okay.
20    A.      Then they made a right, pulled up in Louie's
21            parking lot and Twan, Tino and LaMorr ran down
22            towards Mario house.
23    Q.      Okay.
```

30

Dixon-001571

| | | |
|---|---|---|
| 1 | A. | And Mario stayed there, stayed at the corner and |
| 2 | | then I seen them running across the street. |
| 3 | | Then I seen all four of them jumping on Mario. |
| 4 | | He was like fighting off four of them. |
| 5 | Q. | Okay. |
| 6 | A. | Then LaMorr came.  They all came running down. |
| 7 | | LaMorr ran in the backyard. |
| 8 | Q. | Let me stop you a second.  When all four of them |
| 9 | | were fighting with Mario, did any of these |
| 10 | | people have weapons? |
| 11 | A. | Yeah. |
| 12 | Q. | Okay, who had weapons and what did they have? |
| 13 | A. | Torri had a gun.  I don't know what kind of gun |
| 14 | | it was. |
| 15 | Q. | Could you see that he had a gun from where you |
| 16 | | were? |
| 17 | A. | Yeah, he had a gun. I seen the gun and I heard |
| 18 | | the gun just shoot. |
| 19 | Q. | How many times did he shoot at Mario with the |
| 20 | | gun? |
| 21 | A. | I heard like one, one shot first. |
| 22 | Q. | Okay. |
| 23 | A. | Then I heard like one shot because we was |

31

Dixon-001572

```
 1              running up the street.  I only heard him shoot
 2              the gun two times.  I only heard him shoot the
 3              gun two times.
 4       Q.     You only heard Torri Jackson shoot the gun two
 5              times?
 6       A.     Yes.
 7       Q.     Saw Torri with the gun beforehand?
 8       A.     No.  See, when I was down the street, they
 9              came.  Tino and Twan and LaMorr come running
10              down the street.  Then LaMorr run in the
11              backyard.  I stayed down there until they get
12              all the way down there.  Mario is still up here
13              fighting with them.  They all around him.  Now
14              I'm running up the street when Tino and Twan
15              come down the street.  When I was going up the
16              street, I seen LaMorr shuffling the gun in his
17              hands running up the street.  Then I heard Torri
18              fire off.  He fired off twice.  He fired off one
19              time.  Then there was another shot.  He went and
20              waited fifteen seconds later and fired off
21              again.
22       Q.     He's shooting at Mario?
23       A.     Yeah.
```

32

Dixon-001573

1    Q.    Okay.

2    A.    Then because I guess it was -- they said it was

3          a little twenty-two.  When he shot Mario, it

4          ain't just knock him down.  He was still trying

5          to fight him.

6    Q.    Did you see Mario at all when he got hit, did he

7          react or say I'm hit or anything?

8    A.    Yeah, you could see him.  He was hit but he was

9          still, he was still trying to fight.

10   Q.    Did you hear him cry out, did he say oh, I'm

11         hit?

12   A.    Yeah, he was hurting though.  He didn't cry out

13         and say I'm hit.  You could hear him while he

14         was wrestling.

15   Q.    Okay, so LaMarr is coming?

16   A.    Yeah.

17   Q.    Take it from there.

18   A.    I was running first.  I had a bottle in my

19         hands.  I ran up there and then LaMarr come

20         running.  He was in back of me.  Tino was in

21         back of LaMorr and Twan was in back of Tino.

22         LaMarr come running up on Bailey and started

23         shooting everywhere.  He started shooting,

33

Dixon-001574

```
 1              shooting everybody, just shooting, just started
 2              shooting.  Everybody was --  at first I didn't
 3              think no bullets was in the gun, he was shooting
 4              so much.  Nobody was falling. Everybody just
 5              started dropping down.
 6        Q.    Did you see when Torri Jackson fell down?
 7        A.    Yeah, I seen when everybody fell down.
 8        Q.    After Torri Jackson fell down, what happened?
 9        A.    When he was shooting, when Torri Jackson fell
10              down, LaMarr was shooting.
11        Q.    Did you see when LaMarr ran up and stood over
12              Torri and shot him while he was down on the
13              ground?
14        A.    Well, I seen when Torri was on the ground.
15        Q.    Okay.  We've had other witnesses in here who
16              testified and all of them testified that when he
17              was down, the guy with the machine gun ran up
18              and stood over him and shot him.  Did you see
19              that part?
20        A.    Ran up to him when he was on the ground, I
21              seen -- yeah, he was shooting.
22        Q.    You saw LaMarr shoot him when he was down on the
23              ground?
```

34

Dixon-001575

1    A.    He was shooting.  Yeah, he was shooting the

2          gun.  Everybody was on the ground.  He was

3          shooting.  Like the gun wouldn't stop.  He

4          just --

5    Q.    Let me stop you.  Let me stop you a second.  Did

6          you see it when LaMarr had the gun pointed down

7          at the ground and was shooting into Torri

8          Jackson laying on the ground?

9    A.    Just shooting just exactly at him?

10   Q.    Right.

11   A.    No, I didn't see him shooting exactly.

12   Q.    You didn't see that?

13   A.    Like he was down on the groung but he just like,

14         like shooting at him like that.

15   Q.    The reason you didn't see it is because if you

16         saw that, that would ruin LaMarr's claim that

17         this was self-defense, wouldn't it?

18   A.    I didn't see that.  I didn't see him shoot him

19         on the ground like that.

20   Q.    So you would disagree with the other witnesses

21         who said they did see that?

22   A.    Who said --

23   Q.    You were watching it, right?

35

Dixon-001576

1    A.    I was right there, yeah.

2    Q.    So you would disagree with other witnesses who

3          say that whoever had the machine gun stood over

4          Torri and unloaded it into him while he was

5          down?

6    A.    Just over him and unloaded the whole thing on

7          him?

8    Q.    Not the whole thing, several shots?

9    A.    Just standing over him on top of him?

10   Q.    Yeah.

11   A.    I would say I disagree with that but he did

12         shoot him while he was on the ground but he

13         didn't jump all over him and shoot him like

14         that.

15   Q.    Okay.

16   A.    He did shoot him while he was on the ground.

17   Q.    After that, what happened?

18   A.    So then we started -- everybody was scared.  I

19         looked at Tino and then Tino looked at me.  Twan

20         looked at me.  Tino started running first down

21         the street. Twan started running and I started

22         running.  LaMorr was the last one.  We didn't

23         know where Mario was at.  Mario was around the

36

Dixon-001577

```
 1        corner because he had got shot.  We didn't know
 2        how bad he was hurt.  We thought it was because
 3        he was fighting.  They say his lungs collapsed
 4        and everything.  Then we was running up the
 5        street.  Tino jumped in his car, pulled off.
 6        LaMorr ran with the gun, ran in the backyard,
 7        ran in Mario's backyard.  Me and Twan went in
 8        Mario's house.  LaMorr ran in the backyard,
 9        running back.  He ran in the backyard and jumped
10        the fence and came back.
11   Q.   Didn't LaMarr hide the gun in the backyard?
12   A.   He hid the gun somewhere.  I ain't know.  He hid
13        the gun somewhere.  He had to.
14   Q.   Eventually didn't you tell LaMarr you got the
15        gun and took care of it?
16   A.   Did I say that?
17   Q.   Yes?
18   A.   No.
19   Q.   If LaMarr in his sworn statement told the police
20        you got the gun, that was wrong?
21   A.   Yeah, that was wrong.If he told the police that,
22        that was wrong at the time.  I don't know what
23        he was saying right then.
```

37

Dixon-001578

**APPENDIX 1414**

```
 1    Q.    Now, let me show you an Exhibit here.  Let me
 2          show you an Exhibit.  I want to show you Grand
 3          Jury Exhibit Number 10.  Why don't you tell me
 4          what that is a picture of?
 5    A.    This --
 6    Q.    Is that a picture of your half brother Valentino
 7          Dixon with a machine gun in his lap?
 8    A.    Yeah.
 9    Q.    Do you know where that was taken?
10    A.    No, I ain't too familiar with the house.
11    Q.    Is that the same machine gun that LaMarr had
12          that night?
13    A.    No, it's not that big.
14    Q.    Okay.
15    A.    The gun he had was like this big.
16    Q.    Smaller machine gun, just for the record you're
17          gesturing about two feet like?
18    A.    This big because LaMorr can hide it in his
19          jacket.  When he was running up the street, he
20          was taking it out of his jacket running with it
21          at the same time.  It's not that long.  It's
22          like this big, something like this.
23    Q.    Now, LaMarr came back then you say, right?
```

38

```
 1    A.   Yeah.

 2    Q.   Okay.  Then later that night all of you guys

 3         went your separate ways?

 4    A.   Yeah.

 5    Q.   Now, two days later didn't Robert Bryant, you,

 6         your mother and Antwan go out and find LaMarr?

 7    A.   Uhn-nun.  LaMorr always kept in touch with my

 8         father.

 9    Q.   LaMarr kept in touch with your father and on the

10         night of August 12th, two days later, didn't

11         your whole family go pick up LaMarr and take him

12         to 63 Fay?

13    A.   No.  LaMorr came over there.

14    Q.   Came over to 63 Fay?

15    A.   No, he didn't come over to 63 Fay.  He came over

16         to my father's house.

17    Q.   Which is where?

18    A.   Well, they all met up on Goodyear.

19    Q.   That's your father's house on Goodyear?

20    A.   Uhn-nun.  They was altogether.  They met up.

21         Somehow they all met up together.

22    Q.   Who is they, who all met up on Goodyear?

23    A.   It was LaMorr, my father, Arnece (sic).
```

39

Dixon-001580

```
 1    Q.   Who is your niece?

 2    A.   Arnece.

 3    Q.   Arnece, okay.  Arnece is her name, okay.

 4    A.   That's it.

 5    Q.   So they met on Goodyear.  Then they came to 63

 6         Fay Street?

 7    A.   Yeah, because LaMorr say he wanted to testify

 8         because Tino didn't do it.  He say he did it.

 9    Q.   So from 63 Fay Street somebody called Channel 2

10         News, right?

11    A.   Yeah.

12    Q.   Who called?

13    A.   My mother did.

14    Q.   And your mother called Channel 2 News because

15         LaMarr was going to confess to it, right?

16    A.   Yeah.  He wanted to confess.  He scared to go

17         right to the police.  He say he ain't going to

18         the police.

19    Q.   LaMarr was there at 63 Fay Street with you and

20         Twan, right?

21    A.   Yeah.

22    Q.   Your mother and your father, right?

23    A.   Yeah.
```

40

Dixon-001581

1    Q.    And Arnece, whoever she is?

2    A.    Uh-huh.

3    Q.    Arnece is Valentino's girlfriend, isn't she?

4    A.    Yeah.

5    Q.    All these people are there and LaMarr is going

6          to call Channel 2 News because he's going to

7          confess?

8    A.    Yeah.

9    Q.    Then a bunch of you went in a car and took him

10         to the corner of Genesee and Bailey where he met

11         Channel 2, right?

12   A.    Yeah.

13   Q.    You were all in the car?

14   A.    I wasn't in a car. I was on a bike.

15   Q.    Too many people to get all in a car?

16   A.    Yeah.  The car was small.

17   Q.    You're all over and standing around when Channel

18         2 News shows up?

19   A.    Yeah.

20   Q.    You ever seen the videotape of that?

21   A.    Yeah.

22   Q.    Your father is in the background of the

23         videotape?

41

Dixon-001582

1    A.    Yeah.

2    Q.    As a matter of fact Channel 2 wants to talk to

3          him and he says he doesn't want to talk to them,

4          right?

5    A.    I don't know.

6    Q.    Then LaMarr tells the police that he was the one

7          who did the shooting, right?

8    A.    Yeah.

9    Q.    Now, Leonard, I want to read you something.

10         There is a crime that's called perjury in the

11         first degree.  It reads a person is guilty of

12         perjury in the first degree when he swears

13         falsely and when his false statement consists of

14         testimony, and is material to the action or

15         proceeding or matter in which it is made.  I'm

16         telling you that your information on who did

17         this shooting is clearly material.  You're here

18         testifying before a Grand Jury.  Now, are you

19         prepared at this point in time to stand by the

20         testimony you just gave that LaMarr is the

21         shooter?

22   A.    Yeah.

23   Q.    Okay.

42

Dixon-001583

```
 1      A.    Yeah.

 2      Q.    You are?

 3      A.    Uh-huh, yeah.

 4      Q.    Any doubt in your mind?

 5      A.    No doubt.  LaMorr, yeah, LaMorr did the

 6            shooting.

 7      Q.    Okay.

 8      A.    Everybody knows LaMorr did the shooting.

 9      Q.    Now, I think I can tell you and I'm not telling

10            you this to frighten you or scare you in any

11            way, I can tell you that at this point in time

12            several other witnesses have identified your

13            half brother Valentino Dixon as having been the

14            shooter.  I want to ask you if you agree with

15            their testimony, disagree with their testimony,

16            feel that they couldn't observe or what the

17            problem might be?

18      A.    I disagree with their testimony.

19      Q.    So it's your sworn testimony under oath here

20            that Valentino Dixon was not the shooter?

21      A.    Okay.  What if, if like the people that testify

22            against Tino, right.

23      Q.    Right?
```

43

Dixon-001584

1    A.    Like Travis, he testified against Tino that Tino

2          did the shooting.

3    Q.    I'm not going to tell you what anybody

4          testified to.

5    A.    And he telling people out on the street that he

6          know Tino didn't do the shooting, like we can

7          get some kind of tape of him saying he know Tino

8          didn't do the shooting. Would that make any

9          difference, if we could get him on tape that he

10         know Tino didn't do the shooting?

11   Q.    I don't know if it would make any difference if

12         you and your family would get it on tape.

13   A.    Somebody else. A girl came up to me and tell me

14         that Travis say he know Tino ain't do the

15         shooting.

16   Q.    You're telling this Grand Jury that some girl

17         told you that Travis told her?

18   A.    He know Tino didn't do the shooting.

19   Q.    We don't have to worry about that. That's third

20         or fourth generation hearsay. We don't have to

21         worry about that. I'm more concerned about you

22         right now. I'm more concerned about you. I

23         want to make sure that I've given you every

44

```
 1          possible opportunity to tell us the truth and
 2          you've done that, right?
 3     A.   Uh-huh.
 4     Q.   And there is no doubt in your mind that you've
 5          done that?
 6     A.   No doubt.
 7     Q.   No doubt in your mind that you've told the
 8          truth?
 9     A.   Yes.
10          MR. BELLING:       Any Grand Jurors have any
11          questions for Leonard Brown?
12          BY MR. BELLING:
13     Q.   Now, Leonard, it's your testimony that you were
14          down Delavan towards Mario's house as you
15          witnessed this, correct?
16     A.   Witnessed what?
17     Q.   The shooting, August 10th?
18     A.   No.  I was right there.  I was right there at
19          the shooting when everything happened.
20     Q.   Okay.
21     A.   We ran.  Everybody had ran.  I was down at his
22          house when they had pulled up.  Then they had
23          ran back down.  Everybody had ran back up
```

45

Dixon-001586

1           towards me.

2    Q.    You told us that you waited behind back at

3          Mario's house when Valentino, LaMarr, Mario and

4          Twan went up to the corner, right?

5    A.    Uh-huh.

6    Q.    Now, Valentino, Twan and LaMarr start to retreat

7          back toward Mario's house?

8    A.    Yeah.

9    Q.    While they're retreating, you're walking up

10         towards the corner?

11   A.    Yeah.  I started coming.  I didn't just walk.

12         When they started running, I waited until they

13         got down to the house.  Then I started running

14         first.

15   Q.    Now you're running back while they're still at

16         the house, correct?

17   A.    No.  They're right with me.  They started

18         running, too.  I had waited until they got down

19         to Mario's house and LaMorr had run in the

20         backyard.  Then when he got in the backyard, I

21         started running back up towards the house,

22         towards where they were at.

23   Q.    You started running back towards --

46

Dixon-001587

```
 1    A.   Everybody did.

 2    Q.   Okay.

 3    A.   I was the first one.

 4    Q.   You start doing that before the shooting occurs,

 5         correct?

 6    A.   Yeah.

 7    Q.   By the time the shooting occurs, are you up to

 8         where Mario and Torri Jackson are in hand to

 9         hand combat?

10    A.   When the shooting occurs, I'm right there in

11         front of everybody.

12    Q.   How far away from LaMarr shooting were you?

13    A.   LaMorr was right -- I was right here.  He is

14         like right at the chair right there.

15    Q.   Okay.  For reference later on that's no more

16         than six feet away?

17    A.   No more than six feet.

18    Q.   No --

19    A.   No more than five feet.

20    Q.   Okay.  Does LaMarr stay in one place while he

21         shoots?

22    A.   When he shooting, yeah -- no, he don't stay in

23         one place.  He walks in the street though.
```

47

Dixon-001588

1    Q.    Does he move up towards where Torri Jackson fell

2          on the ground?

3    A.    Yeah.

4    Q.    When he moved up towards Torri Jackson on the

5          ground, where do you go?

6    A.    I'm staying in my same spot.

7    Q.    As he walks away from you, he's got the gun and

8          still shooting, correct?

9    A.    Yeah.

10   Q.    Where is Valentino?

11   A.    He's on the sidewalk.  Him and my little brother

12         Twan, they gone on the sidewalk by the bus stop

13         standing right there.

14   Q.    That's the bus stop on the drugstore side of

15         this whole street, right?

16   A.    Yeah, store side.

17   Q.    And the shooting that LaMarr is doing is going

18         away from where they're standing, correct?

19   A.    Yeah.

20   Q.    They must be behind him at that point then?

21   A.    Yeah, right behind him.

22   Q.    They're also behind you?

23   A.    No, because I'm on the other side of LaMorr.

48

Dixon-001589

```
 1            I'm like closer to Bailey.

 2    Q.     Closer to Bailey than LaMarr?

 3    A.     Yeah.

 4    Q.     How far would you say you were away from LaMarr

 5.           when he shot Torri Jackson?

 6    A.     I'd say from like here to like -- from right

 7           here to the end of that table.

 8    Q.     You're talking about the coat rack in Grand Jury

 9           Room A to the end of the foreman's table here, a

10           distance of approximately fifteen to twenty

11           feet?

12    A.     Yes, something like that.

13           MR. BELLING:        Any other questions for

14           Leonard?

15           BY MR. BELLING:

16    Q.     A question from a Grand Juror.  You said earlier

17           you saw Torri Jackson with a gun, correct?

18    A.     Yeah.

19    Q.     Were you watching when Torri Jackson supposedly

20           shot Mario Jarmon those two times that you told

21           us about?

22    A.     No, I wasn't watching.  See, I seen him with the

23           gun but I heard the gunshots.  I ain't see the
```

Dixon-001590

1              gun.  I ain't see him just pull the trigger.

2     Q.   That's the question; why not, were you looking

3             at Torri Jackson, could you see him at the time

4             you heard the gunshots?

5     A.   Yeah, I could see him.

6     Q.   Okay, when you heard the gunshots, was the gun

7             pointed at Mario?

8     A.   Yeah.  He was the only one there.  I was the

9             first one up.  I heard the gunshots but I ain't

10           see him when this all happened.  I just seen the

11           gun in his hand and I ain't see him -- when I

12           seen him when I got up to him, I ain't see him

13           just shoot.  I heard gunshots on my way like up

14           there.  When I first started running, I heard

15           gunshots.

16    Q.   Let's break it down a little.  When you saw the

17          gun in Torri Jackson's hand, did you hear any

18          gunshots?

19    A.   When I saw it in his hand?

20    Q.   Right.

21    A.   No.

22    Q.   Next question is when you heard the gunshots,

23          did you see Torri Jackson with a gun in his

Dixon-001591

1           hands?

2      A.   When I heard the gunshots?  When I heard the

3           gunshots after, then I seen him with the gun.

4           After I heard the gunshots, I heard the gunshots

5           then I seen him.  He had the gun in his hand.

6      Q.   Did you see him both before and after that?

7      A.   I ain't see him before the gunshots.

8      Q.   So you don't see the gun in Torri Jackson's

9           hands until after you heard gunshots?

10     A.   Yeah.

11     Q.   Where were you looking when you heard those

12          gunshots?

13     A.   I was running up the street.

14     Q.   Could you see Torri Jackson when you heard the

15          shots?

16     A.   Yeah.  I could see them all.

17     Q.   Who is them all?

18     A.   It was Torri, Travis, Aaron and a few --

19          somebody else.

20     Q.   Who else?

21     A.   I don't know all the other guys.  I guess Robert

22          was one of them.

23     Q.   Robert who?

Dixon-001592

| | | |
|---|---|---|
| 1 | A. | Rabbit. |
| 2 | Q. | Rabbit? |
| 3 | A. | Yes. |
| 4 | Q. | Okay. |
| 5 | | At the time that you heard Torri Jackson |
| 6 | | shooting Mario as you say, how far away from the |
| 7 | | two of them were you? |
| 8 | A. | Like -- how far when I heard the first gunshot? |
| 9 | Q. | Correct, the first gunshot. |
| 10 | A. | I was kind of far.  I was like from that wall |
| 11 | | back there to this wall like and halfway to |
| 12 | | that, another half. |
| 13 | Q. | So you're talking the depth this room and then |
| 14 | | another half the depth of the room? |
| 15 | A. | Yeah. |
| 16 | Q. | So if this room is -- |
| 17 | A. | Like well, like two of this room. |
| 18 | Q. | Two of this room? |
| 19 | A. | Yeah. |
| 20 | Q. | Okay, just for the record Grand Jury Room A, the |
| 21 | | depth of the room doubled? |
| 22 | A. | Yeah. |
| 23 | Q. | You're that far away.  Were you running towards |

52

Dixon-001593

```
 1              them?

 2      A.      Yeah, I was running up the street.

 3      Q.      Did you see the gun in Torri Jackson's hand at

 4              the time?

 5      A.      When he fired?

 6      Q.      Yes.

 7      A.      Uhn-nun.  I was too far away.  I couldn't see

 8              it.

 9      Q.      You heard him fire?

10      A.      Yeah.

11      Q.      You heard him fire at least twice?

12      A.      Yeah.

13      Q.      When you got closer, you saw it?

14      A.      Yeah, when I got closer up.  That's when LaMorr

15              came and started shooting, shooting everywhere.

16      Q.      Those two shots are the only shots Torri Jackson

17              fired?

18      A.      Yeah, that's the only shots I heard from his

19              gun.  I just heard all kinds of other shots from

20              LaMorr.

21      Q.      Now, LaMarr was behind you when you heard

22              shooting everywhere, right?

23      A.      Yeah -- no, no, he wasn't behind me.  When
```

53

Dixon-001594

```
 1              LaMorr started shooting everywhere, he was on
 2              the side of me when he started shooting
 3              everywhere.
 4     Q.      You were not behind him and Torri Jackson at
 5.             that time?
 6     A.      Uhn-nun.
 7     Q.      You were next to him?
 8     A.      Yeah.
 9     Q.      You say from the chair away is what you told us
10             five feet?
11     A.      Yeah.
12     Q.      He was shooting out this way?
13     A.      Yeah.  He had moved, walked up in the street and
14             started shooting.
15     Q.      Okay.  Now, as I understand it then on the 12th
16             LaMarr ended up on Fay Street where your whole
17             family was including your father, Robert Bryant,
18             right?  You've got to answer yes or no.
19     A.      Yes.
20     Q.      From Fay Street your mother called the news
21             media saying LaMarr wanted to make a statement?
22     A.      Yeah.  He didn't want to go to the police.  He
23             said he want to call the news, yeah.
```

54

Dixon-001595

1    Q.    What other relationship, if any, does LaMarr

2          Scott have with your father or your family?

3    A.    Never seen them before in his life.  That's the

4          first time I ever seen him before that night.

5    Q.    The night of the shooting?

6    A.    That was the first time I ever seen him before.

7          That was the first time my father ever seen

8          him.  I guess he know Arnece and he know Tino

9          didn't do this and I don't know how they hooked

10         all up.  They hooked up.

11   Q.    Isn't it true that your father told LaMarr that

12         if he claimed it was an accident, he would only

13         do two to six for manslaughter, isn't that true?

14   A.    I don't know.

15   Q.    If that was said, It wasn't said in your

16         presence?

17   A.    No.

18   Q.    That wasn't said at 63 Fay Street?

19   A.    It wasn't said in my presence.

20         MR. BELLING:         Any other questions? Okay,

21         Leonard, you're all done.

22

23                              *      *      *

Dixon-001596

```
 1
 2          91-1476
            1/13/92
 3          11:06 AM
            CLW
 4

 5

 6          L A M A R R    S C O T T , sworn, testified:

 7

 8          (John J. Molloy, Esq., representing the witness,
            present.)
 9

10              (Whereupon, a WAIVER OF IMMUNITY was
            received and marked Grand Jury Exhibit 11.)
11

12

13          BY MR. BELLING:

14    Q.    Would you state your name and spell your last

15          name for the record?

16    A.    LaMarr Scott, S- C- O double T.

17    Q.    Spell LaMarr for the court reporter so she gets

18          it right.

19    A.    L- A- M- A- R- R.

20    Q.    The M is a capital M or one word?

21    A.    Capital M.

22    Q.    And your address, LaMarr?

23    A.    357 Best.
```

56

Dixon-001597

```
 1      Q.   Your date of birth?

 2      A.   9/19/72.

 3           MR. BELLING:      For the record also I should

 4           note that John J. Molloy, attorney to Mr. Scott,

 5           is present in the Grand Jury room.

 6           BY MR. BELLING:

 7      Q.   I want to show you what we've marked here

 8           Exhibit 11.  It's a piece of paper that you had

 9           outside and that Mr. Molloy went over with you,

10           right?

11      A.   Yes.

12      Q.   And it says at the top affidavit waiver of

13           immunity.  It's in the action of the People of

14           the State of New York versus Valentino Dixon,

15           correct?

16      A.   Yes.

17      Q.   It indicates LaMarr Scott as the witness here.

18           I'm going to read it to you and ask you if you

19           agree with each paragraph and understand it.

20           Okay.  It starts out LaMarr Scott, being duly

21           sworn.  You got sworn in over here, right?

22      A.   Yes.

23      Q.   You've got to keep your voice up.  You
```

57

1      understand that you're a person who in relation

2      to this case could be prosecuted or subject to a

3      penalty or forfeiture for and there is a lot of

4      legal language, I agree, or on account of the

5      transactions, matters or things which you

6      testify about in the Grand Jury today, do you

7      understand that?

8    A.    Yes.

9    Q.    And you understand that this Grand Jury which is

10     term 12A, is investigating charges of murder in

11     the second degree and possession of a weapon in

12     the second degree and any other matters of any

13     nature pertaining thereto.  Do you understand

14     that this investigation involves you, do you

15     know that?

16   A.    Yes.

17   Q.    Do you understand that you need not appear or

18     give testimony before this Grand Jury unless you

19     wish to do so and that if you do testify, any

20     testimony that you give must be freely and

21     voluntarily given, do you know that?

22   A.    Yes.

23   Q.    Do you understand that you have a right to

58

Dixon-001599

1          confer with an attorney before you swear to this

2          waiver and to give testimony and you have had

3          reasonable time to confer with Mr. Molloy and he

4          is here today, correct?

5     A.   Uh-huh.

6     Q.   And you've had a chance to talk with him both

7          last week and this morning, haven't you?

8     A.   Yes.

9     Q.   Moving to page two, no one has made any threats

10         or promises to you in connection with your

11         appearance to testify here today, have they?

12    A.   No.

13    Q.   Do you fully understand that anything you say or

14         testify to before this Grand Jury may be used

15         against you on the prosecution of any charge or

16         indictment concerning the transactions about

17         which you testify, do you know that?

18    A.   Yes.

19    Q.   And now fully understanding all of that, do you

20         knowingly and voluntarily waive pursuant to the

21         appropriate criminal procedure section which is

22         190.45 your immunity and privileges which you

23         would otherwise obtain under the Constitution of

59

Dixon-001600

```
 1              the United States, New York State or the

 2              statutory provisions and that would be immunity

 3              from indictment, prosecution, trial, punishment,

 4              penalty or forfeiture for or on account of or

 5              relating to the transactions which you're going

 6              to testify to, do you understand that?

 7    A.        Yes.

 8    Q.        And do you hereby waive and swear that you're

 9              waiving your immunity?

10    A.        Yes.

11    Q.        Okay.  I want you to signed your name right at

12              the X there.

13
                (Whereupon, the witness signed the waiver of
14              immunity.)

15

16              MR. BELLING:        I'm going to ask Mr. Molloy

17              to notarize it for you.

18
                (Whereupon, Mr. Molloy notarized the waiver of
19              immunity.)

20

21              BY MR. BELLING:

22    Q.        Now, just to acknowledge, Mr. Scott, you've

23              signed and your attorney has notarized this
```

60

Dixon-001601

1          sworn waiver, correct, sir?

2     A.   Yes.

3     Q.   Now, Mr. Scott, I want to call your attention to

4          August the 10th of 1991 in the early morning

5          hours shortly after midnight in the vicinity of

6          Louie's Texas Hots, Bailey and Delavan.  Were

7          you present at that area at the time that a

8          shooting took place?

9     A.   Yes.

10    Q.   How did you get to the area that night?

11    A.   I was driven.  I was driven over there.

12    Q.   By who?

13    A.   One of my friends.

14    Q.   What friend?

15    A.   Valentino Dixon.

16    Q.   You were in a car with Valentino?

17    A.   Yeah.

18    Q.   Which car?

19    A.   The red Mazda RX-7.

20    Q.   And that's one of Valentino's two cars, correct?

21    A.   Yes.

22    Q.   Did you know when you went over there that

23         Valentino had been called by his half brothers

61

Dixon-001602

```
 1            to come over there because there was some
 2            trouble brewing?
 3     A.     He knew there was some trouble but I didn't know
 4            what type of trouble it was.
 5     Q.     And when you arrived, where did you go?
 6     A.     To Mario Jarmon's house.
 7     Q.     That's 1122 East Delavan?
 8     A.     Yes.
 9     Q.     And who was at Mario Jarmon's house when you got
10            there?
11     A.     Antwan, Leonard, Mario Jarmon and that's it.
12     Q.     So then when you and Valentino got there there
13            were five people, correct?
14     A.     Yes.
15     Q.     Once you got there did you stay there for the
16            rest of the evening or what happened?
17     A.     No.  We stayed there for about fifteen minutes.
18            Then we walked to the store, walked down to the
19            corner to get some beer.
20     Q.     And the store you're referring to is the
21            drugstore type of place that is on the UB side
22            of that corner really, it's on the same side of
23            Bailey as UB and the same side of Delavan?
```

62

Dixon-001603

1    A.    Yeah.

2    Q.    Who also walked down there?

3    A.    Me, Tino, Antwan, Mario Jarmon, Leonard.

4    Q.    Leonard went down also to the store?

5    A.    Yeah.

6    Q.    Okay. While you were down in the vicinity of the

7          store, did some type of a confrontation break

8          out?

9    A.    Yeah.

10   Q.    What happened?

11   A.    Well, some guys drove up in a yellow car and

12         Mario, Mario Jarmon and Antwan got into it with

13         Torriano Jackson, John Sullivan and Aaron.  They

14         started fighting and everything.  Torri pulled

15         out a gun and shot Mario three times and then

16         Valentino shot Torri.

17   Q.    Now, let me stop you a second.  When you guys

18         went up to the corner, did Valentino have the

19         gun with him?

20   A.    I guess he had it. I didn't see the gun with him

21         at the time when we walked to the corner because

22         we was all laughing and giggling and

23         everything.  I wasn't paying attention.

63

Dixon-001604

```
 1       Q.    Okay.

 2       A.    But the incident didn't occur as soon as we got

 3             up to the corner.  It occurred like twenty

 4             minutes after.  We was sitting on the bench and

 5             drinking beer.  They kept driving by and

 6             pointing their fingers at us like that.  So Tino

 7             went into the store again.  Then he walked back

 8             down to the house and again parked the car on

 9             the side of the driveway of the drugstore.

10       Q.    Okay.  Then it was after that that the shooting

11             took place?

12       A.    Yeah.

13       Q.    I couldn't hear you.

14       A.    Yes.

15       Q.    And Valentino Dixon did the shooting?

16       A.    Yes.

17       Q.    Did he use an automatic weapon when he did the

18             shooting?

19       A.    Yes.

20       Q.    What did the weapon look like?

21       A.    It was a Tech-9.  It was similar to an Uzi.

22       Q.    And nine millimeter and this weapon was fully

23             automatic?
```

64

1    A.    Yes.

2    Q.    And you heard it fired full automatic that

3          night?

4    A.    Yes, yeah.

5    Q.    Had you seen that gun before?

6    A.    Yeah.  I haven't seen it with him but I seen it

7          in magazines and stuff like that before.

8    Q.    Okay.  Now, two days later do you remember going

9          to the corner of Bailey and Delavan and talking

10         with the news media?

11   A.    Yes.

12   Q.    And at that time you told the news media that

13         you did the shooting, didn't you?

14   A.    Yes.

15   Q.    Why did you do that?

16   A.    Because I didn't -- the way it happened, you

17         know, it happened so fast and I don't think Tino

18         meant to kill him but I was trying to help him

19         as much as I can so he won't get no twenty-five

20         years to life.  I didn't want him, you know, to

21         go to jail for that alone.

22   Q.    Weren't you worried that you yourself would go

23         to jail for twenty-five to life?

65

Dixon-001606

```
 1    A.    See, the way his father was coaching me and
 2          telling me I didn't have any felonies and that
 3          would be my first felony or offense as an
 4          assault so he said all you could get is do six
 5          months or whatever and get five years
 6          probation.  So I said well, that ain't nothing.
 7          If that's all I got to do to help him, you know,
 8          he won't get twenty-five years, I'd do it, you
 9          know.  But I didn't know it was going to come
10          down to all this.
11    Q.    Now, eventually you also gave the police a sworn
12          statement that same night?
13    A.    Yeah, that same night.
14    Q.    In the sworn statement to the police you told
15          them that you did it?
16    A.    Yeah, the same thing that I told them on the
17          video.
18    Q.    The news media?
19    A.    Yeah.
20          MR. BELLING:        Can I have this marked,
21          please.
22
23                 (Whereupon, a VIDEOTAPE was received
             and marked Grand Jury Exhibit 12.)
```

66

Dixon-001607

1

2          MR. BELLING:          LaMarr, I want you to watch

3          this, okay?

4          THE WITNESS:          Yeah.

5

6          (Whereupon, a videotape was played for the Grand
           Jury.)

7

8

9              (Whereupon, a STATEMENT was received
           and marked Grand Jury Exhibit 13.)

10

11

12         BY MR. BELLING:

13    Q.   LaMarr, who is that man she is talking to right

14         there?

15    A.   That was Tino's father.

16    Q.   Tino's father?

17    A.   Yes.

18    Q.   The same guy who told you you could save Tino

19         some time on this?

20    A.   Yeah.

21    Q.   Now, you've just seen the video played there

22         which was Grand Jury Exhibit Number 13.  Is it

23         your sworn testimony at this time that you did

67

Dixon-001608

1           not do the shooting but that Valentino Dixon

2           did?

3    A.   Yes.

4    Q.   Now, I want to show you Grand Jury Exhibit

5           Number -- the video was Exhibit Number 12. I'm

6           sorry.  I want to show you Exhibit Number 13.

7           It's a four page statement which you gave to the

8           Buffalo Police on August 12th, 1991.  Do you

9           recognize your signature on the last page,

10          LaMarr?

11   A.   Yes.

12   Q.   Is it your testimony at this time that this

13          statement in which you also claimed to be the

14          shooter is untrue?

15   A.   Yes.

16   Q.   You repudiate the statement you gave to the

17          Buffalo Police Department on August 12th, 1991

18          which is here marked Exhibit 13?

19   A.   What does repudiate mean?

20   Q.   Repudiate means is this statement not true?

21   A.   Yes.

22   Q.   Is it untrue, correct?  You've got to answer.

23   A.   Yes.

68

1    Q.   And the things you said about these guys riding
2         around threatening you all day long as far as
3         you personally know, you have no information
4         about that because you came upon the scene just
5         before the shooting?
6    A.   Yes.  I was informed that that's what they were
7         doing all day.
8    Q.   You were telling the news media what you had
9         heard from others, correct?
10   A.   Yeah, from Tino's father.  He told me everything
11        that, you know, the whole situation was from the
12        West Side when they was coming from somewhere
13        and a guy put a gun to his head.  I don't know
14        if that was true or not.  That's what I was
15        told.
16   Q.   They supposedly put a gun to Antwan Shannon's
17        head?
18   A.   Yeah.
19   Q.   Tino's father told you that?
20   A.   Yeah, he told me everything that was going on in
21        like a half an hour.  He told me I had a half an
22        hour to get my little story together to tell the
23        news.  I kept telling him I didn't want to go to

69

Dixon-001610

```
 1          the news.  He said he wanted to go to the news
 2          anyway.  He said that would help him a lot more,
 3          that they put it on the news.
 4     Q.   Okay.  Did he ever threaten you to get you to go
 5          to the news?
 6     A.   Uhn-nun.  He never threatened me.
 7     Q.   He just sort of talked you into it by saying
 8          that you could afford to do the time, you
 9          probably would get less time than Tino would?
10     A.   Yeah.  He came to me.  He told me, he said
11          LaMorr, talking to me is like talking to Tino.
12          Whatever you say to me, you know Tino is going
13          to go with the same thing.  He was my friend,
14          Tino. That's the only reason I did it.  I wanted
15          to help him but I see I can't help him.
16     Q.   And I assume that Leonard Brown was in on the
17          story, too?
18     A.   Yeah, he was there.  He was there.
19     Q.   As a matter of fact in your statement you happen
20          to mention that Leonard Brown told you he took
21          care of the gun, isn't that right?
22     A.   Yeah, that he destroyed it.
23     Q.   But Leonard Brown just denied that that is the
```

70

Dixon-001611

| | | |
|---|---|---|
| 1 | | case.  That is probably because the story didn't |
| 2 | | match up? |
| 3 | A. | I assume he destroyed the gun.  That's as far as |
| 4 | | I know.  There is a lot of stuff they keeping |
| 5 | | from me I don't know about, you know. |
| 6 | Q. | I want to show you Grand Jury Exhibit 10.  Do |
| 7 | | you recognize the person in that picture? |
| 8 | A. | Yeah. |
| 9 | Q. | Who is that? |
| 10 | A. | Tino. |
| 11 | Q. | Valentino Dixon? |
| 12 | A. | Yeah. |
| 13 | Q. | Is that the Tech-9 or is that a different weapon |
| 14 | | in that picture? |
| 15 | A. | That's a different one.  That's an M-16. |
| 16 | Q. | That's an M-16 in the picture? |
| 17 | A. | Yes. |
| 18 | Q. | Tino have an M-16, too, that you have seen? |
| 19 | A. | I ain't never seen that picture before. |
| 20 | | MR. BELLING:          Anybody have any questions |
| 21 | | for LaMarr? |
| 22 | | BY MR. BELLING: |
| 23 | Q. | Did you know Mario Jarmon and Antwan Shannon |

Dixon-001612

1              before this event?

2      A.     I knew Antwan because we played football in high

3             school together, freshman year, junior year.  I

4             never knew Mario Jarmon or Leonard Brown.

5      Q.     That was the first night you seen them?

6      A.     That was the first time.  I never knew they

7             existed.

8      Q.     How did you know Valentino?

9      A.     I knew Tino from downtown.  I had a message to

10            give to him from one of the guys downtown and he

11            just so happened to live in the neighborhood and

12            I confronted and was talking to him and from

13            then on we just, you know, started hanging

14            around together.  He used to come and get me

15            everyday, take me shopping and stuff like that,

16            you know, give me money and stuff.  We was just

17            friends.  Basically I think he really wanted me

18            to be around now that I realize because of my

19            size and he was just a little guy.  I guess he

20            wanted me around for protection or whatever but

21            he never confronted me about nothing like that.

22            We just played it off.  We drove around and

23            stuff like that.

72

Dixon-001613

```
 1    Q.    But in retrospect for whatever significance it

 2          may or may not have, you think because you're a

 3          pretty burly guy, it gave Tino some bodyguard

 4          type of stature?

 5    A.    Yeah, yeah.

 6          MR. BELLING:        Any other questions for

 7          LaMarr?

 8          BY MR. BELLING:

 9    Q.    Did you ever on this night -- you mentioned in

10          the video riding a ten speed.  Did you ever go

11          anywhere on a ten speed that night?

12    A.    No.  That was something Tino father said to say.

13    Q.    That was part of the story?

14    A.    Yeah.  He didn't want Tino's car -- he didn't

15          want me to say anything about his cars or

16          anything.  They took the red car from him and

17          they took the white Cadillac from him.

18    Q.    They seized both of Tino's cars the next day,

19          right?

20    A.    Yeah.

21          MR. BELLING:        Any other questions?  Okay.

22          You're all set.

23                              *      *      *
```

73

Dixon-001614

1

2     91-1476
      1/13/92
3     12:03 PM
      CLW
4

5.

6     E M I L   A D A M S, sworn, testified:

7

8     BY MR. BELLING:

9   Q.  State your name and spell both your first and

10      last names for the court reporter?

11  A.  Emil, E- M- I- L, Adams, A- D- A- M- S.

12  Q.  And, Mr. Adams, would you also place upon the

13      record there your home address and telephone

14      number, please?

15  A.  4136 Nancy Drive, Saginaw, Michigan, 777-5392.

16  Q.  What is the area code there?

17  A.  517.

18  Q.  Who do you live with in Saginaw?

19  A.  Mother and father.

20  Q.  What is your mother's name?

21  A.  Shirley Adams.

22  Q.  What is your father's name?

23  A.  Ernest Adams, Jr.

Dixon-001615

```
 1      Q.   Now, were you in Buffalo over this past summer

 2           so you were here in August of '91?

 3      A.   Yes.

 4      Q.   Your family has connections to Buffalo?

 5      A.   Yes.  My father has a house here.

 6      Q.   Were you out at the corner of Bailey and Delavan

 7           on the night of August 10th, 1991 when a

 8           shooting took place?

 9      A.   Yes.

10      Q.   Can you tell the Grand Jury just in your own

11           words what you remember about those events, did

12           you know any of the people involved?

13      A.   Yeah, I did.

14      Q.   Who did you know?

15      A.   I knew Torriano and his brother Aaron.

16      Q.   Okay.

17      A.   I knew the other kid that they were fighting,

18           Mario, but I didn't really know no Valentino

19           Dixon.  I just knew him like hi and bye.

20      Q.   You had seen him beforehand?

21      A.   Yeah.

22      Q.   What happened as you saw it at that corner that

23           night?
```

75

Dixon-001616

```
 1    A.   Um, they just, you know, just with the talking,
 2         a lot of, you know, abuse to each other and went
 3         across the street and went to fighting.
 4    Q.   Who was fighting now?
 5    A.   Aaron and Mario and, you know, Torri was just
 6         saying, you know, don't nobody jump in it.
 7    Q.   Let me stop you a second.  Did either Aaron or
 8         Torri have a weapon?
 9    A.   No, they didn't.
10    Q.   Go ahead.
11    A.   Then the two boys that was with Mario left Mario
12         there at the corner fighting, you know, whoever
13         was helping, you know, there was a lot of them,
14         and walked down no further than Mario's house
15         because he lived a few houses down from the
16         fight, where the fight took place.  Two of them
17         came back and, you know, Valentino had a long
18         gun in his hand.  He walked up on them and
19         started shooting.
20    Q.   Now, when you say Valentino, did the police show
21         you a group of photographs and you picked one
22         out?
23    A.   Yes.
```

76

Dixon-001617

1    Q.    I want to show you Grand Jury Exhibit 2, a
2          police identification photograph of Valentino
3          Dixon.  Is this the man you picked out from that
4          group?

5    A.    Yes, it is.

6    Q.    Can you describe any particulars you remember
7          about the shooting of Torri Jackson?  Where was
8          Valentino standing, what direction was he
9          shooting, anything you remember?

10   A.    Ah, he was standing no more than maybe two or
11         three feet away from him. Torri fell down and
12         Aaron was running away from him and he shot
13         Aaron. He stood there and he shot Torri one or
14         two more times after that and started shooting
15         at everybody else.

16   Q.    He shot at Aaron and turned back to Torri on the
17         ground and shot him some more?

18   A.    Yeah.

19   Q.    The lighting was good enough, you were able to
20         see that it was Valentino Dixon?

21   A.    Yeah, it's real light at that corner.

22   Q.    Valentino Dixon is somebody you had seen around
23         before in the neighborhood, correct?

77

Dixon-001618

```
 1    A.   Yeah.

 2    Q.   Now, where were you watching this all from?

 3    A.   Right across the street.

 4    Q.   In Louie's parking lot?

 5    A.   Yeah, right by the street, right by the corner.

 6    Q.   Were you involved with any of these guys who

 7         showed up there that night?

 8    A.   No.

 9    Q.   You weren't with Travis Powell and the

10         Jackson's, right?

11    A.   No, I wasn't.

12    Q.   You weren't with Mario and Tino and those

13         people?

14    A.   No, I wasn't.

15    Q.   You know John Sullivan, he's known as Rabbit on

16         the street?

17    A.   No.

18    Q.   After Torri and Aaron were shot, what happened

19         then?

20    A.   They just ran, you know.

21    Q.   Who ran, Valentino and Mario?

22    A.   Mario ran down Bailey towards Kensington.

23         Valentino and the other guy ran towards Olympic
```

78

Dixon-001619

1           down Delavan.

2      Q.   Down Delavan toward the Chevy plant, the Saginaw

3           Plant?

4      A.   Yeah.

5      Q.   Okay.

6      A.   Aaron ran across the street by where I was at to

7           the little yellow car that he was in and fell

8           trying to get in the car.  I went over there

9           with him and he was just crying for his

10          brother.  His brother was laying in the street.

11          The guy that Aaron and Torri was with him went

12          and picked him up and brought him by his

13          brother.

14     Q.   How long did you stay around there on the

15          corner?

16     A.   Until the police came.

17     Q.   Then you ended up going down to police

18          headquarters and making a statement?

19     A.   Yeah.

20     Q.   Are you a close friend of the Jackson brothers

21          at all?

22     A.   Yes.

23     Q.   You've known them for some number of years?

79

Dixon-001620

1    A.    Yeah, we went to school together.

2    Q.    When you say that neither of them had any

3          weapons, you're not close enough friends that

4          you would lie about that, would you?

5    A.    No.  If I seen it, I would tell.

6    Q.    You're not close with Mario and that side?

7    A.    Yeah, I was close to Mario.  We grew up

8          together, too, same church.  We used to hang out

9          together.

10   Q.    Do you know Leonard Brown?

11   A.    No, not by name, maybe by face.

12   Q.    Do you know Antwan Shannon?

13   A.    Is he kind of heavyset?

14   Q.    He's a little burly, yes.

15   A.    I believe so.

16   Q.    The guy that was out there that night, Antwan

17         Shannon, or the guy you think he might be, did

18         you see him?

19   A.    I can't remember.

20   Q.    Okay, we could be talking about two different

21         people anyway, right?

22   A.    Yeah.

23         MR. BELLING:        Any other questions for Emil

                              80

Dixon-001621

```
 1              Adams?

 2              BY MR. BELLING:

 3        Q.    Can you describe the gun for us, Mr. Adams, as

 4              best you can?

 5        A.    Ah, it was a pretty long gun, you know, black,

 6              maybe about that big.

 7        Q.    Demonstrating about three feet long?

 8        A.    Yeah, maybe.

 9        Q.    And how did it shoot, did it shoot very rapid

10              fire, single shot or what?

11        A.    It wasn't a machine gun or nothing like that.

12              He had to keep pulling the trigger.  It wasn't a

13              buck shot either.  It was maybe a Tech-9 or

14              something.

15        Q.    Your impression was that it was at best

16              semi-automatic, you didn't hear it on full auto

17              as far as you heard?

18        A.    Yeah, semi-automatic.

19        Q.    When you first saw Valentino Dixon before the

20              shooting, he was already down at the store?

21        A.    Uh-huh.

22        Q.    Did you see him when he arrived in the

23              neighborhood before going down to the store?
```

81

Dixon-001622

| | | |
|---|---|---|
| 1 | A. | Yeah. |
| 2 | Q. | How did he get there? |
| 3 | A. | Walking. |
| 4 | Q. | They walked up from the direction of Mario's |
| 5 | | house? |
| 6 | A. | No, they walked up towards the other way of |
| 7 | | Delavan, down by Dairy Queen, coming from the |
| 8 | | way of Dairy Queen. |
| 9 | Q. | From the other side of the church then, the |
| 10 | | Cheektowaga side? |
| 11 | A. | Yeah, coming from that way. |
| 12 | Q. | Okay. |
| 13 | | MR. BELLING:        Any other questions?  You're |
| 14 | | all set. |
| 15 | | |
| 16 | | *      *      * |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |

Dixon-001623

```
1

2          91-1476
           1/13/92
3          12:13 PM
           CLW
4

5

6          F R E D D Y    S T A N C I L,    J R, sworn,

7          testified:

8

9          BY MR. BELLING:

10    Q.   State your name and spell your last name for the

11         stenographer, please?

12    A.   Freddy Stancil, S- T- A- N- C- I- L.

13    Q.   Are you Freddy Stancil, Jr?

14    A.   Yes, I am.

15    Q.   What is your home address and telephone number?

16    A.   123 Elmer, E- L- M- E- R, 833- 1610.

17    Q.   You still working at Rich Products, Freddy?

18    A.   Yes, I do.

19    Q.   What department do you work there?

20    A.   Security.

21    Q.   Now, I want to call your attention back to

22         August the 10th of 1991.  Did you have occasion

23         in the early morning hours of that day to be in
```

83

Dixon-001624

```
 1          the vicinity of Louie's Texas Hots at the corner
 2          of Bailey and Delavan?
 3    A.    It was more towards the evening, yeah.
 4    Q.    It was like nighttime, somewhere give or take a
 5.         couple of hours from midnight, right?
 6    A.    Yeah.
 7    Q.    Now, were you there when a shooting took place?
 8    A.    Yes, I was.
 9    Q.    Who did you go there with?
10    A.    It was me, Robert Lewis and Rabbit.
11    Q.    Rabbit's real name is John Sullivan, isn't it?
12    A.    Yes, it is.
13    Q.    Rabbit got wounded in the shooting, didn't he?
14    A.    Yes, he did.
15    Q.    I want you to tell the Grand Jury what you
16          remember about the events which you saw which
17          ended in the shooting of Rabbit and some other
18          people.
19    A.    We were sitting in Louie's parking lot, me,
20          Robert and Rabbit in my truck.  Aaron, Torri and
21          Travis pulled up on the side of us.
22    Q.    Let me stop you. This is Travis Powell, Aaron
23          and Torri Jackson?
```

84

Dixon-001625

```
 1    A.    Yes, sir.

 2    Q.    They pulled up in what?

 3    A.    In a yellow -- I don't know the name of the

 4          car -- yellow car.

 5    Q.    Little yellow car?

 6    A.    Yeah.

 7    Q.    Okay.

 8    A.    At that point in time they got out and told us

 9          you know a couple guys had threatened them or

10          they was about to fight.  We got out to see what

11          was going on.  At that point in time me and

12          Robert noticed it was Mario.

13    Q.    Mario that they wanted to fight with?

14    A.    Yeah.

15    Q.    Okay.

16    A.    So by us knowing Mario and knowing Aaron and

17          Torri we broke up the fight.  We tried to

18          separate them.  At that point in time and I

19          won't put a timeframe on it, a guy came running

20          up from towards Olympic coming towards Suffolk.

21    Q.    Also coming towards Bailey?

22    A.    Yeah, coming towards Bailey.

23    Q.    Okay.
```

85

Dixon-001626

```
 1    A.   Came running up with a gun and screamed what the
 2         fuck you all going to do now and started
 3         shooting.
 4    Q.   Now, the guy that had the gun, did you get a
 5         good enough look at him that you were able to
 6         identify him?
 7    A.   No, I didn't.  It happened so fast.  No, I
 8         didn't.
 9    Q.   Describe what the guy with the gun did after he
10         said that?
11    A.   He began shooting, commenced shooting and then
12         he, you know, at that point in time, you know,
13         I mean you're sitting there and nervous.  My
14         first impulse was to get around the corner
15         and get into the store and try to call the
16         police.
17    Q.   Now, immediately before this guy showed up
18         and started shooting, did you ever see
19         either Aaron or Torri Jackson armed with
20         any weapons?
21    A.   No, I didn't.
22    Q.   And did you see either Aaron or Torri Jackson
23         get shot and fall down?
```

86

Dixon-001627

```
 1    A.   As a matter of fact I did.  I saw Torri get shot
 2         and fall down.
 3    Q.   When he fell down, where did he land?
 4    A.   Right in the middle of the street.
 5    Q.   Did the guy with the gun come up on him when he
 6         was down?
 7    A.   I don't know.  At that point in time I was
 8         turning the corner and getting into the
 9         store.
10    Q.   And did you ever see Aaron wounded or what
11         happened to him?
12    A.   Well, as I came, you know, after we called
13         the police and like that there when the
14         police got there, that's when I saw Aaron
15         laying down.
16    Q.   How about Rabbit, did you ever know that he got
17         shot?
18    A.   Yeah, but he made it known to me that he got
19         shot in the leg.
20    Q.   Did you see where he was when he got shot?
21    A.   I sure didn't.
22    Q.   Okay.
23         MR. BELLING:        Anybody have any questions
```

87

Dixon-001628

1          for Freddy?

2          BY MR. BELLING:

3     Q.   Can you describe the gun in any way for us?

4     A.   Um, gun was about -- I would say about that big.

5     Q.   You're showing about two and a half feet there

6          maybe?

7     A.   Yeah.

8     Q.   Okay.

9     A.   And it was an automatic weapon.  That's all I

10         could tell you.

11    Q.   Were you in the Service?

12    A.   No, I wasn't.

13    Q.   How do you know it was automatic?

14    A.   Because of the fact that most guns you have

15         to -- well, revolver, whatever, you have to

16         click the --

17    Q.   Keep pulling the trigger?

18    A.   This gun, it just fired continuously.

19    Q.   It was real fast?

20    A.   Yeah.

21    Q.   Bd'rrrr, real fast?  I don't know how the

22         stenographer is going to take that down.  The

23         shots were in rapid sucession?

88

Dixon-001629

1    A.    Yes.

2    Q.    Faster than anyone could pull the trigger?

3    A.    Yeah.

4          MR. BELLING:          Any other questions?    Thank

5          you.

6

7                                    *        *        *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

89

Dixon-001630

```
 1

 2          91-1476
            1/13/92
 3          12:19 PM
            CLW
 4

 5

 6          R O B E R T   L E W I S,  J R, sworn, testified:

 7

 8          BY MR. BELLING:

 9    Q.    Would you state your name and spell your last

10          name for the court reporter?

11    A.    Robert Lewis.

12    Q.    Junior, right?

13    A.    Yes.

14    Q.    L- E- W- I- S?

15    A.    Yes.

16    Q.    Now, what is your home address, Robert?

17    A.    19 Comstock.

18    Q.    Okay.  That's your mom's house, right?

19    A.    Yes.

20    Q.    She have a phone there?

21    A.    Yes.

22    Q.    What is the number?

23    A.    833-1018.
```

90

Dixon-001631

1    Q.   And you don't always stay there, you say you

2         like to move around, right?

3    A.   Yes.

4    Q.   Sometimes you stay with your uncle on Bailey?

5    A.   Yes.

6    Q.   And sometimes you stay somewhere where you

7         babysit further down on Bailey?

8    A.   Yes.

9    Q.   In your various travels did you happen to be at

10        the corner of Bailey and Delavan on August 10th

11        when a shooting took place?

12   A.   I don't remember the date but I know the night

13        you're talking about.

14   Q.   That was the night you were with John Sullivan

15        who is known as Rabbit and Freddy Stancil,

16        right?

17   A.   Yes.

18   Q.   You were in Freddy's truck?

19   A.   Yes.

20   Q.   Why don't you tell the Grand Jury what you saw

21        going on on that corner.  Tell us the story.

22   A.   We was sitting in the truck just talking and

23        drinking beer.  Then Rabbit --  I mean Rabbit

91

Dixon-001632

```
 1            tapped me on my shoulder and said there go
 2            Travis in his mother yellow Storm.  Mario Jarmon
 3            was standing across the street at a bus stop
 4            with somebody else.  I don't know who it was.  I
 5            guess there was words passed because Travis came
 6            around us and went in the parking lot.  Then
 7            they got out the car.
 8     Q.     Aaron is Aaron Jackson?
 9     A.     Aaron Jackson.
10     Q.     Who else?
11     A.     Travis, I don't know Travis last name, and
12            Torri.
13     Q.     Torri Jackson?
14     A.     Yes.  Torri came over to the truck and said we
15            about to fight.  Ain't nobody over there but
16            Mario.  We went over there to try to break the
17            fight up.  By that time the boy who was on the
18            bike had already rode off.  They started to
19            squabble.  We was pushing them trying to break
20            it up.  They fell on the ground.  Then the next
21            thing I know somebody came out of the shadows
22            cussing and saying what the hell you all going
23            to do now.  He got in the light, the light
```

92

Dixon-001633

1         bringing out the gun.  He started firing.  I

2         tried to get Torri up and he fell away from me.

3         I ran around the corner.  When I came back, he

4         was standing over there.

5    Q.  Now, Torri fell down when he was first shot?

6    A.  He shot at us.  We was all in a crowd.  When he

7         shot, the bullets bounced in front of us.  He

8         kept coming towards us.

9    Q.  You ran away.  You said something about Torri;

10        was down and the guy was doing what?

11   A.  He was still shooting him.

12   Q.  Was he standing right over him shooting him when

13        he was on the ground?

14   A.  He was from about where I'm sitting at to about

15        where that table at or a little closer.

16   Q.  This is the table in the middle of the Grand

17        Jury room A, probably fifteen feet?

18   A.  Less than that.

19   Q.  Less than fifteen feet, he was shooting right at

20        him while Torri was down?

21   A.  Yes.  Torri had his back -- He was like laying

22        on his chest on the ground already.

23   Q.  Now, did you get a good enough look at the man

93

Dixon-001634

```
 1              with the gun that you could identify him?

 2      A.      No.

 3      Q.      And can you tell us as much as you remember

 4              about the gun, what did it look like, what did

 5              it sound like, et cetera?

 6      A.      It sounded like some firecrackers.

 7      Q.      What did it look like?

 8      A.      It was black.  It was a semi-automatic.

 9      Q.      Semi or full automatic, do you know the

10              difference?

11      A.      The way he was -- the way he held the trigger,

12              it kept -- the bullets kept coming out.

13      Q.      When he just pulled the trigger once, the

14              bullets kept coming?

15      A.      Yeah.  As he was coming closer, he kept doing

16              like this.

17      Q.      And how long was it, what color was it?

18      A.      It was black.

19      Q.      How long?

20      A.      Like about this big.

21      Q.      You've got like maybe a foot, foot and a half

22              long?

23      A.      Yeah, about that big.
```

94

Dixon-001635

1    Q.   Okay, and after he got close to Torri and was

2         shooting him while Torri was on the ground, what

3         happened then?

4    A.   He looked away from him.  When I came around the

5         corner he was going after Aaron because Aaron

6         was trying to get in Travis mother car and

7         that's when -- that's when Travis mother car

8         got shot up.

9    Q.   Okay.

10   A.   Aaron was laying on the ground.  After he ran

11        over there shooting, I don't know what happened.

12        Then he just like -- he just turned around and

13        just ran, ran up the street, ran back up Delavan

14        the way he came.

15   Q.   Back towards Olympic?

16   A.   Yeah, going back that way.

17   Q.   Okay.  What happened to Mario, did you see where

18        Mario went?

19   A.   Yeah.  Mario was around the corner on the side,

20        on Bailey.  It's an Arabian store on the corner

21        of Bailey and Delavan.

22   Q.   Okay.

23   A.   He was like laying on the side of the store.

95

Dixon-001636

1    Q.    Okay.  What happened to Rabbit?

2    A.    Rabbit got -- Rabbit had ran down Delavan way,

3          down Delavan away from Bailey.  That's how he

4          got shot in the leg.

5    Q.    He ran like over toward the church?

6    A.    Yeah.

7    Q.    He got shot in the leg there?

8    A.    He got shot in the leg.

9    Q.    On his way there?

10   A.    On his way going across the street.

11         MR. BELLING:        Any other questions from

12         Grand Jurors?

13         BY MR. BELLING:

14   Q.    How big was the guy with the gun, was he a big

15         man, small man, if you remember?

16   A.    He was short.

17   Q.    Short?

18   A.    Yes.

19   Q.    Would you describe him as a little guy

20         comparatively speaking?

21   A.    He was shorter than me.

22   Q.    How tall are you?

23   A.    About five nine.

96

Dixon-001637

1    Q.    Okay.

2         MR. BELLING:    Any other questions from

3         Grand Jurors?  Okay, Robert, thank you.

4

5                         *      *      *

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

97

Dixon-001638

1

2          91-1476
           1/13/92
3          1:11 PM
           CLW

4

5

6          MR. BELLING:        Now we're back on 91-1476

7          which is Valentino Dixon.  I should charge you a

8          couple of things, particularly from LaMarr

9          Scott's testimony and Exhibit 10.  The fact that

10         Valentino Dixon in Exhibit 10 is sitting here

11         with what LaMarr Scott says is an M-16 on his

12         lap should not be used to draw any inference by

13         you that he is a bad person or that he has

14         automatic weapons.  You decide this case based

15         upon what you heard in this Grand Jury room and

16         not on media exposure that may have occurred on

17         this case and not based on this photograph or

18         LaMarr Scott's opinion.  He also rendered his

19         opinion that the father told him that Valentino

20         was in so much trouble that he can get a better

21         deal out of this, you should disregard that

22         also.  Decide on the facts and if the facts lead

23         you to believe there is reasonable cause to lay

                              98

Dixon-001639

1     charges, do that.

2              Also when you vote this case, the

3     first thing you have to do is and it would be a

4     lot simpler to do it that way is evaluate whether

5     or not you believe Mario Jarmon and Leonard

6     Brown when they say LaMarr did it so you don't

7     have to deliberate any further about Valentino

8     Dixon or believe the balance of the witnesses

9     and LaMarr saying he did not do it.  You should

10    not hold it again Valentino Dixon the fact if

11    you believe that his father somehow goofed

12    around with LaMarr and the whole case, don't

13    hold it against Valentino.  If you evaluate the

14    evidence, I think Valentino, you'll make a

15    decision about Valentino that will have enough

16    ramifications even if you leave out those extra

17    things.

18             The first count I'm going to ask you

19    to consider is a violation of 125.25,

20    subdivision 1.  This is murder in the second

21    degree.  It reads a person is guilty of murder

22    in the second degree when, with intent to cause

23    the death of another person, he causes the death

99

1       of such person or of a third person.  This would

2       of course go to Torriano Jackson whose death

3       certificate I think I read in here way back when

4       but I'll read it again just so I'm sure it was

5       done. Torriano Jackson of 19 Thatcher Street,

6       death certificate was marked as Grand Jury

7       Exhibit Number 4 and Dr. Logmanee certified that

8       his death was homicidal due to internal bleeding

9       caused by gunshots wounds, dated August 10th,

10      '91.

11              The second charge I'll ask you to

12      consider again relating to charges concerning

13      Torri Jackson is a violation of 125.25,

14      subdivision 2 which reads a person is guilty of

15      murder in the second degree when, under

16      circumstances evincing a depraved indifference

17      to human life, he recklessly engages in conduct

18      which creates a grave risk of death to another

19      person and thereby causes the death of another

20      person.  I'll read you intentionally and

21      recklessly so you'll know what those terms both

22      mean.  A person acts intentionally with respect

23      to a result or to conduct described by a statute

100

Dixon-001641

1    defining an offense when his conscious aim or

2    objective is to cause such result or to engage

3    in such conduct.  Recklessly means a person acts

4    recklessly with respect to a result or to

5    circumstances described by a statute defining an

6    offense when he is aware of and consciously

7    disregards a substantial and unjustifiable risk

8    that such result will occur or that such

9    circumstance exists. The risk must be of such a

10   nature and degree that disregard thereof

11   constitutes a gross deviation from the standard

12   of conduct that a reasonable person would

13   observe in the situation.

14          Now, the third count I'll ask you to

15   consider is attempted murder in the second

16   degree which is written 110-125.25, subdivision

17   1.  125.25, subdivision 1, I've just read to

18   you.  That was intentional murder.  In the case

19   of Aaron Jackson however that would be modified

20   by an attempt because as we saw Aaron Jackson

21   survived and came to tell us about these

22   events.  An attempt is when you have a felony

23   situation, a person is guilty of an attempt to

101

Dixon-001642

1    commit a crime when, with intent to commit a

2    crime, he engages in such conduct which tends to

3    effect the commission of such crime.

4              Also with regard to Aaron I want to

5    charge you a couple of assault -- actually three

6    different theories of assault in the first

7    degree defined first of all in 120.10,

8    subdivision 1 which reads a person is guilty of

9    assault in the first degree when, with intent to

10   cause serious physical injury to another person,

11   he causes such injury to such person or to a

12   third person by means of a deadly weapon.

13   Deadly weapon is defined in the Penal Law as any

14   loaded weapon from which a shot, readily capable

15   of producing death or other serious physical

16   injury, may be discharged.

17             The next charge is 120.10, subdivision

18   3, which reads a person is guilty of assault in

19   the first degree when, under circumstances

20   evincing a depraved indifference to human life,

21   he recklessly engages in conduct which creates a

22   grave risk of death to another person and

23   thereby causes serious physical injury to

102

1    another person.  That again would be with

2    respect to Aaron Jackson.  We have his medical

3    records marked here as an Exhibit.  He was

4    hospitalized for an extended period of time and

5    suffered the injuries described therein.

6         The next count I would ask you to

7    consider with respect to Aaron again is 120.10,

8    subdivision 4.  It reads a person is guilty of

9    assault in the first degree when, in the course

10   of and in furtherance of the commission or

11   attempted commission of a felony, or of

12   immediate flight therefrom, he or another

13   participant if there be any causes serious

14   injury to a person other than one of the

15   participants.  In this instance the underlying

16   felony I would submit could be considered to be

17   the murder of Torri Jackson and the strict

18   liability offense of causing injury to a third

19   party while committing a murder.

20        The next count I'll ask you to

21   consider, these next deal with injuring John

22   Sullivan known as Rabbit.  The first is a

23   violation of 120.05, subdivision 6.  It reads a

103

Dixon-001644

1      person is guilty of assault in the second degree

2      when, in the course of and in furtherance of the

3      commission or attempted commission of a felony,

4      or of immediate flight therefrom, he or another

5      participant if there be any causes physical

6      injury to a person other than one of the

7      participants.  The difference there as you

8      recall John Sullivan was wounded through the

9      leg, went to Sisters Hospital and was treated

10     and released.  I don't believe that his medical

11     records support a finding of serious physical

12     injury.  That is assault second, physical injury

13     count.

14            The last count I'll ask you to

15     consider in regard to John Sullivan is assault

16     in the third degree under 120.00, sub two.  That

17     reads a person is guilty of assault in the third

18     degree when he recklessly causes physical injury

19     to another person.

20            Then I'll also ask you to consider a

21     violation of 265.03 which is criminal possession

22     of a weapon in the second degree.  That reads a

23     person is guilty of criminal possession of a

104

Dixon-001645

1    weapon in the second degree when  he possesses a

2    machine gun or loaded firearm with intent to use

3    same unlawfully against another.  Now, loaded

4    firearm and machine gun are both defined in the

5    Penal Law.  Machine gun means a weapon of any

6    description, irrespective of size, by whatever

7    name known, loaded or unloaded, from which a

8    number of shots or bullets may be rapidly or

9    automatically discharged from a magazine with

10   one continuous pull of the trigger and includes

11   a sub-machine gun.  Firearm means any pistol or

12   revolver, or a shotgun having one or more

13   barrels less than eighteen inches in length, or

14   a rifle having one or more barrels less than

15   sixteen inches in length, or a weapon made from

16   a shotgun or rifle whether by alteration,

17   modification or otherwise if such weapon as

18   altered, modified or otherwise has an overall

19   length of less than twenty-six inches.  A loaded

20   firearm means a firearm that was loaded with or

21   possessed at the same time, it --  I'm sorry,

22   any firearm loaded with ammunition or any

23   firearm which is possessed by one who, at the

105

Dixon-001646

1          same time possesses a quantity of ammunition

2          which may be used to discharge such firearm.

3                     The last charge I'd ask you to

4          consider is a violation of 265.01, subdivision

5          2.  It reads a person is guilty of criminal

6          possession of a weapon in the fourth degree

7          which he possesses any deadly weapon with intent

8          to use same unlawfully against another.  I

9          already defined deadly weapon for you.

10                    I'll ask you to vote those counts.

11         Consider first of all if LaMarr Scott did it,

12         then you don't have to vote on Valentino Dixon.

13         Then vote on Valentino Dixon.  Then buzz me and

14         I may have additional charges after we review

15         that part of it.

16
           (Whereupon, Mr. Belling and the stenographer
17         left the room while the Grand Jury deliberated
           and returned.)
18

19

20         MR. BELLING:       Now, having reviewed your

21         recorded vote on the other matters, I want you

22         to consider whether or not Mario Jarmon and

23         Leonard Brown and I'll ask you to consider them

106

Dixon-001647

1    separately should be charged with the crime of
2    perjury in the first degree which is section
3    210.15. A person is guilty of perjury in the
4    first degree when he swears falsely and when his
5    false statement consists of testimony, and is
6    material to the action, proceeding or matter in
7    which it is given. So consider them separately
8    and then consider what Mario told you, what
9    Leonard told you and decide whether or not the
10   two of them should be charged with perjury.
11   A JUROR:     Which are the two?
12   MR. BELLING:     Mario Jarmon is the fellow
13   that came in and testified that he was shot but
14   he was shot two or three times by Torri Jackson
15   with the little revolver. Leonard Brown was the
16   fellow dressed all in red who testified
17   similarly but depending on which portion of his
18   testimony he was talking about, he was closer,
19   farther, couldn't see or could see, that's the
20   two of them.
21
22               *     *     *
23

107

Dixon-001648

Being duly sworn I depose and say that my name is Tamara L. Frida. I live at 177 Grote Street, Buffalo, NY 14207. My Social Security number is 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. My birth date April 28, 1971. I recall an incident that occurred August 10, 1991 at about 130 AM at the corner of East Delaware and Baily Ave. Buffalo, N.Y. I was in Locies Texas Red Hots parking lot parked in my 1990 GEO Tracker N.Y. Plate # 39x997. I was with 2 girlfriends. Jacqueline Earls and LaSandra Smith. I was parked sort of parallel to East Delaware facing toward Bailey about 15' from the curb on the south side of East Delaware. The 3 of us were sitting in the car eating while 2 guys were talking to us. One guy (Lucky) was talking to me through the drivers door window and the other guy was talking to us through the passenger side window. I do not know the names. Myself and Jacqueline were in the front seat and LaSandra was in the back seat. I saw a car pull up on East Delaware headed east toward Baily. The car stopped and a lot of guys got out of the car. I remember it did remind us of a clown car at the circus because so many guys got out of the car. The car was maybe 30 x 40 feet ahead of us. The corner of Bailey and East Delaware is well lit by street lights and lights for the parking lot. These guys, about 10 of them all went over to the number 12 bus stop on the north side of East Delaware west of Baily. All of a sudden they converged with another group of guys and fighting broke out. All 5 of us were looking at the (fight.) It seemed like after about 3 to 5 minutes after the fight started the crowd guys getting started to disperse. I saw a guy approaching the group from the west of where the fight was. He was walking on the sidewalk on the north side of East Delaware. He was wearing sunglasses, a dark colored baseball hat, a dark colored sweat shirt and I can't remember what kind of pants he was wearing. I saw he had a gun. I saw him raise it up and shoot it at the crowd. He stuck his arm out straight to

[signature] p 1 of 4    Tamara L. Frida

Dixon-003801

Case 1:19-cv-01678-RJM-EB Document 16-44 Filed 12/05/23 Page 185 of 300
Case 1:05-cv-00208-RJM-EB Document 16-44 Filed 03/28/05 Page 34 of 45
**APPENDIX 1485**

aim it. At first he shot one shot. I saw one of the guys from the crowd, who I later learned was Torry Jackson start to run toward my truck. The guy with the gun was right behind him shooting at him. I knew it wasn't a regular gun, because I counted more than 6 shots and I wondered what kind of gun he had and when he was going to stop. I saw Torry fall down in the middle of the street on Delavan. The guy with the sunglasses stood right over him and continued to shoot. Torry's body was closer to me than the car they arrived in. I got a good look at the guy who was shooting Torry Jackson. After the guy finished shooting he ran west on Delavan. After Torry went down on the ground and the guy stood over him I got out of the car but I could still see him shooting. After he ran down the street I saw Travis Powell go to Torry and pick him up. He put Torry over his shoulder and carry him to the parking lot where I was parked. He put the body in the lot toward Bailey from my car maybe 70 feet away. I could see Travis giving mouth to mouth resuscitation to Torry. I found my girlfriend Jackie, who had gotten out of the car also, and got her back in the car and we took off through the parking lot to Bailey and then south on Bailey. We went Bailey to Scajaquada Street and then down Scajaquada to Woods where I pulled over because smoke was coming out of my radiator. We all got out of the car. Then 2 friends, Gre Johnson and Tabby whose last name I don't know pulled up in Tabby's car and asked what happened. I told them about the shooting. Tabby told me one of the bullets must have hit the car because the radiator fluid had leaked out. I had already noticed that one of the bullets had hit the drivers side of the car. Tabby said he would drive my car to the Nobel Station at Fillmore and East Fosey St. Gre drove us in Tabby's car to the station. I gave Tabby the gas station attendant my

continuation                  p297       Camara S. Frida A.136

Dixon-003802

keys. I told him I would have a tow truck come and get it in the morning. Then a guy in a green Blazer drove up and asked who did the red Tracker belong to and were we at Louies. He told us that the Police wanted to talk to us. Tabby drove us back to Louies. I went up to the 1st officer I saw and identified myself as the driver of the red Tracker. The officer was in plain clothes. He asked me if I saw anything and I told him no. I was afraid to become involved. He wrote down my name, address, and phone number and where my vehicle was. Then Tabby took me home to 40 West Balcolm St. The Police contacted my mother at least once but did not contact me again. I was supoenaed by the District Attorney. I spoke to a DA and told him the same as I told to Police. I heard that Tino Dixon was arrested for this crime. I do not know Tino Dixon but I knew what he looks like. The guy I saw shooting the gun was not Tino Dixon. I heard from my mother, Brenda Frida that Tinos mother came to 40 W. Balcolm St, looking for me. My mother told her I had moved out & town and did not know anything. I in fact had moved to Cheektowaga. I was not called to testify at Tino Dixon's Trial, but was supoenaed by the District Attorney to a later trial concerning the same matter. Leonard Brown and Mario Jarmon were on trial for perjury. The District Attorney asked me about the shots fired and to identify my truck. I was not cross examined. Nothing more was said or done about this matter until my ex boyfriend was on trial in September 1998. I testified in that trial and met Private Investigator Roger Putnam. After my testimony Mr. Putnam gave me a ride to Buffalo State College where I am attending college. Since I had told him that one of my courses was Criminal Justice he asked me if this trial was my 1st [?] acquainte with the Criminal Justice system. I at this time

Roger Putnam          p.3&4          Samarad Frida     A.133

Dixon-003803



I told him that I had witnessed a shooting some years ago. He was familiar with the case and asked me if Tino Dixon was the real shooter. I told him no that Lamar Scott was the real shooter. I knew what Tino looked like and the guy I saw shooting Torey Jackson was not Tino Dixon. I did not know who Lamar Scott was until I met him some few months later. Mr. Putnam asked me why I did not come forward before when the investigation and trials were going on and I told him that I was scared to death. I have read this statement and it is true to the best of my recollection.

Sworn Before Me
This 6th Day of November 1998

Camara S. Frida

GER W. PUTNAM, JR.
tary Public, State of New York
ified In Erie Co...
commission expires    Jan. 11, 2000

ff.

ff.

ff.

ff.

p 414        151        A.134

Dixon-003804

APPENDIX 1488

DATE: 7-10-05
File #
Time # 1000 Am hrs

DISTRICT ATTORNEY'S OFFICE
DEPOSITION

STATE OF NEW YORK )
COUNTY OF ERIE ) ss.
CITY OF BUFFALO )

Emil Adams        32        10/30/72
Deponent's Name        Age        DOB        Phone

Cheektowaga        NY
Deponent's Address        City        State

deposes and says that at on/or about the 10 day of July 2005, at 1000
AM/PM, in the Town of Cheektowaga County of Erie,

*A. OF MY KNOWLEDGE.        *B. UPON INFORMATION AND BELIEF

I was shown an Affidavit by Inv D. Dill
Regarding a statement I made to Roger Putnam
I do not know a Roger Putnam, I never talked
to Putnam, I never lied in court or coerced
by the District Attorney's office. I was giving
3 copies of the affidavit by the news reporter
who wrote an article about this case The
news reporter told me Roger Putnam gave him
the information that is not true. Roger Putnam
made this entire affidavit up which upset
me, if I can sue him I would.

False statements made herein are punishable as a Class A misdemeanor pursuant to Section
210.45 of the Penal Law of the State of New York.

SIGNED: Emil J Adams

Subscribed and sworn to before me
this 10 day of July 2002. 2005
Daniel A. Dill
Daniel A. Dill
Commissioner of Deeds

Dixon-005976



# DIXON
# POLICE FILE

## COMBINED WITH
## BATES NUMBERS

APPENDIX 1490

## BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO | Ralph V. Degenhart | SUBJECT | DATE: 8/10/91 |
|---|---|---|---|
| | Commissioner of Police | Homicide at Bailey & East Delavan | |
| FROM | Police Officers PCT. 16 | CC # 221-504 | |
| | Ra-Chelle M. Brown | | |
| | James R. Diegelman | | |

RECEIVED HOMICIDE BUREAU BUFFALO POLICE DEPT. AUG 11 JAN 5 42

Attention: Homicide Chief Richard Donovan

Sir:  At 0129Hrs on 8/10/91 a call was received by PO's Diegelman/Brown
in 16N of shots fired,officer in trouble at Bailey & East Delavan. Upon
arrival, officers observed several blood splotches in the middle of the
street on East delavan ,near the address of 1157. Next to the blood spotches
were (4) spent bullets, believed to be 9 millimeter caliber,also found
was a small caliber gun,belived to be a .22 cal,silver in color,with black
handels,containing one (1) spent casing in the gun. Officers also retrieved
20 spent casings within a 25' diameter area. The 20 spent casings & 4 spent
bullet also found by Officers Diegelman/Brown were then turned over to Det.
Henry Smardz of evidence squad and pictures of the scene were done by Det.
William Shepard of Photgraphy Squad.Above information was also given to
Det. James Lonergan of Homicide. Above area was secured by officers and
released by Homicide Squad. 22 Cal gun was also turned over to Det. Smardz.

Respectfully Submitted,

PO Ra-chelle brown

RESPECTFULLY FORWARDED,

Respectfully forwarded,

Captain

POLICE INSPECTOR

COE001502

P-73    **BUFFALO POLICE DEI  RTMENT INTRA-DEPARTME  AL CORRESPONDENCE**

| TO  Ralph V. Degenhart Commissioner of Police | SUBJECT | DATE  8-10-91 |
|---|---|---|
| FROM  Joseph Makowski Richard Lopez Police Officers Pct.#11 | | Shooting from Bailey & E. Delavan (8-10-91 at 0129 hrs) |

Attn: Richard Donovan
      Chief of Homicide

Sir;

   While assigned to marked patrol vehicle #121(11 NORTH) on 8-10-91 we were dispatched to Bailey & E. Delavan on a shooting, upon arrival at the scene there was a large crowd gathered in the parking lot of Louie's Texas Hots at Bailey & E. Delavan. While investigating the call, Officer Lopez found a victim, Mario Jarmon, B/M, 19yrs of 1122 E. Delavan in front of 2510 Bailey with several gunshot wounds to the torso. Officer Makowski, in the parking lot came upon two victims(Torriano Jackson, B/M, 16yrs & Aaron Jackson, B/M, 20yrs both of 19Thatcher St.) suffering from gunshot wounds as well. While speaking with several people in the crowd, officers spoke with a Travis Powell, B/M, 22yrs of 46 Poultney who told us he was with the Jackson brothers and had seen the whole incident.
   Officers transported Travis Powell to the Homicide office where he was interviewed by Det. Stanley Suszek. Officer Makowski also spoke with a Jeffrey Shelton, B/M, 24yrs of 1150 E. Delavan (upper) who was only able to see several B/M's flee west on E. Delavan and get into two vehicles(an older rusted yellow station-wagon & a small red car).
   Eventually, a fourth victim, John A. Sullivan III B/M 17yrs of 49 Elmer st was located at the Sisters Hosp by Lt. Sack of Pct#11.
   To this point, this is all of the information that we are personally aware of concerning this homicide investigation.

                                    PO Joseph Makowski
                                    P.O.
                                    P.O.
                                    PO Richard Lopez
                                    Police Officers
                                    Pct.#11

COE001501

# EVIDENCE

**BUFFALO POLICE DEPT.** **1** NUMBER

Date of Crime ___8/10/91___    P-112

Type of Crime ___Homicide/Shootings___

Location ___Bailey & E.Delevan___

Victim ___1.Torriano Jackson,BM,17 (Deceased)___

76336

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4. John Sullivan,BM,17

Description of Evidence & Location Found. ___copper jacketed bullet recovered on the___ street, aproxx.1157 E.Delevan - 9'4" N. of the S.curb 1157 E.Delevan and 32'16" E.of utility pole #1155 E.Delevan

Case No. ___ECU/LP#91-0853___    Collected By ___HS/ HS___    Date ___8/10/91___

# EVIDENCE

**BUFFALO POLICE DEPT.** **2** NUMBER

Date of Crime ___8/10/91___    P-112

Type of Crime ___Homicide/Shootings___

Location ___Bailey & E.Delevan___

Victim ___1.Torriano Jackson,BM,17)Deceased)___

Description of Evidence & Location Found. ___copper jacketed bullet recvd.on the st.___ approx. 1157 E.Delevan - 16'5" N.of S.curb 1157 E.Delevan and 31'10" E.of utulity pole #1155 E.Delevan

Case No. ___ECU/LP#91-0853___    Collected By ___HS/ HS___    Date ___8/10/91___

# EVIDENCE

**BUFFALO POLICE DEPT.** **3** NUMBER

Date of Crime ___8/10/91___    P-112

Type of Crime ___Homicide/Shootings___

Location ___Bailey & E.Delevan___

Victim ___1.Torriano Jackson,BM,17(Deceased)___

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4. John Sullivan,BM,17

Description of Evidence & Location Found. ___copper jacketed bullet recvd.on the street___ approx.1157 E.Delevan - 11'1" N.of S.curb 1157 E.Delevan & 34'3" E.of the utility pole #1155 E.Delevan

Case No. ___ECU/LP#91-0853___    Collected By ___HS/ HS___    Date ___8/10/91___

COE001650

## EVIDENCE

**BUFFALO POLICE DEPT.** NUMBER **4**

Date of Crime _____ P-112

Type of Crime ___ Homicide/Shootings

Location ___ Bailey & E.Delevan

Victim ___ 1. Torriano Jackson,BM,17(Deceased)

2. Mario Jarmon,BM,19   3.Aaron Jackson,BM,20   4.John Sullivan,BM,17

Description of Evidence & Location Found. ___ suspected lead slug recvd.on the street approx.1157 E.Delevan - 11'9" N.of S.curb 1157 E.Delevan & 34'4" E.of the utility pole #1155 E.Delevan

Case No. ___ ECU/LP#91-0853   Collected By ___ HS/ HS   Date ___ 8/10/91

---

## EVIDENCE

**BUFFALO POLICE DEPT.** NUMBER **5**

Date of Crime ___ 8/10/91 ___ P-112

Type of Crime ___ Homicide/Shootings

Location ___ Bailey & E.Delevan

Victim ___ 1. Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19   3.Aaron Jackson,BM,20   4.John Sullivan,BM,17

Description of Evidence & Location Found. ___ spent brass .22 cal. casing (U) recvd.on the asphalt of the parking lot (Louie's Red Hots) SW corner of Bailey and E.Delevan - 14'2" S.of the S.curb approx. 1157 E.Delevan & 4'8" E.of the utility pole #1155 E.Delevan

Case No. ___ ECU/LP#91-0853   Collected By ___ HS/ HS   Date ___ 8/10/91

---

## EVIDENCE

**BUFFALO POLICE DEPT.** NUMBER **6**

Date of Crime ___ 8/10/91 ___ P-112

Type of Crime ___ Homicide/Shootings

Location ___ Bailey & E.Delevan

Victim ___ 1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19   3.Aaron Jackson,BM,20   4.John Sullivan,BM,17

Description of Evidence & Location Found. ___ sample of wet red stain (susp.blood) recvd.on the street (approx.1157 E.Delevan) - 9'4" N.of the S.curb 1157 E.Delevan & 32'16" E.of the utility pole #1155 E.delevan

Case No. ___ ECU/LP#91-0853   Collected By ___ HS/ HS   Date ___ 8/10/91

COE001651

# EVIDENCE

**BUFFALO POLICE DEPT.** 7 NUMBER

Date of Crime 8/10/91                P-112

Type of Crime Homicide/Shootings

Location      Bailey & E.Delevan

Victim  1. Torriano Jackson,BM,17(Deceased)

F
ABC

2.Mario Jarmon,BM,19   3.Aaron Jackson,BM,20   4.Johnsullivan,BM,17

Description of Evidence & Location Found (A) .32 cal. 5 shot revolver,silver colored
make UNKN. break front, ser.#747 w/2"bbl containing spent .32 cal.casing
(B.) Twenty-Seven (27) spent 9mm casings (brass) (C.) one (1) copper jacketed
bullet - items received at the scene from PO Ra-Chelle Brown,Prct.#16

8/10/91 - 0225 hrs

Case No. ECU/LP#91-0853        Collected By HS/ HS        Date 8/10/91

# EVIDENCE

**BUFFALO POLICE DEPT.** 8 NUMBER

Date of Crime 8/10/91                P-112

Type of Crime Homicide/Shootings

Location      Bailey & E.Delevan

Victim  1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19   3. Aaron Jackson,BM,20   4. John Sullivan,BM,17

Description of Evidence & Location Found. sample of dry red stain (susp.blood) recvd
off the seat portion of the frnt.pass.seat '90 Chev.2dr.yellow,NY Plt.
ECF-131,in the parking lot of Louie's Red Hots, SW corner of Bailey and
E.Delevan  (2484 Bailey)

Case No. ECU/LP#91-0853        Collected By HS/ HS        Date 8/10/91

# EVIDENCE

**BUFFALO POLICE DEPT.** 9 NUMBER

Date of Crime 8/10/91                P-112

Type of Crime Homicide/Shootings

Location      Bailey & E.Delevan

Victim  1.Torriano Jackson,BM,17(Deceased)

F

2.Mario Jarmon,BM,19   3.Aaron Jackson,BM,20   4.John Sullivan,BM,17

Description of Evidence & Location Found. lead slug recvd.on the top cellar stair
of the cellar stairway, NW corner of 2484 Bailey Ave.(Louie's Red Hots)
13" E.of the W.wall & 8" N.of the front edge of the top stair

Case No. ECU/LP#91-0853        Collected By HS/ HS        Date 8/10/91

COE001652

# EVIDENCE

**BUFFALO POLICE DEPT.** $\frac{10}{\text{NUMBER}}$

Date of Crime _8/10/91_    P-112

Type of Crime _Homicide/Shootings_

Location _Bailey & E.Delevan_

Victim _1.Torriano Jackson,BM,17(Deceased)_

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. _copper jacketed bullet recvd.on the 5th stair from the top - on the stairway,NW corner of 2484 Bailey (Louie's Red Hots) - 10" W.of the E.wall & 5" N.of the front edge of the stair_

Case No. _ECU/LP#91-0853_    Collected By _HS/ HS_    Date _8/10/91_

---

# EVIDENCE

**BUFFALO POLICE DEPT.** $\frac{11}{\text{NUMBER}}$

Date of Crime _8/10/91_    P-112

Type of Crime _Homicide/Shootings_

Location _Bailey/E.Delevan_

Victim _1.Torrian Jackson,BM,17(Deceased)_

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. _clothes of Victim Torriano Jackson,BM,17 received from RN Barb Badgley,ECMC/ER_

(A) 1 pr.Wht.Hi-Top sneakers, wht/orange "NIKE" Force 9½ (B) blue jeans "Bugle Boy" 34M w/blk.belt (C) teal briefs "Hanes" M-32/34 (D) grey hood-ed sweatshirt "Gears" XL w/Univ.Bflo.logo (E) grey T-shirt "Trend-Ultra" size L w/America's Cup logo . Items were cut by med.personell and cont-ained WRS

Case No. _ECU/LP#91-0853_    Collected By _HS/ HS_    Date _0420 hrs 8/10/91_

---

# EVIDENCE

**BUFFALO POLICE DEPT.** $\frac{12}{\text{NUMBER}}$

Date of Crime _8/10/91_    P-112

Type of Crime _Homicide/Shootings_

Location _Bailey & E.Delevan_

Victim _1.Torriano Jackson,BM,17(Deceased)_

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. _Clothes of Victim:Mario Jarmon,BM,19 received from RN Terena Licht,ECMC/ER_

(A) 1 pr.sneakers wht.Hi-Top, NIKE "Quantum Force,10½ w/sox (B) wht.print shorts "Ocean Pacific" (C) Kelly grn.T-shirt "Russell Athletic" M-38/40 W/"Hunt-ington Phys.Ed" logo (D) Blk.sweatshirt (E) jeans, lgt.blue "Levi Strauss" 38/30 - Items were cut by medical personell and contained Wet Red Stains

(F) also  1d nugget earring & key ring w/3 keys & ID tag "EAS"    0425 hrs

Case N _ECU/LP#91-0853_    Collected By _HS/ HS_    Date _8/10/91_

COE001653

# EVIDENCE

**BUFFALO POLICE DEPT.** 13 NUMBER

Date of Crime _____ P-112

Type of Crime ___ Homicide/Shootings

Location ___ Bailey & E.Delevan

Victim ___ 1.Torriano Jackson,BM,(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. ___ clothes of victim Aaron Jackson,BM,20
received from RN Bill Frieder,ECMC/ER,0425 hrs,8/10/91

(A)1 pr. blue sneakers "NIKE" Flight size 9, w/wht.ankle sox (B) 1 pr.grey
micro briefs "Large" (C) blk.sweatpants "Russell Athletic" XL - items
contained WRS (Wet Red Stains) , and were cut by med.personell

Case No. ___ ECU/LP#91-0853    Collected By ___ HS/HS    Date ___ 8/10/91

---

# EVIDENCE

**BUFFALO POLICE DEPT.** 14 NUMBER

Date of Crime ___ 8/10/91    P-112

Type of Crime ___ Homicide/Shootings

Location ___ Bailey & E.Delevan

Victim ___ 1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. ___ Clothes of Victim:John Sullivan,BM,17
received from John Sullivan, 0630 hrs.8/10/91 at Sister's Hosp.ER

(A.) 1 pr.Royal Blue shorts w/WRS "Champion" XL
(B.) 1 pr.blue print shorts w/wrs "Pure Sweat"

Case No. ___ ECU/LP#91-0853    Collected By ___ HS/HS    Date ___ 8/10/91

---

# EVIDENCE

**BUFFALO POLICE DEPT.** 15 NUMBER

Date of Crime ___ 8/10/91    P-112

Type of Crime ___ Homicide/Shootings

Location ___ Bailey & E.Delevan

Victim ___ 1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. ___ sample of head hair from Hom.Victim:
Torriano Jackson,BM,17 - recvd.1000 hrs,08/10/91 at the ECMC Morgue

Case No. ___ ECU/11=91-0853    Collected By ___ HS/HS    Date ___ 8/10/91

COE001654

# EVIDENCE

**BUFFALO POLICE DEPT.** __16__ NUMBER

Date of Crime ___8/10/91___    P·112

Type of Crime ___Homicide/Shootings___

Location ___Bailey & E.Delevan___

Victim ___1.Torriano Jackson,BM,17(Deceased)___

2.Mario Jarmon,BM,19   3.Aaron Jackson,BM,20   4.John Sullivan,BM,17

Description of Evidence & Location Found. __copper jacketed bullet received from ME__
__Dr.Loghmanee, 1105 hrs,8/10/91 at Post of Hom.Victim:Torriano Jackson,BM,__
__17 - item removed from vicitm's lt.forearm    (ECMC Morgue)__

Case No. ___ECU/LP#91-0853___    Collected By __HS/HS__    Date __8/10/91__

# EVIDENCE

**BUFFALO POLICE DEPT.** __17__ NUMBER

Date of Crime ___8/10/91___    P·112

Type of Crime ___Homicide/Shootings___

Location ___Bailey & E.Delevan___

Victim ___1.Torriano Jackson,BM,17(Deceased)___

2.Mario Jarmon,BM,19   3.Aaron Jackson,BM,20   4.John Sullivan,BM,17

Description of Evidence & Location Found. __copper jacketed bullet received from__
__ME Dr.Loghmanee, 1108 hrs,8/10/91 at Post of Hom.Vicitm Torriano Jackson__
__BM,17 -item removed from bak of victim's rgt.hand    (ECMC Morgue)__

Case No. ___ECU/LP#91-0853___    Collected By __HS/HS__    Date __8/10/91__

# EVIDENCE

**BUFFALO POLICE DEPT.** __18__ NUMBER

Date of Crime ___8/10/91___    P·112

Type of Crime ___Homicide/Shootings___

Location ___Bailey & E.Delevan___

Victim ___1.Torriano Jackson,BM,17(Deceased)___

2.Mario Jarmon,BM,19   3.Aaron Jackson,BM,20   4.John Sullivan,BM,17

Description of Evidence & Location Found. __copper jacketed bullet received from ME__
__Dr.Loghmanee - 1110 hrs,08/10/91 at the Post of Hom.Victim:Torriano Jackson__
__ECMC Morgue, - item removed from the victim's left upr.thigh/lateral__

Case No. ___ECU/LP#91-0853___    Collected By __HS/HS__    Date __8/10/91__

COE001655

# EVIDENCE

**BUFFALO POLICE DEPT.** 19 / NUMBER

Date of Crime ___8/10/91___    P·112

Type of Crime ___Homicide/Shootings___

Location ___Bailey & E.Delevan___

Victim ___1.Torriano Jackson,BM,17(Deceased)___

2.Mario Jarmon,BM,19   3.Aaron Jackson,BM,20   4.John Sullivan,BM,17

Description of Evidence & Location Found. ___copper jacketed bullet received from ME___
___Dr.Loghmanee, 1114 hrs 8/10/91 at the Post of Hom.Victim:Torriano Jackson___
___ECMC Morgue - item was removed from the victim's Rgt.upr.thigh___

Case No. ___ECU/LP#91-0853___    Collected By ___HS/HS___    Date ___8/10/91___

# EVIDENCE

**BUFFALO POLICE DEPT.** 20 / NUMBER

Date of Crime ___8/10/91___    P·112

Type of Crime ___Homicide/Shootings___

Location ___Bailey & E.Delevan___

Victim ___1.Torriano Jackson,BM,17(Deceased)___

2.Mario Jarmon,BM,19   3.Aaron Jackson,BM,20   4.John Sullivan,BM,17

Description of Evidence & Location Found. ___copper jacketed bullet received from ME___
___Dr.Loghmanee, 1116 hrs 8/10/91 at the Post of Hom.Victim Torriano___
___Jackson, -ECMC Morgue - item was removed from the victim'sLt.upper___
___thigh/medial___

Case No. ___ECu/LP#91-0853___    Collected By ___HS/HS___    Date ___8/10/91___

# EVIDENCE

**BUFFALO POLICE DEPT.** 21 / NUMBER

Date of Crime ___8/10/91___    P·112

Type of Crime ___Homicide/Shootings___

Location ___Bailey & E.Delevan___

Victim ___1.Torriano Jackson,BM,17(Deceased)___

2.Mario Jarmon,BM,19   3.Aaron Jackson,BM,20   4.John Sullivan,BM,17

Description of Evidence & Location Found. ___vial of blood of Hom.Victim:Torriano___
___Jackson,BM,17 received from ME Asst.Geo.Washington,1125 hrs.8/10/91___
___at Victim's Post,ECMC Morgue___

Case No. ___ECU/LP#91-0853___    Collected By ___HS/HS___    Date ___8/10/91___

COE001656

## EVIDENCE

**APPENDIX 1499**

**BUFFALO POLICE DEPT.** $\frac{22}{\text{NUMBER}}$

Date of Crime ___8/10/91___ P·112

Type of Crime ___Homicide/Shootings___

Location ___Bailey & E.Delevan___

Victim 1. Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. ___clothes of Susp/Deft.Valentino Dixon,BM___
received from Valention Dixon,1500 hrs 8/10/91 at the Hom.Sec.Ofc.

A. 1pr. Blue/Blk."Nike" Sneakers Airmax size 9½   B. Blk.nylon jogging

pants "NIKE" size L  C. grey sweatshirt w/blk.trim on sleeves "NIKE"

"Force"   D. baseball cap "G" navy blue w/wht.bill w/"Villanova Wildcats"
logo

Case No. ___ECU/LP#91-0853___    Collected By ___HS/45___  Date ___8/10/91___

COE001657

BPD Comp. 0010

**APPENDIX 1500**

P-73 BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO | SUBJECT | DATE |
|---|---|---|
| Homicide Squad | Shooting on East Delavan & Bailey | 8/10/91 |
| **FROM** | Witness statements of Ms. Sonya James. | |
| B.M.H.A. Officer Joseph E. Serwon | | |

When we arrived at the scene at approximately 0139 hrs. we were told by Pct.16's Lieutenant to help secure the scene. Ms. Sonya James of 334 Hamburg St. apt. 5, D.O.B. 2/15/71, phone # 896-2378 approached us and said that she saw everything. 16's Lieutenant told us to put Her in our patrol car and get all the information from Her. While She was in the back of our car she told us that while she was standing on the corner of East Delavan & Ericson St.'s (1 block east of Bailey. When she saw a dark blue Jeep type vehicle with tinted windows, very loud music, and with the tailgate window open drive past her several times on E. Delavan. When the vehicle passed the intersection of E. Delavan & Bailey it slowed down and the occupants turned down the music and that is when they started shooting into the crowd in the lot of Louies Red Hots. Ms. James told me when she heard the shots being fired and saw the smoke coming from the vehicle, she ran across the street and called 911. She also said that after the shoting the vehicle sped off west on E. Delavan. After the shoting she ran down to the scene to see what was happening. Ms. James told me that she heard about 20 to 25 shots. After she heard on the radio that a possible suspect was Valentino Dixin, she told me that he was the Father of one of her children. I asked her for a discription of Mr. Dixin. She was very apprehensive about telling me any information about him. After discussing it with her for several minutes she gave me the following information: He's a b/m, about 5'8", medium build, and medium complextion. She also said that he possibly stays on Moselle St. and that his Mother lives somewhere on Rounds St.. She also that he drives a newer cadilac. We then transported Ms. James to the Homicide Office at 74 Franklin St..

Respectfully,

P.O. Joseph E. Serwon

COE001503

P-73 BUFFALO POLICE DEPARTMENT APPENDIX 150 DEPARTMENTAL CORRESPONDENCE

| TO | HOMICIDE | SUBJECT | DATE 8-10-91 |
|---|---|---|---|

SHOOTING E. DELAVAN & BAILEY

**FROM**
P.O. T. J. WILKE
(856-2533/3457    B.M.H.A. POLICE )

WITNESS STATEMENTS (SHONIQUE LOWMAN)

ARRIVING AT APPROX. 0139  AT 1155 E. DELAVAN WE WERE  ASSISTING PCT. 16 IN SECURING A LOCATION  ON E. DELAVAN, JUST WEST OF BAILEY AVE. AFTER OFFICER SERWON WAS APPROCHED  BY A WITNESS TO THE SHOOTING (SONYA JAMES)  AND TOOK HER STATEMENT, SHE POINTED OUT ANOTHER  SUBJECT WHICH WAS WITH HER AT THE TIME OF THE SHOOTING.

I SPOKE WITH (SHONIQUE LOWMAN) OF 21 FLOSS AVE. D.O.B. 7/13/77 PHONE # 896-9275. WITNESS STATED THAT SHE WAS ON E. DELAVAN AT ERICSON, AND SAW A BLUE-GREEN BLAZAR DRIVE BY HER LOCATION HEADING WEST ON E. DELAVAN, TOWARDS BAILEY. SAID VEHICLE HAD FOUR PERSONS INSIDE, AND WAS PLAYING LOUD MUSIC. SHE ALSO SAID SHE SAW A BEAT-UP WHITE STATIONWAGON RIGHT BEHIND THE BLAZAR TAILGATING. SHE SAID THE DRIVER OF THE BLAZAR WAS A DARK SKINED BLACK MALE WEARING A SPORTS TYPE BASEBALL CAP. SHE THEN STATED THAT THE MUSIC WENT OFF, A MAN LEANED OUT  OF THE BLAZER WITH A GUN AND SHE HEARD MANY SHOTS, AND THAT THE GUY WALKING ACROSSED E. DELAVAN (NORTH) FROM THE TEXAS HOTS PARING LOT DROPPED TO THE GROUND. IT WAS AT THIS TIME SHE RAN HERSELF.

SHE THEN STATED THAT SHE WAS AT A PARTY JUST EARLYER AND HEARD PERSONS TALKING ABOUT DOING A SHOOTING. SHE ALSO STATED THE PERSONS IN THE SUSPECT VEHICLE WERE THOSE PERSONS. SHE SAID SHE DID NOT KNOW ANY OF THESE PERSONS, BUT SEES THEM AROUND HER SCHOOL.  THE PARTY WAS AT AN UNKNOWN NEWBURG ADDRESS.

THIS WITNESS DID  TALK WITH A HOMICIDE DET. AT THE SCENE ABOUT THE INCIDENT AND WAS RELEASED.

RESPECTFULLY,

P.O. T. J. WILKE

COE001489

# BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO | Richard T. Donovan, Chief Homicide Section | SUBJECT | DATE 8-10-91 |
|---|---|---|---|
| FROM | Det. James P. Lonergan, Homicide Section | Torriano Jackson Homicide | |

ATTN: Lt. James Rautenstrauch

Sir,
At 0145hrs I received a call to respond to Bailey & Delevan regarding a shooting. I responded & arrived at 0155hrs. Present upon my arrival were numerous police personnel including Lt.'s Manka & Sack, PO's Makowski, Lopez & Padin of Preceinct #11 & PO's Brown & Diegalman of Pct #16. Also present was Duty Inspector Anthony Labedz.
I was informed by Officers on the scen that as it stood at this point there were 3 people shot. They are as follows: Torriano, age 17 residing at 19 Thatcher, his brother, Aaron Jackson, age unknown, who also resides at 19 Thatcher & Mario Germain of 1122 East Delevan. I was informed that the victim's had been taken to the ECMC via ambulance. I called for the Evidence Collection Unit, Police Photographer & additional Homicide Dets. to respond to the scene.
I observed in the street, at approximately 1157 East Delevan, a pool of wet red stain, which was approximately 9' from the curb. Also in this vicinity, I observed 3 copper jacketed slugs and one lead slug in the street. I was also informed by Lt. Manka that PO Ra-Chelle Brown of Pct. 16 had in her possession 27 spent 9mm casings & a .32cal revolver. I informed PO Brown to retain possession of said evidence until the arrival of the Evidence Collection Unit.
I was informed at the scen that there was apparently another victim from this shooting at the Sister's Hospital. The victim's name is unknown at this time, however, Det. John Vickerd responded to the ECMC & also the Sister's Hospital and will cover his activities in a seperate report.
Evidence Collection Unit Det. Henry Smardz & Police Photographer William Sheppard arrived on the scene & performed their respective duties. Det. Stanley Suszek also responded to the scene & assisted in this investigation. It should also be noted that while at the scene I was informed by Inspector Labedz that several shots had hit Louie's Hot Dog Stand at Bailey & Delevan and there were several slugs inside the restaurant that had to be collected. I informed Det. Smarz of this & he stated he would retrieve this Evidence.
I then interviewed Travis Powell, who is a possible witness, to the shooting. He said himself, Aaron Jackson & Tory Jackson were going to Louie's Hot Dogs. Travis was driving his mother's GEO-Storm which he parked in Louie's parking lot. They exited the vehicle and Tory got into a fight with some guy across. All of a sudden alot of shooting started. Travis turned around and saw a guy standing over Tory (who was lying in the street) and the guy was shooting at Tory. Travis said he didn't see the shooter's face and couldn't recognize him. It was then requested that Travis be transported down to the Homicide Office for a more detailed statement.
I observed a 1989 GEO, yellow in color, NY Reg. # ECF 131 parked in the lot at Louie's. This vehicle is registered to Willie C. Wilson of 46 Poultney St. who is Travis Powell's father. The car has what appears to be a ricochete off the passenger side roof. I also observed a spent .22cal shell casing lying on the ground in the parking lot approximately 5' East of 1155 East Delevan. This .22cal casing was retrieved by Det. Smardz.

COE001504

APPENDIX 1503

P-73    **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | SUBJECT | DATE 8-1-91 |
|---|---|---|
| FROM | FILE 91-145<br>Jackson Homicide | |

I then returned to the Homicide Office to continue this investigation.

Respectfully Submitted,

*James P. Lonergan*

Det. James P. Lonergan

COE001505

BUFFALO POLICE DE... A. TMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| Richard T. Donovan, Chief Homicide Section | SUBJECT | DATE 8/10/91 |
|---|---|---|
| FROM  Det. John Vickerd Det. James Lonergan | Multiple Shooting File 91-145 Bailey/E.Delavan Dictated by Det. John Vickerd | |

Attn:  James Rautenstrauch, Lt.

Sir:

At approx. 0145 hrs. this date your writer received a call from the Shift Lt. William Smith. He informed me there was a multiple shooting at the corner of Bailey/Delavan and the assistance of extra homicide personnel was needed.

Your writer proceeded to HQ and was informed by Lt. Smith to go to E.C.M.C. where three of the shooting victims were transported. Upon my arrival at E.C.M.C. I was met by P.O.'s Buyer/O'Neil in car 11E. They informed me one of the victims expired due to multiple gunshot wounds. They identified this victim as Torrano Jackson, B-M, age 17 dob 5/5/74 of 19 Thatcher St., phone 836-2809. Officer O'Neil the informed me that the deceased's brother, Aaron Jackson, B-M, age 20 dob 1/26/71, also of 19 Thatcher was in surgery at this time with a gunshot wound to the abdomen and is listed in critical condition. Officer O'Neil identified the third victim as Mario Jarmon, B-M, age 19 dob 12/23/71 of 1122 E. Delavan, phone 896-5817.

At this time, while in the ER, your writer did observe Mario Jarmon being prepped for surgery. He had what appeared to be bullet wounds to the right chest area and the abdomen. Mario's condition is also listed as critical at this time.

Your writer then observed the body of Torrano Jackson. Noted were multiple frontal wounds to the chest, left side, abdomen, left arm, left/right legs. Numbers of entrance and exit wounds will have to be determined by the ME as this investigation continues.

P.O. O'Neil informed your writer that the mother and several other family members of the Jackson brothers were present at the hospital. Also present was the mother of Mario Jarmon. These persons were being apprised of the condition of the victims by hospital staff.

At this time, your writer proceeded to the scene at Bailey/E.Delavan and met with Det. Lonergan to apprise him of the condition of the victims. Det. Lonergan informed me another victim was taken to Sister's Hosp. His identity was not known at this time.

Your writer then proceeded to Sister's Hosp. and upon arrival I was informed by ER personnel that John Sullivan, B-M, age 17 dob 3/2/74 of 49 Elmer St., phone 835-9680 was being treated for a laceration of his right thigh, possibly caused by a gunshot.

Your writer then spoke with John Sullivan. He informed me that he was on the corner of Bailey/Delavan with his friend Fred Stencil. There was

Cont'd.

COE001506

POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDE

| | SUBJECT | DATE 8/10/9 |
|---|---|---|
| FROM Det. John Vickerd<br>Det. James Lonergan | Page 2<br>Multiple Shooting<br>File 91-145 Bailey/E.Delavan<br>Dictated by Det. John Vickerd | |

a large crowd in the area. A fight broke out and he saw he was between Torrey and Aaron Jackson fighting with Mario, lnu, at this time. He knew all three persons and went over to try and break it up. He noticed a B-M known to him as TINO, go behind a van and come out with a black Uzi. He pointed it at Torrey and started firing and that is when John states he was hit in the leg.

John describes TINO as a B-M, age 21, 6', 160 lbs. short hair, wearing a black/white jogging suit, possibly with another color trim. John states TINO'S real name is Valentino, lnu. John states he has known TINO from around the neighborhood and the Genesee/Moselle area and can identify him. John states there were multiple gun shots fired in very rapid succession. After the shooting, he observed TINO and another B-M run west on Delavan towards Olympic and saw Mario run toward Bailey.

John states he knows Torrey Jackson was shot because he saw him fall to the ground and TINO stood over him and kept firing at him, but does not know who else was hit at this time.

At this time, your writer returned to the Homicide office to further assist in this investigation.

Subsequent developments will be reported via additional P-73's.

Respectfully submitted,

Det. John Vickerd

JV/les

COE001507

P-1302

8/12/91

91-145

BAILEY & DELAVAN
MULTIPLE - SHOOTING

JTV

At apprx 0145 hrs the undersigned your units received a call from Lt. W. Smith. He informed me that there was a multiple shooting at the corner of Bailey & Delavan and that my assisting of the homicide in arresell was needed.

... your units arrived at Police Hq ... and was informed by Lt. Smith to proceed to the ECMC Emergency where 3 shooting victims had been transported.

Upon my arrival at ECMC Emerg I was met by PO Tom Buyer & PO Dan Owski in car 11E. They informed me that the victims had already expired. ... and ID'd the person to me as Torrino Jackson B/M 17 yrs of age DOB 5/5/74 of 19 Thatcher St phone # 836-2809

... Officers Owski then informed me that the deceased's brother Aaron Jackson B/M 20 yrs of age DOB 1/26/71 also of 19 Thatcher St was in surgery at this time with a gunshot wound to the abdomen & is listed in critical condition at this time. Officers Owski ID'd the 3rd victim to me as Mario Junior B/M 19 yrs of age DOB 12/23/71 of 1122 E. Delavan phone 896-5817 ...

emergency room & did observe Mario Junior being prepped for surgery. He had a gunshot bullet wound to ...

COB 000121

P-1302

②



COB 000122

APPENDIX 1508

③

P-1302

with John Sullivan. He found me that he was on the corner of Bailey & Delavan with his friend Fred Stencil. There was a large crowd in the area. A fight broke out & he seen that it was between Torrey & Orrin Jackson fighting with Mario last name unknown at this time. He seen all 3 persons & went over to try & break it up. He noticed a B/m known to him as Tris as he backed a van & came out with a black weapon. He pointed it at Torrey & started firing & Tris when John stated he was hit while by.

John describes Tris as a B/m 21 YRS of age, 6 approx 160th shirt hair wearing a black & white pinstripe, possibly with another color trim. John states Tris' real name is Valentin last name unknown. John stated he has known Tris from around the neighborhood & the Grider & Moselle area & can identify him. John states that there were multiple gunshots fired very rapid succession after he stated. At this time I returned to the Hom office to further assist in this event.

Upon office.

JHW

COB 000123

**APPENDIX 1509**

P73    BUFFALO POLICE D  ...RTMENT INTRA-DEPARTM  ...AL CORRESPONDENCE

| TO | Richard T. Donovan Chief of Homicide Bureau | SUBJECT Torriano Jackson:  Homicide File #91-145    CD#221-504 Initial Report Confidential | DATE 08-10-91 |
|---|---|---|---|
| FROM | Det.  Stanley W. Suszek | | 0600-1400 Hrs. |

Attention:    J.D. Rautenstrach;   Lieut.


Sir;

The under-signed received a telephone call at 0150 Hrs.
from the Shift Lieutenant Bill Smith. He requested assis-
tance at the scene of a multiple shooting, E. Delevan,
and Bailey Aves.

-Arriving at the scene at 0225 Hrs. we were met by the
Duty Inspector Anthony A, Labedz, Det. Lonergan of our
staff, Potographer Bill Shephard, and Evidence Det. Hen-
ry Smardz. Various Police cars were also present, and
assigned crime scene protection, and crowd control duties.

Information from Det. Lonergan was that additional help
was enroute, with Det. Vickerd going to the hospital. With
Det. Vickerd enroute there, and Det. Lonergan in control
of the scene, this writer went to the office.

Detailed, signed statement were then taken from a Travis
Marshall Powell, Age 22, DOB 12-25-68, of 46 Poultney St.
Phone 837-0802, and a Sonya Latrice James, Age 20, DOB
02-15-71, of 334 Hamburg St. Apt#5. While she has no phone
she states that she aan be reached via her Mother's Phone
·896-2378..

-Their statements, and polariod photos are now part o this
investigation, and are of course self explanatory.


Respectfully submitted;

Det. /Stanley W. Suszek

=sws=

COE001508

P-77B-1                          BUFFALO POLICE DEPARTMENT
                          EVIDENCE LATENT FINGERPRINT REPORT

LP#: 91-0853                            DATE OF REPORT: 08/10/91

CD#: 221504    CRIME: HOMICIDE         MSG TIME/DATE: 0622 HRS - 08/10/91
                                                       # 16584
COMPLT: JACKSON (DECEASED)SCENE Y/N: Y    DATE PROCS: 08/10/91

ADDRESS OF CRIME: BAILEY & E.DELEVAN            TIME: 0220 HRS

PHONE#: N/A                            EXAM OFFICER: SMARDZ

TIME/DATE OF OCC: 0129 HRS - 08//10/91          DEFD: VALENTINO DIXON
                                                      # 172430
INV OFFICER: LONERGAN/VICKERD         PHOTOS TAKEN: Y
             SUSZEK/STAMBACH
UNIT OR PRCT: HOMICIDE                            BY: SHEPHARD

EVIDENCE COLLECTED: Y - 22 ITEMS        SUB TO LAB: Y - # 76336

LATENTS DEVELOPED: CRIME SCENE SEARCH
POOR LP'S DEVELOPED BUT LACKED ADEQUATE RIDGE DETAIL FOR COMPARABLE PURPOSES
ITEMS PROCESSED: ITEM #5 (SPENT .22 CASING), ITEM #7 (.32 CAL. H&R REVOLVER AND
SPENT .32 CAL.CASING - 27 SPENT 9MM CASINGS)


                          SUSPECTS COMPARED
           NAME                  MUG#                          RESULTS



REMARKS: REFER XC P-112 FOR INFO/DESCRIPTION OF RECOVERED ITEMS




UNIT ID# : HOM.CASE #91-145

   RWARDED TO: HOMICIDE SECTION         DATE:

                                          Det. Hm Smardz
                                          11/12/91
                                          **COE001608**

```
Attachment: CD#221504          HOM.CASE#91-145          ECU/LP#91-0583
```

SAT. 08/10/91 - NOTFD. AT HOME VIA PHONE LT.WM.SMITH/DDSO TO ASST.HOM.SECTION
RE: HOMICIDE/SHOOTING(S) - PRCT.#11 - BAILEY & E.DELEVAN AVES.

```
NOTFD.0140 HRS     ARR.0220 HRS     WEATHER: COOL/CLEAR     TEMP. 62 DEGREES
```

```
OFFICERS:HOMICIDE: LONERGAN/VICKERD/STAMBACH/SUSZEK
         PRCT.#16: PO'S DIEGELMAN/BROWN (16 N)
         DUTY INSP: LABEDZ
           PHOTOS: SHEPHARD
     PATH AT POST: DR.LOGHMANEE
```

SCENARIO: DECEASED ALONG W/3 OTHER VICTIM'S WERE SHOT AT AND SUFFERED GUNSHOT
          WOUNDS WHILE THEY WERE AT THE PARKING LOT OF LOUIE'S RED HOTS, BAILEY
          AND E.DELEVAN. DECEASED AND 3 WOUNDED TAKEN TO AREA HOSPITALS

VICTIM'S: 1. TORRIANO JACKSON,BM,17 - 19 THATCHER,BFLO.NY (ECMC-DECEASED)
          2. MARIO JARMON,BM,20 - 1122 E.DELEVAN,BFLO.NY (ECMC)
          3. AARON JACKSON,BM,20 - 19 THATCHER,BFLO.NY (ECMC)
          4. JOHN SULLIVAN,BM,17 - 49 ELMER,BFLO.NY (SISTER'S HOSP.)

Attachment:

08/10/91 - INITIAL CRIME SCENE SEARCH - ITEMS #1 THRU # 10 RECVD.AT THIS TIME.
0220 HRS   LPX ON ITEMS #5 & #7 (REFER XC P-112) - NEGATIVE

08/10/91 - EXAMINED '90 CHEV.GEO TRACKER RED NY PLT.# B9X-997 AT 1507 FILLMORE
0330 HRS   FOR BULLET HOLES. ONE RICOCHET HOLE IN DRIVER'S SIDE DOOR POST WAS
           NOTED. NO BULLET RECVD. - PHOTOS: SHEPHARD

08/10/91 - COLLECTED ITEMS #11 THRU #13 (CLOTHES/PROPERTY OF SHOOTING VICTIM'S)
0420 HRS   (TORRIANO JACKSON (DECEASED),MARIO JARMON,AARON JACKSON) AT ECMC/ER

08/10/91 - COLLECTED ITEM #14 (CLOTHES OF SHOOTING VICTIM JOHN SULLIVAN) AT THE
0630 HRS   SISTER'S HOSP/ER

08/10/91 - COLLECTED ITEM #15 THRU #21 AT THE AUTOPSY OF HOM.VICTIM TORRIANO
1000 HRS   JACKSON AT THE ECMC MORGUE

08/10/91 - DAYLIGHT CRIME SCENE SEARCH (2484 BAILEY VAE.) BAILEY & E.DELEVAN
1145 HRS   NO ADDITIONAL EVEIDENCE WAS COLLECTED


Attachment:

08/10/91 - RECVD.ITEM #22 (CLOTHES OF SUSP.VALENTINO DIXON) AT THE HOMICIDE OFC
1500 HRS

08/12/91 - TWENTY-ONE (21) ITEMS (ALL EXCEPT #7) FORWARDED TO THE ERIE COUNTY
0915 HRS   CPS LAB FOR ANALYSIS - TOT BERT PANDOLFINO - LAB # 76336

08/12/91 - ITEM #7 (.32 CAL.H&R REVOLVER, 27 SPENT 9MM CASINGS & 1 SPENT BULLET
           FORWARDED TO THE ADMIN.OFC. (P-127/P-10A) - TOT MIKE MULQUEEN
           PROP.#179477

**COE001609**



77B-1

BUFFALO POLICE DEPARTMENT
EVIDENCE LATENT FINGERPRINT REPORT

LP#: 91-0853                                    DATE OF REPORT: 08/10/91

CD#: 221504    CRIME: HOMICIDE               MSG TIME/DATE: 0622 HRS - 08/10/91
                                                            # 16584
COMPLT: JACKSON (DECEASED)SCENE Y/N: Y         DATE PROCS: 08/10/91

ADDRESS OF CRIME: BAILEY & E.DELEVAN                   TIME: 0220 HRS

PHONE#: N/A                                    EXAM OFFICER: SMARDZ

TIME/DATE OF OCC: 0129 HRS - 08//10/91              DEFD: VALENTINO DIXON
                                                          # 172430
INV OFFICER: LONERGAN/VICKERD                PHOTOS TAKEN: Y
             SUSZEK/STAMBACH
UNIT OR PRCT: HOMICIDE                                  BY: SHEPHARD

EVIDENCE COLLECTED: Y - 22 ITEMS               SUB TO LAB: Y - # 76336

LATENTS DEVELOPED: CRIME SCENE SEARCH
POOR LP'S DEVELOPED BUT LACKED ADEQUATE RIDGE DETAIL FOR COMPARABLE PURPOSES
ITEMS PROCESSED: ITEM #5 (SPENT .22 CASING), ITEM #7 (.32 CAL. H&R REVOLVER AND
SPENT .32 CAL.CASING - 27 SPENT 9MM CASINGS)


                             SUSPECTS COMPARED
        NAME                      MUG#                          RESULTS



REMARKS: REFER XC P-112 FOR INFO/DESCRIPTION OF RECOVERED ITEMS










UIT ID# : HOM.CASE #91-145

FORWARDED TO: HOMICIDE SECTION              DATE: 8/12/91

CQE001620

**APPENDIX 1513**



Attachment: CD#221504        HOM.CASE#91-145        ECU/LP#91-0583

SAT. 08/10/91 - NOTFD. AT HOME VIA PHONE LT.WM.SMITH/DDSO TO ASST.HOM.SECTION
RE: HOMICIDE/SHOOTING(S) - PRCT.#11 - BAILEY & E.DELEVAN AVES.

NOTFD.0140 HRS    ARR.0220 HRS    WEATHER: COOL/CLEAR    TEMP. 62 DEGREES

OFFICERS:HOMICIDE: LONERGAN/VICKERD/STAMBACH/SUSZEK
         PRCT.#16: PO'S DIEGELMAN/BROWN (16 N)
         DUTY INSP: LABEDZ
           PHOTOS: SHEPHARD
    PATH AT POST: DR.LOGHMANEE

SCENARIO: DECEASED ALONG W/3 OTHER VICTIM'S WERE SHOT AT AND SUFFERED GUNSHOT
          WOUNDS WHILE THEY WERE AT THE PARKING LOT OF LOUIE'S RED HOTS, BAILEY
          AND E.DELEVAN. DECEASED AND 3 WOUNDED TAKEN TO AREA HOSPITALS

VICTIM'S: 1. TORRIANO JACKSON,BM,17 - 19 THATCHER,BFLO.NY (ECMC-DECEASED)
          2. MARIO JARMON,BM,20 - 1122 E.DELEVAN,BFLO.NY (ECMC)
          3. AARON JACKSON,BM,20 - 19 THATCHER,BFLO.NY (ECMC)
          4. JOHN SULLIVAN,BM,17 - 49 ELMER,BFLO.NY (SISTER'S HOSP.)

Attachment:

08/10/91 - INITIAL CRIME SCENE SEARCH - ITEMS #1 THRU # 10 RECVD.AT THIS TIME.
0220 HRS   LPX ON ITEMS #5 & #7 (REFER XC P-112) - NEGATIVE

08/10/91 - EXAMINED '90 CHEV.GEO TRACKER RED NY PLT.# B9X-997 AT 1507 FILLMORE
0330 HRS   FOR BULLET HOLES. ONE RICOCHET HOLE IN DRIVER'S SIDE DOOR POST WAS
           NOTED. NO BULLET RECVD. - PHOTOS: SHEPHARD

08/10/91 - COLLECTED ITEMS #11 THRU #13 (CLOTHES/PROPERTY OF SHOOTING VICTIM'S)
0420 HRS   .(TORRIANO JACKSON (DECEASED),MARIO JARMON,AARON JACKSON) AT ECMC/ER

08/10/91 - COLLECTED ITEM #14 (CLOTHES OF SHOOTING VICTIM JOHN SULLIVAN) AT THE
0630 HRS   SISTER'S HOSP/ER

08/10/91 - COLLECTED ITEM #15 THRU #21 AT THE AUTOPSY OF HOM.VICTIM TORRIANO
1000 HRS   JACKSON AT THE ECMC MORGUE

08/10/91 - DAYLIGHT CRIME SCENE SEARCH (2484 BAILEY VAE.) BAILEY & E.DELEVAN
1145 HRS   NO ADDITIONAL EVEIDENCE WAS COLLECTED


Attachment:

08/10/91 - RECVD.ITEM #22 (CLOTHES OF SUSP.VALENTINO DIXON) AT THE HOMICIDE OFC
1500 HRS

08/12/91 - TWENTY-ONE (21) ITEMS (ALL EXCEPT #7) FORWARDED TO THE ERIE COUNTY
0915 HRS   CPS LAB FOR ANALYSIS - TOT BERT PANDOLFINO - LAB # 76336

08/12/91 - ITEM #7 (.32 CAL.H&R REVOLVER, 27 SPENT 9MM CASINGS & 1 SPENT BULLET
           FORWARDED TO THE ADMIN.OFC. (P-127/P-10A) - TOT MIKE MULQUEEN
           PROP.#179477

COE001621

APPENDIX 1514

P-73    **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Richard T. Donovan, Chief<br>Homicide Section | SUBJECT | DATE | 8/10/91 |
|---|---|---|---|---|
| FROM | Det. Mark R. Stambach | File 91-145 Torrano Jackson<br>Homicide<br>Dictated by Det. Mark R. Stambach | | |

ATTN:   James Rautenstrauch, Lieutenant

SIR:

Your writer did receive a call at 0220 hrs. this date from Shift Lt. William Smith.  Lt. Smith requested your writer's presence at the Homicide office for statements.  He informed your writer that a shooting occurred on E. Delavan/Bailey.

Your writer did arrive at the Homicide office at 0245 hrs.  Here you writer met with A. Det. Lockwood.  He had with him Emil Adams, a witness to this shooting.  Other witnesses were being brought in at this time by Pct. 11.

At this time a sworn statement was taken from Emil Adams.  See his sworn statement for further details and will become a permanent part of this file.

At the end of the statement a photo array was then shown to witness Emil Adams.  The photo array had six pictures.  He positively identified Valentino TINO Dixon as the shooter.  He pointed him out and said "this is the guy with the Tech 9 who was doing the shooting at Bailey and Delavan".  He then signed a P-88, photo array ID affidavit.  He was then taken to his home by A. Det. Lockwood.

The remainder of this tour was spent in the Homicide office working on this file.

Your office will be kept apprised of further developments on subsequent P-73's.

Respectfully submitted,

Det. Mark R. Stambach

Mark R. Stambach

MS/les

COE001531

P-1302

File 91-145
Torrance Jackson

R.T.D.

C.O.H.

Det. M.A.S.

Attn: James Rat.

Sir:

    Your writer did receive a call at 0220 hours this date from shift officer Lt. William Smith. Lt. Smith requested your writers presence at the HBO for statements. He informed your writer that a shooting occured at E. Delavan and Bailey.

    Your writer did arrive at the HBO at 0245 and there your writer did meet with Det. Byron Lockwood. He had with him Emil Adams he was a witness to the shooting. Other witness's were being brought in at this time by Pret #11.

    At this time a sworn state- ment was taken from Emil Adams at this time. See his sworn statement for further details on this matter. His statement will now become a part of this file.

COB 000119

At the end of the statement a photo-array was then showed to the witness Emil Adams. The photo-array had six seperate pictures. He positively identified Valentino TINO Dixon as the shooter. He pointed him out and said "This is the guy with the TECH-NINE who was doing the shooting at Bailey and Delavan". He then signed a P-88 photo-array identification affadavit. He was then taken home by Det Lockwood.

The rest of the tour was spent in the H.B.O. working on this file. Your officer will be kept appraised of any and new and further developements.

M.R.S

COB 000120

APPENDIX 1517

P-1302

B48
9101

File 91-145
Torrano Jackson

R.T.D.

C.O.H.

Det. M.R.S.

Attn: James Rat.

Called in 8-10-91

Sir:

Your writer did recieve a call at 0220 hours this date from shift officer Lt. William Smith. Lt. Smith requested your writers prescence at the HBO for statements. He informed your writer that a shooting occured at E. Delavan and Bailey.

Your writer did arrive at the HBO at 0245 and there your writer did meet with Det. Byron Lockwood. He had with him Emil Adams he was a wittness to the shooting. Other wittness's were being brought in at this time by Prct. #11.

At this time a sworn state- ment, was taken from Emil Adams at this time. See his sworn statement for further details on this matter. His statement will now become a part of this file.

COE001473

At the end of the statement a photo-array was then showed to the witness Emil Adams. The photo-array had six seperate pictures. He positively identified Valentino TINO Dixon as the shooter. He pointed him out and said "This is the guy with the TECH-NINE who was doing the shooting at Bailey and Delavan". He then signed a P-88 photo-array identification affidavit He was then taken home by Det Lockwood.

The rest of the tour was spent in the HBO working on this file. Your office will be kept appraised of any and new and further developements.

(M R S)

COE001474

August 10th, 1991

City of Buffalo
Department of the Police

State of New York
County of Erie
City of Buffalo

Emil Adams age 18 D.O.B. 12-30-72 of 65 Hastings phone number 834-2421
being duly sworn makes the following sworn statement at the Buffalo
Police Departments Homicide Squad. Statement taken by Detective Mark
R. Stambach.

Q. Can you read and write?
A. Yeah.

Q. What school do you go to?
A. Attending a school here I have not finished yet.

Q. The Buffalo Police are investigating a shooting that occured at
   Bailey and Delavan street at 0130AM. Because of this shooting
   there are four people shot. Torriano Jackson was shot tonight
   and because of thisshooting was D.O.A. at the Erie County Medical
   Center. Can you tell me in your own words what you know about this
   shooting?
A. Tonys brother Aron was telling us that he had got into it with
   Mario. But at that time he did not know Marios name. Then the
   police cleared the area out. The police left and then evryone came
   back. Then I was standing by a truck talking with some girls. Then
   Tony , and Aron, and another guys name I forgot got out of the car.
   We was just up there talking. Then Mario and two other guys came walk-
   ing by. Mario said something to Aron. Aron said something back to
   Mario. Then Aron went across the street. The crowd followed Aron
   across the street. To see the fight I guess. Then they never got a
   chance to hit each other. Then the two guys left Mario and came back.
   Thye had some guns. They went to shooting. Tony fell in the street.
   Aron made it across the street. The other guy that was with Tony and
   Aron picked Tony up and brought him to Louies parking lot. While he
   was picking Tony up the Two guys ran back down towards Marios house.
   Thats all I could tell you.

Q. Do you know Mario?
A. Yes I do.

Q. Were does Mario live?
A. On Delavan, I dont know the house number but it is six houses away
   from were everything happened.

Q. Do you know Marios name?
A. Not full name I just know Mario.

Q. What does Mario look like?
A. Maybe six six one, black male kind of stocky, about twenty, brown
   skinned.

Q. Did you see Mario do any shooting tonight?
A. No I did not Mario did not do any shooting.

Q. Who did the shooting?
A. I dont know the guys names but they are friends of Marios.

Q. What kind of gun was used for this shooting?
A. I cant say what kind, it looked like a TECH-NINE to me.

Q. Were did the shooting take place?
A. On the sidewalk and the street in front of the drug store.

Q. As you were standing were did you see Mario first?
A. I seen Mario crosing the street on Delavan and crossing Bailey.
   He was with the two guys that did the shooting.

Q. When this fight broke out were did Mario go?
A. He stayed right there.

COE001532

PAGE TWO OF STATEMENT FROM EMIL ADAMS                    AUGUST 10th, 1991

Q.  Were did the two shooters go?
A.  Down by Marios house.

Q.  They walked which way?
A.  Down Delavan towards Olympic on the same side as the drug store.

Q.  Is that the side of Marios house?
A.  Yes.

Q.  Did you see them go into Marios house?
A.  No I did not.

Q.  How many of them came back with guns?
A.  I paid attention to one the other one I thing just had a hand gun.

Q.  How long were they away from Mario and the fight?
A.  About forty seconds or so.

Q.  Can you tell me what the person that had the TECH-NINE looked like?
A.  A black male, heavy set, maybe about twenty the same age as Mario, about six feet tall, and I did not see any hair as he had a hat on.

Q.  The shooter with the TECH-NINE what was he wearing at the time?
A.  He was wearing some blue jeans cut up like I have on, a white T-shirt with something on the front. A hat white with a black or blue brim. Thats about it.

Q.  Do you know his name or were he might live or who he hangs with?
A.  Nothing.

Q.  The second shooter do you know him the guy with the handgun?
A.  Nothing.

Q.  The second shooter what did he look like?
A.  A black male, maybe about 5-9 or 5-10, kind of skinny, about eighteen or nineteen, dark skinned.

Q.  What was he wearing?
A.  I could only say Jeans and a T-shirt and a hat.

Q.  After the shooting what way did these two guys run?
A.  Back towards Marios house.

Q.  What kind of pistol was this?
A.  I cant say, it was chrome.

Q.  What color was the TECH-NINE?
A.  Black.

Q.  I am now going to show you a mugg shot number 162576 can you tell me who that is?
A.  Thats Mario.

Q.  These two guys that did the shooting were with before and also after the shooting?
A.  They were with Mario.

Q.  Who were you standing with at the time of the shooting?
A.  A guy named Mark and those three girls.

Q.  Who is Mark?
A.  A guy I know that lives a couple doors down from my cousin. My cousin is Joseph Vernard Washington he lives at 18 Humber street.

Q.  Who are these girls?
A.  I dont know them I was just getting to meet them/

Q.  What kind of a car were they in?
A.  A GEO Tracker, red with a white soft top, there truck got shot and the police have there names. There are three girls.

Q.  Who else was there that you know by name or nickname?
A.  No one.

COE001533

Page three statement of Emil Adams

Q. Before the shooting took place what direction did the shooters come from?
A. From Marios house or the direction of Marios house.

Q. Did they get into a car after the shooting?
A. I did not see them get into a car I saw them run away.

Q. Did they go down towards Olympic?
A. Yes they did, same side of the street as Marios house.

Q. Was there a party tonight?
A Yes there was.

Q. Were was this party?
A. On Newburgh street.

Q. Was there a fight at this party?
A. No there was not.

Q. Were did Tony and Aron tell you that they got into it with Mario?
A. He did not tell me.

Q. When did Aron and Tony tell you that they got into it with Mario?
A. Maybe about twenty minutes before.

Q. Is there anything else that you wish to add that I have not asked you that would help in this investigation?
A. No sir.

Q. Will you now read this statement?
A. Yes.

Q. If there are any corrections please tell me and I will make them. Is this statement all right and O.K.?
A. No it OK.

Q. Will you sign this statement now?
A. Yes I will.

SIGNED    *Emil Adams*

WITNESSED    _____

Sworn to me this 10th day of August 1991.

*Mark R. Stambach*

Commissioner of Deeds in and for the City of Buffalo. My Commission expires on 12-31-91

COE001534

City of Buffalo
Department of Police

City of Buffalo                                  Saturday:  08-10-91
County o  Erie
State of New York                      Time    :  0315 Hrs.

Travis Marshall Powell, Age 22, DOB 12-25-68, residing with his parents at
46 Poultney St. (Single House), Phone 837-0802, states that he is at present
un-employed. Being duly sworn and deposes, makes the following statement in
the Homicide Bureau Office. Statement being typed, and questions asked by Det.
Stanley W. Suszek.


Q.  How far did you go to school, and can you read andwrite?
A.  12th grade, and I can read and write.

Q.  The Buffalo Police are at present investigating a multiple shooting which
    occured at the intersection of E. Delevan Ave. and Bailey Ave. at about
    0130 Hrs. Will you in your  words, tell me what you know of this shooting?
A.  I was going to Louies Restaurant at the corner of E. Delevan & Bailey Aves
    for a hot dog. I was driving my Mother's  Geo-Storm, a little sports car.
    My friend's Aroon and Tory Jackson, there Brothers. Aaron was in the front
    seat with me, and Tory was in the backseat. We parked in the parking lot,
    all three of got out. The car was parked facing the drug store, (which
    would be North) Aaron got out, walked across the street, and started talk-
    ing toone guy along side of the building, Delenvan Ave. side. In the mean
    time I', crossing Delevan to go to the drug store,  to get a juice, because
    it cheaper then Louis's. Aaron and the guy he talking with are starting to
    argueing, and Tory was walking toward them two. The guy thought that they
    were going to jump him, because he knew they were Brothers, then him and
    Tory got into a fight. THey fought with their hands. I didn't see any weapo
    ns in either man's hands. They- were fighting in the street, near the curb

Q.  When did the shooting start?
A.  While they were argiung, I was slowly walking torward the store, trying to
    stay out of it. Then suddenyl I heard alot of shots,like pops, I turned
    around and saw Tory lying in the street, with a guy over him, shooting at
    him. I didn't see what he was shooting with, but he was holding it with
    both hands. He hadhis back to me, I didn't see the gun.

Q.  Did you see the this man's face?
A.  No.

Q.  Would you recognize him again if you saw him in a photo line-up, or in
    person?
A.  I don't think so.

Q.  Now your describing this man shooting as using both hands, so that it wasn'
    a hand gun right?
A.  What ever he was holding and shooting, he was using both hands.

Q.  After he was finisnhed shooting what did he do?
A.  He ran off, (West) on Delevan Ave. and I ran to Tory, and picked him up
    and took him to the parking lot to get him off the street.

Q.  Did he take this gun with him when he ran away?
A.  I guess he did, I dont know.

Q.  Do you recall how many shots he took at Tory?
A.  I'd saay about  four or five.

Q.  Was this one man the only one doing the shooting?
A.  Yeah, that's the only one that I saw.

Q.  I understand that that there was a total of three or four people shot,
    do you know how they happend to get shot?
A.  No, because Tory was bleeding very heavey from the left side, that I was
    applying pressure to that side to stop the bledind.

Statement of Travis Marfshall Powell, Contiued on Page #2. . . . . . . . . .

COE001484

Statement of Travis Marshall Powell, Contiued from Page #1. . . . . . . .

Q. When this was going on, where was Tory's Brother Aaron?
A. I don't know.

Q. Did either of you three, have any weapons before the fighting and shoot-
ing started?
A. I had nothing, I don;t know what if any Tory andAaron had any.

Q. Do you know what the arguemtn was over?
A. I don't  know wat it was over.

Q. Are either and or both Aaron and Tory involved in Druga in any way?
A. No. I'm positive.

Q. Travis, it's now 0348 Hrs. I have just been advised by Patrol Lieuten-
ant Sack, that one of the shooting victim's, Torriano Jackson was  ex-
pired at this hospital, understabd?
A. Wow, his Brother just died two weeks ago.

Q. If you want to help Torry now is your chance, is there anything about
this shooting that you haven't told me?
A. No, that's it.

Q. Did tyou see, or do you know, how the other three men, including Aaron
got shot?
A. No, just Torry.

Q. The name of the other two mn, that were shot are Mairo Jarmon, and
a John Sullivan, do you know either man?
A. I know Sullivan. I've seen Jarman in the neighborhood, but I don'r know
as a buddy.

Q. Were these two men involved in the fighting?
A. I don't think so. I think that Sullivan was just standing around.

Q. When Torry and this man were arguing, were you able to hear what it was
all about?
A. No.

Q. Was the man that he was arguing with, the same man that did the shootng?
A. No.

Q. To the best of your ability, would you describe this shootfer?
A. His back was torward me, I didn't see the color or complexion of his
skin,  I think it was an all black sweat shuit. It was a darl uolored
baseball cap. Everything happened so fast.

Q. That's a pretty busy intersection, how is the lighting there?
A. Iguess it's pretty fair, I guess like a normal street.

Q. If the man that started the argument xxx with Aaron was not the shooter,
where did this man go during the shooting?
A. When the shooting started everybody just ran.  All I had was my eyes on
Torry.

Q. Is there anything that you wish to add, that I haven't covered?
A. No.

Q. Now that you have read this two page statement, is there anything that
you wish to add, that I havent' covered?
A. NO.

Q. Is this statement true and correct to the best of your ability, knowledge
and information?
A. Yes.

COE001416

Statement of  Travis Marshall Powell, Contiued from Page #2. . . . . . . .


Sworn and subscribed before me
a Notary Public, this 10th day
of August, 1991.


STANLEY W. SUSZEK:  Notary Public
State of New York, Qualified in                LS----*Travis M. Powell*------------
Erie County. My Commission Ex-
pires 03-30-93.

Statement terminated at 0415 Hrs.


=sws=

COE001486

P-147-Rev. (2/89) DEPARTMENT OF POLICE, BUFFALO, N.Y.
IDENTIFICATION SECTION

REQUEST FOR CRIMINAL RECORDS    X Aikin    MUG NUMBER  172480

REQUEST FOR PHOTOGRAPHS    X    NUMBER OF PHOTOS  5

DATE:  8-10-91  TIME:  0330

SUBJECT'S NAME  Dejon Valentino

SUBJECT'S ADDRESS

SUBJECT'S ALIASES    D/O/B

TYPE OF INVESTIGATION  homicide

CD#  221 584    DET. CASE #  91 145    INVEST. #

REQUEST COMPLETED BY:    REQUEST SUBMITTED BY:

R.P. Graves    delivered to Hom    W. M. Sull  /for
IDENTIFICATION SECTION    (M.S.)    NAME & RANK OF OFFICER  /Homicide

AGENCY/DIVISION

NOTE:  Use of this information is regulated by law (Title 28 USC,
Article 156.00 NYSPL and Chapter 6 - BPD Rules and Regulations)

COB 000184

APPENDIX 1526

E-728.4

## BUFFALO POLICE DEPARTMENT
## EVIDENCE LATENT FINGERPRINT REPORT

LP#: 91-0854

CC#: 221504    CRIME: MISC

COMPLT: JACKSON (DECEASED) SCENE Y/N: H

ADDRESS OF CRIME: BAILEY & E.DELEVAN

PHONE#: N/A

TIME/DATE OF OCC: 0129 HRS - 08/10/91

INV OFFICER: LONERGAN/VICKERD

UNIT OR PRCT: HOMICIDE

EVIDENCE COLLECTED: Y

LATENTS DEVELOPED: N/A

ITEMS PROCESSED: COLLECTED CLOTHES OF HOMICIDE & SHOOTING VICTIMS AT THE ECMC/ER

DATE OF REPORT: 08/10/91

MSG TIME/DATE: # 16584

DATE PROC: 08/10/91

TIME: 0420 HRS

EXAM OFFICER: SMARDZ

DEFD: VALENTINO DIXON
      # 172430

PHOTOS TAKEN: N

BY: N/A

SUB TO LAB: Y - # 76336

|  NAME | SUSPECTS COMPARED MUG# | RESULTS |
|---|---|---|

REMARK(S): COLLECTED ITEMS #11 - CLOTHES OF TORRIANO JACKSON,BM,17 (DECEASED)
#12 - CLOTHES OF MARIO JARMON,BM,19
#13 - CLOTHES OF AARON JACKSON,BM,20

REFER ORIGINAL LP#91-0853

UNIT ID#: HOM #91-145

FORWARDED TO: HOMICIDE

DATE: 8/10/91

Det. Henry Smardz

COB 000059

Jackson Aaron
404519

Form Ch-17                          PROGRESS NOTES

8-10-91    0420

Name                                                    Unit No.

Belongings given to Buffalo Police Representative
(2)
Sweat Pants - Cut off
Undershorts - Cut off
Shoes
Socks - two.

X Det. H Schwarz - 0425 - 8/10/91

William Frieder
WILLIAM FRIEDER

ERIE COUNTY MEDICAL CENTER

COE001617

APPENDIX 1528

P-147 Rev. (2/89) DEPARTMENT OF POLICE, BUFFALO, N.Y.
IDENTIFICATION SECTION

REQUEST FOR CRIMINAL RECORDS _____ ✓ _____ MUG NUMBER _____ 130307

REQUEST FOR PHOTOGRAPHS _____ ✓ _____ NUMBER OF PHOTOS _____ 5

DATE: 8-10-91  TIME: 0434

SUBJECT'S NAME _____ John A. Sullivan

SUBJECT'S ADDRESS _____

SUBJECT'S ALIASES _____ D/O/B 3-2-74

TYPE OF INVESTIGATION ____ Homicide

CD# 221 564  DET. CASE # 91-145  INVEST. # _____

REQUEST COMPLETED BY:                    REQUEST SUBMITTED BY:

RT P. Groves                             H.M. Siek / for Homicide
IDENTIFICATION SECTION                   NAME & RANK OF OFFICER
         delivered to Him
              VS                         _____
                                         AGENCY/DIVISION

NOTE:  Use of this information is regulated by law (Title 28 USC,
       Article 156.00 NYSPL and Chapter 6 - BPD Rules and Regulations)

COB 000186

P-147 Rev. (2/89) DEPARTMENT OF POLICE, BUFFALO, N.Y.
IDENTIFICATION SECTION

REQUEST FOR CRIMINAL RECORDS _____ MUG NUMBER _163576_

REQUEST FOR PHOTOGRAPHS _____ NUMBER OF PHOTOS _5_

DATE: _8-16-91_ TIME: _0425_

SUBJECT'S NAME _Mario Jarmon_

SUBJECT'S ADDRESS _____

SUBJECT'S ALIASES _____ D/O/B _12-23-71_

TYPE OF INVESTIGATION _Homicide_

CD# _221 564_   DET. CASE # _91-145_   INVEST. # _____

REQUEST COMPLETED BY:                    REQUEST SUBMITTED BY:

_R.T.P. Groves_ _delivered to Ross NS_    _Lt. M. Sack / from Homicide_
IDENTIFICATION SECTION                   NAME & RANK OF OFFICER

                                         AGENCY/DIVISION

NOTE: Use of this information is regulated by law (Title 28 USC,
      Article 156.00 NYSPL and Chapter 6 - BPD Rules and Regulations)

COB 000185

# PERSONAL PROPERTY STATEMENT
## ERIE COUNTY MEDICAL CENTER

Property Record No.: _____    Patient Name: Mario Jarman    #12

Date: 8/10/91    Time: 0425    Patient Address: _____

# Personal Property Bags: _____    "A" Number: 720921

## SECTION 1: PATIENT DECLARATION    Given to Police X Ded this mail 0425 - 8/10/91

I understand that the Erie County Medical Center assumes no liability for the loss of personal property unless this property is deposited in the hospital's safe. I also understand that due to space limitations, the use of the hospital safe is limited to me for anything not identified below.

Given my understanding of the above, I choose to : 1.    Deposit 2.    Not deposit items in the hospital safe, 3.    I have no property to deposit nor will I bring anything of value into the hospital.

1 pair Sneaker, 1 set keys, 1 pair Jeans & belt + 1 pair Boxer shorts, 2 shirts - all cut by mede Personnel, 1 Gold Colored earring (nugget)

I have read and understand the above statements.

Patient/ Patient Representative Signature: _____

Witness Signature: X Jerena Krehr (RN)    Date: 8/10/91

## SECTION 2: DEPOSIT INFORMATION (COMPLETE ONLY IF A DEPOSIT IS MADE AND APPROPRIATE SPACE ABOVE IS CHECKED.)

I am requesting that the items checked below be placed in an envelope, sealed, and placed into the hospital safe. The envelope will be returned to me or an individual I legally empower, in full and sealed. Return is limited to the hours between 9:00 a.m. and 4:00 p.m. on normal work days.

### Patient Valuables

Key(s) # _____    Jewelry    (Describe below)
Wallet _____    Insurance Cards
Purse and Contents _____    Drivers' License
Cash ($ _____ )    Soc. Security Card _____    Other

Describe Jewelry/Other here: _____

Patient/Patient Representative Signature: _____

Date: _____

Witness Signature: _____    Date: _____

## SECTION 3: RECEIPT OF PATIENT PROPERTY (COMPLETED BY THE CASHIER'S OFFICE)

A. Receipt of envelope by Cashier's Office: (To be completed by Cashier receiving envelope.)

Cashier's Signature: _____    Date: _____

Date Envelope Rec'd: _____

B. Return of envelope to Patient or Patient Representative: (To be completed on Cashier's copy only at the time the envelope is returned to Patient or Patient Representative.)

Date Envelope Returned: _____

Patient or Patient Representative's Signature: _____

Cashier's Signature: _____

Completed in triplicate:

Original - Bag Copy    Pink - Patient's Copy    Yellow - Patient's File

Gold: Cashier's Copy (Wrap around bag  do not staple.)

Form 620153 3/91

COE001518

AJ

# PERSONAL PROPERTY STATEMENT
## ERIE COUNTY MEDICAL CENTER

#13

Property Record No : 7319163    08/10/91    Patient Name: _____

Date : 40 Time 5 19 M F 01/26/71    Patient Address: _____

JICKSON, JACK    20 Y

# Personal Property Bags: P-    "A" Number: _____

## SECTION 1: PATIENT DECLARATION

I understand that the Erie County Medical Center assumes no liability for the loss of personal property unless this property is deposited in the hospital's safe. I also understand that due to space limitations, the use of the hospital safe is limited to me for anything not identified below.

Given my understanding of the above, I choose to : 1. _____ Deposit 2. ✓ Not deposit items in the hospital safe. 3. _____ I have no property to deposit nor will I bring anything of value into the hospital.

Shoes, socks, cut pants, underwear

I have read and understand the above statements.

Patient/ Patient Representative Signature: _(Unable to sign)_

Witness Signature: _William Luck Ray RN Medical_    Date: 8-10-91

## SECTION 2: DEPOSIT INFORMATION (COMPLETE ONLY IF A DEPOSIT IS MADE AND APPROPRIATE SPACE ABOVE IS CHECKED.)

I am requesting that the items checked below be placed in an envelope, sealed, and placed into the hospital safe. The envelope will be returned to me, or an individual I legally empower, in full and sealed. Return is limited to the hours between 9:00 a.m. and 4:00 p.m. on normal work days.

### Patient Valuables

Key(s)  # _____    Jewelry _____ (Describe below)
Wallet _____    Insurance Cards _____
Purse and Contents _____    Drivers' License _____
Cash  ($ _____ )    Soc. Security Card _____ Other _____

Describe Jewelry/Other here: _____

Patient/Patient Representative Signature: _____

Date: _____

Witness Signature: _____    Date: _____

## SECTION 3: RECEIPT OF PATIENT PROPERTY (COMPLETED BY THE CASHIER'S OFFICE.)

A. Receipt of envelope by Cashier's Office: (To be completed by Cashier receiving envelope.)

Cashier's Signature: _____    Date: _____

Date Envelope Rec'd.: _____

B. Return of envelope to Patient or Patient Representative:    (To be completed on Cashier's copy only at the time the envelope is returned to Patient or Patient Representative.)

Date Envelope Returned: _____

Patient or Patient Representative's Signature: _____

Cashier's Signature: _____

Completed in triplicate:

Original: Bag Copy    Pink: Patient's Copy    Yellow: Patient's File    0425 hrs

Gold: Cashier's Copy (Wrap around bag - do not staple  )    8/10/91

HMS

Form 620153 3/91

COE001616

City of Buffalo
Department of Police

City of Buffalo                                    Saturday:  08-10-91
County of Erie                                     Time    :   0430 Hrs.
State of New York

Sonya Latrice James, Age 20, DOB 02-15-71, residing at 334 Hamburg St. Apt #5,
with no Home Phone, but may.be reached via her Moter's Phone, 896-2378, states
that she is presently un-employes. Being duly sworn and deposes, makes the fo-
lowing statement in the Homicide Bureau Office. Statement being typed, and
questions asked by Det. Stanley W. Suszek.

Q.  How far did you go to school, and can you read and writex?
    To my 3rd year, and I can read and write.

Q.  The Buffalo Police are investigating s shooting that occured at the inter-
    section of E. Delevan & Bailed Aves. at about 0130 Hrs. this morning. Will
    you in your own words, jxxt tell me what you know of this oncident?
A.  I was standing talking with my friend, Dana Brown in front of her house
    on E. Delevan. Her house is on E.Delevan, next to the bar that's on Eric-
    son St. She was standing in the hallway, I was like on the sidewalk. I hear
    a jeep go by playing loud music, and I liked the song.It was going East on
    Delevan Ave. A few minutes later, it drove by going West on Delevan Ave.
    still playing the loud music.I was watching it as it was standing at the
    light at Bailey and Delevan. When the light changed, it went forward, and
    stopped at the side of the drug store, about where the bus stop is. They
    turned down, or off this loud music, To my knowledge, two guys got out
    of the riht side of the jeep, and started shooting torward Louie's Rest.
    They actualy started shooting from inside the jeep, then they got out, and
    contiued shooting. They then got back into the jeep and drove off slowly.

Q.  When they droce by on both occasions, were you able to see inside the jeep?
A.  No, they had the tinted glass.

Q.  Please describe this jeep vehicle?
A.  It was like a blazer type vehicle, navy blue in color, dark tinted windows,
    and the back window of the vehcile was open.In was in good shape, and in
    reasonable good condition. I think that I would recognize this vehicle
    again if I saw it. It looked like it was washed, it was just a plain old
    vehicle. The only reason it drxew my attention was because of the loud mu-
    sic.

Q.  When you saw them start shooting, what did you do?
A.  I said Oh mu God, there shooting. I ran across the street to the phone
    and called "911".

Q.  Just to get back for a second, when they started shooting, in what direc-
    tion were they shooting, and or at whom, or what?
A.  They were shooting torwards Loueis parking lot. There were a bumch of fe-
    males and males hanging around this parking lot, and across the street.
    They all started runing and screaming when the shooting started.

Q.  Ater the shooting, where did this jeep, or blazer go?
A.  It went straight going West on Delevan/

Q..  After youmade this call to 911, did you go to the scene?
A.  After I called 911, I called my Aunt told her what happened. I then walked
    over to the shooting area. I seen about 3 cop cars coming. I seen the boy
    that just left your office,carry him to the middle of the parking lot.

Q.  Did you see this boy prior to the shooting?
A.  No.

Q.  Did you see anyone get shot?
A.  I saw them keep shooting at the one laying in the middle of the street.

Statement of Sonya Latrice James, Contiued on Page #2 . . . . . . . . . . . . . . . .

COE001487

Statement of Sonya Latrice James, Contiud ~~next~~ from Page #1. . . . . . . .

Q. About how far away do you think you were rom the scene, when the shootin started?
A. Little more then a black. AbOut a block and a half.

Q. From that distance, could you recognize anyone?
A. No.

Q. When you were talking with your friend Dana Brown, was anyone else there with you two?
A. My younger cousins, Shawnee Loman, Age 14, of 41 # Floss St., and Sheila Young, Age 17, 181 Newburg St. They were on the sidewalk waiting for me.

Q. Now you mentioned that you were questioned at the scene about a former bayfriend, Valentino Dickson. Can you tell me about him?
A. I was seated in the back of oneof the cop cars, when I heard the dispatcher asked if anyone had a description of a Valentino Dickson. He didn't say why he asked that question.

Q. You said that he was you boyfriend, is that right?
A. He is by baby's Father. I haven't seen him in 12 months. I heard that he lives on Moselle. He has a white silver chrome 1991 Cadillac. I had heard that some time before Christmas, some one had shot him, and that he has a law suit against them, or at least they were going to court.

Q. Do you have any idea, as to why this shootng took place?
A. No I don't.

Q. Is there anything that tyo wish to say, that I haven't covered?
A. It's a shame.

Q. Now that you have read this 2 page statement, is there that you wish to add, change or correct?
A. No.

Q. Is this 2 page ~~xixxxix~~ statement true and correct, to the best of your knowledge, information and beleif?
A. Yes.

Subscribed and sworn before me
this 10th day of August, 1991.

*[signature]*
STANLEY W. SUSZEK:  Notray Public
State of New York, Qualified in
Erie County. My Commission expires
03-30-93.

LS *[signature: Sonya L. James]*

Statement terminated at 0525 Hrs.

=sws=

COE001488

City of Buffalo
Department of Police

City of Buffalo
County of Erie
State of New York.

Saturday:   08-10-91
Time   :   0430 Hrs.

Sonya Latrice James, Age 20, DOB 02-15-71, residing at 334 Hamburg St. Apt #5, with no Home Phone, but may be reached via her Moter's Phone, 896-2378, states that she is presently un-employes, Being duly sworn and deposes, makes the folowing statement in the Homicide Bureau Office. Statement being typed, and questions asked by Det. Stanley W. Suszek.

Q.   How far did you go to school, and can you read and writex?
To my 3rd year, and I can read and write.

Q.   The Buffalo Police are investigating a shooting that occured at the inter-section of E. Delevan & Bailed Aves. at about 0130 Hrs. this morning. Will you in your own words, xxx tell me what you know of this incident?
A.   I was standing talking with my  friend, Dana Brown in front of her house on E. Delevan. Her house is on E.Delevan, next to the bar that's on Eric-son St. She was standing in the hallway, I was like on the sidewalk. I heard a jeep go by playing loud music, and I liked the song.It was going East on Delevan Ave. A few minutes later, it drove by going West on Delevan Ave. still playing the loud music.I was watching it as it was standing at the light at Bailey and Delevan. When the light changed, it went forward, and stopped at the side of the drug store, about where the bus stop is. They turned down, or off  this loud music. To my knowledge, two guys got out of the riht side of the jeep, and started  shooting torward Louie's Rest. They actualy started shooting from inside the jeep, then they got out, and contiued shooting. They then got back into the jeep and drove off slowly.

Q.   When they drove by on both occasions, were you able to see inside the jeep?
A.   No, they had the tinted glass.

Q.   Please describe this jeep vehicle?
A.   It was like a blazer type vehicle, navy blue in color, dark tinted windows, and the back window of the vehicle was open.In was in good shape, and in reasonable good condition. I think that I would recognize this vehicle again if I saw it. It looked like it was washed, it was just a plain old vehicle. The only reason it dr   my attention was because of the loud mu-sic.

Q.   When you saw them start shooting, what did you do?
A.   I said Oh my God, there shooting. I ran across the street to the phone and called "911".

Q.   Just to get back for a second, when they started shooting, in what direc-tion were they shooting, and or at whom, or what?
A.   They were shooting torwards Loueis parking lot. There were a bunch of fe-males and males hanging around this parking lot, and across the street. They all started runing and screaming when the shooting started.

Q.   Ater the shooting, where did this jeep, or blazer go?
A.   It went straight going West on Delevan?

Q.   After youmade this call to 911, did you go to the scene?
A.   After I called 911, I called my Aunt told her what happened. I then walked over to the shooting area. I seen about 3 cop cars coming. I seen the boy that just left your office,carry him to the  middle of the parking lot.

Q.   Did you see this boy prior to the shooting?
A.   No.

Q.   Did you see anyone get shot?
A.    I saw them keep shooting at the one laying in the middle of the street.

Statement of Sonya Latrice James, Contiued on Page #2

S. L. J.

COB 000106

Statement of Sonya Latrice James, Contiud ᴍᴍᴅᴅ from Page #1 . . . . . . . .

Q. About how far away do you think yo   ere rom the scene, when the shooting started?
A. Little more then a black. About a b_ock and a half.

Q. From that distance, could you recognize anyone?
A. No.

Q. When you were talking with your friend Dana Brown, was anyone else there with you two?
A. My younger cousins, Shawnee Loman, Age 14, of 41 & Floss St., and Sheila Young, Age 17, 181 Newburg St. They were on the sidewalk waiting for me.

Q. Now you mentioned that you were questioned at the scene about a former boyfriend, Valentino Dickson. Can you tell me about him?
A. I was seated in the back of oneof the cop cars, when I heard the dispatcher asked if anyone had a description of a Valentino Dickson. He didn't say why he asked that question.

Q. You said that he was you boyfriend, is that right?
A. He is by baby's Father. I haven't seen him in 12 months. I heard that he lives on Moselle. He has a white silver chrome 1991 Cadillac. I had hear that some time before Christmas, some one had shot him, and that he has a law suit against them, or at least they were going to court.

Q. Do you have any idea, as to why this shootng took place?
A. No I don't,

Q. Is there anything that tyo wish to say, that I haven't covered?
A. It's a shame.

Q. Now that you have read this 2 page statement, is there that you wish to add, change or correct?
A. No.

Q. Is this 2 page ᴍᴍᴅᴅᴍᴅ statement tr   and correct, to the best of your knowledge, information and belief?
A. Yes.

Subscribed and sworn before me
this 10th day of August, 1991.

STANLEY W. SUSZEK.   Notray Public
State of New York, Qualified in          LS→ *Sonya L. James*
Erie County. My Commission expires
03-30-93.

Statement terminated at 0525 Hrs.

=sws=



COB 000107

APPENDIX 1535

## BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

P-73

| TO | Richard T. Donovan, Chief Homicide Section | SUBJECT | DATE 8/10/91 |
|---|---|---|---|
| FROM | Det. John Vickerd | Multiple Shooting File 91-145 Bailey/E.Delavan Dictated by Det. John Vickerd | |

Attn:  James Rautenstrauch, Lt.

Sir:

At approximately 0445 hrs. this date your writer prepared a photo array of six B-M, which will include a photo of Valentino Dixon, B-M, BPD Mug #172430, dated 7/29/90.  This photo array will have the following mugs in slots as indicated:

Slot #1 Mug #166781 dated 11/13/89;
Slot #2 Mug #172430 dated 7/29/90;
Slot #3 Mug #164813 dated 11/14/90;
Slot #4 Mug #152153 dated 2/31/88;
Slot #5 Mug #143655 dated 7/16/90;
Slot #6 Mug #166924 dated 11/16/90.

A sworn statement was taken this date from Emil Adams, B-M, age 18 of 65 Hastings St. by Det. Stambach.  Included in this statement Emil describes a B-M he saw shooting a "Tech 9" at Bailey/Delavan, which resulted in the fatal wounding of Torrano Jackson.

At approx. 0505 hrs. this date, the above photo array was shown to Emil Adams.  Emil was asked if he recognized any of the persons as being the person that he saw doing the shooting at Bailey/Delavan.  Emil pointed to the photo in Slot #2 and stated "this is the guy" he saw shooting the Tech 9.  At this time your writer filled out a P-88, photo array identification affidavit, stating the photo in Slot #2 was positively identified by Emil Adams as the person he saw shooting the Tech 9 at Bailey/Delavan.

Your writer then informed Emil Adams the person whose photo he picked in Slot #2 is Valentino Dixon.  The photo array ID affidavid was then sworn to and signed by Emil Adams before me, and signed by your writer.

Subsequent developments will be reported via additional P-73's.

Respectfully submitted,

Det. John Vickerd

JV/les

COE001530

P-88 [Rev. 12/86]

**APPENDIX 1537**
**DEPARTMENT OF POLICE**
**CITY OF BUFFALO**
**Photo - Array Identification Affidavit**

DATE: *8 / 10 / 91*

STATE OF NEW YORK
COUNTY OF ERIE     } SS. :
CITY OF BUFFALO

*EMIL ADAMS* , AGE *18* , ADDRESS *65 HASTINGS*

*BFLO NY.* , PHONE *834 -2421* , BEING DULY SWORN, DEPOSES AND MAKES THE

FOLLOWING STATEMENT TO *JOHN VICKERD*          *DET.*

AT *0505* HRS., DATE *8 / 10 / 91* , WHILE AT *74 FRANKLIN*   *BFLO. NY*
                    [Name]             [Rank]
                              [Address]      [City / Town]     [State]

**NOTE :**   STRIKE OUT SECTION **A** OR **B** THAT DOES NOT APPLY.

I WAS SHOWN A FOLDER WITH SIX [6] PHOTOGRAPHS IN SEPARATE SLOTS :

**A.**  I PICKED OUT A PHOTO IN THE NUMBER ___*2*___ SLOT AND I POSITIVELY IDENTIFY THE PERSON IN THE

PHOTOGRAPH AS BEING THE ONE THAT *WAS SHOOTING THE TECH -NINE* ~~ME~~ ON *8 / 10 / 91* .
                                        (Describe criminal act)*AT BAILEY & DELAVAN*[Date]
I WAS TOLD BY THE ABOVE POLICE OFFICER THAT THE NAME OF THE PERSON IN THE PHOTOGRAPH IS

*VALENTINO DIXON* .
(Enter name)

**B.**  ~~I PICKED OUT A PHOTO IN THE NUMBER _____ SLOT AND I IDENTIFIED THE PERSON IN THAT PHOTOGRAPH~~

~~AS LOOKING LIKE THE PERSON WHO _____ ME ON __/__/__ BUT, I CANNOT BE SURE~~
                         (Describe criminal act)      [Date]
~~UNLESS _____~~
(Describe why)

*I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.*

Signed   *Emil Adams* .........................................

SUBSCRIBED AND SWORN TO BEFORE ME,
THIS *10 TH* DAY OF *AUGUST* 19 *91*
*[signature]*
COMMISSIONER OF DEEDS IN AND
FOR THE CITY OF BUFFALO, N.Y.

COE001529

P.73 **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Richard T. Donovan Chief of Homicide Bureau | SUBJECT | DATE 08-10-91 |
|---|---|---|---|
| FROM | Det. Stanley W. Suszek | Torriano Jackson: Homicide File #91-145    ME Case #692-91 Post Mortem Examination & Photo Confidential    Called-In 0600-1400 Hrs. | |

Attentinn;    J.D. Rautenstrach;    Lieut.

Sir;

The under-signed did attend the Post Mortem Examination of the above captioned shooting victim at 1030 Hrs. this date. Dr. Fazlolla Loghmanee the Associate M.E., did preform this examination, with the assistance of the deaner, George Washington.

The nude body of a young black male was viewed on the examination table, and identified via a toe tag on his left toe, as that of Torriano Jackson. It was assigned ME Case #692-91, and had a scale weight of 134-lbs, and a length of some 67". Photographer Bill Shephard was present, and had taken the required photos, along with the evidence man Det. Henry Smardz.

As the number of wounds are numerous, they will be described in detail by Dr. Loghmanee in his notes, and reports. For our purposes, this victim had received Eighteen (18) wounds. From these wounds, there were Five (5) projectiles recovered. The remaining Thirteen (13) wounds are a result of both the entrances, and exits, and at times cannot be identified as to theur exact nature.

All of the recoverd projectiles were turned over to Det. Smardz as they were recovered by Dr. Loghmanee. Upon completion of the examination, Dr. Loghmanee ruled death was Homicidal, and due to " Internal Bleeding,due to Multiple Gunshot Wounds". The certification, along with the lone polariod photo are herewith attached.

Respectfully submitted;

Det. STanley W. Suszek

=sws=

COE001490

P.73  BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO | Richard T. Donovan<br>Chief of ~~Homicide~~ Bureau | SUBJECT | DATE 08-10-91 |
|---|---|---|---|
| FROM | Det. Stanley W. Suszek | Torriano Jackson: Homicide<br>File #91-145    ME Case #692-91<br>Post Mortem Photo<br><br>0600-1400 Hrs. | |



COE001491

**APPENDIX 1540**

GENERAL OFFENSE REPORT    POLICE DEPARTMENT, BUFFALO, N.Y. 14202    1391 (Rev.5/86)

| 1 VICTIM'S NAME (Firm Name, if Business) | 2 ADDRESS (Do not use Postal Zip Code Address) | 3 T | RES. |
|---|---|---|---|
| **Torriane Jackson** | 19 Thatcher | | BUS. |
| 4 PERSON WHO DISCOVERED OR REPORTED CRIME | 5 ADDRESS (Do not use Postal Zip Code Address) | 6 T | RES. |
| | | | BUS. |

| 6-1 C.O. NUMBER | 7 OFFENSE : Law, Section / Sub. Class, Category, Name of Offense, Degree | 2-3 DATE OCCURRED |
|---|---|---|
| 3-1   504 | PL. 125.25   Murder 2nd   A-1 Fel. | 8  19  91   0129 |

| 9 ADDRESS OF OCCURRENCE | 2-7 PCT. | 2-8 CASE NO. | 2-9 DATE & TIME REPORTED |
|---|---|---|---|
| 2484 Bailey | 11 | 17715 | 8-10-91 |

| 2-10 DESK OFFICER (NAME & RANK) | 10 UNIT REFERRED | 14 BICYCLE DESC. |
|---|---|---|
| F.O.JREESE | Homicide | Manuf. Name |

11 P.1192 Req. ☐ YES 1  ☒ NO 2   By: ☐   Pct.Dets. ☐   DD. Sqd. ☐

Frame No.

Color

| 12 VICTIM'S Required in all CRIMES AGAINST THE PERSON ➤➤ | a. AGE 17 | b. SEX M | c. RACE B |

| 13 CASE STATUS **ACTIVE** | 2-18 TYPE OF PERSON (VICTIM) ➤➤ | POLICE OFF. 1 ☐ INJURY | BUS DRIVER 4 ☐ | DOMESTIC 7 ☐ |
|---|---|---|---|---|
| | | POLICE OFF. 2 ☐ NO INJURY | CAB DRIVER 5 ☐ | MOTORIST 8 ☐ |
| 15 RAPE | 1 ☐ RAPE BY FORCE  2 ☐ ASSAULT TO RAPE (Attempts)  3 ☐ OTHERS | FIREMAN 3 ☐ | OTHERS 6 ☐ | |

| 16 ROBBERY Method & Type of Location | ☐ ARMED ANY WEAPON 1 | ☐ STRONG-ARMED NO WEAPON 2 | ☐ HIGHWAY (Street, Alleys etc.) A | ☐ COMMERCIAL HOUSE (Except C, D, F) B | (Specify) |
|---|---|---|---|---|---|
| Weapon Type | ☐ GAS or SERVICE STA. C | ☐ CONVENIENCE STORE D | ☐ RESIDENCE (Anywhere on premises) E | ☐ BANK or SAVINGS & LOAN ASSN. F | ☐ MISC. G |

| 17 ASSAULT | 1 ☒ GUN | 2 ☐ KNIFE OR CUTTING INSTRUMENT | 3 ☐ OTHER DANGEROUS WEAPON | 4 ☐ HANDS, FIST, FEET, etc. AGGRAVATED | 5 ☐ OTHERS NOT AGGRAVATED |
|---|---|---|---|---|---|

| 18 BURGLARY Type of Entry and Premises | ☐ FORCIBLE ENTRY 1 | ☐ NON-FORCIBLE ENTRY 2 | ☐ ATT FORCIBLE ENTRY | ☐ RESIDENCE 1 ☐ DAY  2 ☐ NIGHT  3 ☐ UNKNOWN | ☐ NON-RES. |
|---|---|---|---|---|---|

19 LARCENY Read from left to right the first ☐ that applies. Check one ☐ only.

| ☐ POCKET PICKING A | ☐ PURSE SNATCHING B | ☐ SHOP LIFTING C | ☐ FROM MOTOR VEHICLE (Except accessories) | ☐ AUTO ACCESSORIES | ☐ BICYCLE |
|---|---|---|---|---|---|
| ☐ FROM BUILDING G (except C & H) | ☐ FROM ANY COIN OPERATED DEVICE H | ☐ OTHERS (Specify) I | | | |

| 3-4a CURRENCY | 3-4b JEWELRY | 3-4c CLOTHING - FURS | 3-4d OFFICE EQUIP. | 3-4e CAMERAS - TV'S - RADIOS | 3-4f BICYCLE |
|---|---|---|---|---|---|
| $ | $ | $ | $ | $ | $ |

| 3-4g FIREARMS | 3-4h HOUSEHOLD GOODS | 3-4i CONSUMABLES | 3-4j LIVESTOCK | |
|---|---|---|---|---|
| $ | $ | $ | $ | |

| 20 DATE OF ARR. | 21 OFFENDER'S NAME (Narrative if more than one) | 22 D.O.B. | a AGE | b SEX | c RACE | 23 HOME ADDRESS (No., St., City, Town, Village, State) |
|---|---|---|---|---|---|---|
| 24 TIME OF ARR. | 25 PCT. | 26 ARRESTING OFFICER'S NAME | | 27 EMP. NUMBER | 28 T3. Pg. # | Date Time |
| | | | | | 165 84  8/10.91  06 |

29 NARRATIVE:

On above date, time and location the following and alteration per(s) unk. at this time did fire multiple shots from an unidentified firearm strike the following victims: (1)Torriane Jackson b/m 19 thatcher-decease at ECMC, (2) Aaron Jackson 20yrs. b/m 19thatcher,(3)Mario Jackson 19yrs B/M 1122 East Delavan(4) John Sullivan III 17yrs B/M 49 Elmer INV By LT.SACK,P.O.sMakowski/lopez/Beyer/Padin/Forzie/Oneill of Pct#11 Cars from Pct.#8,9,16,12,TPU,K-9,Homicide.Car#40,an all proper depts.

| 30 INVESTIGATING OFFICER, PRINT OR TYPE NAME | 31 EMPLOYEE NUMBER | 32 UNIT SUPERIOR OFFICER'S SIGNATURE (Approving) |
|---|---|---|
| **J.Makowski** | 587970 | |
| 33 Unit | 34 Date | 35 Detective Supervisor | 36 Detective Assigned | COE001481 |

BPD Comp. 0051

P-10A (9/85)

PROPERTY [FIREARMS]
[APPENDIX 154A]
BUFFALO POLICE DEPARTMENT
BUFFALO, NEW YORK 14202

CD

COMMAND **ECU**

MSG. **#16584- 0622 hrs**

DATE **8 / 10 / 91**    [ CHECK BOX[ES] ]    DATE OF MSG. **8 / 10 / 91**

| 1. LOST ☐ | 2. FOUND ☐ | 3. ABANDONED ☐ | 4. RECOVERED ☐ | 5. EVIDENCE ☒☒ |
|---|---|---|---|---|

6. (LOCATION WHERE PROPERTY WAS OBTAINED, ETC.)

| (NO. | STREET | APT. NO. | CITY/TOWN/VILLAGE | STATE) |
|---|---|---|---|---|
| 1157 | E.Delevan | | Bflo | NY |

| 7. (OWNER | FIRST | M.I. | LAST NAME) | 8. (OWNER'S ADDRESS) | (PHONE) |
|---|---|---|---|---|---|
| Unknown | | | | | |

9. (OFFICER IN CHARGE OF THE CASE    RANK    COMMAND)    (CO PHONE)
Henry Smardz        Det    ECU        4484
Ra-Chelle Brown    PO    Prct.#16    4416

DESCRIPTION (Specify Make, Model, Serial No.'s, Manufacturers Name)
(WEAPONS MUST BE UNLOADED)

| WEAPON NO. 1 | WEAPON NO. 2 | WEAPON NO. 3 |
|---|---|---|
| Serial Number **747 7747** | Serial Number _____ | Serial Number _____ |
| Model _____ | Model _____ | Model _____ |
| Manufacturer (Make) **unkn H&R** | Manufacturer (Make) _____ | Manufacturer (Make) _____ |
| Caliber/Guage **.32 cal. S&W** | Caliber/Guage _____ | Caliber/Guage _____ |
| Type **revolver** | Type _____ | Type _____ |
| Barrel Length **2"** | Barrel Length _____ | Barrel Length _____ |
| Magazine/Cylinder Capacity **5 shot(s)** | Magazine/Cylinder Capacity _____ | Magazine/Cylinder Capacity _____ |
| Single/Double Barrel **single** | Single/Double Barrel _____ | Single/Double Barrel _____ |
| Finish **silver** | Finish _____ | Finish _____ |
| Other distinguishing features **blk.grips** | Other distinguishing features _____ | Other distinguishing features _____ |
| break front- 1spent .32 casing - | | |
| 27 spent 9mm casings,1 lead slug | | |

| | Yes | No | | Yes | No | | Yes | No |
|---|---|---|---|---|---|---|---|---|
| P-127 Submitted | X | | P-127 Submitted | | | P-127 Submitted | | |
| P-77-C Submitted | | XX | P-77-C Submitted | | | P-77-C Submitted | | |

Recd 8-12-91 *AP*        52A

REMARKS: item is evid.Re:Hom#91-145 from Bailey & E.Delevan , 8/10/91

ECU/LP#91-0853        76.336

10. HOLD PROPERTY UNTIL: (SPECIFY CONDITIONS OF RELEASE)

☒☒ RELEASE BY COURT ORDER

11. (PERSON WHO/HAS/WILL AUTHORIZE THE RELEASE)    (RANK)    (COMMAND)    (CO PHONE)

12. (DEFENDANT(s)    (CHARGED WITH (STATE OFFENSE)
Valentino Dixon,BM,21 #172430    Homicide/Shootings - Poss.Weapons

RECEIVED PROPERTY AS SET FORTH ABOVE
PROPERTY NO. **179477**

SIGNED _____ Lieut
(COMMANDING)    (RANK)

PREPARE ORIG. & 4 COPIES
DIST: ORIG. & 5 COPIES TO BUR. OF ADM. SERVICES
1 COPY FOR COMMAND FILES

James T. Fuer

SEE INSTRUCTIONS ON REVERSE SIDE
DO NOT LEAVE ANY ENTRY BLANK IF NOT APPLICABLE, MARK ENTRY "NA"

COE001648

**APPENDIX 1542**

P-10A (9/85)

# PROPERTY REPORT [FIREARMS]
## BUFFALO POLICE DEPARTMENT
### BUFFALO, NEW YORK 14202

CD  221504

COMMAND  ECU

MSG.  #16584- 0622 hrs

DATE  8 / 10 / 91

[ CHECK BOX[ES] ]

DATE OF MSG.  8 / 10 / 91

| 1. LOST ☐ | 2. FOUND ☐ | 3. ABANDONED ☐ | 4. RECOVERED ☐ | 6. EVIDENCE XX |
|---|---|---|---|---|

6. (LOCATION WHERE PROPERTY WAS OBTAINED, ETC.)

| (NO. STREET | APT. NO. | CITY/TOWN/VILLAGE | STATE) |
|---|---|---|---|
| 1157    E.Delevan | | Bflo | NY |

| 7. (OWNER    FIRST    M.I.    LAST NAME) | 8. (OWNER'S ADDRESS)    (PHONE) |
|---|---|
| Unknown | |

9. (OFFICER IN CHARGE OF THE CASE    RANK Det    COMMAND) ECU    (CO PHONE)
Henry Smardz    PO    Prct.#16    4484
Ra-Chelle Brown    4416

## DESCRIPTION (Specify Make, Model, Serial No's, Manufacturers Name)
## (WEAPONS MUST BE UNLOADED)

| WEAPON NO. 1 | WEAPON NO. 2 | WEAPON NO. 3 |
|---|---|---|
| Serial Number  747  7747 | Serial Number | Serial Number |
| Model | Model | Model |
| Manufacturer (Make)  URKH  H+R | Manufacturer (Make) | Manufacturer (Make) |
| Caliber/Guage  .32 cal. S+W | Caliber/Guage | Caliber/Guage |
| Type  revolver | Type | Type |
| Barrel Length  2" | Barrel Length | Barrel Length |
| Magazine/Cylinder Capacity  5 shot(s) | Magazine/Cylinder Capacity | Magazine/Cylinder Capacity |
| Single/Double Barrel  single | Single/Double Barrel | Single/Double Barrel |
| Finish  silver | Finish | Finish |
| Other distinguishing features  blk.grips break front- 1spent .32 casing- 27 spent 9mm casings,1 lead slug | Other distinguishing features | Other distinguishing features |

| | Yes | No | | Yes | No | | Yes | No |
|---|---|---|---|---|---|---|---|---|
| P-127 Submitted | X | | P-127 Submitted | | | P-127 Submitted | | |
| P-77-C Submitted | | X | P-77-C Submitted | | | P-77-C Submitted | | |

REMARKS: item is evid.Re:Hom#91-145 from Bailey & E.Delevan , 8/10/91

ECU/LP#91-0853

10. HOLD PROPERTY UNTIL: (SPECIFY CONDITIONS OF RELEASE)

XX RELEASE BY COURT ORDER

11. (PERSON WHO/HAS/WILL AUTHORIZE THE RELEASE)    (RANK)    (COMMAND)    (CO PHONE)

12. (DEFENDANT(s)    (CHARGED WITH (STATE OFFENSE)
Valentino Dixon,BM,21  #172430    Homicide/Shootings - Poss.Weapons

RECEIVED PROPERTY AS SET FORTH ABOVE
PROPERTY NO.  **179477**

PREPARE ORIG. AND 4 COPIES
DIST: ORIG. & 3 COPIES TO BUR. OF ADM. SERVICES
1 COPY FOR COMMAND FILES

SIGNED _____ (COMMANDING)    Lieut
_____ (RANK)
James T. Fuerr  8/12/91

## SEE INSTRUCTIONS ON REVERSE SIDE
## DO NOT LEAVE ANY ENTRY BLANK IF NOT APPLICABLE, MARK ENTRY "NA"

COE001613

-77B-1

## BUFFALO POLICE DEPARTMENT
## EVIDENCE LATENT FINGERPRINT REPORT

LP#: 91-0855                                    DATE OF REPORT: 08/10/91

CD#: 221504      CRIME: MISC          MSG TIME/DATE: # 16584

COMPLT: SULLIVAN         SCENE Y/N: H    DATE PROCS: 08/10/91

ADDRESS OF CRIME: BAILEY & E.DELEVAN          TIME: 0630 HRS

PHONE#: N/A                        EXAM OFFICER: SMARDZ

TIME/DATE OF OCC: 0129 HRS - 08/10/91          DEFD: VALENTINO DIXON
                                                    # 172430
INV OFFICER: STAMBACH          PHOTOS TAKEN: N

UNIT OR PRCT: HOMICIDE                    BY: N/A

EVIDENCE COLLECTED: Y          SUB TO LAB: Y - # 76336

LATENTS DEVELOPED: N/A

ITEMS PROCESSED: COLLECTED CLOTHES (ITEM #14) OF SHOOTING VICTIM JOHN SULLIVAN
AT THE SISTER'S HOSP.ER

|  SUSPECTS COMPARED | | |
| NAME | MUG# | RESULTS |
|---|---|---|
| | | |

REMARKS: REFER ORIGINAL LP#91-0853

UNIT ID#: HOM.#91-145

FORWARDED TO: HOMICIDE                    DATE:

Det. Heingler Smardz
8/14/91
COE001624

BUFFALO POLICE DEPARTMENT
EVIDENCE LATENT FINGERPRINT REPORT

77B-1

DATE OF REPORT: 08/10/91

P#: 91-0858

MSG TIME/DATE: # 16584

D#: 221504    CRIME: MISC

DATE PROCS: 08/10/91

COMPLT: JACKSON (DECEASED) SCENE Y/N: M

TIME: 1000 HRS

ADDRESS OF CRIME: BAILEY & E.DELEVAN

EXAM OFFICER: SMARDZ

PHONE#: 858-3191

DEFD: VALENTINO DIXON
# 172430

TIME/DATE OF OCC: 0129 HRS - 08/10/91

PHOTOS TAKEN: Y

INV OFFICER: SUSZEK

BY: SHEPCHARD

UNIT OR PRCT: HOMICIDE

SUB TO LAB: Y - # 76336

EVIDENCE COLLECTED: Y

LATENTS DEVELOPED: N/A

ITEMS PROCESSED: COLLECTED IP'S AND EVID.ITEMS (#15 THRU # 21) AT POST

SUSPECTS COMPARED                                          RESULTS
MUG#

NAME

REMARKS: PATH AT POST: DR.LOGHMANEE
          ASSTD.BY: GEO.WASHINGTON

: REFER ORIGINAL LP#91-0853

Det Henryn Smardz

DATE:

8/14/91

UNIT ID# : HOM.#91-145

WARDED TO: HOMICIDE

COE001825

FILE _____ PD BUFFALO NY 0140100 _____ ( _____ )
                                                                    DATE

TO _____

IF REPLY ORIGINAL MSG. NO. _____ FILE _____ DATE _____

BODY OF MESSAGE:


Pick up for the Buffalo Police Homicide Squad, Pick up for the
shooting and homicide at Bailey and Delavan of Torrano Jackson
and three other subjects. Pick up one Valintino Dixon AKA Shawn
Anderson AKA TINO. A black male twenty one years old, 5-10, slight
build, 160 pounds, brown eyes and black hair. The subject use to
live at 61 Rounds street. Believed to be operating a white 2 door
1986 Cadillac. Plate number  KTR-408  . Subject is still in possession
of a TECH-NINE 9MM automatic, and is still considered armed and
dangerous. Dixons mugg number with the Buffalo Police is 172430,
Subject letf the scene in A Chevrilet, Blu Blazer.


B 3x-729

Replacement

Plate

RECEIVED
1991 AUG 19 AM 11: 13
HOMICIDE BUREAU
BUFFALO POLICE DEPT.

COB 000085

BPD Comp. 0056

APPENDIX 1546






COB 000014

FILE                          PD BUFFALO NY 0140100              (          )
                                                                    DATE

TO _____

IF REPLY ORIGINAL MSG. NO. _____ FILE _____ DATE _____

BODY OF MESSAGE:


Pick up for the Buffalo Police Homicide Squad. Pick up for the
shooting and homicide at Bailey and Delavan of Torrano Jackson
and three other subjects. Pick up one Valintino Dixon AKA Shawn
Anderson AKA TINO. A black male twenty one years old, 5-10, slight
build, 160 pounds, brown eyes and black hair. The subject use to
live at 61 Rounds street. Believed to be operating a white 2 door
1986 Cadillac. Plate number  KTR-408  . Subject is still in possession
of a TECH-NINE 9MM automatic, and is still considered armed and
dangerous. Dixons mugg number with the Buffalo Police is 172430.
Subject letf the scene in A Chevrilet, Blu Blazer.

( B 3 X - 729 )

Replacement

Plate

RECEIVED

1991 AUG 10  AM 11: 13

HOMICIDE BUREAU
BUFFALO POLICE DEPT

**APPENDIX 1548**

P-73  **BUFFALO POLICE DEP.   TMENT INTRA-DEPARTMEN .L CORRESPONDENCE**

| TO | SUBJECT | DATE  8-10-91 |
|---|---|---|
| FROM | File 91-145<br>, Radio Broadcast and Pick up. | |

Attention:    Pick up for the Homicide Squad. For the homicide
at Bailey and Delavan of Torrano Jackson. Pick up
one Valintino Dixon AKA Shawn Anderson AKA Tino.
A black male twenty one years old, 5-10, 160 pounds
slight build, brown eyes and black hair. Use to live
at 61 Rounds. Believed to be operating a white 2door
1986 Cadillac. Plate number KTR-408 . Subject is
still in possession of a TECH-NINE 9MM automsatic,
and is considered armed and dangerous. Dixons mugg
number is 172430. Subject left the scene in a BLUE
Chevrolet Blazer.

B3X - 729
Replacement
Plate

Taken to radio room at 11:30AM on 8-10-91
Mark R. Stambach

RECEIVED
1991 AUG 10 AM 11: 13
HOMICIDE BUREAU
BUFFALO POLICE DEPT

RECEIVED
1991 AUG 10 AM 11: 13
HOMICIDE BUREAU
BUFFALO POLICE DEPT.

COE001522

P-77B-1

**BUFFALO POLICE DEPARTMENT**
**EVIDENCE LATENT FINGERPRINT REPORT**

LP#: 91-0859                           DATE OF REPORT: 08/10/91

CD#: 221504     CRIME: MISC            MSG TIME/DATE: # 16584

COMPLT: JACKSON(DECEASED) SCENE Y/N: Y    DATE PROCS: 08/10/91

ADDRESS OF CRIME: BAILEY & E.DELEVAN          TIME: 1140 HRS

PHONE#: N/A                            EXAM OFFICER: SMARDZ

TIME/DATE OF OCC: 0129 HRS - 08/10/91        DEFD: VALENTINO DIXON
                                                # 172430
INV OFFICER: HOMICIDE                  PHOTOS TAKEN: N

UNIT OR PRCT: HOMICIDE                       BY: N/A

EVIDENCE COLLECTED: N                  SUB TO LAB: N/A

LATENTS DEVELOPED: N/A

ITEMS PROCESSED: DAYLIGHT CRIME SCENE SEARCH

SUSPECTS COMPARED

| NAME | MUG# | RESULTS |
|------|------|---------|
|      |      |         |

REMARKS: NO ADDITIONAL EVIDENCE WAS COLLECTED

REFER ORIGINAL LP#91-0853

JNIT ID# : HOM.#91-145

FORWARDED TO: HOMICIDE                 DATE:

*Det Henyur Smardz*

8/14/91

COE001626

## MEDICAL EXAMINERS CERTIFICATION OF DEATH

I hereby certify that I am a duly appointed MEDICAL EXAMINER, in and for the County of Erie, and I find that the competent cause of death of:

TORRIANO JACKSON
_____
Name

19 THATCHER AVE          BUFFALO,NY
_____
Address

was    HOMICIDAL        and death is attributed to (Give Medical Reason):

Internal Bleeding
_____

Multiple gunshot wounds
_____

_____

and I further certify that this report is a true and correct copy of the original record maintained in the Medical Examiner's Office of Erie County: - Case No. 692-91
_____

Dated at Buffalo, New York this 10TH Day of AUG 19 91

_____
MEDICAL EXAMINER
FAZLOLLAH LOGHMANEE, M.D.

Submitted by:
Office of the Medical Examiner
462 Grider Street
Buffalo, New York, 14215

RECEIVED
1991 AUG 10 PM 12: 21
HOMICIDE BUREAU
BUFFALO POLICE DEPT

**COE001619**

AUTOPSY NO. _____          AGE: __17__      DOB    5-05-74

CASE NO.    692-91          SEX: __M__      COLOR    B

AUTOPSY DATE:    8-10-91                    LENGTH _____

                                           WIDTH _____

                                           WEIGHT _____

                                           POLICE  BUFLO HOMICIDE

In accordance with ERIE COUNTY LOCAL LAW No 5, 1971, you are hereby authorized
to perform an autopsy on the dead body of

NAME ____ TORRIANO JACKSON _____

ADDRESS ____ 19 THATCHER AVE ____ BUFFALO,NY ____ 14215 ____

DATE OF DEATH ____ 8-10-91 _____ LOCATION ____ ECMC ____

BRIEF CIRCUMSTANCES OF DEATH ____ VICTIM OF SHOOTING ____

_____

_____

ADMISSION DATE _____ DER _____

                        MEDICAL EXAMINER - ERIE COUNTY
                          dr david o'CONNELL

CAUSE OF DEATH _____

PART II - CONTRIBUTORY

RECEIVED
1991 AUG 10 PM 12: 22
HOMICIDE BUREAU
BUFFALO POLICE DEPT

BLOOD HIV    _____
TOXICOLOGY   _____
BACTERIOLOGY _____
CHEMISTRY    _____
BLOOD BANK   _____

                                           MD
_____  COE001492
              PATHOLOGIST.

**APPENDIX 1552**



BRAIN _____    HEART _____

R. LUNG _____    R.V. _____

L. LUNG _____    L.V. _____

SPLEEN _____    T.V. _____

LIVER _____    P.V. _____

THYMUS _____    M.V. _____

R. KIDNEY _____    A.V. _____

_____ L. KIDNEY _____

COE001493

P-73  **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Richard T. Donovan, Chief<br>Homicide Section | SUBJECT | | DATE | 8/10/91 |
|---|---|---|---|---|---|
| FROM | Det. Mark R. Stambach<br>Det. Raniero Masecchia | File 91-145 Torrano Jackson<br>Homicide<br>Dictated by Det. Stambach | | | |

ATTN:    James Rautenstrauch, Lieutenant

SIR:

Continuing the above investigation, your writer did monitor a call from car 16L, Lt. Szafranski, who stated he spotted a white Cadillac with NY Reg. B3X7291 wanted in a pick up at 1133 E. Delavan.

Your writer proceeded to the address and requested an unmarked vehicle to meet at Bailey/Delavan.  The car was watched by P.O.'s Alessi/Schmitz so it would not move.

Your writer arrived at Bailey/Delavan at 1310 hrs.    Here A. Dets. Donovan/Militello arrived.  They were asked to cover Delavan/Olympic. As they drove by 1133 E. Delavan, Valentino "TINO" Dixon was walking on Delavan.  He was picked up by A. Dets. Donovan/Militello.  He was advised of his rights by the same officers.  The rights card shall now become a permanent part of this file.

The two vehicles at the address were towed to the Seneca St. Garage. They are NY Reg. B3X729 a white Cadillac and NY Reg. 6BE980 a red Mazda RX7.

The suspect was then taken to the Homicide office.  When your writer arrived, Valentino Dixon stated "I did not do that shooting".  He was asked if he would give a sworn statement to that effect and he said he would.

Your writer then advised Valentino Dixon of his rights in the sworn statement.  The statement started at 1345 hrs. and finished at 1417 hrs. The statement was taken in the Lt's. office in the presence of A. Det. Militello.

A picture was taken after the statement was finished.  At 1418 hrs. Det. Masecchia received a phone call in the outer office from Sean Dennis Hill, Esq.  Valentino Dixon was asked if he would read the statement and sign it if it was correct.  He replied he would sign it.

Det. Masecchia then notified your writer that attorney Hill requested us not to talk with his client anymore.  The statement was then signed by Dixon at 1430 hrs.

Attorney Sean Dennis Hill, Esq. then appeared at the Homicide office. He was allowed to see his client and had a conference with him in the Lt's. office.  He left his card with your writer.

Cont'd.

COE001513

APPENDIX 1554

## BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO | SUBJECT | DATE 8/10/91 |
|----|---------|--------------|
| FROM  Det. Mark R. Stambach  Det. Raniero Masecchia | Page 2  File 91-145 Torrano Jackson  Homicide  Dictated by Det. Stambach | |

Mr. Dixon was then taken to CBB where he was booked for murder, weapons possession and assault.  See his arrest information for further details. The arrest card and information are now a permanent part of this file.

Your office will be kept apprised of further developments on subsequent P-73's.

Respectfully submitted,

Det. Mark R. Stambach

*Mark R. Stambach*

MRS/les                     Det. Raniero Masecchia

COE001514

P-1302

R.T.O.
C.O.H.

8-10-91
File 91-145
Terrane Jackson

1:00 PM

1:45 PM
Services

Det. Mrs.
Det. Rm.

Attn. J.R.

Sir

I'm cont. the investigation of
Terrane Jackson. Your writer did monitor
a call from car 16L. Car 16L Lt. Leonard
Serfranski stated he had spotted the
white cadillac. B3X-729 wanted in
the pick-up at 1133 East Delavan.

Called
9-11-91

Your writer proceeded to that
address and requested a un-marked
vehicle to meet at Bailey and Delavan.
The car was watched by P.O. Alessi and
Schmitz so it would not move.

Your writer arrived at Bailey
and Delavan at 1310 hours. Here Det.
Militello and Donovan arrived. They
were asked to cover Delavan and Olympic.
As they drove by 1133 East Delavan
Valentino TINO Dixon was walking on
Delavan. He was ~~arrested~~ picked up
by Det. Donovan and Militello. He was
advised of his rights by Det. Donovan &
Militello. That rights card shall
now become a part of this file.

COB 000124

BPD Comp. 0066

P-1302

This vehicles at that address were towed into the Senica Street garage. They are 83X-729 the white cadillac and also 66E-980 a red mazda.

The suspect was taken to the HBO. When your writer arrived Valentino TINO Dixon stated I did not do that shooting. He was asked if he would give a sworn statement to that effect. He said he would.

Your writer then advised Valentino TINO Dixon of his rights in the sworn statement. The statement started at 1345 hours. The statement was finished at 1417 hours. The statement was taken in the U's office in the presence of Det Charles Militellos. A picture was taken after the statement was finished. At 1418 hours Det Massecchia received a phone call in the outer office from Mister Sean Dennis Hill. Mister Dixon was asked if he would read the statement and sign it if it was correct. He replied he would sign it. Det Massecchia then notified this writer that Attorney Hill requested us not to talk with his client any more. The statement was then signed by Valentino TINO Dixon at 1430 hours.

COB 000125

P-1302

Attorney Sean Dennis Hill then appeared at HCO. He was let into see his client. He had a conference with his client in the lt's office. He left his card with your writer.

Mister Dixon was then taken to Central Booking were as he was booked for murder and weapons possession and assault. See his arrest and informations for further details. Arrest Cards and info are now a part of this file.

Y.O.W.B.K.A.O.A.R. N.O.

Respect
RM
MRS

COB 000126

P-302

R.T.D
C.O.H.

L 8-10-91
File 91-145
Torrano Jackson

Det. Mks
Det. Rm

Attn J.R.

1:45 pm
Started

Sir.

I'm cont the investigation of Torrano Jackson. Your writer did monitor a call from car 16L. Car 16L Lt. Leonard Serfranski stated he had spotted the white cadillac B3X-729 wanted in the pick-up at 1133 East Delavan.

Your writer proceeded to that address and requested a un-marked vehicle to meet at Bailey and Delavan. The car was watched by P.O. Alessi and Schmitz so it would not move.

Your writer arrived at Bailey and Delavan at 1310 hours. Here Det Miletello and Donovan arrived. They were asked to cover Delavan and Olympic. As they drove by 1133 East Delavan Valentino TINO Dixon was walking on Delavan. He was ~~arrested~~ picked up by Det Donovan and Miletello. He was advised of his rights by Det Donovan & Miletello. That rights card shall now become a part of this file.

Called 8-11-91

Two vehicles at that address were
towed into the Seneca Street garage.
They are B3X-729 the white cadillac
and also 6BE-980 a red mazda.

The suspect was taken to the
HBO. When your writer arrived
Valentino TINO Dixon stated I did
not do that shooting. He was asked
if he would give a sworn statement
to that effect. He said he would.

Your writer then advised Valentino
TINO Dixon of his rights on the sworn
statement. The statement started
at 1845 hours. The statement was finished
at 1417 hours. The statement was taken
in the Lts office in the presence of
Det Charles Militelleo. A picture was
taken after the statement was finished.
At 1418 hours Det Massechio received a
phone call in the outer office from
Mister Sean Dennis Hill. Mister Dixon was
asked if he would read the statement
and sign it if it was correct. He replied
he would sign it. Det Massechio then
notified this writer that Attorney Hill
requested us not to talk with his
client any more. The statement was
then signed by Valentino TINO Dixon
at 1430 hours.

COE001510

August 10th, 1991

City of Buffalo
Department of the Police

State of New York
County of Erie
City of Buffalo

Valentino Dixon, age 21, D.O.B. 10-20-69 residing at 61 Rounds street
phone number 835-6623 being duly worn makes the following sworn statement
in the Buffalo Police Homicide Squad office. Statement taken by Detective
Mark R. Stambach and witnessed by Acting Detective Charles Milettello.
Statement started at 1:45PM this date.

Q.  You have the right to remain silent?
A.  Yes.

Q.  Anything that you say can be used against you in a court of law?
    Do you understand?
A.  Yes.

Q.  Uou have the right to a attorney and have him present with you while
    you are being questioned do you understand?
A.  Yes.

Q.  If you cannot afford a attorney, one will be appointed to represent
    you before any questioning if you wish one?
A.  Yes.

Q.  Do you understand each of these rights I have given to you?
A.  Yes.

Q.  Having these rights in mind do you wish to talk with us now?
A.  Yes.

Q.  You were advised of your rights before by thw two officers that
    arrested you correct?
A.  Yes.

Q.  And you wish to make a statement now?
A.  Yes.

Q.  The Buffalo Police Department Homicide Squad is investigating the
    shooting death Mister Torriano Jackson who was shot dead last night
    at the corner of Bailey and East Delavan at 0130AM this date can you
    tell me in your own words what you know about this shooting?
A.  OK I came to my friend Marios house he lives about eight houses from
    the corner of the store. Thats were I parked my car at. But my half
    brother and Mario were standing at the corner so I walked to the corner.
    We talked for about five minutes. Then I went inside the store. I
    bought a forty bowl. Of Budweiser. When I was coming out of the store
    I heard a whole bunch of shots about twenty of them. It was in the
    middle of the street. It was about six people in the middle of the s
    street as I was running towards the car there was popping. Pop and
    pop. So I jumped in the car and left. Then I went over to my girlfrirend:
    house. Then I went home. The only reason I did not stay around cause
    I didnt know if it was coming after me or what. I didn't even know
    what was coming or what. So I jumped in my car and drove off.

Q.  Did you shot anyone last night?
A.  No.

Q.  Were you with the deceased before the shooting?
A.  No.

Q.  Who were you with before the shooting took place?
A.  I was standing in front of the store with Mario Jarman and also
    my step brother Antione Shannon. Mario lives right there on Delavan.

Q.  What were you wearing last night?
A.  Same thing right here.

Q.  Can you describe your clothing to me?

COE001524

PAGE TWO OF STATEMENT OF VALENTINO DIXON

Q.  Did you walk up to Marios house on Delavan before the shooting?
A.  I parked in front of his house.

Q.  Before the shooting took place did you enter Marios house on Delavan?
A.  No.

Q.  Did you ever have a TECH-NINE machine pistol?
A.  No.

Q.  Were does Mario live?
A.  six house from the store I guess on the same side as the store.

Q.  Were you at a party tonight with Mario on Newburgh street?
A.  No.

Q.  How long were you at the corner of Delavan and Bailey at the store?
A.  Ten minutes or maybe five minutes, ten minutes, yeah.

Q.  Do you know who did this shooting?
A.  No.

Q.  Did you do this shooting?
A.  No.

Q.  Did you fire any weapon today or last night?
A.  No.

Q.  What car did you arrive in today on Delavan street?
A.  The red Madza.

Q.  Do you drive a white caddilac?
A.  Yes.

Q.  Is the white cadillac a 2 door, 1986?
A.  Yes.

Q.  Do you own that car?
A.  No.

Q.  Who is the owner of that car?
A.  My grandmother.

Q.  Do you know Torrino Jackson?
A.  No.

Q.  Do you know Arron Jackson?
A.  No.

Q.  Do you know John Sullivan?
A.  No.

Q.  Did you go to any bar last night after the shooting?
A.  No.

Q.  Were did you go to?
A.  On Lisbon street, 554, Arnice Bennings.

Q.  Is she your girlfriend?
A.  Yes.

Q.  Do you read and write?
A.  Yes.

Q.  How far did you go in school?
A.  12th grade.

Q.  Do you know the people that were doing the shooting?
A.  No.

Q.  Did you know what was going on?
A.  Yes.

Q.  What was going on?

COE001525

PAGE THREE OF STATEMENT OF VALENTINO DIXON

Q.  Why did this shooting take place?
A.  I dont know.

Time is 2:10PM this date and Mister Dixon is given two seperate glasses
of water by A/Detective Miletello. Also asked if he wanted any food and
he replied no.

Q.  Is there anything else that you can add that would help me in this
    investigation?
A.  Everything happened so fast and when I was running and I got half a
    glance and there was six poeple in the middle of the street.

Q.  I am now going to have you read this statement now and ask you if it
    is going to be correct. If it is not I will change it. Is it allright?
A.  It O.K.

Q.  Will you sign this statement now?
A.  Yes.


SIGNED   *Valentino Dixon*

WITNESSED   *[signature]*


Signed this 10th of August 1991
at 2:30PM.


Sworn and subscribed before me this
10th day of August 1991

*Mark R. Stambach*

Commissioner of Deeds in and for
the City of Buffalo, My Commission
expires on 12-31-92

COE001526

APPENDIX 1563

City of Buffalo)
State of New York)SS.
County of Erie)

Department of Police

1430hrs
8-10-91

JOHN ARTHUR SULLIVAN III residing at 49 Elmer phone 835-9680 17yrs of age
Date of Birth 2-2-74, being duly sworn deposes and makes the following state-
ment in Room #304 of the Buffalo Police Headquarters Homicide Office. State-
typed and questions asked by Det. Raniero Masecchia.

Q. Can you read and write?
A. Yes.

Q. How far did you atend school?
A. I'm still attending Bennet Highschool, I'll be a Junior this year.

Q. Where do you live and with whom?
A. 49 Elmer, my Father John A. Sullivan Jr.

Q. The Buffalo Police Homicide Bureau is presently investigation a shooting
that happened at approximately 1:30am this date 8-10-91 in the Street
at East Delavan and Bailey Ave. As a result of this shooting a Torrano
Jackson B-M-17yrs of age D.O.B. 5-5-74 was pronounced dead at the ECMC
Hospital a short while later. Also a Mario Jarmon B-M-19 and Aaron Jackson
B-M-20 and yourself were shot and treated for wounds. In your own words
what can you tell me of this shooting.
A. I was with my friend Fred Stencil we were going to get something to eat at
Louies Hot Dog on Bailey. When we got out of Freds Car we seen Mario, Aaron
Jackson and Torra Jackson the two Jacksn brother were fighting with Mario
so we went over to break it up. We got there and I heard someone Holler
look out hes got a gun. So I didn't look to see who had the gun I just ran
behind a car I heard and felt a shot in my right leg. I turned around to
who shot me and I saw Tino standing about 3 feet away from Torrano Jackson
who lying in the street, Tino had a gun he was holding it with two hands
pointing it at Torrano and shooting at him. I turned and ran down Delavan
to behind the Church, I looked back and saw Tino and a couple of guys
run away Down E. Delavan towards Olympic. I ran back to Louies and asked
the Security if he called the Police. The Ambulance came and took me To
Sisters Hospital  they treated me for a bullett wound that went in and out
of my right leg. They let me go home about 7:00am this morning.

Q. Did you see who shot you in the leg?
A. No.

Q. Did you see who Shot Torrano Jackson?
A. Yes, Tino.

Q. How many times did you see Tino shoot Torrano Jackson?
A. I think he emptied the gun on him  I seen him fire at least five at him.

Q. Can you describe the gun that Tino had?
A. it was black, it looked like an Uzi, he was holding it in two hands and the
bullets came out real fast.

Q. How long have you known Torrano Jackson?
A. 13-14yrs. we live in the same neighborhood.

Q. Do you know Tino's full name?
A. No.

Q. How long have you known Tino and from where?
A. I know him about 2 years, mostly when M&M on Genesee and Mosella and Tino
used to come in here all the time.

Q. Did you see who shot Aaron Jackson?
A. No, I didn't know he Mario were shot until I ran back over when Tino
ran away.

Q. Did you see anyone else with any weapons?
A. No.

Q. Did you have any weapon with you?
A. No.

Q. Did you see Torrano Jackson with any weapon?
A. No.    JAS

Statement of John A. Sullivan III continued on page #2.....................

COB 000111

Statement of Jo___ A. Su___ III continue from Page #1...........

Q. How many shots do you remember hearing?
A. About 15.

Q. Can you describe Tino to me?
A. Black male, about 6 feet about 160 to 170 lbs black hair about 20+21 yrs old.

Q. Do you recall what Tino was wearing at the time of the shooting?
A. he had on something dark maybe black or blue, I don't remember.

Q. I will now show you 6 photos on a blue folder numbered 1 thru 6. If you see anyone in these photos that you recognize. Tell me what number and his name if you know and where you know him from from. Do you understand what I mean?
A. Number 6, I know him as Tino, from last night or this morning he was the one that was shooting Torrano, Torre.

Q. I will now tell you that the person you picked out is Valentino Dixon do you understand?
A. Yes.

Q. I will now have you sign a slip of paper and attach under the photo you selected, Do You understand?
A. Yes( Deponent signed dated card a taped it under Photo 6)

Q. Do you know what the fight was about?
A. No.

Q. Do you know why Valentino shot Marrano Jackson?
A. No.

Q. Is there anything else you think of that might assist us in this investigation?
A. No.

Q. I will now have you read this 1 1and 1 1/2 page statement and if there and additions or corrections tell me and I will make them now. Do you understand yes? JAS
A. Yes.

Q. Now that you have read the statement is it true and correct and will you sign it?
JAS    A. Yes.

Sworn to and subscribed before me this the
10th Day of August, 1991

_____    Signed _____
Commissioner of Deeds in and for the
City of Buffalo, State of New York
Expires 12/92

COB 000112

BPD Comp. 0075

City of Buffalo)        City of Buffalo       1430hrs
State of New York)SS.    Department of Police     8-10-91
County of Erie)

JOHN ARTHUR SULLIVAN III residing at ███████████████████ 17yrs of age
Date of Birth 3-2-74. Being duly sworn deposes and makes the following state-
ment in Room #304 of the Buffalo Police Headquarters Homicide Office. State-
typed and questions asked by Det. Raniero Masecchia.

Q. Can you read and write?
A. Yes.

Q. How far did you atend school?
A. I'm still attending ███████████, I'll be a Junior this year.

Q. Where do you live and with whom?
A. 49 Elmer, my Father John A. Sullivan Jr.

Q. The Buffalo Police Homicide Bureau is presently investigation a shooting
that happened at approximately 1:30am this date 8-10-91 in the Street
at East Delavan and Bailey Ave. As a result of this shooting a Torrano
Jackson B-M-17yrs of age D.O.B. 5-5-74 was pronounced dead at the ECMC
Hospital a short while later. Also a Mario Jarmon B-M-19 and Aaron Jackson
B-M-20 and yourself were shot and treated for wounds. In your own words
what can you tell me of this shooting?
A. I was with my friend Fred Stencil we were going to get something to eat at
Louies Hot Dog on Bailey. When we got out of Freds Car we xeen Mario, Aaron
Jackson and Torre Jackson the two Jacksn brother were fighting with Mario
so we went over to break it up. We got there and I heard someone Holler
look out hes got a gun, So I didn't look to see who had the gun I just ran
behind a car I heard and felt a shot in my right leg. I turned around to
who shot me and I saw Tino standing about 3 feet away from Torrano Jackson
who lying in the street, Tino had a gun he was holding it with two hands
pointing it at Torrano and shooting at him. I turned and ran down Delavan
to behind the Church, I looked back and saw Tino and a couple of guys
run away Down E. Delavan towards Olympic. I ran back to Louies and asked
the Security if he called the Poloce. The Ambulance came and took me To
Sisters Hospital they treated me for a bullett wound that went in and out
of my right leg. They let me go home about 7:00am this morning.

Q. Did you see who shot you in the leg?
A. No.

Q. Did you see who Shot Tarrano Jackson?
A. Yes, Tino.

Q. How many times did you see Tino shoot Torrano Jackson?
A. I think he emptied the gun on him  I seen him fire at least five at him.

Q. Can you describe the gun that Tino had?
A. it was black, it looked like an Uzi, he was holding it in two hands and the
bullets came out real fast.

Q. How long have you known Torrano Jackson?
A. 13-14yrs. we live in the same neighborhood.

Q. Do you know Tino's full name?
A. No.

Q. How long have you known Tino and from where?
A. I know him about 2 years, mostly when M&M on Genesee and Moselle and Tino
used to come in here all the time.

Q. Did you see who shot Aaron Jackson?
A. No, I didnit know he Mario were shot until I ran back over when Tino
ran away.

Q. Did you see anyone else with any weapons?
A. No.

Q. Did you have any weapon with you?
A. No.

Q. Did you see Torrano Jackso n with any weapon?
A. No.

JAS

Statement of John A. Sullivan III continued on page #2... OGE001535

DStatement of John A. Sullivan III continued from Page #1..........

Q. How many shots do you remember hearing?
A. About 15.

Q. Can you describe Tino to me?
A. Black male, about 6 feet about 160 to 170 lbs black hair about 20-21.yrs old.

Q. Do you recall what Tino was wearing at the time of the shooting?
A. he had on something dark maybe black or blue, I don't remember.

Q. I will now show you 6 photos on a blue folder numbered 1 thru 6
If you see anyone in these photos that you recognize. Tell me what number and his name if you know and where you know him from from. Do you understa what I mean?
A. Number 6, I know him as Tino, from last night or this morning he was the one that was shooting Torrano, Torre.

Q. I will now tell you that the person you picked out is Valentino Dixon do you understand?
A. Yes.

Q. I will now have you sign a slip of paper and attach under the photo you selected, Do Uou understand?
A. Yes( Deponent signed dated card a taped it under Photo 6)

Q. Do you know what the fight was about?
A. No.

Q. Do you know why Valentino shot Tarrano Jackson?
A. No.

Q. Is there anything else you think of that might assist us in this investigation?
A. No.

Q. I will now have you read this 1]and ]1/2 page statement and if there and additions or corrections tell me and I will make them now. Do you understandxxxx?    JAS
A. Yes.

Q. Now that you have read the statement is it true and correct and will you sign it?
A. Yes.

Sworn to and subscribed before me this the
10th Day of August, 1991

Commissioner of Deeds in and for the
City of Buffalo, State of New York
Expires 12/92

Signed

COE001536

P-77B-1

## BUFFALO POLICE DEPARTMENT
## EVIDENCE LATENT FINGERPRINT REPORT

LP#: 91-0860                          DATE OF REPORT: 08/10/91

CD#: 221504      CRIME: MISC          MSG TIME/DATE: # 16584

COMPLT: JACKSON (DECEASED) SCENE Y/N: N      DATE PROCS: 08/10/91

ADDRESS OF CRIME: BAILEY & E.DELEVAN          TIME: 1500 HRS

PHONE#: 851-4466                      EXAM OFFICER: SMARDZ

TIME/DATE OF OCC: 0129 HRS - 08/10/91      DEFD: VALENTINO DIXON
                                                # 172430
INV OFFICER: STAMBACH                 PHOTOS TAKEN: N

UNIT OR PRCT: HOMICIDE                       BY: N/A

EVIDENCE COLLECTED: Y                  SUB TO LAB: Y - # 76336

LATENTS DEVELOPED: N/A

ITEMS PROCESSED: COLLECTED CLOTHES OF DEFT.VALENTINO DIXON (ITEM# 22) AT THE
HOM.UNIT OFC.

SUSPECTS COMPARED

| NAME | MUG# | RESULTS |
|------|------|---------|
|      |      |         |

REMARKS:

REFER ORIGINAL LP.#91-0853

UNIT ID# : HOM.#91-145

FORWARDED TO: HOMICIDE                 DATE:

                                      8/14/91
                                      COE001627

BPD Comp. 0078

**APPENDIX 1568**

BPD 31 (12./77)

**BUFFALO POLICE DEPARTMENT**
**BUFFALO, NEW YORK 14202**

# Permission to Search

The undersigned, residing at _554 LISBON UPPER_ _APARTMEN_

does hereby voluntarily authorize _DETECTIVE MARK R. STAMBACH OR A MEMBER OF THE HOMICIDE SQUAD_ and other officers he may designate to assist him, to search my residence (or other real property) located at _554 LISBON UPPER_ _APARTMENT, BUFFALO, NEW YORK,_ ,

~~and my motor vehicle, namely my~~ _____

                                         (year)              (make)

~~bearing license plate number~~ _____, of the State of

_____, presently parked or located at _____

and I further authorize said officers to remove from my residence, real estate and/or motor vehicle, whatever documents, or items of property whatsoever which they deem pertinent to their investigation, with the understanding that said officers will give me a receipt for whatever is removed.

I am giving this written permission to these officers freely and voluntarily, without any threats or promises having been made, and after having been informed by said officer that I have a right to refuse this search and/or seizure.

X _____

                                              Signature

_refused at 3:16 PM. I want to but my lawyer said dont sign anything. MRS V.D._

Witnesses:

_Mark R. Stambach_

Date: _August 10TH_, 19_91_. Time _3:15 PM_ m.

COE001498

BPD Comp. 0079

## ERIE COUNTY CENTRAL POLICE SERVICES
### ARREST / BOOKING FORM

ARREST / FILE NO. 91-14141

☑ IDENTITY VERIFIED BY STATE RAP SHEET
☐ IDENTITY NOT VERIFIED BY STATE RAP SHEET

**A. PERSON INFORMATION**

2. NAME (NAM) (LAST, FIRST, MI, SUFFIX): Dixon, Valentino A.

3. DATE OF BIRTH (DOB): 10-20-69   4. AGE (AGE): 21   5. SEX (SEX): M   6. RACE (RAC): B   7. CPL NO (CPL) COMPUTER ASSIGNED:

8. ADDRESS (ADR) (NO., STREET, SUFFIX, APT. NO.): 61 Pounds

9. CITY (CTY) (CITY, STATE, ZIP CODE): Buffalo, NY

10. ORA: EI01

11. HEIGHT (HGT):   12. WEIGHT (WGT):   13. BUILD (BLD):   14. EYE:   15. HAIR (HAI):   16. SCARS, MARKS, TATTOOS (SNT):

17. CITIZEN (CTZ): ☑ YES ☐ NO   18. PLACE OF BIRTH (POB) (CITY, STATE): Buffalo, NY   19. OCCUPATION (OCC): None   20. MARITAL STATUS (MAR): Single

21. WARNING (WAR):   CODE:   22. DRIVER'S LICENSE NO.:   STATE:   23. JUVENILE: ☐ YES ☐ NO

24. NYSID NO. (DCJ):   25. FBI No. (FBI):   26. SOCIAL SECURITY NO. (SOC): 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   27. MUG NO. (MUG):   28. MISCELLANEOUS NO. (MO):   29. ALIASES & REMARK SEE 51 & 52 BELOW:

**B. ARREST INFORMATION**

30. ARREST / FILE NO. (OLD): 91-221-504   31. O.B.T.S. NO. (JCN):

33. ARRESTING AGENCY ORI (ARA): NY0140100   34. ARREST DATE (ARD): 8-10-91   35. ARREST TIME (ART): 1600   36. ARRESTING OFFICER (ARO): Det. Stambach   37. ASSISTING OFFICER (ASO): Homicide

38. ADDRESS OF ARREST (ADR) (NO., STREET, SUFFIX, APT. NO.): 1122 E. Delavan   39. CITY OF ARREST (CTA): Buffalo   40B. ADDRESS (COM): Torrano Jackson (Deceased) 19 Thatcher / Aaron Jackson 19 Thatcher

41. ARREST-RELATED REMARK (AR):   42. ARREST-RELATED REMARK (AR): Mario Jarmon 1122 E. Delavan / John Sullivan 49 Either

**C. CHARGE AND DISPOSITION**

| | LAW | 43. ORIGINAL CHARGE SEC-SUBSEC-PAR | CAT | CTS | ATT | LAW | 44. DISPOSITION CHARGE SEC-SUBSEC-PAR | CAT | CTS | ATT | 45. DISPOSITION OR SENTENCE | 46. DISP. DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (AC1) | PL | 125.25-1,2 | DF | 2 | | | | | | | | |
| (AC2) | | 265.03 | CF | 4 | | | | | | | | |
| (AC3) | | 120.10-1 | CF | 3 | | | | | | | | |
| (AC4) | | | | | | | | | | | | |
| (AC5) | | | | | | | | | | | | |
| (AC6) | | | | | | | | | | | | |

47. COMPLETE HISTORY OF ABOVE CHARGE, IF PROPERTY — TYPE AND VALUE, ACCOMPLICE NAMES

Defendant did on 8-10-91 at 0129 hours while at Bailey and E. Delavan use a Tech-Nine 9mm weapon whereas he shot Torrano Jackson who later expired from his wounds at the ECMC. The defendant also did shoot Aaron Jackson, Mario Jarmon and John Sullivan. Aaron Jackson and Mario Jarmon underwent surgery at ECMC and are now in critical condition in the ICU. John Sullivan was treated for a bullet wound to the thigh at Sister's Hospital.

**B.P.D. CENTRAL BOOKING**

No WARRANTS ON FILE

HOLD FOR

48A. WARRANT NO. (WWN):   ORA:   48B. WARRANT NO. (WWN):   ORA:   48C. WARRANT NO. (WWN):   ORA:   48D. WARRANT NO. (WWN):   ORA:

49. VICTIM INFORMATION:   NO. OF VICTIMS:   AGE:   SEX:   AGE:   SEX:   50. DEFENDANT'S SIGNATURE: X

51. (AL) ALIASES LAST, FIRST, M.I., SUFFIX:   52. (PR) PERSONS RELATED REMARKS:

P - 50 ( Rev. 10/88 )

# Buffalo Police Department
## Central Booking Bureau
### Prisoner Information Form

Name  *Valentino Dixon*

Date  *8-10-91*

Arrest  No. *91-14141*

☐ Paperwork Incomplete

☐ Prisoner is Escape Prone

☐ Prisoner is Assaultive

## Interrogatories

|  | Yes | No |
|---|---|---|
| 1. Are you under a doctor's care? | ☐ | ☑ |
|    If yes, Name & Location | | |
| 2. Are you on Medication? | ☐ | ☑ |
|    If yes, Type & Dosage | | |
| 3. When did you have the Medication last? | ☐ | ☑ |
| 4. Are you a diabetic? | ☐ | ☑ |
| 5. Are you an epileptic? | ☐ | ☐ |

## Observations

|  | Yes | No |
|---|---|---|
| 1. Prisoner is Escape Prone. | ☐ | ☑ |
| 2. Prisoner is Assaultive. | ☐ | ☑ |
| 3. Has Prisoner made any unusual statements? | ☐ | ☑ |
| 4. Does Prisoner appear to be under the influence of Alcohol or Drugs? | ☐ | ☑ |
| 5. Does Prisoner appear to be undergoing withdrawal? | ☐ | ☑ |
| 6. Does Prisoner appear to be depressed? ( i.e. Crying, Blank or Vacant Expression ). | ☑ | ☐ |
| 7. Does Prisoner appear anxious? ( Jumpy - Jerky ) | ☐ | ☑ |
| 8. Does the Prisoner appear to be hallucinating? ( Visual / Audio ) | ☐ | ☑ |
| 9. Is the Prisoner uncooperative - Aggressive? | ☐ | ☑ |

## Actions taken by Officer's / C.B.B.:

☐ Sent to E.C.M.C.

☐ Other Medical Treatment.

☐ Asst. Chief of Detectives Notified.

Screening Officer  *NA*  ( Initials )

Police Officer, C.B.B.  *FC*  ( Initials )

Asst. Chief of Det.'s  _____  ( Initials )

Distribution:
Original to Asst. Chief of Det.'s
1 Copy in C.B.B. file
1 Copy in Arrest folder

COE001497

BPD Comp. 0081

**APPENDIX 1571**

P-60 (Rev 2 / 88) Print or Type
SEE INSTRUCTIONS ON BACK
PREPARE IN DUPLICATE
(*STRIKE OUT NON APPLICABLE WORDS ' PHRASES) (cross out one)

INFORMATION COMPLAINT

BUFFALO POLICE DEPARTMENT
THE CITY COURT OF BUFFALO,
COUNTY OF ERIE, STATE OF NEW YORK

Def: _____ ( relationship to vic. )

Victim: _____ ( relationship to defend. )

**THE PEOPLE OF THE STATE OF NEW YORK**
(Defendant's Name)   (Below)

(Defendant's Address)   (i

V.S.  Valentino A Dixon _____ ,  61 Rounds

_____ ,  _____
(Complainant's Name)  (Below)      (Address or Police Unit)   (Below)

I,  Det M Stambach _____ ,  Homicide

accuse  Valentino A Dixon _____ , the defenda

in this action, that on or about the  10  day of  August _____ , 19  91  at or about  01:29  AM
in the City of Buffalo, did *intentionally, *knowingly, *recklessly, *unlawfully, *with criminal negligence commit the *crime
*felony of  Murder in the 2nd degree; Criminal Possession of a Weapon  2nd degree
Assault in the 1st degree

the provisions of  Section _____ Subdivision _____

Section  125.25  Subsection  1,2  of the Penal Law of the State of New York *
265.03

Chapter  120.10  Section  1

(Set forth below the statement of the complainant, based upon personal knowledge, or upon information and belief, alleging facts of an evidentiary character, supporting, or tending to support, the charges.)   *STRIKE ALL WORDS NOT APPLICABLE

The facts upon which this accusation is based are as follows:  *A. OF MY OWN KNOWLEDGE  *B. ON INFORMATION AND BELIEF
&

125.25-1,2  Murder in the 2nd degree

In  that the defendant, while at Bailey & Delavan, did under circumstances  evincing a depraved indifference to human life, recklessly engage in conduct which created a grave risk of death to another person, and did with intent to cause the death of Torrano Jackson, did cause the death of Torrano Jackson, in that the defendant did while at the above location shoot the victim causing his death at the Erie County Medical Center.
The above information is based upon 1) your deponent personally knowing the victim Torrano Jackson to be expired from bullet wounds at Bailey & Delavan, Buffalo, NY.
2) Affidavit dated 8-10-91 from victim John Sullivan, who stated that the above named defendant did shoot the deceased on 8-10-91 at Bailey & Delavan.


265.03  Possession of a Weapon in the 2nd degree

In that the defendant, while at Bailey & Delavan, did possess a loaded firearm, to wit: a Tech-Nine 9mm weapon, with the intent to use said weapon unlawfully against Torrano Jackson, Aaron Jackson, Mario Jarmon, John Sullivan; in that the defendant did while  at Bailey & Delavan, did shoot Torrano Jackson causing his demise; and did shoot Mario Jarmon, Aaron Jackson and John Sullivan, seriously injuring said complainants.

mb

Page 1 of  2  Pages

NOTICE:  *False statements made herein are punishable as a class "A" misdeameanor pursuant to section 210.45 of the Penal Law of the State of New York.* •••••••• Forms P-60 & P-60A must be signed by the Complainant.•••••••

Date  August 10  19  91      *Mark Stambach* _____ Complainant
(signed)

Det M Stambach      DET      Homicide      4:15  A.M.
P.M.
(Police Officer)      (Rank)      (Command)      (Time)

Supporting Deposition attached: ____ Yes  XX  No  Number ____   Admissions made?  XX  Yes ____ No, If yes, include in narrative
or supporting deposition.

Assignment   ☐  2nd Platoon      Pre-trial Identification Made  XX  Yes ____ No

☐  3rd Platoon      How?  by Officer

COE001495

APPENDIX 1572

PREPARE IN DUPLICATE
PRINT·OR TYPE

~~INFORMATION~~ *COMPLAINT    (Continued)    *(Cross out one)

BUFFALO POLICE DEPARTMENT
THE CITY COURT OF BUFFALO,
COUNTY OF ERIE, STATE OF NEW YORK

Page __2__ of __2__ Pages

120.10-1    Assault in the 1st degree

In that the defendant did, with intent to cause serious physical injury to
Aaron Jackson, Mario Jarmon, John Sullivan; cause such injury, to wit:
John Sullivan was shot in the thigh, treated at Sister's Hospital; Mario Jarmon
shot in the hip and stomach, is in critical condition at ECMC in ICU;
Aaron Jackson shot through the buttocks into the stomach, is in critical condition
at ECMC in ICU; by means of a deadly weapon, to wit: a Tech-Nine 9mm weapon,
in that the defendant did shoot the above named complaintants while at
Bailey & Delavan.

mb

NOTICE: *False statements made herein are punishable as a class "A" misdeameanor pursuant to section 210.45 of the Penal Law
of the State of New York.* ●●●●●●●●Forms P - 60 & P - 60A must be signed by the Complainant ●●●●●●●

Date _____ August 10 _____ 19 91        Mark Stambach _____ Complainant
                                                (signed)

____Det M Stambach____    ____DET____    ____Homicide____    ____4:25____ P.M.
(Police Officer)          (Rank)         ( Command)          (Time)

COE001496

BPD Comp. 0083

**APPENDIX 1573**

### BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO Richard T. Donovan, Chief | SUBJECT | DATE 8-10 |
|---|---|---|
| Homicide Section | | |
| FROM James P. Lonergan, Det. | File 91-145 | |
| Homicide Section | Jackson Homicide | |

ATTN: Lt. James Rautenstrauch, Homicide Section

Sir;

At 1645hrs, today, I received a phone call from a B-M who wanted to remain anonymous. This B-M stated that the shooting last night at Bailey & Delevan was over a girl. he said that Valentino Dixon and one of the Jackson boys were dating the same girl and this is how the whole thing started. He said the girl'd name is Heather Smith and she attends City Honors School. He then

hung up.

Respectfully Submitted,

*James P Lonergan*

Det. James P. Lonergan

COE001494

**APPENDIX 1574**

P-127 (Rev.11/85)

POLICE DEPARTMENT, BUFFALO, N.Y.

### EVIDENCE CONTROL REPORT

CD 221504

Date 8/10/91

NOTE: For Fingerprint Examination, Use Form P-77-C
For Laboratory Analysis, Use Form DCPS-L-1

TT Pg.# _____

Hrs. _____

EVIDENCE DESCRIPTION: (A) silver break-front .32 cal.revolver make UNK,ser.#747,2"bl

blk.grips w/5 shot cylinder, 1 spent .32 round in cylinder under hammer (B) Twenty-

Seven (27) spent brass 9mm shell casings  and (C) one (1) copper jacketed bullet

| WHERE FOUND | (Specify: Ex. Kitchen; Car; Suspect's Person; etc.) in street | (Address   No.   St.   Apt.No) 1157 E.Delavan |
|---|---|---|
| Time 0133 HRS. | MO. Date DAY YEAR 8 / 10 / 91  Charge Homicide/Shooting | (Suspect's Mug No.) |

| (Suspect's | Last Name | First | M.I. | (Date of Birth) Mo. Day Year | (Address | No. | St. | Apt. No.) |
|---|---|---|---|---|---|---|---|---|
| (Suspect's | Last Name | First | M.I. | (Date of Birth) Mo. Day Year | (Address | No. | St. | Apt.No.) |
| (Victim's | Last Name Jackson, Torriano (Deceased) | First | M.I. | | (Address 19 Thatcher,bflo.NY | No. | St. | Apt.No.) |

| EVIDENCE SEIZED BY: Ra-Chelle Brown | (Name-Print or Type) | (Rank) PO | (Unit) #16 | (Signature) |
|---|---|---|---|---|

**CHAIN OF POSSESSION OF EVIDENCE**

| | OBTAINED FROM (Signature Required) | GIVEN TO (Signature Required) | TIME Hrs. | DATE MO. | DAY | YEAR |
|---|---|---|---|---|---|---|
| 1. | PORM13 | Henry M. Smardz | 0225 | 08 | 10 | 91 |
| 2. | Henry M. Smardz | M. Ny | 0930 | 8 | 12 | 91 |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |

REMARKS: items are evidence re:Fatal Shooting from E.Delavan & Bailey,8/10/91
Hom#91-145

Case No. ECU/LP#91-0853    Property 179477    COE001623  CH 6 MP

**APPENDIX 1575**

/85)                          POLICE DEPARTMENT, BUFFALO, N.Y.

## EVIDENCE CONTROL REPORT

CD___221504_____

Date___8/10/91_____

TT Pg.#_____

Hrs._____

NOTE: For Fingerprint Examination, Use Form P-77-C
For Laboratory Analysis, Use Form DCPS-L-1

EVIDENCE DESCRIPTION: (A) silver break-front .32 cal.revolver make UNK,ser.#747,2"i

blk.grips w/5 shot cylinder, 1 spent .32 round in cylinder under hammer (B) Twent

Seven (27) spent brass 9mm shell casings  and (C) one (1) copper jacketed bullet

| WHERE FOUND | (Specify: Ex. Kitchen; Car; Suspect's Person; etc.) in street | | (Address 1157 E.Delavan No.     St. | Apt.No) |
|---|---|---|---|---|
| Time 0133 HRS. | MO. 8 / DAY 10 / YEAR 91 | Charge Homicide/Shooting | | (Suspect's Mug No.) |

| (Suspect's Last Name First M.I.) | (Date of Birth) Mo.  Day  Year | (Address  No.  St. | Apt. No.) |
|---|---|---|---|
| (Suspect's Last Name First M.I.) | (Date of Birth) Mo.  Day  Year | (Address  No.  St. | Apt.No.) |
| (Victim's Last Name First M.I.) Jackson, Torriano (Deceased) | | (Address  No.  St.) 19 Thatcher,bflo.NY | Apt.No.) |

| EVIDENCE SEIZED BY: | (Name-Print or Type) Ra-Chelle Brown | (Rank) PO | (Unit) #16 | (Signature) |
|---|---|---|---|---|

## CHAIN OF POSSESSION OF EVIDENCE

| | OBTAINED FROM (Signature Required) | GIVEN TO (Signature Required) | TIME Hrs. | DATE MO. | .DAY | YEAR |
|---|---|---|---|---|---|---|
| 1. | PO BMB | Henry M. Smards | 0225 | 08 | 10 | 91 |
| 2. | Henry M. Smards | | 0930 | 8 | 12 | 91 |
| 3. | | | 1030 | 8 | 12 | 91 |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |

REMARKS: items are evidence re:Fatal Shooting from E.Delavan & Bailey,8/10/91
Hom#91-145

Case No.___ECU/LP#91-0853____    Property No. 17047          COE001649   CH 6 1

APPENDIX 1576

P-73   BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

TO   Timothy J. Scioli, Lt.,
     Special Services & Intelligence

FROM   A. Det. Charles Militello
       A. Det. William Donovan

SUBJECT   Bailey/E.Delavan Homicide
          Investigation

DATE   1021

SIR:

Officers met with Dets. Stambach/Masecchia regarding the shooting that occurred last night at Bailey/E.Delavan. Four men shot, one apparently fatally.

We were advised there was a pick up for Valentino Dixon, a/k/a "TINO". B-M, 5'10", slim build, for this shooting. Dets. did check 61 Rounds Ave. and spoke with the aunt, who told us his parents live downstairs. We left them our beeper number and told them to contact us if he returns.

We then went to the area of Bailey/E.Delavan after Pct. 16 Det. Szafranski did spot TINO's white ElDorado Caddy, in front of 113 E. Delavan Ave. Officers conducted a surveillance with an unmarked vehicle and a short time later a red Mazda, NY Reg. 5BR880, did pull up in front of this house. Officers recognized the driver as Valentino Dixon. He was apprehended and read his rights in front of 113 E. Delavan by above Intelligence officers. He was then transported to the Homicide Office at HQ to be debriefed by Homicide detectives.

Respectfully submitted,

A. Det. Charles Militello

A. Det. William Donovan

CM/les

RESPECTFULLY FORWARDED,

Timothy J. Scioli, Lt.

P-73   BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO | Richard T. Donovan, Chief Homicide Section | SUBJECT | DATE | 8/10/91 |
|---|---|---|---|---|
| FROM | Det. Mark R. Stambach | File 91-145 Torrano Jackson Homicide Dictated by Det. Mark R. Stambach | | |

ATTN:    James Rautenstrauch, Lieutenant

SIR:

Continuing the above investigation, your writer received a call from a female. She identified herself as Mrs. Jackson, mother of the deceased. She resides at 19 Thatcher, phone 836-2809.

She states that the boy that did this drives a white Caddy. He hangs out around Genesee/Moselle. He made his escape in a blue Blazer. After he did this, he partied at one of the area bars. She also states if he was to run away, he would go to the Niagara Falls area.

She states a young boy told her this. He would not identify himself to her. She was informed to get names of anyone who saw this, or anyone who was a witness to this incident and call us.

Your office will be kept apprised of further developments on subsequent P-73's.

Respectfully submitted,

Det. Mark R. Stambach

MS/les

COE001515

# BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO | Larry J. Baehre<br>Lieutenant Commanding<br>Identification Section | SUBJECT | DATE 8-10-91 |
|---|---|---|---|
| FROM | DET JOHN VICKERD<br>HOMICIDE | | Request for permanent Photo<br>Array for Identification<br>Purposes |

Sir:

The composition of a permanent photo array to be used for

suspect identification is requested. The suspect's name is

DIXON   VALENTINO                          . The photo that is needed
Last name, First name, Initial

has mug number   172430   and and was taken on 6·25·91

_____. Below are listed suitable stand-ins.

| | Mug Number | Arrest Date |
|---|---|---|
| 1. | 172822 | 6-12-89 |
| 2. | 165103 | 8-7-91 |
| 3. | 178640 | 10·4·90 |
| 4. | 165849 | 8-7-91 |
| 5. | 178895 | 8-5-91 |
| 6. | 147985 | 11-2-87 |
| 7. | 178659 | 6·13·90 |
| 8. | 178595 | 8-7-90 |
| 9. | 185651 | 6-24-91 |
| 10. | | |

5 copies

Respectfully submitted,

*[signature]*

Date Completed 8-10 91 108
Received By: _____

_____
Pct./Unit/Squad

COE001499

P-73  **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | SUBJECT | DATE 8-10-91 |
|---|---|---|
| FROM | FILE 91-145 | |

---

**WARNING-SUSPECTS'S RIGHTS**

1. You have the right to remain silent.
2. Anything you say can and will be used against you in a court of law.
3. You have the right to talk to a lawyer and have him present with you while you are being questioned.
4. If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning, if you wish one.

*V. D.*

---

DO NOT REMOVE



MRS

COB 000152

**APPENDIX 1580**



COE001424

BPD Comp. 0091

APPENDIX 1581

William M. Shephard
......lo Police De~~rtment
Photographic Unit

**Date:**    A'"6 ' 0 1991

**Case No:**

# ...

COE001425

BPD Comp~o092



COE001426

BPD Comp. 0093



COE001427

BPD Comp. 094

Photographic Unit

Date:        10 1991

C

#1 8 9 1 7 2



COE001428

BPD Comp. 0095

William J. Shephard
Buffalo Police Department
Photographic Unit

Case No:

Date:    AUG 10 1991

COE001429

BPD Comp-0096

**APPENDIX 1586**



COE001430

BPD Comp. 0097

COE001431

BPD Comp-u98

Case No:

Date:    0 1991

**APPENDIX 1588**



COE001432

BPD Comp. 0099

APPENDIX 1589

COE001433

BPD Comp~u100

William M. Sherman
Buffalo Police Department
Photographic Unit

Case No:          Date:

AUG 10 1991

**APPENDIX 1590**



COE001444

BPD Comp. 0101

COE001445

BPD Comp-~02

Photographic Unit

Case No:        Date:



COE001446

BPD Comp. 0103

COE001447

BPD Comp-04

Date:

APPENDIX 1594



COE001448

BPD Comp. 0105

COE001449

BPD Comp. ~106

William M. Shepherd
Buffalo Police Department
Photographic Unit
Case No:          Date:          JUN 10 1991

**APPENDIX 1596**



COE001450

BPD Comp. 0107

COE001451

William M. Shephard
Buffal: Police Department
Fuctographic Unit

Case No:

Date:    AUG 10 1991

# 10012

BPD Comp~v/08



COE001452

BPD Comp. 0109

**APPENDIX 1599**

COE001453

BPD Comp-v110

William M. Shephard
Baltimore Police Department
Fingerprint Unit

Case No:

Date:    AUG 10 1991

**APPENDIX 1600**



COE001454

BPD Comp. 0111