UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

VALENTINO DIXON,

                          Plaintiff,

v.                                               Case No. 19-cv-01678

CITY OF BUFFALO, et al.,

                          Defendants.

---

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Nature of Action: | Civil Rights |
| Moving Party: | Defendant, City of Buffalo; Richard Donovan; Mark Stambach; Raniero Masecchia; James Lonergan; John Vickerd; and John Does/Unknown Supervisors |
| Directed To: | Plaintiff, Valentino Dixon. |
| Date and Time: | At a date and time to be set by the Court. |
| Place: | The Chambers of the Honorable William J. Skretny, United States District Judge for the Western District of New York, 2 Niagara Square Buffalo, New York 14202 |
| Supporting Papers: | Declaration of Peter A. Sahasrabudhe in Support of Summary Judgment dated December 15, 2023, with Exhibits 1-52; Statement of Undisputed Facts, dated December 15, 2023; and Memorandum of Law in Support of Summary Judgment, dated September 15, 2023. |
| Answering Papers: | The City Defendants have consented to a deadline of March 15, 2024 for Plaintiff to file papers in opposition to this motion but will abide by any briefing schedule set by the Court. The City Defendants intend to file and serve reply papers after Plaintiff files his opposition. |
| Relief Requested: | An order of summary judgment dismissing each of the claims asserted against the City-related defendants with prejudice, |

- 2 -

and such further and additional relief as this Court deems proper.

Grounds for Relief:     Fed. R. Civ. P. 56

Oral Argument:     Requested

Dated:   Buffalo, New York
         December 15, 2023

          **HODGSON RUSS** LLP
          *Attorneys for City of Buffalo*
          *and other City Defendants*

          By: s/ Peter A. Sahasrabudhe
             Peter A. Sahasrabudhe
          The Guaranty Building
          140 Pearl Street – Suite 100
          Buffalo, New York  14202
          Telephone:  (716) 856-4000