UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

VALENTINO DIXON,

                                        Plaintiff,

v.                                                                     Case No. 19-cv-01678

CITY OF BUFFALO, et al.,

                                        Defendants.

_____

### DECLARATION OF PETER SAHASRABUDHE IN SUPPORT OF CITY DEFENDANTS' MOTON FOR SUAMMARY JUDGMENT

      **PETER SAHASRABUDHE**, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following to be true and correct:

      1.      I am an attorney associated with Hodgson Russ LLP, attorneys for the defendants the City of Buffalo (hereinafter "the City"), Mark Stambach, Raniero Masecchia, James Lonergan, John Vickerd, Richard Donovan, and various John Does identified as Unknown Buffalo Police Department Supervisors (collectively referred to hereinafter as "the City Defendants"). I am licensed in New York and am duly admitted to practice before the Courts of the Western District of New York.

      2.      As an attorney of record, I am fully familiar with the proceedings in this matter and submit this declaration in support of the City Defendants' motion for summary judgment.

      3.      The purpose of this declaration is to place before the Court evidentiary materials relevant for the Court's consideration of the City Defendants' summary judgment motion.

**Pleadings**

4.      Attached as **Exhibit 1** is the complaint filed by plaintiff, Valentino Dixon, dated December 16, 2019.

5.      Attached as **Exhibit 2** is the City Defendants' answer to the complaint, dated January 31, 2020.

**Relevant Deposition Testimony**

6.      Attached as **Exhibit 3** is a transcript of the deposition testimony given by Lamar Scott on March 14, 2022.

7.      Attached as **Exhibit 4** is a transcript of the deposition testimony given by Detective Raniero Masecchia on March 15, 2022.

8.      Attached as **Exhibit 5** is a transcript of the deposition testimony given by Detective John Vickerd on March 24, 2022.

9.      Attached as **Exhibit 6** is a transcript of the deposition testimony given by plaintiff, Valentino Dixon on June 7, 2022.

10.      Attached as **Exhibit 7** is a transcript of the deposition testimony given by Detective Mark Stambach on June 8, 2022.

11.      Attached as **Exhibit 8** is a transcript of the deposition testimony given by Detective James Lonergan on June 9, 2022.

12.      Attached as **Exhibit 9** is a transcript of the deposition testimony given by Richard Donovan on September 15, 2022.

13.     Attached as **Exhibit 10** is a transcript of the deposition testimony given by Tamara Frida on October 19, 2022.

14.     Attached as **Exhibit 11** is a transcript of the deposition testimony given by Aaron Jackson on January 12, 2023.

15.     Attached as **Exhibit 12** is a transcript of the deposition testimony given by Emil Adams on January 17, 2023.

16.     Attached as **Exhibit 13** is a transcript of the deposition testimony given by Christopher Belling on April 11, 2023.

17.     Attached as **Exhibit 14** is a transcript of the deposition testimony given by Robert Bryant on May 2, 2023.

## Other Testimonial Evidence

18.     Attached as **Exhibit 15** is a transcript of Aaron Jackson's grand jury testimony given on November 6, 1991.

19.     Attached as **Exhibit 16** is a transcript of John Sullivan's grand jury testimony given on November 6, 1991.

20.     Attached as **Exhibit 17** is a transcript of Mario Jarmon's grand jury testimony  given on January 13, 1992.

21.     Attached as **Exhibit 18** is a transcript of Leonard Brown's grand Jury testimony given on January 13, 1992.

22.     Attached as **Exhibit 19** is a transcript of Lamar Scott's grand jury testimony given on January 13, 1992.

23.     Attached as **Exhibit 20** is a transcript of Emil Adams's grand jury testimony given on January 13, 1992.

24.     Attached as **Exhibit 21** is a transcript of John Sullivan's trial testimony given on June 10, 1992.

25.     Attached as **Exhibit 22** is a transcript of trial testimony given by Emil Adams on June 10, 1992 and June 11, 1992.

26.     Attached as **Exhibit 23** is a transcript of trial testimony given by Aaron Jackson on June 11, 1992.

27.     Attached as **Exhibit 24** is a copy of a jury verdict read in the case of *People v. Dixon*, Indictment No. 91-1476-001.  The verdict was rendered on June 16, 1992.

**Relevant Documentary Evidence Created by Police**

28.     Attached as **Exhibit 25** is a P-73 report created by Detective John Vickerd on August 10, 1991, detailing an interview he had with John Sullivan at Sister's Hospital.

29.     Attached as **Exhibit 26** is a sworn statement given by John Sullivan to Detective Raniero Masecchia on August 10, 1991.

30.     Attached as **Exhibit 27** is a true and correct copy of a photo array prepared by Raniero Masecchia and later shown to John Sullivan on August 10, 1991.

31.     Attached as **Exhibit 28** is a sworn statement given by Emil Adams to Detective Mark Stambach on August 10, 1991.

32.     Attached as **Exhibit 29** is a P-73 report created by Detective John Vickerd on August 10, 1991, wherein Detective Vickerd describes showing a photo array to Emil Adams on August 10, 1991.

33.     Attached as **Exhibit 30** is a true and correct copy of a photo array created by Detective John Vickerd and shown to Emil Adams on August 10, 1991.

34.     Attached as **Exhibit 31** is a true and correct copy of an affidavit signed by Emil Adams stating that he identified Valentino Dixon's photograph out of the photo array created by Detective Vickerd on August 10, 1991.

35.     Attached as **Exhibit 32** is a P-73 report created by Detective Mark Stambach on August 10, 1991.

36.     Attached as **Exhibit 33** is a P-73 report detailing Valentino Dixon's arrest on August 10, 1991.

37.     Attached as **Exhibit 34** is a sworn, *Mirandized* statement given by Valentino Dixon to Detective Stambach on August 10, 1991.

38.     Attached as **Exhibit 35** is a sworn confession given by Lamar Scott to Detective Stambach on August 12, 1991.

39.     Attached as **Exhibit 36** is a sworn statement given by Leonard Brown to Detective Raniero Masecchia on August 12, 1991.

5

40.     Attached as **Exhibit 37** is a P-73 report authored by Detective Mark Stambach detailing a conversation he had with Assistant District Attorney Christopher Belling on August 12, 1991.

41.     Attached as **Exhibit 38** is a P-73 report authored by Detective Raniero Masecchia detailing an interaction he had with Lamar Scott on August 14, 1991.

42.     Attached as **Exhibit 39** is a P-73 report authored by Detective Mark Stambach on August 12, 1991, which details an interview he conducted with Aaron Jackson.

43.     Attached as **Exhibit 40** is a photo array created by Detective Mark Stambach and shown to Aaron Jackson on August 12, 1991.

44.     Attached as **Exhibit 41** is an affidavit signed by Aaron Jackson setting forth that he tentatively picked out Valentino Dixon's photo from the photo array created by Detective Stambach.

45.     Attached as **Exhibit 42** is a P-73 report authored by Detective Stambach which details his interview with Mario Jarmon on August 11, 1991.

46.     Attached as **Exhibit 43** is a P-73 report detailing a conversation between Tamara Frida and Detective Stambach on August 14, 1991.

47.     Attached as **Exhibit 44** is a P-73 report authored by Detective James Lonergan on August 10, 1991.

48.     Attached as **Exhibit 45** is a P-73 authored by Detective James Lonergan on August 10, 1991 detailing an anonymous call.

6

**Other Relevant Documentary Evidence**

49.     Attached as **Exhibit 46** is a grand jury indictment issued against Valentino Dixon in January of 1992.

50.     Attached as **Exhibit 47** is an sworn affidavit submitted by Assistant District Attorney David Heraty on September 17, 2018.  The affidavit was submitted in connection with related criminal proceedings pending against Valentino Dixon.

51.     Attached as **Exhibit 48** is a judicial decision rendered by Judge Suan Eagan on November 1, 2023.  The decision ordered a new trial on the criminal possession of a weapon charge issued against Valentino Dixon.

52.     Attached as **Exhibit 49** is a notice of appeal related to Judge Eagan's decision which was filed by the Erie County District Attorney's Office on November 17, 2023.

53.     Attached as **Exhibit 50** is a true and correct copy of a Report and Recommendation issued by Magistrate Judge Leslie Foschio in the case of *Epps v. City of Buffalo et al.*, Case No. 1:19-cv-281 (W.D.N.Y. 2019).  This is a recent decision from this District which deals with issues similar to those presented in this litigation.

54.     Attached as **Exhibit 51** is an excerpt of a reinvestigation memo drafted by Assistant Erie County District Attorneys during their re-investigation of the 1991 murder of Torriano Jackson.  These specific excerpts describe interviews with John Sullivan in the summer of 2018.  Given the confidential and sensitive nature of this document, the City Defendants will be making a separate application to file it under seal after the filing of this motion.

55.    Attached as **Exhibit 52** is an excerpt of grand jury minutes from January 13, 1992 wherein ADA Christopher Belling requested that a grand jury consider whether Leonard Brown and Mario Jarmon could be indicted for perjury.

## Conclusion

56.    Based on the evidence submitted here, and based on the arguments presented in the accompanying Memorandum of Law, the City Defendants respectfully request that the Court grant their motion for summary judgment in its entirety, and the Court grant such further and additional relief as it may deem just and proper.

Dated:  December 15, 2023

/s Peter A. Sahasrabudhe
                 Peter Sahasrabudhe