```
 1                      LaMarr Scott
 2        A.    Right.
 3        Q.    -- is that when you -- when you brought
 4   that weapon and you shot Torri Jackson, it was
 5   because you were concerned that Torri Jackson was
 6   going to kill Mario; is that fair to say?
 7        (Objections to the form.)
 8        THE WITNESS:  Well, I can't say it's fair to
 9   say he was going to kill Mario.  We were all
10   together.  I didn't know Mario.  I wasn't concerned
11   about Mario.  It's just that we were all there and
12   that was the situation.
13        BY MR. BRUSTIN:
14        Q.    Okay.
15        A.    I can't say one person specifically,
16   but what I will say is that if Valentino wouldn't
17   have brought me there that day, we wouldn't be here
18   now.
19        Q.    That's fair.
20        A.    You know.
21        Q.    But the only reason that you brought
22   the gun out when you did --
23        A.    Right.
24        Q.    -- is because you were concerned that
25   Mario or somebody else was going to be killed by
```



LAMARR SCOTT
DIXON V. CITY OF BUFFALO

March 14, 2022
85

```
 1                     LaMarr Scott
 2   Torri Jackson, correct?
 3           (Objections to the form.)
 4         THE WITNESS:  Well, again, I can just say
 5   that -- I can't say it was a concern, concern.  I
 6   just know that, you know, we had to stop the
 7   situation and that was the only way that I knew to
 8   stop it at that time with -- with the gun, which he
 9   provided.
10         BY MR. BRUSTIN:
11         Q.   Okay.
12         A.   So that's the only way I knew to stop
13   it, you know.
14         Q.   You didn't -- you didn't bring the gun
15   out from beneath the bench --
16         A.   Right.
17         Q.   -- until after you saw Torri Jackson
18   brandishing a weapon, correct?
19           (Objections to the form.)
20         THE WITNESS:  After they -- it was after the
21   fighting, the shooting, and Tino said, "they're
22   killing my brother."  That's when that was brought
23   up.
24         BY MR. BRUSTIN:
25         Q.   Okay.  But you hadn't talked -- you
```



```
 1                      LaMarr Scott
 2   hadn't talked to Valentino for more than 45 minutes
 3   before that, correct?
 4          (Objections to the form.)
 5          THE WITNESS:  We were on the corner talking.
 6   We were drinking beer.  We were having conversation
 7   the whole time.  We were laughing and joking.
 8          MR. BRUSTIN:  All right.  Just give me a
 9   one-minute break.  I think we're about done.
10          THE VIDEOGRAPHER:  Going off the record.
11   Time is 11:38.
12          (A recess was then taken at 11:38 a.m.)
13          THE VIDEOGRAPHER:  Going back on the record.
14   Time is 11:39.
15          MR. BRUSTIN:  Okay.  Thank you, Mr. Scott.
16   That's all I have right now.
17          THE WITNESS:  All right.  You guys have a
18   good day.
19          MR. SOEHNLEIN:  Thank you, Mr. Scott.
20          MS. PERSICO:  Thank you.
21          MR. SAHASRABUDHE:  Thanks for your time.
22          THE VIDEOGRAPHER:  Okay.  This concludes
23   today's deposition.  Time is 11:39.  Thank you very
24   much.
25          (Deposition concluded at 11:39 a.m.)
```



LAMARR SCOTT
DIXON V. CITY OF BUFFALO

March 14, 2022
87

1

2  STATE OF NEW YORK )

3                              ss:

4  COUNTY OF ERIE      )

5

6      I DO HEREBY CERTIFY as a Notary Public in and

7  for the State of New York, that I did attend and

8  report the foregoing deposition, which was taken

9  down by me in a verbatim manner by means of machine

10 shorthand.  Further, that the deposition was then

11 reduced to writing in my presence and under my

12 direction.  That the deposition was taken to be

13 used in the foregoing entitled action.  That the

14 said deponent, before examination, was duly sworn

15 to testify to the truth, the whole truth and

16 nothing but the truth, relative to said action.

17

18

19

20      ----------------

21      DANIELLE FETZER,
        Notary Public.

22

23

24

25



LAMARR SCOTT
DIXON V. CITY OF BUFFALO

March 14, 2022
88

```
 1

 2                        INDEX TO EXHIBITS

 3    Exhibit                   Description                Page

 4     PLF.'S EXH. 1     plea from 2018                    12

 5     PLF.'S EXH. 2     black binder of police            32
                         file
 6
       PLF.'S EXH. 3     transcript of video               44
 7
       COUNTY EXH. 1     Mr. Scott's grand jury            67
 8                       testimony from
                         January 13th, 1992
 9
       COUNTY EXH. 2     letter dated January 9th,         70
10                       1992

11

12

13    *Copies of exhibits supplied to all counsel.

14

15

16

17

18

19

20

21

22

23

24

25
```



LAMARR SCOTT
DIXON V. CITY OF BUFFALO

March 14, 2022
89

1

2                         INDEX TO WITNESSES

3   Witness                 Examination                 Page

4     LaMARR SCOTT          BY MR. BRUSTIN                 5

5                           BY MR. SOEHNLEIN              62

6                           BY MR. RUSS                   76

7                           BY MR. BRUSTIN                80

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Reference No.: 7935397


Case:  DIXON V. CITY OF BUFFALO

     DECLARATION UNDER PENALTY OF PERJURY

     I declare under penalty of perjury that
I have read the entire transcript of my Depo-
sition taken in the captioned matter or the
same has been read to me, and the same is
true and accurate, save and except for
changes and/or corrections, if any, as indi-
cated by me on the DEPOSITION ERRATA SHEET
hereof, with the understanding that I offer
these changes as if still under oath.


     _____

     LaMarr Scott


          NOTARIZATION OF CHANGES

              (If Required)


Subscribed and sworn to on the _____ day of

_____, 20_____ before me,

(Notary Sign)_____

(Print Name)                    Notary Public,

in and for the State of _____



LAMARR SCOTT
DIXON V. CITY OF BUFFALO

March 14, 2022
91

```
 1    Reference No.: 7935397
      Case:  DIXON V. CITY OF BUFFALO
 2

 3    Page No._____Line No._____Change to:_____

 4    _____

 5    Reason for change:_____

 6    Page No._____Line No._____Change to:_____

 7    _____

 8    Reason for change:_____

 9    Page No._____Line No._____Change to:_____

10    _____

11    Reason for change:_____

12    Page No._____Line No._____Change to:_____

13    _____

14    Reason for change:_____

15    Page No._____Line No._____Change to:_____

16    _____

17    Reason for change:_____

18    Page No._____Line No._____Change to:_____

19    _____

20    Reason for change:_____

21    Page No._____Line No._____Change to:_____

22    _____

23    Reason for change:_____

24
      SIGNATURE:_____DATE:_____
25    LaMarr Scott
```



LAMARR SCOTT
DIXON V. CITY OF BUFFALO

```
 1   Reference No.: 7935397
     Case:  DIXON V. CITY OF BUFFALO
 2

 3   Page No._____Line No._____Change to:_____

 4   _____

 5   Reason for change:_____

 6   Page No._____Line No._____Change to:_____

 7   _____

 8   Reason for change:_____

 9   Page No._____Line No._____Change to:_____

10   _____

11   Reason for change:_____

12   Page No._____Line No._____Change to:_____

13   _____

14   Reason for change:_____

15   Page No._____Line No._____Change to:_____

16   _____

17   Reason for change:_____

18   Page No._____Line No._____Change to:_____

19   _____

20   Reason for change:_____

21   Page No._____Line No._____Change to:_____

22   _____

23   Reason for change:_____

24
     SIGNATURE:_____DATE:_____
25   LaMarr Scott
```



LAMARR SCOTT
DIXON V. CITY OF BUFFALO

March 14, 2022
Index: 1..account

**1**

**1**
  12:5,18,
  22 23:24
  24:2,4
  32:15
  66:18,20
  67:2,3,7

**10**
  24:7,9

**10:02**
  4:18

**10:32**
  34:21,22

**10:36**
  34:24

**10:47**
  45:14,15

**10:51**
  45:17

**10th**
  14:7
  24:11

**11:07**
  60:5,6

**11:13**
  60:8

**11:38**
  86:11,12

**11:39**
  86:14,23,
  25

**11th**
  29:19
  48:2

**12**
  23:22
  24:6

**12th**
  35:5

**13**
  46:14
  47:6,18

**13th**
  67:8,16
  71:11

**14**
  53:16
  57:24
  58:4

**14211**
  5:20

**14th**
  4:17

**15**
  58:5

**150**
  11:7

**160**
  5:19 11:7

**17**
  24:7,10

**185**
  10:16

**190**
  10:16

**196**
  33:7 34:9
  35:3

**198**
  33:7

**1991**
  10:15
  11:11
  14:7
  24:11
  35:5,16
  46:23

**48:2 81:7**

**1992**
  67:9,16
  70:18,25
  71:10,11

**1:15**
  18:6

**2**

**2**
  10:21
  32:8,13,
  22,24
  60:15,19,
  21 70:13,
  17

**20**
  22:10

**2000**
  10:15

**2018**
  12:18,24
  19:17,19
  21:9 22:6
  36:22
  42:13
  48:7,10
  56:9

**2022**
  4:17

**205**
  10:21

**21**
  59:25

**210**
  10:20

**22**
  42:23

**25**
  53:3

**267**
  60:15,17

**3**

**3**
  44:14,18
  45:21

**30**
  34:4

**303**
  32:15

**4**

**4**
  30:2

**45**
  16:13
  82:5,8
  86:2

**49**
  8:8

**5**

**58**
  72:9

**59**
  71:19
  72:6

**6**

**6',1"**
  10:16

**7**

**70**

**4:16**

**77**
  13:18

**8**

**8/15**
  42:22

**8/15/18**
  42:23
  43:6

**9**

**9/19/72**
  10:5

**9th**
  70:17,25
  71:10

**A**

**a.m.**
  18:6
  34:22
  45:15
  60:6
  86:12,25

**AA**
  66:23

**Aaron**
  18:10
  27:22
  28:9

**abused**
  30:22

**access**
  45:6

**account**
  14:5



accurate
  14:5
  24:10
  49:2
  61:18,19
  62:7

accurately
  47:24
  48:5,6

accusations
  27:9
  37:18

acknowledge
  83:21

acknowledge
d
  19:12

acting
  81:11

action
  6:3

actions
  21:15
  37:17

actual
  14:13

adapted
  64:12

addition
  38:20

additional
  21:8,11
  23:3

address
  44:25

addressed
  70:25

adopted
  64:5,6
  69:10

adult
  20:17

affect
  22:6

affects
  22:9

afterward
  43:24

agree
  71:4,9
  72:12,16,
  20

agreement
  17:8 27:7
  46:4
  52:25
  57:5,7
  65:21

ahead
  44:8

Alfred
  9:19

allege
  6:5

allegedly
  35:4

alleging
  38:2

alleviate
  14:16

altercation
  28:13,17

amount
  78:16

and/or
  59:19

answering
  6:11,12,
  23

answers
  6:25
  54:13

anticipate
  33:15

Antoine
  28:14
  74:10
  79:16

apologize
  19:3
  38:17,18
  70:22

appeared
  74:7

approximate
ly
  18:6

arrived
  79:13

ashamed
  64:5

aspect
  21:17,19,
  22 31:14
  53:4
  64:23

aspects
  20:17

assigned
  65:15
  71:5

Assistant
  5:7,9

assume
  7:13

Attica
  62:9

attorney
  5:6,8,10

39:19
  65:15
  68:19

attorney's
  36:21

attorneys
  6:5 65:19

August
  14:7
  24:11
  35:5
  46:23
  48:2

authority
  30:22,23,
  25

automatic
  17:6,11
  18:7

Avenue
  5:19

aware
  22:20

B

B-U-D-H-E
  45:2

back
  11:4,11
  12:14
  13:18
  17:3 29:8
  32:19
  34:23
  35:16
  45:16
  46:19
  53:18
  55:3 56:3
  57:11
  60:7,20

71:17
  77:6
  86:13

background
  8:4,25

bad
  64:18
  65:5,7,9

bag
  24:25
  25:3,4,7,
  10,14
  77:14

Bailey
  74:24
  78:6

ball
  9:15

baseball
  28:25

based
  25:21
  83:22

basic
  14:25

basically
  14:16
  51:17
  59:22
  64:14
  83:9

basics
  27:17

basis
  30:22

basketball
  9:16

Bates
  32:15
  33:3
  34:9,10



beef
14:14

beer
86:6

beers
18:4

began
20:9
81:24

begin
4:9 46:14

beginning
20:10
33:8 35:3
81:6,23

behalf
5:13

being's
20:19
21:6

Belling
5:8,10

bench
25:13
85:15

beneath
85:15

Benwood
8:13

Bestine
65:20

big
10:12,25
16:23
67:4

bigger
10:17
11:22

binder
32:24

42:22

birth
10:5

bit
27:18

black
32:24

blonde
66:4

blood
39:8,10,
13 40:17
55:24

blur
17:25
64:3,17
76:13

born
8:18

bottom
33:4
34:10
47:6,9,
15,16,17
55:24
57:25
72:8

BPD
33:5
34:10

brandishing
85:18

break
7:17,19
60:3 86:9

briefly
6:21 14:9
69:5

bring
56:3
68:11

85:14

Brinkman
5:19

brother
81:18,20,
21 85:22

brothers
14:15

brought
15:5,18
24:14,24
25:8,20
84:3,17,
21 85:22

Brown
39:20
57:25
73:7

Brustin
4:3,6
5:3,4,23,
25 7:22
10:24
11:14,17
12:7,9,
12,19
13:8,13,
21 14:2
15:19
18:24
20:2
21:23
22:14,24
23:21
24:2,4,5
25:5,17,
24 26:20
28:4,11
31:9,25
32:7,11,
16,18,25
33:11,13,
17,22,24
34:9,19,

25 35:21,
24 36:18,
25 38:10
40:7,13
41:5,11
42:5,19,
21 43:2,
5,9,14,
17,20,24
44:3,7,
13,16,21
45:12,18
46:3 47:4
48:8,15,
24 50:15
51:2,5,9,
11,14,16,
25 52:8,
10,12,15,
17,18
53:8
54:4,22
56:10,21
57:22
59:3,9,20
60:2,9,
21,22
62:2,10,
17,20
63:13,17
64:21
66:14,17,
21,24
71:20,25
72:5,23
74:20
75:20
77:9
78:10
80:2,6,18
81:5,12
82:10,17,
19 84:13
85:10,24
86:8,15

Buffalo
4:14,17
5:13,19
6:3 8:5,
13,18,23

build
53:12

burden
23:20

bus
16:6
25:9,10,
11

business
77:19,21
80:12,17,
21 81:4

button
17:3

_____

C

call
78:21
81:11

called
5:20
19:11
30:2

calm
57:13,14

cameras
29:18

cap
28:25
29:3

car
16:17
47:10,11
78:3
79:3,10,



11, 21, 22

caring
73:20

carry
33:18

case
4:11 6:9
27:2 38:3
53:13
64:2
67:17
81:16

catch
33:10

caused
59:11

Center
8:12

chance
33:21
44:6
61:15
67:19

change
66:5

Channel
30:2

characteriz
ation
38:7

characteriz
e
69:6

characteriz
es
72:20

child
30:15

children
20:19

choice
44:8

choose
23:4

Christopher
5:10

church
69:14,17

City
4:13
5:13,16
6:3 67:3

City-
related
5:13

civil
6:3,6

clear
31:20
40:9,14
67:14

Cleveland
74:11

click
17:2

clothes
40:16

clothing
25:4 39:5

clue
17:12

coat
55:20,21

coercion
37:22

cognizant
12:3

college
9:18

colors
29:6

commenced
14:19

commencing
4:18

committed
6:6 36:12

communicate
75:22

Community
8:12

compilation
32:13

concern
82:19
85:5

concerned
31:10,14
75:8 83:6
84:5,10,
24

concerns
12:2
30:19

concluded
86:25

concludes
86:22

conducted
45:23

confess
29:21
31:5
58:11
61:21

confessed
31:12
41:20

confessing

29:18

confirm
56:22,24

connection
12:23
19:21
65:14
71:6

conniving
20:16

consistent
30:22

consistentl
y
81:6

continue
19:22
23:15
53:6
56:16,18

conversatio
n
70:5 74:3
75:13
77:15
82:3
83:15
86:6

conversatio
ns
75:15

conviction
22:5

cool
57:14

copies
12:9 32:6
33:12,13

copy
4:4 12:8,
25 32:18,

20, 21
43:2
70:14

corner
79:12
86:5

correct
6:14
15:4,8
18:8
19:14,23
21:2
22:19
24:20,25
26:12,15
36:22
37:9,15
39:2
40:10,17
41:15,21
42:15
46:9,11
49:18
50:6 54:9
59:6
62:15
63:12
71:11
73:5,13
76:3
80:8,24
81:8,14
82:6,12
83:6
85:2,18
86:3

counsel
4:24,25

county
4:14 5:8,
11 6:4
65:23
66:20
67:2,7
70:13,17



couple
  35:6
  48:20
  60:10
  61:4
  67:13
  73:3
  79:20,23
  80:2

couple-
minute
  60:2

court
  4:12,20
  6:24 7:24
  55:3,6

create
  43:18

crime
  19:17
  20:10,11
  21:18
  22:13
  23:10,11
  29:18,21
  36:12

crystal
  31:20

Custodian
  8:12

D

DA
  42:11

dad
  69:14
  74:14

Danielle
  4:22

DAS
  46:20,22

date
  10:4 13:6

dated
  70:17,25

David
  43:6
  45:24

day
  20:10
  24:13
  28:14,17
  64:7 65:8
  84:17
  86:18

days
  58:12
  71:10

deal
  4:7

dealer
  20:16

dealing
  58:25

decide
  29:24
  30:11

decision
  25:21
  29:25
  81:7,10,
  11

Dee
  43:6
  45:23
  53:23
  58:5

defendant
  6:4

Defendant's
  66:19

defendants

4:25
5:14,17

defensive
  10:3,8,10

degree
  27:4

Delevan
  15:23
  78:6

Dennis
  79:16

deposition
  6:17
  24:18
  86:23,25

Depositions
  4:21

describe
  14:10
  16:19
  17:18
  47:8,25
  50:3
  58:9,12
  69:8

describes
  48:5

describing
  46:20,21

description
  17:21
  24:10
  61:19

destroyed
  14:24

details
  14:17

detective
  35:10,14
  37:8,10
  41:7

58:10
59:5,11

detectives
  37:3
  39:20
  42:13

direct
  80:8

directed
  20:25

directing
  51:13

directions
  76:11

disagree
  38:6

disclose
  37:23

discussed
  6:8

discussing
  76:6

disrespectf
ul
  49:8,9

district
  4:12 5:8,
  10 6:5
  36:21
  39:19

Dixon
  4:13 5:4,
  6 6:7
  11:4,12
  13:20
  14:15
  15:4
  16:12,24
  19:13
  20:15,24
  25:20

31:16
37:24
38:19
41:15,21
52:25
67:17
77:7 78:8
79:2,13
80:7,23
81:17
82:4,11

Dixon's
  6:2 64:2
  74:6,14

document
  12:15
  43:18
  60:24
  67:20
  70:11,20

documented
  9:10

documents
  68:22

Dodge
  14:18

door
  65:8

downloading
  33:14

drinking
  86:6

drive
  78:2,4

dropping
  69:13

drove
  15:21
  78:3
  79:22

drug



20:16

**drugs**
78:16

**dude**
73:20

**duly**
5:20

**dumped**
79:22

**dying**
14:22

---

**E**

**e-mail**
43:3
44:8,25
45:6

**earlier**
16:11,13
24:13,24
28:14,17
63:9,21

**easier**
66:22

**East**
8:23

**education**
9:5

**educational**
8:25

**employed**
8:9

**end**
10:3,8,10

**ended**
14:21
15:7
41:14

**engaged**
38:2

**enhance**
54:24

**Eric**
5:7

**Erie**
4:14 5:8,
11

**Esquire**
4:21 68:5

**et al**
4:14

**evening**
26:22

**evidence**
50:14

**EXAMINATION**
5:22
62:22
76:24
80:5

**EXH**
12:18
32:24
44:18
67:7
70:17

**exhibit**
12:5,22
23:24
24:2
32:4,8,
13,14
44:10
45:21
60:14,19
71:17,19

**exhibits**
66:12,16

**explain**

20:7
37:20

**explained**
17:8

**extent**
69:4

**extra**
32:6

**extremely**
56:17

---

**F**

**face**
23:2

**fact**
14:3
31:12
36:12
38:21
39:7
49:14,17
50:3 51:3
54:15
55:18
56:3,7
61:4
73:16

**facts**
76:15

**failing**
37:22

**fair**
7:14,15
11:2,5,18
25:22
26:3,4,7
29:7,11
31:6
82:21,23,
24,25
84:6,8,19

**family**
14:17
74:6,13,
17

**fan**
67:4

**fast**
70:8 77:4

**father**
13:20
42:15
50:5,9
73:17
74:25
75:9

**fear**
30:23
31:2

**feel**
23:16
27:14
59:11
64:18
65:5,7,9

**feeling**
64:13

**felony**
65:21

**felt**
20:5 59:5
64:5,19

**Fetzer**
4:22

**fight**
14:19
82:20

**fighting**
85:21

**figure**
30:25

**figures**

30:22,23

**file**
32:14,24
60:15

**find**
17:5,7

**fine**
9:2 15:15
52:3

**fire**
17:2,3,14
19:14

**fired**
14:20
17:16

**firing**
17:11

**firm**
4:21,23
45:8

**floor**
16:17
77:14

**follow-up**
62:24

**football**
9:16,24
74:11

**force**
30:4

**forced**
30:6
42:15

**forgot**
32:12

**form**
11:13,16
15:11,12
18:23
19:24



21:10
22:8,23
23:5
25:2,16,
23 26:13
27:24
28:8
31:8,24
35:17
36:14,23
39:23
40:12,24
41:9,23
42:17
46:24
48:4,12
50:7,22
52:22
53:24
54:17
56:6,13
58:21
59:7,14,
16 61:23
62:5
63:13,17
72:23
74:20
75:20
77:9
78:10
80:10,25
81:9
82:7,13,
22 83:7
84:7
85:3,19
86:4

**forward**
31:22

**foster**
8:22

**free**
52:25

**friend**
13:17

**front**
32:17
67:21
70:20

**fully**
17:6

———————————

**G**

———————————

**gave**
12:23
13:6
14:3,6
20:20,25
21:4,12
77:7 79:6

**gazed**
61:16

**GED**
9:3

**Gerardo**
5:5 44:22

**give**
8:24
12:13
14:12
17:21
32:20,21
33:9,12,
20 39:4,
12 40:16
42:21
55:25
77:11
80:16,20
86:8

**giving**
43:17
55:21

**glance**

67:12

**Gmail**
45:2

**God**
21:14

**good**
5:24
13:16
86:18

**Goodyear**
15:21,23
77:6

**grand**
41:14,16
64:2,7
65:14
67:7,15
68:9,15,
16,19
69:7,16,
23 71:6,
14,23
72:14
73:3,4,8,
12,14
74:8 76:2
78:12

**great-
niece's**
13:20

**group**
12:10

**Grover**
74:11

**guess**
19:11

**guilty**
19:17,19
21:9
22:5,16,
18 23:4

**gun**
15:18
16:4,5,8,
11,25
17:11
19:10
24:14,23
25:20,21
77:7,14
79:6,22
80:16
82:4,20
84:22
85:8,14

**guns**
26:16,21

**guy**
10:12,25
11:5
37:5,14
80:16
81:3

**guy's**
37:12

**guys**
12:11
32:5
48:17
52:14
56:2
66:15,17,
19,22
86:17

**gym**
24:25
25:3

———————————

**H**

———————————

**hamburgers**
74:15

**handgun**
19:7

**handle**
77:19
80:12,17,
21 81:4

**handwriting**
60:23
61:6

**happen**
6:21
31:17
81:24

**happened**
14:10
16:19
17:18
18:4
24:10,19
28:20,21
29:13
46:20,21,
22 47:8,
25 49:2,
14,18,21
52:20
61:20
70:8

**happening**
81:24

**happy**
40:5

**harassed**
59:5,12

**harassment**
37:19
59:16

**Harrington**
4:16

**head**
64:12
66:2

**Health**
8:12



hear
7:2 71:25

heard
25:22
28:21

heart
29:15

height
10:14

Heraty
43:7
45:24
46:2
53:23

high
9:2,11
28:10

higher
9:4

Hodgson
5:15
44:25

home
16:2 18:3
42:25
69:20
70:9

homicide
12:24

honest
24:20

honestly
38:14
55:15
72:18

house
15:5,6
16:23
24:25
78:6
79:20

houses
79:23

Hugh
5:15

human
20:19
21:6
23:14

hundred
61:4

hungry
75:7

**I**

identification
12:17,21
32:23
44:17
45:20
67:6
70:16

identify
71:20

important
6:10
30:13

improper
51:23

inaccurate
62:4,7

incorrect
15:17

independent
63:15
68:11

individual
6:4 21:20
23:6

information
37:23,24

ingrained
30:23

innocent
19:23
21:16,17,
18 23:10

instinctive
83:9,12

instructed
51:18

intention
53:9

intentionally
17:14,16

intentions
53:11,12,
14,15

inter
37:15

interacting
35:15

interaction
29:15

interactions
32:3 35:8
36:8
63:11

interested
63:24

interview
37:15
43:5
45:22
46:5,8

interviewed
35:15

36:20

interviewing
42:14

intricate
14:16,17

introduce
4:24

investigation
58:24

investigators
36:21
42:11
50:4
55:19
59:5

involved
64:19

irritate
53:10

irritating
53:7
56:17

issue
82:25
83:2

**J**

Jackson
12:24
14:10,17,
21 15:7
18:7,10,
14,20
22:16
26:11
81:8,22
83:5
84:4,5

85:2,17

Jackson's
27:22

jail
31:16

January
67:8,16
70:17,25
71:10,11

Jarmon
14:20,23
18:25
19:2
69:12

Jarmon's
15:5
16:22
79:20

Jennifer
5:9

Joe
43:6
45:23

John
18:11
67:23
68:3 71:2

Joiner
18:21

joking
86:7

judge
6:24
30:25

jury
41:14,17
64:2,7
65:14
67:7,15
68:9,15,
16,19



69:7,16,
23 71:6,
14,24
72:14
73:4,8,
12,14
74:8 76:2

**K**

**Katherine**
65:20

**kid**
28:10
58:25
64:13
65:2,3
78:19

**kids**
28:3

**kill**
20:25
80:13
83:6
84:6,9

**killed**
84:25

**killing**
13:18
15:7
85:22

**kind**
8:11
19:5,7,8
49:7

**knew**
22:18
28:9
31:15
74:10
78:3
85:7,12

**knowing**
23:2
75:5,6

**knowledge**
22:7
27:21

**L**

**Lamarr**
4:1,10
5:1,19
6:1 7:1
8:1 9:1
10:1 11:1
12:1 13:1
14:1 15:1
16:1 17:1
18:1 19:1
20:1 21:1
22:1 23:1
24:1 25:1
26:1 27:1
28:1 29:1
30:1 31:1
32:1 33:1
34:1 35:1
36:1 37:1
38:1 39:1
40:1 41:1
42:1 43:1
44:1 45:1
46:1 47:1
48:1 49:1
50:1 51:1
52:1
53:1,17
54:1 55:1
56:1 57:1
58:1 59:1
60:1 61:1
62:1 63:1
64:1 65:1
66:1 67:1
68:1 69:1

70:1 71:1
72:1 73:1
74:1 75:1
76:1 77:1
78:1 79:1
80:1 81:1
82:1 83:1
84:1 85:1
86:1

**Langmeyer**
74:24

**laughing**
86:7

**law**
38:7

**lawyer**
23:8

**lawyers**
6:2 7:2

**leave**
39:22
40:3

**leaving**
69:12

**left**
22:10

**Leonard**
39:20,25
40:4
57:24
73:6,7,13
76:2
79:9,10,
11,12,14,
15 81:22

**letter**
61:2,11
62:4
70:17,24
71:4

**letters**
61:3,4

62:8
66:22

**liar**
56:19,24

**life**
20:19,21
21:6 78:4

**lines**
24:7,9
67:13

**listen**
7:7

**live**
8:4

**lives**
14:24

**living**
69:20

**long**
8:14 13:6

**looked**
41:3
64:12
70:3
78:21
83:8

**loud**
47:13

**lying**
56:20

**M**

**machine**
19:10

**made**
25:19,20
29:25
34:11
36:5,6,7

40:8,14
44:11
45:22
52:24
64:18
72:21
81:7

**Mahoney**
4:16

**mail**
69:3

**make**
7:8 11:24
13:5
31:19
48:25
49:14
53:13,22
67:14

**makes**
15:16
51:25

**making**
7:3 30:20
75:10,12

**man**
11:22
17:24
19:20,23
21:13,16
23:10
38:18
48:14,23
50:9,25
52:23
53:6
54:21
56:17,18
59:12
82:2,15
83:9

**man's**
20:21



March
  4:17
Mario
  14:20,23
  16:22
  18:19,21,
  22,25
  28:13
  62:21
  69:12,13
  73:4
  75:25
  79:15,19
  83:6
  84:6,9,
  10,11,25
Mario's
  15:24
  18:2
  69:13
  78:6
mark
  12:4 24:3
  32:4,7,22
  35:11
  44:13
  66:8
  70:12
marked
  12:17,20
  32:14,23
  44:17
  45:20
  66:10
  67:6
  70:16
marking
  66:15
materials
  68:22
matter
  4:13
  23:16,17
  31:5 61:3

73:16
means
  17:2,5,6
meet
  79:14
meeting
  68:19
memorialize
s
  71:5
  72:13
memory
  29:7 68:8
Men's
  25:4
mentioned
  10:8
  21:7,25
  30:18
met
  5:24
  72:14
  79:15
middle
  33:4
  58:2,4
mind
  13:9
  23:23
mindset
  83:13
mine
  13:17
minute
  13:4
  32:19
  61:8
minutes
  16:13
  31:23

33:24
  70:7 82:5
  86:2
Mischaracte
rizes
  77:10
misconduct
  37:21
  38:3
mistake
  11:11
Mm-hmm
  36:9
  63:23
  66:9 71:3
  73:18
  75:3
mode
  18:7
Molloy
  65:15
  67:23
  68:3,9
  70:21
  71:2,5,14
  72:14
momentarily
  20:5
months
  8:17
morning
  5:24
mouth
  20:7
Move
  52:5
murder
  22:5,16

N

named
  35:11
neighborhoo
d
  74:22
  78:20
Neufeld
  5:3
Niagara
  4:16
Nick
  5:3,25
night
  14:11
  19:14
  24:11
  26:10
  39:2,5,12
  78:24
  79:12,14
Nikes
  55:23
nods
  7:24
nonetheless
  22:21
  23:2
notary
  4:20
note
  38:6 44:9
noticed
  25:18
number
  34:7
  60:15
  66:12
  67:4

numbered
  71:19
numbers
  33:5
  66:25

O

oath
  6:23
  41:20
  49:4
  51:12,14
  52:11
  53:4,5
  56:14
  57:3
Object
  11:16
  15:9
  72:23
objection
  7:5 10:22
  15:14
  44:9 52:2
  63:13,17
  64:21
  74:20
  75:20
  77:9
  78:10
objectionab
le
  51:10
objections
  7:3,8
  18:23
  19:24
  21:10
  22:8,23
  23:5
  25:2,16,
  23 26:13
  27:24



28:8
31:8,24
35:17
36:14,23
39:23
40:12,24
41:9,23
42:17
46:24
48:4,12
50:7,22
52:22
53:24
54:17
56:6,13
58:21
59:7,14
61:23
62:5
80:10,25
81:9
82:7,13,
22 83:7
84:7
85:3,19
86:4

**obligation**
38:13

**observed**
26:10

**occasions**
58:13
74:22

**offer**
30:8
31:21
38:21
39:4
40:16

**offered**
30:10
39:17

**offers**
36:6

**office**
36:21
64:11
65:10,11,
12 69:23
70:3

**officer**
30:25
58:23

**officer's**
37:17

**officers**
6:5 39:12
40:8

**offices**
4:15

**one-minute**
86:9

**open**
24:19

**opportunity**
23:18
72:9

**order**
16:24
55:3,7
57:6

**originally**
63:11

_____

**P**
_____

**pages**
32:15
33:4 47:6

**Pam**
57:14

**Pamela**
13:11,13

**paper**

65:21
77:12

**paragraph**
47:9

**paragraphs**
47:18
53:19

**parents**
64:5,7,12
65:3
69:10,22

**parole**
21:25
22:6,10
23:3

**part**
7:10 8:20
27:12,20
42:22
72:13

**part-time**
8:17

**passenger**
77:13,14

**past**
23:18
38:15
79:19
83:25

**PDF**
60:17

**pending**
7:18

**people**
11:21
26:9
48:20

**peril**
44:4

**period**
74:19

75:11

**Persico**
5:9 12:6,
8 23:25
24:3 32:9
33:9,12,
14,25
34:5,7,
12,14,18
43:4,8,
12,16,18,
22 44:2,
5,9,19
60:16
66:5
86:20

**person**
20:17
84:15

**personally**
15:18
23:17,18

**pertaining**
39:25
64:4
77:25

**pertinent**
76:15

**Peter**
5:12,16

**picked**
17:19

**piece**
77:12

**places**
19:13
58:19
59:2,17

**plaintiff**
4:24 5:4,
5,6

**Plaintiff's**
12:5,21
24:4
32:7,13,
22 44:14
45:21
60:21
66:12,18

**plastic**
25:7

**play**
10:2,9

**played**
9:16

**player**
9:15

**playing**
9:17
42:24
74:11

**plea**
12:18,23
13:6 14:3
17:7
19:13
23:23
27:7 46:4
52:25
57:5,6,7
65:21,22

**plead**
23:4

**pleading**
22:15

**pled**
18:5
19:17,19
20:9 21:9
22:5,18

**PLF.'S**
12:18
32:24



44:18

plug
  34:12

plugs
  34:13

point
  24:24
  79:8

pointed
  81:22

police
  6:4 13:18
  29:16
  30:20,24
  31:11
  32:4,14,
  24 35:9
  36:8,10
  37:17
  39:11
  40:8
  46:22
  47:8,25
  49:15,18
  50:4
  52:21
  54:16
  58:23
  60:15
  61:20
  63:12

polygraph
  38:21,24
  58:17
  59:23

poorly
  64:19

possibility
  11:8
  22:11
  57:10

prayer
  69:19

premarked
  12:6

prepare
  68:22

primarily
  35:14

prior
  18:18
  46:4
  68:19
  75:21

prison
  9:19,23
  19:23
  57:11

problem
  72:3

process
  14:23

promise
  77:3

promises
  72:21

pronouncing
  45:24

protect
  82:21

protecting
  31:6

protective
  30:14,18

protector
  83:9

provided
  37:23
  63:9 85:9

public
  4:20
  30:20

pull
  33:21
  81:7

pulled
  14:18
  78:23
  79:17

punished
  21:21
  23:15

pursuant
  6:12,13

put
  20:7 25:9
  32:17

Q

question
  7:4,7,11,
  18 26:4,
  7,18
  52:17,21
  55:4
  59:23
  63:18
  74:19
  82:14

questions
  6:12,22
  8:4 15:3
  23:8
  27:5,6
  32:3
  35:6,8
  36:5
  38:14
  49:23
  54:20
  55:4,9,14
  56:17
  60:10
  62:25
  73:3

75:18
  77:2 80:3

quick
  15:13
  63:3
  65:25

quickly
  27:11

R

Rahner
  4:22

raised
  8:21,22
  64:22

ran
  79:19

rarely
  75:13

reached
  17:7

reaction
  36:11,16

read
  24:7
  47:12,14,
  17,18,20
  50:12
  53:17,19
  55:19
  57:23,24
  58:2,4,7
  61:8,15
  69:2
  72:10

reading
  47:7

real
  6:20 8:25
  15:13

65:25

reason
  19:17,18,
  19 21:8
  75:22
  83:4
  84:21

reasons
  20:8,9
  21:9,12
  38:15

recall
  12:25
  36:20
  37:6,7,8
  39:18
  40:21
  46:5
  63:11
  64:6
  65:13,16
  73:5
  76:16

receive
  37:25
  53:2

received
  69:3

receiving
  12:25

recess
  60:6
  86:12

recognize
  12:2 13:5
  60:23

recognized
  19:22

recollectio
n
  16:12
  42:6,8



62:14
63:16,20
68:12,14,
18 69:7,
22 71:13
72:17
76:5,7
80:21

**record**
5:25 6:8
7:3
13:10,15,
22 34:17,
20,22,24
45:11,14,
15,16
49:16,20
56:25
57:2
60:5,8
67:14
71:21
86:10,13

**recorded**
54:6,10

**recount**
49:2

**recruited**
10:9

**red**
66:2,3

**refer**
33:3

**refresh**
68:8

**regular**
78:19

**reinvestiga
tion**
42:22

**reiterate**
50:18

**relationshi
p**
13:14,15
74:5,9

**relax**
34:6

**relieves**
23:19

**remember**
7:6
17:24,25
28:25
29:3,5
31:13
35:10,13,
19,23,25
36:3,15
37:10
39:15,24
40:2,19
41:2,6,
10,16,18,
22 42:2,
3,18 50:9
61:5,8
63:21,25
64:4,13
65:19
69:10
70:4
75:14
76:12,14
77:25

**reminded**
73:25

**repeat**
77:3

**rephrase**
7:12 63:8

**reporter**
4:2,4,8,
20 5:2
6:25
7:20,24

15:13
34:16
44:15
45:10
48:17,20
51:19
52:14,16
66:9
67:24

**represent**
5:16
12:22
38:19
46:15,18
71:5

**representin
g**
67:23
68:5

**reputation**
27:22,23

**reputations**
28:2

**requested**
43:15

**responsibil
ity**
20:11,22
21:14
81:13,15

**responsible**
23:7,12,
13

**restriction
s**
23:3

**result**
22:15

**retrieve**
25:21

**retrieved**
16:20,21

24:23

**retry**
27:2

**review**
67:20

**reviewed**
68:22

**Richardson**
13:11,12,
13,16,24
57:13,15,
18,21

**ride**
70:9 73:9
76:8 78:5

**Riga**
43:6
45:23
53:23
54:3

**rights**
6:3,6

**Riverside**
9:13 28:9

**rode**
69:19
73:4

**role**
24:19

**Romo**
5:5 43:19
44:23
45:4,7,9
60:19

**rundown**
8:25
14:13

**Russ**
5:15
11:16
15:9,12,

15 23:24
32:10
33:20,23
34:2 38:6
44:25
46:25
47:3
50:23
51:4,6,10
52:3,5
66:2
76:25
77:17
78:14
79:24

———

**S**

**safety**
16:25
17:4

**Sahasrabudh
e**
5:12
34:13
44:22,24
45:5,8
51:12,15,
17,20,23
60:17
67:2
86:21

**Sara**
43:6
45:23
58:5

**sat**
70:4

**scenarios**
80:15

**scene**
26:9

**Scheck**



LAMARR SCOTT
DIXON V. CITY OF BUFFALO

March 14, 2022
Index: scheme..sneakers

5:3

scheme
78:12

school
9:2,12
28:7,10

Scott
4:1,10
5:1,19,24
6:1 7:1
8:1 9:1
10:1 11:1
12:1,21
13:1,15,
16 14:1
15:1 16:1
17:1 18:1
19:1 20:1
21:1 22:1
23:1 24:1
25:1 26:1
27:1 28:1
29:1 30:1
31:1 32:1
33:1 34:1
35:1,2
36:1 37:1
38:1 39:1
40:1 41:1
42:1
43:1,7
44:1
45:1,19
46:1,8
47:1 48:1
49:1 50:1
51:1 52:1
53:1,17
54:1 55:1
56:1 57:1
58:1 59:1
60:1,11,
24 61:1
62:1,18,
24 63:1

64:1 65:1
66:1,12
67:1,15,
19 68:1
69:1
70:1,21
71:1 72:1
73:1 74:1
75:1
76:1,21
77:1,2
78:1 79:1
80:1,3
81:1 82:1
83:1 84:1
85:1
86:1,15,
19

Scott's
67:7

screen
4:19

seat
16:5,15,
17

seconds
34:4

semi
19:10

semiautomat
ic
17:6

send
44:24

sense
15:16
22:9
78:21

series
6:22

served
68:15

services
69:19

Shadow
14:18

Shannon
73:7

shared
76:16

shoes
39:9,10,
13

shoot
18:21
80:8
81:3,8
82:12

shooter
36:13
41:15,21

shooting
14:13
16:4,18
17:20
18:4,18
26:11
27:23
28:24
39:5,9
74:7
75:17,19,
21 80:24
81:18,20,
21 85:21

shorts
29:2

shot
14:23
18:7,10,
13,17
82:5 83:5
84:4

shots

14:20

show
12:4
45:19
59:19
65:24
70:10

showed
58:18
64:5
71:18

showing
12:20
59:15,17

shown
67:15
70:24

side
8:23
77:13,14

similar
10:23

simple
11:25

sir
6:14 8:5,
7 13:2,7,
9 14:13
15:3
17:22
19:16
21:24
22:19
23:23
25:25
26:12
28:24
30:12
31:6
32:17
38:11
39:14
41:18

46:5,14
47:21,25
48:16
49:3,13
50:20
52:21
54:5,8
55:8,17
56:4,12,
22,25
57:4
58:6,10
81:14
83:21

sit
36:16

sitting
41:3
64:11

situation
27:8
54:24
64:19
75:6
84:12
85:7

situations
83:14

size
11:15

Skinny
11:5

slim
11:6,9

small
11:5
55:23
78:16

sneaker
55:24

sneakers
55:22,25



**sneeze**
22:11

**Soehnlein**
5:7 10:22
11:13
15:11,16
34:3,6
41:24
42:4,24
43:11
60:20
62:23
63:14,19
64:24
66:8,11,
15,20,23,
25 67:4,
10 68:2
70:12,19
71:22
72:3,6,7,
25 75:2,
24 76:20
86:19

**sold**
78:16

**Solutions**
4:21

**son**
75:15

**sounds**
31:4

**sources**
24:17

**speak**
58:11

**speaking**
46:15
71:14

**specific**
15:3 29:5

**specifically**
59:10
61:5
81:2,18
84:15

**specifics**
80:20

**speckles**
55:24

**spiritual**
19:21

**spiritually**
23:19

**spoke**
41:7
48:10
69:4
73:14

**spoken**
24:17

**Stalbach**
35:19
37:11,12
41:2

**Stambach**
35:11
37:4,8
38:2
39:19
40:22
54:16
56:4
58:10
59:6,11

**stamped**
32:15
33:3

**Stamps**
34:10

**stand**
23:12

53:18

**Starkeson**
30:2

**start**
8:3 19:18
20:8
29:17
33:6,7
47:7

**starting**
16:19,20
72:8

**state**
9:19 13:9
41:19,20

**statement**
25:19
30:20
33:8 35:4
36:2,3
39:25
47:3
52:24
54:2

**statements**
36:5,7
39:21
53:22
56:2

**States**
4:11

**sticker**
44:15

**stipulations**
4:2

**stop**
16:6
25:9,10,
11 58:3
81:20
85:6,8,12

**store**
18:3 25:4
74:23

**stores**
75:5

**story**
40:9

**street**
4:16
15:21
74:23

**Stress**
38:24

**strong**
19:21
22:11
57:10

**stronger**
53:13

**stuck**
64:14

**stuff**
75:5
81:23

**subpoena**
6:12,14
55:13
68:15

**substance**
58:15
82:12

**suggest**
56:23

**suggesting**
20:23,24
21:3

**suing**
38:9

**suit**
38:9

**Sullivan**
18:11

**supplied**
4:4 14:22

**supposed**
43:22

**swear**
5:2

**sworn**
5:20
51:7,16

**synopsis**
14:25

**system**
8:22
30:21
67:5

---

**T**

**taking**
6:25 7:19
35:25
52:25
69:14

**talk**
48:18
52:14

**talked**
85:25
86:2

**talking**
39:24
47:3
48:20
51:3 58:3
75:15
86:5

**tape**
50:8



**taxi**
73:10
76:2,8

**TEC-9**
15:5
19:10

**technician**
4:23

**television**
29:18,21
31:5,11

**telling**
37:9
39:18
40:2,19
41:7
48:9,14
49:6

**terms**
11:15

**test**
38:21,24
58:17
59:24

**testified**
5:21

**testify**
51:21

**testifying**
6:13
41:14

**testimony**
4:10,15
51:7 63:9
67:8,16
76:6
77:10

**that'll**
17:3

**thing**
7:6,17,23

17:24,25
22:22
23:9
25:18
30:14,19
31:14
59:13
64:3
69:9,25
70:2

**things**
20:18
31:17
37:2
40:21
41:12,13
42:11
57:6
63:16,22
76:13
78:12,17

**thinking**
9:21

**THOMPSON**
46:2

**thought**
10:17

**thoughts**
83:13

**threats**
25:22
72:21

**time**
4:18 7:2,
16 17:19
18:13
19:21,25
26:11
27:23
28:23
29:9
30:12
31:22
34:21,24

35:5
36:6,7
45:14,17
48:18
51:19
52:16
55:22
59:2,12
60:5,8
62:15,20
65:23
66:5,6
70:2
74:6,7,
19,23
75:11
78:7,20
82:18
85:8
86:7,11,
14,21,23

**times**
72:4

**Tino**
85:21

**Tino's**
50:4,9
73:17

**today**
6:11,21
42:6
58:10
63:10
68:23
76:17

**today's**
86:23

**told**
6:9 16:24
17:13
21:13
24:18
36:11
37:3,4

39:11,19
42:11,14
54:20
55:18
59:4
73:11
78:23
79:21
80:11,19
81:17
82:4

**tomorrow**
65:8

**top**
53:17
67:22,25

**Torri**
14:23
18:16,20
19:5
22:16
26:11,17
27:22
28:14
81:8 83:5
84:4,5
85:2,17

**Torriano**
14:17,21
18:7,14
81:22

**totally**
11:20
57:9

**touch**
16:21

**tragically**
15:7

**transcribed**
43:12,20
50:13
54:3,7,
11,12

**transcript**
4:5 44:18
45:21
67:15
71:24
72:13

**transcription**
43:10

**transpired**
14:6

**trigger**
78:24
79:17
81:7

**tripping**
57:20

**Troubled**
28:10

**true**
54:15
56:23

**truth**
46:9
48:9,14
49:6,7
50:21

**truthful**
51:7
56:11,15,
16,19
62:14

**turn**
31:15
50:6,10

**turned**
30:2

**Tyler**
4:22

**type**
37:21



**U**

**ultimately**
41:19

**understand**
7:10  9:14
12:2
17:10
23:7,9
29:23
31:3
38:11
55:7
57:16,19
63:7

**understanding**
15:3
19:16,20
22:4
24:16,22
28:13,16,
19  83:22

**understood**
7:13
21:24
59:17
82:18,19

**unexpected**
58:19

**United**
4:11  25:4

**V**

**Vaguely**
35:12

**Valentino**
4:13  5:4,
6  6:2
11:4,12
13:20

14:15,22
19:13
20:15,24
24:14,24
41:15,21
67:17
77:7  78:7
79:2,13
80:7
81:17
82:3,11
84:16
86:2

**Valentino's**
42:15
79:21

**vehicle**
77:13

**verbally**
8:2

**verify**
43:23

**video**
4:19,23
43:8,10,
21,23
44:18
52:20
53:23

**video-recorded**
4:10

**violated**
22:12

**violations**
6:6

**violent**
22:12

**W**

**wait**

7:7,8
32:12
44:19
46:15

**walking**
65:8

**Walter**
79:16

**Wanda**
30:2

**wanted**
13:21
53:18
55:25
74:3

**war**
83:16

**weapon**
14:22
16:20,21,
22  17:15,
19  18:6,
15,17,18
19:5,8
20:20
21:2,5
25:9  84:4
85:18

**weapons**
19:14
26:10

**wearing**
28:23
29:9

**weight**
10:15

**Western**
4:12

**What'd**
10:2

**white**

29:4
55:23

**widespread**
38:2

**wiped**
55:22

**withdraw**
52:10,12,
15

**withdrawn**
40:20
41:13

**words**
17:9  20:7
82:12

**work**
8:11,15
69:4  78:7

**working**
78:12

**write**
45:2  61:2

**wrong**
12:15
15:4
22:11
24:23

**wrote**
61:3,4,12
62:8

**Y**

**yards**
79:20

**Yates**
13:11,13,
16,24
57:13,15,
18,21

**years**
22:10
24:20
38:22
53:3
64:15

**yellow**
14:18

**York**
4:12,17
5:20
33:17

**young**
59:12

**Z**

**zero-five**
45:2



Read and Sign
LaMarr Scott



04-09-2022

Attn:   LaMarr Scott
Re:     **DIXON V. CITY OF BUFFALO**
        **Deposition of LaMarr Scott, taken on 03/14/2022**
        **Your Case Number 1:19-cv-01678-WMS**
        **Our Reference Number 7935397**

Dear Sir or Madam:
Please be advised that the transcript in the above-referenced matter is available for reading and signature.  Enclosed you will find a condensed copy of the transcript, a Declaration under Penalty of Perjury Certificate and Errata pages to note any necessary changes or corrections to the transcript. The Original transcript has already been released to the custodial party.

The witness should complete the following steps within 60 days of the date of this memorandum:
- Read the enclosed copy of the transcript of your deposition
- Make any corrections necessary on the Errata page only. If you do not wish to make changes, write "No Changes" on the top of the Errata page.
- If you require additional space to list changes, you may use your own paper.  Remember to include witness name, deposition date, our reference number, and the page/line location of each change.
- If there are multiple transcript volumes, complete Errata pages separately for each volume.
- Sign the bottom of the Errata page(s)
- Sign and date the Declaration under Penalty of Perjury.
- Return only the Declaration under Penalty of Perjury and signed Errata pages. The condensed transcript is yours to keep.

**Due to the circumstances surrounding the COVID-19 Pandemic, Esquire Deposition Solutions will be facilitating the Errata/Read and Sign process electronically. Please submit a scanned copy of the Declaration under Penalty of Perjury and signed Errata pages via E-mail to errata@esquiresolutions.com and we will process your errata accordingly.  Thank you for your patience and cooperation during this time.**

Upon our receipt of completed Errata pages, we will archive and make the changes available in electronic form to all counsel.   After archiving we will forward the original Errata pages on to the custodial party, to be reunited with the original transcript.

In the event any of the above instructions differ from a stipulation or contradict a previous agreement between counsel  regarding witness signature, please disregard this letter's details and follow the protocol as agreed upon by and between counsel.

If you have any other questions regarding this process, please contact Esquire Client Support at 800.211.DEPO (800.211.3376), or ClientCare@esquiresolutions.com .



Thank you,

Corporate Production Department
Esquire Deposition Solutions

Enclosures

Cc: All Counsel present

Ref: 7935397