# EXHIBIT  6

**VALENTINO DIXON**


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------
VALENTINO DIXON,

                        Plaintiff,

            - vs -        Case No.
                          1:19-cv-01678-WMS

CITY OF BUFFALO and COUNTY OF ERIE;
and DETECTIVE MARK R. STAMBACH,
DETECTIVE RANIERO MASECCHIA, DETECTIVE
JAMES P. LONERGAN, DETECTIVE JOHN VICKERD,
CHIEF RICHARD T. DONOVAN, JOHN DOES,
Unknown Buffalo Police Department Supervisors,
and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER
BELLING, in their individual capacities,

                        Defendants.
----------------------------------------


          Examination before trial of **VALENTINO**

**DIXON**, Plaintiff, taken pursuant to the Federal

Rules of Civil Procedure, in the law offices of

HODGSON RUSS LLP, The Guaranty Building,

140 Pearl Street, Suite 100, Buffalo, New York, on

June 7, 2022, commencing at 9:58 a.m., before

LORI K. BECK, CSR, CM, Notary Public.


*JACK W. HUNT & ASSOCIATES, INC.*

2

```
 1  APPEARANCES:        NEUFELD SCHECK & BRUSTIN, LLP,
                        By NICK J. BRUSTIN, ESQ.,
 2                      nick@nsbcivilrights.com and
                        GERARDO ROMO, ESQ.,
 3                      gerardo@nsbcivilrights.com
                        99 Hudson Street,
 4                      8th Floor,
                        New York, New York  10013,
 5                      (212) 965-9081,
                            and
 6                      EASTON THOMPSON KASPEREK
                        SCHIFFRIN, LLP,
 7                      By DONALD M. THOMPSON, ESQ.,
                        16 West Main Street, Suite 243,
 8                      Rochester, New York  14614,
                        (585) 423-8290,
 9                      dmthompson@etksdefense.com,
                        Appearing for the Plaintiff.
10
                        HODGSON RUSS LLP,
11                      By HUGH M. RUSS, III, ESQ.,
                        hruss@hodgsonruss.com and
12                      PETER A. SAHASRABUDHE, ESQ.,
                        psahasra@hodgsonruss.com,
13                      The Guaranty Building,
                        140 Pearl Street, Suite 100,
14                      Buffalo, New York  14202,
                        (716) 856-4000,
15                      Appearing for the Defendants,
                        City of Buffalo; Detective
16                      Mark R. Stambach, Detective
                        Raniero Masecchia, Detective
17                      James P. Lonergan, Detective
                        John Vickerd, Chief Richard T.
18                      Donovan, and John Does, Unknown
                        Buffalo Police Department
19                      Supervisors.

20

21

22

23
```

3

<pre>
 1                    LIPPES MATHIAS WEXLER FRIEDMAN LLP,
                      By JENNIFER C. PERSICO, ESQ.,
 2                    50 Fountain Plaza, Suite 1700,
                      Buffalo, New York  14202,
 3                    (716) 853-5100,
                      jpersico@lippes.com,
 4                    Appearing for the Defendants,
                      County of Erie and
 5                    Assistant District Attorney
                      Christopher Belling.
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
</pre>

*Valentino Dixon - Ms. Persico - 06/07/2022*

4

|  |  |  |
|---|---|---|
| | 1 | **THE REPORTER:**  Are usual stipulations all |
| 09:58:32 | 2 | right, or do you want him to read and sign? |
| 09:58:32 | 3 | **MR. BRUSTIN:**  I think we'll reserve the |
| 09:58:34 | 4 | right to read and sign. |
| 09:58:36 | 5 | **THE REPORTER:**  And is everyone supplying Mr. |
| 09:58:36 | 6 | Brustin with the transcript?  Splitting and |
| 09:58:36 | 7 | supplying, the Buffalo way of providing |
| 09:58:45 | 8 | transcripts? |
| 09:58:45 | 9 | **MS. PERSICO:**  Yes. |
| 09:58:46 | 10 | **MR. SAHASRABUDHE:**  Yes, that's fine. |
| 09:58:47 | 11 | |
| 09:58:47 | 12 | **VALENTINO DIXON,** 87 Hagen Street, Buffalo, New York |
| 09:58:47 | 13 | 14211, after being duly called and sworn, testified |
| 09:59:15 | 14 | as follows: |
| 09:59:15 | 15 | **EXAMINATION** |
| 09:59:15 | 16 | **BY MS. PERSICO:** |
| 09:59:17 | 17 | **Q.**   Good morning, Mr. Dixon. |
| 09:59:18 | 18 | **A.**   Good morning. |
| 09:59:19 | 19 | **Q.**   My name is Jen Persico, and I represent |
| 09:59:22 | 20 | the county and the Defendant -- the county |
| 09:59:27 | 21 | Defendants and the District Attorney Defendants |
| 09:59:29 | 22 | named in your lawsuit. |
| 09:59:30 | 23 | **A.**   Okay. |

*Valentino Dixon - Ms. Persico - 06/07/2022*

09:59:30  1      Q.   Just a couple of ground rules before we

09:59:34  2  get started:

09:59:37  3      This wonderful woman here needs to take down

09:59:40  4  everything that we say, so she can't take down nods

09:59:45  5  of the head or shakes of the head, so each of your

09:59:48  6  answers must be verbal.

09:59:51  7      A.   Okay.

09:59:52  8      Q.   Do you understand that?

09:59:53  9      A.   Yes.

09:59:54 10      Q.   If you don't understand any of the

09:59:55 11  questions that I ask you, just let me know, and I'm

09:59:57 12  happy to rephrase them, okay?

09:59:59 13      A.   Okay.

10:00:00 14      Q.   If you do answer the questions, I'm

10:00:02 15  going to assume that you understood them.

10:00:03 16      Fair enough?

10:00:04 17      A.   Yes.

10:00:05 18      Q.   If you want to take a break at any

10:00:07 19  time -- you know, this is not a marathon -- just

10:00:09 20  let us know.

10:00:11 21      I'd just ask that if you're in the middle of

10:00:14 22  a question, if I've asked you a question and you

10:00:16 23  have not yet answered, please don't take a break at

*Valentino Dixon - Ms. Persico - 06/07/2022*

6

10:00:19  1  that point, but at any time other than that, just

10:00:21  2  let us know if you need a facilities break or

10:00:23  3  anything else, and we'll be happy to accommodate

10:00:26  4  you, okay?

10:00:26  5       **A.**   Okay.

10:00:29  6       **Q.**   So I'm sure that you have spoken with

10:00:38  7  your attorney.  I don't want to know what you

10:00:40  8  talked about, but you understand that we're here to

10:00:43  9  talk about allegations contained in a Complaint

10:00:46 10  that you filed in 2019 alleging that you were

10:00:51 11  wrongfully convicted; is that right?

10:00:53 12       **A.**   Yes.

10:00:53 13       **Q.**   In preparation for today's deposition,

10:00:59 14  did you meet with your attorney?

10:01:02 15       **MR. BRUSTIN:**  Objection to the form.  Phone

10:01:04 16  calls, meetings in person, you want all of it?

10:01:08 17       **MS. PERSICO:**  You can object to the form,

10:01:10 18  and the rest of the speaking I'll -- I'll leave to

10:01:12 19  the witness.

10:01:13 20       **MR. BRUSTIN:**  Well, make it clear.  Basic

10:01:17 21  stuff.

10:01:17 22       **MS. PERSICO:**  I think that I told him if he

10:01:18 23  didn't understand, that he could tell me.

*Valentino Dixon - Ms. Persico - 06/07/2022*

7

| | | |
|---|---|---|
| 10:01:20 | 1 | **BY MS. PERSICO:** |
| 10:01:21 | 2 | **Q.**   So I'm going to ask you again, |
| 10:01:23 | 3 | Mr. Dixon: |
| 10:01:24 | 4 |        In preparation for today's deposition, did |
| 10:01:26 | 5 | you meet with your attorney? |
| 10:01:28 | 6 | **MR. BRUSTIN:**  Objection to the form.  You |
| 10:01:28 | 7 | can answer. |
| 10:01:29 | 8 | **THE WITNESS:**  Yes. |
| 10:01:30 | 9 | **BY MS. PERSICO:** |
| 10:01:30 | 10 | **Q.**   Was that by phone? |
| 10:01:32 | 11 | **A.**   Both. |
| 10:01:34 | 12 | **Q.**   When you say both, do you mean by phone |
| 10:01:36 | 13 | and in person? |
| 10:01:36 | 14 | **A.**   Yes. |
| 10:01:39 | 15 | **Q.**   And how many times did you meet in |
| 10:01:43 | 16 | person? |
| 10:01:46 | 17 | **A.**   One time. |
| 10:01:46 | 18 | **Q.**   Okay.  And when was that? |
| 10:01:49 | 19 | **A.**   Yesterday. |
| 10:01:52 | 20 | **Q.**   And how many times did you talk on the |
| 10:01:54 | 21 | phone? |
| 10:01:55 | 22 | **A.**   Approximately four or five times. |
| 10:01:57 | 23 | **Q.**   Did you review any documents in |

*Valentino Dixon - Ms. Persico - 06/07/2022*

8

10:02:01  1  preparation for today's proceeding?

10:02:03  2       **A.**   No.

10:02:04  3       **MR. BRUSTIN:**  I just want to be clear, I'm

10:02:06  4  sorry.  That means any -- any papers you read in

10:02:09  5  preparation for today.  Anything you read.

10:02:14  6       **THE WITNESS:**  I haven't read -- yes.  Yes, I

10:02:17  7  haven't read anything today or yesterday.

10:02:19  8       Last week, you know.

10:02:20  9       **BY MS. PERSICO:**

10:02:21  10      **Q.**   Okay.  Have you at any time read any

10:02:26  11  documents in preparation for today's proceeding?

10:02:30  12      **A.**   Yes.

10:02:31  13      **Q.**   And what documents were those?

10:02:33  14      **A.**   Police statements that was made during

10:02:37  15  the investigation of the case.

10:02:38  16      **Q.**   When you say police statements, do you

10:02:43  17  mean statements made to the police or statements of

10:02:46  18  the police?

10:02:46  19      **A.**   Statements made to the police by

10:02:49  20  witnesses.

10:02:49  21      **Q.**   Which ones?

10:02:50  22      **A.**   Leonard Brown, Antoine Shannon.  Just

10:03:00  23  those two.

*Valentino Dixon - Ms. Persico - 06/07/2022*

9

| | | |
|---|---|---|
| 10:03:01 | 1 | **Q.**    Did you review your own statement? |
| 10:03:03 | 2 | **A.**    Yes. |
| 10:03:11 | 3 | **Q.**    And how did you come to obtain those |
| 10:03:14 | 4 | documents? |
| 10:03:14 | 5 | **MR. BRUSTIN:**    Just to be clear, he has not |
| 10:03:16 | 6 | given you a complete answer as to the things he |
| 10:03:18 | 7 | reviewed.  Just so you know that. |
| 10:03:20 | 8 | **MS. PERSICO:**    I figured as much.  We'll work |
| 10:03:24 | 9 | through that later. |
| 10:03:26 | 10 | **BY MS. PERSICO:** |
| 10:03:26 | 11 | **Q.**    And how did you obtain the documents |
| 10:03:28 | 12 | that you reviewed? |
| 10:03:30 | 13 | **A.**    I've -- I've had those documents for 30 |
| 10:03:34 | 14 | years. |
| 10:03:50 | 15 | **Q.**    So prior to filing the Complaint that |
| 10:03:56 | 16 | we're here to talk about today, your attorneys -- |
| 10:04:02 | 17 | perhaps not Mr. Brustin but Mr. Thompson -- filed |
| 10:04:05 | 18 | what's commonly known as a 440 motion. |
| 10:04:08 | 19 | Do you understand that? |
| 10:04:09 | 20 | **A.**    Yes. |
| 10:04:09 | 21 | **Q.**    Okay.  Do you know what the purpose of |
| 10:04:11 | 22 | the 440 motion was? |
| 10:04:12 | 23 | **A.**    Yes. |

*Valentino Dixon - Ms. Persico - 06/07/2022*

10:04:13  1        **Q.**   And what's your understanding of that?

10:04:14  2        **MR. BRUSTIN:**  Objection to form, calls for a

10:04:16  3  legal conclusion, but you can answer.

10:04:18  4        **THE WITNESS:**  Well, there were a couple

10:04:21  5  issues.  Prosecutory misconduct, a Brady violation,

10:04:28  6  ineffective assistance of trial counsel.

10:04:33  7        These are the issues that I've raised for 30

10:04:37  8  years.

10:04:40  9        **BY MS. PERSICO:**

10:04:40 10        **Q.**   So in the -- in the most recent 440

10:04:44 11  motion, do you recall meeting with Assistant

10:04:47 12  District Attorneys Sara Dee and David Heraty in

10:04:51 13  August of 2018?

10:04:52 14        **A.**   Yes.

10:04:53 15        **Q.**   And you knew that that meeting -- or

10:04:57 16  those meetings were in connection with resolution

10:04:59 17  of the 440 motion, correct?

10:05:01 18        **A.**   Yes.

10:05:02 19        **Q.**   So you had an initial meeting with them

10:05:04 20  on August 17th of 2018?

10:05:09 21        **A.**   I'm not certain of the date.

10:05:10 22        **Q.**   Okay.  Do you recall that you had three

10:05:15 23  meetings with the District Attorney's office in

10:05:17  1  2018?

10:05:20  2       **A.**   I'm not certain.  I believe it was two

10:05:21  3  meetings, but it could have been three.

10:05:23  4       **Q.**   Okay.  So could it have been two

10:05:25  5  meetings and one polygraph examination?

10:05:29  6       **A.**   No, because the polygraph examination

10:05:31  7  came on a day that we had a meeting.

10:05:33  8       **Q.**   Okay.  So if I told you -- well, let

10:05:38  9  me -- let me back up.

10:05:39 10       Those meetings -- were you aware that those

10:05:45 11  meetings were videotaped?

10:05:46 12       **A.**   I saw a camera, so I didn't know if it

10:05:48 13  was working or not.

10:05:49 14       **Q.**   Okay.  Did you ever review the videos

10:05:56 15  of those meetings?

10:05:57 16       **A.**   No.

10:05:57 17       **Q.**   Do you recall being at those meetings?

10:06:21 18       **A.**   Yes.

10:06:21 19       **Q.**   And you were there with your attorney,

10:06:26 20  Don Thompson?

10:06:26 21       **A.**   Yes.

10:06:28 22       **Q.**   So in the last meeting, which I'll

10:06:36 23  represent to you was on August 31st, 2018, you

*Valentino Dixon - Ms. Persico - 06/07/2022*

12

10:06:43  1 | indicated -- well, let me back up.  Strike that.

10:06:46  2 | You recall speaking with the Assistant

10:06:52  3 | District Attorneys during those meetings.

10:06:53  4 | **A.**   Yes.

10:06:53  5 | **Q.**   And as we established, you understood

10:06:57  6 | that those meetings were intended to assist the

10:07:00  7 | District Attorney's office with its reinvestigation

10:07:03  8 | of your case.

10:07:04  9 | **MR. BRUSTIN:**  Objection, asked and answered.

10:07:05 10 | You can answer again.

10:07:06 11 | **THE WITNESS:**  Yes.

10:07:08 12 | **BY MS. PERSICO:**

10:07:14 13 | **Q.**   And in -- in that last meeting on

10:07:17 14 | August 31st, 2018, you -- you indicated that --

10:07:24 15 | well, you told the story of what actually happened

10:07:28 16 | on August 9th, 10th, 1991, correct?

10:07:33 17 | **MR. BRUSTIN:**  Objection, form, vague.

10:07:35 18 | **THE WITNESS:**  Yes.

10:07:36 19 | **BY MS. PERSICO:**

10:07:39 20 | **Q.**   And -- and so you indicated that

10:07:43 21 | sometime on August 9th, 1991, you received -- or

10:07:48 22 | perhaps it was August 10th -- you received a page

10:07:51 23 | by your half-brother, Leonard Brown; is that

*Valentino Dixon - Ms. Persico - 06/07/2022*

13

10:07:55  1  correct?

10:07:55  2        **MR. BRUSTIN:**  Objection to the form.

10:07:57  3        **THE WITNESS:**  Yes.

10:07:57  4        **BY MS. PERSICO:**

10:08:00  5        **Q.**   And then you --

10:08:02  6        **MR. BRUSTIN:**  Just for the record, we have a

10:08:04  7  transcript of this meeting.

10:08:05  8        **MS. PERSICO:**  I don't care.

10:08:07  9        **MR. BRUSTIN:**  Okay.  Just for the record.

10:08:09 10  That would be a proper -- a better way to ask him

10:08:11 11  questions about it, but go ahead.

10:08:13 12        **MS. PERSICO:**  Listen, if you want to run

10:08:14 13  your deposition however you want to run it, why

10:08:17 14  don't you let me run this one.

10:08:19 15        **MR. BRUSTIN:**  I'm going to make every

10:08:21 16  objection I need to make.  Go ahead.

10:08:23 17        **MS. PERSICO:**  Clearly.

10:08:23 18        **BY MS. PERSICO:**

10:08:25 19        **Q.**   So once you received the page from

10:08:26 20  Leonard, did you call him back?

10:08:29 21        **A.**   Yes.

10:08:30 22        **Q.**   And during that telephone conversation

10:08:33 23  with him, you learned that he and some of his

*Valentino Dixon - Ms. Persico - 06/07/2022*

14

10:08:39  1  colleagues were having some trouble with the

10:08:41  2  Jackson brothers; is that correct?

10:08:43  3       **A.**   Yes.

10:08:45  4       **Q.**   So at some point after that telephone

10:08:51  5  call and/or page, you drove your Mazda RX-7 to pick

10:09:02  6  up Lamarr Scott on -- on Koons Avenue at Richard

10:09:08  7  Jarrett's house?

10:09:10  8       **A.**   Yes.

10:09:10  9       **Q.**   When you picked up -- pardon me.  It's

10:09:15 10  terrible allergy season around here.

10:09:18 11       So when you went to pick up Lamarr Scott on

10:09:25 12  Koons, you had your TEC-9 in the car with you.

10:09:29 13       **A.**   Yes.

10:09:30 14       **Q.**   So then you picked up Lamarr Scott and

10:09:35 15  drove him and the TEC-9 to Mario Jarman's house in

10:09:40 16  your car.

10:09:40 17       **A.**   Yes.

10:09:43 18       **Q.**   Prior to that date, you had owned that

10:09:46 19  TEC-9 for about six months?

10:09:50 20       **A.**   Approximately, yes.

10:09:50 21       **Q.**   And you kept it in your house on

10:09:55 22  Lisbon?

10:09:55 23       **A.**   Yes.

*Valentino Dixon - Ms. Persico - 06/07/2022*

15

10:09:58  1          Q.   And sometime prior to August 10th,

10:10:02  2    1991, you bought bullets for that gun.

10:10:04  3          A.   Yes.

10:10:05  4          Q.   When you went to pick up Lamarr, you --

10:10:16  5    you already knew that the Jackson brothers had held

10:10:18  6    a gun to your brother Toine's head in the preceding

10:10:22  7    weeks, correct?

10:10:23  8          MR. BRUSTIN:   Objection to form, calls for

10:10:25  9    speculation.

10:10:25 10          THE WITNESS:   I was told that.

10:10:26 11          BY MS. PERSICO:

10:10:26 12          Q.   Okay.  So you knew -- you were aware

10:10:28 13    that that was the allegation?

10:10:30 14          A.   Yes.

10:10:30 15          Q.   And you were aware of that on the --

10:10:34 16    the night of August 10th, 1991.

10:10:37 17          A.   Yes.

10:10:37 18          Q.   So just to sort of sum up the events

10:10:58 19    that we've covered so far, in response to Leonard's

10:11:00 20    page, you -- well, let me back up.

10:11:03 21          Where were you when you received the page

10:11:06 22    from Leonard?

10:11:07 23          A.   I don't remember.  Could have been

*Valentino Dixon - Ms. Persico - 06/07/2022*

16

10:11:11  1  anywhere.

10:11:17  2         Q.    I remember back in those days as well

10:11:21  3  that we didn't all have cell phones, so when you

10:11:23  4  received the page, you would have had to go to a

10:11:27  5  place with a phone to make the call; is that

10:11:30  6  correct?

10:11:30  7         A.    Yes.

10:11:30  8         Q.    Do you remember where you made the

10:11:31  9  phone call?

10:11:33 10         A.    No, because whenever I got a page, I

10:11:36 11  could just stop at a phone booth somewhere.

10:11:39 12  There's phone booths everywhere, so -- that's all I

10:11:41 13  remember.

10:11:41 14         **MR. BRUSTIN:**  So just -- remember, just

10:11:42 15  answer her question.

10:11:43 16         **THE WITNESS:**  Okay.

10:11:44 17         **BY MS. PERSICO:**

10:11:44 18         Q.    That's all right.  There were phone

10:11:46 19  booths then.

10:11:46 20         A.    Yes.

10:11:47 21         Q.    There aren't anymore.

10:11:52 22         **MR. SAHASRABUDHE:**  Phone booths are not an

10:11:53 23  issue in this lawsuit.

*Valentino Dixon - Ms. Persico - 06/07/2022*

17

10:11:54  1          **MR. BRUSTIN:**  Not yet.

10:11:55  2          **MR. SAHASRABUDHE:**  Not yet.  They might be.

10:11:57  3          **MS. PERSICO:**  That's true.

10:12:05  4          **BY MS. PERSICO:**

10:12:20  5          **Q.**   So what time do you think you picked up

10:12:27  6   Lamarr from Mr. Jarrett's house on -- on Koons?

10:12:34  7          **A.**   I'm not certain.  I can say an

10:12:36  8   approximate time, if that's what you want.

10:12:38  9          **Q.**   Sure.

10:12:38  10          **A.**   I would say maybe eight or nine in the

10:12:43  11  evening.

10:12:46  12          **Q.**   And that would have been on August 9th.

10:12:48  13          **A.**   Correct.

10:12:48  14          **Q.**   And -- and how did you know that Lamarr

10:13:02  15  was at Mr. Jarrett's house?

10:13:05  16          **A.**   Well, I didn't specifically go there to

10:13:09  17  get him.  This is a place where we all hung out.

10:13:12  18  We were all at Richard Jarrett's house almost every

10:13:15  19  day, you know.

10:13:16  20          So I went over there, and he was just over

10:13:18  21  there, you know.

10:13:18  22          **Q.**   Okay.

10:13:18  23          **A.**   And it was -- that was either me, him,

| | | |
|---|---|---|
| 10:13:21 | 1 | or Richard together or -- all three of us, but |
| 10:13:25 | 2 | because I had the Mazda RX-7, it's a two-seater, |
| 10:13:30 | 3 | okay, and so really I just chose to take Lamarr |
| 10:13:35 | 4 | with me.  It could have been Rich, could have been |
| 10:13:38 | 5 | any one of them. |
| 10:13:39 | 6 | **Q.**   Okay.  So -- and then you drove over to |
| 10:13:46 | 7 | Lamarr -- I mean over to Mario Jarman's house on |
| 10:13:50 | 8 | Delavan? |
| 10:13:51 | 9 | **A.**   Yes. |
| 10:13:57 | 10 | **MR. BRUSTIN:**  Sorry to interrupt.  I think |
| 10:13:58 | 11 | Don is here looking for us. |
| 10:14:01 | 12 | **MS. PERSICO:**  Can we go off? |
| 10:14:04 | 13 |    (Off the record: 10:14 a.m.) |
| 10:15:10 | 14 |    (Mr. Thompson entered the deposition.) |
| 10:15:10 | 15 |    (On the record: 10:15 a.m.) |
| 10:15:13 | 16 | **BY MS. PERSICO:** |
| 10:15:19 | 17 | **Q.**   So -- so you and Lamarr arrived at |
| 10:15:25 | 18 | Mario's house together. |
| 10:15:26 | 19 | **A.**   Yes. |
| 10:15:27 | 20 | **Q.**   So if -- if Mario Jarmon testified in |
| 10:15:34 | 21 | the Grand Jury that you arrived at his house before |
| 10:15:36 | 22 | Lamarr Scott, that would not be true. |
| 10:15:38 | 23 | **MR. BRUSTIN:**  Objection to form. |

*Valentino Dixon - Ms. Persico - 06/07/2022*

19

10:15:41  1          **THE WITNESS:**  That would not be true.

10:15:44  2          **BY MS. PERSICO:**

10:15:47  3          Q.   So if Mario Jarmon testified at the

10:15:51  4  Grand Jury that Lamarr came to his house on a bike

10:15:55  5  or a Moped, that would also be false.

10:15:58  6          **MR. BRUSTIN:**  Objection to form.

10:16:00  7          **THE WITNESS:**  I believe it would be false.

10:16:01  8          **BY MS. PERSICO:**

10:16:01  9          Q.   Well, he came with you in the car.

10:16:03 10          A.   Yes.

10:16:04 11          Q.   Okay.  So he didn't come on a bike.

10:16:06 12          **MR. BRUSTIN:**  Objection to form,

10:16:08 13  argumentive, asked and answered.

10:16:09 14          **MS. PERSICO:**  Mr. Brustin, if you're going

10:16:11 15  to make objections, please do, but as you know, the

10:16:14 16  rules -- you and I are both older, so the rules

10:16:17 17  used to be different, but there really are no

10:16:21 18  speaking objections.

10:16:22 19          **MR. BRUSTIN:**  I'm just stating the form

10:16:24 20  objection.

10:16:26 21          **MS. PERSICO:**  You can just say, "Objection,

10:16:27 22  form."  They're all preserved.  We know this,

10:16:30 23  right?

*Valentino Dixon - Ms. Persico - 06/07/2022*

20

10:16:31  1          **MR. BRUSTIN:**  Okay, well, I think it's fine.

10:16:32  2  You have an objection to me saying what the actual

10:16:34  3  form objection is?

10:16:35  4          **MS. PERSICO:**  I think that the rules

10:16:36  5  prohibit that.

10:16:39  6          **MR. BRUSTIN:**  Okay.

10:16:45  7          **MS. PERSICO:**  You achieved your goal.  I

10:16:48  8  forgot what my question was.

10:16:50  9          Can you read that back?

10:16:51  10          **MR. BRUSTIN:**  That really wasn't my goal.

10:16:52  11          (The record was read as requested.)

10:17:12  12          **BY MS. PERSICO:**

10:17:12  13          Q.   He didn't come on a bike, right?

10:17:14  14          **MR. BRUSTIN:**  Objection to form.

10:17:15  15          **THE WITNESS:**  No.

10:17:19  16          **BY MS. PERSICO:**

10:17:20  17          Q.   That was my --

10:17:20  18          A.   I don't believe --

10:17:23  19          Q.   -- a bad question.  So you agree that

10:17:26  20  he --

10:17:26  21          A.   I have an explanation for that.

10:17:28  22          Q.   I don't -- I'll just ask the questions,

10:17:30  23  and then you can --

*Valentino Dixon - Ms. Persico - 06/07/2022*

21

| | | |
|---|---|---|
| 10:17:30 | 1 | **A.**    Okay. |
| 10:17:31 | 2 | **MR. BRUSTIN:**  You can always explain any |
| 10:17:33 | 3 | answer you want. |
| 10:17:33 | 4 | **THE WITNESS:**  Yes, I need to explain that. |
| 10:17:34 | 5 | **MR. BRUSTIN:**  Just let her ask the question |
| 10:17:36 | 6 | first. |
| 10:17:36 | 7 | **THE WITNESS:**  Okay. |
| 10:17:37 | 8 | **MR. BRUSTIN:**  Then you answer it the way you |
| 10:17:37 | 9 | see fit. |
| 10:17:37 | 10 | **BY MS. PERSICO:** |
| 10:17:37 | 11 | **Q.**    And I think your lawyer can ask you |
| 10:17:39 | 12 | whatever questions in follow-up he wants, but how |
| 10:17:42 | 13 | about when you and I are talking, you listen to my |
| 10:17:44 | 14 | questions and answer them, and if your lawyer wants |
| 10:17:46 | 15 | to follow up with additional questions, he can do |
| 10:17:49 | 16 | that, okay? |
| 10:17:49 | 17 | **MR. BRUSTIN:**  So let me say it again, |
| 10:17:51 | 18 | counselor.  You answer her question the way you |
| 10:17:54 | 19 | think it's appropriate to answer, okay? |
| 10:17:55 | 20 | **THE WITNESS:**  Okay. |
| 10:17:59 | 21 | **MS. PERSICO:**  This is going to be a long day. |
| 10:18:01 | 22 | **MR. BRUSTIN:**  It is what it has to be.  You |
| 10:18:03 | 23 | just ask questions.  This is serious -- this is |

*Valentino Dixon - Ms. Persico - 06/07/2022*

22

10:18:05  1   serious business.  Just ask questions.

10:18:06  2        **MS. PERSICO:**  Well, and how about I ask the

10:18:07  3   questions and you stop testifying?

10:18:08  4        **MR. BRUSTIN:**  Why are you talking to me?

10:18:09  5   Just ask questions.  I'm not testifying.  Don't

10:18:11  6   instruct my witness not -- to answer the question

10:18:14  7   the way you want to.  He's going to answer it the

10:18:14  8   way he sees fit.

10:18:18  9        So let's just move on.  Ask questions.

10:18:18  10       **MS. PERSICO:**  Okay.  Stop coaching, and I'll

10:18:21  11  ask questions.

10:18:24  12       **MR. BRUSTIN:**  Great.

10:18:25  13       **MS. PERSICO:**  Okay.  He's actually very good

10:18:32  14  at making me forget what I'm doing.

10:18:45  15       Can you read it back, please?

10:18:45  16       (The record was read as requested.)

10:19:11  17  **BY MS. PERSICO:**

10:19:11  18       Q.   That's the question.  He didn't come on

10:19:14  19  a bike, right?

10:19:15  20       A.   No.  He did not come on a bike.

10:19:18  21       Q.   Thank you.

10:19:20  22       **MS. PERSICO:**  Would you like to take your

10:19:21  23  break now?

*Valentino Dixon - Ms. Persico - 06/07/2022*

23

10:19:22  1          **MR. BRUSTIN:**  Just 30 seconds, if you don't

10:19:23  2   mind.  Appreciate it.

10:19:25  3          **MS. PERSICO:**  Thanks.  We can go off.

10:19:31  4          (A recess was then taken at 10:19 a.m.)

10:20:42  5          **BY MS. PERSICO:**

10:20:43  6          Q.   So in keeping with our prior

10:20:44  7   questioning, if Leonard Brown testified at the

10:20:47  8   Grand Jury that Lamarr came on a bike, that would

10:20:50  9   also be false, correct?

10:20:52 10          **MR. BRUSTIN:**  Objection to form.

10:20:53 11          **THE WITNESS:**  I believe it to be.  I believe

10:20:56 12   it to be false.

10:20:57 13          **BY MS. PERSICO:**

10:20:57 14          Q.   Okay.  And -- and if Leonard Brown were

10:21:07 15   to testify at the Grand Jury that you were not at

10:21:12 16   Mario's house when Lamarr got there, that would

10:21:14 17   also be false --

10:21:16 18          **MR. BRUSTIN:**  Objection --

10:21:18 19          **BY MS. PERSICO:**

10:21:18 20          Q.   -- correct?

10:21:20 21          **MR. BRUSTIN:**  Sorry.  Objection to form.

10:21:21 22          **THE WITNESS:**  I believe that to be false.

10:21:24 23          **BY MS. PERSICO:**

*Valentino Dixon - Ms. Persico - 06/07/2022*

24

10:21:24  1          **Q.**   Similarly, if Leonard Brown testified

10:21:28  2    at the -- at the Grand Jury -- strike that.

10:21:38  3          If -- if Mr. Scott testified at the Grand

10:21:50  4    Jury that you drove him to Mario's house on the

10:21:54  5    night in question in your red Mazda RX-7, that

10:21:59  6    would be true, correct?

10:22:00  7          **MR. BRUSTIN:**  Objection to form.

10:22:02  8          **THE WITNESS:**  That would be true.

10:22:03  9          **BY MS. PERSICO:**

10:22:18 10          **Q.**   Do you recall at some point on

10:22:21 11    August 10th, 1991, being arrested by the Buffalo

10:22:25 12    police?

10:22:28 13          **A.**   Yes, I recall.

10:22:28 14          **Q.**   And you -- you went to the police

10:22:37 15    station and gave a statement; is that correct?

10:22:39 16          **A.**   Yes.

10:22:41 17          **Q.**   And you were -- when you were arrested,

10:22:45 18    that was on Delavan?

10:22:49 19          **A.**   Yes.

10:22:51 20          **Q.**   And I think your prior testimony was

10:22:53 21    that you returned to Delavan to pick up one of your

10:22:57 22    cars; is that correct?

10:22:58 23          **MR. BRUSTIN:**  Objection to form.

*Valentino Dixon - Ms. Persico - 06/07/2022*

| | | |
|---|---|---|
| 10:23:00 | 1 | **THE WITNESS:** Yes. |
| 10:23:01 | 2 | **BY MS. PERSICO:** |
| 10:23:01 | 3 | **Q.** And it was at that time when you went |
| 10:23:03 | 4 | to retrieve the car that you were arrested. |
| 10:23:06 | 5 | **MR. BRUSTIN:** Objection to form. |
| 10:23:07 | 6 | **THE WITNESS:** Yes. |
| 10:23:08 | 7 | **BY MS. PERSICO:** |
| 10:23:16 | 8 | **Q.** So prior to giving your statement at |
| 10:23:21 | 9 | the police station, you were advised of your |
| 10:23:24 | 10 | rights; is that correct? |
| 10:23:28 | 11 | **A.** I don't recall. |
| 10:23:45 | 12 | **MS. PERSICO:** Can we just take a quick break |
| 10:23:47 | 13 | so we can mark something? |
| | 14 | **The following was marked for Identification:** |
| | 15 | **COUNTY EXH. 1** **document dated August 10th,** |
| | 16 | **1991, Bates numbers** |
| | 17 | **COE001524 through COE001526** |
| 10:25:30 | 18 | **BY MS. PERSICO:** |
| 10:25:32 | 19 | **Q.** Mr. Dixon, I'm going to hand you what |
| 10:25:34 | 20 | has been marked as County 1 in connection with |
| 10:25:39 | 21 | today's deposition, and I'd just ask you to take a |
| 10:25:44 | 22 | quick look at that, please. |
| 10:25:49 | 23 | **MR. BRUSTIN:** You want him to read it or |

*Valentino Dixon - Ms. Persico - 06/07/2022*

26

| | | |
|---|---|---|
| 10:25:51 | 1 | just -- |
| 10:25:51 | 2 | **BY MS. PERSICO:** |
| 10:25:53 | 3 | **Q.**   Just have a look, and I'll ask you some |
| 10:25:54 | 4 | questions.  Let me know when you've had a chance to |
| 10:25:57 | 5 | look it over to your satisfaction. |
| 10:25:59 | 6 | **A.**   Yes, I'm familiar with this statement. |
| 10:26:02 | 7 | I've read it a million times, so -- |
| 10:26:04 | 8 | **Q.**   So -- so this is the statement -- or |
| 10:26:08 | 9 | this is a copy -- a copy of the statement that you |
| 10:26:14 | 10 | gave to the Buffalo police on August 10th, 1991? |
| 10:26:19 | 11 | **MR. BRUSTIN:**  Objection to form. |
| 10:26:21 | 12 | **THE WITNESS:**  Yes. |
| 10:26:22 | 13 | **BY MS. PERSICO:** |
| 10:26:22 | 14 | **Q.**   And just for the record, this |
| 10:26:24 | 15 | particular Exhibit, which I'm sure has been marked |
| 10:26:27 | 16 | before, so I apologize, is -- that we're looking at |
| 10:26:30 | 17 | is COE1524 through 1526. |
| 10:26:38 | 18 | Do you see those numbers on the bottom of |
| 10:26:40 | 19 | the page there on the right-hand side? |
| 10:26:41 | 20 | **A.**   Yes. |
| 10:26:41 | 21 | **Q.**   Okay.  Those -- those are what we call |
| 10:26:45 | 22 | Bates stamps to identify the documents for us, so |
| 10:26:53 | 23 | it doesn't necessarily have anything to do with the |

*Valentino Dixon - Ms. Persico - 06/07/2022*

27

10:26:55  1  document itself.

10:26:58  2        And do you see on the top of that document

10:27:04  3  your name and date of birth and address?

10:27:07  4        **A.**    Yes.

10:27:08  5        **Q.**    And do you see that you were duly

10:27:18  6  sworn?

10:27:18  7        **A.**    Yes.

10:27:19  8        **Q.**    And do you see after that that you were

10:27:24  9  advised that you had the right to remain silent?

10:27:27 10        **A.**    Yes.

10:27:28 11        **Q.**    And that anything you say can be used

10:27:31 12  against you in a court of law, and you said that

10:27:34 13  you understood that?

10:27:35 14        **MR. BRUSTIN:**  Objection to form.  You're

10:27:38 15  asking if that's what the document says.

10:27:40 16        **MS. PERSICO:**  Yes.

10:27:41 17        **THE WITNESS:**  Yes.

10:27:41 18        **BY MS. PERSICO:**

10:27:46 19        **Q.**    And -- well, let's clear that up.

10:27:51 20        Can you turn to the last page of that

10:27:53 21  document, which is County -- COE1526?

10:28:00 22        **A.**    Yes.

10:28:00 23        **Q.**    Okay.  Do you see your signature on

| | | |
|---|---|---|
| 10:28:06 | 1 | that page? |
| 10:28:06 | 2 | **A.**    Yes. |
| 10:28:07 | 3 | **Q.**    And did you have an opportunity to read |
| 10:28:14 | 4 | this document in 1991 before you signed it? |
| 10:28:20 | 5 | **A.**    I don't remember. |
| 10:28:23 | 6 | **Q.**    It -- that is your signature at the |
| 10:28:29 | 7 | middle of the last page, COE1526? |
| 10:28:35 | 8 | **A.**    Yes, it is. |
| 10:28:43 | 9 | **Q.**    And do you see there the second to last |
| 10:28:48 | 10 | question where it says:  I am now going to have you |
| 10:28:52 | 11 | read this statement now and ask you if it is going |
| 10:28:54 | 12 | to be correct.  If it is not, I will change it.  Is |
| 10:28:59 | 13 | it all right? |
| 10:29:01 | 14 | And the answer says:  It okay. |
| 10:29:06 | 15 | Possibly a typo, but do you have any reason |
| 10:29:08 | 16 | to believe that you did not read that statement? |
| 10:29:15 | 17 | **MR. BRUSTIN:**  Objection to form. |
| 10:29:17 | 18 | **THE WITNESS:**  I don't remember reading it. |
| 10:29:18 | 19 | **BY MS. PERSICO:** |
| 10:29:18 | 20 | **Q.**    Okay.  Do you have any reason to |
| 10:29:19 | 21 | believe that -- that what's -- what's written there |
| 10:29:24 | 22 | in the Q&A on the page is incorrect? |
| 10:29:28 | 23 | **MR. BRUSTIN:**  Objection to form. |

*Valentino Dixon - Ms. Persico - 06/07/2022*

29

10:29:29  1        **THE WITNESS:**  It appears to be accurate.

10:29:30  2        **BY MS. PERSICO:**

10:29:32  3        **Q.**   Okay.  So -- so before you gave the

10:29:42  4   statement that we're talking about, you were

10:29:45  5   essentially read your rights and informed that you

10:29:48  6   could have an attorney, that anything you said

10:29:52  7   could be used against you, et cetera.

10:29:54  8        You were advised of that, correct?

10:29:57  9        **MR. BRUSTIN:**  Objection to form.

10:29:58  10       **THE WITNESS:**  It appears that I was, you

10:30:01  11  know.

10:30:03  12       **BY MS. PERSICO:**

10:30:04  13       **Q.**   So in that -- in that statement on the

10:30:19  14  second page, which is COE1525 -- are you on that

10:30:26  15  page?

10:30:27  16       **A.**   Yes.

10:30:29  17       **Q.**   Do you -- do you see the -- one, two --

10:30:32  18  third question down where you were asked:  Did you

10:30:35  19  ever have a TEC-9 machine pistol?

10:30:40  20       Do you see that?

10:30:43  21       **A.**   I see it.

10:30:44  22       **Q.**   Okay.  And that was a question that you

10:30:47  23  were asked by the detective at that time, correct?

*Valentino Dixon - Ms. Persico - 06/07/2022*

30

| | | |
|---|---|---|
| 10:30:52 | 1 | **A.**    Yes. |
| 10:30:52 | 2 | **Q.**    And your answer to that question was |
| 10:30:55 | 3 | no; is that correct? |
| 10:30:56 | 4 | **A.**    Yes. |
| 10:30:57 | 5 | **Q.**    That was not true, correct? |
| 10:31:00 | 6 | **A.**    That was not true. |
| 10:31:01 | 7 | **Q.**    On that same page, second from the |
| 10:31:29 | 8 | bottom -- second -- yes, second question from the |
| 10:31:32 | 9 | bottom, you were asked:  Do you know the people |
| 10:31:33 | 10 | that were doing the shooting? |
| 10:31:35 | 11 | Do you see that? |
| 10:31:35 | 12 | **A.**    Yes. |
| 10:31:37 | 13 | **Q.**    And you responded no; is that correct? |
| 10:31:39 | 14 | **A.**    Yes. |
| 10:31:40 | 15 | **Q.**    And that was not true. |
| 10:31:43 | 16 | **A.**    That was not true. |
| 10:31:44 | 17 | **Q.**    On the last page of the Exhibit, third |
| 10:32:24 | 18 | question from -- from the end, you were asked: |
| 10:32:29 | 19 | Is there anything else you can add that |
| 10:32:32 | 20 | would help me in this investigation? |
| 10:32:34 | 21 | Do you see that? |
| 10:32:35 | 22 | **A.**    Yes, I do. |
| 10:32:37 | 23 | **Q.**    And you answered:  Everything happened |

| | | |
|---|---|---|
| 10:32:40 | 1 | so fast and when I was running and I got half a |
| 10:32:42 | 2 | glance and there was six people in the middle of |
| 10:32:44 | 3 | the street. |
| 10:32:46 | 4 | That was your answer, correct? |
| 10:32:47 | 5 | **A.**   Yes. |
| 10:32:54 | 6 | **Q.**   At that time, you did not tell the |
| 10:32:57 | 7 | police that Lamarr Scott was the one who did the |
| 10:33:02 | 8 | shooting, correct? |
| 10:33:03 | 9 | **A.**   No, I didn't tell them. |
| 10:33:04 | 10 | **Q.**   And you did not tell them that you |
| 10:33:14 | 11 | brought Lamarr and the gun to Mario Jarmon's house. |
| 10:33:19 | 12 | **A.**   No. |
| 10:33:19 | 13 | **Q.**   And you did not tell them that you were |
| 10:33:25 | 14 | paged by Leonard Brown to -- to come over to |
| 10:33:30 | 15 | Mario's house because there was some trouble with |
| 10:33:33 | 16 | the Jackson brothers. |
| 10:33:34 | 17 | **MR. BRUSTIN:**  Objection to form. |
| 10:33:36 | 18 | **THE WITNESS:**  No. |
| 10:33:37 | 19 | **BY MS. PERSICO:** |
| 10:33:56 | 20 | **Q.**   So after you were arrested on |
| 10:34:18 | 21 | August 10th, 1991, you were taken to central |
| 10:34:24 | 22 | booking to be booked; is that correct? |
| 10:34:25 | 23 | **A.**   Yes. |

| | | |
|---|---|---|
| 10:34:26 | 1 | Q.   And then were you transferred to the |
| 10:34:31 | 2 | holding center at that time? |
| 10:34:33 | 3 | A.   I believe I was. |
| 10:34:34 | 4 | Q.   And -- and let me back up. |
| 10:34:41 | 5 | While you were at the police station giving |
| 10:34:44 | 6 | your statement -- or -- or after that, I should |
| 10:34:50 | 7 | say, your attorney, Sean Hill, arrived at the |
| 10:34:54 | 8 | police station; is that correct? |
| 10:34:55 | 9 | A.   I believe so. |
| 10:34:56 | 10 | Q.   Did you call him? |
| 10:34:58 | 11 | MR. BRUSTIN:  So I'm going to object to any |
| 10:35:02 | 12 | conversations he had -- I'll let him answer this, |
| 10:35:05 | 13 | but I just want to make you -- you understand I'm |
| 10:35:07 | 14 | going to object to any conversations you had with |
| 10:35:12 | 15 | your attorney.  We have not waived privilege. |
| 10:35:19 | 16 | BY MS. PERSICO: |
| 10:35:19 | 17 | Q.   Yes, Mr. Dixon, I don't -- I don't want |
| 10:35:21 | 18 | to know about the conversations that you had with |
| 10:35:23 | 19 | Mr. Hill.  I -- I asked whether you called him. |
| 10:35:28 | 20 | A.   I believe I did. |
| 10:35:29 | 21 | Q.   And had he represented you previously? |
| 10:35:36 | 22 | A.   Yes. |
| 10:35:38 | 23 | Q.   In connection with what? |

*Valentino Dixon - Ms. Persico - 06/07/2022*

33

| | | |
|---|---|---|
| 10:35:40 | 1 | **A.** Some gun possessions and an assault |
| 10:35:48 | 2 | case. |
| 10:35:49 | 3 | **Q.** When you say some gun possessions and |
| 10:35:51 | 4 | an assault case, you're talking about several |
| 10:35:54 | 5 | different cases? |
| 10:35:55 | 6 | **A.** Yes. |
| 10:35:57 | 7 | **Q.** Can you tell me about each one of |
| 10:35:59 | 8 | those, please? |
| 10:36:02 | 9 | **A.** Yes, well, I was pulled over and |
| 10:36:06 | 10 | arrested for gun possession. |
| 10:36:06 | 11 | (Mr. Russ entered the deposition.) |
| 10:36:10 | 12 | **BY MS. PERSICO:** |
| 10:36:10 | 13 | **Q.** Let me stop you there. And when was |
| 10:36:14 | 14 | that? |
| 10:36:14 | 15 | **A.** I believe in 1990, somewhere around |
| 10:36:19 | 16 | there. |
| 10:36:21 | 17 | **Q.** So in the gun possession charge from |
| 10:37:17 | 18 | 1990, tell me what happened there. |
| 10:37:22 | 19 | **A.** I was in traffic, and Buffalo police |
| 10:37:27 | 20 | had a habit of pulling me over a lot, and they |
| 10:37:30 | 21 | found the gun in my car. |
| 10:37:32 | 22 | **Q.** And -- and in that particular incident |
| 10:37:52 | 23 | that you're talking about, what kind of gun did |

*Valentino Dixon - Ms. Persico - 06/07/2022*

34

10:37:54  1  they find in your car?

10:37:55  2        **A.**    I believe it was a .22 caliber or a .25

10:37:58  3  caliber weapon.

10:38:03  4        **Q.**    In 1990, did you own both a .22 caliber

10:38:06  5  and a .25 caliber weapon?

10:38:09  6        **A.**    I did.

10:38:58  7        **Q.**    Was that the only time in 1990 that you

10:39:02  8  were arrested?

10:39:04  9        **A.**    No.

10:39:06 10        **Q.**    Okay.  Tell me about other times in

10:39:11 11  1990 that you were arrested.

10:39:12 12        **A.**    I was --

10:39:14 13        **MR. BRUSTIN:**  Just to be clear, so now

10:39:15 14  you're off -- you're not asking any more about

10:39:17 15  cases he was represented by Hill.  You're asking

10:39:20 16  him generally about arrests.

10:39:21 17        **MS. PERSICO:**  Yes.

10:39:22 18        **MR. BRUSTIN:**  Got you.

10:39:25 19        **THE WITNESS:**  I was arrested for assault.

10:39:30 20        **BY MS. PERSICO:**

10:39:30 21        **Q.**    What were the circumstances of that?

10:39:36 22        **MR. BRUSTIN:**  Objection to form.  Go ahead.

10:39:40 23        **THE WITNESS:**  A guy had robbed me, and I

*Valentino Dixon - Ms. Persico - 06/07/2022*

35

10:39:43  1  took a shot at him, at -- towards his foot area.

10:39:47  2        **BY MS. PERSICO:**

10:39:48  3        **Q.**   When you say you took a shot at him,

10:39:50  4  that was with a gun?

10:39:51  5        **A.**   With a rifle.

10:39:52  6        **Q.**   What kind of rifle was that?

10:39:54  7        **A.**   With a .22 rifle.

10:40:01  8        **Q.**   Did -- did Mr. Hill represent you in

10:40:04  9  connection with that charge?

10:40:05 10        **A.**   Yes.

10:40:11 11        **Q.**   Okay.  So any other arrests in 1990?

10:40:22 12        **A.**   Well, you would have to ask me about

10:40:25 13  anything that's before you, because I don't want to

10:40:27 14  speculate.  You know, it was so long ago, you know.

10:40:29 15        **Q.**   I'm just --

10:40:30 16        **A.**   Yes.

10:40:30 17        **Q.**   -- asking --

10:40:31 18        **A.**   I can't think of any more right now,

10:40:33 19  but if you mention -- you know, bring it to my

10:40:36 20  attention, then I can explain it.

10:40:37 21        **Q.**   Fair enough.  So in the -- in the gun

10:41:24 22  possession arrest that we were talking about first

10:41:29 23  in 1990 -- pardon me for the delay just one

*Valentino Dixon - Ms. Persico - 06/07/2022*

36

10:41:46  1  second -- you -- you said the police pulled you

10:41:52  2  over and discovered that you -- you had some guns.

10:41:55  3      **A.**    Yes.

10:41:56  4      **MR. BRUSTIN:**  Objection to form.

10:41:57  5      **BY MS. PERSICO:**

10:41:57  6      **Q.**    And did you have those guns hidden in a

10:42:01  7  secret compartment of your car?

10:42:03  8      **MR. BRUSTIN:**  Objection to form.

10:42:04  9      **THE WITNESS:**  They were in the middle

10:42:06 10  console of the car.  So constitute that a secret

10:42:11 11  compartment, it was a factory compartment.

10:42:14 12      **BY MS. PERSICO:**

10:42:14 13      **Q.**    Okay.  So we'll -- we'll come back to

10:42:32 14  those in a minute.  Let's -- let's go back to the

10:42:38 15  night of August 10th when you were -- were

10:42:44 16  arrested.

10:42:45 17      So -- sorry I got a little off track there.

10:42:50 18  We were talking about the fact that you -- you

10:42:51 19  think you were then taken to the Erie County

10:42:55 20  Holding Center once you were processed.

10:42:56 21      **A.**    I believe so.

10:42:58 22      **Q.**    And did you remain in the holding

10:43:04 23  center continuously from the time of that arrest

*Valentino Dixon - Ms. Persico - 06/07/2022*

37

10:43:12 1  through the trial of this meter?

10:43:15 2          A.   Yes.

10:43:15 3          Q.   Were you -- did Mr. Hill make a bail

10:43:19 4  application for you?

10:43:20 5          A.   Yes.

10:43:22 6          Q.   And so what happened?  You couldn't

10:43:24 7  make bail?

10:43:25 8          A.   Bail was not given.  Denied.

10:43:28 9          Q.   Okay.  Do you recall why bail was

10:43:30 10 denied?

10:43:30 11         A.   I don't recall.

10:43:32 12         Q.   Okay.  When you were arrested in 1991,

10:43:35 13 were -- were you already out on bail for a prior

10:43:39 14 gun charge?

10:43:40 15         A.   Yes.

10:43:40 16         Q.   And which gun charge was that?

10:43:45 17         A.   I believe the -- the same charge as we

10:43:48 18 just spoke of.

10:43:49 19         Q.   Okay.  Okay.  So the charge that we

10:43:54 20 were just talking about where the police pulled you

10:43:57 21 over and found two guns in your car, you were

10:43:59 22 arrested for that.

10:44:02 23         A.   Correct.

*Valentino Dixon - Ms. Persico - 06/07/2022*

38

10:44:02  1          **Q.**    And at that time, Mr. Hill represented

10:44:07  2    you, correct?

10:44:08  3          **A.**    Yes.

10:44:09  4          **Q.**    And made a bail application on your

10:44:11  5    behalf.

10:44:11  6          **A.**    Yes.

10:44:12  7          **Q.**    And at that time, you were let out on

10:44:15  8    bail.

10:44:16  9          **A.**    Yes.

10:44:16  10         **Q.**    Do you recall -- do you recall that one

10:44:27  11   of the conditions of your bail was that you were

10:44:31  12   not to possess any firearms during the period in

10:44:35  13   which you were out on bail?

10:44:39  14         **A.**    I don't recall.

10:44:46  15         **Q.**    So you're in the holding center on the

10:44:51  16   10th of August, 1991, and you'd been in the holding

10:45:00  17   center before, correct?

10:45:02  18         **A.**    Yes.

10:45:03  19         **Q.**    So when you were in the holding center,

10:45:15  20   who did you call first?

10:45:18  21         **A.**    I don't remember.  Maybe my mom.

10:45:20  22         **Q.**    Okay.  And you called Mario Jarmon?

10:45:29  23         **A.**    No.

*Valentino Dixon - Ms. Persico - 06/07/2022*

39

| | | |
|---|---|---|
| 10:45:31 | 1 | **Q.**   Did you call Leonard Brown? |
| 10:45:33 | 2 | **A.**   No. |
| 10:45:33 | 3 | **Q.**   So you've always known exactly what |
| 10:46:17 | 4 | happened on the night of August 10th, 1991, |
| 10:46:21 | 5 | relative to the shooting of -- of Torri, right? |
| 10:46:27 | 6 | **MR. BRUSTIN:**  Objection to form. |
| 10:46:29 | 7 | **THE WITNESS:**  Pretty much, I believe. |
| 10:46:31 | 8 | **BY MS. PERSICO:** |
| 10:46:32 | 9 | **Q.**   Well, you were there, right? |
| 10:46:35 | 10 | **MR. BRUSTIN:**  Objection to form. |
| 10:46:35 | 11 | **THE WITNESS:**  Yes, I was there. |
| 10:46:36 | 12 | **BY MS. PERSICO:** |
| 10:46:36 | 13 | **Q.**   Okay.  So -- so you are in the unique |
| 10:46:45 | 14 | position of having been the person who brought the |
| 10:46:52 | 15 | weapon and Lamarr Scott to the scene of the |
| 10:46:58 | 16 | shooting, right? |
| 10:46:59 | 17 | **MR. BRUSTIN:**  Objection to form. |
| 10:47:00 | 18 | **THE WITNESS:**  I brought them to Mario's |
| 10:47:04 | 19 | house. |
| 10:47:04 | 20 | **BY MS. PERSICO:** |
| 10:47:05 | 21 | **Q.**   Okay.  And you -- you knew why you were |
| 10:47:09 | 22 | going to Mario's house, right? |
| 10:47:11 | 23 | **MR. BRUSTIN:**  Objection to form. |

*Valentino Dixon - Ms. Persico - 06/07/2022*

40

10:47:12  1          THE WITNESS:  I knew that there was trouble.

10:47:15  2   I didn't know how serious it was.

10:47:17  3          BY MS. PERSICO:

10:47:23  4          Q.   You heard from your -- you heard from

10:47:25  5   Leonard that there was trouble, correct?

10:47:27  6          MR. BRUSTIN:  Objection to form.

10:47:28  7          THE WITNESS:  Yes.

10:47:29  8          BY MS. PERSICO:

10:47:31  9          Q.   And you heard that the trouble involved

10:47:35  10  the Jackson family?

10:47:41  11         MR. BRUSTIN:  Objection to form.

10:47:42  12         THE WITNESS:  Yes.

10:47:42  13         BY MS. PERSICO:

10:47:42  14         Q.   And you knew that the trouble stemmed

10:47:44  15  from one of the Jackson brothers holding a gun to

10:47:47  16  your brother Toine's head some weeks earlier,

10:47:51  17  right?

10:47:51  18         MR. BRUSTIN:  Objection to form.

10:47:52  19         THE WITNESS:  Yes.

10:47:52  20         BY MS. PERSICO:

10:47:55  21         Q.   And you -- you knew the trouble was

10:48:01  22  serious enough for you to bring a weapon, right?

10:48:06  23         A.   No.

| | | |
|---|---|---|
| 10:48:08 | 1 | **Q.**   Well, you brought the -- the weapon, |
| 10:48:10 | 2 | correct? |
| 10:48:10 | 3 | **A.**   Yes. |
| 10:48:11 | 4 | **Q.**   Did you -- did you just drive around in |
| 10:48:16 | 5 | your RX-7 with the TEC-9 in it? |
| 10:48:19 | 6 | **MR. BRUSTIN:**  Objection to form. |
| 10:48:21 | 7 | **THE WITNESS:**  No. |
| 10:48:21 | 8 | **BY MS. PERSICO:** |
| 10:48:21 | 9 | **Q.**   So you -- you consciously -- let me |
| 10:48:25 | 10 | back up a little bit. |
| 10:48:26 | 11 | I think you said that when you were paged by |
| 10:48:29 | 12 | Leonard, you weren't sure where you were, right? |
| 10:48:32 | 13 | **A.**   Yes. |
| 10:48:36 | 14 | **Q.**   So you may or may not have been at your |
| 10:48:40 | 15 | house on Lisbon, right? |
| 10:48:42 | 16 | **A.**   Yes. |
| 10:48:45 | 17 | **Q.**   Either way, you made a conscious |
| 10:48:48 | 18 | decision to get the TEC-9 from your house on Lisbon |
| 10:48:52 | 19 | and put it in your car, right? |
| 10:48:54 | 20 | **A.**   Yes. |
| 10:48:56 | 21 | **Q.**   And you did that in response to the -- |
| 10:49:00 | 22 | the page and subsequent conversation with Leonard, |
| 10:49:04 | 23 | right? |

*Valentino Dixon - Ms. Persico - 06/07/2022*

42

| | | |
|---|---|---|
| 10:49:04 | 1 | **A.** Yes. |
| 10:49:39 | 2 | **MS. PERSICO:** Do you mind if we just take a |
| 10:49:43 | 3 | break for a five minutes? |
| 10:49:44 | 4 | **MR. BRUSTIN:** Sure. |
| 10:49:44 | 5 | (A recess was then taken at 10:49 a.m.) |
| 10:59:54 | 6 | **BY MS. PERSICO:** |
| 10:59:57 | 7 | **Q.** So Mr. Dixon, when -- when we spoke |
| 11:00:01 | 8 | earlier when I -- I asked about whether or not you |
| 11:00:07 | 9 | had seen what was marked as County 1, which was |
| 11:00:13 | 10 | your statement to the BPD, you said you've had that |
| 11:00:17 | 11 | document for 30 years, and so I got the impression |
| 11:00:20 | 12 | that you have reviewed the relevant documents in |
| 11:00:25 | 13 | this case many times over the years. |
| 11:00:32 | 14 | Is that a correct impression? |
| 11:00:35 | 15 | **MR. BRUSTIN:** Objection to form. |
| 11:00:36 | 16 | **THE WITNESS:** Yes, when fighting for my |
| 11:00:39 | 17 | freedom, yes. |
| 11:00:40 | 18 | **BY MS. PERSICO:** |
| 11:00:40 | 19 | **Q.** Okay. So you've had a chance to look |
| 11:00:42 | 20 | over the statements of the other witnesses in this |
| 11:00:47 | 21 | matter, right? |
| 11:00:50 | 22 | **MR. BRUSTIN:** Objection to form. |
| 11:00:51 | 23 | **THE WITNESS:** Yes. |

*Valentino Dixon - Ms. Persico - 06/07/2022*

43

11:00:51  1        **BY MS. PERSICO:**

11:00:52  2        **Q.**   So, you know -- for example, you've --

11:00:54  3    you've read the statement that Leonard Brown gave

11:00:58  4    to the police, right?

11:00:59  5        **A.**   Yes.

11:01:00  6        **Q.**   And have you also had an opportunity to

11:01:05  7    read the Grand Jury testimony in this case?

11:01:10  8        **A.**   Not recently, but yes, over the years.

11:01:14  9        **Q.**   Okay.  And did you have an opportunity

11:01:19 10    to view the videotaped confession made by Lamarr

11:01:24 11    Scott on August 12th, 1991?

11:01:28 12        **A.**   About a month ago.

11:01:29 13        **Q.**   Okay.  For the first time?

11:01:31 14        **A.**   Yes, and I was going through Channel 2

11:01:35 15    News, all the stuff that Channel 2 News did, and

11:01:39 16    that was the first time I seen it.

11:01:40 17        **Q.**   So you'd never seen -- prior to a month

11:01:43 18    ago, you'd never seen that videotaped confession.

11:01:47 19        **A.**   No.

11:01:48 20        **Q.**   So I'm going to --

11:02:40 21        **MS. PERSICO:**  Can you just mark this?

        22    **The following was marked for Identification:**

        23     **COUNTY EXH. 2          document dated 8-12-91,**

*Valentino Dixon - Ms. Persico - 06/07/2022*

44

|  |  |  |
|---|---|---|
|  | 1 | **Bates numbers COE001560** |
|  | 2 | **through COE001561** |
| 11:03:29 | 3 | **BY MS. PERSICO:** |
| 11:03:30 | 4 | **Q.** Mr. Dixon, you've just been handed what |
| 11:03:33 | 5 | has been marked as County 2, which is Bates stamped |
| 11:03:37 | 6 | COE1560 and 1561, for the record. |
| 11:03:44 | 7 | That is a statement of Leonard Brown given |
| 11:03:50 | 8 | to the Buffalo police on 8/12/91. Do you see that? |
| 11:03:56 | 9 | **A.** Yes. |
| 11:03:56 | 10 | **Q.** And is this one of the statements we |
| 11:04:01 | 11 | talked about earlier that you said you'd had an |
| 11:04:04 | 12 | opportunity to review? |
| 11:04:06 | 13 | **A.** Yes. |
| 11:04:10 | 14 | **Q.** And you understand this to be -- well, |
| 11:04:13 | 15 | let me -- let me back up. |
| 11:04:14 | 16 | What is your relation to Leonard Brown, if |
| 11:04:18 | 17 | any? |
| 11:04:20 | 18 | **A.** He's a half-brother, but not by |
| 11:04:23 | 19 | paternal or anything like that. |
| 11:04:26 | 20 | **Q.** Okay. So -- |
| 11:04:27 | 21 | **A.** My father was a -- is like a stepfather |
| 11:04:32 | 22 | to him. |
| 11:04:32 | 23 | **Q.** So while your father was not his |

*Valentino Dixon - Ms. Persico - 06/07/2022*

45

| | | |
|---|---|---|
| 11:04:34 | 1 | biological father -- |
| 11:04:35 | 2 | **A.**   Yes. |
| 11:04:36 | 3 | **Q.**   -- your father was in a relationship |
| 11:04:38 | 4 | with Leonard Brown's mother. |
| 11:04:46 | 5 | **A.**   Yes. |
| 11:04:46 | 6 | **Q.**   Okay.  And in 1991, were you close with |
| 11:04:50 | 7 | Leonard Brown? |
| 11:04:50 | 8 | **A.**   Sort of. |
| 11:04:56 | 9 | **Q.**   So I'm going to ask you to just take a |
| 11:04:58 | 10 | minute to take a -- a read through this statement, |
| 11:05:05 | 11 | and then I'm going to ask you some questions about |
| 11:05:07 | 12 | it. |
| 11:05:07 | 13 | Take as much time as you need to read it.  I |
| 11:05:10 | 14 | realize it's single-spaced, so let me know when |
| 11:05:14 | 15 | you've had an opportunity to review. |
| 11:05:16 | 16 | **MR. BRUSTIN:**  Do you want him to read it? |
| 11:05:18 | 17 | **MS. PERSICO:**  Not out loud, but I would like |
| 11:05:20 | 18 | him to review the -- yes, I would like him to read |
| 11:05:22 | 19 | the statement. |
| 11:06:46 | 20 | **THE WITNESS:**  Okay.  I'm done. |
| 11:06:49 | 21 | **BY MS. PERSICO:** |
| 11:06:49 | 22 | **Q.**   Okay.  In the -- in the middle of the |
| 11:06:54 | 23 | first page, which is COE1560 -- I know it's a |

*Valentino Dixon - Ms. Persico - 06/07/2022*

46

| | | |
|---|---|---|
| 11:07:00 | 1 | little difficult to see because the type is so |
| 11:07:03 | 2 | small, but there is a -- a Q where then it says: |
| 11:07:09 | 3 | The Buffalo Police Homicide Section is |
| 11:07:14 | 4 | presently investigating a shooting. |
| 11:07:16 | 5 | Do you see that question? |
| 11:07:17 | 6 | **A.** Yes. |
| 11:07:18 | 7 | **MR. BRUSTIN:** I don't. |
| 11:07:20 | 8 | **MS. PERSICO:** Okay. It's the one -- |
| 11:07:22 | 9 | **MR. BRUSTIN:** Oh, I got it. |
| 11:07:24 | 10 | **BY MS. PERSICO:** |
| 11:07:24 | 11 | **Q.** And then there's an A after that |
| 11:07:26 | 12 | question. See that? Like an answer? |
| 11:07:30 | 13 | **A.** Yes. |
| 11:07:30 | 14 | **Q.** Okay. I'm just trying to orient you |
| 11:07:36 | 15 | without having to -- to read through the whole |
| 11:07:39 | 16 | thing, but midway, I guess, in that answer, do you |
| 11:07:45 | 17 | see a sentence that says: |
| 11:07:48 | 18 | We went into the house, and my little |
| 11:07:50 | 19 | brother called Tino, that's Valentino Dixon. |
| 11:07:54 | 20 | **MR. BRUSTIN:** Why don't you give us like a |
| 11:07:56 | 21 | general how many lines down. |
| 11:07:57 | 22 | **MS. PERSICO:** It's -- it's -- it's 15 from |
| 11:08:06 | 23 | the bottom. |

*Valentino Dixon - Ms. Persico - 06/07/2022*

47

11:08:09 1          **MR. BRUSTIN:**  You're saying "my little

11:08:12 2  brother" -- 15 lines from the bottom, you said?

11:08:15 3          **MS. PERSICO:**  Yes.  "We went into the house,

11:08:18 4  and my little brother called Tino, that's Valentino

11:08:22 5  Dixon."

11:08:23 6          **MR. BRUSTIN:**  I'm sorry.  Are you sure it's

11:08:34 7  15 from the bottom?

11:08:35 8          **MS. PERSICO:**  From the bottom of that

11:08:36 9  paragraph.

11:08:45 10          **MR. BRUSTIN:**  Oh, I see it.  So this one.

11:08:48 11          **MS. PERSICO:**  Yes.

11:08:49 12          **MR. BRUSTIN:**  "We went into the house."  Do

11:08:50 13  you see that?

11:08:51 14          **THE WITNESS:**  Yes.

11:08:51 15          **MR. BRUSTIN:**  Okay.

11:08:51 16          **MS. PERSICO:**  Okay.  We all know where we

11:08:53 17  are?

11:08:54 18          **MR. BRUSTIN:**  Yes.

11:08:54 19          **MS. PERSICO:**  I'm sorry it's --

11:08:55 20          **MR. BRUSTIN:**  It's hard to read.

11:08:57 21          **MS. PERSICO:**  Yes.

11:08:59 22          **BY MS. PERSICO:**

11:09:00 23          Q.   Okay.  So do you see where it says:

11:09:02  1          We went into the house, and my little

11:09:04  2   brother called Tino, that's Valentino Dixon.  It

11:09:07  3   took Tino around 45 minutes to get there.  When he

11:09:11  4   came, he was with Lamarr.

11:09:12  5          Do you see that?

11:09:13  6          **A.**   Yes.

11:09:14  7          **Q.**   Okay.  And that -- that statement is in

11:09:22  8   agreement with the description of the night's

11:09:25  9   events that you provided to us earlier, right?

11:09:28 10          **MR. BRUSTIN:**  Objection to form.

11:09:29 11          **THE WITNESS:**  No, not -- it's not accurate,

11:09:32 12   okay, because I believe that Leonard called me, not

11:09:36 13   Antoine.

11:09:37 14          **BY MS. PERSICO:**

11:09:37 15          **Q.**   Okay.

11:09:38 16          **A.**   Yes.

11:09:39 17          **Q.**   In any event, one of them called you.

11:09:42 18          **A.**   Yes.

11:09:42 19          **Q.**   And if he were to say it took you

11:09:45 20   around 45 minutes to get there and you came with

11:09:47 21   Lamarr, that would be in keeping with what we

11:09:50 22   talked about earlier.

11:09:51 23          **MR. BRUSTIN:**  Objection to form.

*Valentino Dixon - Ms. Persico - 06/07/2022*

49

| | | |
|---|---|---|
| 11:09:52 | 1 | **THE WITNESS:** Well, not necessarily. I |
| 11:09:57 | 2 | don't believe the 45 minutes. Could have been an |
| 11:09:58 | 3 | hour, two hours later, you know. |
| 11:09:58 | 4 | **BY MS. PERSICO:** |
| 11:10:00 | 5 | **Q.** Okay. |
| 11:10:00 | 6 | **A.** Yes. |
| 11:10:01 | 7 | **Q.** But I guess my point is they called |
| 11:10:04 | 8 | you, and you arrived with Lamarr. |
| 11:10:07 | 9 | **A.** Yes. |
| 11:10:07 | 10 | **Q.** Okay. Now, when Leonard Brown |
| 11:10:16 | 11 | testified at the Grand Jury, he -- he testified |
| 11:10:19 | 12 | that Lamarr came on a -- on a bicycle. |
| 11:10:28 | 13 | And that, we established earlier, was |
| 11:10:30 | 14 | incorrect, right? |
| 11:10:31 | 15 | **MR. BRUSTIN:** Objection to form. |
| 11:10:32 | 16 | **THE WITNESS:** I know that I brought him in |
| 11:10:36 | 17 | my car. |
| 11:10:37 | 18 | **BY MS. PERSICO:** |
| 11:10:37 | 19 | **Q.** Okay. |
| 11:10:37 | 20 | **A.** Okay? |
| 11:10:38 | 21 | **Q.** So -- |
| 11:10:39 | 22 | **MR. BRUSTIN:** Are you done answering? |
| 11:10:41 | 23 | **THE WITNESS:** No. And I dropped him off, |

*Valentino Dixon - Ms. Persico - 06/07/2022*

50

11:10:43  1  and then I left at some point, and I came back to

11:10:45  2  the scene.  You know, this is what I was trying to

11:10:48  3  explain to you earlier.

11:10:49  4      **BY MS. PERSICO:**

11:10:49  5      **Q.**  Okay.  If you -- well, so you -- you

11:10:55  6  said to me earlier -- when I asked you if -- if

11:10:59  7  Leonard said that Lamarr came on a bike, that would

11:11:04  8  have been incorrect, you agreed with me.

11:11:07  9      **MR. BRUSTIN:**  Objection to form.

11:11:08 10      **THE WITNESS:**  Well, I agreed with you

11:11:10 11  because I know I brought Lamarr in the car.

11:11:13 12      **BY MS. PERSICO:**

11:11:13 13      **Q.**  Okay.

11:11:14 14      **A.**  Okay.  And at some point I left, and I

11:11:16 15  left for maybe an hour or two.  Then I came back.

11:11:22 16      **Q.**  This statement that --

11:11:23 17      **A.**  I don't know what happened between that

11:11:24 18  time.

11:11:25 19      **Q.**  I'm not asking about that.

11:11:26 20      **A.**  Yes.

11:11:26 21      **Q.**  This statement that we just looked at

11:11:31 22  given by Leonard Brown indicates that you and

11:11:37 23  Lamarr arrived together at Mario's house, right?

*Valentino Dixon - Ms. Persico - 06/07/2022*

51

| | | |
|---|---|---|
| 11:11:43 | 1 | **A.**   Yes. |
| 11:11:43 | 2 | **MR. BRUSTIN:**  Objection to form. |
| 11:11:44 | 3 | **BY MS. PERSICO:** |
| 11:11:45 | 4 | **Q.**   And then in your interview with the |
| 11:11:53 | 5 | ADAs in August of 2018, they asked you about |
| 11:12:03 | 6 | Leonard changing his story in his Grand Jury |
| 11:12:06 | 7 | testimony.  Do you remember talking with them about |
| 11:12:08 | 8 | that? |
| 11:12:09 | 9 | **A.**   I don't remember that. |
| 11:12:10 | 10 | **Q.**   Okay.  Why don't we take a minute to |
| 11:12:19 | 11 | have a look at that video, okay? |
| 11:12:22 | 12 | **MS. PERSICO:**  Might as well go off for a |
| 11:12:23 | 13 | second. |
| 11:12:24 | 14 |          (Off the record: 11:12 a.m.) |
| 11:13:42 | 15 |          (On the record: 11:13 a.m.) |
| 11:13:43 | 16 | **MS. PERSICO:**  So for the record, this was |
| 11:13:49 | 17 | County of Erie -- |
| 11:13:57 | 18 | **MR. BRUSTIN:**  Are you going to mark this? |
| 11:14:02 | 19 | **MS. PERSICO:**  Yes, let me just -- so this |
| 11:14:10 | 20 | was Bates stamp County of Erie 2556.  I think the |
| 11:14:23 | 21 | best that we can do in terms of marking this is |
| 11:14:26 | 22 | simply to -- to identify the timestamp. |
| 11:14:29 | 23 | **MR. BRUSTIN:**  Yes, that's fine.  Can we make |

*Valentino Dixon - Ms. Persico - 06/07/2022*

52

| | | |
|---|---|---|
| 11:14:31 | 1 | it an Exhibit?  You don't have to attach it to the |
| 11:14:37 | 2 | transcript. |
| 11:14:37 | 3 | **MS. PERSICO:**  Yes. |
| 11:14:39 | 4 | **MR. BRUSTIN:**  Do you want to make it an |
| 11:14:40 | 5 | Exhibit? |
| 11:14:42 | 6 | **MS. PERSICO:**  Sure. |
| 11:14:42 | 7 | **MR. BRUSTIN:**  Yes. |
| 11:14:42 | 8 | **MS. PERSICO:**  County 3. |
| | 9 | **The following was marked for Identification:** |
| | 10 | **COUNTY EXH. 3       videotaped interview of** |
| | 11 | **Valentino Dixon dated** |
| | 12 | **8/31/2018, Bates number** |
| | 13 | **COE002556** |
| 11:15:02 | 14 | **BY MS. PERSICO:** |
| 11:15:03 | 15 | **Q.**   Mr. Dixon, what I have up on the screen |
| 11:15:04 | 16 | here is a videotape of an interview with you and |
| 11:15:14 | 17 | Assistant District Attorneys Sarah Dee and David |
| 11:15:20 | 18 | Heraty; Joseph Lee, their investigator; |
| 11:15:25 | 19 | Mr. Thompson, your attorney; and yourself. |
| 11:15:27 | 20 | Can you see that? |
| 11:15:28 | 21 | **A.**   Yes. |
| 11:15:29 | 22 | **Q.**   And do you recall that interview taking |
| 11:15:33 | 23 | place? |

*Valentino Dixon - Ms. Persico - 06/07/2022*

53

11:15:33   1         A.    Yes.

11:15:36   2         Q.    And do you recall that this interview

11:15:43   3   happened the day after you took a polygraph

11:15:46   4   examination?

11:15:49   5         A.    I believe so.

11:15:52   6         Q.    And again, the purpose of this and the

11:15:55   7   prior interviews that you had with the District

11:15:58   8   Attorney's office was in furtherance of resolution

11:16:02   9   of your 440 motion seeking to vacate your

11:16:07  10   conviction, right?

11:16:08  11         MR. BRUSTIN:   Objection to form.

11:16:08  12         THE WITNESS:   Yes.

11:16:09  13         BY MS. PERSICO:

11:16:14  14         Q.    And you talk about a number of things

11:16:16  15   in this interview, and we'll probably go through a

11:16:19  16   couple of them, but -- but this -- we were talking

11:16:22  17   about -- right before I queued this up, that Mario

11:16:32  18   and Leonard changed their stories at the -- at the

11:16:35  19   Grand Jury, and they asked you about why.

11:16:38  20         So I'm going to play this for you.

11:16:45  21         MR. BRUSTIN:   Would you just mind stating

11:16:49  22   the start and end time, please?

11:16:51  23         MS. PERSICO:   Yes.  Okay.  So I'm going to

*Valentino Dixon - Ms. Persico - 06/07/2022*

54

11:16:58  1  start this particular portion at the 10:30:31 a.m.

11:17:07  2  mark.

11:17:28  3          (Video played.)

11:18:58  4          **BY MS. PERSICO:**

11:18:58  5          **Q.**   Okay.  Did you --

11:19:00  6          **MR. BRUSTIN:**  Can you say the stop time,

11:19:02  7  please?

11:19:02  8          **MS. PERSICO:**  Oh, I'm sorry.  So we ended

11:19:04  9  that clip at 10:31:41.

11:19:09 10          **BY MS. PERSICO:**

11:19:10 11          **Q.**   Mr. Dixon, could you hear what was said

11:19:11 12  on that -- on that videotape?

11:19:13 13          **A.**   Yes.

11:19:16 14          **Q.**   And did you hear the Assistant District

11:19:21 15  Attorneys ask you about the fact that Mario and

11:19:24 16  Leonard changed their testimony at the Grand Jury?

11:19:26 17          **A.**   Yes.

11:19:28 18          **Q.**   And did you understand that to be

11:19:36 19  the -- the change from the statements given to the

11:19:38 20  police that you and Lamarr arrived at Mario's and

11:19:45 21  then the subsequent Grand Jury testimony that

11:19:47 22  Lamarr arrived on a bike?

11:19:49 23          **MR. BRUSTIN:**  Objection to form.

*Valentino Dixon - Ms. Persico - 06/07/2022*

55

11:19:50  1          THE WITNESS:  Yes.

11:19:52  2          BY MS. PERSICO:

11:19:52  3          Q.   And did you understand that they were

11:19:54  4   trying to figure out why Leonard and Mario changed

11:20:03  5   their story?

11:20:03  6          MR. BRUSTIN:  Objection to form.

11:20:04  7          THE WITNESS:  Yes.

11:20:05  8          BY MS. PERSICO:

11:20:07  9          Q.   And you indicated that it was possible

11:20:08 10   that your father, while trying to protect you or

11:20:15 11   whatever, told Mario and Leonard to change their

11:20:19 12   stories.

11:20:19 13          MR. BRUSTIN:  Objection to form.

11:20:20 14          THE WITNESS:  Yes, I -- it's possible.

11:20:25 15          BY MS. PERSICO:

11:20:25 16          Q.   Okay.  Now, going back briefly to

11:20:43 17   Lamarr Scott, you indicated that you never reviewed

11:20:46 18   his -- his videotaped confession from August 12th,

11:20:55 19   1991, until a month ago; is that right?

11:20:57 20          A.   Yes.

11:20:58 21          MR. BRUSTIN:  Objection to form.

11:20:59 22          BY MS. PERSICO:

11:21:24 23          Q.   And in that -- well, do you remember

*Valentino Dixon - Ms. Persico - 06/07/2022*

56

11:21:31  1  generally the substance of that videotaped

11:21:35  2  confession today?

11:21:36  3       **A.**   Yes.  I seen it about a month ago --

11:21:40  4       **Q.**   Okay.

11:21:41  5       **A.**   -- so I -- yes, I remember.  It was

11:21:42  6  only a couple minutes.  Not even that.

11:21:44  7       **Q.**   All right.

11:21:46  8       **MR. BRUSTIN:**  Are we talking about the same

11:21:47  9  thing?  You're talking about the television -- the

11:21:49 10  televised --

11:21:50 11       **MS. PERSICO:**  Yes.

11:21:50 12       **MR. BRUSTIN:**  Got you.

11:21:51 13       **BY MS. PERSICO:**

11:21:51 14       **Q.**   Talking about the Lamarr Scott

11:21:53 15  televised confession that he gave to Wanda Stark on

11:21:58 16  October -- on August 12th, 1991.

11:22:01 17       **A.**   Yes.

11:22:01 18       **Q.**   Okay.  And do you recall in that -- in

11:22:04 19  that confession, Lamarr Scott indicated that he

11:22:14 20  arrived on the scene on a bicycle?

11:22:25 21       **A.**   I believe that's what he said.

11:22:26 22       **Q.**   Okay.  And that would have been a lie.

11:22:29 23       **MR. BRUSTIN:**  Objection to form.

*Valentino Dixon - Ms. Persico - 06/07/2022*

57

11:22:30  1          **THE WITNESS:**  I remember taking him to the

11:22:34  2   scene.

11:22:34  3          **BY MS. PERSICO:**

11:22:43  4       **Q.**   And -- and -- well, actually, let's

11:22:50  5   have a look at the -- at the videotape.

11:22:53  6          **MS. PERSICO:**  Can we just go off for a

11:22:56  7   minute?

11:22:57  8              (Off the record: 11:22 a.m.)

11:23:14  9              (On the record: 11:23 a.m.)

11:23:15 10          **MS. PERSICO:**  Okay.  I'm going to mark as

11:23:17 11   County 4 the County of Erie Bates-stamped video

11:23:25 12   COE3997, and this is the Lamarr Scott confession of

11:23:31 13   August 12th, 1991.

         14   **The following was marked for Identification:**

         15    **COUNTY EXH. 4        videotaped interview of**

         16                           **Lamarr Scott dated**

         17                           **August 12, 1991, Bates**

         18                           **number COE003997**

11:23:46 19          **MR. BRUSTIN:**  If you could indicate, if you

11:24:23 20   wouldn't mind for the record, what we're playing.

11:24:25 21          **MS. PERSICO:**  I did.

11:24:27 22          **MR. BRUSTIN:**  The time.

11:24:28 23          **MS. PERSICO:**  Oh, it just has the -- it

*Valentino Dixon - Ms. Persico - 06/07/2022*

58

11:24:29  1  doesn't have the time of day or night.  It just has

11:24:32  2  the length of the video.

11:24:35  3       **MR. BRUSTIN:**  Okay.  I just think it's good

11:24:37  4  to be -- if we can just use that, that would be

11:24:40  5  great.  If we start at zero, and then when you

11:24:44  6  stop, say when you stop.

11:24:46  7       **MS. PERSICO:**  Sure.

11:24:46  8       **MR. BRUSTIN:**  Thank you.

11:24:46  9       (Video played.)

11:24:46  10      **BY MS. PERSICO:**

11:32:34  11      **Q.**   Now, I stopped that at the

11:32:36  12  eight-minute-21-second-mark.

11:32:40  13      In that -- in that picture, there's --

11:32:42  14  there's the reporter, who we know is Wanda Stark.

11:32:45  15  Who is the other person in that picture?

11:32:47  16      **A.**   Where?  Right there?

11:32:49  17      **Q.**   On the screen, yes.

11:32:50  18      **A.**   That's my father.

11:32:53  19      **Q.**   Okay.

11:33:42  20      (Video played.)

11:33:42  21      **BY MS. PERSICO:**

11:33:43  22      **Q.**   Now, I've stopped that at nine minutes

11:33:45  23  and four seconds.  There's -- there's no image on

| | | |
|---|---|---|
| 11:33:48 | 1 | the screen, but there was a -- a voice that we |
| 11:33:51 | 2 | could kind of hear. |
| 11:33:52 | 3 | Could you hear that voice? |
| 11:33:53 | 4 | **A.**    Yes. |
| 11:33:54 | 5 | **Q.**    Did you recognize that voice? |
| 11:33:55 | 6 | **A.**    Yes. |
| 11:33:56 | 7 | **Q.**    Who was that? |
| 11:33:56 | 8 | **A.**    My brother Antoine. |
| 11:34:03 | 9 | **Q.**    And were you able to make out what he |
| 11:34:07 | 10 | was saying? |
| 11:34:08 | 11 | **MR. BRUSTIN:**  Objection to form. |
| 11:34:09 | 12 | **THE WITNESS:**  To some extent. |
| 11:34:11 | 13 | **BY MS. PERSICO:** |
| 11:34:11 | 14 | **Q.**    Okay. |
| 11:34:12 | 15 | **A.**    He was saying that the guys pulled up |
| 11:34:14 | 16 | on Torriano Jackson.  He didn't say their names, |
| 11:34:21 | 17 | but he said that they pulled out a gun and he was |
| 11:34:23 | 18 | trying to talk to a girl. |
| 11:34:25 | 19 | This whole thing started over a girl. |
| 11:34:27 | 20 | **Q.**    Okay.  So is Antoine, during that |
| 11:34:28 | 21 | portion that we heard -- and we'll listen to the |
| 11:34:31 | 22 | rest of it -- is he describing the incident of -- |
| 11:34:34 | 23 | that occurred on August 10th or the -- the prior |

*Valentino Dixon - Ms. Persico - 06/07/2022*
60

11:34:37 1  incident?

11:34:38 2         MR. BRUSTIN:  Objection to form.

11:34:38 3         THE WITNESS:  Prior -- yes, the prior

11:34:40 4  incident.

11:34:40 5         BY MS. PERSICO:

11:34:40 6         Q.   Okay.  So I'll -- I'll continue.

11:34:42 7         A.   He mentioned a party or something.  He

11:34:47 8  mentioned a party.  I could hear him mention a

11:34:49 9  party.

11:34:50 10        Q.   Okay.

11:35:53 11        (Video played.)

11:35:53 12        BY MS. PERSICO:

11:35:53 13        Q.   I'm going to rewind that for -- I think

11:36:01 14  I will --

11:36:01 15        MR. BRUSTIN:  Where did you stop it?

11:36:03 16        MS. PERSICO:  I'm trying to find a place to

11:36:07 17  stop it.

11:36:21 18        So I've now stopped this at the ten minute

11:36:24 19  four second mark.

11:36:24 20        BY MS. PERSICO:

11:36:28 21        Q.   Mr. Valentino, can you see on the

11:36:30 22  right-hand part of the screen there is an

11:36:32 23  individual, a person there?

*Valentino Dixon - Ms. Persico - 06/07/2022*

61

| | | |
|---|---|---|
| 11:36:34 | 1 | **A.**    On the bicycle? |
| 11:36:35 | 2 | **Q.**    Yes. |
| 11:36:35 | 3 | **A.**    Yes, I see that. |
| 11:36:36 | 4 | **Q.**    Do you know who that is? |
| 11:36:38 | 5 | **A.**    I don't. |
| 11:36:38 | 6 | **Q.**    Okay. |
| 11:37:07 | 7 | (Video played.) |
| 11:37:07 | 8 | **BY MS. PERSICO:** |
| 11:37:08 | 9 | **Q.**    Okay.  So we all had an opportunity to |
| 11:37:10 | 10 | watch that videotaped confession to the news, |
| 11:37:14 | 11 | correct?  You saw that as well, Mr. Dixon, right? |
| 11:37:17 | 12 | **A.**    Yes. |
| 11:37:18 | 13 | **Q.**    And you -- you heard Lamarr say that he |
| 11:37:25 | 14 | went home to his house on Montana Street on his |
| 11:37:31 | 15 | bike to get his Uzi.  You heard that? |
| 11:37:35 | 16 | **A.**    Yes. |
| 11:37:37 | 17 | **Q.**    That is not correct, right? |
| 11:37:39 | 18 | **A.**    Not to my understanding. |
| 11:37:40 | 19 | **Q.**    Okay.  Because you brought him to Mario |
| 11:37:48 | 20 | Jarmon's with a TEC-9 in your car, right? |
| 11:37:53 | 21 | **A.**    Yes. |
| 11:37:53 | 22 | **Q.**    Okay.  So his -- in the -- in the |
| 11:37:55 | 23 | course of that confession that we just saw, Lamarr |

*Valentino Dixon - Ms. Persico - 06/07/2022*

62

11:38:01 1  Scott did not truthfully relay the facts leading up

11:38:03 2  to the shooting of Torriano Jackson.

11:38:07 3       **MR. BRUSTIN:**  Objection to form.

11:38:08 4       **THE WITNESS:**  No, not to my understanding.

11:38:11 5       **BY MS. PERSICO:**

11:38:11 6       Q.  Okay.  And your -- your father was at

11:38:13 7  the -- at this confession scene with him; is that

11:38:15 8  right?

11:38:15 9       **MR. BRUSTIN:**  Objection to form.

11:38:17 10      **THE WITNESS:**  Yes, from what I seen.

11:38:19 11      **BY MS. PERSICO:**

11:38:19 12      Q.  Okay.  Do you know why that was?

11:38:20 13      A.  I don't know.  In fact, that's the

11:38:23 14 first time I ever saw that right there, you know.

11:38:26 15      Q.  Okay.  Did you -- so this -- this was

11:38:33 16 on August 12th, 1991, which is two days after you

11:38:39 17 were arrested, correct?

11:38:40 18      A.  Correct.

11:38:42 19      Q.  In between August 12th -- I'm sorry,

11:38:45 20 August 10th and August 12th, did you have

11:38:50 21 communications with your parents?

11:38:54 22      A.  Yes.

11:38:54 23      Q.  Okay.  And what's the first

*Valentino Dixon - Ms. Persico - 06/07/2022*

63

11:39:00  1    communication you had with them after you were

11:39:02  2    arrested?

11:39:03  3          A.   I would have to say August 11th at my

11:39:10  4    court hearing when I was arraigned.

11:39:11  5          Q.   Okay.  And what did you talk about?

11:39:14  6          A.   We didn't talk.  My dad just told me

11:39:17  7    everything was going to be all right.

11:39:20  8          Q.   Okay.  And what was the next

11:39:23  9    conversation that you had with them?

11:39:24 10          A.   I believe it was that night in the

11:39:28 11    holding center.  It could have been the next day,

11:39:30 12    but I believe it was that -- that evening in the

11:39:32 13    holding center.  My parents came to visit me.

11:39:34 14          Q.   So that would have been on the -- on

11:39:36 15    the 11th of August?

11:39:37 16          A.   I believe so.

11:39:40 17          Q.   So both of them came to visit you on --

11:39:43 18    on that -- on the 11th.

11:39:45 19          A.   Yes.  I believe so.

11:39:47 20          Q.   Okay.

11:39:48 21          A.   I believe the 11th or the 12th.

11:40:47 22          **MS. PERSICO:**  Can you mark this as County 5?

         23    **The following was marked for Identification:**

*Valentino Dixon - Ms. Persico - 06/07/2022*

64

|          |    |                               |                                      |
|----------|----|-------------------------------|--------------------------------------|
|          | 1  | COUNTY EXH. 5                 | Buffalo Police Department            |
|          | 2  |                               | Intra-Departmental                   |
|          | 3  |                               | Correspondence dated                 |
|          | 4  |                               | 8/20/91, Bates number                |
|          | 5  |                               | COE001571                            |
| 11:42:25 | 6  | BY MS. PERSICO:               |                                      |

11:42:25   7      Q.   Mr. Dixon, I've just given you what's

11:42:29   8   been marked as County 5, which is a single-page

11:42:33   9   document -- thank you, Mr. Brustin -- and the Bates

11:42:36   10   stamp is COE1571.

11:42:42   11      And do you see that the -- on the top of

11:42:47   12   this document, it is identified as Buffalo Police

11:42:51   13   Department Intra-Departmental Correspondence?

11:42:53   14      A.   Yes.

11:42:56   15      Q.   And the date of that document is

11:43:08   16   8/20/91.  Do you see that?

11:43:09   17      A.   Yes.

11:43:17   18      Q.   And I'm just going to ask you to take a

11:43:21   19   minute to read through that and let me know when

11:43:25   20   you're comfortable enough with the substance so

11:43:28   21   that I can ask you questions about it.

11:43:29   22      A.   I already did.

11:43:30   23      Q.   Okay.  You're a fast reader.

11:43:35  1        So in that document, it indicates that

11:43:40  2    officers interviewed Mario Dillard Jarmon.  Do you

11:43:44  3    see that?

11:43:44  4        **A.**    Yes.

11:43:48  5        **Q.**    And, you know, that he suffered three

11:43:51  6    gunshot wounds on August 10th, 1991, correct?

11:43:55  7        **A.**    Yes.

11:43:56  8        **Q.**    And they interviewed him at ECMC,

11:44:01  9    right?

11:44:02 10        **A.**    Yes.

11:44:02 11        **Q.**    So I'm just going to ask you so skip

11:44:21 12    down to the -- it's the third paragraph from the

11:44:27 13    bottom, which starts out with Jamar, but I think it

11:44:32 14    should read Jarmon.

11:44:33 15        Do you see what I'm talking about?

11:44:34 16        **A.**    Yes.

11:44:35 17        **Q.**    And that says:  Jamar describes the gun

11:44:37 18    that Lamarr is shooting as being a TEC-9 that

11:44:41 19    Lamarr and Tino Dixon brought to his house earlier

11:44:44 20    that night and put in his back hallway.

11:44:47 21        Do you see that?

11:44:47 22        **A.**    Yes.

11:44:48 23        **Q.**    Okay.  And you -- you said you had an

*Valentino Dixon - Ms. Persico - 06/07/2022*

66

11:45:00  1  opportunity to review the Grand Jury testimony of

11:45:07  2  the -- of some of the witnesses in this case; is

11:45:10  3  that correct?

11:45:10  4        **A.**    Yes.

11:45:10  5        **Q.**    And would -- would one of those -- did

11:45:27  6  you have an opportunity to review the Grand Jury

11:45:29  7  testimony of Mario Jarmon?

11:45:33  8        **A.**    Not recently.

11:45:40  9        **Q.**    Okay.

11:45:40 10        **MR. BRUSTIN:**  I mean, I think the question

11:45:41 11  was do you know if you've ever reviewed it, do you

11:45:45 12  remember today.

11:45:45 13        **THE WITNESS:**  Over the years, yes.

11:45:47 14        **MR. BRUSTIN:**  Okay.

11:45:48 15        **THE WITNESS:**  When I was in prison.

11:45:49 16        **BY MS. PERSICO:**

11:46:00 17        **Q.**    So -- and we -- we can certainly take a

11:46:05 18  look at -- and mark that Grand Jury testimony, but

11:46:07 19  if -- if I were to tell you that -- that

11:46:14 20  Mr. Jarmon, in his Grand Jury testimony, indicated

11:46:17 21  that Mr. Scott came to the scene on a bike with the

11:46:24 22  gun, that would be inconsistent with not only the

11:46:33 23  statement we just read, but also what you told us,

*Valentino Dixon - Ms. Persico - 06/07/2022*

67

11:46:38  1  right?

11:46:39  2        **MR. BRUSTIN:**  Objection to form.

11:46:40  3        **THE WITNESS:**  I believe so.

11:46:41  4        **BY MS. PERSICO:**

11:46:43  5        **Q.**    Okay.  And the Grand Jury testimony was

11:46:53  6  taken in January of 1992, and can you tell me the

11:47:09  7  date of the document that you are currently looking

11:47:13  8  at, County Exhibit 5?

11:47:17  9        **A.**    August 20th, 1991.

11:47:19 10        **Q.**    Okay.  So ten days after the incident,

11:47:27 11  Mr. Jarmon, while still in the hospital, advised

11:47:30 12  the police that -- that Lamarr and you brought the

11:47:38 13  TEC-9 to his house on the night of the shooting,

11:47:40 14  correct?

11:47:41 15        **MR. BRUSTIN:**  Objection to form.

11:47:41 16        **THE WITNESS:**  Yes.

11:47:42 17        **BY MS. PERSICO:**

11:47:44 18        **Q.**    And then, over a year later at the

11:47:50 19  Grand Jury, testified that Lamarr Scott brought the

11:47:56 20  weapon on his bicycle.

11:48:05 21        Do you know why Mr. Jarmon would have

11:48:11 22  changed his story?

11:48:12 23        **MR. BRUSTIN:**  Objection to form.

*Valentino Dixon - Ms. Persico - 06/07/2022*

68

11:48:14  1            THE WITNESS:  I don't know why.

11:48:14  2            BY MS. PERSICO:

11:48:15  3        Q.   But you indicated in -- in the 2018

11:48:18  4  interview that we looked at before that perhaps

11:48:20  5  your father asked him to change his story.

11:48:23  6            MR. BRUSTIN:  Objection to form,

11:48:25  7  mischaracterizes his -- his statement.

11:48:28  8            You can answer.

11:48:29  9            THE WITNESS:  I said it was a possibility,

11:48:31 10  but I don't know.

11:48:32 11            BY MS. PERSICO:

11:48:32 12        Q.   Okay.  But it's possible.

11:48:34 13            MR. BRUSTIN:  Objection to form.

11:48:35 14            THE WITNESS:  That he was trying to protect

11:48:38 15  me in some way, but I don't know.

11:48:38 16            BY MS. PERSICO:

11:48:39 17        Q.   Okay.  And then you looked at

11:48:43 18  previously Leonard Brown's statement to the police,

11:48:53 19  which I think you have in front of you as --

11:48:55 20        A.   Yes.

11:48:55 21        Q.   -- County 2.

11:48:58 22        A.   Um-hum.

11:48:58 23            MR. BRUSTIN:  That's right.

*Valentino Dixon - Ms. Persico - 06/07/2022*

69

11:48:59  1          **BY MS. PERSICO:**

11:49:00  2          **Q.**    And in that statement, Mr. Brown

11:49:05  3    indicated -- excuse me -- in sum and substance, the

11:49:16  4    portion that we looked at -- I won't make you find

11:49:20  5    it again, because I know it's difficult, but that

11:49:22  6    you and Lamarr arrived at Mario Jarmon's house

11:49:27  7    together, right?

11:49:28  8          **MR. BRUSTIN:**  Objection to form.

11:49:28  9          **THE WITNESS:**  Yes.

11:49:28 10          **BY MS. PERSICO:**

11:49:29 11          **Q.**    But Mr. -- but Mr. Brown, in his Grand

11:49:33 12    Jury testimony, also then changed his -- well, let

11:49:38 13    me back up.

11:49:38 14          So the date of County Number 2 is -- is

11:49:43 15    August 12th, 1991, correct?

11:49:47 16          **A.**    Yes.

11:49:47 17          **Q.**    And the Grand Jury testimony given by

11:49:51 18    Mr. Brown was in November of 1992, and that Grand

11:49:56 19    Jury testimony, just like Mr. Jarmon's, was that --

11:50:06 20    that Lamarr Scott arrived with the gun on his

11:50:10 21    bicycle.

11:50:11 22          Do you know why Mr. Brown would have changed

11:50:14 23    his story?

*Valentino Dixon - Ms. Persico - 06/07/2022*

70

11:50:15  1        **MR. BRUSTIN:**  Objection to form.

11:50:15  2        **THE WITNESS:**  I don't know why.

11:50:16  3        **BY MS. PERSICO:**

11:50:20  4        Q.   Is it possible, as you indicated to the

11:50:21  5   ADAs, that that was at the request of your father?

11:50:25  6        **MR. BRUSTIN:**  Objection to form.

11:50:26  7        **THE WITNESS:**  I'm not certain.

11:50:27  8        **BY MS. PERSICO:**

11:50:28  9        Q.   Okay.  But it's possible.

11:50:29 10        **MR. BRUSTIN:**  Same objection.

11:50:30 11        **THE WITNESS:**  Anything's possible, but I'm

11:50:32 12   not certain.

11:50:33 13        **BY MS. PERSICO:**

11:50:33 14        Q.   Okay.  Did you have reason to believe

11:50:41 15   that Lamarr Scott was going to go to the Grand Jury

11:50:44 16   and also testify, in keeping with his televised

11:50:51 17   confession, that he came on a bike with his gun?

11:50:54 18        A.   No.

11:50:58 19        Q.   Prior to when you saw the video a month

11:51:01 20   ago, had anyone ever told you what Lamarr said in

11:51:07 21   that confession?

11:51:08 22        **MR. BRUSTIN:**  Objection to form.

11:51:09 23        **THE WITNESS:**  Yes, I've heard it several

*Valentino Dixon - Ms. Persico - 06/07/2022*

71

11:51:11  1  times when I was in prison, but I never got a

11:51:14  2  chance to view it.

11:51:15  3       **BY MS. PERSICO:**

11:51:15  4       **Q.**   Okay.

11:51:16  5       **A.**   So I was always just told the contents

11:51:18  6  of it.

11:51:19  7       **Q.**   And did -- were you told that Lamarr

11:51:20  8  said he came to the scene on a bicycle?

11:51:25  9       **MR. BRUSTIN:**   Objection to form.

11:51:26 10       **THE WITNESS:**   No.

11:51:26 11       **BY MS. PERSICO:**

11:51:26 12       **Q.**   Okay.

11:51:27 13       **A.**   I was just told that he confessed.

11:51:29 14       **Q.**   All right.  So let me talk a little bit

11:51:43 15  about -- and we'll come back to this after we take

11:51:46 16  a lunch break, but just a couple of quick questions

11:51:51 17  that I think we can fit in before we take --

11:51:53 18       **MR. BRUSTIN:**   You have plenty of time.

11:51:58 19       **BY MS. PERSICO:**

11:51:58 20       **Q.**   So in Lamarr's -- in Lamarr's

11:52:01 21  videotaped confession, he -- he says that he went

11:52:04 22  to get his -- his Uzi, but that's -- that's not

11:52:15 23  true, right?

*Valentino Dixon - Ms. Persico - 06/07/2022*

72

11:52:15  1          **MR. BRUSTIN:**  Objection to form.

11:52:16  2          **THE WITNESS:**  I'm not certain.

11:52:18  3          **BY MS. PERSICO:**

11:52:18  4          **Q.**   Well, you know that a TEC-9 was used in

11:52:22  5  the shooting, correct?

11:52:24  6          **A.**   This is what I was told.

11:52:25  7          **Q.**   Well, you brought the TEC-9 to the

11:52:29  8  scene, correct?

11:52:30  9          **A.**   I did.

11:52:30 10          **Q.**   Okay.  And you saw Lamarr Scott do the

11:52:35 11  shooting.

11:52:36 12          **A.**   Yes.  From a distance.

11:52:42 13          **Q.**   And you knew that it was the gun that

11:52:44 14  you brought that he was using, correct?

11:52:45 15          **A.**   No.

11:52:46 16          **Q.**   Oh, you didn't know that --

11:52:49 17          **A.**   It was dark, you know.

11:52:51 18          **Q.**   Oh.  So you're saying now that -- that

11:52:58 19  you were unable to see him do the shooting?

11:53:02 20          **A.**   I saw it from a distance.

11:53:05 21          **Q.**   Where were you?

11:53:06 22          **A.**   Down the street by my car.

11:53:08 23          **Q.**   Okay.  Do you have any reason to

*Valentino Dixon - Ms. Persico - 06/07/2022*

| | | |
|---|---|---|
| 11:53:14 | 1 | believe that it was not the TEC-9 that you brought |
| 11:53:18 | 2 | to the scene that Lamarr Scott was using? |
| 11:53:21 | 3 | **A.** It was never recovered, so -- |
| 11:53:27 | 4 | **Q.** So in -- in connection with preparing |
| 11:53:34 | 5 | for today's -- for today's proceeding, did you have |
| 11:53:40 | 6 | an opportunity to review the deposition transcript |
| 11:53:43 | 7 | of Lamarr Scott from earlier this year? |
| 11:53:45 | 8 | **A.** No. |
| 11:53:46 | 9 | **Q.** Did anyone ever talk to you about the |
| 11:53:53 | 10 | testimony that Lamarr gave at that deposition? |
| 11:53:57 | 11 | **MR. BRUSTIN:** Objection to form. Don't |
| 11:53:58 | 12 | answer. |
| 11:53:59 | 13 | **MS. PERSICO:** Why? |
| 11:54:00 | 14 | **MR. BRUSTIN:** Because it's privileged. |
| 11:54:02 | 15 | **MS. PERSICO:** I -- I -- he did not say that |
| 11:54:05 | 16 | anybody talked to him about it, much less -- |
| 11:54:06 | 17 | **MR. BRUSTIN:** He's not going to answer. |
| 11:54:08 | 18 | It's privileged. Move on, please. |
| 11:54:10 | 19 | **MS. PERSICO:** No, I will not. |
| 11:54:11 | 20 | **MR. BRUSTIN:** No, whoa, whoa, whoa. I'm |
| 11:54:12 | 21 | telling him not to answer. You can go to the judge |
| 11:54:15 | 22 | if you want, but don't -- don't fight with him. |
| 11:54:16 | 23 | **MS. PERSICO:** I'm not fighting with him. |

*Valentino Dixon - Ms. Persico - 06/07/2022*

74

11:54:18  1          **MR. BRUSTIN:**  He's not going to answer that

11:54:20  2  question.  It's privileged.  What I talked -- what

11:54:22  3  he --

11:54:23  4          **MS. PERSICO:**  You're the one who just said

11:54:24  5  that he -- you're the one who talked to him about

11:54:26  6  it.  He didn't even answer that.

11:54:28  7          **MR. BRUSTIN:**  The only way he could learn it

11:54:31  8  is through conversation with his attorneys, so that

11:54:33  9  would be privileged.  I'm telling you it's all

11:54:35 10  privileged, so he's not talking about it.

11:54:39 11          **MS. PERSICO:**  The fact that he had the

11:54:41 12  discussion is not privileged.

11:54:42 13          **MR. BRUSTIN:**  It is privileged.  I disagree

11:54:45 14  with you.  You can go to the judge if you want, but

11:54:46 15  I disagree with you.  I'm telling you he's not

11:54:49 16  going to answer that question.

11:54:55 17          **BY MS. PERSICO:**

11:54:57 18      Q.    So Mr. Dixon, you were told about the

11:55:01 19  sum and substance of the deposition testimony of

11:55:04 20  Mr. Scott?

11:55:05 21          **MR. BRUSTIN:**  Objection to form.  Don't

11:55:06 22  answer the question.

11:55:07 23          I'm -- I'm sorry, objection, privileged,

*Valentino Dixon - Ms. Persico - 06/07/2022*

75

11:55:09  1  don't answer the question.

11:55:18  2       **MS. PERSICO:**  Okay.

11:55:28  3       **MR. BRUSTIN:**  While you look for that, can

11:55:29  4  we take a 30-second break?  Do you mind?

11:55:31  5       **MS. PERSICO:**  I do mind.

11:55:33  6       **MR. BRUSTIN:**  Well, we're doing it anyways,

11:55:33  7  then.  Unless you're in the middle of a question,

11:55:35  8  we're taking a break.

11:55:35  9       **MS. PERSICO:**  I was in the middle of a

11:55:37 10  question.

11:55:37 11       **MR. BRUSTIN:**  Okay.  I don't think you were,

11:55:40 12  but you're in charge.  Go ahead.  I don't

11:55:43 13  appreciate it, but go ahead.

11:56:07 14       **MS. PERSICO:**  Well, you might as well take

11:56:09 15  your break.  I have to find the right spot anyway.

11:56:11 16       **MR. BRUSTIN:**  Fair enough.

11:56:13 17       **MS. PERSICO:**  And since it's 11:56 and I'm

11:56:15 18  hungry --

11:56:16 19       **MR. BRUSTIN:**  Really?  We've been an hour

11:56:17 20  and 50 minutes.  Really?

11:56:20 21       All right.  If you want to take lunch, we'll

11:56:25 22  take lunch.  It's just early.

11:56:28 23           (A luncheon recess was then taken at

*Valentino Dixon - Ms. Persico - 06/07/2022*

76

11:56:28  1   11:56 a.m.)

11:56:28  2        **BY MS. PERSICO:**

12:31:00  3        **Q.**   Mr. Dixon, so you -- so you were in the

12:31:09  4   holding center from the night of the 10th of

12:31:18  5   August, 1991, until when?

12:31:23  6        **A.**   September 19th, 2018.  I was -- I mean,

12:31:29  7   in jail that time, I stayed ten months.

12:31:31  8        **Q.**   Ten months?

12:31:32  9        **A.**   Ten months before trial started on

12:31:34  10   June 5th or the 6th.  Approximately around

12:31:37  11   June 5th, 6th.

12:31:39  12        **Q.**   And Mr. Hill represented you at the

12:31:44  13   outset when you were first -- first arrested, and

12:31:48  14   then at some point, Mr. Terranova became your

12:31:53  15   attorney?

12:31:54  16        **A.**   Yes.

12:31:54  17        **Q.**   How did that happen?

12:31:56  18        **A.**   I couldn't -- I couldn't afford to pay

12:31:58  19   for Mr. Hill's services any longer, and

12:32:02  20   Mr. Terranova took over from there.

12:32:07  21        **Q.**   Had -- had Mr. Terranova represented

12:32:13  22   you in connection with prior matters also?

12:32:16  23        **A.**   Only until after Mr. Hill relieved

*Valentino Dixon - Ms. Persico - 06/07/2022*

12:32:19  1  himself, you know.  Once he relieved himself,

12:32:22  2  Mr. Terranova represented me, yes, for the first

12:32:33  3  time.  He had never represented me before that.

12:32:35  4       Q.   Okay.  So in connection with your prior

12:32:37  5  arrests, your attorney had always been Sean Hill?

12:32:40  6       A.   Yes.

12:32:43  7       MR. BRUSTIN:  I think maybe it wasn't clear.

12:32:45  8  I think what he's saying is once he began

12:32:47  9  representing him, he represented him in more than

12:32:49 10  just this case.

12:32:50 11       MS. PERSICO:  Thank you.

12:32:54 12       BY MS. PERSICO:

12:32:54 13       Q.   Is -- is what Mr. Brustin just said

12:32:57 14  accurate?

12:32:58 15       A.   Correct.

12:32:58 16       Q.   Okay.

12:32:59 17       A.   Yes.

12:32:59 18       Q.   So in addition to this indictment

12:33:03 19  relative to the shooting on August 10th, 1991,

12:33:09 20  Mr. Terranova represented you, correct?

12:33:11 21       A.   Yes.

12:33:11 22       Q.   And what other matters did

12:33:16 23  Mr. Terranova represent you for?

*Valentino Dixon - Ms. Persico - 06/07/2022*

78

12:33:18  1          A.    On the assault and a weapons

12:33:24  2    possession, I believe.  They have the plea bargain

12:33:37  3    for those cases.

12:33:45  4          Q.    After -- after the trial of this matter

12:33:53  5    and your sentencing, did you get moved from the

12:33:57  6    holding center to a different facility?

12:33:59  7          A.    Yes.

12:34:00  8          Q.    And where was that?

12:34:02  9          A.    Elmira reception.

12:34:08 10          Q.    And how long were you there?

12:34:09 11          A.    Two months.

12:34:13 12          Q.    And from there where did you go?

12:34:15 13          A.    Clinton Correctional Facility.

12:34:19 14          Q.    And how long were you there?

12:34:20 15          A.    Ten months.

12:34:23 16          Q.    And after that?

12:34:24 17          A.    Wende Correctional Facility.

12:34:28 18          Q.    How long were you there?

12:34:29 19          A.    One year.

12:34:31 20          Q.    And after that?

12:34:32 21          A.    Attica Correctional Facility.

12:34:34 22          Q.    And how long were you there?

12:34:35 23          A.    23 years.

*Valentino Dixon - Ms. Persico - 06/07/2022*

79

| | | |
|---|---|---|
| 12:34:43 | 1 | **Q.**   And Lamarr Scott was also at Attica |
| 12:34:47 | 2 | while you were there; is that correct? |
| 12:34:49 | 3 | **A.**   Yes. |
| 12:34:49 | 4 | **Q.**   And how much of the 23 years that you |
| 12:34:53 | 5 | were there was Lamarr Scott also there? |
| 12:34:55 | 6 | **A.**   I believe ten years, from 1999 to -- he |
| 12:35:00 | 7 | stayed about ten years.  He arrived in 1999, |
| 12:35:04 | 8 | though, yes. |
| 12:35:05 | 9 | **Q.**   And while you were at Attica together, |
| 12:35:09 | 10 | were you housed in the same section? |
| 12:35:11 | 11 | **A.**   Yes. |
| 12:35:14 | 12 | **Q.**   So you spoke to each other often. |
| 12:35:15 | 13 | **A.**   Yes. |
| 12:35:16 | 14 | **MR. BRUSTIN:**  Objection.  Objection to form. |
| 12:35:27 | 15 | **BY MS. PERSICO:** |
| 12:35:28 | 16 | **Q.**   Did you talk about this incident with |
| 12:35:30 | 17 | Mr. Scott? |
| 12:35:31 | 18 | **A.**   Yes. |
| 12:35:56 | 19 | **Q.**   So Mr. Scott was in Attica from 1999 |
| 12:36:04 | 20 | through 2009? |
| 12:36:07 | 21 | **A.**   I believe -- no, a little longer than |
| 12:36:10 | 22 | that.  2000 -- he left in 2012. |
| 12:36:14 | 23 | **Q.**   And where did he go, do you know? |

*Valentino Dixon - Ms. Persico - 06/07/2022*

80

12:36:16  1        **A.**    A medium correctional facility.  I

12:36:18  2    believe it was Cayuga.

12:36:21  3        **Q.**    Did you keep in touch with him?

12:36:25  4        **A.**    For about a year.

12:36:43  5        **Q.**    Did you speak with Mr. Scott about the

12:36:50  6    440 motion that was filed that eventually vacated

12:36:57  7    your conviction?

12:36:58  8        **A.**    No.

12:37:03  9        **Q.**    Did you speak with Mr. Scott about this

12:37:06 10    lawsuit?

12:37:07 11        **A.**    No.

12:37:07 12        **Q.**    Have you ever spoken with Mr. Scott's

12:37:23 13    attorneys?

12:37:24 14        **A.**    No.

12:37:24 15        **Q.**    Pamela Yates is your relative in some

12:37:36 16    fashion?

12:37:37 17        **A.**    My daughter's aunt.  My daughter's

12:37:39 18    aunt.  My daughter Valentina, her aunt.

12:37:42 19        **Q.**    Okay.  So Valentina's mom's sister?

12:37:45 20        **A.**    Valentina's mom's aunt.  Auntie.

12:37:50 21        **Q.**    Okay.  Val -- Val -- okay.  So

12:37:54 22    Valentina's --

12:37:56 23        **A.**    Mom's auntie, yes.

| | | |
|---|---|---|
| 12:38:03 | 1 | Q.   Okay.  So she's Valentina's like |
| 12:38:07 | 2 | grand -- |
| 12:38:07 | 3 | A.   Great-aunt, maybe.  Yes, I think it |
| 12:38:10 | 4 | would be great-aunt. |
| 12:38:11 | 5 | Q.   All right.  I get confused about those. |
| 12:38:11 | 6 | A.   Yes. |
| 12:38:14 | 7 | Q.   Okay. |
| 12:38:14 | 8 | A.   So it would be my ex-girlfriend's |
| 12:38:16 | 9 | auntie, you know, so if I have a baby by my ex, and |
| 12:38:21 | 10 | then she has an auntie -- |
| 12:38:22 | 11 | Q.   Got it. |
| 12:38:23 | 12 | A.   -- you know, so it would be great-aunt. |
| 12:38:26 | 13 | Q.   I've never been good at that family |
| 12:38:28 | 14 | tree stuff. |
| 12:38:46 | 15 | And it's also now Pamela Yates Richardson; |
| 12:38:50 | 16 | is that right? |
| 12:38:50 | 17 | A.   I believe that is -- I believe so. |
| 12:38:53 | 18 | Q.   Okay.  Do you speak with her? |
| 12:38:54 | 19 | A.   I haven't in the last couple years.  I |
| 12:38:56 | 20 | did when I came home. |
| 12:38:57 | 21 | Q.   Does she live locally? |
| 12:39:03 | 22 | A.   She lives -- I believe she lives in |
| 12:39:05 | 23 | Buffalo. |

12:39:06  1          Q.    Do you know if Valentina keeps in touch

12:39:12  2     with her?

12:39:13  3          A.    I believe so.

12:39:30  4          Q.    So I just want to talk for a few

12:39:36  5     minutes about this -- the allegations that you make

12:39:38  6     in this lawsuit, okay?

12:39:41  7          A.    No problem.

12:39:42  8          Q.    Okay.  Are you familiar with the

12:39:48  9     allegations contained in the Complaint?

12:39:51 10          A.    Somewhat.

12:39:53 11          Q.    Did you have an opportunity to review

12:39:55 12     it before it was filed?

12:39:58 13          MR. BRUSTIN:  Objection to the form.  In

12:40:00 14     fact -- you can answer that.

12:40:05 15          THE WITNESS:  I don't know if I received it

12:40:08 16     after or before it was filed.  I know I received a

12:40:11 17     copy.

12:40:13 18          BY MS. PERSICO:

12:40:13 19          Q.    And once you received a copy, did

12:40:15 20     you -- did you look at it?

12:40:17 21          A.    I glanced at it, yes.

12:40:20 22          Q.    Did you look at it in any detail?

12:40:24 23          A.    I'm going to say I glanced at it,

12:40:26  1  because after 27 years of reading over documents

12:40:31  2  and -- it was like, you know, I just glanced at it,

12:40:34  3  you know.

12:40:35  4      It wasn't real lengthy.  You know, it just

12:40:38  5  had, you know, grounds on which, you know, the

12:40:40  6  lawsuit was based on, so I just glanced at it, went

12:40:43  7  over -- I think I took maybe ten minutes.

12:40:46  8      Q.   Okay.  So if -- if the Complaint

12:40:57  9  indicated that you were not involved in the

12:41:03  10  shooting, would that be inaccurate?

12:41:09  11      MR. BRUSTIN:  Objection to form.  I really

12:41:11  12  don't understand the question.

12:41:12  13      MS. PERSICO:  Okay.

12:41:13  14      BY MS. PERSICO:

12:41:13  15      Q.   The Complaint says that you weren't

12:41:15  16  involved in the shooting; however, your testimony

12:41:18  17  today has established that you -- that you brought

12:41:22  18  the shooter and the gun to the scene, right?

12:41:27  19      MR. BRUSTIN:  Objection.  He wasn't involved

12:41:28  20  in the shooting.

12:41:30  21      MS. PERSICO:  I'm asking the question.

12:41:31  22      MR. BRUSTIN:  Well, it's a ridiculous

12:41:32  23  question.

*Valentino Dixon - Ms. Persico - 06/07/2022*

84

12:41:33  1          **MS. PERSICO:**  Well, I think your objection

12:41:34  2  is ridiculous --

12:41:35  3          **MR. BRUSTIN:**  Okay.

12:41:35  4          **MS. PERSICO:**  -- but I'm at least polite

12:41:37  5  enough not to say it out loud.

12:41:39  6          **MR. BRUSTIN:**  All right.  Go ahead.

12:41:41  7          I object to the form.  Answer if you

12:41:43  8  understand.  If you don't, ask for clarification.

12:41:44  9          **THE WITNESS:**  I brought the shooter and the

12:41:46 10  gun to Mario's house.

12:41:48 11          **BY MS. PERSICO:**

12:41:48 12          **Q.**    Okay.

12:41:49 13          **A.**    The scene is a different place.

12:41:55 14          **Q.**    Are you saying that the -- well, strike

12:41:59 15  that.  So you brought Lamarr Scott to Mario's

12:42:04 16  house, right?

12:42:05 17          **A.**    Yes.

12:42:05 18          **Q.**    You brought the TEC-9 to Mario's house,

12:42:09 19  right?

12:42:13 20          **A.**    Yes.

12:42:14 21          **Q.**    You walked up to the scene at some

12:42:18 22  point, right?

12:42:19 23          **MR. BRUSTIN:**  Objection to the form.  Answer

*Valentino Dixon - Ms. Persico - 06/07/2022*

85

12:42:21  1  if you understand it.

12:42:21  2        **THE WITNESS:**  Not at that moment.  Couple

12:42:24  3  hours later, you know.  It's time -- there's a time

12:42:27  4  difference here that you're missing.

12:42:29  5        **BY MS. PERSICO:**

12:42:30  6        **Q.**  I don't think I'm missing it, but

12:42:31  7  thanks for the pointer.

12:42:32  8        **A.**  Okay.

12:42:33  9        **MR. BRUSTIN:**  No, we're not going to have --

12:42:34  10  we're not going to have back and forth.  You ask

12:42:36  11  questions; he will answer them.  No back and forth.

12:42:39  12  Don't do that.  Do not argue with my witness.

12:42:41  13        **MS. PERSICO:**  I'm not arguing with the

12:42:42  14  witness.

12:42:43  15        **MR. BRUSTIN:**  You are.  Don't do it.

12:42:45  16        **MS. PERSICO:**  Mr. Brustin --

12:42:45  17        **MR. BRUSTIN:**  Please don't do it.

12:42:47  18        **MS. PERSICO:**  I'm going to hold my tongue.

12:43:02  19        **BY MS. PERSICO:**

12:43:04  20        **Q.**  You -- the Complaint further alleges

12:43:08  21  that the Defendants fabricated a case against you

12:43:20  22  because they suspected that you were involved in

12:43:22  23  selling drugs.

86

| | | |
|---|---|---|
| 12:43:24 | 1 | The fact of the matter is you were involved |
| 12:43:26 | 2 | in selling drugs, right? |
| 12:43:27 | 3 | **A.**   Yes. |
| 12:43:31 | 4 | **Q.**   In fact -- |
| 12:43:49 | 5 | **MS. PERSICO:**  Can you mark this as County 6? |
| | 6 | **The following was marked for Identification:** |
| | 7 | COUNTY EXH. 6          **Erie County Central Police** |
| | 8 | **Services Arrest/Booking** |
| | 9 | **Form, various Bates numbers,** |
| | 10 | **HR-Dixon-0001446 through** |
| | 11 | **HR-Dixon-0001531** |
| 12:44:17 | 12 | **BY MS. PERSICO:** |
| 12:44:18 | 13 | **Q.**   Mr. Dixon, I've just handed you what's |
| 12:44:21 | 14 | been marked as County 6, and that is -- just for |
| 12:44:32 | 15 | the record, I will identify the pages. |
| 12:44:33 | 16 | So they are Bates stamps HR-Dixon-1446, |
| 12:44:46 | 17 | 1450, 1452, 1454, 1481, 1483, 1497, 1498, 1500, |
| 12:45:09 | 18 | 1502, 1506, 1508, 1510, 1512, 1462 through 1472, |
| 12:45:42 | 19 | 1530 and 1531. |
| 12:45:56 | 20 | So Mr. Dixon, I'm just going to ask you a |
| 12:45:59 | 21 | couple of questions about these documents.  Let's |
| 12:46:05 | 22 | just start with the first one, and this one is |
| 12:46:12 | 23 | entitled Erie County Central Police Services |

*Valentino Dixon - Ms. Persico - 06/07/2022*

87

12:46:16  1  Arrest/Booking Form.

12:46:18  2          Do you see that?

12:46:18  3      **A.**   Yes.

12:46:19  4      **Q.**   And this -- this booking form relates

12:46:21  5  to you; is that correct?

12:46:22  6      **A.**   Yes.

12:46:25  7      **Q.**   And the allegation contained in this

12:46:30  8  arrest/booking form is that you, while at the above

12:46:33  9  location, had in your possession and under your

12:46:37 10  control a small quantity of cocaine and a quantity

12:46:40 11  of glassine envelopes and a small quantity of

12:46:44 12  marijuana when officer executed a search warrant

12:46:47 13  for the above location.

12:46:52 14          Is that correct?

12:46:52 15      **A.**   It's not accurate.

12:46:53 16      **Q.**   Is that what it says in the document?

12:46:55 17      **MR. BRUSTIN:**  She's just asking if that's

12:46:57 18  what the document says.

12:46:57 19      **THE WITNESS:**  Yes.  Yes.

12:46:58 20      **BY MS. PERSICO:**

12:46:58 21      **Q.**   Okay.  And also, a little bit further

12:47:00 22  down on the page, there's a -- there's an Anderson,

12:47:08 23  comma, Shawn.  Do you see that?

*Valentino Dixon - Ms. Persico - 06/07/2022*

88

12:47:10  1          A.    Yes.

12:47:10  2          Q.    Was that another name by which you

12:47:13  3    went?

12:47:13  4          A.    Yes.

12:47:17  5          Q.    And this -- the date of this was --

12:47:27  6          MR. BRUSTIN:    I think it's October '90.

12:47:27  7          BY MS. PERSICO:

12:47:30  8          Q.    -- yes, 10 -- was October 23rd, 1990;

12:47:33  9    is that correct?

12:47:33 10          A.    Yes.

12:47:34 11          Q.    Okay.  So you were arrested on that

12:47:35 12    date for -- allegedly for -- for what is -- what we

12:47:42 13    read in the -- the possession of cocaine,

12:47:47 14    et cetera, right?

12:47:47 15          A.    Yes.

12:47:48 16          Q.    Okay.  Now, on the next page, which is

12:47:56 17    HR-Dixon-1450, this is another arrest/booking form,

12:48:03 18    correct?

12:48:03 19          A.    Yes.

12:48:03 20          Q.    Also relating to you?

12:48:07 21          A.    Yes.

12:48:07 22          Q.    Okay.  And this one is dated

12:48:13 23    March 26th, 1991, right?

*Valentino Dixon - Ms. Persico - 06/07/2022*

89

12:48:17  1          **A.**    Yes.

12:48:17  2          **Q.**    Do you see that in the middle of the

12:48:19  3  page?

12:48:19  4          **A.**    Yes, I see it.

12:48:20  5          **Q.**    And -- and this one alleges that you

12:48:25  6  did shoot at complainant with an unknown weapon

12:48:28  7  while in front of 338 Walden; is that correct?

12:48:31  8          **A.**    Yes.

12:48:34  9          **Q.**    And it alleges that -- my eyes are

12:48:39  10  getting worse by the day.

12:48:41  11          This alleges that you shot at Harold Foster;

12:48:47  12  is that correct?

12:48:47  13          **A.**    Yes.

12:48:48  14          **MR. BRUSTIN:**  What page are you on now?

12:48:49  15          **MS. PERSICO:**  1450.

12:48:53  16          **MR. BRUSTIN:**  Where do you see that?

12:48:54  17          **MS. PERSICO:**  In the middle.

12:48:55  18          **THE WITNESS:**  Right here.

12:48:56  19          **MR. BRUSTIN:**  Oh, got it.

12:48:56  20          **MS. PERSICO:**  Got it?

12:49:02  21          **MR. BRUSTIN:**  I just didn't see the name,

12:49:05  22  but yes, got you.

12:49:05  23          **BY MS. PERSICO:**

| | | |
|---|---|---|
| 12:49:06 | 1 | **Q.**   Okay.  And who was Harold Foster? |
| 12:49:09 | 2 | **A.**   The guy that robbed me. |
| 12:49:10 | 3 | **Q.**   Did he rob you on March 26th, 1991? |
| 12:49:15 | 4 | **A.**   No. |
| 12:49:21 | 5 | **Q.**   And were you -- did this particular |
| 12:49:24 | 6 | charge go to trial? |
| 12:49:27 | 7 | **A.**   Yes. |
| 12:49:28 | 8 | **Q.**   What was the outcome? |
| 12:49:31 | 9 | **A.**   Not -- not guilty of a serious charge. |
| 12:49:35 | 10 | I was convicted of an A misdemeanor. |
| 12:49:37 | 11 | **Q.**   Who represented you in connection with |
| 12:49:38 | 12 | that? |
| 12:49:39 | 13 | **A.**   Joseph Terranova. |
| 12:49:44 | 14 | **Q.**   And that was after trial that you were |
| 12:49:46 | 15 | convicted of the A misdemeanor, or was it a plea? |
| 12:49:49 | 16 | **A.**   Yes, well, I was convicted of the A |
| 12:49:53 | 17 | misdemeanor.  That was the verdict.  So the highest |
| 12:49:57 | 18 | count was dismissed. |
| 12:49:58 | 19 | **Q.**   Okay.  So that -- but that was -- you |
| 12:50:00 | 20 | didn't plea to that. |
| 12:50:01 | 21 | **A.**   I didn't plea to it, no. |
| 12:50:03 | 22 | **Q.**   Okay.  And what kind of -- so what kind |
| 12:50:11 | 23 | of gun was used in that shooting? |

*Valentino Dixon - Ms. Persico - 06/07/2022*

91

12:50:12  1          **A.**    A handgun.  It was a .30 -- I believe
12:50:17  2   it was a .32 handgun.
12:50:20  3          **Q.**    And that belonged to you?
12:50:21  4          **A.**    Yes.
12:50:33  5          **Q.**    Okay.  Now please turn to the next
12:50:37  6   page, which is 1452, another arrest/booking form.
12:50:43  7          This -- this one is related to Shawn
12:50:46  8   Anderson, but in reality, that is you, correct?
12:50:51  9          **A.**    Yes.
12:50:56 10          **Q.**    And this -- this was an arrest for a
12:50:59 11   material witness order warrant.  Do you see that?
12:51:04 12          **A.**    Yes.
12:51:07 13          **Q.**    In what case were you a material
12:51:09 14   witness?
12:51:09 15          **A.**    I was a witness in a shooting, and I
12:51:13 16   didn't want to testify, so they picked me up.
12:51:16 17          **Q.**    What were the circumstances of that
12:51:18 18   shooting?
12:51:19 19          **A.**    A guy from my neighborhood was shot in
12:51:21 20   the leg, and I was there on the scene of the crime,
12:51:28 21   a couple of us, and questioned by the police, and
12:51:33 22   afterwards, they wanted me to testify at trial, and
12:51:37 23   I refused to.

*Valentino Dixon - Ms. Persico - 06/07/2022*

92

| | | |
|---|---|---|
| 12:51:38 | 1 | **Q.**   Why? |
| 12:51:38 | 2 | **A.**   Because, you know, it was dangerous for |
| 12:51:41 | 3 | me. |
| 12:51:42 | 4 | **Q.**   Why? |
| 12:51:42 | 5 | **A.**   You get killed in the streets for |
| 12:51:45 | 6 | testifying.  Police is not going to protect you. |
| 12:51:56 | 7 | **Q.**   So the police wanted you to testify as |
| 12:52:00 | 8 | to who did the shooting? |
| 12:52:02 | 9 | **A.**   Yes. |
| 12:52:02 | 10 | **Q.**   And you refused. |
| 12:52:03 | 11 | **A.**   Yes. |
| 12:52:04 | 12 | **Q.**   But you knew who did it. |
| 12:52:08 | 13 | **A.**   I had an idea. |
| 12:52:10 | 14 | **Q.**   Did you eventually testify? |
| 12:52:12 | 15 | **A.**   Yes. |
| 12:52:20 | 16 | **Q.**   Any retribution for that testimony? |
| 12:52:22 | 17 | **A.**   Yes, well, they tried to kill me twice |
| 12:52:27 | 18 | after that, but -- |
| 12:52:28 | 19 | **Q.**   Who's the they? |
| 12:52:30 | 20 | **A.**   The LA Boys. |
| 12:52:43 | 21 | **MR. BRUSTIN:**  So I've let you ask a lot of |
| 12:52:46 | 22 | questions about this.  I'm sure it's all very |
| 12:52:48 | 23 | exciting and fun, but could you explain how this |

*Valentino Dixon - Ms. Persico - 06/07/2022*

93

12:52:50  1  could possibly lead to relevant evidence?

12:52:52  2          **MS. PERSICO:**  No.

12:52:52  3          **MR. BRUSTIN:**  I'm going to cut it off soon,

12:52:54  4  because this is way beyond what could conceivably

12:52:57  5  lead to relevant evidence unless you can explain to

12:53:00  6  me how it could.

12:53:00  7          **MS. PERSICO:**  Mr. Brustin, I don't believe

12:53:02  8  that I have to explain to you.

12:53:03  9          **MR. BRUSTIN:**  If it gets to the point where

12:53:05 10  it's just harassing and couldn't lead to relevant

12:53:08 11  evidence, that's my objection.

12:53:09 12          I'm not going to stop you now, but I'm

12:53:11 13  asking if you could state for the record how the

12:53:13 14  circumstances of him testifying about a material

12:53:15 15  witness order could possibly be admissible evidence

12:53:20 16  in this trial.

12:53:21 17          **MS. PERSICO:**  I don't believe that I need to

12:53:22 18  explain that to you, Mr. Brustin.

12:53:23 19          **MR. BRUSTIN:**  I think you might, soon you

12:53:25 20  might, because we'll have to go to the judge.  I'm

12:53:29 21  going stop him from answering, but you keep asking.

12:53:32 22  Use your time as you want.

12:53:33 23          **BY MS. PERSICO:**

*Valentino Dixon - Ms. Persico - 06/07/2022*

94

12:53:34  1          Q.    Mr. Dixon, please turn to 1454, which

12:53:36  2   is the next page.

12:53:45  3          This -- this was from May 19th, 1989.  Do

12:53:55  4   you see that?

12:53:56  5          A.    Yes.

12:53:57  6          Q.    Okay.  And again this is Shawn

12:54:01  7   Anderson, which is an alias that you used, right?

12:54:04  8          A.    Yes.

12:54:07  9          Q.    Please turn to the next page, which is

12:54:10 10   1481.  This one is from April 6th, 1991, correct?

12:54:24 11          A.    Yes.

12:54:25 12          Q.    And this relates to you, correct?

12:54:28 13          A.    Yes.

12:54:31 14          Q.    And -- and the allegation in the middle

12:54:35 15   of the page is that you sold a small amount of

12:54:37 16   cocaine in exchange for $7 and remained at the

12:54:43 17   above location for the purpose of using and

12:54:48 18   possessing cocaine.

12:54:51 19          Right?  That's what it says on the document?

12:54:54 20          A.    Yes.

12:54:54 21          Q.    What was the outcome of this arrest?

12:54:57 22          A.    I took a plea bargain of one to three.

12:55:01 23          Q.    One to three years?

*Valentino Dixon - Ms. Persico - 06/07/2022*

95

12:55:04  1          **A.**    Yes.  For $7 worth.  It's ridiculous.

12:55:14  2          **Q.**    And so did you do that time?

12:55:16  3          **A.**    Well, I was already arrested on the

12:55:19  4     murder charge, so this was pending.

12:55:22  5          **Q.**    Okay.

12:55:22  6          **A.**    And Joseph Terranova --

12:55:24  7          **MR. BRUSTIN:**  Don't -- okay.  You can tell

12:55:26  8     who represented you.  Just don't talk about

12:55:29  9     conversations.

12:55:29 10          **THE WITNESS:**  Yes, he represented me on this

12:55:31 11     plea of one to three.

12:55:31 12          **BY MS. PERSICO:**

12:55:32 13          **Q.**    So -- so these charges that we're

12:55:34 14     talking about listed on 1481 -- that matter was

12:55:43 15     pending when you were arrested in connection with

12:55:44 16     the shooting of Torri Jackson.

12:55:49 17          **A.**    Yes.

12:55:49 18          **Q.**    Did you take the -- the plea to one to

12:55:53 19     three years before the trial in the Torriano

12:56:03 20     Jackson matter?

12:56:03 21          **A.**    Yes.

12:56:07 22          **Q.**    And so were you serving the -- the time

12:56:09 23     for this while -- at the time that the -- this

*Valentino Dixon - Ms. Persico - 06/07/2022*

96

12:56:15  1  trial took place?

12:56:16  2       **MR. BRUSTIN:**  Objection to form.  Answer if

12:56:17  3  you know.

12:56:18  4       **THE WITNESS:**  I took this plea, I'm going to

12:56:24  5  say, two months before my trial started with

12:56:28  6  Torriano Jackson.  Two months before.

12:56:33  7       **MR. BRUSTIN:**  She asked if you -- if you

12:56:35  8  knew whether you were serving time on this at that

12:56:37  9  time.

12:56:37 10       **THE WITNESS:**  Oh, I didn't know.  I didn't

12:56:38 11  know.  I didn't know how the time was running.

12:56:44 12       **BY MS. PERSICO:**

12:56:45 13       Q.   You were -- you were in jail when the

12:56:46 14  trial of this matter started.

12:56:48 15       A.   Yes.

12:56:48 16       Q.   Okay.  Can you turn to the next one,

12:56:51 17  which is 1483, an arrest/booking form.

12:56:58 18       This one is from February 8th of 1991, and

12:57:06 19  this one relates to you, correct?

12:57:08 20       A.   Yes.

12:57:09 21       Q.   And the -- the narrative states that

12:57:13 22  you were loud and used abusive and obscene language

12:57:16 23  while at the above address and did have in his

*Valentino Dixon - Ms. Persico - 06/07/2022*

97

12:57:19  1  possession and did drink from a 12-ounce can of

12:57:23  2  Colt 45 beer while seated in a Mercedes.  Defendant

12:57:27  3  arrested on the above listed traffic charges and

12:57:30  4  did fight and struggle and had to be forcibly

12:57:34  5  subdued and handcuffed.

12:57:36  6          Is that what it says on the document?

12:57:37  7          A.    That's what it says.

12:57:39  8          Q.    Okay.  What was the outcome of this

12:57:40  9  matter?

12:57:41 10          A.    It was dismissed.

12:57:42 11          Q.    Did Mr. Terranova represent you in

12:57:45 12  connection with this?

12:57:46 13          A.    No, Sean Hill did.

12:57:54 14          Q.    Please turn to page -- the next page,

12:57:57 15  which is 1497.

12:58:03 16          This one is -- also lists Shawn Anderson as

12:58:09 17  the -- the person, but that's really you, right?

12:58:15 18          MR. BRUSTIN:  Objection to form, asked and

12:58:15 19  answered.

12:58:18 20          THE WITNESS:  That's me.

12:58:19 21          BY MS. PERSICO:

12:58:20 22          Q.    Okay.  Can you tell me how the police

12:58:25 23  would list Shawn Anderson on 1497 and then, you

*Valentino Dixon - Ms. Persico - 06/07/2022*

98

12:58:32  1  know, Valentino Dixon on the one before that?

12:58:34  2          Would you -- would you give -- affirmatively

12:58:36  3  give them the wrong name?

12:58:38  4          A.   It's called incompetence.  They knew

12:58:40  5  who I was.  Once I used Shawn Anderson one time,

12:58:44  6  they started putting it on all my arrests.

12:58:47  7          Q.   Why did you start using Shawn Anderson?

12:58:49  8          A.   Well, he was my friend in high school,

12:58:51  9  and whenever I got pulled over -- my license was

12:58:54 10  suspended.  I'd use it a couple times.

12:58:57 11          It only worked a couple times, and then

12:58:59 12  after that, I couldn't use it no more.  Everybody

12:59:01 13  knew who I was.

12:59:02 14          Q.   Oh, so you mean whenever you got pulled

12:59:04 15  over, you didn't -- you did not have a valid

12:59:08 16  license, so you used Shawn's name.

12:59:11 17          MR. BRUSTIN:  Objection.

12:59:11 18          THE WITNESS:  A couple times, yes.

12:59:13 19          BY MS. PERSICO:

12:59:13 20          Q.   Did you have his license?

12:59:15 21          A.   No.  Just gave the date of birth and

12:59:18 22  his address.

12:59:18 23          Q.   Okay.  Did Shawn know you were doing

*Valentino Dixon - Ms. Persico - 06/07/2022*

99

| | | |
|---|---|---|
| 12:59:23 | 1 | that? |
| 12:59:23 | 2 | **A.**   Yes.  He's my buddy, my best friend. |
| 12:59:35 | 3 |         And then eventually I got -- |
| 12:59:36 | 4 | **MR. BRUSTIN:**  There's no question.  There's |
| 12:59:38 | 5 | no question.  Just answer her question. |
| 12:59:40 | 6 | **BY MS. PERSICO:** |
| 12:59:40 | 7 | **Q.**   Okay.  I'm going to ask you to skip to |
| 12:59:43 | 8 | page 1502, and that -- that is an arrest/booking |
| 12:59:55 | 9 | form relative to you, and the date is 7/28/90; is |
| 13:00:00 | 10 | that correct? |
| 13:00:07 | 11 | **A.**   Which page are we on? |
| 13:00:08 | 12 | **Q.**   It's -- on the bottom, it says HR1502. |
| 13:00:11 | 13 | **A.**   Okay.  I've got 1498.  Sorry about |
| 13:00:19 | 14 | that. |
| 13:00:19 | 15 | **Q.**   So this relates to you, and it's dated |
| 13:00:22 | 16 | July 28th, 1990. |
| 13:00:24 | 17 | **A.**   Yes. |
| 13:00:24 | 18 | **Q.**   That's just like a couple of days, |
| 13:00:28 | 19 | really, before the shooting of Torriano Jackson, |
| 13:00:34 | 20 | right? |
| 13:00:35 | 21 | **A.**   No. |
| 13:00:35 | 22 | **Q.**   Oh, no, it's a year before.  Right.  A |
| 13:00:39 | 23 | year and a couple of days. |

*Valentino Dixon - Ms. Persico - 06/07/2022*

100

13:00:40  1         **A.**   Yes.

13:00:42  2         **Q.**   So -- and this arrest is related to

13:00:47  3  your possession of a .38 caliber gun and some

13:00:51  4  cocaine, correct?

13:00:53  5         **A.**   Yes.

13:00:54  6         **Q.**   Okay.  What was the disposition of

13:00:57  7  this -- these charges?

13:00:58  8         **A.**   It was dismissed.

13:01:02  9         **Q.**   Was that after trial?

13:01:04  10        **A.**   No trial.  This was never in my

13:01:07  11  possession.  This is why it was dismissed.

13:01:10  12        **Q.**   Okay.  Who represented you in

13:01:12  13  connection with this?

13:01:13  14        **A.**   Sean Hill.

13:01:17  15        **MR. BRUSTIN:**  Jen, I apologize.  At a

13:01:20  16  reasonable time, could we just take a quick

13:01:23  17  restroom break?

13:01:24  18        **MS. PERSICO:**  Sure.  You want to do it now?

13:01:26  19        **MR. BRUSTIN:**  If you want.

13:01:29  20        **MS. PERSICO:**  Okay.

13:01:30  21            (A recess was then taken at 1:01 p.m.)

13:04:21  22        **BY MS. PERSICO:**

13:04:22  23        **Q.**   Mr. Dixon, I'd ask you to turn to page

*Valentino Dixon - Ms. Persico - 06/07/2022*

101

13:04:26  1  1506, and -- and this is an arrest/booking form

13:04:35  2  relating to you dated January 30th, 1991; is that

13:04:39  3  correct?

13:04:40  4       **A.**   Yes.

13:04:41  5       **Q.**   And it alleges that you had in your

13:04:47  6  possession more than one ounce of cocaine and had a

13:04:51  7  12-gauge pistol grip Maverick shotgun, and that's

13:04:57  8  the allegation contained on the document?

13:05:01  9       **A.**   Yes.

13:05:03 10       **Q.**   What was the outcome of these charges?

13:05:06 11       **A.**   Dismissed.

13:05:08 12       **Q.**   Was that after trial?

13:05:10 13       **A.**   There was no trial.

13:05:11 14       **Q.**   Who represented you?

13:05:23 15       **A.**   Sean Hill.

13:05:26 16       **Q.**   On -- please turn to 1508.

13:05:39 17       And that is an arrest/booking form relating

13:05:42 18  to you dated April 9th, 1990, correct?

13:05:46 19       **A.**   Yes.

13:05:47 20       **Q.**   And that one alleges that while you

13:05:49 21  were driving a Cadillac, you shot at Frank Love,

13:05:58 22  Sr. at Fillmore and French Streets and possessed a

13:06:03 23  .22 caliber Jennings J-22 with six live rounds in

13:06:08  1 | the clip and a .25 caliber automatic Raven handgun

13:06:13  2 | with seven live rounds in the clip.

13:06:15  3 |         That's the allegation, right?

13:06:17  4 |         **A.**   Yes.

13:06:18  5 |         **Q.**   How did those charges get resolved?

13:06:21  6 |         **A.**   A plea bargain.

13:06:24  7 |         **Q.**   And what was the plea?

13:06:26  8 |         **A.**   I believe it -- I believe it was two to

13:06:27  9 | six years.

13:06:31 10 |         **Q.**   And when did you serve that time?

13:06:41 11 |         **A.**   Well, just so we're clear, I was

13:06:43 12 | arrested August 10th, 1991.  These cases were

13:06:50 13 | pending, so I stayed in.  I never got out.

13:06:53 14 |         **Q.**   I see.  So you --

13:06:55 15 |         **A.**   Okay.

13:06:55 16 |         **Q.**   You're just unsure of whether --

13:06:57 17 |         **A.**   Yes, because I stayed in jail the whole

13:06:59 18 | time.  I never got out after that time.

13:07:01 19 |         **Q.**   Okay.

13:07:01 20 |         **A.**   You know what I'm saying?  So --

13:07:03 21 |         **Q.**   Yes.  I think that -- let me see if I

13:07:06 22 | have this right.

13:07:06 23 |         So this arrest from 1990, the plea bargain

*Valentino Dixon - Ms. Persico - 06/07/2022*

103

13:07:11  1  happened sometime later, and you --

13:07:16  2          A.    Okay.

13:07:17  3          Q.    Before -- before your arrest on

13:07:20  4  August 10th of 1991, these various charges that we

13:07:25  5  are in the midst of discussing were pending; is

13:07:29  6  that correct?

13:07:29  7          A.    Yes.

13:07:30  8          Q.    And you had not yet been sentenced and

13:07:33  9  taken to jail on any of these --

13:07:35 10          A.    Yes.

13:07:36 11          Q.    -- so far.

13:07:37 12          MR. BRUSTIN:  Just to be clear, he -- some

13:07:38 13  of them.

13:07:39 14          MS. PERSICO:  Okay.

13:07:40 15          MR. BRUSTIN:  Not all the ones you've

13:07:41 16  mentioned --

13:07:41 17          MS. PERSICO:  Right.

13:07:41 18          MR. BRUSTIN?  -- but at least a couple.

13:07:43 19          MS. PERSICO:  That's why I've been trying to

13:07:45 20  go through each one and get the outcome so that

13:07:49 21  we're not adding more than we have to.

13:07:50 22          THE WITNESS:  But all charges were resolved,

13:07:52 23  you know, within -- after 1991, after my arrest.

13:07:59  1  All of them were resolved.

13:08:02  2          This plea bargain was a month before I was

13:08:06  3  arrested for Torriano.  I just hadn't been -- you

13:08:10  4  know, started the sentence.  I was waiting to go

13:08:12  5  to -- you know, to be sentenced.

13:08:12  6          **BY MS. PERSICO:**

13:08:14  7          **Q.**   Okay.

13:08:15  8          **A.**   Yes.

13:08:15  9          **Q.**   So even though this one happened in

13:08:24  10  1990, you didn't take the plea until shortly before

13:08:27  11  the shooting and -- and had not been sentenced.

13:08:32  12          **A.**   Yes, I -- yes, about six months before

13:08:34  13  the shooting, I took the plea.

13:08:38  14          **Q.**   And do you remember what the -- what

13:08:44  15  you pled to?

13:08:45  16          **A.**   Yes.  I remember pleading to a

13:08:47  17  nonviolent reckless endangerment.

13:08:59  18          **Q.**   Okay.  So I -- so -- and then you did

13:09:02  19  own the .22 caliber and the .25 caliber?

13:09:14  20          **A.**   Yes, ma'am.

13:09:14  21          **Q.**   Please -- please, then, turn to 1510,

13:09:26  22  another arrest/booking form relating to you dated

13:09:29  23  March 30th, 1991, correct?

*Valentino Dixon - Ms. Persico - 06/07/2022*

13:09:32  1       **A.**    Yes.

13:09:32  2       **Q.**    And that narrative on the -- on the

13:09:39  3   paper indicates that you had in your possession a

13:09:41  4   loaded handgun, a .22 caliber long rifle, and an

13:09:51  5   open bottle of beer.

13:09:54  6            How was that arrest resolved?

13:09:56  7       **A.**    Just give me a second.  I'm trying to

13:10:24  8   really recollect.

13:10:26  9       **Q.**    Take your time.

13:10:35  10      **MR. BRUSTIN:**  If you don't remember, it's

13:10:36  11  fine.  There are other sources for this

13:10:38  12  information, but just do the best you can.

13:10:50  13      **THE WITNESS:**  Yes, I don't remember this

13:10:52  14  now.  This is strange.

13:10:54  15      **BY MS. PERSICO:**

13:10:55  16      **Q.**    Can I ask you:  In the description

13:10:57  17  here, they say -- and this may demonstrate my

13:11:02  18  ignorance about guns, but -- so this says you had

13:11:05  19  under your control a loaded handgun, a .22 caliber

13:11:09  20  long rifle.

13:11:10  21           Is that the same .22 caliber that we just

13:11:13  22  talked about that you owned, or is this some -- is

13:11:16  23  this a different type of gun?

*Valentino Dixon - Ms. Persico - 06/07/2022*

106

13:11:18  1       **MR. BRUSTIN:**  Objection to form.

13:11:18  2       **THE WITNESS:**  It's the same one, because I

13:11:20  3  only owned one, so this is what's confusing here,

13:11:24  4  you know.

13:11:26  5       **MS. PERSICO:**  Okay.

13:11:26  6       **MR. BRUSTIN:**  Just tell what you know.

13:11:31  7       **THE WITNESS:**  Yes, I'm looking at the

13:11:32  8  address, and I'm trying to match the address with

13:11:35  9  the -- there's no location here, but then it's

13:11:39 10  saying Goodyear, and I know I was not arrested ever

13:11:42 11  at Genesee and Goodyear, so this is what's throwing

13:11:45 12  me off.

13:11:45 13       **BY MS. PERSICO:**

13:11:46 14       Q.   That's all right.  If you don't know --

13:11:47 15       A.   Yes, they don't have a -- have a number

13:11:50 16  there, you know, an address number.  They just have

13:11:52 17  a vague Genesee and Goodyear.

13:11:55 18       Q.   Fine.  We'll move on to the next one.

13:11:57 19       Okay.  This is 1512, an arrest/booking form

13:12:03 20  dated 11/9/90 relative to you, and this -- this

13:12:10 21  alleges that you -- that you used a .22 caliber

13:12:21 22  rifle to shoot the complainant in the foot.

13:12:29 23  Defendant did refuse to open door for officers

*Valentino Dixon - Ms. Persico - 06/07/2022*

| | | |
|---|---|---|
| 13:12:31 | 1 | after being told he was under arrest. |
| 13:12:33 | 2 | Do you see that allegation? |
| 13:12:34 | 3 | **A.**   Yes. |
| 13:12:36 | 4 | **Q.**   How was this resolved? |
| 13:12:38 | 5 | **A.**   Plea bargain. |
| 13:12:41 | 6 | **Q.**   And what did you plea to? |
| 13:12:43 | 7 | **A.**   Assault. |
| 13:12:47 | 8 | **Q.**   And was that assault against Officer |
| 13:12:50 | 9 | Anthony Wright? |
| 13:12:52 | 10 | **A.**   Officer -- |
| 13:12:53 | 11 | **Q.**   It says -- |
| 13:12:55 | 12 | **MR. SAHASRABUDHE:**   I think it's just Anthony |
| 13:12:57 | 13 | Wright.  I'm not sure why Officer -- |
| 13:13:00 | 14 | **MS. PERSICO:**  Oh, okay.  So -- |
| 13:13:00 | 15 | **BY MS. PERSICO:** |
| 13:13:01 | 16 | **Q.**   Okay.  So it says Officer Anthony |
| 13:13:02 | 17 | Wright, but it was just Anthony Wright, it should |
| 13:13:05 | 18 | say? |
| 13:13:06 | 19 | **A.**   Of course.  They -- I mean, reason I'm |
| 13:13:09 | 20 | saying is because Anthony Wright, he has a rap |
| 13:13:12 | 21 | sheet this long, and he was the bully of the |
| 13:13:13 | 22 | neighborhood, you know.  Everybody in the city |
| 13:13:15 | 23 | knows him. |

*Valentino Dixon - Ms. Persico - 06/07/2022*

108

| | | |
|---|---|---|
| 13:13:16 | 1 | **Q.** So you shot him in the foot. |
| 13:13:19 | 2 | **A.** I just aimed that way like, you know. |
| 13:13:22 | 3 | **MR. BRUSTIN:** Just for the record -- for the |
| 13:13:24 | 4 | record, he's just pointing to the side down to the |
| 13:13:28 | 5 | ground. |
| 13:13:28 | 6 | **THE WITNESS:** Yes. |
| 13:13:30 | 7 | **BY MS. PERSICO:** |
| 13:13:31 | 8 | **Q.** And so you -- you pled to assault, and |
| 13:13:34 | 9 | did you get sentenced to any time in jail for that? |
| 13:13:39 | 10 | **A.** I believe it was a year that ran with |
| 13:13:42 | 11 | the other charges. |
| 13:13:45 | 12 | **Q.** And was that Terranova or Hill? |
| 13:13:50 | 13 | **A.** That was Hill. Can I just point out |
| 13:14:01 | 14 | something? |
| 13:14:01 | 15 | **MR. BRUSTIN:** Only if it's responsive. |
| 13:14:02 | 16 | **THE WITNESS:** Well, yes. With the .22 |
| 13:14:06 | 17 | rifle, if you back up, it's the same rifle they're |
| 13:14:08 | 18 | talking about here, which was confusing, you know. |
| 13:14:13 | 19 | There's two different reports with the same .22 |
| 13:14:17 | 20 | rifle. |
| 13:14:20 | 21 | **MR. BRUSTIN:** All you're doing here is |
| 13:14:22 | 22 | giving your best memory. You're not the best |
| 13:14:24 | 23 | source for this information. |

*Valentino Dixon - Ms. Persico - 06/07/2022*

109

13:14:25  1        THE WITNESS:  Okay.

13:14:28  2        BY MS. PERSICO:

13:14:36  3        Q.   So -- so --

13:14:39  4        MR. BRUSTIN:  Just --

13:14:45  5        MR. THOMPSON:  A .22 long rifle is a type of

13:14:48  6   ammunition.  It doesn't mean a rifle.

13:14:51  7        When you shoot with a .22, you can shoot

13:14:53  8   with regular .22 or a .22 -- it's a different type

13:14:56  9   of cartridge, that's all.

13:14:58  10       So let's not confuse what type of a gun.

13:15:06  11  It's a reference to a cartridge, that's all.

13:15:08  12       MR. BRUSTIN:  I don't know anything about

13:15:09  13  guns either.

13:15:10  14       MS. PERSICO:  But Mr. Dixon knows quite a

13:15:11  15  bit about guns, so let's talk to him about that.

13:15:11  16       BY MS. PERSICO:

13:15:15  17       Q.   Mr. Dixon, so we've established that

13:15:16  18  around the time of this shooting, you owned a .32

13:15:20  19  caliber gun, a .25 caliber gun, and a .22 caliber

13:15:25  20  gun; is that correct?

13:15:26  21       A.   Yes.

13:15:27  22       Q.   In addition, you, prior to the

13:15:36  23  shooting, owned the TEC-9, right?

*Valentino Dixon - Ms. Persico - 06/07/2022*

110

| | | |
|---|---|---|
13:15:42 1      **MR. BRUSTIN:**  Objection, form, asked and

13:15:45 2  answered repeatedly.  You can answer again.

13:15:47 3      **THE WITNESS:**  Yes.

13:15:52 4      **MS. PERSICO:**  And -- look at my notes here.

13:16:38 5  I'm sorry, just give me one second to look at my

13:16:43 6  notes.

13:16:44 7          (Off the record: 1:16 p.m.)

13:17:33 8          (On the record: 1:17 p.m.)

13:17:37 9      **BY MS. PERSICO:**

13:17:37 10     Q.   Did -- other than the -- the guns we

13:17:39 11  just spoke about, did you own -- I'm having trouble

13:17:46 12  remembering the name of it, because I am also

13:17:48 13  unfamiliar with guns, so I'm just looking through

13:17:51 14  my notes.

13:17:53 15          Oh, did you own an Uzi?

13:17:57 16     A.   I did.

13:17:58 17     Q.   Okay.  And did you also own a Mag-10?

13:18:02 18     A.   No.

13:18:03 19     Q.   Okay.  I'm just going to refer us back

13:18:09 20  to --

13:18:22 21     **MR. BRUSTIN:**  That's a good multimedia

13:18:25 22  presentation.

13:18:26 23      **MS. PERSICO:**  I know.  It's exciting, isn't

*Valentino Dixon - Ms. Persico - 06/07/2022*

111

13:18:28  1    it?  The wonders of technology.

13:18:32  2         **BY MS. PERSICO:**

13:18:32  3         Q.   Okay.  This is -- I've forgotten the

13:18:35  4    Exhibit number.

13:18:42  5         This is the 8/31/18 --

13:18:53  6         **MR. ROMO:**  Exhibit 3.

13:18:54  7         **MS. PERSICO:**  Oh, thank you.

13:18:54  8         **BY MS. PERSICO:**

13:18:55  9         Q.   It's County Exhibit Number 3, 8/31/18

13:18:58  10   interview, and let me just look for where I need to

13:19:08  11   be here.

13:19:42  12        Okay.  So I'm -- okay.  So we are at

13:20:12  13   timestamp 10:03:25 a.m.  Let me play this for you.

13:20:26  14        (Video played.)

13:20:43  15        **BY MS. PERSICO:**

13:20:44  16        Q.   Does that refresh your recollection

13:20:45  17   that you did, in fact --

13:20:45  18        A.   Yes.

13:20:46  19        Q.   -- have a Mag-10 and an Uzi?

13:20:49  20        A.   Well, I knew the Uzi, but I had a gun

13:20:52  21   that could have resembled a Mag-10.  I never knew

13:20:55  22   what caliber it was.  I'm only assuming it was a

13:20:57  23   Mag-10, but I got rid of both of those guns.

*Valentino Dixon - Ms. Persico - 06/07/2022*

112

13:21:00  1          Q.    Okay.  When did you get rid of those?

13:21:03  2          A.    Sometime in, I believe, early 1991

13:21:08  3    or -- or late 1990.

13:21:13  4          Q.    Okay.  All right.  So did that -- did

13:21:30  5    that cover the inventory of guns that you owned in

13:21:33  6    the 1990-1991 time frame, which would be a .22

13:21:39  7    caliber, .25 caliber, .32 caliber, Uzi, Mag-10, and

13:21:45  8    TEC-9?

13:21:46  9          MR. BRUSTIN:  Objection to form.

13:21:48 10          THE WITNESS:  I believe so.

13:21:48 11          BY MS. PERSICO:

13:21:48 12          Q.    Okay.  Now, did you also file a lawsuit

13:22:39 13    in the Court of Claims seeking compensation for

13:22:45 14    wrongful conviction?

13:22:48 15          A.    I believe so.

13:22:49 16          MR. BRUSTIN:  Yes.

13:22:51 17          BY MS. PERSICO:

13:22:52 18          Q.    And is that still pending?

13:22:55 19          A.    I'm not certain.

13:22:57 20          MR. BRUSTIN:  I'm happy to tell you the

13:22:59 21    history off the record, if you want.

13:23:03 22          MS. PERSICO:  Okay.

13:23:37 23          MR. BRUSTIN:  You know, off the -- it was

*Valentino Dixon - Ms. Persico - 06/07/2022*

113

13:23:39  1  dismissed, and it's on appeal.

13:23:41  2         **MS. PERSICO:**  Oh, okay.  Fair enough.

13:23:44  3  Thanks.

13:23:50  4         **MR. SAHASRABUDHE:**  What department?

13:23:57  5         **MR. BRUSTIN:**  Fourth Department.  It's

13:24:01  6  coming up for argument soon.

13:24:16  7         **MS. PERSICO:**  Can we just take a two-minute

13:24:18  8  break?  I just want to talk with Peter for a

13:24:21  9  minute.

13:24:21 10         **MR. BRUSTIN:**  Sure.

13:24:21 11         **MS. PERSICO:**  Okay.

13:24:22 12             (A recess was then taken at 1:24 p.m.)

13:29:53 13         **BY MS. PERSICO:**

13:29:54 14       **Q.**   In -- in prior testimony in this case,

13:30:00 15  we -- we came to learn that you met Lamarr through

13:30:05 16  a guy nicknamed New York?

13:30:08 17       **A.**   Yes.

13:30:10 18       **Q.**   Was his real name -- well, what was his

13:30:13 19  real name?

13:30:14 20       **A.**   Calvin Stratford.

13:30:17 21       **Q.**   And -- and how did you know Calvin?

13:30:21 22       **A.**   Just from the neighborhood.

13:30:24 23       **Q.**   Did he work for you?

*Valentino Dixon - Ms. Persico - 06/07/2022*

114

13:30:25  1    A.    Briefly.

13:30:31  2    Q.    And what did he do?

13:30:33  3    A.    Sold some cocaine for me.

13:30:37  4    Q.    Was he also like a bodyguard?

13:30:45  5    A.    No.

13:30:45  6    Q.    And we also learned that -- that Lamarr

13:30:55  7  brought you a message from New York when he first

13:30:59  8  met you?

13:31:00  9         MR. BRUSTIN:  Objection to form.

13:31:01 10         THE WITNESS:  Yes.

13:31:03 11         MR. BRUSTIN:  Are you asking him if you

13:31:05 12  learned that, or are you asking him if that

13:31:05 13  happened?

13:31:05 14         MS. PERSICO:  I said we learned it, and now

13:31:08 15  I guess I'm asking if that happened, and I think he

13:31:09 16  said yes.

13:31:09 17         THE WITNESS:  Yes.

13:31:09 18         BY MS. PERSICO:

13:31:10 19    Q.    What was the message?

13:31:11 20    A.    He said New York needed some money on

13:31:14 21  his books.  He was in the county jail with him.

13:31:18 22    Q.    Which meant that he needed some money

13:31:21 23  in his commissary account?

*Valentino Dixon - Ms. Persico - 06/07/2022*

115

13:31:22  1           A.    Yes.

13:31:23  2           Q.    And did you put some money in his

13:31:25  3    commissary account?

13:31:25  4           A.    Yes.

13:31:32  5           Q.    Just a couple of stray questions, and

13:31:35  6    then I'll -- I'll wrap things up.

13:31:36  7           At the -- in and around the period of

13:31:43  8    August of 1991, you -- you mentioned that you lived

13:31:48  9    at a house on Lisbon.

13:31:50  10          A.    Yes.

13:31:51  11          Q.    And you also, I think, had an address

13:31:55  12   on Rounds?

13:31:56  13          A.    My mother's address.

13:31:57  14          Q.    Okay.  So your mom lived at --

13:31:59  15          A.    61 Rounds.

13:32:00  16          Q.    Okay.  And then your -- you lived on

13:32:09  17   Lisbon?

13:32:10  18          A.    Yes.

13:32:11  19          Q.    Did you have any other residences or

13:32:14  20   places that you later had or whatever, hung out?

13:32:19  21          A.    Not at that time, no.

13:32:20  22          Q.    And at that time, you were dating a

13:32:27  23   woman named Arniece?

*Valentino Dixon - Ms. Persico - 06/07/2022*

116

| | | |
|---|---|---|
| 13:32:29 | 1 | **A.**   Yes. |
| 13:32:29 | 2 | **Q.**   And where did she live? |
| 13:32:32 | 3 | **A.**   She lived at Goodyear at the time. |
| 13:32:53 | 4 | **Q.**   And did you -- after the events of |
| 13:33:00 | 5 | August 10th, 1991, did you go Arniece's house? |
| 13:33:06 | 6 | **A.**   Yes. |
| 13:33:07 | 7 | **Q.**   Okay. |
| 13:33:08 | 8 | **A.**   No.  No, I went home.  I went on |
| 13:33:12 | 9 | Lisbon. |
| 13:33:12 | 10 | **Q.**   Okay. |
| 13:33:12 | 11 | **A.**   Yes. |
| 13:33:13 | 12 | **Q.**   So -- so after -- so as I understand |
| 13:33:19 | 13 | it, the shooting takes place.  You run to your car. |
| 13:33:26 | 14 | Lamarr tries to get in your car, and you tell him, |
| 13:33:30 | 15 | "No way," right? |
| 13:33:32 | 16 | **MR. BRUSTIN:**   Objection to form. |
| 13:33:33 | 17 | **THE WITNESS:**   Yes. |
| 13:33:33 | 18 | **BY MS. PERSICO:** |
| 13:33:43 | 19 | **Q.**   And your car was at that point parked |
| 13:33:45 | 20 | on Delavan? |
| 13:33:47 | 21 | **A.**   Yes. |
| 13:33:48 | 22 | **Q.**   And that was the red Mazda, correct? |
| 13:33:51 | 23 | **A.**   Yes. |

*Valentino Dixon - Ms. Persico - 06/07/2022*

117

13:33:53  1        Q.   And so from Delavan, you went to your

13:33:58  2   house on Lisbon?

13:33:59  3        A.   Yes.

13:34:02  4        Q.   Did you speak with Arniece at all after

13:34:09  5   the events of August 10th?

13:34:12  6        MR. BRUSTIN:   Objection to form.  You mean

13:34:13  7   that night or ever?

13:34:15  8        BY MS. PERSICO:

13:34:15  9        Q.   Well, let's start with that night.

13:34:17 10        A.   Yes.

13:34:19 11        Q.   Did you -- did you call her up or what?

13:34:21 12        A.   No, I didn't have a phone.

13:34:23 13        Q.   So did you -- how did you speak to her?

13:34:26 14        A.   I was with her.

13:34:27 15        Q.   Okay.  Did you go pick her up and take

13:34:31 16   her to your house on Lisbon?

13:34:33 17        A.   She was already at my house.

13:34:35 18        Q.   Okay.  Did you tell her what happened?

13:34:43 19        A.   Yes.

13:34:45 20        Q.   What did you say?

13:34:48 21        A.   That a shooting occurred.  I didn't

13:34:50 22   know if someone passed away at the time.  I just

13:34:53 23   said the shooting occurred.

*Valentino Dixon - Ms. Persico - 06/07/2022*

118

13:34:55 1     **Q.**   Did you tell her -- did you tell her

13:34:57 2 that Lamarr Scott did it?

13:34:59 3     **A.**   I believe so.

13:35:00 4     **Q.**   Did you tell her that he did it with

13:35:02 5 your gun?

13:35:03 6     **A.**   No.  I don't believe -- I don't believe

13:35:06 7 I did.

13:35:20 8     **Q.**   Did she ask you where Lamarr was?

13:35:22 9     **A.**   No.

13:35:23 10     **Q.**   Did Lamarr ever come over to your

13:35:25 11 house?

13:35:25 12     **A.**   Yes.

13:35:27 13     **Q.**   When was that?

13:35:29 14     **A.**   I believe later that -- I believe later

13:35:33 15 that night or early in the morning.

13:35:35 16     **Q.**   So like later the 11th, on --

13:35:40 17     **A.**   Yes.

13:35:41 18     **Q.**   Okay.

13:35:42 19     **A.**   Well, no, it would be -- still be the

13:35:44 20 10th.  It still would be August 10th.

13:35:47 21     **Q.**   Okay.  So at -- in sort of the middle

13:35:49 22 of the night --

13:35:50 23     **A.**   Possibly.

*Valentino Dixon - Ms. Persico - 06/07/2022*

119

| | | |
|---|---|---|
| 13:35:51 | 1 | **Q.**   -- you went to your house on Lisbon. |
| 13:35:55 | 2 | **A.**   I went to my house straight away. |
| 13:35:57 | 3 | **MR. BRUSTIN:**  Let her finish the questions. |
| 13:35:59 | 4 | **BY MS. PERSICO:** |
| 13:35:59 | 5 | **Q.**   I'm just trying to get the timing. |
| 13:36:01 | 6 | So, you know, if the -- if the shooting |
| 13:36:04 | 7 | happened -- you know, it was after midnight on the |
| 13:36:12 | 8 | 9th, which makes it the 10th, right?  I always have |
| 13:36:14 | 9 | a hard time with this myself. |
| 13:36:16 | 10 | So when -- when that's all over with, you -- |
| 13:36:19 | 11 | you get in your car, and you drive to your house on |
| 13:36:22 | 12 | Lisbon, where Arniece already is. |
| 13:36:27 | 13 | **A.**   Yes. |
| 13:36:28 | 14 | **Q.**   So that's kind of the middle of the |
| 13:36:30 | 15 | night in my estimation. |
| 13:36:32 | 16 | **MR. BRUSTIN:**  Wait for a question. |
| 13:36:33 | 17 | **BY MS. PERSICO:** |
| 13:36:33 | 18 | **Q.**   But if you have a better recollection |
| 13:36:35 | 19 | as to what time you got to the house on Lisbon, |
| 13:36:38 | 20 | what do you think it is? |
| 13:36:40 | 21 | **MR. BRUSTIN:**  Objection to form.  You can |
| 13:36:41 | 22 | answer. |
| 13:36:41 | 23 | **THE WITNESS:**  Approximately maybe one |

*Valentino Dixon - Ms. Persico - 06/07/2022*

120

13:36:42  1    o'clock in the morning.

13:36:43  2          **BY MS. PERSICO:**

13:36:43  3          Q.    Okay.  Fair enough.  So -- and then

13:36:48  4    what time do you think Lamarr came over?

13:36:53  5          A.    Approximately around three in the

13:36:59  6    morning, maybe.

13:37:02  7          Q.    And did you and Lamarr talk about the

13:37:04  8    events of the evening?

13:37:09  9          A.    I believe briefly.  Yes, I believe so.

13:37:11  10          Q.    Okay.  And what was that conversation?

13:37:14  11          A.    I don't remember.  It's so vague.  I

13:37:16  12    mean, I seen what happened, he knew what happened,

13:37:21  13    so I don't remember the conversation.  I don't --

13:37:24  14    you know, I don't remember it, you know.

13:37:26  15          I mean, what is there to talk about?  I

13:37:29  16    mean, it's a bad thing happened.  It's horrible,

13:37:31  17    you know, so I don't remember the exact words.

13:37:33  18          Q.    I mean, did you talk about -- was

13:37:38  19    anybody worried about getting arrested?

13:37:40  20          **MR. BRUSTIN:**  Objection to form.

13:37:41  21          **THE WITNESS:**  I don't believe so.  I -- I do

13:37:44  22    remember turning on the TV to watch the news, okay,

13:37:48  23    and they had some coverage, but they hadn't said

*Valentino Dixon - Ms. Persico - 06/07/2022*

121

13:37:52  1  that no one passed.  They hadn't, you know, given

13:37:57  2  that to the public that someone passed, you know,

13:37:59  3  so it was --

13:38:00  4        **BY MS. PERSICO:**

13:38:00  5        Q.   But you -- but you knew somebody had

13:38:02  6  passed.

13:38:03  7        **MR. BRUSTIN:**  Objection to form.

13:38:03  8        **THE WITNESS:**  No, I didn't know, you know.

13:38:05  9  You can only hope that no one passed, you know.

13:38:08 10        And it appeared that someone could have

13:38:10 11  passed because of so many rounds was being fired,

13:38:14 12  you know, but, you know, you still hope that's just

13:38:16 13  not -- that this is not the case.

13:38:17 14        **BY MS. PERSICO:**

13:38:18 15        Q.   Okay.  So while Lamarr is at your

13:38:20 16  house, you knew that he was the guy who had done

13:38:23 17  the shooting.

13:38:24 18        A.   Yes.

13:38:24 19        Q.   Did -- did he ask you whether you were

13:38:30 20  going to tell the police it was him?

13:38:33 21        A.   No.

13:38:34 22        Q.   Why not, do you think?

13:38:37 23        **MR. BRUSTIN:**  Objection to form.  You can

*Valentino Dixon - Ms. Persico - 06/07/2022*

13:38:38  1  answer.

13:38:39  2      **THE WITNESS:**  I mean, we were guys in the

13:38:42  3  street not doing the right thing.  We're not going

13:38:45  4  to go tell the police what happened, you know.  I

13:38:47  5  mean, even though Torriano and Aaron Jackson, you

13:38:58  6  know, pulled up and started shooting and --

13:39:00  7  everything happened so quickly, you know.

13:39:05  8      You know, what was running through my mind

13:39:07  9  and his mind, I believe, is that it was

13:39:10 10  self-defense.  You know, nothing else, you know.

13:39:13 11  And if the police don't come asking, nobody's going

13:39:15 12  to say anything.  I'm not going to say anything.

13:39:17 13      **BY MS. PERSICO:**

13:39:22 14      Q.   Did you guys discuss that it was in --

13:39:26 15  in self-defense?

13:39:28 16      A.   We didn't have to.  It was obvious.  He

13:39:31 17  jumped out of the car and started shooting.

13:39:36 18      Q.   Were you able to -- to see Lamarr Scott

13:39:39 19  do the shooting?

13:39:40 20      A.   Well, when I ran out of the store, I

13:39:44 21  ran with Antoine.  I grabbed him, and we ran toward

13:39:48 22  my car and turned around maybe 40 yards back and

13:39:52 23  was able to see the shooting from there, and we

*Valentino Dixon - Ms. Persico - 06/07/2022*

123

13:39:54  1  just looked at each other like "Whoa."

13:39:57  2       Q.   And -- and you said there were so many

13:40:01  3  bullets fired.  How many bullets did that gun hold?

13:40:08  4       A.   I believe 30.

13:40:14  5       Q.   And did you come to learn that

13:40:18  6  approximately 27 shells were recovered at the

13:40:23  7  scene?

13:40:25  8       A.   Later on when I received the paperwork,

13:40:27  9  yes.

13:40:27  10      Q.   And when you were there, did you

13:40:31  11  hear -- did you hear a lot of shots being fired?

13:40:35  12      A.   Well, the first shots I heard fired, I

13:40:39  13  was inside the store, you know.

13:40:40  14      Q.   Okay.

13:40:41  15      A.   It was like a pop, pop, you know, so

13:40:43  16  it's like, "Oh, God," you know, and I ran out,

13:40:46  17  because I was thinking of my brother, and he was

13:40:47  18  kind of standing at the doorway.

13:40:49  19      And I looked to the side, and I saw Mario

13:40:53  20  tussling with Aaron and Torri.  At first I thought

13:40:57  21  it was just a fight, and then I saw this handgun,

13:41:00  22  one of them holding a handgun.

13:41:01  23      So my brother --

*Valentino Dixon - Ms. Persico - 06/07/2022*

13:41:01  1          **Q.**   I'm sorry to cut you off, Mr. Dixon,
13:41:03  2    but I just asked if -- did -- did you hear a lot of
13:41:06  3    shots.
13:41:07  4          **MR. BRUSTIN:**  Don't -- no, no, no, no,
13:41:09  5    finish your answer, please.  Don't -- you're not
13:41:11  6    going to cut him off.
13:41:12  7          Please finish your answer.  You saw Torri
13:41:13  8    with a handgun.  Continue, please.
13:41:13  9          **THE WITNESS:**  Yes.
13:41:16 10          **MS. PERSICO:**  If you want to ask --
13:41:16 11          **MR. BRUSTIN:**  No, no, no, he's going to
13:41:17 12    finish.
13:41:17 13          **MS. PERSICO:**  No.  Mr. Brustin, I asked a
13:41:17 14    question.
13:41:18 15          **MR. BRUSTIN:**  You are not going to cut off
13:41:20 16    his answer.  That's not happening.
13:41:21 17          Please finish your answer.
13:41:23 18          **THE WITNESS:**  Yes.  Well, I saw one of the
13:41:25 19    guys -- I didn't know him personally -- one of the
13:41:27 20    guys with a handgun, and my brother was trying to
13:41:31 21    like maybe help Mario, like go in there and help
13:41:31 22    him.
13:41:33 23          And I says, "No, he got a handgun," and I

13:41:35  1  pulled him away, you know, and we ran around the

13:41:39  2  situation and ran towards my car, and Lamarr come

13:41:39  3  running past us.

13:41:52  4      We ran around the incident that was

13:41:52  5  occurring and ran towards my car.  I pulled him

13:41:53  6  towards my car, and we ran up the street, and

13:41:55  7  Lamarr came running towards the scene in the

13:42:01  8  opposite direction.

13:42:03  9      **BY MS. PERSICO:**

13:42:04  10      **Q.**   So you saw a handgun.

13:42:06  11      **A.**   Yes.  Silver.

13:42:11  12      **Q.**   And you're familiar with handguns.

13:42:13  13      **A.**   Well, yes, I mean, I had a few.

13:42:17  14      **Q.**   Did the handgun that you saw hold 30

13:42:20  15  rounds?

13:42:20  16      **A.**   No.  I mean, it was a small handgun.

13:42:24  17  It would maybe hold five rounds or seven.

13:42:28  18      **Q.**   So let's go back to you're -- you --

13:42:33  19  you, Arniece, and Lamarr are at your house on

13:42:36  20  Lisbon.  Does Arniece ask what happened?

13:42:40  21      **A.**   I already told her, you know, there was

13:42:42  22  a shooting, you know.

13:42:43  23      **MR. BRUSTIN:**  She's just asking if you

*Valentino Dixon - Ms. Persico - 06/07/2022*

13:42:44  1  remember what Arniece said.

13:42:46  2          **THE WITNESS:**  I don't remember, no.

13:42:46  3          **BY MS. PERSICO:**

13:42:47  4      Q.   Did -- and -- and I apologize if I

13:42:50  5  asked you this.  Did you tell Arniece that it was

13:42:53  6  Lamarr Scott that did it?

13:42:55  7          **MR. BRUSTIN:**  Object -- objection to form.

13:42:57  8          **THE WITNESS:**  Yes, I believe I did.

13:42:59  9          **BY MS. PERSICO:**

13:43:13  10     Q.   So you know that Lamarr Scott was also

13:43:22  11 interviewed by the District Attorney's office in

13:43:25  12 connection with the resolution of your 440 motion,

13:43:27  13 right?

13:43:28  14     A.   Yes.

13:43:29  15     Q.   Did you talk to him about that

13:43:30  16 interview?

13:43:31  17     A.   Who?

13:43:33  18     Q.   Lamarr Scott.

13:43:34  19     A.   No.

13:43:36  20     Q.   Do you know what the sum and substance

13:43:40  21 of his statements in that interview were?

13:43:43  22     A.   No.  He cut me off years prior to that,

13:43:46  23 so we had no contact.  He wouldn't write me

*Valentino Dixon - Ms. Persico - 06/07/2022*

127

13:43:48   1  anymore, and he cut me off.  Said he had an

13:43:52   2  attorney, he was trying to get out of jail.  No

13:43:55   3  more contact after that.  I wrote him a letter and

13:43:59   4  said, "I wish you well."

13:44:02   5          Q.   So you haven't discussed this case with

13:44:04   6  Lamarr.

13:44:04   7          A.   Not one time since he left Attica.

13:44:08   8  After he left Attica, we never discussed the case.

13:44:10   9  He cut me off about a year later.  He didn't want

13:44:13  10  to have anything to do with me.  He says, "I'm

13:44:15  11  trying to get out of jail."

13:44:17  12          Q.   So you got -- you don't have any

13:44:19  13  arrangement with Mr. Scott that you would share in

13:44:23  14  the proceeds of any recovery you got from this suit

13:44:25  15  with him.

13:44:26  16          A.   Not at all.

13:44:28  17          Q.   Never had that discussion with him?

13:44:30  18          A.   Never.

13:44:32  19          Q.   Did he ever ask you for a portion of

13:44:34  20  any proceeds?

13:44:37  21          A.   Through a third party, yes.

13:44:40  22          Q.   And when was that?

13:44:41  23          A.   Month and a half ago.

13:44:45  1          Q.    And who was the third party?

13:44:47  2          A.    His name is Jabril, J-A-B-R-I-L.

13:44:57  3          Q.    And -- and what was the -- what did

13:45:02  4   Mr. -- is that a first or last name?

13:45:04  5          A.    His first name is Jabril.

13:45:06  6          Q.    Okay.  What did -- what did Jabril ask

13:45:09  7   you for on Lamarr's behalf?

13:45:10  8          A.    Well, he was -- first, a couple people

13:45:14  9   said Lamarr wanted to speak to me, you know, after

13:45:18 10   he got out, and I wouldn't speak to him.

13:45:21 11          Okay.  Starting with my ex-sister-in-law.

13:45:23 12   He went to her rest -- he went to her clothing

13:45:25 13   store.

13:45:25 14          Q.    I'm sorry, who's your ex-sister-in-law?

13:45:28 15          A.    Her name is Lynette Ridgeway.  He -- he

13:45:32 16   even, you know, left a message on her machine,

13:45:36 17   "Tell Valentino I want to speak to him."

13:45:37 18          And we have that message, okay?

13:45:39 19          Q.    He left a message on Lynnette --

13:45:41 20          A.    On her -- yes, after he went to her

13:45:43 21   business and told her he wanted to speak to me.

13:45:46 22   I -- I refused to speak to him.  She gave him her

13:45:49 23   telephone number.  He left a message on the machine

*Valentino Dixon - Ms. Persico - 06/07/2022*

129

13:45:51  1  sometime after that, you know, "Tell him I really

13:45:53  2  need to speak to him."

13:45:56  3      You know, we have the message.  I ignored

13:45:58  4  it.  Jabril reaches out, because Jabril was in

13:46:01  5  Attica with both of us, to be a mediator.

13:46:06  6      Told Jabril I'm not going to speak to him.

13:46:06  7  I says, "I'm not going to speak to Lamarr Scott,"

13:46:09  8  and so Jabril says he's -- he says, "He wants you

13:46:14  9  to look out for him."

13:46:15  10     And I says, "I'm not going to look out for

13:46:17  11 him."

13:46:17  12     And Jabril sent me a text, and Lamarr sent

13:46:22  13 the account number and says, "Look out for me.  I

13:46:24  14 need $50,000."

13:46:25  15     I have the text logged in my phone with the

13:46:31  16 account numbers.  I screenshotted it.  We have

13:46:35  17 never spoken in years.

13:46:38  18     **MR. SAHASRABUDHE:**  Going to index a demand

13:46:39  19 for any audio-recorded messages left by Lamarr

13:46:42  20 Scott or any text messages received by Lamarr Scott

13:46:45  21 from Mr. Dixon or a third party, and I'll put that

13:46:48  22 in writing following the deposition.

13:46:50  23     **MS. PERSICO:**  Thanks.

*Valentino Dixon - Ms. Persico - 06/07/2022*

130

13:46:50  1          BY MS. PERSICO:

13:46:53  2          Q.   So -- I think I understood you to say

13:46:59  3    that you were willing to speak with Jabril as a

13:47:03  4    mediator between you and Lamarr Scott; is that

13:47:06  5    correct?

13:47:06  6          MR. BRUSTIN:   Objection to form.  I don't

13:47:09  7    think it is, but tell her.

13:47:11  8          THE WITNESS:   Yes.  I spoke to Jabril over

13:47:14  9    the phone.

13:47:15  10         BY MS. PERSICO:

13:47:15  11         Q.   Okay.  Can you tell me a little bit

13:47:17  12   more about that?  So that -- was your initial

13:47:23  13   conversation with Jabril like a month and a half

13:47:25  14   ago or before that?

13:47:27  15         A.   Yes.  Yes.  I just told Jabril to tell

13:47:32  16   him to do the right thing.  I wasn't going to pay

13:47:34  17   him anything to tell the truth here, okay?

13:47:37  18         Because, you know, when I was getting -- or

13:47:41  19   what I was thinking is that he was trying to imply

13:47:44  20   something other than what happened, so I says, "I'm

13:47:46  21   not going to give him anything.  Tell him to do the

13:47:48  22   right thing."  That was the end of it.

13:47:49  23         Q.   So did that conversation take place

*Valentino Dixon - Ms. Persico - 06/07/2022*

131

13:47:51  1   before Mr. Scott pled guilty to the murder of

13:48:00  2   Torriano Jackson?

13:48:02  3          **MR. BRUSTIN:**  Objection.

13:48:03  4          **THE WITNESS:**  Yes, the conversation took

13:48:04  5   place about a month and a half ago, maybe.

13:48:06  6          **MR. BRUSTIN:**  So that's long after.

13:48:08  7          **THE WITNESS:**  Yes, long after.  Three years,

13:48:10  8   you know, later.

13:48:11  9          **BY MS. PERSICO:**

13:48:13 10          Q.   Did you have any conversations with

13:48:17 11   Lamarr Scott or an intermediary about Lamarr

13:48:24 12   Scott's pleading guilty to the murder of Torriano

13:48:27 13   Jackson?

13:48:28 14          **MR. BRUSTIN:**  Objection to form.  You're

13:48:29 15   asking before the plea.

13:48:30 16          **MS. PERSICO:**  Yes.

13:48:31 17          **THE WITNESS:**  No.

13:48:31 18          **BY MS. PERSICO:**

13:48:38 19          Q.   So when you -- when you told Jabril

13:48:41 20   that you thought Lamarr Scott should just do the

13:48:43 21   right thing because you thought he wasn't going to

13:48:49 22   tell the -- what really happened, that was after he

13:48:56 23   pleaded guilty?

*Valentino Dixon - Ms. Persico - 06/07/2022*

132

13:48:57   1          **MR. BRUSTIN:**  Objection to form.  He's

13:48:58   2  talking about in connection with the civil case.

13:49:00   3  The timing is -- understand the timing.

13:49:02   4          **MS. PERSICO:**  Can I -- can I ask the witness

13:49:03   5  the question?

13:49:04   6          **MR. BRUSTIN:**  Yes, but understand the

13:49:06   7  timing.

13:49:06   8          **MS. PERSICO:**  Mr. Brustin --

13:49:07   9          **MR. BRUSTIN:**  Stop you for a minute.  You

13:49:09  10  should -- you should understand the timing.  It was

13:49:12  11  three years before.  Your question's clearly -- you

13:49:14  12  clearly didn't understand that, so I'm trying --

13:49:15  13          **MS. PERSICO:**  I don't know that you should

13:49:16  14  comment on what I understand or don't understand.

13:49:18  15          **MR. BRUSTIN:**  All right.  I'm -- okay.  All

13:49:20  16  right.  Just please be clear on the time.

13:49:23  17          **MS. PERSICO:**  I'm trying to get some

13:49:24  18  clarity, and I'd like to get it from the witness

13:49:27  19  and not from you.

13:49:28  20          **MR. BRUSTIN:**  Fair enough.

13:49:29  21          **MS. PERSICO:**  That's how these work.

13:49:30  22          **MR. BRUSTIN:**  I do not want you to

13:49:31  23  misrepresent the timeframes.  That's what I'm

*Valentino Dixon - Ms. Persico - 06/07/2022*

13:49:34 1    concerned about.  He's very clear on what happened.

13:49:36 2         **MS. PERSICO:**  Well, we would all be if you

13:49:38 3    stopped interrupting.

13:49:39 4         **MR. BRUSTIN:**  I'm not so sure.

13:49:40 5         **MS. PERSICO:**  Mr. Brustin, I think your

13:49:41 6    comments are getting a little too personal, and --

13:49:43 7         **MR. BRUSTIN:**  You know what?  I don't

13:49:45 8    mean -- I don't mean to be personal.  I really just

13:49:46 9    want the right times, and I apologize for that.

13:49:48 10        **BY MS. PERSICO:**

13:49:50 11        **Q.**    Mr. Dixon, perhaps we can start over.

13:49:54 12        **A.**    No problem.

13:49:57 13        **Q.**    Jabril was an intermediary between you

13:50:02 14   and Lamarr Scott, correct?

13:50:05 15        **A.**    If that's what you want to call it.

13:50:06 16        **Q.**    Well, I -- what --

13:50:08 17        **A.**    Yes.

13:50:08 18        **Q.**    That was the word you used.  I don't

13:50:23 19   want to put words in your mouth.  I thought that --

13:50:26 20   perhaps I misspoke.

13:50:28 21        Did you indicate that Jabril was a mediator

13:50:31 22   between you and Lamarr Scott at some period?

13:50:34 23        **MR. BRUSTIN:**  Objection to form.

*Valentino Dixon - Ms. Persico - 06/07/2022*

134

13:50:35  1          THE WITNESS:  Can I explain?

13:50:37  2          BY MS. PERSICO:

13:50:37  3          Q.   Sure.

13:50:37  4          A.   I didn't need a mediator and didn't

13:50:40  5   want one, so, you know -- I mean, that's the term I

13:50:42  6   use, but if you don't want to -- if I say mediator,

13:50:46  7   that means that I'm -- I'm agreeing for -- to a

13:50:50  8   mediator, as in Valentino's agreeing to a mediator,

13:50:52  9   and I'm not agreeing to a mediator.

13:50:55 10          Jabril was someone that I respected and I

13:50:57 11   was in prison with, you know, so I was open to a

13:50:59 12   conversation with him.

13:51:00 13          Q.   Okay.

13:51:00 14          A.   That's it.

13:51:01 15          Q.   So I'm just trying to figure out.

13:51:04 16          So the first conversation that you had with

13:51:08 17   Jabril about this issue was about a month and a

13:51:12 18   half ago, which would make it -- well, you tell me

13:51:18 19   when.  It's like -- can you give me a date?

13:51:20 20          A.   Yes, about a month and a half ago.

13:51:23 21   This is June.  I would say around April, sometime

13:51:27 22   in April.

13:51:28 23          Q.   And how did that conversation come

13:51:33  1  about?  Did he call you?

13:51:36  2       A.   Several people had been trying to reach

13:51:40  3  out to me, and I don't know how Jabril got my

13:51:45  4  number, okay, but he called me up, and -- and

13:51:51  5  that's how the conversation took place.

13:51:52  6       Q.   Okay.  And what did he say to you?

13:51:59  7       A.   Well, first he was upset because he had

13:52:02  8  been trying to reach me for some time.  A lot of

13:52:05  9  guys been trying to reach me, but I was

13:52:08  10  unreachable, you know.

13:52:09  11       And anybody that I thought was associated

13:52:11  12  Lamarr Scott, I cut them off.  I didn't want to

13:52:13  13  talk to them.  Guys that were in jail.  There's a

13:52:15  14  lot of guys that was released from prison, you

13:52:18  15  know -- you know, and I've seen pictures with them

13:52:23  16  and Lamarr Scott on Facebook.

13:52:25  17       So I've seen a picture of you and Lamarr

13:52:28  18  Scott on Facebook, and I'm in prison with these

13:52:32  19  guys, and I'm not going to associate with none of

13:52:35  20  them, you know, and that was my position.

13:52:37  21       So he was a little upset that I took that

13:52:39  22  position against him.  There was nothing really

13:52:41  23  against him, but, you know, I got to protect

*Valentino Dixon - Ms. Persico - 06/07/2022*

136

13:52:44  1  myself, and I got to look out for myself.

13:52:47  2          Q.   Okay.  So he was a little upset.

13:52:48  3          A.   Yes, because he was trying to reach me

13:52:51  4  for the longest -- I think maybe like a year, he

13:52:54  5  said, and I was making myself unreachable to

13:52:56  6  anybody.

13:52:56  7          Q.   Other than him expressing his upset --

13:52:59  8          A.   Yes.

13:53:03  9          Q.   -- what else did -- did he talk about

13:53:07  10  with you?

13:53:07  11         A.   Nothing really.  About Lamarr Scott.

13:53:12  12  He mentioned him, you know, and I explained to him

13:53:16  13  things that occurred in the case, you know.

13:53:19  14         For instance, Lamarr Scott going into the

13:53:21  15  Grand Jury and he's saying I did the shooting, you

13:53:24  16  know, which was crazy, and, you know, I forgave him

13:53:29  17  for that.  He came to Attica, and, you know, once

13:53:34  18  he left, he cut off all ties with me.

13:53:37  19  Unforgiveable, you know.

13:53:38  20         And, you know, we survived -- made it

13:53:44  21  happen.  We survived in Attica.  I mean, they put

13:53:48  22  him in the same block as me.  What am I supposed to

13:53:51  23  do here?  Make him an enemy or make it work?

*Valentino Dixon - Ms. Persico - 06/07/2022*

13:53:53  1          And, you know, we made it work for ten

13:53:55  2     years.  We respected each other, and when he left,

13:53:58  3     he said he couldn't have anything to do with me,

13:54:01  4     you know?  He says, "It's over with.  I'm trying to

13:54:04  5     get out of prison."

13:54:05  6          I said, "Okay, no problem," you know.  "No

13:54:07  7     problem.  I wish you the best."

13:54:09  8          So why would I have anything to say to you

13:54:12  9     once I get out of prison?  I have nothing to say to

13:54:15 10     you.

13:54:16 11          Q.   So you mentioned earlier that Jabril

13:54:21 12     called you on behalf of Lamarr Scott.

13:54:23 13          A.   Yes.

13:54:24 14          Q.   So did he explain what Lamarr wanted

13:54:32 15     him to say to you?

13:54:33 16          A.   Yes, he only -- Lamarr only wanted

13:54:35 17     money.  He felt that I owed him something.  You

13:54:36 18     know, he felt like, "If you going to get any money,

13:54:39 19     you got to give me something."  Like it's crazy.

13:54:42 20          Q.   Do you think that that's because he

13:54:44 21     pleaded guilty to the crime that you had been in

13:54:48 22     prison for?

13:54:49 23          MR. BRUSTIN:  Objection to form.

*Valentino Dixon - Ms. Persico - 06/07/2022*

138

13:54:49  1        THE WITNESS:  He pleaded guilty and received

13:54:51  2    no time.  That's obvious.  He received not one day.

13:54:54  3        BY MS. PERSICO:

13:54:54  4        Q.   No, I mean -- my -- my question was do

13:54:57  5    you think that Lamarr Scott thinks you owe him

13:55:02  6    something because he pleaded guilty to that crime.

13:55:04  7        MR. BRUSTIN:  Objection to form.

13:55:05  8        THE WITNESS:  Well, he had to plead guilty.

13:55:07  9    They realized after 27 years that he really did the

13:55:10 10    crime.  He knew he had to plea to it.

13:55:12 11        But they gave him a sweet deal.  He didn't

13:55:15 12    get any time for it.  He's on the streets right

13:55:17 13    now.

13:55:17 14        BY MS. PERSICO:

13:55:20 15        Q.   Funny how that works, isn't it?

13:55:21 16        A.   Yes, that's the system.

13:55:23 17        Q.   Okay.  But -- but -- so you indicated

13:55:31 18    that Jabril -- did --

13:55:33 19        MR. BRUSTIN:  You know what?  It's not funny

13:55:35 20    how that works, and I don't appreciate that

13:55:37 21    question.

13:55:37 22        MS. PERSICO:  That wasn't a question.

13:55:39 23        MR. BRUSTIN:  Well, it was a snide comment,

*Valentino Dixon - Ms. Persico - 06/07/2022*

139

13:55:40  1  and I don't like it.  Don't like it at all.

13:55:43  2         But you -- you do what you have to do.  You

13:55:46  3  keep asking the questions you're asking.  He'll

13:55:51  4  keep answering honestly and forthrightly like he's

13:55:54  5  been.

13:55:55  6         **MS. PERSICO:**  All right, Mr. Brustin.

13:55:56  7         **MR. BRUSTIN:**  I don't appreciate those

13:55:57  8  comments.

13:55:57  9         **MR. SAHASRABUDHE:**  What comment are you

13:55:59 10  referring to, for the record?

13:56:00 11         **MR. BRUSTIN:**  "It's funny how that -- how

13:56:02 12  that goes."

13:56:03 13         **MR. SAHASRABUDHE:**  Okay.

13:56:08 14         **BY MS. PERSICO:**

13:56:09 15         Q.   Okay.  So you indicated that -- we've

13:56:18 16  lost our thread here, so let me see if I can sort

13:56:21 17  of get us back on track.

13:56:25 18         So did Jabril say to you, "Lamarr Scott

13:56:34 19  wants money from you"?

13:56:35 20         **MR. BRUSTIN:**  Objection to form.

13:56:36 21         **THE WITNESS:**  Yes, and he put it in a text.

13:56:36 22         **BY MS. PERSICO:**

13:56:38 23         Q.   Okay.  And you said a couple of people

13:56:43   1   were trying to reach out to you on behalf of Lamarr

13:56:46   2   Scott; is that right?

13:56:47   3           **A.**     Yes.

13:56:47   4           **Q.**     Do you know who those other people are?

13:56:51   5           **A.**     My ex-sister-in-law.   She's one.

13:56:54   6           **Q.**     And that's Lynette Ridgeway?

13:56:56   7           **A.**     Yes.

13:56:58   8           **Q.**     Okay.

13:56:59   9           **A.**     A guy from the mosque -- Muslim guy

13:57:09 10   from the mosque reached out.   His name is Baba Ing,

13:57:15 11   B-A-B-A, I-N-G.   He reached out.

13:57:24 12           Who else?   There was several people.   You

13:57:26 13   know, it was a few people.   It was even more.   If

13:57:29 14   you give me a minute, I'll think of it, but --

13:57:31 15           **Q.**     Take your time.

13:57:43 16           **A.**     Yes, that's it for now.   I can't wrack

13:57:46 17   my brain.   There's too much stuff going on, you

13:57:49 18   know, when it come to this thing with him, so I

13:57:52 19   can't think of anybody else right off bat, but

13:57:55 20   he -- yes.

13:57:56 21           **Q.**     What did -- what did the guy from the

13:57:59 22   mosque say to you?

13:58:01 23           **A.**     He said that Lamarr asked about me and

*Valentino Dixon - Ms. Persico - 06/07/2022*

141

13:58:10  1  wanted to have a sit-down.

13:58:18  2          Q.   Any --

13:58:19  3          A.   And one more person now.  Pastor

13:58:22  4  Kenny -- Kenneth Simmons reached out.

13:58:29  5          Q.   About --

13:58:30  6          A.   About Lamarr Scott, yes.

13:58:32  7          Q.   When -- when, approximately, did that

13:58:34  8  happen?

13:58:34  9          A.   I don't know.  Nine months ago, maybe.

13:58:37 10          Q.   And what did Pastor Simmons say?

13:58:41 11          A.   That he wanted to have a sit-down with

13:58:45 12  me and Lamarr, and I said no.

13:58:48 13          Q.   Did he tell you what the sit-down was

13:58:51 14  supposed to be about?

13:58:52 15          A.   Well, he -- Pastor Simmons is more of a

13:58:55 16  peacemaker, you know, to make sure that, you know,

13:58:57 17  people in -- in inner cities, you know --

13:59:04 18          **MR. BRUSTIN:**  She's just asking what he

13:59:10 19  said.

13:59:10 20          **THE WITNESS:**  Yes, yes, just a peacemaker.

13:59:11 21  He didn't get into specifics.  He just said that he

13:59:14 22  wanted to have a sit-down with the two of us, you

13:59:14 23  know.

*Valentino Dixon - Ms. Persico - 06/07/2022*

142

13:59:17  1       And I know Lamarr was hanging out with

13:59:21  2  Kenny, you know, so he was around Pastor Simmons.

13:59:21  3       **BY MS. PERSICO:**

13:59:24  4       **Q.**    And you declined that.

13:59:25  5       **A.**    Of course. Yes.

13:59:26  6       **Q.**    Why are you so adamantly opposed to

13:59:33  7  talking to Lamarr Scott?

13:59:34  8       **MR. BRUSTIN:**   Well, first of all, don't --

13:59:35  9  don't disclose anything that -- that you've talked

13:59:39 10  about with your attorneys, but if there's other

13:59:42 11  reasons apart from that, you can raise them.

13:59:45 12       **THE WITNESS:**   Well, it's -- it's the

13:59:50 13  principle of the thing. You know, it's the

13:59:53 14  principle.

13:59:54 15       You know, I got arrested for something he

13:59:58 16  did, and I didn't tell the police anything, because

14:00:00 17  we just in the neighborhood. I mean, in the inner

14:00:04 18  city, you just don't speak about these type of

14:00:06 19  things, because it can be harmful to you.

14:00:09 20       You know, I mean, I have a different mind

14:00:12 21  state now, but as a kid, I'm not going to run my

14:00:15 22  mouth and say somebody did something. You know,

14:00:17 23  just don't do it, and it just makes your life

*Valentino Dixon - Ms. Persico - 06/07/2022*

143

14:00:21  1    horrible.  Like it travels with you for the rest of

14:00:23  2    your life, you know.  You know, unless you move

14:00:25  3    into the Arizona desert somewhere away from the

14:00:28  4    whole, you know, environment.

14:00:29  5          But, you know, he went to the Grand Jury and

14:00:34  6    said I committed this crime, so every time I try to

14:00:37  7    file an appeal, every court, you know, in the

14:00:41  8    justice system said I don't have any credible merit

14:00:44  9    to my case, you know.

14:00:45 10          And how do you think I felt about that?  For

14:00:48 11    17 years, this confession didn't mean anything.

14:00:51 12    Every justice, every magistrate wrote an opinion

14:00:56 13    that my case is not credible, okay?  They

14:00:58 14    disregarded the seven witnesses.  They were not

14:01:00 15    credible.  You know, and I forgave him for that.

14:01:03 16          And then, you know, he turned around and

14:01:06 17    left Attica and said he couldn't have anything to

14:01:08 18    do with me.  Imagine me ever speaking to this guy

14:01:11 19    again.

14:01:11 20          **BY MS. PERSICO:**

14:01:12 21          **Q.**   Is there a reason that -- during all of

14:01:17 22    that time prior to 2018, why didn't you come

14:01:21 23    forward and admit that you brought the gun, but

*Valentino Dixon - Ms. Persico - 06/07/2022*

144

| | | |
|---|---|---|
| 14:01:24 | 1 | Lamarr did the shooting? |
| 14:01:25 | 2 | **MR. BRUSTIN:** Objection to form. |
| 14:01:27 | 3 | **THE WITNESS:** I mean, why would I? The |
| 14:01:28 | 4 | prosecutor is trying to say that Torri and Aaron |
| 14:01:32 | 5 | didn't have a gun. Nobody's being honest here, so |
| 14:01:35 | 6 | why should I just be the one that -- and I'm -- I'm |
| 14:01:37 | 7 | an honest person, so why should I just come out and |
| 14:01:40 | 8 | say every little detail when the prosecutor's not |
| 14:01:44 | 9 | admitting to anything? |
| 14:01:44 | 10 | Belling's not going to admit to anything |
| 14:01:45 | 11 | that he did here. The police is not going to admit |
| 14:01:47 | 12 | that they coerced witnesses or said, "Hey, say that |
| 14:01:50 | 13 | this is the guy that did this crime." |
| 14:01:52 | 14 | Nobody's going to do that, but I should say |
| 14:01:55 | 15 | every little thing that I can think of in the case. |
| 14:01:57 | 16 | That makes absolute no sense. |
| 14:02:00 | 17 | **BY MS. PERSICO:** |
| 14:02:00 | 18 | **Q.** Well, so do you remember having an |
| 14:02:04 | 19 | interview with the District Attorney's office prior |
| 14:02:08 | 20 | to the one we looked at in -- on August 17th of |
| 14:02:12 | 21 | 2018? |
| 14:02:12 | 22 | **A.** Possibly. |
| 14:02:16 | 23 | **Q.** Do you recall at that interview saying |

*Valentino Dixon - Ms. Persico - 06/07/2022*

145

14:02:20  1  that you didn't know anything about the -- you

14:02:24  2  know, you were there, and you said you were going

14:02:25  3  to tell the truth, and do you remember saying --

14:02:30  4  sticking to the same story and saying, "I -- I knew

14:02:33  5  nothing about the gun; I knew nothing about

14:02:34  6  anything"?

14:02:35  7        **A.**   Of course.

14:02:36  8        **Q.**   You remember saying that.

14:02:37  9        **A.**   Yes, I didn't trust him.

14:02:38 10        **Q.**   Okay.  But that was a lie, right?

14:02:40 11        **A.**   It was a lie, yes.

14:02:42 12        **Q.**   But you told them you were telling the

14:02:44 13  truth.

14:02:44 14        **A.**   I did.

14:02:46 15        **Q.**   Okay.  And then you took a polygraph

14:02:48 16  test and failed it.

14:02:49 17        **A.**   Yes.

14:02:49 18        **Q.**   Okay.

14:03:01 19        **MS. PERSICO:**  You're up.

14:03:13 20        **MR. BRUSTIN:**  Why don't we just take a

14:03:14 21  minute or two.

14:03:20 22        **MR. SAHASRABUDHE:**  Yes, do whatever you need

14:03:27 23  to do.

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

146

| | | |
|---|---|---|
| 14:03:28 | 1 | (A recess was then taken at 2:03 p.m.) |
| 14:03:28 | 2 | **EXAMINATION** |
| 14:03:28 | 3 | **BY MR. SAHASRABUDHE:** |
| 14:08:15 | 4 | **Q.**   Good afternoon, Mr. Dixon.  We met off |
| 14:08:17 | 5 | the record.  My name's Peter Sahasrabudhe.  I'm an |
| 14:08:20 | 6 | attorney here at Hodgson Russ, and I represent the |
| 14:08:22 | 7 | City of Buffalo and a lot of other former police |
| 14:08:27 | 8 | detectives in connection with the lawsuit that |
| 14:08:29 | 9 | you've brought. |
| 14:08:30 | 10 | Do you recall at the beginning of your |
| 14:08:31 | 11 | testimony Ms. Persico went over some ground rules |
| 14:08:34 | 12 | with you? |
| 14:08:35 | 13 | **A.**   Yes. |
| 14:08:35 | 14 | **Q.**   Do you -- do you need me to repeat |
| 14:08:37 | 15 | those? |
| 14:08:38 | 16 | **A.**   Not at all. |
| 14:08:38 | 17 | **Q.**   Okay.  Do you understand that those |
| 14:08:40 | 18 | ground rules apply equally to the questioning that |
| 14:08:42 | 19 | I'm about to go through? |
| 14:08:43 | 20 | **A.**   Yes. |
| 14:08:43 | 21 | **Q.**   Okay.  Mr. Dixon, so you strike me as a |
| 14:08:48 | 22 | pretty intelligent guy, but I just want to ask: |
| 14:08:51 | 23 | You understand the difference between |

14:08:53  1  firsthand knowledge and secondhand knowledge,

14:08:55  2  correct?

14:08:55  3       A.   No, explain it to me.

14:08:56  4       Q.   Okay.  So firsthand knowledge would be

14:08:59  5  something that you actually observed or saw, and

14:09:02  6  then secondhand knowledge is something that you

14:09:04  7  read about later on based on an account from

14:09:07  8  someone else or hear about.

14:09:08  9       Do you understand that distinction?

14:09:09  10      A.   I understand now, yes.

14:09:10  11      Q.   Okay.  So I'm going to ask you a couple

14:09:12  12 questions about your -- your firsthand knowledge of

14:09:15  13 some of the actions taken by my clients in this --

14:09:19  14 in this matter, okay?

14:09:20  15      A.   Okay.

14:09:21  16      Q.   Ms. Persico went over in great detail

14:09:26  17 some prior run-ins, arrests you've had with the

14:09:28  18 Buffalo Police Department, correct?

14:09:30  19      A.   Yes.

14:09:30  20      Q.   Would it be fair to say that none of

14:09:32  21 those involved arrests or charges for homicide?

14:09:37  22      A.   None of them.

14:09:38  23      Q.   Okay.  And you yourself, before

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

148

14:09:40  1  August 10th, 1991, as far as you know, were never

14:09:43  2  implicated or investigated for a homicide, correct?

14:09:47  3       **A.**    Never.

14:09:48  4       **Q.**    And you've never committed a homicide,

14:09:50  5  have you?

14:09:50  6       **A.**    Never.

14:09:51  7       **Q.**    Okay.  And even though you had a fair

14:09:53  8  amount of run-ins with the Buffalo Police

14:09:57  9  Department, would it be fair to say that you don't

14:10:00 10  have a firsthand knowledge or independent

14:10:02 11  understanding of the structure of the various

14:10:05 12  departments within the Buffalo Police Department?

14:10:06 13       **A.**    No.

14:10:07 14       **Q.**    Okay.  So I want to ask you:

14:10:14 15       Either in connection with your arrest on

14:10:17 16  August 10th, 1991, or ever before that, have you

14:10:21 17  had any interactions with Jim Lonergan?

14:10:25 18       **A.**    Not that I know of.

14:10:26 19       **Q.**    Okay.  As far as you know, you --

14:10:28 20  you've never even been in the same vicinity as

14:10:31 21  Jim -- Jim Lonergan before your trial, correct?

14:10:34 22       **A.**    I'm not familiar with the name.

14:10:36 23       **Q.**    Okay.  So you don't know one way or the

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

149

14:10:37  1  other --

14:10:38  2          A.   I don't know.

14:10:38  3          Q.   -- as you sit here today.

14:10:39  4          A.   No.

14:10:39  5          Q.   How about -- how about John Vickerd?

14:10:41  6  Same question with respect to him.

14:10:43  7          A.   I know who they are because of the

14:10:45  8  trial.

14:10:45  9          Q.   Okay.

14:10:46  10         A.   But not prior to the trial.

14:10:47  11         Q.   Okay.  You never had any interaction --

14:10:49  12         A.   Not that I remember, no.

14:10:50  13     MR. BRUSTIN:  You've got to let him finish.

14:10:50  14     BY MR. SAHASRABUDHE:

14:10:52  15         Q.   Never had any interactions or

14:10:54  16  involvement with John Vickerd at all, right?

14:10:56  17         A.   Not that I recall.

14:10:56  18         Q.   And you're not aware of John Vickerd

14:10:58  19  ever being involved in any of your prior arrests or

14:11:01  20  criminal charges, correct?

14:11:02  21         A.   Not that I recall, no.

14:11:03  22         Q.   And I guess that same question applies

14:11:05  23  equally to Jim Lonergan.  Are you aware of him

14:11:08  1  being involved at all in any of your prior arrests,

14:11:11  2  charges, or conviction?

14:11:13  3       A.   I'm not aware of it.

14:11:14  4       Q.   Okay.  Same question with respect to

14:11:16  5  Raniero Masecchia.  Did you have any interaction or

14:11:21  6  involvement with Raniero Masecchia prior to

14:11:23  7  August 10th, 1991?

14:11:24  8       A.   I don't recall any.

14:11:25  9       Q.   Okay.  Do you know at all whether you

14:11:28 10  were ever with or in the same room as Raniero

14:11:31 11  Masecchia after or during August 10th, 1991?

14:11:37 12       A.   I don't recall.  I don't recall ever

14:11:41 13  being in a room with him or any prior anything with

14:11:44 14  him.

14:11:45 15       Q.   Let me ask you this:

14:11:45 16       As you sit there today do you know who

14:11:47 17  Raniero Masecchia is?

14:11:48 18       A.   I've seen his name in the police

14:11:50 19  reports.

14:11:50 20       Q.   Okay.  But you don't have an

14:11:51 21  independent -- independent memory of him, do you,

14:11:55 22  besides -- besides his name appearing in the police

14:11:57 23  reports?

14:11:58  1          A.    I don't.

14:11:58  2          Q.    You wouldn't be able to tell us what he

14:12:00  3  looks like?

14:12:01  4          A.    I wouldn't.

14:12:01  5          Q.    Okay.  Same question with respect to

14:12:04  6  Richard Donovan.  Any knowledge or information that

14:12:09  7  you have or that -- sorry, strike that.

14:12:11  8          Did you have any -- do you know of any

14:12:13  9  involvement you had with Richard Donovan prior to

14:12:16 10  or during your arrest on August 10th, 1991?

14:12:20 11          A.    Secondhand knowledge, but not --

14:12:21 12          Q.    Not firsthand.

14:12:38 13          A.    -- firsthand, no.

14:12:40 14          Q.    And I appreciate you making that

14:12:41 15  distinction.  I'm asking -- all of these questions

14:12:43 16  are about your firsthand knowledge.

14:12:45 17          A.    Okay.

14:12:47 18          Q.    How about Mark Stambach?  Prior to --

14:12:51 19  and this question is with respect to before

14:12:54 20  August 10th, 1991.  Did you have any involvement

14:12:56 21  with Mark Stambach at all?

14:12:58 22          A.    Not to my knowledge.

14:12:58 23          Q.    Okay.  As far as you know, were you

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

152

14:13:00  1  ever within a hundred yards of Mark Stambach?

14:13:03  2      A.    Not to my -- not to my knowledge.

14:13:05  3      Q.    And as you sit there today, do you have

14:13:07  4  an independent recollection of Mark Stambach on

14:13:10  5  August 10th, 1991?

14:13:12  6      A.    Okay, repeat that again.

14:13:16  7      MR. BRUSTIN:  Are you asking if he remembers

14:13:17  8  what he looks like?

14:13:18  9      MR. SAHASRABUDHE:  No, sorry.  Strike that.

14:13:21  10  Strike that.

14:13:22  11      BY MR. SAHASRABUDHE:

14:13:22  12      Q.    Do you remember Mark Stambach from your

14:13:24  13  arrest on August 10th, 1991?

14:13:27  14      A.    Yes.

14:13:27  15      Q.    Okay.  And can you tell me what your

14:13:30  16  independent recollection is of your interactions

14:13:32  17  with Mark Stambach?

14:13:34  18      MR. BRUSTIN:  Objection to form.  You can

14:13:34  19  answer.

14:13:35  20      THE WITNESS:  He told me if I didn't know

14:13:37  21  who committed the crime or tell him who committed

14:13:41  22  the crime, that I would be going to prison for the

14:13:43  23  crime.

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

153

14:13:44  1          BY MR. SAHASRABUDHE:

14:13:44  2          Q.    Okay.  So would it be fair to say that

14:13:46  3     you remember your interview with Mark Stambach

14:13:48  4     after you were arrested in the afternoon of

14:13:51  5     August 10th, 1991?

14:13:52  6          A.    Most --

14:13:52  7          MR. BRUSTIN:  Objection.

14:13:54  8          THE WITNESS:  Most definitely.

14:13:54  9          BY MR. SAHASRABUDHE:

14:13:55 10          Q.    You remember that?

14:13:56 11          A.    Yes.

14:13:56 12          Q.    Okay.  And do you -- do you recall:

14:14:01 13     Was it Mark Stambach who arrested you, I believe

14:14:04 14     near the corner of Bailey and Delavan?

14:14:06 15          A.    He didn't arrest me.

14:14:08 16          Q.    Okay.  It was other officers who

14:14:09 17     arrested you.

14:14:10 18          A.    Yes.

14:14:10 19          Q.    Okay.  And you didn't see Mark Stambach

14:14:13 20     at that time, correct?

14:14:15 21          A.    No.

14:14:15 22          Q.    As far as you know, was the first time

14:14:18 23     you ever saw Mark Stambach in an interview room at

14:14:21  1    the Buffalo Police Department headquarters on

14:14:22  2    August 10th, 1991?

14:14:24  3         A.   That would be my recollection.

14:14:26  4         Q.   Okay.  And that was shortly after your

14:14:28  5    arrest?

14:14:28  6         A.   Yes.

14:14:29  7         Q.   Okay.  I want to -- do you have -- do

14:14:33  8    you have the Exhibits in front of you still?

14:14:35  9         A.   Um-hum.

14:14:36 10         Q.   So if you could just pull out -- I

14:14:42 11    believe we marked it as County Exhibit 1.

14:15:04 12         And we reviewed this previously with -- with

14:15:07 13    Ms. Persico, correct?

14:15:08 14         A.   Yes.

14:15:09 15         Q.   And this appears to be a statement you

14:15:10 16    gave to Mark Stambach on August 10th, 1991,

14:15:14 17    correct?

14:15:15 18         A.   Yes.

14:15:15 19         Q.   And during that time, you told Mark

14:15:18 20    Stambach that you didn't commit the crime, correct?

14:15:19 21         A.   Yes.

14:15:20 22         Q.   And that's reflected in -- in this

14:15:23 23    statement on County Exhibit 1, correct?

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

155

14:15:26  1          MR. BRUSTIN:  Objection to form.

14:15:27  2          THE WITNESS:  Yes.

14:15:29  3          BY MR. SAHASRABUDHE:

14:15:29  4          Q.   It is?  And as far as you know, is this

14:15:33  5   an accurate reflection of what you said to Mark

14:15:37  6   Stambach during that interview?

14:15:38  7          MR. BRUSTIN:  Objection to form.  Are you

14:15:39  8   asking -- well, you can answer.  Objection to form.

14:15:45  9          THE WITNESS:  Yes.

14:15:45 10          BY MR. SAHASRABUDHE:

14:15:49 11          Q.   There's nothing fabricated or made up

14:15:51 12   about -- about what's typed here, correct?

14:15:53 13          A.   Not that I see.

14:15:56 14          Q.   Not that you see?

14:15:57 15          A.   Yes.

14:15:59 16          Q.   And it's my understanding that -- and

14:16:02 17   you can correct me if I'm wrong -- shortly after

14:16:05 18   this statement was given, you were arrested,

14:16:09 19   correct?

14:16:09 20          A.   Yes.

14:16:10 21          Q.   Okay.  And you were taken to the county

14:16:13 22   holding center?

14:16:14 23          A.   Yes.

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

156

14:16:14  1       Q.    Did you ever see Mark Stambach again?

14:16:18  2       A.    No.

14:16:19  3       Q.    Have you ever seen Mark Stambach again?

14:16:22  4       A.    No.

14:16:23  5       Q.    So would it be fair to say, then, that

14:16:29  6   with respect to the -- the -- one, two, three,

14:16:34  7   four -- five names that I kind of just went

14:16:37  8   through, other than that initial interview, if --

14:16:39  9   if we wanted to get information about what they did

14:16:43 10   in connection with the investigation of the murder

14:16:45 11   of Torriano Jackson, if we wanted to hear firsthand

14:16:50 12   knowledge, we'd have to talk to other witnesses; is

14:16:52 13   that correct?

14:16:53 14       MR. BRUSTIN:  Objection to form.  You can

14:16:53 15   answer.

14:16:53 16       THE WITNESS:  Yes.

14:16:54 17       BY MR. SAHASRABUDHE:

14:16:54 18       Q.    You can't provide us with any firsthand

14:16:56 19   information other than what you just testified to,

14:16:58 20   correct?

14:16:59 21       MR. BRUSTIN:  Objection to form.

14:17:00 22       THE WITNESS:  Other than the police

14:17:01 23   statements, which I'm very familiar with.

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

157

| | | |
|---|---|---|
| 14:17:01 | 1 | **BY MR. SAHASRABUDHE:** |
| 14:17:04 | 2 | Q.   Sure, but you didn't give those |
| 14:17:06 | 3 | statements, correct? |
| 14:17:07 | 4 | A.   No. |
| 14:17:07 | 5 | Q.   You weren't present for those |
| 14:17:08 | 6 | statements. |
| 14:17:09 | 7 | A.   No. |
| 14:17:09 | 8 | Q.   Okay.  So Mr. Dixon, you don't dispute |
| 14:17:26 | 9 | that you -- you were, in fact, a drug dealer, |
| 14:17:30 | 10 | correct? |
| 14:17:30 | 11 | A.   No. |
| 14:17:30 | 12 | Q.   You sold cocaine, right? |
| 14:17:32 | 13 | A.   Yes. |
| 14:17:35 | 14 | Q.   Did you sell weed as well? |
| 14:17:36 | 15 | A.   No. |
| 14:17:36 | 16 | Q.   Just cocaine? |
| 14:17:37 | 17 | A.   Yes. |
| 14:17:39 | 18 | Q.   My understanding is that you didn't do |
| 14:17:40 | 19 | cocaine, though, correct? |
| 14:17:42 | 20 | A.   No. |
| 14:17:43 | 21 | Q.   Would it be fair to say, though, that |
| 14:17:44 | 22 | back in 1991 and in and -- in and around that time, |
| 14:17:50 | 23 | you were a heavy drinker? |

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

158

14:17:51  1          MR. BRUSTIN:  Objection to form.

14:17:53  2          THE WITNESS:  Yes.

14:17:53  3          BY MR. SAHASRABUDHE:

14:17:54  4          Q.   Would you say you drank daily?

14:17:56  5          A.   Yes.

14:17:59  6          Q.   How much would you drink on a daily

14:18:00  7    basis?

14:18:04  8          A.   Six beers, eight beers, maybe.

14:18:08  9          Q.   And that was essentially every day.

14:18:11  10         A.   Yes.  It was recreational.  It's what

14:18:15  11   we did.

14:18:16  12         Q.   Sure.  Hanging out on the streets,

14:18:22  13   people drink beer, correct?

14:18:24  14         A.   Yes, that's what we did.

14:18:25  15         Q.   Okay.  Would you get intoxicated after

14:18:30  16   the six to eight beers that you -- that you had on

14:18:33  17   a daily basis?

14:18:34  18         MR. BRUSTIN:  Objection to form.

14:18:34  19         THE WITNESS:  Sometimes.

14:18:36  20         BY MR. SAHASRABUDHE:

14:18:36  21         Q.   And would you drive around after --

14:18:39  22   after having the six to eight beers?

14:18:41  23         MR. BRUSTIN:  Objection to form.

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

159

| | | |
|---|---|---|
| 14:18:41 | 1 | THE WITNESS:  Sometimes. |
| 14:18:42 | 2 | BY MR. SAHASRABUDHE: |
| 14:18:43 | 3 | Q.   And you used the money that you -- that |
| 14:18:50 | 4 | you earned from drug dealing just to buy some cars |
| 14:18:53 | 5 | from time to time, correct? |
| 14:18:55 | 6 | A.   Yes. |
| 14:18:55 | 7 | Q.   Would it be fair to say that they were |
| 14:18:57 | 8 | considered nice cars by people -- people you were |
| 14:18:59 | 9 | with? |
| 14:18:59 | 10 | A.   Yes. |
| 14:19:02 | 11 | Q.   And -- okay.  Is it fair to say that |
| 14:19:06 | 12 | that might stand out to a patrolman who regularly |
| 14:19:09 | 13 | patrolled the neighborhood that you lived in? |
| 14:19:10 | 14 | A.   Big time. |
| 14:19:12 | 15 | Q.   But do you have any firsthand knowledge |
| 14:19:14 | 16 | of any of my clients being patrolmen assigned to |
| 14:19:19 | 17 | the neighborhood that you lived in? |
| 14:19:21 | 18 | A.   No. |
| 14:19:21 | 19 | Q.   Did Lamarr Scott deal drugs for you? |
| 14:19:29 | 20 | A.   No. |
| 14:19:32 | 21 | Q.   So if he -- if he told us at his |
| 14:19:34 | 22 | deposition that he did deal cocaine for you, he'd |
| 14:19:36 | 23 | be lying. |

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

160

| | | |
|---|---|---|
| 14:19:37 | 1 | **A.**    Yes. |
| 14:19:38 | 2 | **Q.**    Did other people deal drugs for you? |
| 14:19:40 | 3 | **A.**    Yes. |
| 14:19:41 | 4 | **Q.**    About how many other people did you |
| 14:19:43 | 5 | have dealing drugs for you? |
| 14:19:43 | 6 | **A.**    Seven, eight people. |
| 14:19:49 | 7 | **Q.**    Would it be fair to say that you kind |
| 14:19:51 | 8 | of directed or controlled them in -- in terms of |
| 14:19:53 | 9 | their drug dealing? |
| 14:19:56 | 10 | **MR. BRUSTIN:**  Objection to form. |
| 14:19:56 | 11 | **THE WITNESS:**  No. |
| 14:19:57 | 12 | **BY MR. SAHASRABUDHE:** |
| 14:19:58 | 13 | **Q.**    Did they get their drugs from you to |
| 14:19:59 | 14 | sell? |
| 14:20:00 | 15 | **A.**    Yes. |
| 14:20:00 | 16 | **Q.**    Would they have to give you a cut of |
| 14:20:01 | 17 | whatever they earned? |
| 14:20:02 | 18 | **A.**    Yes. |
| 14:20:05 | 19 | **Q.**    Were you in a gang, Mr. Dixon? |
| 14:20:07 | 20 | **A.**    Never. |
| 14:20:08 | 21 | **Q.**    Never?  Was -- were either Leonard |
| 14:20:14 | 22 | Brown or Antoine Shannon in gangs? |
| 14:20:17 | 23 | **A.**    No. |

14:20:17  1           **Q.**   As far as you know, were Aaron Jackson

14:20:19  2   or Torriano Jackson in gangs?

14:20:21  3           **A.**   I don't know, because I didn't know

14:20:22  4   them.

14:20:23  5           **Q.**   Okay.  They could have been, but you

14:20:24  6   don't know one way or the other.

14:20:25  7           **A.**   They could have been, but I don't know.

14:20:26  8           **Q.**   Okay.  How about Mario Jarmon?  Was he

14:20:29  9   ever in a gang?

14:20:30 10           **A.**   No.

14:20:31 11           **Q.**   So -- so your understanding of this --

14:20:32 12   this dispute is that it's not gang related in any

14:20:36 13   way.

14:20:37 14           **A.**   Not at all.

14:20:39 15           **Q.**   Now, I -- I believe you testified

14:20:40 16   earlier that you drove Lamarr Scott in your red --

14:20:46 17   red Mazda to Mario Jarmon's house at around 8 p.m.?

14:20:52 18           **A.**   Yes.

14:20:53 19           **Q.**   Is it your testimony that that was your

14:20:54 20   first interaction with him on August 10th, 1991?

14:20:57 21           **MR. BRUSTIN:**  Objection to form.  With who?

14:20:57 22           **BY MR. SAHASRABUDHE:**

14:20:59 23           **Q.**   With Lamarr Scott.

14:21:00  1        **A.**   I believe it was, you know.  I'm -- I'm

14:21:02  2   not certain, though.

14:21:04  3        **Q.**   Okay.  So you can't rule out the

14:21:08  4   possibility that you might have talked to him

14:21:09  5   earlier in the day.

14:21:10  6        **A.**   I can't, no.

14:21:11  7        **Q.**   You don't remember earlier in the day,

14:21:17  8   after getting a page -- the page from Leonard

14:21:21  9   Brown, driving by Lamarr on the street and saying,

14:21:24 10   "I might need you later today"?

14:21:25 11        **A.**   I don't remember that.

14:21:26 12        **Q.**   Okay.  But it's possible that that did

14:21:28 13   happen?

14:21:29 14        **MR. BRUSTIN:**  Objection to form.

14:21:30 15        **THE WITNESS:**  No, that's not possible.

14:21:32 16        **BY MR. SAHASRABUDHE:**

14:21:33 17        **Q.**   Okay.

14:21:33 18        **A.**   I wouldn't have said that.

14:21:34 19        **Q.**   All right.  You're -- you're saying

14:21:36 20   that that did not happen.

14:21:37 21        **A.**   No.

14:21:38 22        **Q.**   So if Lamarr Scott told us that that

14:21:39 23   happened, he would be lying.

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

163

14:21:42  1          MR. BRUSTIN:  Objection to form.  You have

14:21:43  2  to answer.

14:21:43  3          THE WITNESS:  Yes.  Yes, he would be lying

14:21:45  4  if he said that.

14:21:46  5          BY MR. SAHASRABUDHE:

14:21:47  6          Q.  Okay.  You didn't tell him, "I might --

14:21:48  7  I might need you later today; be ready"?

14:21:51  8          A.  Not at all.

14:21:51  9          MR. BRUSTIN:  Objection to form.

14:21:51 10          THE WITNESS:  Not at all.

14:21:53 11          BY MR. SAHASRABUDHE:

14:21:54 12          Q.  When you picked him up, whose house did

14:21:56 13  you pick up Lamarr Scott from?

14:21:58 14          A.  Rich -- Richard Jarrett.

14:22:02 15          Q.  When you got into the car, do you

14:22:04 16  remember saying anything to Lamarr Scott?

14:22:05 17          A.  No.  I believe I said something to him

14:22:08 18  in the house, up in Richard's apartment.

14:22:11 19          Q.  So -- so if you got in the car -- when

14:22:13 20  you got in the car, you didn't say, "We have some

14:22:16 21  business to handle"?

14:22:17 22          A.  Not at all.

14:22:17 23          Q.  You deny saying that to Lamarr Scott?

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

164

14:22:19  1        **A.**    Definitely.

14:22:20  2        **Q.**    Where was the TEC-9 when you guys got

14:22:22  3   in the car?

14:22:23  4        **A.**    It was in the back seat.  Well, at the

14:22:25  5   bottom of the back part of the Mazda RX-7.

14:22:30  6        **Q.**    Okay.  So would it have been visible to

14:22:32  7   Lamarr Scott, as far as you know, when he got in

14:22:34  8   the car?

14:22:35  9        **A.**    Possibly.  Possibly.

14:22:36  10       **Q.**    Okay.  Did you tell him that there was

14:22:38  11  a gun in the car when you got in the car?

14:22:40  12       **A.**    Yes.

14:22:43  13       **Q.**    Do you remember the words or substance

14:22:44  14  of what you said to him?

14:22:47  15       **A.**    Not verbatim, you know.

14:22:49  16       **MR. BRUSTIN:**  Best you can recall.

14:22:50  17       **THE WITNESS:**  I can say that I said that my

14:22:54  18  brothers have some problems and I'm going to go

14:22:57  19  over there, you know, and see if everything is okay

14:22:59  20  with them, you know.  That's about it.

14:23:03  21       **BY MR. SAHASRABUDHE:**

14:23:03  22       **Q.**    Okay.  Did you -- when you got out of

14:23:08  23  the car, who had the gun?

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*
165

14:23:13  1          A.    Well --

14:23:13  2          MR. BRUSTIN:  Objection to form.  When?

14:23:15  3          BY MR. SAHASRABUDHE:

14:23:15  4          Q.    When you got out of the car at Mario

14:23:17  5   Jarmon's house -- so yes, sorry.  Thank you, Nick.

14:23:22  6          You picked him up at Richard Jarrett's

14:23:24  7   house, correct?

14:23:25  8          A.    Yes.  Yes.

14:23:25  9          Q.    And I believe your testimony was at

14:23:26 10   around 8 p.m. --

14:23:28 11          A.    Yes.

14:23:28 12          Q.    -- that was, correct?

14:23:28 13          A.    Yes.

14:23:28 14          Q.    Okay.  And you drove to Mario Jarmon's

14:23:30 15   house, and that's fairly close to where Richard

14:23:34 16   Jarrett's house was, correct?

14:23:35 17          A.    Yes, a ten-minute drive.

14:23:36 18          Q.    Yes.

14:23:37 19          A.    Yes.

14:23:37 20          Q.    So when you parked at Mario Jarmon's

14:23:42 21   house, which is near the corner of Bailey and

14:23:45 22   Delavan --

14:23:46 23          A.    Yes.

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

166

14:23:46  1          Q.    -- who took the gun out of the car?

14:23:48  2          A.    The gun stayed in the car at that time,

14:23:51  3    okay?  I just got out the car and hung out for a

14:23:54  4    few minutes with them, then I left.  Me and the gun

14:23:56  5    left.

14:23:58  6          I came back, you know, hour and a half, two

14:24:02  7    hours later, you know.  I came back, and I put the

14:24:06  8    gun in the hallway myself.

14:24:07  9          Q.    Okay.  So -- so you -- you take -- you

14:24:10 10    take Lamarr Scott to Mario Jarmon's house at around

14:24:15 11    8 p.m.

14:24:16 12          A.    Yes.

14:24:16 13          Q.    And you drop him off there.

14:24:18 14          A.    Well, I actually got out, and I hung

14:24:20 15    out for a few minutes.

14:24:21 16          Q.    Okay.

14:24:21 17          A.    Okay?  And then he said he was going to

14:24:24 18    hang out with them, and I left myself, because I

14:24:28 19    had some errands to run.

14:24:30 20          Q.    Okay.  And then you came back around

14:24:31 21    two hours later, was your testimony.

14:24:33 22          A.    Yes, maybe two or three hours later.

14:24:35 23    It had to be after midnight, because I took my

14:24:35  1  friend Shelly to the airport, and she worked that

14:24:38  2  midnight shift, so I dropped her off at the airport

14:24:40  3  and then headed back to Bailey and Delavan.

14:24:43  4       Q.   And it's at that time that you claim

14:24:46  5  you brought the gun into Mario Jarmon's house,

14:24:50  6  correct?

14:24:50  7       A.   I brought it, and I put it in the back

14:24:54  8  hallway.

14:24:54  9       Q.   Did -- did Lamarr Scott see you bring

14:24:55  10  the gun into Mario Jarmon's house?

14:24:57  11       MR. BRUSTIN:  Objection to form.

14:24:57  12       THE WITNESS:  I -- I -- I don't know, but I

14:25:01  13  believe it's possible that all of them did, because

14:25:03  14  they were sitting on the porch.  When I say all of

14:25:06  15  them, Antoine, Leonard, Mario, and Lamarr.

14:25:06  16       BY MR. SAHASRABUDHE:

14:25:12  17       Q.   And so your testimony -- your version

14:25:14  18  of events is that until the Jackson brothers and

14:25:18  19  Travis Powell showed up, the gun remained in Mario

14:25:22  20  Jarmon's home, correct?

14:25:23  21       MR. BRUSTIN:  Objection to form.

14:25:24  22       THE WITNESS:  Well, when I left,

14:25:28  23  apparently -- and this is -- through investigations

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

168

14:25:31  1   you will see that everybody's saying the same

14:25:33  2   thing, that this is when Aaron showed up with

14:25:35  3   Travis, and they was making some threats.  I wasn't

14:25:37  4   there for that, okay?

14:25:39  5          And when I came back, this is when they told

14:25:41  6   me that they made the threats and said they'll be

14:25:44  7   back, and I had the gun, and I put it in the

14:25:46  8   hallway.

14:25:46  9          BY MR. SAHASRABUDHE:

14:25:47 10          Q.   So I understand.  My question wasn't a

14:25:49 11   good question.  I apologize.

14:25:50 12          The second time you got to Mario Jarmon's

14:25:54 13   house that evening and you brought the gun in the

14:25:57 14   hallway --

14:25:57 15          A.   Yes.

14:25:58 16          Q.   -- in between that time and the Jackson

14:26:02 17   brothers and Travis Powell showing up, the gun --

14:26:04 18   it's your testimony that the gun remained in the

14:26:07 19   hallway.

14:26:08 20          MR. THOMPSON:  Objection to form.

14:26:09 21          THE WITNESS:  No, the gun remained with me

14:26:11 22   in my car.

14:26:13 23          MR. BRUSTIN:  He's asking about after you

14:26:14  1  put it in the hallway.

14:26:15  2       **THE WITNESS:**  Oh, yes, it remained in the

14:26:18  3  hallway the whole time, yes.

14:26:20  4       **BY MR. SAHASRABUDHE:**

14:26:21  5       **Q.**   And it's your testimony that after the

14:26:24  6  altercation ensued, you ran away with Toine, and

14:26:32  7  Lamarr ran to Mario Jarmon's house, correct?

14:26:36  8       **A.**   Yes.  Yes.

14:26:37  9       **Q.**   You saw Lamarr running to Mario

14:26:41 10  Jarmon's house?

14:26:41 11       **A.**   I saw him running towards us.  You

14:26:43 12  know, I was already in the car, you know, and he

14:26:45 13  was running towards us after the shooting.

14:26:46 14       **Q.**   Did -- did Toine get in your car?

14:26:49 15       **A.**   No.

14:26:49 16       **Q.**   Where -- what direction did Toine go

14:26:49 17  in?

14:26:51 18       **A.**   He ran in Mario Jarmon's yard.

14:26:54 19       **Q.**   Do you recall Lamarr Scott trying to

14:26:55 20  get in your car after the shooting?

14:26:58 21       **A.**   He was running towards it, and I was

14:27:00 22  looking like, "It's not going to happen," and I

14:27:02 23  pulled off on him.

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

170

14:27:03  1          Q.   Did you say, "You're not getting in my
14:27:05  2   fucking car"?
14:27:05  3          A.   No, I didn't say that.
14:27:07  4          Q.   Okay.  So if he told us that's what you
14:27:12  5   said to him, he'd be wrong.
14:27:14  6          **MR. BRUSTIN:**  Objection to form.
14:27:14  7          **THE WITNESS:**  Yes, he would be lying.
14:27:15  8          **BY MR. SAHASRABUDHE:**
14:27:23  9          Q.   You and Antoine Shannon are
14:27:26 10   half-brothers, correct?
14:27:27 11          A.   We have the same father.
14:27:28 12          Q.   Would you say that you and Antoine
14:27:29 13   Shannon look alike?
14:27:31 14          A.   Not really, no.
14:27:32 15          Q.   How tall is Antoine Shannon?
14:27:35 16          A.   Well, I'm five nine, so he'll be about
14:27:39 17   five eight.
14:27:40 18          Q.   Okay.  So you're around the same
14:27:43 19   height, then --
14:27:43 20          A.   Yes.
14:27:43 21          Q.   -- fair to say?
14:27:44 22          A.   Yes.
14:27:44 23          Q.   Is Antoine Shannon skinny?

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

171

14:27:46  1          **A.**   Not at all.

14:27:47  2          **Q.**   He's a big dude?

14:27:48  3          **A.**   Yes, I mean, he had a scholarship for

14:27:51  4    Louisville.  Linebacker, you know.

14:27:52  5          **Q.**   So he's short, but he's strong.

14:27:54  6          **A.**   Yes, he's a middle linebacker, yes.

14:27:57  7          **Q.**   How much would you say Antoine Shannon

14:27:59  8    weighed?

14:27:59  9          **A.**   Back then?

14:28:00  10         **Q.**   Yes.

14:28:00  11         **A.**   Five eight, I'm going to say he weighed

14:28:06  12   about two -- maybe 220.

14:28:08  13         **Q.**   Where did he have a scholarship come

14:28:08  14   from?

14:28:10  15         **A.**   Louisville.

14:28:11  16         **Q.**   Like the Cardinals?

14:28:12  17         **A.**   Yes.

14:28:13  18         **Q.**   Oh, wow.  Okay.  Did he end up playing

14:28:17  19   for Louisville?

14:28:18  20         **A.**   A year, and actually he was home on

14:28:20  21   break when this incident occurred.

14:28:23  22         **Q.**   Did he play after that one year?

14:28:24  23         **A.**   Yes, he went back, and he played a

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

172

14:28:26  1  year, and then he -- he dropped out, I believe, and

14:28:31  2  I went to prison.  I was in prison.

14:28:34  3          Q.   And I believe your testimony was

14:28:35  4  earlier that you and Leonard Brown are not

14:28:38  5  biologically related, correct?

14:28:40  6          A.   No.

14:28:40  7          Q.   Okay.  How tall is Leonard Brown?

14:28:42  8          A.   He's five eleven.  He was five eleven

14:28:45  9  then.  He's about six one now, so he grew a few

14:28:48 10  inches after the shooting.

14:28:50 11          Q.   Is Leonard Brown skinny?

14:28:53 12          A.   He was then.  He's not now.

14:28:54 13          Q.   Okay.  But -- but back then he was

14:28:57 14  skinny, correct?

14:28:57 15          A.   Yes.

14:28:57 16          Q.   Okay.  Do you know one way or the other

14:29:00 17  whether Leonard had a gun that evening?

14:29:02 18          A.   He didn't have a gun.

14:29:03 19          Q.   How do you know?

14:29:04 20          A.   Because none of us had a gun but my gun

14:29:08 21  that was put in the hallway.  None of them had a

14:29:11 22  gun.

14:29:11 23          Q.   You're sure about that.

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

173

14:29:12  1         A.    Positive.

14:29:14  2         Q.    Did Leonard do cocaine back then?

14:29:19  3         A.    Not back then, but -- possibly years

14:29:24  4  later after I went to prison, but not back then.

14:29:26  5         Q.    How old was Lamarr Scott, if you know,

14:29:35  6  when is this all happened?

14:29:36  7         A.    19.

14:29:37  8         Q.    How old were you?

14:29:38  9         A.    21.

14:29:41 10         Q.    Did you get the sense at all that

14:29:43 11  Lamarr Scott looked up to you before the incident?

14:29:45 12         A.    Yes.

14:29:46 13         Q.    Did you get the sense that you were

14:29:49 14  someone that he trusted?

14:29:51 15         A.    Yes.

14:29:52 16         Q.    Do you feel at all bad about bringing

14:29:56 17  him to the scene with the gun?

14:29:57 18         A.    Horrible.

14:29:59 19         Q.    Do you wish you would have made a

14:30:01 20  different decision?

14:30:02 21         A.    Of course.

14:30:03 22         Q.    What decision do you wish you would

14:30:04 23  have made?

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

174

| | |
|---|---|
| 14:30:05 | 1 |
| 14:30:08 | 2 |
| 14:30:14 | 3 |
| 14:30:17 | 4 |
| 14:30:20 | 5 |
| 14:30:21 | 6 |
| 14:30:22 | 7 |
| 14:30:33 | 8 |
| 14:30:38 | 9 |
| 14:30:39 | 10 |
| 14:30:40 | 11 |
| 14:30:42 | 12 |
| 14:30:45 | 13 |
| 14:30:46 | 14 |
| 14:30:47 | 15 |
| 14:30:48 | 16 |
| 14:30:48 | 17 |
| 14:30:49 | 18 |
| 14:30:50 | 19 |
| 14:30:50 | 20 |
| 14:30:51 | 21 |
| 14:30:52 | 22 |
| 14:30:55 | 23 |

1    **A.**    I would have never went on the corner.
2  I would have never went there, period.
3    **Q.**    As you sit there today, can you tell us
4  why you chose to respond to Leonard's page the way
5  you did?
6        **MR. BRUSTIN:**  Objection to form.
7        **THE WITNESS:**  Foolishness.  I -- worst
8  mistake of my life.
9        **BY MR. SAHASRABUDHE:**
10    **Q.**    And I understand that it's tough,
11  Mr. Dixon, but -- but would it -- this is tough to
12  talk about, but would it be fair to say that
13  decision was yours?
14    **A.**    Yes.
15        **MR. BRUSTIN:**  Which decision?  To bring the
16  gun?
17        **BY MR. SAHASRABUDHE:**
18    **Q.**    The decision to bring the gun to the
19  corner.
20    **A.**    Yes.
21    **Q.**    That decision was yours, correct?
22        **MR. BRUSTIN:**  Whoa, whoa.  The decision --
23  you just said to bring the gun to the corner.  I

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

175

14:30:58  1  think you meant to say bring it into the house.

14:30:58  2       **BY MR. SAHASRABUDHE:**

14:31:00  3       **Q.**   To bring the gun to Mario Jarmon's

14:31:03  4  house, that was your decision.

14:31:04  5       **A.**   Yes, it was.

14:31:05  6       **Q.**   And to bring Lamarr Scott, that was

14:31:09  7  your decision, correct?

14:31:10  8       **A.**   Yes.

14:31:11  9       **Q.**   And none of my clients had anything to

14:31:13 10  do with that decision, correct?

14:31:15 11       **A.**   No.

14:31:15 12       **Q.**   Okay.  You mentioned earlier -- I think

14:31:43 13  you said this all -- this whole thing started with

14:31:45 14  a girl.  Do you remember that?

14:31:47 15       **A.**   Yes.

14:31:48 16       **Q.**   Do you know who that girl was?  Have

14:31:50 17  you come to -- sorry, strike that.

14:31:52 18       Have you come to learn who that girl was?

14:31:53 19       **A.**   Yes, Heather Smith.

14:31:56 20       **Q.**   So her name -- so the girl who the

14:31:59 21  dispute started over, her name was, in fact,

14:32:02 22  Heather Smith.

14:32:03 23       **A.**   Yes.

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

14:32:03  1          **Q.**   And Heather Smith was involved with

14:32:08  2   your half-brother Antoine Shannon, correct?

14:32:11  3          **A.**   No.

14:32:11  4          **Q.**   She was not.

14:32:12  5          **A.**   No.

14:32:12  6          **Q.**   Was Heather Smith involved with Leonard

14:32:14  7   Brown?

14:32:14  8          **A.**   No.

14:32:15  9          **Q.**   So can you -- I guess why don't you

14:32:17 10   describe what your understanding of the initial

14:32:19 11   dispute was.

14:32:20 12          **A.**   Heather Smith was involved with a guy

14:32:23 13   named Peanut, who was Antoine's friend, my

14:32:27 14   brother's friend.

14:32:28 15          And for the first time, I seen on the

14:32:32 16   tape -- even though you didn't see Antoine's face,

14:32:35 17   he was explaining that they left a party.  Him and

14:32:37 18   Peanut left a party.

14:32:39 19          And when Aaron and Torri rolled up on them,

14:32:42 20   they were rolling down on Peanut, because Peanut

14:32:45 21   was messing around with Torri -- Aaron's

14:32:47 22   girlfriend.

14:32:47 23          **Q.**   Who was Heather Smith.

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

177

14:32:48  1          **A.**    Yes.

14:32:50  2          **Q.**    Got it.

14:32:50  3          **A.**    And he was questioning him about his

14:32:51  4    girlfriend, and so Antoine just happened to be with

14:32:54  5    Peanut, okay?  Peanut took off running, which,

14:32:59  6    explained there, left Antoine standing there like.

14:33:01  7          And then they jumped out on the car and told

14:33:04  8    Antoine to get on his knees, and this is when Torri

14:33:07  9    pulled out the gun.

14:33:08 10          This is how this whole thing started.

14:33:10 11          **Q.**    And do you have an understanding of

14:33:11 12    when this happened?

14:33:13 13          **A.**    I'm going to say two weeks prior to the

14:33:15 14    shooting, to August 10th.  Two weeks prior to

14:33:18 15    August 10th.

14:33:19 16          **Q.**    But nonetheless, the dispute started

14:33:21 17    over a girl named Heather Smith.

14:33:24 18          **A.**    Yes.

14:33:24 19          **Q.**    Okay.  I want to talk to you a little

14:33:31 20    bit about Anthony Wright.  Do you recall being

14:33:34 21    asked questions about Anthony Wright in your

14:33:37 22    interview with the Assistant District Attorneys?

14:33:41 23          **A.**    Yes.

14:33:42   1          Q.   And I believe you said he was at one

14:33:44   2   point the neighborhood bully, correct?

14:33:46   3          A.   Yes.

14:33:46   4          Q.   But -- but at a certain point, he -- he

14:33:49   5   became a drug addict, right?

14:33:51   6          A.   Yes.

14:33:52   7          Q.   And he kind of stopped being the

14:33:53   8   neighborhood bully at that point, correct?

14:33:55   9          A.   No, he was always the neighborhood

14:33:57  10   bully.  Even as a drug addict.

14:33:59  11          Q.   No matter what?

14:34:00  12          A.   Yes, he -- he still had his size, and

14:34:03  13   he still intimidated everybody.

14:34:05  14          Q.   So my understanding of the incident

14:34:06  15   with -- with you and Anthony Wright is he came to

14:34:10  16   you looking for drugs multiple times on that

14:34:14  17   particular evening, correct?

14:34:14  18          A.   Yes.

14:34:15  19          Q.   And he didn't have any money, right?

14:34:17  20          A.   No.

14:34:17  21          Q.   He was broke?

14:34:18  22          A.   Yes.

14:34:19  23          Q.   And you gave him drugs for free a

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

179

| | | |
|---|---|---|
| 14:34:22 | 1 | couple times? |
| 14:34:22 | 2 | **A.**    Couple times, yes. |
| 14:34:23 | 3 | **Q.**    And the last time you told him, "Don't |
| 14:34:24 | 4 | come back here," right? |
| 14:34:26 | 5 | **A.**    Yes. |
| 14:34:26 | 6 | **Q.**    And -- and he came back, right?  Even |
| 14:34:29 | 7 | though he had been told not to? |
| 14:34:30 | 8 | **A.**    Yes. |
| 14:34:31 | 9 | **Q.**    And he was knocking on the door, |
| 14:34:32 | 10 | yelling, correct? |
| 14:34:34 | 11 | **A.**    Yes, he was yelling outside. |
| 14:34:36 | 12 | **Q.**    And -- and at that point, you -- you |
| 14:34:37 | 13 | shot near him, correct? |
| 14:34:40 | 14 | **MR. BRUSTIN:**  Objection to form. |
| 14:34:41 | 15 | **THE WITNESS:**  No, that didn't happen. |
| 14:34:41 | 16 | **BY MR. SAHASRABUDHE:** |
| 14:34:42 | 17 | **Q.**    You never shot near him? |
| 14:34:45 | 18 | **A.**    He tossed a brick through the window, |
| 14:34:47 | 19 | and then I grabbed my rifle and shot near him. |
| 14:34:49 | 20 | **Q.**    Okay.  So -- so after he broke your |
| 14:34:51 | 21 | window, you grabbed the gun? |
| 14:34:53 | 22 | **A.**    Yes. |
| 14:34:53 | 23 | **Q.**    And shot in his direction? |

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

14:34:57  1       A.    Yes.

14:34:58  2       Q.    And I believe in the interview, you --

14:35:01  3   is it fair to say you -- you were yelling things to

14:35:03  4   him afterwards, after you shot in his direction?

14:35:06  5       A.    Oh, yes.

14:35:07  6       Q.    Fair to say that some people might have

14:35:10  7   witnessed or observed that in the neighborhood?

14:35:12  8       MR. BRUSTIN:  Objection to form.

14:35:13  9       THE WITNESS:  I don't know.  Possibly.

14:35:16 10       BY MR. SAHASRABUDHE:

14:35:17 11       Q.    Fair to say that as a drug dealer,

14:35:20 12   you'd be foolish not to own guns, correct?

14:35:24 13       MR. BRUSTIN:  Objection to form.

14:35:24 14       THE WITNESS:  Well, I learned the hard way.

14:35:26 15   You know, I got robbed a few times, and --

14:35:27 16       BY MR. SAHASRABUDHE:

14:35:28 17       Q.    Sure.

14:35:28 18       A.    -- you know, now you got to get you

14:35:30 19   some protection.

14:35:31 20       Q.    And if you're a drug dealer, you don't

14:35:32 21   want to be seen as someone who can be easily taken

14:35:35 22   advantage of, right?

14:35:36 23       MR. BRUSTIN:  Objection to form.

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

181

14:35:36  1          THE WITNESS:  Definitely not.

14:35:37  2          BY MR. SAHASRABUDHE:

14:35:38  3          Q.   Okay.  Fair to say, then, that it's

14:35:40  4  beneficial as a drug dealer to -- to have a

14:35:44  5  reputation as someone who's tough.

14:35:47  6          MR. BRUSTIN:  Objection to form.

14:35:47  7          THE WITNESS:  Yes.

14:35:48  8          BY MR. SAHASRABUDHE:

14:35:50  9          Q.   Someone who might shoot you if -- if

14:35:55 10  you crossed them, correct?

14:35:56 11          MR. BRUSTIN:  Objection to form.

14:35:57 12          THE WITNESS:  No.  Someone that's tough and

14:36:02 13  that's going to, you know, protect themselves.

14:36:07 14          BY MR. SAHASRABUDHE:

14:36:08 15          Q.   And -- and how would you protect

14:36:09 16  yourself?  What do you mean by protect yourself?

14:36:12 17          A.   Well --

14:36:13 18          MR. BRUSTIN:  Objection to form.

14:36:14 19          THE WITNESS:  Well, what I learned, you

14:36:15 20  know, friends of mine's were getting killed, and,

14:36:18 21  you know, I was targeted, and, you know, none of us

14:36:22 22  were tough guys, but in that life, you're selling

14:36:27 23  drugs, you know, you have to stand up for yourself

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

182

14:36:29  1  or somebody's going to come and kill you and rob

14:36:32  2  you and, you know, do whatever they want to do to

14:36:35  3  you.

14:36:35  4       So you don't have to be a killer or a tough

14:36:37  5  guy, but you have to be able to hold your ground.

14:36:42  6       **BY MR. SAHASRABUDHE:**

14:36:42  7       Q.   And -- and how would you say you

14:36:46  8  portray to other people that you hold -- you can

14:36:49  9  hold your ground?

14:36:50 10       **MR. BRUSTIN:**  Objection to form.

14:36:50 11       **THE WITNESS:**  Well, one thing I learned as a

14:36:52 12  kid is that you don't start trouble with people.

14:36:55 13  You don't violate people.  You don't do these

14:36:58 14  things.

14:36:58 15       But, you know, living in that neighborhood,

14:37:00 16  if someone comes to you, they chase you home a

14:37:03 17  couple times, you know, you get to the point where

14:37:05 18  you can't be chased home anymore.  You have to

14:37:07 19  fight them.  You have to stand up for yourself, you

14:37:10 20  know.  And, you know, that's the type of person I

14:37:13 21  was.

14:37:13 22       **BY MR. SAHASRABUDHE:**

14:37:14 23       Q.   You were the kind of person who you

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

183

14:37:16   1   wouldn't want to mess with, correct?

14:37:18   2       **MR. BRUSTIN:**  Objection to form.

14:37:19   3       **THE WITNESS:**  That's not true, you know,

14:37:21   4   because to say that would mean that if you mess

14:37:23   5   with me, I'm capable of murdering you or killing

14:37:27   6   you.

14:37:28   7       And there were plenty of killers in my

14:37:31   8   neighborhood, and we all knew who they were, but

14:37:34   9   there were plenty of guys who weren't killers, but

14:37:34  10   they were selling drugs.  Plenty of guys who were

14:37:41  11   not killers but lived in the neighborhood and was

14:37:42  12   just trying to survive, you know.

14:37:44  13       But they wasn't killers.  These guys

14:37:47  14   wouldn't bother nobody.  They was just trying to

14:37:50  15   make some money.

14:37:51  16       **BY MR. SAHASRABUDHE:**

14:37:56  17       **Q.**   So one thing -- one thing I want to

14:37:58  18   clear up on your version of events:

14:38:01  19       How far away from you -- from Lamarr Scott

14:38:05  20   were you when the actual shooting occurred?

14:38:08  21       **MR. BRUSTIN:**  Objection to form.

14:38:10  22       **THE WITNESS:**  I would say about, I don't

14:38:16  23   know, 50 yards.

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

184

14:38:18  1          BY MR. SAHASRABUDHE:

14:38:18  2          Q.    Before the shooting occurred, did you

14:38:20  3  say anything to Lamarr Scott?

14:38:22  4          MR. BRUSTIN:  Objection to form.

14:38:23  5          THE WITNESS:  No.  No.

14:38:24  6          BY MR. SAHASRABUDHE:

14:38:24  7          Q.    You didn't say, "They're shooting over

14:38:26  8  there"?

14:38:27  9          A.    No.

14:38:27 10          Q.    You didn't say any words at all to him?

14:38:30 11          A.    Nothing.

14:38:31 12          Q.    And so again, if he told us that you

14:38:33 13  pointed out Torriano Jackson and directed him that

14:38:40 14  that's the person he should be going after, he'd be

14:38:42 15  lying to us, correct?

14:38:43 16          A.    Absolutely.

14:38:44 17          Q.    That's a complete lie and fabrication

14:38:44 18  by --

14:38:48 19          MR. BRUSTIN:  Objection to form.

14:38:49 20          THE WITNESS:  Complete, made-up lie.

14:38:49 21          BY MS. PERSICO:

14:38:50 22          Q.    -- Lamarr Scott?

14:38:54 23          A.    That's a complete lie.  It's made up.

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

185

14:38:57 1  That didn't happen.

14:38:59 2       Q.   Okay.  What reason does Lamarr Scott

14:39:02 3  have to lie?

14:39:03 4       A.   He's protecting --

14:39:05 5       MR. BRUSTIN:  Objection to form.  Go ahead.

14:39:07 6       THE WITNESS:  I believe he's protecting

14:39:08 7  himself.  He's looking out for the people that gave

14:39:11 8  him a sweet deal.

14:39:11 9       BY MS. PERSICO:

14:39:12 10      Q.   Well, explain that to me.  Who gave him

14:39:14 11 the sweet deal?

14:39:16 12      A.   The prosecutors, you know.  The City of

14:39:18 13 Buffalo gave him a sweet deal.  He took a plea

14:39:20 14 bargain for killing a guy and shooting three people

14:39:24 15 and didn't receive no time.  That's a sweet deal.

14:39:26 16      Q.   And you would think that he's making

14:39:27 17 this all up to benefit the City of Buffalo and --

14:39:32 18 and the County of Erie in some way.

14:39:35 19      MR. BRUSTIN:  Objection to form.

14:39:35 20      THE WITNESS:  Most definitely.  Yes, of

14:39:37 21 course.

14:39:37 22      BY MS. PERSICO:

14:39:41 23      Q.   You drove to the scene in a -- in a red

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*
186

14:39:44  1  Mazda, right?

14:39:46  2        **A.**    Yes.

14:39:48  3        **Q.**    So one thing that in reviewing the case

14:39:51  4  file, there's also a white Cadillac involved.

14:39:55  5        Where was the white Cadillac parked when you

14:39:59  6  got to Mario Jarmon's house the second time?

14:40:03  7        **A.**    Well, I'm not sure of that, okay?    I

14:40:07  8  knew where I was going to pick it up at, okay, but

14:40:10  9  I believe the detectives had already tooken that

14:40:13 10  car and towed it away before I got there.

14:40:16 11        **Q.**    The white Cadillac?

14:40:17 12        **A.**    The white Cadillac.

14:40:18 13        **Q.**    Okay.    Did -- the night before, did you

14:40:21 14  give the keys of the white Cadillac to one of your

14:40:24 15  friends?

14:40:25 16        **A.**    One of my high school friends.    Two of

14:40:27 17  them, actually, I went to school with at Performing

14:40:30 18  Arts, Lee Matthews and Julius Beckham.

14:40:37 19        **Q.**    And where -- where was the white

14:40:41 20  Cadillac at that point?

14:40:43 21        **A.**    When I came to get it?

14:40:44 22        **Q.**    No, when -- when you gave them the

14:40:46 23  keys, where was it?

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

14:40:47  1       **A.**   Oh, it was on Lisbon.

14:40:49  2       **Q.**   How far away from Mario Jarmon's house

14:40:51  3  is that?

14:40:51  4       **A.**   I don't know.  Seven-, eight-minute

14:40:54  5  drive.

14:40:55  6       **Q.**   Okay.  So you're claiming it was in a

14:40:56  7  completely different neighborhood.

14:40:58  8       **A.**   Yes.

14:40:58  9       **Q.**   Okay.  And you -- you gave them the

14:41:01 10  keys.  How were they going to get to the car, did

14:41:03 11  you know?

14:41:03 12       **A.**   I don't know.  They just liked the car,

14:41:05 13  and they -- we ran into each other on the corner.

14:41:08 14  I hadn't seen these kids since high school, and

14:41:10 15  both of them did good for themselves, went to --

14:41:13 16  played college over -- basketball overseas, and

14:41:17 17  they were living a totally different life, and we

14:41:20 18  were talking and catching up.

14:41:21 19       I had split up from Mario and Leonard and

14:41:23 20  all of them, and I was talking to my old, you know,

14:41:25 21  high school classmates.  And they were asking me

14:41:27 22  about the white Cadillac, and I said, "Hey, you

14:41:29 23  want to drive it tonight?"

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

188

14:41:31  1          You know, that's how I was.

14:41:32  2          Q.   So you gave them the keys to the car

14:41:35  3    even though it was a seven- to eight-minute drive

14:41:39  4    away from where you were talking.

14:41:40  5          A.   Yes, I couldn't take them in my Mazda,

14:41:42  6    so -- these guys are six eight, six -- six six.

14:41:46  7          Q.   So -- okay.  But you told them to bring

14:41:49  8    the car back to Delavan and Bailey.

14:41:53  9          A.   In the morning, because Lee Matthews

14:41:55 10    lived three doors from Mario Jarmon.  He lived

14:41:57 11    right there.  So I'm going to pick my car up.

14:41:59 12          Q.   So it's your testimony that that white

14:42:01 13    Cadillac was not in the area of the -- of the

14:42:03 14    shooting.

14:42:04 15          A.   Yes, when I arrived, I don't -- to get

14:42:06 16    it, I don't remember seeing it.  I just remember

14:42:09 17    detectives and police officers swarming my red

14:42:11 18    Mazda RX-7.  I never seen the white Cadillac after

14:42:16 19    that.

14:42:16 20          Q.   All right.  So the Cadillac, according

14:42:21 21    to you, was not anywhere nearby the shooting.

14:42:23 22          MR. BRUSTIN:  Objection to form.  Answer if

14:42:25 23    you know.

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

189

14:42:25  1        **THE WITNESS:**  No, I don't -- I don't know,

14:42:26  2  because I didn't see it anymore.

14:42:29  3        **BY MS. PERSICO:**

14:42:29  4        **Q.**   Can I ask you:  Do you recall, on -- on

14:42:31  5  the day of the shooting, did you have six to eight

14:42:35  6  beers?

14:42:36  7        **A.**   No, I don't remember drinking a lot

14:42:38  8  that day, and I didn't drink six to eight beers

14:42:41  9  every single day, you know, so I don't remember

14:42:43  10  being drunk like that.

14:42:44  11        **Q.**   Do you remember drinking beer with

14:42:47  12  Mario, Lamarr, Leonard, and Toine before the

14:42:54  13  incident?

14:42:54  14        **A.**   No, because I didn't get a chance to.

14:42:56  15  I was in the store when the shots were going.  I

14:42:59  16  was going to get a beer when the shots rang out.

14:43:00  17        **Q.**   So there was no point where you were

14:43:02  18  sitting with them drinking beer?

14:43:02  19        **MR. BRUSTIN:**  Objection to form.

14:43:04  20        **THE WITNESS:**  I don't remember that, no.

14:43:04  21        **BY MR. SAHASRABUDHE:**

14:43:06  22        **Q.**   One final question:

14:43:07  23        Do you ever remember talking to Lamarr Scott

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

190

14:43:12  1  about how to use the TEC-9?

14:43:15  2       A.   No, I don't remember that.

14:43:17  3       Q.   Okay.  So -- is that a no or just that

14:43:20  4  you don't remember?

14:43:21  5       MR. BRUSTIN:  Objection to form.

14:43:21  6       THE WITNESS:  Well, I don't remember,

14:43:22  7  because I didn't know how to use it.  I never fired

14:43:24  8  it.

14:43:24  9       BY MR. SAHASRABUDHE:

14:43:25 10       Q.   So did the -- was there a point where

14:43:28 11  you had the understanding that the S on the TEC-9

14:43:32 12  stood for safety and the F stood for fire?

14:43:35 13       A.   I've heard that before, and it's just

14:43:37 14  plain foolishness, because I never used it.  So if

14:43:39 15  you got a gun like that you bought off the street,

14:43:42 16  you can only assume that it may be safety or fire.

14:43:44 17  You don't know, because I never fired it.

14:43:46 18       Q.   Do you remember telling Lamarr Scott

14:43:48 19  that the S stood for safety and the F stood for

14:43:51 20  fire?

14:43:52 21       MR. BRUSTIN:  Objection to form.

14:43:53 22       THE WITNESS:  No, I don't remember that.

14:43:53 23       BY MR. SAHASRABUDHE:

*Valentino Dixon - Mr. Brustin - 06/07/2022*

191

| | | |
|---|---|---|
| 14:43:55 | 1 | **Q.** You have no -- |
| 14:43:55 | 2 | **A.** No. |
| 14:43:56 | 3 | **Q.** You have no independent recollection of |
| 14:43:57 | 4 | that. |
| 14:43:58 | 5 | **A.** None. None. |
| 14:43:59 | 6 | **Q.** Okay. |
| 14:44:00 | 7 | **MR. SAHASRABUDHE:** That's all I have for the |
| 14:44:01 | 8 | time being. Do you have any more? |
| 14:44:03 | 9 | **MR. BRUSTIN:** Well, I have some follow-up. |
| 14:44:06 | 10 | **MS. PERSICO:** I was just going to say: Can |
| 14:44:08 | 11 | we take a break for two seconds? |
| 14:44:12 | 12 | **MR. BRUSTIN:** Of course. |
| 14:44:17 | 13 | (A recess was then taken at 2:44 p.m.) |
| 14:44:17 | 14 | **EXAMINATION** |
| 14:44:17 | 15 | **BY MR. BRUSTIN:** |
| 14:47:32 | 16 | **Q.** Mr. Dixon, I just have a few follow-up |
| 14:47:34 | 17 | questions for you. |
| 14:47:35 | 18 | So you were asked some questions about what, |
| 14:47:40 | 19 | if anything, you could have said at the time of the |
| 14:47:43 | 20 | shooting that Lamarr Scott may have overheard, and |
| 14:47:48 | 21 | I want to refer you to something that you said to |
| 14:47:51 | 22 | the DA in 2018 when you were interviewed. |
| 14:47:58 | 23 | You were asked some questions, and this |

14:48:01  1   is -- I'll just read the transcript that I have.

14:48:06  2          From first Sara Dee:  Did you say something

14:48:09  3   to him about go get the gun, grab the gun?

14:48:12  4          And you said:  No, I didn't, no.

14:48:13  5          And then she said:  What?

14:48:14  6          And you said:  None of that.  You know, I

14:48:16  7   just -- what I said was, "They're shooting down

14:48:22  8   there," okay?  I said, "Yo, they're shooting down

14:48:25  9   there."

14:48:25 10          Now, first of all, do you remember at some

14:48:27 11   point saying something like that?

14:48:28 12      A.   That could be possible.

14:48:30 13      Q.   Okay.  Do you -- when you said it, do

14:48:33 14   you have any idea where Lamarr Scott was?

14:48:34 15      A.   No.

14:48:34 16      Q.   Do you have any idea if he was -- if --

14:48:38 17   first of all, were you speaking to him?

14:48:39 18      A.   No.

14:48:39 19      Q.   Do you have any idea if he heard that?

14:48:41 20      A.   I don't know.

14:48:42 21      Q.   Did you ever intend for Lamarr Scott to

14:48:46 22   shoot Torri Jackson and Aaron Jackson?

14:48:49 23      A.   Never.

*Valentino Dixon - Mr. Brustin - 06/07/2022*

14:48:50  1      **Q.**   All right.

14:48:51  2          **MS. PERSICO:**  Can I just interrupt and ask

14:48:54  3  you which interview that transcript was from?

14:48:55  4          **MR. BRUSTIN:**  This is the transcript of the

14:48:57  5  December -- I'm sorry., it's the 2018 interview

14:49:02  6  that's on the tape.

14:49:03  7          **MS. PERSICO:**  There's -- there's three

14:49:05  8  different dates.  There's the 18th, the 30th, and

14:49:10  9  the 31st.

14:49:11 10          **MR. BRUSTIN:**  That's a good question.  I

14:49:14 11  have an excerpt from it.  I -- it's the -- I think

14:49:21 12  it's the final interview.

14:49:24 13          **MS. PERSICO:**  That was what was produced to

14:49:26 14  us in connection with the last round of

14:49:30 15  depositions, or --

14:49:30 16          **MR. BRUSTIN:**  I believe so.

14:49:31 17          **MS. PERSICO:**  Okay.  Do you -- do you have

14:49:35 18  a -- your Bates stamp on there that we might be

14:49:37 19  able to --

14:49:38 20          **MR. BRUSTIN:**  It's not Bates stamped, but

14:49:39 21  it's marked -- what I just read from is page 2

14:49:43 22  of 4.

14:49:45 23          **MS. PERSICO:**  Not to be knit-picky about it.

*Valentino Dixon - Mr. Brustin - 06/07/2022*

194

14:49:48  1  I'm just trying to figure out how we can --

14:49:50  2       MR. BRUSTIN:  No, that's fair.  I can show

14:49:52  3  it to you afterward if you want.  You can try to

14:49:54  4  find your version of it.  It says on top

14:50:02  5  2018/08/31, 095700.

14:50:06  6       MS. PERSICO:  Okay.  So that's the -- that's

14:50:08  7  the 8/31.

14:50:09  8       MR. BRUSTIN:  Yes, 8/31, yes, I'm sorry.

14:50:13  9       MS. PERSICO:  Okay.

14:50:14 10       BY MR. BRUSTIN:

14:50:14 11       Q.   Okay.  Just a few more questions,

14:50:16 12  Mr. Dixon.

14:50:18 13       So first of all, in response to questions

14:50:22 14  from the attorney for the city Defendants, you

14:50:26 15  mentioned that one of the things Detective Stambach

14:50:30 16  said to you was that either you were going to tell

14:50:35 17  him you did it or who did it or you were going down

14:50:37 18  for it.  Do you remember that?

14:50:38 19       A.   Yes.

14:50:39 20       MR. SAHASRABUDHE:  Form.

14:50:40 21       BY MR. BRUSTIN:

14:50:40 22       Q.   And did you see that anywhere in the

14:50:42 23  interview?

*Valentino Dixon - Mr. Brustin - 06/07/2022*

195

14:50:43   1      **A.**   No.

14:50:43   2      **Q.**   Okay.  Do you remember if that happened

14:50:45   3   before or after the actual interview that he

14:50:48   4   documented?

14:50:50   5      **A.**   I don't know if it was before or after.

14:50:52   6      **Q.**   Okay.  Do you remember if he said other

14:50:53   7   things to you before or after the documented

14:50:57   8   interview?

14:50:59   9      **A.**   He also mentioned Sly Green, and he

14:51:05  10   says, "Do you know Sly Green?"

14:51:07  11      And I says, "I heard of him."

14:51:08  12      And he says, "Well, you're going to prison

14:51:10  13   like Sly Green."

14:51:11  14      **Q.**   Okay.  Now, you were asked some

14:51:16  15   questions by the attorney for the county Defendants

14:51:21  16   about whether or not Lamarr Scott used your gun.

14:51:28  17      Do you recall those questions?

14:51:29  18      **A.**   Yes.

14:51:29  19      **Q.**   Okay.  So first of all, were you able

14:51:32  20   to see with your own eyes whether or not Lamarr

14:51:39  21   Scott killed Torri Jackson with your gun?

14:51:42  22      **A.**   Well, yes and no, I mean, you know.

14:51:45  23      **Q.**   Well, first of all, have you always

*Valentino Dixon - Mr. Brustin - 06/07/2022*

14:51:46  1  understood and assumed that Lamarr Scott used your

14:51:52  2  gun, the TEC-9, the gun you brought, to kill Torri

14:51:55  3  Jackson?

14:51:55  4        **A.**    Yes.

14:51:56  5        **Q.**    Do you have any actual evidence that

14:51:58  6  you're aware of to suggest that it wasn't your gun?

14:52:01  7        **A.**    No.

14:52:01  8        **Q.**    Okay.  You just -- you -- was -- is it

14:52:05  9  your testimony that you were just too far to

14:52:07 10  actually see with your eyes whether it was, in

14:52:10 11  fact, your gun?

14:52:11 12        **A.**    Yes, it was dark.

14:52:15 13        **Q.**    Okay.  But as you sit here today, you

14:52:18 14  don't dispute that -- that Lamarr Scott shot Torri

14:52:23 15  Jackson with the gun that you brought.

14:52:25 16        **A.**    I don't dispute it.

14:52:26 17        **Q.**    Okay.

14:52:28 18        **MR. BRUSTIN:**  Why don't you give me just 30

14:52:31 19  seconds.  I think I'm done.

14:52:33 20             (A recess was then taken at 2:52 p.m.)

14:53:08 21        **MR. BRUSTIN:**  Just one more question.

14:53:09 22        **BY MR. BRUSTIN:**

14:53:15 23        **Q.**    At the time of the homicide in '91,

*Valentino Dixon - Mr. Brustin - 06/07/2022*

197

14:53:25  1  Detective Stambach was in the homicide unit.  Prior
14:53:28  2  to that, he had served in the narcotics unit.
14:53:31  3        Do you --
14:53:32  4        **MR. SAHASRABUDHE:**  Object to the form.
14:53:33  5        **BY MR. BRUSTIN:**
14:53:35  6        **Q.**   Do you recall one way or another
14:53:36  7  whether or not you ever interacted with him in that
14:53:38  8  capacity?
14:53:39  9        **A.**   I don't recall.
14:53:39  10       **Q.**   You don't recall one way or another?
14:53:41  11       **A.**   Yes, I don't recall one way or another.
14:53:42  12       **Q.**   Do you recall all of the narcotics
14:53:45  13  police officers and detectives that you interacted
14:53:48  14  with on the street?
14:53:49  15       **A.**   Oh, yes.
14:53:49  16       **Q.**   You -- as you -- do you recall all of
14:53:51  17  them or --
14:53:52  18       **A.**   Most of them.
14:53:53  19       **Q.**   Okay.  Fair enough.
14:53:54  20       **A.**   Yes.
14:53:54  21       **Q.**   Fair enough.
14:53:57  22       **MR. BRUSTIN:**  I think that's all I have.
14:54:09  23       **MS. PERSICO:**  Just give me one second.

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

198

14:54:15  1          MR. SAHASRABUDHE:  Can I ask one follow-up

14:54:16  2   question?

14:54:16  3          MR. BRUSTIN:  Sure.  Why don't we go in

14:54:21  4   order, though, if you don't mind.

14:54:21  5          MR. SAHASRABUDHE:  Oh, yes, okay.

14:54:21  6          MS. PERSICO:  Oh, well --

14:54:21  7          MR. SAHASRABUDHE:  Doesn't matter.  I mean,

14:54:21  8   it doesn't matter.

14:54:25  9          MS. PERSICO:  Let him go.

14:54:25 10                    FURTHER EXAMINATION

14:54:25 11          BY MR. SAHASRABUDHE:

14:54:26 12          Q.   Do you recall around -- or the year or

14:54:27 13   the approximate time that you started dealing

14:54:29 14   drugs?

14:54:29 15          A.   Yes.

14:54:30 16          Q.   And my understanding is it wasn't that

14:54:32 17   long before the 1991 shooting, correct?

14:54:35 18          A.   No, 1989.

14:54:36 19          Q.   Okay.

14:54:37 20          MR. SAHASRABUDHE:  I have nothing further.

14:54:39 21          MR. BRUSTIN:  I'm -- I'm fine with that.

14:54:42 22   That should be redirect, though.  Should be limited

14:54:45 23   to what I asked.

*Valentino Dixon - Ms. Persico - 06/07/2022*

199

14:54:47  1          **MS. PERSICO:**  It kind of was.

14:54:47  2                    **FURTHER EXAMINATION**

14:54:47  3          **BY MS. PERSICO:**

14:54:56  4          Q.   Mr. Dixon, I just want to follow up on

14:54:58  5   a -- on a question that I asked you previously.

14:55:03  6          I think you said to me in response to one of

14:55:18  7   my questions -- and I apologize, it's been a long

14:55:21  8   day, so if I've -- if I get this wrong, you can

14:55:24  9   tell me, but that -- that you spoke to your parents

14:55:30 10   from the holding center like on the 11th or

14:55:39 11   something?

14:55:41 12          **MR. BRUSTIN:**  Objection to form.  Go ahead.

14:55:42 13          **THE WITNESS:**  It was either the 11th or the

14:55:50 14   12th.

14:55:50 15          **BY MS. PERSICO:**

14:55:51 16          Q.   Okay.  And I'm just going to ask you to

14:55:53 17   look at Leonard Brown's statement to the police.

14:56:02 18   It's County 2, I think.

14:56:07 19          **MR. BRUSTIN:**  I think that's right.

14:56:09 20          **MS. PERSICO:**  Thank you.

14:56:10 21          **MR. BRUSTIN:**  Yes.

14:56:11 22          **BY MS. PERSICO:**

14:56:11 23          Q.   And I'll -- and -- and that date is

*Valentino Dixon - Ms. Persico - 06/07/2022*

200

14:56:16  1  August 12th, 1991, correct?

14:56:18  2         A.    Yes.

14:56:19  3         Q.    And that's the same date that Lamarr

14:56:26  4  Scott's televised confession was made, right?

14:56:31  5         A.    Yes.

14:56:31  6         Q.    And at the scene of the televised

14:56:41  7  confession, you indicated that your dad was there.

14:56:43  8         A.    Yes.

14:56:44  9         Q.    Lamarr Scott, obviously.

14:56:46 10         A.    Yes.

14:56:46 11         Q.    And then I just wanted to clarify this:

14:56:53 12         The voice that you identified, who was that

14:56:56 13  again?

14:56:57 14         A.    Antoine Shannon.

14:56:58 15         Q.    Antoine Shannon.  Okay.

14:57:04 16         Do you know if Leonard Brown was also at the

14:57:09 17  scene of the confession?

14:57:10 18         A.    I don't know.

14:57:11 19         Q.    Okay.

14:57:12 20         A.    I didn't see him in the video, so --

14:57:14 21         Q.    And was -- was it at your suggestion

14:57:24 22  that everybody get on the same page with regard to

14:57:31 23  Lamarr Scott coming to the shooting with a gun on

*Valentino Dixon - Ms. Persico - 06/07/2022*

201

14:57:37  1  his bicycle?

14:57:39  2          **MR. BRUSTIN:**  Objection to form.

14:57:39  3          **THE WITNESS:**  No.

14:57:40  4          **BY MS. PERSICO:**

14:57:40  5          **Q.**   Okay.  Did you -- did you talk about

14:57:46  6  that type of scenario with your father?

14:57:51  7          **MR. BRUSTIN:**  Objection to form.

14:57:52  8          **THE WITNESS:**  Yes.

14:57:52  9          **BY MS. PERSICO:**

14:57:53 10          **Q.**   Okay.  Can you tell me about that

14:57:55 11  conversation?

14:57:55 12          **A.**   Yes.  When my parents visited me, like

14:58:00 13  I said, either the 11th or the 12th, my father

14:58:05 14  said, you know, "I met the guy who did this."

14:58:07 15  Antoine pointed him out, because Lamarr was hanging

14:58:11 16  out on the corner in the neighborhood.

14:58:12 17          And my dad approached him and says, "Hey,

14:58:14 18  can you tell me what happened?  My son is in

14:58:16 19  prison."

14:58:16 20          And Lamarr told him what happened, and my

14:58:18 21  dad says, "I think you should go to the police and

14:58:21 22  tell them what happened," you know.

14:58:23 23          And Lamarr went to the police station, and

*Valentino Dixon - Ms. Persico - 06/07/2022*

14:58:27  1  they kicked him out of the police station.  They

14:58:29  2  told him they had who they wanted and they didn't

14:58:32  3  care -- they told Lamarr that they had who they

14:58:38  4  wanted and told him to get his lie straight.  Okay?

14:58:42  5        This is when, I believe, Antoine's mom

14:58:44  6  called the Channel 2 news and says the news needs

14:58:47  7  to, you know, hear this, you know.  And this is

14:58:51  8  when Lamarr spoke to the news.

14:58:53  9        I believe this is what I was told over the

14:58:54 10  years.

14:58:55 11        Q.   Okay.  I'm going to ask you -- so let

14:59:01 12  me back up.  So you -- you have a conversation with

14:59:06 13  your father on -- either --

14:59:09 14        A.   My parents, yes, my mom and my father,

14:59:12 15  yes.

14:59:12 16        Q.   On the 11th.

14:59:14 17        A.   In the county jail.

14:59:15 18        Q.   Okay.  And at that time, did you

14:59:19 19  discuss with your father the idea that Lamarr Scott

14:59:25 20  would get -- get on TV and confess and say that he

14:59:33 21  rode his bicycle with the gun to the scene?

14:59:37 22        MR. BRUSTIN:  Objection to form.

14:59:38 23        THE WITNESS:  Absolutely not.  No.

*Valentino Dixon - Ms. Persico - 06/07/2022*

203

14:59:40  1          **BY MS. PERSICO:**

14:59:41  2          Q.   Okay.  So I'm going to ask you to turn

14:59:52  3  to the second page of County 2, which is COE1561.

15:00:01  4          **MR. BRUSTIN:**  Just want to object for the

15:00:03  5  record.  This is well beyond the scope of the

15:00:06  6  questions I asked.  You don't get a second chance

15:00:09  7  for a deposition, but I'll let you do what you

15:00:11  8  want.

15:00:12  9          **BY MS. PERSICO:**

15:00:12  10         Q.   And so Mr. Dixon, do you see on the

15:00:17  11  second Q there, it says:  How did -- and -- and

15:00:21  12  just so that the record is clear, this is the

15:00:23  13  statement of Leonard Brown given on August 12th,

15:00:28  14  1991.

15:00:32  15         Page 2, the question:  How did you and

15:00:35  16  Lamarr happen to come here together?

15:00:38  17         The answer:  My father, stepfather had

15:00:41  18  talked to Tino in jail, and he got us all together

15:00:44  19  and had us call the news.

15:00:46  20         Do you see that?

15:00:47  21         A.   I see it.

15:00:47  22         Q.   Okay.  Do you have -- can you expand

15:00:54  23  any more on what -- what is written there on the

*Valentino Dixon - Ms. Persico - 06/07/2022*

15:00:56  1   page?

15:00:57  2          **MR. BRUSTIN:**  Objection to form.  Tell her

15:00:58  3   again what happened.

15:00:59  4          **THE WITNESS:**  That didn't happen there, you

15:01:02  5   know.

15:01:02  6          **BY MS. PERSICO:**

15:01:02  7          Q.   Okay.  So -- so -- so you're -- so

15:01:05  8   Leonard was lying when he said that.

15:01:06  9          **MR. BRUSTIN:**  Objection to form.

15:01:07 10          **THE WITNESS:**  Definitely.  Definitely.  I

15:01:09 11   mean, it wouldn't have been a bad idea, but it

15:01:11 12   didn't come from me.

15:01:12 13          I mean, you know, that's the right thing to

15:01:14 14   do.  If the police is not going to take his

15:01:16 15   confession, then, you know, call the news.

15:01:18 16          But that didn't come from me.  I mean, if

15:01:22 17   I'd have thought of it, I would have definitely

15:01:24 18   told them, "Yes, call the news, bring the news in."

15:01:28 19          **BY MS. PERSICO:**

15:01:28 20          Q.   Okay.  And when -- when did you first

15:01:31 21   find out that Lamarr Scott testified in the Grand

15:01:37 22   Jury that -- that you were the shooter?

15:01:39 23          A.   I don't know, six months later.

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

205

15:01:48  1          MS. PERSICO:  That's all I have.

15:01:51  2          MR. BRUSTIN:  Anything else?  I've got a

15:01:52  3    couple follow-up if you don't.

15:01:55  4          MR. SAHASRABUDHE:  I -- I guess I do want to

15:01:56  5    ask just one question.

15:01:56  6                    FURTHER EXAMINATION

15:01:56  7          BY MR. SAHASRABUDHE:

15:02:00  8          Q.   Is it fair to say you don't know

15:02:04  9    through firsthand knowledge when the Buffalo Police

15:02:07 10    Department's first interview was with Lamarr Scott?

15:02:13 11          A.   I guess so, yes.

15:02:14 12          Q.   In other words, you weren't present

15:02:17 13    for -- for that interview.

15:02:18 14          A.   No, I just knew it happened on

15:02:21 15    August 12th.

15:02:21 16          Q.   Okay.  And do you know whether that

15:02:24 17    happened before or after the Channel 2 News report?

15:02:28 18          A.   It happened before.

15:02:29 19          Q.   What makes you say that?

15:02:33 20          A.   Throughout all the paperwork, it's

15:02:36 21    somewhere in a couple statements somewhere that he

15:02:39 22    was in the police station first, and they kicked

15:02:40 23    him out of the police station, and then that's when

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

206

| | | |
|---|---|---|
| 15:02:42 | 1 | the news was called. |
| 15:02:43 | 2 | And then when the news was called, then they |
| 15:02:47 | 3 | handcuffed him and drove him away, but then they |
| 15:02:50 | 4 | released him.  So it looked like they were taking |
| 15:02:52 | 5 | him into custody, but then they released him. |
| 15:02:56 | 6 | Q.   And all of that you claim you've |
| 15:02:58 | 7 | gathered through the police reports in this case? |
| 15:02:59 | 8 | A.   Yes, it's somewhere that made me draw |
| 15:03:02 | 9 | that conclusion that he was -- he went to the |
| 15:03:06 | 10 | police station first, and then they disregarded |
| 15:03:09 | 11 | him, told him they had who they wanted, kicked him |
| 15:03:12 | 12 | out the police station, and this is when Channel 2 |
| 15:03:14 | 13 | News was called, and the police arrived on the |
| 15:03:16 | 14 | scene, you know, and handcuffed him, but then they |
| 15:03:19 | 15 | released him that night. |
| 15:03:21 | 16 | Q.   And you claim that that's reflected in |
| 15:03:23 | 17 | the police reports. |
| 15:03:23 | 18 | A.   It's reflected in -- you know, from |
| 15:03:25 | 19 | what I've read in all the paperwork over the years. |
| 15:03:27 | 20 | This is my conclusion.  I could be wrong. |
| 15:03:29 | 21 | Q.   Okay.  You could -- you could be wrong |
| 15:03:31 | 22 | about that. |
| 15:03:31 | 23 | A.   Yes, I could be wrong, but through |

*Valentino Dixon - Mr. Brustin - 06/07/2022*

207

15:03:33  1   reading everything, this is what I concluded.

15:03:35  2        Q.   That's your -- that's your

15:03:37  3   understanding as you sit there today, but you could

15:03:39  4   be wrong about it.

15:03:40  5        A.   Yes, I could be wrong.

15:03:40  6        Q.   Okay.

15:03:42  7        MR. SAHASRABUDHE:  I have nothing further.

15:03:43  8        MR. BRUSTIN:  Just a couple follow-up.  I'm

15:03:43  9   just going to follow up on that.

15:03:43  10                FURTHER EXAMINATION

15:03:43  11       BY MR. BRUSTIN:

15:03:46  12       Q.   You've now acknowledged your memory

15:03:48  13   today -- withdrawn.  You've gone through the

15:03:50  14   paperwork many times over the years.

15:03:52  15       A.   Yes.

15:03:53  16       Q.   And as you sit here today, you seem to

15:03:55  17   recall seeing something that suggested that Lamarr

15:03:59  18   Scott was interviewed by the police before he was

15:04:02  19   tape-recorded, correct?

15:04:03  20       A.   Yes.

15:04:03  21       Q.   But you're not certain of that,

15:04:05  22   correct?

15:04:05  23       A.   I'm not certain.

*Valentino Dixon - Mr. Brustin - 06/07/2022*

15:04:06  1        Q.    All right.  Now, I want to go back to

15:04:08  2   the statement that Leonard Brown gave, page 2.

15:04:12  3   Now, first of all, you were asked some questions

15:04:14  4   about this.

15:04:15  5        How did you and Lamarr happen to come

15:04:17  6   together?

15:04:18  7        My father, stepfather had talked to Tino in

15:04:20  8   jail, and he got all -- us all together and had us

15:04:23  9   call the news.

15:04:24 10        Now, first of all, you did talk to your

15:04:25 11   stepfather in jail, right?

15:04:27 12        A.    My father.  My father and mom.

15:04:29 13        Q.    Right.  You talked to your father.

15:04:34 14        A.    Yes, and mom in the county jail.

15:04:35 15        Q.    All right.  And do you have any idea --

15:04:38 16   first of all, did you talk with your father about

15:04:40 17   getting everyone together?

15:04:41 18        A.    Never.

15:04:42 19        Q.    All right.  And do you have any idea

15:04:43 20   whether or not your father, after that

15:04:46 21   conversation, decided on his own to get everybody

15:04:48 22   together?

15:04:49 23        A.    I believe that's what happened.

*Valentino Dixon - Mr. Brustin - 06/07/2022*

209

15:04:50  1        **Q.**    Okay.

15:04:50  2        **A.**    I believe he took charge.

15:04:51  3        **Q.**    All right.  Did you and your father

15:04:53  4    have any discussion whatsoever about who brought

15:04:56  5    the gun to the scene?

15:04:57  6        **A.**    Never.

15:04:58  7        **Q.**    Did you have any discussion whatsoever

15:05:00  8    with your father about the details of what happened

15:05:02  9    during the shooting?

15:05:03  10       **A.**    Never.

15:05:07  11       **Q.**    Other than him telling you that Lamarr

15:05:10  12   Scott had admitted that he committed the crime, did

15:05:12  13   you speak about the details any more than that?

15:05:14  14       **A.**    No.  He just said, "Son, I know you're

15:05:17  15   innocent.  I spoke to the guy that committed the

15:05:19  16   crime, and, you know, I'm going to get you out of

15:05:21  17   here."

15:05:22  18       **Q.**    But you never spoke with him about any

15:05:23  19   details or any plans.

15:05:25  20       **A.**    Never.

15:05:25  21       **Q.**    Okay.

15:05:26  22       **MR. BRUSTIN:**  That's all I have.

          23

*Valentino Dixon - Ms. Persico - 06/07/2022*

210

15:05:28  1        **MS. PERSICO:**  That leads me to one more.

15:05:28  2                   **FURTHER EXAMINATION**

15:05:28  3        **BY MS. PERSICO:**

15:05:33  4        **Q.**   How did you find out about Lamarr

15:05:37  5    Scott's Grand Jury testimony?  Was that through

15:05:39  6    your dad?

15:05:39  7        **A.**   It was through an attorney that I had.

15:05:42  8    They gave me a copy of it, yes.

15:05:45  9        **Q.**   And did you speak with your dad about

15:05:48 10    that testimony?

15:05:50 11        **A.**   Yes, it was -- yes, because he said my

15:05:52 12    dad put him up to confessing.  Like that didn't

15:05:56 13    happen.  You committed the crime, you know.  My dad

15:06:00 14    did what any father would do.  "Hey, you did the

15:06:03 15    crime; go tell the police what happened."  What's

15:06:05 16    bad about that?

15:06:06 17        But it made my dad look like a horrible

15:06:08 18    person.  And then he said my dad put him up to it,

15:06:11 19    which it didn't come from him.  It came from the

15:06:14 20    prosecutor, Belling, you know.

15:06:16 21        So he just assassinated my father's

15:06:19 22    character.  He made up a lie.

15:06:21 23        **Q.**   Well, you -- you don't have any

15:06:23  1   firsthand knowledge about the conversations between

15:06:27  2   the prosecutor and Lamarr Scott.

15:06:30  3        **A.**   Well, secondhand knowledge, because

15:06:35  4   Lamarr Scott told me in Attica this is what

15:06:37  5   happened.

15:06:38  6        **Q.**   But my question was you don't have any

15:06:39  7   firsthand knowledge of that.

15:06:41  8        **A.**   I don't.

15:06:44  9        **MS. PERSICO:**   That's all I have.

15:06:45 10        **MR. BRUSTIN:**   Okay.

15:06:46 11        **MR. SAHASRABUDHE:**   Thank you, Mr. Dixon.

15:06:47 12        **THE WITNESS:**   Thank you.

15:06:50 13           (Deposition concluded at 3:06:50 p.m.)

15:07:57 14                    *    *    *

         15

         16

         17

         18

         19

         20

         21

         22

         23

212

1        I hereby CERTIFY that I have read the
2   foregoing 211 pages, and that except as to those
3   changes (if any) as set forth in an attached errata
4   sheet, they are a true and accurate transcript of
5   the testimony given by me in the above entitled
6   action on June 7, 2022.

7

8

9                          ------------------------
                           VALENTINO DIXON
10

11  Sworn to before me this

12

13  -------- day of  ---------, 20__.

14

15  --------------------------

16  NOTARY PUBLIC.

17

18

19

20

21

22

23

213

1  STATE OF NEW YORK )

2                      ss:

3  COUNTY OF ERIE    )

4

5       I DO HEREBY CERTIFY as a Notary Public in and

6  for the State of New York, that I did attend and

7  report the foregoing deposition, which was taken

8  down by me in a verbatim manner by means of machine

9  shorthand.  Further, that the deposition was then

10 reduced to writing in my presence and under my

11 direction.  That the deposition was taken to be

12 used in the foregoing entitled action.  That the

13 said deponent, before examination, was duly sworn

14 to testify to the truth, the whole truth and

15 nothing but the truth, relative to said action.

16

17

18

19                      LORI K. BECK,
                         CSR, CM,
20                      Notary Public.

21

22

23

214

1                          INDEX TO EXHIBITS

2      Exhibit                Description                Page

3       COUNTY EXH. 1    document dated                  25
                         August 10th, 1991, Bates
4                        numbers COE001524 through
                         COE001526
5
        COUNTY EXH. 2    document dated 8-12-91,         43
6                        Bates numbers COE001560
                         through COE001561
7
        COUNTY EXH. 3    videotaped interview of         52
8                        Valentino Dixon dated
                         8/31/2018, Bates number
9                        COE002556

10      COUNTY EXH. 4    videotaped interview of         57
                         Lamarr Scott dated
11                       August 12, 1991, Bates
                         number COE003997
12
        COUNTY EXH. 5    Buffalo Police Department       64
13                       Intra-Departmental
                         Correspondence dated
14                       8/20/91, Bates number
                         COE001571
15
        COUNTY EXH. 6    Erie County Central             86
16                       Police Services
                         Arrest/Booking Form,
17                       various Bates numbers,
                         HR-Dixon-0001446 through
18                       HR-Dixon-0001531

19

20

21    * Exhibits 3 and 4 retained by Ms. Persico.
        Copies of all exhibits supplied to all counsel.
22

23

JACK W. HUNT & ASSOCIATES, INC.
1120 Liberty Building
Buffalo, New York 14202 - (716) 853-5600

215

1                    INDEX TO WITNESSES

2    Witness              Examination              Page

3     VALENTINO DIXON      BY MS. PERSICO            4

4                          BY MR. SAHASRABUDHE      146

5                          BY MR. BRUSTIN           191

6                          BY MR. SAHASRABUDHE      198

7                          BY MS. PERSICO           199

8                          BY MR. SAHASRABUDHE      205

9                          BY MS. PERSICO           210

10

11

12

13

14

15

16

17

18

19

20

21

22

23

*JACK W. HUNT & ASSOCIATES, INC.*

*1120 Liberty Building*

*Buffalo, New York  14202  -  (716) 853-5600*

*DOCUMENT PRODUCTION REQUESTS*

216

**Request**                                                    **Page**

1    **MR. SAHASRABUDHE:**  Going to index a demand   129

2    for any audio-recorded messages left by

3    Lamarr Scott or any text messages received

4    by Lamarr Scott from Mr. Dixon or a third

5    party, and I'll put that in writing

6    following the deposition.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**$**

**$50,000** [1] - 129:14

**'**

**'90** [1] - 88:6
**'91** [1] - 196:23

**0**

**095700** [1] - 194:5

**1**

**1** [6] - 25:15, 25:20, 42:9, 154:11, 154:23, 214:3
**10** [1] - 88:8
**100** [2] - 1:20, 2:13
**10013** [1] - 2:4
**10:03:25** [1] - 111:13
**10:14** [1] - 18:13
**10:15** [1] - 18:15
**10:19** [1] - 23:4
**10:30:31** [1] - 54:1
**10:31:41** [1] - 54:9
**10:49** [1] - 42:5
**10th** [38] - 12:16, 12:22, 15:1, 15:16, 24:11, 25:15, 26:10, 31:21, 36:15, 38:16, 39:4, 59:23, 62:20, 65:6, 76:4, 77:19, 102:12, 103:4, 116:5, 117:5, 118:20, 119:8, 148:1, 148:16, 150:7, 150:11, 151:10, 151:20, 152:5, 152:13, 153:5, 154:2, 154:16, 161:20, 177:14, 177:15, 214:3
**11/9/90** [1] - 106:20
**11:12** [1] - 51:14
**11:13** [1] - 51:15
**11:22** [1] - 57:8
**11:23** [1] - 57:9
**11:56** [2] - 75:17, 76:1
**11th** [9] - 63:3, 63:15, 63:18, 63:21, 118:16, 199:10, 199:13, 201:13, 202:16
**12** [2] - 57:17, 214:11
**12-gauge** [1] - 101:7
**12-ounce** [1] - 97:1
**129** [1] - 216:1
**12th** [14] - 43:11, 55:18, 56:16, 57:13,

62:16, 62:19, 62:20, 63:21, 69:15, 199:14, 200:1, 201:13, 203:13, 205:15
**140** [2] - 1:20, 2:13
**14202** [2] - 2:14, 3:2
**14211** [1] - 4:13
**1450** [2] - 86:17, 89:15
**1452** [2] - 86:17, 91:6
**1454** [2] - 86:17, 94:1
**146** [1] - 215:4
**14614** [1] - 2:8
**1462** [1] - 86:18
**1472** [1] - 86:18
**1481** [3] - 86:17, 94:10, 95:14
**1483** [1] - 86:17, 96:17
**1497** [3] - 86:17, 97:15, 97:23
**1498** [2] - 86:17, 99:13
**15** [3] - 46:22, 47:2, 47:7
**1500** [1] - 86:17
**1502** [2] - 86:18, 99:8
**1506** [2] - 86:18, 101:1
**1508** [2] - 86:18, 101:16
**1510** [2] - 86:18, 104:21
**1512** [2] - 86:18, 106:19
**1526** [1] - 26:17
**1530** [1] - 86:19
**1531** [1] - 86:19
**1561** [1] - 44:6
**16** [1] - 2:7
**17** [1] - 143:11
**1700** [1] - 3:2
**17th** [2] - 10:20, 144:20
**18th** [1] - 193:8
**19** [1] - 173:7
**191** [1] - 215:5
**198** [1] - 215:6
**1989** [2] - 94:3, 198:18
**199** [1] - 215:7
**1990** [13] - 33:15, 33:18, 34:4, 34:7, 34:11, 35:11, 35:23, 88:8, 99:16, 101:18, 102:23, 104:10, 112:3
**1990-1991** [1] - 112:6
**1991** [54] - 12:16, 12:21, 15:2, 15:16, 24:11, 25:16, 26:10,

28:4, 31:21, 37:12, 38:16, 39:4, 43:11, 45:6, 55:19, 56:16, 57:13, 57:17, 62:16, 65:6, 67:9, 69:15, 76:5, 77:19, 88:23, 90:3, 94:10, 96:18, 101:2, 102:12, 103:4, 103:23, 104:23, 112:2, 115:8, 116:5, 148:1, 148:16, 150:7, 150:11, 151:10, 151:20, 152:5, 152:13, 153:5, 154:2, 154:16, 157:22, 161:20, 198:17, 200:1, 203:14, 214:3, 214:11
**1992** [2] - 67:6, 69:18
**1999** [3] - 79:6, 79:7, 79:19
**19th** [2] - 76:6, 94:3
**1:01** [1] - 100:21
**1:16** [1] - 110:7
**1:17** [1] - 110:8
**1:19-cv-01678-WMS** [1] - 1:8
**1:24** [1] - 113:12

**2**

**2** [15] - 43:14, 43:15, 43:23, 44:5, 68:21, 69:14, 193:21, 199:18, 202:6, 203:3, 203:15, 205:17, 206:12, 208:2, 214:5
**2000** [1] - 79:22
**2009** [1] - 79:20
**2012** [1] - 79:22
**2018** [12] - 10:13, 10:20, 11:1, 11:23, 12:14, 51:5, 68:3, 76:6, 143:22, 144:21, 191:22, 193:5
**2018/08/31** [1] - 194:5
**2019** [1] - 6:10
**2022** [2] - 1:21, 212:6
**205** [1] - 215:8
**20__** [1] - 212:13
**20th** [1] - 67:9
**21** [1] - 173:9
**210** [1] - 215:9
**211** [1] - 212:2
**212** [1] - 2:5
**22** [17] - 34:2, 34:4, 35:7, 101:23, 104:19, 105:4, 105:19, 105:21, 106:21,

108:16, 108:19, 109:5, 109:7, 109:8, 109:19, 112:6
**220** [1] - 171:12
**23** [2] - 78:23, 79:4
**23rd** [1] - 88:8
**243** [1] - 2:7
**25** [7] - 34:2, 34:5, 102:1, 104:19, 109:19, 112:7, 214:3
**2556** [1] - 51:20
**26th** [2] - 88:23, 90:3
**27** [3] - 83:1, 123:6, 138:9
**28th** [1] - 99:16
**2:03** [1] - 146:1
**2:44** [1] - 191:13
**2:52** [1] - 196:20

**3**

**3** [6] - 52:8, 52:10, 111:6, 111:9, 214:7, 214:21
**30** [8] - 9:13, 10:7, 23:1, 42:11, 91:1, 123:4, 125:14, 196:18
**30-second** [1] - 75:4
**30th** [3] - 101:2, 104:23, 193:8
**31st** [3] - 11:23, 12:14, 193:9
**32** [3] - 91:2, 109:18, 112:7
**338** [1] - 89:7
**38** [1] - 100:3
**3:06:50** [1] - 211:13

**4**

**4** [6] - 57:11, 57:15, 193:22, 214:10, 214:21, 215:3
**40** [1] - 122:22
**423-8290** [1] - 2:8
**43** [1] - 214:5
**440** [7] - 9:18, 9:22, 10:10, 10:17, 53:9, 80:6, 126:12
**45** [4] - 48:3, 48:20, 49:2, 97:2

**5**

**5** [5] - 63:22, 64:1, 64:8, 67:8, 214:12
**50** [3] - 3:2, 75:20, 183:23
**52** [1] - 214:7
**57** [1] - 214:10

**585** [1] - 2:8
**5th** [2] - 76:10, 76:11

**6**

**6** [4] - 86:5, 86:7, 86:14, 214:15
**61** [1] - 115:15
**64** [1] - 214:12
**6th** [3] - 76:10, 76:11, 94:10

**7**

**7** [4] - 1:21, 94:16, 95:1, 212:6
**7/28/90** [1] - 99:9
**716** [2] - 2:14, 3:3

**8**

**8** [3] - 161:17, 165:10, 166:11
**8-12-91** [2] - 43:23, 214:5
**8/12/91** [1] - 44:8
**8/20/91** [3] - 64:4, 64:16, 214:14
**8/31** [2] - 194:7, 194:8
**8/31/18** [2] - 111:5, 111:9
**8/31/2018** [2] - 52:12, 214:8
**853-5100** [1] - 3:3
**856-4000** [1] - 2:14
**86** [1] - 214:15
**87** [1] - 4:12
**8th** [2] - 2:4, 96:18

**9**

**965-9081** [1] - 2:5
**99** [1] - 2:3
**9:58** [1] - 1:21
**9th** [5] - 12:16, 12:21, 17:12, 101:18, 119:8

**A**

**a.m** [12] - 1:21, 18:13, 18:15, 23:4, 42:5, 51:14, 51:15, 54:1, 57:8, 57:9, 76:1, 111:13
**Aaron** [7] - 122:5, 123:20, 144:4, 161:1, 168:2, 176:19, 192:22
**Aaron's** [1] - 176:21

**able** [7] - 59:9,
122:18, 122:23,
151:2, 182:5, 193:19,
195:19
**absolute** [1] - 144:16
**absolutely** [2] -
184:16, 202:23
**abusive** [1] - 96:22
**accommodate** [1] -
6:3
**according** [1] -
188:20
**account** [5] - 114:23,
115:3, 129:13,
129:16, 147:7
**accurate** [6] - 29:1,
48:11, 77:14, 87:15,
155:5, 212:4
**achieved** [1] - 20:7
**acknowledged** [1] -
207:12
**action** [3] - 212:6,
213:12, 213:15
**actions** [1] - 147:13
**actual** [4] - 20:2,
183:20, 195:3, 196:5
**adamantly** [1] -
142:6
**ADAs** [2] - 51:5, 70:5
**add** [1] - 30:19
**addict** [2] - 178:5,
178:10
**adding** [1] - 103:21
**addition** [2] - 77:18,
109:22
**additional** [1] - 21:15
**address** [8] - 27:3,
96:23, 98:22, 106:8,
106:16, 115:11,
115:13
**admissible** [1] -
93:15
**admit** [3] - 143:23,
144:10, 144:11
**admitted** [1] - 209:12
**admitting** [1] - 144:9
**advantage** [1] -
180:22
**advised** [4] - 25:9,
27:9, 29:8, 67:11
**affirmatively** [1] -
98:2
**afford** [1] - 76:18
**afternoon** [2] -
146:4, 153:4
**afterwards** [2] -
91:22, 180:4
**ago** [12] - 35:14,
43:12, 43:18, 55:19,
56:3, 70:20, 127:23,

130:14, 131:5,
134:18, 134:20, 141:9
**agree** [1] - 20:19
**agreed** [2] - 50:8,
50:10
**agreeing** [3] - 134:7,
134:8, 134:9
**agreement** [1] - 48:8
**ahead** [8] - 13:11,
13:16, 34:22, 75:12,
75:13, 84:6, 185:5,
199:12
**aimed** [1] - 108:2
**airport** [2] - 167:1,
167:2
**alias** [1] - 94:7
**alike** [1] - 170:13
**allegation** [6] -
15:13, 87:7, 94:14,
101:8, 102:3, 107:2
**allegations** [3] - 6:9,
82:5, 82:9
**allegedly** [1] - 88:12
**alleges** [7] - 85:20,
89:5, 89:9, 89:11,
101:5, 101:20, 106:21
**alleging** [1] - 6:10
**allergy** [1] - 14:10
**almost** [1] - 17:18
**altercation** [1] -
169:6
**ammunition** [1] -
109:6
**amount** [2] - 94:15,
148:8
**Anderson** [7] -
87:22, 91:8, 94:7,
97:16, 97:23, 98:5,
98:7
**answer** [47] - 5:14,
7:7, 9:6, 10:3, 12:10,
16:15, 21:3, 21:8,
21:14, 21:18, 21:19,
22:6, 22:7, 28:14,
30:2, 31:4, 32:12,
46:12, 46:16, 68:8,
73:12, 73:17, 73:21,
74:1, 74:6, 74:16,
74:22, 75:1, 82:14,
84:7, 84:23, 85:11,
96:2, 99:5, 110:2,
119:22, 122:1, 124:5,
124:7, 124:16,
124:17, 152:19,
155:8, 156:15, 163:2,
188:22, 203:17
**answered** [6] - 5:23,
12:9, 19:13, 30:23,
97:19, 110:2
**answering** [3] -

49:22, 93:21, 139:4
**answers** [1] - 5:6
**Anthony** [8] - 107:9,
107:12, 107:16,
107:17, 107:20,
177:20, 177:21,
178:15
**Antoine** [19] - 8:22,
48:13, 59:8, 59:20,
122:21, 160:22,
167:15, 170:9,
170:12, 170:15,
170:23, 171:7, 176:2,
177:4, 177:6, 177:8,
200:14, 200:15,
201:15
**Antoine's** [3] -
176:13, 176:16, 202:5
**anyway** [1] - 75:15
**anyways** [1] - 75:6
**apart** [1] - 142:11
**apartment** [1] -
163:18
**apologize** [6] -
26:16, 100:15, 126:4,
133:9, 168:11, 199:7
**appeal** [2] - 113:1,
143:7
**APPEARANCES** [1] -
2:1
**appeared** [1] -
121:10
**Appearing** [3] - 2:9,
2:15, 3:4
**appearing** [1] -
150:22
**application** [2] -
37:4, 38:4
**applies** [1] - 149:22
**apply** [1] - 146:18
**appreciate** [5] - 23:2,
75:13, 138:20, 139:7,
151:14
**approached** [1] -
201:17
**appropriate** [1] -
21:19
**approximate** [2] -
17:8, 198:13
**April** [4] - 94:10,
101:18, 134:21,
134:22
**area** [2] - 35:1,
188:13
**argue** [1] - 85:12
**arguing** [1] - 85:13
**argument** [1] - 113:6
**argumentive** [1] -
19:13
**Arizona** [1] - 143:3

**Arniece** [7] - 115:23,
117:4, 119:12,
125:19, 125:20,
126:1, 126:5
**Arniece's** [1] - 116:5
**arraigned** [1] - 63:4
**arrangement** [1] -
127:13
**arrest** [1] - 35:22,
36:23, 91:10, 94:21,
100:2, 102:23, 103:3,
103:23, 105:6, 107:1,
148:15, 151:10,
152:13, 153:15, 154:5
**Arrest/Booking** [3] -
86:8, 87:1, 214:16
**arrest/booking** [9] -
87:8, 88:17, 91:6,
96:17, 99:8, 101:1,
101:17, 104:22,
106:19
**arrested** [27] - 24:11,
24:17, 25:4, 31:20,
33:10, 34:8, 34:11,
34:19, 36:16, 37:12,
37:22, 62:17, 63:2,
76:13, 88:11, 95:3,
95:15, 97:3, 102:12,
104:3, 106:10,
120:19, 142:15,
153:4, 153:13,
153:17, 155:18
**arrests** [8] - 34:16,
35:11, 77:5, 98:6,
147:17, 147:21,
149:19, 150:1
**arrived** [13] - 18:17,
18:21, 32:7, 49:8,
50:23, 54:20, 54:22,
56:20, 69:6, 69:20,
79:7, 188:15, 206:13
**Arts** [1] - 186:18
**assassinated** [1] -
210:21
**assault** [7] - 33:1,
33:4, 34:19, 78:1,
107:7, 107:8, 108:8
**assigned** [1] -
159:16
**assist** [1] - 12:6
**assistance** [1] - 10:6
**ASSISTANT** [1] -
1:12
**Assistant** [6] - 3:5,
10:11, 12:2, 52:17,
54:14, 177:22
**associate** [1] -
135:19
**associated** [1] -
135:11

**assume** [2] - 5:15,
190:16
**assumed** [1] - 196:1
**assuming** [1] -
111:22
**attach** [1] - 52:1
**attached** [1] - 212:3
**attend** [1] - 213:6
**attention** [1] - 35:20
**Attica** [11] - 78:21,
79:1, 79:9, 79:19,
127:7, 127:8, 129:5,
136:17, 136:21,
143:17, 211:4
**Attorney** [2] - 3:5,
4:21
**attorney** [15] - 6:7,
6:14, 7:5, 11:19, 29:6,
32:7, 32:15, 52:19,
76:15, 77:5, 127:2,
146:6, 194:14,
195:15, 210:7
**ATTORNEY** [1] -
1:12
**Attorney's** [5] -
10:23, 12:7, 53:8,
126:11, 144:19
**attorneys** [4] - 9:16,
74:8, 80:13, 142:10
**Attorneys** [5] -
10:12, 12:3, 52:17,
54:15, 177:22
**audio** [2] - 129:19,
216:2
**audio-recorded** [2] -
129:19, 216:2
**August** [61] - 10:13,
10:20, 11:23, 12:14,
12:16, 12:21, 12:22,
15:1, 15:16, 17:12,
24:11, 25:15, 26:10,
31:21, 36:15, 38:16,
39:4, 43:11, 51:5,
55:18, 56:16, 57:13,
57:17, 59:23, 62:16,
62:19, 62:20, 63:3,
63:15, 65:6, 67:9,
69:15, 76:5, 77:19,
102:12, 103:4, 115:8,
116:5, 117:5, 118:20,
144:20, 148:1,
148:16, 150:7,
150:11, 151:10,
151:20, 152:5,
152:13, 153:5, 154:2,
154:16, 161:20,
177:14, 177:15,
200:1, 203:13,
205:15, 214:3, 214:11
**aunt** [7] - 80:17,

80:18, 80:20, 81:3, 81:4, 81:12
**auntie** [4] - 80:20, 80:23, 81:9, 81:10
**automatic** [1] - 102:1
**Avenue** [1] - 14:6
**aware** [7] - 11:10, 15:12, 15:15, 149:18, 149:23, 150:3, 196:6

**B**

**Baba** [1] - 140:10
**BABA** [1] - 140:11
**baby** [1] - 81:9
**bad** [5] - 20:19, 120:16, 173:16, 204:11, 210:16
**bail** [9] - 37:3, 37:7, 37:8, 37:9, 37:13, 38:4, 38:8, 38:11, 38:13
**Bailey** [4] - 153:14, 165:21, 167:3, 188:8
**bargain** [7] - 78:2, 94:22, 102:6, 102:23, 104:2, 107:5, 185:14
**based** [2] - 83:6, 147:7
**basic** [1] - 6:20
**basis** [2] - 158:7, 158:17
**basketball** [1] - 187:16
**bat** [1] - 140:19
**Bates** [20] - 25:16, 26:22, 44:1, 44:5, 51:20, 52:12, 57:11, 57:17, 64:4, 64:9, 86:9, 86:16, 193:8, 193:20, 214:3, 214:6, 214:8, 214:11, 214:14, 214:17
**Bates-stamped** [1] - 57:11
**became** [2] - 76:14, 178:5
**BECK** [2] - 1:22, 213:19
**Beckham** [1] - 186:18
**beer** [6] - 97:2, 105:5, 158:13, 189:11, 189:16, 189:18
**beers** [6] - 158:8, 158:16, 158:22, 189:6, 189:8
**began** [1] - 77:8
**beginning** [1] -

146:10
**behalf** [4] - 38:5, 128:7, 137:12, 140:1
**BELLING** [1] - 1:12
**Belling** [2] - 3:5, 210:20
**Belling's** [1] - 144:10
**belonged** [1] - 91:3
**beneficial** [1] - 181:4
**benefit** [1] - 185:17
**best** [7] - 51:21, 99:2, 105:12, 108:22, 137:7, 164:16
**better** [2] - 13:10, 119:18
**between** [8] - 50:17, 62:19, 130:4, 133:13, 133:22, 146:23, 168:16, 211:1
**beyond** [2] - 93:4, 203:5
**bicycle** [8] - 49:12, 56:20, 61:1, 67:20, 69:21, 71:8, 201:1, 202:21
**big** [2] - 159:14, 171:2
**bike** [11] - 19:4, 19:11, 20:13, 22:19, 22:20, 23:8, 50:7, 54:22, 61:15, 66:21, 70:17
**biological** [1] - 45:1
**biologically** [1] - 172:5
**birth** [2] - 27:3, 98:21
**bit** [6] - 41:10, 71:14, 87:21, 109:15, 130:11, 177:20
**block** [1] - 136:22
**bodyguard** [1] - 114:4
**booked** [1] - 31:22
**booking** [2] - 31:22, 87:4
**books** [1] - 114:21
**booth** [1] - 16:11
**booths** [3] - 16:12, 16:19, 16:22
**bother** [1] - 183:14
**bottle** [1] - 105:5
**bottom** [10] - 26:18, 30:8, 30:9, 46:23, 47:2, 47:7, 47:8, 65:13, 99:12, 164:5
**bought** [2] - 15:2, 190:15
**boys** [1] - 92:20
**BPD** [1] - 42:10
**Brady** [1] - 10:5

**brain** [1] - 140:17
**break** [14] - 5:18, 5:23, 6:2, 22:23, 25:12, 42:3, 71:16, 75:4, 75:8, 75:15, 100:17, 113:8, 171:21, 191:11
**brick** [1] - 179:18
**briefly** [3] - 55:16, 114:1, 120:9
**bring** [11] - 35:19, 40:22, 167:9, 174:15, 174:18, 174:23, 175:1, 175:3, 175:6, 188:7, 204:18
**bringing** [1] - 173:16
**broke** [2] - 178:21, 179:20
**brother** [13] - 12:23, 15:6, 40:16, 44:18, 46:19, 47:2, 47:4, 48:2, 59:8, 123:17, 123:23, 124:20, 176:2
**brother's** [1] - 176:14
**brothers** [8] - 14:2, 15:5, 31:16, 40:15, 164:18, 167:18, 168:17, 170:10
**brought** [26] - 31:11, 39:14, 39:18, 41:1, 49:16, 50:11, 61:19, 65:19, 67:12, 67:19, 72:7, 72:14, 73:1, 83:17, 84:9, 84:15, 84:18, 114:7, 143:23, 146:9, 167:5, 167:7, 168:13, 196:12, 196:15, 209:4
**Brown** [25] - 8:22, 12:23, 23:7, 23:14, 24:1, 31:14, 39:1, 43:3, 44:7, 44:16, 45:7, 49:10, 50:22, 69:2, 69:11, 69:18, 160:22, 162:9, 172:4, 172:7, 172:11, 176:7, 200:16, 203:13, 208:2
**brown** [1] - 69:22
**Brown's** [3] - 45:4, 68:18, 199:17
**Brustin** [12] - 4:6, 9:17, 19:14, 64:9, 77:13, 85:16, 93:7, 93:18, 124:13, 132:8, 133:5, 139:6
**BRUSTIN** [298] - 2:1, 2:1, 4:3, 6:15, 6:20, 7:6, 8:3, 9:5, 10:2, 12:9, 12:17, 13:2,

13:6, 13:9, 13:15, 15:8, 16:14, 17:1, 18:10, 18:23, 19:6, 19:12, 19:19, 20:1, 20:6, 20:10, 20:14, 21:2, 21:5, 21:8, 21:17, 21:22, 22:4, 22:12, 23:1, 23:10, 23:18, 23:21, 24:7, 24:23, 25:5, 25:23, 26:11, 27:14, 28:17, 28:23, 29:9, 31:17, 32:11, 34:13, 34:18, 34:22, 36:4, 36:8, 39:6, 39:10, 39:17, 39:23, 40:6, 40:11, 40:18, 41:6, 42:4, 42:15, 42:22, 45:16, 46:7, 46:9, 46:20, 47:1, 47:6, 47:10, 47:12, 47:15, 47:18, 47:20, 48:10, 48:23, 49:15, 49:22, 50:9, 51:2, 51:18, 51:23, 52:4, 52:7, 53:11, 53:21, 54:6, 54:23, 55:6, 55:13, 55:21, 56:8, 56:12, 56:23, 57:19, 57:22, 58:3, 58:8, 59:11, 60:2, 60:15, 62:3, 62:9, 66:10, 66:14, 67:2, 67:15, 67:23, 68:6, 68:13, 68:23, 69:8, 70:1, 70:6, 70:10, 70:22, 71:9, 71:18, 72:1, 73:11, 73:14, 73:17, 73:20, 74:1, 74:7, 74:13, 74:21, 75:3, 75:6, 75:11, 75:16, 75:19, 77:7, 79:14, 82:13, 83:11, 83:19, 83:22, 84:3, 84:6, 84:23, 85:9, 85:15, 85:17, 87:17, 88:6, 89:14, 89:16, 89:19, 89:21, 92:21, 93:3, 93:9, 93:19, 95:7, 96:2, 96:7, 97:18, 98:17, 99:4, 100:15, 100:19, 103:12, 103:15, 103:18, 105:10, 106:1, 106:6, 108:3, 108:15, 108:21, 109:4, 109:12, 110:1, 110:21, 112:9, 112:16, 112:20, 112:23, 113:5, 113:10, 114:9, 114:11, 116:16,

117:6, 119:3, 119:16, 119:21, 120:20, 121:7, 121:23, 124:4, 124:11, 124:15, 125:23, 126:7, 130:6, 131:3, 131:6, 131:14, 132:1, 132:6, 132:9, 132:15, 132:20, 132:22, 133:4, 133:7, 133:23, 137:23, 138:7, 138:19, 138:23, 139:7, 139:11, 139:20, 141:18, 142:8, 144:2, 145:20, 149:13, 152:7, 152:18, 153:7, 155:1, 155:7, 156:14, 156:21, 158:1, 158:18, 158:23, 160:10, 161:21, 162:14, 163:1, 163:9, 164:16, 165:2, 167:11, 167:21, 168:23, 170:6, 174:6, 174:15, 174:22, 179:14, 180:8, 180:13, 180:23, 181:6, 181:11, 181:18, 182:10, 183:2, 183:21, 184:4, 184:19, 185:5, 185:19, 188:22, 189:19, 190:5, 190:21, 191:9, 191:12, 191:15, 193:4, 193:10, 193:16, 193:20, 194:2, 194:8, 194:10, 194:21, 196:18, 196:21, 196:22, 197:5, 197:22, 198:3, 198:21, 199:12, 199:19, 199:21, 201:2, 201:7, 202:22, 203:4, 204:2, 204:9, 205:2, 207:8, 207:11, 209:22, 211:10, 215:5
**buddy** [1] - 99:2
**BUFFALO** [1] - 1:9
**Buffalo** [25] - 1:11, 1:20, 2:14, 2:15, 2:18, 3:2, 4:7, 4:12, 24:11, 26:10, 33:19, 44:8, 46:3, 64:1, 64:12, 81:23, 146:7, 147:18, 148:8, 148:12, 154:1, 185:13, 185:17, 205:9, 214:12
**Building** [2] - 1:19, 2:13

**bullets** [3] - 15:2, 123:3
**bully** [4] - 107:21, 178:2, 178:8, 178:10
**business** [3] - 22:1, 128:21, 163:21
**buy** [1] - 159:4
**BY** [225] - 4:16, 7:1, 7:9, 8:9, 9:10, 10:9, 12:12, 12:19, 13:4, 13:18, 15:11, 16:17, 17:4, 18:16, 19:2, 19:8, 20:12, 20:16, 21:10, 22:17, 23:5, 23:13, 23:19, 23:23, 24:9, 25:2, 25:7, 25:18, 26:2, 26:13, 27:18, 28:19, 29:2, 29:12, 31:19, 32:16, 33:12, 34:20, 35:2, 36:5, 36:12, 39:8, 39:12, 39:20, 40:3, 40:8, 40:13, 40:20, 41:8, 42:6, 42:18, 43:1, 44:3, 45:21, 46:10, 47:22, 48:14, 49:4, 49:18, 50:4, 50:12, 51:3, 52:14, 53:13, 54:4, 54:10, 55:2, 55:8, 55:15, 55:22, 56:13, 57:3, 58:10, 58:21, 59:13, 60:5, 60:12, 60:20, 61:8, 62:5, 62:11, 64:6, 66:16, 67:4, 67:17, 68:2, 68:11, 68:16, 69:1, 69:10, 70:3, 70:8, 70:13, 71:3, 71:11, 71:19, 72:3, 74:17, 76:2, 77:12, 79:15, 82:18, 83:14, 84:11, 85:5, 85:19, 86:12, 87:20, 88:7, 89:23, 93:23, 95:12, 96:12, 97:21, 98:19, 99:6, 100:22, 104:6, 105:15, 106:13, 107:15, 108:7, 109:2, 109:16, 110:9, 111:2, 111:8, 111:15, 112:11, 112:17, 113:13, 114:18, 116:18, 117:8, 119:4, 119:17, 120:2, 121:4, 121:14, 122:13, 125:9, 126:3, 126:9, 130:1, 130:10, 131:9, 131:18, 133:10, 134:2, 138:3, 138:14, 139:14,

139:22, 142:3, 143:20, 144:17, 146:3, 149:14, 152:11, 153:1, 153:9, 155:3, 155:10, 156:17, 157:1, 158:3, 158:20, 159:2, 160:12, 161:22, 162:16, 163:5, 163:11, 164:21, 165:3, 167:16, 168:9, 169:4, 170:8, 174:9, 174:17, 175:2, 179:16, 180:10, 180:16, 181:2, 181:8, 181:14, 182:6, 182:22, 183:16, 184:1, 184:6, 184:21, 185:9, 185:22, 189:3, 189:21, 190:9, 190:23, 191:15, 194:10, 194:21, 196:22, 197:5, 198:11, 199:3, 199:15, 199:22, 201:4, 201:9, 203:1, 203:9, 204:6, 204:19, 205:7, 207:11, 210:3, 215:3, 215:4, 215:5, 215:6, 215:7, 215:8, 215:9

## C

**Cadillac** [11] - 101:21, 186:4, 186:5, 186:11, 186:12, 186:14, 186:20, 187:22, 188:13, 188:18, 188:20
**caliber** [20] - 34:2, 34:3, 34:4, 34:5, 100:3, 101:23, 102:1, 104:19, 105:4, 105:19, 105:21, 106:21, 109:19, 111:22, 112:7
**Calvin** [2] - 113:20, 113:21
**camera** [1] - 11:12
**capable** [1] - 183:5
**capacities** [1] - 1:12
**capacity** [1] - 197:8
**car** [47] - 14:12, 14:16, 19:9, 25:4, 33:21, 34:1, 36:7, 36:10, 37:21, 41:19, 49:17, 50:11, 61:20, 72:22, 116:13, 116:14, 116:19, 119:11, 122:17,

122:22, 125:2, 125:5, 125:6, 163:15, 163:19, 163:20, 164:3, 164:8, 164:11, 164:23, 165:4, 166:1, 166:2, 166:3, 168:22, 169:12, 169:14, 169:20, 170:2, 177:7, 186:10, 187:10, 187:12, 188:2, 188:8, 188:11
**Cardinals** [1] - 171:16
**care** [2] - 13:8, 203:3
**cars** [3] - 24:22, 159:4, 159:8
**cartridge** [2] - 109:9, 109:11
**Case** [1] - 1:7
**case** [21] - 8:15, 12:8, 33:2, 33:4, 42:13, 43:7, 66:2, 77:10, 85:21, 91:13, 113:14, 121:13, 127:5, 127:8, 132:2, 136:13, 143:9, 143:13, 144:15, 186:3, 206:7
**cases** [4] - 33:5, 34:15, 78:3, 102:12
**catching** [1] - 187:18
**Cayuga** [1] - 80:2
**cell** [1] - 16:3
**Center** [1] - 36:20
**center** [11] - 32:2, 36:23, 38:15, 38:17, 38:19, 63:11, 63:13, 76:4, 78:6, 155:22, 199:10
**Central** [3] - 86:7, 86:23, 214:15
**central** [1] - 31:21
**certain** [11] - 10:21, 11:2, 17:7, 70:7, 70:12, 72:2, 112:19, 162:2, 178:4, 207:21, 207:23
**certainly** [1] - 66:17
**CERTIFY** [2] - 212:1, 213:5
**cetera** [2] - 29:7, 88:14
**chance** [5] - 26:4, 42:19, 71:2, 189:14, 203:6
**change** [4] - 28:12, 54:19, 55:11, 68:5
**changed** [6] - 53:18, 54:16, 55:4, 67:22, 69:12, 69:22

**changes** [1] - 212:3
**changing** [1] - 51:6
**Channel** [5] - 43:14, 43:15, 202:6, 205:17, 206:12
**character** [1] - 210:22
**charge** [1] - 33:17, 35:9, 37:14, 37:16, 37:17, 37:19, 75:12, 90:6, 90:9, 95:4, 209:2
**charges** [1] - 95:13, 97:3, 100:7, 101:10, 102:5, 103:4, 103:22, 108:11, 147:21, 149:20, 150:2
**chase** [1] - 182:16
**chased** [1] - 182:18
**CHIEF** [1] - 1:11
**Chief** [1] - 2:17
**chose** [2] - 18:3, 174:4
**Christopher** [1] - 3:5
**CHRISTOPHER** [1] - 1:12
**circumstances** [3] - 34:21, 91:17, 93:14
**cities** [1] - 141:17
**CITY** [1] - 1:9
**city** [3] - 107:22, 142:18, 194:14
**City** [4] - 2:15, 146:7, 185:12, 185:17
**civil** [1] - 132:2
**Civil** [1] - 1:18
**claim** [3] - 167:4, 206:6, 206:16
**claiming** [1] - 187:6
**Claims** [1] - 112:13
**clarification** [1] - 84:8
**clarify** [1] - 200:11
**clarity** [1] - 132:18
**classmates** [1] - 187:21
**clear** [12] - 6:20, 8:3, 9:5, 27:19, 34:13, 77:7, 102:11, 103:12, 132:16, 133:1, 183:18, 203:12
**clearly** [3] - 13:17, 132:11, 132:12
**clients** [3] - 147:13, 159:16, 175:9
**Clinton** [1] - 78:13
**clip** [3] - 54:9, 102:1, 102:2
**close** [2] - 45:6, 165:15

**clothing** [1] - 128:12
**CM** [2] - 1:22, 213:19
**coaching** [1] - 22:10
**cocaine** [12] - 87:10, 88:13, 94:16, 94:18, 100:4, 101:6, 114:3, 157:12, 157:16, 157:19, 159:22, 173:2
**COE001524** [2] - 25:17, 214:4
**COE001526** [2] - 25:17, 214:4
**COE001560** [2] - 44:1, 214:6
**COE001561** [2] - 44:2, 214:6
**COE001571** [2] - 64:5, 214:14
**COE002556** [2] - 52:13, 214:9
**COE003997** [2] - 57:18, 214:11
**COE1524** [1] - 26:17
**COE1525** [1] - 29:14
**COE1526** [2] - 27:21, 28:7
**COE1560** [2] - 44:6, 45:23
**COE1561** [1] - 203:3
**COE1571** [1] - 64:10
**COE3997** [1] - 57:12
**coerced** [1] - 144:12
**colleagues** [1] - 14:1
**college** [1] - 187:16
**Colt** [1] - 97:2
**comfortable** [1] - 64:20
**coming** [2] - 113:6, 200:23
**comma** [1] - 87:23
**commencing** [1] - 1:21
**comment** [3] - 132:14, 138:23, 139:9
**comments** [2] - 133:6, 139:8
**commissary** [2] - 114:23, 115:3
**commit** [1] - 154:20
**committed** [7] - 143:6, 148:4, 152:21, 209:12, 209:15, 210:13
**commonly** [1] - 9:18
**communication** [1] - 63:1
**communications** [1] - 62:21
**compartment** [3] - 36:7, 36:11

5

**compensation** [1] - 112:13
**complainant** [2] - 89:6, 106:22
**Complaint** [6] - 6:9, 9:15, 82:9, 83:8, 83:15, 85:20
**complete** [4] - 9:6, 184:17, 184:20, 184:23
**completely** [1] - 187:7
**conceivably** [1] - 93:4
**concerned** [1] - 133:1
**concluded** [2] - 207:1, 211:13
**conclusion** [3] - 10:3, 206:9, 206:20
**conditions** [1] - 38:11
**confess** [1] - 202:20
**confessed** [1] - 71:13
**confessing** [1] - 210:12
**confession** [18] - 43:10, 43:18, 55:18, 56:2, 56:15, 56:19, 57:12, 61:10, 61:23, 62:7, 70:17, 70:21, 71:21, 143:11, 200:4, 200:7, 200:17, 204:15
**confuse** [1] - 109:10
**confused** [1] - 81:5
**confusing** [2] - 106:3, 108:18
**connection** [17] - 10:16, 25:20, 32:23, 35:9, 73:4, 76:22, 77:4, 90:11, 95:15, 97:12, 100:13, 126:12, 132:2, 146:8, 148:15, 156:10, 193:14
**conscious** [1] - 41:17
**consciously** [1] - 41:9
**considered** [1] - 159:8
**console** [1] - 36:10
**constitute** [1] - 36:10
**contact** [2] - 126:23, 127:3
**contained** [4] - 6:9, 82:9, 87:7, 101:8
**contents** [1] - 71:5
**continue** [2] - 60:6,

124:8
**continuously** [1] - 36:23
**control** [2] - 87:10, 105:19
**controlled** [1] - 160:8
**conversation** [16] - 13:22, 41:22, 63:9, 74:8, 120:10, 120:13, 130:13, 130:23, 131:4, 134:12, 134:16, 134:23, 135:5, 201:11, 202:12, 208:21
**conversations** [6] - 32:12, 32:14, 32:18, 95:9, 131:10, 211:1
**convicted** [4] - 6:11, 90:10, 90:15, 90:16
**conviction** [4] - 53:10, 80:7, 112:14, 150:2
**Copies** [1] - 214:21
**copy** [5] - 26:9, 82:17, 82:19, 210:8
**corner** [7] - 153:14, 165:21, 174:1, 174:19, 174:23, 187:13, 201:16
**correct** [109] - 10:17, 12:16, 13:1, 14:2, 15:7, 16:6, 17:13, 23:9, 23:20, 24:6, 24:15, 24:22, 25:10, 28:12, 29:8, 29:23, 30:3, 30:5, 30:13, 31:4, 31:8, 31:22, 32:8, 37:23, 38:2, 38:17, 40:5, 41:2, 42:14, 61:11, 61:17, 62:17, 62:18, 65:6, 66:3, 67:14, 69:15, 72:5, 72:8, 72:14, 77:15, 77:20, 79:2, 87:5, 87:14, 88:9, 88:18, 89:7, 89:12, 91:8, 94:10, 94:12, 96:19, 99:10, 100:4, 101:3, 101:18, 103:6, 104:23, 109:20, 116:22, 130:5, 133:14, 147:2, 147:18, 148:2, 148:21, 149:20, 153:20, 154:13, 154:17, 154:20, 154:23, 155:12, 155:17, 155:19, 156:13, 156:20,

157:3, 157:10, 157:19, 158:13, 159:5, 165:7, 165:12, 165:16, 167:6, 167:20, 169:7, 170:10, 172:5, 172:14, 174:21, 175:7, 175:10, 176:2, 178:2, 178:8, 178:17, 179:10, 179:13, 180:12, 181:10, 183:1, 184:15, 198:17, 200:1, 207:19, 207:22
**Correctional** [3] - 78:13, 78:17, 78:21
**correctional** [1] - 80:1
**Correspondence** [3] - 64:3, 64:13, 214:13
**counsel** [2] - 10:6, 214:21
**counselor** [1] - 21:18
**count** [1] - 90:18
**COUNTY** [14] - 1:9, 25:15, 43:23, 52:10, 57:15, 64:1, 86:7, 213:3, 214:3, 214:5, 214:7, 214:10, 214:12, 214:15
**County** [27] - 3:4, 25:20, 27:21, 36:19, 42:9, 44:5, 51:17, 51:20, 52:8, 57:11, 63:22, 64:8, 67:8, 68:21, 69:14, 86:5, 86:7, 86:14, 86:23, 111:9, 154:11, 154:23, 185:18, 199:18, 203:3, 214:15
**county** [7] - 4:20, 114:21, 155:21, 195:15, 202:17, 208:14
**couple** [25] - 5:1, 10:4, 53:16, 56:6, 71:16, 81:19, 85:2, 86:21, 91:21, 98:10, 98:11, 98:18, 99:8, 99:23, 103:18, 115:5, 128:8, 139:23, 147:11, 179:1, 179:2, 182:17, 205:3, 205:21, 207:8
**course** [7] - 61:23, 107:19, 142:5, 145:7, 173:21, 185:21, 191:12
**court** [3] - 27:12, 63:4, 143:7

**Court** [1] - 112:13
**COURT** [1] - 1:3
**cover** [1] - 112:5
**coverage** [1] - 120:23
**covered** [1] - 15:19
**crazy** [2] - 136:16, 137:19
**credible** [3] - 143:8, 143:13, 143:15
**crime** [14] - 91:20, 137:21, 138:6, 138:10, 143:6, 144:13, 152:21, 152:22, 152:23, 154:20, 209:12, 209:16, 210:13, 210:15
**criminal** [1] - 149:20
**crossed** [1] - 181:10
**CSR** [2] - 1:22, 213:19
**custody** [1] - 206:5
**cut** [10] - 93:3, 124:1, 124:6, 124:15, 126:22, 127:1, 127:9, 135:12, 136:18, 160:16

**D**

**DA** [1] - 191:22
**dad** [10] - 63:6, 200:7, 201:17, 201:21, 210:6, 210:9, 210:12, 210:13, 210:17, 210:18
**daily** [3] - 158:4, 158:6, 158:17
**dangerous** [1] - 92:2
**dark** [2] - 72:17, 196:12
**date** [13] - 10:21, 14:18, 27:3, 64:15, 67:7, 69:14, 88:5, 88:12, 98:21, 99:9, 134:19, 199:23, 200:3
**dated** [16] - 25:15, 43:23, 52:11, 57:16, 64:3, 88:22, 99:15, 101:2, 101:18, 104:22, 106:20, 214:3, 214:5, 214:8, 214:10, 214:13
**dates** [1] - 193:8
**dating** [1] - 115:22
**daughter** [1] - 80:18
**daughter's** [2] - 80:17
**David** [2] - 10:12,

52:17
**days** [5] - 16:2, 62:16, 67:10, 99:18, 99:23
**deal** [8] - 138:11, 159:19, 159:22, 160:2, 185:8, 185:11, 185:13, 185:15
**dealer** [4] - 157:9, 180:11, 180:20, 181:4
**dealing** [4] - 159:4, 160:5, 160:9, 198:13
**December** [1] - 193:5
**decided** [1] - 208:21
**decision** [11] - 41:18, 173:20, 173:22, 174:13, 174:15, 174:18, 174:21, 174:22, 175:4, 175:7, 175:10
**declined** [1] - 142:4
**Dee** [3] - 10:12, 52:17, 192:2
**Defendant** [3] - 4:20, 97:2, 106:23
**Defendants** [8] - 1:13, 2:15, 3:4, 4:21, 85:21, 194:14, 195:15
**defense** [2] - 122:10, 122:15
**definitely** [7] - 153:8, 164:1, 181:1, 185:20, 204:10, 204:17
**Delavan** [9] - 18:8, 24:18, 24:21, 116:20, 117:1, 153:14, 165:22, 167:3, 188:8
**delay** [1] - 35:23
**demand** [2] - 129:18, 216:1
**demonstrate** [1] - 105:17
**denied** [2] - 37:8, 37:10
**deny** [1] - 163:23
**department** [1] - 113:4
**Department** [10] - 1:11, 2:18, 64:1, 64:13, 113:5, 147:18, 148:9, 148:12, 154:1, 214:12
**Department's** [1] - 205:10
**Departmental** [3] - 64:2, 64:13, 214:13
**departments** [1] - 148:12
**deponent** [1] -

213:13
  **deposition** [16] - 6:13, 7:4, 13:13, 18:14, 25:21, 33:11, 73:6, 73:10, 74:19, 129:22, 159:22, 203:7, 213:7, 213:9, 213:11, 216:6
  **Deposition** [1] - 211:13
  **depositions** [1] - 193:15
  **describe** [1] - 176:10
  **describes** [1] - 65:17
  **describing** [1] - 59:22
  **description** [2] - 48:8, 105:16
  **Description** [1] - 214:2
  **desert** [1] - 143:3
  **detail** [3] - 82:22, 144:8, 147:16
  **details** [3] - 209:8, 209:13, 209:19
  **Detective** [6] - 2:15, 2:16, 2:16, 2:17, 194:15, 197:1
  **detective** [1] - 29:23
  **DETECTIVE** [4] - 1:9, 1:10, 1:10
  **detectives** [4] - 146:8, 186:9, 188:17, 197:13
  **difference** [2] - 85:4, 146:23
  **different** [12] - 19:17, 33:5, 78:6, 84:13, 105:23, 108:19, 109:8, 142:20, 173:20, 187:7, 187:17, 193:8
  **difficult** [2] - 46:1, 69:5
  **Dillard** [1] - 65:2
  **directed** [2] - 160:8, 184:13
  **direction** [5] - 125:8, 169:16, 179:23, 180:4, 213:11
  **disagree** [2] - 74:13, 74:15
  **disclose** [1] - 142:9
  **discovered** [1] - 36:2
  **discuss** [2] - 122:14, 202:19
  **discussed** [2] - 127:5, 127:8
  **discussing** [1] - 103:5

**discussion** [4] - 74:12, 127:17, 209:4, 209:7
  **dismissed** [6] - 90:18, 97:10, 100:8, 100:11, 101:11, 113:1
  **disposition** [1] - 100:6
  **dispute** [7] - 157:8, 161:12, 175:21, 176:11, 177:16, 196:14, 196:16
  **disregarded** [2] - 143:14, 206:10
  **distance** [2] - 72:12, 72:20
  **distinction** [2] - 147:9, 151:15
  **DISTRICT** [3] - 1:3, 1:4, 1:12
  **District** [12] - 3:5, 4:21, 10:12, 10:23, 12:3, 12:7, 52:17, 53:7, 54:14, 126:11, 144:19, 177:22
  **DIXON** [6] - 1:1, 1:5, 1:17, 4:12, 212:9, 215:3
  **Dixon** [39] - 4:17, 7:3, 25:19, 32:17, 42:7, 44:4, 46:19, 47:5, 48:2, 52:11, 52:15, 54:11, 61:11, 64:7, 65:19, 74:18, 76:3, 86:13, 86:20, 94:1, 98:1, 100:23, 109:14, 109:17, 124:1, 129:21, 133:11, 146:4, 146:21, 157:8, 160:19, 174:11, 191:16, 194:12, 199:4, 203:10, 211:11, 214:8, 216:4
  **dmthompson@ etksdefense.com** [1] - 2:9
  **DO** [1] - 213:5
  **document** [20] - 25:15, 27:1, 27:2, 27:15, 27:21, 28:4, 42:11, 43:23, 64:9, 64:12, 64:15, 65:1, 67:7, 87:16, 87:18, 94:19, 97:6, 101:8, 214:3, 214:5
  **documented** [2] - 195:4, 195:7
  **documents** [10] - 7:23, 8:11, 8:13, 9:4,

9:11, 9:13, 26:22, 42:12, 83:1, 86:21
  **DOES** [1] - 1:11
  **Don** [2] - 11:20, 18:11
  **DONALD** [1] - 2:7
  **done** [4] - 45:20, 49:22, 121:16, 196:19
  **Donovan** [3] - 2:18, 151:6, 151:9
  **DONOVAN** [1] - 1:11
  **door** [2] - 106:23, 179:9
  **doors** [1] - 188:10
  **doorway** [1] - 123:18
  **down** [17] - 5:3, 5:4, 29:18, 46:21, 65:12, 72:22, 87:22, 108:4, 141:1, 141:11, 141:13, 141:22, 176:20, 192:7, 192:8, 194:17, 213:8
  **drank** [1] - 158:4
  **draw** [1] - 206:8
  **drink** [4] - 97:1, 158:6, 158:13, 189:8
  **drinker** [1] - 157:23
  **drinking** [3] - 189:7, 189:11, 189:18
  **drive** [7] - 41:4, 119:11, 158:21, 165:17, 187:5, 187:23, 188:3
  **driving** [2] - 101:21, 162:9
  **drop** [1] - 166:13
  **dropped** [3] - 49:23, 167:2, 172:1
  **drove** [6] - 14:5, 14:15, 18:6, 24:4, 161:16, 165:14, 185:23, 206:3
  **drug** [8] - 157:9, 159:4, 160:9, 178:5, 178:10, 180:11, 180:20, 181:4
  **drugs** [11] - 85:23, 86:2, 159:19, 160:2, 160:5, 160:13, 178:16, 178:23, 181:23, 183:10, 198:14
  **drunk** [1] - 189:10
  **dude** [1] - 171:2
  **duly** [3] - 4:13, 27:5, 213:13
  **during** [11] - 8:14, 12:3, 13:22, 38:12, 59:20, 143:21, 150:11, 151:10,

154:19, 155:6, 209:9

# E

**early** [3] - 75:22, 112:2, 118:15
  **earned** [2] - 159:4, 160:17
  **easily** [1] - 180:21
  **EASTON** [1] - 2:6
  **ECMC** [1] - 65:8
  **eight** [12] - 17:10, 158:8, 158:16, 158:22, 160:6, 170:17, 171:11, 187:4, 188:3, 188:6, 189:5, 189:8
  **eight-minute** [2] - 187:4, 188:3
  **eight-minute-21-second-mark** [1] - 58:12
  **either** [9] - 17:23, 41:17, 109:13, 148:15, 160:21, 194:16, 199:13, 201:13, 202:13
  **eleven** [2] - 172:8
  **Elmira** [1] - 78:9
  **end** [4] - 30:18, 53:22, 130:22, 171:18
  **endangerment** [1] - 104:17
  **ended** [1] - 54:8
  **enemy** [1] - 136:23
  **ensued** [1] - 169:6
  **entered** [2] - 18:14, 33:11
  **entitled** [3] - 86:23, 212:5, 213:12
  **envelopes** [1] - 87:11
  **environment** [1] - 143:4
  **equally** [2] - 146:18, 149:23
  **ERIE** [2] - 1:9, 213:3
  **Erie** [9] - 3:4, 36:19, 51:17, 51:20, 57:11, 86:7, 86:23, 185:18, 214:15
  **errands** [1] - 166:19
  **errata** [1] - 212:3
  **ESQ** [6] - 2:1, 2:2, 2:7, 2:11, 2:12, 3:1
  **essentially** [2] - 29:5, 158:9
  **established** [4] - 12:5, 49:13, 83:17, 109:17

**estimation** [1] - 119:15
  **et** [2] - 29:7, 88:14
  **evening** [6] - 17:11, 63:12, 120:8, 168:13, 172:17, 178:17
  **event** [1] - 48:17
  **events** [7] - 15:18, 48:9, 116:4, 117:5, 120:8, 167:18, 183:18
  **eventually** [3] - 80:6, 92:14, 99:3
  **everywhere** [1] - 16:12
  **evidence** [5] - 93:1, 93:5, 93:11, 93:15, 196:5
  **ex** [5] - 81:8, 81:9, 128:11, 128:14, 140:5
  **ex-girlfriend's** [1] - 81:8
  **ex-sister-in-law** [3] - 128:11, 128:14, 140:5
  **exact** [1] - 120:17
  **exactly** [1] - 39:3
  **EXAMINATION** [8] - 4:15, 146:2, 191:14, 198:10, 199:2, 205:6, 207:10, 210:2
  **examination** [4] - 11:5, 11:6, 53:4, 213:13
  **Examination** [2] - 1:16, 215:2
  **example** [1] - 43:2
  **except** [1] - 212:2
  **excerpt** [1] - 193:11
  **exchange** [1] - 94:16
  **exciting** [2] - 92:23, 110:23
  **excuse** [1] - 69:3
  **executed** [1] - 87:12
  **EXH** [12] - 25:15, 43:23, 52:10, 57:15, 64:1, 86:7, 214:3, 214:5, 214:7, 214:10, 214:12, 214:15
  **Exhibit** [11] - 26:15, 30:17, 52:1, 52:5, 67:8, 111:4, 111:6, 111:9, 154:11, 154:23, 214:2
  **EXHIBITS** [1] - 214:1
  **Exhibits** [2] - 154:8, 214:21
  **exhibits** [1] - 214:21
  **expand** [1] - 203:22
  **explain** [12] - 21:2, 21:4, 35:20, 50:3, 92:23, 93:5, 93:8,

93:18, 134:1, 137:14, 147:3, 185:10
**explained** [2] - 136:12, 177:6
**explaining** [1] - 176:17
**explanation** [1] - 20:21
**expressing** [1] - 136:7
**extent** [1] - 59:12
**eyes** [3] - 89:9, 195:20, 196:10

---

# F

**fabricated** [2] - 85:21, 155:11
**fabrication** [1] - 184:17
**face** [1] - 176:16
**Facebook** [2] - 135:16, 135:18
**facilities** [1] - 6:2
**facility** [2] - 78:6, 80:1
**Facility** [3] - 78:13, 78:17, 78:21
**fact** [11] - 36:18, 54:15, 62:13, 74:11, 82:14, 86:1, 86:4, 111:17, 157:9, 175:21, 196:11
**factory** [1] - 36:11
**facts** [1] - 62:1
**failed** [1] - 145:16
**fair** [25] - 5:16, 35:21, 75:16, 113:2, 120:3, 132:20, 147:20, 148:7, 148:9, 153:2, 156:5, 157:21, 159:7, 159:11, 160:7, 170:21, 174:12, 180:3, 180:6, 180:11, 181:3, 194:2, 197:19, 197:21, 205:8
**fairly** [1] - 165:15
**false** [6] - 19:5, 19:7, 23:9, 23:12, 23:17, 23:22
**familiar** [5] - 26:6, 82:8, 125:12, 148:22, 156:23
**family** [2] - 40:10, 81:13
**far** [12] - 15:19, 103:11, 148:1, 148:19, 151:23, 153:22, 155:4, 161:1, 164:7, 183:19, 187:2,

196:9
**fashion** [1] - 80:16
**fast** [2] - 31:1, 64:23
**father** [25] - 44:21, 44:23, 45:1, 45:3, 55:10, 58:18, 62:6, 68:5, 70:5, 170:11, 201:6, 201:13, 202:13, 202:14, 202:19, 203:17, 208:7, 208:12, 208:13, 208:16, 208:20, 209:3, 209:8, 210:14
**father's** [1] - 210:21
**February** [1] - 96:18
**Federal** [1] - 1:17
**felt** [3] - 137:17, 137:18, 143:10
**few** [9] - 82:4, 125:13, 140:13, 166:4, 166:15, 172:9, 180:15, 191:16, 194:11
**fight** [4] - 73:22, 97:4, 123:21, 182:19
**fighting** [2] - 42:16, 73:23
**figure** [3] - 55:4, 134:15, 194:1
**figured** [1] - 9:8
**file** [3] - 112:12, 143:7, 186:4
**filed** [5] - 6:10, 9:17, 80:6, 82:12, 82:16
**filing** [1] - 9:15
**Fillmore** [1] - 101:22
**final** [2] - 189:22, 193:12
**fine** [6] - 4:10, 20:1, 51:23, 105:11, 106:18, 198:21
**finish** [6] - 119:3, 124:5, 124:7, 124:12, 124:17, 149:13
**fire** [3] - 190:12, 190:16, 190:20
**firearms** [1] - 38:12
**fired** [6] - 121:11, 123:3, 123:11, 123:12, 190:7, 190:17
**first** [37] - 21:6, 35:22, 38:20, 43:13, 43:16, 45:23, 62:14, 62:23, 76:13, 77:2, 86:22, 114:7, 123:12, 123:20, 128:4, 128:5, 128:8, 134:16, 135:7, 142:8, 153:22, 161:20, 176:15,

192:2, 192:10, 192:17, 194:13, 195:19, 195:23, 204:20, 205:10, 205:22, 206:10, 208:3, 208:10, 208:16
**firsthand** [13] - 147:1, 147:4, 147:12, 148:10, 151:12, 151:13, 151:16, 156:11, 156:18, 159:15, 205:9, 211:1, 211:7
**fit** [3] - 21:9, 22:8, 71:17
**five** [9] - 7:22, 42:3, 125:17, 156:7, 170:16, 170:17, 171:11, 172:8
**Floor** [1] - 2:4
**follow** [9] - 21:12, 21:15, 191:9, 191:16, 198:1, 199:4, 205:3, 207:8, 207:9
**follow-up** [6] - 21:12, 191:9, 191:16, 198:1, 205:3, 207:8
**following** [8] - 25:14, 43:22, 52:9, 57:14, 63:23, 86:6, 129:22, 216:6
**follows** [1] - 4:14
**foolish** [1] - 180:12
**foolishness** [2] - 174:7, 190:14
**foot** [3] - 35:1, 106:22, 108:1
**forcibly** [1] - 97:4
**foregoing** [3] - 212:2, 213:7, 213:12
**forgave** [2] - 136:16, 143:15
**forget** [1] - 22:14
**forgot** [1] - 20:8
**forgotten** [1] - 111:3
**Form** [3] - 86:9, 87:1, 214:16
**form** [148] - 6:15, 6:17, 7:6, 10:2, 12:17, 13:2, 15:8, 18:23, 19:6, 19:12, 19:19, 19:22, 20:3, 20:14, 23:10, 23:21, 24:7, 24:23, 25:5, 26:11, 27:14, 28:17, 28:23, 29:9, 31:17, 34:22, 36:4, 36:8, 39:6, 39:10, 39:17, 39:23, 40:6, 40:11, 40:18, 41:6, 42:15, 42:22,

48:10, 48:23, 49:15, 50:9, 51:2, 53:11, 54:23, 55:6, 55:13, 55:21, 56:23, 59:11, 60:2, 62:3, 62:9, 67:2, 67:15, 67:23, 68:6, 68:13, 69:8, 70:1, 70:6, 70:22, 71:9, 72:1, 73:11, 74:21, 79:14, 82:13, 83:11, 84:7, 84:23, 87:4, 87:8, 88:17, 91:6, 96:2, 96:17, 97:18, 99:9, 101:1, 101:17, 104:22, 106:1, 106:19, 110:1, 112:9, 114:9, 116:16, 117:6, 119:21, 120:20, 121:7, 121:23, 126:7, 130:6, 131:14, 132:1, 133:23, 137:23, 138:7, 139:20, 144:2, 152:18, 155:1, 155:7, 155:8, 156:14, 156:21, 158:1, 158:18, 158:23, 160:10, 161:21, 162:14, 163:1, 163:9, 165:2, 167:11, 167:21, 168:20, 170:6, 174:6, 179:14, 180:8, 180:13, 180:23, 181:6, 181:11, 181:18, 182:10, 183:2, 183:21, 184:4, 184:19, 185:5, 185:19, 188:22, 189:19, 190:5, 190:21, 194:20, 197:4, 199:12, 201:2, 201:7, 202:22, 204:2, 204:9
**former** [1] - 146:7
**forth** [3] - 85:10, 85:11, 212:3
**forthrightly** [1] - 139:4
**forward** [1] - 143:23
**Foster** [2] - 89:11, 90:1
**Fountain** [1] - 3:2
**four** [4] - 7:22, 58:23, 60:19, 156:7
**Fourth** [1] - 113:5
**frame** [1] - 112:6
**Frank** [1] - 101:21
**free** [1] - 178:23
**freedom** [1] - 42:17
**French** [1] - 101:22

**FRIEDMAN** [1] - 3:1
**friend** [5] - 98:8, 99:2, 167:1, 176:13, 176:14
**friends** [3] - 181:20, 186:15, 186:16
**front** [3] - 68:19, 89:7, 154:8
**fucking** [1] - 170:2
**fun** [1] - 92:23
**funny** [3] - 138:15, 138:19, 139:11
**FURTHER** [5] - 198:10, 199:2, 205:6, 207:10, 210:2
**furtherance** [1] - 53:8

---

# G

**gang** [3] - 160:19, 161:9, 161:12
**gangs** [2] - 160:22, 161:2
**gathered** [1] - 206:7
**general** [1] - 46:21
**generally** [2] - 34:16, 56:1
**Genesee** [2] - 106:11, 106:17
**GERARDO** [1] - 2:2
gerardo@
nsbcivilrights.com [1] - 2:3
**girl** [7] - 59:18, 59:19, 175:14, 175:16, 175:18, 175:20, 177:17
**girlfriend** [2] - 176:22, 177:4
**girlfriend's** [1] - 81:8
**given** [11] - 9:6, 37:8, 44:7, 50:22, 54:19, 64:7, 69:17, 121:1, 155:18, 203:13, 212:5
**glance** [1] - 31:2
**glanced** [4] - 82:21, 82:23, 83:2, 83:6
**glassine** [1] - 87:11
**goal** [2] - 20:7, 20:10
**God** [1] - 123:16
**Goodyear** [4] - 106:10, 106:11, 106:17, 116:3
**grab** [1] - 192:3
**grabbed** [3] - 122:21, 179:19, 179:21
**grand** [1] - 81:2
**Grand** [26] - 18:21, 19:4, 23:8, 23:15,

24:2, 24:3, 43:7,
49:11, 51:6, 53:19,
54:16, 54:21, 66:1,
66:6, 66:18, 66:20,
67:5, 67:19, 69:11,
69:17, 69:18, 70:15,
136:15, 143:5,
204:21, 210:5
**great** [6] - 22:12,
58:5, 81:3, 81:4,
81:12, 147:16
**great-aunt** [3] - 81:3,
81:4, 81:12
**Green** [3] - 195:9,
195:10, 195:13
**grew** [1] - 172:9
**grip** [1] - 101:7
**ground** [6] - 5:1,
108:5, 146:11,
146:18, 182:5, 182:9
**grounds** [1] - 83:5
**Guaranty** [2] - 1:19,
2:13
**guess** [7] - 46:16,
49:7, 114:15, 149:22,
176:9, 205:4, 205:11
**guilty** [8] - 90:9,
131:1, 131:12,
131:23, 137:21,
138:1, 138:6, 138:8
**gun** [74] - 15:2, 15:6,
31:11, 33:1, 33:3,
33:10, 33:17, 33:21,
33:23, 35:4, 35:21,
37:14, 37:16, 40:15,
59:17, 65:17, 66:22,
69:20, 70:17, 72:13,
83:18, 84:10, 90:23,
100:3, 105:23,
109:10, 109:19,
109:20, 111:20,
118:5, 123:3, 143:23,
144:5, 145:5, 164:11,
164:23, 166:1, 166:2,
166:4, 166:8, 167:5,
167:10, 167:19,
168:7, 168:13,
168:17, 168:18,
168:21, 172:17,
172:18, 172:20,
172:22, 173:17,
174:16, 174:18,
174:23, 175:3, 177:9,
179:21, 190:15,
192:3, 195:16,
195:21, 196:2, 196:6,
196:11, 196:15,
200:23, 202:21, 209:5
**guns** [11] - 36:2,
36:6, 37:21, 105:18,

109:13, 109:15,
110:10, 110:13,
111:23, 112:5, 180:12
**gunshot** [1] - 65:6
**guy** [16] - 34:23,
90:2, 91:19, 113:16,
121:16, 140:9,
140:21, 143:18,
144:13, 146:22,
176:12, 182:5,
185:14, 201:14,
209:15
**guys** [15] - 59:15,
122:2, 122:14,
124:19, 124:20,
135:9, 135:13,
135:14, 135:19,
164:2, 181:22, 183:9,
183:10, 183:13, 188:6

## H

**habit** [1] - 33:20
**Hagen** [1] - 4:12
**half** [11] - 12:23,
31:1, 44:18, 127:23,
130:13, 131:5,
134:18, 134:20,
166:6, 170:10, 176:2
**half-brother** [3] -
12:23, 44:18, 176:2
**half-brothers** [1] -
170:10
**hallway** [9] - 65:20,
166:8, 167:8, 168:8,
168:14, 168:19,
169:1, 169:3, 172:21
**hand** [3] - 25:19,
26:19, 60:22
**handcuffed** [3] -
97:5, 206:3, 206:14
**handed** [2] - 44:4,
86:13
**handgun** [13] - 91:1,
91:2, 102:1, 105:4,
105:19, 123:21,
123:22, 124:8,
124:20, 124:23,
125:10, 125:14,
125:16
**handguns** [1] -
125:12
**handle** [1] - 163:21
**hang** [1] - 166:18
**hanging** [3] - 142:1,
158:12, 201:15
**happy** [3] - 5:12, 6:3,
112:20
**harassing** [1] - 93:10
**hard** [3] - 47:20,

119:9, 180:14
**harmful** [1] - 142:19
**Harold** [2] - 89:11,
90:1
**head** [4] - 5:5, 15:6,
40:16
**headed** [1] - 167:3
**headquarters** [1] -
154:1
**hear** [11] - 54:11,
54:14, 59:2, 59:3,
60:8, 123:11, 124:2,
147:8, 156:11, 202:7
**heard** [11] - 40:4,
40:9, 59:21, 61:13,
61:15, 70:23, 123:12,
190:13, 192:19,
195:11
**hearing** [1] - 63:4
**Heather** [7] - 175:19,
175:22, 176:1, 176:6,
176:12, 176:23,
177:17
**heavy** [1] - 157:23
**height** [1] - 170:19
**held** [1] - 15:5
**help** [3] - 30:20,
124:21
**Heraty** [2] - 10:12,
52:18
**HEREBY** [1] - 213:5
**hereby** [1] - 212:1
**hidden** [1] - 36:6
**high** [4] - 98:8,
186:16, 187:14,
187:21
**highest** [1] - 90:17
**Hill** [8] - 32:7, 34:15,
77:5, 97:13, 100:14,
101:15, 108:12,
108:13
**hill** [6] - 32:19, 35:8,
37:3, 38:1, 76:12,
76:23
**hill's** [1] - 76:19
**himself** [3] - 77:1,
185:7
**history** [1] - 112:21
**Hodgson** [1] - 146:6
**HODGSON** [2] -
1:19, 2:10
**hold** [7] - 85:18,
123:3, 125:14,
125:17, 182:5, 182:8,
182:9
**holding** [13] - 32:2,
36:22, 38:15, 38:16,
38:19, 40:15, 63:11,
63:13, 76:4, 78:6,
123:22, 155:22,

199:10
**Holding** [1] - 36:20
**home** [7] - 61:14,
81:20, 116:8, 167:20,
171:20, 182:16,
182:18
**homicide** [5] -
147:21, 148:2, 148:4,
196:23, 197:1
**Homicide** [1] - 46:3
**honest** [2] - 144:5,
144:7
**honestly** [1] - 139:4
**hope** [1] - 121:9,
121:12
**horrible** [4] - 120:16,
143:1, 173:18, 210:17
**hospital** [1] - 67:11
**hour** [4] - 49:3,
50:15, 75:19, 166:6
**hours** [5] - 49:3,
85:3, 166:7, 166:21,
166:22
**house** [60] - 14:7,
14:15, 14:21, 17:6,
17:15, 17:18, 18:7,
18:18, 18:21, 19:4,
23:16, 24:4, 31:11,
31:15, 39:19, 39:22,
41:15, 41:18, 46:18,
47:3, 47:12, 48:1,
50:23, 61:14, 65:19,
67:13, 69:6, 84:10,
84:16, 84:18, 115:9,
116:5, 117:2, 117:16,
117:17, 118:11,
119:1, 119:2, 119:11,
119:19, 121:16,
125:19, 161:17,
163:12, 163:18,
165:5, 165:7, 165:15,
165:16, 165:21,
166:10, 167:5,
167:10, 168:13,
169:7, 169:10, 175:1,
175:4, 186:6, 187:2
**housed** [1] - 79:10
**HR-Dixon-0001446**
[2] - 86:10, 214:17
**HR-Dixon-0001531**
[2] - 86:11, 214:18
**HR-Dixon-1446** [1] -
86:16
**HR-Dixon-1450** [1] -
88:17
**HR1502** [1] - 99:12
**hruss@**
**hodgsonruss.com** [1]
- 2:11
**Hudson** [1] - 2:3

**HUGH** [1] - 2:11
**hum** [2] - 68:22,
154:9
**hundred** [1] - 152:1
**hung** [4] - 17:17,
115:20, 166:3, 166:14
**hungry** [1] - 75:18

## I

**I-N-G** [1] - 140:11
**idea** [8] - 92:13,
192:14, 192:16,
192:19, 202:19,
204:11, 208:15,
208:19
**Identification** [6] -
25:14, 43:22, 52:9,
57:14, 63:23, 86:6
**identified** [2] - 64:12,
200:12
**identify** [3] - 26:22,
51:22, 86:15
**ignorance** [1] -
105:18
**ignored** [1] - 129:3
**Ill** [1] - 2:11
**image** [1] - 58:23
**imagine** [1] - 143:18
**implicated** [1] -
148:2
**imply** [1] - 130:19
**impression** [2] -
42:11, 42:14
**inaccurate** [1] -
83:10
**inches** [1] - 172:10
**incident** [11] - 33:22,
59:22, 60:1, 60:4,
67:10, 79:16, 125:4,
171:21, 173:11,
178:14, 189:13
**incompetence** [1] -
98:4
**inconsistent** [1] -
66:22
**incorrect** [3] - 28:22,
49:14, 50:8
**independent** [6] -
148:10, 150:21,
152:4, 152:16, 191:3
**INDEX** [2] - 214:1,
215:1
**index** [2] - 129:18,
216:1
**indicate** [2] - 57:19,
133:21
**indicated** [14] - 12:1,
12:14, 12:20, 55:9,
55:17, 56:19, 66:20,

68:3, 69:3, 70:4, 83:9, 138:17, 139:15, 200:7
**indicates** [3] - 50:22, 65:1, 105:3
**indictment** [1] - 77:18
**individual** [2] - 1:12, 60:23
**ineffective** [1] - 10:6
**information** [5] - 105:12, 108:23, 151:6, 156:9, 156:19
**informed** [1] - 29:5
**Ing** [1] - 140:10
**initial** [4] - 10:19, 130:12, 156:8, 176:10
**inner** [2] - 141:17, 142:17
**innocent** [1] - 209:15
**inside** [1] - 123:13
**instance** [1] - 136:14
**instruct** [1] - 22:6
**intelligent** [1] - 146:22
**intend** [1] - 192:21
**intended** [1] - 12:6
**interacted** [2] - 197:7, 197:13
**interaction** [3] - 149:11, 150:5, 161:20
**interactions** [3] - 148:17, 149:15, 152:16
**intermediary** [2] - 131:11, 133:13
**interrupt** [2] - 18:10, 193:2
**interrupting** [1] - 133:3
**interview** [29] - 51:4, 52:10, 52:16, 52:22, 53:2, 53:15, 57:15, 68:4, 111:10, 126:16, 126:21, 144:19, 144:23, 153:3, 153:23, 155:6, 156:8, 177:22, 180:2, 193:3, 193:5, 193:12, 194:23, 195:3, 195:8, 205:10, 205:13, 214:7, 214:10
**interviewed** [5] - 65:2, 65:8, 126:11, 191:22, 207:18
**interviews** [1] - 53:7
**intimidated** [1] - 178:13
**intoxicated** [1] - 158:15
**Intra** [3] - 64:2,

64:13, 214:13
**Intra-Departmental** [3] - 64:2, 64:13, 214:13
**inventory** [1] - 112:5
**investigated** [1] - 148:2
**investigating** [1] - 46:4
**investigation** [3] - 8:15, 30:20, 156:10
**investigations** [1] - 167:23
**investigator** [1] - 52:18
**involved** [13] - 40:9, 83:9, 83:16, 83:19, 85:22, 86:1, 147:21, 149:19, 150:1, 176:1, 176:6, 176:12, 186:4
**involvement** [4] - 149:16, 150:6, 151:9, 151:20
**issue** [2] - 16:23, 134:17
**issues** [2] - 10:5, 10:7
**itself** [1] - 27:1

**J**

**J-22** [1] - 101:23
**J-A-B-R-I-L** [1] - 128:2
**Jabril** [21] - 128:2, 128:5, 128:6, 129:4, 129:6, 129:8, 129:12, 130:3, 130:8, 130:13, 130:15, 131:19, 133:13, 133:21, 134:10, 134:17, 135:3, 137:11, 138:18, 139:18
**Jackson** [25] - 14:2, 15:5, 31:16, 40:10, 40:15, 59:16, 62:2, 95:16, 95:20, 96:6, 99:19, 122:5, 131:2, 131:13, 156:11, 161:1, 161:2, 167:18, 168:16, 184:13, 192:22, 195:21, 196:3, 196:15
**jail** [14] - 76:7, 96:13, 102:17, 103:9, 108:9, 114:21, 127:2, 127:11, 135:13, 202:17, 203:18, 208:8, 208:11, 208:14
**Jamar** [2] - 65:13,

65:17
**JAMES** [1] - 1:10
**James** [1] - 2:17
**January** [2] - 67:6, 101:2
**Jarman's** [2] - 14:15, 18:7
**Jarmon** [11] - 18:20, 19:3, 38:22, 65:2, 65:14, 66:7, 66:20, 67:11, 67:21, 161:8, 188:10
**Jarmon's** [19] - 31:11, 61:20, 69:6, 69:19, 161:17, 165:5, 165:14, 165:20, 166:10, 167:5, 167:10, 167:20, 168:12, 169:7, 169:10, 169:18, 175:3, 186:6, 187:2
**Jarrett** [1] - 163:14
**Jarrett's** [6] - 14:7, 17:6, 17:15, 17:18, 165:6, 165:16
**Jen** [2] - 4:19, 100:15
**JENNIFER** [1] - 3:1
**Jennings** [1] - 101:23
**Jim** [4] - 148:17, 148:21, 149:23
**JOHN** [2] - 1:10, 1:11
**John** [3] - 2:17, 2:18, 149:5, 149:16, 149:18
**Joseph** [3] - 52:18, 90:13, 95:6
**jpersico@lippes.com** [1] - 3:3
**judge** [3] - 73:21, 74:14, 93:20
**Julius** [1] - 186:18
**July** [1] - 99:16
**jumped** [2] - 122:17, 177:7
**June** [5] - 1:21, 76:10, 76:11, 134:21, 212:6
**Jury** [26] - 18:21, 19:4, 23:8, 23:15, 24:2, 24:4, 43:7, 49:11, 51:6, 53:19, 54:16, 54:21, 66:1, 66:6, 66:18, 66:20, 67:5, 67:19, 69:12, 69:17, 69:19, 70:15, 136:15, 143:5, 204:22, 210:5
**justice** [2] - 143:8, 143:12

**K**

**KASPEREK** [1] - 2:6
**keep** [4] - 80:3, 93:21, 139:3, 139:4
**keeping** [3] - 23:6, 48:21, 70:16
**keeps** [1] - 82:1
**Kenneth** [1] - 141:4
**Kenny** [2] - 141:4, 142:2
**kept** [1] - 14:21
**keys** [4] - 186:14, 186:23, 187:10, 188:2
**kicked** [3] - 202:1, 205:22, 206:11
**kid** [2] - 142:21, 182:12
**kids** [1] - 187:14
**kill** [3] - 92:17, 182:1, 196:2
**killed** [3] - 92:5, 181:20, 195:21
**killer** [1] - 182:4
**killers** [4] - 183:7, 183:9, 183:11, 183:13
**killing** [2] - 183:5, 185:14
**kind** [12] - 33:23, 35:6, 59:2, 90:22, 119:14, 123:18, 156:7, 160:7, 178:7, 182:23, 199:1
**knees** [1] - 177:8
**knit** [1] - 193:23
**knit-picky** [1] - 193:23
**knocking** [1] - 179:9
**knowledge** [17] - 147:1, 147:4, 147:6, 147:12, 148:10, 151:6, 151:11, 151:16, 151:22, 152:2, 156:12, 159:15, 205:9, 211:1, 211:3, 211:7
**known** [2] - 9:18, 39:3
**knows** [2] - 107:23, 109:14
**Koons** [3] - 14:6, 14:12, 17:6

**L**

**LA** [1] - 92:20
**Lamarr** [147] - 14:6, 14:11, 14:14, 15:4, 15:4, 17:6, 17:14, 18:3, 18:7, 18:17, 18:22,

19:4, 23:8, 23:16, 31:7, 31:11, 39:15, 43:10, 48:4, 48:21, 49:8, 49:12, 50:7, 50:11, 50:23, 54:20, 54:22, 55:17, 56:14, 56:19, 57:12, 57:16, 61:13, 61:23, 65:18, 65:19, 67:12, 67:19, 69:6, 69:20, 70:15, 70:20, 71:7, 72:10, 73:2, 73:7, 73:10, 79:1, 79:5, 84:15, 113:15, 114:6, 116:14, 118:2, 118:8, 118:10, 120:4, 120:7, 121:15, 122:18, 125:2, 125:7, 125:19, 126:6, 126:10, 126:18, 127:6, 128:9, 129:7, 129:12, 129:19, 129:20, 130:4, 131:11, 131:20, 133:14, 133:22, 135:12, 135:16, 135:17, 136:11, 136:14, 137:12, 137:14, 137:16, 138:5, 139:18, 140:1, 140:23, 141:6, 141:12, 142:1, 142:7, 144:1, 159:19, 161:16, 161:23, 162:9, 162:22, 163:13, 163:16, 163:23, 164:7, 166:10, 167:9, 167:15, 169:7, 169:9, 169:19, 173:5, 173:11, 175:6, 183:19, 184:3, 184:22, 185:2, 189:12, 189:23, 190:18, 191:20, 192:14, 192:21, 195:16, 195:20, 196:1, 196:14, 200:3, 200:9, 200:23, 201:15, 201:20, 201:23, 202:3, 202:8, 202:19, 203:16, 204:21, 205:10, 207:17, 208:5, 209:11, 210:4, 211:2, 211:4, 214:10, 216:3, 216:4
**Lamarr's** [3] - 71:20, 128:7
**language** [1] - 96:22
**last** [11] - 8:8, 11:22,

12:13, 27:20, 28:7, 28:9, 30:17, 81:19, 128:4, 179:3, 193:14
**late** [1] - 112:3
**law** [5] - 1:18, 27:12, 128:11, 128:14, 140:5
**lawsuit** [7] - 4:22, 16:23, 80:10, 82:6, 83:6, 112:12, 146:8
**lawyer** [2] - 21:11, 21:14
**lead** [3] - 93:1, 93:5, 93:10
**leading** [1] - 62:1
**leads** [1] - 210:1
**learn** [4] - 74:7, 113:15, 123:5, 175:18
**learned** [7] - 13:23, 114:6, 114:12, 114:14, 180:14, 181:19, 182:11
**least** [2] - 84:4, 103:18
**leave** [1] - 6:18
**Lee** [3] - 52:18, 186:18, 188:9
**left** [21] - 50:1, 50:14, 50:15, 79:22, 127:7, 127:8, 128:16, 128:19, 128:23, 129:19, 136:18, 137:2, 143:17, 166:4, 166:5, 166:18, 167:22, 176:17, 176:18, 177:6, 216:2
**leg** [1] - 91:20
**legal** [1] - 10:3
**length** [1] - 58:2
**lengthy** [1] - 83:4
**Leonard** [43] - 8:22, 12:23, 13:20, 15:22, 23:7, 23:14, 24:1, 31:14, 39:1, 40:5, 41:12, 41:22, 43:3, 44:7, 44:16, 45:4, 45:7, 48:12, 49:10, 50:7, 50:22, 51:6, 53:18, 54:16, 55:4, 55:11, 68:18, 160:21, 162:8, 167:15, 172:4, 172:7, 172:11, 172:17, 173:2, 176:6, 187:19, 189:12, 199:17, 200:16, 203:13, 204:8, 208:2
**Leonard's** [2] - 15:19, 174:4
**less** [1] - 73:16
**letter** [1] - 127:3
**license** [3] - 98:9,

98:16, 98:20
**lie** [9] - 56:22, 145:10, 145:11, 184:17, 184:20, 184:23, 185:3, 202:4, 210:22
**life** [5] - 142:23, 143:2, 174:8, 181:22, 187:17
**limited** [1] - 198:22
**Linebacker** [1] - 171:4
**linebacker** [1] - 171:6
**lines** [2] - 46:21, 47:2
**LIPPES** [1] - 3:1
**Lisbon** [13] - 14:22, 41:15, 41:18, 115:9, 115:17, 116:9, 117:2, 117:16, 119:1, 119:12, 119:19, 125:20, 187:1
**list** [1] - 97:23
**listed** [2] - 95:14, 97:3
**listen** [3] - 13:12, 21:13, 59:21
**lists** [1] - 97:16
**live** [4] - 81:21, 101:23, 102:2, 116:2
**lived** [9] - 19:9, 115:14, 115:16, 116:3, 159:13, 159:17, 183:11, 188:10
**lives** [2] - 81:22
**living** [2] - 182:15, 187:17
**LLP** [5] - 1:19, 2:1, 2:6, 2:10, 3:1
**loaded** [2] - 105:4, 105:19
**locally** [1] - 81:21
**location** [4] - 87:9, 87:13, 94:17, 106:9
**logged** [1] - 129:15
**Lonergan** [4] - 2:17, 148:17, 148:21, 149:23
**LONERGAN** [1] - 1:10
**longest** [1] - 136:4
**Look** [1] - 129:13
**look** [19] - 25:22, 26:3, 26:5, 42:19, 51:11, 57:5, 66:18, 75:3, 82:20, 82:22, 110:4, 110:5, 111:10, 129:9, 129:10, 136:1, 170:13, 199:17,

210:17
**looked** [9] - 50:21, 68:4, 68:17, 69:4, 123:1, 123:19, 144:20, 173:11, 206:4
**looking** [8] - 18:11, 26:16, 67:7, 106:7, 110:13, 169:22, 178:16, 185:7
**looks** [2] - 151:3, 152:8
**LORI** [2] - 1:22, 213:19
**lost** [1] - 139:16
**loud** [3] - 45:17, 84:5, 96:22
**Louisville** [3] - 171:4, 171:15, 171:19
**Love** [1] - 101:21
**lunch** [3] - 71:16, 75:21, 75:22
**luncheon** [1] - 75:23
**lying** [6] - 159:23, 162:23, 163:3, 170:7, 184:15, 204:8
**Lynette** [2] - 128:15, 140:6
**Lynnette** [1] - 128:19

## M

**ma'am** [1] - 104:20
**machine** [4] - 29:19, 128:16, 128:23, 213:8
**made-up** [1] - 184:20
**Mag-10** [5] - 110:17, 111:19, 111:21, 111:23, 112:7
**magistrate** [1] - 143:12
**Main** [1] - 2:7
**manner** [1] - 213:8
**marathon** [1] - 5:19
**March** [3] - 88:23, 90:3, 104:23
**marijuana** [1] - 87:12
**Mario** [36] - 14:15, 18:17, 18:20, 19:3, 31:11, 38:22, 53:17, 54:15, 55:4, 55:11, 61:19, 65:2, 66:7, 69:6, 123:19, 124:21, 161:8, 161:17, 165:4, 165:14, 165:20, 166:10, 167:5, 167:10, 167:15, 167:19, 168:12, 169:7, 169:9, 169:18, 175:3, 186:6, 187:2, 187:19, 188:10,

189:12
**Mario's** [11] - 18:18, 23:16, 24:4, 31:15, 39:18, 39:22, 50:23, 54:20, 84:10, 84:15, 84:18
**MARK** [1] - 1:9
**Mark** [16] - 2:16, 151:18, 151:21, 152:1, 152:4, 152:12, 152:17, 153:3, 153:13, 153:19, 153:23, 154:16, 154:19, 155:5, 156:1, 156:3
**mark** [9] - 25:13, 43:21, 51:18, 54:2, 57:10, 60:19, 63:22, 66:18, 86:5
**marked** [14] - 25:14, 25:20, 26:15, 42:9, 43:22, 44:5, 52:9, 57:14, 63:23, 64:8, 86:6, 86:14, 154:11, 193:21
**marking** [1] - 51:21
**Masecchia** [5] - 2:16, 150:5, 150:6, 150:11, 150:17
**MASECCHIA** [1] - 1:10
**match** [1] - 106:8
**material** [3] - 91:11, 91:13, 93:14
**MATHIAS** [1] - 3:1
**matter** [11] - 42:21, 78:4, 86:1, 95:14, 95:20, 96:14, 97:9, 147:14, 178:11, 198:7, 198:8
**matters** [2] - 76:22, 77:22
**Matthews** [2] - 186:18, 188:9
**Maverick** [1] - 101:7
**Mazda** [9] - 14:5, 18:2, 24:5, 116:22, 161:17, 164:5, 186:1, 188:5, 188:18
**mean** [34] - 7:12, 8:17, 18:7, 66:10, 76:6, 98:14, 107:19, 109:6, 117:6, 120:12, 120:15, 120:16, 120:18, 122:2, 122:5, 125:13, 125:16, 133:8, 134:5, 136:21, 138:4, 142:17, 142:20, 143:11, 144:3, 171:3, 181:16,

183:4, 195:22, 198:7, 204:11, 204:13, 204:16
**means** [3] - 8:4, 134:7, 213:8
**meant** [2] - 114:22, 175:1
**mediator** [8] - 129:5, 130:4, 133:21, 134:4, 134:6, 134:8, 134:9
**medium** [1] - 80:1
**meet** [3] - 6:14, 7:5, 7:15
**meeting** [7] - 10:11, 10:15, 10:19, 11:7, 11:22, 12:13, 13:7
**meetings** [11] - 6:16, 10:16, 10:23, 11:3, 11:5, 11:10, 11:11, 11:15, 11:17, 12:3, 12:6
**memory** [3] - 108:22, 150:21, 207:12
**mention** [2] - 35:19, 60:8
**mentioned** [9] - 60:7, 60:8, 103:16, 115:8, 136:12, 137:11, 175:12, 194:15, 195:9
**Mercedes** [1] - 97:2
**merit** [1] - 143:8
**mess** [2] - 183:1, 183:4
**message** [7] - 114:7, 114:19, 128:16, 128:18, 128:19, 128:23, 129:3
**messages** [4] - 129:19, 129:20, 216:2, 216:3
**messing** [1] - 176:21
**met** [4] - 113:15, 114:8, 146:4, 201:14
**meter** [1] - 37:1
**middle** [13] - 5:21, 28:7, 31:2, 36:9, 45:22, 75:7, 75:9, 89:2, 89:17, 94:14, 118:21, 119:14, 171:6
**midnight** [3] - 119:7, 166:23, 167:2
**midst** [1] - 103:5
**midway** [1] - 46:16
**might** [13] - 17:2, 51:12, 75:14, 93:19, 93:20, 159:12, 162:4, 162:10, 163:6, 163:7, 180:6, 181:9, 193:18
**million** [1] - 26:7
**mind** [10] - 23:2,

42:2, 53:21, 57:20, 75:4, 75:5, 122:8, 122:9, 142:20, 198:4
**mine's** [1] - 181:20
**minute** [14] - 36:14, 45:10, 51:10, 57:7, 60:18, 64:19, 113:7, 113:9, 132:9, 140:14, 145:21, 165:17, 187:4, 188:3
**minutes** [11] - 42:3, 48:3, 48:20, 49:2, 56:6, 58:22, 75:20, 82:5, 83:7, 166:4, 166:15
**mischaracterizes** [1] - 68:7
**misconduct** [1] - 10:5
**misdemeanor** [3] - 90:10, 90:15, 90:17
**misrepresent** [1] - 132:23
**missing** [2] - 85:4, 85:6
**misspoke** [1] - 133:20
**mistake** [1] - 174:8
**mom** [6] - 38:21, 115:14, 202:5, 202:14, 208:12, 208:14
**mom's** [3] - 80:19, 80:20, 80:23
**moment** [1] - 85:2
**money** [9] - 114:20, 114:22, 115:2, 137:17, 137:18, 139:19, 159:3, 178:19, 183:15
**Montana** [1] - 61:14
**month** [11] - 43:12, 43:17, 55:19, 56:3, 70:19, 104:2, 127:23, 130:13, 131:5, 134:17, 134:20
**months** [11] - 14:19, 76:7, 76:8, 76:9, 78:11, 78:15, 96:5, 96:6, 104:12, 141:9, 204:23
**Moped** [1] - 19:5
**morning** [6] - 4:17, 4:18, 118:15, 120:1, 120:6, 188:9
**mosque** [3] - 140:9, 140:10, 140:22
**most** [5] - 10:10, 153:6, 153:8, 185:20, 197:18

**mother** [1] - 45:4
**mother's** [1] - 115:13
**motion** [7] - 9:18, 9:22, 10:11, 10:17, 53:9, 80:6, 126:12
**mouth** [2] - 133:19, 142:22
**move** [4] - 22:9, 73:18, 106:18, 143:2
**moved** [1] - 78:5
**MR** [365] - 4:3, 4:10, 6:15, 6:20, 7:6, 8:3, 9:5, 10:2, 12:9, 12:17, 13:2, 13:6, 13:9, 13:15, 15:8, 16:14, 16:22, 17:1, 17:2, 18:10, 18:23, 19:6, 19:12, 19:19, 20:1, 20:6, 20:10, 20:14, 21:2, 21:5, 21:8, 21:17, 21:22, 22:4, 22:12, 23:1, 23:10, 23:18, 23:21, 24:7, 24:23, 25:5, 25:23, 26:11, 27:14, 28:17, 28:23, 29:9, 31:17, 32:11, 34:13, 34:18, 34:22, 36:4, 36:8, 39:6, 39:10, 39:17, 39:23, 40:6, 40:11, 40:18, 41:6, 42:4, 42:15, 42:22, 45:16, 46:7, 46:9, 46:20, 47:1, 47:6, 47:10, 47:12, 47:15, 47:18, 47:20, 48:10, 48:23, 49:15, 49:22, 50:9, 51:2, 51:18, 51:23, 52:4, 52:7, 53:11, 53:21, 54:6, 54:23, 55:6, 55:13, 55:21, 56:8, 56:12, 56:23, 57:19, 57:22, 58:3, 58:8, 59:11, 60:2, 60:15, 62:3, 62:9, 66:10, 66:14, 67:2, 67:15, 67:23, 68:6, 68:13, 68:23, 69:8, 70:1, 70:6, 70:10, 70:22, 71:9, 71:18, 72:1, 73:11, 73:14, 73:17, 73:20, 74:1, 74:7, 74:13, 74:21, 75:3, 75:6, 75:11, 75:16, 75:19, 77:7, 79:14, 82:13, 83:11, 83:19, 83:22, 84:3, 84:6, 84:23, 85:9, 85:15, 85:17, 87:17, 88:6, 89:14, 89:16,

89:19, 89:21, 92:21, 93:3, 93:9, 93:19, 95:7, 96:2, 96:7, 97:18, 98:17, 99:4, 100:15, 100:19, 103:12, 103:15, 103:18, 105:10, 106:1, 106:6, 107:12, 108:3, 108:15, 108:21, 109:4, 109:5, 109:12, 110:1, 110:21, 111:6, 112:9, 112:16, 112:20, 112:23, 113:4, 113:5, 113:10, 114:9, 114:11, 116:16, 117:6, 119:3, 119:16, 119:21, 120:20, 121:7, 121:23, 124:4, 124:11, 124:15, 125:23, 126:7, 129:18, 130:6, 131:3, 131:6, 131:14, 132:1, 132:6, 132:9, 132:15, 132:20, 132:22, 133:4, 133:7, 133:23, 137:23, 138:7, 138:19, 138:23, 139:7, 139:9, 139:11, 139:13, 139:20, 141:18, 142:8, 144:2, 145:20, 145:22, 146:3, 149:13, 149:14, 152:7, 152:9, 152:11, 152:18, 153:1, 153:7, 153:9, 155:1, 155:3, 155:7, 155:10, 156:14, 156:17, 156:21, 157:1, 158:1, 158:3, 158:18, 158:20, 158:23, 159:2, 160:10, 160:12, 161:21, 161:22, 162:14, 162:16, 163:1, 163:5, 163:9, 163:11, 164:16, 164:21, 165:2, 165:3, 167:11, 167:16, 167:21, 168:9, 168:20, 168:23, 169:4, 170:6, 170:8, 174:6, 174:9, 174:15, 174:17, 174:22, 175:2, 179:14, 179:16, 180:8, 180:10, 180:13, 180:16, 180:23, 181:2, 181:6, 181:8, 181:11, 181:14, 181:18, 182:6,

182:10, 182:22, 183:2, 183:16, 183:21, 184:1, 184:4, 184:6, 184:19, 185:5, 185:19, 188:22, 189:19, 189:21, 190:5, 190:9, 190:21, 190:23, 191:7, 191:9, 191:12, 191:15, 193:4, 193:10, 193:16, 193:20, 194:2, 194:8, 194:10, 194:20, 194:21, 196:18, 196:21, 196:22, 197:4, 197:5, 197:22, 198:1, 198:3, 198:5, 198:7, 198:11, 198:20, 198:21, 199:12, 199:19, 199:21, 201:2, 201:7, 202:22, 203:4, 204:2, 204:9, 205:2, 205:4, 205:7, 207:7, 207:8, 207:11, 209:22, 211:10, 211:11, 215:4, 215:5, 215:6, 215:8, 216:1
**MS** [294] - 4:9, 4:16, 6:17, 6:22, 7:1, 7:9, 8:9, 9:8, 9:10, 10:9, 12:12, 12:19, 13:4, 13:8, 13:12, 13:17, 13:18, 15:11, 16:17, 17:3, 17:4, 18:12, 18:16, 19:2, 19:8, 19:14, 19:21, 20:4, 20:7, 20:12, 20:16, 21:10, 21:21, 22:2, 22:10, 22:13, 22:17, 22:22, 23:3, 23:5, 23:13, 23:19, 23:23, 24:9, 25:2, 25:7, 25:12, 25:18, 26:2, 26:13, 27:16, 27:18, 28:19, 29:2, 29:12, 31:19, 32:16, 33:12, 34:17, 34:20, 35:2, 36:5, 36:12, 39:8, 39:12, 39:20, 40:3, 40:8, 40:13, 40:20, 41:8, 42:2, 42:6, 42:18, 43:1, 43:21, 44:3, 45:17, 45:21, 46:8, 46:10, 46:22, 47:3, 47:8, 47:11, 47:16, 47:19, 47:21, 47:22, 48:14, 49:4, 49:18, 50:4, 50:12, 51:3, 51:12, 51:16, 51:19, 52:3, 52:6, 52:8, 52:14, 53:13,

53:23, 54:4, 54:8, 54:10, 55:2, 55:8, 55:15, 55:22, 56:11, 56:13, 57:3, 57:6, 57:10, 57:21, 57:23, 58:7, 58:10, 58:21, 59:13, 60:5, 60:12, 60:16, 60:20, 61:8, 62:5, 62:11, 63:22, 64:6, 66:16, 67:4, 67:17, 68:2, 68:11, 68:16, 69:1, 69:10, 70:3, 70:8, 70:13, 71:3, 71:11, 71:19, 72:3, 73:13, 73:15, 73:19, 73:23, 74:4, 74:11, 74:17, 75:2, 75:5, 75:9, 75:14, 75:17, 76:2, 77:11, 77:12, 79:15, 82:18, 83:13, 83:14, 83:21, 84:1, 84:4, 84:11, 85:5, 85:13, 85:16, 85:18, 85:19, 86:5, 86:12, 87:20, 88:7, 89:15, 89:17, 89:20, 89:23, 93:2, 93:7, 93:17, 93:23, 95:12, 96:12, 97:21, 98:19, 99:6, 100:18, 100:20, 100:22, 103:14, 103:17, 103:19, 104:6, 105:15, 106:5, 106:13, 107:14, 107:15, 108:7, 109:2, 109:14, 109:16, 110:4, 110:9, 110:23, 111:2, 111:7, 111:8, 111:15, 112:11, 112:17, 112:22, 113:2, 113:7, 113:11, 113:13, 114:14, 114:18, 116:18, 117:8, 119:4, 119:17, 120:2, 121:4, 121:14, 122:13, 124:10, 124:13, 125:9, 126:3, 126:9, 129:23, 130:1, 130:10, 131:9, 131:16, 131:18, 132:4, 132:8, 132:13, 132:17, 132:21, 133:2, 133:5, 133:10, 134:2, 138:3, 138:14, 138:22, 139:6, 139:14, 139:22, 142:3, 143:20, 144:17, 145:19, 184:21, 185:9, 185:22, 189:3, 191:10, 193:2, 193:7,

193:13, 193:17, 193:23, 194:6, 194:9, 197:23, 198:6, 198:9, 199:1, 199:3, 199:15, 199:20, 199:22, 201:4, 201:9, 203:1, 203:9, 204:6, 204:19, 205:1, 210:1, 210:3, 211:9, 215:3, 215:7, 215:9
**multimedia** [1] - 110:21
**multiple** [1] - 178:16
**murder** [4] - 95:4, 131:1, 131:12, 156:10
**murdering** [1] - 183:5
**Muslim** [1] - 140:9
**must** [1] - 5:6

## N

**name** [19] - 4:19, 27:3, 88:2, 89:21, 98:3, 98:16, 110:12, 113:18, 113:19, 128:2, 128:4, 128:5, 128:15, 140:10, 148:22, 150:18, 150:22, 175:20, 175:21
**name's** [1] - 146:5
**named** [4] - 4:22, 115:23, 176:13, 177:17
**names** [2] - 59:16, 156:7
**narcotics** [2] - 197:2, 197:12
**narrative** [2] - 96:21, 105:2
**near** [5] - 153:14, 165:21, 179:13, 179:17, 179:19
**nearby** [1] - 188:21
**necessarily** [2] - 26:23, 49:1
**need** [13] - 6:2, 13:16, 21:4, 45:13, 93:17, 111:10, 129:2, 129:14, 134:4, 145:22, 146:14, 162:10, 163:7
**needed** [2] - 114:20, 114:22
**needs** [2] - 5:3, 202:6
**neighborhood** [15] - 91:19, 107:22, 113:22, 142:17,

159:13, 159:17, 178:2, 178:8, 178:9, 180:7, 182:15, 183:8, 183:11, 187:7, 201:16
**NEUFELD** [1] - 2:1
**never** [37] - 43:17, 43:18, 55:17, 71:1, 73:3, 77:3, 81:13, 100:10, 102:13, 102:18, 111:21, 127:8, 127:17, 127:18, 129:17, 148:1, 148:3, 148:4, 148:6, 148:20, 149:11, 149:15, 160:20, 160:21, 174:1, 174:2, 179:17, 188:18, 190:7, 190:14, 190:17, 192:23, 208:18, 209:6, 209:10, 209:18, 209:20
**NEW** [2] - 1:4, 213:1
**New** [11] - 1:20, 2:4, 2:8, 2:14, 3:2, 4:12, 113:16, 114:7, 114:20, 213:6
**news** [13] - 43:15, 61:10, 120:22, 202:6, 202:8, 203:19, 204:15, 204:18, 206:1, 206:2, 208:9
**News** [3] - 43:15, 205:17, 206:13
**next** [9] - 63:8, 63:11, 88:16, 91:5, 94:2, 94:9, 96:16, 97:14, 106:18
**nice** [1] - 159:8
**NICK** [1] - 2:1
**Nick** [1] - 165:5
**nick@nsbcivilrights.com** [1] - 2:2
**nicknamed** [1] - 113:16
**night** [16] - 15:16, 24:5, 36:15, 39:4, 58:1, 63:10, 65:20, 67:13, 76:4, 117:7, 117:9, 118:15, 118:22, 119:15, 186:13, 206:15
**night's** [1] - 48:8
**nine** [4] - 17:10, 58:22, 141:9, 170:16
**nobody** [1] - 183:14
**nobody's** [3] - 122:11, 144:5, 144:14
**none** [10] - 135:19,

147:20, 147:22, 172:20, 172:21, 175:9, 181:21, 191:5, 192:6
**nonetheless** [1] - 177:16
**nonviolent** [1] - 104:17
**Notary** [3] - 1:22, 213:5, 213:20
**NOTARY** [1] - 212:16
**notes** [3] - 110:4, 110:6, 110:14
**nothing** [11] - 122:10, 135:22, 136:11, 137:9, 145:5, 155:11, 184:11, 198:20, 207:7, 213:15
**November** [1] - 69:18
**number** [13] - 52:12, 53:14, 57:18, 64:4, 106:15, 106:16, 111:4, 128:23, 129:13, 135:4, 214:8, 214:11, 214:14
**Number** [2] - 69:14, 111:9
**numbers** [8] - 25:16, 26:18, 44:1, 86:9, 129:16, 214:4, 214:6, 214:17

## O

**o'clock** [1] - 120:1
**object** [7] - 6:17, 32:11, 32:14, 84:7, 126:7, 197:4, 203:4
**Objection** [2] - 12:9, 19:21
**objection** [145] - 6:15, 7:6, 10:2, 12:17, 13:2, 13:16, 15:8, 18:23, 19:6, 19:12, 19:20, 20:2, 20:3, 20:14, 23:10, 23:18, 23:21, 24:7, 24:23, 25:5, 26:11, 27:14, 28:17, 28:23, 29:9, 31:17, 34:22, 36:4, 36:8, 39:6, 39:10, 39:17, 39:23, 40:6, 40:11, 40:18, 41:6, 42:15, 42:22, 48:10, 48:23, 49:15, 50:9, 51:2, 53:11, 54:23, 55:6, 55:13, 55:21, 56:23, 59:11, 60:2, 62:3, 62:9, 67:2,

67:15, 67:23, 68:6, 68:13, 69:8, 70:1, 70:6, 70:10, 70:22, 71:9, 72:1, 73:11, 74:21, 74:23, 79:14, 82:13, 83:11, 83:19, 84:1, 84:23, 93:11, 96:2, 97:18, 98:17, 106:1, 110:1, 112:9, 114:9, 116:16, 117:6, 119:21, 120:20, 121:7, 121:23, 126:7, 130:6, 131:3, 131:14, 132:1, 133:23, 137:23, 138:7, 139:20, 144:2, 152:18, 153:7, 155:1, 155:7, 155:8, 156:14, 156:21, 158:1, 158:18, 158:23, 160:10, 161:21, 162:14, 163:1, 163:9, 165:2, 167:11, 167:21, 168:20, 170:6, 174:6, 179:14, 180:8, 180:13, 180:23, 181:6, 181:11, 181:18, 182:10, 183:2, 183:21, 184:4, 184:19, 185:5, 185:19, 188:22, 189:19, 190:5, 190:21, 199:12, 201:2, 201:7, 202:22, 204:2, 204:9
**objections** [2] - 19:15, 19:18
**obscene** [1] - 96:22
**observed** [2] - 147:5, 180:7
**obtain** [2] - 9:3, 9:11
**obvious** [2] - 122:16, 138:2
**obviously** [1] - 200:9
**occurred** [7] - 59:23, 117:21, 117:23, 136:13, 171:21, 183:20, 184:2
**occurring** [1] - 125:5
**October** [3] - 56:16, 88:6, 88:8
**OF** [5] - 1:4, 1:9, 213:1, 213:3
**office** [5] - 10:23, 12:7, 53:8, 126:11, 144:19
**Officer** [4] - 107:8, 107:10, 107:13, 107:16

**officer** [1] - 87:12
**officers** [5] - 65:2, 106:23, 153:16, 188:17, 197:13
**offices** [1] - 1:18
**often** [1] - 79:12
**old** [3] - 173:5, 173:8, 187:20
**older** [1] - 19:16
**once** [8] - 13:19, 36:20, 77:1, 77:8, 82:19, 98:5, 136:17, 137:9
**one** [80] - 7:17, 11:5, 13:14, 18:5, 24:21, 29:17, 31:7, 33:7, 35:23, 38:10, 40:15, 44:10, 46:8, 47:10, 48:17, 66:5, 74:4, 74:5, 78:19, 86:22, 88:22, 89:5, 91:7, 94:10, 94:22, 94:23, 95:11, 95:18, 96:16, 96:18, 96:19, 97:16, 98:1, 98:5, 101:6, 101:20, 103:20, 104:9, 106:2, 106:3, 106:18, 110:5, 119:23, 121:1, 121:9, 123:22, 124:18, 124:19, 127:7, 134:5, 138:2, 140:5, 141:3, 144:6, 144:20, 148:23, 156:6, 161:6, 171:22, 172:9, 172:16, 178:1, 182:11, 183:17, 186:3, 186:14, 186:16, 189:22, 194:15, 196:21, 197:6, 197:10, 197:11, 197:23, 198:1, 199:6, 205:5, 210:1
**ones** [2] - 8:21, 103:15
**open** [3] - 105:5, 106:23, 134:11
**opinion** [1] - 143:12
**opportunity** [10] - 28:3, 43:6, 43:9, 44:12, 45:15, 61:9, 66:1, 66:6, 73:6, 82:11
**opposed** [1] - 142:6
**opposite** [1] - 125:8
**order** [3] - 91:11, 93:15, 198:4
**orient** [1] - 46:14
**ounce** [1] - 101:6

**outcome** [5] - 90:8, 94:21, 97:8, 101:10, 103:20
**outset** [1] - 76:13
**outside** [1] - 179:11
**overheard** [1] - 191:20
**overseas** [1] - 187:16
**owe** [1] - 138:5
**owed** [1] - 137:17
**own** [9] - 9:1, 34:4, 104:19, 110:11, 110:15, 110:17, 180:12, 195:20, 208:21
**owned** [6] - 14:18, 105:22, 106:3, 109:18, 109:23, 112:5

**P**

**p.m** [11] - 100:21, 110:7, 110:8, 113:12, 146:1, 161:17, 165:10, 166:11, 191:13, 196:20, 211:13
**Page** [2] - 214:2, 215:2
**page** [41] - 12:22, 13:19, 14:5, 15:20, 15:21, 16:4, 16:10, 26:19, 27:20, 28:1, 28:7, 28:22, 29:14, 29:15, 30:7, 30:17, 41:22, 45:23, 64:8, 87:22, 88:16, 89:3, 89:14, 91:6, 94:2, 94:9, 94:15, 97:14, 99:8, 99:11, 100:23, 162:8, 174:4, 193:21, 200:22, 203:3, 203:15, 204:1, 208:2
**paged** [2] - 31:14, 41:11
**pages** [2] - 86:15, 212:2
**Pamela** [2] - 80:15, 81:15
**paper** [1] - 105:3
**papers** [1] - 8:4
**paperwork** [4] - 123:8, 205:20, 206:19, 207:14
**paragraph** [2] - 47:9, 65:12
**pardon** [2] - 14:9, 35:23
**parents** [5] - 62:21,

63:13, 199:9, 201:12, 202:14
**parked** [3] - 116:19, 165:20, 186:5
**part** [2] - 60:22, 164:5
**particular** [5] - 26:15, 33:22, 54:1, 90:5, 178:17
**party** [9] - 60:7, 60:8, 60:9, 127:21, 128:1, 129:21, 176:17, 176:18, 216:5
**passed** [6] - 117:22, 121:1, 121:2, 121:6, 121:9, 121:11
**past** [1] - 125:3
**Pastor** [4] - 141:3, 141:10, 141:15, 142:2
**paternal** [1] - 44:19
**patrolled** [1] - 159:13
**patrolman** [1] - 159:12
**patrolmen** [1] - 159:16
**pay** [2] - 76:18, 130:16
**peacemaker** [2] - 141:16, 141:20
**Peanut** [6] - 176:13, 176:18, 176:20, 177:5
**Pearl** [1] - 1:20, 2:13
**pending** [5] - 95:4, 95:15, 102:13, 103:5, 112:18
**people** [21] - 30:9, 31:2, 128:8, 135:2, 139:23, 140:4, 140:12, 140:13, 141:17, 158:13, 159:8, 160:2, 160:4, 160:6, 180:6, 182:8, 182:12, 182:13, 185:7, 185:14
**Performing** [1] - 186:17
**perhaps** [5] - 9:17, 12:22, 68:4, 133:11, 133:20
**period** [4] - 38:12, 115:7, 133:22, 174:2
**PERSICO** [295] - 3:1, 4:9, 4:16, 6:17, 6:22, 7:1, 7:9, 8:9, 9:8, 9:10, 10:9, 12:12, 12:19, 13:4, 13:8, 13:12, 13:17, 13:18, 15:11, 16:17, 17:3, 17:4, 18:12, 18:16, 19:2, 19:8, 19:14,

19:21, 20:4, 20:7, 20:12, 20:16, 21:10, 21:21, 22:2, 22:10, 22:13, 22:17, 22:22, 23:3, 23:5, 23:13, 23:19, 23:23, 24:9, 25:2, 25:7, 25:12, 25:18, 26:2, 26:13, 27:16, 27:18, 28:19, 29:2, 29:12, 31:19, 32:16, 33:12, 34:17, 34:20, 35:2, 36:5, 36:12, 39:8, 39:12, 39:20, 40:3, 40:8, 40:13, 40:20, 41:8, 42:2, 42:6, 42:18, 43:1, 43:21, 44:3, 45:17, 45:21, 46:8, 46:10, 46:22, 47:3, 47:8, 47:11, 47:16, 47:19, 47:21, 47:22, 48:14, 49:4, 49:18, 50:4, 50:12, 51:3, 51:12, 51:16, 51:19, 52:3, 52:6, 52:8, 52:14, 53:13, 53:23, 54:4, 54:8, 54:10, 55:2, 55:8, 55:15, 55:22, 56:11, 56:13, 57:3, 57:6, 57:10, 57:21, 57:23, 58:7, 58:10, 58:21, 59:13, 60:5, 60:12, 60:16, 60:20, 61:8, 62:5, 62:11, 63:22, 64:6, 66:16, 67:4, 67:17, 68:2, 68:11, 68:16, 69:1, 69:10, 70:3, 70:8, 70:13, 71:3, 71:11, 71:19, 72:3, 73:13, 73:15, 73:19, 73:23, 74:4, 74:11, 74:17, 75:2, 75:5, 75:9, 75:14, 75:17, 76:2, 77:11, 77:12, 79:15, 82:18, 83:13, 83:14, 83:21, 84:1, 84:4, 84:11, 85:5, 85:13, 85:16, 85:18, 85:19, 86:5, 86:12, 87:20, 88:7, 89:15, 89:17, 89:20, 89:23, 93:2, 93:7, 93:17, 93:23, 95:12, 96:12, 97:21, 98:19, 99:6, 100:18, 100:20, 100:22, 103:14, 103:17, 103:19, 104:6, 105:15, 106:5, 106:13, 107:14, 107:15, 108:7, 109:2,

109:14, 109:16, 110:4, 110:9, 110:23, 111:2, 111:7, 111:8, 111:15, 112:11, 112:17, 112:22, 113:2, 113:7, 113:11, 113:13, 114:14, 114:18, 116:18, 117:8, 119:4, 119:17, 120:2, 121:4, 121:14, 122:13, 124:10, 124:13, 125:9, 126:3, 126:9, 129:23, 130:1, 130:10, 131:9, 131:16, 131:18, 132:4, 132:8, 132:13, 132:17, 132:21, 133:2, 133:5, 133:10, 134:2, 138:3, 138:14, 138:22, 139:6, 139:14, 139:22, 142:3, 143:20, 144:17, 145:19, 184:21, 185:9, 185:22, 189:3, 191:10, 193:2, 193:7, 193:13, 193:17, 193:23, 194:6, 194:9, 197:23, 198:6, 198:9, 199:1, 199:3, 199:15, 199:20, 199:22, 201:4, 201:9, 203:1, 203:9, 204:6, 204:19, 205:1, 210:1, 210:3, 211:9, 215:3, 215:7, 215:9
**Persico** [5] - 4:19, 146:11, 147:16, 154:13, 214:21
**person** [13] - 6:16, 7:13, 7:16, 39:14, 58:15, 60:23, 97:17, 141:3, 144:7, 182:20, 182:23, 184:14, 210:18
**personal** [2] - 133:6, 133:8
**personally** [1] - 124:19
**Peter** [2] - 113:8, 146:5
**PETER** [1] - 2:12
**phone** [13] - 6:15, 7:10, 7:12, 7:21, 16:5, 16:9, 16:11, 16:12, 16:18, 16:22, 117:12, 129:15, 130:9
**phones** [1] - 16:3
**pick** [8] - 14:5, 14:11, 15:4, 24:21, 117:15,

163:13, 186:8, 188:11
**picked** [6] - 14:9, 14:14, 17:5, 91:16, 163:12, 165:6
**picky** [1] - 193:23
**picture** [3] - 58:13, 58:15, 135:17
**pictures** [1] - 135:15
**pistol** [2] - 29:19, 101:7
**place** [10] - 16:5, 17:17, 52:23, 60:16, 84:13, 96:1, 116:13, 130:23, 131:5, 135:5
**places** [1] - 115:20
**plain** [1] - 190:14
**Plaintiff** [3] - 1:6, 1:17, 2:9
**plans** [1] - 209:19
**play** [3] - 53:20, 111:13, 171:22
**played** [8] - 54:3, 58:9, 58:20, 60:11, 61:7, 111:14, 171:23, 187:16
**playing** [2] - 57:20, 171:18
**Plaza** [1] - 3:2
**plea** [19] - 78:2, 90:15, 90:20, 90:21, 94:22, 95:11, 95:18, 96:4, 102:6, 102:7, 102:23, 104:2, 104:10, 104:13, 107:5, 107:6, 131:15, 138:10, 185:13
**plead** [1] - 138:8
**pleaded** [4] - 131:23, 137:21, 138:1, 138:6
**pleading** [2] - 104:16, 131:12
**pled** [3] - 104:15, 108:8, 131:1
**plenty** [3] - 71:18, 183:7, 183:9
**Plenty** [1] - 183:10
**point** [20] - 6:1, 14:4, 24:10, 49:7, 50:1, 50:14, 76:14, 84:22, 93:9, 108:13, 116:19, 178:2, 178:4, 178:8, 179:12, 182:17, 186:20, 189:17, 190:10, 192:11
**pointed** [2] - 184:13, 201:15
**pointer** [1] - 85:7
**pointing** [1] - 108:4
**Police** [14] - 1:11, 2:18, 46:3, 64:1,

64:12, 86:7, 86:23, 147:18, 148:8, 148:12, 154:1, 205:9, 214:12, 214:16

**police** [49] - 8:14, 8:16, 8:17, 8:18, 8:19, 24:12, 24:14, 25:9, 26:10, 31:7, 32:5, 32:8, 33:19, 36:1, 37:20, 43:4, 44:8, 54:20, 67:12, 68:18, 91:21, 92:6, 92:7, 97:22, 121:20, 122:4, 122:11, 142:16, 144:11, 146:7, 150:18, 150:22, 156:22, 188:17, 197:13, 199:17, 201:21, 201:23, 202:1, 204:14, 205:22, 205:23, 206:7, 206:10, 206:12, 206:13, 206:17, 207:18, 210:15

**polite** [1] - 84:4
**polygraph** [4] - 11:5, 11:6, 53:3, 145:15
**pop** [2] - 123:15
**porch** [1] - 167:14
**portion** [4] - 54:1, 59:21, 69:4, 127:19
**portray** [1] - 182:8
**position** [3] - 39:14, 135:20, 135:22
**positive** [1] - 173:1
**possess** [1] - 38:12
**possessed** [1] - 101:22
**possessing** [1] - 94:18
**possession** [11] - 33:10, 33:17, 35:22, 78:2, 87:9, 88:13, 97:1, 100:3, 100:11, 101:6, 105:3
**possessions** [2] - 33:1, 33:3
**possibility** [2] - 68:9, 162:4
**possible** [10] - 55:9, 55:14, 68:12, 70:4, 70:9, 70:11, 162:12, 162:15, 167:13, 192:12
**possibly** [9] - 28:15, 93:1, 93:15, 118:23, 144:22, 164:9, 173:3, 180:9
**Powell** [2] - 167:19,

168:17
**preceding** [1] - 15:6
**preparation** [5] - 6:13, 7:4, 8:1, 8:5, 8:11
**preparing** [1] - 73:4
**presence** [1] - 213:10
**present** [2] - 157:5, 205:12
**presentation** [1] - 110:22
**presently** [1] - 46:4
**preserved** [1] - 19:22
**pretty** [2] - 39:7, 146:22
**previously** [4] - 32:21, 68:18, 154:12, 199:5
**principle** [2] - 142:13, 142:14
**prison** [14] - 66:15, 71:1, 134:11, 135:14, 135:18, 137:5, 137:9, 137:22, 152:22, 172:2, 173:4, 195:12, 201:19
**privilege** [1] - 32:15
**privileged** [8] - 73:14, 73:18, 74:2, 74:9, 74:10, 74:12, 74:13, 74:23
**problem** [4] - 82:7, 133:12, 137:6, 137:7
**problems** [1] - 164:18
**Procedure** [1] - 1:18
**proceeding** [3] - 8:1, 8:11, 73:5
**proceeds** [2] - 127:14, 127:20
**processed** [1] - 36:20
**produced** [1] - 193:13
**prohibit** [1] - 20:5
**proper** [1] - 13:10
**prosecutor** [3] - 144:4, 210:20, 211:2
**prosecutor's** [1] - 144:8
**prosecutors** [1] - 185:12
**prosecutory** [1] - 10:5
**protect** [7] - 55:10, 68:14, 92:6, 135:23, 181:13, 181:15, 181:16
**protecting** [2] -

185:4, 185:6
**protection** [1] - 180:19
**provide** [1] - 156:18
**provided** [1] - 48:9
**providing** [1] - 4:7
**psahasra@ hodgsonruss.com** [1] - 2:12
**PUBLIC** [1] - 212:16
**public** [1] - 121:2
**Public** [3] - 1:22, 213:5, 213:20
**pull** [1] - 154:10
**pulled** [12] - 33:9, 36:1, 37:20, 59:15, 59:17, 98:9, 98:14, 122:6, 125:1, 125:5, 169:23, 177:9
**pulling** [1] - 33:20
**purpose** [9] - 9:21, 53:6, 94:17
**pursuant** [1] - 1:17
**put** [15] - 41:19, 65:20, 115:2, 129:21, 133:19, 136:21, 139:21, 166:7, 167:7, 168:7, 169:1, 172:21, 210:12, 210:18, 216:5
**putting** [1] - 98:6

## Q

**Q&A** [1] - 28:22
**quantity** [3] - 87:10, 87:11
**question's** [1] - 132:11
**questioned** [1] - 91:21
**questioning** [3] - 23:7, 146:18, 177:3
**questions** [36] - 5:11, 5:14, 13:11, 20:22, 21:12, 21:14, 21:15, 21:23, 22:1, 22:3, 22:5, 22:9, 22:21, 26:4, 45:11, 64:21, 71:16, 85:11, 86:21, 92:22, 115:5, 119:3, 139:3, 147:12, 151:15, 177:21, 191:17, 191:18, 191:23, 194:11, 194:13, 195:15, 195:17, 199:7, 203:6, 208:3
**queued** [1] - 53:17
**quick** [4] - 25:12, 25:22, 71:16, 100:16

**quickly** [1] - 122:7
**quite** [1] - 109:14

## R

**raise** [1] - 142:11
**raised** [1] - 10:7
**ran** [14] - 108:10, 122:20, 122:21, 123:16, 125:1, 125:2, 125:4, 125:5, 125:6, 169:6, 169:7, 169:18, 187:13
**rang** [1] - 189:16
**RANIERO** [1] - 1:10
**Raniero** [5] - 2:16, 150:5, 150:6, 150:10, 150:17
**rap** [1] - 107:20
**Raven** [1] - 102:1
**reach** [5] - 135:2, 135:8, 135:9, 136:3, 140:1
**reached** [3] - 140:10, 140:11, 141:4
**reaches** [1] - 129:4
**read** [34] - 4:2, 4:4, 8:4, 8:5, 8:6, 8:7, 8:10, 20:9, 20:11, 22:15, 22:16, 25:23, 26:7, 28:3, 28:11, 28:16, 29:5, 43:3, 43:7, 45:10, 45:13, 45:16, 45:18, 46:15, 47:20, 64:19, 65:14, 66:23, 88:13, 147:7, 192:1, 193:21, 206:19, 212:1
**reader** [1] - 64:23
**reading** [3] - 28:18, 83:1, 207:1
**ready** [1] - 163:7
**real** [3] - 83:4, 113:18, 113:19
**reality** [1] - 91:8
**realize** [1] - 45:14
**realized** [1] - 138:9
**really** [16] - 18:3, 19:17, 20:10, 75:19, 75:20, 83:11, 97:17, 99:19, 105:8, 129:1, 131:22, 133:8, 135:22, 136:11, 138:9, 170:14
**reason** [7] - 28:15, 28:20, 70:14, 72:23, 107:19, 143:21, 185:2
**reasonable** [1] - 100:16
**reasons** [1] - 142:11

**receive** [1] - 185:15
**received** [13] - 12:21, 12:22, 13:19, 15:21, 16:4, 82:15, 82:16, 82:19, 123:8, 129:20, 138:1, 138:2, 216:3
**recent** [1] - 10:10
**recently** [2] - 43:8, 66:8
**reception** [1] - 78:9
**recess** [8] - 23:4, 42:5, 75:23, 100:21, 113:12, 146:1, 191:13, 196:20
**reckless** [1] - 104:17
**recognize** [1] - 59:5
**recollect** [1] - 105:8
**recollection** [6] - 111:16, 119:18, 154:2, 152:16, 154:3, 191:3
**record** [25] - 13:6, 13:9, 18:13, 18:15, 20:11, 22:16, 26:14, 44:6, 51:14, 51:15, 51:16, 57:8, 57:9, 57:20, 86:15, 93:13, 108:3, 108:4, 110:7, 110:8, 112:21, 139:10, 146:5, 203:5, 203:12
**recorded** [3] - 129:19, 207:19, 216:2
**recovered** [2] - 73:3, 123:6
**recovery** [1] - 127:14
**recreational** [1] - 158:10
**red** [6] - 24:5, 116:22, 161:16, 161:17, 185:23, 188:17
**redirect** [1] - 198:22
**reduced** [1] - 213:10
**refer** [2] - 110:19, 191:21
**reference** [1] - 109:11
**referring** [1] - 139:10
**reflected** [3] - 154:22, 206:16, 206:18
**reflection** [1] - 155:5
**refresh** [1] - 111:16
**refuse** [1] - 106:23
**refused** [3] - 91:23, 92:10, 128:22
**regard** [1] - 200:22
**regular** [1] - 109:8
**regularly** [1] - 159:12

**reinvestigation** [1] - 12:7
**related** [4] - 91:7, 100:2, 161:12, 172:5
**relates** [4] - 87:4, 94:12, 96:19, 99:15
**relating** [4] - 88:20, 101:2, 101:17, 104:22
**relation** [1] - 44:16
**relationship** [1] - 45:3
**relative** [6] - 39:5, 77:19, 80:15, 99:9, 106:20, 213:15
**relay** [1] - 62:1
**released** [4] - 135:14, 206:4, 206:5, 206:15
**relevant** [4] - 42:12, 93:1, 93:5, 93:10
**relieved** [2] - 76:23, 77:1
**remain** [2] - 27:9, 36:22
**remained** [5] - 94:16, 167:19, 168:18, 168:21, 169:2
**remember** [53] - 15:23, 16:2, 16:8, 16:13, 16:14, 28:5, 28:18, 38:21, 51:7, 51:9, 55:23, 56:5, 57:1, 66:12, 104:14, 104:16, 105:10, 105:13, 120:11, 120:13, 120:14, 120:17, 120:22, 126:1, 126:2, 144:18, 145:3, 145:8, 149:12, 152:12, 153:3, 153:10, 162:7, 162:11, 163:16, 164:13, 175:14, 188:16, 189:7, 189:9, 189:11, 189:20, 189:23, 190:2, 190:4, 190:6, 190:18, 190:22, 192:10, 194:18, 195:2, 195:6
**remembering** [1] - 110:12
**remembers** [1] - 152:7
**repeat** [2] - 146:14, 152:6
**repeatedly** [1] - 110:2
**rephrase** [1] - 5:12
**report** [2] - 205:17, 213:7

**reporter** [1] - 58:14
**REPORTER** [2] - 4:1, 4:5
**reports** [5] - 108:19, 150:19, 150:23, 206:7, 206:17
**represent** [6] - 4:19, 11:23, 35:8, 77:23, 97:11, 146:6
**represented** [14] - 32:21, 34:15, 38:1, 76:12, 76:21, 77:2, 77:3, 77:9, 77:20, 90:11, 95:8, 95:10, 100:12, 101:14
**representing** [1] - 77:9
**reputation** [1] - 181:5
**request** [1] - 70:5
**requested** [2] - 20:11, 22:16
**resembled** [1] - 111:21
**reserve** [1] - 4:3
**residences** [1] - 115:19
**resolution** [3] - 10:16, 53:8, 126:12
**resolved** [5] - 102:5, 103:22, 104:1, 105:6, 107:4
**respect** [5] - 149:6, 150:4, 151:5, 151:19, 156:6
**respected** [2] - 134:10, 137:2
**respond** [1] - 174:4
**responded** [1] - 30:13
**response** [4] - 15:19, 41:21, 194:13, 199:6
**responsive** [1] - 108:15
**rest** [4] - 6:18, 59:22, 128:12, 143:1
**restroom** [1] - 100:17
**retained** [1] - 214:21
**retribution** [1] - 92:16
**retrieve** [1] - 25:4
**returned** [1] - 24:21
**review** [10] - 7:23, 9:1, 11:14, 44:12, 45:15, 45:18, 66:1, 66:6, 73:6, 82:11
**reviewed** [6] - 9:7, 9:12, 42:12, 55:17, 66:11, 154:12

**reviewing** [1] - 186:3
**rewind** [1] - 60:13
**Rich** [1] - 18:4
**rich** [1] - 163:14
**Richard** [9] - 2:17, 14:6, 17:18, 18:1, 151:6, 151:9, 163:14, 165:6, 165:15
**RICHARD** [1] - 1:11
**Richard's** [1] - 163:18
**Richardson** [1] - 81:15
**rid** [2] - 111:23, 112:1
**Ridgeway** [2] - 128:15, 140:6
**ridiculous** [3] - 83:22, 84:2, 95:1
**rifle** [12] - 35:5, 35:6, 35:7, 105:4, 105:20, 106:22, 108:17, 108:20, 109:5, 109:6, 179:19
**right-hand** [2] - 26:19, 60:22
**rights** [2] - 25:10, 29:5
**rob** [1] - 90:3, 182:1
**robbed** [3] - 34:23, 90:2, 180:15
**Rochester** [1] - 2:8
**rode** [1] - 202:21
**rolled** [1] - 176:19
**rolling** [1] - 176:20
**ROMO** [2] - 2:2, 111:6
**room** [3] - 150:10, 150:13, 153:23
**round** [1] - 193:14
**Rounds** [2] - 115:12, 115:15
**rounds** [5] - 101:23, 102:2, 121:11, 125:15, 125:17
**rule** [1] - 162:3
**Rules** [1] - 1:18
**rules** [6] - 5:1, 19:16, 20:4, 146:11, 146:18
**run** [8] - 13:12, 13:13, 13:14, 116:13, 142:21, 147:17, 148:8, 166:19
**run-ins** [2] - 147:17, 148:8
**running** [10] - 31:1, 96:11, 122:8, 125:3, 125:7, 169:9, 169:11, 169:13, 169:21, 177:5
**RUSS** [3] - 1:19,

2:10, 2:11
**Russ** [2] - 33:11, 146:6
**RX-7** [6] - 14:5, 18:2, 24:5, 41:5, 164:5, 188:18

## S

**safety** [3] - 190:12, 190:16, 190:19
**Sahasrabudhe** [1] - 146:5
**SAHASRABUDHE** [67] - 2:12, 4:10, 16:22, 17:2, 107:12, 113:4, 129:18, 139:9, 139:13, 145:22, 146:3, 149:14, 152:9, 152:11, 153:1, 153:9, 155:3, 155:10, 156:17, 157:1, 158:3, 158:20, 159:2, 160:12, 161:22, 162:16, 163:5, 163:11, 164:21, 165:3, 167:16, 168:9, 169:4, 170:8, 174:9, 174:17, 175:2, 179:16, 180:10, 180:16, 181:2, 181:8, 181:14, 182:6, 182:22, 183:16, 184:1, 184:6, 189:21, 190:9, 190:23, 191:7, 194:20, 197:4, 198:1, 198:5, 198:7, 198:11, 198:20, 205:4, 205:7, 207:7, 211:11, 215:4, 215:6, 215:8, 216:1
**Sara** [2] - 10:12, 192:2
**Sarah** [1] - 52:17
**satisfaction** [1] - 26:5
**saw** [17] - 11:12, 61:11, 61:23, 62:14, 70:19, 72:10, 72:20, 123:19, 123:21, 124:7, 124:18, 125:10, 125:14, 147:5, 153:23, 169:9, 169:11
**scenario** [1] - 201:6
**scene** [22] - 39:15, 50:2, 56:20, 57:2, 62:7, 66:21, 71:8, 72:8, 73:2, 83:18, 84:13, 84:21, 91:20, 123:7, 125:7, 173:17,

185:23, 200:6, 200:17, 202:21, 206:14, 209:5
**SCHECK** [1] - 2:1
**SCHIFFRIN** [1] - 2:6
**scholarship** [2] - 171:3, 171:13
**school** [5] - 98:8, 186:16, 186:17, 187:14, 187:21
**scope** [1] - 203:5
**Scott** [94] - 14:6, 14:11, 14:14, 18:22, 24:3, 31:7, 39:15, 43:11, 55:17, 56:14, 56:19, 57:12, 57:16, 62:1, 66:21, 67:19, 69:20, 70:15, 72:10, 73:2, 73:7, 74:20, 79:1, 79:5, 79:17, 79:19, 80:5, 80:9, 84:15, 118:2, 122:18, 126:6, 126:10, 126:18, 127:13, 129:7, 129:20, 130:4, 131:1, 131:11, 131:20, 133:14, 133:22, 135:12, 135:16, 135:18, 136:11, 136:14, 137:12, 138:5, 139:18, 140:2, 141:6, 142:7, 159:19, 161:16, 161:23, 162:22, 163:13, 163:16, 163:23, 164:7, 166:10, 167:9, 169:19, 173:5, 173:11, 175:6, 183:19, 184:3, 184:22, 185:2, 189:23, 190:18, 191:20, 192:14, 192:21, 195:16, 195:21, 196:1, 196:14, 200:9, 200:23, 202:19, 204:21, 205:10, 207:18, 209:12, 211:2, 211:4, 214:10, 216:3, 216:4
**Scott's** [4] - 80:12, 131:12, 200:4, 210:5
**screen** [4] - 52:15, 58:17, 59:1, 60:22
**screenshotted** [1] - 129:16
**Sean** [5] - 32:7, 77:5, 97:13, 100:14, 101:15
**search** [1] - 87:12

season [1] - 14:10
seat [1] - 164:4
seated [1] - 97:2
seater [1] - 18:2
second [16] - 28:9, 29:14, 30:7, 30:8, 36:1, 51:13, 60:19, 105:7, 110:5, 168:12, 186:6, 197:23, 203:3, 203:6, 203:11
secondhand [4] - 147:1, 147:6, 151:11, 211:3
seconds [4] - 23:1, 58:23, 191:11, 196:19
secret [2] - 36:7, 36:10
section [1] - 79:10
Section [1] - 46:3
see [60] - 21:9, 26:18, 27:2, 27:5, 27:8, 27:23, 28:9, 29:17, 29:20, 29:21, 30:11, 30:21, 44:8, 46:1, 46:5, 46:12, 46:17, 47:10, 47:13, 47:23, 48:5, 52:20, 60:21, 61:3, 64:11, 64:16, 65:3, 65:15, 65:21, 72:19, 87:2, 87:23, 89:2, 89:4, 89:16, 89:21, 91:11, 94:4, 102:14, 102:21, 107:2, 122:18, 122:23, 139:16, 153:19, 155:13, 155:14, 156:1, 164:19, 167:9, 168:1, 176:16, 189:2, 194:22, 195:20, 196:10, 200:20, 203:10, 203:20, 203:21
seeing [2] - 188:16, 207:17
seeking [2] - 53:9, 112:13
seem [1] - 207:16
sees [1] - 22:8
self [2] - 122:10, 122:15
self-defense [2] - 122:10, 122:15
sell [2] - 157:14, 160:14
selling [4] - 85:23, 86:2, 181:22, 183:10
sense [3] - 144:16, 173:10, 173:13
sent [2] - 129:12

sentence [2] - 46:17, 104:4
sentenced [4] - 103:8, 104:5, 104:11, 108:9
sentencing [1] - 78:5
September [1] - 76:6
serious [5] - 21:23, 22:1, 40:2, 40:22, 90:9
serve [1] - 102:10
served [1] - 197:2
Services [3] - 86:8, 86:23, 214:16
services [1] - 76:19
serving [2] - 95:22, 96:8
set [1] - 212:3
seven [6] - 102:2, 125:17, 143:14, 160:6, 187:4, 188:3
several [4] - 33:4, 70:23, 135:2, 140:12
shakes [1] - 5:5
Shannon [10] - 8:22, 160:22, 170:9, 170:13, 170:15, 170:23, 171:7, 176:2, 200:14, 200:15
share [1] - 127:13
Shawn [8] - 87:23, 91:7, 94:6, 97:16, 97:23, 98:5, 98:7, 98:23
Shawn's [1] - 98:16
sheet [2] - 107:21, 212:4
shells [1] - 123:6
Shelly [1] - 167:1
shift [1] - 167:2
shoot [6] - 89:6, 106:22, 109:7, 181:9, 192:22
shooter [3] - 83:18, 84:9, 204:22
shooting [54] - 30:10, 31:8, 39:5, 39:16, 46:4, 62:2, 65:18, 67:13, 72:5, 72:11, 72:19, 77:19, 83:10, 83:16, 83:20, 90:23, 91:15, 91:18, 92:8, 95:16, 99:19, 104:11, 104:13, 109:18, 109:23, 116:13, 117:21, 117:23, 119:6, 121:17, 122:6, 122:17, 122:19, 122:23, 125:22,

136:15, 144:1, 169:13, 169:20, 172:10, 177:14, 183:20, 184:2, 184:7, 185:14, 188:14, 188:21, 189:5, 191:20, 192:7, 192:8, 198:17, 200:23, 209:9
short [1] - 171:5
shorthand [1] - 213:9
shortly [3] - 104:10, 154:4, 155:17
shot [12] - 35:1, 35:3, 89:11, 91:19, 101:21, 108:1, 179:13, 179:17, 179:19, 179:23, 180:4, 196:14
shotgun [1] - 101:7
shots [5] - 123:11, 123:12, 124:3, 189:15, 189:16
show [1] - 194:2
showed [2] - 167:19, 168:2
showing [1] - 168:17
side [3] - 26:19, 108:4, 123:19
sign [2] - 4:2, 4:4
signature [2] - 27:23, 28:6
signed [1] - 28:4
silent [1] - 27:9
silver [1] - 125:11
similarly [1] - 24:1
Simmons [4] - 141:4, 141:10, 141:15, 142:2
simply [1] - 51:22
single [3] - 45:14, 64:8, 189:9
single-page [1] - 64:8
single-spaced [1] - 45:14
sister [4] - 80:19, 128:11, 128:14, 140:5
sit [11] - 141:1, 141:11, 141:13, 141:22, 149:3, 150:16, 152:3, 174:3, 196:13, 207:3, 207:16
sit-down [4] - 141:1, 141:11, 141:13, 141:22
sitting [2] - 167:14, 189:18
situation [1] - 125:2
six [16] - 14:19, 31:2, 101:23, 102:9, 104:12, 158:8,

158:16, 158:22, 172:9, 188:6, 189:5, 189:8, 204:23
size [1] - 178:12
skinny [3] - 170:23, 172:11, 172:14
skip [2] - 65:11, 99:7
Sly [3] - 195:9, 195:10, 195:13
small [5] - 46:2, 87:10, 87:11, 94:15, 125:16
Smith [7] - 175:19, 175:22, 176:1, 176:6, 176:12, 176:23, 177:17
snide [1] - 138:23
sold [3] - 94:15, 114:3, 157:12
someone [11] - 117:22, 121:2, 121:10, 134:10, 147:8, 173:14, 180:21, 181:5, 181:9, 181:12, 182:16
sometime [6] - 12:21, 15:1, 103:1, 112:2, 129:1, 134:21
sometimes [2] - 158:19, 159:1
somewhat [1] - 82:10
somewhere [6] - 16:11, 33:15, 143:3, 205:21, 206:8
son [1] - 201:18
Son [1] - 209:14
soon [3] - 93:3, 93:19, 113:6
sorry [19] - 8:4, 18:10, 23:21, 36:17, 47:6, 47:19, 54:8, 62:19, 74:23, 99:13, 110:5, 124:1, 128:14, 151:7, 152:9, 165:5, 175:17, 193:5, 194:8
sort [4] - 15:18, 45:8, 118:21, 139:16
source [1] - 108:23
sources [1] - 105:11
spaced [1] - 45:14
speaking [5] - 6:18, 12:2, 19:18, 143:18, 192:17
specifically [1] - 17:16
specifics [1] - 141:21
speculate [1] - 35:14
speculation [1] -

15:9
split [1] - 187:19
Splitting [1] - 4:6
spoken [3] - 6:6, 80:12, 129:17
spot [1] - 75:15
Sr [1] - 101:22
ss [1] - 213:2
STAMBACH [1] - 1:9
Stambach [18] - 2:16, 151:18, 151:21, 152:1, 152:4, 152:12, 152:17, 153:3, 153:13, 153:19, 153:23, 154:16, 154:20, 155:6, 156:1, 156:3, 194:15, 197:1
stamp [3] - 51:20, 64:10, 193:18
stamped [3] - 44:5, 57:11, 193:20
stamps [2] - 26:22, 86:16
stand [3] - 159:12, 181:23, 182:19
standing [2] - 123:18, 177:6
Stark [2] - 56:15, 58:14
start [8] - 53:22, 54:1, 58:5, 86:22, 98:7, 117:9, 133:11, 182:12
started [14] - 5:2, 59:19, 76:9, 96:5, 96:14, 98:6, 104:4, 122:6, 122:17, 175:13, 175:21, 177:10, 177:16, 198:13
starting [1] - 128:11
starts [1] - 65:13
state [2] - 93:13, 142:21
STATE [1] - 213:1
State [1] - 213:6
statement [29] - 9:1, 24:15, 25:8, 26:6, 26:8, 26:9, 28:11, 28:16, 29:4, 29:13, 32:6, 42:10, 43:3, 44:7, 45:10, 45:19, 48:7, 50:16, 50:21, 66:23, 68:7, 68:18, 69:2, 154:15, 154:23, 155:18, 199:17, 203:13, 208:2
statements [13] - 8:14, 8:16, 8:17, 8:19, 42:20, 44:10, 54:19,

126:21, 156:23, 157:3, 157:6, 205:21
**STATES** [1] - 1:3
**states** [1] - 96:21
**stating** [2] - 19:19, 53:21
**station** [10] - 24:15, 25:9, 32:5, 32:8, 201:23, 202:1, 205:22, 205:23, 206:10, 206:12
**stayed** [5] - 76:7, 79:7, 102:13, 102:17, 166:2
**stemmed** [1] - 40:14
**stepfather** [4] - 44:21, 203:17, 208:7, 208:11
**sticking** [1] - 145:4
**still** [8] - 67:11, 112:18, 118:19, 118:20, 121:12, 154:8, 178:12, 178:13
**stipulations** [1] - 4:1
**stood** [4] - 190:12, 190:19
**stop** [12] - 16:11, 22:3, 22:10, 33:13, 54:6, 58:6, 60:15, 60:17, 93:12, 93:21, 132:9
**stopped** [5] - 58:11, 58:22, 60:18, 133:3, 178:7
**store** [4] - 122:20, 123:13, 128:13, 189:15
**stories** [2] - 53:18, 55:12
**story** [7] - 12:15, 51:6, 55:5, 67:22, 68:5, 69:23, 145:4
**straight** [2] - 119:2, 202:4
**strange** [1] - 105:14
**Stratford** [1] - 113:20
**stray** [1] - 115:5
**Street** [6] - 1:20, 2:3, 2:7, 2:13, 4:12, 61:14
**street** [7] - 31:3, 72:22, 122:3, 125:6, 162:9, 190:15, 197:14
**streets** [3] - 92:5, 138:12, 158:12
**Streets** [1] - 101:22
**strike** [8] - 12:1, 24:2, 84:14, 146:21, 151:7, 152:9, 152:10, 175:17
**strong** [1] - 171:5

**structure** [1] - 148:11
**struggle** [1] - 97:4
**stuff** [4] - 6:21, 43:15, 81:14, 140:17
**subdued** [1] - 97:5
**subsequent** [2] - 41:22, 54:21
**substance** [6] - 56:1, 64:20, 69:3, 74:19, 126:20, 164:13
**suffered** [1] - 65:5
**suggest** [1] - 196:6
**suggested** [1] - 207:17
**suggestion** [1] - 200:21
**suit** [1] - 127:14
**Suite** [4] - 1:20, 2:7, 2:13, 3:2
**sum** [4] - 15:18, 69:3, 74:19, 126:20
**Supervisors** [2] - 1:11, 2:19
**supplied** [1] - 214:21
**supplying** [2] - 4:5, 4:7
**supposed** [2] - 136:22, 141:14
**survive** [1] - 183:12
**survived** [2] - 136:20, 136:21
**suspected** [1] - 85:22
**suspended** [1] - 98:10
**swarming** [1] - 188:17
**sweet** [5] - 138:11, 185:8, 185:11, 185:13, 185:15
**sworn** [3] - 4:13, 27:6, 213:13
**Sworn** [1] - 212:11
**system** [2] - 138:16, 143:8

# T

**tall** [2] - 170:15, 172:7
**tape** [3] - 176:16, 193:6, 207:19
**tape-recorded** [1] - 207:19
**targeted** [1] - 181:21
**TEC-9** [19] - 14:12, 14:15, 14:19, 29:19, 41:5, 41:18, 61:20, 65:18, 67:13, 72:4,

72:7, 73:1, 84:18, 109:23, 112:8, 164:2, 190:1, 190:11, 196:2
**technology** [1] - 111:1
**telephone** [3] - 13:22, 14:4, 128:23
**televised** [5] - 56:10, 56:15, 70:16, 200:4, 200:6
**television** [1] - 56:9
**ten** [11] - 60:18, 67:10, 76:7, 76:8, 76:9, 78:15, 79:6, 79:7, 83:7, 137:1, 165:17
**ten-minute** [1] - 165:17
**term** [1] - 134:5
**terms** [2] - 51:21, 160:8
**Terranova** [10] - 76:14, 76:20, 76:21, 77:2, 77:20, 77:23, 90:13, 95:6, 97:11, 108:12
**terrible** [1] - 14:10
**test** [1] - 145:16
**testified** [12] - 4:13, 18:20, 19:3, 23:7, 24:1, 24:3, 49:11, 67:19, 156:19, 161:15, 204:21
**testify** [7] - 23:15, 70:16, 91:16, 91:22, 92:7, 92:14, 213:14
**testifying** [4] - 22:3, 22:5, 92:6, 93:14
**testimony** [31] - 24:20, 43:7, 51:7, 54:16, 54:21, 66:1, 66:7, 66:18, 66:20, 67:5, 69:12, 69:17, 69:19, 73:10, 74:19, 83:16, 92:16, 113:14, 146:11, 161:19, 165:9, 166:21, 167:17, 168:18, 169:5, 172:3, 188:12, 196:9, 210:5, 210:10, 212:5
**text** [5] - 129:12, 129:15, 129:20, 139:21, 216:3
**THE** [156] - 4:1, 4:5, 7:8, 8:6, 10:4, 12:11, 12:18, 13:3, 15:10, 16:16, 19:1, 19:7, 20:15, 21:4, 21:7, 21:20, 23:11, 23:22,

24:8, 25:1, 25:6, 26:12, 27:17, 28:18, 29:1, 29:10, 31:18, 34:19, 34:23, 36:9, 39:7, 39:11, 39:18, 40:1, 40:7, 40:12, 40:19, 41:7, 42:16, 42:23, 45:20, 47:14, 48:11, 49:1, 49:16, 49:23, 50:10, 53:12, 55:1, 55:7, 55:14, 57:1, 59:12, 60:3, 62:4, 62:10, 66:13, 66:15, 67:3, 67:16, 68:1, 68:9, 68:14, 69:9, 70:2, 70:7, 70:11, 70:23, 71:10, 72:2, 82:15, 84:9, 85:2, 87:19, 89:18, 95:10, 96:4, 96:10, 97:20, 98:18, 103:22, 105:13, 106:2, 106:7, 108:6, 108:16, 109:1, 110:3, 112:10, 114:10, 114:17, 116:17, 119:23, 120:21, 121:8, 122:2, 124:9, 124:18, 126:2, 126:8, 130:8, 131:4, 131:7, 131:17, 134:1, 138:1, 138:8, 139:21, 141:20, 142:12, 144:3, 152:20, 153:8, 155:2, 155:9, 156:16, 156:22, 158:2, 158:19, 159:1, 160:11, 162:15, 163:3, 163:10, 164:17, 167:12, 167:22, 168:21, 169:2, 170:7, 174:7, 179:15, 180:9, 180:14, 181:1, 181:7, 181:12, 181:19, 182:11, 183:3, 183:22, 184:5, 184:20, 185:6, 185:20, 189:1, 189:20, 190:6, 190:22, 199:13, 201:3, 201:8, 202:23, 204:4, 204:10, 211:12
**themselves** [2] - 181:13, 187:15
**thinking** [2] - 123:17, 130:19
**thinks** [1] - 138:5
**third** [7] - 29:18, 30:17, 65:12, 127:21, 128:1, 129:21, 216:4

**Thompson** [4] - 9:17, 11:20, 18:14, 52:19
**THOMPSON** [4] - 2:6, 2:7, 109:5, 168:20
**thread** [1] - 139:16
**threats** [2] - 168:3, 168:6
**three** [16] - 10:22, 11:3, 18:1, 65:5, 94:22, 94:23, 95:11, 95:19, 120:5, 131:7, 132:11, 156:6, 166:22, 185:14, 188:10, 193:7
**throughout** [1] - 205:20
**throwing** [1] - 106:11
**ties** [1] - 136:18
**timeframes** [1] - 132:23
**timestamp** [2] - 51:22, 111:13
**timing** [5] - 119:5, 132:3, 132:7, 132:10
**Tino** [7] - 46:19, 47:4, 48:2, 48:3, 65:19, 203:18, 208:7
**TO** [2] - 214:1, 215:1
**today** [16] - 8:5, 8:7, 9:16, 56:2, 66:12, 83:17, 149:3, 150:16, 152:3, 162:10, 163:7, 174:3, 196:13, 207:3, 207:13, 207:16
**today's** [7] - 6:13, 7:4, 8:1, 8:11, 25:21, 73:5
**together** [11] - 18:1, 18:18, 50:23, 69:7, 79:9, 203:16, 203:18, 208:6, 208:8, 208:17, 208:22
**Toine** [4] - 169:6, 169:14, 169:16, 189:12
**Toine's** [2] - 15:6, 40:16
**tongue** [1] - 85:18
**tonight** [1] - 187:23
**took** [20] - 35:1, 35:3, 48:3, 48:19, 53:3, 76:20, 83:7, 94:22, 96:1, 96:4, 104:13, 131:4, 135:5, 135:21, 145:15, 166:1, 166:23, 177:5, 185:13, 209:2
**tooken** [1] - 186:9

**top** [3] - 27:2, 64:11, 194:4

**Torri** [12] - 39:5, 95:16, 123:20, 124:7, 144:4, 176:19, 176:21, 177:8, 192:22, 195:21, 196:2, 196:14

**Torriano** [12] - 59:16, 62:2, 95:19, 96:6, 99:19, 104:3, 122:5, 131:2, 131:12, 156:11, 161:2, 184:13

**tossed** [1] - 179:18

**totally** [1] - 187:17

**touch** [2] - 80:3, 82:1

**tough** [6] - 174:10, 174:11, 181:5, 181:12, 181:22, 182:4

**toward** [1] - 122:21

**towards** [4] - 35:1, 125:2, 125:5, 125:6, 125:7, 169:11, 169:13, 169:21

**towed** [1] - 186:10

**track** [2] - 36:17, 139:17

**traffic** [2] - 33:19, 97:3

**transcript** [8] - 4:6, 13:7, 52:2, 73:6, 192:1, 193:3, 193:4, 212:4

**transcripts** [1] - 4:8

**transferred** [1] - 32:1

**travels** [1] - 143:1

**Travis** [3] - 167:19, 168:3, 168:17

**tree** [1] - 81:14

**trial** [20] - 1:16, 10:6, 37:1, 76:9, 78:4, 90:6, 90:14, 91:22, 93:16, 95:19, 96:1, 96:5, 96:14, 100:9, 100:10, 101:12, 101:13, 148:21, 149:8, 149:10

**tried** [1] - 92:17

**tries** [1] - 116:14

**trouble** [9] - 14:1, 31:15, 40:1, 40:5, 40:9, 40:14, 40:21, 110:11, 182:12

**true** [12] - 17:3, 18:22, 19:1, 24:6, 24:8, 30:5, 30:6, 30:15, 30:16, 71:23, 183:3, 212:4

**trust** [1] - 145:9

**trusted** [1] - 173:14

**truth** [6] - 130:17,

145:3, 145:13, 213:14, 213:15

**truthfully** [1] - 62:1

**try** [2] - 143:6, 194:3

**trying** [29] - 46:14, 50:2, 55:4, 55:10, 59:18, 60:16, 68:14, 103:19, 105:7, 106:8, 119:5, 124:20, 127:2, 127:11, 130:19, 132:12, 132:17, 134:15, 135:2, 135:8, 135:9, 136:3, 137:4, 140:1, 144:4, 169:19, 183:12, 183:14, 194:1

**turn** [10] - 27:20, 91:5, 94:1, 94:9, 96:16, 97:14, 100:23, 101:16, 104:21, 203:2

**turned** [2] - 122:22, 143:16

**turning** [1] - 120:22

**tussling** [1] - 123:20

**TV** [2] - 120:22, 202:20

**twice** [1] - 92:17

**two** [26] - 8:23, 11:2, 11:4, 18:2, 29:17, 37:21, 49:3, 50:15, 62:16, 78:11, 96:5, 96:6, 102:8, 108:19, 113:7, 141:22, 156:11, 156:6, 166:6, 166:21, 166:22, 171:12, 177:13, 177:14, 186:16, 191:11

**two-minute** [1] - 113:7

**two-seater** [1] - 18:2

**type** [8] - 46:1, 105:23, 109:5, 109:8, 109:10, 142:18, 182:20, 201:6

**typed** [1] - 155:12

**typo** [1] - 28:15

## U

**um-hum** [2] - 68:22, 154:9

**unable** [1] - 72:19

**under** [4] - 87:9, 105:19, 107:1, 213:10

**understood** [5] - 5:15, 12:5, 27:13, 130:2, 196:1

**unfamiliar** [1] - 110:13

**unforgiveable** [1] -

136:19

**unique** [1] - 39:13

**unit** [2] - 197:1, 197:2

**UNITED** [1] - 1:3

**unknown** [1] - 89:6

**Unknown** [2] - 1:11, 2:18

**unless** [3] - 75:7, 93:5, 143:2

**unreachable** [2] - 135:10, 136:5

**unsure** [1] - 102:16

**up** [65] - 11:9, 12:1, 14:6, 14:9, 14:11, 14:14, 15:4, 15:18, 15:20, 17:5, 21:12, 21:15, 24:21, 27:19, 32:4, 41:10, 44:15, 52:15, 53:17, 59:15, 62:1, 69:13, 84:21, 91:16, 108:17, 113:6, 115:6, 117:11, 117:15, 122:6, 125:6, 135:4, 145:19, 155:11, 163:12, 163:13, 163:18, 165:6, 167:19, 168:2, 168:17, 171:18, 173:11, 176:19, 181:23, 182:19, 183:18, 184:20, 184:23, 185:17, 186:8, 187:18, 187:19, 188:11, 191:9, 191:16, 198:1, 199:4, 202:12, 205:3, 207:8, 207:9, 210:12, 210:18, 210:22

**upset** [4] - 135:7, 135:21, 136:2, 136:7

**usual** [1] - 4:1

**Uzi** [6] - 61:15, 71:22, 110:15, 111:19, 111:20, 112:7

## V

**vacate** [1] - 53:9

**vacated** [1] - 80:6

**vague** [3] - 12:17, 106:17, 120:11

**Val** [2] - 80:21

**Valentina** [2] - 80:18, 82:1

**Valentina's** [4] - 80:19, 80:20, 80:22, 81:1

**Valentino** [8] - 46:19, 47:4, 48:2, 52:11,

60:21, 98:1, 128:17, 214:8

**VALENTINO** [6] - 1:1, 1:5, 1:16, 4:12, 212:9, 215:3

**Valentino's** [1] - 134:8

**valid** [1] - 98:15

**various** [4] - 86:9, 103:4, 148:11, 214:17

**verbal** [1] - 5:6

**verbatim** [2] - 164:15, 213:8

**verdict** [1] - 90:17

**version** [3] - 167:17, 183:18, 194:4

**vicinity** [1] - 148:20

**Vickerd** [4] - 2:17, 149:5, 149:16, 149:18

**VICKERD** [1] - 1:10

**Video** [3] - 58:9, 60:11, 61:7

**video** [8] - 51:11, 54:3, 57:11, 58:2, 58:20, 70:19, 111:14, 200:20

**videos** [1] - 11:14

**videotape** [3] - 52:16, 54:12, 57:5

**videotaped** [11] - 11:11, 43:10, 43:18, 52:10, 55:18, 56:1, 57:15, 61:10, 71:21, 214:7, 214:10

**view** [2] - 43:10, 71:2

**violate** [1] - 182:13

**violation** [1] - 10:5

**visible** [1] - 164:6

**visit** [2] - 63:13, 63:17

**visited** [1] - 201:12

**voice** [4] - 59:1, 59:3, 59:5, 200:12

**vs** [1] - 1:7

## W

**wait** [1] - 119:16

**waiting** [1] - 104:4

**waived** [1] - 32:15

**Walden** [1] - 89:7

**walked** [1] - 84:21

**Wanda** [2] - 56:15, 58:14

**wants** [4] - 21:12, 21:14, 129:8, 139:19

**warrant** [2] - 87:12, 91:11

**watch** [2] - 61:10, 120:22

**weapon** [7] - 34:3, 34:5, 39:15, 40:22, 41:1, 67:20, 89:6

**weapons** [1] - 78:1

**weed** [1] - 157:14

**week** [1] - 8:8

**weeks** [4] - 15:7, 40:16, 177:13, 177:14

**weighed** [2] - 171:8, 171:11

**Wende** [1] - 78:17

**West** [1] - 2:7

**WESTERN** [1] - 1:4

**WEXLER** [1] - 3:1

**whatsoever** [2] - 209:4, 209:7

**white** [9] - 186:4, 186:5, 186:11, 186:12, 186:14, 186:19, 187:22, 188:12, 188:18

**whoa** [5] - 73:20, 174:22

**Whoa** [1] - 123:1

**whole** [8] - 46:15, 59:19, 102:17, 143:4, 169:3, 175:13, 177:10, 213:14

**willing** [1] - 130:3

**window** [2] - 179:18, 179:21

**wish** [4] - 127:4, 137:7, 173:19, 173:22

**withdrawn** [1] - 207:13

**Witness** [1] - 215:2

**witness** [10] - 6:19, 22:6, 85:12, 85:14, 91:11, 91:14, 91:15, 93:15, 132:4, 132:18

**WITNESS** [154] - 7:8, 8:6, 10:4, 12:11, 12:18, 13:3, 15:10, 16:16, 19:1, 19:7, 20:15, 21:4, 21:7, 21:20, 23:11, 23:22, 24:8, 25:1, 25:6, 26:12, 27:17, 28:18, 29:1, 29:10, 31:18, 34:19, 34:23, 36:9, 39:7, 39:11, 39:18, 40:1, 40:7, 40:12, 40:19, 41:7, 42:16, 42:23, 45:20, 47:14, 48:11, 49:1, 49:16, 49:23, 50:10, 53:12, 55:1, 55:7, 55:14, 57:1, 59:12, 60:3, 62:4, 62:10, 66:13, 66:15, 67:3, 67:16,

68:1, 68:9, 68:14, 69:9, 70:2, 70:7, 70:11, 70:23, 71:10, 72:2, 82:15, 84:9, 85:2, 87:19, 89:18, 95:10, 96:4, 96:10, 97:20, 98:18, 103:22, 105:13, 106:2, 106:7, 108:6, 108:16, 109:1, 110:3, 112:10, 114:10, 114:17, 116:17, 119:23, 120:21, 121:8, 122:2, 124:9, 124:18, 126:2, 126:8, 130:8, 131:4, 131:7, 131:17, 134:1, 138:1, 138:8, 139:21, 141:20, 142:12, 144:3, 152:20, 153:8, 155:2, 155:9, 156:16, 156:22, 158:2, 158:19, 159:1, 160:11, 162:15, 163:3, 163:10, 164:17, 167:12, 167:22, 168:21, 169:2, 170:7, 174:7, 179:15, 180:9, 180:14, 181:1, 181:7, 181:12, 181:19, 182:11, 183:3, 183:22, 184:5, 184:20, 185:6, 185:20, 189:1, 189:20, 190:6, 190:22, 199:13, 201:3, 201:8, 202:23, 204:4, 204:10, 211:12

**witnessed** [1] - 180:7

**witnesses** [6] - 8:20, 42:20, 66:2, 143:14, 144:12, 156:12

**WITNESSES** [1] - 215:1

**woman** [2] - 5:3, 115:23

**wonderful** [1] - 5:3

**wonders** [1] - 111:1

**word** [1] - 133:18

**words** [5] - 120:17, 133:19, 164:13, 184:10, 205:12

**works** [2] - 138:15, 138:20

**worried** [1] - 120:19

**worse** [1] - 89:10

**worst** [1] - 174:7

**worth** [1] - 95:1

**wounds** [1] - 65:6

**wow** [1] - 171:18

**wrack** [1] - 140:16

**wrap** [1] - 115:6

**Wright** [8] - 107:9, 107:13, 107:17, 107:20, 177:20, 177:21, 178:15

**write** [1] - 126:23

**writing** [3] - 129:22, 213:10, 216:5

**written** [2] - 28:21, 203:23

**wrongful** [1] - 112:14

**wrongfully** [1] - 6:11

**wrote** [2] - 127:3, 143:12

## Y

**yard** [1] - 169:18

**yards** [3] - 122:22, 152:1, 183:23

**Yates** [2] - 80:15, 81:15

**year** [13] - 67:18, 73:7, 78:19, 80:4, 99:22, 99:23, 108:10, 127:9, 136:4, 171:20, 171:22, 172:1, 198:12

**years** [26] - 9:14, 10:8, 42:11, 42:13, 43:8, 66:13, 78:23, 79:4, 79:6, 79:7, 81:19, 83:1, 94:23, 95:19, 102:9, 126:22, 129:17, 131:7, 132:11, 137:2, 138:9, 143:11, 173:3, 202:10, 206:19, 207:14

**yelling** [3] - 179:10, 179:11, 180:3

**yesterday** [2] - 7:19, 8:7

**Yo** [1] - 192:8

**YORK** [2] - 1:4, 213:1

**York** [11] - 1:20, 2:4, 2:8, 2:14, 3:2, 4:12, 113:16, 114:7, 114:20, 213:6

**yourself** [6] - 52:19, 147:23, 181:16, 181:23, 182:19

## Z

**zero** [1] - 58:5