17 49:5,
12,21
51:11
52:8
53:11,20
54:7
55:17
56:6,7,
10,11,21,
22 57:18
58:5,14,
22 59:7
60:8,14,
21,24
61:15,19,
23 62:15,
20,23
64:10
65:3,13,
25 66:1,
22 67:15,
20 68:3,
4,13,14,
21,22
69:4,5,21
70:13,14
71:4,10,
15,20,21
72:20
73:9,22
74:5,15,
24 75:6
77:7
78:25
80:2,14
81:9,14
83:10,19
84:2,7,
13,18
88:18
89:2,18
90:10,20
91:2,20
92:1,8,22
93:4,20
94:5,11
95:6,15
96:13
99:22
100:6,12
102:9,15
103:1
104:1,17,
22 105:2,
7,15,22
107:9
109:1,5
110:4,18
111:7
112:12,17
113:7,14,
22 114:5,
15 115:2,
10,19
116:2,18
117:18
118:9,18,
25 119:7
120:7
121:3,8,
12 122:1,
9,17
123:1,10
124:4,10,
24
125:12,
16,25
126:5
127:10,
17,25
128:8,16
129:2,13
130:5,13
131:7,15,
23,24
132:10,
11,17,18,
23 133:5,
6,15,16,
25 134:3,
17,21
135:8
136:2,19,
20,25
137:1,7,
8,17
138:20,25
139:14,
15,25
140:1,20,
21 141:4,
6,24
142:9
143:1
144:5,6
145:25
147:7
148:23
150:12,24
151:9,25
154:24
156:9
157:17
158:12
159:10,22
160:18
161:9,15
162:17,25
163:12
164:1,24
165:17,23
166:9,23
167:11,
18,19,24
168:23
169:18
171:6,12,
19,25
172:9,16,
17,24
173:6,13,
14 174:14
175:1,16,
25 176:20
177:14,25
178:8,19,
24 179:9,
20 180:6
181:9,23
182:5,15,
23,24
183:5,12,
20 184:4,
9,10,22,
25 185:9,
15,22,23
186:14,19
187:5,11,
17 188:7,
14 189:6,
13,25
190:10,
19,24
192:1,4,
16,22
193:4,16,
22 194:4,
11,16
196:19,23
197:17
199:3,18
200:2,3,
22 201:2,
13 202:1
203:1,8,
11,15,19,
20 204:4,
5,14,15,
23,24
205:8,18,
19
206:10,
11,25
207:1,14,
16 208:20
209:6,11,
20,21
210:2,8,
12 211:1,
7,11
212:2,15,
21 213:1,
20 214:2,
11,24
215:5,9,
19 216:1,
6,11,17,
24 217:20
218:4,9,
18,24
220:4,12,
18,24
221:21
222:18,25
223:1,9,
17,22
224:9,15
225:3,8,
16,23
226:15,22
227:6,13
228:1,11,
17,24
229:10,19
230:4
231:6,9,
17,25
232:22
233:3,8,
16,21
234:1,20
235:3,14,
21
236:10,16
237:9
238:2,3,
16,17
239:4,20,
24 240:8,
19 241:22
242:13
243:2,7,
16 244:3,
9,16,22
245:1,5,
14,24
246:5,11,
17,24
247:15,21
248:4,13,
21 249:1,
7 250:19
251:24
252:7,21
253:2,10,



16,22
254:4
255:14
257:12, 13,25
258:1
259:9
260:19
262:7,23
263:7,25
264:13,14
267:3,9, 25 268:16
269:22,23
271:20

**formal**
55:5
131:9,12
133:24
240:24

**formally**
22:13
134:9

**formed**
128:6

**forms**
38:24

**forward**
28:10,15, 21,24
59:19
73:12
125:20
249:5,21

**found**
48:4
60:18
79:3,7
160:7
164:13
169:24
170:10
171:1
176:17

192:12
209:10
210:6
242:19

**four-month**
264:5

**Fourth**
176:7

**frame**
100:13

**frankly**
175:23
204:8

**Fred**
112:3,10
113:5,11, 20 114:3, 12,25
115:8
116:1,13, 17

**free**
6:6

**frequented**
253:21,24

**fresh**
230:21

**friend**
112:2

**friends**
16:7
18:1,6,8, 21 77:20

**frightened**
221:14

**front**
165:3

**full**
45:4,9
48:19
173:9

193:15
204:12
225:21

**full-time**
17:11

**fully**
24:19
83:25
84:5,10
230:1

**function**
29:21
104:12

**functions**
63:9

**G**

**games**
25:2

**gang**
93:10,11

**gather**
87:19
181:13

**gathered**
40:16
45:5
50:18
81:3
87:20

**gave**
105:13
154:22
156:1
163:5
218:22,25
227:1
233:5
235:8
241:21
242:16

252:11,18
255:19
259:25

**geared**
133:2

**general**
47:20
74:21
161:20

**generally**
7:18,25
14:21
27:9
65:8,12
90:17

**Genesee**
20:6
165:7,11

**Gerardo**
4:8

**girl**
250:10
262:4

**girlfriend**
12:3

**give**
33:4 36:2
40:17
54:15
156:1
166:11
182:13, 20,22
184:2
204:1
220:14
221:2

**giving**
137:15
175:10
231:3,10
243:23, 24,25

**goal**
52:22

**God**
246:8

**golf**
100:25

**good**
4:20 5:8
32:23
41:24
48:22
77:20
81:2
87:21
93:24
94:8 95:4
105:11
119:17
138:15
147:9
152:25
156:3
169:1,3
181:19
185:8
201:6
237:25

**govern**
132:21

**graduate**
16:14

**graduated**
16:23

**graphic**
122:13

**gray**
119:25

**great**
35:5
76:24

**Green**
93:13,14



95:22
96:1

**guess**
21:6 22:9
25:23
32:10,13,
17 36:24
82:13
96:1
122:20
129:22,23
206:4
207:25
215:20
233:22
249:7
261:18

**guilty**
8:25 57:5
59:3 60:7
61:2
160:9
162:8,11
163:10

**gun**
120:12
136:8,9,
14,15
137:12
169:22,25
170:10,
18,21,25
171:3
172:6
176:14,16
177:7,10
178:6,17
191:18,
22,25
192:12,17
193:2
203:14

**gunpowder**
122:7,24
123:8

271:18

**guns**
177:3,8
236:4

**gunshot**
123:13,18
268:5,12,
14,24
269:14,20
270:5,11,
17

**guy**
99:6
152:18

**guys**
12:25
18:1
21:24
167:12

**H**

**half**
17:15

**halfway**
165:4

**hamburger**
16:24

**hand**
30:8

**handgun**
169:16,24
170:11

**handle**
64:14

**hands**
122:8
123:18

**hands-on**
35:18
36:17

37:16

**handwritten**
126:11,19

**Hang**
146:7

**happen**
21:4
28:14
75:9
110:8
111:5
158:21
168:22
185:7

**happened**
21:8 24:4
29:2
32:25
33:5
59:11
60:2
72:24
75:5
80:24
84:25
108:11
113:3,19
134:23
135:21
137:16
141:16
149:2
158:3
166:20
184:20
191:24
197:16
237:20
238:11,18
255:17
263:22

**happening**
109:21,22
185:3,6

199:10
230:22
261:8

**hard**
74:20
262:17

**Harrington**
3:19

**hat**
180:14

**health**
5:12,17
6:5 89:8
161:13
215:2

**hear**
96:9
118:4
148:14
179:15
191:8
220:21

**heard**
48:6,9
54:13
71:9,11,
13 96:20,
24 97:9,
14 99:6
136:7,10
152:18
184:18
195:18
265:8

**hearing**
57:13
83:1
148:15
193:6
213:6,10
221:9

**Heather**
76:16

85:5,10
262:4,18
263:24
265:21

**hectic**
52:18
109:6
149:15

**height**
234:3
235:24
240:5,7

**heights**
234:12
236:6

**hell**
138:13

**helpful**
94:22
95:9

**Hey**
152:17

**hidden**
118:10

**hide**
194:10

**high**
16:15,16
17:10,11,
13 82:12
100:11
129:19
262:18

**high-crime**
19:25

**high-profile**
27:13

**higher**
17:16

**history**



100:23 254:20

**hit**
70:11 117:9 121:16

**Hodgson**
4:13

**hold**
238:5

**holler**
136:7

**home**
12:2

**homicide**
18:9,17, 22 19:9, 12 20:7, 12,18 21:12 22:12 23:15 24:5 28:18 29:18,19 30:12 34:1 35:4,5,11 36:12 40:1,8 41:6 42:14 45:22 49:25 50:2 51:15 53:19,25 55:12,13 63:8 67:13 76:25 77:2 79:20,21, 23 80:22 82:4,6,21 83:7 86:9 89:20,25 90:5,8, 15,17,25 91:14,19, 25 92:6, 13 93:1, 24 94:20, 23 95:1,4 101:24 102:4,5 108:7,8, 13,20 115:24 121:19 122:23 125:8,20 126:3 158:2,4,8 167:3 174:1 193:7 196:7 197:9,24 198:5 200:8,15 207:9 216:23 217:8 222:12 230:25 231:22,23 234:18 235:2 241:15 242:11 245:13, 16,20 251:1 260:1 263:5 265:2 266:25 269:6 270:3

**homicides**
93:18 161:3 217:15 263:9

**honest**
27:17,19 30:6 56:16 68:24 212:10 234:2

**Honors**
262:5

**horrible**
250:13

**hospital**
47:12 96:10 107:11,12 127:16 149:4 150:22 151:5 161:13, 17,20,21, 24 211:20 213:11,15 214:18 215:25 218:20 219:17 220:16 222:3,16 261:5

**hospitals**
79:3

**hour**
10:18 112:24

**hours**
26:15 48:14 49:3 50:1,2,7, 23 51:20, 23 98:19 112:24,25 130:17 142:11 198:2 262:2

**house**
36:23 191:22 246:1

**housing**
52:5 256:9,16, 21 257:8

**Hudson**
251:12, 17,18,21 252:4,24 254:19

**Hugh**
10:12,14

**hunched**
234:10

**hundred**
197:14

**Huntley**
213:5,10 217:2 221:9

**hypothetical**
142:16 143:10, 19,21 152:14

**hypothetically**
152:8,13, 15 166:15,24

**I**

**idea**
201:10 221:18 237:25 239:2,11, 14 270:22 271:4

**ideally**
91:9

**identification**
189:21,22 219:8 236:7,25 237:8 238:1

**identifications**
129:21

**identified**
59:8 99:6 188:2

**identifies**
120:20

**identify**
112:25 189:15

**illness**
157:8,10 161:7 220:22

**immediately**
41:7 54:6 188:6

**implemented**
123:12

**importance**
65:10 66:20



67:3,7
84:5,10

**important**
49:19
50:3,5,
13,22
51:10
57:16
80:18,22
81:5
84:16
88:12
92:15
93:24
94:3,8,15
95:2,4
99:18
101:25
102:6,18
104:10
105:21
106:21
110:15
112:22,
23,24
128:10,
15,20
129:25
131:13
135:5
137:22
138:6
150:2,4,7
172:4
173:5
174:4
175:19
182:2
188:21,25
192:13,20
193:25
194:2,8
211:14
216:21
223:20
227:10

244:6
245:4,7,
9,11
263:4,8

**importantly**
51:1

**improper**
89:14,19

**in-person**
237:18
238:6,10,
14

**inappropriate**
70:25

**incentives**
193:10

**inches**
233:20

**incident**
75:3
130:12

**included**
236:14

**includes**
107:2

**including**
36:21
46:1
75:22
79:6,10
103:12
132:14
208:15
227:20

**inconclusive**
268:19

**incredible**
93:6

**incredibly**

172:4

**incriminating**
242:19

**independent**
60:18
61:5
160:8
174:3

**indicating**
46:22
182:13
189:4
199:15

**individual**
28:15,20
34:7

**individuals**
28:23
167:13

**influence**
47:25

**informal**
18:24
78:6 94:3

**informally**
51:24

**informants**
94:4

**information**
33:4 34:5
40:17
42:12,14
43:2 46:7
53:2,4,8,
10 54:4,5
57:16
64:13,25
65:11,23
66:20,25
67:8
86:12

87:11
98:19
99:16
102:6,21,
24 107:1,
17 108:2
110:15
111:11,
12,13
112:10
116:12
148:4,12
149:1,11
151:22
162:13,24
163:6,21
175:8
189:3,10
204:2
209:3
214:22
216:21
217:4,14,
19 218:1,
23 219:1,
5,25
220:9
221:19
227:2,4,
24 255:18
257:20,23
259:24
261:3
262:3,4,
5,11

**informed**
218:16
222:15
270:18
271:2

**initial**
55:14
194:19
195:3

**initially**

55:1
189:15
230:9
241:10

**innocent**
159:20,25
160:8,23
162:5

**instance**
270:15

**instruct**
108:19

**instructed**
270:16

**instructing**
108:21
271:16,24

**instruction**
6:25

**intensive**
64:9

**interact**
132:15

**interaction**
137:12
214:17
223:7

**interest**
51:2

**interested**
42:11,13
247:19,
22,25
257:19
268:19

**interrogation**
36:4

**interrogations**
63:8



64:14

**interview**
36:3
47:10
79:20
80:9
82:18
85:5
86:5,6
88:15
89:10
92:15,20
93:3
103:15
107:2,6
110:16
111:2,11,
13 114:25
115:8
127:8,23,
24 128:14
131:3,10
133:24
134:7,13
137:23
147:12
153:18
165:16
166:4,8
171:9
188:6,21
189:1
193:20
199:9,11
200:12
211:18
213:13
214:20
224:24
225:6,15
226:21
240:16,
22,24
241:6,11
248:12
254:19,21

255:18
259:20
263:1,13,
24

**interviewed**
35:25
47:12
76:15
85:10,15
103:13,16
104:14
107:13
108:6
111:6
113:21
127:15
128:10
130:10,16
134:10
146:18,24
147:25
149:3,8
150:21
157:14
161:13,23
189:2
199:1,16
204:12
211:25
218:7
220:7,10
222:8
223:21
224:2,4
225:13
230:13,25
231:21
232:2
237:23
240:21,23
247:5,14
254:23
259:21
265:21

**interviewing**

63:7
92:14
102:19,22
104:12
127:6
138:8
154:8
215:23
216:22
222:22
247:9
263:17
265:19
266:1

**interviews**
35:22
64:14
91:8
144:3
196:1

**intoxicated**
129:15,19

**intoxication**
129:12

**introduce**
4:2

**invalid**
77:15

**investigate**
41:23
42:23
68:11
77:4
124:22,25
125:15
156:4
174:11
175:19,24
227:10

**investigated**
58:2
155:15

171:5
228:9,15,
23

**investigating**
41:15
167:3
190:16

**investigation**
25:12
28:8
29:23
33:16
37:15
43:14
44:24
50:3
56:13
57:22
60:18
61:6 62:4
67:18
76:24
77:19
78:5
84:23
91:24
106:24
110:14
154:8,16
155:14
159:6
160:9
168:21
173:10,22
177:20
190:15
191:13
192:3
193:15
198:1
200:19
208:6,9
210:16
230:8,19

242:8
245:6
254:7
265:2
271:14

**investigations**
25:12
26:3,14
27:2
54:23
66:25
132:22
263:5

**investigative**
33:21,24
58:20
76:4
102:2

**investigator**
207:20
250:17,18

**involved**
32:20
44:24
98:10
106:15,19
108:10
154:7,15
159:5
191:11
194:18
205:1,5
230:7,11,
18 234:15
236:24

**involvement**
61:8 78:4
153:13
197:8
251:6,8
268:9



**issue**
89:8
91:10
141:7
172:5
173:4

**issues**
5:12,18
6:5
204:21
205:16
212:19

**J**

**J.P.**
266:13

**J.p.'s**
266:7

**jacket**
125:9
180:12

**Jackson**
22:23
31:1 56:4
57:10
58:12
59:6 88:8
117:1
121:16
154:21
167:9
168:7,17
169:7,14
170:1,19
171:10,
17,23
172:6
173:11
174:13
175:13
176:8

**Jackson's**
271:14

**jail**
56:24
249:6

**James**
3:13
4:10,16
34:20
146:16,
18,23
147:12,25
149:8

**Jarmon**
256:2

**Jeffrey**
85:15
265:19

**Jim**
5:6

**job**
17:10,11
25:16
26:22
44:7,9
50:20,22
70:1
75:22
176:2
211:15

**jobs**
24:23
35:6
49:24
117:24,25
210:22
211:9,12

**John**
46:15,24
47:3,10,
23 48:13
49:4,18
96:10
97:18
107:2,12
110:14
111:14,
19,20
112:1
116:10
117:9
120:6
127:6,16
130:23,24
134:7,9
135:4
136:5
139:12,24
141:3
142:6,8,
20,23
143:23
144:3
148:17
149:3
150:21
151:5,7,
21,23
152:1,17
208:17

**join**
17:14

**joined**
18:11
19:15

**Josue**
158:22

**judicial**
56:18
57:25
59:2

**jumping**
234:9
236:3

**June**
3:20
255:24

**jury**
164:13,
17,19
209:10
210:6

**justified**
73:5

**K**

**keeping**
149:18

**key**
64:17,21

**kill**
170:1,19
220:17

**killed**
57:9
58:12
59:5
154:20
168:6
170:2,4

**killer**
163:18

**killers**
95:16
163:18

**kind**
11:6
12:24
19:19
23:2
109:6
124:1
131:5
166:5
168:21
185:19
189:23
246:15
250:10

**kinds**
36:4
118:15

**knew**
65:18,20
90:4
95:16,22
96:2,5,
17,25
98:2,6
99:5,7,9,
11,13
100:21
108:25
109:9,12
117:5,11
121:22
129:23
137:18
162:1
163:17,20
169:25
170:9,10
177:19
178:14
179:15
183:6
205:24
206:1
212:5,24
215:23
216:4,14
217:17
218:2,8,
17 224:3
225:24
227:14,
18,20,22
231:15
239:18
245:18,
19,22
253:23
261:1
265:3,4

**knowing**
103:2
121:13,15



149:23 208:15 255:3

**knowledge** 5:25 13:25 49:9,13 84:24 87:8,13, 24 88:2 95:5,12 97:6,21 98:11,15 99:25 100:7 116:14 153:15,16 166:17 231:2 253:5

**L**

**laid** 7:8

**Lamarr** 28:9 57:3,4,5, 8 59:2,9, 17,19 60:6 61:2 62:1 63:3 68:8 88:10 154:3,7, 22 155:11,25 157:13 165:3,11, 14 166:5 167:8 172:13 175:9,15 183:25 184:6,11, 16 189:4, 11,24 190:22 193:8,11 194:19 195:15 196:1 198:24,25 199:11, 15,25 200:5,15, 19,25 201:11,25 202:14 264:12 266:19 267:1,19

**large** 258:20 259:2

**late** 20:3 25:5,19 262:2

**late-night** 128:22

**Lauber** 212:6,8, 13

**law** 17:14

**lawsuit** 7:3 16:1

**lawyer** 172:20

**lawyers** 174:9

**lead** 29:20,22 31:2,3,11 53:10 80:21 207:20 250:17

**learn** 51:19 64:24 223:6 227:1

**learned** 9:8 97:3, 10 100:3 115:17 151:20 152:15 155:6 217:24 222:16 225:19

**learning** 65:10 100:22 255:3

**leave** 174:8

**leeway** 221:3,5 231:10

**left** 134:2 139:5,6 170:21 171:3 222:2 270:4

**leg** 117:9 136:10

**legitimate** 69:1 183:3

**Leonard** 196:1 198:24,25 199:9,16 256:2

**level** 129:12

**lie** 150:23 203:6

**lied** 151:16 162:24

**lieutenant** 34:20,21 35:18

**lieutenants** 35:11 53:21

**life** 54:14 144:19 201:19

**Lima** 212:1

**limitations** 123:17

**limited** 30:18 61:8

**line-level** 34:17

**lineup** 237:17,18 238:6,10, 14,20,21 239:2,9, 11,15,19

**lineups** 238:9

**Lippes** 4:10

**list** 264:2,18, 24

**listed** 39:14

**Listen** 159:11

**lives** 144:14, 16,21,25 145:11,13

**LNU** 117:2

**locate** 183:21 193:2

**location** 171:1

**lock** 54:24

**locking** 55:14

**Lonergan** 3:13 4:16 261:3 266:12

**long** 7:12 10:16 24:2 26:21 32:25 76:12,18 150:20

**longer** 92:9

**looked** 235:19

**loose** 138:13

**Lori** 3:25

**lost**



11:6

**lot**
35:9
64:13
142:1
173:5
179:5
215:13

**Louisiana**
19:22

**lunch**
153:1

**luncheon**
153:3

**lying**
214:1,10, 14

**Lynn**
251:13

**M**

**made**
40:1 42:4
48:5 96:8
134:15
142:21
148:4
149:2,11
174:2
189:20
218:15
219:25
220:6
226:18
237:22
247:8
251:13
252:4
257:18
268:8

**Mahoney**
3:19

**main**
51:5

**major**
91:10
155:10
240:15

**make**
8:24 9:1, 3 40:8
43:11
44:4,8
50:10,15
54:5
55:18,20
65:15
77:24
81:17
106:21
129:20
140:16
141:22
142:15,18
144:1
151:15
189:20
203:23
211:15
218:16
223:5
235:22
237:19

**makes**
44:6
54:16
140:11
194:24
195:24
214:13
257:2

**making**
8:16
42:15
55:15
260:4

**male**
117:6

**man**
90:9
159:20,25
160:17,23
229:1
233:15,17

**manager**
16:24

**manpower**
89:21
90:2,3
91:10

**Mario**
117:2
256:2

**Mark**
195:2

**marked**
219:8

**Masecchia**
17:3,7
19:10
73:2
130:23
134:14
137:18
138:11
139:8

**massive**
136:23

**matched**
223:14
235:12

**matches**
180:25

**Mathias**
4:10

**matter**
3:16

74:21
144:14, 16,21,25
145:12,13
240:7

**means**
68:19
144:16
261:7

**meant**
37:9

**medications**
5:18,24

**meet**
42:10
103:6

**meeting**
9:18,23
10:2,3,5, 8,17,25
11:19,22
217:25

**meetings**
12:8 15:4
88:3

**member**
212:9

**memo**
260:24

**memory**
5:23,25
30:21
34:13
66:11
194:17
197:15
199:23
240:18
241:5

**memory's**
48:22

**men**
145:20
232:13

**mental**
157:8,9
161:7,13, 19 215:2
220:22

**mention**
48:13
49:1
265:23

**mentioned**
46:24,25
49:9 67:4
96:10,12, 17 97:18
98:23
106:16
135:6
147:23
148:8,19
149:7

**mentioning**
49:18

**message**
15:16,17
269:5

**met**
4:22
9:10,13
40:6
221:10
265:5
266:12

**middle**
38:3 46:6
167:2

**Miguel**
37:2

**million**
149:19



**millions** 114:21 238:24

**mind** 27:22 29:4 61:25 140:25 217:5 218:6 230:21 235:17

**mine** 176:3

**minimal** 251:6

**minimum** 219:25

**minute** 85:24 86:19 87:3 135:18 146:5,7 195:10,21

**minutes** 50:4,23 146:21 147:12,24 152:9 221:10 260:5,6 266:17

**Miranda** 133:7

**mirror** 225:7 241:12

**mischaracterizes** 73:9

**misconduct** 69:12,16, 20 70:23 71:3 73:7 74:4,13, 17,22 75:24 90:6,16, 22 105:12 184:8,21 208:15 210:25

**misrepresent** 207:11

**misrepresented** 7:22 206:17 208:16 209:2,17, 18

**misrepresenting** 251:17,20

**missing** 85:13 166:13

**mistake** 214:8

**mistaken** 213:25 214:3

**mistakes** 214:13

**Mister** 5:5

**misunderstanding** 123:20

**misunderstood** 22:20

**moments** 148:8

**Monday** 10:6,7

**monitor** 35:24

**monitoring** 35:21 52:12 224:24

**month** 34:6

**months** 76:20 86:9 93:2 263:1,13, 22 264:23 265:1,5

**moonlight** 25:8

**moonlighting** 25:9

**morning** 4:20,21 48:14 49:3 51:20 128:23 181:5 241:16 242:2

**mother** 193:21

**motive** 254:24 262:12

**mounted** 21:25

**move** 221:7

**moved** 241:9

**movement** 144:21,25 145:13

**multiple** 73:2 121:16 122:6

**Municipal** 256:21 257:8

**murder** 22:23 29:13 31:1 37:14 62:2 138:12 141:13 142:11 163:16 172:14 177:23 234:21 235:2 242:25 243:15 248:20 250:25 252:12 253:15 271:15

**murdered** 250:10

**murders** 37:6 221:19 230:3 231:2 234:16 247:13

**N**

**named** 7:2 9:8 11:12,24 12:13 15:25 16:2 34:7 85:15 97:10 146:15,17 152:18 231:8 251:12 262:4

**names** 37:1 114:21

**naming** 20:15

**narcotics** 22:2,5 23:25 93:19 95:21 269:9,12 270:4

**nasty** 93:9,11

**nature** 181:22

**nearing** 67:21

**necessarily** 31:3 68:19 94:20 169:19,21 179:25 186:3,24 196:3



**needed**
30:13
35:12
53:9
91:18
262:15
180:11
197:6
200:16, 17,20,24
201:11
220:8
227:1,2
234:19, 21,25
243:23
257:23

**neighborhood**
257:11

**Nelson**
37:2

**Neufeld**
4:5,8

**news**
101:2,8
157:23
158:1,9, 17
266:20,22
267:8,10

**Niagara**
3:19
217:14
230:3
231:2
234:15

**Nick**
4:5,22

**nickel**
176:14, 17,25
177:6,8

**nickel-plated**
177:10

**nickname**
49:10
97:18

**night**
15:14
129:8
171:11

**Nike**
180:13

**non-witness**
114:20

**nonpublic**
64:25
65:11
162:12
209:4
227:4,24

**notary**
3:23

**Note**
107:8
142:24

**notes**
79:21
81:7
110:11,23
126:12, 19,25
127:2,7
134:15
138:18,23

**notice**
76:6
135:25
137:5
139:10

**noticed**
117:6

**notify**
43:10
198:1

**November**
87:2
161:23
211:19
212:13,25
213:12
214:18
230:1,10
231:21
234:14
235:1
236:13
256:3

**number**
21:3 40:1
64:7 76:3
107:24
180:19
219:6

**numbers**
38:4

**numerous**
205:11

**O**

**oath**
6:13
148:16
182:11

**object**
6:22 8:7
30:4
135:8
141:4
145:1
147:6
148:23
150:12,24
151:9,25
162:17,25
168:23
181:23
182:5
184:22
192:1,4
267:3,9
268:1
269:23

**objection**
9:4 107:8
142:24
260:20

**objections**
8:17

**obligated**
79:24

**obligation**
40:22
43:4
69:11
77:3
165:15
166:7,21
174:3,11, 19,25
175:23

**observe**
104:14

**observed**
69:12,19
70:2,3,6
73:3
74:4,13, 23 92:16
130:12
186:2
258:10

**observing**
74:16
226:21

**obtained**
196:9

**occasions**
270:5

**occurred**
89:10
118:12
136:15,24
155:15

**occurring**
270:10

**October**
11:10

**offer**
257:20

**offered**
183:25
184:2

**office**
3:18
55:25
59:25
62:3
82:7,15
108:20
123:13
141:21
142:11
173:15,25
174:20
193:7
195:19
196:7
197:9,24
198:5
200:9,15
217:8,9
224:7,19
230:12,25
231:1,22
234:19
235:2
236:21,23
237:11
240:17,23
241:16



243:9 251:2 260:1 261:20 268:10 269:4,6 270:16, 18,19,21 271:2,7, 16,24

**officer**
4:14 17:2 19:21 27:5 31:21 39:11 40:5,23 41:14 54:3 66:10 69:11,15, 20 70:2, 6,10,20 71:2 73:1 75:3,13, 23 88:22 89:15 98:6 99:16 103:18,24 104:14 110:13 111:5 130:22 143:19,21 145:6,10, 19 147:16 182:11 199:24 213:5,9, 25 214:7 260:8

**officers**
7:11 36:13 44:24 46:1 52:2,5,6, 9 53:7,15 69:13 70:3 71:13 72:4 73:3,6,7, 12 74:3, 12,23 81:22 83:6,7 87:14 88:16,25 89:12 91:8 98:1,2, 10,16 99:10 102:13 103:6,10 108:19,21 173:22 210:23 243:9 247:9 253:21,25 256:10,16 257:9 260:16

**offices**
82:16

**oftentimes**
43:14 64:21 66:6 103:12

**older**
253:15

**open**
61:25 82:7,20 107:21 217:9 225:7,10 231:1

**opened**
176:12

**operate**
133:1

**operated**
218:14

**operation**
93:15

**opinion**
214:20

**opinions**
87:18

**opposed**
123:19 137:16 151:7 163:20,21

**opposite**
233:24

**Orchard**
4:16

**order**
40:13 44:17 95:3 148:25 156:4 237:14

**organization**
131:21

**organized**
94:9

**Ortiz**
13:13 36:21,22, 23 37:10, 14 158:22, 23,24 159:1,4, 20 160:7, 16,25 161:6,7, 23 162:4, 11,22 163:1,10 164:6,14, 20 202:4, 5,6,12 207:19,20 209:1,3, 18 210:16 211:19,25 212:12 213:10 214:17 215:23,24 217:9 218:17 219:20,21 220:15 221:10,18 222:8,10 224:4,7, 19 225:20 230:13 231:3 233:13 235:12,19 236:15 237:6,15, 25 240:17 241:9,20 242:16,23 243:23,24 244:21 247:6 248:12,18 249:6,21, 22

**Ortiz's**
240:5 242:1,20

**Osario**
225:12 231:8,15, 21 232:6, 10,12,20, 25 235:8, 18 236:14,24 237:8,14 238:15 239:3 240:5 243:12,25 247:5,9 248:10

**outerwear**
124:9

**outranked**
23:5,10 53:22

**overlap**
21:19,24

**overtime**
30:7,15, 23

**P**

**p.m.**
130:22 134:10 153:4,5 195:11,12 224:8 225:20 254:13,14 272:8

**P70**
106:7

**P73**
12:22 13:1 80:5,8,18 81:18,21 106:12,20



109:19 110:2,21, 23 126:12, 22,24 134:14,16 219:3,9, 13 220:1 259:18

**P73's**
127:6

**P73s**
13:4,19, 20,22,24 14:5,10, 11 106:8

**pages**
38:3

**paid**
26:19

**paints**
100:25

**pan**
52:25

**paper**
12:10 14:11,12 101:2,9

**paperwork**
40:2 267:15,18

**paragraph**
168:10

**paramilitary**
131:21

**Pardon**
10:13 200:8 266:4

**parents**
193:10

**Park**
4:16

**part**
137:12 154:15,25 155:1,3 191:12 211:14 241:6 254:6

**participated**
33:22,24 34:10 57:21 87:7 211:18

**partner**
19:10,13 47:12 77:20

**partnering**
19:6

**partners**
18:25 78:6 265:15

**parts**
122:15 208:7

**party**
70:4

**partying**
129:8

**past**
10:6,7

**patches**
259:3

**patrol**
52:2

**pay**
30:9

**paying**
26:5 234:17

**pending**
6:8

**people**
14:22 21:3 51:24 64:21 66:6 69:23 87:13 109:7,9 128:24 129:7 150:17 161:2 167:17,22 168:1 171:15,22 178:23 179:4 180:4 187:21 188:6 202:18 204:11, 19,20 205:4,11 206:15 220:17,22 231:22 243:14,18 244:1,8 245:12, 23,25 246:4 248:11,19 261:15

**people's**
123:18

**percent**
197:14

**perfectly**
114:24 139:19 255:9

**period**
93:5 224:20 270:12

**perjury**
256:1,8 258:7

**permissible**
88:22 139:20

**permission**
237:10,16 242:16

**permitting**
150:15

**perpetrator**
65:1,24 227:24

**perpetrators**
232:17,21 233:1 235:9

**person**
9:16,19, 23 15:5 27:25 29:18 42:23 46:21 48:12 55:9 57:9,25 58:3 78:12,14 97:10 117:11 119:22 151:6 156:20 158:16 178:16 180:20 182:12,19 188:1 189:23 194:25 195:1 205:12 220:7 227:1 237:23 240:10 245:10,11 246:9,14, 15,20 251:12 264:9

**personally**
183:2

**persons**
51:2 117:5 215:13

**Pete**
10:9

**Peter**
4:12 9:11 159:8

**phone**
9:23 15:4 34:4,7 85:8 261:13 265:12

**photo**
153:22 189:23 190:17 191:5 236:14



237:14,17
238:9

**physical**
50:16
67:9

**picked**
192:17

**picnic**
18:17

**picture**
55:6

**pictures**
258:19,21

**piece**
47:2
86:11
112:9
177:11
179:18,25

**pieces**
12:10
14:11,12
117:25
122:13

**place**
81:25
82:3
108:18
112:7
132:7
200:20
269:12,21

**places**
88:14
90:16,22
101:6
108:22

**plainclothes**
19:25

**Plaintiff**
4:2,6,9,

24

**plate**
176:15,
17,25
177:6

**plated**
177:8

**played**
37:21,22
155:14

**players**
94:9,19,
24 95:5,
12

**plays**
245:7

**plea**
59:3

**pleasure**
69:22

**pled**
57:5 60:7
61:2

**PLF**
219:9

**point**
7:5 23:9
40:16
41:7
44:25
45:5
62:1,25
85:9
119:17
120:13
135:5
138:21
149:12
166:13
204:6
229:21
244:23

248:6,7
252:8
253:11
267:11
269:4

**pointed**
61:24
117:8

**police**
4:14 7:22
12:18
16:11
17:1,2,20
19:21
27:5 30:2
38:2
41:13
53:6,15
54:3 65:1
66:10
69:10
70:20
74:3
75:13
76:3
98:5,10
99:16
104:8
106:1
131:20
143:19,21
144:16
145:5,10,
19 146:25
153:24
167:3
173:22
180:1,3
182:11
184:8
194:2,8
204:22
205:6,10,
17 206:3
243:8
253:21,25

267:20
270:10
271:7,17,
25

**policeman**
144:18

**policies**
79:16

**policing**
54:13,14

**policy**
101:20
139:20
269:2,7,
11 271:8,
24

**popular**
128:23

**porch**
86:2,3
234:9
236:3

**portable**
78:16

**portion**
3:1

**POS**
98:11

**position**
20:15
152:13
163:7,10
164:16
191:9
268:14

**positive**
162:7,8,
11 189:22

**possibility**
138:15
188:12

267:23

**possibly**
112:13
113:23
141:11
142:12
181:8

**posting**
20:9

**potential**
51:2,7,20
52:13,23
53:9 54:4
92:20
93:3
108:17
111:20
148:9
150:5,11
152:10
235:9
257:10

**potentially**
79:25
108:2
181:5
199:22
257:9
262:11

**Powell**
259:21

**power**
8:5

**powerful**
148:18

**practicable**
68:1

**practice**
139:21

**precinct**
19:22
20:5



108:5

**prefer**
5:5

**preferable**
88:25

**preparation**
7:1
135:15
164:21
261:23

**prepare**
8:5 9:7
12:7

**present**
10:8
88:16,22
89:1,13
91:8
107:5
116:22
130:1
143:8
153:18,21
213:11,15
226:12
256:10,17
266:24
267:18

**preserving**
86:22
149:17

**pressure**
74:3,11,
22 193:10

**pretty**
7:12
23:18,19
64:9
231:11

**preventing**
133:2

**previously**
102:14
103:17
231:16

**primarily**
94:23

**primary**
122:22
149:21
154:19
211:9

**prior**
21:20
49:10
57:2
98:7,11,
12 100:4,
20 102:7
127:7
136:1
138:7
166:5,6,
17,20
199:16
208:9
216:22
223:7
237:15

**prison**
58:2
252:20
255:4

**private**
82:15

**probable**
40:8 43:3
44:11
45:16
46:6,11,
14 128:6
139:23
140:13,17
141:1
142:19

**problem**
44:3
127:14,
18,22
128:4
198:18,21

**problems**
43:22,23

**procedure**
101:21
236:25
237:8
238:1

**procedures**
79:17
236:8

**proceedings**
3:1,11
255:22

**process**
17:4
39:23
40:5

**professional**
215:2

**program**
17:6,8

**promoted**
20:11
21:15
22:18
23:10

**promotion**
22:15,17

**promotions**
19:18

**pronounced**
250:5

**proper**
91:24

**properly**
40:14
44:17
50:18
140:25
142:6,21
144:2

**prosecuted**
58:1
202:19

**prosecuting**
41:18

**prosecution**
249:22
256:2

**prosecutor**
40:17,23

**prosecutor's**
173:25

**protect**
132:7,8

**protest**
144:20

**proud**
145:5,10,
18

**prove**
68:1
103:3
175:12
176:2

**proved**
68:11

**proven**
154:23
155:11
172:25

**provide**
40:23
53:9
216:21
217:14
218:1

**provided**
80:1
148:13
151:23
152:1
162:23
209:4
217:18

**providing**
65:9
102:24
104:16
163:21
193:10

**pry**
5:12

**psych**
211:19
218:22
237:23

**psychiatric**
161:25
212:12,19
215:3,24
219:16
227:3

**psychiatrist**
215:2

**public**
3:23
180:1

**pull**
178:6

**pulse**
137:4

**punch**
70:11



**punching**
75:4

**purple**
145:7

**purposes**
89:7

**pushing**
75:4

**put**
20:14
80:5
81:18
114:13
117:25
126:21
127:23
131:10,13
147:13
157:9
234:3,11
235:23
236:6,7
269:24

**puts**
43:17
131:2

**putting**
114:19
127:15
202:11

**puzzle**
118:1

**Q**

**question**
6:8,17
9:3 15:3
19:8
37:8,9,13
58:10
65:5
92:17
115:25
116:4,10
131:25
135:9,18,
19 138:3
140:6,9
141:5,8
142:14,
15,16
143:6,10
147:6,10
151:10,
11,18
152:14
159:9,11
162:18
167:7
168:6
171:10,15
173:18
174:19
176:10,
11,13
177:16
181:24
182:6
183:8
203:23
206:8,22
207:6
217:5,12
218:15
224:16
244:6,20
246:22
247:2
249:18
255:16
270:24

**questioned**
228:6
248:2

**questions**
5:13 6:12
8:21 9:21
33:11
39:7
47:20
54:11
64:3
74:20
79:16
101:21
118:7,16,
22 119:1
131:18
137:22
147:17
149:23
155:21
156:2,11
159:4
165:14
180:9
183:4
207:19
250:1
254:17
266:8,15
272:6

**quick**
85:19

**quickly**
52:22
81:17
188:22

**R**

**R-A-U-T-E-N-S-T-R-A-U-C-H**
34:22

**racial**
70:21

**radar**
49:20
99:18

**radio**
52:13,15
146:24,25
147:14,24
149:7

**radios**
78:13,15,
16,20

**Rahner**
3:25

**raise**
151:6

**raised**
188:22

**ran**
26:9
93:14
136:9

**range**
121:24
122:12
186:13,21
187:6

**ranking**
258:14

**rape**
253:15

**rathered**
240:9

**Rautenstrauch**
34:21

**reach**
122:19

**reached**
142:18

**read**
3:7,8
7:14,16
12:10,18,
19,21
13:3,6,7,
11,12,17,
19,20,24
14:6,12
35:23
44:18
85:24
86:19
87:3
90:21
101:8
121:20
135:14,
22,23
139:8,13,
21 140:3
141:11,21
142:7,22
144:3,7,8
146:11
154:14
167:7
195:22
196:8
198:5
235:5

**reading**
110:20,23
125:22

**ready**
44:4
254:10

**real**
65:23
73:18
85:19

**reason**
5:13 29:5
32:3
89:5,11,
12 91:6
119:17
137:21,24
147:22
150:1,2
151:3
154:19



155:10
162:3,10
163:9,15,
19 169:3
175:7,20
180:23
181:4
183:3
211:23
212:12
223:5,12
225:14
227:17,22
228:21
232:6,19
233:7
263:11
264:4
267:22

**reasonable**
43:11

**reasons**
27:21
48:3
49:17
111:19
148:17
157:8
173:5
180:19
192:21
204:18
206:2,6
223:4,19

**recall**
14:6 17:7
21:13,14
26:20
33:21
34:24
47:9,22
59:9,15
60:3
62:11,16
65:2,4,6,

8,12,14
66:18
71:16
72:7,10
74:16
86:2 87:9
96:23
98:3 99:4
100:1,21
116:4
121:13,15
142:10
148:15
157:4,22
177:1
208:2,3
213:14,19
218:10
219:4
224:10
225:25
231:18,20
232:2,14
233:4
242:4
249:9,10
251:14
252:6,22
253:8,11,
14,19
254:18
255:2,5
256:4,11,
15 258:9,
11 259:2
265:12,
22,23
266:22
267:4,6,
11,14,17
268:3
269:3,5,
11 271:5,
11

**recalled**
256:23

**recanted**
252:5,15

**receive**
22:13
63:12
66:21,25

**received**
7:5 21:15
34:4
54:3,18
55:3,4
84:6,12
112:10
262:3
264:21

**receiving**
65:4
107:18
252:24
253:6
265:12

**recent**
198:3
208:10

**recently**
7:15

**recess**
38:14
101:17
153:3
254:13

**recognize**
160:15

**recognized**
240:4

**recollect**
30:15

**recollection**
23:13
34:9
59:18,23

72:8,11
98:5
199:24
208:9
265:25

**recommend**
141:1

**recommendation**
142:21
144:2

**recommended**
142:4

**recommending**
237:6

**recommends**
143:22

**record**
4:22 8:17
38:15
85:22
101:18
106:4
142:25
153:5
195:8,9,
11,12
213:7
219:7
254:14
266:13

**recorded**
3:13

**records**
247:5

**recovered**
177:22

**recreate**
38:1

**red**
258:21

**refer**
5:4 38:1,
2

**reference**
268:8

**refrain**
270:17
271:17,25

**refresh**
208:8

**refreshing**
199:23

**refused**
184:3

**refusing**
143:5

**regular**
16:8
161:17,20

**regularly**
79:6

**regulations**
84:1
132:7,21
211:5

**Reid**
63:14,15,
16,25
64:6,17
65:5,8
66:5,12,
18

**reinvestigation**
55:24

**relate**
144:24
220:25

**related**
93:19



**relationship** 16:5 78:6

**relayed** 269:5

**released** 56:23

**relevant** 40:24 79:25 81:8 108:2 119:5

**reliability** 102:23 103:3

**reliable** 64:24 65:22 179:19 180:24 214:21 227:12, 15,18,22 228:16,20 254:20

**reliably** 129:20

**relying** 41:22

**remain** 24:2

**remained** 244:14

**remember** 10:19 27:11 29:1 33:3,4 60:1 63:2,13 64:5,20 66:4 75:2 85:16 86:21 100:22 138:9 140:14 148:21 150:6 157:20,23 160:2,6 193:6 197:10,11 200:14 202:6,7 208:5 233:12,13 235:17 237:2,21 238:12 241:9 248:16 249:12, 15,20 250:7,8, 11 252:24 254:2 257:1 265:16 267:2 269:7

**remembered** 66:15

**remind** 32:24

**Repeat** 206:12 207:7

**repeatedly** 103:13

**rephrase** 15:3

**report** 33:7 41:23 43:4 46:18,24, 25 47:3,5 48:23 69:11 73:6 74:3,13, 22 76:9 80:5,8,18 107:16 109:16,18 114:4,8, 13,20 115:1,7, 16,24 117:11,16 120:2,20 125:22 146:13,20 147:5,11 194:24 195:2,24 196:10, 15,16,21 197:20,23 208:16 209:2 219:9 226:3 242:22 243:5 251:20 252:1 256:13 259:17 260:12 262:2 265:7

**report's** 260:4

**reported** 69:15 72:19 74:17 75:23 87:14,21 120:5 232:10,12 248:10 252:4 256:9

**reporter** 3:3,6,23 4:4 8:25 9:2

**reporting** 47:15 108:16 119:21 167:8 234:18 247:10

**reports** 12:12,17, 19 14:18 34:13 35:23,25 39:10 41:11 44:18 80:23 120:10 137:23 139:13,21 141:3 142:7,22 144:3 232:9 235:5 259:15

**represent** 115:6 154:1 195:1 232:5 266:13

**representation** 60:23

**reputation** 98:2,7

**requested** 239:11

**requesting** 271:13

**required** 79:24 84:12 133:20,22

**residue** 122:7,24 123:8,13, 18 268:6, 12,14,24 269:15,20 270:6,11, 17 271:18

**resource** 35:12 36:12

**resources** 35:19 257:9

**respond** 196:7 198:4

**responded** 33:25 34:2

**response** 172:22

**responsibilities** 23:16

**responsibility** 149:22

**responsible** 41:14,18

**restaurant** 128:23



**restraints** 90:2

**retire** 11:7 24:12,14

**retired** 5:2 11:6 24:9,19 57:19

**retirement** 58:7

**retrieve** 119:22

**returned** 269:12

**review** 76:8 106:21 135:18 137:22 138:7 140:12,18 141:2 146:9 222:24 223:20

**reviewed** 39:1 40:15 44:10 76:7,9 106:8,9 107:16 115:16 134:14 135:15 146:6 154:10 164:20 261:23 267:14

**reviewing** 34:13

**Richard** 34:23

**ridiculous** 151:10,13

**rights** 4:24 165:6 166:11 208:10 238:23

**road** 8:19

**role** 27:10 37:21,22 155:14 250:1,16

**Romo** 4:8 210:17

**Ronny** 249:5,12, 15,20

**room** 82:18,20 194:25 195:1 225:6,9, 15 226:17 240:16, 22,24 241:6,7, 8,11 244:10,11

**rounded** 108:1

**rounds** 121:11

**route** 261:4

**routine** 21:6 87:4

**routinely** 19:3 81:22 203:3,5, 18 204:11 206:14

**rule** 8:11,20 88:17 266:18,20 267:7 269:14

**ruled** 220:7

**rules** 84:1 88:13 132:6,20 133:1,10 211:4

**run** 205:1

**running** 231:11,23 232:13 234:10 243:18 244:1 245:25

**Russ** 4:13 113:8

**S**

**Sahasrabudhe** 3:8 4:12 6:22 8:7 12:1 14:2 25:22 26:6 27:15 28:3 29:6 30:4,17 31:7,13, 18,24 32:6,9 33:18 34:19 35:14 36:15 37:2,18 38:6 40:10,19 41:3 42:1,7,18 43:7,20 44:13,20 45:1,7 46:17 48:16 49:5,12, 21 51:11 52:8 53:11,20 54:7 55:17 56:7,11, 21 57:18 58:5,14, 22 59:7 60:8,14, 21,24 61:15,19, 23 64:10 65:4,13 66:1,22 67:15,20 68:4,14, 21 69:4, 21 70:14 71:4,10, 15,21 72:20 73:9,22 74:5,15, 24 75:6 77:7 78:25 79:12 80:2,14 81:9,14 83:10,19, 21 84:2, 7,13,18 88:18 89:2,18 90:10,20 91:2,20 92:1,8,22 93:4,20 94:5,11 95:15,25 96:3,13 98:14 99:22 100:6,12, 15 101:16 102:9,15 103:1 104:17,22 105:2,7, 15,22 107:8 109:1,5, 23 110:4, 18 111:7 112:12,17 113:7,14, 22 114:5, 15 115:2, 10,19 116:2,9, 18 117:18 118:9,18, 25 119:7 120:7 121:3,8, 12 122:1, 9,17 123:1,10 124:4,10, 24 125:12, 16,25 126:5,14,



17
127:10,
17,25
128:8,16
129:2,13
130:5,13
131:7,15,
24
132:11,
18,23
133:5,16,
25 134:3,
17,21
135:8
136:2,19
137:1,7,
17 138:2,
20,25
139:15
140:1,21
141:4,7
142:9,24
144:5
145:1,25
147:6
148:23
150:12,24
151:9,14,
25 153:2
157:17
158:12
159:10,
14,16,22
160:18
161:9,15
162:17,25
163:12
164:1,24
165:17,23
166:9,23
167:11,18
168:23
169:18
170:13
171:6,12,
19,25
172:9,17,

24 173:6,
13 174:14
175:1,16,
25 176:20
177:14,25
178:8,19,
24 179:9,
20 180:6
181:9,23
182:5,15,
24 183:5,
12,20
184:4,9,
22 185:9,
15,22
186:14,19
187:5,11,
17 188:7,
14 189:6,
13,25
190:10,
19,24
192:1,4,
16,22
193:4,16,
22 194:4,
11,16
196:19,23
197:17
199:3,18
200:3,22
201:2,13
202:1
203:1,11,
15,19
204:4,15,
24 205:8,
18 206:10
207:1,14,
25 208:20
209:6,11,
21 210:2,
8,12
211:1,7,
11 212:2,
15,21
213:1,20

214:2,4,
11,24
215:5,9,
19 216:1,
6,11,17,
24 217:20
218:4,9,
18,24
219:19,21
220:4,12,
18,24
221:4,21
222:18,25
223:9,17,
22 224:9,
15 225:3,
8,16,23
226:15,22
227:6,13
228:1,11,
17,24
229:10,19
230:4
231:6,9,
17,25
232:22
233:3,8,
16,21
234:1,20
235:3,14,
21
236:10,16
237:9
238:3,16
239:4,20,
24 240:8,
19 241:1,
22 242:13
243:7,16
244:3,9,
16,22
245:1,5,
14,24
246:5,11,
17,24
247:15,21
248:4,13,

21 249:1,
7 250:19
251:24
252:7,21
253:2,10,
16,22
254:4
255:14
257:13
258:1
259:9
260:20
262:7,23
263:7,25
264:14
266:7
267:2,25
268:16
269:22
270:23
271:20

**salary**
26:5

**scenario**
28:13

**scene**
29:19
31:12
33:25
34:2,3
36:23
50:11,16,
17 51:6,
25 52:3,
7,16
53:10,18
78:17
79:2
81:25
84:25
98:19
107:23
108:1
109:13
120:25

121:2,16
128:21
129:11
130:1
138:14
146:15,17
148:11
149:10,
15,18,19,
22 150:5,
16 152:19
169:16
170:11,22
171:16
176:17
177:10,20
186:1
187:22
231:23
232:14
244:2
248:11
256:9,24
257:23
258:10,
11,15,17
259:2,18,
21 260:4,
8,16
261:1,2,
12

**Scheck**
4:6,8

**scheduling**
9:25
15:20

**school**
16:15,16
17:10,11,
13 63:18
82:12
100:11
262:5,18

**Scott**
28:9



57:3,5,8 59:9,17, 19 60:7 61:2 62:1 63:3 88:10 154:3,7, 22 155:11 156:1 157:13 165:3,11, 14 166:5 167:8 172:13 175:9,15 183:25 184:6,11, 16 189:4, 11,24 190:22 193:8,11 194:19 195:15 196:1 198:24 199:1,11, 15 200:16, 20,25 201:11,25 267:1,19

**Scott's**
59:3 68:8 200:1,5 202:14 264:12 266:19

**screen**
3:22

**search**
101:7

**searched**
192:6,11

**searches**
101:5

**searching**
101:9

**second-degree**
172:14

**secondhand**
87:13

**secrets**
83:7

**securing**
50:11,17

**security**
24:24 25:2,16

**self-defense**
70:12 167:10,23 168:3,12, 16 170:25 172:13 174:8,15 176:2,9

**seminar**
64:7,9

**seminars**
63:14

**sense**
44:6 54:16 55:5 65:15 103:22 257:2

**sergeant**
5:2,5 22:18,21, 22 23:10, 20,24 38:17 101:20 153:7 254:16

**Sergeant's**
5:8

**sergeants**
34:24 35:10,17, 20

**seriousness**
8:4

**serve**
145:21

**serves**
194:17

**services**
3:24 219:17

**serving**
94:1

**set**
146:17

**shared**
180:1

**She'd**
262:21

**shells**
177:21

**Shelton**
85:15 265:20

**shift**
30:8,14 110:3 139:5 241:17

**shifts**
81:23

**shirt**
180:13

**shoes**
124:9 125:9 184:2 185:21 186:18,25 187:3,9 272:3

**shoot**
56:4 176:13

**shooter**
28:10 48:1 59:20,23 60:5,19 61:3,12 99:7 120:19 121:21,25 122:16 125:24 157:15 178:25 180:2,4 181:1 186:5 188:3 189:4,5, 12,18 193:9 200:20,25 201:12 203:25 204:1 259:7 265:8

**shooter's**
124:3 185:21 186:18

**shooting**
27:14 47:24 48:15 49:4 50:23,24 51:21,23 56:20 57:5 112:7 114:7,13 120:14 124:1,2, 15 128:22,23 136:15 146:16 147:13,24 148:9 166:20 168:8 171:1 172:7,21, 22,23 178:16 180:16 186:13 187:8,23 188:22 203:6,7 260:5

**shore**
264:11

**shorter**
233:2 234:7

**shorts**
180:13

**shot**
46:22 54:16 57:9 58:12 136:10,11 154:20 167:17, 22,23,25 168:3,4, 6,16,17



170:25 173:11 176:7,9, 10

**shots**
177:16 179:5

**show**
149:23 189:23 190:17 191:5 237:7,14

**showed**
79:2 114:7,12 129:15

**shown**
153:22 236:14 258:19

**shut**
52:15

**sic**
136:11

**sign**
3:7,9

**significantly**
31:17

**silence**
73:15,18, 20 74:13

**silver**
176:14,16

**similar**
177:4

**sir**
4:20 5:21 7:15 14:17 15:24 16:20 17:21 22:4 23:3 27:3 60:3,12 61:18 70:5 112:5 120:1 138:6,9, 10 140:11 142:14,15 143:6 146:10 147:3,10 148:21 150:19 151:1,8, 24 154:5 174:18 175:5 184:19 190:3 226:9 228:21 234:23 255:8 256:6 264:25 265:3

**sit**
14:20 62:13 163:22 239:1,10

**sitting**
86:1,3

**situation**
122:23 158:16

**skin**
122:13,15

**slapping**
75:3

**slouched**
236:3

**slur**
70:21

**Sly**
93:13,14 95:22,25 96:1

**small**
217:8 231:1

**Smith**
76:16 85:6,11 262:4,18 263:24 265:21

**sneakers**
180:13

**socialized**
18:13

**sole**
128:6

**solve**
36:13 81:1 82:22 95:3

**solving**
83:4

**somebody's**
174:7 185:20

**someone's**
124:16 271:18

**Sonya**
146:15, 17,23 147:12,25 149:8

**sound**
82:12 221:11

**sounds**
17:9 20:24,25

**sources**
257:22

**South**
16:16

**speak**
44:23 98:5,15 108:21 194:2,5,7 214:13

**speaking**
102:7 103:10 111:1,19 115:16,17 125:22 151:21 221:17 241:10

**special**
6:4

**specific**
37:9,11 63:8 64:3 75:3 201:18 270:15 271:5

**specifically**
47:19 270:16

**specifics**
84:21

**speculate**
32:11 208:1 249:8

**spent**
58:1

**splatter**
124:9 259:6

**spoke**
34:6 111:14 218:7

**spoken**
15:22 102:14

**squad**
18:10 53:25 108:7,8 167:3

**stain**
258:21

**Stambach**
10:9,23 11:1,12, 22 15:22 17:24 19:13 20:25 21:8,18 26:2,5 27:7 30:12 31:23 32:4,19 33:15 39:8,22 40:6,14 46:1 83:13,17, 25 88:6 105:5 139:11,20



140:24
141:12,
15,17,22
142:4,17
143:3,13,
18 154:3
157:14
162:23
163:5,6,
11,21,23
164:14,22
165:10,14
166:4
174:2
175:22
184:1,3,
11,21
185:2,7
195:2
204:10
207:22
209:2,4,
18 210:24
213:11,14
215:22
216:22
217:25
218:2,7,
11,16
220:7
222:15,22
224:2,3,
6,18
225:21
227:5,23
228:4,7,
10
229:16,24
238:25
240:16
241:10,21
242:23
243:25
244:10,12
246:22
248:25
249:22

**Stambach's**
25:12
155:24
162:14
210:20
222:7
241:20
243:5

**stand**
16:25
120:21
226:17
256:20
258:9,20

**standing**
121:21
124:14,
17,20,25
125:5
179:14
186:5,9
226:13

**stands**
27:22
29:4 57:8

**start**
7:1 12:17
16:12
17:14
18:8
38:8,20
67:18
72:3
131:13
229:6

**started**
17:19,24
117:8
120:14
133:23
178:14

**starts**
111:12,13

**state**
241:15
243:25

**statement**
46:11,15
48:6 81:6
130:23,24
131:9,12
136:1
137:5
138:7
148:18
154:2,11,
22
155:22,
24,25
156:4
165:3
166:6,17,
21 169:14
174:12
198:11,
15,16,20
224:20
226:4,8,
13 228:6,
9 229:24
231:3
240:25
243:25
244:17
251:12
252:5,10,
11,15,19

**statements**
140:3
196:8,11,
17 197:21
198:6,8,
10

**states**
3:14
117:9
214:7,9

**station**
267:20

**stationed**
19:18

**stay**
30:9,13
127:2

**stayed**
24:9
241:15

**Stencil**
112:3,11
113:5,11,
18,20,25
114:3,6,
12,25
115:8,12,
21 116:1,
13,17

**step**
229:6
259:8

**steps**
68:10,15,
20 69:3
200:12
228:14,22
229:1,3,
8,20
242:7
263:1

**stips**
3:7

**stood**
232:19

**Stop**
131:7

**stops**
178:6,13

**story**
169:13
170:24

179:19

**street**
3:19
19:22,24
217:14
230:3
231:2
234:15

**strength**
42:15,20

**stretching**
187:12

**strict**
132:6,20

**strike**
70:11
106:2
271:13

**strong**
43:4
146:1

**stronger**
145:23

**strongly**
59:4

**struck**
75:18

**stuff**
126:3

**subsequentl
y**
126:21

**substance**
15:6,8
54:21
166:8

**substantive**
10:2

**suffered**
161:7



**suffering**
220:22

**sufficient**
45:15

**suggest**
99:12
192:14
194:9
246:3,9

**suggested**
43:3
238:13
267:18

**suggesting**
28:7
43:15
139:22
168:19
175:14
177:11
179:18
189:11
245:23

**suggestion**
7:23
47:25
111:23
242:24

**suggestive**
216:15

**suggests**
77:15
112:15
121:24
124:2
187:2

**Sullivan**
46:16,24
47:4,10,
23 48:14
49:4,18
88:4
96:11
97:18
107:3,13
109:15
110:14
111:6,15,
19,20
112:1
113:11,24
114:3,10,
11 115:4,
12,15,21
116:21
120:6
127:6,16
130:24
134:7,9
135:4
136:5
139:12,24
141:3
142:7,8,
20,23
143:23
144:4
149:3
150:21
151:6,7,
21,23
152:1,17
208:17
209:17

**Sullivan's**
148:17

**sum**
87:6

**supervise**
212:8

**supervised**
210:24

**supervising**
249:4

**supervision**
35:10

**supervisor**
22:22
23:1,2,14
34:16,17
36:9,11,
17 37:16
39:14
75:23
210:20
222:7
229:13
234:15
247:12

**supervisor's**
224:7,19

**supervisors**
82:16

**supervisors'**
63:18

**supervisory**
23:15

**supplying**
3:4

**supported**
40:25
44:11

**supporting**
43:15

**supports**
77:14

**supposed**
45:22

**surely**
105:20

**suspect**
35:22
43:16
53:9
54:4,25
70:12,21
71:3
72:12,19
75:3,4,18
88:15
89:7 90:7
97:15
98:23
99:18
102:19,21
137:11
148:9
150:20
152:10
156:17
157:9
167:16
190:18,
20,22
203:3,5
207:10
209:22
210:1
214:9,19
220:8
222:1,22
247:16,23
248:2
253:9,12,
15

**suspects**
51:3,7,20
52:14,23
71:14
132:14
133:3
150:5,11
204:9
232:11
234:7

**Suszek**
260:24
261:8

**swear**
4:4

**sworn**
4:17 17:2
19:20
130:23
166:5,6,
20 224:20
226:4,7
231:3

**symptoms**
215:18
216:15

**T**

**takes**
55:20
77:10

**taking**
5:18 6:8
29:22
85:8
130:24
229:24
261:1

**talk**
9:6 11:1
12:6
16:10
27:9
102:13
103:23
134:20
143:19
213:12
258:10

**talked**
9:20 10:3
11:5,11,
15,22
16:1
72:21
77:25
103:9,24
166:11



197:5

**talking**
51:24
52:2,5
75:11,13
79:6
81:22
100:13
107:17
158:11
167:16
195:3
261:15

**tall**
233:20

**tape**
150:17

**taped**
166:17
266:19

**tapes**
86:22

**tasked**
254:18,
21,22

**tasks**
67:12

**taught**
54:21
65:15
66:19

**teacher**
100:11

**TEC-9**
57:9 59:5
121:10
122:6
123:8
177:17,22

**technician**
4:1

**tee**
180:12

**telephone**
15:15
196:14
197:6

**television**
157:15,21

**telling**
32:16
57:14
75:18
140:14
148:3
150:9
175:15
184:7
220:15
223:13
237:13
239:1
246:21

**tells**
8:22
111:17
112:2
125:4
229:2

**ten**
10:21
124:18
187:10
260:5

**tentative**
189:20

**term**
54:12
145:11

**terms**
23:15

**terrorizing**
93:10,12

**test**
182:21
183:18
270:20
271:10

**tested**
181:6

**testified**
4:17
14:22
23:4  35:3
39:8
160:3
213:5,9
217:2,3
221:9,16
240:12,14
241:14,25
255:21,23
256:1,7,
22  257:4
258:5,19,
23  266:18
267:13
268:5

**testify**
5:19  8:6

**testifying**
160:6
208:10

**testimony**
3:13,18
5:15
12:12
13:8,13
14:12,16
71:19
73:10
87:16
89:15
90:4
95:11
97:2
99:21

114:11
116:15
118:23
148:13
149:6,10
150:9
161:22
175:22
214:6
232:10
240:3
248:9
252:25
255:7

**testing**
268:6,12,
14,23,24
269:15,21
270:6,11,
17  271:17

**tests**
123:13,18

**text**
15:16,17

**theory**
54:25
55:14,15

**there'd**
186:24

**thing**
6:7  19:19
32:7
43:23
51:10
73:18
85:3
90:19
91:1
107:22
111:17
112:1,23
116:24
120:4,16
122:22

149:17
154:18
156:6
190:17
217:23
220:21
250:11
258:5

**things**
9:24
30:11
33:2,3,6,
10,13
35:2  36:4
45:22
47:22
50:8
51:5,18
52:21
73:1  75:8
76:2
77:17
78:3
80:18
83:12
84:17
87:13
104:10
108:11
109:20,21
111:4
112:25
118:12
129:19
133:19,20
136:24
143:15
149:19,20
150:15
163:17,20
167:1
181:21
182:18
183:15
187:19
193:19



220:15
222:21
229:2
230:21
236:12
254:10
256:7
258:6,18

**thought**
22:21
38:9
106:3
229:21
257:16

**three-day**
63:15
64:6

**threw**
191:22,25

**throw**
191:18

**thrown**
181:14,21

**time**
3:21 6:6
8:15,16
10:19
17:23
18:25
19:7,9,12
21:9
22:23
23:1
24:12,13
26:2,12
27:5,7
28:14
31:1
32:23,25
37:25
39:25
40:16
43:13
44:25

45:6
47:18,19
48:5
51:16
66:12
70:11
77:18
92:2,16
93:5
96:6,16
97:17,22
100:2,12
101:11
102:4
103:15
106:24
117:4
127:23,24
128:9,14
130:10,12
131:2,10,
13
133:23,24
134:25
135:3,5
136:15
137:24
138:8,16
142:12
143:16
144:11
148:6
150:14
152:25
154:13
156:19
157:3
164:18
165:15
169:25
177:19
193:8
198:15,
16,20
199:2,10
202:14
210:15,

19,23
212:6
215:22
217:17
222:2,7
224:1,3,
6,20
225:5,10,
25 229:7,
23 230:1
231:3
232:2,10,
12,16
234:14
235:8,18
243:21,24
244:12
247:6,14
250:9
252:18
255:4,11
257:8
259:5
263:14
267:19
269:8,24
270:1,2,
3,4,12

**times**
9:13 27:1
73:2
89:24
109:20,21
121:17
122:6
123:8
127:15
141:13
205:10
214:12
224:10

**Timon**
16:16

**Tino**
48:20,24

49:2,18
96:14,16,
19,21
97:19
117:7,12
119:22
120:20
136:12,14
265:8,10

**tip**
264:21

**title**
5:1
20:19,21
21:16
22:13

**to-do**
264:1,18,
24

**today**
5:15,20
6:3,12
7:2 8:6
9:7 14:20
15:6,9
32:24
37:25
39:1
57:2,8
58:16
59:4 60:4
62:13,14
66:16
100:3,14,
16,24
101:10
106:8,9
116:15
135:15
145:16
148:13
154:18
162:3
163:23
213:19

239:1,10
256:15
257:2
261:24
267:15

**today's**
106:23

**told**
8:13
30:12
35:4
37:22
62:9,25
63:2
71:18
73:2
77:18,24
78:3
81:7,12
101:23
104:11
107:15
112:23
114:6,10,
11,12
115:15
117:10
120:5
128:13
134:12
138:6,10,
24 140:8,
11,18
141:11,22
148:11,16
149:21
150:4
153:8
154:6,18
156:16,19
162:4
181:5
183:11,25
184:1,11
191:2,5
196:6



198:4 201:22 202:5 204:10,18 206:14 209:17,18 218:8,10 222:6,14, 20 227:23 243:13,17 271:9

**tool**
95:9

**tools**
83:4

**Torres**
212:1 213:4,5, 9,25 240:14

**Torri**
56:4 57:10 58:12 59:5 117:1,8 120:13 121:16 154:20 167:9 168:17 169:6,14 170:1,19 171:17,23 172:5 173:10 174:12 175:12

**Torriano**
168:7 176:8 271:14

**total**
14:5 87:6

**touch**
11:6

**tough**
30:22

**town**
262:19

**trade**
94:25 95:13,17, 21

**trained**
115:24 118:3,16 121:19 122:23 124:8

**training**
54:18,20 55:3,5 63:7,12, 15,20,25 64:6,18 65:2,5,9 66:5,12, 13,19 79:17 179:24

**transcript**
13:7,12

**transfer**
22:16

**transferred**
23:25 269:8

**transfers**
21:6

**transpired**
153:16 261:14

**Travis**
259:21

**trial**
159:1 160:3,7 164:21 208:10 217:3 221:16 238:24 240:12,14 241:14,25 255:23 256:8 258:7

**trigger**
178:6

**true**
68:1 72:13 99:8 104:4,6 148:25 151:1,8, 24 154:17 183:13,17 187:21 192:15 204:3 209:10 214:8,9 221:24 243:12 251:25 255:19 257:5

**trust**
204:21 205:6,16

**truth**
64:22 66:7 150:19 175:15 184:7 202:23 204:12 246:21

**truthful**
254:25

**tunnel**
54:11,22 60:13 61:18 62:5

**turf**
257:15

**turned**
136:11

**TV**
182:10 194:19 195:6 200:12

**two-way**
225:7 241:11

**Tyler**
3:25

**type**
40:2 75:24 215:3 268:23

**types**
52:6 268:24

**typewritten**
226:7

**typically**
33:7 80:12 161:2

**U**

**ultimate**
141:7

**understand**
6:13,16 7:2,18,25 18:22 55:23 56:9,17 69:10 88:24 121:10 125:21 129:18 131:25 140:9 141:8 143:11 151:4,20 152:13 153:7,9 155:13 157:13 161:6,24 162:21 163:4 164:13 181:16 184:19 198:23 208:13, 18,24,25 211:23 212:11 224:2,5 230:24 232:25 252:3

**understandi ng**
14:21 18:24 22:19 23:6 29:16 31:2 33:6,14 38:22 39:22



40:4
41:21
45:21
52:20
62:12
64:16
68:9
79:19
81:2
93:25
94:8
98:9,14
106:14
115:9
123:16
200:18
201:4,5
204:19
226:11
251:8,11
268:13

**understands**
100:16

**understood**
6:20
53:7,14
55:12
66:5
67:17
76:21
83:25
84:5,10,
16 92:12
104:25
105:5,12,
20 123:4,
7 129:6,
10 148:12
150:20
172:21
198:25
211:23
212:5
224:5,18,
23 237:22
252:19

257:7
259:5

**unit**
19:24
29:18
35:4
82:4,6
158:2,4,8
211:20
212:12
215:24
216:23
218:22
227:3
240:15
266:25
270:3

**United**
3:14

**unknown**
117:3,4

**unreliable**
217:19
218:23

**unusual**
29:9
156:17

**updating**
261:7

**upset**
75:17

**usual**
3:6

**Uzi**
117:8,13,
16 118:6,
8 119:13

**V**

**vaguely**
250:8

**Val**
96:14,20

**Valentino**
3:16 4:6,
9,24
28:4,11
38:25
46:23
47:3,25
48:6,13
49:2,10
56:1,18
58:11
59:5
60:5,18
61:12,25
76:5,13
96:9,17,
22,25
97:4,10,
22 98:2,
7,12,23
99:1,17
100:4,10,
19 101:5,
7,11
135:4
139:23
143:22
146:25
147:13,
17,20,23
148:8,19
149:7,9
150:20
151:4,7,
22 152:9,
18 154:20
189:21
193:9
208:17
262:9
264:11

**valuable**
257:9

**van**
117:7,12,
17,22,23
118:5,6,
8,11,20
119:5,8,
10,12,18
120:11,12

**variety**
51:19
206:5
223:4

**Vaughn**
212:1
219:14

**verdict**
164:19
238:24

**versa**
78:8

**version**
136:17
137:16,19
175:9

**versus**
3:16

**vice**
78:8

**Vickerd**
13:23
18:25
21:22
23:4
47:11,23
48:24
77:18
78:1,3,22
88:3
104:25
106:14
107:3,12
109:18,
23,24

111:1
112:10,22
113:4,24
114:3,12
115:4,12,
15,17,21,
25
116:10,21
120:5
125:22
127:15
134:20
138:16,18
151:5,16,
21 152:17
208:16
209:16,17
261:5
265:13,15

**Vickerd's**
76:9
126:18

**victim**
120:21
121:21
124:12,15
186:6,10

**victim's**
122:16

**victims**
36:25
47:24
259:3

**video**
3:12,22
4:1

**view**
37:15
73:18
114:24
119:18
144:23
145:12
152:5,16



164:22
174:25
175:2
240:10

**violations**
133:3

**violent**
124:1

**visibly**
130:10

**vision**
54:11,23
60:13
61:18
62:5

**voluntarily**
157:12
158:16
182:3
246:15

**volunteer**
151:22

**volunteered**
47:24
162:12,13
208:17
209:3
227:23
242:24

**volunteerin g**
151:8

**W**

**wait**
92:19,23
93:2
126:16
188:11,18

**waiting**
236:20

**wall**
73:14,17, 18,20
74:12

**wanted**
37:13
94:18
190:6
237:17
238:5,10

**ward**
237:23

**warnings**
133:7

**wash**
182:12

**washed**
181:15,21

**watching**
101:8
266:21
267:8

**Wayne**
251:12, 17,18,21
252:4
254:19

**ways**
51:19
156:11,14

**weapon**
75:8
119:22
121:23
124:17
169:7
170:3
171:11, 17,24
173:11
174:13
175:13,14

**wear**
145:15,16

**wearing**
144:17,24
145:3
180:10,21
181:1
182:21
183:19

**week**
14:8
26:15

**weeks**
26:23
63:19
93:3
160:3
221:17
239:8

**Western**
3:15

**wet**
258:21

**whatsoever**
15:10
47:25
62:13
75:24
90:6 97:7
197:15
227:2
242:20,24
265:25

**white**
70:20
71:2,13
72:4
97:11
99:2
180:12, 13,14

**who'd**
42:23

**wide**
61:25

**Williams**
249:5,12, 16,20

**withdraw**
224:16
255:16

**withdrawn**
17:12
26:13
49:16
50:1
52:20
59:18
80:19
87:17
91:16
110:12
111:18
147:21
150:3
156:18
157:9,12
160:14
166:18
174:1
203:4
211:24
213:4
217:4,5
222:5
224:4
225:13
227:21
229:25
232:11
240:13
247:10
264:9

**witness's**
232:3

**witnesses**
7:23,24
43:22
50:24
59:9 67:4
103:13
105:13
107:24,25
108:17,22
129:11
130:1
138:14
141:11
180:25
181:1
186:9,20
188:1
189:1
190:18
191:14
204:9
206:2
234:18
235:1
240:6,10
247:12
257:10
260:1

**witnesses'**
234:3,11
235:24

**woman**
146:15,17

**women**
145:20

**word**
70:21
71:2,3,14
72:5,12, 19

**words**
35:9
48:12
49:8 56:3
59:1
60:17



66:24
67:17
69:18
74:2
79:24
83:24
87:10
89:11
91:23
92:5 97:9
114:23
117:15
120:24
129:6
138:5
168:17
173:3
196:21,24
197:3
201:23
209:16
210:22
222:1
243:4
256:14
259:1

**wore**
123:9

**work**
18:14
19:3
22:2,5
25:11,14
26:4 27:4
31:4,17,
22 32:5
33:16
45:22
101:24
103:20
107:22

**worked**
16:24
24:17
25:1,16
26:14
27:1
33:7,13
39:23
52:21
64:6
82:21
101:24
143:15
254:3

**working**
20:17
26:1,16
45:25
47:11
49:25
51:15
52:6 63:5
69:23
77:19
78:5,22
80:22
83:6
95:4,12
102:5
207:8

**workload**
93:6

**works**
63:25

**world**
11:23
49:9

**worry**
150:16

**wounded**
57:10

**wrap**
254:10

**wristband**
144:24

**write**
133:13,23
194:14

**writer**
111:14
196:7
198:1,4

**wrong**
18:23
22:24
27:23
29:17
61:22
78:18
116:16
123:17
152:6,16,
20 160:17
164:17
261:22
264:8

**wrote**
106:14

**Y**

**year**
16:18
17:15
20:2
25:15
78:1

**years**
7:6 11:5
16:21
17:13
19:23
22:1,7
24:3,13,
15 25:1,
3,7 58:1
69:18
70:1,11,
17,19
72:14
75:22
90:25
157:5
205:14
252:20
255:3

**yesterday**
3:4 15:2,
5,9,23
30:12
39:9
83:13
174:2
204:10
239:6

**York**
3:15,20
4:16

