# EXHIBIT  11

2                        AARON JACKSON

3

4

5    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF NEW YORK

6

7    ----------------------------------------
     VALENTINO DIXON,

8
                              Plaintiff,

9
                   - vs -          Case No.
10                                 1:19-cv-01678-WMS

11   CITY OF BUFFALO and COUNTY OF ERIE;
     and DETECTIVE MARK R. STAMBACH,
12   DETECTIVE RANIERO MASECCHIA, DETECTIVE
     JAMES P. LONERGAN, DETECTIVE JOHN VICKERD,
13   CHIEF RICHARD T. DONOVAN, JOHN DOES,
     Unknown Buffalo Police Department Supervisors,
14   and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER
     BELLING, in their individual capacities,

15
                              Defendants.
16   ----------------------------------------

17

18           Examination before trial of AARON

19   JACKSON, taken pursuant to Subpoena, in the law

20   offices of HODGSON RUSS LLP, The Guaranty Building,

21   140 Pearl Street, Suite 100, Buffalo, New York, on

22   January 12, 2023, commencing at 10:12 a.m., before

23   JOAN M. METZGER-HUBBELL, CM, Realtime Reporter,

24   Notary Public.

25



```
 1

 2   APPEARANCES:        NEUFELD SCHECK & BRUSTIN, LLP,
                         By NICK J. BRUSTIN, ESQ.,
 3                       nick@nsbcivilrights.com,
                         GERARDO ROMO, ESQ.,
 4                       gerardo@nsbcivilrights.com
                         KATIE McCARTHY, ESQ.,
 5                       katie@nsbcivilrights.com, and
                         SONA R. SHAH, ESQ.,
 6                       sona@nsbcivilrights.com,
                         99 Hudson Street,
 7                       8th Floor,
                         New York, New York  10013,
 8                       (212) 965-9081,
                         Appearing for the Plaintiff,
 9                       via Zoom.

10                       HODGSON RUSS LLP,
                         By PETER A. SAHASRABUDHE, ESQ.,
11                       psahasra@hodgsonruss.com and
                         HUGH M. RUSS III, ESQ.,
12                       hruss@hodgsonruss.com,
                         The Guaranty Building,
13                       140 Pearl Street, Suite 100,
                         Buffalo, New York  14202,
14                       (716) 856-4000,
                         Appearing for the Defendants,
15                       City of Buffalo; Detective
                         Mark R. Stambach, Detective
16                       Raniero Masecchia, Detective
                         James P. Lonergan, Detective
17                       John Vickerd, Chief Richard T.
                         Donovan, and John Does, Unknown
18                       Buffalo Police Department
                         Supervisors.
19
                         LIPPES MATHIAS WEXLER FRIEDMAN LLP,
20                       By JAMES P. BLENK, ESQ.,
                         50 Fountain Plaza, Suite 1700,
21                       Buffalo, New York  14202,
                         (716) 853-5100,
22                       jblenk@lippes.com,
                         Appearing for the Defendants,
23                       County of Erie and
                         Assistant District Attorney
24                       Christopher Belling.

25   PRESENT            MOISES SOTO-BRITO
     VIA ZOOM:
```



|    | Aaron Jackson |          |
|----|---------------|----------|
| 1  | Aaron Jackson |          |
| 2  | THE REPORTER:  So before we begin, can | 10:12:27 |
| 3  | counsel please state their orders on the record for | 10:12:29 |
| 4  | the transcript. | 10:12:34 |
| 5  | MR. RUSS:  Yes.  I'm Hugh Russ.  I represent | 10:12:35 |
| 6  | the city defendants, and we will -- we definitely | 10:12:38 |
| 7  | want a transcript.  We will pay. | 10:12:43 |
| 8  | MR. BLENK:  James P. Blenk of the county -- | 10:12:46 |
| 9  | representing the county defendants.  Same. | 10:12:49 |
| 10 | MR. BRUSTIN:  Plaintiff as well. | 10:12:54 |
| 11 | AARON JACKSON, 19 Thatcher Avenue, Buffalo, | 10:12:54 |
| 12 | New York, after being duly called and sworn, | 10:12:54 |
| 13 | testified as follows: | 10:13:23 |
| 14 | EXAMINATION | 10:13:23 |
| 15 | BY MR. BRUSTIN: | 10:13:23 |
| 16 | Q.   Good morning, Mr. Jackson. | 10:13:27 |
| 17 | A.   Good morning. | 10:13:28 |
| 18 | Q.   Mr. Jackson, you and I have spoken on | 10:13:29 |
| 19 | the phone a few times but have never met in person; | 10:13:32 |
| 20 | is that right? | 10:13:35 |
| 21 | A.   Yes. | 10:13:36 |
| 22 | Q.   And the only thing we've spoken about | 10:13:36 |
| 23 | on the phone is discussing you being present in the | 10:13:38 |
| 24 | deposition.  Would that be fair to say? | 10:13:41 |
| 25 | A.   Yes. | 10:13:44 |



```
 1                    Aaron Jackson
 2       Q.   You are here today under subpoena.  You      10:13:45
 3  understand that?                                        10:13:48
 4       A.   Yes.                                          10:13:49
 5       Q.   Are you being represented by counsel          10:13:50
 6  here today?                                             10:13:52
 7       A.   No.                                           10:13:53
 8       Q.   Have you met with Mr. Russ in                 10:13:54
 9  preparation for today?                                  10:13:58
10       A.   No.                                           10:13:59
11       Q.   Have you ever had your deposition taken       10:14:02
12  before?                                                 10:14:04
13       MR. RUSS:  He did come in at about 9:15, and       10:14:04
14  we have talked.                                         10:14:07
15       BY MR. BRUSTIN:                                    10:14:10
16       Q.   Okay.  I'm sorry, I wasn't -- I               10:14:11
17  probably wasn't being clear.  I wasn't talking          10:14:13
18  about a formal meeting.  I should have been more        10:14:15
19  clear.                                                  10:14:18
20       Have you had any discussions at all with           10:14:18
21  Mr. Russ about this case?                               10:14:20
22       A.   Yes.                                          10:14:22
23       Q.   Okay.  Tell me about those discussions,       10:14:22
24  what you said to him and what he said to you.           10:14:24
25       A.   Just general about me coming in,              10:14:26
```



```
 1                    Aaron Jackson
 2     thanking me for coming in today for today's        10:14:30
 3     deposition.                                        10:14:33
 4          Q.   Okay.  And how do you know Mr. Russ?     10:14:34
 5          A.   He's the lawyer for the City of          10:14:35
 6     Buffalo, correct?                                  10:14:38
 7          Q.   That is true.  But do you have any       10:14:40
 8     other relationship --                              10:14:41
 9          A.   No.                                      10:14:42
10          Q.   -- with Mr. Russ through work?           10:14:42
11          A.   No.                                      10:14:44
12          Q.   Okay.  And other than just talking       10:14:45
13     about coming in today and Mr. Russ expressing      10:14:48
14     gratitude that you did come in, did you talk at all 10:14:51
15     about the case at all, about what you remembered or 10:14:53
16     anything specific like that?                       10:14:56
17          A.   No.                                      10:14:58
18          Q.   Okay.  Have you ever had -- I should     10:14:58
19     have asked this first.  Have you ever had your     10:15:00
20     deposition taken before?                           10:15:03
21          A.   Say it again?                            10:15:04
22          Q.   Have you ever had -- first of all, are   10:15:05
23     you able to hear me okay?                          10:15:07
24          A.   Yes, I can.                              10:15:08
25          Q.   Sometimes I talk a little quickly.  The  10:15:09
```



```
 1                    Aaron Jackson                    10:15:11
 2   first rule of the deposition is, if you don't      10:15:11
 3   understand my question for any reason, please let  10:15:13
 4   me know and I'll rephrase it for you, okay?         10:15:15
 5        A.   Yes.                                      10:15:17
 6        Q.   If you do answer it, I'm going to         10:15:18
 7   assume you understood my question.  Is that fair?   10:15:20
 8        A.   Yes.                                      10:15:22
 9        Q.   If at any time you want to take a         10:15:22
10   break, that's fine.  Please just let me know.  The  10:15:24
11   only thing I would ask is that you try to answer    10:15:27
12   the question pending before you take a break, okay? 10:15:30
13        A.   Yes.                                      10:15:32
14        Q.   But the question was:  Have you ever      10:15:33
15   taken a deposition.  Meaning, have you ever sat in  10:15:37
16   a room like this with a bunch of lawyers and been   10:15:39
17   asked questions under oath?                         10:15:42
18        A.   No.                                       10:15:43
19        Q.   Have you ever testified other than in     10:15:44
20   the proceedings related to the shooting of you and  10:15:48
21   your brother?                                       10:15:52
22        A.   No.                                       10:15:53
23        Q.   All right.  Now, do you recall,           10:15:56
24   Mr. Jackson, that on a number of occasions some     10:16:01
25   investigators that we hired, one named Tony and     10:16:03
```



1              Aaron Jackson

2    another named Maria, served you with some paperwork          10:16:07

3    in relation to this case.  Do you recall that?              10:16:12

4         A.   Yes.                                              10:16:15

5         Q.   Okay.  And I understand you weren't               10:16:15

6    happy about participating, and you have made that           10:16:17

7    clear, and we all understand why, but on one                10:16:20

8    occasion most recently, on March 24th, do you               10:16:24

9    recall being served at -- in Buffalo at your                10:16:28

10   cousin's house?  You were called to your cousin's           10:16:34

11   house to receive a subpoena?                                10:16:41

12        A.   No.                                               10:16:45

13        Q.   On -- at 20 Andover Street, do you know           10:16:45

14   who lives there?                                            10:16:47

15        A.   Yes.                                              10:16:48

16        Q.   Is that your cousin's house?                      10:16:48

17        A.   No.                                               10:16:50

18        Q.   I must be getting the relation wrong.             10:16:51

19   Who lives there?                                            10:16:53

20        A.   The people who live there.                        10:16:54

21        Q.   Okay.  Well, do you remember going to             10:16:55

22   20 Andover Street?                                          10:16:57

23        A.   Yes.                                              10:16:59

24        Q.   Okay.  To receive a subpoena from the             10:17:00

25   investigators that we hired to serve you?                   10:17:02



AARON JACKSON
DIXON V. CITY OF BUFFALO

January 12, 2023
8

1                    Aaron Jackson

2        A.   Yes.                                    10:17:05

3        Q.   All right.  And you -- and you drove    10:17:06

4  up, and you were in your truck, correct?           10:17:08

5        A.   Yes.                                    10:17:11

6        Q.   And, in fact, what happened was, they   10:17:12

7  went to the house.  You weren't there.  The person 10:17:15

8  in the house agreed to call you, and then you      10:17:19

9  kindly drove to the house to receive the subpoena. 10:17:21

10       Am I describing it accurately?               10:17:25

11       A.   Yes.                                    10:17:26

12       Q.   And then what happened is you took the  10:17:27

13  subpoena, and you had a short discussion with the  10:17:31

14  investigators.  Do you recall that?               10:17:33

15       A.   Yes.                                    10:17:36

16       Q.   And obviously all of these events are   10:17:37

17  traumatic for you, correct?                       10:17:42

18       A.   Yes.                                    10:17:44

19       Q.   And do you recall in that discussion,   10:17:44

20  one of the things that these investigators told you 10:17:50

21  was that Lamarr Scott had pled guilty to shooting  10:17:54

22  you and your brother as being the only shooter, and 10:17:59

23  in response to that --                            10:18:04

24       MR. RUSS:  Objection to form.                10:18:05

25       BY MR. BRUSTIN:                              10:18:05



```
1                        Aaron Jackson

2          Q.   -- my understanding is that what you          10:18:06

3    said is that it did not matter to you if Valentino       10:18:09

4    Dixon pulled the trigger.  You blamed him for the        10:18:13

5    shooting death of your brother and for shooting you      10:18:17

6    because he was the person who brought the gun that       10:18:19

7    night.  Do you recall saying that to them?               10:18:22

8          A.   I don't recall.                               10:18:25

9          MR. RUSS:  Objection to form.  You may             10:18:25

10   answer.                                                  10:18:27

11         THE WITNESS:  I don't recall.                      10:18:27

12         BY MR. BRUSTIN:                                    10:18:29

13         Q.   You don't recall saying anything like        10:18:29

14   that to them?                                            10:18:31

15         A.   No.                                           10:18:32

16         Q.   Are you suggesting that my investigator      10:18:33

17   is lying when he told me that that's what you said?     10:18:35

18         A.   Yes.                                          10:18:39

19         Q.   Okay.  So if in court, if asked, what        10:18:40

20   you will say is that when my investigator wrote         10:18:45

21   that down in quotes from you, he just made it up;       10:18:46

22   is that right, sir?                                      10:18:52

23         A.   Yes.                                          10:18:53

24         Q.   Did you say anything even like that to       10:18:54

25   my investigator?                                         10:18:57
```



AARON JACKSON                                    January 12, 2023
DIXON V. CITY OF BUFFALO                                        10

```
 1                    Aaron Jackson
 2         A.   We did have a conversation.          10:18:58
 3         Q.   Well, I'm -- I'm focusing on the words   10:19:00
 4    relating to Lamarr Scott being the shooter and you  10:19:04
 5    blaming Valentino Dixon nonetheless.  Did you have  10:19:08
 6    any conversation whatsoever about that?          10:19:12
 7         A.   We may have.                       10:19:14
 8         Q.   Okay.  Did you say anything to that  10:19:16
 9    effect?  In other words, even like that --     10:19:18
10         A.   No.                                10:19:21
11         Q.   -- in substance, that you didn't care  10:19:21
12    whether or not Valentino Dixon pulled the trigger,  10:19:24
13    you blamed him nonetheless?                   10:19:27
14         A.   No, because I do care.             10:19:28
15         Q.   Okay.  So you deny saying that to them?  10:19:31
16         A.   Yes.                               10:19:37
17         Q.   Correct?                           10:19:38
18         A.   Yes.                               10:19:38
19         Q.   And if anyone -- if they suggest that  10:19:39
20    you said anything like that, they would be liars,  10:19:42
21    correct?                                     10:19:43
22         A.   Yes.                               10:19:44
23         MR. RUSS:  Objection to form.           10:19:44
24         BY MR. BRUSTIN:                         10:19:45
25         Q.   Both of the investigators who claim you  10:19:45
```



```
 1                    Aaron Jackson
 2    said that would both be liars, correct?          10:19:48
 3         A.   Yes.                                    10:19:50
 4         MR. RUSS:  Objection to form.                10:19:50
 5         BY MR. BRUSTIN:                              10:19:51
 6         Q.   And, by the way, this conversation      10:19:55
 7    didn't happen 20 years ago.  It happened less than 10:19:57
 8    six months ago, right?                            10:20:00
 9         A.   Yes.                                    10:20:02
10         MR. RUSS:  You said March.  That's ten       10:20:03
11    months ago, if it's March '22.                    10:20:05
12         MR. BRUSTIN:  You're better at math than I   10:20:12
13    am.  That's fair.                                 10:20:13
14         BY MR. BRUSTIN:                              10:20:14
15         Q.   Mr. Jackson, tell me the best you can   10:20:15
16    recall what you said to them and what they said to 10:20:17
17    you.                                              10:20:18
18         A.   I don't recall.                         10:20:18
19         Q.   You don't recall anything that you said 10:20:20
20    to them or they said to you?                      10:20:22
21         A.   There was a little bit of               10:20:24
22    back-and-forth, but I don't recall exactly the    10:20:26
23    extent of that conversation.                      10:20:27
24         Q.   Okay.  The only thing you recall for    10:20:29
25    sure is you didn't say anything like --           10:20:31
```



| | |
|---|---|
| 1 | Aaron Jackson | |
| 2 | A.  I don't care. | 10:20:34 |
| 3 | Q.  -- you blame Valentino Dixon whether he | 10:20:35 |
| 4 | was -- whether he was the shooter or not. | 10:20:44 |
| 5 | (Reporter interruption.) | 10:20:44 |
| 6 | BY MR. BRUSTIN: | 10:20:44 |
| 7 | Q.  So hold on.  I'm going to say it again. | 10:20:44 |
| 8 | So what you're telling us is, the one thing -- you | 10:20:48 |
| 9 | don't remember any of the words you spoke to them. | 10:20:51 |
| 10 | The one thing you remember for certain is you | 10:20:54 |
| 11 | didn't say anything like what I just described to | 10:20:57 |
| 12 | you, that you -- you blamed Valentino Dixon | 10:20:59 |
| 13 | regardless of whether or not he pulled the trigger. | 10:21:03 |
| 14 | You never said anything like that -- | 10:21:05 |
| 15 | A.  No. | 10:21:07 |
| 16 | Q.  -- to them? | 10:21:07 |
| 17 | MR. SAHASRABUDHE:  Objection.  Asked and | 10:21:09 |
| 18 | answered. | 10:21:10 |
| 19 | BY MR. BRUSTIN: | 10:21:10 |
| 20 | Q.  That you're certain of? | 10:21:11 |
| 21 | MR. SAHASRABUDHE:  Objection.  Same thing. | 10:21:12 |
| 22 | BY MR. BRUSTIN: | 10:21:16 |
| 23 | Q.  You can -- unless somebody tells you | 10:21:16 |
| 24 | not to answer, you can always answer, sir. | 10:21:18 |
| 25 | A.  I've already answered it. | 10:21:21 |



| | |
|---|---|
| 1 | Aaron Jackson | |
| 2 | Q.   You can answer it again. | 10:21:23 |
| 3 | A.   No. | 10:21:24 |
| 4 | MR. SAHASRABUDHE:  Same objection. | 10:21:25 |
| 5 | MR. BRUSTIN:  Who was that? | 10:21:28 |
| 6 | MR. SAHASRABUDHE:  Hugh stepped out.  He's | 10:21:29 |
| 7 | going to be gone for the next half hour, so I'm | 10:21:31 |
| 8 | objecting on behalf of the city. | 10:21:35 |
| 9 | MR. BRUSTIN:  That's fine.  I just want to | 10:21:37 |
| 10 | make sure it's not two. | 10:21:39 |
| 11 | BY MR. BRUSTIN: | 10:21:41 |
| 12 | Q.   Now, you do understand today that | 10:21:42 |
| 13 | Valentino Dixon was exonerated for shooting you and | 10:21:44 |
| 14 | your brother? | 10:21:48 |
| 15 | MR. SAHASRABUDHE:  Objection to form.  You | 10:21:50 |
| 16 | may answer. | 10:21:51 |
| 17 | THE WITNESS:  Yes. | 10:21:51 |
| 18 | BY MR. BRUSTIN: | 10:21:53 |
| 19 | Q.   By a court. | 10:21:54 |
| 20 | A.   Yes. | 10:21:57 |
| 21 | Q.   Based on the recommendation of the | 10:21:57 |
| 22 | District Attorney's office that prosecuted him. | 10:22:00 |
| 23 | A.   Yes. | 10:22:04 |
| 24 | Q.   And you also understand that Lamarr | 10:22:04 |
| 25 | Scott has pled guilty to shooting you and your | 10:22:07 |



```
 1                    Aaron Jackson                      10:22:11
 2   brother?                                            10:22:11
 3        A.   Yes.                                      10:22:11
 4        Q.   Would it be fair to say that as you sit  10:22:27
 5   here today you don't know one way or another        10:22:31
 6   whether or not it was Lamarr Scott -- withdrawn.    10:22:33
 7        Do you accept today that Lamarr Scott was      10:22:38
 8   the person who shot you and your brother?           10:22:41
 9        MR. SAHASRABUDHE:  Objection to form.          10:22:43
10        THE WITNESS:  No.                              10:22:44
11        BY MR. BRUSTIN:                                10:22:45
12        Q.   I didn't hear you because of the          10:22:46
13   objection.                                          10:22:47
14        A.   No.                                       10:22:48
15        Q.   Okay.  So your position today is that     10:22:48
16   you are as certain as you were at the time of this  10:22:51
17   investigation and shooting that Valentino Dixon     10:22:53
18   shot you and your brother as you were then?         10:22:56
19        A.   Yes.                                      10:23:00
20        Q.   And it's your testimony you've always     10:23:03
21   been certain, correct?                              10:23:06
22        A.   Yes.                                      10:23:07
23        Q.   You've known from the moment of the       10:23:12
24   shooting that Valentino Dixon was the shooter,      10:23:15
25   correct?                                            10:23:17
```



| | |
|---|---|
| 1 | Aaron Jackson | |
| 2 | A.   No. | 10:23:19 |
| 3 | Q.   All right.  Let's talk about your | 10:23:22 |
| 4 | interactions with the police.  Now, have you | 10:23:24 |
| 5 | reviewed -- first of all, have you reviewed any | 10:23:28 |
| 6 | testimony in preparation for today? | 10:23:30 |
| 7 | A.   No. | 10:23:32 |
| 8 | Q.   Have you reviewed any documents in | 10:23:34 |
| 9 | preparation for today? | 10:23:36 |
| 10 | A.   No. | 10:23:37 |
| 11 | Q.   You do recall, sir, that you testified | 10:23:38 |
| 12 | in three different proceedings.  You testified at | 10:23:43 |
| 13 | Mr. Dixon's criminal trial.  You testified in the | 10:23:46 |
| 14 | Grand Jury.  And you also testified in the perjury | 10:23:49 |
| 15 | trial, correct? | 10:23:56 |
| 16 | A.   Yes. | 10:23:58 |
| 17 | Q.   Before I get to that, since Mr. Dixon | 10:24:01 |
| 18 | has been released from prison, have you had any | 10:24:07 |
| 19 | contact with him? | 10:24:09 |
| 20 | A.   No. | 10:24:10 |
| 21 | Q.   Have you ever seen him? | 10:24:11 |
| 22 | A.   Yes. | 10:24:13 |
| 23 | Q.   When did you see him? | 10:24:14 |
| 24 | A.   About a year or so ago. | 10:24:15 |
| 25 | Q.   What happened when you saw him? | 10:24:18 |



```
1                      Aaron Jackson
2        A.    Nothing.                              10:24:20
3        Q.    Did you speak to him?                 10:24:29
4        A.    Not at all.                           10:24:30
5        Q.    Did he speak to you?                  10:24:32
6        A.    Not at all.                           10:24:33
7        Q.    Did either of you approach one another? 10:24:35
8        A.    No.                                   10:24:37
9        Q.    Did you make any type of contact      10:24:38
10  whatsoever with one another?                     10:24:40
11       A.    Eye contact.                          10:24:42
12       MR. BRUSTIN:  All right.  Peter, do you have 10:24:55
13  in front of the witness in case I need it the    10:24:55
14  various trial testimonies, those three testimonies? 10:25:00
15       MR. SAHASRABUDHE:  Yeah, we have a binder.   10:25:02
16       MR. BRUSTIN:  Perfect.  And do you also have 10:25:04
17  the police file?                                 10:25:06
18       MR. SAHASRABUDHE:  Yes, we do.              10:25:07
19       MR. BRUSTIN:  Those are the two things I'll  10:25:12
20  be using.  If you want to just take a second and  10:25:14
21  grab that, that would be great.                  10:25:17
22       MR. SAHASRABUDHE:  Yeah, we have both of     10:25:18
23  them so --                                       10:25:20
24       MR. BRUSTIN:  Great.                        10:25:21
25       BY MR. BRUSTIN:                             10:25:21
```



AARON JACKSON
DIXON V. CITY OF BUFFALO

January 12, 2023
17

```
 1                    Aaron Jackson
 2        Q.   So I'm going to ask you, Mr. Jackson,      10:25:22
 3   some questions about things you've testified        10:25:25
 4   before.  I'll only go to the testimony itself if    10:25:27
 5   you want me to.  Hopefully we won't need to do       10:25:30
 6   that.  I assume you want to get this done as         10:25:33
 7   quickly as possible.  You just let me know.          10:25:35
 8        So, first of all, do you recall that one of     10:25:37
 9   the things you testified -- withdrawn.               10:25:39
10        You understand -- you recall today the          10:25:40
11   difference between the various proceedings you       10:25:43
12   testified in.  You recall that first there was a     10:25:46
13   Grand Jury of Valentino Dixon to determine whether   10:25:50
14   he would stand trial.  Do you recall that?           10:25:52
15        A.   Yes.                                        10:25:54
16        Q.   And then after that you testified, I        10:25:55
17   believe it was after that, you testified in the      10:25:59
18   criminal trial, or was the perjury trial first?  Do  10:26:01
19   you recall?                                           10:26:05
20        A.   No.                                         10:26:05
21        Q.   Okay.  But both of those were after the     10:26:05
22   Grand Jury?                                           10:26:08
23        A.   Yes.                                        10:26:09
24        Q.   Okay.  Now, one of the things you           10:26:10
25   testified to in the Grand Jury -- withdrawn.          10:26:28
```



1                     Aaron Jackson

2        Did you -- did you tell the truth each time    10:26:30

3    you testified under oath in the criminal          10:26:34

4    proceedings, the three criminal proceedings?      10:26:37

5        A.    Yes.                                     10:26:39

6        Q.    Did you say anything that was            10:26:40

7    inaccurate, even if by accident, to your knowledge?  10:26:43

8        A.    I don't recall.                          10:26:46

9        Q.    To the best of your recollection,        10:26:48

10   everything you said was accurate; would that be   10:26:51

11   fair to say?                                       10:26:53

12       A.    Yes.                                     10:26:54

13       Q.    And you certainly didn't lie?            10:26:54

14       A.    Yes.                                     10:26:57

15       Q.    All right.  Now, one of the things that  10:26:59

16   you talked about at the Grand Jury was that you had  10:27:01

17   seen Valentino Dixon before the night of the       10:27:05

18   shooting driving in his white Cadillac in the area  10:27:08

19   of the mini mall.  Do you recall that?             10:27:12

20       A.    No.                                      10:27:15

21       Q.    All right.  Let's take a look at your    10:27:16

22   testimony, then.  And let's go to your Grand Jury  10:27:18

23   testimony at page 13 and 14.  Let me know when     10:27:26

24   you're there, please, and I'll tell you which line.  10:27:30

25   If you could read to yourself on page 13 lines 18  10:27:44



1               Aaron Jackson

2    to 20 --                                          10:27:50

3        MR. SAHASRABUDHE:  Nick, can you call out     10:27:51

4    the Bates label?  I think that will make it easier 10:27:52

5    for us to get to the right page.                  10:27:55

6        MR. BRUSTIN:  Sure.  It's Bates label 1499.   10:27:56

7    Just let me know when you're there.               10:28:04

8        MR. SAHASRABUDHE:  Okay.  Here we go.          10:28:31

9        MR. BRUSTIN:  Got it?                          10:28:35

10       MR. SAHASRABUDHE:  Yeah.  I'm getting there.   10:28:36

11   Sorry.                                             10:28:38

12       MR. BRUSTIN:  No problem.                      10:28:38

13       THE WITNESS:  Yes.                             10:28:59

14       BY MR. BRUSTIN:                                10:29:00

15       Q.  Okay.  I want you to read to              10:29:00

16   yourself -- I'll represent to you this is your     10:29:02

17   testimony to the Grand Jury, okay?  And what I want 10:29:04

18   you to do is I just want you to read to yourself   10:29:06

19   lines 18 to lines 22.  Have you read that?         10:29:09

20       A.  Yes.                                       10:29:19

21       Q.  Okay.  Does that refresh your             10:29:19

22   recollection --                                    10:29:22

23       A.  Yes, it does.                              10:29:22

24       Q.  -- about seeing -- having seen him in     10:29:23

25   his white Cadillac in the neighborhood?            10:29:26



```
 1                    Aaron Jackson
 2        A.   Yes.                                  10:29:27
 3        Q.   All right.  And you also testified that  10:29:28
 4   you also knew of Valentino Dixon by name before the  10:29:34
 5   shooting, that you had heard of him before.  Do you  10:29:39
 6   recall that?                                   10:29:42
 7        A.   Yes.                                  10:29:42
 8        Q.   And that was true, correct?          10:29:43
 9        A.   Yes.                                  10:29:45
10        Q.   You had heard of Valentino Dixon.  And  10:29:45
11   you further testified that you would have been able  10:29:48
12   to match the name and the face of Valentino Dixon  10:29:52
13   before the shooting.  Do you recall that?      10:29:55
14        A.   I don't recall.                      10:29:56
15        Q.   Take a look at the -- at the trial on  10:29:58
16   page 237, which is also Bates-stamped 238.  They're  10:30:03
17   almost the same.                               10:30:14
18        MR. SAHASRABUDHE:  What lines?            10:30:19
19        MR. BRUSTIN:  I would like you to read,   10:30:20
20   please, lines -- lines 9 through lines 24.  Let me  10:30:22
21   know when you're done, please.                 10:30:45
22        THE WITNESS:  I read it.                   10:30:47
23        BY MR. BRUSTIN:                            10:30:49
24        Q.   Are you sure?                        10:30:50
25        A.   Yes.                                 10:30:51
```



| | |
|---|---|
| 1 | Aaron Jackson |
| 2 | Q.    Okay.  And here you're testifying that | 10:30:51 |
| 3 | you knew him by name and face before the shooting, | 10:30:56 |
| 4 | correct? | 10:30:59 |
| 5 | A.    Yes. | 10:31:00 |
| 6 | Q.    And you also testified that you had | 10:31:00 |
| 7 | seen him driving his car every once in a while, | 10:31:03 |
| 8 | correct? | 10:31:06 |
| 9 | A.    Yes. | 10:31:06 |
| 10 | Q.    And that -- but you had never spoken to | 10:31:07 |
| 11 | him before, correct? | 10:31:10 |
| 12 | A.    No. | 10:31:13 |
| 13 | Q.    And then, finally, if you take a look | 10:31:13 |
| 14 | at the next page -- oh, now read lines 25 -- page | 10:31:20 |
| 15 | 238, lines 25 to 239, to line 18 on 239.  So the | 10:31:27 |
| 16 | rest of the page through line 19 on the next page. | 10:31:45 |
| 17 | A.    Yes. | 10:32:05 |
| 18 | Q.    Okay.  And here you're describing under | 10:32:06 |
| 19 | oath that the only time you had ever seen Valentino | 10:32:10 |
| 20 | Dixon is driving in the mini mall a few times, | 10:32:14 |
| 21 | correct? | 10:32:17 |
| 22 | A.    Say that again?  Repeat? | 10:32:18 |
| 23 | Q.    The only time you had ever seen | 10:32:20 |
| 24 | Valentino Dixon before the shooting was driving in | 10:32:23 |
| 25 | the mini mall a few times? | 10:32:24 |



```
 1                    Aaron Jackson
 2        A.   Yes.                                    10:32:26
 3        Q.   You had never spoken to him?            10:32:27
 4        A.   No.                                     10:32:29
 5        Q.   But people had pointed him out to       10:32:29
 6   you --                                            10:32:32
 7        A.   Yes.                                     10:32:32
 8        Q.   -- as being Valentino Dixon?            10:32:33
 9        A.   Yes.                                     10:32:34
10        Q.   And, in other words, generally, you     10:32:34
11   understood that Valentino Dixon was someone who you 10:32:36
12   knew from the neighborhood by reputation as someone 10:32:38
13   who drove nice cars and was a drug dealer, right?  10:32:42
14        A.   No.                                     10:32:48
15        MR. BLENK:  Form.                            10:32:48
16        MR. SAHASRABUDHE:  Objection.  You may       10:32:48
17   answer.                                           10:32:49
18        BY MR. BRUSTIN:                              10:32:49
19        Q.   Is that correct?                        10:32:49
20        A.   No.                                     10:32:50
21        Q.   You didn't know him -- you didn't know  10:32:50
22   him as a drug dealer?                             10:32:52
23        A.   No.                                     10:32:53
24        Q.   You didn't know him as someone who      10:32:53
25   drove a nice car?                                 10:32:56
```



```
 1                      Aaron Jackson
 2          A.    Saw him in nice cars.                      10:32:57
 3          Q.    Okay.  And then people had pointed out     10:32:59
 4    to you that that was Valentino Dixon when you saw      10:33:02
 5    him drive by, correct?                                 10:33:04
 6          A.    Yes.                                       10:33:06
 7          Q.    And that was months or even years          10:33:06
 8    before the shooting, correct?                          10:33:08
 9          A.    I don't recall.                            10:33:10
10          Q.    Certainly months, as you testified to      10:33:12
11    here, correct?                                         10:33:14
12          A.    I don't recall.                            10:33:15
13          Q.    Okay.  In any case, you had never          10:33:18
14    spoken to him.  You just knew of him by sight and      10:33:20
15    name and reputation, correct?                          10:33:23
16          A.    Yes.                                       10:33:26
17          Q.    And you've now described the sum total     10:33:37
18    of your interaction and knowledge of Valentino         10:33:41
19    Dixon prior to the night of the shooting, correct?     10:33:46
20          A.    Prior to -- prior to him shooting and      10:33:48
21    killing my younger brother, yes.                       10:33:51
22          Q.    Now, the first -- and I understand -- I    10:34:07
23    understand you haven't reviewed this stuff before      10:34:12
24    today, so I will show you anything you need to see,    10:34:14
25    of course.  But the first recorded interview with      10:34:17
```



1                    Aaron Jackson

2    you, at least as far as the police reports go, is          10:34:21

3    an interview on August 12th with Detective                 10:34:26

4    Stambach.  Do you remember Detective Stambach?             10:34:30

5         A.    No.                                             10:34:33

6         Q.    Okay.  Do you remember while you were           10:34:35

7    recovering in the hospital a detective?  Withdrawn.        10:34:37

8    Excuse me.                                                 10:34:42

9         Do you remember while you were recovering in          10:34:43

10   the hospital from your gunshot wounds a detective          10:34:45

11   coming to the hospital and interviewing you and            10:34:49

12   showing you pictures?                                      10:34:52

13        A.    Yes.                                            10:34:54

14        Q.    Do you have that detective's face in            10:34:55

15   mind today?                                                10:34:57

16        A.    No.                                             10:34:58

17        Q.    Do you remember him?                            10:34:58

18        A.    No.                                             10:35:00

19        Q.    Okay.  But you do remember it was a             10:35:00

20   plainclothes detective?                                    10:35:02

21        A.    I don't recall.                                 10:35:04

22        Q.    Okay.  Certainly you don't dispute that         10:35:06

23   if Detective Stambach's name is on the report, he          10:35:10

24   was the person that came to you; would that be             10:35:13

25   fair?                                                      10:35:15



AARON JACKSON                                   January 12, 2023
DIXON V. CITY OF BUFFALO                                      25

```
1                    Aaron Jackson
2         A.   I don't recall.                        10:35:15
3         Q.   Do you have any reason to dispute if   10:35:16
4  his name is on the report that he was the one who  10:35:18
5  came to you?                                        10:35:21
6         A.   No.                                     10:35:22
7         Q.   Okay.  And do you have an understanding 10:35:22
8  that -- withdrawn.                                  10:35:24
9         Now, at that time you were in the hospital   10:35:32
10 still recovering, correct?                          10:35:34
11        A.   Yes.                                     10:35:35
12        Q.   From your very serious injuries?        10:35:35
13        A.   Yes.                                     10:35:38
14        Q.   And according to this report, and I     10:35:39
15 will -- I'm not going to show it to you just yet,   10:35:48
16 but according to the report, you were both          10:35:51
17 interviewed about what you remembered concerning    10:35:53
18 the shooting, and you were also shown photographs.  10:35:55
19 Do you recall that?                                 10:35:57
20        A.   Yes.                                     10:35:59
21        Q.   Did I accurately describe it?  First    10:36:01
22 there was an interview, and then you were shown     10:36:03
23 some photos?                                         10:36:06
24        A.   I don't recall that.                     10:36:06
25        Q.   You don't recall which order it was?    10:36:07
```



AARON JACKSON
DIXON V. CITY OF BUFFALO

January 12, 2023
26

```
 1                     Aaron Jackson
 2        A.   Yes.                                    10:36:10
 3        Q.   Now, I will represent to you that by    10:36:15
 4  the time you were interviewed on August 12th and   10:36:19
 5  shown photographs -- withdrawn.                    10:36:29
 6        According to the report, you were shown      10:36:30
 7  photographs at 1915 hours, which is 7:15 at night. 10:36:33
 8  Do you recall that?                                10:36:43
 9        A.   No.                                      10:36:44
10        Q.   Being at nighttime when they came to    10:36:44
11  see you?                                           10:36:47
12        A.   No.                                      10:36:47
13        Q.   You just don't recall one way or        10:36:48
14  another what time it was; fair to say?             10:36:50
15        A.   Yes.                                     10:36:52
16        Q.   Okay.  And I will represent to you by   10:36:53
17  that time Lamarr Scott had already confessed on    10:36:59
18  television to being the shooter and had already    10:37:04
19  been interviewed by Detective Stambach that he, in 10:37:07
20  fact -- and telling him in substance that he, in   10:37:15
21  fact, was the shooter, okay?  I'll represent that  10:37:18
22  to you, just based on the way the reports are      10:37:20
23  written, okay?                                     10:37:23
24        MR. SAHASRABUDHE:  Objection.                10:37:25
25        BY MR. BRUSTIN:                              10:37:26
```



| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | Q.   So the question for you is:  Do you | 10:37:27 |
| 3 | recall being asked questions about Lamarr Scott in | 10:37:28 |
| 4 | the hospital and about whether or not he may have | 10:37:34 |
| 5 | been the shooter? | 10:37:36 |
| 6 | A.   No. | 10:37:38 |
| 7 | Q.   In other words, the best you can | 10:37:41 |
| 8 | recall, you were never asked any questions about | 10:37:42 |
| 9 | Lamarr Scott; is that correct? | 10:37:45 |
| 10 | A.   Yes. | 10:37:47 |
| 11 | Q.   Take a look at your Grand Jury | 10:38:13 |
| 12 | testimony, page 1501, which is also page 15. | 10:38:16 |
| 13 | MR. SAHASRABUDHE:  Any particular line or -- | 10:39:04 |
| 14 | MR. BRUSTIN:  Yeah, I just want to make | 10:39:06 |
| 15 | sure -- just let me know when you're there. | 10:39:08 |
| 16 | MR. SAHASRABUDHE:  Yeah, he's there. | 10:39:09 |
| 17 | BY MR. BRUSTIN: | 10:39:10 |
| 18 | Q.   Gotcha.  If you could just read lines | 10:39:11 |
| 19 | 5 -- I'm going to read it to you.  The question | 10:39:11 |
| 20 | was:  Now, the police came to see you in the | 10:39:14 |
| 21 | hospital, didn't they, and they showed you a group | 10:39:16 |
| 22 | of six photographs and asked you if you could pick | 10:39:18 |
| 23 | out Tino.  And your answer was yes. | 10:39:21 |
| 24 | So, first of all, my first question to you, | 10:39:25 |
| 25 | Mr. Jackson, is:  Did you know before the night of | 10:39:28 |



AARON JACKSON
DIXON V. CITY OF BUFFALO

January 12, 2023
28

```
1                    Aaron Jackson
2    the shooting that Valentino Dixon's nickname was        10:39:32
3    Tino or only know him as Valentino Dixon?              10:39:35
4         A.   I knew him as Tino.                          10:39:38
5         Q.   You knew him as Tino.  Okay.  So I take      10:39:41
6    it that what happened was, what must have happened     10:39:43
7    was, you discussed with the police who you knew --     10:39:46
8    who you knew at the scene.  You mentioned Tino or      10:39:49
9    Valentino Dixon.  Then they showed you photos and      10:39:53
10   asked you if you can pick out Tino from the photos;    10:39:56
11   is that accurate?                                      10:40:02
12        A.   I don't -- no.                               10:40:02
13        MR. BLENK:  Form.                                 10:40:04
14        BY MR. BRUSTIN:                                   10:40:06
15        Q.   Did you say no or you don't recall?          10:40:07
16        A.   No, no.                                      10:40:08
17        Q.   So you're saying that's not what            10:40:09
18   happened?                                              10:40:11
19        MR. BLENK:  Form.                                 10:40:11
20        THE WITNESS:  Yes, I'm saying that's not         10:40:12
21   what happened.                                         10:40:13
22        BY MR. BRUSTIN:                                   10:40:14
23        Q.   Okay.  Well, you do -- according to the      10:40:15
24   report, first there was an interview, and would it    10:40:18
25   be fair to say that in some manner during that        10:40:22
```



| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | interview you discussed -- you discussed Valentino | 10:40:24 |
| 3 | Dixon? | 10:40:30 |
| 4 | A.   I don't recall that. | 10:40:30 |
| 5 | Q.   What do you recall in the interview? | 10:40:32 |
| 6 | A.   I don't. | 10:40:34 |
| 7 | Q.   Well, is this testimony inaccurate?  It | 10:40:36 |
| 8 | says they showed you a group of six photos and | 10:40:39 |
| 9 | asked you if you could pick out Tino.  Is that what | 10:40:41 |
| 10 | happened? | 10:40:46 |
| 11 | A.   Yes. | 10:40:46 |
| 12 | MR. SAHASRABUDHE:  Form. | 10:40:46 |
| 13 | BY MR. BRUSTIN: | 10:40:47 |
| 14 | Q.   Okay.  And, in fact, you knew who Tino | 10:40:48 |
| 15 | was from before, and so you were able to pick out | 10:40:50 |
| 16 | Tino, correct? | 10:40:53 |
| 17 | A.   Yes. | 10:40:54 |
| 18 | Q.   Am I accurately describing what | 10:40:55 |
| 19 | happened during the photo array? | 10:41:00 |
| 20 | MR. BLENK:  Form. | 10:41:01 |
| 21 | BY MR. BRUSTIN: | 10:41:02 |
| 22 | Q.   The officer put the photo array in | 10:41:02 |
| 23 | front of you and asked you if you could pick out | 10:41:05 |
| 24 | the person named Tino, correct? | 10:41:07 |
| 25 | MR. SAHASRABUDHE:  Form. | 10:41:10 |



| | |
|---|---|
| 1 | Aaron Jackson | |
| 2 | MR. BLENK:  Form. | 10:41:10 |
| 3 | THE WITNESS:  Don't recall. | 10:41:11 |
| 4 | BY MR. BRUSTIN: | 10:41:13 |
| 5 | Q.   Is that generally what you remember | 10:41:14 |
| 6 | happening? | 10:41:15 |
| 7 | MR. SAHASRABUDHE:  Form. | 10:41:16 |
| 8 | THE WITNESS:  I don't recall. | 10:41:17 |
| 9 | BY MR. BRUSTIN: | 10:41:19 |
| 10 | Q.   All right.  Well, you testified under | 10:41:20 |
| 11 | oath, and you were being honest, correct? | 10:41:22 |
| 12 | A.   Yes. | 10:41:24 |
| 13 | Q.   And you would have had a better | 10:41:25 |
| 14 | recollection then, correct? | 10:41:26 |
| 15 | A.   Yes. | 10:41:28 |
| 16 | Q.   All right.  Do you have a -- well, and | 10:41:29 |
| 17 | you've already told us that you knew who Tino was | 10:41:32 |
| 18 | before the night of the shooting, correct? | 10:41:35 |
| 19 | A.   Yes. | 10:41:38 |
| 20 | Q.   Let me try another thing.  Let's take a | 10:41:40 |
| 21 | look at the police report now.  Take a look at | 10:41:43 |
| 22 | what's been marked as BPD166.  Just let me know | 10:41:50 |
| 23 | when it's in front of you, okay? | 10:42:01 |
| 24 | MR. BRUSTIN:  It's the -- the photo array | 10:42:06 |
| 25 | page, Peter. | 10:42:14 |



| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | MR. SAHASRABUDHE:  Well, 166 is the | 10:42:15 |
| 3 | affidavit, and then 167 -- | 10:42:17 |
| 4 | MR. BRUSTIN:  That's what I want to start | 10:42:19 |
| 5 | with. | 10:42:21 |
| 6 | MR. SAHASRABUDHE:  Okay. | 10:42:21 |
| 7 | BY MR. BRUSTIN: | 10:42:22 |
| 8 | Q.  Okay.  So I will represent to you, | 10:42:23 |
| 9 | Mr. Jackson, that this is the document that | 10:42:26 |
| 10 | Detective Stambach has told us he created that | 10:42:34 |
| 11 | night on August 12th when he came to your hospital | 10:42:37 |
| 12 | room, okay? | 10:42:41 |
| 13 | A.  Yes. | 10:42:42 |
| 14 | Q.  And I will represent to you that this | 10:42:42 |
| 15 | is Detective Stambach's handwriting on this | 10:42:45 |
| 16 | document, okay? | 10:42:48 |
| 17 | MR. SAHASRABUDHE:  Form. | 10:42:52 |
| 18 | BY MR. BRUSTIN: | 10:42:53 |
| 19 | Q.  Are you with me? | 10:42:53 |
| 20 | A.  Yes. | 10:42:54 |
| 21 | Q.  Okay.  And you can -- you see from this | 10:42:55 |
| 22 | document that according to Detective Stambach, he | 10:42:59 |
| 23 | did this photo array with you at 1915 hours, right? | 10:43:03 |
| 24 | A.  Yes. | 10:43:10 |
| 25 | Q.  About 7:15 at night, and that he marked | 10:43:11 |



1                    Aaron Jackson

2    that you made what he called -- well, let's look          10:43:18

3    at -- let's look at what he wrote down.  So what he        10:43:22

4    did was he wrote down, according to him, the words         10:43:25

5    that you spoke to him, okay?                                10:43:29

6         A.   Yes.                                             10:43:33

7         Q.   And what he wrote down is that you told          10:43:33

8    him that picture number 4 looked like the person           10:43:36

9    who shot your brother.  He was there.  It happened         10:43:41

10   so quick.                                                   10:43:46

11        Do you see that?                                       10:43:46

12        A.   Yes.                                             10:43:48

13        Q.   Okay.  And so would you agree that what          10:43:49

14   happened here is that you had been discussing with         10:43:53

15   him prior to the photo show Valentino Dixon, or            10:43:56

16   maybe you refer to him as Tino.  Then you saw the          10:43:59

17   photo array.  You picked out the picture that you          10:44:04

18   believe was Valentino Dixon, and at that point all         10:44:06

19   the you could say was that he looked like the              10:44:10

20   shooter and you remembered him being there.               10:44:12

21        MR. BLENK:  Form.                                     10:44:15

22        MR. SAHASRABUDHE:  Form.                              10:44:16

23        THE WITNESS:  No.                                     10:44:16

24   BY MR. BRUSTIN:                                            10:44:17

25        Q.   What did I get wrong in that scenario?          10:44:18



```
 1                    Aaron Jackson
 2         A.   The conversation -- you're talking        10:44:21
 3    about prior conversation which led up to this.      10:44:22
 4         Q.   Okay.  And so what was the prior          10:44:26
 5    conversation that you had that caused him to ask    10:44:28
 6    you to pick out Tino from the photo array?          10:44:31
 7         MR. SAHASRABUDHE:  Object to the form.         10:44:35
 8    There's no evidence of that.                        10:44:36
 9         THE WITNESS:  I don't recall.                  10:44:38
10         BY MR. BRUSTIN:                                10:44:38
11         Q.   All right.  You do agree that he asked    10:44:39
12    you to pick out Tino from the photo array, correct? 10:44:42
13         MR. BLENK:  Form.                              10:44:44
14         MR. SAHASRABUDHE:  Object to the form.         10:44:46
15         THE WITNESS:  No.                              10:44:46
16         BY MR. BRUSTIN:                                10:44:47
17         Q.   All right.  Well, what did he ask you     10:44:48
18    to do?                                              10:44:49
19         A.   Pick out the person who shot my brother  10:44:49
20    and shot me.                                        10:44:52
21         Q.   Okay.  And so is it your testimony that   10:44:53
22    you never talked about Tino or Valentino Dixon --  10:44:55
23    withdrawn.                                          10:44:59
24         Is it your testimony that you don't recall    10:44:59
25    talking about Valentino Dixon or Tino, his         10:45:02
```



| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | nickname, prior to this photo array, being shown | 10:45:06 |
| 3 | the photos? | 10:45:13 |
| 4 | MR. BLENK: Form. | 10:45:14 |
| 5 | THE WITNESS: I don't recall. | 10:45:14 |
| 6 | BY MR. BRUSTIN: | 10:45:15 |
| 7 | Q. All right. Are you saying that you | 10:45:15 |
| 8 | didn't or that you just don't recall whether you | 10:45:17 |
| 9 | did or did not? | 10:45:19 |
| 10 | MR. BLENK: Form. | 10:45:21 |
| 11 | THE WITNESS: I don't recall. | 10:45:21 |
| 12 | BY MR. BRUSTIN: | 10:45:22 |
| 13 | Q. You understand the difference. I just | 10:45:22 |
| 14 | want to make sure I'm not misquoting you. You're | 10:45:24 |
| 15 | not saying it didn't happen. You're just saying | 10:45:26 |
| 16 | today you don't recall one way or another; is that | 10:45:29 |
| 17 | correct? | 10:45:31 |
| 18 | A. Yes. | 10:45:31 |
| 19 | MR. BLENK: Form. | 10:45:32 |
| 20 | BY MR. BRUSTIN: | 10:45:32 |
| 21 | Q. So you may have talked about Tino | 10:45:32 |
| 22 | before, you may not have. You just don't remember | 10:45:34 |
| 23 | today, correct? | 10:45:37 |
| 24 | A. No. | 10:45:38 |
| 25 | MR. BLENK: Form. | 10:45:38 |



1                   Aaron Jackson

2         BY MR. BRUSTIN:                                10:45:39

3         Q.   That's what -- I want to make sure that   10:45:40

4    I'm getting your answers, not mine.  So what did I  10:45:42

5    get wrong?                                          10:45:45

6         A.   Prior conversation before this photo      10:45:46

7    array.                                              10:45:49

8         Q.   Okay.  So are you telling us that you     10:45:50

9    never discussed Tino prior to the photo array?      10:45:52

10        A.   Yes.                                       10:45:55

11        Q.   You're sure of that?                       10:45:55

12        A.   No.                                        10:45:59

13        Q.   You don't believe that you did; is that    10:46:02

14   fair?                                               10:46:04

15        A.   I don't believe that I did.                10:46:04

16        Q.   Okay.  In any case, at the time that       10:46:06

17   you were first shown -- first of all, obviously      10:46:12

18   when -- by the time you first spoke to Detective     10:46:20

19   Stambach on August 12th, that was two days after     10:46:41

20   the shooting, correct?                               10:46:49

21        A.   Yes.                                       10:46:52

22        Q.   Okay.  And prior to speaking to            10:46:53

23   Detective Stambach on the 12th, you had -- you've    10:46:57

24   already told us you were in serious condition and    10:47:03

25   not in good shape at all in the hospital, correct?   10:47:06



1                    Aaron Jackson

2        A.    Yes.                                          10:47:08

3        Q.    But you also during that time period         10:47:08

4   had been conscious for large periods of time?           10:47:12

5        A.    Yes.                                          10:47:16

6        Q.    And you had been able to see your            10:47:16

7   family during that time period?                         10:47:18

8        A.    Yes.                                          10:47:20

9        Q.    And I imagine that was a very difficult      10:47:20

10  time for you.                                            10:47:25

11       A.    Yes.                                          10:47:28

12       Q.    Which family members did you get to          10:47:29

13  spend time with during that time period?                10:47:31

14       A.    My mother.                                    10:47:33

15       Q.    Anybody else?                                 10:47:34

16       A.    My father.                                    10:47:35

17       Q.    Okay.  And, sir, did you also during         10:47:38

18  that time speak to doctors?                              10:47:40

19       A.    I don't recall.                               10:47:44

20       Q.    Okay.  And by that time -- and I             10:47:47

21  apologize for this, but I have to ask you these          10:47:54

22  questions.  At that time did you know, before you        10:47:56

23  spoke to Detective Stambach, that your brother           10:47:59

24  had -- was deceased?                                     10:48:04

25       A.    No.                                           10:48:05



|    |                                                              |          |
|----|--------------------------------------------------------------|----------|
| 1  | Aaron Jackson                                                |          |
| 2  | Q.    Okay.  You did know, however, that your                | 10:48:07 |
| 3  | brother had been shot and was in very serious                | 10:48:09 |
| 4  | condition, correct?                                          | 10:48:12 |
| 5  | A.    Yes.                                                    | 10:48:13 |
| 6  | Q.    Okay.  And, of course, you were very                   | 10:48:13 |
| 7  | worried about him, correct?                                  | 10:48:15 |
| 8  | A.    Yes.                                                    | 10:48:17 |
| 9  | Q.    And so one of the things that you were                 | 10:48:18 |
| 10 | doing during that time period is trying to figure            | 10:48:23 |
| 11 | out who did this to you and your brother, correct?           | 10:48:29 |
| 12 | A.    I don't recall that.                                    | 10:48:35 |
| 13 | Q.    Well, do you have any doubt in your                    | 10:48:38 |
| 14 | mind that one of your goals at that time as you lay          | 10:48:41 |
| 15 | in a hospital bed was to figure out who did this             | 10:48:46 |
| 16 | terrible thing to you and your brother?                      | 10:48:48 |
| 17 | A.    No.                                                     | 10:48:50 |
| 18 | MR. SAHASRABUDHE:  Form.                                      | 10:48:51 |
| 19 | BY MR. BRUSTIN:                                               | 10:48:52 |
| 20 | Q.    Of course you were, right?                             | 10:48:53 |
| 21 | A.    No.                                                     | 10:48:54 |
| 22 | Q.    That never -- it never crossed your                    | 10:48:55 |
| 23 | mind before August 12th who had actually shot you            | 10:48:57 |
| 24 | and your brother?                                            | 10:49:01 |
| 25 | A.    I don't recall if those were the                       | 10:49:01 |



1                    Aaron Jackson                          10:49:03

2    thoughts on that particular day.                       10:49:04

3         Q.    Okay.  Would it be fair to say, though,     10:49:04

4    even though you don't recall it, knowing yourself      10:49:06

5    and the kind of person you were and how much you       10:49:09

6    cared about your brother, that of course those were    10:49:12

7    the kinds of thoughts you were thinking?               10:49:16

8         A.    Of course.                                  10:49:18

9         Q.    All right.  Now -- and so certainly,        10:49:22

10   because you were thinking in those days about who      10:49:34

11   was involved in this and because you -- you knew       10:49:37

12   Valentino Dixon from before and because you, at        10:49:46

13   least by August 12th, thought that Valentino Dixon     10:49:54

14   looked like the shooter and you knew he was there,     10:49:57

15   obviously you provided that information to the         10:50:01

16   police when they interviewed you, correct?            10:50:05

17        MR. BLENK:  Form.                                 10:50:08

18        MR. SAHASRABUDHE:  Form.                          10:50:09

19        THE WITNESS:  Can you repeat that?                10:50:10

20        BY MR. BRUSTIN:                                   10:50:12

21        Q.    Sure.  Obviously, by the time the           10:50:13

22   police came there, you knew, because you had           10:50:15

23   already seen Valentino Dixon before the night of       10:50:19

24   the shooting, you knew that he was someone at the      10:50:22

25   scene of the shooting?  You figured that out           10:50:25



|   |   |   |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | already, correct? | 10:50:27 |
| 3 | MR. BLENK:  Form. | 10:50:28 |
| 4 | MR. SAHASRABUDHE:  Form. | 10:50:29 |
| 5 | THE WITNESS:  Yes. | 10:50:29 |
| 6 | BY MR. BRUSTIN: | 10:50:30 |
| 7 | Q.   Okay.  And -- but by that point in | 10:50:30 |
| 8 | time, on August 12th when you met with the police, | 10:50:35 |
| 9 | you weren't able to identify him as the shooter. | 10:50:38 |
| 10 | The best you could do was to say that he looked | 10:50:42 |
| 11 | like the shooter, it all happened quickly, you know | 10:50:45 |
| 12 | he was there, correct? | 10:50:49 |
| 13 | A.   From this form in front of me, yes. | 10:50:50 |
| 14 | Q.   And you have no reason to believe that | 10:50:53 |
| 15 | they misrepresented the words you spoke to them, do | 10:50:55 |
| 16 | you? | 10:50:58 |
| 17 | A.   No. | 10:50:58 |
| 18 | Q.   Okay.  So at that point in time in your | 10:50:59 |
| 19 | mind you were -- you believed that you did -- that | 10:51:03 |
| 20 | Valentino Dixon, the person you had seen driving | 10:51:07 |
| 21 | around a few times before and knew by name, was at | 10:51:10 |
| 22 | the scene of the crime, correct? | 10:51:14 |
| 23 | A.   Repeat that? | 10:51:16 |
| 24 | Q.   Sure.  By August 12th, when you met | 10:51:17 |
| 25 | with these police officers, you met with Stambach | 10:51:20 |



| | |
|---|---|
| 1 | Aaron Jackson | |
| 2 | in your hospital room, in your mind what you knew | 10:51:24 |
| 3 | at that time was Valentino Dixon was the person you | 10:51:27 |
| 4 | had seen driving around before the 10th in his car | 10:51:31 |
| 5 | and who you knew by name was at least at the scene | 10:51:35 |
| 6 | of the crime, you remembered seeing him there, | 10:51:37 |
| 7 | correct? | 10:51:39 |
| 8 | A.    He was the shooter at the scene of the | 10:51:40 |
| 9 | crime. | 10:51:43 |
| 10 | Q.    Well, what you told the police on | 10:51:44 |
| 11 | August 12th is not that he was the shooter.  It's | 10:51:46 |
| 12 | that it all happened fast. | 10:51:51 |
| 13 | A.    It did. | 10:51:53 |
| 14 | Q.    And that he looked like the shooter, | 10:51:53 |
| 15 | correct? | 10:51:55 |
| 16 | A.    Yes. | 10:51:56 |
| 17 | Q.    So that by August 12th, in your mind, | 10:51:56 |
| 18 | you were not convinced that he was the shooter or | 10:51:59 |
| 19 | you would have told the police that he was the | 10:52:02 |
| 20 | shooter, correct? | 10:52:04 |
| 21 | MR. BLENK:  Form. | 10:52:05 |
| 22 | MR. SAHASRABUDHE:  Objection to form. | 10:52:05 |
| 23 | THE WITNESS:  No. | 10:52:06 |
| 24 | BY MR. BRUSTIN: | 10:52:07 |
| 25 | Q.    All right.  So you tell us.  Is it your | 10:52:08 |



| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | testimony that you knew when the police came into | 10:52:12 |
| 3 | your hospital room on August 12th, you knew with | 10:52:14 |
| 4 | complete certainty that Valentino Dixon had shot | 10:52:17 |
| 5 | you and had shot -- and had shot your brother? | 10:52:20 |
| 6 | A.   I knew who shot my brother and I knew | 10:52:23 |
| 7 | who shot me. | 10:52:25 |
| 8 | Q.   Okay.  And so I take it then that when | 10:52:26 |
| 9 | they came in the room and asked you who shot your | 10:52:30 |
| 10 | brother, you told them it was Valentino Dixon. | 10:52:32 |
| 11 | MR. BLENK:  Form. | 10:52:37 |
| 12 | MR. SAHASRABUDHE:  Form. | 10:52:38 |
| 13 | THE WITNESS:  I don't recall. | 10:52:38 |
| 14 | BY MR. BRUSTIN: | 10:52:42 |
| 15 | Q.   Well, what would be the conceivable | 10:52:43 |
| 16 | reason in the -- what conceivable reason in the | 10:52:45 |
| 17 | world would you have for not telling the detective | 10:52:47 |
| 18 | who came to your hospital room the name of the | 10:52:50 |
| 19 | person who shot you and your brother? | 10:52:54 |
| 20 | A.   Quite possibly not wanting to deal with | 10:52:57 |
| 21 | the police or even put the police in it.  Did that | 10:53:00 |
| 22 | ever cross your mind, that maybe I just didn't want | 10:53:04 |
| 23 | to deal with the police at all and leave that | 10:53:07 |
| 24 | matter in the streets and let that handle itself. | 10:53:09 |
| 25 | Q.   Okay.  So what happened was -- it's | 10:53:12 |



1                    Aaron Jackson

2   your testimony that what happened was, when the          10:53:18

3   police came to you on the 12th, when you were in         10:53:20

4   bed, you lied to the police about knowing Valentino      10:53:24

5   Dixon was the shooter.                                   10:53:29

6        MR. SAHASRABUDHE:  Objection to form.               10:53:33

7        MR. BLENK:  Form.                                   10:53:33

8        THE WITNESS:  Not at all.                           10:53:34

9        BY MR. BRUSTIN:                                     10:53:36

10       Q.   Well, you just told us that you knew he        10:53:36

11  was the shooter, correct?                                10:53:38

12       A.   Yes.                                           10:53:39

13       Q.   You've also told us that they                  10:53:40

14  accurately documented what you said to them,            10:53:42

15  correct?                                                 10:53:44

16       A.   Yes.                                           10:53:45

17       Q.   And what you -- what you said to them          10:53:45

18  is not that Valentino Dixon was the shooter.  What      10:53:48

19  you said to them was that he was at the scene and       10:53:50

20  he looked like the shooter, correct?                     10:53:55

21       MR. BLENK:  Form.                                   10:53:56

22       THE WITNESS:  Yes.                                  10:53:57

23       BY MR. BRUSTIN:                                     10:53:58

24       Q.   And, in fact, what you're telling us          10:53:58

25  today is that you knew with certainty on that day       10:54:00



| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | that he was the person who shot you and your | 10:54:03 |
| 3 | brother, correct? | 10:54:05 |
| 4 | A.   Yes. | 10:54:07 |
| 5 | Q.   And so what you're telling us is you | 10:54:07 |
| 6 | lied to the police when you told them you weren't | 10:54:10 |
| 7 | sure? | 10:54:13 |
| 8 | MR. SAHASRABUDHE:  Objection to form. | 10:54:13 |
| 9 | MR. BLENK:  Form. | 10:54:14 |
| 10 | MR. SAHASRABUDHE:  Mischaracterizes. | 10:54:15 |
| 11 | THE WITNESS:  No, no. | 10:54:16 |
| 12 | BY MR. BRUSTIN: | 10:54:17 |
| 13 | Q.   Okay.  How else can you describe it? | 10:54:18 |
| 14 | If you were sure and you told them that you weren't | 10:54:20 |
| 15 | and he just looked like the shooter, how is that | 10:54:22 |
| 16 | anything other than a lie? | 10:54:26 |
| 17 | MR. BLENK:  Form. | 10:54:27 |
| 18 | MR. SAHASRABUDHE:  Object to the form. | 10:54:28 |
| 19 | THE WITNESS:  Can you ask that again? | 10:54:30 |
| 20 | BY MR. BRUSTIN: | 10:54:33 |
| 21 | Q.   Sure.  You know what a lie is, right? | 10:54:33 |
| 22 | A.   Yes. | 10:54:36 |
| 23 | Q.   It's saying something that you know not | 10:54:36 |
| 24 | to be truthful, correct? | 10:54:39 |
| 25 | A.   Yes. | 10:54:41 |



```
 1                    Aaron Jackson
 2        Q.   And you're telling us that you were          10:54:41
 3   certain Valentino Dixon was the shooter on August      10:54:44
 4   12th.                                                  10:54:46
 5        A.   I said I knew who shot my brother.  I        10:54:48
 6   knew who shot my brother.                              10:54:50
 7        Q.   You knew it was Tino because you knew        10:54:51
 8   him from before, right?                                10:54:54
 9        A.   Yes.                                         10:54:57
10        Q.   Despite the fact that you knew Tino          10:54:59
11   shot your brother, rather than telling the police      10:55:01
12   the truth, that it was Valentino Dixon who shot my     10:55:05
13   brother, you told them Valentino Dixon, the picture    10:55:09
14   of Valentino Dixon, looks like the person who shot     10:55:13
15   my brother, it all happened fast, I can't be sure.     10:55:16
16        MR. BLENK:  Form.                                 10:55:20
17        MR. SAHASRABUDHE:  Form.                          10:55:21
18        THE WITNESS:  Yes.                                10:55:22
19        BY MR. BRUSTIN:                                   10:55:23
20        Q.   In other words, you told them something      10:55:24
21   that wasn't truthful?                                  10:55:25
22        MR. BLENK:  Form.                                 10:55:26
23        MR. SAHASRABUDHE:  Form.                          10:55:27
24        THE WITNESS:  No.                                 10:55:27
25        BY MR. BRUSTIN:                                   10:55:29
```



| | |
|---|---|
| 1 | Aaron Jackson |
| 2 | Q.   How is it truthful? | 10:55:30 |
| 3 | A.   How is it not? | 10:55:34 |
| 4 | Q.   You were certain he shot him.  You told | 10:55:37 |
| 5 | the police he looked like the shooter.  You can't | 10:55:40 |
| 6 | be -- it all happened fast.  The only thing you | 10:55:44 |
| 7 | know for sure is he was there. | 10:55:47 |
| 8 | A.   He was there.  He was definitely there. | 10:55:48 |
| 9 | Q.   Okay.  Now, obviously either before or | 10:55:56 |
| 10 | after you picked out the picture of Valentino | 10:56:05 |
| 11 | Dixon -- | 10:56:11 |
| 12 | A.   Yes. | 10:56:12 |
| 13 | Q.   -- and you -- and you said what's | 10:56:12 |
| 14 | written on this document, you discussed your prior | 10:56:15 |
| 15 | knowledge of Valentino Dixon, correct? | 10:56:20 |
| 16 | MR. SAHASRABUDHE:  Form. | 10:56:22 |
| 17 | MR. BLENK:  Form. | 10:56:23 |
| 18 | THE WITNESS:  No. | 10:56:23 |
| 19 | BY MR. BRUSTIN: | 10:56:24 |
| 20 | Q.   The police never asked you whether or | 10:56:26 |
| 21 | not you had seen the man that you picked out in the | 10:56:29 |
| 22 | photograph prior to that night? | 10:56:33 |
| 23 | MR. BLENK:  Form. | 10:56:35 |
| 24 | THE WITNESS:  I don't recall that. | 10:56:35 |
| 25 | BY MR. BRUSTIN: | 10:56:36 |



| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | Q.   Prior to -- so your testimony is today | 10:56:56 |
| 3 | that you -- your plan was on August 12th, your plan | 10:57:00 |
| 4 | was to simply tell the police that Valentino Dixon | 10:57:05 |
| 5 | looked like the shooter but not tell them he was | 10:57:10 |
| 6 | the shooter so that you could take care of | 10:57:15 |
| 7 | Valentino Dixon on the street? | 10:57:20 |
| 8 | MR. BLENK:  Form. | 10:57:23 |
| 9 | MR. SAHASRABUDHE:  Objection to form. | 10:57:23 |
| 10 | Completely mischaracterizes the testimony. | 10:57:25 |
| 11 | THE WITNESS:  I never said that.  I never | 10:57:27 |
| 12 | said anything like that.  I never said I had a | 10:57:29 |
| 13 | plan.  I never said I had a plan.  I never said | 10:57:31 |
| 14 | anything of that, Nick. | 10:57:33 |
| 15 | BY MR. BRUSTIN: | 10:57:33 |
| 16 | Q.   You just said to me -- didn't you -- | 10:57:34 |
| 17 | you said to me, did I ever think of the fact that | 10:57:35 |
| 18 | maybe you didn't want to involve the police, you | 10:57:38 |
| 19 | wanted to settle it yourself. | 10:57:40 |
| 20 | MR. SAHASRABUDHE:  Objection to form. | 10:57:42 |
| 21 | That's not what he said. | 10:57:43 |
| 22 | MR. BLENK:  Form. | 10:57:44 |
| 23 | THE WITNESS:  That's not what I said. | 10:57:45 |
| 24 | BY MR. BRUSTIN: | 10:57:46 |
| 25 | Q.   So what -- so I must have | 10:57:46 |



| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | misunderstood.  So what was your reason for not | 10:57:47 |
| 3 | being completely truthful to the police about your | 10:57:50 |
| 4 | certainty regarding Valentino Dixon? | 10:57:52 |
| 5 | MR. BLENK:  Form. | 10:57:54 |
| 6 | MR. SAHASRABUDHE:  Objection to form. | 10:57:57 |
| 7 | THE WITNESS:  I don't recall.  Your line of | 10:57:58 |
| 8 | question is kind of confusing me a little bit, and | 10:58:01 |
| 9 | I think that that's what your intent is to do, and | 10:58:04 |
| 10 | I'm trying to give you the honest -- I'm trying to | 10:58:07 |
| 11 | be as honest as possible with you, but you're | 10:58:10 |
| 12 | trying to trap me up in all of these different ways | 10:58:12 |
| 13 | that you're asking me the exact same question. | 10:58:15 |
| 14 | I'm answering what you're asking.  Can you | 10:58:17 |
| 15 | please move on to maybe more questions?  Because | 10:58:19 |
| 16 | what you're doing right now is you're stuck right | 10:58:21 |
| 17 | here in this one area, and we're both getting | 10:58:24 |
| 18 | nowhere. | 10:58:29 |
| 19 | BY MR. BRUSTIN: | 10:58:29 |
| 20 | Q.   Okay.  Well, first of all, I do not | 10:58:29 |
| 21 | want to confuse you, and if you're confused, as we | 10:58:30 |
| 22 | talked about earlier, you need to tell me.  If you | 10:58:33 |
| 23 | don't understand my question, please tell me.  I | 10:58:34 |
| 24 | will change it, okay? | 10:58:37 |
| 25 | A.   Yes. | 10:58:38 |



| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | Q.   Okay.  But I'm not done here, not at | 10:58:38 |
| 3 | all. | 10:58:41 |
| 4 | A.   You don't have to be. | 10:58:41 |
| 5 | Q.   So you -- when you told the police that | 10:58:43 |
| 6 | Valentino Dixon was there and looked like the | 10:58:47 |
| 7 | shooter but it happened so quick you couldn't be | 10:58:51 |
| 8 | sure, in your mind, you knew at that time that he | 10:58:55 |
| 9 | was, in fact, the shooter, correct? | 10:58:59 |
| 10 | A.   That was a true statement that I made, | 10:59:00 |
| 11 | yes. | 10:59:02 |
| 12 | Q.   All right.  So then why did you tell | 10:59:03 |
| 13 | the police something that wasn't completely | 10:59:05 |
| 14 | truthful? | 10:59:08 |
| 15 | MR. BLENK:  Form. | 10:59:08 |
| 16 | MR. SAHASRABUDHE:  Form. | 10:59:09 |
| 17 | THE WITNESS:  And what was that? | 10:59:10 |
| 18 | MR. BRUSTIN:  That you weren't sure. | 10:59:13 |
| 19 | MR. SAHASRABUDHE:  Form. | 10:59:16 |
| 20 | THE WITNESS:  What are you waiting on? | 10:59:25 |
| 21 | BY MR. BRUSTIN: | 10:59:27 |
| 22 | Q.   I'm asking a question, sir.  You -- it | 10:59:28 |
| 23 | says here -- | 10:59:31 |
| 24 | A.   You're asking me a question, but | 10:59:33 |
| 25 | there's no answer. | 10:59:35 |



```
 1                    Aaron Jackson                    
 2         Q.   All right.  So let's do it again, sir.    10:59:36
 3    Mr. Jackson, you just told us that when the police   10:59:37
 4    came to you on August 12th you were certain that     10:59:40
 5    Valentino Dixon was the person who shot you and       10:59:43
 6    your brother, correct?                                10:59:45
 7         A.   Yes.                                        10:59:46
 8         Q.   When you looked at the picture of           10:59:47
 9    Valentino Dixon, you knew it was Valentino Dixon in   10:59:48
10    the picture, right, because you had seen him          10:59:52
11    before?                                               10:59:54
12         MR. BLENK:  Form.                                10:59:55
13         THE WITNESS:  Yes.                               10:59:56
14         BY MR. BRUSTIN:                                  10:59:57
15         Q.   And you knew that you had seen him          10:59:58
16    before prior to the night of the shooting, correct?  11:00:00
17         A.   Yes, yes.                                   11:00:03
18         Q.   You knew him as Tino, correct?             11:00:04
19         A.   Yes.                                        11:00:07
20         Q.   Okay.  And so although you were             11:00:08
21    certain, according to you, that he was the shooter,   11:00:11
22    rather than tell the police officer you were         11:00:13
23    certain, instead what you told him was that he        11:00:17
24    looked like the person who shot your brother, he     11:00:20
25    was there, it all happened so quick, you couldn't    11:00:25
```



```
1              Aaron Jackson
2   be sure.                                    11:00:27
3        A.   Yes.                              11:00:28
4        Q.   Why did you tell him that?        11:00:28
5        MR. BLENK:  Form.                      11:00:29
6        MR. SAHASRABUDHE:  Object to form.     11:00:31
7        THE WITNESS:  That's what I said.      11:00:32
8        BY MR. BRUSTIN:                        11:00:33
9        Q.   Why?                              11:00:34
10       A.   That's what I said.               11:00:35
11       Q.   Why did you say that if you were  11:00:37
12  actually certain?                           11:00:39
13       A.   I honestly have no answer for you with  11:00:43
14  that, with regards to that question, Nick.  11:00:46
15       Q.   Okay.  Take a look at -- is it    11:00:52
16  possible, Mr. Jackson, that, in fact, on August  11:01:08
17  12th you weren't sure at all and you only became  11:01:12
18  sure sometime after?                        11:01:16
19       MR. SAHASRABUDHE:  Object to the form. 11:01:19
20       THE WITNESS:  Can you repeat that?     11:01:21
21       BY MR. BRUSTIN:                        11:01:23
22       Q.   Yes, sir.  Is it possible, given your  11:01:23
23  condition and everything you had gone through, that  11:01:28
24  your memory today is wrong about you being certain  11:01:32
25  on August 12th who had shot you and your brother  11:01:36
```



| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | and you only became certain sometime later? | 11:01:40 |
| 3 | MR. BLENK:  Form. | 11:01:42 |
| 4 | THE WITNESS:  Can you repeat that? | 11:01:43 |
| 5 | BY MR. BRUSTIN: | 11:01:45 |
| 6 | Q.  Yeah.  Is it not -- should I rephrase | 11:01:45 |
| 7 | it? | 11:01:48 |
| 8 | A.  Can you repeat it? | 11:01:49 |
| 9 | Q.  Sure.  Is it possible that on August | 11:01:50 |
| 10 | 12th you were not really sure about who shot your | 11:01:56 |
| 11 | brother and that you only became certain sometime | 11:02:02 |
| 12 | later? | 11:02:05 |
| 13 | MR. BLENK:  Form. | 11:02:05 |
| 14 | MR. SAHASRABUDHE:  Form. | 11:02:06 |
| 15 | THE WITNESS:  No. | 11:02:06 |
| 16 | BY MR. BRUSTIN: | 11:02:07 |
| 17 | Q.  Take a look at page -- this is still in | 11:02:13 |
| 18 | the police file -- 168.  Do you see it? | 11:02:20 |
| 19 | MR. SAHASRABUDHE:  He's got it now. | 11:02:34 |
| 20 | BY MR. BRUSTIN: | 11:02:35 |
| 21 | Q.  This is another version of what | 11:02:36 |
| 22 | Detective Stambach filled out that night when he | 11:02:41 |
| 23 | was showing you photographs, and it reads:  I have, | 11:02:44 |
| 24 | and then positively is crossed out, and it says | 11:02:46 |
| 25 | identified the photo in slot number 4 as being the | 11:02:50 |



```
1                    Aaron Jackson
2   person that was there and looks like the suspect    11:02:54
3   who shot my brother.                                11:03:00
4        A.   Yes.                                       11:03:01
5        Q.   Do you see that?                           11:03:02
6        A.   Yes.                                       11:03:02
7        Q.   And you're not -- you're not suggesting    11:03:02
8   that he misrepresented what you said, correct?      11:03:05
9        A.   Yes.                                       11:03:07
10        Q.   You agree he wrote down what you told     11:03:08
11   him?                                                11:03:10
12        A.   Yes.                                       11:03:10
13        Q.   You simply have no explanation today      11:03:10
14   why you told him you weren't sure who the shooter   11:03:13
15   was at that time even though you were?              11:03:17
16        MR. BLENK:  Form.                               11:03:21
17        THE WITNESS:  Yes.                              11:03:22
18        BY MR. BRUSTIN:                                 11:03:30
19        Q.   Now, prior to meeting with Detective      11:03:31
20   Stambach on the 12th, had you told anybody else in  11:03:35
21   the world that you believed Valentino Dixon was the 11:03:40
22   shooter?                                            11:03:43
23        A.   I don't recall.  I wasn't able to talk.   11:03:43
24   I wasn't able to talk.  I had a breathing tube -- I  11:03:47
25   had a thing in my nose and in my throat.  I don't   11:03:50
```



1                        Aaron Jackson
2    think that I was doing much talking.                    11:03:53
3         Q.   You weren't doing -- would it be fair         11:03:55
4    to say that you were having -- you were having          11:03:57
5    difficulty talking as opposed to not being able to      11:03:59
6    talk at all?                                            11:04:02
7         A.   Not being able to talk.  I was kind of        11:04:02
8    jotting things down.                                    11:04:05
9         Q.   So is it your -- is it your belief at         11:04:08
10   this time you didn't say any words to Detective         11:04:11
11   Stambach on the 12th or you didn't say much?            11:04:13
12        A.   I trust that I said something to him.         11:04:16
13        Q.   Okay.  So you were able to speak, but         11:04:18
14   it was very difficult for you; is that fair?            11:04:21
15        A.   Very.                                         11:04:23
16        Q.   Okay.  And that was the same on the           11:04:24
17   11th, the day after the shooting?                       11:04:25
18        A.   Yes.                                          11:04:28
19        Q.   All right.  And so would it be fair to        11:04:28
20   say to the best of your recollection you never said     11:04:31
21   to anybody in your family or any doctor or anybody      11:04:33
22   else that you believed Valentino Dixon was the          11:04:37
23   shooter prior to meeting with Detective Stambach?       11:04:39
24        A.   I don't recall.                               11:04:42
25        Q.   As you sit here today, you have no            11:04:45



1              Aaron Jackson
2    recollection of doing so; is that fair?          11:04:46
3         A.   Yes.                                    11:04:50
4         Q.   Okay.  And when you met with Detective  11:04:50
5    Stambach, you can't remember whether or not you   11:04:55
6    discussed Valentino Dixon before the shooting,    11:04:58
7    correct?                                          11:05:02
8         A.   I don't recall.  I don't recall.        11:05:03
9         Q.   I'm sorry, I misspoke.  As you sit here 11:05:05
10   today, you can't remember --                      11:05:09
11        A.   Can you slow down a little bit?  Can     11:05:11
12   you slow down?                                     11:05:13
13        Q.   Sure.                                    11:05:14
14        A.   Can you slow down?                       11:05:15
15        Q.   Yeah, I will.  I speak very quickly.  I  11:05:16
16   apologize.                                         11:05:19
17        As you sit here today, you can't remember     11:05:19
18   one way or another whether or not you spoke to     11:05:23
19   Detective Stambach about Tino or Valentino Dixon   11:05:27
20   before he showed you photos, correct?             11:05:32
21        A.   Yes.                                     11:05:35
22        Q.   And you can't remember one way or        11:05:35
23   another whether or not you spoke about Tino or     11:05:39
24   Valentino Dixon after he showed you photos,        11:05:41
25   correct?                                           11:05:44



| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | A.   Yes. | 11:05:45 |
| 3 | Q.   What you do remember, though, is you | 11:05:46 |
| 4 | never discussed Lamarr Scott? | 11:05:48 |
| 5 | A.   Yes. | 11:05:51 |
| 6 | MR. SAHASRABUDHE:  Form. | 11:05:52 |
| 7 | BY MR. BRUSTIN: | 11:05:53 |
| 8 | Q.   Okay.  When did you first learn that | 11:05:53 |
| 9 | Lamarr Scott had confessed to being the shooter? | 11:05:56 |
| 10 | A.   I don't recall that. | 11:06:01 |
| 11 | Q.   You do -- you recall knowing it at some | 11:06:06 |
| 12 | point before you testified, correct? | 11:06:08 |
| 13 | A.   I don't recall. | 11:06:10 |
| 14 | MR. BLENK:  Form. | 11:06:11 |
| 15 | BY MR. BRUSTIN: | 11:06:12 |
| 16 | Q.   How long -- do you recall how long you | 11:06:13 |
| 17 | were in the hospital for after you were shot? | 11:06:18 |
| 18 | A.   Two weeks. | 11:06:20 |
| 19 | Q.   Okay.  If you don't mind, I'd like to | 11:06:30 |
| 20 | just take a two-minute break.  Is that okay? | 11:06:33 |
| 21 | A.   Yes. | 11:06:36 |
| 22 | MR. BRUSTIN:  Okay.  Thank you. | 11:06:36 |
| 23 | (A recess was then taken at 11:06 a.m.) | 11:06:38 |
| 24 | BY MR. BRUSTIN: | 11:14:14 |
| 25 | Q.   Okay.  I want to go back to the police | 11:14:15 |



```
 1                    Aaron Jackson                    
 2   file, and I want to show you the -- the photos that   11:14:22
 3   Detective Stambach represented he showed you on the   11:14:34
 4   12th.                                                 11:14:36
 5        MR. SAHASRABUDHE:  167?                          11:14:40
 6        MR. BRUSTIN:  167.  Actually, you know what?     11:14:42
 7   There's a color copy on 171.                          11:14:46
 8        BY MR. BRUSTIN:                                  11:14:55
 9        Q.   So before I ask you about this,             11:14:56
10   Mr. Jackson, I will represent to you that my          11:15:00
11   understanding is that Valentino Dixon in position     11:15:04
12   number 4 is the only person who was placed into       11:15:11
13   this photo array who was -- was allegedly related     11:15:15
14   to the crime.  The other people here are just         11:15:21
15   fillers that they put in, people who -- who were      11:15:24
16   put in who looked like Mr. Dixon, okay?  And I just    11:15:28
17   want to confirm that with you.                        11:15:35
18        Would it be fair to say that Valentino Dixon     11:15:37
19   is the only person in this photo array who you knew    11:15:40
20   prior to the 10th of August?                          11:15:46
21        A.   That I saw, that I saw?                     11:15:50
22        Q.   I'm asking you something a little           11:15:52
23   different now, and I appreciate the clarification,    11:15:55
24   and you've already told us that you saw Valentino     11:15:57
25   Dixon on the night of the shooting, okay?             11:16:00
```



| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | My question's a little different.  Would it | 11:16:03 |
| 3 | be fair to say that -- well, first of all, I'll ask | 11:16:06 |
| 4 | you both.  Is Valentino Dixon the only person in | 11:16:09 |
| 5 | this photo array that you saw the night of the | 11:16:12 |
| 6 | shooting? | 11:16:15 |
| 7 | A.   Yes. | 11:16:15 |
| 8 | Q.   And he's also the only person that you | 11:16:15 |
| 9 | knew of by face and name prior to the night of the | 11:16:18 |
| 10 | shooting, correct? | 11:16:21 |
| 11 | MR. BLENK:  Form. | 11:16:21 |
| 12 | THE WITNESS:  Yes. | 11:16:22 |
| 13 | BY MR. BRUSTIN: | 11:16:31 |
| 14 | Q.   And nothing that I've shown you has in | 11:16:31 |
| 15 | any way refreshed your recollection about any | 11:16:34 |
| 16 | discussions that you had that night with Detective | 11:16:39 |
| 17 | Stambach about your prior knowledge of Valentino | 11:16:42 |
| 18 | Dixon? | 11:16:45 |
| 19 | A.   Yes. | 11:16:45 |
| 20 | Q.   Would it be fair to say, though, that | 11:16:53 |
| 21 | the testimony I read to you from the Grand Jury -- | 11:16:57 |
| 22 | and let me just show it to you one more time.  On | 11:17:02 |
| 23 | page 1501, lines 5 to 9.  I know you don't remember | 11:17:09 |
| 24 | it, but does your answer there suggest to you -- | 11:17:24 |
| 25 | MR. SAHASRABUDHE:  Hold on one second.  I'm | 11:17:27 |



1               Aaron Jackson

2   flipping to it.                                    11:17:30

3         MR. BRUSTIN:  Oh, I'm sorry.                 11:17:31

4         MR. SAHASRABUDHE:  1501?                     11:17:35

5         MR. BRUSTIN:  Yeah.  Also page 15 of the     11:17:37

6   Grand Jury.                                        11:17:48

7         MR. SAHASRABUDHE:  He's there, he's there.   11:17:53

8   Sorry.                                             11:17:55

9         BY MR. BRUSTIN:                              11:17:56

10        Q.   Yeah, just lines 5 -- we already looked 11:17:56

11  at this, but I just want to show you one more time. 11:18:07

12  Lines 5 to 9, and my question is:  Does your       11:18:10

13  answer -- I know you don't remember it, but does   11:18:12

14  your answer there many years ago suggest to you    11:18:14

15  that you must have been discussing Valentino Dixon 11:18:18

16  with the officer prior to being shown the photos?  11:18:21

17        A.   No.                                     11:18:25

18        MR. SAHASRABUDHE:  Form.                      11:18:25

19        BY MR. BRUSTIN:                              11:18:28

20        Q.   Okay.  Now, when -- when you selected   11:18:28

21  the photograph of Valentino Dixon, do you remember 11:18:43

22  the police officer asking you any questions about  11:18:46

23  that photograph or the person you saw in it?       11:18:49

24        A.   I don't recall.                         11:18:53

25        Q.   Now, take a look at the trial testimony 11:19:29



|   |   |   |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | on page 245.  It's also 246, the bottom Bates stamp | 11:19:39 |
| 3 | number, whichever -- | 11:19:55 |
| 4 | MR. BRUSTIN:  Do you mind if I go by the | 11:19:56 |
| 5 | page numbers on top? | 11:19:58 |
| 6 | MR. SAHASRABUDHE:  Yeah, no, I just needed | 11:19:59 |
| 7 | to orient myself to how the binder was labeled. | 11:20:01 |
| 8 | You can just do transcript and regular page number. | 11:20:04 |
| 9 | MR. BRUSTIN:  Okay.  So if you could show | 11:20:07 |
| 10 | him 245, please. | 11:20:08 |
| 11 | MR. SAHASRABUDHE:  Yeah, he's got it. | 11:20:11 |
| 12 | MR. BRUSTIN:  Okay.  And if you could read to | 11:20:13 |
| 13 | yourself lines 17 to lines 22. | 11:20:15 |
| 14 | MR. SAHASRABUDHE:  245, 17 to 22. | 11:20:22 |
| 15 | MR. BRUSTIN:  I'm sorry, 17 to 25.  You know | 11:20:26 |
| 16 | what?  I apologize.  What I want you to read is all | 11:20:38 |
| 17 | the way from line 17 on 245 to line 14 on 246. | 11:20:41 |
| 18 | BY MR. BRUSTIN: | 11:21:23 |
| 19 | Q.   Have you read that? | 11:21:23 |
| 20 | A.   Yes. | 11:21:24 |
| 21 | Q.   And here you're admitting under oath, | 11:21:24 |
| 22 | criminal trial, that, in fact, on August 12th you | 11:21:28 |
| 23 | weren't certain that Valentino Dixon was the | 11:21:32 |
| 24 | shooter, correct? | 11:21:33 |
| 25 | MR. SAHASRABUDHE:  Form. | 11:21:34 |



1           Aaron Jackson

2           THE WITNESS:  On line 7 it says that, yes, I          11:21:35

3    was certain.                                                 11:21:38

4           BY MR. BRUSTIN:                                       11:21:38

5           Q.   And then you -- you were asked further          11:21:39

6    questions and you admit, in fact, you weren't                11:21:41

7    certain, correct?                                            11:21:43

8           MR. BLENK:  Form.                                     11:21:43

9           MR. SAHASRABUDHE:  Form.                              11:21:44

10          THE WITNESS:  Where does it say that at?              11:21:45

11   What line?                                                   11:21:47

12          BY MR. BRUSTIN:                                       11:21:48

13          Q.   So read line -- do it again, line 17 on          11:21:48

14   page 245 to line 14.                                         11:21:51

15          A.   Are you asking me something that I've            11:21:58

16   already answered?  It's right there.  If it's right          11:22:00

17   there and this is the content of that conversation,          11:22:03

18   you're asking me questions on it -- you're trying            11:22:05

19   to trip me up on what's already there.  What's               11:22:08

20   there is what I said.                                        11:22:11

21          Q.   Well, okay.  Let's take it a step at a           11:22:14

22   time.  First of all, you're telling -- it says on           11:22:19

23   line 17:  "You're telling us in your sworn                   11:22:21

24   testimony now on this witness stand that you are             11:22:23

25   certain that the person that you picked out in slot         11:22:26



|   |   |   |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | number 4 was the shooter. | 11:22:29 |
| 3 | "Answer:  No, I was not sure. | 11:22:31 |
| 4 | "Question:  No, you weren't sure? | 11:22:34 |
| 5 | "Answer:  No." | 11:22:35 |
| 6 | Right?  That's the first thing you said, | 11:22:37 |
| 7 | right? | 11:22:39 |
| 8 | A.   It says -- it says you weren't sure. | 11:22:40 |
| 9 | It doesn't say no, you weren't sure. | 11:22:42 |
| 10 | Q.   First question, line 17, I'll make sure | 11:22:44 |
| 11 | I'm reading it right. | 11:22:47 |
| 12 | "You're telling us in your sworn testimony | 11:22:48 |
| 13 | now on this witness stand that you were certain | 11:22:50 |
| 14 | that the person that you picked out of slot number | 11:22:52 |
| 15 | 4 was the shooter."  And your answer was:  "No, I | 11:22:55 |
| 16 | was not sure."  Correct? | 11:22:58 |
| 17 | A.   Yes, it says that. | 11:22:59 |
| 18 | Q.   And then you changed your answer to say | 11:23:01 |
| 19 | you were sure, correct? | 11:23:04 |
| 20 | A.   It says that. | 11:23:06 |
| 21 | MR. SAHASRABUDHE:  And then -- | 11:23:07 |
| 22 | BY MR. BRUSTIN: | 11:23:08 |
| 23 | Q.   Why did you change your answer?  The | 11:23:09 |
| 24 | initial answer you gave when you said no, I was not | 11:23:11 |
| 25 | sure, was the truthful answer, correct? | 11:23:13 |



| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | MR. SAHASRABUDHE:  Object to the form. | 11:23:16 |
| 3 | MR. BLENK:  Form. | 11:23:16 |
| 4 | THE WITNESS:  I'm not answering that. | 11:23:18 |
| 5 | BY MR. BRUSTIN: | 11:23:22 |
| 6 | Q.   Why did you say when confronted on | 11:23:22 |
| 7 | cross-examination by Mr. Dixon's lawyer that you | 11:23:25 |
| 8 | weren't sure? | 11:23:28 |
| 9 | MR. SAHASRABUDHE:  Object to the form. | 11:23:30 |
| 10 | BY MR. BRUSTIN: | 11:23:31 |
| 11 | Q.   Did I read the words that came out of | 11:23:32 |
| 12 | your mouth correctly? | 11:23:34 |
| 13 | A.   Yes.  It's documented right here. | 11:23:35 |
| 14 | Q.   Why did you say that? | 11:23:37 |
| 15 | A.   I don't know. | 11:23:38 |
| 16 | Q.   Okay.  Take a look at page 241. | 11:23:42 |
| 17 | Actually, let's go right to page 243.  Read to | 11:24:23 |
| 18 | yourself lines 5 through line 14.  Let me know when | 11:24:38 |
| 19 | you're done. | 11:24:46 |
| 20 | A.   5 through what? | 11:24:55 |
| 21 | Q.   Just lines 5 through 14. | 11:24:58 |
| 22 | A.   Okay.  I've read it. | 11:25:00 |
| 23 | Q.   You read that? | 11:25:02 |
| 24 | A.   Yes. | 11:25:03 |
| 25 | Q.   And so here what you testified to under | 11:25:03 |



|   |   |   |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | oath is that you, in fact, told Detective Stambach | 11:25:09 |
| 3 | when he showed you the photo array that you were | 11:25:13 |
| 4 | certain Valentino Dixon was the shooter, correct? | 11:25:16 |
| 5 | A.   Yes. | 11:25:18 |
| 6 | Q.   And that he just wrote down the wrong | 11:25:19 |
| 7 | thing, right? | 11:25:22 |
| 8 | A.   I didn't say that. | 11:25:23 |
| 9 | Q.   Well, he wrote down that you weren't | 11:25:25 |
| 10 | sure and you're saying you told him you were sure, | 11:25:27 |
| 11 | correct? | 11:25:30 |
| 12 | MR. SAHASRABUDHE:   Form. | 11:25:30 |
| 13 | THE WITNESS:   If that's what you're saying, | 11:25:32 |
| 14 | I mean. | 11:25:35 |
| 15 | BY MR. BRUSTIN: | 11:25:35 |
| 16 | Q.   Well, let's do it this way:   Today you | 11:25:35 |
| 17 | told us that Detective Stambach accurately | 11:25:38 |
| 18 | documented what you said to him, correct? | 11:25:41 |
| 19 | A.   Yes. | 11:25:43 |
| 20 | Q.   And under oath at the trial you | 11:25:44 |
| 21 | testified that, in fact, what you told him is you | 11:25:48 |
| 22 | were sure that was the person that shot your | 11:25:51 |
| 23 | brother. | 11:25:52 |
| 24 | A.   Yes. | 11:25:53 |
| 25 | Q.   It can't both be true, right? | 11:25:53 |



| | |
|---|---|
| 1 | Aaron Jackson | |
| 2 | A.   No, they can't both be true. | 11:25:56 |
| 3 | Q.   Which one's true? | 11:25:58 |
| 4 | A.   Do you want me -- what are you trying | 11:26:02 |
| 5 | to get here?  What are you trying to get from me? | 11:26:04 |
| 6 | What answer are you trying to get from me? | 11:26:07 |
| 7 | Q.   Mr. Jackson, I don't want to be -- I | 11:26:09 |
| 8 | don't want to -- I want to be very clear with you. | 11:26:12 |
| 9 | A.   No, no, no, you do. | 11:26:14 |
| 10 | Q.   I want to be very clear with you. | 11:26:16 |
| 11 | A.   You're confusing me.  You're confusing | 11:26:17 |
| 12 | me. | 11:26:20 |
| 13 | Q.   I am suggesting, sir, that you weren't | 11:26:20 |
| 14 | being completely candid about your certainty. | 11:26:22 |
| 15 | That's what I'm suggesting.  I'm not hiding this | 11:26:25 |
| 16 | from you. | 11:26:27 |
| 17 | A.   I was being certain. | 11:26:28 |
| 18 | Q.   That's my contention. | 11:26:29 |
| 19 | A.   I was being certain. | 11:26:30 |
| 20 | Q.   That's why I'm asking these questions. | 11:26:32 |
| 21 | The report I just showed you, you read it, it says | 11:26:34 |
| 22 | that you -- he looked like the person who shot your | 11:26:38 |
| 23 | brother, it all happened fast, you know he was | 11:26:43 |
| 24 | there.  That's what the report says, correct? | 11:26:47 |
| 25 | A.   Yes. | 11:26:48 |



| | |
|---|---|
| 1 | Aaron Jackson |
| 2 | Q.   Under oath you testified that, in fact, | 11:26:48 |
| 3 | what you told the officer is that you were sure | 11:26:50 |
| 4 | Valentino Dixon shot your brother, correct? | 11:26:53 |
| 5 | A.   Yes. | 11:26:55 |
| 6 | Q.   They can't both be true.  They're | 11:26:56 |
| 7 | different things, right? | 11:26:58 |
| 8 | A.   Two totally different time frames, | 11:26:59 |
| 9 | right?  Two totally different time frames, right? | 11:27:01 |
| 10 | Q.   Well, which one is accurate? | 11:27:05 |
| 11 | A.   No, no, two totally different time | 11:27:06 |
| 12 | frames these statements came, right?  One was | 11:27:09 |
| 13 | earlier on, you're saying the 12th, and then we're | 11:27:11 |
| 14 | talking about the trial? | 11:27:14 |
| 15 | Q.   Well, the trial, you're being asked | 11:27:15 |
| 16 | questions about the 12th.  That's what they're | 11:27:18 |
| 17 | asking you questions about. | 11:27:20 |
| 18 | A.   Okay.  But what I'm saying is those are | 11:27:20 |
| 19 | two totally different mind frames.  Do you know | 11:27:21 |
| 20 | what mind frame I was in on the 12th?  Do you know | 11:27:24 |
| 21 | my medical condition?  Do you know that I just came | 11:27:27 |
| 22 | out of surgery?  Do you know I was highly | 11:27:29 |
| 23 | medicated?  Do you know that, Nick? | 11:27:32 |
| 24 | Q.   Yes, sir. | 11:27:33 |
| 25 | A.   Do you know that, Nick? | 11:27:34 |



| | |
|---|---|
| 1 | Aaron Jackson | |
| 2 | Q.   I do, sir. | 11:27:35 |
| 3 | A.   Do you know that in this trial where | 11:27:36 |
| 4 | I'm sitting right in front of the person who shot | 11:27:38 |
| 5 | and killed my brother and shot me, totally | 11:27:40 |
| 6 | different dynamics.  Totally different | 11:27:43 |
| 7 | understanding of what happened.  Totally different. | 11:27:45 |
| 8 | Q.   Okay. | 11:27:46 |
| 9 | A.   You're questioning me about this, and | 11:27:47 |
| 10 | you're questioning me about this.  Two totally | 11:27:49 |
| 11 | different situations, and I just have to get that | 11:27:51 |
| 12 | out in the open, because it seems like you don't | 11:27:53 |
| 13 | understand. | 11:27:55 |
| 14 | Q.   And by the way -- | 11:27:55 |
| 15 | A.   It seems like you don't understand. | 11:27:56 |
| 16 | Q.   You should feel comfortable clarifying | 11:27:58 |
| 17 | anything any way -- any way you want to. | 11:28:01 |
| 18 | A.   Two totally different time frames. | 11:28:04 |
| 19 | Q.   Sir, I just want to make sure you | 11:28:06 |
| 20 | understand.  You can clarify any answer you want. | 11:28:08 |
| 21 | Anything you want to say you should feel | 11:28:11 |
| 22 | comfortable saying, okay? | 11:28:12 |
| 23 | A.   Yes. | 11:28:13 |
| 24 | Q.   I don't want you to feel like I'm | 11:28:13 |
| 25 | cutting you off or anything like that.  I have to | 11:28:15 |



|   |   |   |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | ask you these questions.  That's my job.  You | 11:28:17 |
| 3 | should feel comfortable saying anything you feel | 11:28:20 |
| 4 | you need to say, okay? | 11:28:23 |
| 5 | A.   Yes. | 11:28:25 |
| 6 | Q.   All right.  Let's move on from this. | 11:28:25 |
| 7 | Let me ask you some other questions, and I'm going | 11:28:29 |
| 8 | to just follow up on this, that you were in -- | 11:28:31 |
| 9 | certainly as of August 12th, you were still in | 11:28:37 |
| 10 | rough shape, correct? | 11:28:40 |
| 11 | A.   Yes. | 11:28:42 |
| 12 | Q.   All right.  Do you remember whether you | 11:28:43 |
| 13 | were still in intensive care or not? | 11:28:46 |
| 14 | A.   Yes. | 11:28:49 |
| 15 | Q.   Do you remember when, approximately, | 11:28:49 |
| 16 | you started to feel a little bit better? | 11:28:54 |
| 17 | A.   No. | 11:28:56 |
| 18 | Q.   For example, when did the tube come | 11:28:56 |
| 19 | out, do you remember? | 11:28:58 |
| 20 | A.   No. | 11:28:58 |
| 21 | Q.   In the two-week period, was it within | 11:28:59 |
| 22 | three, four days that you started to feel a little | 11:29:02 |
| 23 | better? | 11:29:04 |
| 24 | A.   I don't recall. | 11:29:04 |
| 25 | Q.   Well, you left the hospital after two | 11:29:11 |



| | |
|---|---|
| 1 | Aaron Jackson |
| 2 | weeks, correct? | 11:29:14 |
| 3 | A.  Yes. | 11:29:17 |
| 4 | Q.  Do you remember -- do you remember | 11:29:17 |
| 5 | being moved from one room to another during your | 11:29:19 |
| 6 | hospital stay? | 11:29:22 |
| 7 | A.  Yes. | 11:29:24 |
| 8 | Q.  Do you remember approximately what -- | 11:29:24 |
| 9 | do you remember being moved more than once? | 11:29:27 |
| 10 | A.  Yes. | 11:29:30 |
| 11 | Q.  Okay.  Do you remember the first time | 11:29:30 |
| 12 | you were moved approximately how long after you had | 11:29:32 |
| 13 | been shot? | 11:29:36 |
| 14 | A.  No. | 11:29:36 |
| 15 | Q.  Approximately? | 11:29:37 |
| 16 | A.  I'm not going to guess. | 11:29:37 |
| 17 | Q.  Was it within the first week? | 11:29:39 |
| 18 | A.  I can't tell you. | 11:29:41 |
| 19 | Q.  Can't say.  And you have no memory of | 11:29:42 |
| 20 | when in relation to the shooting the tube was | 11:29:51 |
| 21 | removed -- the tubes were removed? | 11:29:53 |
| 22 | A.  I don't recall. | 11:29:56 |
| 23 | Q.  Okay.  Now, I want to ask you about -- | 11:29:57 |
| 24 | you were shown a photo array of Valentino Dixon on | 11:30:06 |
| 25 | the 12th.  I want to ask you about any other times | 11:30:10 |



January 12, 2023
69

```
 1                    Aaron Jackson
 2  when you were shown photographs by the police.     11:30:15
 3  Were there other times when you were shown         11:30:16
 4  photographs?                                       11:30:18
 5       A.   I don't recall.                          11:30:18
 6       Q.   Okay.  Now I just want to make sure      11:30:22
 7  that you're understanding my question.  I'm asking 11:30:24
 8  you just very broadly whether you have any         11:30:27
 9  recollection whatsoever of ever being shown any    11:30:29
10  type of photos in this case other than that night  11:30:32
11  from the hospital bed.                             11:30:35
12       A.   I have no recollection.                  11:30:38
13       Q.   Okay.  One way or the other?  As you     11:30:39
14  sit here today, you don't remember?                11:30:41
15       A.   I just answered the question.            11:30:42
16       Q.   Okay.  The difference is, the reason I   11:30:44
17  say that, the difference is whether you think it   11:30:47
18  never happened or you just can't remember one way  11:30:49
19  or another.  Those are two different things.       11:30:52
20  That's why I'm asking that.  So is it your best    11:30:54
21  recollection that you never saw photos again after 11:30:57
22  that night, or you just can't remember one way or  11:31:00
23  another?                                           11:31:03
24       A.   I don't recall.                          11:31:03
25       Q.   Now, would it be fair to say,           11:31:10
```



|  |  |  |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | Mr. Jackson, that you remain as certain today as | 11:31:44 |
| 3 | you were in -- at the time of the shooting that | 11:31:48 |
| 4 | Valentino Dixon was the shooter? | 11:31:57 |
| 5 | A.   Yes. | 11:31:59 |
| 6 | MR. BLENK:  Form. | 11:31:59 |
| 7 | BY MR. BRUSTIN: | 11:32:00 |
| 8 | Q.   And it's your testimony that you've | 11:32:12 |
| 9 | never wavered or questioned in any way whether or | 11:32:14 |
| 10 | not he was the person who pulled the trigger? | 11:32:16 |
| 11 | A.   Can you repeat it? | 11:32:19 |
| 12 | Q.   Sure.  You've never wavered or | 11:32:21 |
| 13 | questioned in any way since that time whether | 11:32:23 |
| 14 | Valentino Dixon was the person who pulled the | 11:32:26 |
| 15 | trigger? | 11:32:28 |
| 16 | A.   No, I never wavered. | 11:32:28 |
| 17 | Q.   You have a vivid image in your mind of | 11:32:33 |
| 18 | him being the shooter? | 11:32:39 |
| 19 | A.   I looked directly at him. | 11:32:40 |
| 20 | Q.   Do you have any explanation as you sit | 11:32:44 |
| 21 | here today, Mr. Jackson, as to why so many other | 11:32:49 |
| 22 | people, including Lamarr Jackson -- | 11:32:53 |
| 23 | MR. SAHASRABUDHE:  Lamarr Scott. | 11:32:57 |
| 24 | MR. BRUSTIN:  I apologize, sorry. | 11:32:59 |
| 25 | THE WITNESS:  Slow down, Nick, please.  And | 11:33:00 |



|  |  |  |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | thank you. | 11:33:02 |
| 3 | MR. BRUSTIN:  I will, I will. | 11:33:02 |
| 4 | BY MR. BRUSTIN: | 11:33:03 |
| 5 | Q.  Do you have any explanation as you sit | 11:33:04 |
| 6 | here today as to why so many people, including | 11:33:06 |
| 7 | Lamarr Scott, now admit that it was Lamarr Scott | 11:33:10 |
| 8 | who shot you and your brother? | 11:33:13 |
| 9 | A.  Repeat that? | 11:33:16 |
| 10 | Q.  Yes, sir. | 11:33:18 |
| 11 | MR. BLENK:  Objection. | 11:33:19 |
| 12 | BY MR. BRUSTIN: | 11:33:20 |
| 13 | Q.  Do you have any explanation or theory | 11:33:20 |
| 14 | as you sit here today why so many people now have | 11:33:23 |
| 15 | stated that it was Lamarr Scott who shot you and | 11:33:28 |
| 16 | your brother as opposed to Valentino Dixon? | 11:33:32 |
| 17 | MR. BLENK:  Form. | 11:33:36 |
| 18 | MR. SAHASRABUDHE:  Objection. | 11:33:37 |
| 19 | THE WITNESS:  No.  I can't speak for what | 11:33:38 |
| 20 | other people think.  I was there. | 11:33:40 |
| 21 | BY MR. BRUSTIN: | 11:33:42 |
| 22 | Q.  Okay.  And I'm referencing people who | 11:33:42 |
| 23 | were also there. | 11:33:44 |
| 24 | A.  Not in the condition -- or not in the | 11:33:45 |
| 25 | situation that I was placed in, Nick. | 11:33:47 |

