|    |                                                              |          |
|----|--------------------------------------------------------------|----------|
| 1  | Aaron Jackson                                                |          |
| 2  | Q.   I agree with that.  I agree completely.                | 11:33:49 |
| 3  | Okay.  So, now, let's take a look at --                      | 11:33:53 |
| 4  | well, you've already told us that the first person          | 11:34:08 |
| 5  | you ever remember -- you ever believed you                  | 11:34:11 |
| 6  | referenced Valentino Dixon in connection with the           | 11:34:15 |
| 7  | shooting was Detective Stambach on August 12th,             | 11:34:17 |
| 8  | correct?                                                     | 11:34:20 |
| 9  | MR. SAHASRABUDHE:  Objection to form.                        | 11:34:20 |
| 10 | THE WITNESS:  I don't recall saying that.                   | 11:34:21 |
| 11 | BY MR. BRUSTIN:                                              | 11:34:23 |
| 12 | Q.   Well, do you agree with that, that the                 | 11:34:23 |
| 13 | first person -- the first time you mentioned                | 11:34:26 |
| 14 | Valentino Dixon as the potential shooter was with           | 11:34:30 |
| 15 | Stambach on the 12th?                                        | 11:34:34 |
| 16 | MR. SAHASRABUDHE:  Objection to form.                        | 11:34:35 |
| 17 | THE WITNESS:  I don't recall saying that.                   | 11:34:37 |
| 18 | BY MR. BRUSTIN:                                              | 11:34:38 |
| 19 | Q.   Well, you certainly never told                         | 11:34:38 |
| 20 | anybody -- you've already told us that you had              | 11:34:40 |
| 21 | never spoken to Valentino Dixon before the night of         | 11:34:42 |
| 22 | the shooting, correct?                                       | 11:34:44 |
| 23 | A.   You're asking me the same question                     | 11:34:45 |
| 24 | again.  I answered that earlier.                            | 11:34:47 |
| 25 | Q.   Okay.  So because of that, you                         | 11:34:49 |



|    |                                                            |          |
|----|------------------------------------------------------------|----------|
| 1  | Aaron Jackson                                              |          |
| 2  | certainly never told anybody that Valentino Dixon         | 11:34:52 |
| 3  | had threatened you before the night of the                | 11:34:54 |
| 4  | shooting, correct?                                        | 11:34:57 |
| 5  | MR. SAHASRABUDHE:  Form.                                   | 11:34:58 |
| 6  | THE WITNESS:  Where did that come from?                   | 11:34:58 |
| 7  | BY MR. BRUSTIN:                                           | 11:35:02 |
| 8  | Q.  Sir, if you can answer my question,                  | 11:35:02 |
| 9  | please try to.  So as far as you recall --               | 11:35:05 |
| 10 | withdrawn.                                                | 11:35:11 |
| 11 | Valentino Dixon never threatened you in                  | 11:35:12 |
| 12 | words or in action before the night of the               | 11:35:15 |
| 13 | shooting, correct?                                        | 11:35:18 |
| 14 | A.  No.                                                   | 11:35:20 |
| 15 | Q.  In other words, you agree with me?                    | 11:35:20 |
| 16 | A.  I just answered the question, Nick.                   | 11:35:23 |
| 17 | MR. SAHASRABUDHE:  Form.                                   | 11:35:25 |
| 18 | BY MR. BRUSTIN:                                           | 11:35:26 |
| 19 | Q.  It's a double negative.  That's why --               | 11:35:26 |
| 20 | that's why I'm clarifying.                                | 11:35:28 |
| 21 | A.  I'm only going to answer one question                | 11:35:29 |
| 22 | at a time.                                                | 11:35:33 |
| 23 | Q.  Do you agree with me that Valentino                   | 11:35:34 |
| 24 | Dixon never threatened you --                             |          |
| 25 | A.  Never threatened me.                                  |          |



| | |
|---|---|
| 1 | Aaron Jackson |
| 2 | Q.    -- before the night of the shooting, |
| 3 | correct? |
| 4 | (Reporter interruption.) |
| 5 | BY MR. BRUSTIN: |
| 6 | Q.   I'm not trying to twist it, I swear. |
| 7 | I'm just trying to get a -- I'm just trying to get |
| 8 | a clear answer, and it's my fault for doing a |
| 9 | double negative. |
| 10 | Valentino Dixon never threatened you before |
| 11 | the night of the shooting, correct? |
| 12 | A.   Yes, that's correct. |
| 13 | Q.   You never saw Valentino Dixon in front |
| 14 | of your house before the night of the shooting, |
| 15 | correct? |
| 16 | A.   Correct. |
| 17 | Q.   All right.  Now, do you recall -- all |
| 18 | right.  So do you recall two other officers |
| 19 | named -- plainclothes officers/detectives named |
| 20 | Grabowski and DiPirro coming to interview you on |
| 21 | August 21st? |
| 22 | A.   No. |
| 23 | Q.   All right.  Even if you don't recall |
| 24 | them by name, do you recall two detectives coming |
| 25 | to visit you in the hospital after Detective |

Time stamps:
6 — 11:35:43
7 — 11:35:45
8 — 11:35:47
9 — 11:35:49
10 — 11:35:52
11 — 11:35:54
12 — 11:35:55
13 — 11:36:03
14 — 11:36:06
15 — 11:36:09
16 — 11:36:11
17 — 11:36:15
18 — 11:36:37
19 — 11:36:44
20 — 11:36:48
21 — 11:36:53
22 — 11:36:54
23 — 11:36:57
24 — 11:37:00
25 — 11:37:03



```
1                    Aaron Jackson
2    Stambach on the 12th?                        11:37:07
3         A.    No.                               11:37:08
4         Q.    Now, by August 21st, that was 11 days   11:37:15
5    after the shooting, correct?                 11:37:36
6         A.    Yes.                              11:37:39
7         Q.    And you went home a few days later,    11:37:39
8    correct?                                     11:37:43
9         A.    Yes.                              11:37:44
10        Q.    And so certainly -- by the way, when   11:37:44
11   you went home, and I don't mean to pry, I    11:37:48
12   apologize, I'll just ask a couple of questions.  11:37:51
13   What limitations did you have health-wise when you  11:37:54
14   got home?  Did you have to stay in bed?  Were you  11:37:57
15   able to walk around?  How -- what kind of shape   11:37:59
16   were you in by the time you got home?        11:38:02
17        A.    You don't mean to pry, but then you    11:38:04
18   start asking me questions that are prying.  I don't  11:38:06
19   get you.  I don't get you.  I had a colostomy bag.  11:38:09
20   I had a colostomy bag, and I was shot, and I lost a  11:38:15
21   lot of weight.                               11:38:21
22        Q.    I'm asking you for a reason.      11:38:21
23        A.    Okay.                            11:38:21
24        Q.    Okay.  Were you able to walk?  Were you  11:38:22
25   able to speak and do all those things when you got  11:38:23
```



|    | Aaron Jackson                               |          |
|----|---------------------------------------------|----------|
| 1  |          Aaron Jackson                      |          |
| 2  | home?                                       | 11:38:25 |
| 3  |      A.   Barely.                           | 11:38:25 |
| 4  |      Q.   Were you -- I didn't hear that, I'm | 11:38:27 |
| 5  | sorry.                                      | 11:38:29 |
| 6  |      A.   I said barely.                    | 11:38:30 |
| 7  |      Q.   Barely, okay.  All right.  But by the | 11:38:31 |
| 8  | 21st, 11 days after the shooting, you were getting | 11:38:40 |
| 9  | close to being able to go home, correct?    | 11:38:42 |
| 10 |      A.   Yes.                              | 11:38:46 |
| 11 |      Q.   And you were certainly feeling somewhat | 11:38:46 |
| 12 | better?                                     | 11:38:48 |
| 13 |      A.   No.                               | 11:38:48 |
| 14 |      Q.   Fair to say, as compared to the 11th or | 11:38:49 |
| 15 | the 12th?                                   | 11:38:51 |
| 16 |      A.   No.                               | 11:38:52 |
| 17 |      Q.   Well, do you recall whether three days | 11:38:53 |
| 18 | before you went home from the hospital you had a | 11:38:55 |
| 19 | tube in your nose?                          | 11:38:57 |
| 20 |      A.   I don't recall.                   | 11:38:59 |
| 21 |      Q.   Okay.  Take a look at page 216 to 217, | 11:39:02 |
| 22 | and I want you to read -- let me know when you're | 11:39:18 |
| 23 | there, and I'll tell you to read.           | 11:39:21 |
| 24 |      MR. SAHASRABUDHE:  He has it.          | 11:39:24 |
| 25 |      BY MR. BRUSTIN:                        | 11:39:24 |



AARON JACKSON
DIXON V. CITY OF BUFFALO

```
 1                    Aaron Jackson
 2        Q.   Okay.  So the interview, the alleged        11:39:25
 3   interview with you starts in the middle of the       11:39:26
 4   third paragraph where it says "officers then went    11:39:27
 5   to ECMC."  Do you see that?                           11:39:29
 6        A.   Yes.                                         11:39:32
 7        Q.   Okay.  If you could read from that          11:39:33
 8   point all the way through to the end of this -- of   11:39:35
 9   this document, I would appreciate it, okay?          11:39:42
10        A.   Yes.  Okay.                                 11:39:45
11        Q.   Okay.  So, first of all, this appears,     11:40:31
12   you would agree, to be an interview of you in the    11:40:35
13   hospital room, room 869, while you were in the       11:40:38
14   hospital by these two detectives, correct?           11:40:43
15        A.   Yes.                                        11:40:47
16        Q.   Does reading this refresh your memory      11:40:47
17   at all about meeting with these two detectives in    11:40:50
18   the hospital?                                         11:40:53
19        A.   Somewhat.                                   11:40:53
20        Q.   Okay.  So you don't deny that you, in      11:40:54
21   fact, met with these two detectives in the           11:40:57
22   hospital, correct?                                    11:40:59
23        A.   Yes.                                        11:41:00
24        Q.   All right.  And it appears -- it           11:41:01
25   appears from this document that you -- they were     11:41:04
```



                              Aaron Jackson

1

2  asking you questions and you were able to give them        11:41:08

3  answers verbally, correct?                                 11:41:11

4       A.   Yes.                                             11:41:13

5       Q.   And I take it each time you were                 11:41:14

6  meeting with the officers, you were doing your best        11:41:21

7  to give them honest, accurate information, correct?        11:41:25

8       A.   Yes.                                             11:41:30

9       Q.   That would be -- that would be true on           11:41:31

10 August 12th, and that would be true on August 21st,        11:41:33

11 correct?                                                   11:41:36

12      A.   Yes.                                             11:41:37

13      Q.   You were never trying to mislead the             11:41:37

14 police, correct?                                           11:41:39

15      A.   No.                                              11:41:41

16      Q.   Is that correct?                                 11:41:41

17      A.   Yes.                                             11:41:43

18      Q.   You were trying to give them all of the          11:41:43

19 information that you had so that they could bring           11:41:47

20 the people -- the person --                                11:41:50

21      A.   Valentino Dixon, Valentino Dixon to              11:41:52

22 justice.                                                   11:41:55

23      Q.   Okay.  So what you were trying to do --          11:41:57

24 you understand that Valentino Dixon has been                11:42:01

25 exonerated for this crime, right?                          11:42:03



1                        Aaron Jackson

2          MR. SAHASRABUDHE:  Object to the form.          11:42:06

3          BY MR. BRUSTIN:                                 11:42:08

4          Q.   Do you even -- do you even think it's      11:42:09

5    possible that you could be mistaken about who the     11:42:11

6    shooter had been?                                     11:42:14

7          MR. BLENK:  Form.                               11:42:14

8          MR. SAHASRABUDHE:  Form.                        11:42:15

9          THE WITNESS:  No.                               11:42:15

10         BY MR. BRUSTIN:                                 11:42:17

11         Q.   All right.  You were trying to do your     11:42:19

12   best to ensure that Valentino Dixon was bought to     11:42:22

13   justice, correct?                                     11:42:27

14         MR. SAHASRABUDHE:  Objection to form.           11:42:29

15         THE WITNESS:  Yes.                              11:42:34

16         BY MR. BRUSTIN:                                 11:42:34

17         Q.   That was your goal on August 12th when     11:42:35

18   you met with Detective Stambach, correct?            11:42:36

19         MR. BLENK:  Form.                               11:42:38

20         THE WITNESS:  That wasn't my goal.              11:42:39

21         BY MR. BRUSTIN:                                 11:42:40

22         Q.   Well, your goal wasn't to ensure that      11:42:41

23   there was justice?                                    11:42:43

24         A.   Justice, yes, yes.                         11:42:44

25         Q.   Okay.  And you wanted him to be            11:42:46



|   |   |
|---|---|
| 1 | Aaron Jackson | |
| 2 | prosecuted and put in prison, correct? | 11:42:48 |
| 3 | A.   Yes. | 11:42:51 |
| 4 | Q.   And you were doing everything in your | 11:42:51 |
| 5 | power to cooperate with the police in that regard, | 11:42:53 |
| 6 | correct? | 11:42:55 |
| 7 | A.   Yes. | 11:42:56 |
| 8 | Q.   That's what you mean by justice, | 11:42:57 |
| 9 | correct, putting him in prison? | 11:42:59 |
| 10 | A.   Justice. | 11:43:01 |
| 11 | Q.   Well, what do you mean by justice? | 11:43:04 |
| 12 | A.   Being brought to justice, arrested, | 11:43:05 |
| 13 | taken to trial. | 11:43:07 |
| 14 | Q.   Prosecuted. | 11:43:10 |
| 15 | A.   Yes. | 11:43:11 |
| 16 | Q.   Okay.  And so you were doing everything | 11:43:12 |
| 17 | you could on August 21st when you met with these | 11:43:13 |
| 18 | officers to ensure that justice as you just | 11:43:17 |
| 19 | described it was done? | 11:43:19 |
| 20 | A.   Yes. | 11:43:21 |
| 21 | MR. BLENK:  Form. | 11:43:21 |
| 22 | MR. SAHASRABUDHE:  Form. | 11:43:22 |
| 23 | BY MR. BRUSTIN: | 11:43:26 |
| 24 | Q.   Okay.  And do you have any reason to | 11:43:26 |
| 25 | dispute their description of the conversation that | 11:43:28 |



|    |                                                              |          |
|----|--------------------------------------------------------------|----------|
| 1  | Aaron Jackson                                                |          |
| 2  | they had with you?                                           | 11:43:30 |
| 3  | A.   No.                                                      | 11:43:32 |
| 4  | Q.   It appears to be a generally accurate                   | 11:43:36 |
| 5  | description?                                                  | 11:43:38 |
| 6  | A.   Yes.                                                     | 11:43:38 |
| 7  | Q.   Can you explain then why you didn't                     | 11:43:38 |
| 8  | tell these officers on August 21st that Valentino            | 11:43:42 |
| 9  | Dixon was the person who shot and killed -- who              | 11:43:46 |
| 10 | shot and killed your brother and who shot you?               | 11:43:50 |
| 11 | A.   I have no clue.                                          | 11:43:52 |
| 12 | Q.   But you would agree that based on this                  | 11:43:56 |
| 13 | document you never told them that, correct?                  | 11:43:58 |
| 14 | A.   Say it again?                                           | 11:44:00 |
| 15 | Q.   You would agree that based on this                      | 11:44:01 |
| 16 | report of your conversation with them, you never            | 11:44:04 |
| 17 | told them that Valentino Dixon was the person who           | 11:44:08 |
| 18 | shot you and killed your brother?                            | 11:44:11 |
| 19 | MR. BLENK:  Form.                                            | 11:44:13 |
| 20 | MR. SAHASRABUDHE:  Form.                                     | 11:44:13 |
| 21 | THE WITNESS:  Not in this document.                         | 11:44:14 |
| 22 | BY MR. BRUSTIN:                                              | 11:44:18 |
| 23 | Q.   So is it your belief that you told them                | 11:44:18 |
| 24 | that Valentino Dixon -- withdrawn.                           | 11:44:21 |
| 25 | Certainly by the 21st you knew that your                     | 11:44:25 |



|    | Aaron Jackson |          |
|----|---------------|----------|
| 1  | Aaron Jackson |          |
| 2  | brother had been killed, correct? | 11:44:28 |
| 3  | A.   Yes. | 11:44:30 |
| 4  | Q.   Is it your testimony that you told | 11:44:31 |
| 5  | these officers in your room on the 21st that | 11:44:36 |
| 6  | Valentino Dixon was the person who killed your | 11:44:39 |
| 7  | brother and shot you, they just failed to write it | 11:44:42 |
| 8  | down? | 11:44:44 |
| 9  | A.   No. | 11:44:45 |
| 10 | MR. SAHASRABUDHE:  Object to form. | 11:44:45 |
| 11 | BY MR. BRUSTIN: | 11:44:47 |
| 12 | Q.   Okay.  And it appears from this | 11:44:48 |
| 13 | document that they're asking you lots of questions | 11:44:54 |
| 14 | about what you saw and heard in relation to the | 11:44:58 |
| 15 | shooting, correct? | 11:45:02 |
| 16 | A.   Yes. | 11:45:04 |
| 17 | Q.   And that's consistent with your memory | 11:45:04 |
| 18 | of this conversation? | 11:45:06 |
| 19 | A.   Yes. | 11:45:08 |
| 20 | Q.   And, in fact, it states in the bottom | 11:45:09 |
| 21 | of page 216:  Aaron states he saw Travis behind the | 11:45:19 |
| 22 | guy who was doing the shooting, correct? | 11:45:26 |
| 23 | A.   Yes. | 11:45:30 |
| 24 | Q.   And so, in other words, it's clear from | 11:45:30 |
| 25 | this document that you did not identify the guy who | 11:45:32 |



|   |   |   |
|---|---|---|
| 1 | Aaron Jackson |  |
| 2 | was doing the shooting as Valentino Dixon? | 11:45:36 |
| 3 | MR. BLENK:  Form. | 11:45:39 |
| 4 | MR. SAHASRABUDHE:  Form. | 11:45:40 |
| 5 | THE WITNESS:  Not in that statement. | 11:45:40 |
| 6 | BY MR. BRUSTIN: | 11:45:42 |
| 7 | Q.  Not anywhere in this interview with | 11:45:43 |
| 8 | these two detectives, correct? | 11:45:45 |
| 9 | A.  From reading it, it doesn't say that. | 11:45:48 |
| 10 | Q.  What would be the conceivable reason if | 11:45:52 |
| 11 | you were sure at this time that Valentino Dixon | 11:45:54 |
| 12 | shot and killed your brother and shot you and your | 11:45:57 |
| 13 | goal was to bring him to justice by getting him | 11:46:00 |
| 14 | prosecuted, what would be the conceivable reason | 11:46:06 |
| 15 | for not telling these two detectives that Valentino | 11:46:07 |
| 16 | Dixon was the shooter? | 11:46:10 |
| 17 | MR. SAHASRABUDHE:  Objection to form. | 11:46:11 |
| 18 | MR. BLENK:  Form. | 11:46:12 |
| 19 | THE WITNESS:  I don't know. | 11:46:12 |
| 20 | BY MR. BRUSTIN: | 11:46:15 |
| 21 | Q.  Is it possible, sir, that you were, in | 11:46:16 |
| 22 | fact, not certain even at this time that he was the | 11:46:21 |
| 23 | shooter? | 11:46:24 |
| 24 | MR. SAHASRABUDHE:  Objection to form.  Asked | 11:46:25 |
| 25 | and answered. | 11:46:26 |



| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | MR. BLENK:  Form. | 11:46:26 |
| 3 | THE WITNESS:  He asked me this already. | 11:46:29 |
| 4 | You've asked me this already, and I've answered it. | 11:46:31 |
| 5 | MR. BRUSTIN:  I have.  I'm asking -- | 11:46:34 |
| 6 | THE WITNESS:  But you're doing it again. | 11:46:35 |
| 7 | MR. BRUSTIN:  I'm allowed to do that. | 11:46:36 |
| 8 | THE WITNESS:  You're doing it again and | 11:46:37 |
| 9 | again and again.  You're asking me the same thing | 11:46:39 |
| 10 | over and over and over, Nick.  There was -- no. | 11:46:41 |
| 11 | BY MR. BRUSTIN: | 11:46:45 |
| 12 | Q.  You know what?  I'm not going to.  I'm | 11:46:45 |
| 13 | going to withdraw the question. | 11:46:46 |
| 14 | A.  Please.  Thank you. | 11:46:47 |
| 15 | Q.  Okay.  I'm going to withdraw the | 11:46:48 |
| 16 | question.  Any explanation whatsoever as to why on | 11:46:49 |
| 17 | August 21st you did not mention to these officers | 11:46:57 |
| 18 | that Valentino Dixon was the shooter? | 11:47:01 |
| 19 | MR. SAHASRABUDHE:  Asked and answered. | 11:47:03 |
| 20 | Objection. | 11:47:04 |
| 21 | MR. BLENK:  Form. | 11:47:04 |
| 22 | THE WITNESS:  No explanation. | 11:47:06 |
| 23 | BY MR. BRUSTIN: | 11:47:08 |
| 24 | Q.  Now, you see that you were asked some | 11:47:13 |
| 25 | questions here about Lamarr Scott.  Do you see that | 11:47:33 |



| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | on page 217, at least according to this document? | 11:47:36 |
| 3 | A.   Yes. | 11:47:42 |
| 4 | Q.   Is it your recollection that this is | 11:47:42 |
| 5 | the first time you've been asked any questions | 11:47:45 |
| 6 | about Lamarr Scott? | 11:47:48 |
| 7 | MR. SAHASRABUDHE:  Form. | 11:47:49 |
| 8 | THE WITNESS:  Possibly. | 11:47:50 |
| 9 | BY MR. BRUSTIN: | 11:47:52 |
| 10 | Q.   Okay.  And you would agree here that | 11:47:53 |
| 11 | there's no -- you correct me if I'm wrong, but it | 11:48:17 |
| 12 | appears from this document that what these officers | 11:48:27 |
| 13 | did is they came in and asked you to describe from | 11:48:30 |
| 14 | start to finish in your words what you saw and | 11:48:34 |
| 15 | heard the night of the shooting.  Is that a fair | 11:48:38 |
| 16 | characterization? | 11:48:41 |
| 17 | MR. SAHASRABUDHE:  Form. | 11:48:42 |
| 18 | THE WITNESS:  No. | 11:48:42 |
| 19 | BY MR. BRUSTIN: | 11:48:46 |
| 20 | Q.   How is that inaccurate? | 11:48:47 |
| 21 | A.   It was much more than this but, I mean, | 11:48:50 |
| 22 | I'm just reading what's down, so these are the | 11:48:53 |
| 23 | answers that I gave to the questions they asked. | 11:48:57 |
| 24 | Q.   Okay.  And fair to say that in general | 11:49:01 |
| 25 | what this document suggests is they asked you in | 11:49:03 |



                        Aaron Jackson

1

2    general what you remember seeing and hearing that          11:49:06

3    night?                                                      11:49:09

4         MR. BLENK:  Form.                                      11:49:10

5         THE WITNESS:  Yes.                                     11:49:11

6         BY MR. BRUSTIN:                                        11:49:12

7         Q.   And you did your best at this time to             11:49:12

8    tell them what you remember?                                11:49:14

9         A.   Yes.                                              11:49:15

10        Q.   And at this time you did not give them           11:49:16

11   any description of the shooter, correct?                    11:49:18

12        MR. BLENK:  Form.                                      11:49:23

13        THE WITNESS:  It's not in there.                       11:49:24

14        BY MR. BRUSTIN:                                        11:49:27

15        Q.   Not by name or by description as to               11:49:27

16   what he was wearing or what he looked like,                 11:49:29

17   correct?                                                    11:49:30

18        MR. SAHASRABUDHE:  Form.  Asked and                    11:49:31

19   answered.                                                   11:49:32

20        MR. BLENK:  Form.                                      11:49:32

21        BY MR. BRUSTIN:                                        11:49:32

22        Q.   Well, let me be more specific.  There             11:49:33

23   is nothing in here giving a description of what the         11:49:35

24   shooter looked like or was wearing, correct?               11:49:37

25        A.   No.                                               11:49:40



|  |  |
|---|---|
| 1 | Aaron Jackson |  |
| 2 | MR. SAHASRABUDHE:  Form.  Same objection. | 11:49:40 |
| 3 | THE WITNESS:  There's no description. | 11:49:44 |
| 4 | MR. BRUSTIN:  I didn't hear your answer, | 11:49:46 |
| 5 | sir.  I'm sorry, it's my fault. | 11:49:48 |
| 6 | THE WITNESS:  There's no description. | 11:49:49 |
| 7 | BY MR. BRUSTIN: | 11:49:52 |
| 8 | Q.   Now, on page 216 it says -- I'm just | 11:50:16 |
| 9 | going to ask you:  If you look at the paragraph | 11:51:03 |
| 10 | beginning "he states."  It's on the bottom of page | 11:51:05 |
| 11 | 216, the second-last paragraph. | 11:51:09 |
| 12 | A.   Yes. | 11:51:11 |
| 13 | Q.   Is this an accurate description of what | 11:51:11 |
| 14 | happened to you? | 11:51:14 |
| 15 | A.   Yes. | 11:51:18 |
| 16 | Q.   Okay.  Take a look at page 217.  Do you | 11:51:20 |
| 17 | see the second sentence, it says:  He states that | 11:51:55 |
| 18 | he does not know a Lamarr Scott and a Valentino | 11:51:58 |
| 19 | Dixon. | 11:52:01 |
| 20 | A.   Yes. | 11:52:02 |
| 21 | Q.   Do you see that? | 11:52:02 |
| 22 | A.   Yes. | 11:52:03 |
| 23 | Q.   Do you deny making that statement to | 11:52:04 |
| 24 | the police? | 11:52:07 |
| 25 | A.   No.  It's right here in front of me. | 11:52:07 |



AARON JACKSON
DIXON V. CITY OF BUFFALO

January 12, 2023
88

| | Aaron Jackson | |
|---|---|---|
| 1 | | |
| 2 | Q.   Why would you ever tell the police that | 11:52:11 |
| 3 | you didn't know Valentino Dixon if you knew him to | 11:52:14 |
| 4 | be the person that shot you and your brother? | 11:52:18 |
| 5 | MR. BLENK:  Form. | 11:52:20 |
| 6 | MR. SAHASRABUDHE:  Objection to form. | 11:52:22 |
| 7 | THE WITNESS:  Know him and seeing him, two | 11:52:23 |
| 8 | totally different things.  I didn't know him | 11:52:25 |
| 9 | personally, no. | 11:52:27 |
| 10 | BY MR. BRUSTIN: | 11:52:34 |
| 11 | Q.   But even with this sentence, no | 11:52:34 |
| 12 | explanation -- | 11:52:38 |
| 13 | MR. SAHASRABUDHE:  You froze, Nick. | 11:52:38 |
| 14 | (Off the record due to technical | 11:52:38 |
| 15 | difficulties.) | 11:52:38 |
| 16 | BY MR. BRUSTIN: | 11:52:38 |
| 17 | Q.   Even with this sentence, you still have | 11:52:46 |
| 18 | no explanation as to why you did not tell him | 11:52:47 |
| 19 | Valentino Dixon is the person who shot my brother? | 11:52:50 |
| 20 | MR. BLENK:  Form. | 11:52:52 |
| 21 | MR. SAHASRABUDHE:  Objection to form.  Asked | 11:52:53 |
| 22 | and answered. | 11:52:55 |
| 23 | THE WITNESS:  They may not have asked that | 11:52:55 |
| 24 | question.  They may have just asked if I knew him, | 11:52:57 |
| 25 | and I did not know him nor do I know Lamarr Scott. | 11:53:03 |



|   | Aaron Jackson |  |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | I don't know them personally. | 11:53:07 |
| 3 | BY MR. BRUSTIN: | 11:53:08 |
| 4 | Q.   Any explanation as to why you told them | 11:53:09 |
| 5 | that Travis was behind the guy who was doing the | 11:53:12 |
| 6 | shooting as opposed to saying he was behind | 11:53:15 |
| 7 | Valentino Dixon? | 11:53:19 |
| 8 | MR. BLENK:  Form. | 11:53:19 |
| 9 | MR. SAHASRABUDHE:  Objection to form. | 11:53:20 |
| 10 | THE WITNESS:  No. | 11:53:21 |
| 11 | BY MR. BRUSTIN: | 11:53:31 |
| 12 | Q.   Okay.  I want to ask you some questions | 11:53:32 |
| 13 | about what happened in the hours leading up to the | 11:53:34 |
| 14 | shooting, okay? | 11:53:38 |
| 15 | A.   Yes. | 11:53:40 |
| 16 | Q.   And if I need to, I'm happy to go to | 11:53:41 |
| 17 | the testimony.  I'm going to try without that.  You | 11:53:44 |
| 18 | just tell me if you prefer to see the testimony, | 11:53:46 |
| 19 | and I will show it to you, okay? | 11:53:49 |
| 20 | A.   Yes. | 11:53:51 |
| 21 | Q.   Okay.  Based on the testimony, my | 11:53:53 |
| 22 | understanding is that on August 9th, the night | 11:53:56 |
| 23 | before the morning of the shooting, you were out | 11:54:01 |
| 24 | with your friend, Mr. Powell, and you wanted to get | 11:54:09 |
| 25 | some cigarettes from the store; is that correct? | 11:54:12 |



AARON JACKSON
DIXON V. CITY OF BUFFALO

|   |   |   |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | A.   No. | 11:54:15 |
| 3 | Q.   What did I get wrong about that? | 11:54:17 |
| 4 | A.   I don't smoke.  He wanted to get | 11:54:18 |
| 5 | cigarettes. | 11:54:21 |
| 6 | Q.   Thank you.  You went with him to get | 11:54:21 |
| 7 | cigarettes? | 11:54:24 |
| 8 | A.   Yes. | 11:54:25 |
| 9 | Q.   Okay.  And you went to the store on | 11:54:26 |
| 10 | Bailey and Delavan across from Louie's? | 11:54:32 |
| 11 | A.   Yes. | 11:54:41 |
| 12 | Q.   And you parked outside of the bank; is | 11:54:41 |
| 13 | that right? | 11:54:44 |
| 14 | A.   Yes. | 11:54:44 |
| 15 | Q.   And then Mr. Powell went into the mini | 11:54:46 |
| 16 | mall to buy cigarettes? | 11:54:49 |
| 17 | A.   Yes. | 11:54:51 |
| 18 | Q.   And you went into the car? | 11:54:53 |
| 19 | A.   Yes. | 11:54:56 |
| 20 | Q.   And at that time you were approached by | 11:54:56 |
| 21 | three black men? | 11:55:00 |
| 22 | A.   Leonard Brown, Antoine Shannon, and | 11:55:03 |
| 23 | Mario Jarmon. | 11:55:10 |
| 24 | Q.   You knew one of them from school? | 11:55:13 |
| 25 | A.   Leonard. | 11:55:15 |



AARON JACKSON
DIXON V. CITY OF BUFFALO

January 12, 2023
91

| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | Q.    And they told you to get out of the | 11:55:16 |
| 3 | car? | 11:55:18 |
| 4 | A.    Yes. | 11:55:20 |
| 5 | Q.    And they were acting in a very | 11:55:21 |
| 6 | aggressive manner? | 11:55:24 |
| 7 | A.    Very much so. | 11:55:25 |
| 8 | Q.    And the men -- the three black men were | 11:55:27 |
| 9 | holding their hands behind their back, correct? | 11:55:42 |
| 10 | A.    Yes. | 11:55:46 |
| 11 | Q.    In such a way that you believed they | 11:55:46 |
| 12 | might have guns? | 11:55:49 |
| 13 | A.    Yes. | 11:55:50 |
| 14 | Q.    That was what was in your mind? | 11:55:51 |
| 15 | A.    Yes. | 11:55:53 |
| 16 | Q.    And you were very concerned, correct? | 11:55:53 |
| 17 | A.    Yeah, somewhat. | 11:55:56 |
| 18 | Q.    That three men were threatening you | 11:55:58 |
| 19 | with guns behind their back, correct? | 11:56:00 |
| 20 | A.    Yes. | 11:56:02 |
| 21 | MR. BLENK:   Form. | 11:56:02 |
| 22 | MR. SAHASRABUDHE:   Form. | 11:56:03 |
| 23 | BY MR. BRUSTIN: | 11:56:03 |
| 24 | Q.    Obviously there would be nothing you | 11:56:04 |
| 25 | could do to protect yourself from three men with | 11:56:07 |



AARON JACKSON
DIXON V. CITY OF BUFFALO

| | |
|---|---|
| 1 | Aaron Jackson |
| 2 | guns, correct? | 11:56:11 |
| 3 | MR. BLENK:  Form. | 11:56:12 |
| 4 | THE WITNESS:  Yes. | 11:56:12 |
| 5 | BY MR. BRUSTIN: | 11:56:13 |
| 6 | Q.   You didn't have a gun, correct? | 11:56:14 |
| 7 | A.   Not at all. | 11:56:15 |
| 8 | Q.   As a result of that -- of their | 11:56:23 |
| 9 | behavior, you then told your friend, Mr. Powell, to | 11:56:25 |
| 10 | hurry up so you could get out of there, correct? | 11:56:30 |
| 11 | A.   No.  I got into the driver's seat, and | 11:56:33 |
| 12 | I pulled in front of the store.  I blew the horn | 11:56:36 |
| 13 | and asked him to come out, because it seemed like | 11:56:39 |
| 14 | there was going to be an issue with me and these | 11:56:41 |
| 15 | guys in the parking lot. | 11:56:43 |
| 16 | Q.   Okay.  Your concern was that there were | 11:56:44 |
| 17 | three guys with guns in the parking lot who were | 11:56:46 |
| 18 | acting in a very aggressive manner, and you | 11:56:48 |
| 19 | choose -- it made sense for you to leave? | 11:56:51 |
| 20 | A.   Yes. | 11:56:54 |
| 21 | MR. BLENK:  Form. | 11:56:54 |
| 22 | MR. SAHASRABUDHE:  Yeah, form. | 11:56:55 |
| 23 | BY MR. BRUSTIN: | 11:56:56 |
| 24 | Q.   You didn't engage with them.  You | 11:56:58 |
| 25 | didn't get in a shouting match with them. | 11:57:00 |



|   |   |   |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | MR. BLENK:  Form. | 11:57:02 |
| 3 | BY MR. BRUSTIN: | 11:57:03 |
| 4 | Q.   You saw they may have guns, you got | 11:57:03 |
| 5 | your friend, and you got the hell out of there, | 11:57:06 |
| 6 | right? | 11:57:09 |
| 7 | A.   Yes. | 11:57:09 |
| 8 | MR. BLENK:  Form. | 11:57:09 |
| 9 | BY MR. BRUSTIN: | 11:57:09 |
| 10 | Q.   And that was the smart thing to do, | 11:57:10 |
| 11 | right? | 11:57:12 |
| 12 | MR. BLENK:  Form. | 11:57:12 |
| 13 | MR. SAHASRABUDHE:  Form. | 11:57:13 |
| 14 | THE WITNESS:  Yes. | 11:57:14 |
| 15 | BY MR. BRUSTIN: | 11:57:14 |
| 16 | Q.   All right.  Then at that time, by the | 11:57:15 |
| 17 | way, you were 20 years old, correct? | 11:57:16 |
| 18 | A.   Yes. | 11:57:19 |
| 19 | Q.   And your brother, Torri, was 17? | 11:57:20 |
| 20 | A.   Yes. | 11:57:24 |
| 21 | Q.   In fact, he just turned 17, right? | 11:57:24 |
| 22 | A.   Yes. | 11:57:27 |
| 23 | Q.   And he was about 135 pounds at the | 11:57:28 |
| 24 | time? | 11:57:32 |
| 25 | A.   No, no.  I think he weighed a little | 11:57:32 |



```
 1                    Aaron Jackson
 2    more.                                          11:57:34
 3         Q.   A little bit more, but he was a       11:57:34
 4    relatively small guy?                           11:57:36
 5         A.   No.  He was bigger than me.           11:57:37
 6         Q.   Was he taller than you?               11:57:40
 7         A.   Yes.                                   11:57:42
 8         Q.   Okay.  Was he more than 150 pounds?   11:57:43
 9         A.   Possible.  I mean, I don't know.      11:57:45
10         Q.   Okay.  But he was a teenager and you  11:57:48
11    were an adult?                                  11:57:53
12         A.   Yes.                                   11:57:55
13         Q.   And you testified -- withdrawn.       11:58:00
14         You went back, and your brother had been   11:58:06
15    working, correct?                               11:58:09
16         A.   Yes.                                   11:58:10
17         Q.   And you went back to your house       11:58:10
18    specifically to pick him up, correct?           11:58:14
19         A.   Yes, yes.                              11:58:17
20         Q.   And you and your brother -- after you 11:58:17
21    picked him up, you and your brother and Mr. Powell 11:58:22
22    continued to go out that evening, right?        11:58:27
23         A.   Yes, yes.                              11:58:28
24         Q.   You went to a couple of parties?      11:58:31
25         A.   No.                                    11:58:39
```



|   |   |   |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | Q.   Did you go to a party? | 11:58:43 |
| 3 | A.   From what I understand, Travis went.   I | 11:58:45 |
| 4 | was in the car sleeping. | 11:58:47 |
| 5 | Q.   Okay.  And at some point you saw the | 11:58:52 |
| 6 | three guys who you believed had threatened you with | 11:58:56 |
| 7 | guns behind their backs earlier that night? | 11:59:02 |
| 8 | A.   Yes. | 11:59:06 |
| 9 | Q.   Okay.  And, by the way, one of the | 11:59:07 |
| 10 | reasons you were driving around, the three of you | 11:59:09 |
| 11 | that night, was to look for, if you saw them, the | 11:59:12 |
| 12 | three people who were threatening you? | 11:59:17 |
| 13 | A.   No. | 11:59:20 |
| 14 | Q.   It never crossed your mind that night | 11:59:21 |
| 15 | that you were looking for those people? | 11:59:23 |
| 16 | A.   No.  When I went to go pick my younger | 11:59:24 |
| 17 | brother up, I wanted to ride back by Bailey.  We | 11:59:27 |
| 18 | did that initially just to see if those three guys | 11:59:29 |
| 19 | were there and to ask my little brother, did he | 11:59:32 |
| 20 | know any of them outside of the one that I knew, so | 11:59:35 |
| 21 | yes. | 11:59:37 |
| 22 | Q.   Okay.  It wasn't to confront them? | 11:59:38 |
| 23 | A.   No.  Just to see. | 11:59:40 |
| 24 | Q.   You never had that intention to | 11:59:41 |
| 25 | confront them? | 11:59:43 |



|   |   |   |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | A. No. | 11:59:44 |
| 3 | Q. Not at any time that night? | 11:59:45 |
| 4 | A. Not at that point. | 11:59:48 |
| 5 | Q. Okay. We'll get -- so at some point | 11:59:49 |
| 6 | you did -- at some point -- withdrawn. | 11:59:53 |
| 7 | First of all, that night, had you had | 11:59:55 |
| 8 | anything to drink? | 11:59:57 |
| 9 | A. No. | 11:59:59 |
| 10 | Q. Did you have -- did you smoke anything? | 12:00:00 |
| 11 | A. I don't smoke. | 12:00:02 |
| 12 | Q. Okay. At that time you didn't smoke or | 12:00:04 |
| 13 | drink? | 12:00:05 |
| 14 | A. No. | 12:00:06 |
| 15 | Q. How about your brother? | 12:00:07 |
| 16 | A. No. | 12:00:08 |
| 17 | Q. Did he have anything to drink or smoke? | 12:00:09 |
| 18 | A. No smoke, no drink. | 12:00:11 |
| 19 | Q. How about Mr. Powell? | 12:00:12 |
| 20 | A. No smoke. Cigarettes. | 12:00:13 |
| 21 | Q. Okay. So you were all sober? | 12:00:17 |
| 22 | A. Yes. | 12:00:19 |
| 23 | Q. Okay. And at some point that night | 12:00:20 |
| 24 | around 11 -- I'm sorry, at some point early in the | 12:00:24 |
| 25 | morning you saw the three men who had threatened | 12:00:28 |



|    |                                                              |          |
|----|--------------------------------------------------------------|----------|
| 1  | Aaron Jackson                                                |          |
| 2  | you?                                                         | 12:00:33 |
| 3  | A.    Yes.                                                    | 12:00:34 |
| 4  | Q.    And you parked the car?                                 | 12:00:40 |
| 5  | MR. SAHASRABUDHE:   Form.                                     | 12:00:43 |
| 6  | THE WITNESS:   No.                                            | 12:00:44 |
| 7  | BY MR. BRUSTIN:                                               | 12:00:45 |
| 8  | Q.   I'm sorry?                                               | 12:00:46 |
| 9  | A.    No.                                                     | 12:00:46 |
| 10 | Q.    What happened?                                          | 12:00:46 |
| 11 | A.    I was nudged awake by Travis that Mario                 | 12:00:48 |
| 12 | was standing to the left of us on the curb                   | 12:00:53 |
| 13 | gesturing with his hands up like, come on, and I             | 12:00:57 |
| 14 | woke my younger brother up that was in the back              | 12:01:01 |
| 15 | seat and we exited the vehicle right there.                  | 12:01:03 |
| 16 | Q.    Okay.   You exited the vehicle?                         | 12:01:06 |
| 17 | A.    Yes.                                                    | 12:01:07 |
| 18 | Q.    To -- to confront them?                                 | 12:01:07 |
| 19 | A.    Approach.                                               | 12:01:10 |
| 20 | Q.    Would it be fair to say -- well, let's                  | 12:01:12 |
| 21 | take a look at page 120 of the trial.   I'm sorry,           | 12:01:15 |
| 22 | of the perjury trial.   Take a look at page 120.             | 12:01:27 |
| 23 | Are you there?                                                | 12:01:54 |
| 24 | A.    Yes.                                                    | 12:02:00 |
| 25 | Q.    Read lines 2 through lines 9.                           | 12:02:00 |



|  |  |
|---|---|
| 1 | Aaron Jackson |
| 2 | A.   Yes. | 12:02:21 |
| 3 | Q.   So, in other words -- was that accurate | 12:02:22 |
| 4 | testimony? | 12:02:26 |
| 5 | A.   Yes. | 12:02:27 |
| 6 | Q.   Okay.  So you approached -- you got out | 12:02:27 |
| 7 | of your car.  The three of you approached those | 12:02:29 |
| 8 | three men that you had seen earlier. | 12:02:31 |
| 9 | A.   Two, two. | 12:02:33 |
| 10 | Q.   Two men. | 12:02:35 |
| 11 | A.   Me and my younger brother got out of | 12:02:36 |
| 12 | the vehicle to approach Mario.  Travis went and | 12:02:39 |
| 13 | parked the car. | 12:02:42 |
| 14 | Q.   Okay.  Did you get out of the car? | 12:02:43 |
| 15 | A.   Yes. | 12:02:45 |
| 16 | Q.   Okay.  And the purpose was to let them | 12:02:45 |
| 17 | know that if they had -- if they had a problem with | 12:02:47 |
| 18 | one of you, they had a problem with both of you; | 12:02:50 |
| 19 | fair to say? | 12:02:53 |
| 20 | A.   You just said let them know.  It was | 12:02:54 |
| 21 | just Mario.  It was him. | 12:02:56 |
| 22 | Q.   To let him know to confront him about | 12:02:58 |
| 23 | what had happened earlier, correct? | 12:03:03 |
| 24 | A.   Yes, yes. | 12:03:04 |
| 25 | Q.   Okay.  And you've already told us that | 12:03:05 |



|  |  |
|---|---|
| 1 | Aaron Jackson |
| 2 | you left those three men because you believed they | 12:03:07 |
| 3 | had been holding guns behind their back, correct? | 12:03:11 |
| 4 | A.   Yes, yes. | 12:03:14 |
| 5 | MR. SAHASRABUDHE:  Form. | 12:03:15 |
| 6 | BY MR. BRUSTIN: | 12:03:15 |
| 7 | Q.   Then you went looking for them with | 12:03:16 |
| 8 | your 17-year-old brother, correct? | 12:03:18 |
| 9 | MR. SAHASRABUDHE:  Objection to form. | 12:03:21 |
| 10 | THE WITNESS:  We just rode up there to see | 12:03:21 |
| 11 | if they were there, to see if he knew who they | 12:03:23 |
| 12 | were. | 12:03:25 |
| 13 | BY MR. BRUSTIN: | 12:03:25 |
| 14 | Q.   And then you got out of the car, and | 12:03:26 |
| 15 | you confronted those men who you believed were | 12:03:28 |
| 16 | armed and had earlier taken their guns out of their | 12:03:30 |
| 17 | pockets? | 12:03:34 |
| 18 | MR. SAHASRABUDHE:  Objection to form. | 12:03:35 |
| 19 | That's not what he said. | 12:03:36 |
| 20 | MR. BLENK:  Form. | 12:03:37 |
| 21 | THE WITNESS:  I confronted Mario.  I walked | 12:03:37 |
| 22 | up to Mario. | 12:03:39 |
| 23 | BY MR. BRUSTIN: | 12:03:40 |
| 24 | Q.   Who was one of the men who you believed | 12:03:41 |
| 25 | had a gun behind his back, correct? | 12:03:42 |



AARON JACKSON
DIXON V. CITY OF BUFFALO

| | |
|---|---|
| 1 | Aaron Jackson | |
| 2 | MR. SAHASRABUDHE:  Form. | 12:03:44 |
| 3 | THE WITNESS:  Yes. | 12:03:45 |
| 4 | BY MR. BRUSTIN: | 12:03:46 |
| 5 | Q.    And you were looking with your brother | 12:03:46 |
| 6 | that evening for the three men who had confronted | 12:03:49 |
| 7 | you earlier, correct? | 12:03:54 |
| 8 | MR. BLENK:  Form. | 12:03:55 |
| 9 | MR. SAHASRABUDHE:  Form.  Asked and | 12:03:55 |
| 10 | answered. | 12:03:57 |
| 11 | THE WITNESS:  No. | 12:03:57 |
| 12 | BY MR. BRUSTIN: | 12:03:58 |
| 13 | Q.    Just for one of them? | 12:03:59 |
| 14 | MR. BLENK:  Form. | 12:04:00 |
| 15 | MR. SAHASRABUDHE:  Form. | 12:04:01 |
| 16 | THE WITNESS:  I told you, we rode by there | 12:04:01 |
| 17 | to see if they were there, to see if my younger | 12:04:04 |
| 18 | brother could recognize any of them and let me | 12:04:07 |
| 19 | know. | 12:04:09 |
| 20 | BY MR. BRUSTIN: | 12:04:09 |
| 21 | Q.    But you got out of the car -- | 12:04:09 |
| 22 | A.    Yes. | 12:04:11 |
| 23 | Q.    -- to confront them. | 12:04:11 |
| 24 | A.    Because he was gesturing to come to | 12:04:13 |
| 25 | him. | 12:04:14 |



| | |
|---|---|
| 1 | Aaron Jackson | |
| 2 | Q.   Okay.   The men who you believed each | 12:04:15 |
| 3 | had been holding guns, you got out of the car to | 12:04:18 |
| 4 | confront them? | 12:04:20 |
| 5 | MR. BLENK:   Form. | 12:04:21 |
| 6 | MR. SAHASRABUDHE:   Asked and answered. | 12:04:22 |
| 7 | Form. | 12:04:24 |
| 8 | THE WITNESS:   You're doing it again, Nick. | 12:04:24 |
| 9 | You're asking the same question over and over | 12:04:25 |
| 10 | again. | 12:04:27 |
| 11 | BY MR. BRUSTIN: | 12:04:28 |
| 12 | Q.   Let me tell you why I'm asking, | 12:04:28 |
| 13 | Mr. Jackson. | 12:04:31 |
| 14 | A.   It was one person.   It was one person. | 12:04:31 |
| 15 | It was Mario Jarmon, and we approached him. | 12:04:33 |
| 16 | Q.   Okay.   And you had been looking for | 12:04:36 |
| 17 | him? | 12:04:37 |
| 18 | MR. BLENK:   Form. | 12:04:37 |
| 19 | MR. SAHASRABUDHE:   Objection to form. | 12:04:38 |
| 20 | THE WITNESS:   No, I hadn't. | 12:04:39 |
| 21 | BY MR. BRUSTIN: | 12:04:40 |
| 22 | Q.   All right.   The reason -- why would you | 12:04:40 |
| 23 | have felt safer with your 17-year-old brother | 12:04:45 |
| 24 | unless he was carrying a firearm? | 12:04:48 |
| 25 | MR. SAHASRABUDHE:   Objection to form. | 12:04:51 |



| | |
|---|---|
| 1 | Aaron Jackson | |
| 2 | MR. BLENK:  Form. | 12:04:52 |
| 3 | THE WITNESS:  That's my younger brother. | 12:04:53 |
| 4 | I'm going to always feel safer with my younger | 12:04:55 |
| 5 | brother, more than any friend, more than any | 12:04:58 |
| 6 | friend.  It had nothing to do with anything other | 12:05:01 |
| 7 | than being with my younger brother.  In case | 12:05:03 |
| 8 | anything happened, I was going to always be with | 12:05:05 |
| 9 | him.  I did that thousands of times before, and he | 12:05:08 |
| 10 | did as well.  He was always dependable and he would | 12:05:11 |
| 11 | always be there for me, Nick. | 12:05:13 |
| 12 | BY MR. BRUSTIN: | 12:05:15 |
| 13 | Q.  Okay.  So you decided that -- and you | 12:05:16 |
| 14 | didn't know those three men -- you didn't know -- | 12:05:18 |
| 15 | did you know all of the three men at that time who | 12:05:21 |
| 16 | you believe had guns behind their back? | 12:05:24 |
| 17 | MR. BLENK:  Form. | 12:05:29 |
| 18 | MR. SAHASRABUDHE:  Form. | 12:05:30 |
| 19 | THE WITNESS:  I told you I knew Leonard.  We | 12:05:30 |
| 20 | went to school together. | 12:05:31 |
| 21 | BY MR. BRUSTIN: | 12:05:31 |
| 22 | Q.  My question is:  Did you know all of | 12:05:31 |
| 23 | them? | 12:05:33 |
| 24 | MR. SAHASRABUDHE:  Objection to form. | 12:05:33 |
| 25 | THE WITNESS:  I told you I rode back past | 12:05:33 |



1               Aaron Jackson

2   with my younger brother to see if he knew them.                12:05:35

3        BY MR. BRUSTIN:                                           12:05:38

4        Q.  Okay.  I'm asking you a different                     12:05:38

5   question now.  I'm going back to when you first saw            12:05:39

6   the men who you believe had guns behind their back.           12:05:42

7   At that time did you know all of them?                         12:05:45

8        MR. SAHASRABUDHE:  Form.  He has already                  12:05:46

9   answered that.                                                 12:05:48

10       THE WITNESS:  No.                                         12:05:48

11       MR. SAHASRABUDHE:  Go ahead.                              12:05:49

12       BY MR. BRUSTIN:                                           12:05:50

13       Q.  So, in other words, you had no idea                   12:05:51

14  whether or not any of those three men, certainly              12:05:53

15  the two you didn't know, were capable and willing             12:05:55

16  to shoot you?                                                  12:05:59

17       MR. BLENK:  Form.                                         12:06:01

18       MR. SAHASRABUDHE:  Objection to form.                     12:06:01

19       THE WITNESS:  I didn't know that.                         12:06:02

20       BY MR. BRUSTIN:                                           12:06:05

21       Q.  Okay.  And, frankly, because you didn't               12:06:05

22  know them, you had to assume that they would,                 12:06:07

23  right?                                                         12:06:11

24       MR. BLENK:  Form.                                         12:06:11

25       MR. SAHASRABUDHE:  Objection to form.  Calls              12:06:12



|    |                                                              |          |
|----|--------------------------------------------------------------|----------|
| 1  | Aaron Jackson                                                |          |
| 2  | for speculation.                                             | 12:06:15 |
| 3  | BY MR. BRUSTIN:                                              | 12:06:15 |
| 4  | Q.    Withdrawn.   I'm going to ask it a                     | 12:06:15 |
| 5  | different way.                                               | 12:06:17 |
| 6  | Would it be fair to say that given that you                  | 12:06:18 |
| 7  | didn't know the two men who had guns behind their            | 12:06:20 |
| 8  | back at that time you assumed that they might be             | 12:06:23 |
| 9  | willing to use those guns?                                   | 12:06:26 |
| 10 | MR. BLENK:   Form.                                           | 12:06:27 |
| 11 | MR. SAHASRABUDHE:   Objection to form.                       | 12:06:28 |
| 12 | THE WITNESS:   I'm not -- I don't have an                    | 12:06:31 |
| 13 | answer for you, Nick.                                        | 12:06:33 |
| 14 | BY MR. BRUSTIN:                                              | 12:06:35 |
| 15 | Q.    Certainly that was a concern, right?                   | 12:06:36 |
| 16 | MR. BLENK:   Form.                                           | 12:06:38 |
| 17 | MR. SAHASRABUDHE:   Form.                                    | 12:06:38 |
| 18 | THE WITNESS:   No.   Because as he was                       | 12:06:39 |
| 19 | gesturing, you could clearly see his hands were              | 12:06:45 |
| 20 | available, they were out and open, there was no              | 12:06:47 |
| 21 | weapon in his hands.   So it was safe to assume that         | 12:06:49 |
| 22 | he didn't have a gun.                                        | 12:06:53 |
| 23 | BY MR. BRUSTIN:                                              | 12:06:55 |
| 24 | Q.    Okay.   So when you approached him the                 | 12:06:55 |
| 25 | second time, although you believed he had a gun the          | 12:06:57 |



| | |
|---|---|
| 1 | Aaron Jackson |
| 2 | first time, you could see his hands, and he wasn't | 12:07:00 |
| 3 | carrying a weapon at that time? | 12:07:02 |
| 4 | A.   Yes. | 12:07:03 |
| 5 | Q.   And you had no idea where the other two | 12:07:04 |
| 6 | guys you believed had guns behind their back were, | 12:07:10 |
| 7 | correct? | 12:07:10 |
| 8 | MR. SAHASRABUDHE:  Form. | 12:07:10 |
| 9 | MR. BLENK:  Form. | 12:07:10 |
| 10 | THE WITNESS:  Say that again? | 12:07:13 |
| 11 | BY MR. BRUSTIN: | 12:07:14 |
| 12 | Q.   You had no idea where the other two | 12:07:14 |
| 13 | people who you had seen earlier and believed had | 12:07:16 |
| 14 | guns behind their back, where they were at that | 12:07:19 |
| 15 | time? | 12:07:22 |
| 16 | A.   Yes. | 12:07:22 |
| 17 | MR. BLENK:  Form. | 12:07:22 |
| 18 | MR. SAHASRABUDHE:  Form. | 12:07:24 |
| 19 | BY MR. BRUSTIN: | 12:07:24 |
| 20 | Q.   You agree with me, right? | 12:07:25 |
| 21 | A.   Yes. | 12:07:26 |
| 22 | Q.   And so you approached them with your | 12:07:27 |
| 23 | 17-year-old brother? | 12:07:31 |
| 24 | A.   Yes. | 12:07:32 |
| 25 | Q.   Not knowing where the other two men | 12:07:32 |



AARON JACKSON
DIXON V. CITY OF BUFFALO

January 12, 2023
106

| 1 | Aaron Jackson | |
|---|---|---|
| 2 | were who you believed were armed, correct? | 12:07:35 |
| 3 | A. Yes. | 12:07:37 |
| 4 | Q. Not knowing -- | 12:07:37 |
| 5 | MR. SAHASRABUDHE: Form to the last | 12:07:40 |
| 6 | question. Go ahead. Sorry. | 12:07:41 |
| 7 | THE WITNESS: Say it again? | 12:07:43 |
| 8 | BY MR. BRUSTIN: | 12:07:44 |
| 9 | Q. Not knowing whether Mario was armed. | 12:07:45 |
| 10 | MR. SAHASRABUDHE: Objection to form. | 12:07:47 |
| 11 | MR. BLENK: Form. | 12:07:49 |
| 12 | THE WITNESS: I just said he had his hands | 12:07:49 |
| 13 | out. | 12:07:49 |
| 14 | (Reporter interruption.) | 12:08:03 |
| 15 | BY MR. BRUSTIN: | 12:08:03 |
| 16 | Q. You believed Mario had a gun earlier | 12:08:04 |
| 17 | that evening, correct? | 12:08:06 |
| 18 | MR. BLENK: Form. | 12:08:07 |
| 19 | MR. SAHASRABUDHE: Objection. Asked and | 12:08:08 |
| 20 | answered. | 12:08:12 |
| 21 | MR. BRUSTIN: You can answer again. | 12:08:12 |
| 22 | MR. BLENK: Form. | 12:08:14 |
| 23 | THE WITNESS: The same question again. | 12:08:15 |
| 24 | You're doing the same thing over and over and over | 12:08:17 |
| 25 | again. They approached the vehicle, and they had | 12:08:19 |



|    |                                                              |          |
|----|--------------------------------------------------------------|----------|
| 1  | Aaron Jackson                                                |          |
| 2  | their hands behind their back.  It was safe to               | 12:08:21 |
| 3  | assume that they had weapons, yes.  When I saw him           | 12:08:24 |
| 4  | the next time in the street with his hands -- on             | 12:08:28 |
| 5  | the curb with his hands like this, he didn't have a          | 12:08:32 |
| 6  | gun.                                                         | 12:08:35 |
| 7  | BY MR. BRUSTIN:                                             | 12:08:35 |
| 8  | Q.   Okay.  And at that time you had no idea                | 12:08:35 |
| 9  | whether he had a gun in his pocket or on his                | 12:08:39 |
| 10 | person, correct?                                            | 12:08:43 |
| 11 | MR. SAHASRABUDHE:  Objection to form.                       | 12:08:44 |
| 12 | MR. BLENK:  Form.                                           | 12:08:44 |
| 13 | THE WITNESS:  No.                                           | 12:08:45 |
| 14 | BY MR. BRUSTIN:                                             | 12:08:46 |
| 15 | Q.   Did you think that he had thrown his                  | 12:08:47 |
| 16 | gun away by that point in time?                             | 12:08:48 |
| 17 | MR. SAHASRABUDHE:  Objection to form.                       | 12:08:51 |
| 18 | MR. BLENK:  Form.                                           | 12:08:52 |
| 19 | THE WITNESS:  Nick --                                       | 12:08:52 |
| 20 | BY MR. BRUSTIN:                                             | 12:08:56 |
| 21 | Q.   Here's what I'm getting at:  Why would                | 12:08:56 |
| 22 | you bring your 17-year-old brother to confront a            | 12:08:58 |
| 23 | man who you believed had threatened you with a gun          | 12:09:02 |
| 24 | earlier that evening unless he had a gun?                   | 12:09:05 |
| 25 | MR. SAHASRABUDHE:  Asked and answered.                      | 12:09:08 |



AARON JACKSON
DIXON V. CITY OF BUFFALO

|    |                                                                  |          |
|----|------------------------------------------------------------------|----------|
| 1  | Aaron Jackson                                                    |          |
| 2  | MR. BLENK:  Form.                                                | 12:09:09 |
| 3  | MR. SAHASRABUDHE:  Go ahead.                                     | 12:09:11 |
| 4  | THE WITNESS:  Can you ask that again?                            | 12:09:12 |
| 5  | BY MR. BRUSTIN:                                                  | 12:09:13 |
| 6  | Q.  Yes, sir.  The reason that you brought                       | 12:09:14 |
| 7  | your brother, Torri, to confront Mario and possibly              | 12:09:15 |
| 8  | the other two men who you believed were armed was                | 12:09:21 |
| 9  | because Torri had a gun, correct?                                | 12:09:25 |
| 10 | A.  No.                                                          | 12:09:28 |
| 11 | MR. SAHASRABUDHE:  Objection to form.                           | 12:09:28 |
| 12 | THE WITNESS:  Not at all, no.                                    | 12:09:29 |
| 13 | BY MR. BRUSTIN:                                                  | 12:09:32 |
| 14 | Q.  So anybody who claims to have seen you                       | 12:09:33 |
| 15 | or your brother with a gun that night is lying,                  | 12:09:34 |
| 16 | correct?                                                         | 12:09:37 |
| 17 | A.  Yes, yes.                                                    | 12:09:38 |
| 18 | Q.  You and your brother and Mr. Powell                          | 12:09:39 |
| 19 | never had guns, correct?                                         | 12:09:42 |
| 20 | A.  Never.                                                       | 12:09:43 |
| 21 | MR. BLENK:  Form.                                                | 12:09:44 |
| 22 | BY MR. BRUSTIN:                                                  | 12:09:46 |
| 23 | Q.  As far as you know it, you and your                          | 12:09:47 |
| 24 | brother, Torri, never had a gun, correct?                        | 12:09:48 |
| 25 | A.  I just --                                                    | 12:09:51 |



| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | MR. SAHASRABUDHE:  Asked and answered. | 12:09:51 |
| 3 | MR. BLENK:  Form. | 12:09:54 |
| 4 | THE WITNESS:  Asked and answered. | 12:09:55 |
| 5 | BY MR. BRUSTIN: | 12:09:57 |
| 6 | Q.   Not just that night but ever. | 12:09:58 |
| 7 | A.   Period. | 12:10:00 |
| 8 | Q.   Okay.  And so your testimony is that | 12:10:01 |
| 9 | you simply got your 17-year-old brother because | 12:10:05 |
| 10 | that would make you feel more comfortable? | 12:10:08 |
| 11 | A.   Yes. | 12:10:11 |
| 12 | Q.   Now, the reason that Mr. Powell nudged | 12:10:30 |
| 13 | you awake, you and your brother awake, was because | 12:10:36 |
| 14 | you had told him if you see those three men to let | 12:10:40 |
| 15 | you know, correct? | 12:10:43 |
| 16 | MR. BLENK:  Form. | 12:10:44 |
| 17 | MR. SAHASRABUDHE:  Form. | 12:10:44 |
| 18 | THE WITNESS:  No. | 12:10:45 |
| 19 | BY MR. BRUSTIN: | 12:10:46 |
| 20 | Q.   Then why did he nudge you awake? | 12:10:47 |
| 21 | MR. SAHASRABUDHE:  Form. | 12:10:49 |
| 22 | THE WITNESS:  Because that was the issue | 12:10:50 |
| 23 | that we had drove away from earlier, and he was | 12:10:51 |
| 24 | just pointing out that isn't this the guy as he was | 12:10:54 |
| 25 | gesturing with his hands for us to come on, to | 12:10:57 |



|    |                                                           |          |
|----|-----------------------------------------------------------|----------|
| 1  | Aaron Jackson                                             |          |
| 2  | fight.                                                    | 12:10:59 |
| 3  | BY MR. BRUSTIN:                                           | 12:11:00 |
| 4  | Q.  Is it your testimony, Mr. Jackson,                    | 12:11:01 |
| 5  | under oath that you were not affirmatively looking        | 12:11:02 |
| 6  | for Mario and the other two men who had threatened        | 12:11:06 |
| 7  | you earlier?                                              | 12:11:10 |
| 8  | A.  Yes.                                                  | 12:11:11 |
| 9  | MR. SAHASRABUDHE:  Form.  Asked and                       | 12:11:11 |
| 10 | answered.                                                 | 12:11:12 |
| 11 | THE WITNESS:  I wasn't looking for them.                  | 12:11:12 |
| 12 | BY MR. BRUSTIN:                                           | 12:11:14 |
| 13 | Q.  Nor was Mr. Powell, nor was your                      | 12:11:15 |
| 14 | brother?                                                  | 12:11:18 |
| 15 | A.  Not at all.                                           | 12:11:18 |
| 16 | MR. SAHASRABUDHE:  Form.                                  | 12:11:20 |
| 17 | BY MR. BRUSTIN:                                           | 12:11:21 |
| 18 | Q.  You just happened to come upon them?                  | 12:11:21 |
| 19 | A.  Happened to come upon them.  We were                  | 12:11:23 |
| 20 | both asleep in the vehicle.                               | 12:11:25 |
| 21 | Q.  Now, Mr. Jackson, do you recall any                   | 12:12:22 |
| 22 | communications with any other police officers other      | 12:12:32 |
| 23 | than Stambach and the two detectives who came to         | 12:12:42 |
| 24 | your hospital room on the 21st after that time           | 12:12:49 |
| 25 | concerning this case?                                     | 12:12:52 |



|   |   |   |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | A.   No. | 12:12:54 |
| 3 | Q.   Okay.  Is it -- is it your recollection | 12:12:56 |
| 4 | that you didn't have any additional communication | 12:12:59 |
| 5 | with police or you just don't remember one way or | 12:13:02 |
| 6 | the other? | 12:13:05 |
| 7 | A.   I don't remember. | 12:13:05 |
| 8 | Q.   Okay.  Now, I want to show you -- do | 12:13:07 |
| 9 | you recall giving a statement to -- in connection | 12:13:30 |
| 10 | with sentencing to a probation officer named | 12:13:35 |
| 11 | Charles Skipper regarding Mr. Dixon in August of | 12:13:42 |
| 12 | '92, so about a year after the shooting? | 12:13:49 |
| 13 | A.   I don't recall. | 12:13:51 |
| 14 | Q.   All right.  So I'm going to put this on | 12:13:53 |
| 15 | the screen for you.  Then I'll have it there, and | 12:13:55 |
| 16 | let's mark this -- | 12:13:58 |
| 17 | MR. BRUSTIN:  Mo, what exhibit are we on? | 12:13:59 |
| 18 | MR. SOTO-BRITO:  22. | 12:14:05 |
| 19 | MR. BRUSTIN:  Let's mark this as Exhibit 22, | 12:14:06 |
| 20 | please, and we'll send a copy around to everybody. | 12:14:08 |
| 21 | Actually, would you mind doing that now. | 12:14:12 |
| 22 | MR. SOTO-BRITO:  Yeah.  What exhibit was it | 12:14:19 |
| 23 | again? | 12:14:21 |
| 24 | MR. BRUSTIN:  This is the statement that -- | 12:14:22 |
| 25 | the interview concerning -- probation interview of | 12:14:22 |



1                    Aaron Jackson

2  Mr. Jackson.  It's Bates-stamped COE1837 through      12:14:24

3  1842.                                                  12:14:32

4          MR. BLENK:  Whose Bates stamp is it?           12:14:34

5          MR. BRUSTIN:  COE.                              12:14:37

6          MR. BLENK:  Thank you.                          12:14:38

7          MR. SAHASRABUDHE:  It would be helpful if       12:14:44

8  you zoomed in a little.                                 12:14:46

9          MR. BRUSTIN:  Is that good enough, or do you    12:14:52

10  want more?                                             12:14:54

11          MR. SAHASRABUDHE:  That's -- I mean, I won't   12:14:56

12  speak for the witness but --                           12:14:58

13          MR. BLENK:  Can you just give us a second?     12:14:58

14  Because the rest of us can't see the screen.           12:15:00

15          MR. BRUSTIN:  Yeah.  Just let me know when     12:15:03

16  you're ready, okay?                                    12:15:04

17          THE WITNESS:  I read it.                        12:15:06

18          MR. BRUSTIN:  I'm sorry, the other lawyers.    12:15:07

19          MR. BLENK:  Are you going to send it to us?    12:15:12

20          MR. BRUSTIN:  Have you sent it, Mo?            12:15:16

21          MR. SOTO-BRITO:  No.  Give me one second.      12:15:19

22  All right.  Just sent.                                 12:15:40

23          MR. BRUSTIN:  Okay.                             12:15:42

24          MR. BLENK:  I think it will take a second      12:15:46

25  here.                                                  12:15:48



```
1                        Aaron Jackson
2          MR. BRUSTIN:  Sorry.                      12:15:48
3          MR. BLENK:  Sorry.                        12:15:50
4    The following was marked for Identification:    12:15:50
5     PLF. EXH. 22          report
6          (Off the record at 12:16 p.m.)           12:16:19
7          MR. BRUSTIN:  So I'm only going to show you  12:19:09
8    just a couple things.  If you can go to the next  12:19:12
9    page which is -- so, first of all, I'm going to   12:19:14
10   mark this as Plaintiff's Exhibit 22, and it's a --  12:19:16
11   it's Bates-stamped pages COE1837 to 1842, and it   12:19:23
12   looks to be a report concerning sentencing from a  12:19:30
13   probation officer named Skipper, okay?  And it    12:19:42
14   references an interview with you, Mr. Jackson.    12:19:49
15         I know you don't recall it, but I want to   12:19:51
16   just show you a portion of it and see if it -- if  12:19:53
17   it refreshes your recollection.  Let's take a look  12:19:57
18   at page 1838, which is also page 4, and if you     12:20:00
19   could read -- if you could read the first three    12:20:05
20   paragraphs on this page, and let me know when      12:20:15
21   you're done.                                       12:20:17
22         MR. SAHASRABUDHE:  He wants you to start at  12:20:20
23   the top.                                           12:20:22
24         THE WITNESS:  Read the whole thing?  On June  12:20:22
25   29th?                                              12:20:25
```



1              Aaron Jackson

2        MR. BRUSTIN:  These three paragraphs to          12:20:26

3  yourself.  Yes, please.                                12:20:27

4        MR. SAHASRABUDHE:  Can you lift where it         12:21:11

5  says apps for you?  Because I think you're sharing     12:21:13

6  your screen, because it's blocking --                  12:21:15

7        MR. BRUSTIN:  I'm not understanding, Peter.      12:21:18

8  I'm sorry.                                             12:21:21

9        MR. SAHASRABUDHE:  Why don't you just scroll     12:21:21

10  up, because something's happening --                  12:21:22

11        MR. BRUSTIN:  This is all I want him to         12:21:23

12  read.                                                 12:21:25

13        MR. SAHASRABUDHE:  I know, but he can't read    12:21:25

14  the full third paragraph.  He's on the third          12:21:27

15  paragraph.  Something on the screen is blocking       12:21:30

16  part of it, so if you could scroll up.                12:21:31

17        MR. BRUSTIN:  Is that better?                   12:21:34

18        MR. SAHASRABUDHE:  I think so, yes.  Can you    12:21:35

19  still read it?  Okay.  I believe he's --              12:21:36

20        THE WITNESS:  Yes.                              12:21:47

21        BY MR. BRUSTIN:                                 12:21:48

22        Q.  Okay.  Does this refresh your               12:21:48

23  recollection about speaking to this probation         12:21:50

24  officer?                                              12:21:52

25        A.  Yes.                                        12:21:52



                        Aaron Jackson

1

2       Q.    Okay.  And this is -- do these three          12:21:53

3   paragraphs accurately describe what you told him?       12:21:56

4       A.    Yes.                                          12:21:59

5       Q.    Is there anything that's inaccurate in        12:21:59

6   what's written here?                                    12:22:02

7       A.    No.                                           12:22:04

8       Q.    For example, in the third paragraph           12:22:16

9   where he says Mr. Jackson said, quote, if we saw        12:22:22

10  him again that night, he was going to ask them why      12:22:26

11  they came up on him.                                    12:22:28

12      Did you tell him that?                              12:22:30

13      A.    Yes.  If that's what's stated, yes.           12:22:32

14      Q.    Okay.  And it all states that you went        12:22:37

15  home to get your younger brother for security.  Is      12:22:39

16  that what you told him?                                 12:22:41

17      A.    No.  I mean -- no.                             12:22:42

18      Q.    Well, it says:  Mr. Jackson said he           12:22:46

19  went home to get his younger brother, Torriano, age    12:22:49

20  17, for security.  Did he -- did he misrepresent        12:22:52

21  what you told him?                                      12:22:54

22      A.    Yes.  I didn't go get my little brother       12:22:56

23  for security.  I never went to get my little           12:22:58

24  brother for security.                                   12:23:00

25      Q.    Okay.  So he must have misunderstood          12:23:01



|    |                                                          |          |
|----|----------------------------------------------------------|----------|
| 1  | Aaron Jackson                                            |          |
| 2  | what you said?                                           | 12:23:04 |
| 3  | A.   Yes.                                                | 12:23:05 |
| 4  | Q.   You never said that to him?                         | 12:23:05 |
| 5  | A.   No.  I don't recall saying for                     | 12:23:06 |
| 6  | security.                                                | 12:23:08 |
| 7  | Q.   He's either mistaken or lying about                | 12:23:08 |
| 8  | that?                                                    | 12:23:11 |
| 9  | MR. BLENK:  Form.                                        | 12:23:11 |
| 10 | MR. SAHASRABUDHE:  Form.                                 | 12:23:11 |
| 11 | THE WITNESS:  Are you --                                 | 12:23:14 |
| 12 | BY MR. BRUSTIN:                                          | 12:23:15 |
| 13 | Q.   Is that correct?                                    | 12:23:15 |
| 14 | A.   Do you want an answer?                              | 12:23:15 |
| 15 | Q.   Yes, sir.                                           | 12:23:17 |
| 16 | MR. BLENK:  Form.                                        | 12:23:18 |
| 17 | THE WITNESS:  I don't know, but I don't                 | 12:23:18 |
| 18 | recall saying for security.                              | 12:23:20 |
| 19 | BY MR. BRUSTIN:                                          | 12:23:24 |
| 20 | Q.   And that's what I was asking, by the               | 12:23:24 |
| 21 | way.  Is there anything else in here that you think     | 12:23:26 |
| 22 | is inaccurate?                                           | 12:23:28 |
| 23 | A.   Yeah, that.                                         | 12:23:29 |
| 24 | Q.   Anything else?                                      | 12:23:33 |
| 25 | A.   No.                                                 | 12:23:44 |



                        Aaron Jackson

1

2          Q.    And you see on the second paragraph, it      12:23:50

3    says:  Mr. Jackson said that they did not say his        12:23:53

4    name but said, quote, let's get out of the car,          12:23:57

5    let's take care of this.  Is that something you          12:24:00

6    would have said -- is that what you remember saying       12:24:04

7    to him?                                                   12:24:05

8          A.    Yeah.  They said that.  That's what          12:24:05

9    they said.                                                12:24:07

10         Q.    They said that while they had their          12:24:07

11   hands behind their backs --                               12:24:10

12         A.    Yes.                                          12:24:10

13         Q.    -- with what you believe were guns,          12:24:10

14   correct?  That's what they said to you while they         12:24:15

15   had their hands behind their backs with what you          12:24:18

16   believe to be were guns?                                  12:24:22

17         MR. BLENK:  Form.                                   12:24:24

18         MR. SAHASRABUDHE:  Objection to form.              12:24:26

19         THE WITNESS:  Yes.                                  12:24:26

20         BY MR. BRUSTIN:                                     12:24:32

21         Q.    Okay.  So we can take that down now.         12:24:32

22   Thank you.                                                12:24:35

23         Oh, wait.  Hold on one second.  Let's go to        12:24:37

24   page -- the next page, page 5, the first full            12:24:51

25   paragraph.  And I want to just focus on the first        12:24:54



|  |  |  |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | part where it says Mr. Jackson said that there was | 12:25:12 |
| 3 | a group of guys about five to six feet away from | 12:25:15 |
| 4 | Marino.  He said that he and his brother got out of | 12:25:18 |
| 5 | the car and he confronted Marino and asked him | 12:25:21 |
| 6 | what's the problem.  Is that an accurate | 12:25:26 |
| 7 | description of what happened? | 12:25:28 |
| 8 | A.   Yes. | 12:25:29 |
| 9 | Q.   And I assume when he says Marino, he | 12:25:29 |
| 10 | means Mario. | 12:25:32 |
| 11 | A.   Yes. | 12:25:34 |
| 12 | Q.   Okay.  And so at the time you | 12:25:34 |
| 13 | approached Mario, there was a group of people | 12:25:35 |
| 14 | there, correct? | 12:25:38 |
| 15 | A.   Yes, off to the side. | 12:25:39 |
| 16 | Q.   And would it be fair to say that at | 12:25:40 |
| 17 | that time you couldn't be sure one way or another | 12:25:42 |
| 18 | whether or not anybody in that group was one of the | 12:25:44 |
| 19 | prior men who had threatened you earlier with what | 12:25:46 |
| 20 | you believe to be were guns? | 12:25:50 |
| 21 | MR. SAHASRABUDHE:  Form. | 12:25:51 |
| 22 | MR. BLENK:  Form. | 12:25:52 |
| 23 | THE WITNESS:  I wasn't focused on them.  I | 12:25:53 |
| 24 | was focused on him. | 12:25:55 |
| 25 | BY MR. BRUSTIN: | 12:25:56 |



| | |
|---|---|
| 1 | Aaron Jackson |
| 2 | Q.   But you knew that there was a group of | 12:25:56 |
| 3 | people right next to him? | 12:25:58 |
| 4 | A.   Yeah. | 12:26:00 |
| 5 | Q.   Group of men. | 12:26:00 |
| 6 | MR. SAHASRABUDHE:   Form. | 12:26:02 |
| 7 | THE WITNESS:   Yes. | 12:26:03 |
| 8 | BY MR. BRUSTIN: | 12:26:06 |
| 9 | Q.   And whereas when they first approached | 12:26:06 |
| 10 | you when you were with Mr. Powell who was in the | 12:26:08 |
| 11 | store, rather than confront them then, you decided | 12:26:13 |
| 12 | to drive away, but when you came back and you were | 12:26:17 |
| 13 | with your 17-year-old brother, you decided to | 12:26:20 |
| 14 | confront them? | 12:26:22 |
| 15 | MR. BLENK:   Form. | 12:26:23 |
| 16 | MR. SAHASRABUDHE:   Asked and answered. | 12:26:24 |
| 17 | Form.   We covered this. | 12:26:25 |
| 18 | MR. BRUSTIN:   You can answer. | 12:26:26 |
| 19 | THE WITNESS:   No answer. | 12:26:27 |
| 20 | BY MR. BRUSTIN: | 12:26:30 |
| 21 | Q.   Okay.   Is there anything else that | 12:26:31 |
| 22 | changed about -- is there anything you haven't told | 12:26:40 |
| 23 | us that was different about the situation with | 12:26:42 |
| 24 | Mario and that group of men when you approached | 12:26:46 |
| 25 | them the second time as compared to the first time | 12:26:48 |



|    |                                                                              |          |
|----|------------------------------------------------------------------------------|----------|
| 1  | Aaron Jackson                                                                 |          |
| 2  | other than Mario's hands were in front of him and                            | 12:26:53 |
| 3  | didn't appear to be holding any weapon?                                       | 12:26:56 |
| 4  | MR. BLENK:  Form.                                                             | 12:26:59 |
| 5  | MR. SAHASRABUDHE:  Form.                                                      | 12:27:00 |
| 6  | THE WITNESS:  He was by himself and I was                                    | 12:27:00 |
| 7  | with my brother.                                                             | 12:27:02 |
| 8  | BY MR. BRUSTIN:                                                               | 12:27:03 |
| 9  | Q.   Well, you had been with Mr. Powell the                                  | 12:27:03 |
| 10 | first time, correct?                                                          | 12:27:05 |
| 11 | A.   Yes.                                                                     | 12:27:06 |
| 12 | MR. SAHASRABUDHE:  Form.                                                      | 12:27:06 |
| 13 | BY MR. BRUSTIN:                                                               | 12:27:07 |
| 14 | Q.   And you didn't know if Mario was by                                     | 12:27:08 |
| 15 | himself.  There was a group of men standing next to                          | 12:27:10 |
| 16 | him, correct?                                                                 | 12:27:12 |
| 17 | MR. BLENK:  Form.                                                             | 12:27:13 |
| 18 | MR. SAHASRABUDHE:  Form.                                                      | 12:27:13 |
| 19 | THE WITNESS:  No answer.                                                      | 12:27:14 |
| 20 | BY MR. BRUSTIN:                                                               | 12:27:16 |
| 21 | Q.   Why did you believe Mario was by                                        | 12:27:23 |
| 22 | himself if there was a group of men standing next                            | 12:27:25 |
| 23 | to him?                                                                       | 12:27:27 |
| 24 | MR. SAHASRABUDHE:  Form.                                                      | 12:27:27 |
| 25 | THE WITNESS:  Because he was the only person                                 | 12:27:28 |



|   |   |   |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | standing out there gesturing for us to come on. | 12:27:30 |
| 3 | BY MR. BRUSTIN: | 12:27:33 |
| 4 | Q.   Okay.   Any other differences between | 12:27:34 |
| 5 | the scenarios? | 12:27:36 |
| 6 | A.   You tell me. | 12:27:38 |
| 7 | Q.   I'm asking you, sir.   I wasn't there. | 12:27:40 |
| 8 | MR. BLENK:   Form. | 12:27:42 |
| 9 | MR. SAHASRABUDHE:   Form. | 12:27:42 |
| 10 | THE WITNESS:   No. | 12:27:43 |
| 11 | MR. BRUSTIN:   All right.   So I don't know -- | 12:27:45 |
| 12 | let's just plan the rest of the day.   I can | 12:27:49 |
| 13 | probably finish this in the next -- with less than | 12:27:51 |
| 14 | an hour, but if other people think they have | 12:27:56 |
| 15 | substantial questioning, it probably makes sense to | 12:28:00 |
| 16 | take a lunch.   Do other people think they're going | 12:28:03 |
| 17 | to have substantial questioning? | 12:28:05 |
| 18 | MR. SAHASRABUDHE:   No. | 12:28:07 |
| 19 | MR. BLENK:   I don't think so. | 12:28:08 |
| 20 | MR. RUSS:   Why don't you ask the witness | 12:28:10 |
| 21 | what would best serve him. | 12:28:12 |
| 22 | MR. BRUSTIN:   I'm going to ask the witness, | 12:28:13 |
| 23 | but I want to know first whether this -- there's no | 12:28:16 |
| 24 | question we should take a break if people are going | 12:28:17 |
| 25 | to ask a bunch of questions. | 12:28:18 |



| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | MR. SAHASRABUDHE:  No substantial | 12:28:20 |
| 3 | questioning from the city. | 12:28:22 |
| 4 | MR. BLENK:  Nor the county. | 12:28:23 |
| 5 | MR. BRUSTIN:  So, Mr. Jackson, would you | 12:28:24 |
| 6 | prefer for me to try to get this done without | 12:28:26 |
| 7 | taking a break? | 12:28:29 |
| 8 | THE WITNESS:  Yes. | 12:28:30 |
| 9 | MR. BRUSTIN:  Okay.  Can we just take | 12:28:30 |
| 10 | another two-minute break then, and I'll look at my | 12:28:32 |
| 11 | notes to make sure that I'm being efficient. | 12:28:35 |
| 12 | THE WITNESS:  Yes. | 12:28:37 |
| 13 | MR. BRUSTIN:  Okay.  Great.  Thank you. | 12:28:38 |
| 14 | (A recess was then taken at 12:28 p.m.) | 12:28:42 |
| 15 | BY MR. BRUSTIN: | 12:36:43 |
| 16 | Q.   Okay.  Mr. Jackson, just a couple of | 12:36:44 |
| 17 | more areas, okay? | 12:36:46 |
| 18 | A.   Okay. | 12:36:47 |
| 19 | Q.   So, Peter, if you could give him the | 12:36:50 |
| 20 | police reports, please. | 12:36:54 |
| 21 | Actually, before I do that, I've asked you | 12:36:55 |
| 22 | questions now, Mr. Jackson, about your | 12:36:58 |
| 23 | communications with the police, and you told me | 12:37:02 |
| 24 | your memory of that.  Do you recall any | 12:37:06 |
| 25 | communications with anybody from the DA's office, | 12:37:09 |



|    |                                                        |          |
|----|--------------------------------------------------------|----------|
| 1  | Aaron Jackson                                          |          |
| 2  | whether it be Mr. Belling or anybody else, at the      | 12:37:12 |
| 3  | time up to and including your testimony?               | 12:37:16 |
| 4  | A.   I don't recall.                                   | 12:37:18 |
| 5  | Q.   Okay.  Do you recall any communications           | 12:37:21 |
| 6  | with anybody from the DA's office in connection        | 12:37:24 |
| 7  | with the reinvestigation of the case?                  | 12:37:28 |
| 8  | MR. BLENK:  Form.                                      | 12:37:30 |
| 9  | MR. BRUSTIN:  When Mr. Dixon was exonerated            | 12:37:31 |
| 10 | and Lamarr Scott was convicted.                        | 12:37:35 |
| 11 | MR. BLENK:  Form.                                      | 12:37:37 |
| 12 | MR. SAHASRABUDHE:  Objection to form.                  | 12:37:38 |
| 13 | THE WITNESS:  No.                                      | 12:37:39 |
| 14 | BY MR. BRUSTIN:                                        | 12:37:39 |
| 15 | Q.   You don't remember talking to anybody            | 12:37:40 |
| 16 | from the DA's office at that time in the last few      | 12:37:42 |
| 17 | years?                                                 | 12:37:45 |
| 18 | A.   Mr. Flynn, DA Flynn, yes.                        | 12:37:46 |
| 19 | Q.   Anybody from the DA's office?                    | 12:37:48 |
| 20 | A.   Yes, I spoke with DA Flynn.                      | 12:37:50 |
| 21 | Q.   When did you speak with DA Flynn?               | 12:37:52 |
| 22 | A.   I don't recall.                                   | 12:37:55 |
| 23 | Q.   Approximately.                                    | 12:37:56 |
| 24 | A.   I don't recall.                                   | 12:37:57 |
| 25 | Q.   Five years ago, ten years ago?                  | 12:37:57 |

| | |
|---|---|
| 1 | Aaron Jackson | |
| 2 | A.   Prior to this release. | 12:37:59 |
| 3 | Q.   Okay.  Sometime prior to Mr. Dixon's | 12:38:02 |
| 4 | release? | 12:38:05 |
| 5 | A.   Yes. | 12:38:05 |
| 6 | Q.   Okay.  And what did he say to you and | 12:38:06 |
| 7 | what did you say to him, to the best of your | 12:38:09 |
| 8 | recollection? | 12:38:11 |
| 9 | MR. BLENK:  Form. | 12:38:11 |
| 10 | THE WITNESS:  We just talked.  We just | 12:38:12 |
| 11 | talked.  There was nothing too in depth. | 12:38:14 |
| 12 | BY MR. BRUSTIN: | 12:38:17 |
| 13 | Q.   Okay.  Did he ask you questions about | 12:38:17 |
| 14 | whether you still believed Valentino Dixon was the | 12:38:20 |
| 15 | shooter, anything like that? | 12:38:22 |
| 16 | A.   No. | 12:38:24 |
| 17 | MR. BLENK:  Form. | 12:38:24 |
| 18 | BY MR. BRUSTIN: | 12:38:24 |
| 19 | Q.   No? | 12:38:27 |
| 20 | A.   No. | 12:38:28 |
| 21 | Q.   Do you remember what you talked about, | 12:38:29 |
| 22 | generally? | 12:38:31 |
| 23 | MR. SAHASRABUDHE:  Objection to form. | 12:38:32 |
| 24 | THE WITNESS:  I don't recall. | 12:38:33 |
| 25 | BY MR. BRUSTIN: | 12:38:35 |



| | |
|---|---|
| 1 | Aaron Jackson |
| 2 | Q.   Okay.   Anybody else in the DA's office | 12:38:35 |
| 3 | that you spoke to? | 12:38:38 |
| 4 | A.   No. | 12:38:42 |
| 5 | Q.   Now, if you take a look at page 154 of | 12:38:49 |
| 6 | the police file, I want to ask you a couple of | 12:38:54 |
| 7 | questions about these reports.   Not 154, I | 12:38:57 |
| 8 | apologize.   155.   This is a report from Detective | 12:39:14 |
| 9 | Stambach, okay? | 12:39:39 |
| 10 | A.   Yes. | 12:39:42 |
| 11 | Q.   And I want you to look at -- I want to | 12:39:42 |
| 12 | go a little bit out of order here and ask you some | 12:39:45 |
| 13 | questions about it, okay? | 12:39:48 |
| 14 | A.   Yes. | 12:39:49 |
| 15 | Q.   And I want to start with the paragraph | 12:39:49 |
| 16 | where it says -- the third-to-the-last paragraph, | 12:39:52 |
| 17 | Aaron's father, Frederick Jackson. | 12:39:55 |
| 18 | A.   Yes. | 12:39:58 |
| 19 | Q.   Could you read that paragraph to | 12:39:58 |
| 20 | yourself, and let me know -- `let me know when | 12:40:00 |
| 21 | you're done. | 12:40:02 |
| 22 | A.   Yes. | 12:40:11 |
| 23 | Q.   Okay.   And would it be fair to say that | 12:40:12 |
| 24 | you have no idea what your father -- assuming that | 12:40:14 |
| 25 | your father gave this statement, you have no idea | 12:40:17 |



| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | what he's talking about? | 12:40:20 |
| 3 | A.  No, I do know what he's talking about. | 12:40:20 |
| 4 | Q.  Well, this never happened, right? | 12:40:22 |
| 5 | MR. SAHASRABUDHE:  Form. | 12:40:24 |
| 6 | MR. BLENK:  Form. | 12:40:25 |
| 7 | THE WITNESS:  I can recall having this | 12:40:25 |
| 8 | conversation. | 12:40:27 |
| 9 | BY MR. BRUSTIN: | 12:40:28 |
| 10 | Q.  So is it your testimony now that | 12:40:28 |
| 11 | Valentino Dixon drove by your house in his white | 12:40:32 |
| 12 | Cadillac three times just before the shooting and | 12:40:41 |
| 13 | you didn't mention that earlier? | 12:40:43 |
| 14 | MR. BLENK:  Form. | 12:40:45 |
| 15 | MR. SAHASRABUDHE:  Form. | 12:40:46 |
| 16 | THE WITNESS:  I'm thinking that this did | 12:40:48 |
| 17 | happen, but I can't really recall, but this | 12:40:56 |
| 18 | conversation may have happened. | 12:40:59 |
| 19 | BY MR. BRUSTIN: | 12:41:00 |
| 20 | Q.  Well, I asked you in 12 different ways | 12:41:01 |
| 21 | earlier today all of your prior contacts with | 12:41:03 |
| 22 | Mr. Dixon, and I also showed you your testimony | 12:41:07 |
| 23 | that you gave closer in time about your prior | 12:41:09 |
| 24 | contacts with Mr. Dixon, and there was no mention | 12:41:12 |
| 25 | anywhere of him driving by your house in his | 12:41:16 |



|  |  |  |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | Cadillac. | 12:41:19 |
| 3 | MR. BLENK:  Form. | 12:41:20 |
| 4 | BY MR. BRUSTIN: | 12:41:20 |
| 5 | Q.   Are you telling me now that you | 12:41:21 |
| 6 | remember that? | 12:41:22 |
| 7 | MR. BLENK:  Form. | 12:41:22 |
| 8 | MR. SAHASRABUDHE:  Objection to form. | 12:41:24 |
| 9 | THE WITNESS:  I just said that I may.  This | 12:41:24 |
| 10 | is 31 years ago.  Like I'm trying to be as honest | 12:41:25 |
| 11 | as possible with you an give you the best | 12:41:27 |
| 12 | recollection that I have, so when you're mentioning | 12:41:30 |
| 13 | things, I'm trying to give it to you honestly. | 12:41:32 |
| 14 | MR. BRUSTIN:  Okay. | 12:41:35 |
| 15 | THE WITNESS:  Like this may quite possibly | 12:41:35 |
| 16 | have happened. | 12:41:38 |
| 17 | BY MR. BRUSTIN: | 12:41:38 |
| 18 | Q.   Now, you remember that you testified | 12:41:39 |
| 19 | about this much -- much closer in time to these | 12:41:40 |
| 20 | events, correct? | 12:41:44 |
| 21 | A.   31 years ago. | 12:41:44 |
| 22 | Q.   Right.  And I showed you that | 12:41:45 |
| 23 | testimony. | 12:41:47 |
| 24 | A.   Okay. | 12:41:48 |
| 25 | Q.   And there's no mention anywhere -- | 12:41:48 |



|   |   |
|---|---|
| 1 | Aaron Jackson |  |
| 2 | A.   Okay. | 12:41:50 |
| 3 | Q.   -- in any police report or any | 12:41:50 |
| 4 | testimony of yours suggesting that Mr. Dixon drove | 12:41:52 |
| 5 | by your house three times in a white Cadillac, | 12:41:57 |
| 6 | correct? | 12:41:59 |
| 7 | MR. BLENK:  Form. | 12:42:00 |
| 8 | MR. SAHASRABUDHE:  Objection to form. | 12:42:02 |
| 9 | Outside the scope of his knowledge. | 12:42:03 |
| 10 | THE WITNESS:  I can't recall. | 12:42:06 |
| 11 | BY MR. BRUSTIN: | 12:42:06 |
| 12 | Q.   Well, I just showed it to you.  I | 12:42:06 |
| 13 | showed you your testimony about your prior | 12:42:08 |
| 14 | interactions with Mr. Dixon. | 12:42:11 |
| 15 | A.   You're make this difficult.  You're | 12:42:13 |
| 16 | making this difficult.  You're making this | 12:42:14 |
| 17 | difficult on yourself, Nick. | 12:42:15 |
| 18 | MR. SAHASRABUDHE:  Let him finish. | 12:42:18 |
| 19 | BY MR. BRUSTIN: | 12:42:18 |
| 20 | Q.   Mr. Jackson, let me make sure you | 12:42:19 |
| 21 | understand the question.  I read to you earlier | 12:42:22 |
| 22 | today your prior testimony from 30 years ago about | 12:42:24 |
| 23 | your knowledge of Mr. Dixon prior to the shooting, | 12:42:28 |
| 24 | and there was no mention in that testimony of him | 12:42:33 |
| 25 | driving by your house in a Cadillac.  You recall | 12:42:36 |



|  |  |  |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | that, correct? | 12:42:41 |
| 3 | MR. SAHASRABUDHE:  Objection to form. | 12:42:41 |
| 4 | MR. BLENK:  Form. | 12:42:43 |
| 5 | THE WITNESS:  No answer. | 12:42:45 |
| 6 | BY MR. BRUSTIN: | 12:42:46 |
| 7 | Q.  Mr. Jackson, as you sit here today, you | 12:42:46 |
| 8 | have no recollection whatsoever of Mr. Dixon | 12:42:48 |
| 9 | driving by your house in his Cadillac in the days | 12:42:51 |
| 10 | before the shooting, correct? | 12:42:54 |
| 11 | MR. SAHASRABUDHE:  Objection to form. | 12:42:56 |
| 12 | THE WITNESS:  I don't recall. | 12:42:57 |
| 13 | BY MR. BRUSTIN: | 12:43:01 |
| 14 | Q.  Do you remember earlier I specifically | 12:43:02 |
| 15 | asked you whether he had ever threatened you in any | 12:43:04 |
| 16 | way, and you told me no.  Do you remember that? | 12:43:06 |
| 17 | MR. BLENK:  Form. | 12:43:09 |
| 18 | MR. SAHASRABUDHE:  Objection to form. | 12:43:09 |
| 19 | THE WITNESS:  I remember that question. | 12:43:10 |
| 20 | BY MR. BRUSTIN: | 12:43:12 |
| 21 | Q.  Take a look at the next -- the | 12:43:46 |
| 22 | paragraph above it.  We then contacted Aaron's | 12:43:49 |
| 23 | mother at her residence.  Do you see that | 12:43:56 |
| 24 | paragraph? | 12:43:58 |
| 25 | A.  Yes. | 12:43:58 |



AARON JACKSON
DIXON V. CITY OF BUFFALO

1          Aaron Jackson

2      Q.   And I think you've already told us, but    12:43:58

3   let me know if this has changed it.  You don't    12:44:01

4   remember ever telling your mother on the 11th, the    12:44:04

5   first day you were in the hospital, that Valentino    12:44:06

6   Dixon had shot you, correct?    12:44:08

7      MR. SAHASRABUDHE:  Form.    12:44:10

8      MR. BLENK:  Form.    12:44:10

9      THE WITNESS:  That's a possibility.    12:44:11

10     BY MR. BRUSTIN:    12:44:14

11     Q.   You don't remember it, correct?    12:44:14

12     A.   I don't recall.    12:44:16

13     MR. SAHASRABUDHE:  Objection to form.    12:44:17

14     BY MR. BRUSTIN:    12:44:18

15     Q.   And this -- but does this paragraph and    12:44:19

16  this report from the 11th refresh your memory about    12:44:22

17  Detective Stambach when he came to see you the next    12:44:27

18  day after speaking to your mother asking you    12:44:29

19  questions about Valentino Dixon?    12:44:33

20     A.   No.    12:44:35

21     MR. BLENK:  Form.    12:44:35

22     MR. SAHASRABUDHE:  Form.    12:44:35

23     BY MR. BRUSTIN:    12:44:36

24     Q.   All right.  So you don't recall    12:44:37

25  Detective Stambach asking -- this doesn't refresh    12:44:40



|    |    |    |
|----|----|----|
| 1  | Aaron Jackson | |
| 2  | your recollection about -- about Detective Stambach | 12:44:43 |
| 3  | asking you questions about the statements you | 12:44:45 |
| 4  | made -- allegedly made to your mother or to your | 12:44:49 |
| 5  | father? | 12:44:52 |
| 6  | MR. BLENK:  Form. | 12:44:52 |
| 7  | MR. SAHASRABUDHE:  Objection to form.  Asked | 12:44:53 |
| 8  | and answered. | 12:44:54 |
| 9  | THE WITNESS:  Can you ask that again, | 12:44:54 |
| 10 | please? | 12:44:56 |
| 11 | BY MR. BRUSTIN: | 12:44:57 |
| 12 | Q.  Yes, sir.  This report doesn't refresh | 12:44:57 |
| 13 | your recollection about Detective Stambach asking | 12:45:01 |
| 14 | you questions about either of these alleged | 12:45:03 |
| 15 | statements that you made to your mother or father? | 12:45:07 |
| 16 | A.  No. | 12:45:09 |
| 17 | MR. BLENK:  Form. | 12:45:10 |
| 18 | MR. SAHASRABUDHE:  Same objection. | 12:45:11 |
| 19 | THE WITNESS:  No. | 12:45:12 |
| 20 | BY MR. BRUSTIN: | 12:45:12 |
| 21 | Q.  And as you sit here today, you have no | 12:45:28 |
| 22 | memory with any -- of any prior dispute or | 12:45:30 |
| 23 | interaction or threats by Valentino Dixon prior to | 12:45:34 |
| 24 | the 10th of August, correct? | 12:45:38 |
| 25 | MR. BLENK:  Form. | 12:45:40 |



| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | MR. SAHASRABUDHE:  Same objection. | 12:45:41 |
| 3 | THE WITNESS:  No answer. | 12:45:42 |
| 4 | BY MR. BRUSTIN: | 12:45:45 |
| 5 | Q.   You have to answer that, sir. | 12:45:45 |
| 6 | A.   Ask it again. | 12:45:48 |
| 7 | Q.   Sure.  As you sit here today, you have | 12:45:49 |
| 8 | no memory whatsoever of any prior communication | 12:45:52 |
| 9 | with Valentino Dixon or any threats from Valentino | 12:45:57 |
| 10 | Dixon or seeing Valentino Dixon in the days before | 12:46:01 |
| 11 | the shooting, correct? | 12:46:04 |
| 12 | MR. SAHASRABUDHE:  Form. | 12:46:06 |
| 13 | THE WITNESS:  I told you that I saw him. | 12:46:07 |
| 14 | MR. SAHASRABUDHE:  Same objection. | 12:46:09 |
| 15 | BY MR. BRUSTIN: | 12:46:10 |
| 16 | Q.   You told us that you saw him driving in | 12:46:11 |
| 17 | the mall, correct? | 12:46:13 |
| 18 | A.   Yes.  I saw him.  I saw him before, | 12:46:14 |
| 19 | yes. | 12:46:16 |
| 20 | Q.   What you told us is that you saw him | 12:46:16 |
| 21 | driving in the mall, correct? | 12:46:18 |
| 22 | A.   Yes. | 12:46:20 |
| 23 | Q.   Okay.  Last thing, if you could take a | 12:46:26 |
| 24 | look -- I want to go back to your testimony in just | 12:46:31 |
| 25 | a minute.  This is from the trial.  Let's go to | 12:46:43 |



|    |                                                              |          |
|----|--------------------------------------------------------------|----------|
| 1  | Aaron Jackson                                                |          |
| 2  | page 272, please.  Take a look at page 272, lines 2          | 12:46:46 |
| 3  | through lines 10.  Let me know when you're done,             | 12:47:25 |
| 4  | please.                                                      | 12:47:29 |
| 5  | A.    Line 2 to what?                                        | 12:47:36 |
| 6  | Q.    10.                                                    | 12:47:38 |
| 7  | A.    10, okay.  Okay.                                       | 12:47:39 |
| 8  | Q.    And is this accurate, that you were not                | 12:47:52 |
| 9  | able to remember by the time of trial anything that          | 12:47:54 |
| 10 | the shooter was wearing?                                     | 12:47:58 |
| 11 | A.    No, not at all.                                        | 12:47:59 |
| 12 | Q.    It's a double negative again, my fault.                | 12:48:03 |
| 13 | In other words, you agree with me that by the time           | 12:48:05 |
| 14 | of trial, you were not able to remember anything             | 12:48:07 |
| 15 | the shooter was wearing, correct?                            | 12:48:09 |
| 16 | A.    Yes, yes.                                              | 12:48:11 |
| 17 | Q.    Wait one minute.  I'm just about done.                 | 12:48:31 |
| 18 | A.    Thank you.                                             | 12:48:34 |
| 19 | MR. BRUSTIN:  Okay.  Mr. Jackson, I think                    | 12:48:47 |
| 20 | that's all I have right now.  I may have a few               | 12:48:48 |
| 21 | follow-up questions based on what other attorneys            | 12:48:50 |
| 22 | ask you, but I greatly appreciate your time today            | 12:48:52 |
| 23 | and your patience.  Thank you.                               | 12:48:55 |
| 24 | THE WITNESS:  Thank you, Nick.                               | 12:48:56 |
| 25 | EXAMINATION                                                  | 12:49:05 |



```
 1                    Aaron Jackson
 2      BY MR. SAHASRABUDHE:                        12:49:05
 3        Q.   Mr. Jackson, my name's Peter          12:49:07
 4   Sahasrabudhe, and I represent the City of Buffalo  12:49:11
 5   and a handful of retired homicide detectives in   12:49:13
 6   connection with a lawsuit brought by Valentino Dixon.  12:49:19
 7        So, first of all, before today, have you and  12:49:21
 8   I ever met?                                     12:49:24
 9        A.   No.                                   12:49:24
10        Q.   Have you and I ever discussed this case  12:49:25
11   in any way?                                     12:49:28
12        A.   No.                                   12:49:29
13        Q.   Have I or any of my colleagues here at  12:49:29
14   Hodgson Russ ever told you how we want you to    12:49:33
15   testify or suggested to you how we want you to   12:49:35
16   testify today?                                  12:49:37
17        A.   No.                                   12:49:39
18        Q.   Okay.  I want to show you the photo    12:49:40
19   array that we were speaking about earlier in your  12:49:43
20   testimony, and I'll show you the color copy.  And  12:49:48
21   just for everyone else's purposes, this is in the  12:49:53
22   police comp. file, and it's BPD comp. 171.       12:49:58
23        Mr. Jackson, did the police officer who     12:50:06
24   showed you -- first of all, do you recall being  12:50:10
25   shown this photo array?                         12:50:13
```



1                          Aaron Jackson

2          A.    Yes.                                        12:50:15

3          Q.    Does it appear to be the photo array       12:50:15

4   that you were, in fact, shown?                          12:50:18

5          A.    Yes, quite possibly.                       12:50:19

6          Q.    In the days following the murder of        12:50:21

7   your brother?                                           12:50:23

8          A.    Yes.                                        12:50:24

9          Q.    All right.  Did any police officer ever    12:50:25

10  suggest to you that they wanted you to pick a           12:50:27

11  particular photo in this photo array?                   12:50:31

12         A.    No.                                         12:50:34

13         MR. BRUSTIN:   Object to the form.                12:50:34

14         BY MR. SAHASRABUDHE:                              12:50:36

15         Q.    Did any police officer ever do anything    12:50:37

16  to suggest to you that the shooter, a picture of        12:50:39

17  the shooter would, in fact, be one of the six           12:50:46

18  photos present in the photo array?                      12:50:49

19         A.    No.                                         12:50:51

20         MR. BRUSTIN:   Objection to form.                 12:50:51

21         BY MR. SAHASRABUDHE:                              12:50:56

22         Q.    Did any police officer ever point to       12:50:56

23  photo number 4 or any other photo in the -- or any      12:50:59

24  other photo in the photo array that would make a        12:51:04

25  singular photo stand out to you amongst the others?     12:51:08



| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | A.   No. | 12:51:10 |
| 3 | MR. BRUSTIN:  Objection to form.  Foundation. | 12:51:12 |
| 4 | BY MR. SAHASRABUDHE: | 12:51:16 |
| 5 | Q.   In your conversations with the Buffalo | 12:51:17 |
| 6 | Police Department, did anyone ever suggest to you | 12:51:21 |
| 7 | that they wanted you to state or claim that | 12:51:25 |
| 8 | Valentino Dixon was the shooter? | 12:51:31 |
| 9 | A.   No. | 12:51:35 |
| 10 | Q.   Why is it that you identified Valentino | 12:51:36 |
| 11 | Dixon as the shooter? | 12:51:39 |
| 12 | A.   Because he was the person that was | 12:51:39 |
| 13 | standing with the machine gun shooting into my | 12:51:42 |
| 14 | younger brother. | 12:51:45 |
| 15 | Q.   If you had a recollection of anyone | 12:51:47 |
| 16 | else being the shooter in the time that the murder | 12:51:51 |
| 17 | was being investigated, what would you have done? | 12:51:55 |
| 18 | A.   I would have spoke about it.  I would | 12:51:58 |
| 19 | have talked about it. | 12:52:00 |
| 20 | Q.   And the reason -- what is the reason | 12:52:02 |
| 21 | that you have not identified any other person as | 12:52:04 |
| 22 | the shooter who murdered your brother, Torriano | 12:52:07 |
| 23 | Jackson? | 12:52:11 |
| 24 | A.   Because there was no other person.  It | 12:52:11 |
| 25 | was Valentino Dixon. | 12:52:14 |



|   |   |
|---|---|
| 1 | Aaron Jackson |
| 2 | Q.   On the night of the shooting, initially | 12:52:16 |
| 3 | I think you testified earlier that you were unable | 12:52:23 |
| 4 | to move, correct? | 12:52:30 |
| 5 | A.   Yes. | 12:52:31 |
| 6 | Q.   Did there come a time where you were | 12:52:31 |
| 7 | ultimately able to move? | 12:52:33 |
| 8 | A.   That night? | 12:52:34 |
| 9 | Q.   Yes. | 12:52:35 |
| 10 | A.   Yes. | 12:52:36 |

1                    Aaron Jackson
2        Q.   On the night of the shooting, initially     12:52:16
3   I think you testified earlier that you were unable    12:52:23
4   to move, correct?                                     12:52:30
5        A.   Yes.                                         12:52:31
6        Q.   Did there come a time where you were        12:52:31
7   ultimately able to move?                              12:52:33
8        A.   That night?                                 12:52:34
9        Q.   Yes.                                         12:52:35
10       A.   Yes.                                         12:52:36
11       Q.   Okay.  Can you describe -- first of         12:52:37
12  all, had your brother already been moved by Travis    12:52:40
13  Powell when you regained the ability to move?         12:52:44
14       A.   No.                                          12:52:46
15       Q.   Okay.  Was he still in the street?          12:52:47
16       A.   Yes.                                         12:52:48
17       Q.   Okay.  Can you describe what you did        12:52:49
18  when you realized that you could move?                12:52:52
19       A.   I was in the car.  I was in the --          12:52:58
20  possibly in the front seat passenger's side looking   12:53:00
21  to see if there were keys in the vehicle, because I   12:53:04
22  just in my brain, drive across the street and hit     12:53:06
23  the shooter.                                           12:53:10
24       Q.   What car are you referring to?             12:53:12
25       A.   The yellow Geo.  The car that we           12:53:14



|    |                                                        |          |
|----|--------------------------------------------------------|----------|
| 1  |                  Aaron Jackson                         |          |
| 2  | arrived in.                                            | 12:53:17 |
| 3  |      Q.   How far away from the car were you when      | 12:53:18 |
| 4  | the shooting started?                                  | 12:53:21 |
| 5  |      A.   It was in the parking lot.                   | 12:53:22 |
| 6  |      Q.   Okay.  And when you got in the car, did      | 12:53:24 |
| 7  | you have occasion to observe the shooter?              | 12:53:29 |
| 8  |      A.   Yes.                                          | 12:53:32 |
| 9  |      Q.   And who did you see shooting a gun on        | 12:53:32 |
| 10 | the corner of Bailey and Delavan?                      | 12:53:36 |
| 11 |      A.   Valentino Dixon, and he actually lifted      | 12:53:38 |
| 12 | the gun up from my brother and looked over at me in    | 12:53:41 |
| 13 | the vehicle and started to fire shots over towards     | 12:53:44 |
| 14 | the vehicle, and I was almost sure that it was         | 12:53:46 |
| 15 | bullets going to come into the car, and I ducked       | 12:53:49 |
| 16 | down and it hit the top of the vehicle, but I was      | 12:53:52 |
| 17 | looking directly at him.                               | 12:53:56 |
| 18 |      Q.   Did you ever communicate that to any         | 12:53:58 |
| 19 | law enforcement official, whether it was a District    | 12:54:02 |
| 20 | Attorney or a police officer?                          | 12:54:05 |
| 21 |      A.   I think I may have conveyed that to          | 12:54:08 |
| 22 | Mr. Belling, DA Belling.                               | 12:54:10 |
| 23 |      Q.   Do you recall what occurred when you --      | 12:54:13 |
| 24 | how -- withdrawn.                                       | 12:54:17 |
| 25 |      How did Mr. Belling respond?                      | 12:54:18 |



Aaron Jackson

1

2    A.    He then took a picture out and showed          12:54:20

3 me a picture of the Geo, and there was actually a       12:54:22

4 gunshot on top, that skimmed over the top of the        12:54:25

5 car right where I was underneath in that seat as        12:54:28

6 proof that what I was saying was true.                  12:54:32

7    MR. SAHASRABUDHE:  That's all I have for the         12:54:35

8 time being.                                             12:54:37

9                     EXAMINATION                         12:54:37

10   BY MR. BLENK:                                        12:54:37

11   Q.    Mr. Jackson, my name is James P. Blenk,        12:54:42

12 and I represent the county defendants and Chris        12:54:45

13 Belling in this case.                                  12:54:48

14   Have we ever had the occasion of meeting            12:54:50

15 before today?                                          12:54:53

16   A.    Not at all.                                    12:54:54

17   (Off the record at 12:54 p.m.)                       12:54:57

18   BY MR. BLENK:                                        12:55:00

19   Q.    I just wanted to cover two points.  You        12:55:00

20 mentioned that you had a conversation with a           12:55:05

21 Mr. Flynn.  Are you referring to the Erie County       12:55:10

22 District Attorney John Flynn?                          12:55:13

23   A.    Yes.                                           12:55:15

24   Q.    And do you recall whether he was the           12:55:15

25 actual District Attorney or an Assistant District      12:55:18



|    |                                                      |          |
|----|------------------------------------------------------|----------|
| 1  | Aaron Jackson                                        |          |
| 2  | Attorney at the time that you spoke to him?          | 12:55:21 |
| 3  | A.    I think he was the head attorney, head         | 12:55:23 |
| 4  | attorney here in the City of Buffalo.                | 12:55:25 |
| 5  | Q.    And this was shortly before                    | 12:55:28 |
| 6  | Mr. Valentino Dixon's release from prison?           | 12:55:32 |
| 7  | A.    Yes.                                           | 12:55:34 |
| 8  | Q.    Okay.  This was not close in time to           | 12:55:35 |
| 9  | the underlying events?                               | 12:55:37 |
| 10 | A.    No.                                            | 12:55:39 |
| 11 | Q.    You said that you had a conversation           | 12:55:54 |
| 12 | with Christopher Belling during which you spoke      | 12:55:56 |
| 13 | about this gunshot -- or evidence of a gunshot       | 12:56:01 |
| 14 | having hit the top of the Geo.                       | 12:56:05 |
| 15 | A.    Yes.                                           | 12:56:08 |
| 16 | Q.    What was -- at what time did you have          | 12:56:08 |
| 17 | that conversation?                                   | 12:56:10 |
| 18 | A.    This is following the actual shooting          | 12:56:11 |
| 19 | and my release from the hospital.  This is when I    | 12:56:14 |
| 20 | was going down, I guess I was talking to him a       | 12:56:16 |
| 21 | little bit more about the case and giving him a      | 12:56:18 |
| 22 | little bit more information.  I don't know exactly   | 12:56:21 |
| 23 | when.                                                | 12:56:23 |
| 24 | Q.    Do you recall where that conversation          | 12:56:24 |
| 25 | took place?                                          | 12:56:27 |



| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | A.    It may have been down at his office. | 12:56:28 |
| 3 | Q.    Do you recall if this was before you | 12:56:33 |
| 4 | testified in the Grand Jury proceeding? | 12:56:38 |
| 5 | A.    Quite possibly. | 12:56:40 |
| 6 | Q.    Or it could have been after you | 12:56:41 |
| 7 | testified in the Grand Jury proceeding? | 12:56:43 |
| 8 | A.    That's possible. | 12:56:44 |
| 9 | Q.    Did Christopher Belling suggest to you | 12:56:59 |
| 10 | that Valentino Dixon was the shooter? | 12:57:02 |
| 11 | A.    No. | 12:57:05 |
| 12 | Q.    Did Christopher Belling give you any | 12:57:05 |
| 13 | indication that he preferred that you would | 12:57:11 |
| 14 | identify Valentino Dixon as the shooter? | 12:57:14 |
| 15 | A.    No. | 12:57:16 |
| 16 | MR. BRUSTIN:   Objection to form. | 12:57:17 |
| 17 | BY MR. BLENK: | 12:57:23 |
| 18 | Q.    Do you recall what the purpose of this | 12:57:24 |
| 19 | conversation with Christopher Belling -- or did | 12:57:27 |
| 20 | Christopher Belling ask you to come to his office? | 12:57:31 |
| 21 | A.    Yes. | 12:57:34 |
| 22 | Q.    How did he communicate that to you? | 12:57:34 |
| 23 | A.    It may have been a phone call. | 12:57:37 |
| 24 | Q.    Do you recall any other details of that | 12:57:42 |
| 25 | conversation other than this conversation that | 12:57:54 |



| | |
|---|---|
| 1 | Aaron Jackson |
| 2 | you -- this specific issue that you had discussed, | 12:57:56 |
| 3 | the yellow Geo with Mr. Belling? | 12:58:00 |
| 4 |     A.   We were just fact finding and talking | 12:58:03 |
| 5 | about the case. | 12:58:05 |
| 6 |     Q.   Did Mr. Belling tell you how you | 12:58:08 |
| 7 | should -- tell you the substance -- or did | 12:58:17 |
| 8 | Mr. Belling tell you what he wanted you to say at | 12:58:24 |
| 9 | the Grand Jury proceeding? | 12:58:26 |
| 10 |     A.   No. | 12:58:27 |
| 11 |     MR. BLENK:  I don't have any further | 12:58:32 |
| 12 | questions at this time. | 12:58:34 |
| 13 |         FURTHER EXAMINATION | 12:58:34 |
| 14 |     BY MR. BRUSTIN: | 12:58:34 |
| 15 |     Q.   Just a couple of quick follow-ups.  So, | 12:58:37 |
| 16 | Mr. Jackson, when I asked you questions -- can you | 12:58:40 |
| 17 | move the camera back?  I apologize.  Thank you very | 12:58:40 |
| 18 | much.  Mr. Jackson, when I asked you earlier about | 12:58:47 |
| 19 | whether you remembered having a conversation with | 12:58:50 |
| 20 | Mr. Belling and what you said to him and what he | 12:58:53 |
| 21 | said to you, you told me you had no memory | 12:58:55 |
| 22 | whatsoever as to what he said to you and what you | 12:58:57 |
| 23 | said to him.  Do you recall that? | 12:59:00 |
| 24 |     A.   I don't recall, but I did have | 12:59:01 |
| 25 | conversations with him.  I mean, I had to meet with | 12:59:03 |



|   |   |   |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | him prior. | 12:59:06 |
| 3 | Q.  No, my question is, when I asked you | 12:59:06 |
| 4 | questions about what you talked about, why is it | 12:59:08 |
| 5 | that you didn't raise any of these issues about | 12:59:11 |
| 6 | telling him about crawling to the car and him not | 12:59:14 |
| 7 | trying to suggest Mr. Dixon?  Is there a reason why | 12:59:19 |
| 8 | you didn't mention that when I asked you what you | 12:59:22 |
| 9 | discussed with him? | 12:59:24 |
| 10 | MR. BLENK:  Form. | 12:59:25 |
| 11 | MR. SAHASRABUDHE:  Form.  Asked and | 12:59:26 |
| 12 | answered. | 12:59:27 |
| 13 | THE WITNESS:  I already answered it, correct. | 12:59:27 |
| 14 | BY MR. BRUSTIN: | 12:59:32 |
| 15 | Q.  Now, on questioning from counsel for | 12:59:33 |
| 16 | the police defendants, you said that the police | 12:59:37 |
| 17 | never said anything to you about Valentino Dixon or | 12:59:44 |
| 18 | who you should pick.  Do you remember that? | 12:59:49 |
| 19 | A.  Yes. | 12:59:51 |
| 20 | Q.  You told me four or five different | 12:59:52 |
| 21 | times on my questioning that you had no memory | 12:59:56 |
| 22 | whatsoever as to what the police said to you, | 12:59:58 |
| 23 | correct? | 13:00:01 |
| 24 | MR. BLENK:  Form. | 13:00:01 |
| 25 | MR. SAHASRABUDHE:  Form.  That's not what he | 13:00:02 |



| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | said. | 13:00:03 |
| 3 | THE WITNESS:  We're now talking about | 13:00:03 |
| 4 | Mr. Belling.  We're not talking about the police, | 13:00:06 |
| 5 | correct? | 13:00:08 |
| 6 | BY MR. BRUSTIN: | 13:00:08 |
| 7 | Q.  Now I'm talking about the police.  I've | 13:00:09 |
| 8 | moved on from Mr. Belling to the police. | 13:00:09 |
| 9 | A.  Okay.  I have no recollection of the | 13:00:13 |
| 10 | conversations I had with them. | 13:00:15 |
| 11 | Q.  So you don't know whether or not they | 13:00:16 |
| 12 | pointed, for example, to a picture of Mr. Dixon and | 13:00:17 |
| 13 | asked you how you knew him?  You don't know one way | 13:00:20 |
| 14 | or another, correct? | 13:00:23 |
| 15 | MR. BLENK:  Form. | 13:00:25 |
| 16 | MR. SAHASRABUDHE:  Form. | 13:00:26 |
| 17 | THE WITNESS:  I don't recall. | 13:00:26 |
| 18 | BY MR. BRUSTIN: | 13:00:27 |
| 19 | Q.  Is that correct, sir? | 13:00:27 |
| 20 | A.  I don't recall. | 13:00:27 |
| 21 | Q.  You don't recall whether they told you | 13:00:28 |
| 22 | that when you picked out tentatively a picture of | 13:00:30 |
| 23 | Mr. Dixon, they told you that's the person we think | 13:00:33 |
| 24 | shot your brother?  You don't recall one way or | 13:00:37 |
| 25 | another whether they said that, correct? | 13:00:40 |

