| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | MR. SAHASRABUDHE:  Form. | 13:00:41 |
| 3 | MR. BLENK:  Form. | 13:00:42 |
| 4 | THE WITNESS:  I don't recall.  You're doing | 13:00:42 |
| 5 | it again, Nick.  You're doing that thing again. | 13:00:43 |
| 6 | BY MR. BRUSTIN: | 13:01:01 |
| 7 | Q.  And fair to say you don't recall one | 13:01:02 |
| 8 | way or another whether or not Mr. Belling told you | 13:01:05 |
| 9 | that he, in fact, believed there was other evidence | 13:01:07 |
| 10 | that proved Valentino Dixon was the shooter?  You | 13:01:10 |
| 11 | don't recall whether he said that to you one way or | 13:01:13 |
| 12 | another, correct? | 13:01:15 |
| 13 | A.  No. | 13:01:16 |
| 14 | MR. BLENK:  Form. | 13:01:16 |
| 15 | MR. SAHASRABUDHE:  Form. | 13:01:17 |
| 16 | THE WITNESS:  No. | 13:01:17 |
| 17 | BY MR. BRUSTIN: | 13:01:19 |
| 18 | Q.  In other words, you agree you don't | 13:01:20 |
| 19 | recall whether he did or didn't? | 13:01:21 |
| 20 | A.  He didn't. | 13:01:22 |
| 21 | Q.  You're sure about that even though you | 13:01:24 |
| 22 | don't recall the conversations? | 13:01:26 |
| 23 | MR. SAHASRABUDHE:  Objection to form. | 13:01:29 |
| 24 | THE WITNESS:  I'm like clueless at this | 13:01:34 |
| 25 | point.  Can you ask that again? | 13:01:36 |



800.211.DEPO (3376)
EsquireSolutions.com

| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | BY MR. BRUSTIN: | 13:01:38 |
| 3 | Q.   Sure.  I asked you earlier to describe | 13:01:39 |
| 4 | the conversations you had with Mr. Belling before | 13:01:40 |
| 5 | you testified, and you told me you remember nothing | 13:01:43 |
| 6 | about that.  Do you remember? | 13:01:45 |
| 7 | A.   We talked about the case. | 13:01:46 |
| 8 | MR. BLENK:  Form. | 13:01:47 |
| 9 | THE WITNESS:  I mean, I don't mean -- I | 13:01:48 |
| 10 | don't mean the specifics.  He asked a specific | 13:01:49 |
| 11 | question, and I answered it.  I'm talking about the | 13:01:51 |
| 12 | guy that's here in the room right now. | 13:01:54 |
| 13 | BY MR. BRUSTIN: | 13:01:55 |
| 14 | Q.   Okay.  I'm sorry? | 13:01:56 |
| 15 | A.   I'm talking about the guy that's in the | 13:01:57 |
| 16 | room right now.  He asked a specific question, and | 13:01:58 |
| 17 | I answered it.  You didn't.  You trying to get | 13:02:01 |
| 18 | me -- you asked me a question about what I | 13:02:04 |
| 19 | remembered about talking to him.  Any specific -- | 13:02:06 |
| 20 | Q.   Is Mr. Belling in the room? | 13:02:08 |
| 21 | A.   No. | 13:02:11 |
| 22 | MR. SAHASRABUDHE:  He's talking about me. | 13:02:11 |
| 23 | MR. BLENK:  No, he's talking about me. | 13:02:13 |
| 24 | MR. SAHASRABUDHE:  Or JP, sorry. | 13:02:16 |
| 25 | MR. BRUSTIN:  Okay.  I think we've covered | 13:02:18 |



AARON JACKSON                                January 12, 2023
DIXON V. CITY OF BUFFALO                                   147

| | | |
|---|---|---|
| 1 | Aaron Jackson | |
| 2 | this enough.  Mr. Jackson, thank you for your time. | 13:02:19 |
| 3 | Again, I appreciate it. | 13:02:21 |
| 4 | (Off the record at 1:02 p.m.) | 13:02:54 |
| 5 | BY MR. BRUSTIN: | 13:02:54 |
| 6 | Q.    I apologize, one thing I forgot to ask | 13:02:54 |
| 7 | you.  I really will be quick.  I apologize, | 13:02:57 |
| 8 | Mr. Jackson. | 13:02:59 |
| 9 | Have you had any communications with Emil | 13:02:59 |
| 10 | Adams since Mr. Dixon's release? | 13:03:05 |
| 11 | A.    No. | 13:03:09 |
| 12 | Q.    Not by phone, not by email, nothing? | 13:03:09 |
| 13 | A.    No contact. | 13:03:13 |
| 14 | Q.    To your knowledge, has anybody in your | 13:03:15 |
| 15 | family had any contact with him? | 13:03:16 |
| 16 | A.    No, no contact. | 13:03:20 |
| 17 | MR. BRUSTIN:  Thank you.  That's all I have. | 13:03:23 |
| 18 | (Discussion off the record.) | 13:03:41 |
| 19 | MR. SAHASRABUDHE:  Do you want an | 13:03:41 |
| 20 | opportunity to review your testimony to see if | 13:03:42 |
| 21 | there's any errors or corrections you need to make? | 13:03:43 |
| 22 | THE WITNESS:  Yeah, why not. | 13:03:46 |
| 23 | MR. SAHASRABUDHE:  Okay. | 13:03:47 |
| 24 | (Deposition concluded at 1:03 p.m.) | 13:03:51 |
| 25 | *    *    * | |



1

2 STATE OF NEW YORK)

3                         ss:

4 COUNTY OF ERIE    )

5

6      I DO HEREBY CERTIFY as a Notary Public in and

7 for the State of New York, that I did attend and

8 report the foregoing deposition, which was taken

9 down by me in a verbatim manner by means of machine

10 shorthand.   Further, that the deposition was then

11 reduced to writing in my presence and under my

12 direction.   That the deposition was taken to be

13 used in the foregoing entitled action.   That the

14 said deponent, before examination, was duly sworn

15 to testify to the truth, the whole truth and

16 nothing but the truth, relative to said action.

17

18

19

20            JOAN M. METZGER-HUBBELL,
             CM, Realtime Reporter,
21           Notary Public.

22

23

24

25



```
 1

 2

 3              DEPOSITION ERRATA SHEET

 4  Our Assignment No.  J9108597

 5  Case Caption:  VALENTINO DIXON

 6  vs.  CITY OF BUFFALO, et al.

 7     DECLARATION UNDER PENALTY OF PERJURY

 8        I declare under penalty of perjury

 9  that I have read the entire transcript of

10  my Deposition taken in the captioned matter

11  or the same has been read to me, and

12  the same is true and accurate, save and

13  except for changes and/or corrections, if

14  any, as indicated by me on the DEPOSITION

15  ERRATA SHEET hereof, with the understanding

16  that I offer these changes as if still under

17  oath.

18  _____

19          AARON JACKSON

20  Subscribed and sworn to on the _____ day of

21  _____, 20____ before me,

22  _____

23  Notary Public,

24  in and for the State of _____

25
```



AARON JACKSON
DIXON V. CITY OF BUFFALO

January 12, 2023
150

```
 1
 2               DEPOSITION ERRATA SHEET
 3   Page No._____Line No._____Change to:_____
 4   _____
 5   Reason for change:_____
 6   Page No._____Line No._____Change to:_____
 7   _____
 8   Reason for change:_____
 9   Page No._____Line No._____Change to:_____
10   _____
11   Reason for change:_____
12   Page No._____Line No._____Change to:_____
13   _____
14   Reason for change:_____
15   Page No._____Line No._____Change to:_____
16   _____
17   Reason for change:_____
18   Page No._____Line No._____Change to:_____
19   _____
20   Reason for change:_____
21   Page No._____Line No._____Change to:_____
22   _____
23   Reason for change:_____
24   SIGNATURE:_____DATE:_____
25             AARON JACKSON
```



AARON JACKSON
DIXON V. CITY OF BUFFALO

January 12, 2023
152

1

2                          INDEX TO EXHIBITS

3    Exhibit              Description                Page

4     PLF. EXH. 22    report                          113

5

6

7    *Copies of exhibit supplied to all counsel.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



AARON JACKSON                                    January 12, 2023
DIXON V. CITY OF BUFFALO                                      153

```
 1

 2                    INDEX TO WITNESSES

 3   Witness              Examination              Page

 4    AARON JACKSON          BY MR. BRUSTIN             3

 5                           BY MR. SAHASRABUDHE      134

 6                           BY MR. BLENK            139

 7                           BY MR. BRUSTIN          142

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



800.211.DEPO (3376)
EsquireSolutions.com