# EXHIBIT 14

Case 1:19-cv-01678-MAV-JJM    Document 174-28    Filed 12/18/23    Page 2 of 28

2                ROBERT J. BRYANT, JR.

3

4

5   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF NEW YORK
6

7   ----------------------------------------
    VALENTINO DIXON,
8
                        Plaintiff,
9
               - vs -      Case No.
10                         1:19-cv-01678-WMS

11  CITY OF BUFFALO and COUNTY OF ERIE;
    and DETECTIVE MARK R. STAMBACH,
12  DETECTIVE RANIERO MASECCHIA, DETECTIVE
    JAMES P. LONERGAN, DETECTIVE JOHN VICKERD,
13  CHIEF RICHARD T. DONOVAN, JOHN DOES,
    Unknown Buffalo Police Department Supervisors,
14  and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER
    BELLING, in their individual capacities,
15
                        Defendants.
16  ----------------------------------------

17

18          Examination before trial of ROBERT J.

19  BRYANT, JR., taken pursuant to Subpoena, in the law

20  offices of HARRINGTON & MAHONEY, 70 Niagara Street,

21  Buffalo, New York, on May 2, 2023, commencing at

22  11:04 a.m., before LORI K. BECK, CSR, CM, Notary

23  Public.

24

25



```
 1

 2   APPEARANCES:        NEUFELD SCHECK & BRUSTIN, LLP,
                         By NICK J. BRUSTIN, ESQ.,
 3                       nick@nsbcivilrights.com, and
                         GERARDO ROMO, ESQ.,
 4                       gerardo@nsbcivilrights.com
                         99 Hudson Street,
 5                       8th Floor,
                         New York, New York  10013,
 6                       (212) 965-9081,
                         via Zoom,
 7                            and
                         EASTON THOMPSON KASPEREK
 8                       SCHIFFRIN, LLP,
                         By DONALD M. THOMPSON, ESQ.,
 9                       16 West Main Street, Suite 243,
                         Rochester, New York  14614,
10                       (585) 423-8290,
                         dmthompson@etksdefense.com,
11                       Appearing for the Plaintiff.

12                       HODGSON RUSS LLP,
                         By PETER A. SAHASRABUDHE, ESQ.,
13                       The Guaranty Building,
                         140 Pearl Street, Suite 100,
14                       Buffalo, New York  14202,
                         (716) 856-4000,
15                       psahasra@hodgsonruss.com
                         Appearing for the Defendants,
16                       City of Buffalo; Detective
                         Mark R. Stambach, Detective
17                       Raniero Masecchia, Detective
                         James P. Lonergan, Detective
18                       John Vickerd, Chief Richard T.
                         Donovan, and John Does, Unknown
19                       Buffalo Police Department
                         Supervisors.
20
                         LIPPES MATHIAS WEXLER FRIEDMAN LLP,
21                       By JAMES P. BLENK, ESQ.,
                         50 Fountain Plaza, Suite 1700,
22                       Buffalo, New York  14202,
                         (716) 853-5100,
23                       jblenk@lippes.com,
                         Appearing for the Defendants,
24                       County of Erie and
                         Assistant District Attorney
25                       Christopher Belling.
```



ROBERT J. BRYANT JR.                                      May 02, 2023
DIXON V CITY OF BUFFALO                                             3

```
 1

 2   PRESENT            MOISES SOTO-BRITO
     VIA ZOOM:          Neufeld Scheck & Brustin, LLP
 3
                        JENNIFER C. PERSICO, ESQ.
 4                      Lippes Mathias Wexler Friedman, LLP

 5                      JANEEN FIELDER

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



1              Robert J. Bryant, Jr.

2         THE REPORTER:  So Esquire requires me to

3    ask:  Mr. Brustin, are you ordering a copy of the

4    transcript?

5         MR. BRUSTIN:  Yeah, whatever our typical

6    order is.  Mo will give it to you.

7         THE REPORTER:  Okay.  All right.  And Mr.

8    Thompson?

9         MR. BRUSTIN:  I'm with him, so --

10        THE REPORTER:  Okay.  And Mr. Blenk, are you

11   ordering a copy of the transcript?

12        MR. BLENK:  Do I have to make a decision

13   now?

14        THE REPORTER:  By the end.  I can ask you

15   again at the end.

16        MR. BLENK:  Yes.

17        THE REPORTER:  You do want a copy?

18        MR. BLENK:  Yes.

19        THE REPORTER:  Okay.  And --

20        MR. SAHASRABUDHE:  We would like a copy.

21   Thank you.

22        THE REPORTER:  Perfect.  Okay, then.

23        And same stipulations as the previous

24   witnesses?  Reading and signing the transcript?

25        MR. BRUSTIN:  Sure.



```
1                    Robert J. Bryant, Jr.

2         MR. THOMPSON:  Please.

3

4  ROBERT J. BRYANT, JR., 222 Straley Avenue,

5  Cheektowaga, New York 14211, after being duly

6  called and sworn, testified as follows:

7                    EXAMINATION

8         BY MR. THOMPSON:

9         Q.   Good morning, Mr. Bryant.

10        A.   Good morning.

11        Q.   You and I have never met; is that

12 correct?

13        A.   Right.

14        Q.   We talked, I think, maybe twice on the

15 phone just about scheduling; is that right?

16        A.   Yes.

17        Q.   Okay.  But you and I have never talked

18 about the substance --

19        A.   No, we haven't talked.

20        Q.   Okay.  And just -- I -- I understand

21 you have an attorney with you today, but let me

22 just explain the rules as I understand them.

23        I -- have you ever had a deposition taken

24 before --

25        A.   No.
```



```
 1                      Robert J. Bryant, Jr.

 2          Q.   -- like this?  Okay.

 3          A.   No.

 4          Q.   I'm going to be asking you a series of

 5   questions, and then after I'm done, the other

 6   lawyers will be asking you some questions.

 7          If you don't understand a question, just let

 8   me know and I'll rephrase it, but if you do answer,

 9   I'm going to assume that you understood it; is that

10   fair?

11          A.   Yes.  Yes.

12          Q.   And if you want to take a break at any

13   time, just let us know, and the only thing I would

14   ask is that you answer the question pending before

15   taking the break, okay?

16          A.   Okay.

17          Q.   Now, as you know, I represent your son,

18   Valentino Dixon, along with Don Thompson, who's

19   there with you --

20          A.   Yes.

21          Q.   -- in his case against the -- the

22   Buffalo Police Department and the county attorney's

23   office.

24          A.   Yes.

25          Q.   And the other attorneys that are in the
```



1                    Robert J. Bryant, Jr.

2    room represent the other Defendants in the case,

3    okay?

4         A.    Okay.

5         Q.    And they're going to be asking you some

6    questions when I'm done.

7         A.    Yes.

8         Q.    And as I -- as I told you, the only

9    thing I want to do today is just ask you some

10   questions about your involvement in -- in 1991 and

11   in the following years in this case, okay?

12        A.    Yes.

13        Q.    And would it be fair to say -- have

14   you -- well, have you reviewed any documents in

15   preparation for today?

16        A.    Have I did what?

17        Q.    Have you reviewed any -- any documents,

18   any paper in preparation for today?

19        A.    No.  No.

20        Q.    Okay.  You're just going by memory,

21   right?

22        A.    I'm going by memory, yes.

23        Q.    Great.  Great.  So let me just start

24   with a few background questions.

25              I think you've already told us, but let me



Case 1:19-cv-01678-MAV-JJM    Document 174-28    Filed 12/18/23    Page 9 of 28

```
 1                  Robert J. Bryant, Jr.
 2    just make sure:  What's your relationship to
 3    Valentino Dixon?
 4          A.   He's my son.
 5          Q.   Okay.  And what's your relationship
 6    to -- I'm sorry, let me ask just ask you some
 7    background questions about where you were living
 8    and what you were doing back in August of 1991,
 9    okay --
10          A.   Yes.
11          Q.   -- at the time of the shooting.
12          A.   Yes.  That was on Barbara's birthday.
13          MR. BRUSTIN:  Sir, I'm having some technical
14    difficulties.  I apologize.
15               (Off the record: 11:07 a.m.)
16               (On the record: 11:11 a.m.)
17          BY MR. BRUSTIN:
18          Q.   Mr. Bryant?
19          A.   Yes.
20          Q.   Can you tell us where you were living
21    in August of 1991?
22          A.   20 -- 2129 Bailey Avenue.
23          Q.   Is that in Buffalo?
24          A.   In Buffalo, yes.
25          Q.   And who were you living with?
```



```
 1                    Robert J. Bryant, Jr.
 2          A.   A friend at the time, girlfriend.  Her
 3     name was Stephanie Bryant.
 4          Q.   Okay.  And what kind of work were you
 5     doing back then?
 6          A.   I had a boutique.
 7          Q.   What kind of boutique?
 8          A.   Selling novelties and different little
 9     things like that.
10          Q.   And I understand you were also a
11     musician; is that right?
12          A.   Yes.
13          Q.   What kind of music -- what did you
14     play?  What kind of music?
15          A.   A variety of music.  A variety.  All
16     different kinds.  Country, R&B, little gospel here
17     or there.
18          Q.   Okay.  And what was your relationship
19     at that time to Barbara Dixon?
20          A.   She's Tino's mother, and we were
21     together, you know, far as a couple, you know,
22     like.  Girlfriend, might as well say.
23          Q.   Okay.  And what was your relationship
24     to Antoine Shannon?
25          A.   Antoine was my stepson.  Antoine
```



```
 1                  Robert J. Bryant, Jr.
 2    Shannon was my stepson, yes.
 3          Q.   Got it.  Thank you.  Did there come a
 4    point in time when -- when you learned that your
 5    son Valentino Dixon had been arrested for a -- a
 6    murder?
 7          A.   Yes.
 8          Q.   Okay.  And do you remember what your
 9    reaction was?
10          A.   Pardon --
11          Q.   I'm sorry, go ahead.
12          A.   Pardon me.  Barbara and I saw him being
13    arrested on Delavan Avenue the -- the -- the
14    next -- the next day.  The next -- yeah, the next
15    day.
16          Q.   The day after the shooting?
17          A.   That was after the shooting.
18          Q.   Yes.
19          A.   Yes.
20          Q.   And what was your reaction when you saw
21    your son arrested?
22          A.   Well, we were sitting there because we
23    spotted his white Cadillac that particular day, and
24    we trying to figure out like what house is he in.
25          I said, "Barbara, we'll sit here, and we'll
```



1                    Robert J. Bryant, Jr.

2    wait until he comes back to his -- to his car."

3          So we sat in the car for about -- maybe

4    about 45 minutes, and the next thing we know, this

5    red sports car pulls up in back of his white car,

6    his white Cadillac at the time that he always

7    drive -- always was driving.

8          And I said, "Barbara, that look like Tino

9    that just got out that car."

10         And so I got out, Barbara got out, and we

11   went to approach Tino, because we -- I was going to

12   get Tino and ask Tino to turn hisself in if he

13   did -- did the shooting or whatever, you know,

14   after we read the newspaper and the people were

15   telling me that there was a shooting on Delavan

16   Avenue that night, the night before.

17         And so we went to get out the car, Barbara

18   and I, and we started walking towards Tino, but all

19   of a sudden when we walked toward Tino, all of

20   these police officers in unmarked cars came out --

21   jumped out their cars with their guns, you know,

22   like pointed to Tino.

23         And Barbara said, "Please don't shoot my

24   son; please don't shoot my son."

25         And at that moment, they said, "No, we're



```
 1                  Robert J. Bryant, Jr.
 2   not going to shoot -- we're not going to shoot your
 3   son; stay back," you know.
 4        And so they told Tino to get on the ground,
 5   and they went there -- went there and put handcuffs
 6   on him right there on the street.
 7        But see, they thought that he was -- that he
 8   was in the white Cadillac he usually drive, but he
 9   had just --
10        Q.   Got it.
11        A.   -- but he had just bought a red car, a
12   new red car that they weren't familiar with.
13        Q.   Okay.  And did there come a point in
14   time after that when you received -- when you
15   received information that Valentino was not, in
16   fact, the shooter?
17        A.   Yes.  Yes.
18        Q.   And where did you receive that
19   information from?
20        A.   I --
21        Q.   If you recall.  It was a long time ago.
22   If you recall.
23        A.   No, I remember everything.  I remember
24   everything.
25        I went to my store to open my store, and I
```



1                   Robert J. Bryant, Jr.

2  got two employees that was there at the time,

3  Richard and Larry, Richard Dixon and Larry Shannon,

4  and they were looking at me like -- they call me

5  Butch.

6        They looked at me, said, "Butch, didn't you

7  hear about last night?"

8        I said, "What you mean about last night?"

9        "The shooting."  They said that the

10 newspaper -- he says, "You didn't get a newspaper?"

11 They said the newspaper said that Tino shot up

12 other kids on the -- on the corner of Bailey and

13 Delavan.

14       And then I thought to myself, all -- when me

15 and Barbara was coming back from Melody Fair --

16 because we went to Melody Fair.  It was her

17 birthday, and she -- she wanted -- she wanted --

18 after we left Melody Fair, took us about half an

19 hour to get back into Buffalo, so it was about

20 11:30, and Barbara says she wanted some Louie's

21 Texas Hots.

22       And so I said okay, and we drove over by --

23 going over by -- I started to pull over by Louie's,

24 but then I saw my son Antoine outside of Louie's.

25       And I said, "Barbara, I don't want to see --



1                    Robert J. Bryant, Jr.

2    I don't want to see Antoine.  Don't even let him

3    know I'm out here in the car.  I'll park a little

4    ways, you go in and get your hot dogs and come on

5    back.  Please don't tell him that I'm out here."

6            But I wish now that -- I wish that I would

7    have told him -- told her to and, you know, talked

8    to him, because maybe none of this would have

9    happened.

10           But she came back, and she said, "He asked

11   me where my dad was," and she said she don't know,

12   you know, but she knew that I was down the street

13   outside the car, but -- I mean, if that helps

14   anything.  This is by Louie's Texas Hots.

15           Q.   Right, so -- and you seem to have an

16   incredible memory of this, which is great.

17           A.   Oh, I do.  I do.

18           Q.   So Mr. Bryant, I just want to ask --

19   like the question, though --

20           A.   Okay.

21           Q.   -- is -- and I don't want to cut you

22   off ever --

23           A.   Okay.

24           Q.   -- but I do want to --

25           A.   Yeah, yeah.



```
 1                    Robert J. Bryant, Jr.
 2          (Reporter interruption.)
 3          BY MR. BRUSTIN:
 4          Q.   So Mr. Bryant, the question is:
 5          When did you first learn -- when did you
 6   first receive information --
 7          A.   Yes.
 8          Q.   -- that Valentino -- that someone else
 9   was the shooter?
10          A.   That next morning.
11          Q.   Okay.
12          A.   That next morning when I --
13          Q.   Where did you receive that information
14   from?
15          A.   Outside my boutique on Bailey Avenue.
16          Q.   Okay.  What did you learn, and from
17   who?
18          A.   I learned it from Larry Shannon and
19   Richard Dixon, and they -- want me to keep talking?
20          Q.   So the question is:  What's the
21   information you learned about who was the shooter?
22          A.   What I learnt who was the shooter was
23   after I talked to Larry -- Larry Shannon and --
24   Larry Shannon and Richard Dixon.
25          Q.   Okay.
```



```
 1                    Robert J. Bryant, Jr.

 2          A.    And so they said that -- they told me

 3   that Antoine and Leonard and Mario, a friend of

 4   theirs -- there was a shooting down there, and --

 5   and another -- another -- another boy got killed,

 6   and some other boys have got -- had gotten shot.

 7          Q.    Okay.

 8          A.    And I said -- I looked at them, and --

 9   and then they said, "And they said Tino did it from

10   the newspaper," you know, because the newspaper

11   come out about five o'clock in the morning, and

12   they already had him guilty.

13          But I'll -- I'll leave out of all that.

14          Q.    So it would be much easier just if you

15   could just try to focus on the question I'm asking.

16   It will be faster, and then we can just get this

17   done.  So the question:

18          Is did you -- did there come a point when

19   you received information that somebody else was the

20   shooter?

21          A.    Yes.  Yes.

22          Q.    From who, and what did you learn?

23          A.    Okay.  And so when -- when I -- when

24   they told me what happened, they told me who all

25   was down there, I got on the phone, and I called
```



```
1                    Robert J. Bryant, Jr.

2    Annie Shannon, which is Antoine's mother and

3    Leonard's mother.

4          And I told her, "Where" -- I asked her,

5    "Where is Leonard and Toine at, because there was a

6    shooting last night and so-and-so and they saying

7    that Tino did it."

8          And when I was talking to her, I said -- she

9    said that they were right there in the living room,

10   and I said, "I'm coming right over there to find

11   them."

12         Can I go to the bathroom?  Is there a

13   bathroom around here?

14         MR. THOMPSON:  Yes.

15         THE WITNESS:  Okay.  I got to go to the

16   bathroom.

17         MR. SAHASRABUDHE:  Off the record.

18             (Off the record: 11:21 a.m.)

19             (On the record: 11:24 a.m.)

20         BY MR. BRUSTIN:

21         Q.  Mr. Bryant, you were telling us how and

22   from whom you received information that Valentino

23   was not the shooter.  You were starting to tell us.

24         A.  Yes.

25         Q.  Please, if you can answer that.  Thank
```



1              Robert J. Bryant, Jr.

2  you.

3         A.   Okay.  And so I called Annie Shannon's

4  house, because that's where Leonard and Toine were

5  staying at that time, and I asked Annie, "Where is

6  Leonard and Toine at?"

7         And she said they're right there in the

8  living room with her.

9         And I said, "Did you -- did you hear what

10  happened last night, you know, because they're

11  saying that Leonard, Toine, and Tino and

12  so-and-so -- there was a shooting there last night

13  down on Bailey Avenue."

14         And I said, "Tell Leonard and Toine that I'm

15  coming over right now, and whoever did it want to

16  turn theirself in."

17         Okay.  So she put Leonard on the phone, and

18  she told -- she put Leonard on the phone and

19  told -- told -- told Leonard that "Your dad is on

20  the phone."

21         And I said -- and when -- when they -- when

22  he came to the phone, I said, "Leonard, who was

23  shooting down on -- on Bailey and Delavan last

24  night?"

25         He said, "Dad, it wasn't -- it wasn't Tino.



1                     Robert J. Bryant, Jr.
2    It wasn't us.  It was this guy named Lamarr."
3           I said, "Who" -- well, excuse my expression.
4    I said, "Who the hell is Lamarr?"
5           And he said, "Well, one of the friends that,
6    you know, Tino and we know."  And he said, "But he
7    the one -- he's the one that did the shooting."
8           And so right -- right then I told them that
9    I'm coming right over there, right over to the
10   house.
11          Q.   Can I stop you for a minute?
12          A.   Yes.
13          Q.   Okay.  At that point in time, did you
14   know who Lamarr Scott was?
15          A.   No.  I didn't know who he was.  I -- I
16   didn't know him personally, but I knew -- I -- I
17   knew him -- Tino had so many friends, and I would
18   just always tell him, "Don't bring those friends
19   around the house," because I was kind of funny like
20   that.
21          But the point is I seen -- I saw him once.
22   I didn't even know his name.
23          Q.   All right.  Did there come a point in
24   time when you spoke to Lamarr Scott?
25          A.   Yes.



```
 1                    Robert J. Bryant, Jr.

 2          Q.   How did you come to speak to Lamarr

 3    Scott?  How did it happen?

 4          A.   Okay.  I went over to Leonard -- I went

 5    over to Annie's house, which is where Leonard and

 6    Toine stayed, and when I did talk to Leonard and

 7    them and I found out just who did the shooting,

 8    then that's when I told them, I said, "Wait,

 9    huh-uh."

10          When they told me what happened -- I'm

11    sorry.  I just --

12          Q.   Okay.

13          A.   When they -- when -- when they told me

14    what happened, I just -- I told myself, "Where is

15    he at?  Where -- where is he at?"

16          And they said that he's over on Goodyear

17    Avenue.  Lamarr's over on Goodyear Avenue and he

18    was hiding out over there.

19          I said, "Goodyear Avenue where?"

20          Then they said, "Over by Rich," a friend of

21    Tino's.

22          Okay.  So I said, "How -- how can I -- how

23    can I go over there and -- and try to -- try to

24    see, you know, him, Lamarr?"

25          And so they said, "Well, he's staying --
```



```
 1                 Robert J. Bryant, Jr.
 2    he -- he's over at Rich -- Rich's house.  Rich's
 3    aunt -- Rich's aunt stay there, and he's hiding
 4    over there."
 5             Q.   Okay.
 6             A.   Okay.
 7             Q.   Did you go over to that house?
 8             A.   Okay.  That's when I went over on -- on
 9    Goodyear, and they called Lamarr and told Lamarr
10    that I -- that I was coming over there, you know,
11    to talk to him, and that's when they said that
12    Lamarr would talk to me.  You know, when I -- if I
13    go over there, he'll talk to me, tell -- tell me
14    what happened.
15             So I went over to Goodyear Street, and I
16    stood outside the car, and then that's when
17    Lamarr -- I first saw Lamarr, you know, coming
18    towards me, and that's when he walked up to me,
19    and -- and I looked at him, because like I'm saying
20    like --
21             Q.   Okay.
22             A.   Okay.
23             Q.   The best you can recall, what did
24    you -- the best you can recall, what did you say to
25    Lamarr, and what did he say to you?
```



```
 1                    Robert J. Bryant, Jr.
 2          A.    Okay.
 3          MR. SAHASRABUDHE:  Form.
 4          THE WITNESS:  Let's see.
 5          BY MR. BRUSTIN:
 6          Q.    If anything.
 7          A.    When he came up to me, walked up to me
 8  real slow, like calm like, and -- walked up to me
 9  real calm like.  I'm getting -- it's just coming
10  back in my -- in my mind.
11          And I -- I looked at him, and I said, you
12  know, "What happened last night?"
13          And that's when he told me that some guys
14  was messing with Mario and Leonard and Toine, that
15  they -- they -- down on Bailey and Delavan, and --
16  and he said that they -- he -- he said they had --
17  they had threatened -- they had threatened Mario
18  and Toine and Leonard with -- with -- and said,
19  "Just be here when I come back."
20          Q.    Did Lamarr tell you what he did?
21          A.    Yes.  Oh --
22          Q.    Did he tell you what he did?
23          A.    Oh, yes, he did.
24          Q.    What did he tell you?
25          A.    Man.  He told me on different
```



```
 1                    Robert J. Bryant, Jr.
 2    occasions, but --
 3         Q.   So let me take it a step at a time,
 4    please.
 5         A.   Yes.
 6         Q.   That first time that you spoke to him
 7    outside of the house --
 8         A.   Yes.
 9         Q.   -- did he tell you what he had done?
10         A.   Yes.
11         Q.   What did he tell you?
12         A.   He told me that --
13         Q.   In general.
14         A.   Yes, he said that he was on Mario's
15    porch, and Tino -- Tino, Toine -- Tino, Toine, and
16    Mario had went down to the corner store right there
17    on East Delavan and Bailey to get a six-pack of
18    beer.
19         And so -- and -- a six-pack of beer, and
20    then he said that he was standing down by Mario's
21    house at the time waiting on Tino and Mario and
22    Toine to come back.  But at the time -- he said he
23    was sitting on the porch, and he heard shots.  He
24    heard a couple shots.
25         He said that's when he ran down and got
```



```
1                      Robert J. Bryant, Jr.
2    the -- I think it was automatic gun, the Uzi or
3    whatever it is.  He was on Mario's porch, and he
4    said he ran down -- he ran down the street, down
5    Delavan Avenue, to where the shots came from.
6          And he went on to say that when he ran down,
7    he had the Uzi in his hand, but when he got down
8    there, he didn't know who to shoot.  This is what
9    he -- what Lamarr's telling me.
10          And he said when he -- when he got there, he
11   fired shots in the air first to scare the crowd,
12   because there was too many other teenagers around
13   at the time, and he said he wanted to scatter
14   because he said -- he said he didn't know who to
15   shoot.
16          And then when he got there, like I said, he
17   said he fired shots up -- up in the --
18          Q.   Okay.  Did --
19          A.    It's kind of hard.  I got to pee again.
20          MR. THOMPSON:  Okay.  Do you remember where
21   it is?  Off the record.
22              (Off the record: 11:32 a.m.)
23              (On the record: 11:34 a.m.)
24          BY MR. BRUSTIN:
25          Q.   Okay.  So Mr. Bryant, you were telling
```



```
 1                    Robert J. Bryant, Jr.
 2   us about what Lamarr Scott said to you --
 3          A.   Yes.
 4          Q.   -- the day after the shooting when you
 5   spoke to him on the street.
 6          A.   Yes.
 7          Q.   Did -- that day, did you ever threaten
 8   Lamarr Scott before he told you he was the shooter?
 9          A.   Threatening the big guy that -- oh,
10   excuse me.  Let me answer the question.  No.
11          Q.   Yes.
12          A.   He's a young guy, and if anything, I
13   was kind of like afraid, but I told myself like I
14   don't want to trigger him off in any type of way,
15   because I don't know where his mind is coming from.
16   The first time I met him and seen him.
17          But no, threaten him?  No, not Lamarr.  Not
18   the way he looked.
19          Q.   Did you ever threaten him?
20          A.   Never.  Never.  Never threatened him,
21   no.
22          Q.   Did you ever promise Lamarr anything
23   that day?
24          A.   Never.  Never promised him anything.
25          Q.   Did you ever promise him anything?
```



```
 1                  Robert J. Bryant, Jr.
 2        A.   Never.  All I wanted to do --
 3        Q.   Now --
 4        A.   Oh, I better let you talk.  I'm sorry.
 5        Q.   When you approached Lamarr that day,
 6   did you confront him, or did you just ask him what
 7   happened?
 8        A.   I just asked him what happened, and
 9   that's when he started telling me.
10        Q.   When you were speaking to Lamarr, did
11   Lamarr ever deny to you that he was the shooter?
12        A.   He not only never denied it, he told me
13   just how he did it, how it happened.
14        Q.   Okay.  Now, after you spoke to
15   Lamarr --
16        A.   Yes.
17        Q.   -- learned that he was, in fact, the
18   shooter --
19        A.   Yes.
20        Q.   -- what steps did you take next?
21        A.   After that, he stayed where he at.  He
22   said he'll be staying over on Goodyear, and I told
23   myself, "Oh, man, please don't let him -- please
24   don't let him leave town."
25        Q.   All right.  Let me stop you for one
```



```
 1                    Robert J. Bryant, Jr.
 2   minute --
 3           A.   Okay.
 4           Q.   -- before I get to that question.
 5           A.   Okay.
 6           Q.   Did -- did you ask or did Lamarr tell
 7   you whether he would be willing to admit that he
 8   committed the crime when you spoke to him that day?
 9           A.   Well, I didn't ask him would he be
10   admitting -- would he admit that he did the -- did
11   the crime.  He just said he did it, and I wanted to
12   get somebody to, you know, either arrest him or
13   whatever, let them take his confession or whatever.
14           And at the time there was a -- there was
15   a -- I don't know if you know this guy, but his
16   name was Lee Coppola.  He used to work for Channel
17   2 News investigating -- he did a lot of
18   investigations for Channel 2 at the time.
19           Q.   Okay.  Did you call -- did you reach
20   out to that person?
21           A.   Oh, I tried to call Channel 2, you
22   know, and -- and ask them could I speak to Lee
23   Coppola.  I think that's his name.  I might got it
24   wrong, but he was very top-notch investigator back
25   then in '91, and he would investigate a lot of
```

