1                    Robert J. Bryant, Jr.

2   different things.

3           And I trusted him because I used to watch

4   his show all the time, and I said, you know, we'll

5   get him to turn hisself -- Lamarr to turn hisself

6   in to Lee Coppola, but when I called Channel 2

7   News, they said he's on vacation.

8           And I said, "Wow," you know, and they said,

9   "What's the problem," you know?

10          Then I said, "Well, the guy that did the

11  shooting last night, he wants to turn hisself in."

12          Q.   So let me stop you for a minute.

13          A.   Okay.

14          Q.   When you were speaking to Lamarr

15  Scott --

16          A.   Yes.

17          Q.   -- did he tell you that he was willing

18  to turn himself in?

19          A.   Yes.  Yes.

20          Q.   What did he say in that regard?

21          A.   No, he said Tino didn't do it, you

22  know, "I -- I -- I'll turn myself in, but Tino

23  didn't do it."

24          Q.   Did he tell you why he was going to

25  turn himself in?



1                    Robert J. Bryant, Jr.

2          A.   He said -- all -- all -- he just looked

3    at me and said, you know, "Tino didn't do it; I did

4    it."

5          He started explaining to me how he did it,

6    and --

7          Q.   Okay.

8          A.   -- when he explained to me how he did

9    it in detail, it was shivering.  That's all I can

10   say.

11         Q.   When you went -- why did you decide to

12   go to the news instead of the police?

13         A.   I went to the news because I didn't

14   trust the police, and I didn't trust Buffalo

15   Evening News because they was writing all these

16   shit stories, you know, lone shooter, three guns

17   fired.

18         Q.   All right.  That's okay.  So you

19   mentioned that you tried to call a reporter; he

20   wasn't there.

21         A.   Right.

22         Q.   What happened -- who did you speak to

23   next?

24         A.   All I know is they said they would send

25   a reporter out there but Lee Coppola is not there,



```
 1              Robert J. Bryant, Jr.
 2   they'll send Wanda Starks [sic].  She was a black
 3   news anchor.
 4        So they said they'll send Wanda Starks out
 5   and take, you know, the confession and right after
 6   that he can turn hisself in to the police.
 7        Q.   Okay.
 8        A.   And I said fine.  And so they told us
 9   to meet us on Genesee and Bailey Avenue and that
10   Wanda Stark would get the -- you know, who would --
11   whatever witnesses that's there, too, other than
12   Lamarr, if anybody else want to say anything, they
13   can say something, and --
14        Q.   Okay.  When you -- when you -- before
15   we get to what happened --
16        A.   Yes.
17        Q.   -- when you called the news station,
18   were you with Lamarr?
19        A.   Oh, no.  No, no, no.  No, no, no, no,
20   hum-um.  No.
21        Q.   Okay.  All right.  Were you with
22   anybody else when you called the news station?
23        A.   When I called the news station, I was
24   in the house with Annie Shannon, Toine Shannon, and
25   Leonard Shannon.
```



```
 1                 Robert J. Bryant, Jr.
 2         Q.    Okay.  And so did you have -- did the
 3   news people tell you what time to -- what time to
 4   be there?
 5         A.    Yes, I think -- I can't even -- I
 6   vaguely remember, but I think it was probably
 7   around 11 o'clock.  I don't know.  10 o'clock.  It
 8   was dark.  It was summer, but it was dark.
 9         Q.    All right.  And after that, did you
10   speak to Lamarr Scott about going to speak to the
11   press?
12         A.    After that, I went back over, and I
13   said that "Wanda Stark said that she would take
14   your" -- you know, what happened down there or
15   whatever, so on, so on -- "If you were the shooter,
16   that she'll let you tell your story and turn
17   yourself in to the police."
18         Q.    And what did Lamarr say?
19         A.    He said okay.
20         Q.    All right.  At that time did you make
21   any threats or any promises whatsoever?
22         A.    Never made a threat towards him,
23   period.  Never ever.
24         Q.    Any promises?
25         A.    No promises, no.  Huh-uh.
```



```
 1                    Robert J. Bryant, Jr.
 2          Q.   Okay.  Now -- all right.  And how
 3   did -- if you know, how did Lamarr Scott get to the
 4   place where the newspeople were?  Did you bring him
 5   there?  Do you recall you drove Lamarr Scott to the
 6   press -- to speak to the press?
 7          A.   I think I did.  I think yes, I did.
 8          Q.   Okay.
 9          A.   Yes, I did.  I'm trying to figure did
10   he come in another -- no, I think I did, yes.
11          Q.   Did you discuss with Lamarr Scott what,
12   if anything, he should say --
13          A.   Nothing.
14          Q.   -- other than the truth?
15          A.   Nothing.  Nothing.
16          Q.   Okay.  Were you present when he spoke
17   to the press?
18          A.   Right there in the middle of
19   everything.  Antoine was beside me, my son Antoine.
20   Leonard was on the other side of me, and Lamarr was
21   right by Wanda Stark.
22          Q.   Okay.  Was Barbara Dixon also there?
23          A.   No.  No.
24          Q.   Id you speak to the newspeople?
25          A.   When I walked -- when I walked up to
```



1              Robert J. Bryant, Jr.

2    Wanda Stark, she said, "Who is the person?"

3         And Wanda Stark said -- I told Wanda Stark,

4    "The young man right -- right here," and that's

5    when Wanda Stark started talking to him, talking to

6    Lamarr.

7         And while Wanda Stark was talking to Lamarr,

8    there was other police officers -- officers walking

9    around me, and they -- they asked -- they -- they

10   was asking Leonard and other people in the crowd,

11   "Were you there that night?"

12        Anybody that said they were there, they --

13   they took them, snatched them, and just put them in

14   a police car.

15        Q.   Okay.  When you spoke to Lamarr Scott

16   before --

17        A.   Yes.

18        Q.   -- you took him to --

19        A.   Yes.

20        Q.   -- speak to the press, did you tell him

21   that it was going to be on television?

22        A.   I told him that Wanda Stark is coming

23   down and she's going to take his confession, you

24   know, right there on Bailey and Genesee Avenue.

25        Q.   When you spoke to Lamarr Scott about



1                    Robert J. Bryant, Jr.

2    that, did he express to you any doubt or -- or

3    reservations about doing that, or did he agree to

4    do it?

5         A.    Oh, no, he -- he -- he want -- he

6    wanted to do -- to -- to come down and confess for

7    simple reason just the look on his face and how he

8    expressed how he did it and everything and just

9    like --

10        Q.    Are you suggesting that when you spoke

11   to him, he seemed remorseful?

12        MR. SAHASRABUDHE:  Form.

13        THE WITNESS:  Not so much as remorseful.  I

14   mean --

15        BY MR. BRUSTIN:

16        Q.    Okay.  That's fair.  That's a bad

17   question, so let me move on.

18        So after -- after you met with -- after

19   Lamarr Scott confessed on television -- you saw him

20   do that, correct?

21        A.    Yes.

22        Q.    You were standing there.

23        A.    Yes, definitely.

24        Q.    And what did you expect was going to

25   happen with Valentino after that?



```
 1                    Robert J. Bryant, Jr.
 2          MR. SAHASRABUDHE:  Form.
 3          THE WITNESS:  All I want is -- I was -- I
 4   was expecting that the truth would come out; that
 5   my son didn't do this, but he was involved around
 6   the whole thing, and -- and it wasn't right.
 7   Lamarr --
 8          (Reporter interruption.)
 9          BY MR. BRUSTIN:
10          Q.   Let me ask you -- let me ask you a
11   different question.  That's okay.  Let me ask you a
12   different question.
13          A.   Yes.
14          Q.   Did you expect, after that, that Lamarr
15   Scott would be arrested for the murder?
16          MR. SAHASRABUDHE:  Form.
17          THE WITNESS:  When they told me that three
18   or four other guys and Torri Jackson and them had
19   guns and they fired first and so on and so on,
20   common sense would tell myself like well, they shot
21   first.  They wounded --
22          BY MR. BRUSTIN:
23          Q.   I'm not asking -- let me stop you.  I'm
24   asking you a different question.
25          A.   Yes.
```



```
 1                 Robert J. Bryant, Jr.
 2          Q.   All I'm asking you is:  After he
 3    confessed on television, did you expect that Lamarr
 4    Scott was going to be arrested for the shooting?
 5          A.   Oh, definitely.  I thought he would,
 6    but --
 7          Q.   Okay.  Now, did -- after that time, did
 8    any police officer ever come and interview you
 9    about your interaction with Lamarr Scott?
10          A.   Not one single police officer.  Nobody
11    came to my house.  Belling and Terranova -- well, I
12    can't -- I can't go through this.  I can't --
13          Q.   Take your time.
14          A.   They ignored me like I was nothing,
15    like I wasn't even a fucking human -- excuse me --
16    like I wasn't even a human being, okay?
17          Q.   Okay.
18          A.   And I told --
19          Q.   I know this is very hard.
20          A.   I told -- I told Belling, and he's the
21    prosecutor -- I said, "You know Valentino didn't do
22    this.  You know it, but you're not going to get
23    away with it."  I said -- I was younger then, and I
24    never been experience nothing like with murder and
25    shit -- excuse me -- and all that.
```



```
 1                  Robert J. Bryant, Jr.

 2          And Belling was walking across out the

 3   court -- out the county court with his -- his tray

 4   of bag things, his bags, and I just walked up to

 5   him, you know, and I said, "Belling, you know

 6   Valentino didn't do this.  You know he didn't do

 7   this."

 8          You know what he did?  Just did like a --

 9   just waved me off.  And -- but the point is, you

10   know -- but I -- I've been dreaming about Belling

11   and Terranova, Judge D'Amico for 30 years.  Imagine

12   yourself dreaming about them 30 years.  Somebody

13   just disregard you, slander to me like, "Oh, the

14   Dixon -- the Dixon family got -- paid Lamarr to

15   confess."

16          I would -- I would -- I would have turned my

17   own son in.  I would have turned Tino in.  I don't

18   believe in guns.

19          Q.   All right.  Let me stop you for a

20   minute.  And I understand how upsetting this is.

21   I -- I get that, so let me back up a minute.  I'm

22   going to ask you first a few more questions about

23   the police.

24          Did the police ever come and talk to you?

25          A.   Never.
```



1                     Robert J. Bryant, Jr.

2           Q.    Okay.

3           A.    Never.

4           Q.    If the police had come and talked to

5    you after Lamarr Scott came forward, would you have

6    agreed to speak with them?

7           MR. SAHASRABUDHE:  Form.

8           THE WITNESS:  Now, the police -- I didn't

9    trust the police.

10          BY MR. BRUSTIN:

11          Q.    Okay.

12          A.    I probably -- now, sincerely, I didn't

13   trust the police at all, but I wanted to try to

14   make sure that the world knew Valentino --

15          Q.    Okay.

16          A.    -- Buffalo knew that he didn't do that.

17          Q.    If you understood, though -- if you

18   understood that part of the process of

19   investigating Valentino required you to talk to

20   them, would you have talked to them?

21          MR. SAHASRABUDHE:  Form.

22          THE WITNESS:  Yeah.  I mean, if I had to, I

23   would have just told them the truth.  Got nothing

24   to lie about.  Yeah, I would have talked to them.

25          But I didn't want to talk to them because I



```
 1                    Robert J. Bryant, Jr.

 2   did not trust the police department at that time

 3   back in '91.

 4        BY MR. BRUSTIN:

 5        Q.   Okay.

 6        A.   Okay.  I won't say nothing else.

 7        Q.   To your knowledge, did the police ever

 8   come and speak to Barbara Dixon?

 9        MR. SAHASRABUDHE:  Form.

10        THE WITNESS:  They came to speak to Barbara.

11   She said, "Butch" -- two days late -- two days

12   later they came to speak to Barbara, and when they

13   came to speak to Barbara, they came to speak to

14   Barbara about the title to that new car Tino had

15   just bought.

16        BY MR. BRUSTIN:

17        Q.   Okay.  So did anyone, to your

18   knowledge --

19        A.   Yes.

20        Q.   -- ever ask Barbara Dixon any questions

21   about her interactions with Lamarr Scott?

22        MR. SAHASRABUDHE:  Form.

23        THE WITNESS:  No, not that I know, no.  No.

24   Not that I know of, no.

25        BY MR. BRUSTIN:
```



```
 1              Robert J. Bryant, Jr.
 2         Q.   Okay.  And nobody from the police
 3    department asked you any questions about your
 4    interactions with Lamarr Scott, right?
 5         A.   Never.  Never, never, ever.  Nobody
 6    anything to him.  The first time I ever said
 7    anything to Belling was outside the courtroom
 8    and when I said -- you know, at the court.  They
 9    take their stuff, I guess, over by headquarters or
10    somewhere.  I don't know.
11         BY MR. BRUSTIN:
12         Q.   Was that during the trial?
13         A.   That -- that was during the trial,
14    and -- no, I think it might have been after the
15    sentencing.
16         Q.   Okay.  Did you ever speak to ADA
17    Belling about your interactions with Lamarr Scott?
18         A.   I never spoke to him, period.  Can I
19    say, or should I --
20         Q.   I just want you to try to answer the
21    question, sir.
22         A.   Okay.  No, I didn't.
23         Q.   Try to answer the question.  Did -- did
24    ADA Belling or anybody from the District Attorney's
25    office ever come in and question you --
```



```
 1                    Robert J. Bryant, Jr.

 2          A.   Never.

 3          Q.   -- about -- got to let me finish.

 4          A.   Okay.

 5          Q.   Did ADA Belling or anybody from the

 6   District Attorney's office ever come and question

 7   you about your interactions with Lamarr Scott?

 8          A.   Never.  Never.

 9          Q.   And if ADA Belling had come and spoken

10   to you, would you have answered his questions?

11          MR. BLENK:  Form.

12          THE WITNESS:  Well, he -- if he would have

13   came -- I only got one way to answer that.

14          BY MR. BRUSTIN:

15          Q.   Let me ask you this way:

16          If you had -- if you believed that they

17   were -- that they were honestly investigating --

18          A.   Right.

19          Q.   -- whether or not Valentino Dixon was

20   the shooter, would you have answered ADA Belling's

21   questions?

22          MR. BLENK:  Form.

23          THE WITNESS:  Of course, yes.  I would have.

24   Can -- can I say something?

25          MR. THOMPSON:  He'll ask you.
```



```
 1                   Robert J. Bryant, Jr.

 2          BY MR. BRUSTIN:

 3          Q.   So let me -- let me move on -- let me

 4     move on to another topic.

 5          Okay.  So after -- after Valentino was

 6     convicted of murder --

 7          A.   Yes.

 8          Q.   -- did there come a point in time when

 9     you went and spoke to a man named Emil Adams --

10          A.   Yes.

11          Q.   -- in March of 2022?

12          A.   Definitely, yes.

13          Q.   Okay.  So I'm going to ask you a bunch

14     of questions about that.

15          A.   Not 2022.

16          Q.   I'm sorry.  I apologize.  In March --

17     in March of 1993.

18          A.   No, that wasn't '93.  I'm thinking it

19     was sooner than that, I think.

20          Q.   I'm going to play the tape for you,

21     because on the tape you say March of 1993, but

22     before I get to that --

23          A.   Okay.  Okay.

24          Q.   Before I get to that, I just want to

25     ask -- I'm going to ask you a bunch of questions,
```

1              Robert J. Bryant, Jr.
2   and if you could, if you could just let me take you
3   through piece by piece so we get all the
4   information we need, okay?
5         So first of all, did there come a point in
6   time after the trial when you went to Emil Adams'
7   home?
8         A.    Definitely.
9         Q.    Okay.
10        A.    Yes.
11        Q.    And before we get to that interview,
12  can you explain how you came to be there?  What
13  information did you learn that caused you to go to
14  Emil Adams' home?
15        A.    Because I was investigating, trying to
16  find out the truth, and just behind me being in the
17  neighborhood and -- and -- and knowing different
18  people and spent time with kids and stuff,
19  different information started coming to me.
20        And they said this person was there, this --
21  I said, "Well, do you know where he stay at?"  You
22  know, "Give me the address so I can write his
23  address down" and so on and so on "so I can go talk
24  to him."
25        That's how -- that's how I -- I ran across



```
 1                  Robert J. Bryant, Jr.
 2  Emil Adams and other witnesses, just because --
 3         Q.   Okay.
 4         A.   Okay.  I'm going to stop talking.
 5         MR. THOMPSON:  He'll ask more questions.
 6         BY MR. BRUSTIN:
 7         Q.   Do you remember how specifically you
 8  came to learn about Emil Adams?
 9         A.   Yes.  They told me that he stay on --
10  what street was that?  Well, I know -- I know the
11  street.  I got it written down but they told me the
12  street.
13         And so Barbara and I, we -- we -- we rode
14  by, you know, just, you know, circling around to
15  see if we seen him, but then another teenager told
16  me that he works at a -- a barber shop.
17         Q.   Okay.
18         A.   And so I stopped going by his house to
19  see if I see him outside his house.
20         So they told me where the barber shop was.
21  I'm familiar with the avenue.  I got boutiques up
22  and down Bailey.
23         Q.   Okay.  So --
24         A.   Okay, I'll tell you now.  I'm sorry.  I
25  went off track.
```



```
 1                    Robert J. Bryant, Jr.
 2          Q.    Please, I want to take it a step at a
 3    time.  If you can just try to answer the question.
 4          A.    Okay.
 5          Q.    So did you speak to Emil Adams at the
 6    barber shop before you tape-recorded a conversation
 7    at his home?
 8          A.    Oh, yes.
 9          Q.    Okay.
10          A.    And -- yes.
11          Q.    All right.  So we're going to come back
12    to that.
13          A.    Okay.
14          Q.    Okay.  But did there come a point in
15    time when you went to Emil Adams' home?
16          A.    Definitely.
17          Q.    Okay.  Who did you go with?
18          A.    Barbara.  Barbara Dixon.
19          Q.    Okay.  Did you also go with Antoine
20    Shannon?
21          A.    No, they didn't know nothing about it.
22    All I was trying to do is find the truth about
23    everything.  Anything that I did -- any
24    tape-recordings I did, they didn't know nothing
25    about that.  Emil Adams or nothing.
```



1              Robert J. Bryant, Jr.

2        Q.   Well, let me -- let me refresh your

3   recollection, because -- because Antoine appears on

4   the tape, so I'm going to play it for you.

5        A.   Antoine on the Emil Adams tape?

6        Q.   Yes, so let me -- let me play it for

7   you.  You did -- you do all the talking, but I'm

8   going to play it for you, and I'm going to ask you

9   some questions about it.

10       A.   Okay.

11       Q.   And I'm going to play it in pieces, and

12  then I'm asking to ask questions about it.

13       A.   Okay.

14       Q.   But before I do that -- so the tape has

15  been marked --

16       MR. BRUSTIN:  What Exhibit is it, Mo?

17       MR. SOTO-BRITO:  The tape is -- the tape

18  is 24, the audio, and then the Exhibit is -- the

19  transcript is 23.

20       MR. BRUSTIN:  Okay.  Could you put in front

21  of Mr. Bryant, Don, the transcript, which is

22  Exhibit 23?

23       BY MR. BRUSTIN:

24       Q.   Okay.  Mr. Bryant, by the way, do you

25  read with glasses or --



1                  Robert J. Bryant, Jr.

2          A.    I read with glasses.

3          Q.    Okay.  So what I've put in front of you

4    is a transcript that we made --

5          A.    Yes.

6          Q.    -- of the audiotape that you created.

7          A.    Yeah.  Yes.

8          Q.    It's not perfect, but it's as close as

9    we could get.

10         A.    Okay.

11         Q.    So what I'm going to do is I'm going to

12   ask you to follow along the transcript as you're

13   listening to the audio, and I'm going to ask you

14   some questions about it, okay?

15         A.    Okay.

16         Q.    So first of all, let's start and play

17   the first couple of minutes, but you see the

18   transcript starts on page -- on page 2, okay?

19         A.    Um-hum.

20         Q.    Okay.

21         MR. BRUSTIN:  So let's go ahead, Mo, and

22   play it; and please, if we could, announce the

23   place where you are playing it from and then where

24   we stop it.

25         THE WITNESS:  Okay.



 1                Robert J. Bryant, Jr.

 2        MR. SOTO-BRITO:  All right.  It's starting

 3   right now from 0 minutes 0 seconds.

 4        (Recording played.)

 5        (Recording stopped.)

 6        MR. SOTO-BRITO:  Stopping at 2 minutes and

 7   12 seconds.

 8        BY MR. BRUSTIN:

 9        Q.   Okay.  First of all, Mr. Bryant --

10        A.   Yes.

11        Q.   -- did you recognize -- did you

12   recognize your voice on the tape?

13        A.   Definitely.  That's me, yes.

14        Q.   Okay.  And did you, in fact, create a

15   tape-recorded statement on March 7th, 1993, at

16   9:10 p.m.?

17        A.   I thought it was sooner than that, but

18   if -- it say March 7th, 1991.  That -- it is the

19   date, so yes.

20        Q.   In other words, when you -- when you --

21   when you made -- when you made this tape-recording,

22   you were attempting to honestly put on the

23   tape-recording what date it was, correct?

24        A.   Yes.

25        Q.   And you would have known the date then,

1              Robert J. Bryant, Jr.

2    correct?

3         A.   Well, I -- well, sometimes I might say

4    March something or whatever it is and I have to go

5    back to correct it, because I've taped before, and

6    I -- but just -- just assume this is the

7    correct date.

8         I don't care anyway, because I know what he

9    told me, and I know if he denied ever talking to

10   me -- well, okay, I'm finished.

11        Q.   Just -- just --

12        A.   Okay.  Okay.

13        Q.   Just please, if you can.

14        A.   Okay.

15        Q.   You made the tape-recording that you

16   just heard.

17        A.   Definitely.

18        Q.   That's your voice.

19        A.   That's my voice, definitely.

20        Q.   You remember -- do you remember going

21   to the house that night?

22        A.   I remember going to the house that

23   night, yes.

24        Q.   Okay.  And what kind of tape-recorder

25   did you have?



```
 1                    Robert J. Bryant, Jr.

 2          A.   A micro -- micro mini cassette.

 3          Q.   Okay.  And is it -- that's a

 4    tape-recorder -- a tape-recorder you purchased?

 5          A.   Yes, I purchased it -- purchased it at

 6    Radio Shack.

 7          Q.   Now, you mentioned on the -- on the

 8    statement, on the tape, that you were going to the

 9    house with Barbara Dixon and Antoine Shannon.  Does

10    that refresh your recollection that they were with

11    you?

12          A.   Well, I know Barbara was.  I

13    couldn't -- I swear -- there might have been one

14    time we went by Emil Adams' house --

15          Q.   Sir, I'm just asking you about this.

16    Did you say on this tape --

17          A.   Yes, okay, yes.

18          (Reporter interruption.)

19    BY MR. BRUSTIN:

20          Q.   Does hearing your voice on the tape

21    stating that you are with Antoine Shannon and

22    Barbara Dixon refresh your recollection that, in

23    fact, you were with them that night?

24          A.   Yes, I was with Barbara that night, and

25    if I said it on tape Antoine Shannon, I was with
```



```
 1                    Robert J. Bryant, Jr.

 2  him, too, then, so --

 3       Q.   Okay.  Now, this also -- you also said

 4  on the tape that you were going there with Antoine

 5  Shannon, who Emil Adams -- Emil Adams had spoke to

 6  and said that he's willing to come in and tell the

 7  truth about what really happened.

 8       A.   Yes.

 9       Q.   Do you remember today what Antoine

10  Shannon told you about his conversation with Emil

11  Adams, if anything?

12            MR. SAHASRABUDHE:  Form.

13            THE WITNESS:  Not really.  He said he

14  vaguely know him.  He don't know -- he know him

15  from the street and all that, but, I mean, he

16  didn't -- nothing in detail about it.

17            All I was doing was trying to see who the

18  person Emil Adams was and ask him what happened on

19  the scene that night, you know, so --

20            BY MR. BRUSTIN:

21       Q.   Okay.  All right.  Now -- okay.  Let's

22  go ahead and play -- let's go ahead and play the --

23  the tape from there.

24            MR. BRUSTIN:  Tell us where we're starting,

25  Mo.
```



 1                    Robert J. Bryant, Jr.

 2          THE WITNESS:  Okay.

 3          MR. SOTO-BRITO:  Starting at 2 minutes and

 4   12 seconds.

 5          MR. BRUSTIN:  All right.  So -- and before

 6   you do, Mo, just -- now we're -- you're now on the

 7   top of page -- the bottom of page 2, line 20, okay?

 8          THE WITNESS:  Okay.

 9          MR. BRUSTIN:  Let's go ahead.

10          (Recording played.)

11          MR. BRUSTIN:  Okay.  Let's stop it right

12   there for a minute.

13          MR. SOTO-BRITO:  Stopping at 2 minutes and

14   39 seconds.

15          BY MR. BRUSTIN:

16          Q.   Okay.  Now, did you, in fact,

17   Mr. Bryant, leave the tape running during the

18   entire interview after that?

19          A.   Yes, going into -- into Emil Adams'

20   house, I definitely left it running, yes.

21          Q.   Okay.  And would it be fair to say that

22   the reason you left the tape running and

23   tape-recorded that conversation --

24          A.   Yes.

25          Q.   -- was in case Mr. Adams told you



```
 1                    Robert J. Bryant, Jr.
 2    things that he wasn't willing to say afterwards?
 3    Is that fair to say?
 4           MR. SAHASRABUDHE:  Form.
 5           THE WITNESS:  Say that one more time, just
 6    that -- that afterwards --
 7           BY MR. BRUSTIN:
 8           Q.   The reason that you tape-recorded the
 9    conversation --
10           A.   Right.
11           Q.   -- was because you wanted to make sure
12    that it was on record --
13           A.   Right.
14           Q.   -- of what he was saying about what
15    happened, correct?
16           A.   Definitely.  Yeah.
17           Q.   And you were concerned that he might
18    not be willing to say that afterward, correct?
19           A.   Definitely, yes.
20           Q.   And did you ever tell Emil Adams -- and
21    I don't see it on the tape.  Did you ever tell Emil
22    Adams that you were tape-recording?
23           A.   No, I didn't.
24           Q.   Okay.  Now, prior to the tape-recording
25    being started --
```



1                    Robert J. Bryant, Jr.

2         A.    Yes.

3         Q.    -- had you ever spoken to Emil Adams

4   before?

5         A.    Never seen -- I spoke to him -- I spoke

6   to him at the barber shop.

7         Q.    Okay.

8         A.    Yes.

9         Q.    And I'm going to ask you more

10  specifically about the barber shop conversation in

11  a minute --

12        A.    Okay.

13        Q.    -- but did you ever make any threats of

14  any kind to Emil Adams?

15        A.    Threats?  I never threatened any young

16  man or anything, no, ever.

17        Q.    Okay.  Now -- all right.  Let's go

18  ahead and play a little bit more of the tape.

19        A.    Yes.

20        MR. SOTO-BRITO:  Starting from 2 minutes and

21  39 seconds.

22        MR. BRUSTIN:  Yes.

23        (Recording played.)

24        (Recording stopped.)

25        MR. SOTO-BRITO:  Stopping at 5 minutes and

