1                    Robert J. Bryant, Jr.

2    50 seconds.

3           BY MR. BRUSTIN:

4           Q.    Okay.  And did you recognize the voice

5    on the tape as Emil Adams?

6           A.    Kind of right now, yes.  It's been so

7    long.

8           Q.    Okay.  You -- you -- did you -- how did

9    you confirm that it was Emil Adams that night?

10          A.    How did I confront him?

11          Q.    Do you have any doubt in your mind that

12   the person you heard on this tape is, in fact, Emil

13   Adams?

14          MR. SAHASRABUDHE:  Form.

15          MR. BLENK:  Form.

16          THE WITNESS:  Maybe as -- as we go along in

17   questions, you know, keep hearing questions and

18   stuff, you know.  It's --

19          BY MR. BRUSTIN:

20          Q.    Okay.  So are you following along in

21   the -- I -- let's go ahead and --

22          A.    Okay.

23          Q.    We're going to go ahead and play it --

24   we're going to go ahead and -- so you have no --

25   you have no reason to dispute that that's Emil



```
 1                      Robert J. Bryant, Jr.
 2  Adams on the tape, do you, sir?
 3          MR. BLENK:  Form.
 4          MR. SAHASRABUDHE:  Form.
 5          THE WITNESS:  No, I'm not disputing, because
 6  I know that's me talking.
 7          BY MR. BRUSTIN:
 8          Q.  Okay.
 9          A.  So I --
10          Q.  How did you confirm -- when you went
11  that night, how did you confirm that Emil Adams was
12  the person you were speaking to?  Did you ask him
13  if that was -- did you know him from before?
14          A.   No, I knew that was Emil Adams, because
15  I went to the barber shop and he told me his
16  address.
17          Q.  Okay.  And then you went there.
18          A.  And then I went there, yes.
19          Q.  And it was the same person.
20          A.  Yes, definitely, yes.
21          Q.  Okay.  And let's go ahead and --
22  actually, let's go to -- let's go to page 4 of the
23  transcript, line -- approximately line 9.
24          MR. BRUSTIN:  And then if you could play
25  from 6:21, Mo, as loud as it will get.
```

1              Robert J. Bryant, Jr.

2         MR. SOTO-BRITO:  Okay, I'm going to start

3  around 6:12 because it won't let me scroll to 6:21,

4  but then it should get to 6:21.

5         So starting at 6:12.

6         (Recording played.)

7         (Recording stopped.)

8         MR. SOTO-BRITO:  Stopping at 6:39.

9         BY MR. BRUSTIN:

10        Q.   Now, do you remember Emil Adams telling

11  you that they locked him up the night of the

12  shooting?

13        A.   Yes, now as I'm listening, that's --

14        MR. SAHASRABUDHE:  Form.

15        THE WITNESS:  -- definitely his voice.

16        BY MR. BRUSTIN:

17        Q.   And do you remember Emil Adams telling

18  you, as you just heard on the transcript, that they

19  locked him up the night of the shooting?

20        MR. SAHASRABUDHE:  Form.

21        BY MR. BRUSTIN:

22        Q.   Look at lines 9 to 11.

23        A.   Well, he -- right.

24        Q.   Take a look at lines 9 through 11 on

25  page 4.



```
1                    Robert J. Bryant, Jr.

2         A.    Right.

3         Q.    Mr. Bryant --

4         A.    Yes.

5         Q.    -- you just heard on the taped

6   statement lines 9 through 12, correct?

7         A.    Um-hum.

8         MR. THOMPSON:  You have to say yes.

9         THE WITNESS:  Yes, yes.

10        MR. SAHASRABUDHE:  Objection to the form.

11        BY MR. BRUSTIN:

12        Q.    Do you recall Emil Adams telling you,

13  in substance, that the police didn't let him go

14  home the night of the shooting?

15        MR. SAHASRABUDHE:  Form.

16        THE WITNESS:  Yes.

17        BY MR. BRUSTIN:

18        Q.    Okay.  Now, let's take a look at --

19  let's take a look at page 13 of the transcript.

20        Okay.  Now, you're on page 13?

21        A.    Yes.

22        Q.    All right.  And I want to the play for

23  you 16:04 -- beginning at 16:04 of the -- of -- of

24  the tape, okay?

25        A.    Um-hum.
```



1                     Robert J. Bryant, Jr.

2          Q.   And I want you to listen and follow

3    along with the words on the page.

4          MR. SOTO-BRITO:  Starting at exactly 16

5    minutes.

6          (Recording played.)

7          (Recording stopped.)

8          MR. SOTO-BRITO:  Stopped at 16:09 and moving

9    back to 15:50 -- or 15:41, sorry.

10         MR. BRUSTIN:  Can you do 15:50?

11         MR. SOTO-BRITO:  It won't let me scroll

12   there.  Starting at 15:41.

13         (Recording played.)

14         (Recording stopped.)

15         MR. SOTO-BRITO:  Stopped at 16:39.

16         BY MR. BRUSTIN:

17         Q.   Okay.  So Mr. Bryant, this part is

18   quite important, so I want you to focus on this.

19         A.   Okay.

20         Q.   Did -- did you recognize your voice and

21   Emil Adams' voice on the tape just now?

22         A.   Definitely.  I did.

23         Q.   Okay.

24         A.   Yes.

25         Q.   Okay.  And do you recall, as it states



```
 1                    Robert J. Bryant, Jr.
 2    on the audio and on this transcript, Emil -- Emil
 3    Adams telling you that he never said who it was
 4    because he wasn't sure?
 5           A.   Yes.
 6           MR. SAHASRABUDHE:  Form.
 7           BY MR. BRUSTIN:
 8           Q.   Do you recall Emil Adams, as we just
 9    heard on the audio and on the transcript, tell you
10    they showed him three pictures, including a picture
11    of Tino?
12           A.   Yes.
13           Q.   Do you remember what your reaction was
14    when you heard that information?
15           A.   Just that everything was
16    unbelievable -- unbelievable what he was telling
17    me, period.
18           Q.   Do you recall, as described here, Emil
19    Adams telling you that he never identified Emil
20    Adams [sic] as the shooter to the police?
21           A.   You mean is --
22           MR. SAHASRABUDHE:  Form.
23           MR. BLENK:  Form.
24           THE WITNESS:  -- is Tino --
25           BY MR. BRUSTIN:
```



```
 1                    Robert J. Bryant, Jr.
 2          Q.   Do you recall -- let me rephrase the
 3   question.
 4          Do you recall, as you just heard, Emil Adams
 5   telling you, as you heard on the tape --
 6          A.   Yes.
 7          Q.   -- that he never identified Valentino
 8   Dixon as the shooter?
 9          MR. SAHASRABUDHE:  Form.
10          THE WITNESS:  No, he never identified
11   Valentino as the shooter.
12          BY MR. BRUSTIN:
13          Q.   Okay.  Do you remember him telling you
14   he told them he was never sure?
15          MR. SAHASRABUDHE:  Form.
16          MR. BLENK:  Form.
17          THE WITNESS:  No, he never -- he -- when
18   he -- when he was talking to me, he never -- never
19   said that he wasn't sure.  He just automatically
20   said that Tino didn't do it.
21          BY MR. BRUSTIN:
22          Q.   That Tino didn't do it, okay.
23          A.   Yes.
24          Q.   Okay.  And he told you that he told the
25   police that he -- that he -- that he never told the
```

```
 1                    Robert J. Bryant, Jr.
 2    police Tino did it, correct?
 3            MR. SAHASRABUDHE:  Form.
 4            MR. BLENK:  Form.
 5            BY MR. BRUSTIN:
 6            Q.   Let me rephrase the question for you.
 7            Do you recall him telling you that he was
 8    shown three individual pictures and they pointed at
 9    the picture of Valentino?
10            MR. SAHASRABUDHE:  Form.
11            THE WITNESS:  Yes.  Or no, that he saw a
12    picture of Valentino?
13            BY MR. BRUSTIN:
14            Q.   So you see the page at -- look at page
15    13.
16            A.   Yes.
17            Q.   And did you hear when he said on the
18    tape -- did you hear him say, beginning on line 9,
19    "I saw the three pictures first, and they showed me
20    Mario, Tino, and somebody else --
21            A.   Okay.
22            MR. BLENK:  Form.
23            BY MR. BRUSTIN:
24            Q.    -- and they said they were there"?
25            Did you hear that on the tape?
```



```
1                    Robert J. Bryant, Jr.

2          MR. BLENK:  Form.

3          MR. SAHASRABUDHE:  Form.

4          THE WITNESS:  Okay, yes.  Yes.

5          BY MR. BRUSTIN:

6          Q.   You heard him just say that on the

7    tape, correct?

8          MR. BLENK:  Form.

9          MR. SAHASRABUDHE:  Form.

10         THE WITNESS:  Yes.

11         BY MR. BRUSTIN:

12         Q.   Yes?

13         A.   Yes.

14         Q.   And do you remember him saying that to

15   you?  Do you remember him telling you that he was

16   shown three individual pictures, and including a

17   picture of Valentino, and that he was told they

18   were there?

19         MR. SAHASRABUDHE:  Form.

20         MR. BLENK:  Form.

21         THE WITNESS:  Yes.

22         BY MR. BRUSTIN:

23         Q.   Take a look at lines 19 to 20 --

24   line -- okay.  Now let's go back to page 12.  Are

25   you on page 12?
```



```
 1                    Robert J. Bryant, Jr.
 2          A.   Yes, yes.
 3          Q.   And I want you to follow along
 4   beginning on line 13, okay?
 5          A.   Okay.
 6          MR. BRUSTIN:  And if you could play, Mo,
 7   15:13, and I'll tell when you to stop.
 8          MR. SOTO-BRITO:  Okay, starting at 15:11.
 9          (Recording played.)
10          (Recording stopped.)
11          MR. SOTO-BRITO:  Stopping at 15:54.
12          BY MR. BRUSTIN:
13          Q.   Were you able to follow along with the
14   transcript, Mr. Bryant?
15          A.   Yes.
16          Q.   And does the transcript accurately
17   describe what you heard on the audio?
18          MR. SAHASRABUDHE:  Form.
19          THE WITNESS:  Yes.
20          BY MR. BRUSTIN:
21          Q.   And do you -- did you recognize the
22   voices there?
23          A.   Um-hum.  Yes.
24          Q.   Yes?
25          A.   Yes.
```



```
 1                    Robert J. Bryant, Jr.
 2          Q.   And it was -- was it you and Emil Adams
 3   speaking?
 4          MR. SAHASRABUDHE:  Form.
 5          THE WITNESS:  Me and Emil Adams, yes.
 6          BY MR. BRUSTIN:
 7          Q.   Do you have any doubt in your mind that
 8   what's listed as the answers here that you just
 9   heard came from Emil Adams?
10          MR. SAHASRABUDHE:  Form.
11          THE WITNESS:  No doubt.
12          MR. BLENK:  Form.
13          BY MR. BRUSTIN:
14          Q.   All right.  And do you recall Emil
15   Adams telling you that he told the police that he
16   never said who --
17          (Technical difficulty.)
18          BY MR. BRUSTIN:
19          Q.   Do you remember, as described here on
20   lines 21 through page -- through page 13 line 3,
21   him telling you that he initially told them that it
22   was a heavyset guy?
23          A.   Yes.
24          MR. SAHASRABUDHE:  Objection to the form.
25          BY MR. BRUSTIN:
```



```
 1                    Robert J. Bryant, Jr.
 2         Q.   And that he never said who it was
 3   because he wasn't really sure?  Do you remember him
 4   telling you that?
 5         A.   Yes.
 6         Q.   Do you remember what your reaction was
 7   when you -- when he told that you?
 8         A.   I really -- when he -- when he told me
 9   that, I just kind of like felt kind of like sorry
10   for him, you know, because it's -- almost look like
11   nobody's really trying to get to the bottom of
12   everything.
13         But I don't want to go through a whole
14   'nother couple paragraphs about what I feel.  It
15   doesn't matter.  It's 30 years later.
16         Q.   Were you -- were you -- what was your
17   reaction to the conduct of the police officers that
18   he was describing?
19         A.   Disgusting.
20         MR. SAHASRABUDHE:  Form.
21         THE WITNESS:  Disgusting.
22         BY MR. BRUSTIN:
23         Q.   Now, we heard -- when we were listening
24   to the tape earlier, you heard a lot of -- of dead
25   air.  In other words -- was that you going into the
```





1               Robert J. Bryant, Jr.

2    house?

3          MR. SAHASRABUDHE:  Form.

4          THE WITNESS:  It probably -- probably was,

5    because when I had the tape in my pocket, it kind

6    of like shakes and make little noises and stuff

7    that -- you know, when I'm walking, you know, with

8    it in my pocket, you know, until I sit -- I'm in

9    still motion, just sitting down, you know.

10         BY MR. BRUSTIN:

11         Q.   Did you ever -- did -- did Emil Adams

12   volunteer this information to you?

13         MR. SAHASRABUDHE:  Form.

14         THE WITNESS:  He volunteered a lot of

15   information to me.

16         BY MR. BRUSTIN:

17         Q.   Did you suggest any of this information

18   to Mr. Adams?

19         A.   All I did was let him talk.  I just

20   said, you know, "Tell me what happened."  I didn't

21   try to -- "What did -- you did this?"  Oh, excuse

22   me.

23         You know, I didn't ask, "Well, did you do

24   this" or do that, whatever.  All I told him to do,

25   and I told Barbara -- I said, "Barbara, just let



```
 1                    Robert J. Bryant, Jr.
 2   him -- when we get in there, just let him talk.
 3   Just let him say what happened."
 4         Simple as that.  We don't know.
 5         Q.   Did you let the tape run the entire
 6   time?
 7         A.   All I know, I let it run enough for you
 8   to hear, the judge to hear, the lawyers to hear
 9   that he talked to me.
10         Q.   I'm asking something different.
11         A.   Okay.  Okay.
12         Q.   During the time that you were with
13   Mr. Adams, did you ever turn the tape-recorder off?
14         A.   I didn't turn the recorder off until I
15   left out his house.
16         Q.   Okay.  So let's go back.
17         MR. BRUSTIN:  Where did we leave off?
18         MR. SOTO-BRITO:  15:54.
19         BY MR. BRUSTIN:
20         Q.   Okay.  So let's go to page 14, and
21   we're going to go -- we're going to continue
22   playing, and I'm going to stop you when he starts
23   and give you the line.
24         MR. BRUSTIN:  Go ahead and play, Mo.
25         THE WITNESS:  On what page?
```



```
 1                    Robert J. Bryant, Jr.

 2          BY MR. BRUSTIN:

 3          Q.   So we're at page 14.

 4          A.   Okay.

 5          MR. BRUSTIN:  Play it just for a second, Mo,

 6   and I'll tell you where we're going to be.

 7          MR. SOTO-BRITO:  Got it.  Starting from

 8   15:54 now.

 9          (Recording played.)

10          MR. BRUSTIN:  Stop it.  Stop it, please.

11          (Recording stopped.)

12          BY MR. BRUSTIN:

13          Q.   So we're actually on line 12 on

14   page 13.

15          A.   Okay.

16          Q.   So let's --

17          MR. BRUSTIN:  Where are we starting again,

18   Mo?

19          MR. SOTO-BRITO:  We stopped at 16:09 and

20   we're starting at 16:09.

21          MR. BRUSTIN:  So we're starting at 16:09, and

22   it's line 12 on page 13, if you could just follow

23   along, okay?

24          (Recording played.)

25          (Recording stopped.)
```

```
 1                    Robert J. Bryant, Jr.

 2          MR. BRUSTIN:  Where did you stop it?

 3          MR. SOTO-BRITO:  17:03.

 4          BY MR. BRUSTIN:

 5          Q.   Okay.  And were you able to follow

 6   along with that, Mr. Bryant?

 7          A.   Oh, yes, I remember all that, what he

 8   said.

 9          Q.   That was -- did you recognize your

10   voice and Mr. Adams' voice?

11          A.   Yes, both of them.

12          Q.   And does this transcript accurately

13   document what he said to you on the audiotape?

14          A.   Yes, absolutely, yeah.

15          Q.   Okay.  And prior to Mr. Adams giving

16   you this information, did you have any knowledge

17   that the police engaged in this type of conduct?

18          MR. SAHASRABUDHE:  Objection to the form.

19          THE WITNESS:  Can I answer that or --

20          BY MR. BRUSTIN:

21          Q.   Did you have any -- yes.

22          MR. THOMPSON:  Yes.

23          THE WITNESS:  I am 76 years old, and I've

24   seen a lot in this life, but the point is yes, I

25   believe the conduct -- it speaks for itself.
```

```
 1                    Robert J. Bryant, Jr.

 2          BY MR. BRUSTIN:

 3          Q.   But I'm asking you something a little

 4    different, Mr. Bryant.

 5          A.   Okay.

 6          Q.   I know you've told us about your

 7    mistrust of the police.

 8          A.   Okay.

 9          Q.   I understand, but prior to Mr. Adams

10    giving you the specific information about what

11    happened with the police in this case --

12          A.   Yes.

13          Q.   -- were you aware of that specific

14    information?

15          MR. SAHASRABUDHE:  Form.

16          THE WITNESS:  Was I aware of --

17          BY MR. BRUSTIN:

18          Q.   Prior to Mr. Adams telling you what the

19    police did in this case --

20          A.   Okay.

21          Q.   -- did you have any specific knowledge

22    of that beforehand, or was that the first time you

23    heard it?

24          MR. SAHASRABUDHE:  Form.

25          THE WITNESS:  First time I ever heard it.  I
```



```
1                    Robert J. Bryant, Jr.
2    mean, far as what's being said here on -- now, yes.
3    I mean, in what I taped --
4          BY MR. BRUSTIN:
5          Q.   Okay.
6          A.   -- I was hearing it for the first time
7    from Emil Adams.
8          Q.   Okay.  We left off -- we left off at, I
9    think, line 7 on page 14.
10         MR. BRUSTIN:  What's the timestamp, Mo?
11         MR. SOTO-BRITO:  17:03.
12         MR. BRUSTIN:  All right.  So let's play from
13   there.  We're on 14 line 7.
14         (Recording played.)
15         (Recording stopped.)
16         MR. SOTO-BRITO:  Stopped at 18:00.
17         BY MR. BRUSTIN:
18         Q.   Okay.  And did you recognize -- do you
19   hear your voice as the questioner and Emil Adams as
20   the person answering the questions?
21         A.   Yes.
22         Q.   Okay.  And did this -- does this
23   transcription accurately document what you heard
24   Emil Adams say to you that night?
25         A.   Every bit of it, yes.
```



 1                    Robert J. Bryant, Jr.

 2         Q.   Okay.  And do you remember Emil Adams

 3   telling you about a court case that he received

 4   help with in Michigan?

 5         MR. SAHASRABUDHE:  Form.

 6         THE WITNESS:  Yes.  Not only do I remember

 7   what he said, I paid an investigation company to

 8   look up a record to see if he had a record, period,

 9   and it popped up.  They said yes.  He was arrested

10   in Saginaw.

11         BY MR. BRUSTIN:

12         Q.   Okay.  But the question I'm asking,

13   though, is do you remember Mr. Adams telling you

14   about legal problems that he had in Michigan.

15         A.   Definitely.  I can tell you what those

16   legal problems were, but --

17         Q.   Just -- just one at a time.

18         A.   Okay.

19         Q.   And do you remember -- do you remember

20   Mr. Adams telling you about how his legal problems

21   in Michigan affected how he interacted with the

22   police and the DAs in this case?

23         A.   Yes, that night when he got arrested.

24         Q.   Okay.  Now, do you remember today what

25   you learned Mr. Adams had -- had been arrested for



 1                    Robert J. Bryant, Jr.

 2    in Michigan?

 3         A.    Oh, in detail.  Want me to say it?

 4         Q.    Sure.

 5         A.    Okay.  He said the police officer came

 6    back and said, "Oh, what do we have here?  You

 7    don't even supposed to be in Buffalo, because you

 8    should be out on bail in Saginaw for -- for a drug

 9    charge."

10         Q.    All right.  So you know it's a drug

11    charge.

12         A.    I know it's a drug charge, because his

13    girlfriend had to get him out on bail, and he told

14    me that.

15         Q.    All right.  So let's go to page -- go

16    to page 14 in the transcript and look at lines 12

17    to 20 -- lines 12 to 19, which is what you just

18    heard.

19         A.    Yes.

20         Q.    Do you remember hearing that?

21         A.    Um-hum.

22         Q.    Yes?

23         MR. THOMPSON:  You have to say yes or no.

24         THE WITNESS:  Yes.

25         BY MR. BRUSTIN:



1             Robert J. Bryant, Jr.

2        Q.   And so do you remember today Mr. Adams

3   telling you that when he came back, they were

4   talking to him about getting more time on his court

5   case in Michigan if he didn't cooperate?

6        A.   I remember --

7        MR. SAHASRABUDHE:  Form.

8        MR. BLENK:  Form.

9        THE WITNESS:  Yes, I remember Emil Adams

10  telling me that.

11       BY MR. BRUSTIN:

12       Q.   All right.  Is that what you understood

13  him to be telling you?

14       A.   Um-hum.

15       Q.   Yes?

16       A.   Yes.

17       Q.   Now, let's take a look at page -- go to

18  page 16.  Actually, start on the bottom of page 15.

19       MR. BRUSTIN:  And if you can play from about

20  18:30, Mo.

21       MR. SOTO-BRITO:  Starting at 18:31.

22       MR. BRUSTIN:  Okay.

23       (Recording played.)

24       (Recording stopped.)

25       MR. SOTO-BRITO:  Stopped at 19:35.



```
 1                    Robert J. Bryant, Jr.

 2          BY MR. BRUSTIN:

 3          Q.   Okay.  And do you remember -- first of

 4   all, does the transcript accurately describe what

 5   Mr. Adams said to you and what you said to him?

 6          MR. BLENK:  Form.

 7          THE WITNESS:  Accurately.

 8          BY MR. BRUSTIN:

 9          Q.   Okay.

10          A.   I remember that from -- from the day I

11   was talking to him.  I remember it all, yes.  It's

12   accurate.

13          Q.   Okay.  And do you -- did you recognize

14   Mr. Adams' voice and your voice?

15          A.   Definitely.

16          MR. SAHASRABUDHE:  Form.

17          THE WITNESS:  Yes.

18          BY MR. BRUSTIN:

19          Q.   And -- okay.  And do you recall

20   Mr. Adams telling you, as you just heard on the

21   transcript, that he felt threatened by Mr. Belling?

22          MR. BLENK:  Form.

23          THE WITNESS:  Every bit -- yes, every bit of

24   it.

25          BY MR. BRUSTIN:
```



1              Robert J. Bryant, Jr.

2         Q.   Okay.  Take a look at --

3         A.   Could I say one thing or no?

4         MR. THOMPSON:  No, let him ask you a

5    question.

6         THE WITNESS:  Okay.

7         MR. THOMPSON:  We'll get there.

8         BY MR. BRUSTIN:

9         Q.   Let's go to -- so let's go back just

10   for a minute to -- actually, let's go to page 19

11   starting on line 14.  Let me know when you're

12   there.

13        A.   Okay, I'm there.

14        MR. BRUSTIN:  And if you could play, Mo,

15   from 22:56, approximately.

16        MR. SOTO-BRITO:  All right.  Starting at

17   22:52.

18        (Recording played.)

19        (Recording stopped.)

20        MR. SOTO-BRITO:  Stopped at 24:04.

21        BY MR. BRUSTIN:

22        Q.   Did you recognize your voice and

23   Mr. Adams' voice?

24        A.   Yes, sir.  Yes.

25        Q.   And did the transcript that you just

1              Robert J. Bryant, Jr.

2    read along with the audio accurately transcribe the

3    words that were spoken by you and Mr. Adams?

4         MR. SAHASRABUDHE:  Form.

5         THE WITNESS:  Absolutely, yes.

6         BY MR. BRUSTIN:

7         Q.   Do you remember Mr. Adams telling you,

8    for example, that they wanted Val -- that they

9    wanted Valentino back in?  That's what they were

10   saying?

11        A.   Yes.

12        MR. SAHASRABUDHE:  Objection to the form of

13   the question.

14        BY MR. BRUSTIN:

15        Q.   Do you remember your reaction when you

16   heard those words from Mr. Adams?  How you felt?

17        A.    Let me make it short.  By that time, I

18   knew.  He didn't have to tell me, because Tino was

19   living a life that I didn't want him to live, but

20   that's besides the point.

21        But there was no reaction, because I knew

22   what they -- they had done.  I knew it from the

23   time he got arraigned what they were doing, and I

24   told Tino.

25        I said, "They're trying to put you in jail



1                    Robert J. Bryant, Jr.

2    for life."  Simple as that.

3         But nobody would believe me, though, so -- I

4    knew what they were trying to do, but wasn't

5    nothing I could do but try to get information.  He

6    was --

7         MR. BRUSTIN:  Let's take a minute.  Let's

8    take a minute, Mr. Bryant.

9         MR. SAHASRABUDHE:  Off the record.

10            (Off the record: 12:40 p.m.)

11            (On the record: 12:50 p.m.)

12         BY MR. BRUSTIN:

13         Q.  All right.  Mr. Bryant, I want to now

14    play for you just a couple more portions, and I

15    think we left off on page 20 around -- around line

16    10, okay?

17         A.  Yes.

18         MR. BRUSTIN:  And Mo, let's play from --

19    where did you leave off on the tape?

20         MR. SOTO-BRITO:  24:04.

21         MR. BRUSTIN:  Let's go ahead and play that.

22         (Recording played.)

23         (Recording stopped.)

24         MR. SOTO-BRITO:  25:06.

25         BY MR. BRUSTIN:



1                   Robert J. Bryant, Jr.

2          Q.    Okay.  And did you recognize,

3     Mr. Bryant, your voice and Emil Adams' voice?

4          A.    Yes.

5          Q.    And I know there were some missing

6     words that didn't get transcribed, but are the

7     words that are transcribed here accurate --

8          A.    Yes.

9          Q.    -- and consistent with what you heard

10    on the audio?

11         A.    Yes.

12         Q.    Okay.  And do you remember what you

13    were trying to do with this lawyer?  What was your

14    plan?

15         MR. SAHASRABUDHE:  Form.

16         THE WITNESS:  With this --

17         BY MR. BRUSTIN:

18         Q.    You're -- you're talking about a lawyer

19    coming to see him the next day.  Are you asking him

20    if he would repeat what he said to a lawyer the

21    next day?

22         MR. SAHASRABUDHE:  Form.

23         THE WITNESS:  I don't remember.  Asking

24    about a lawyer?

25         BY MR. BRUSTIN:



1              Robert J. Bryant, Jr.

2        Q.    So did you hear when you were saying --

3   you were asking him if he was going to be home the

4   next day.  Did you hear that?

5        A.    Yes.

6        Q.    And were you trying to get somebody to

7   come and get him to repeat what he had told you, or

8   you don't recall?

9        A.    I don't recall that.

10        Q.    Okay.  Okay.

11        MR. BRUSTIN:  So let's go to -- let's just

12   go ahead and play from there.

13        MR. SOTO-BRITO:  Playing from 25:06.

14        MR. BRUSTIN:  Yes, we're on page 21.

15        (Recording played.)

16        (Recording stopped.)

17        MR. SOTO-BRITO:  Stopped at 29:50.

18        BY MR. BRUSTIN:

19        Q.    Okay.  And were you able to follow

20   along the audio and the transcript with that?

21        A.    Yes, all of it.

22        Q.    And was the transcription generally

23   accurate?

24        A.    Yes.

25        Q.    And did you recognize your voice as the



```
 1                    Robert J. Bryant, Jr.
 2    questioner and Emil Adams as the person answering
 3    the questions?
 4           A.   Yes.
 5           Q.   And does this transcript accurately
 6    describe what he said to you and what you said to
 7    him?
 8           A.   All of it, yes.
 9           Q.   And does it accurately describe the
10    tone of voice you were using with him?  Did you
11    ever raise your voice with him, for example?
12           MR. SAHASRABUDHE:  Form.
13           THE WITNESS:  Oh, no.  No, not at all.
14           BY MR. BRUSTIN:
15           Q.   And if you look at page 24, do you
16    remember, as described here, Mr. Adams telling you
17    that he was concerned about having to go back to
18    court?
19           A.   Yes.
20           Q.   And do you remember asking him if he
21    would be willing to say what he told you to Tino's
22    lawyer?
23           A.   Yes.
24           Q.   Okay.  And do you know whether --
25    withdrawn.  All right.  Let's just go ahead.  We're
```



```
 1                  Robert J. Bryant, Jr.
 2   almost done.
 3         MR. BRUSTIN:  Let's just play it until the
 4   end, and tell us where we're starting and where
 5   we're stopping, Mo.
 6         MR. SOTO-BRITO:  Starting at 29:50.
 7         (Recording played.)
 8         (Recording stopped.)
 9         BY MR. BRUSTIN:
10         Q.   Was that the end of your conversation
11   with Mr. Adams that night?
12         A.   Yes.  Yes.
13         Q.   And did -- so the -- the transcription
14   that you just reviewed and the tape that you just
15   heard, was that an accurate -- first of all, was
16   that an accurate -- withdrawn again.
17         Is the audio you just heard the audiotape
18   recording of the interview that you conducted with
19   Emil Adams on March 7th of -- of 1993?
20         MR. SAHASRABUDHE:  Form.
21         THE WITNESS:  Yes.
22         BY MR. BRUSTIN:
23         Q.   And the transcript that you just read,
24   did that accurately describe the conversation that
25   you had -- the conversation that's heard on the
```

