```
 1                    Robert J. Bryant, Jr.

 2   audio?

 3        A.   Yes.

 4        Q.   And it sounds like you may be having

 5   some concern about whether you got the right year

 6   here when you said it on the tape; is that correct?

 7        A.   No, everything that I said -- that's

 8   been said on the tape is -- is -- is -- is

 9   accurate.

10        Q.   Okay.  Now, you started to tell us

11   after this -- after you left the house that

12   night -- now, I think you've already told us this,

13   but first of all, prior to meeting Mr. Adams that

14   night at his home --

15        A.   Yes.

16        Q.   -- when you tape-recorded the

17   conversation, had you ever promised him anything?

18        A.   Not one thing.

19        Q.   Did you ever make any threat to him

20   before, during, or after the tape?

21        A.   Never.  I wouldn't even do that, no.

22   Never.  I didn't.

23        Q.   And -- and would it be fair to say that

24   to your knowledge, Emil Adams would not have known

25   that you were tape-recording the conversation?
```



```
 1                    Robert J. Bryant, Jr.

 2           MR. BLENK:  Form.

 3           THE WITNESS:  No, he didn't know.

 4           BY MR. BRUSTIN:

 5           Q.   You certainly never told him, correct?

 6           A.   Definitely I didn't, no.

 7           Q.   Okay.  And you started to tell us

 8   after -- well, first of all, after that meeting --

 9   or after the tape-recorded interview that we just

10   heard that you conducted with Emil Adams, did you

11   ever speak to him again in your life?

12           A.   No, I never -- no, never -- never spoke

13   to him, because that's where the difference of the

14   perjury trial came up.

15           Q.   You just don't remember ever speaking

16   to Emil Adams after you saw him.

17           A.   No.

18           Q.   Okay.  You mentioned you thought you

19   had spoken to Emil Adams at the barber shop before

20   this.  Do you remember that?

21           A.   No, I never spoke to him at the

22   barber -- just -- the barber shop is where I found

23   out where he worked at, and we talked outside the

24   barber shop, and he told us to come by his house,

25   you know, he'll talk to us over there.
```



```
 1                  Robert J. Bryant, Jr.
 2          Q.   At that point did you know what he was
 3   going to say?
 4          A.   No.  No.
 5          Q.   He just agreed he was willing to talk
 6   to you.
 7          A.   Yes.
 8          Q.   Okay.
 9          MR. BRUSTIN:  Let's take a two-minute break,
10   and I think I'm done.  I just want to consult
11   with -- with Don for a minute, but I think I'm done
12   for now.
13          MR. SOTO-BRITO:  By the way, that tape ended
14   32:10.  I don't think I got that in.
15              (A recess was then taken at 1:05 p.m.)
16          MR. BRUSTIN:  Okay, guys, I think that's all
17   I have.  I may have some follow-up afterward.
18          THE WITNESS:  Okay.  All right.
19                      EXAMINATION
20          BY MR. BLENK:
21          Q.   Mr. Bryant?
22          A.   Yes.
23          Q.   My name is J.P. Blenk.  I'm an attorney
24   for the county in this case --
25          A.   Yes.
```

```
 1                    Robert J. Bryant, Jr.
 2          Q.    -- and for Christopher Belling.
 3          A.    Oh, okay.
 4          MR. BRUSTIN:  J.P., I apologize.  I'm having
 5   a little trouble hearing you.  Are you questioning
 6   from your seat?
 7          MR. BLENK:  I'm outside.  No, I'll rearrange
 8   here.
 9          MR. BRUSTIN:  Thank you.  Sorry about that.
10          MR. BLENK:  Is this better?
11          MR. BRUSTIN:  Much better.
12          BY MR. BLENK:
13          Q.    Mr. Bryant, can you give me your date
14   of birth?
15          A.    October 12th, 1947.
16          Q.    And when was Valentino born?
17          A.    Oh, my goodness.  Oh, my goodness.  I
18   can't -- I can't -- one of these brain things, you
19   know.  It just --
20          Q.    Do you remember how old you were when
21   Valentino was born?
22          A.    Probably about 20.
23          Q.    And did -- at any point did you live in
24   the same house as Valentino?
25          A.    Here and there, yes.
```



 1                    Robert J. Bryant, Jr.

 2         Q.    Did you stay -- did you stay close with

 3    Barbara, Valentino's mother, through 1991?

 4         A.    Yes.

 5         Q.    Okay.

 6         A.    1991, definitely, because those were

 7    rough times.  Those -- those were rough times.

 8         Q.    Well, I mean, leading up to the

 9    shooting, you were in -- in regular communication

10    and regularly seeing Valentino?

11         A.    No, not regularly.  Up until the

12    shooting?

13         Q.    Yes.

14         A.    No, not up until, because he's been

15    into like a total different lifestyle that I

16    didn't -- I didn't like.

17         Q.    But during that time all the way up to

18    1991, did you remain in regular --

19         A.    Contact?

20         Q.    -- contact with his mother?

21         A.    Yes.

22         Q.    Okay.  Can you tell me about the -- the

23    time at which Valentino started going down a

24    different path?

25         A.    Right in his -- may have been in his



```
 1                    Robert J. Bryant, Jr.

 2   junior -- junior year in high school.

 3        Q.   And what did you understand that path

 4   to entail?

 5        A.   Drugs.

 6        Q.   Using drugs?

 7        A.   No.  Definitely didn't use drugs.

 8        Q.   Do you know if he drank?

 9        A.   Maybe -- well, he -- he didn't drink.

10   Well, when he -- when he got out there in that type

11   of society.

12        Maybe a beer or something.  Nothing --

13   nothing heavy.  He wasn't a drinker like.  But

14   beer.

15        Q.   And what did you understand to be his

16   role in selling drugs?

17        A.    When I found out, I was very upset.

18   It's just something that I thought he shouldn't do.

19        Went was walking down the street, he

20   wouldn't come out this house where I knew they was

21   selling drugs at, and I took my favorite baseball

22   bat, and I said, "Come out this house, Tino."

23        He wouldn't come out, though, and I busted

24   the windows out and walked back down the street to

25   my house.
```



1                   Robert J. Bryant, Jr.

2          Q.   Is that any of the houses that we

3    talked about today?

4          A.   Any of the houses?

5          Q.   The houses where -- is that the

6    house --

7          A.   Oh, no, no, no, this is on the east

8    side of Buffalo off of Walden Avenue.

9          Q.   And so were there other -- there

10   were maybe other overtures during that time even

11   beyond just the -- the bat?

12         A.   No, he knew I didn't like what he --

13         MR. BRUSTIN:   Object to the form.

14         THE WITNESS:   He knew I didn't like the life

15   he was going to and straying away from his art.   He

16   was talented and so on and so on, but that's --

17   that's another story for another time.

18         BY MR. BLENK:

19         Q.   Fair enough.   So at that point did you

20   stop having consistent with contact with -- with

21   Valentino?

22         A.   Definitely, because I didn't appreciate

23   what he was doing out there on the street, so --

24   and the company he -- he'd become attracted to.

25         Q.   You said you didn't want his friends



1                      Robert J. Bryant, Jr.

2    coming around?

3           A.   No.

4           Q.   What -- what house are you describing

5    when you say that, or --

6           A.   This is on Koons Avenue.

7           Q.   Whose house was that?

8           A.   That was Barbara's.

9           Q.   Did you think these -- I assume they

10   were young men?

11          A.   Yes.

12          Q.   They were dangerous?

13          A.   Not so much dangerous.  They was just

14   young and immature, and I -- I didn't want to deal

15   with it.  I didn't want to deal with that -- what

16   he was getting -- I saw what he was getting ready

17   to get hisself into.  I saw the picture, and I

18   tried to keep him away from it, so --

19          Q.   Did you have any contact -- strike

20   that.  In the time leading up to the August of 1991

21   shooting --

22          A.   Yes.

23          Q.   -- Valentino was already experiencing

24   criminal trouble.

25          A.   Right.  Right.



```
 1                   Robert J. Bryant, Jr.
 2           Q.   Did you have conversations with him
 3    about that?
 4           A.   Yes.
 5           Q.   What did you tell him?
 6           A.   I drove by his house, and he was
 7    sitting out in his car.  This is when I found out
 8    that he was running -- running around with the
 9    wrong people.
10           Sat in the front seat, driver's seat -- I
11    mean passenger's seat with me, and I said, "Tino,
12    you got to stop it.  You got to leave all that
13    life.  This new girlfriend of yours" with this
14    drug --
15           Q.   Yes.
16           A.   -- infested family that he -- he -- he
17    went into with -- with this female.
18           I tried to talk him going the straight road,
19    leaving her alone and all her lifelong family of
20    drugs that her -- that -- his girlfriend he met.
21           And you probably know them, but I said, "You
22    can do -- only do one thing.  You can either die,
23    which can happen to you selling drugs; you can
24    either go to jail, which can happen to you; or" --
25    couple other things.  I won't go through it.
```

```
 1                    Robert J. Bryant, Jr.

 2           But the point is he looked at me, and he

 3   said, "Dad, I'm going to stop selling cocaine,

 4   different other stuff like that, and I'm going to

 5   just start selling something lighter, marijuana."

 6           I looked at him, and I said, "Life don't go

 7   like that.  It don't work like that.  God" -- I

 8   looked him in the face, and I said, "God -- you

 9   can't walk -- go through life thinking that you can

10   quit something any time or drop it," you know,

11   so -- "or drop what you're doing like, you know,

12   when you decide you're just going to drop it."  I

13   said, "Life don't work that way."

14           And maybe a month or so after that, there

15   was the shooting.

16           Q.    Okay.

17           A.    So -- anything else?

18           Q.    So you saw his life getting out of

19   control at that time.

20           A.    Definitely.  You know, we -- we all was

21   trying to help him.

22           Q.    He told you that he was dealing

23   cocaine.

24           A.    Well, I didn't -- I didn't know nothing

25   about drugs.  I didn't know --
```



```
 1                  Robert J. Bryant, Jr.
 2          MR. THOMPSON:  Hang on.  Hang on.  Just
 3   answer his question, okay?
 4          THE WITNESS:  Okay.
 5          MR. THOMPSON:  Listen to his question and
 6   answer his question.
 7          THE WITNESS:  Okay.
 8          BY MR. BLENK:
 9          Q.   He told you he was dealing cocaine at
10   that time.
11          A.   No, he didn't tell me exactly what he
12   was doing, but I kind of -- all that --
13          Q.   Yeah.
14          A.   -- crack and all that junk was out
15   there and all that, you know, so I assumed --
16          MR. THOMPSON:  Hang on.  Hang on.
17              (Technical difficulty.)
18              (Off the record: 1:17 p.m.)
19              (On the record: 1:17 p.m.)
20          BY MR. BLENK:
21          Q.   On a more procedural note, you said
22   that you were trying to find the truth when you
23   interviewed Emil Adams.
24          A.   Yes.
25          Q.   You were in search of the truth.
```



1                      Robert J. Bryant, Jr.

2            A.   Yes.

3            Q.   Did you create any other recordings of

4    conversations around that time?

5            A.   Yes.  Well, I got a recording, and I

6    think Barbara and I was in the recording, so --

7    with Emil Adams.

8            Q.   There's another recording with Emil

9    Adams?

10           A.   Because I didn't hear Barbara's voice

11   in this one over there, I don't think.

12           Q.   Okay.  Can you think of any other

13   recordings that you made?

14           A.    Think of other recordings I did make.

15           There were other recordings I did make,

16   because I was taught by a private investigator

17   to -- how to properly record, you know, a person,

18   because he was helping me on Tino's case.

19           Q.   What was the name of that private

20   investigator?

21           A.   Oh, I knew it off the top of my head,

22   but -- he was over there on West Seneca Street.  I

23   can give it back to you once I look in some of my

24   notes, but I don't -- I hope he's still alive,

25   because he's older.



1              Robert J. Bryant, Jr.

2         Q.   Did you make -- who else did you make

3    recordings of?

4         A.   Wendell Williams.  This was another

5    witness that knew Tino didn't do it.  He's an older

6    gentleman.

7         Wendell, spelled W-E-N-D-E-L-L.  I don't

8    know if he's still alive.  Been 30 -- three

9    decades.

10        Q.   How long did you come to know that

11   Wendell Williams had any knowledge about the

12   shooting?

13        A.   He stayed next door -- right next door

14   to Mario -- Mario Jarmon with his -- with his lady

15   friend.

16        Q.   And do you know how he came to find out

17   that Valentino was not involved?

18        A.   Oh, yeah, because they knew -- they

19   knew Tino, you know, from going by Mario's house

20   every once in a while.

21        But they knew him, you know, period, and

22   they were out -- outside playing cards on their

23   porch, playing -- you know, playing cards on the

24   porch, and they saw -- they knew Tino was already

25   down by the corner, and they saw Lamarr run past



```
 1                    Robert J. Bryant, Jr.

 2   them, because he stayed right next door to Mario

 3   Jarmon.

 4         And they heard the shots from down on the

 5   other corner, and then Lamarr jumped up, ran past

 6   them with that Uzi, and went down on the corner.

 7   Ran right past them while they were sitting there.

 8         Q.    Okay.

 9         A.    And that's when they said -- you know,

10   when they found out that they were blaming Tino for

11   the murder, you know, for the shooting, and they

12   knew that he didn't -- wasn't the one that ran down

13   on Delavan, because Tino was already at the store

14   down that way.

15         But --

16         Q.    Did you come to find out whose gun that

17   was?

18         A.    No.

19         Q.    Never?

20         A.    No.

21         Q.    Did -- didn't you ask Lamarr at the

22   time where the gun came from?

23         A.    I didn't really ask him where the gun

24   came from, because they were out there, gangs and

25   things.  Like I really didn't ask him where
```



```
 1                Robert J. Bryant, Jr.
 2   it come -- I didn't care where it came from.
 3        All I wanted to know is who did it, and if
 4   it's one of my kids, I would have turned Tino in
 5   that day myself.  That's it.
 6        Q.   This reminds me that we never even
 7   finished the description of what Lamarr told you.
 8        So I think we left off -- we had gotten to
 9   the part -- you -- your understanding about what
10   Lamarr told you --
11        A.   Yes.
12        Q.   -- was that Lamarr was down -- down the
13   street.
14        A.   Yes.
15        Q.   Lamarr heard a shooting, knowing that
16   the shooting was coming from the direction where
17   Valentino was?
18        A.   Right.  Valentino --
19        MR. BRUSTIN:  Object to the form.
20        THE WITNESS:  Valentino, Toine, Leonard --
21   Valentino, Toine, and Leonard was down the street
22   already, yes.
23        BY MR. BLENK:
24        Q.   Okay.
25        A.   And Mario.
```



1              Robert J. Bryant, Jr.

2         Q.    And then Lamarr gets there, and can you

3    just -- can you tell me what -- and when I'm -- I'm

4    not talking about what Lamarr told to Channel 2,

5    necessarily, not telling you -- not -- nothing

6    about what's -- what's come after that fact.

7         But as you're sitting there the first time

8    you're seeing Lamarr Scott --

9         A.    Yes.

10        Q.    -- what does Lamarr Scott tell you at

11   that point?  What --

12        MR. BRUSTIN:  Object to the form.

13        BY MR. BLENK:

14        Q.    How did he describe the events?

15        A.    Described how he went down to the

16   corner.

17        Q.    Shoots in the air.

18        A.    Yes.

19        Q.    And then what happens?

20        A.    Shoots -- shoots in the air.  Shoots in

21   the air, and all the crowd scattered.

22        And he said, "I didn't know who to shoot,

23   because I had just met" -- he said he had just met

24   Mario.  He said he accidentally shot Mario.

25        And then when he accidentally shot Mario,



1              Robert J. Bryant, Jr.
2    Leonard looked -- looked at him and said, "No, not
3    him, not him.  The one -- the guy with the gun in
4    his hand.  The one with the gun in his hand."
5         And that's -- that's when Lamarr said he
6    started shooting Torri Jackson.
7         Q.   So it was -- it was Leonard who told
8    him -- told Lamarr who to shoot.
9         A.   Definitely.
10        MR. BRUSTIN:  Object to the form.
11        THE WITNESS:  Yes.
12        BY MR. BLENK:
13        Q.   Okay.  And then what happened in -- in
14   Lamarr's account?
15        A.   He started -- he said he start -- he
16   said he started shooting, and he shot towards
17   Aaron.  That's -- that's Torri's brother.
18        But he -- Aaron -- he said Aaron ran away
19   and hid behind some cars, but -- yes.  He described
20   how he shot -- how he did everything.
21        Q.   I think you said it was shivering?
22        A.   When he was telling me that?
23        MR. BRUSTIN:  Object to the form.
24        THE WITNESS:  Oh, yeah.
25        BY MR. BLENK:



1                    Robert J. Bryant, Jr.

2         Q.   What -- what do you mean by that?

3         A.   He just had a coldness, a coldness look

4    in his eye.  I mean, no remorse, just a steel-cold

5    look.

6         And I knew, man, if I didn't act like I was

7    scared, too, and -- and -- and some weaky motion, I

8    said, "I don't want to do that."  And -- because he

9    just didn't have any sorrow for somebody that just

10   did that.

11        Q.   Like he didn't understand the gravity

12   of what he was describing?

13        A.    He understood it very well when you're

14   brought up in foster homes and being mistreated and

15   this and that and so on and so on, the life you

16   live.

17        And there was some -- I mean, like the

18   lawyer said, "Well, when you say, you know, he need

19   to see a psychiatrist, you're not -- how you

20   analyzing him like that?  You're not a

21   psychiatrist."  This is one of Tino's other lawyers

22   telling me this.

23        And I said, "Sean" -- his name was Sean Hill

24   at the time.  I said, "Sean, I talked to him, you

25   know, how he described his childhood," and -- like



```
 1                  Robert J. Bryant, Jr.
 2   I've been around a long time, like 70-something
 3   years, and I've seen a lot of people, you know,
 4   different things, and I -- once I got told who his
 5   biological parents were, and they were like -- I
 6   said, "You mean that's -- that's his parents?
 7   That's Lamarr's parents?"
 8         And then I remembered them from the years,
 9   and they all were like -- kind of like slow, kind
10   of like -- I said, "You mean that's his aunt?"  I
11   mean, blah, blah -- I won't go through all that.
12         I said -- and then Lamarr told me how he --
13   what's that, Rikers Island, something like that, by
14   New York where they send -- he was there and, you
15   know, in and out of juvenile homes and stuff when
16   he was growing up out by New York City.
17         I said, "This boy didn't even have a -- he
18   didn't have a chance," because I know the
19   background of his relatives, blood relatives, and I
20   said -- that's why he got this coldness, because he
21   never had no love.  Just ice cold.
22         But -- I -- I won't say no more about it.
23   Lamarr had a certain coldness and no feeling about
24   him, like you knew to like just blend in with him
25   and don't disturb, because -- disturb him like I
```



 1              Robert J. Bryant, Jr.

 2   don't like him.  He may end up in California

 3   somewhere.  My son in jail, and nobody can find

 4   him.  The police don't want to, because they want

 5   Tino.

 6        And another thing -- well, no, nothing.

 7        Q.   Go ahead.

 8        A.   Another thing, I asked Tino's lawyer,

 9   Sean Hill -- this was his first lawyer.  I said,

10   "Why are they charging the other boys with perjury

11   and they're telling the truth about what happened?"

12   Meaning Mario and -- and Leonard with the perjury

13   trial opposite after the murder.

14        I said, "Why don't they call me?  Why don't

15   they call me, Sean?"

16        You know what he said to me?

17        Q.   What?

18        A.   "Maybe they will."

19        Me and Sean got along really good for years

20   before that.  After he said, "Maybe they will,

21   Bob," it -- it --

22        Q.   So --

23        MR. THOMPSON:  He'll ask you another

24   question.

25        BY MR. BLENK:



```
1                    Robert J. Bryant, Jr.
2          Q.   Do you know -- Sean Hill was
3    representing Valentino --
4          A.   Yes.
5          Q.   -- on one or more of the criminal
6    issues that he had been facing --
7          A.   Definitely.  Definitely.
8          Q.   If you could just wait until I'm
9    finished.
10         A.   Okay, okay.  I'm just so excited being
11   asked these questions.  I'm sorry.
12         Q.   So at some point, Valentino goes from
13   being represented by Sean Hill as his criminal
14   lawyer to being represented by -- by Mr. Terranova.
15         A.   Terranova, yes.
16         Q.   Do you know why that transition
17   occurred?
18         A.   Oh, I know.  He couldn't afford Sean
19   Hill anymore, because -- you're talking about
20   somebody being framed for murder.  A whole
21   different league than some little domestic crime or
22   whatever and so on and so on.
23         That's why he couldn't afford Sean anymore,
24   because he couldn't afford Sean because of the
25   activities he was in, so -- simple as that.
```



```
1                    Robert J. Bryant, Jr.

2         Q.   Ultimately you made recordings of

3    Mr. Terranova.

4         A.   Oh, you know I did.  Oh, you know I

5    did.  Well, everybody know I did.

6         Q.   I don't --

7         A.   Okay.  I'm sorry.

8         MR. THOMPSON:  Go ahead.

9         BY MR. BLENK:

10        Q.   So we have Emil Adams, Wendell

11   Williams, Joe Terranova.  Were there any other

12   recordings that you made?

13        A.   Oh, boy.  I told you Wendell Williams.

14        Q.   Emil Adams.

15        A.   Emil Adams.

16        Q.   Joe Terranova.

17        A.   Joe Terranova, yes.

18        Q.   Are there more?

19        A.   Lamarr Scott.  He didn't know it,

20   though.  Want me to tell you how I did it?

21        Q.   Sure.

22        A.   Belling was your boss at the time?  No,

23   you's too young.

24        Q.   No.

25        A.   You way too young.  You was a baby.
```

1              Robert J. Bryant, Jr.

2        Q.    Yeah, I've only recently met

3   Mr. Belling.  I work for a law firm that represents

4   Erie County.

5        A.    When I got the manuscript -- the

6   transcript from the Grand Jury when they indicted

7   Tino for the murder with the -- with the witnesses

8   that was there, you know, that they brought in, I

9   said, "Okay."  I said, "Barbara, get in the car,"

10  and I said, "We got to figure a way to make Lamarr

11  tell the truth on tape."

12       So we went by the house that I knew Lamarr

13  was staying in.  This was before he went to jail

14  for all that stuff that he did.  And I went by --

15  we went Lamarr's house where he was staying at

16  after the murder during -- this was during the --

17  but this was during the -- well, after the -- after

18  the murder, but this when we were waiting to hear

19  from the Grand Jury, seeing if they were going to

20  indict or whatever.  We got the whole -- the

21  statement from the murder trial back through, you

22  know -- and the Grand Jury minutes.

23       So okay.  I'm going by Lamarr's house, and I

24  said, "Well, I'm going to just let him talk.  Don't

25  say nothing to make him even think that we're



1              Robert J. Bryant, Jr.

2    sitting in the car with a tape-recorder under the

3    front seat."

4         Now, reading the transcripts from the --

5    from the murder trial, my son's murder trial -- not

6    from the murder trial, the Grand -- the Grand --

7    Grand Jury.  I get mixed up.

8         And I said --

9         THE REPORTER:  Hold on one second.  I think

10   something went --

11            (Technical difficulty.)

12            (A luncheon recess was then taken at

13   1:36 p.m.)

14            (On the record: 2:18 p.m.)

15       BY MR. BLENK:

16       Q.   So Mr. Bryant, when we left off, you

17   were starting to talk about the recording you made

18   of Lamarr Scott.

19       A.   Um-hum.

20       Q.   And just to get the timeline straight,

21   is it your recollection -- it's your recollection

22   that this occurred after the Grand Jury -- after

23   you had access to Grand Jury minutes or a

24   transcript.

25       A.   Minutes.  Minutes.



1              Robert J. Bryant, Jr.

2         Q.   Minutes, okay.  But it was before your

3    son actually --

4         A.   The sentencing.

5         MR. THOMPSON:  Let him finish his question,

6    okay?

7         BY MR. BLENK:

8         Q.   Was it before the trial, your son's

9    trial?

10        A.   Yes.

11        Q.   Okay.  So in your mind state at that

12   point, theoretically Lamarr could tell you and then

13   he could testify at the trial.

14        A.   No, in my mind state, all I was trying

15   to see if -- my plan was once I got the Grand Jury

16   minutes -- because we waited for months for the

17   Grand Jury minutes.

18        Once I got them and reading over them, I

19   said, "Okay, I'm going to go by Lamarr where he

20   live at, and I'm going to say, 'Lamarr, I'm going

21   to read -- I just got the Grand Jury minutes back,

22   and I'm going -- everybody's testimony in the Grand

23   Jury minutes.'  I'll say, 'I'm going to -- I'm

24   going to read it back to you.  Tell me is this what

25   happened.  Tell me is this -- the ones that's



1                    Robert J. Bryant, Jr.

2    testified at the Grand Jury, is this true how it

3    happened.'"

4          And I went by each witness, you know, as

5    they were saying -- you know, as I was reading the

6    Grand Jury minutes back to him -- you know, he's

7    sitting here, I'm sitting here -- and I said,

8    "Well, Lamarr, is this true?"

9          And detail by detail, he told me what wasn't

10   true and what was true and how he did it, this and

11   that, and -- and he just broke down each one of the

12   witnesses' testimony at the Grand Jury minutes, you

13   know, saying, "No, it didn't happen like that,"

14   blah, blah, blah.  He was telling me it didn't

15   happen like that.

16         And I said, you know -- I said, "Well, what

17   happened?"

18         And he told me.  You know, as I broke down

19   each witness from those Grand Jury minutes, I asked

20   him, "Is this -- is this true?"  Because I know

21   Belling was the one that was the, you know,

22   prosecutor or whatever.

23         And I said, "Is this true?"

24         And he told me each -- each witness what

25   didn't happen, "No, I did it this way, this way,

