1                    Robert J. Bryant, Jr.

2   that way."

3          So I didn't ask him to tell me anything.  I

4   just told him to respond to the Grand Jury minutes,

5   and I knew if I could get him to respond to those

6   Grand Jury minutes -- only he would know what he

7   did.  I couldn't do it.  Nobody else could do it

8   but Lamarr or whoever seen it.  I wasn't there, you

9   know, but -- yep.

10         MR. BLENK:  Did you record that conversation

11  with Lamarr Scott?

12         (Reporter interruption.)

13         THE WITNESS:  Oh.  Yes.  I had to say yes

14  like that, because I told myself back then,

15  "Gotcha."

16         But --

17         MR. BLENK:  Where is that recording?

18         THE WITNESS:  I'll bring it in to you guys.

19  I'll bring it in to his lawyers.  I'll give it to

20  the lawyers.

21         MR. THOMPSON:  He can give it to me, and

22  I'll -- I'll take care of it.

23         THE WITNESS:  Okay.  I'll give it to you,

24  because I got it in a mini cassette, and then what

25  I did, I went down with my speaker system -- I'm a

1              Robert J. Bryant, Jr.

2   musician -- and I put a mic to the mini cassette so

3   that you can hear it louder.

4         MR. BLENK:  Okay.  Can you get that to

5   Mr. Thompson within the next two weeks?

6         THE WITNESS:  I can get it to him sooner

7   than that.

8         MR. THOMPSON:  Okay.

9         THE WITNESS:  I mean, I did that just in

10  case, because they were accusing me of offering

11  Lamarr money to save my son, and I felt offended by

12  that, because I knew all I was trying to do was the

13  right thing and have the police do the right thing

14  and arrest the right person.

15         And I knew if I taped Lamarr telling me

16  that -- how he did it -- I mean, I know -- I guess

17  it probably like betrayal to him, because he

18  didn't -- kind of like betraying him, to a sense,

19  because my sons would have been dead that night

20  when Torriano came with the guns.  It's just that

21  they probably was shocked like I was shocked in

22  the -- in the detail when he was telling me how he

23  did it, so --

24         BY MR. BLENK:

25         Q.   You thought your sons would have been



1                    Robert J. Bryant, Jr.

2    killed by whom?

3         A.   Oh, I definitely know.  By -- by

4    Torriano and Aaron, because they had guns.

5         But the police hear that, because they

6    mishandled the evidence at the scene of the crime.

7    It's just -- they did so many things wrong, but --

8         Q.   And in this recording, to be clear,

9    Lamarr Scott told you that he was -- he shot the

10   gun.

11        A.   Definitely.

12        Q.   Okay.

13        A.   Yes.

14        Q.   Is there a reason -- you were aware

15   that your son filed -- there's -- there was

16   multiple appeals -- or there was appeal

17   proceedings.  There was what's called a 440 motion

18   under New York law where you're seeking to vacate

19   your conviction.

20        A.   Yes.  Yes.

21        Q.   Did you use that recording or did you

22   offer that recording to an attorney in any of those

23   proceedings?

24        A.    I told Sean Hill, his first attorney.

25   Joe -- I didn't tell Joseph Terranova.  Let me see.



1                    Robert J. Bryant, Jr.

2         Lamarr Scott told Terranova what he did,

3   and -- he told Terranova, and Terranova came to me

4   and Barbara when we was visiting him -- visiting

5   him in his office.

6         He said, "Don't worry, we know who the

7   shooter is.  Lamarr Scott" -- Joseph Terranova told

8   me not to the worry because "We -- we got the

9   shooter.  Lamarr's -- Lamarr Scott confessed, and

10  it's simple -- simple as that, like a Perry Mason

11  case."

12        I said, "No, it's not a like a Perry Mason

13  case or else Tino wouldn't still be in jail."

14        He said, "We're going to call Lamarr, and

15  Lamarr agreed to come in and testify."

16        Q.   How far in advance of -- so you're

17  describing a conversation you had with Joe

18  Terranova, and Joe told you --

19        A.   Before the trial.

20        Q.   And Joe told you that his trial

21  strategy, his defense theory, was that he was going

22  to be able to call Lamarr; Lamarr was going to --

23        A.   Yes.

24        Q.   And that Lamarr was going to testify --

25        MR. BRUSTIN:  You guys got to slow down so I



```
 1                    Robert J. Bryant, Jr.

 2   can object.  Object to the form.

 3         THE WITNESS:  Oh, I'm sorry.

 4         (Reporter interruption.)

 5         BY MR. BLENK:

 6         Q.   Finishing that thought:  And Lamarr was

 7   going to come and testify to --

 8         A.   Yes.

 9         Q.   -- the same --

10         A.   Yes.  Oh.

11         MR. BRUSTIN:  Guys, you got to stop.  You

12   got to wait.

13         BY MR. BLENK:

14         Q.   He was -- he was going to testify to

15   the -- basically to the same version of events as

16   he had described to you in the first time that you

17   talked about the murder with Lamarr Scott.

18         MR. BRUSTIN:  Object to the form.

19         THE WITNESS:  Yes.

20         BY MR. BLENK:

21         Q.   And do you know:  Did you have a

22   subsequent conversation with Joe Terranova where he

23   said that that wouldn't be possible or that was no

24   longer seeming to be a viable path forward?

25         MR. BRUSTIN:  Object to the form.
```



```
 1                    Robert J. Bryant, Jr.

 2         THE WITNESS:  What's he saying?

 3         MR. THOMPSON:  You can go ahead and answer.

 4   When he's done talking, wait for just a second to

 5   see if Nick has an objection.

 6         THE WITNESS:  Okay.

 7         MR. THOMPSON:  After he objects, if he does,

 8   you can go ahead and answer, okay?

 9         THE WITNESS:  Right.  I had -- I said -- I

10   asked Mr. Terranova, I said, "What are you going to

11   do about the police?"

12         "Oh, we never going to get to that."

13         You told -- I'm his father.  You're going to

14   tell his father we ain't never going to --

15         (Reporter interruption.)

16         THE WITNESS:  I'm sorry.  I'm sorry.

17         He said, "We never" -- I said, "What you

18   going to do about the police, the mishandling of

19   the gun and everything else?"

20         "We're never going to get to that."

21         I knew -- I knew then -- I knew then Tino

22   didn't have a chance.  So --

23         BY MR. BLENK:

24         Q.   Because -- because Mr. Terranova wasn't

25   willing to --
```



1                    Robert J. Bryant, Jr.

2           A.    No.

3           Q.    -- to address the -- to address the

4    difficult issues relating to the police?

5           A.    Not at --

6           MR. BRUSTIN:  Object to the form.

7           THE WITNESS:  Not at all.

8           BY MR. BLENK:

9           Q.    Okay.  But what about Lamarr -- what

10   about Lamarr Scott?

11          A.    He said -- it's all right if I talk?

12          Q.    Yes.

13          A.    Okay.  Mr. Terranova looked at me and

14   said, "We got the shooter.  I've had a talk with

15   Lamarr.  Lamarr -- at the holding center.  Lamarr

16   said he'll come in and testify that -- you know,

17   that he -- he didn't do the shooting.  What else do

18   we need?"

19          Then he --

20          Q.    Your understanding --

21          MR. BRUSTIN:  Sorry, object to the form of

22   the last question.

23          BY MR. BLENK:

24          Q.    Your understanding was that Joe

25   Terranova spoke to Lamarr Scott at the holding



1               Robert J. Bryant, Jr.

2   center.

3        MR. BRUSTIN:  Object to the form.

4        THE WITNESS:  He did.

5        BY MR. BLENK:

6        Q.   Okay.  Do you have any -- was he -- do

7   you know of Lamarr Scott being at the holding

8   center or having any knowledge of that?

9        A.   He was at the holding --

10        MR. BRUSTIN:  Object to the form.

11        THE WITNESS:  He was at the holding center

12   for something.  I don't know what it was.  I mean,

13   I didn't keep up with his life.  He was doing so

14   many things after the shooting.

15        BY MR. BLENK:

16        Q.   Okay.  And then did there come a time

17   where you learned from Mr. Terranova or from

18   somebody else that the trial strategy would not --

19   would no longer be to call Lamarr Scott at the

20   trial?

21        A.   Never.

22        MR. BRUSTIN:  Object to the form.

23        THE WITNESS:  Never.  Shocked me.  When

24   Belling rest his case, the next day we were all

25   waiting for witnesses that the private



1                     Robert J. Bryant, Jr.

2    investigators -- they found things out, and that

3    morning, Belling, "I rest my case."

4          Terranova stands up, "I rest my case."

5    After he told the jury he'll be calling -- well.

6          BY MR. BLENK:

7          Q.   You're saying he overpromised to the

8    jury.

9          A.   Oh, yes, from the beginning.  He was

10   saying how he'll be calling witnesses and this and

11   that and so on and so on, but never did.

12         Q.   Did you ever have a conversation with

13   Joe Terranova about that change in strategy?

14         A.   After he rest his case, he looked at me

15   like I was nothing.  "I don't know you.  Just get

16   out of here.  It's over with.  Bring out the

17   hoses."

18         That's what he said after the case in county

19   hall there.  "Bring out the hoses.  You're going to

20   need the hoses up there."

21         That's the last thing he ever said to me.

22         Q.   What did you understand him to be

23   referring to?

24         MR. BRUSTIN:  Object to the form.

25         THE WITNESS:  What did he say?

 1                    Robert J. Bryant, Jr.

 2          MR. THOMPSON:  You can answer.

 3          MR. BRUSTIN:  I just objected.  You can

 4     answer all his questions.  Sorry.

 5          THE WITNESS:  You know what I'd be

 6     considering.  He was all official about it, like

 7     what a black -- black life meant to him.  It's --

 8     can I keep talking?

 9          MR. THOMPSON:  Yes.

10          MR. BLENK:  Yes.

11          MR. THOMPSON:  You can explain.

12          THE WITNESS:  It's I see how ignorant my own

13     people are.  He didn't have no respect for the

14     kids.  They were young kids, immature kids.

15          And he definitely didn't have no respect for

16     me, because I sat there and I listened to all the

17     garbage that he was telling me, and I told myself,

18     "Well, I'm taping you, because one day Tino will

19     need this, somebody to come in here out of

20     Buffalo."

21          Not in Buffalo.  At that time in '91

22     everybody was golfing buddies, everybody was -- you

23     know, so -- blue code of silence.  They wasn't

24     going to say nothing.  In 1991 no other lawyer was

25     going to write all this shit down against another



1                    Robert J. Bryant, Jr.

2   lawyer that me, a black man, had the nerve to come

3   in his office with a tape in my pocket, "Okay,

4   Mr. Terranova, just, you know, what are you going

5   to do?"

6         He asked me and Tino's mother, "Go out --

7   they don't throw away these guys.  You go out and

8   you try to find out from those involved where that

9   Uzi is, because they don't throw away guns like

10  them, because they're too expensive."

11        And we asked him, "What are you asking us

12  for?"

13        "Oh, no, I'm not just saying you know, but

14  just go out, call me from a phone booth, have a --

15  have somebody leave the gun underneath a phone

16  booth or whatever and call me back, and I'll get

17  the gun, you know, turn it over to the police.

18  Lamarr will come in and testify that he did it,

19  case solved."

20        And we truthfully didn't know where the

21  freaking gun was.  I didn't even want to know

22  myself, because I don't like guns.

23        BY MR. BLENK:

24        Q.  So when you were sitting there in court

25  that day and Mr. Belling rested the case on behalf



```
 1                    Robert J. Bryant, Jr.
 2   of the state, it was -- it was your expectation
 3   that -- that Mr. Terranova was going to put on a
 4   defense, including Lamarr Scott as a witness.
 5           A.   Lamarr Scott.
 6           MR. BRUSTIN:  Object to the form.
 7           THE WITNESS:  Mario Jarmon.
 8           BY MR. BLENK:
 9           Q.   And when you --
10           A.   And -- oh.
11           Q.   Anything else?
12           A.   Leonard and Toine.  They all was
13   supposed to testify at the murder trial.
14           Q.   And then you confronted Mr. Terranova
15   about that decision after the fact?
16           MR. BRUSTIN:  Object to the form.
17           THE WITNESS:  Terranova acted like I didn't
18   exist once the conviction came.  He didn't -- he
19   didn't want to talk to -- I never talked to him
20   since that day of the conviction.
21           BY MR. BLENK:
22           Q.   And it was in the courtroom that -- the
23   courtroom that day --
24           A.   Yes.
25           Q.   -- that he made a reference to hoses,
```



1           Robert J. Bryant, Jr.

2    like -- like in civil rights?

3           A.   No, after the sentence -- sentencing

4    that day.  After the sentencing, he walked out in

5    the hall when we all was waiting on the witnesses

6    to come.  No witnesses never came.  Then Terranova

7    came out, "It's all over."

8           And we said, "What about the witnesses that

9    you supposed to call?"

10          "Better go get the hoses, firehoses."

11          And like I said, I never seen him or talked

12   to him since that day.  What can I do?  Get thrown

13   in jail because I know what he did?  And I got him

14   on tape.

15          See, he didn't know I had him on tape, and I

16   told Tino, "Let it play out like this, because you

17   being set up.  Do not mention it to Judge D'Amico,

18   nobody.  Go through the process.  You might have to

19   get sentenced, but we'll find a lawyer to bring in

20   here to help you."

21          It's over 30 years ago.

22          Q.   So that -- so that by the time -- I'm

23   sorry.

24          A.   I'm all right.

25          Q.   So by the time you bring the



1              Robert J. Bryant, Jr.
2  tape-recorder in, you already thought Mr. Terranova
3  was setting up Valentino to fail.
4          A.   He was sentenced.
5          MR. BRUSTIN:  Form.
6          THE WITNESS:  When I brought the
7  tape-recorder -- well, the tape-recorded
8  conversation, that was around the time I met Don in
9  Rochester, and I didn't want to give it -- I told
10 Tino, I said, "I don't want to give it -- this tape
11 to" -- okay.
12         BY MR. BLENK:
13         Q.   I'm talking about when you made the
14 recording with Mr. Terranova.
15         A.   Oh, when I made the -- oh, that was
16 all --
17         Q.   You already suspected that he was
18 throwing the case?
19         A.   Yes.  I knew he was.  Can I talk?
20         MR. BRUSTIN:  Objection.
21         BY MR. BLENK:
22         Q.   Yes.
23         A.   Because they sent -- my son had never
24 been in jail or -- or not -- no really crime, you
25 know, miscellaneous crime.  They sent him all the



```
 1                   Robert J. Bryant, Jr.
 2  way to Clinton facility and let him stay up there
 3  until his trial begin, and not one lawyer went to
 4  see him.  Not Terranova, not Sean Hill.
 5         And I asked Sean Hill.  I said, "Sean, can
 6  you get Tino down here to Buffalo close to us,
 7  because we can't communicate with him.  He can't
 8  communicate with his lawyers.  He just sits in
 9  Clinton there."
10         Young kid.  Tino must have been about 19 or
11  20 then, I don't know, but the point is I said,
12  "Can you get him back down here so he can
13  communicate so we can talk about his case."
14         I told him that when he first got appointed
15  by Judge D'Amico to Tino, to Tino's attorney, and
16  then I walked up to him, and I said,
17  "Mr. Terranova" -- I shook his hand.  I said, "I'm
18  Valentino's father.  Is there any way that you can
19  get him from the Clinton facility so he can come
20  down here and communicate with you and his family
21  so we can prepare for what was coming ahead?"
22         He looked at me, and he said, "I'm -- I'm
23  his attorney.  Don't worry about that."
24         I respect him for being his attorney, but
25  abruptly to stand there, and me being a black man
```



```
 1                    Robert J. Bryant, Jr.
 2    anyway, and he -- you know, not trying to put the
 3    racial thing in here, but when he looked at me with
 4    his eyes, there was a glow in his eyes.  I don't
 5    know if it was a message from God or what, but he
 6    looked me in the face and said, "He's my client
 7    now.  Don't you worry about it."
 8          Oh, I'm going to worry, because I'm his
 9    father, and I love my son.  But I didn't tell him
10    that.
11          And know what he did?  He let Tino sit in
12    Clinton facility.  Tino did not come out of the
13    Clinton facility until two days before he had to go
14    to trial.  Never communicated with him.
15          And know what he told Judge D'Amico?  "Oh,
16    we've been talking to his mother and father."
17          Q.   Were you -- during this period when you
18    were dealing with Terranova --
19          A.   Yes.
20          Q.   -- were you also in communication with
21    Sean Hill?
22          MR. BRUSTIN:  Object to the form.
23          THE WITNESS:  No, I wasn't.  Sean and I kind
24    of like fell out, because I known Sean ever
25    since we both were young.  He's 76, and -- you
```



1                 Robert J. Bryant, Jr.

2    know, around my age, and he used to represent me in

3    a couple little things, you know, minor -- minor

4    things.

5         But the point is me and Sean got along well

6    all those years, and the only reason Sean found out

7    that Tino was my son is because Barbara took Tino

8    back and forth to him, brushing off little things,

9    not letting me know.  I didn't know Sean was Tino's

10   lawyer until I read some papers and I seen Sean

11   Hill.  How the hell did he know Sean Hill?  He knew

12   Sean Hill -- he knew Sean Hill through his mother.

13        But me and Sean Hill was -- was nice

14   friends.  We were -- he called me Butch, you know.

15   That's my nickname.  That's how we communicated.

16   Sean Hill, he was -- he was nice.

17        And I -- I'd go to his office, I'd say,

18   "Sean, stop getting Tino off.  Let him experience

19   something."

20        But I guess this here speaks louder than

21   friendship.  That's his client.  He couldn't do

22   what I said because Tino's representing -- I mean

23   Sean was representing my son, but I wanted -- I

24   wanted Sean to get -- I said, "Sean, got to get him

25   into a juvenile detention center or something to

1            Robert J. Bryant, Jr.

2  slow him down."

3        But he can't do that because that's his

4  lawyer.  He got to do what he was doing.

5        I didn't understand all that, because I

6  didn't know the law about client and -- and a

7  lawyer's -- you know, the privileges.  I didn't

8  know nothing about that.  I wasn't thinking about

9  that.

10        But this was a murder trial.  Whole

11  different league.  Whole different league other

12  than the petty little junk I was doing.  I never

13  thought I'd be here 30 years later.

14        BY MR. BLENK:

15        Q.   Tell me about your recollection of the

16  Grand Jury proceedings.

17        A.   I wasn't at the Grand Jury proceedings.

18  I just read the Grand Jury minutes.

19        Q.   Did you ever -- do you -- were you

20  aware of the Grand Jury proceedings going on at the

21  time they were going on?

22        A.   Yes.

23        Q.   And how did you -- how were you aware

24  of that?

25        A.   I was aware of it because once all of a



```
 1              Robert J. Bryant, Jr.
 2   sudden -- well, don't let me get this mixed up with
 3   the perjury trial, because they got charged with
 4   perjury.
 5        I was -- damn.  I was aware of the Grand
 6   Jury minutes.  Not aware of them.  I was waiting.
 7   I kept going to Sean's office and kept asking Sean,
 8   "When are we going to get the Grand Jury minutes
 9   back?"
10        And it took forever.  A long time.
11        Q.   Do you know:  Did -- did Antoine
12   Shannon testify at the Grand Jury proceedings?
13        A.   What happened, Antoine was in college
14   at the time, and what happened was Belling and
15   another -- what is he?
16        MR. THOMPSON:  Prosecutor?
17        THE WITNESS:  -- prosecutor went to -- went
18   to Antoine's college.  I think he was in Kentucky
19   or Virginia or something like that, and they went
20   down there and took statements from him.
21        I got it in my notes at home what college he
22   was at and all that.
23        BY MR. BLENK:
24        Q.   Did -- did Leonard testify at the Grand
25   Jury proceedings, if you know?
```



```
1                    Robert J. Bryant, Jr.
2          A.    Leonard didn't testify.
3          MR. BRUSTIN:  Object to the form.
4          THE WITNESS:  Oh.  Should I answer?
5          MR. THOMPSON:  You can continue.
6          THE WITNESS:  Leonard didn't answer -- I
7    mean didn't testify at the Grand Jury either.
8    Neither did Mario.
9          And God bless this one lawyer that sat with
10   the attorneys, and he told me things that -- he
11   said, "I'm going to tell you something."
12         And I didn't know he had cancer at the time.
13   He's passed away now, but he told -- he said,
14   "Mr. Bryant, I'm going to tell you something, and
15   don't you tell anybody."  He said, "Leonard Shannon
16   and your sons" -- I'm going to give you -- I'm
17   going to leave some papers with you, but the point
18   is he said in so many words they were the -- about
19   the dumbest two young black kids that he -- he's
20   met.
21         And then he went on to tell me that "They're
22   trying to frame your son for murder," and it's
23   almost like they -- Leonard -- because you notice
24   Mario got -- I think he got like two years for
25   perjury.  Leonard signed some type of deal.  I
```



```
1                    Robert J. Bryant, Jr.
2    don't even think he did a month for the perjury.
3         But see, I didn't know this at the time,
4    what was going on, but Leonard and Toine just
5    didn't want to come -- they -- they stayed away.
6    They didn't get subpoenaed or nothing.  So --
7         BY MR. BLENK:
8         Q.   Do you know why?
9         A.   I fell out with them.  I haven't
10   talked --
11        MR. BRUSTIN:  Object to the form.
12        THE WITNESS:  I fell out with Leonard and
13   Toine -- well, Toine got in some more mess, you
14   know, hisself, you know, over the years, but I
15   haven't talked with them since they did testify at
16   the perjury trial, so --
17        BY MR. BLENK:
18        Q.   Did you -- did you talk to Lamarr Scott
19   about testifying at the Grand Jury proceedings?
20        MR. BRUSTIN:  Object to the form.
21        THE WITNESS:  At the Grand Jury proceedings.
22   Let me see.  I'm trying to figure out was I -- I
23   didn't talk to him about the Grand Jury -- you're
24   talking about the perjury Grand Jury or the murder?
25        BY MR. BLENK:
```



```
 1                    Robert J. Bryant, Jr.

 2        Q.    The murder.

 3        A.    Oh, the murder?

 4        MR. BRUSTIN:  Object to the form.

 5        THE WITNESS:  Oh, definitely.  Definitely.

 6   That's when I went and taped him.  Remember I told

 7   you I taped him?

 8        BY MR. BLENK:

 9        Q.    Did you talk to him in the lead-up to

10   the Grand Jury proceedings?

11        A.    No.

12        MR. BRUSTIN:  Objection.

13        THE WITNESS:  No.

14        BY MR. BLENK:

15        Q.    You know that Lamarr Scott testified at

16   the Grand Jury.

17        A.    Right.

18        Q.    Do you know -- and you know what he

19   testified to.

20        A.    I know he changed his story a couple

21   times and he said he was scared of the police, this

22   and that and so on and so on, yeah.

23        Q.    But he implicated Valentino.  He said

24   Valentino was the shooter.  At the Grand Jury.

25        A.    Wow.
```



```
 1                   Robert J. Bryant, Jr.
 2          MR. BRUSTIN:  Object to the form.
 3          THE WITNESS:  Yeah, but --
 4          BY MR. BLENK:
 5          Q.   You would have -- you don't -- that's
 6   what -- that's why --
 7          A.   I know he changed his story, yeah, but
 8   he was scared because they was going to, I guess,
 9   throw the book at him or whatever.
10          I don't know, you know, why he changed his
11   story to the Grand Jury, but he was scared of the
12   police and, you know, the threats coming from
13   Belling and them, you know.
14          Q.   Did you take Lamarr Scott to testify at
15   the Grand Jury?
16          A.   No.
17          MR. BRUSTIN:  Objection.
18          BY MR. BLENK:
19          Q.   Did you --
20          A.   No.
21          Q.   Did you take anybody to testify at the
22   Grand Jury?
23          A.   I didn't take a soul to testify at the
24   Grand Jury.
25          MR. BRUSTIN:  Object to the form.
```



ROBERT J. BRYANT JR.                              May 02, 2023
DIXON V CITY OF BUFFALO                                   133

```
 1              Robert J. Bryant, Jr.
 2         THE WITNESS:  No.  No.
 3         BY MR. BLENK:
 4         Q.   Did you ever drive anybody to be --
 5    to -- and drop them off to testify at the -- at a
 6    Grand Jury?
 7         A.   Not one person, no.
 8         Q.   What did Lamarr Scott tell you that
 9    Chris Belling -- that Chris Belling did that made
10    him testify one way or the other?
11         A.   All I know is Lamarr said that they
12    threatened him in some type of ways to get -- you
13    know how they don't just come right out and say
14    things.  That's what he told me, but I don't -- I
15    didn't know nothing as far as about Lamarr and
16    Belling.
17         Q.   He didn't report any specifics about
18    what Mr. Belling did.
19         A.   No, I wasn't talking to --
20         MR. BRUSTIN:  Objection.
21         THE WITNESS:  I wasn't talking to him like
22    that.  I tried to stay away from him as much as I
23    could hoping Tino would go to trial and get a fair
24    trial, so -- but it never happened.
25         BY MR. BLENK:
```



1                   Robert J. Bryant, Jr.

2         Q.   After -- did Lamarr Scott ever --

3    strike that.

4         Did you -- did you ever have a conversation

5    with Lamarr Scott after your son's trial?

6         A.   After my son's trial?  Lamarr Scott?

7         He knew where my boutique was, and once in a

8    while he would come down there and so on and so on,

9    but he still was communicating with Leonard and

10   Toine, because they were out there doing things

11   that I didn't approve of.

12        But I know they was all in that same little

13   Goodyear/Genesee connection that they had, the

14   young gangs and all that stuff, and I know Lamarr

15   was talking to them.  And he would come to my store

16   every -- he'd just pop up, you know, because it's

17   right on Bailey Avenue.

18        He would just come in and -- walk in and

19   tell me little things like "I don't like -- I don't

20   like Leonard, because Leonard thinks I'm stupid" or

21   whatever, all these -- the things that they talk

22   about.

23        And I said to myself like, "Well, you going

24   to like me, because I have the satisfaction of

25   treating you all -- trying to -- treating you all

