1           Robert J. Bryant, Jr.

2   for trying to act like I'm against you.

3         Because he had a very hyper attitude like

4   towards things, and I said to myself, "All I want

5   to see is my son be proven not guilty of that --

6   that shooting down there, and whatever happens to

7   me is not going to happen to me by you, because

8   you're not going to get rowdy and next thing you

9   know I'm in Lake Erie or somewhere."

10        I mean, I'm 50.  I just tried to stay on the

11  good side of Lamarr, because he was -- he was very

12  violent.

13        Q.   And at that point when he would come in

14  for those conversations, he never told you anything

15  that Chris Belling had done to him.

16        MR. BRUSTIN:  Object to the form.

17        THE WITNESS:  Yes, he told me what Chris

18  Belling done to him.  He said he was scared of

19  Chris Belling and the police because they could --

20  on top of -- on top -- oh.

21        On top of that -- I don't want to jump the

22  subject.  I want to the stick to what you --

23        BY MR. BLENK:

24        Q.   Go ahead.

25        A.   That night when he turned hisself in



ROBERT J. BRYANT JR.                                May 02, 2023
DIXON V CITY OF BUFFALO                                      136

1                     Robert J. Bryant, Jr.

2   with Wanda Stark and they brought him down here --

3   well, they didn't let him finish testifying.  I

4   mean in front of the cameras.  They just -- next

5   thing I know they snatching Leonard, threw him in

6   the car -- snatched Leonard, threw in the car,

7   snatched Lamarr from the cameras, put him in the

8   car.

9           Toine was getting ready to testify right

10  there in front of the cameras hisself about the

11  shooter and what -- what happened.  That's my other

12  son.

13          When I saw them just go through the crowd

14  asking different teenagers, "Were you there," and

15  once they said they was there, whoops, swooshed

16  them up, put them right in the police cruiser.

17          Toine, like Don, is right here, that close

18  to me.  I said, "Don't you say nothing.  Don't --

19  don't say you was there.  Don't say nothing."

20  Because they would have arrested him, too.  I

21  wouldn't let my youngest son get -- get just

22  swooshed off, ready to go to college.

23          And I saw what they were doing.  They

24  were -- just -- I saw everything that was

25  happening, especially when the police came through



```
 1                    Robert J. Bryant, Jr.
 2   the crowd and just started taking anybody they
 3   wanted to take and ask them questions.
 4          Q.   So about Chris Belling specifically.
 5          A.   Okay.
 6          Q.   And I understand you have a lot of --
 7   we've already talked about -- you've told us about
 8   issues you have with the Buffalo police.  It sounds
 9   like you had frustration even with the Buffalo
10   police at this time --
11          A.   Yes.
12          Q.   -- even before Valentino --
13          A.   Well, I --
14             (Reporter interruption.)
15          MR. BRUSTIN:  Guys, I'm sorry.  Can we take
16   a two-minute restroom break?
17             (Off the record: 2:53 p.m.)
18             (On the record: 2:57 p.m.)
19          BY MR. BLENK:
20          Q.   Are you aware of Chris Belling having
21   personal interactions, direct conversations with
22   any witnesses?
23          MR. BRUSTIN:  Object to the form.
24          THE WITNESS:  No.  Not that I can think of,
25   no.  No.
```



1                    Robert J. Bryant, Jr.

2          BY MR. BLENK:

3          Q.   Are you aware of any conduct that Chris

4     Belling participated in that was improper or

5     unconstitutional in your view?

6          MR. BRUSTIN:   Object to the form.

7          THE WITNESS:   Just the way that I knew that

8     he knew that the Buffalo police was -- was wrong in

9     how they handled the evidence at the scene of the

10    crime.

11         Nobody took any gunpowder residue off my

12    son, no type of forensic.   They just swept it all

13    under the table and just said he did it and they

14    arrested him less than hours after that, and he

15    fired an Uzi 40-something times in the air and

16    they -- and they said the gunpowder residue was

17    still all over the place when the police arrived.

18         My son -- you can't wipe stuff off like

19    that.

20         BY MR. BLENK:

21         Q.   When -- when was the first time you

22    thought about the gunshot residue issue?

23         A.   I thought --

24         MR. BRUSTIN:   Objection.

25         THE WITNESS:   Can I answer?



1              Robert J. Bryant, Jr.

2         MR. THOMPSON:  You can answer, yes.

3         THE WITNESS:  I thought about the gunpowder

4    residue when they said that my son jumped in his --

5    his -- his vehicle right after the -- right after

6    the shooting, and I said, "If he did something like

7    that, it would be all over the steering wheels."

8         And I told his mother, "Wait until they get

9    the forensics from the -- from the steering wheel,

10   the seat, his person, his hands."

11        And even Tino said, "Dad, I asked them.

12   Check me.  I haven't fired a gun.  Check -- check

13   me for gunpowder, anything.  Just check me.  They

14   wouldn't do it."

15        BY MR. BLENK:

16        Q.   Did you personally contact anybody in

17   order to encourage them to conduct gunshot residue

18   testing?

19        A.   I was asking Sean all the time.  I

20   said, "Sean."  Didn't do it.

21        Q.   Did anybody else --

22        A.   His lawyer.

23        Q.   Yeah, Sean Hill.

24        A.   Yeah.

25        Q.   Anybody else?



```
 1                    Robert J. Bryant, Jr.
 2          A.    There's been so many things I did.  Not
 3    that I -- I can recall.  Oh, I'm sorry.  I was just
 4    thinking.
 5          We all wanted the test.  We all wanted the
 6    test.  We all wanted, like the private
 7    investigators that were trying to help me, and
 8    nobody -- the police wouldn't give -- give us no
 9    results from anything, the confiscation of the
10    cars, the gunpowder residue on his person.
11          It was the -- it was the gunpowder residue.
12    They act like gunpowder residue doesn't exist.  But
13    if they knew that my son had fired that gun, oh, it
14    would have existed then.  They knew he didn't.
15          And another thing I saw in the video.
16    When -- when Wanda Starks and Channel 2 was taping
17    the video, they kept going back to the shooter's,
18    Lamarr's, fingers.
19          You see how my fingers is right here?  When
20    he fired that gun, the next -- the next -- the next
21    day all in here was all white like gunpowder burns
22    or something.  Each one of these fingers.
23          Because he's a dark-skinned man.  He's
24    darker than me.  All through here was white, just
25    white fragments, and -- and the photographer kept
```

```
1                   Robert J. Bryant, Jr.

2    going back to his fingers, Lamarr's fingers.

3         Well, they didn't even take gunpowder

4    residue when Lamarr Scott turned hisself in the

5    next day.  They didn't take gunpowder residue then.

6         Q.   Did Lamarr Scott ever tell you about a

7    conversation he had with Chris Belling?

8         MR. BRUSTIN:  Object to the form.

9         THE WITNESS:  No.

10        BY MR. BLENK:

11        Q.   Did Emil Adams tell you that Chris

12   Belling intimidated him?

13        A.   Yes.

14        MR. BRUSTIN:  Object to the form.

15        THE WITNESS:  Yes.

16        BY MR. BLENK:

17        Q.   Did -- did Emil Adams tell you that

18   Chris Belling threatened him?

19        A.   The way Emil Adams put it is like they

20   didn't actually just come out and threaten him, but

21   he knew what they were talking about.  He knew he

22   better cooperate.  That's how he told me.  That's

23   how Emil Adams told me.

24        Q.   Okay.  Anything you know about Emil

25   Adams -- what Emil Adams thought about Chris
```



1              Robert J. Bryant, Jr.

2   Belling or any conduct described to you by Emil

3   Adams about Chris Belling was in this conversation

4   that we discussed earlier.

5         A.   Okay.

6         Q.   I'm asking you that.

7         MR. BRUSTIN:  Form.

8         THE WITNESS:  So much stuff in it -- in

9   there, it all should -- yes.  It's all -- I mean,

10  it was all true, what he was saying.

11        BY MR. BLENK:

12        Q.   All I'm saying is that when you saw him

13  the other times that you saw him -- and I think we

14  only talked about one other time.

15        A.   Okay.

16        Q.   You didn't talk about Chris Belling at

17  the barber shop.

18        MR. BRUSTIN:  Object to the form.

19        THE WITNESS:  Oh, no.  I didn't even know

20  Chris Belling when I was at the barber shop, did I?

21  Or did I?  No.  No.  Did the murder trial -- was

22  the murder trial going on then?  The barber shop.

23        BY MR. BLENK:

24        Q.   This was in March of -- March --

25        A.   Of '93?



```
 1                    Robert J. Bryant, Jr.

 2         Q.   -- of '93.

 3         A.   No, I didn't talk to him -- I didn't

 4    talk to him.  Nothing at all.

 5         Q.   How about this:  When was the first

 6    time that you recall hearing about a person named

 7    Chris Belling?

 8         A.   At the -- when I -- when I read the

 9    Grand Jury minutes.  I think that's the first time.

10         Q.   Did anybody --

11         A.   Yes, that's the first time.

12         Q.   Did anybody ever tell you about

13    something that Chris Belling did before the Grand

14    Jury --

15         MR. BRUSTIN:  Object to the form.

16         BY MR. BLENK:

17         Q.   -- testimony occurred?

18         A.   I know he was threatening to bring -- I

19    think he was just telling the Grand Jury that

20    Lamarr -- Lamarr's things were fabricated by

21    Valentino's family or something like that, to that

22    effect, at the Grand Jury.  Different things.  I

23    can't offhand recall all of that.

24         Q.   How did you learn that?

25         A.   Oh, from me reading the Grand Jury
```



1                    Robert J. Bryant, Jr.

2   minutes.

3        Q.   Okay.  You got the impression from the

4   Grand Jury minutes that Chris Belling was -- was

5   portraying that the Bryant family had been involved

6   in orchestrating Lamarr Scott's confession?

7        A.   Yes.

8        MR. BRUSTIN:  Object to the form.

9        THE WITNESS:  Yes.  Yes.  And I been living

10  with that for 30 years.

11       BY MR. BLENK:

12       Q.   Are you aware of any other conduct by

13  Chris Belling in the lead-up to the Grand Jury of

14  any kind?

15       A.   Not -- I can't remember everything,

16  because I -- I kept it in my backpacks, folders and

17  everything.  I had a file just on Chris Belling,

18  everything that he was doing wrong to Tino.

19       But I can't go over all that.  I can go over

20  notes, you know, that I feel what he was doing

21  wrong.  I can jot them off, but right now it's just

22  like everything -- it was just all fouled up.

23       Q.   I'm less concerned about your idea of

24  what -- and just to be respectful of your time --

25       A.   Yeah.



```
 1              Robert J. Bryant, Jr.
 2        Q.   -- I'm less concerned about your idea
 3   of what was right or wrong and more about specific
 4   interactions and conversations like the
 5   conversation we just talked about with Emil Adams.
 6        A.   Right.
 7        Q.   Anything like that come to mind?
 8        MR. BRUSTIN:  Objection.  Sorry.
 9        THE WITNESS:  No.  No.
10        BY MR. BLENK:
11        Q.   In other words, your son never spoke to
12   Chris Belling, to your knowledge?
13        A.   My son?
14        Q.   Yes.
15        MR. BRUSTIN:  Object to the form.
16        BY MR. BLENK:
17        Q.   Yes, Valentino.
18        A.   No.
19        Q.   Okay.
20        A.   No, he never got a chance.  I don't
21   think so, unless it was somewhere I didn't know
22   about.
23        Q.   And Lamarr Scott never described to you
24   a conversation that he had with Chris Belling.
25        A.   No.
```



1              Robert J. Bryant, Jr.

2         MR. BRUSTIN:  Object to the form.

3         THE WITNESS:  No, no, you -- well -- no,

4    Lamarr Scott said that he had talked to someone

5    when he was in jail.  I don't know if it was -- I

6    can't remember if it was Chris Belling or what, you

7    know, so -- he was in jail.  He was arrested for

8    something.  I don't know what it was.

9         BY MR. BLENK:

10        Q.   Didn't Terranova go to see --

11        A.   Terranova did, too, but I think Chris

12   Belling -- I think Chris Belling -- I don't know if

13   he talked to him or not, so I can't -- I can't

14   honestly answer that yes or no right now with Chris

15   Belling.

16        Q.   Would you have notes that -- would you

17   have taken notes about the conversation that Lamarr

18   Scott had with Chris Belling if it occurred?

19        Would you have notes that would --

20        A.   Oh, yes.  Yes.  Yes.  I would.  And if

21   it's on that tape --

22        Q.   What do you -- before we go to that,

23   where do you keep those notes?

24        A.   I'm trying to find certain ones, but

25   I'm still looking for them.  I'll -- I'll find



1                    Robert J. Bryant, Jr.

2    them, though.

3         Q.   Do you --

4         A.   Because it's been three decades, and I

5    moved five times, but I'll find -- I'll find them.

6    Now I'll find them.

7         Q.   We talked about the Wendell Williams

8    tape.

9         A.   Yes.

10        Q.   The Emil Adams tape.

11        A.   Yes.

12        Q.   The -- the Joe Terranova tape.

13        A.   Yes.

14        Q.   The Lamarr Scott tape.

15        A.   Yes.

16        Q.   On the Lamarr Scott tape, had you given

17   that tape or a copy of that tape to an attorney

18   before?

19        A.   No way, because that's the only way I

20   can prove my innocent [sic], what the police --

21   what the -- what is it, Belling, the police

22   department, the prosecute -- you think I'm going to

23   give that to them when I already know they're

24   framing my son and slandering my name?

25        Oh, I don't mean to get too --



1                    Robert J. Bryant, Jr.

2          Q.    You could have made a copy of it.

3          A.    Hmm?  Oh, okay.

4          Q.    Strike that.  Let me --

5          A.    I didn't trust anybody.

6          Q.    What about the Emil Adams tape?

7          A.    Okay.

8          Q.    You gave that to Valentino Dixon's

9   lawyer at some point, no?

10         A.    At some point I did.

11         MR. BRUSTIN:  Object to the form.

12         THE WITNESS:  At some point I did, because

13  you got it.  I didn't give it to -- to anybody that

14  I can remember, but you got it, though.

15         BY MR. BLENK:

16         Q.    Did you give that to -- to a lawyer

17  representing Valentino Dixon before or after

18  Valentino Dixon got out of jail?

19         MR. BRUSTIN:  Object to the form.

20         THE WITNESS:  This was -- it was after he

21  got out of jail, yeah, because I -- I -- I couldn't

22  trust anybody except when the college and the

23  Innocence Project came along, you know, and I

24  started trusting -- I started trusting more, you

25  know.



```
 1                    Robert J. Bryant, Jr.

 2         BY MR. BLENK:

 3         Q.   So it was -- you didn't give that to an

 4    attorney before 2010, fair to say?

 5         MR. BRUSTIN:  Objection.

 6         THE WITNESS:  Oh, yes.  Yes.

 7         BY MR. BLENK:

 8         Q.   It was before or after?

 9         A.   I didn't give it -- give it to them

10    until afterwards.

11         Q.   Okay.

12         A.   Afterwards, right.

13         Q.   And your recollection is that you first

14    dug into your files and got that tape when

15    Valentino was being assisted by the Innocence

16    Project.

17         MR. BRUSTIN:  Object to the form.

18         THE WITNESS:  I turned the Terranova tapes

19    over to Sean Hill.

20         BY MR. BLENK:

21         Q.   Okay.  So the Terranova tapes you

22    turned over earlier.

23         A.   Yes.

24         Q.   The Emil Adams tape you didn't turn

25    over until later.
```



```
 1                  Robert J. Bryant, Jr.
 2          A.    They already falsely accused Emil, and
 3   he got sent away, and I said, "As soon as we get a
 4   lawyer, the right lawyer to bring in here to
 5   Buffalo," I said, "Tino, I'll turn it all over to
 6   them, the right lawyer," because we couldn't trust
 7   anybody in -- in this system here.
 8          Q.    When did you meet Don?
 9          A.    I met Don -- I met Don in Rochester --
10   Rochester, New York, and I met him trying to get
11   him to join in on us with -- with Tino's case.
12          But see, his schedule was so full, and he
13   was younger, and I can't blame Don.
14          MR. THOMPSON:  Hey, hey, hey.
15          THE WITNESS:  But he was young.  He had a
16   caseload, and we needed somebody -- we needed
17   somebody right then.
18          We're driving back and forth to Rochester
19   about five or six times, you know, trying to see
20   Don, and it was a difficult case, and -- he just
21   had a caseload, though.  He wanted -- he wanted to
22   help us, but he just had a caseload, and --
23          BY MR. BLENK:
24          Q.    But this was -- this was not long after
25   the -- this was not long after the conviction of
```



```
 1                    Robert J. Bryant, Jr.
 2   your son.
 3          A.    Yes.  Because --
 4          Q.    Soon after the conviction you met Don.
 5          A.    Yes.
 6          MR. BRUSTIN:  Object to the form.
 7          THE WITNESS:  He had a caseload then.  He
 8   was really -- he was really -- now he really having
 9   a caseload.
10          MR. SAHASRABUDHE:  Now he's slowed down.
11          THE WITNESS:  I mean, I couldn't blame Don,
12   because we -- we coming to his office unexpectedly
13   sometimes, and -- because we wanted help.  You
14   know, we knew he was a good lawyer, you know.
15          Just like I -- I was like -- I didn't know
16   what the world -- when they came and hand me that
17   subpoena, I didn't know what the world was
18   happening ten decades later that they came --
19   three -- three people came and, you know, told me
20   about the case and come in and testify and this and
21   that.
22          So, I mean -- so it's like you're in the
23   twilight zone, because I knew Tino -- you know, I
24   knew about his settlement thing, and I just thought
25   I'll just go along and live my life and I'm just
```



ROBERT J. BRYANT JR.                                  May 02, 2023
DIXON V CITY OF BUFFALO                                        152

```
 1                   Robert J. Bryant, Jr.
 2   over it all.
 3         BY MR. BLENK:
 4         Q.   How often do you see Valentino these
 5   days?
 6         A.   I hardly see him.  He's too big for his
 7   britches right now with his golf challenge shit and
 8   all that and everything, but something's going to
 9   bring him down and let him know that "Your father,
10   not the golf fucking channel, saved your life."
11         MS. FIELDER:  That's right.
12         THE WITNESS:  I hate to talk to you like
13   that.  I'm sorry.  Excuse my language.
14         One day, on all those interviews, the
15   world's going to say like the Golf Channel saved
16   his life because he drew his way out -- out of
17   jail.  They wouldn't even have looked at you if the
18   truth wasn't laid out there by your father.
19         But I don't -- I don't want no medal, but
20   man, I want some closure.  All the stuff that I
21   been through these 30 years?  I don't have to be in
22   Attica.  My heart and my mind has been like -- but
23   he's living his life among celebrities and so on
24   and so on, but don't forget where you came from.
25         But that's -- I don't want to talk no more
```



1              Robert J. Bryant, Jr.

2    about it.  But I want him, you know -- I want -- I

3    want -- and then one of the guys that came out and

4    gave me the subpoenas, whatever, said that, you

5    know, "Emil Adams is denying that he ever talked to

6    you."

7         And that pissed me off.  That did piss me

8    off.  I said, "After all of these years?  He hadn't

9    became humble and just like -- let this thing go.

10   Don't lie.  Why are you going to lie?  And I got

11   you on tape."

12        BY MR. BLENK:

13        Q.   To that point, we've gone through the

14   tapes.

15        A.   Okay.

16        Q.   Are there other tapes that you have?

17        A.    No, just the ones I just told you

18   about, you know, Belling and -- not Belling.

19        Lamarr.  Lamarr.  Not Belling.  I wouldn't

20   even go in his office.

21        Q.   You don't have a recording of

22   Christopher Belling.

23        A.   Oh, no.  I ain't never -- never that

24   close to him.

25        Q.   Right.  So you have a recording of



```
 1                    Robert J. Bryant, Jr.
 2    Lamarr Scott.  You have just one recording of
 3    Lamarr Scott?
 4          A.    Just one.
 5          Q.    One of --
 6          A.    Think one is enough.
 7          MR. BLENK:  One of Emil Adams; one of
 8    Wendell Williams, which we'll also ask --
 9          THE WITNESS:  Another material witness, yes.
10          MR. BLENK:  We'll ask you for a copy of
11    that.  Can you get it to Mr. Thompson within two
12    weeks?
13          THE WITNESS:  Yes.
14          BY MR. BLENK:
15          Q.    And then Joe Terranova.
16          A.    Yeah, I got Terranova's, too.
17          Q.    And Emil Adams, and there's no other
18    tapes.
19          MR. BRUSTIN:  Object to the form.
20          THE WITNESS:  No.  Well, I can't say no,
21    because I was taping different people, and if I
22    do -- if I find any more tapes, I'll hand them over
23    to Don.
24          MR. BLENK:  If you find other tapes, you'll
25    give them to Don Thompson.
```



1              Robert J. Bryant, Jr.

2         THE WITNESS:  Yes, I will.  I mean, now that

3    I know who's on the case.  Wasn't anybody come

4    knocking on my door for 30 years.

5              (Reporter interruption.)

6         MR. THOMPSON:  Wait for his question.

7         THE WITNESS:  Okay.

8         BY MR. BLENK:

9         Q.   Where -- where is the Lamarr Scott tape

10   stored?

11        A.   I got to find it.  I have to find it.

12   I've got to look through and find it.  It's been

13   like 30 years now.

14        Q.   Where do you keep your -- your

15   materials that you've developed over the years?

16        A.   I don't -- what I'm saying is I had

17   them over this one house, took some down by my

18   mother's at the time, but I'll find them.  I'll --

19   I'm -- I'll look for them and I'll find them.

20        I'll have them for Don in about -- I'm going

21   to try to make it a week, not two weeks.

22        Q.   Thank you.

23        A.   Or maybe sooner than that.

24        MR. THOMPSON:  Okay.

25        THE WITNESS:  Just want to go on living



```
 1                Robert J. Bryant, Jr.
 2   my rest of these -- 76 now, hoping I can get some
 3   more years out of what I have to do and just go on.
 4   Everybody be happy with themselves.
 5        Tino, whatever he do with his life from here
 6   on in, all I want is just like not revisiting this
 7   after 30 years.
 8        But I want the truth to come out, and that's
 9   why it pissed me off when one of the attorneys said
10   that Emil Adams denied talking to me, so --
11        BY MR. BLENK:
12        Q.   I want to go back.  I'm just going
13   to --
14        A.   Okay.
15        Q.   -- clarify a couple things that came
16   up --
17        A.   All right.  Okay.
18        Q.   -- a couple things that came up in your
19   testimony earlier with Mr. Brustin.
20        A.   Okay.
21        Q.   The day of the arrest.
22        A.   The day of the arrest, yes.
23        Q.   You described that you heard about the
24   shooting --
25        A.   That morning.
```



1                    Robert J. Bryant, Jr.

2         Q.    Okay.

3         A.    Early morning.

4         MR. THOMPSON:  Let him finish the question.

5         THE WITNESS:  Okay.  Okay.  Okay.

6         BY MR. BLENK:

7         Q.    You heard about that from whom?

8         MR. BRUSTIN:  Object to the form.

9         THE WITNESS:  Barbara Dixon's brother, which

10   is -- Barbara Dixon's brother, which is Tino's

11   uncle, because at the time he was helping me out by

12   my store.

13         BY MR. BLENK:

14         Q.    Okay.

15         A.    And Larry Shannon.  He's passed away

16   now, though.

17         Q.    Is Larry Shannon a relation to --

18         A.    Larry Shannon is Leonard and Toine's

19   uncle.

20         Q.    And so --

21         A.    Was.

22         Q.    At that time did they tell you that

23   Valentino was suspected of the crime?

24         A.    No.

25         MR. BRUSTIN:  Object to the form.



```
 1                 Robert J. Bryant, Jr.
 2          THE WITNESS:  No.  They said, "Did you --
 3   did you get the morning paper?"
 4          I said no.
 5          They said, "You mean you don't -- you
 6   don't -- you didn't -- you didn't hear what
 7   happened down by Louie's Texas Hots?"
 8          And I said no.
 9          That's why I stayed at Bailey and Genesee.
10   All those years I never heard so many sirens at
11   night going by.  Okay.  I'm off the subject.
12          BY MR. BLENK:
13          Q.   And I want -- just to be respectful of
14   your time --
15          A.   Okay.
16          Q.   -- the question I'm -- or what I'm
17   getting at is:  Did they -- when did you first
18   learn that -- that Valentino was --
19          A.   That morning.
20          Q.   Okay.
21          MR. BRUSTIN:  Object to the form.  You
22   got -- you got to wait, Mr. Bryant.
23          MR. THOMPSON:  Let him finish.
24          BY MR. BLENK:
25          Q.   Let me finish, okay?  Do you recall
```



1              Robert J. Bryant, Jr.
2    Mr. Dixon or Mr. Shannon bringing up that your son
3    had been arrested at that time?
4          A.    Not arrested.
5          MR. BRUSTIN:   Object to the form.
6          THE WITNESS:   Can I talk?
7          BY MR. BLENK:
8          Q.    Yes.
9          A.    Not arrested.  They -- they asked me,
10   "Did you get the morning paper?"
11         And I said no.
12         They said, "Tino is -- is in the -- in the
13   morning paper."
14         Q.    Okay.
15         A.    Name, and that he came, you know,
16   shoot -- shooting -- accused of shooting Torri
17   Jackson and firing -- you know, firing a gun on the
18   corner that -- that -- that night.
19         From the Buffalo Evening News.
20         Q.    Okay.  And there's no other way you
21   could have learned about -- about Valentino's
22   presence or involvement any other way?
23         A.    Not at the time.
24         MR. BRUSTIN:   Objection.
25         MR. THOMPSON:   You can answer.



ROBERT J. BRYANT JR.                                    May 02, 2023
DIXON V CITY OF BUFFALO                                          160

```
1                    Robert J. Bryant, Jr.
2          THE WITNESS:  No other way I could have
3     learned?  Only other way I could have learned is
4     answer my phone, and I didn't.  It was ringing all
5     night, and I said, "One of the kids.  I'm not
6     even -- I'm not picking this thing up."
7          I wish I would have, though.  Wish I would
8     have.
9          BY MR. BLENK:
10         Q.   Okay.  Why would -- do you know why
11    somebody was trying to contact you?
12         A.   Somebody was trying to contact --
13         MR. BRUSTIN:  Object to the form.
14         THE WITNESS:  Oh.  Want me to answer?
15         BY MR. BLENK:
16         Q.   Yes.
17         A.   Only way me thinking somebody trying to
18    contact me is just to say they -- the trouble they
19    in.
20         Q.   Who was -- who was in trouble?
21         A.   I didn't know who was in trouble at the
22    time until the newspaper the next day and
23    everything else.
24         Q.   Well, did -- I'm sorry.
25         A.   Okay.
```

