```
 1              Robert J. Bryant, Jr.
 2        Q.   So, for example, did somebody tell you,
 3   "I tried calling you -- I tried calling you on the
 4   night of the shooting and you didn't pick up; this
 5   is what I was going to tell you"?
 6        MR. BRUSTIN:  Object to the form.
 7        THE WITNESS:  No.
 8        BY MR. BLENK:
 9        Q.   Did somebody tell you that "I called --
10   I called to tell you that Torri" -- nobody was
11   calling to tell you that Torriano Jackson was shot.
12        A.    They were call --
13        MR. BRUSTIN:  Object to the form.
14        THE WITNESS:  They were calling me, I guess,
15   probably to let -- let me know that there was a
16   shooting and -- and they all were involved in it,
17   but I didn't pick my phone up.
18        Sometimes I just -- I could lay in the bed
19   all night long and hear the phone and won't even
20   pick it up.  That I got to stop doing, too.
21        BY MR. BLENK:
22        Q.   Okay.  So you get -- so you had no
23   knowledge of even the shooting occurring the night
24   before as you arrive at the store.
25        A.    Right.
```



1          Robert J. Bryant, Jr.

2          MR. BRUSTIN:  Object to the form.

3          THE WITNESS:  Yes.

4          BY MR. BLENK:

5          Q.   And it's your testimony that -- that

6     there was a -- strike that.

7          Did you read the newspaper article that they

8     were describing?

9          A.   Boy, did I get a newspaper.  I'm sorry,

10    yes, I got a newspaper.

11         Q.   Okay.  And then you went to that

12    newspaper and you -- as you sit here today, you

13    recall reading Valentino being identified in that

14    newspaper article.

15         A.   Yes.

16         MR. BRUSTIN:  Object to the form.

17         THE WITNESS:  Yes.

18         BY MR. BLENK:

19         Q.   And it was a morning newspaper.

20         A.   Morning -- it was like the five

21    o'clock -- first edition in the Buffalo Evening

22    News that day.

23         Q.   Okay.  And then what did you do?

24         MR. BRUSTIN:  Object to the form.

25         THE WITNESS:  Look in shock what I was



1          Robert J. Bryant, Jr.

2   reading, and that's when I -- once I saw -- once I

3   saw the newspaper clipping, I called Annie's house,

4   Annie Shannon, and that's when I found out, you

5   know, that it wasn't Tino that did it, it was

6   Lamarr that did it, and --

7          BY MR. BLENK:

8          Q.    Okay.  And at that point -- well, how

9   did you get Barbara into your car?

10         A.    That next day?  I went -- once -- once

11  I found out what happened, I said, "Well, we're

12  going to find Tino and maybe turn hisself in and --

13  you know, so let them know that Tino didn't do it."

14         We didn't know -- I wasn't thinking about

15  forensics, nothing like that.  All I was trying to

16  do is just to -- to the police turn him in before

17  he get hurt, that he didn't do the crime.

18         Q.    Okay.

19         A.    But -- because I knew who did the

20  crime, because they told me.  They all told me who

21  did it.  I mean -- but -- okay.  That's it.

22         Q.    And you're talking about Leonard and

23  Toine.

24         A.    I'm talking about Leonard and Antoine,

25  because Mario was in the hospital.  They had



```
 1              Robert J. Bryant, Jr.
 2   removed a bullet from him.  Torri had just died
 3   that -- that night, I think.
 4        Q.   And you were under the impression that
 5   Antoine and Leonard were telling you the whole
 6   truth?
 7        MR. BRUSTIN:  Object to the form.
 8        THE WITNESS:  I had the impression
 9   that at -- that that day when they were out there
10   while this -- this fighting went on, Lamarr -- I
11   mean the Jacksons and this and that, yes.  Yes.
12   And the Jacksons had guns and was shooting, yes,
13   first, yes.
14        BY MR. BLENK:
15        Q.   Did they tell you that they had already
16   been to the police?
17        A.   Not -- not -- not -- not Antoine,
18   and -- and they didn't tell me -- they never went
19   to the police.  Because I asked them, I said, "Why
20   didn't your mother call the police and report that
21   the Jacksons was threatening you guys?"
22        Q.   What did they say?
23        MR. BRUSTIN:  Object to the form.
24        THE WITNESS:  They just didn't -- they
25   didn't -- they just -- they -- they just said -- in
```



1              Robert J. Bryant, Jr.

2   other words, in so many words, they didn't call --

3   in other words, they all think -- them kids back

4   then, they all think that they're macho and that's

5   like showing they're afraid of somebody.

6         But the best thing they could have done is

7   call the police, and it would have stopped all of

8   it.  It never would have happened.

9         But they didn't.

10        BY MR. BLENK:

11        Q.   Did you -- you listened closely to what

12  Antoine and Leonard were telling you.

13        A.   Yes.

14        MR. BRUSTIN:  Object to the form.

15        THE WITNESS:  Yes.

16        BY MR. BLENK:

17        Q.   Did you listen closely to what -- what

18  Lamarr -- you listened closely to Lamarr's account

19  of what happened?

20        A.   Definitely.

21        MR. BRUSTIN:  Object to the form.

22        THE WITNESS:  Yes.

23        BY MR. BLENK:

24        Q.   Did those two stories or three

25  stories -- did they all line up?



1              Robert J. Bryant, Jr.

2         MR. BRUSTIN:  Object to the form.

3         THE WITNESS:  Yes.

4         BY MR. BLENK:

5         Q.   They were all telling the same story.

6         A.   Yes.

7         Q.   Did you ever have concerns about where

8    the gun had come from?

9         MR. BRUSTIN:  Object to the form.

10        THE WITNESS:  I never -- I -- I never -- I

11   never thought or cared about where the gun come

12   from, because I didn't want to see no gun.  All I

13   wanted to do -- do is see that this be solved,

14   period, and that the police got the gun.  Who --

15   all I wanted to prove is my son was innocent from

16   not shooting nobody, but --

17        BY MR. BLENK:

18        Q.   Well, you knew your son was involved.

19        A.   Oh, I definitely knew he was involved,

20   but he wouldn't have been involved if he wasn't out

21   on the damn streets.  That's what I told him.  "You

22   wouldn't be involved in none of this, period, if it

23   wasn't for you out in that life that you was out

24   there in."  Told him what --

25        Q.   Were you not concerned at the time that



1              Robert J. Bryant, Jr.

2  Valentino could be responsible as an accomplice or

3  could be responsible for owning a gun?

4          MR. BRUSTIN:  Object to the form.

5          THE WITNESS:  Yes, I was concerned about

6  that.  I'm talking about -- because that's my son,

7  yes, but the point is I didn't care who did it.

8          BY MR. BLENK:

9          Q.   You wanted to get to the truth.

10         A.   I wanted to get to the truth.  If it

11  meant Tino, Toine, Leonard, I didn't care, because

12  it was disgusting to me to know that somebody got

13  killed like that down there on -- on Bailey Avenue

14  like that.  But --

15         Q.   Did you talk to any of those three

16  about whether Valentino had anything to do with it

17  on any level?

18         MR. BRUSTIN:  Object to the form.

19         THE WITNESS:  I know he had something to do

20  with it on a level, because they were all connected

21  down there, you know, Tino and Toine's friends, and

22  Lamarr was with Tino and -- so all that mess was

23  all -- all connected.

24         BY MR. BLENK:

25         Q.   Was there ever a conversation about how



```
 1              Robert J. Bryant, Jr.
 2   this -- how the descriptions -- how the stories
 3   could -- could be tweaked so as to limit the
 4   possibility that -- that Valentino would be
 5   responsible as an accomplice or be responsible for
 6   owning the gun?
 7        A.   No.
 8        MR. BRUSTIN:  Object to the form.
 9        THE WITNESS:  No.
10        BY MR. BLENK:
11        Q.   You never had any conversation of that
12   nature.
13        A.   No.  No.
14        MR. BRUSTIN:  Same objection.
15        BY MR. BLENK:
16        Q.   Did anybody bring to your attention
17   that they were concerned that Valentino could go
18   down in addition to Lamarr?  Did anybody bring up
19   that possibility?
20        MR. BRUSTIN:  Object to the form.
21        THE WITNESS:  No.  I wasn't even thinking
22   about that part of it, because I knew who did the
23   shooting, but no, not -- not even thinking about
24   that.  All I wanted to do is prove his innocence,
25   and if -- so --
```



1                   Robert J. Bryant, Jr.

2          BY MR. BLENK:

3          Q.   All right.  So we have two different

4    things.  There's -- there's, one, who did the

5    shooting, and there's another thing, that there's

6    people that could be concerned about criminal

7    liability related to the shooting but not

8    necessarily being the shooter, right?

9          Did -- did you ever have a conversation with

10   Sean Hill where he expressed concern about the

11   possibility that Tino could be criminally

12   responsible based on even Lamarr Scott's version of

13   events?

14         A.   No.

15         MR. BRUSTIN:  Objection.

16         THE WITNESS:  No.

17         BY MR. BLENK:

18         Q.   Nothing at all.

19         A.   Nothing -- nothing like that with Sean.

20         Q.   Anything like that with Mr. Terranova?

21         A.   No.  No.

22         MR. BRUSTIN:  Same objection.

23         BY MR. BLENK:

24         Q.   Mr. Brustin asked you earlier about the

25   circumstances under which you might have given a



1              Robert J. Bryant, Jr.

2    statement to the police or the circumstances under

3    which you would have given a statement to

4    Mr. Belling.

5         A.   Yes.

6         Q.   And you had answered it, and you said,

7    "Can I say something," and we moved on at that

8    point.  Was there something you wanted to add on

9    that point about Mr. Belling?

10        MR. BRUSTIN:  Object to the form.

11        THE WITNESS:  I can't remember that.  I

12   can't remember what you asked me.

13        BY MR. BLENK:

14        Q.   Do you remember that conversation,

15   though?

16        A.   I remember that there was something I

17   wanted to ask you and we broke off.  That's when we

18   took the lunch break.

19        Q.   This was back when Mr. Brustin was

20   asking you questions, and he was saying, "Well,

21   if -- if you thought that the police were going

22   to -- were really in pursuit of the truth, would

23   you have given a statement to them," and then he

24   said the same thing about Mr. Belling.  Broadly

25   speaking, that's the topic of the question.



```
 1              Robert J. Bryant, Jr.

 2         And then you answered with respect to

 3    Mr. Belling, and you said, "Can I say something,"

 4    and we moved on.

 5         Do you -- do you recall what you wanted to

 6    say at that point?

 7         MR. BRUSTIN:  Object to the form.

 8         THE WITNESS:  No, I think the only thing I

 9    remember -- the last thing I remember is you asked

10    me about the -- did I have a problem with the

11    police before this happened.  That's what I'm -- I

12    was --

13         BY MR. BLENK:

14         Q.   That's a different conversation.

15         A.   Okay, that was a different

16    conversation.

17         Q.   Did -- did Emil Adams tell you who shot

18    Torriano Jackson?

19         A.   All I remember Emil saying to me is

20    "Your son didn't shoot."

21         Q.   Torriano Jackson.

22         A.   "It was this other guy."  He was saying

23    he was like husky, whatever, and so on and so on,

24    but he told me that he know definitely it wasn't

25    Tino that did the shooting.
```



1              Robert J. Bryant, Jr.

2         Q.   He must have known at that point who

3    Lamarr Scott was, right?

4         A.   I think he might have, because -- I

5    can't recall, but I do think he -- I think he

6    might, because he was scared of Lamarr.  He had --

7    he knew him, but he was kind of scared of him, too,

8    at the same time.

9         But, you know, I can't speak for Emil, but I

10   think that, you know, he did know him, because all

11   those kids out there in the streets like that,

12   they -- they kind of like knew each other.

13        Q.   Did he tell you that he was scared of

14   Lamarr, or did you just assume that he was scared

15   of Lamarr?

16        A.   Everybody -- every teenager around in

17   that area and so on and so on was scared of Lamarr.

18        Q.   I'm -- we might have -- I might have

19   already asked you this, but when did you -- when

20   was the first -- or you -- strike that.

21        You knew of Lamarr Scott as somebody that

22   your son was hanging out with at the time, but had

23   you -- had you met Lamarr Scott?

24        A.   Not met him.

25        Q.   Had you known of him by reputation?



1              Robert J. Bryant, Jr.

2         A.    Didn't know him at all.  I remember his

3    face, though, you know, because once he came --

4    like I say, once he came by the house, and when

5    he -- when Tino bring people by the house, like I

6    told him, "I'm old school.  I don't know your

7    friends.  I don't want see these fly-by-nighters.

8    Just don't bring anybody to my house if I don't

9    know them."

10         But I might have seen Lamarr maybe one time,

11    and then I seen him another -- again maybe three

12    months later, four months later or whatever, but

13    never had no conversation with him or nothing or

14    anything like that until the day I went -- saw him

15    over on Goodyear Street when he told me what he had

16    done.

17         MR. BLENK:  Well, I don't -- I don't have

18    any more questions at this time.  I might have some

19    follow-ups if Mr. Brustin or -- depending on

20    Mr. Brustin's questioning or Mr. Sahasrabudhe's

21    questioning.

22         THE WITNESS:  Okay.

23         MR. BLENK:  Thank you.

24             (Off the record: 3:37 p.m.)

25             (On the record: 3:37 p.m.)



1              Robert J. Bryant, Jr.

2         MR. SAHASRABUDHE:  Good afternoon,

3    Mr. Bryant.  Before I begin my questions, I want to

4    make sure:  Nick, can you hear me on the feed?

5         MR. BRUSTIN:  I can.

6         MR. SAHASRABUDHE:  Okay.

7                   EXAMINATION

8         BY MR. SAHASRABUDHE:

9         Q.   My name's Peter Sahasrabudhe.  I work

10   for a law firm here in Buffalo called Hodgson Russ.

11        A.   Okay.

12        Q.   I represent the City of Buffalo and a

13   handful of retired homicide detectives.

14        A.   Okay.

15        Q.   Just as J.P. told you he's not a

16   District Attorney, I can assure you I'm not a

17   police officer, but I do represent some former

18   police officers.

19        A.   Stambach?

20        Q.   Yes, one of the individuals is -- is

21   Mark Stambach --

22        A.   Right.

23        Q.   -- but I just want to make sure you

24   understand --

25        A.   Yes.



```
 1                   Robert J. Bryant, Jr.
 2          Q.   -- my role here before I begin
 3   questioning you.
 4          And as you've been trying to do throughout
 5   the day -- I know it's difficult, but to the best
 6   of your ability, could you try to let me finish my
 7   question fully before you give a response --
 8          A.   Yes.
 9          Q.   -- and that way we can get out of here
10   as soon as possible.
11          A.   Okay.
12          Q.   All right.  My first question:
13          You have no doubt in your mind whatsoever
14   that Joe Terranova knew about Lamarr Scott before
15   Valentino Dixon's trial, correct?
16          MR. BRUSTIN:  Object to the form.
17          THE WITNESS:  Before -- yes.  After he took
18   over as -- as his lawyer, yes.
19          BY MR. SAHASRABUDHE:
20          Q.   In fact, you told Joseph Terranova that
21   Lamarr Scott had relayed to you that he was the
22   perpetrator of the Torriano Jackson homicide before
23   Valentino Dixon's trial, correct?
24          MR. BRUSTIN:  Object to the form.
25          THE WITNESS:  Yes.  Yes.
```



```
 1              Robert J. Bryant, Jr.
 2         BY MR. SAHASRABUDHE:
 3         Q.   Were you personally present for any
 4    interviews -- police interviews with witnesses to
 5    the homicide?
 6         A.   No, not -- not one single one.
 7         Q.   So you have no firsthand knowledge of
 8    anything that occurred on -- when witnesses were
 9    being interviewed by police detectives back in
10    1991.
11         A.   No.
12         Q.   Anything that -- that you have
13    testified to today is based on what people have
14    told you occurred, correct?
15         A.   True, except for the -- the police
16    reports.  I read the police reports.
17         Q.   So you -- you have read police reports,
18    but none of the events described in the police
19    reports did you personally witness.
20         A.   No.  No.
21         Q.   Fair to say you didn't witness any
22    interactions between any police detectives or any
23    personnel of the Buffalo Police Department and Emil
24    Adams.
25         A.   No.
```



1                        Robert J. Bryant, Jr.

2          Q.    How about Aaron Jackson?

3          A.    No.

4          Q.    How about John Sullivan?

5          A.    No.

6          Q.    There's an individual that we've been

7    speaking about, and you have a tape-recording, I

8    think, of a statement he made, and his name's

9    Wendell Williams?

10         A.    Yes, that's a -- yes, older guy, yes.

11         Q.    Do you know one way or the other

12   whether Wendell Williams claims to have spoken to

13   the police about the Torriano Jackson homicide that

14   occurred in 1991?

15         A.    No.  I know he told me that the police

16   asked a few questions of different people in the

17   area, but these are older folks.  We talking about

18   young, crazy teenagers, and lot of them were scared

19   back in '91 because so many things was happening

20   back then.  They were scared, too, you know, of --

21   fear for themselves.

22         Q.    So you don't know one way or the other

23   whether Wendell Williams ever spoke to the police?

24         A.    Spoke to the police, no, just -- just

25   private investigators he spoke to.



```
 1                  Robert J. Bryant, Jr.
 2          Q.   Okay.  And you, of course, weren't --
 3   were not present on the corner of Bailey and
 4   Delavan for the events that led up to the homicide,
 5   correct?
 6          A.   Oh, I was present.  Not to the events
 7   themselves, but like I said, when we came -- when
 8   we came -- me and Barbara came back from Melody
 9   Fair watching the Patti LaBelle concert, when I was
10   sitting in the car -- when I sitting in my car, I
11   saw Mario, Toine, and -- Mario and Toine and
12   Leonard near this yellow Geo that was -- that was
13   friends of Torri, and this yellow Geo -- is it a
14   Geo?  Was that a Chevy back then, a small yellow
15   Geo?
16          Yes, they were at the store across from
17   Louie's Texas Hots, and I was watching them, and it
18   looked like they were arguing, but I couldn't tell
19   the conversation, because I didn't want them to
20   even know I was out there.  I just wanted to go
21   home and get some sleep.
22          But I saw -- I saw that.  That was the
23   beginning of what was getting ready to happen, and
24   that's when Toine told me that Torri Jackson said,
25   "Just be here when I come back.  I got something
```



```
 1                  Robert J. Bryant, Jr.

 2   for you."

 3          Q.   So the events that you just

 4   described --

 5          A.   Yes.

 6          Q.   -- would it be fair to say that that --

 7   those are events that took place before the

 8   shooting?

 9          A.   Before the shooting, yes.

10          Q.   And do you recall about what time it

11   was when this occurred?

12          A.   The concert was over -- over at around

13   maybe -- concert was over around 11.

14          Had to be about 11:30, something like that,

15   that night.  11:30, quarter to 12, maybe.  Because

16   it just let out, the Patti LaBelle concert,

17   around -- around 11.  Only take us about -- you

18   remember where Melody Fair was back -- I don't know

19   if you all remember.  It's old school.  A club that

20   used to be out on Niagara Falls Boulevard.

21          Q.   Is it fair to say that by the time the

22   shooting happened, you were no longer present in

23   that area?

24          A.   Definitely not no longer present in the

25   area, no.
```



1                 Robert J. Bryant, Jr.

2          Q.   So fair to say that had the police

3    spoken to you back in 1991, you would not have been

4    able to relay any firsthand knowledge as to what

5    took place during the shooting.

6          A.   During the -- no way.  No way.  No.

7          All I can say is I heard -- I'm only about a

8    half a mile from the scene.  All I can say is I

9    just heard sirens and ambulances and fire engines

10   and police cars like I never heard before, because

11   that's my business right down the street from

12   there.  So no.

13         Q.   Okay.  When you first spoke to Lamarr

14   Scott, I think your testimony is that you spoke to

15   him a day after the shooting after Valentino Dixon

16   had been arrested; is that correct?

17         MR. BRUSTIN:  Object to the form.

18         THE WITNESS:  The -- the day after -- the

19   day after -- the next morning.  That evening is

20   when I -- they told me where Lamarr was.

21         BY MR. SAHASRABUDHE:

22         Q.   Okay.

23         A.   Okay.

24         Q.   Did Lamarr Scott mention anything to

25   you at that point about losing control of the



1                    Robert J. Bryant, Jr.

2   gun --

3          MR. BRUSTIN:  Object to the form.

4          BY MR. SAHASRABUDHE:

5          Q.   -- that was used to do the shooting?

6          A.   Can't say if he lost control.  I

7   don't -- you know, I can't speak on what Lamarr

8   was --

9          Q.   So I'm asking you something a little

10  different.  I don't want to know --

11         A.   Okay.

12         Q.   -- your testimony about what you think

13  as to whether or not he lost control.

14         A.   Okay.  Okay.  Okay.

15         Q.   I'm asking you:  In that first

16  conversation you had with him when he described

17  what had taken place, did he tell you that he had

18  lost control of the gun?

19         MR. BRUSTIN:  Object to the form.

20         THE WITNESS:  No.  No.  He didn't tell me he

21  lost control of the gun.  All he know, he didn't

22  have no more ammunition.

23         BY MR. SAHASRABUDHE:

24         Q.   Do you recall, when he began speaking

25  to Wanda Stark of Channel 2 News later that



```
 1                    Robert J. Bryant, Jr.
 2   evening, that he did claim that he had lost control
 3   of the gun?
 4        A.   I never hear -- heard him say that to
 5   Wanda Stark, no.  Not that.  He didn't say that
 6   that I heard him say that to Wanda Stark.
 7        Q.   Have you watched the video of Lamarr
 8   Scott's interview with Wanda Stark recently?
 9        A.   No.
10        Q.   Okay.
11        A.   But --
12        Q.   Would it surprise you to learn that on
13   video he does say that he lost control of the gun?
14        A.    No, it wouldn't surprise me if he said
15   it -- that he said it.  I don't remember him
16   saying, though, that he lost it.
17        He may have said it when I watched the video
18   when -- when they finally released the video from
19   Channel 2 and I saw it, you know, during the trial
20   and stuff, yeah.
21        Q.   Had you noticed that there were
22   disparities between what Lamarr Scott said to you
23   in your private conversation with him and what he
24   was saying to Wanda Stark on Channel 2 News, would
25   that have created concern for you?
```



```
1                    Robert J. Bryant, Jr.
2          MR. BRUSTIN:  Object to the form.
3          THE WITNESS:  Okay.  Say that again, now?
4    I'm sorry.
5          BY MR. SAHASRABUDHE:
6          Q.   So had you -- if you had realized --
7          A.   Yes.
8          Q.   -- at the time that when Lamarr Scott
9    was being interviewed by the news --
10         A.   Yes.
11         Q.   -- that he was changing his story from
12   what he had originally told you, would that have
13   been concerning to you?
14         A.   I would have tried to defend myself in
15   whatever way I can.  This is why I asked the
16   lawyer -- this is why I asked the lawyers why
17   aren't they calling me to testify at the -- at the
18   Grand Jury minutes.  I said, "I want them to call
19   me.  I want to testify."
20         Q.   So my -- my question's a little bit --
21   a little bit different.
22         A.   Okay.
23         Q.   And I guess I'll ask it this way,
24   because I think we mentioned that you -- you didn't
25   notice a change in Lamarr Scott's story when he was
```



```
 1                    Robert J. Bryant, Jr.

 2   speaking to Channel 2, did you?

 3        A.    No.

 4        MR. BRUSTIN:  Objection.

 5        THE WITNESS:  No.

 6        BY MR. SAHASRABUDHE:

 7        Q.    Okay.  Would Lamarr Scott changing his

 8   story generally have caused concern for you?

 9        MR. BRUSTIN:  Object to the form.

10        THE WITNESS:  Of course it would, because I

11   knew that he told me what he did, and if somebody

12   turn or flip it around and change their story, then

13   yeah, I mean, it would be concern.

14        But my job is to prove that you're lying,

15   and I -- I would have done that if I would have

16   been able to give Terranova the tapes and

17   everything if I'd thought he was trying to defend

18   my son properly.

19        I knew he didn't care if my son went to jail

20   or not.  Think I'm going to sit there and talk to

21   that lawyer?  And tell me to go out and try to find

22   an Uzi that I know nothing about, put it underneath

23   a bench, call his office, and then just bring it

24   in?  What -- I don't want to be doing all this

25   talking.
```



```
 1                    Robert J. Bryant, Jr.
 2           BY MR. SAHASRABUDHE:
 3           Q.   So is it your testimony that Joseph
 4      Terranova told you that if you knew where the gun
 5      was, you could leave it under a bench and call him
 6      and --
 7           A.   Yes.
 8           Q.   -- and let him know where it was?
 9           MR. BRUSTIN:  Object to the form.
10           THE WITNESS:  Yes.
11           BY MR. SAHASRABUDHE:
12           Q.   And that's Joseph Terranova.
13           A.   Joseph Terranova, yes.
14           Q.   Okay.  So you don't deny that you were
15      present when Lamarr Scott gave his statement to
16      Channel 2 News.
17           A.   I don't deny it at all.  I was right
18      there.  I was right in back of him.  I'm right in
19      back of him.
20           Q.   You were right behind him.
21           A.   Right behind him.
22           Q.   And you don't deny that Valentino
23      Dixon's brothers, Leonard Brown and Antoine
24      Shannon, were also right behind Lamarr Scott.
25           A.   Right behind Lamarr Scott and waiting
```



1              Robert J. Bryant, Jr.

2    to tell their part to Wanda -- Wanda Stark, but

3    they swooped them up so fast.  Just sit -- I mean,

4    you look and say, "What the hell?"

5         Leonard was in the back of one police

6    cruiser, Shannon and Lamarr in back of another, and

7    I'm looking at my youngest son getting ready to go

8    to college, and I said, "No, you tell your story to

9    somebody else."

10        Not out here where the police is like trying

11   to gather anybody up that said they didn't -- that

12   Valentino didn't do it.  So --

13        Q.   So I think your testimony earlier was

14   that the question the police were asking people

15   before they were taken to the police station to

16   give statements was were they present that evening.

17        A.   That evening.  Then anybody say yes,

18   boom, right into the police cruiser.  Didn't --

19   wouldn't even let them finish -- let Wanda Stark

20   finish interviewing the other three or four people

21   that were there.

22        Q.   And --

23        A.   And I didn't tell the police that I was

24   Valentino's father.  Think I'm going to sit there

25   and say, "Oh, I'm Valentino's father"?  You think

