# EXHIBIT 15



UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NEW YORK

---

VALENTINO DIXON,

Petitioner

v

JAMES T. CONWAY,

Respondent

---

05-CV-0208E

---

GRAND JURY TESTIMONY

Dixon-001484

## TABLE OF CONTENTS

                                                    Page

November 6, 1991

    Aaron Jackson ..........................    3

    John Sullivan ..........................   20

    Travis Powell ..........................   31


November 20, 1991

    Michael Bland ..........................    2

January 13, 1992

    Mario Jarmon ...........................    2

    James R. Diegleman .....................   15

    Leonard Brown ..........................   21

    Lamarr Scott ...........................   56

    Emil Adams .............................   74

    Freddy Stancil .........................   83

    Robert Lewis ...........................   90

Dixon-001485

November 6, 1991

Dixon-001486

1    91-1476    001, 002, 003

2

3    THE PEOPLE

4    against

5    VALENTINO DIXON    / Leonard Brown / Mario D. Jarmon

6

7    Date:                November 6, 1991

8

9    Charges:

10

11

12          (Whereupon, a map, a mug shot, medical
      records, a death certificate and medical records
13    were received and marked Grand Jury Exhibits 1
      through 5.)

14

15

16    MR. BELLING:        Okay.  So this investigation

17    is entitled the People versus Valentino Dixon,

18    D-I-X-O-N.  Investigative file number 91-1476.

19    It deals with a shooting that occurred involving

20    multiple victims on August 10th of 1991.  The

21    witnesses you'll hear from today are Aaron

22    Jackson who is one of the survivors of the

23    shooting.  Also John Sullivan who was wounded at

1

Dixon-001487

1    the time and also Travis Powell who was present
2    at the scene and saw a portion of the event.
3    I've marked several exhibits.  And while we're
4    getting the witnesses lined up I'll tell you
5    what the exhibits are.  Exhibit 1 is a map on
6    the wall.  Exhibit 2 is a mug shot. Exhibit 3
7    are the medical records of Aaron Jackson.
8    Exhibit 4 is a death certificate of Torriano
9    Jackson.  And Grand Jury Exhibit 5 are the
10   medical records of John Sullivan.

                    *    *    *

11
12
13
14
15
16
17
18
19
20
21
22
23

                         2

Dixon-001488

```
 1       91-1476
         11/6/91
 2       2:50 P.M.
         GPH
 3

 4       A A R O N    J A C K S O N, sworn, testified:

 5

 6       BY MR. BELLING:

 7  Q.   Okay.  Would you state your name and spell your

 8       last name for the record please?

 9  A.   Aaron Jackson.  J-A-C-K-S-O-N.

10  Q.   And Aaron is A-A-R-O-N?

11  A.   Yes.

12  Q.   And your date of birth Aaron?

13  A.   1/26/71.

14  Q.   And your current home address and telephone

15       number please?

16  A.   19 Thatcher Avenue.  Buffalo, New York.

17       836-0239.

18  Q.   And you live there with your mom and dad, is

19       that correct?

20  A.   Yes.

21  Q.   And, your dad's name is Fred Jackson?

22  A.   Fred Jackson, yes.

23  Q.   And your late brother was Torriano Jackson,
```

3

Dixon-001489

```
 1            correct?

 2    A.      Yes.

 3    Q.      Now Aaron, are you currently working, going to

 4            school or what do you do with yourself?

 5    A.      Well this year in September I would have been a

 6            senior at Brockport State in Rochester.

 7    Q.      But you didn't go back because of this incident?

 8    A.      Yes.  I've had several surgeries, so therefore I

 9            couldn't go back.

10    Q.      Are you planning on going back in January or

11            September?

12    A.      I want to get school over with.  Probably in

13            January.

14    Q.      Now, I want to call your attention to the late,

15            late evening hours perhaps of August the 9th,

16            1991 into the early morning hours of August the

17            10th, 1991.  Got that time period focused?

18    A.      Yes.

19    Q.      Okay. Now, sometime around midnight if you

20            remember, just before or just after, did you

21            have occasion to be out in a car with a friend

22            of yours?

23    A.      Yes.
```

4

Dixon-001490

1    Q.    What's that friend's name?

2    A.    Travis Powell.

3    Q.    And what's your best recollection if it was

4          before or after midnight that you were first out

5          with Travis?

6    A.    I was out with him earlier in the day. I had

7          been over his house. But that night after

8          twelve also.

9    Q.    Okay. So the first time that night when you

10         found yourself in the vicinity of Bailey and

11         Delavan with Travis it was already after

12         midnight?

13   A.    After midnight.

14   Q.    Now the first time you found yourself in the

15         vicinity of Bailey and Delavan tell us how that

16         came about?

17   A.    Travis wanted to get a pack of cigarettes from

18         the mini mall store at Bailey and Delavan across

19         from Louie's.

20   Q.    The mini mall store is across Bailey Avenue from

21         Louie's, correct?

22   A.    Yes.

23   Q.    So where did Travis drive the car and where did

Dixon-001491

```
 1          he park it?
 2     A.   Parked it like the third space in the parking
 3          lot right outside the bank.
 4     Q.   Norstar Bank?
 5     A.   Yes.  I guess so.
 6     Q.   Now, at that time did something happen that
 7          started a chain of events that eventually led to
 8          this whole thing?
 9     A.   Yes.
10     Q.   What happened?
11     A.   Three males approached me and told me to get out
12          of the car and let's take care of this.
13     Q.   Now, did you know any of these three males?
14     A.   No.  I knew Leonard because I used to go to
15          school with him. He lived right up the street
16          from me when I lived on Olympic.
17     Q.   That's Leonard Brown?
18     A.   Yes.
19     Q.   And, he was out there this afternoon, right?
20     A.   Yes.
21     Q.   Did you know the other two?
22     A.   They hang around Bailey Avenue.  I didn't know
23          them.
```

6

Dixon-001492

1   Q.   After the fact did you come to know that one of

2        the fellow's name was Mario Jarmon?

3   A.   Yes.

4   Q.   Could you describe him for us?

5   A.   Light skinned.  And has like a chubby face on

6        him.  Sloped haircut.

7   Q.   What happened between you and these three

8        fellows while the car was parked and Travis was

9        out getting his cigarettes?

10  A.   They were holding their hands behind their back

11       like they had something.  And they were saying

12       let's take care of this.  I got into the

13       driver's seat and pulled off in front of the

14       store where Travis was at.  And I was telling

15       him let's go.  Some guys out here starting some

16       trouble with me.

17  Q.   Did you and Travis leave?

18  A.   He exchanged words with them or whatever and

19       then we left.

20  Q.   Where did you go from there?

21  A.   Went to my house.

22  Q.   On Thatcher Street?

23  A.   Yes.

Dixon-001493

1    Q.    And on Thatcher Street was your brother Torriano

2          home?

3    A.    Yes.  He just got home from work.

4    Q.    Where did he work?

5    A.    Burger King right here by the bus station.

6    Q.    He was called Torry for short, wasn't he?

7    A.    Yes.

8    Q.    Now at that point in time did Torry join you and

9          Travis?

10   A.    Yes.

11   Q.    Where did you go from there?

12   A.    We drove back past there because Torry wanted me

13         to show him the three guys. Let's see.  He said

14         maybe I might know them.  We drove by this area

15         and we didn't see them.  Travis said let's ride

16         around for a while.

17   Q.    Did you then have a pizza?

18   A.    No. We had a pizza before that.  At Travis'

19         house.

20   Q.    But before you went out the second time?

21   A.    Before we got Torry we ate pizza earlier in the

22         day.

23   Q.    So now, Travis suggested maybe you ride around a

8

Dixon-001494

```
 1            little bit more, right?

 2    A.      Yes.

 3    Q.      Tell us what happened from there then?

 4    A.      We rode around.  I guess he rode around to a

 5            couple of parties.  Me and my little brother

 6            fell asleep.  My little brother had just came

 7            home from work.  He was tired.  We both fell

 8            asleep.  Travis was still driving and I felt him

 9            nudging me and I woke up.  He said ain't this

10            the guy who was talking to you earlier.  I

11            looked at my little brother Torry, and said

12            Torry, don't you know him.  He said yes I know

13            him. We got out of the car right there at the

14            light.

15    Q.      What corner are you at?  What light?

16    A.      Bailey and Delavan.  We were on Delavan.

17    Q.      You're at Delavan going out toward Cheektowaga

18            or toward the city?

19    A.      Toward Cheektowaga.

20    Q.      So you're at the light.  And on your left would

21            be the Bailey/Delavan market and on your left

22            would be the Louie's parking lot?

23    A.      Right.
```

9

Dixon-001495

1    Q.   So you hop out while the car is in the street

2         there?

3    A.   Yes.

4    Q.   What happened?

5    A.   There were three guys standing on the corner.

6         We ran over to Mario and my little brother said

7         do you have a problem now.  You didn't know this

8         was my brother.  Why you giving him problems.

9         He put up his hands like this like he was going

10        to fight.  I saw like a gang of people just

11        standing there.  My little brother was saying

12        Mario what's the problem.

13   Q.   Let me slow you down a little.  Your brother has

14        his hands up like he's going to fight?

15   A.   Yes.

16   Q.   You mentioned a gang coming from where; the

17        Saginaw plant?

18   A.   Yes.  Coming from that way.

19   Q.   Coming up toward the intersection of Bailey and

20        Delavan?

21   A.   Yes.

22   Q.   At that point did you notice who those people

23        were?

10

1    A.   No.

2    Q.   Now, your little brother and Mario are having a

3         confrontation.   What happened then?

4    A.   My little brother hit Mario.   Then I hit him.

5         My little brother hit him again and he fell down

6         in the street.   He started to get up and I was

7         kicking him.   My little brother was hitting him

8         in his head.   I heard someone say run, run.

9         Tino is running to his car.   I heard of him

10        before but I don't know what he was going to his

11        car for.   I know my little brother don't. I know

12        I don't.

13        MR. BELLING:        Under the rules of evidence

14        when the witness talks about something somebody

15        else said you cannot use that to determine the

16        truth of what was said.   Namely you can't use

17        that statement to determine if Tino was really

18        going to his car.   But you can use it as to what

19        this person's state of mind was when he heard

20        that.   It's not offered for the truth of that.

21        I have a question from a Grand Juror.

22        BY MR. BELLING:

23    Q.   How old was your brother Torry?

Dixon-001497

| 1 | A. | Seventeen. |
|---|---|---|
| 2 | Q. | Okay. And how old are you? |
| 3 | A. | Twenty. |
| 4 | Q. | So that's why you call him your little brother? |
| 5 | A. | Yes. |
| 6 | Q. | Well, okay. Question from a Grand Juror. What |
| 7 | | if you know was the reason that this fight |
| 8 | | started? Why did this fight start in the first |
| 9 | | place? |
| 10 | A. | I don't know. Just three guys came up to the |
| 11 | | car. I asked them if they have the wrong |
| 12 | | person. They said no, it's you. Nobody ever |
| 13 | | said my name. They just said get out of the car |
| 14 | | and let's take care of this. |
| 15 | Q. | And that's when Travis and you were in the |
| 16 | | parking lot the first time? |
| 17 | A. | First time. |
| 18 | Q. | The second time is a reaction starting. Torry |
| 19 | | and you jump out of the car and go after them? |
| 20 | A. | Yes. |
| 21 | Q. | You're fighting in the street. Mario gets |
| 22 | | knocked down. You heard somebody say Tino is |
| 23 | | going to his car. Pick up the story from |

Dixon-001498

1           there.

2      A.   I heard shots in my head all around me.  I was

3           looking on the ground.  I was feeling the little

4           shellings all over my body. I figured it was the

5           police just shooting in the air telling me to

6           get out of there.  Stop fighting.  I didn't look

7           at his face.  I said Torry run.  Let's get out

8           of here.  He ran towards Bailey from Delavan.  I

9           ran straight over towards Louie's.  I just ran.

10          As I hit the curb I turned around and looked.

11          There was still shots.  I saw sparks

12          everywhere.  I ran across the street and tripped

13          and hit the curb.  I guess I had got shot before

14          that.  My leg was skrimped up.  I turned and saw

15          his face.

16     Q.   Whose face?

17     A.   Tino's.

18     Q.   Before that did you know Valentino Dixon?

19     A.   No.  I saw him in his white Cadillac.

20     Q.   You saw him around the neighborhood but you

21          didn't know who he was?

22     A.   No.

23     Q.   You saw the face of this person that you now

13

Dixon-001499

1          know is Valentino Dixon?

2     A.   Yes.

3     Q.   What was he doing?

4     A.   I saw his face.  He had like an evil look on his

5          face and was firing towards me.  I guess he

6          already hit my little brother because he wasn't

7          moving in the street.  There were shots coming

8          hitting the curb.  I crawled as fast as I

9          could.  I opened the car door.  I got in.  I

10         guess I sat in the back seat. I sat in for a

11         minute.  I looked at the ignition.  He shot me

12         and I know he shooting my brother.  I looked out

13         of the car.  Everytime I looked up and looked

14         out the car more bullets would come towards the

15         car.  I thought he going to come over here and

16         shoot me. I saw him move down.  I just saw a

17         face.  I was following a face and the eyes and

18         everything.  He was standing over my little

19         brother because I was in the car right here and

20         my little brother was laying in the street right

21         here.

22    Q.   He was laying in Delavan Avenue --  East Delavan

23         Avenue?

14

Dixon-001500

1    A.    Yes.

2    Q.    And the man you said was Tino was standing right

3          over him and doing what?

4    A.    Firing the rifle.

5    Q.    Now, the police came to see you in the hospital

6          didn't they and they showed you a group of six

7          photographs and asked you if you could pick out

8          Tino?

9    A.    Yes.

10   Q.    I show you what is marked Grand Jury Exhibit

11         number 2 which is a photograph of Valentino

12         Dixon taken from the group of six photographs in

13         the photo array. And ask if this is the man you

14         picked out of the photo array?

15   A.    Yes.

16   Q.    Is that the same man you saw standing over your

17         brother shooting him?

18   A.    Yes.

19   Q.    Now, can you describe this gun fire to the jury?

20   A.    It was rapid gunfire.  It was coming out like

21         --  just like --  just crazy shots every second

22         like a machine gun.  Just hitting everywhere and

23         everything.

15

Dixon-001501

```
 1    Q.   Not like single shots but constantly repeating?

 2    A.   Yes.

 3    Q.   As a result of this you were injured?

 4    A.   Yes.

 5    Q.   You ended up spending a number of weeks in the

 6         Erie Medical Center?

 7    A.   Yes.  I had a colostomy.  They had put a bag on

 8         my stomach.  It hit the pelvic bone and went

 9         through my intestines and everything and came

10         out of the back.

11    Q.   They had to do at least three different

12         surgeries on you, right?

13    A.   Correct.

14    Q.   And you spent how long in ECMC to your

15         recollection?

16    A.   From the time it happened for two weeks.  And

17         then I just recently got out from being in the

18         hospital two weeks again.

19    Q.   The second time was to reverse the colostomy, is

20         that correct?

21    A.   Yes.

22    Q.   And some of that time was spent in intensive

23         care?
```

Dixon-001502

1    A.    The night of the shooting because they didn't

2          think I was going to make it.  The bullet went

3          into my intestines and there was poisoning all

4          throughout my body.  They had to clean it out.

5          They didn't think I would make it.

6    Q.    The car you climbed into, was that Travis

7          Powell's car?

8    A.    Yes.

9          MR. BELLING:      Any other questions from

10         Grand Jurors?

11         BY MR. BELLING:

12    Q.    Question from a Grand Juror.  Is the man that

13         you've identified as Valentino Dixon that was

14         doing the shooting, was he in the group of three

15         people that originally confronted you in the

16         parking lot?

17    A.    No.

18    Q.    And he was not --  he wasn't with Mario Jarmon

19         who you were fighting with in the street?

20    A.    No.

21    Q.    Do you know whether or not he was one of the

22         people that came in that group that you said

23         came behind you from the Saginaw plant on

Dixon-001503

```
1              Delavan Avenue?
2      A.      Yes.  Had to be because it was just a group
3              coming up the street and like he came out of
4              nowhere.  The gun fire just started.
5      Q.      Okay.  Just to recap.  And this is based on a
6              question from a Grand Juror.  As you've already
7              testified, the reason that you and your brother
8              Torry got in a fight with Mario Jarmon was
9              because of the confrontation like a half hour
10             before in the parking lot?
11     A.      Yes.
12     Q.      And when you two, you and your younger brother
13             got in the fight with Mario, you guys started
14             it?  You jumped out of the car and started it,
15             you mentioned?
16     A.      I asked him questions what's the problem now.
17             What was that for.  Came across the street.  And
18             he was just like stalling us, backing us up
19             until we got both of our backs turned and my
20             little brother threw his hands up, hit him, and
21             then I hit him.  And my little brother hit him
22             again and then the gunfire started.
23             MR. BELLING:        Okay.  Any other questions?
```

18

Dixon-001504

1          Okay, Aaron.

2                              *    *    *

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Dixon-001505