# EXHIBIT 16

```
1      91-1476
       11/6/91
2      3:10 P.M.
       GPH
3

4           JOHN   SULLIVAN, III, sworn,

5      testified:

6

7           BY MR. BELLING:

8      Q.   Okay. Would you state your name and spell your

9           last name for the stenographer please?

10     A.   Johnny Sullivan. S-U-L-L-I-V-A-N.

11     Q.   And you're John Sullivan the third, are you not?

12     A.   Yes.

13     Q.   And, your father's name and address please?

14     A.   John Sullivan, Jr. 49 Elmer.

15     Q.   And his telephone number?

16     A.   835-9680.

17     Q.   And you're currently staying with your mom out

18          of town, is that correct?

19     A.   Yes.

20     Q.   Now, this past summer, August, you were living

21          in Buffalo with your dad, correct?

22     A.   Yes.

23     Q.   And I want to call your attention specifically
```

20

Dixon-001506

|    |     |                                                              |
|----|-----|--------------------------------------------------------------|
| 1  |     | to the early morning hours around one or                     |
| 2  |     | twelve-thirty a.m. of August the 10th of 1991.               |
| 3  |     | Did you find yourself at that time in the                    |
| 4  |     | vicinity of Bailey and Delavan in the City of                |
| 5  |     | Buffalo?                                                     |
| 6  | A.  | Yes.                                                         |
| 7  | Q.  | Who were you with in the vicinity of Bailey and              |
| 8  |     | Delavan?                                                     |
| 9  | A.  | Friends Fred Stancil and Robert Lewis.                       |
| 10 | Q.  | Okay.  And Fred Stancil also lives on Elmer                  |
| 11 |     | Street someplace?                                            |
| 12 | A.  | Yes.                                                         |
| 13 | Q.  | And Robert Lewis, do you know where he lives?                |
| 14 | A.  | No.                                                          |
| 15 | Q.  | Do you know where he goes to school or is he out             |
| 16 |     | of school?                                                   |
| 17 | A.  | He's out of school.                                          |
| 18 | Q.  | Do you know if he's got a job?                               |
| 19 | A.  | No.                                                          |
| 20 | Q.  | Okay.  Now, when you were in the vicinity of                 |
| 21 |     | Bailey and Delavan who was driving?                          |
| 22 | A.  | Fred.                                                        |
| 23 | Q.  | And when you arrived at that corner did you have             |

Dixon-001507

| | | |
|---|---|---|
| 1 | | an occasion to see anything going on between |
| 2 | | Mario Jarmon, Torriano Jackson and Aaron |
| 3 | | Jackson? |
| 4 | A. | Yes. |
| 5 | Q. | Now, was this going on when you first pulled up |
| 6 | | to this area? |
| 7 | A. | Yes. |
| 8 | Q. | What was going on? |
| 9 | A. | An argument. |
| 10 | Q. | Why don't you tell the Grand Jury what happened, |
| 11 | | what you saw of the argument and then what |
| 12 | | happened? |
| 13 | A. | They were arguing. I got out of the car. Me and |
| 14 | | Aaron and Torry are friends. Went over there |
| 15 | | and they was fighting. |
| 16 | Q. | Who was fighting? |
| 17 | A. | Aaron and Mario. |
| 18 | Q. | What happened? |
| 19 | A. | I told them to stop. Aaron said he wanted to |
| 20 | | fight, so I let him fight. |
| 21 | Q. | What happened then? |
| 22 | A. | Then they fighting. Tino ran up and started |
| 23 | | shooting. |

Dixon-001508

```
 1    Q.   Now, you mentioned Tino.  Is this a person that
 2         you know personally or someone you sort of know
 3         from being around the neighborhood?
 4    A.   Know him from seeing him a couple of times in
 5         the store.
 6    Q.   I want to show you Grand Jury Exhibit number 2.
 7         A Buffalo Police identification photograph of
 8         Valentino Dixon and ask if this is the person
 9         you're talking about when you say Tino?
10    A.   Yes.
11    Q.   Do you know what direction he came up from,
12         where he ran up from?
13    A.   West.
14    Q.   Did he come up Delavan?
15    A.   Yes.
16    Q.   Like from the side towards downtown Buffalo,
17         correct?
18    A.   Yes.  From this way, west.  From the west to the
19         east.
20    Q.   From the west to the east?
21    A.   Yes.
22    Q.   Sort of like running towards Cheektowaga?
23    A.   Yes.
```

Dixon-001509

```
 1    Q.   Where was he when you first saw Tino?
 2    A.   On the sidewalk.
 3    Q.   Did you see if he had any weapons?
 4    A.   Yes.
 5    Q.   What did he have?
 6    A.   A gun.  Well, it must have been a gun.  He
 7         started shooting.
 8    Q.   Okay. Now, did either Aaron or Torry Jackson
 9         have any weapons?
10    A.   Not that I know.
11    Q.   Did you see any?
12    A.   No.
13    Q.   Now Tino came running up and what did he do?
14    A.   Started shooting.
15    Q.   And when he started shooting who did he shoot
16         first?
17    A.   I don't know.
18    Q.   Did you see him shoot anybody specifically like
19         standing by somebody and point the gun at them?
20    A.   I saw him shoot Torry.
21    Q.   Where was Torry when he shot him?
22    A.   He was in the middle of the street in Delavan
23         and Bailey in the street.
```

24

| | | |
|---|---|---|
| 1 | Q. | He was laying on the ground? |
| 2 | A. | Yes. |
| 3 | Q. | What happened? What did Valentino Dixon do? |
| 4 | A. | Shot him. Held the gun like this and shot him. |
| 5 | Q. | Could you describe how he held the gun and -- |
| 6 | A. | Like this. |
| 7 | Q. | You're demonstrating with two hands? |
| 8 | A. | Yes. |
| 9 | Q. | Did the gun seem to fire rapidly or single |
| 10 | | shots? |
| 11 | A. | Fast. |
| 12 | Q. | And did you have any idea how many times he |
| 13 | | shot? |
| 14 | A. | No. |
| 15 | Q. | Okay. After you saw him standing over Torry |
| 16 | | Jackson shooting him, what did you do? |
| 17 | A. | I was waiting on them to leave. I ran out of |
| 18 | | the way and ran by the church. When he left I |
| 19 | | called the police. Or had somebody call the |
| 20 | | police. |
| 21 | Q. | Well, were you wounded during the course of this |
| 22 | | whole thing? |
| 23 | A. | Yes. |

25

Dixon-001511

1   Q.   How did you get shot?
2   A.   Running I guess.
3   Q.   Okay. Now, running before or after you saw Tino
4        standing over Torry Jackson shooting him?
5   A.   Before.
6   Q.   Okay. So where did you stop running so that you
7        could see the shooting?
8   A.   I ran on the other side of Bailey Avenue by the
9        church.
10  Q.   So you ran from west to east also?
11  A.   Yes.
12  Q.   But after you got across the intersection you
13       stopped and looked back?
14  A.   Yes.
15  Q.   Okay. And it's at that point in time you saw
16       him standing over Torry Jackson?
17  A.   Yes.
18  Q.   Now, your injuries you received were you treated
19       at Sisters Hospital for it?
20  A.   Yes.
21  Q.   And that was a through and through gunshot wound
22       to your leg was it?
23  A.   Yes.

| | | |
|---|---|---|
| 1 | Q. | You were not admitted, were you? |
| 2 | A. | No. |
| 3 | Q. | Did you stay in the hospital overnight? |
| 4 | A. | No. |
| 5 | Q. | And after you went to the hospital you went home with your parents, correct? |
| 7 | A. | Yes. |
| 8 | Q. | Now, during the time that you saw the fight between Aaron Jackson, Torry Jackson and Mario, did you see any of those three people with any weapons? |
| 12 | A. | No. |
| 13 | Q. | Okay. So the only weapon you saw this night was Valentino Dixon's when he came running on to the scene, correct? |
| 16 | A. | Yes. |
| 17 | | MR. BELLING: Any questions from Grand Jurors? |
| 19 | | BY MR. BELLING: |
| 20 | Q. | Did you hear Valentino Dixon say anything either before, during or after the shooting? |
| 22 | A. | No. |
| 23 | Q. | Okay. Now, I want you to just take a look at |

27

|    |    |    |
|----|----|----|
| 1  |    | exhibit 1 here, the map. This has got Saint |
| 2  |    | Girards church. That is the church you ran and |
| 3  |    | stood next to? |
| 4  | A. | Yes. |
| 5  | Q. | I want you to notice that this is a street |
| 6  |    | light, this is a street light, this is a street |
| 7  |    | light and this is a street light. All in the |
| 8  |    | general area of this intersection. Was the |
| 9  |    | lighting good enough for you to see that it was |
| 10 |    | Valentino Dixon doing the shooting from where |
| 11 |    | you looked? |
| 12 | A. | Yes. |
| 13 | Q. | You had no problem seeing him? |
| 14 | A. | I mean I seen his face and when I see his face |
| 15 |    | before I recognize it. Now I see you all I |
| 16 |    | recognize you all. |
| 17 | Q. | It was a face you recognized. And you saw him |
| 18 |    | you're testifying to see it with sufficient |
| 19 |    | lighting to tell who it was again? |
| 20 | A. | Yes. |
| 21 | Q. | And, you were looking from the vicinity of the |
| 22 |    | church back towards Bailey, toward the |
| 23 |    | intersection of Bailey and Delavan, correct? |

28

Dixon-001514

```
 1    A.    Yes

 2

 3          BY MR. CHIACCHIA:
 4    Q.    When you saw him standing over the top of Torry
 5          with the gun, you say that he was shooting,
 6          right?  You indicated that you didn't know how
 7          many shots were fired.  When he was over Torry
 8          did you hear gunshots?
 9    A.    Yes.
10    Q.    How many did you hear?
11    A.    Couldn't tell.  It was too fast.
12    Q.    More than five?
13    A.    Yes.
14    Q.    More than ten?
15    A.    I don't know.
16    Q.    Okay.  But more than five you think?
17    A.    Yes.
18    Q.    Okay.  But you're not sure if it was more than
19          ten?
20    A.    I'm not sure if it was more than ten.
21
22          MR. CHIACCHIA:           Okay.
23          BY MR. BELLING:
```

```
 1    Q.    Okay.  Mr. Sullivan did you yourself know
 2          whether there's any relationship between
 3          Valentino Dixon and Mario?
 4    A.    No.
 5    Q.    Do you even know if they're friends or not?
 6    A.    Yes.
 7    Q.    Are they friends?
 8    A.    I think so.  I mean, yeah.
 9    Q.    Okay.  That's something that you know but you
10          don't know if there's any other relationship
11          other than being friends?
12    A.    No.
13          MR. BELLING:      Okay.  Any other questions?
14          Okay, John.
15                            *  *  *
```

30

Dixon-001516