# EXHIBIT 18

```
 1
 2          91-1476
            1/13/92
 3          10:30 AM
            CLW
 4

 5

 6          L E O N A R D   B R O W N, sworn, testified:

 7

 8

 9               (Whereupon, a PHOTOGRAPH was received
            and marked Grand Jury Exhibit 10.)
10

11

12          BY MR. BELLING:

13     Q.   I want you to state your name and spell your

14          last name for the stenographer, please?

15     A.   Leonard Brown, B- R- O- W- N.

16     Q.   Your date of birth, Mr. Brown?

17     A.   12/7/70.

18     Q.   Your home address?

19     A.   63 Fay.

20     Q.   Who do you live with at 63 Fay?

21     A.   My mother.

22     Q.   What is her name?

23     A.   Annie Shannon.
```

21

Dixon-001562

```
 1      Q.   And what is your father's name?

 2      A.   Samuel Brown.

 3      Q.   Do you go to school or work or what?

 4      A.   I work.

 5      Q.   Where do you work?

 6      A.   Sheraton Hotel.

 7      Q.   The one out --

 8      A.   Walden.

 9      Q.   By the Galleria?

10      A.   Yeah.

11      Q.   Okay.  Are you related to Valentino Dixon?

12      A.   No, no relation really.

13      Q.   Isn't he your half brother?

14      A.   He not my half --  he's half brother like cause

15           my father --  I don't have the same father as my

16           brother but my mother like was with his father.

17           His father raised me as we was growing up

18           because my mother broke up with his father.

19      Q.   What is Valentino's father's name?

20      A.   Robert.

21      Q.   Robert Dixon?

22      A.   Robert Bryant.

23      Q.   Robert Bryant?
```

22

```
 1    A.    Yeah.

 2    Q.    You know Robert Bryant because he was around

 3          when you were being raised, right?

 4    A.    Yeah.

 5    Q.    Is Robert Bryant still living with your mom on

 6          Fay Street?

 7    A.    No.

 8    Q.    Now, the night of August 10th, 1991, or the

 9          early morning hours, were you present at the

10          corner of Bailey and East Delavan when a

11          shooting took place?

12    A.    Yes.

13    Q.    Why don't you describe for the Grand Jury the

14          events starting from your first encounter with

15          Aaron and Torri Jackson through the shooting.

16          I'll let you do the narrative.

17    A.    Okay.  It was me, Mario and Twan.  That's my

18          little brother.  We was walking up the street.

19          We went to the store, went in the store and my

20          little brother came in the store.  I was up to

21          the counter and my little brother came in the

22          store and said Leonard, come here, come here,

23          come here.  I put everything down and ran out
```

23

Dixon-001564

```
 1           the store.  It was like Aaron because they
 2           had -- Aaron had put a gun on him.
 3      Q.   On Antwan Shannon?
 4      A.   Torri had put a gun on me.  They was
 5           altogether.  They told him to get on his knees
 6           like two weeks before that.
 7      Q.   Okay.
 8      A.   At a party.  We was going over there to confront
 9           him.
10      Q.   Take your time, no rush.
11      A.   We was going over there to confront him.  We
12           went over across the parking lot.  He was
13           sitting in the driver's seat of the car, the
14           passenger seat.
15      Q.   A little yellow car?
16      A.   Yeah.  We was like -- it was like why did you
17           put a gun on my brother for.  He started getting
18           all loud and everything.  He said my other
19           brother, you know who I am, my other brother
20           just died because his other brother died like
21           two weeks before that, something like that.
22      Q.   Right.
23      A.   And he was like you know who I am.  Then he
```

24

Dixon-001565

```
 1              jumped over on the passenger --  I mean the
 2              driver's side, pulled off and then his friend
 3              Travis got in the car, too.  They was like just
 4              stay right here and we going to come back and
 5              smoke all of you.
 6       Q.     Who said that?
 7       A.     That's what Aaron said.
 8       Q.     Okay.
 9       A.     Then they drove off.  So we walked down to Mario
10              house and we just see the yellow car. We in
11              Mario driveway.  They couldn't see us.  His
12              house is on Delavan.  They was riding by.  They
13              rolled by and they ain't see us and they got
14              more people in the car this time.  So they ain't
15              see us.  We walked back up to Delavan.  Then we
16              seen LaMorr.  LaMorr came on the bike.  We seen
17              LaMorr riding down the street on a bike.
18       Q.     Which street was he riding down?
19       A.     Delavan.
20       Q.     From the Chevy Plant or Cheektowaga?
21       A.     Chevy.
22       Q.     Okay.
23       A.     He was coming.  We got in the house.  I guess he
```

25

Dixon-001566

```
 1              was coming from Chevy.  We was right in front of
 2              his house.  I was coming up the driveway when I
 3              seen LaMorr.
 4       Q.     What about Valentino Dixon?
 5       A.     He wasn't there.
 6       Q.     He wasn't there when LaMarr got there?
 7       A.     Uhn-nun.
 8       Q.     Go ahead.
 9       A.     LaMorr came.  We was telling him we got a beef
10              and everything with them.  They said they was
11              going to come and shoot.
12       Q.     Take your time.  You sound like you're very
13              nervous.  This poor lady has to take everything
14              down.  It hard when you talk real fast and
15              jittery.
16       A.     We seen LaMorr and told him there was a beef and
17              everything.  They kept riding around in a
18              circle.
19       Q.     Now Valentino was still not there?
20       A.     No, he was never there, not yet.
21       Q.     Okay.
22       A.     LaMorr, he was going to come right back.  I got
23              a beef with him, I'll be right back.  LaMorr
```

26

Dixon-001567

```
 1           left.  We walked on Delavan then.

 2    Q.     Who all walks up on Delavan?

 3    A.     Me, Mario and Twan.

 4    Q.     Just the three of you?

 5    A.     Yes.

 6    Q.     Where do you go?

 7    A.     To the store.

 8    Q.     Drugstore on your side of the street, on Mario's

 9           house side of the street?

10    A.     Yeah.  Then we seen Tino.  First we called Tino.

11           We called him first.

12    Q.     Okay.

13    A.     Then we seen him coming down Bailey and we waved

14           him down.

15    Q.     Tino comes down Bailey?

16    A.     Yeah.

17    Q.     And you and Mario and Twan are there?

18    A.     Uh-huh.

19    Q.     You wave him down?

20    A.     Yeah, we stopped him.  He pulled over.

21    Q.     Okay, he pulls over on Bailey?

22    A.     No. He pulled over down the street.  We stopped

23           him.  He ain't pull over right then.  He rode
```

27

Dixon-001568

1    and turned around and we started walking down

2    Delavan towards Mario house.  Then he pulled

3    over and we was talking to him.  We was telling

4    him what went on.  Then LaMorr came coming

5    back.  It was like something like ten, fifteen

6    minutes later because we was sitting there

7    because then they rode past again.  They ain't

8    see us.  We all back in the backyard because the

9    way Mario house is, he sit back on Delavan.  You

10   can't see when you're riding around.

11   Q.   So now Valentino is with you but LaMarr is not

12        there?

13   A.   No.  Then LaMorr come on a bike.  He got a

14        little book bag, package with him.  He came in

15        the driveway. Then he went, took the whatever

16        bag back in the back.

17   Q.   Back of Mario's house?

18   A.   Yeah.

19   Q.   Okay.

20   A.   Then Tino, Twan, LaMorr and Mario walk up to the

21        store on Delavan right there.  They was going to

22        get some beer.  They walk up there.  Then they

23        come -- while they walk up there, I stayed

28

Dixon-001569

1      there.  I stayed.

2   Q.  You stayed at Mario's house?

3   A.  Yeah, because they told me to stay there and see

4       if they ride back by again.

5   Q.  Okay.

6   A.  They went up to the store.  Torri and them was

7       riding right by at the same time.  I seen them

8       all.  They was like at the corner of Bailey and

9       Delavan.  They was talking.  I don't know what

10      they was talking about.  I was down the street.

11  Q.  Let me stop you a second.  When you say you saw

12      them all, was it Torri and Aaron and --

13  A.  And a lot of people in the back seat of the car,

14      like three people in the back seat of the car.

15  Q.  Besides Torri and Aaron?

16  A.  They was in the yellow car.

17  Q.  There is Travis Powell, Torri and Aaron, anybody

18      else in the car?

19  A.  Yeah, it looked like there was at least three

20      people in the back seat.

21  Q.  Leonard, calm down.  Assuming you're telling the

22      truth, you don't have anything to be nervous

23      about.  Okay.  Now, when they're out of the car,

29

Dixon-001570

```
1              who are they talking to in the street?

2    A.    Okay.  When they jumped --  they didn't jump out

3          of the car.  When they jumped out, they ain't

4          jump out.  They pulled in the parking lot.

5    Q.    Pulled in the parking lot of Louie's?

6    A.    Yes.

7    Q.    After they did that, what did you see happen?

8    A.    I seen them run across the street.  It was like

9          four of them.

10   Q.    Four of them?

11   A.    They ran across the street.

12   Q.    Okay.

13   A.    And then it was like four of them.  Then Twan,

14         Tino and LaMorr come running back down.  They

15         was saying something in the car at the light

16         because they had to stop at the red light first

17         because they could turn in Louie's.  I don't

18         know what they said.  I wasn't down there.

19   Q.    Okay.

20   A.    Then they made a right, pulled up in Louie's

21         parking lot and Twan, Tino and LaMorr ran down

22         towards Mario house.

23   Q.    Okay.
```

30

Dixon-001571

```
 1    A.    And Mario stayed there, stayed at the corner and
 2          then I seen them running across the street.
 3          Then I seen all four of them jumping on Mario.
 4          He was like fighting off four of them.
 5    Q.    Okay.
 6    A.    Then LaMorr came.  They all came running down.
 7          LaMorr ran in the backyard.
 8    Q.    Let me stop you a second.  When all four of them
 9          were fighting with Mario, did any of these
10          people have weapons?
11    A.    Yeah.
12    Q.    Okay, who had weapons and what did they have?
13    A.    Torri had a gun.  I don't know what kind of gun
14          it was.
15    Q.    Could you see that he had a gun from where you
16          were?
17    A.    Yeah, he had a gun. I seen the gun and I heard
18          the gun just shoot.
19    Q.    How many times did he shoot at Mario with the
20          gun?
21    A.    I heard like one, one shot first.
22    Q.    Okay.
23    A.    Then I heard like one shot because we was
```

31

```
 1              running up the street.  I only heard him shoot
 2              the gun two times.  I only heard him shoot the
 3              gun two times.
 4         Q.   You only heard Torri Jackson shoot the gun two
 5              times?
 6         A.   Yes.
 7         Q.   Saw Torri with the gun beforehand?
 8         A.   No.  See, when I was down the street, they
 9              came.  Tino and Twan and LaMorr come running
10              down the street.  Then LaMorr run in the
11              backyard.  I stayed down there until they get
12              all the way down there.  Mario is still up here
13              fighting with them.  They all around him.  Now
14              I'm running up the street when Tino and Twan
15              come down the street.  When I was going up the
16              street, I seen LaMorr shuffling the gun in his
17              hands running up the street.  Then I heard Torri
18              fire off.  He fired off twice.  He fired off one
19              time.  Then there was another shot.  He went and
20              waited fifteen seconds later and fired off
21              again.
22         Q.   He's shooting at Mario?
23         A.   Yeah.
```

32

Dixon-001573

1    Q.   Okay.

2    A.   Then because I guess it was -- they said it was

3         a little twenty-two.  When he shot Mario, it

4         ain't just knock him down.  He was still trying

5         to fight him.

6    Q.   Did you see Mario at all when he got hit, did he

7         react or say I'm hit or anything?

8    A.   Yeah, you could see him.  He was hit but he was

9         still, he was still trying to fight.

10   Q.   Did you hear him cry out, did he say oh, I'm

11        hit?

12   A.   Yeah, he was hurting though.  He didn't cry out

13        and say I'm hit.  You could hear him while he

14        was wrestling.

15   Q.   Okay, so LaMarr is coming?

16   A.   Yeah.

17   Q.   Take it from there.

18   A.   I was running first.  I had a bottle in my

19        hands.  I ran up there and then LaMarr come

20        running.  He was in back of me.  Tino was in

21        back of LaMorr and Twan was in back of Tino.

22        LaMarr come running up on Bailey and started

23        shooting everywhere.  He started shooting,

33

Dixon-001574

1       shooting everybody, just shooting, just started

2       shooting.  Everybody was --  at first I didn't

3       think no bullets was in the gun, he was shooting

4       so much.  Nobody was falling. Everybody just

5       started dropping down.

6    Q.  Did you see when Torri Jackson fell down?

7    A.  Yeah, I seen when everybody fell down.

8    Q.  After Torri Jackson fell down, what happened?

9    A.  When he was shooting, when Torri Jackson fell

10      down, LaMarr was shooting.

11   Q.  Did you see when LaMarr ran up and stood over

12      Torri and shot him while he was down on the

13      ground?

14   A.  Well, I seen when Torri was on the ground.

15   Q.  Okay.  We've had other witnesses in here who

16      testified and all of them testified that when he

17      was down, the guy with the machine gun ran up

18      and stood over him and shot him.  Did you see

19      that part?

20   A.  Ran up to him when he was on the ground, I

21      seen -- yeah, he was shooting.

22   Q.  You saw LaMarr shoot him when he was down on the

23      ground?

34

Dixon-001575

```
 1   A.   He was shooting.  Yeah, he was shooting the
 2        gun.  Everybody was on the ground.  He was
 3        shooting.  Like the gun wouldn't stop.  He
 4        just --
 5   Q.   Let me stop you.  Let me stop you a second.  Did
 6        you see it when LaMarr had the gun pointed down
 7        at the ground and was shooting into Torri
 8        Jackson laying on the ground?
 9   A.   Just shooting just exactly at him?
10   Q.   Right.
11   A.   No, I didn't see him shooting exactly.
12   Q.   You didn't see that?
13   A.   Like he was down on the ground but he just like,
14        like shooting at him like that.
15   Q.   The reason you didn't see it is because if you
16        saw that, that would ruin LaMarr's claim that
17        this was self-defense, wouldn't it?
18   A.   I didn't see that.  I didn't see him shoot him
19        on the ground like that.
20   Q.   So you would disagree with the other witnesses
21        who said they did see that?
22   A.   Who said --
23   Q.   You were watching it, right?
```

35

Dixon-001576

1    A.    I was right there, yeah.

2    Q.    So you would disagree with other witnesses who

3          say that whoever had the machine gun stood over

4          Torri and unloaded it into him while he was

5          down?

6    A.    Just over him and unloaded the whole thing on

7          him?

8    Q.    Not the whole thing, several shots?

9    A.    Just standing over him on top of him?

10   Q.    Yeah.

11   A.    I would say I disagree with that but he did

12         shoot him while he was on the ground but he

13         didn't jump all over him and shoot him like

14         that.

15   Q.    Okay.

16   A.    He did shoot him while he was on the ground.

17   Q.    After that, what happened?

18   A.    So then we started -- everybody was scared.  I

19         looked at Tino and then Tino looked at me.  Twan

20         looked at me.  Tino started running first down

21         the street. Twan started running and I started

22         running.  LaMorr was the last one.  We didn't

23         know where Mario was at.  Mario was around the

36

Dixon-001577

1       corner because he had got shot.  We didn't know

2       how bad he was hurt.  We thought it was because

3       he was fighting.  They say his lungs collapsed

4       and everything.  Then we was running up the

5       street.  Tino jumped in his car, pulled off.

6       LaMorr ran with the gun, ran in the backyard,

7       ran in Mario's backyard.  Me and Twan went in

8       Mario's house.  LaMorr ran in the backyard,

9       running back.  He ran in the backyard and jumped

10      the fence and came back.

11   Q.   Didn't LaMarr hide the gun in the backyard?

12   A.   He hid the gun somewhere.  I ain't know.  He hid

13       the gun somewhere.  He had to.

14   Q.   Eventually didn't you tell LaMarr you got the

15       gun and took care of it?

16   A.   Did I say that?

17   Q.   Yes?

18   A.   No.

19   Q.   If LaMarr in his sworn statement told the police

20       you got the gun, that was wrong?

21   A.   Yeah, that was wrong. If he told the police that,

22       that was wrong at the time.  I don't know what

23       he was saying right then.

37

Dixon-001578

1    Q.    Now, let me show you an Exhibit here. Let me

2          show you an Exhibit. I want to show you Grand

3          Jury Exhibit Number 10. Why don't you tell me

4          what that is a picture of?

5    A.    This --

6    Q.    Is that a picture of your half brother Valentino

7          Dixon with a machine gun in his lap?

8    A.    Yeah.

9    Q.    Do you know where that was taken?

10   A.    No, I ain't too familiar with the house.

11   Q.    Is that the same machine gun that LaMarr had

12         that night?

13   A.    No, it's not that big.

14   Q.    Okay.

15   A.    The gun he had was like this big.

16   Q.    Smaller machine gun, just for the record you're

17         gesturing about two feet like?

18   A.    This big because LaMorr can hide it in his

19         jacket. When he was running up the street, he

20         was taking it out of his jacket running with it

21         at the same time. It's not that long. It's

22         like this big, something like this.

23   Q.    Now, LaMarr came back then you say, right?

                              38

Dixon-001579

```
 1    A.   Yeah.

 2    Q.   Okay.  Then later that night all of you guys

 3         went your separate ways?

 4    A.   Yeah.

 5    Q.   Now, two days later didn't Robert Bryant, you,

 6         your mother and Antwan go out and find LaMarr?

 7    A.   Uhn-nun.  LaMorr always kept in touch with my

 8         father.

 9    Q.   LaMarr kept in touch with your father and on the

10         night of August 12th, two days later, didn't

11         your whole family go pick up LaMarr and take him

12         to 63 Fay?

13    A.   No.  LaMorr came over there.

14    Q.   Came over to 63 Fay?

15    A.   No, he didn't come over to 63 Fay.  He came over

16         to my father's house.

17    Q.   Which is where?

18    A.   Well, they all met up on Goodyear.

19    Q.   That's your father's house on Goodyear?

20    A.   Uhn-nun.  They was altogether.  They met up.

21         Somehow they all met up together.

22    Q.   Who is they, who all met up on Goodyear?

23    A.   It was LaMorr, my father, Arnece (sic).
```

Dixon-001580

| | | |
|---|---|---|
| 1 | Q. | Who is your niece? |
| 2 | A. | Arnece. |
| 3 | Q. | Arnece, okay. Arnece is her name, okay. |
| 4 | A. | That's it. |
| 5 | Q. | So they met on Goodyear. Then they came to 63 |
| 6 | | Fay Street? |
| 7 | A. | Yeah, because LaMorr say he wanted to testify |
| 8 | | because Tino didn't do it. He say he did it. |
| 9 | Q. | So from 63 Fay Street somebody called Channel 2 |
| 10 | | News, right? |
| 11 | A. | Yeah. |
| 12 | Q. | Who called? |
| 13 | A. | My mother did. |
| 14 | Q. | And your mother called Channel 2 News because |
| 15 | | LaMarr was going to confess to it, right? |
| 16 | A. | Yeah. He wanted to confess. He scared to go |
| 17 | | right to the police. He say he ain't going to |
| 18 | | the police. |
| 19 | Q. | LaMarr was there at 63 Fay Street with you and |
| 20 | | Twan, right? |
| 21 | A. | Yeah. |
| 22 | Q. | Your mother and your father, right? |
| 23 | A. | Yeah. |

40

Dixon-001581

1    Q.    And Arnece, whoever she is?

2    A.    Uh-huh.

3    Q.    Arnece is Valentino's girlfriend, isn't she?

4    A.    Yeah.

5    Q.    All these people are there and LaMarr is going

6          to call Channel 2 News because he's going to

7          confess?

8    A.    Yeah.

9    Q.    Then a bunch of you went in a car and took him

10         to the corner of Genesee and Bailey where he met

11         Channel 2, right?

12   A.    Yeah.

13   Q.    You were all in the car?

14   A.    I wasn't in a car. I was on a bike.

15   Q.    Too many people to get all in a car?

16   A.    Yeah.  The car was small.

17   Q.    You're all over and standing around when Channel

18         2 News shows up?

19   A.    Yeah.

20   Q.    You ever seen the videotape of that?

21   A.    Yeah.

22   Q.    Your father is in the background of the

23         videotape?

41

```
 1      A.    Yeah.

 2      Q.    As a matter of fact Channel 2 wants to talk to

 3            him and he says he doesn't want to talk to them,

 4            right?

 5      A.    I don't know.

 6      Q.    Then LaMarr tells the police that he was the one

 7            who did the shooting, right?

 8      A.    Yeah.

 9      Q.    Now, Leonard, I want to read you something.

10            There is a crime that's called perjury in the

11            first degree.  It reads a person is guilty of

12            perjury in the first degree when he swears

13            falsely and when his false statement consists of

14            testimony, and is material to the action or

15            proceeding or matter in which it is made.  I'm

16            telling you that your information on who did

17            this shooting is clearly material.  You're here

18            testifying before a Grand Jury.  Now, are you

19            prepared at this point in time to stand by the

20            testimony you just gave that LaMarr is the

21            shooter?

22      A.    Yeah.

23      Q.    Okay.
```

42

1    A.    Yeah.

2    Q.    You are?

3    A.    Uh-huh, yeah.

4    Q.    Any doubt in your mind?

5    A.    No doubt.  LaMorr, yeah, LaMorr did the

6          shooting.

7    Q.    Okay.

8    A.    Everybody knows LaMorr did the shooting.

9    Q.    Now, I think I can tell you and I'm not telling

10         you this to frighten you or scare you in any

11         way, I can tell you that at this point in time

12         several other witnesses have identified your

13         half brother Valentino Dixon as having been the

14         shooter.  I want to ask you if you agree with

15         their testimony, disagree with their testimony,

16         feel that they couldn't observe or what the

17         problem might be?

18   A.    I disagree with their testimony.

19   Q.    So it's your sworn testimony under oath here

20         that Valentino Dixon was not the shooter?

21   A.    Okay.  What if, if like the people that testify

22         against Tino, right.

23   Q.    Right?

43

Dixon-001584

1    A.    Like Travis, he testified against Tino that Tino

2          did the shooting.

3    Q.    I'm not going to  tell you what anybody

4          testified to.

5    A.    And he telling people out on the street that he

6          know Tino didn't do the shooting, like we can

7          get some kind of tape of him saying he know Tino

8          didn't do the shooting.  Would that make any

9          difference, if we could get him on tape that he

10         know Tino didn't do the shooting?

11   Q.    I don't know if it would make any difference if

12         you and your family would get it on tape.

13   A.    Somebody else.  A girl came up to me and tell me

14         that Travis say he know Tino ain't do the

15         shooting.

16   Q.    You're telling this Grand Jury that some girl

17         told you that Travis told her?

18   A.    He know Tino didn't do the shooting.

19   Q.    We don't have to worry about that.  That's third

20         or fourth generation hearsay.  We don't have to

21         worry about that.  I'm more concerned about you

22         right now.  I'm more concerned about you.  I

23         want to make sure that I've given you every

44

Dixon-001585

1      possible opportunity to tell us the truth and

2      you've done that, right?

3   A.  Uh-huh.

4   Q.  And there is no doubt in your mind that you've

5      done that?

6   A.  No doubt.

7   Q.  No doubt in your mind that you've told the

8      truth?

9   A.  Yes.

10      MR. BELLING:      Any Grand Jurors have any

11      questions for Leonard Brown?

12      BY MR. BELLING:

13  Q.  Now, Leonard, it's your testimony that you were

14      down Delavan towards Mario's house as you

15      witnessed this, correct?

16  A.  Witnessed what?

17  Q.  The shooting, August 10th?

18  A.  No.  I was right there.  I was right there at

19      the shooting when everything happened.

20  Q.  Okay.

21  A.  We ran.  Everybody had ran.  I was down at his

22      house when they had pulled up.  Then they had

23      ran back down.  Everybody had ran back up

45

Dixon-001586

1          towards me.

2    Q.    You told us that you waited behind back at

3          Mario's house when Valentino, LaMarr, Mario and

4          Twan went up to the corner, right?

5    A.    Uh-huh.

6    Q.    Now, Valentino, Twan and LaMarr start to retreat

7          back toward Mario's house?

8    A.    Yeah.

9    Q.    While they're retreating, you're walking up

10         towards the corner?

11   A.    Yeah.  I started coming.  I didn't just walk.

12         When they started running, I waited until they

13         got down to the house.  Then I started running

14         first.

15   Q.    Now you're running back while they're still at

16         the house, correct?

17   A.    No.  They're right with me.  They started

18         running, too.  I had waited until they got down

19         to Mario's house and LaMorr had run in the

20         backyard.  Then when he got in the backyard, I

21         started running back up towards the house,

22         towards where they were at.

23   Q.    You started running back towards --

46

Dixon-001587

```
 1     A.    Everybody did.

 2     Q.    Okay.

 3     A.    I was the first one.

 4     Q.    You start doing that before the shooting occurs,

 5           correct?

 6     A.    Yeah.

 7     Q.    By the time the shooting occurs, are you up to

 8           where Mario and Torri Jackson are in hand to

 9           hand combat?

10     A.    When the shooting occurs, I'm right there in

11           front of everybody.

12     Q.    How far away from LaMarr shooting were you?

13     A.    LaMorr was right -- I was right here.  He is

14           like right at the chair right there.

15     Q.    Okay.  For reference later on that's no more

16           than six feet away?

17     A.    No more than six feet.

18     Q.    No --

19     A.    No more than five feet.

20     Q.    Okay.  Does LaMarr stay in one place while he

21           shoots?

22     A.    When he shooting, yeah --  no, he don't stay in

23           one place.  He walks in the street though.
```

47

Dixon-001588

```
 1    Q.    Does he move up towards where Torri Jackson fell
 2          on the ground?
 3    A.    Yeah.
 4    Q.    When he moved up towards Torri Jackson on the
 5          ground, where do you go?
 6    A.    I'm staying in my same spot.
 7    Q.    As he walks away from you, he's got the gun and
 8          still shooting, correct?
 9    A.    Yeah.
10    Q.    Where is Valentino?
11    A.    He's on the sidewalk.  Him and my little brother
12          Twan, they gone on the sidewalk by the bus stop
13          standing right there.
14    Q.    That's the bus stop on the drugstore side of
15          this whole street, right?
16    A.    Yeah, store side.
17    Q.    And the shooting that LaMarr is doing is going
18          away from where they're standing, correct?
19    A.    Yeah.
20    Q.    They must be behind him at that point then?
21    A.    Yeah, right behind him.
22    Q.    They're also behind you?
23    A.    No, because I'm on the other side of LaMorr.
```

48

1          I'm like closer to Bailey.

2    Q.   Closer to Bailey than LaMarr?

3    A.   Yeah.

4    Q.   How far would you say you were away from LaMarr

5         when he shot Torri Jackson?

6    A.   I'd say from like here to like -- from right

7         here to the end of that table.

8    Q.   You're talking about the coat rack in Grand Jury

9         Room A to the end of the foreman's table here, a

10        distance of approximately fifteen to twenty

11        feet?

12   A.   Yes, something like that.

13        MR. BELLING:       Any other questions for

14        Leonard?

15        BY MR. BELLING:

16   Q.   A question from a Grand Juror.  You said earlier

17        you saw Torri Jackson with a gun, correct?

18   A.   Yeah.

19   Q.   Were you watching when Torri Jackson supposedly

20        shot Mario Jarmon those two times that you told

21        us about?

22   A.   No, I wasn't watching.  See, I seen him with the

23        gun but I heard the gunshots.  I ain't see the

                          49

1        gun.  I ain't see him just pull the trigger.

2    Q.  That's the question; why not, were you looking

3        at Torri Jackson, could you see him at the time

4        you heard the gunshots?

5    A.  Yeah, I could see him.

6    Q.  Okay, when you heard the gunshots, was the gun

7        pointed at Mario?

8    A.  Yeah.  He was the only one there.  I was the

9        first one up.  I heard the gunshots but I ain't

10       see him when this all happened.  I just seen the

11       gun in his hand and I ain't see him --  when I

12       seen him when I got up to him, I ain't see him

13       just shoot.  I heard gunshots on my way like up

14       there.  When I first started running, I heard

15       gunshots.

16   Q.  Let's break it down a little.  When you saw the

17       gun in Torri Jackson's hand, did you hear any

18       gunshots?

19   A.  When I saw it in his hand?

20   Q.  Right.

21   A.  No.

22   Q.  Next question is when you heard the gunshots,

23       did you see Torri Jackson with a gun in his

50

Dixon-001591

```
 1              hands?
 2       A.    When I heard the gunshots?  When I heard the
 3              gunshots after, then I seen him with the gun.
 4              After I heard the gunshots, I heard the gunshots
 5              then I seen him.  He had the gun in his hand.
 6       Q.    Did you see him both before and after that?
 7       A.    I ain't see him before the gunshots.
 8       Q.    So you don't see the gun in Torri Jackson's
 9              hands until after you heard gunshots?
10       A.    Yeah.
11       Q.    Where were you looking when you heard those
12              gunshots?
13       A.    I was running up the street.
14       Q.    Could you see Torri Jackson when you heard the
15              shots?
16       A.    Yeah.  I could see them all.
17       Q.    Who is them all?
18       A.    It was Torri, Travis, Aaron and a few --
19              somebody else.
20       Q.    Who else?
21       A.    I don't know all the other guys.  I guess Robert
22              was one of them.
23       Q.    Robert who?
```

51

1    A.    Rabbit.

2    Q.    Rabbit?

3    A.    Yes.

4    Q.    Okay.

5          At the time that you heard Torri Jackson

6          shooting Mario as you say, how far away from the

7          two of them were you?

8    A.    Like -- how far when I heard the first gunshot?

9    Q.    Correct, the first gunshot.

10   A.    I was kind of far.  I was like from that wall

11         back there to this wall like and halfway to

12         that, another half.

13   Q.    So you're talking the depth this room and then

14         another half the depth of the room?

15   A.    Yeah.

16   Q.    So if this room is --

17   A.    Like well, like two of this room.

18   Q.    Two of this room?

19   A.    Yeah.

20   Q.    Okay, just for the record Grand Jury Room A, the

21         depth of the room doubled?

22   A.    Yeah.

23   Q.    You're that far away.  Were you running towards

52

Dixon-001593

```
 1            them?
 2     A.     Yeah, I was running up the street.
 3     Q.     Did you see the gun in Torri Jackson's hand at
 4            the time?
 5     A.     When he fired?
 6     Q.     Yes.
 7     A.     Uhn-nun.  I was too far away.  I couldn't see
 8            it.
 9     Q.     You heard him fire?
10     A.     Yeah.
11     Q.     You heard him fire at least twice?
12     A.     Yeah.
13     Q.     When you got closer, you saw it?
14     A.     Yeah, when I got closer up.  That's when LaMorr
15            came and started shooting, shooting everywhere.
16     Q.     Those two shots are the only shots Torri Jackson
17            fired?
18     A.     Yeah, that's the only shots I heard from his
19            gun.  I just heard all kinds of other shots from
20            LaMorr.
21     Q.     Now, LaMarr was behind you when you heard
22            shooting everywhere, right?
23     A.     Yeah --  no, no, he wasn't behind me.  When
```

53

Dixon-001594

```
 1              LaMorr started shooting everywhere, he was on
 2              the side of me when he started shooting
 3              everywhere.
 4       Q.     You were not behind him and Torri Jackson at
 5.             that time?
 6       A.     Uhn-nun.
 7       Q.     You were next to him?
 8       A.     Yeah.
 9       Q.     You say from the chair away is what you told us
10              five feet?
11       A.     Yeah.
12       Q.     He was shooting out this way?
13       A.     Yeah.  He had moved, walked up in the street and
14              started shooting.
15       Q.     Okay.  Now, as I understand it then on the 12th
16              LaMarr ended up on Fay Street where your whole
17              family was including your father, Robert Bryant,
18              right?  You've got to answer yes or no.
19       A.     Yes.
20       Q.     From Fay Street your mother called the news
21              media saying LaMarr wanted to make a statement?
22       A.     Yeah.  He didn't want to go to the police.  He
23              said he want to call the news, yeah.
```

Dixon-001595

1    Q.    What other relationship, if any, does LaMarr

2          Scott have with your father or your family?

3    A.    Never seen them before in his life.  That's the

4          first time I ever seen him before that night.

5    Q.    The night of the shooting?

6    A.    That was the first time I ever seen him before.

7          That was the first time my father ever seen

8          him.  I guess he know Arnece and he know Tino

9          didn't do this and I don't know how they hooked

10         all up.  They hooked up.

11   Q.    Isn't it true that your father told LaMarr that

12         if he claimed it was an accident, he would only

13         do two to six for manslaughter, isn't that true?

14   A.    I don't know.

15   Q.    If that was said, It wasn't said in your

16         presence?

17   A.    No.

18   Q.    That wasn't said at 63 Fay Street?

19   A.    It wasn't said in my presence.

20         MR. BELLING:        Any other questions? Okay,

21         Leonard, you're all done.

22

23                              *      *      *

                                    55