# EXHIBIT 19

```
 1

 2          91-1476
            1/13/92
 3          11:06 AM
            CLW
 4

 5

 6          L A M A R R    S C O T T , sworn, testified:

 7

 8          (John J. Molloy, Esq., representing the witness,
            present.)
 9

10              (Whereupon, a WAIVER OF IMMUNITY was
            received and marked Grand Jury Exhibit 11.)
11

12

13          BY MR. BELLING:

14    Q.    Would you state your name and spell your last

15          name for the record?

16    A.    LaMarr Scott, S- C- O double T.

17    Q.    Spell LaMarr for the court reporter so she gets

18          it right.

19    A.    L- A- M- A- R- R.

20    Q.    The M is a capital M or one word?

21    A.    Capital M.

22    Q.    And your address, LaMarr?

23    A.    357 Best.
```

Dixon-001597

```
 1    Q.   Your date of birth?

 2    A.   9/19/72.

 3         MR. BELLING:        For the record also I should

 4         note that John J. Molloy, attorney to Mr. Scott,

 5         is present in the Grand Jury room.

 6         BY MR. BELLING:

 7    Q.   I want to show you what we've marked here

 8         Exhibit 11.  It's a piece of paper that you had

 9         outside and that Mr. Molloy went over with you,

10         right?

11    A.   Yes.

12    Q.   And it says at the top affidavit waiver of

13         immunity.  It's in the action of the People of

14         the State of New York versus Valentino Dixon,

15         correct?

16    A.   Yes.

17    Q.   It indicates LaMarr Scott as the witness here.

18         I'm going to read it to you and ask you if you

19         agree with each paragraph and understand it.

20         Okay.  It starts out LaMarr Scott, being duly

21         sworn.  You got sworn in over here, right?

22    A.   Yes.

23    Q.   You've got to keep your voice up.  You
```

Dixon-001598

```
 1          understand that you're a person who in relation

 2          to this case could be prosecuted or subject to a

 3          penalty or forfeiture for and there is a lot of

 4          legal language, I agree, or on account of the

 5          transactions, matters or things which you

 6          testify about in the Grand Jury today, do you

 7          understand that?

 8     A.   Yes.

 9     Q.   And you understand that this Grand Jury which is

10          term 12A, is investigating charges of murder in

11          the second degree and possession of a weapon in

12          the second degree and any other matters of any

13          nature pertaining thereto.  Do you understand

14          that this investigation involves you, do you

15          know that?

16     A.   Yes.

17     Q.   Do you understand that you need not appear or

18          give testimony before this Grand Jury unless you

19          wish to do so and that if you do testify, any

20          testimony that you give must be freely and

21          voluntarily given, do you know that?

22     A.   Yes.

23     Q.   Do you understand that you have a right to
```

58

1          confer with an attorney before you swear to this

2          waiver and to give testimony and you have had

3          reasonable time to confer with Mr. Molloy and he

4          is here today, correct?

5     A.   Uh-huh.

6     Q.   And you've had a chance to talk with him both

7          last week and this morning, haven't you?

8     A.   Yes.

9     Q.   Moving to page two, no one has made any threats

10         or promises to you in connection with your

11         appearance to testify here today, have they?

12    A.   No.

13    Q.   Do you fully understand that anything you say or

14         testify to before this Grand Jury may be used

15         against you on the prosecution of any charge or

16         indictment concerning the transactions about

17         which you testify, do you know that?

18    A.   Yes.

19    Q.   And now fully understanding all of that, do you

20         knowingly and voluntarily waive pursuant to the

21         appropriate criminal procedure section which is

22         190.45 your immunity and privileges which you

23         would otherwise obtain under the Constitution of

59

```
 1           the United States, New York State or the

 2           statutory provisions and that would be immunity

 3           from indictment, prosecution, trial, punishment,

 4           penalty or forfeiture for or on account of or

 5           relating to the transactions which you're going

 6           to testify to, do you understand that?

 7    A.     Yes.

 8    Q.     And do you hereby waive and swear that you're

 9           waiving your immunity?

10    A.     Yes.

11    Q.     Okay.  I want you to signed your name right at

12           the X there.

13
             (Whereupon, the witness signed the waiver of
14           immunity.)

15

16           MR. BELLING:        I'm going to ask Mr. Molloy

17           to notarize it for you.

18
             (Whereupon, Mr. Molloy notarized the waiver of
19           immunity.)

20

21           BY MR. BELLING:

22    Q.     Now, just to acknowledge, Mr. Scott, you've

23           signed and your attorney has notarized this
```

60

```
 1            sworn waiver, correct, sir?
 2    A.      Yes.
 3    Q.      Now, Mr. Scott, I want to call your attention to
 4            August the 10th of 1991 in the early morning
 5            hours shortly after midnight in the vicinity of
 6            Louie's Texas Hots, Bailey and Delavan.  Were
 7            you present at that area at the time that a
 8            shooting took place?
 9    A.      Yes.
10    Q.      How did you get to the area that night?
11    A.      I was driven.  I was driven over there.
12    Q.      By who?
13    A.      One of my friends.
14    Q.      What friend?
15    A.      Valentino Dixon.
16    Q.      You were in a car with Valentino?
17    A.      Yeah.
18    Q.      Which car?
19    A.      The red Mazda RX-7.
20    Q.      And that's one of Valentino's two cars, correct?
21    A.      Yes.
22    Q.      Did you know when you went over there that
23            Valentino had been called by his half brothers
```

61

```
 1              to come over there because there was some
 2              trouble brewing?
 3    A.        He knew there was some trouble but I didn't know
 4              what type of trouble it was.
 5    Q.        And when you arrived, where did you go?
 6    A.        To Mario Jarmon's house.
 7    Q.        That's 1122 East Delavan?
 8    A.        Yes.
 9    Q.        And who was at Mario Jarmon's house when you got
10              there?
11    A.        Antwan, Leonard, Mario Jarmon and that's it.
12    Q.        So then when you and Valentino got there there
13              were five people, correct?
14    A.        Yes.
15    Q.        Once you got there did you stay there for the
16              rest of the evening or what happened?
17    A.        No.  We stayed there for about fifteen minutes.
18              Then we walked to the store, walked down to the
19              corner to get some beer.
20    Q.        And the store you're referring to is the
21              drugstore type of place that is on the UB side
22              of that corner really, it's on the same side of
23              Bailey as UB and the same side of Delavan?
```

Dixon-001603

1    A.    Yeah.

2    Q.    Who also walked down there?

3    A.    Me, Tino, Antwan, Mario Jarmon, Leonard.

4    Q.    Leonard went down also to the store?

5    A.    Yeah.

6    Q.    Okay. While you were down in the vicinity of the

7         store, did some type of a confrontation break

8         out?

9    A.    Yeah.

10   Q.    What happened?

11   A.    Well, some guys drove up in a yellow car and

12        Mario, Mario Jarmon and Antwan got into it with

13        Torriano Jackson, John Sullivan and Aaron.  They

14        started fighting and everything.  Torri pulled

15        out a gun and shot Mario three times and then

16        Valentino shot Torri.

17   Q.    Now, let me stop you a second.  When you guys

18        went up to the corner, did Valentino have the

19        gun with him?

20   A.    I guess he had it. I didn't see the gun with him

21        at the time when we walked to the corner because

22        we was all laughing and giggling and

23        everything.  I wasn't paying attention.

Dixon-001604

1    Q.   Okay.

2    A.   But the incident didn't occur as soon as we got

3         up to the corner.  It occurred like twenty

4         minutes after.  We was sitting on the bench and

5.        drinking beer.  They kept driving by and

6         pointing their fingers at us like that.  So Tino

7         went into the store again. Then he walked back

8         down to the house and again parked the car on

9         the side of the driveway of the drugstore.

10   Q.   Okay.  Then it was after that that the shooting

11        took place?

12   A.   Yeah.

13   Q.   I couldn't hear you.

14   A.   Yes.

15   Q.   And Valentino Dixon did the shooting?

16   A.   Yes.

17   Q.   Did he use an automatic weapon when he did the

18        shooting?

19   A.   Yes.

20   Q.   What did the weapon look like?

21   A.   It was a Tech-9. It was similar to an Uzi.

22   Q.   And nine millimeter and this weapon was fully

23        automatic?

                            64

```
1    A.   Yes.

2    Q.   And you heard it fired full automatic that

3         night?

4    A.   Yes, yeah.

5    Q.   Had you seen that gun before?

6    A.   Yeah.  I haven't seen it with him but I seen it

7         in magazines and stuff like that before.

8    Q.   Okay.  Now, two days later do you remember going

9         to the corner of Bailey and Delavan and talking

10        with the news media?

11   A.   Yes.

12   Q.   And at that time you told the news media that

13        you did the shooting, didn't you?

14   A.   Yes.

15   Q.   Why did you do that?

16   A.   Because I didn't --  the way it happened, you

17        know, it happened so fast and I don't think Tino

18        meant to kill him but I was trying to help him

19        as much as I can so he won't get no twenty-five

20        years to life.  I didn't want him, you know, to

21        go to jail for that alone.

22   Q.   Weren't you worried that you yourself would go

23        to jail for twenty-five to life?
```

Dixon-001606

```
 1    A.    See, the way his father was coaching me and
 2          telling me I didn't have any felonies and that
 3          would be my first felony or offense as an
 4          assault so he said all you could get is do six
 5          months or whatever and get five years
 6          probation.  So I said well, that ain't nothing.
 7          If that's all I got to do to help him, you know,
 8          he won't get twenty-five years, I'd do it, you
 9          know.  But I didn't know it was going to come
10          down to all this.
11    Q.    Now, eventually you also gave the police a sworn
12          statement that same night?
13    A.    Yeah, that same night.
14    Q.    In the sworn statement to the police you told
15          them that you did it?
16    A.    Yeah, the same thing that I told them on the
17          video.
18    Q.    The news media?
19    A.    Yeah.
20          MR. BELLING:       Can I have this marked,
21          please.
22
23                      (Whereupon, a VIDEOTAPE was received
            and marked Grand Jury Exhibit 12.)
```

66

Dixon-001607

```
 1
 2          MR. BELLING:        LaMarr, I want you to watch

 3     this, okay?

 4     THE WITNESS:        Yeah.

 5           ·

 6     (Whereupon, a videotape was played for the Grand
       Jury.)
 7

 8

 9            (Whereupon, a STATEMENT was received
       and marked Grand Jury Exhibit 13.)
10

11

12     BY MR. BELLING:

13  Q.  LaMarr, who is that man she is talking to right

14      there?

15  A.  That was Tino's father.

16  Q.  Tino's father?

17  A.  Yes.

18  Q.  The same guy who told you you could save Tino

19      some time on this?

20  A.  Yeah.

21  Q.  Now, you've just seen the video played there

22      which was Grand Jury Exhibit Number 13.  Is it

23      your sworn testimony at this time that you did
```

67

```
 1              not do the shooting but that Valentino Dixon
 2              did?
 3      A.      Yes.
 4      Q.      Now, I want to show you Grand Jury Exhibit
 5              Number -- the video was Exhibit Number 12. I'm
 6              sorry.  I want to show you Exhibit Number 13.
 7              It's a four page statement which you gave to the
 8              Buffalo Police on August 12th, 1991.  Do you
 9              recognize your signature on the last page,
10              LaMarr?
11      A.      Yes.
12      Q.      Is it your testimony at this time that this
13              statement in which you also claimed to be the
14              shooter is untrue?
15      A.      Yes.
16      Q.      You repudiate the statement you gave to the
17              Buffalo Police Department on August 12th, 1991
18              which is here marked Exhibit 13?
19      A.      What does repudiate mean?
20      Q.      Repudiate means is this statement not true?
21      A.      Yes.
22      Q.      Is it untrue, correct?  You've got to answer.
23      A.      Yes.
```

68

Dixon-001609

1    Q.    And the things you said about these guys riding

2          around threatening you all day long as far as

3          you personally know, you have no information

4          about that because you came upon the scene just

5          before the shooting?

6    A.    Yes.  I was informed that that's what they were

7          doing all day.

8    Q.    You were telling the news media what you had

9          heard from others, correct?

10   A.    Yeah, from Tino's father.  He told me everything

11         that, you know, the whole situation was from the

12         West Side when they was coming from somewhere

13         and a guy put a gun to his head.  I don't know

14         if that was true or not.  That's what I was

15         told.

16   Q.    They supposedly put a gun to Antwan Shannon's

17         head?

18   A.    Yeah.

19   Q.    Tino's father told you that?

20   A.    Yeah, he told me everything that was going on in

21         like a half an hour.  He told me I had a half an

22         hour to get my little story together to tell the

23         news.  I kept telling him I didn't want to go to

69

1          the news.  He said he wanted to go to the news

2          anyway.  He said that would help him a lot more,

3          that they put it on the news.

4     Q.   Okay.  Did he ever threaten you to get you to go

5          to the news?

6     A.   Uhn-nun.  He never threatened me.

7     Q.   He just sort of talked you into it by saying

8          that you could afford to do the time, you

9          probably would get less time than Tino would?

10    A.   Yeah.  He came to me.  He told me, he said

11         LaMorr, talking to me is like talking to Tino.

12         Whatever you say to me, you know Tino is going

13         to go with the same thing.  He was my friend,

14         Tino. That's the only reason I did it.  I wanted

15         to help him but I see I can't help him.

16    Q.   And I assume that Leonard Brown was in on the

17         story, too?

18    A.   Yeah, he was there.  He was there.

19    Q.   As a matter of fact in your statement you happen

20         to mention that Leonard Brown told you he took

21         care of the gun, isn't that right?

22    A.   Yeah, that he destroyed it.

23    Q.   But Leonard Brown just denied that that is the

70

Dixon-001611

1          case.  That is probably because the story didn't

2          match up?

3     A.   I assume he destroyed the gun.  That's as far as

4          I know.  There is a lot of stuff they keeping

5          from me I don't know about, you know.

6     Q.   I want to show you Grand Jury Exhibit 10.  Do

7          you recognize the person in that picture?

8     A.   Yeah.

9     Q.   Who is that?

10    A.   Tino.

11    Q.   Valentino Dixon?

12    A.   Yeah.

13    Q.   Is that the Tech-9 or is that a different weapon

14         in that picture?

15    A.   That's a different one.  That's an M-16.

16    Q.   That's an M-16 in the picture?

17    A.   Yes.

18    Q.   Tino have an M-16, too, that you have seen?

19    A.   I ain't never seen that picture before.

20         MR. BELLING:        Anybody have any questions

21         for LaMarr?

22         BY MR. BELLING:

23    Q.   Did you know Mario Jarmon and Antwan Shannon

71

1          before this event?

2    A.    I knew Antwan because we played football in high

3          school together, freshman year, junior year.  I

4          never knew Mario Jarmon or Leonard Brown.

5    Q.    That was the first night you seen them?

6    A.    That was the first time.  I never knew they

7          existed.

8    Q.    How did you know Valentino?

9    A.    I knew Tino from downtown.  I had a message to

10         give to him from one of the guys downtown and he

11         just so happened to live in the neighborhood and

12         I confronted and was talking to him and from

13         then on we just, you know, started hanging

14         around together.  He used to come and get me

15         everyday, take me shopping and stuff like that,

16         you know, give me money and stuff.  We was just

17         friends.  Basically I think he really wanted me

18         to be around now that I realize because of my

19         size and he was just a little guy.  I guess he

20         wanted me around for protection or whatever but

21         he never confronted me about nothing like that.

22         We just played it off.  We drove around and

23         stuff like that.

                              72

Dixon-001613

1    Q.    But in retrospect for whatever significance it

2          may or may not have, you think because you're a

3          pretty burly guy, it gave Tino some bodyguard

4          type of stature?

5    A.    Yeah, yeah.

6          MR. BELLING:        Any other questions for

7          LaMarr?

8          BY MR. BELLING:

9    Q.    Did you ever on this night -- you mentioned in

10         the video riding a ten speed.  Did you ever go

11         anywhere on a ten speed that night?

12   A.    No.  That was something Tino father said to say.

13   Q.    That was part of the story?

14   A.    Yeah.  He didn't want Tino's car -- he didn't

15         want me to say anything about his cars or

16         anything.  They took the red car from him and

17         they took the white Cadillac from him.

18   Q.    They seized both of Tino's cars the next day,

19         right?

20   A.    Yeah.

21         MR. BELLING:        Any other questions?  Okay.

22         You're all set.

23                            *      *      *

                              73

Dixon-001614