# EXHIBIT 20

```
                    91-1476
                    1/13/92
                    12:03 PM
                    CLW
```

E M I L   A D A M S, sworn, testified:

BY MR. BELLING:

Q. State your name and spell both your first and last names for the court reporter?

A. Emil, E- M- I- L, Adams, A- D- A- M- S.

Q. And, Mr. Adams, would you also place upon the record there your home address and telephone number, please?

A. 4136 Nancy Drive, Saginaw, Michigan, 777-5392.

Q. What is the area code there?

A. 517.

Q. Who do you live with in Saginaw?

A. Mother and father.

Q. What is your mother's name?

A. Shirley Adams.

Q. What is your father's name?

A. Ernest Adams, Jr.

74

Dixon-001615

```
 1    Q.    Now, were you in Buffalo over this past summer
 2          so you were here in August of '91?
 3    A.    Yes.
 4    Q.    Your family has connections to Buffalo?
 5    A.    Yes.  My father has a house here.
 6    Q.    Were you out at the corner of Bailey and Delavan
 7          on the night of August 10th, 1991 when a
 8          shooting took place?
 9    A.    Yes.
10    Q.    Can you tell the Grand Jury just in your own
11          words what you remember about those events, did
12          you know any of the people involved?
13    A.    Yeah, I did.
14    Q.    Who did you know?
15    A.    I knew Torriano and his brother Aaron.
16    Q.    Okay.
17    A.    I knew the other kid that they were fighting,
18          Mario, but I didn't really know no Valentino
19          Dixon.  I just knew him like hi and bye.
20    Q.    You had seen him beforehand?
21    A.    Yeah.
22    Q.    What happened as you saw it at that corner that
23          night?
```

Dixon-001616

| | | |
|---|---|---|
| 1 | A. | Um, they just, you know, just with the talking, |
| 2 | | a lot of, you know, abuse to each other and went |
| 3 | | across the street and went to fighting. |
| 4 | Q. | Who was fighting now? |
| 5 | A. | Aaron and Mario and, you know, Torri was just |
| 6 | | saying, you know, don't nobody jump in it. |
| 7 | Q. | Let me stop you a second. Did either Aaron or |
| 8 | | Torri have a weapon? |
| 9 | A. | No, they didn't. |
| 10 | Q. | Go ahead. |
| 11 | A. | Then the two boys that was with Mario left Mario |
| 12 | | there at the corner fighting, you know, whoever |
| 13 | | was helping, you know, there was a lot of them, |
| 14 | | and walked down no further than Mario's house |
| 15 | | because he lived a few houses down from the |
| 16 | | fight, where the fight took place. Two of them |
| 17 | | came back and, you know, Valentino had a long |
| 18 | | gun in his hand. He walked up on them and |
| 19 | | started shooting. |
| 20 | Q. | Now, when you say Valentino, did the police show |
| 21 | | you a group of photographs and you picked one |
| 22 | | out? |
| 23 | A. | Yes. |

76

Dixon-001617

| | | |
|---|---|---|
| 1 | Q. | I want to show you Grand Jury Exhibit 2, a |
| 2 | | police identification photograph of Valentino |
| 3 | | Dixon. Is this the man you picked out from that |
| 4 | | group? |
| 5 | A. | Yes, it is. |
| 6 | Q. | Can you describe any particulars you remember |
| 7 | | about the shooting of Torri Jackson? Where was |
| 8 | | Valentino standing, what direction was he |
| 9 | | shooting, anything you remember? |
| 10 | A. | Ah, he was standing no more than maybe two or |
| 11 | | three feet away from him. Torri fell down and |
| 12 | | Aaron was running away from him and he shot |
| 13 | | Aaron. He stood there and he shot Torri one or |
| 14 | | two more times after that and started shooting |
| 15 | | at everybody else. |
| 16 | Q. | He shot at Aaron and turned back to Torri on the |
| 17 | | ground and shot him some more? |
| 18 | A. | Yeah. |
| 19 | Q. | The lighting was good enough, you were able to |
| 20 | | see that it was Valentino Dixon? |
| 21 | A. | Yeah, it's real light at that corner. |
| 22 | Q. | Valentino Dixon is somebody you had seen around |
| 23 | | before in the neighborhood, correct? |

Dixon-001618

| | | |
|---|---|---|
| 1 | A. | Yeah. |
| 2 | Q. | Now, where were you watching this all from? |
| 3 | A. | Right across the street. |
| 4 | Q. | In Louie's parking lot? |
| 5 | A. | Yeah, right by the street, right by the corner. |
| 6 | Q. | Were you involved with any of these guys who |
| 7 | | showed up there that night? |
| 8 | A. | No. |
| 9 | Q. | You weren't with Travis Powell and the |
| 10 | | Jackson's, right? |
| 11 | A. | No, I wasn't. |
| 12 | Q. | You weren't with Mario and Tino and those |
| 13 | | people? |
| 14 | A. | No, I wasn't. |
| 15 | Q. | You know John Sullivan, he's known as Rabbit on |
| 16 | | the street? |
| 17 | A. | No. |
| 18 | Q. | After Torri and Aaron were shot, what happened |
| 19 | | then? |
| 20 | A. | They just ran, you know. |
| 21 | Q. | Who ran, Valentino and Mario? |
| 22 | A. | Mario ran down Bailey towards Kensington. |
| 23 | | Valentino and the other guy ran towards Olympic |

Dixon-001619

|   |   |   |
|---|---|---|
| 1 |   | down Delavan. |
| 2 | Q. | Down Delavan toward the Chevy plant, the Saginaw |
| 3 |   | Plant? |
| 4 | A. | Yeah. |
| 5. | Q. | Okay. |
| 6 | A. | Aaron ran across the street by where I was at to |
| 7 |   | the little yellow car that he was in and fell |
| 8 |   | trying to get in the car. I went over there |
| 9 |   | with him and he was just crying for his |
| 10 |   | brother. His brother was laying in the street. |
| 11 |   | The guy that Aaron and Torri was with him went |
| 12 |   | and picked him up and brought him by his |
| 13 |   | brother. |
| 14 | Q. | How long did you stay around there on the |
| 15 |   | corner? |
| 16 | A. | Until the police came. |
| 17 | Q. | Then you ended up going down to police |
| 18 |   | headquarters and making a statement? |
| 19 | A. | Yeah. |
| 20 | Q. | Are you a close friend of the Jackson brothers |
| 21 |   | at all? |
| 22 | A. | Yes. |
| 23 | Q. | You've known them for some number of years? |

Dixon-001620

| | | |
|---|---|---|
| 1 | A. | Yeah, we went to school together. |
| 2 | Q. | When you say that neither of them had any |
| 3 | | weapons, you're not close enough friends that |
| 4 | | you would lie about that, would you? |
| 5 | A. | No.  If I seen it, I would tell. |
| 6 | Q. | You're not close with Mario and that side? |
| 7 | A. | Yeah, I was close to Mario.  We grew up |
| 8 | | together, too, same church.  We used to hang out |
| 9 | | together. |
| 10 | Q. | Do you know Leonard Brown? |
| 11 | A. | No, not by name, maybe by face. |
| 12 | Q. | Do you know Antwan Shannon? |
| 13 | A. | Is he kind of heavyset? |
| 14 | Q. | He's a little burly, yes. |
| 15 | A. | I believe so. |
| 16 | Q. | The guy that was out there that night, Antwan |
| 17 | | Shannon, or the guy you think he might be, did |
| 18 | | you see him? |
| 19 | A. | I can't remember. |
| 20 | Q. | Okay, we could be talking about two different |
| 21 | | people anyway, right? |
| 22 | A. | Yeah. |
| 23 | | MR. BELLING:     Any other questions for Emil |

Dixon-001621

```
 1              Adams?
 2              BY MR. BELLING:
 3         Q.   Can you describe the gun for us, Mr. Adams, as
 4              best you can?
 5         A.   Ah, it was a pretty long gun, you know, black,
 6              maybe about that big.
 7         Q.   Demonstrating about three feet long?
 8         A.   Yeah, maybe.
 9         Q.   And how did it shoot, did it shoot very rapid
10              fire, single shot or what?
11         A.   It wasn't a machine gun or nothing like that.
12              He had to keep pulling the trigger.  It wasn't a
13              buck shot either.  It was maybe a Tech-9 or
14              something.
15         Q.   Your impression was that it was at best
16              semi-automatic, you didn't hear it on full auto
17              as far as you heard?
18         A.   Yeah, semi-automatic.
19         Q.   When you first saw Valentino Dixon before the
20              shooting, he was already down at the store?
21         A.   Uh-huh.
22         Q.   Did you see him when he arrived in the
23              neighborhood before going down to the store?
```

81

```
 1    A.   Yeah.
 2    Q.   How did he get there?
 3    A.   Walking.
 4    Q.   They walked up from the direction of Mario's
 5         house?
 6    A.   No, they walked up towards the other way of
 7         Delavan, down by Dairy Queen, coming from the
 8         way of Dairy Queen.
 9    Q.   From the other side of the church then, the
10         Cheektowaga side?
11    A.   Yeah, coming from that way.
12    Q.   Okay.
13         MR. BELLING:      Any other questions?  You're
14         all set.
15
16                           *      *      *
17
18
19
20
21
22
23
```

Dixon-001623