# EXHIBIT  21

73

Sullivan - Belling - Direct

1

2    the proof that will be adduced during the trial.

3    Thank you.

4        THE COURT:  Thank you, Mr. Belling.

5    Mr. Terranova?

6        MR. TERRANOVA: Your Honor, the defense will

7    waive an opening statement.

8        THE COURT:  Mr. Belling, call your first

9    witness.

10        MR. BELLING:  John Sullivan.

11        MR. BELLING:  Your Honor, I have Exhibit 1,

12    which I believe Mr. Terranova has had opportunity

13    to inspect, and I believe we are ready to stipulate

14    is a diagram of the area.

15        THE COURT:  Have you seen that?

16        MR. TERRANOVA:  I'm not sure I stipulated it

17    can go into evidence yet.

18        THE COURT:  Wait a minute.  Why don't you

19    approach.

20        (Bench Conference held.)

21  J O H N    A.    S U L L I VA N, a witness residing in

22      Lithonia, Georgia, having been first duly sworn, was

23      examined, and testified as follows:

24        THE COURT:  Now, Mr. Sullivan, before you

25      start to testify, let me ask you to keep your voice

74

1                    Sullivan - Belling - Direct

2          up, okay, speak loud enough so that everyone can

3          hear you, and if necessary get a little closer to

4          that microphone, but make sure that we can all hear

5          you.  Mr. Belling?

6   DIRECT EXAMINATION

7   BY MR. BELLING:

8        Q.   John,  did you live in Buffalo in the summer of

9   1991?

10       A.   Yes.

11       Q.   When did you move to Georgia?

12       A.   August 15th, 16th, 1991.

13            MR. TERRANOVA:  Was there a response?  I

14       didn't hear it.

15            THE WITNESS:  August 15th, 1991.

16   BY MR. BELLING:

17       Q.   Since August 15th, 1991 you have lived down in

18   Georgia?

19       A.   Yes.

20       Q.   And presently you're in the custody of De Kalb

21   County in Georgia, aren't you?

22       A.   Yes.

23       Q.   And that's because you're charged with a crime in

24   Georgia?

25       A.   Yes.

75

Sullivan - Belling - Direct

1

2    Q.   And, at this point in time you haven't even entered

3  a plea in that case, have you?

4    A.   No.

5    Q.   When do you next go to court?

6    A.   June 19th, 1992.

7    Q.   Now, I want to call your attention back to August

8  10th of 1991.  Do you remember the early morning hours of

9  that day?

10    A.   Yes.

11    Q.   Did there come a time in those early morning hours

12  that you were in the vicinity of Bailey and Delevan in the

13  City of Buffalo?

14    A.   Yes.

15    Q.   Who were you with when you were at Bailey and

16  Delevan on that day?

17    A.   Friend of mine.  A friend.

18    Q.   What was your friend's name?

19    A.   Fred Stancil and Robert Lewis.

20    Q.   Were you in a car or on foot?

21    A.   Car.

22    Q.   Whose car?

23    A.   Fred's.

24    Q.   And that's Stancil, S T A N C I L?

25    A.   I don't know how to spell it.

COE000076

76

1          Sullivan - Belling - Direct

2      Q.   Now, where were you in the car in that area right

3  at Bailey and Delevan intersection?  Where as close as you

4  can pinpoint the location of the car?

5      A.   On Delevan and Bailey, the corner.

6      Q.   Were you on Bailey Avenue or on Delevan?

7      A.   Bailey.

8      Q.   And, in relation to Louie's, which is on that

9  corner, were you just about right in front of the place?

10      A.   Between the parking lot and Delevan.

11      Q.   Now, did there come a time when you saw other

12  people that you knew at that same corner in those early

13  morning hours?

14      A.   Yes.

15      Q.   What's your best estimate, if you can give us one

16  of the time that this incident occurred?

17      A.   12:30.

18      Q.   It was clearly after midnight?

19      A.   Yes.

20      Q.   Now, did you know an individual by the name of

21  Aaron Jackson?

22      A.   Yes.

23      Q.   Did you know his brother, Tori Jackson?

24      A.   Yes.

25      Q.   Did you see them in that vicinity in those early

77

1                     Sullivan — Belling — Direct

2   morning hours?

3        A.    Yes.

4        Q.    When you first saw the two of them, were they on

5   foot or in a car?

6        A.    Car.

7        Q.    Can you describe the car for us?

8        A.    Yellow.

9        Q.    Do you know whose car it was?

10       A.    Travis -- I don't know --

11       Q.    You have to keep your voice up as much as

12  possible.  If i can hear you back here, and as long as I can,

13  I think the whole jury can, but try to keep it up.  Travis

14  had the yellow car?

15       A.    Yes.

16       Q.    Why don't you describe to us what happened when

17  they arrived in the vicinity of the Louie's parking lot?

18       A.    They got out of the car and started an argument.

19       Q.    Who were they arguing with?

20       A.    Mario.

21       Q.    Who is Mario?

22       A.    Friend.

23       Q.    Do you know his last name?

24       A.    Jarmon.

25       Q.    And, is he someone that you consider a friend of

78

1                    Sullivan - Belling - Direct

2   yours as well?

3        A.    Yes.

4        Q.    Do you consider Aaron Jackson a friend of yours?

5        A.    Yes.

6        Q.    Did you consider Tori Jackson a friend of yours?

7        A.    Yes.

8        Q.    Where did this fight start in terms of the corner,

9   what part of the corner?

10       A.    On Delevan and Bailey closest to -- there's a store

11  there.

12       Q.    Now if Louie's is on the southwest corner, what

13  corner did the fight start on?

14       A.    On the north, I guess.  The other corner.

15       Q.    Across from which street, across Bailey or Delevan?

16       A.    Across Delevan.

17       Q.    And it's a place that is called the Bailey-Delevan

18  Market right on the corner?

19       A.    Yes.

20       Q.    And the fight happened right in front of that?

21       A.    Yes.

22       Q.    Why don't you describe the fight as it happened?

23       A.    Well, I didn't want Aaron to fight because I knew

24  both of them, and I tried to break it up.

25       Q.    What did you do to try to break it up?

79

Sullivan - Belling - Direct

1

2   A.   I told Aaron not to fight, and he said he wanted to

3   fight.

4   Q.   What did you do when Aaron said he wanted to fight?

5   A.   I let him.

6   Q.   At that point in time was it one-on-one, Aaron

7   against Mario?

8   A.   Yes.

9   Q.   What happened then?

10  A.   They were fighting, and they just kept fighting,

11  and I think Tori might have hit Mario a couple time.

12          MR. TERRANOVA:  I am sorry, I am having a lot

13          of trouble.

14          THE WITNESS:  I -- I have gas.  I'm a little

15          congested.

16          THE COURT:  You have gas?

17          THE WITNESS:  Yes.

18          THE COURT:  Well, take your time, but speak

19          slowly enough and clearly enough so that we can

20          hear you.  Okay.  Take it back to your last

21          answer.

22  BY MR. BELLING:

23  Q.   You said that you think Tori might have -- and why

24  don't you tell us the end of the whole answer?

25  A.   Might have hit -- well, he hit him a couple times,

80

                    Sullivan - Belling - Direct

1
2    you know.

3        Q.    He hit Mario a couple times?

4        A.    Yes.

5        Q.    Was it at that point the two of them fighting Mario

6    together, I mean two on one?

7        A.    Yes.

8        Q.    And, was Mario still on his feet fighting?

9        A.    Yes.

10       Q.    What happened then?  You can take your time and

11   speak up.

12       A.    Then some people said watch out, he's got a gun.

13       Q.    Now, did you hear some people say that?

14       A.    I heard a person, in particular one person.

15       Q.    Who did you hear say that?

16       A.    Mike Bland.

17              MR. TERRANOVA:  I'll object to the hearsay,

18        your Honor.

19              THE COURT:  You heard a person.

20              THE WITNESS:  A person I know Michael Bland.

21              THE COURT:  Overruled.  What is the name?

22              THE WITNESS:  Michael Bland.

23              THE COURT:  Overruled.  Go ahead.

24              MR. TERRANOVA:  Renew my objection.

25   BY MR. BELLING:

COE000081

81

1                    Sullivan – Belling – Direct

2       Q.    What did he say?

3       A.    He said he has got a gun.

4             MR. TERRANOVA:   Renew my objection.

5             THE COURT:   Overruled.

6    BY MR. BELLING:

7       Q.    Now at that point in time were you still watching

8    Aaron, Mario and Tori fighting?

9       A.    No, I started to run.

10      Q.    Let me take you back a bit as Mario, Tori and Aaron

11   started fighting.   Did any of the three of them have a gun?

12      A.    No.

13      Q.    You could see their hands?

14      A.    Yes.

15      Q.    Were they all three throwing punches at the

16   opponents, two on one?

17      A.    Yes.

18      Q.    And, when you heard Michael Bland say he's got a

19   gun, it was clear to you at that point that it wasn't one of

20   those three that had a gun?

21            MR. TERRANOVA:   I'll object to the leading.

22            THE COURT:   Sustained.

23            MR. TERRANOVA:   I'll object to the hearsay.

24            THE COURT:   Next question.

25   BY MR. BELLING:

82

Sullivan – Belling – Direct

1

2    Q.    Okay, just again, to try to make sure of this.

3  When you heard that said, did any of the three fist fighters,

4  had they produced a gun at that point?

5    A.    No.

6    Q.    What happened then?

7    A.    Then I ran.

8    Q.    Which way did you run?

9    A.    East.

10   Q.    And, east took you across what street?

11   A.    Bailey.

12   Q.    And towards what?

13   A.    Church.

14   Q.    And that would be St. Gerard's church on the corner

15  there?

16   A.    Yes, I guess.  I don't know the name of it.

17   Q.    That big gray stone building?

18   A.    Yes.

19   Q.    As you ran towards the church and as you were

20  running, what did you hear?

21   A.    Gunshots.

22   Q.    How many gunshots?

23   A.    I don't know.  I couldn't count them.

24   Q.    How fast were the gun shots?

25   A.    Fast.  Faster than a shotgun.

83

1                        Sullivan – Belling – Direct

2                  MR. TERRANOVA:  I'm sorry?

3                  THE WITNESS:  Faster than a shotgun.

4   BY MR. BELLING:

5       Q.    Faster than a shotgun.  Were they repetitive, very

6   quickly, one after the other?

7       A.    Yes.

8       Q.    And did you ever get to a point where you ever

9   turned around and looked back at where the fight was?

10      A.    Once I got across Bailey.

11      Q.    Now you got across Bailey and you were on the

12  corner by the church, correct?

13      A.    Yes.

14      Q.    When you looked back, what did you see?

15      A.    I saw the defendant standing over Tori and shooting

16  him.

17      Q.    Now you indicate the defendant.  Can you just

18  describe what clothes he's wearing here in the courtroom?

19      A.    Can I describe him or clothes he have on that

20  night?

21      Q.    The clothes he has got on right now.  What is he

22  wearing today in the courtroom?

23      A.    Yes.

24      Q.    What color is his shirt today?

25      A.    Blue.

84

1                    Sullivan - Belling - Direct

2      Q.   And he's sitting at the front table?

3      A.   Yes.

4      Q.   Now, when you saw him with the gun, was that a

5  person that you had seen before?

6      A.   Yes.

7      Q.   And, on how many prior occasions had you seen him

8  before?

9              MR. TERRANOVA:  Objection to the bolstering,

10         your Honor.

11             THE COURT:  Overruled.

12             THE WITNESS:  About five.

13  BY MR. BELLING:

14     Q.   Where had you seen him before that night?

15     A.   In the M&M Sporting Goods.

16             THE COURT:  I'm sorry?

17             THE WITNESS:  M&M Sports.

18  BY MR. BELLING:

19     Q.   Is that something in your neighborhood, or

20  something?

21     A.   Not neighborhood, but I was there.

22     Q.   Okay, you were there on occasion?

23     A.   Yes.

24     Q.   When you saw him that night, did you know a name

25  that was associated with the man who had the gun?

85

Sullivan - Belling - Direct

1

2    A.    Yes.

3    Q.    What was the name that you knew him by?

4    A.    Tino.

5    Q.    Now, you mentioned that he had a gun.  Can you

6    describe the gun at all, or how he held it?

7    A.    He had it in two hands.  I can't describe how it

8    looked.

9    Q.    Well, he held it with two hands.  How big was the

10   gun?

11   A.    About like that.

12         THE COURT:  Wait a minute.

13   BY MR. BELLING:

14   Q.    So the record is clear, you are gesturing about

15   foot and a half?

16   A.    Between 12 and 16 inches, about 16 inches.

17   Q.    What color was the gun?

18   A.    I would guess black.  It was nighttime.  I couldn't

19   really see.

20   Q.    And, you said that he was standing over Tori

21   Jackson and doing what?

22   A.    Shooting.

23   Q.    Where was Tori Jackson?

24   A.    Laying in the middle of the street.

25   Q.    Middle of which street?

86

Sullivan - Belling - Direct

1

2     A.    Bailey, coming down Delevan.

3     Q.    Now, he was in Delevan, still on this side of

4  Bailey as Louie's and the Delevan-Bailey Market is?

5     A.    Yes.

6     Q.    And, was he laying face down or face up?

7     A.    Face up.

8     Q.    And, did Tori Jackson have any weapon in his hand

9  as he lay on the ground?

10    A.    No.

11    Q.    And, either for how many shots or how long a period

12 of time did the defendant keep shooting at him when he was on

13 the ground?

14    A.    Maybe between 15 and 30 seconds.

15    Q.    And, how did that part of this event end?

16    A.    He ran away.

17    Q.    Who ran away?

18    A.    He did.  Other people were around.

19    Q.    By he, you mean the defendant?

20    A.    Yes.

21    Q.    Which way did he run?

22    A.    West.

23    Q.    Back towards Olympic Avenue, that direction?

24    A.    Yes.

25    Q.    Now, did there come a time during this event that

87

                    Sullivan - Belling - Direct

1
2  you were injured?
3      A.   Yes.
4      Q.   At what point in time did that happen?
5      A.   When I stopped by the church, I seen blood on his
6  shoes and shorts.
7      Q.   So, at least by the time you got to the church you
8  had already been injured, correct?
9      A.   Yes.
10     Q.   And did you feel some pain in part of your body?
11     A.   Yes.
12     Q.   What part of your body hurt?
13     A.   My right thigh.
14     Q.   And, did that -- could you call it substantial
15  pain?  Did it hurt so you could feel it, it was significant?
16     A.   Yes.
17          MR. TERRANOVA:  Objection to the leading, your
18          Honor.
19          THE COURT:  I'll allow him to answer.
20          MR. TERRANOVA:  It's clearly intended to
21          establish an element, and it's leading.
22          THE COURT:  I know, Mr. Terranova, but you can
23          ask later.  What kind of pain was it?
24          THE WITNESS:  A pain I felt, sharp pain.
25  BY MR. BELLING:

88

Sullivan - Belling - Direct

1

2    Q.    Enough pain that you went to a hospital?

3    A.    Yes.

4    Q.    What hospital did you go to, do you remember?

5    A.    Sisters.

6    Q.    Were you treated at Sisters?

7    A.    Yes.

8    Q.    Now, did you see what happened to Mario at any

9    point after the original fight?

10   A.    No.

11   Q.    Did you see where Aaron went after the original

12   fight?

13   A.    No.

14   Q.    Do you know what direction the defendant came from

15   immediately before he started shooting?

16   A.    From the west.

17   Q.    Did you know where Mario Jarmon lives?

18   A.    No.

19   Q.    So, the defendant came from the same direction he

20   eventually fled back into; is that correct?

21   A.    Yes.

22   Q.    John, can you step down here to the map for a

23   second.  Now you're really going to have to keep your voice

24   up because you don't have a microphone, and all these people

25   have to hear you, okay?

89

Sullivan - Bellino - Direct

1

2    A.    Yes.

3    Q.    I want to show you, this is Exhibit 1.  Have you

4 seen a copy of this map before?

5    A.    Yes.

6    Q.    Where did you see it before?

7    A.    In your office.

8    Q.    And, as far as you remember from that night, does

9 this map accurately reflect the layout of the intersection of

10 Bailey and East Delevan?

11    A.    Yes.

12    Q.    And, in terms of the various landmarks that we have

13 spoken about, you mentioned St. Gerard's church.  Is that in

14 the right place for where you ran to?

15    A.    Yes.

16    Q.    And do you see the Bailey-Delevan Market with where

17 this fight originally started?

18    A.    Yes.

19    Q.    Point it out for us, please?

20    A.    Here.

21    Q.    That's the building with 2502 written on it?

22    A.    Yes.

23    Q.    And you see Louie's Texas Red Hots?

24    A.    Yes.

25    Q.    Where is Louie's parking lot in relation to the

90

Sullivan - Belling - Direct

1

2    building?  And you're pointing to the area which would be

3    just north on the map from the Louie's rectangle, correct?

4       A.    Yes.

5       Q.    Now, I want to get a pen here a second.

6       I would like to use a red flare pen with you and ask you

7    to point, or to make an "X" on the map where the fist fight

8    originally started.  Now, put your initials, JAS, next to

9    that.  Now, at this "X" that you have just made, that's where

10   the original fight between the two Jackson brothers and Mario

11   occurred, correct?

12      And at that location when you first saw it, none of

13   those three had weapons, is that correct?

14      A.    No.

15      Q.    Is that correct or not?

16      A.    Yes.

17      Q.    Oh, it is correct.  Now, did the fight move off the

18   curb at any point in time, move into the street any more?

19      A.    No, right here.

20              THE COURT:  I can't hear your answer.

21              THE WITNESS:  No, it moved right here.

22   BY MR. BELLING:

23      Q.    This line here is the curb?

24      A.    Half way on the street and halfway on the

25   sidewalk.

91

Sullivan - Belling - Direct

1

2       Q.   Now when the shooting started, you ran to where?

3       Okay, and did you go just beyond the outcropping of the

4  church here?

5       A.   There are some bushes right here.

6       Q.   And that's where you ran to?

7       A.   Yes.

8       Q.   And, it's from there that you looked back and saw

9  the defendant standing over Tori Jackson?

10      A.   Yes.

11      Q.   Okay.  Why don't you have a seat back up on the

12  witness stand.

13      Q.   Now, John, I want to show you first what has been

14  marked here as Exhibit Number 12 for identification.  Do you

15  recognize that car in that picture?

16      A.   Yes.

17      Q.   And, keep your voice in the microphone.

18      A.   Yes.

19      Q.   Whose car is that?

20      A.   Travis's.

21      Q.   That's the car that the Jackson brothers and Travis

22  came to the scene in?

23      A.   Yes.

24      Q.   Fair and accurate picture of the way that car

25  looked that night?

92

Sullivan - Belling - Direct

1

2      A.    Yes.

3      Q.    Now, I want to show you a picture which is marked

4  People's Exhibit 3 for identification.  Do you recognize that

5  scene?

6      A.    Yes.

7      Q.    And, tell us what that's a picture of?

8      A.    Bailey and Delevan.

9      Q.    That's where the shooting occurred.

10     Q.    That's where the shooting occurred?

11     A.    Yes.

12     Q.    There's a police car with tape running out to it.

13  Is that approximately the vicinity where the actual fight was

14  occurring?

15     A.    No.

16     Q.    The fight was where?

17     A.    Across the street, by the store.

18     Q.    And you can just see the last words there in

19  Bailey-Delevan market, correct?

20     A.    Yes.

21     Q.    And that photo in terms of where things are other

22  than the police car, is that a fair and accurate

23  representation of that corner?

24     A.    Yes.

25     Q.    And, in the background there's a gray building

93

Sullivan - Belling - Direct

2  across the street there.  Can you see that?

3      A.    Yes.

4      Q.    Is that St. Gerard's church?

5      A.    Yes.

6      Q.    That's the direction that you ran, correct?

7      A.    Yes.

8      Q.    Now, I want to show you what has been marked

9  People's Exhibit 4 for identification.  Do you recognize that

10 scene?

11     A.    Yes.

12     Q.    What's that a picture of?

13     A.    Bailey and Delevan.

14     Q.    Which way is that one looking from?

15     A.    From east to the west.

16     Q.    And that's, you mentioned bushes near St. Gerard's.

17 Are those the bushes in the foreground of that picture?

18     A.    Yes.

19     Q.    And they're looking back towards the area where the

20 shooting occurred?

21     A.    Yes.

22     Q.    Fair and accurate in terms of the layout of things

23 in that intersection?

24     A.    Yes.

25     Q.    And, lastly, Exhibit 5, can you tell us what that's

94

Sullivan - Belling - Direct

1

2  a picture of?

3      A.    St. Gerard's church.

4      Q.    And, on Exhibit 5 is the area shown where you ran

5  to and looked back?

6      A.    Yes.

7      Q.    Why don't you take the red flare pen again and just

8  put your initials JAS right on that picture where you were

9  standing.  And you have marked that right about at this

10 bottom of this little set of stairs, correct?

11     A.    Yes.

12     Q.    And, is this picture fair and accurate in terms of

13 the layout of things, where you went for cover, and how it's

14 related to the corner, correct?

15     A.    Yes.

16              MR. BELLING:  Mark one more exhibit, your

17         Honor.

18                  (Whereupon, People's Exhibit Number 33

19                  was marked for identification.)

20 BY MR. BELLING:

21     Q.    John, I want to show you a Polaroid photograph

22 here, which is marked People's Exhibit 33, and ask you if the

23 man in this picture is first of all familiar to you?  Do you

24 know that guy?

25     A.    No.

95

1                   Sullivan — Belling — Direct

2       Q.   Did you see him at the corner of Bailey and Delevan

3   on the night of August 10th, 1991?

4       A.   No.

5                   MR. BELLING:  I have no further direct

6              examination, your Honor.  I would offer Exhibit 1

7              at this point in time.

8                   MR. TERRANOVA:  No objection.

9                   THE COURT:  1 is receive in evidence.

10                       (Whereupon, People's Exhibit Number 1

11                       was received in evidence.)

12                   THE COURT:  Why don't we take a short break

13              here.  We're going to go, I'm sure, for awhile.

14              You have another witness besides, right?

15                   MR. BELLING:  Right.

16                   THE COURT:  Let's take a short break here.

17              It's about halfway through the afternoon, and about

18              10 minutes we will have you back in the courtroom

19              to hear the cross-examination of this witness.

20                   (3:40 p.m. recess.)

21                   (3:50 p.m. jury, counsel and defendant

22              present.)

23   J O H N   A.   S U L L I V A N, having been previously duly

24        called and sworn, resumed the stand and testified

25        further as follows:

96

1              Sullivan - Terranova - Cross

2              THE COURT:  Okay.  Mr. Terranova?

3  CROSS-EXAMINATION

4  BY MR. TERRANOVA:

5      Q.   Mr. Sullivan, how old are you, sir?

6      A.   Eighteen.

7      Q.   Did you graduate from high school?

8      A.   No.

9      Q.   When was it that you found yourself in the custody

10  of the DeKalb County sheriff's department?

11      A.   April 13, 1991.

12      Q.   So just recently you were arrested there?

13      A.   Yes.

14      Q.   Have you ever been convicted of a crime?

15      A.   No.

16      Q.   Now, who brought you up here to Buffalo from

17  Atlanta?

18      A.   Erie County District Attorney's office.

19      Q.   And, you're in their custody right now, are you?

20      A.   Yes.

21      Q.   After you're done testifying here, you have got to

22  go back in handcuffs to Atlanta; is that right?

23      A.   Yes.

24      Q.   Did you speak with Mr. Belling or Mr. Krawczyk

25  before you testified here today?

97

Sullivan - Terranova - Cross

1

2    A.    I talked to them.

3    Q.    How many times have you talked to either one of

4  them?

5    A.    About two, about three, about five times

6  altogether.

7    Q.    You have spoken with them on the phone, have you?

8    A.    Yes.

9    Q.    Did you testify before an Erie County Grand Jury in

10  November?

11    A.    Yes.

12    Q.    Did you give a statement to the Buffalo Police

13  Department the day you were shot?

14    A.    Yes.

15    Q.    Did your doctors tell you whether the bullet had

16  been recovered, the one that went through your leg?

17    A.    No.

18    Q.    You don't know what kind of bullet went through

19  your leg?

20    A.    No.

21    Q.    And you don't know who shot that bullet, do you?

22    A.    No.

23    Q.    Now, what did you review, what did you read before

24  you took the witness stand today?

25    A.    Nothing.

98

Sullivan - Terranova - Cross

1

2    Q.    Did you read over the transcript of your testimony

3    before the Grand Jury in November?

4    A.    Yes.

5    Q.    You had a copy of that, didn't you?

6    A.    Yes.

7    Q.    That was mailed to you, was it?

8    A.    Yes.

9    Q.    By the District Attorney?

10    A.    Yes.

11    Q.    All right, and they asked you if you had read it

12    over before you took the stand today, right?

13    A.    No.

14    Q.    Okay.  But you did read it over, didn't you?

15    A.    Yes.

16    Q.    And you're familiar with what you said in November,

17    are you?

18    A.    Yes.

19    Q.    And, the statement that you gave to the Buffalo

20    Police Department, you have a copy of that, don't you?

21    A.    Yes.

22    Q.    And you have read that before you testified here

23    today?

24    A.    Yes.

25    Q.    All right.  And, did Mr. Bellino and Mr. Krawczyk

99

Sullivan - Terranova - Cross

1

2   sit down with you and review how you would identify Mr. Dixon

3   in the courtroom today?

4       A.    No.

5       Q.    They didn't tell you how to do that?

6       A.    He talked to me, but I didn't talk to the other

7   guy, Mr. Krawczyk.

8       Q.    Okay, Mr. Bellino, whoever you talked to.  You

9   talked to Mr. Bellino and he told you the kind of questions

10  he would be asking you here today, right?

11      A.    Yes.

12      Q.    Did he run through some of those questions with

13  you?

14      A.    No.  He just tell me, he showed me the pictures he

15  was going do show me here.

16      Q.    So he showed you those pictures that he showed you

17  today before today, right?

18      A.    Yes.

19      Q.    And he gave you an idea of what kind of questions

20  he would be asking you, did he?

21      A.    Yes.  Well, I asked him questions and he asked me

22  some questions.

23      Q.    What kind of questions did you ask him?

24      A.    Questions about where we're going, and I was more

25  curious than he was as to what was going on here.

100

Sullivan - Terranova - Cross

1

2    Q.    Well, he has been through there a lot more than you

3    have, right?

4    A.    Yes.

5    Q.    And you wanted to know about what was was going to

6    happen in here.

7    A.    Yes.

8    Q.    You are nervous about that?

9    A.    No.

10    Q.    You were before you came in here, weren't you?

11    A.    No.

12    Q.    Why were you going to the intersection of Bailey

13    and East Delevan on August 10th?

14    A.    To get something to eat.

15    Q.    Where were you going to get something to eat?

16    A.    From Louie's.

17    Q.    That's Louie's Texas Red Hots which you pointed out

18    on the map here?

19    A.    Yes.

20    Q.    People's Exhibit 1 in evidence.  You don't have to

21    get up.  You can just sit down.  You pointed to it

22    previously, right?

23    A.    Yes.

24    Q.    And you were in the company of whom?

25    A.    Fred Stancil.

COE000101

101

Sullivan - Terranova - Cross

1

2      Q.    Fred Stancil?

3      A.    And Robert Lewis.

4      Q.    And Robert Lewis?

5      A.    Yes.

6      Q.    Okay.  And, where had you come from before then?

7      A.    From my house.

8      Q.    Which was where?

9      A.    49 Elmer.

10     Q.    Elmer Street in Buffalo?

11     A.    Yes.

12     Q.    What had gone on at your house before you left to

13  go to Louie's?

14     A.    Nothing.

15     Q.    What was this, a Friday or Saturday night?

16     A.    Friday.

17     Q.    Okay.  And what had you had to drink before you got

18  in the car and went to Louie's?

19     A.    Couple beers.

20     Q.    Couple of beers?

21     A.    Yes.

22     Q.    All right.  Now, in 1991 if you're what, 18 now?

23     A.    Yes.

24     Q.    You were 17 then?

25     A.    Yes.

102

Sullivan - Terranova - Cross

1

2    Q.   And you had a couple beers?

3    A.   Yes.

4    Q.   Who bought you the beers?

5    A.   Me.

6    Q.   You went and bought them yourself?

7    A.   Yes.

8    Q.   When you say a couple beers, what do you mean,

9  three or four?

10    A.   Two.

11    Q.   Two beers?

12    A.   Couple.

13    Q.   Were those malt liquor or were they regular beer?

14    A.   Malt liquor.

15    Q.   Would these be 40 bowls?

16    A.   No.

17    Q.   What is a 40 bowl?

18    A.   40 ounces.

19    Q.   40 ounces of malt liquor, right?

20    A.   Yes.

21    Q.   What size beers did you have?

22    A.   12 ounces.

23    Q.   Okay, and this was just before you left the house;

24  is that right?

25    A.   Yes.

103

Sullivan - Terranova - Cross

1

2    Q.    Okay.  And, did you have anything to smoke?  Did

3  you have any other sort of drug, or anything like that?

4    A.    Yes.

5    Q.    What did you have?

6    A.    Had some marijuana and cocaine.

7    Q.    Some marijuana and some cocaine.  Now, how long

8  before you left your house at 49 Elmer did you smoke some

9  reefer and did you snort some cocaine?

10    A.    I didn't snort cocaine.

11    Q.    Pardon me?

12    A.    I didn't snort any of it.

13    Q.    You smoked it?

14    A.    Smoked it.

15    Q.    You smoked crack cocaine, did you?

16    A.    No.

17    Q.    What did you do?

18    A.    I smoked that morning, but it wasn't crack cocaine.

19    Q.    You smoked cocaine in the morning?

20    A.    At home asleep.

21    Q.    What, did you free base the cocaine?

22    A.    No.

23    Q.    How did you smoke the cocaine?

24    A.    On the top of reefer.

25    Q.    So you took some marijuana and you rolled it into a

104

Sullivan - Terranova - Cross

1

2  cigarette, or did you put it in a pipe?

3     A.   Put it in a cigarette paper.

4     Q.   Cigarette paper.  You rolled it in cigarette paper

5  and you made a joint?

6     A.   Yes.

7     Q.   And you smoked that yourself, did you?

8     A.   Yes.

9     Q.   All right.  And over the marijuana you put some

10  cocaine; is that correct?

11     A.   Yes.

12     Q.   That was in the morning, was it?

13     A.   Yes.

14     Q.   What did that do to you?  Can you tell others?

15     A.   Put me to sleep.  I went home and went to sleep.

16     Q.   Made you drowsy?

17     A.   Yes.

18     Q.   About what time was that that you smoked this

19  cocaine and marijuana?

20     A.   About 3:30.

21     Q.   In the afternoon?

22     A.   Yeah.

23     Q.   All right.  Are you sure of that, sir?

24     A.   Yes.

25     Q.   What day was this?  What day of the week was this?

105

Sullivan - Terranova - Cross

1

2    A.    Friday.

3    Q.    Friday?

4    A.    Friday, Saturday morning.

5    Q.    You didn't have school that day because it was the
6    summer?

7    A.    Yes.

8    Q.    Were you working?

9    A.    No.

10    Q.    So you went home and you went to sleep.  When did
11    you wake up?

12    A.    About 10:00 o'clock that night.

13    Q.    Was this your own reefer and cocaine that you had?

14    A.    Yes.

15    Q.    So, was this for your own personal consumption, or
16    were you selling it at the time?

17    A.    My own personal consumption.

18    Q.    Now, when you woke up, it was what time?

19    A.    10:00 o'clock.

20    Q.    Did you tell Mr. Belling or any of the police
21    officers about that you had gotten high that day?

22    A.    Yes, I'm assuming they know.

23    Q.    Pardon me?

24    A.    They know, they knew from the hospital report, yes.

25    Q.    All right, you told them that you had -- you didn't

106

Sullivan - Terranova - Cross

1

2  tell them yourself that you had consumed this, right?

3       A.   Yes.

4       Q.   You told Mr. Bellino?

5       A.   I told the police at the hospital.  When they asked

6  me.

7       Q.   Okay.  And, is it your claim that this exists

8  somewhere in record form?

9       A.   If they wrote it down.

10       Q.   Okay.  So you wake up about 10:00 o'clock, and what

11  do you do next?

12       A.   I get up and go get me something to eat, find my

13  friend and go get something to eat.

14       Q.   All right, you were hungry?

15       A.   Yes.

16       Q.   You were still a little high at this time, right?

17       A.   No.

18       Q.   Pardon me?

19       A.   No, I slept it off.

20       Q.   Which friend did you find?

21       A.   Fred Stancil.

22       Q.   Did Stancil come over to your house, or did you go

23  to his?

24       A.   I went to his house.

25       Q.   On the way you bought some beer, did you?

107

Sullivan - Terranova - Cross

1

2    A.   I had the beer.

3    Q.   You had the beer from when?

4    A.   Early.  I didn't drink the beer.  I fell to sleep.

5    Q.   Okay, so not only had you smoked cocaine and

6  marijuana together, you had had some beer to drink too, but

7  you passed out before you could get to that?

8    A.   Yes.

9           MR. BELLING:  I'll object to that, your Honor.

10          THE COURT:  I don't know if he said he drank

11         it or not.  Did you drink it before you went to

12         sleep, or did you not?

13         THE WITNESS:  I drank it after I woke up.  I

14         had fallen to sleep.

15         MR. TERRANOVA:  Okay.

16         MR. BELLING:  My objection to the term "passed

17         out", which was not testified to.

18         THE COURT:  Well, rephrase your question and

19         try to find out what he did.

20         MR. TERRANOVA:  He answered yes.

21         MR. BELLING:  Your Honor, I still object and

22         I'd ask at this point that the jury be instructed

23         as they have already been, a question that is

24         improper and ruled so is not evidence.

25         THE COURT:  Your objection as to the phrase

108

Sullivan – Terranova – Cross

2    passed out is sustained.  Reask the question if you

3    wish.

4  BY MR. TERRANOVA:

5        Q.    When you awakened at 10:00 p.m., you had a beer,

6  did you?

7        A.    Yes.

8        Q.    Or two beers?

9        A.    Two.

10        Q.    All right.  Then you called Mr. Stancil?

11        A.    I walked down to his house.

12        Q.    Now, before you went to bed and after you had

13  smoked your marijuana and cocaine, did you have any beer

14  then?

15        A.    No.

16        Q.    All right, so you saved your beer until you woke

17  up?

18        A.    Yes.

19        Q.    Then you had two beers, two malt liquors?

20        A.    Yes.

21        Q.    What is malt liquor?  That's stronger than beer?

22        A.    I guess.

23        Q.    All right, that has been your experience?

24        A.    No, it's not my experience.

25        Q.    Could you speak up?

109

Sullivan - Terranova - Cross

1

2    A.    I don't know as between malt liquor and beer.

3    Q.    Because you were 17 at the time?

4    A.    Yes.

5    Q.    And you can't buy beer until you're 21, right?

6    A.    Yes.

7    Q.    Now you went to Stancil's house, and what happened

8    there?

9    A.    I asked him to give me a ride to go get something

10    to eat.

11    Q.    Okay, and how old is Stancil?

12    A.    20, 21, 22, I don't know.

13    Q.    You had to give him something to give you a ride,

14    right?

15    A.    No.

16    Q.    He agreed to give you a ride?

17    A.    Yes.

18    Q.    Is he a friend of yours?

19    A.    Yes.

20    Q.    And, about what time did you leave Stancil's

21    house?

22    A.    10:30, quarter to 11:00.

23    Q.    What did you have to drink or smoke beer at his

24    house?

25    A.    Nothing.

COE000110

110

Sullivan - Terranova - Cross

1

2    Q.    Nothing at all?

3    A.    No.

4    Q.    And, where did you go at about 10:30?

5    A.    Went riding around to go get something to eat.

6    Q.    Okay.  And, but I think you told us before that you

7    ended up at Louie's at about 12:30 a.m., is that right?

8    A.    Yes.

9    Q.    So, what happened in between 10:30 p.m. and 12:30

10   a.m.?  What did you do, where did you go?

11   A.    Ride around, listen to music.

12   Q.    You drove around the city for two hours?

13   A.    Yes.

14   Q.    What areas of the city did you drive around?

15   A.    Entire Buffalo.

16   Q.    Now you're not telling all of us in this courtroom,

17   sir, that you simply rode around and did nothing.  You had

18   nothing to drink, nothing to smoke, did you?

19   A.    Listened to music.

20   Q.    My question is, did you have anything to drink or

21   smoke during that period of time?

22   A.    No.

23   Q.    So you arrive at Louie's at about 12:30 a.m.

24   A.    Yes.

25   Q.    You didn't stop at any clubs or talk to anybody in

COE000111

111

1               Sullivan - Terranova - Cross

2    that two-hour period?

3         A.    Stopped and talked to a couple people.

4         Q.    All right.  Do you remember who you talked to?

5         A.    No.

6         Q.    Okay.  And, what type of car did Stancil have?

7         A.    Blazer.

8         Q.    A blazer?

9         A.    Yes.

10        Q.    Now, so around about 12:30 when you finally stopped

11   and get something to eat, is that right?

12        A.    Yes.

13        Q.    Did you ever make it into Louie's?

14        A.    No.

15        Q.    Where did you park?

16        A.    On Bailey and Delevan, corner.

17        Q.    At the corner, okay.  And, when you got there,

18   there were a lot of people there, weren't there?

19        A.    Yes.

20        Q.    This was a nice summer evening, wasn't it?

21        A.    Yes.

22        Q.    And, there were a whole lot of people out there,

23   weren't there?

24        A.    Yes.

25        Q.    Maybe 50 or 60, would that be fair to say?

112

Sullivan - Terranova - Cross

1

2      A.    I don't know.

3      Q.    Was there some traffic?

4      A.    Yes.

5      Q.    There's a stop light at that intersection, is there

6  not?

7      A.    Yes.

8      Q.    In fact, there are lights that face in all four

9  directions, isn't that true?

10      A.    Yes.

11      Q.    Okay, and this was a Friday evening going into

12  Saturday morning; isn't that right?

13      A.    I can't recall the exact day.  I don't know the

14  date.

15      Q.    You told us that you started out on Friday morning

16  getting high, sleeping it off, having a couple more beers,

17  and then going over to Fred's, and then by 12:30 a.m. it

18  would be Saturday, wouldn't it?

19      A.    No.

20      Q.    No.  It was nighttime, wasn't it?

21      A.    It was night time.

22      Q.    Okay, in the morning you got high, you slept the

23  day away, right?

24      A.    Yes.

25      Q.    Then you woke up and you were hungry; is that

113

Sullivan - Terranova - Cross

1
2  right?

3      A.    Yes.

4      Q.    Looked out the window and it's dark, correct?

5      A.    I never said I looked out the window.

6      Q.    All right, it was dark out when you went outside?

7      A.    Yes.

8      Q.    So you had your beers you went outside, you found

9  it was dark, and when you were riding around in the city it

10  was dark out, wasn't it?

11      A.    Yes.

12      Q.    And, there was plenty of traffic through that

13  intersection at East Delevan and Bailey, was there not?

14      A.    Yes.

15      Q.    Lots of cars in the Louie's parking lot?

16      A.    Yes.

17      Q.    Louie's was still open, wasn't it?

18      A.    Yes.

19      Q.    And you know from experience and you recall from

20  August 10th of 1991 that there were people inside Louie's; is

21  that right?

22      A.    Yes.

23      Q.    Okay.  Now referring to People's Exhibit 1 in

24  evidence, there were people standing around the mini mall and

25  the Norstar Bank parking lot; is that right?

COE000114

114

Sullivan - Terranova - Cross

1

2    A.    Yes.

3    Q.    And, this wasn't the first time you had seen people

4  hanging out at this intersection on a summer night, was it?

5    A.    No.

6    Q.    That was a place where young people collected,

7  right?

8    A.    Yes.

9    Q.    Okay.  You had been there yourself a number of

10  times, hadn't you?

11    A.    Yes.

12    Q.    Okay.  And, on the Louie's Texas Red Hots corner

13  there's a parking lot that fronts on East Delevan and Bailey;

14  isn't that true?

15    A.    Yes.

16    Q.    And there were cars parked in there, weren't there?

17    A.    Yes.

18    Q.    And there were people milling around in there

19  talking, right?

20    A.    Yes.

21    Q.    And across the street from the Louie's lot is the

22  Bailey-Delevan Market, right?

23    A.    Yes.

24    Q.    You had been in that store before, hadn't you?

25    A.    Yes.

115

Sullivan - Terranova - Cross

1

2      Q.    And there's a bench or some benches and a bus stop

3  right next to the market along one of the walls?

4      A.    Yes, I guess.

5      Q.    People sitting there, weren't there?

6      A.    I don't know.  I didn't see anyone.

7      Q.    All right, and across the street at the church

8  there's a sidewalk area there.  There were even people

9  standing there, weren't there?

10     A.    I don't know.

11     Q.    You don't remember?

12     A.    I don't remember.

13     Q.    Well, when you were shot and you ran over there,

14  you saw people there, didn't you?

15     A.    No.

16     Q.    You don't remember anybody?

17     A.    No.

18     Q.    And all this time traffic is moving on Delevan and

19  Bailey; isn't that right?

20     A.    Yes.

21     Q.    Lights changing, traffic is moving and stopping,

22  right?

23     A.    Yes.

24     Q.    Okay.  Would it be a fair estimate that there were

25  anywhere from 50 to a hundred people there?

116

Sullivan - Terranova - Cross

1

2      A.    I don't know.

3      Q.    You have no idea?

4      A.    No idea.

5      Q.    Well, you estimated the number of gunshots you

6 heard before, right, for Mr. Belling?

7      A.    Yes.

8      Q.    You are telling me you can't estimate the number of

9 people that were milling around there?

10              MR. BELLING:  Objection, argumentative.

11              THE COURT:  Sustained.

12 BY MR. TERRANOVA:

13     Q.    Now, the cars had headlights on, didn't they, as

14 they were moving through this intersection?

15     A.    Yes.

16     Q.    All right.  You told us that there were some lights

17 in this intersection, were there?

18     A.    Yes.

19     Q.    Streetlights?

20     A.    Yes.

21     Q.    Now, that couldn't have been as bright as daylight,

22 was it?

23     A.    No.

24     Q.    Still dark out, wasn't it?

25     A.    Yes.

117

1          Sullivan - Terranova - Cross

2     Q.    All right.  And if you looked around, you had to

3  look through the glare of some headlights of cars, right?

4     A.    Look around to what?

5     Q.    If you looked around the intersection, you would

6  see headlights from cars that were moving through the

7  intersection.  That's true, isn't it?

8     A.    Yes.

9     Q.    You said that you ran across Bailey Avenue to St.

10  Gerard's church; is that correct?

11     A.    Yes.

12     Q.    And, you were standing in an area near this wall?

13  Can you see where I'm pointing?

14     A.    Yes, stairs.

15     Q.    Yeah, some stairs?

16     A.    Yes.

17     Q.    And, if you were looking back towards East Delevan,

18  that would be west on East Delevan, do you recall if there

19  were any cars in this area, their headlights on, stopped at

20  the intersection?

21     A.    No.

22     Q.    You don't remember?

23     A.    Don't remember.

24     Q.    Is it possible that there were cars there with

25  their headlights on?

118

Sullivan - Terranova - Cross

1
2      A.    Yes.

3      Q.    Is it possible that there were cars in the Louie's

4   Texas Red Hots lot right here facing east down East Delevan

5   with their headlights on?

6      A.    I don't know.

7      Q.    Is it possible?

8      A.    It's possible.  Anything is possible.

9      Q.    All right, so you're telling us from your vantage

10   point at the steps of St. Gerard's church you were looking

11   west on East Delevan toward the scene of what you say was the

12   shooting?

13     A.    Yes.

14          MR. TERRANOVA:  Maybe I should get a

15          photograph and show you that.

16   BY MR. TERRANOVA:

17     Q.    Let me show you what has been marked as People's

18   Exhibit 5 for identification.  You previously identified and

19   placed your initials in a particular area of this photograph;

20   is that correct?

21     A.    Yes.

22     Q.    Now, that would be what?  What is that area?

23     A.    The church.

24     Q.    Okay, that's St. Gerard's Roman Catholic church?

25     A.    Yes.

COE000119

119

Sullivan - Terranova - Cross

1

2    Q.   All right, now, is it your testimony that you ran

3    across the street and stopped at those steps?

4    A.   Yes.

5    Q.   And was it then that you looked back at the

6    intersection?

7    A.   Yes.

8    Q.   All right.  Now, you would be looking in a westerly

9    direction on East Delevan; isn't that true?

10   A.   Yes.

11   Q.   Toward Olympic Street?

12   A.   Yes.

13   Q.   And, you can't see it on this photograph, but next

14   to the Delevan Market was the scene of the shooting, right?

15   A.   Yes.

16   Q.   So you would be looking in that direction west on

17   East Delevan, and you would be looking into headlights of any

18   vehicles that might be -- why don't you step down here,

19   please.

20       Let me start that question over for you.  Why don't you

21   stand right there.  Mr. Sullivan, if you're at this vantage

22   point right here, St. Gerard's church, would you mark that

23   for us, by the way?  If you could just put an "X" and your

24   initials at the point depicted by People's Exhibit 5 for

25   identification, the photograph, where you were standing.

120

Sullivan - Terranova - Cross

1

2    All right.

3              MR. BELLING:  Judge, if I can just put on

4         record that that mark is made in black ink to

5         distinguish it from the other "X" with initials

6         made in red ink, and it's adjacent to the

7         streetlight 1180.

8              MR. TERRANOVA:  No objection.  That's

9         correct.

10   BY MR. TERRANOVA:

11        Q.   Now, would you agree with me, Mr. Sullivan, that if

12   you were poised at that area where you just placed your "X"

13   and your initials, would you agree with me that that's the

14   same location as what is depicted in People's Exhibit 5 for

15   identification?

16        A.   Yes.

17        Q.   Are you sure of that?

18        A.   I'm not sure, but you see it from the top, this

19   picture, I see it from the top like.

20        Q.   All right, so you're not certain whether the area

21   depicted in this diagram contains stairs?

22        A.   Yes.

23        Q.   All right, that's your problem?

24        A.   Yes.

25        Q.   Have you been to the scene since this happened?

121

Sullivan - Terranova - Cross

1
2     A.    No.

3     Q.    The police haven't taken you there to show you
4 anything?

5     A.    No.

6     Q.    To the best of your recollection, however, you told
7 us you would be standing at this "X" in black ink near your
8 initials, near streetlight 1180; is that right?

9     A.    Yes.

10    Q.    And you were watching the events that were
11 allegedly occurring down East Delevan west from where you
12 were standing; is that right?

13    A.    Yes.

14    Q.    Okay.  You put an "X" in red near the
15 Bailey-Delevan Market with your initials at the point at
16 which the fight was going on, right?

17    A.    Yes.

18    Q.    And that's the point at which you say Mr. Dixon
19 shot Torianno Jackson, is that right?

20    A.    No.

21    Q.    Where did the shooting take place?  Okay, you're
22 placing an "X" and your initials in black ink near the
23 streetlight Number 1155, which is across the street and in a
24 southerly direction from where the fight initially started;
25 is that correct?

122
                    Sullivan - Terranova - Cross

1

2    A.    Yes.

3    Q.    Okay.  Now are you telling us that you observed the

4    shooting and the shooter from your vantage point at

5    streetlight 1180 to 1155?

6    A.    Yes.

7    Q.    Okay.  Now my question to you is, is it possible

8    that there were headlights shining in your direction from the

9    Louie's Texas Red Hots parking lot and for traffic which was

10   eastbound on East Delevan?

11            MR. BELLING:  I'll object to that, your

12            Honor.  It calls for speculation.

13            MR. TERRANOVA:  I think it's fair

14            cross-examination, your Honor.

15            THE COURT:  I think he can ask.  Go ahead.

16            THE WITNESS:  It's possible for there to be a

17            car with lights shining.  I don't think there was.

18   BY MR. TERRANOVA:

19   Q.    All right.  Have a seat, please.  Can you show us

20   by reference in this courtroom how far away you were from the

21   shooter that you saw?

22   A.    The distance as long as -- it is longer than the

23   courtroom.

24   Q.    Longer than the courtroom, okay.  Can you estimate

25   about how far it is from where you're sitting to the back of

123

Sullivan - Terranova - Cross

1

2   the courtroom?

3       A.    No.  No.

4       Q.    Can't estimate at all?

5           THE COURT:  What do you want, in feet?  Are

6           you asking --

7           MR. TERRANOVA:  Whatever reference the

8           gentleman can use, Judge.

9           THE COURT:  What do you mean, can you estimate

10          the distance?  You want him to tell you how far it

11          is from where he is to the wall?

12          MR. TERRANOVA:  Yes.  What I am trying to do

13          is establish some reference for us so that he can

14          tell us.  He told us it's farther than the

15          courtroom.

16  BY MR. TERRANOVA:

17      Q.    Would it be perhaps 60 feet, 70 feet?  A hundred

18  feet?

19      A.    From here -- about a hundred feet.

20      Q.    Did you ever play football?

21      A.    Yes.

22      Q.    Are you familiar with how far 10 yards is?

23      A.    Yes.

24      Q.    When did you play football, in high school?

25      A.    No.

124

Sullivan - Terranova - Cross

1
2    Q.   Why don't you step back down here again.

3        Again, the witness John Sullivan is making reference to

4   People's 1 in evidence.  Can you tell us about how far you

5   think it might be in yards from streetlight Number 1180 to

6   streetlight 1155 at this intersection?

7    A.   A hundred or 150 yards.

8    Q.   A hundred or 150 yards, is that your answer?

9    A.   Yes.

10    Q.   Okay, you may take the stand again.

11        All right, when you arrived at Louie's, do you go

12   inside?

13    A.   No.

14    Q.   What happens?

15    A.   I see Aaron and Tori and Travis.

16    Q.   You saw Tori, Aaron and Travis?

17    A.   Yes.

18    Q.   Did you see Travis's car there?

19    A.   Yes.

20    Q.   What does he drive?

21    A.   Yellow car.

22    Q.   Had you seen Travis and Tori and Aaron get out of

23   the car?

24    A.   Yes.

25    Q.   All right, and who else did you see there?

COE000125

125

Sullivan - Terranova - Cross

1

2    A.    Couple other people, and they wanted do fight.

3 Michael Bland and lot of people.  I can't really remember

4 their names.

5    Q.    Okay, people that you had seen before?

6    A.    Yes.

7    Q.    You just didn't know their names?

8    A.    Yes.

9    Q.    Okay.  When you saw Aaron and Tori and Travis, what

10 did you understand was taking place?  What did you hear them

11 say?  What did you see them do?

12    A.    Going to argue.

13    Q.    Pardon me?

14    A.    Going to argue.

15    Q.    Who were they arguing with?

16    A.    With Mario.

17    Q.    Mario Jarmon?

18    A.    Yes.

19    Q.    Could you hear what the argument was all about?

20    A.    No.

21    Q.    Did you move closer to see what was going on?

22    A.    Yes.

23    Q.    All right.  Did Stancil and Lewis move with you?

24    A.    Yes.

25    Q.    All right.  So would it be your testimony that

126

Sullivan - Terranova - Cross

1

2    Stancil and Lewis were with you when you moved closer to

3    Aaron and Tori?

4        A.    Yes.

5        Q.    All right.  Did you have a weapon?

6        A.    No.

7        Q.    Did you see any weapon on Lewis or Stancil?

8        A.    No.

9        Q.    Did you know if they had any weapons?

10       A.    Yes.

11       Q.    Who had a weapon?

12       A.    They didn't have any weapon.  They didn't have any.

13       Q.    What did you see in Aaron's hands or Tori's hands?

14       A.    Nothing.

15       Q.    How did this fight start?

16       A.    Aaron said he wanted to fight.

17       Q.    Aaron said that he wanted to fight?

18       A.    Yes.

19       Q.    And he didn't want to fight his brother Tori.  He

20   wanted to fight Mario Jarmon?

21       A.    Yes, he was arguing with him.  He told him don't

22   fight.  He said he wanted to fight him.

23       Q.    So you had an argument with Aaron?

24       A.    No.

25       Q.    You said to Aaron don't fight.  He said he wanted

COE000127

127

Sullivan - Terranova - Cross

2  to fight?

3      A.  Yes.

4      Q.  And so you stepped back, did you?

5      A.  Yes.

6      Q.  You didn't see a box cutter in Aaron's hand at this
7  point?

8      A.  No.

9      Q.  All right.  Who threw the first pun?  Who hit who
10  first?

11      A.  I think Aaron hit him first.

12      Q.  Aaron hit Mario first?

13      A.  Yes.

14      Q.  Okay.  Did you know what this fight was about at
15  this point?

16      A.  No.

17      Q.  And, was this basically a fist fight up until that
18  point?

19      A.  Yes.

20      Q.  All right.  And what happened next?  Somebody end
21  up in the street?

22      A.  Somebody said look out, he got a gun.  After they
23  started fighting, somebody said look out, he has got a gun.

24      Q.  Who said that?  Do you know?

25      A.  Michael Bland said it to somebody.

128

Sullivan - Terranova - Cross

1

2    Q.    You heard Michael Bland say that?

3    A.    Yes.

4    Q.    And he said that somebody had a gun?

5    A.    Yes.

6    Q.    Did he say who had the gun?

7    A.    No.

8    Q.    Now, you told us previously, and you have

9    identified in this courtroom my client, Valentino Dixon,

10   right?

11   A.    Yes.

12   Q.    In response to the DA's question you said you saw

13   Valentino Dixon there, right?

14   A.    Yes.

15   Q.    When was the first time you saw Valentino Dixon at

16   the scene that evening?

17   A.    When he was standing over Tori.

18   Q.    Okay.  You have described in your direct testimony

19   that you saw Valentino Dixon shooting Tori Jackson, right?

20   A.    Yes.

21   Q.    That's the first time you saw him?

22   A.    That night.

23   Q.    Now, you knew Valentino Dixon, did you?

24   A.    No, I had seen him.

25   Q.    You had seen him around?

129

Sullivan - Terranova - Cross

1

2       A.    Seen him in M&M Sports.

3       Q.    What is M&M Sports?

4       A.    A store.

5       Q.    Do you work there?

6       A.    I have friends.

7       Q.    You hang out there sometimes?

8       A.    No, I know friends that work there.

9       Q.    Okay.  And, you have gone there?

10      A.    Yes.

11      Q.    And while you're there in that sports store, you

12  have seen Valentino Dixon?

13      A.    Yes.

14      Q.    All right, now how many times had you seen

15  Valentino Dixon prior to August 10th?

16      A.    Can't count.

17      Q.    Can't count?

18      A.    Couple times, five, couple times.

19      Q.    Okay.  Two or three times.  Couple beers was two

20  beers.  Couple times, two times?

21      A.    No more than five times.

22      Q.    No more than five times, okay.  And over what span

23  of time?

24      A.    Two-year period.

25      Q.    Two years?  All right.  So, maybe you have seen