```
                                                              130
 1              Sullivan - Terranova - Cross
 2   Valentino Dixon five times in two years before August 10th.
 3   Am I being fair there?
 4        A.   Yes.
 5        Q.   Now, when you got out of your car at Louie's Texas
 6   Red Hots, you didn't see Valentino Dixon, did you?
 7        A.   No.
 8        Q.   When you overheard the argument that was starting
 9   between Aaron and Tori and Mario, you didn't see Valentino
10   Dixon, did you?
11        A.   No.
12        Q.   When Aaron and Tori were fighting two on one on
13   Mario Jarmon in the street, you didn't see Valentino Dixon,
14   did you?
15        A.   They weren't in the street.
16        Q.   Where were they?
17        A.   On the sidewalk, the curb, right by the curb, half
18   of it.
19        Q.   Almost in the street on the curb?
20        A.   Yes.
21        Q.   No Valentino Dixon there either, right?
22        A.   No.
23        Q.   Okay.  When Mike Bland said careful, he's got a
24   gun, or something to that, in that regard?
25        A.   Yes.
```

```
                                                              131
 1              Sullivan - Terranova - Cross

 2      Q.   You didn't see Valentino Dixon, did you?

 3      A.   No.

 4      Q.   Okay.  Did you see Tori Jackson's gun?

 5      A.   No.

 6      Q.   Okay.  Had you ever seen Tori Jackson's

 7 silver-colored handgun?

 8      A.   Never seen him with a gun.

 9      Q.   Pardon?

10      A.   I never seen him with a gun.

11      Q.   You never seen him with an a gun?

12      A.   No.

13      Q.   You heard he had a gun, didn't you?

14      A.   No.

15      Q.   Okay.  Now when was it that you started running

16 across the street?  What happened to make you start running?

17      A.   He said he got a gun.  I started running.

18      Q.   Okay.  When you heard Michael Bland say he's got a

19 gun, you didn't know who had the gun, right?  You didn't see

20 a gun, right?

21      A.   No.

22      Q.   But you started -- that started you running, is

23 that it?

24      A.   Yes.

25      Q.   Why was that?
```

```
                                                                132
 1                    Sullivan - Terranova - Cross

 2        A.    I was scared to be shot.

 3        Q.    Okay.  But you didn't see a gun.  You didn't hear a

 4   gun go off yet, had you?

 5        A.    No.

 6        Q.    So you started running?

 7        A.    Yes.

 8        Q.    And you ran a hundred or 150 yards away, right?

 9        A.    Yes.

10        Q.    Okay.  Now, where were you in the intersection when

11   you first heard a gun going off?  Do you remember?

12        A.    Maybe in the middle of Bailey.

13        Q.    Maybe the middle of Bailey?

14        A.    Bailey and Delevan.

15        Q.    Right smack dab under the traffic light?

16        A.    Not -- well, closer to the side of the store and

17   church.

18        Q.    Do you want to come down here and point it out for

19   us.

20        Put your initials and an "X" at the exact spot that you

21   say you first heard a gun discharged.  Okay, so you would be,

22   according to where you placed your "X", you'd be just off the

23   corner where the Bailey-Delevan Market is, right?

24        A.    Yes.

25        Q.    Okay, where Bailey and East Delevan intersect near
```

```
                                                              133
 1                    Sullivan - Terranova - Cross
 2   the curb?
 3        A.    Yes.
 4        Q.    Okay, you can take the stand.
 5        So, at that point did you feel a bullet hit your leg?
 6        A.    No.
 7        Q.    Okay.  When was it that you first became aware that
 8   you had blood on your shoes?
 9        A.    When I got to the church and stopped running.
10        Q.    At what point did you first feel pain?
11        A.    When I ran.  I felt pain once I stopped running, I
12   fell the pain.
13        Q.    Okay.  While you were running, were you scared?
14        A.    Yes.
15        Q.    All right.  When you discovered -- when you got to
16   the church and you stopped, was that when you first felt
17   pain?
18        A.    Yes.
19        Q.    And, did you feel a warm stream of something down
20   your leg and into your shoes?
21        A.    Something, yes.
22        Q.    Did you put your hand there?
23        A.    Yes.
24        Q.    Your natural response would be to put your hand
25   where you felt pain?
```

134

Sullivan - Terranova - Cross

1
2    A.   Yes.
3    Q.   And you looked at your hand and you saw blood,
4 right?
5    A.   Yes.
6    Q.   That surprised you, didn't it?
7    A.   No.
8    Q.   It didn't surprise you?
9    A.   No. I heard gunshots. I know I'm shot.
10   Q.   Okay. When the point that you first heard a
11 gunshot, you didn't feel any pain?
12   A.   No.
13   Q.   Was there one gunshot you heard?
14   A.   Gunshots.
15   Q.   Pardon me?
16   A.   Shots.
17   Q.   You heard a series of shots, did you?
18   A.   Yes.
19   Q.   Okay. And, when you stopped at the church and you
20 discovered that you had been shot, you were surprised, were
21 you?
22   A.   No.
23   Q.   You weren't surprised. Were you scared?
24   A.   Yes.
25   Q.   Okay. And, did you look back in the direction from

```
                                                              135
1                    Sullivan - Terranova - Cross
2    where you heard the shots?
3         A.   Yes.
4         Q.   About how many shots had you heard?  --
5         A.   Maybe --
6         Q.   -- up until that point?
7         A.   Maybe five.
8         Q.   Okay.  Did they come very quickly?
9         A.   Yes.
10        Q.   I know it won't reflect in the record, but can you
11   say the shots right now for the jury?
12        A.   No.
13        Q.   Just say bang, bang, bang, how quickly did they
14   come?
15        A.   I don't know.  Bang-bang, bang, I don't know.
16        Q.   Pardon?
17        A.   I don't know, bang-bang, bang.
18        Q.   Very quickly?
19        A.   Yes.
20        Q.   And then you looked down, you noticed that you had
21   blood on you.  You didn't know if you were shot yet, right?
22        A.   When I got to the church, yes, I looked down.
23        Q.   And you saw blood?
24        A.   Yes.
25        Q.   And did you assume at that point that you had been
```

```
                                                                  136
 1                   Sullivan - Terranova - Cross
 2   shot?
 3        A.    Yes.
 4        Q.    All right and that scared you, didn't it?
 5        A.    Yes.
 6        Q.    Now you looked up, back in the direction toward
 7   where the shooting had come near streetlight Number 1155; is
 8   that right?
 9        A.    Yes.
10        Q.    Okay, and that's about a hundred or 150 yards away,
11   isn't it?
12        A.    Yes.
13        Q.    Okay, it's dark out, right?
14        A.    Yes.
15        Q.    And there's possibly headlights pointing in your
16   direction, right?
17        A.    It's possible.
18        Q.    And, you looked down there and you see someone with
19   a gun; is that right?
20        A.    I seen Tino with a gun.
21        Q.    Okay.  You told us before under oath here that Tino
22   had a gun, okay.  Now, what was Tino wearing at this point?
23   Do you know?
24        A.    No.
25        Q.    You have no idea?
```

```
                                                          137
 1              Sullivan - Terranova - Cross

 2       A.   No.

 3       Q.   Okay, now you're a hundred or 150 yards away in the
 4  dark and you see his face, do you?

 5       A.   Yes.

 6       Q.   Okay.  And, you don't know what he's wearing?

 7       A.   No.

 8       Q.   Now you also told us that you saw the defendant,
 9  Mr. Dixon, standing over Tori Jackson; is that right?

10       A.   Yes.

11       Q.   Okay.  Now, what was Tori Jackson wearing that
12  day?  Do you remember, that night?

13       A.   No.

14       Q.   What was Aaron Jackson wearing?

15       A.   One of them was wearing gray.

16       Q.   The truth is, the truth is, Mr. Sullivan that when
17  you looked from a hundred or 150 yards away in the dark
18  through all this light, glaring light, possibly --

19            MR. BELLING:  Well, your Honor, I'll object.
20            It's already compound, already testifying, and
21            already improper.
22            THE COURT:  Sustained.  You have covered this
23            in pretty great detail.
24            MR. TERRANOVA:  Not in my opinion, Judge.
25            THE COURT:  Let's move along.
```

```
                                                              138
 1              Sullivan - Terranova - Cross
 2           MR. TERRANOVA:  Sure will.
 3   BY MR. TERRANOVA:
 4        Q.   As you were looking in that direction, the truth is
 5   you didn't know whether it was Tori Jackson --
 6           MR. BELLING:  Objection to the form.
 7           THE COURT:  Let's hear the question.
 8   BY MR. TERRANOVA:
 9        Q.   You didn't know whether it was Tori Jackson or
10   Aaron Jackson who was lying on the street, did you?
11        A.   I know exactly who it was.
12        Q.   What's that?
13        A.   I knew exactly look it was.
14        Q.   Okay, at the time that you were looking from the
15   church you didn't know who was on the street, Tori Jackson or
16   Aaron Jackson, did you?
17        A.   I knew exactly who it was.
18        Q.   And how do you know that?
19        A.   Because when I went back, I never took my eyes off
20   the scene.  I went back there and Tori was there.
21        Q.   You went back?
22        A.   Back to the --
23        Q.   Okay, now that wasn't answering my question.  I'm
24   going to put to the question to you again, okay.  As you
25   looked from a hundred or 150 yards away from the church and
```

                                                                    139
1                Sullivan - Terranova - Cross

2    you looked towards where you said you saw Mr. Dixon standing
3    over someone and shooting them, you didn't know whether that
4    was -- at the time you were standing by the church you didn't
5    know whether it was Tori Jackson or Aaron Jackson, or who it
6    might have been on the street.  That's true, isn't it?
7        A.   I knew who it was.  It was Tori Jackson.
8        Q.   Listen carefully to my question.  When you were
9    standing by streetlight Number 1180, by your testimony a
10   hundred or 150 yards from streetlight Number 1155, where you
11   say someone was shot?
12       A.   Yes.
13       Q.   Standing from streetlight Number 1180 at the church
14   after discovering that you, yourself, were bleeding, you
15   didn't know who was on the street being shot, did you?
16       A.   Yes.  It was Tori.
17       Q.   How did you know that?  That's my question.
18       A.   Because he was there.  I sort of could tell you he
19   was wearing a gray hood, some white shoes.
20       Q.   So now you think you remember what Tori was
21   wearing, and that's how you know who was lying on the street
22   getting shot?
23       A.   Yes.
24       Q.   But you have no idea what the shooter was wearing?
25       A.   No.

                                                                    140
1                    Sullivan - Terranova - Cross

2        Q.   All right.  You recall the size of the gun, though,
3   don't you?
4        A.   Yes.
5        Q.   14, 16 inches, I think you told you?
6        A.   Yes.
7        Q.   Did this gun have to be used with two hands or with
8   one?
9        A.   It was used with two hands.  I don't know how many
10  it have to be used.  It was used with two hands.  I don't
11  know what it have to be used with.
12       Q.   Did you see the shooter clearly enough to see
13  whether he or she was shooting with one hand or two?
14       A.   I seen him clearly enough to see that he was
15  shooting with two.
16       Q.   Okay.  Now you said that the shooter was looking
17  down and pointing the gun down?
18       A.   Yes.
19       Q.   Now, from where you were standing a hundred or 150
20  yards away at streetlight Number 1180, is it your testimony
21  that the shooter was facing you, facing in your direction?
22       A.   No.
23       Q.   The shooter was facing away from you?
24       A.   No.
25       Q.   The shooter was in profile, you could see the side

                                                              141
1               Sullivan - Terranova - Cross
2   of the person's face?
3       A.   Yes.
4       Q.   Now, where did the shooter appear to go to after
5   the shooting was all done?
6       A.   West.
7       Q.   West on East Delevan?
8       A.   Yes.
9       Q.   Away from the intersection; is that right?
10      A.   Yes.
11      Q.   And toward Olympic?
12      A.   Yes.
13      Q.   So it's your testimony that for a period of time
14  you saw the side of the shooter's face, isn't that right?
15      A.   Yes.
16      Q.   The shooter's head was also facing down. Isn't
17  that correct?
18      A.   No. Not completely down.
19      Q.   Okay, you told us that for a period of 15 or 30
20  seconds, I think your testimony was there was shooting going
21  on while Torianno Jack on was on the street, is that right?
22      A.   Yes.
23      Q.   So during this period of time you are looking at
24  someone, the side of their face, are you?
25      A.   Yes.

```
                                                              142
1                    Sullivan - Terranova - Cross
2        Q.   And their face is slightly tilted down, isn't that
3   correct?
4        A.   Yes.
5        Q.   The gun is pointed down, isn't it?
6        A.   Yes.
7        Q.   And how many shots were fired at that point?
8        A.   Maybe 5, 10.
9        Q.   5 or 10?
10       A.   Yes.
11       Q.   I'm sorry?
12       A.   Maybe 5, 10.
13       Q.   What did you do next?
14       A.   Stood there and waited until he left.
15       Q.   Okay, and you say the shooter took off west on East
16  Delevan, is that right?
17       A.   Yes.
18       Q.   Okay, what did you do?
19       A.   I went, ran towards Louie's and called the police,
20  have them call the police.
21       Q.   Did you speak with the police at that point?
22       A.   No.
23       Q.   When did you speak with the police?
24       A.   When they arrived.
25       Q.   Okay.  How long after the incident ended did you
```

```
                                                              143
1                     Adams - Bellino - Direct
2    speak with the police?
3         A.    About five minutes, three minutes, five minutes.
4         Q.    Could you say that again?
5         A.    Three to five minutes.
6              MR. TERRANOVA:  May I just have a moment,
7    Judge?
8              THE COURT:  Sure.
9              MR. TERRANOVA:  I have nothing further at this
10   time.
11             THE COURT:  Redirect, Mr. Bellino?
12             MR. BELLING:  No, I have no redirect, your
13   Honor.
14             THE COURT:  Thank you, Mr. Sullivan, you may
15   step down.
16             (Witness excused.)
17             MR. BELLING:  Emil Adams.
18   E M I L   A D A M S, a witness residing at Saginaw, Michigan,
19        having been first duly sworn, was examined, and
20        testified as follows:
21   DIRECT EXAMINATION
22   BY MR. BELLING:
23        Q.   Mr. Adams, I want you to move in a little closer to
24   that microphone so we can hear you all the way back here,
25   okay.  Now, you presently live in the State of Michigan; is
```