# EXHIBIT  22

143

1                    Adams - Bellino - Direct

2  speak with the police?

3       A.    About five minutes, three minutes, five minutes.

4       Q.    Could you say that again?

5       A.    Three to five minutes.

6             MR. TERRANOVA:  May I just have a moment,

7       Judge?

8             THE COURT:  Sure.

9             MR. TERRANOVA:  I have nothing further at this

10      time.

11            THE COURT:  Redirect, Mr. Bellino?

12            MR. BELLING:  No, I have no redirect, your

13      Honor.

14            THE COURT:  Thank you, Mr. Sullivan, you may

15      step down.

16            (Witness excused.)

17            MR. BELLING:  Emil Adams.

18  E M I L    A D A M S, a witness residing at Saginaw, Michigan,

19      having been first duly sworn, was examined, and

20      testified as follows:

21  DIRECT EXAMINATION

22  BY MR. BELLING:

23      Q.    Mr. Adams, I want you to move in a little closer to

24  that microphone so we can hear you all the way back here,

25  okay.  Now, you presently live in the State of Michigan; is

144

Adams - Belling - Direct

1
2  that correct?

3      A.   Yes.

4      Q.   How old are you?

5      A.   Nineteen.

6      Q.   Who do you live with right now?

7      A.   My mother and father.

8      Q.   I want to call your attention to the summer of

9  1991.  Were you staying in Buffalo that time?

10     A.   Yes, I was.

11     Q.   You have relatives that live in the City of

12  Buffalo?

13     A.   Yes, I have.

14     Q.   Now, I want to specifically direct your attention

15  to August 10th of 1991.  In the early morning hours sometime

16  after midnight do you have recollection of being in the

17  vicinity of Louie's Texas Red Hots at Bailey and Delevan?

18     A.   Yes, I do.

19     Q.   What is your best estimate of the time that you

20  were there and witnessed this incident?

21     A.   I can't recall.

22     Q.   It was after midnight, however?

23     A.   Yes, it was.

24          MR. TERRANOVA:  Objection to the leading.

25          THE COURT:  No, overruled.  Go ahead.

145

Adams - Bellino - Direct

1

2  BY MR. BELLING:

3      Q.    Now, how had you gotten to Bailey and Delevan

4  before you witnessed this incident?

5      A.    I had a ride.

6      Q.    And, who did you get a ride with?

7      A.    A friend of mine.

8      Q.    Excuse me?

9      A.    A friend of mine.

10     Q.    And what's that friend's name?

11     A.    Mike.  I don't know his last name.

12     Q.    And what were you doing at the corner of Bailey and

13 Delevan?  Were you going to one of the businesses, or what

14 were you going there for?

15     A.    We were going to Louie's, and I was just talking to

16 my friends that was there.

17     Q.    Did there come a time that you saw any other people

18 that you knew in the vicinity?

19     A.    Yeah.

20     Q.    And, did you at the time know a person by the name

21 of Torianno Jackson?

22     A.    Yes.

23     Q.    Did you know his brother, Aaron Jackson?

24     A.    Uh-huh.

25     Q.    Did you know Mario Jarmon?

146

Adams - Bellino - Direct

1

2    A.    Yes.

3    Q.    And, did you see those three fellows in the

4    vicinity of that corner of Bailey and Delevan at the time

5    that you were there that early morning?

6    A.    Yes.

7    Q.    Did you have occasion on that early morning to

8    witness an encounter, some type of a disagreement between

9    those three people?

10   A.    Yes.

11   Q.    Why don't you tell the jury what you saw from the

12   point that you first saw something happening?  Just narrate

13   for us what you saw, and I'll stop you if I need to ask for

14   any more details?

15   A.    Tori, Aaron, you know, they got out of the car.

16   Q.    Now let me stop you right there.  I need a little

17   more detail.  What kind of car did they get out you of?

18   A.    A GEO Storm.

19   Q.    A GEO Storm.  They got out of it.  Did you know or

20   see the driver of that car?

21   A.    Yeah.  I can't recall his name.

22   Q.    Had you seen him before, though?

23   A.    Yes.

24   Q.    Now, when they got out of the car, what did they

25   do?  Where did they go?

147

Adams - Belling - Direct

1

2    A.    To the curb.

3    Q.    To the curb near what?

4    A.    Delevan.

5    Q.    And, is there a business establishment on the

6    corner there?

7    A.    No, they was on Louie's side.

8    Q.    They were on Louie's side at that point?

9    A.    Yes.

10    Q.    So that would be the Louie's parking lot?

11    A.    Mm-hmm.

12    Q.    And, where was Mario when you first saw him, Mario

13    Jarmon?

14    A.    Across the street at the drugstore.

15    Q.    Across Delevan?

16    A.    Mm-hmm.

17         THE COURT:  Try to say yes and no.  I think it

18         will be little easier.

19         THE WITNESS:  Yes.

20         THE COURT:  Go ahead.

21    BY MR. BELLING:

22    Q.    Okay, that building you call the drugstore,

23    actually it has a sign on it that says Bailey-Delevan Market,

24    doesn't it?

25    A.    Yes.

148

1          Adams - Belling - Direct

2              MR. TERRANOVA:  Object to the leading.

3              THE COURT:  Sustained.  Avoid the leading, Mr.

4          Belling.

5              MR. BELLING:  Well --

6    BY MR. BELLING:

7      Q.    I want to show you two pictures, Exhibits 4 and 5,

8    and ask if the building that I have just talked about is in

9    this picture, or two pictures?

10     A.    The second.

11     Q.    You are pointing to the corner of Exhibit Number 5,

12   correct?

13     A.    Yes.

14     Q.    What does the sign on the front of that building

15   say?

16     A.    Bailey and Delevan Market.

17     Q.    So Mario was on the corner by the Bailey-Delevan

18   Market?

19     A.    Yes.

20     Q.    And he was on the Delevan Avenue side of that

21   building, correct?

22     A.    Yes.

23     Q.    Now, what did you see happen between the Jackson

24   brothers and Mario Jarmon?

25     A.    They was arguing, and Tori and Aaron run across the

COE000149

149

Adams - Belling - Direct

1

2 street, and Aaron and Mario, you know, got into a fist

3 fight.  Tore was saying just one-on-one.  Nobody else jump

4 in.

5     Q.    Tori was saying that?

6     A.    Yes.

7     Q.    Now, when they were on your side of the street,

8 Louie's parking lot side, did you see any weapons in either

9 Tori Jackson's or Aaron Jackson's hands?

10     A.    No, I didn't.

11     Q.    And as they walked out and got into the fist fight

12 with Mario Jarmon, did you see any weapons in any of the

13 three of their hands?

14     A.    No, I didn't.

15     Q.    So far as you could see, Tori Jackson had no

16 weapon?

17     A.    Yes.

18     Q.    And Aaron Jackson had no weapon?

19     A.    Yes.

20     Q.    And Mario Jarmon had no weapon?

21     A.    No.  He had no weapon.

22     Q.    So now they are having a fist fight, first Aaron

23 and Mario?

24     A.    Yes.

25     Q.    And Tori is standing by doing what?

COE000150

150

Adams - Belling - Direct

1

2      A.    Just telling nobody to jump in.

3      Q.    What happened then?

4      A.    That's when Valentino and another guy that was with

5  him walked down the street.

6      Q.    Now where did they walk from, from which direction?

7      A.    They walked from where they was fighting at towards

8  Mario's house.

9      Q.    Now, Mario's house would be towards Olympic Avenue

10  on Delevan?

11     A.    Yes.

12     Q.    And, do you know whether that would be east or west

13  on Delevan?

14     A.    No, I wouldn't know.

15            THE COURT:  Keep your voice up a little

16            louder.

17            THE WITNESS:  No, I don't know where that

18            would be, which direction that would be.

19  BY MR. BELLING:

20     Q.    But, in any event, it's the direction of Mario's

21  house?

22     A.    Yes.

23     Q.    Now, when you first saw, first you saw Valentino,

24  did you see him coming from the direction of Mario's house?

25     A.    Yes, I did.

151

Adams - Bellino - Direct

1

2    Q.    And he was with someone else?

3    A.    Yes.

4    Q.    Was that other person bigger or smaller than he

5    was?

6    A.    He was about the same size.

7    Q.    And, when you first saw these two people, were

8    either of them carrying any weapons?

9    A.    No.

10    Q.    What did you see them do as they approached from

11    the direction of Mario's house?

12    A.    He was just walking up the street with a gun.   Both

13    of them, both of them walking with a gun.

14    Q.    Both of them had guns?

15    A.    Yes.

16    Q.    Now, the gun that Valentino had, describe that for

17    us.   What did it look like?

18    A.    It was a long -- it was a long gun.   It was no

19    handgun.

20    Q.    And was he holding it in one or two hands?

21    A.    He was holding it in one hand at first until he got

22    up, you know, up on where they was fighting at.

23    Q.    Now the gun that the second man had, what did that

24    look like?

25    A.    It was a handgun.

152

Adams - Bellino - Direct

1

2    Q.    And what color was the handgun?

3    A.    I don't know what color.

4    Q.    Now, you say as they walked up, the man with the

5    bigger gun had it in one hand and then moved it to two

6    hands.  Why don't you pick up the narrative from there and

7    tell us what happened?

8    A.    He just walked into the crowd and went to shoot.

9    Q.    Now the crowd, is that the same place that Tori and

10    Aaron and Mario was fighting?

11    A.    Yes.

12    Q.    Were there more people standing around then than

13    just the three of them?

14    A.    Yes.

15    Q.    Do you know Fred Stancil?

16    A.    No.  Maybe by face, but not by name.

17    Q.    Do you know Robert Lewis, Jr.?

18    A.    No.

19    Q.    And, do you know John Sullivan?

20    A.    No.

21    Q.    So, there were other people there, but you don't

22    know their names; is that correct?

23    A.    No.

24    Q.    Now, the person that you just named as Valentino,

25    do you see him in Court today?

153

Adams - Belling - Direct

1

2    A.   Yes.

3    Q.   Could you just point him out and describe what he's

4  wearing?

5    A.   The man sitting right there with the blue shirt on.

6    Q.   Light blue shirt?

7    A.   Yes.

8    Q.   Now, had you ever seen that person before that

9  night?

10    A.   No.

11    Q.   Were you ever aware of him from growing up, or

12  anything like that?

13          MR. TERRANOVA:  Objection.

14          THE WITNESS:  No.

15          MR. TERRANOVA:  He has answered the question.

16      Never seen him before.

17          THE COURT:  Overruled.

18  BY MR. BELLING:

19    Q.   You can answer my question.

20    A.   I knew his brothers.  They grew up by my

21  grandmother's house down by Watson.  I seen him a few times,

22  but I didn't really know him personally.

23    Q.   You didn't know him, but you had seen him a few

24  times?

25    A.   Yes.

154

Adams - Belling - Direct

1

2     Q.    Now, when he started firing the bigger gun, did he

3     use one hand or two?

4     A.    Two.

5     Q.    Describe for the jury what happened when he started

6     firing?

7     A.    The crowd just ran and I jumped behind a car.

8     Aaron came running across the street.

9     Q.    From across which street did Aaron run?

10    A.    Delevan.

11    Q.    Coming towards Louie's parking lot?

12    A.    Yes, and fell by the car.  I guess he was trying to

13    get in the car.

14    Q.    Which car?

15            MR. TERRANOVA:  Objection to the speculation.

16            THE COURT:  Sustained.  Just tell us what he

17            did.  Don't guess or speculate about what you think

18            he did.

19    BY MR. BELLING:

20    Q.    You saw Aaron run to the vicinity of the yellow GEO

21    Storm?

22    A.    Yes.

23    Q.    And he fell down outside of it?

24    A.    Uh-huh.

25    Q.    What happened to Tori?

155

Adams - Belling - Direct

1

2      A.    He fell in the street on Delevan.

3      Q.    Now when he fell in the street, what did the

4   defendant do at that point in time?

5      A.    He was shooting him then when he fell.  He shot him

6   again.

7      Q.    After he was down?

8      A.    Uh-huh.

9      Q.    How many times did he shoot him when he was down?

10     A.    I can't recall that.

11     Q.    The gun fire, was it very rapid fire, or was it

12  distant, or how did it an occur?

13     A.    Um, it was rapid.  It was pretty rapid.

14     Q.    Now, the person that was with Valentino Dixon who

15  you said had the handgun --

16     A.    Mm-hmm.

17     Q.    -- did you observe him fire any shots?

18     A.    No, I just heard the big gun go off, and I just

19  jumped behind the car.

20     Q.    So, at the sound of Valentino Dixon's gun you

21  jumped behind the car?

22     A.    Yes.

23     Q.    From where you jumped, could you watch where Tori

24  was in the street?

25     A.    Uh-huh.

156

Adams - Belling - Direct

1

2    Q.    And, from where you were, could you watch Aaron run

3    away toward the yellow car?

4    A.    Yes.

5    Q.    And from where you were behind that car, could you

6    see Valentino Dixon as he shot Tori while Tori was in the

7    street?

8    A.    Yes.

9    Q.    Now, after that happened, after Valentino Dixon

10   stood over Tori and shot him in the street, what happened

11   then?

12   A.    They just left.  They went back towards the way of

13   Mario's house.

14   Q.    The same two fellows that walked up together, the

15   defendant and one other went back towards Mario's house?

16   A.    Yes.

17   Q.    And, what happened to Aaron and Tori?

18   A.    Aaron was still laying there, and I pulled him

19   behind the car, and he was crying for his brother, you know,

20   go get my brother, so I went and got his brother and brought

21   him into Louie's parking lot and called the ambulance and

22   stuff from there.

23   Q.    And, were you there when the ambulance and police

24   cars came?

25   A.    Yes.

157

Adams – Belling – Direct

1

2      Q.    Now, would you step down here a second to the map.

3  Now, keep your voice up really loud now, and stand like over

4  here so the jury can hear you as you and I talk.  This is

5  Exhibit 1, right?

6      A.    Yes.

7      Q.    Have you seen this map before?

8      A.    Yes.

9      Q.    Where did you see it before?

10      A.    In your office.

11      Q.    And, is it as far as you recollect a fair and

12  accurate map of the way this whole intersection is laid out?

13      A.    Yes.

14      Q.    And, do you see Louie's Texas Red Hots on the map?

15      A.    Yes.

16      Q.    Where is Louie's parking lot in relation to the

17  building?

18      A.    On this side.

19      Q.    And you are jestering just north of the actual

20  building, correct?

21      A.    Yes.

22      Q.    Now, I want you to take this black flare pen and

23  mark a circle and your initials, EA, at the place where you

24  were when you were hiding behind the car and watching the

25  shooting going on?

158

Adams - Bellino - Direct

1

2      A.    Here.

3      Q.    Now put EA next to that.  And put a little, just 1,

4  in the middle of the circle.  And, are there any marks or

5  letters on the map right now that closely approximate where

6  Tori Jackson was laying on the ground?

7      A.    Yes.

8      Q.    What is on the map that shows where Tori was

9  laying?

10      A.    Right here.

11      Q.    Okay, and there's a red "X" and the initials JAS?

12      A.    Mm-hmm.

13      Q.    Now, tell us what you saw going go on at this area

14  where the red X and JAS is?

15      A.    That's where the fight took place.

16      Q.    And this is where the three, Mario -- I'm sorry,

17  Mario and Aaron were fighting, and Tori was saying stay out

18  of it?

19      A.    Yes.

20      Q.    And, were you at your Number 1 here, or were you

21  somewhere else when you watched that first part of the fight?

22      A.    I was somewhere else.

23      Q.    Okay, why don't you put a circle with a number 2 in

24  it and your initials about where you were when you first saw

25  it.

159

1                    Adams - Belling - Direct

2      Okay, so you retreated back a little bit when the

3  shooting started, correct?

4      A.   Yes.

5      Q.   And, your number 2 here would be out on the

6  sidewalk; isn't that correct?

7      A.   Yes.

8               THE COURT:   Can everybody see?  Why don't you

9          turn it a little more towards the jury.  There you

10         go.

11  BY MR. BELLING:

12     Q.   Now, when you were at Number 2, is that when you

13  saw the defendant, Valentino Dixon, and the other fellow

14  walking down from Mario's house?

15     A.   Yes.

16     Q.   And Mario's house would be like off the map over

17  this way, correct?

18     A.   Yes.

19     Q.   Why don't you step back up on the witness stand.

20  Now I want to show you what has been marked here People's

21  Exhibit 7 for identification.  You recognize the scene

22  depicted in this photograph?

23     A.   Uh-huh.

24     Q.   Now keep your voice up.

25     A.   Yes.

160

Adams - Belling - Direct

1

2    Q.    What is this a picture of?

3    A.    The street, Delevan, and Louie's parking lot.

4    Q.    And Louie's parking lot is on the right-hand side

5    of the picture; is that correct?

6    A.    Yes.

7    Q.    And, is this a fair and accurate representation of

8    the layout of things the way they appeared the night that

9    this happened, or the early morning this happened, August

10    10th, '91?

11    A.    Yes.

12                THE COURT:  What exhibit is that?

13                MR. BELLING:   This is Exhibit 7.

14    BY MR. BELLING:

15    Q.    I want to show you Exhibit Number 8 marked for

16    identification and ask you if you recognize this scene?

17    A.    Yes.

18    Q.    And, Exhibit 8, it would be fair to say, is just a

19    little bit, the camera is turned slightly left from Exhibit

20    7, correct?

21    A.    Yes.

22    Q.    Is this a fair and accurate representation of that

23    area immediately after the shooting as it was in the early

24    morning hours of August 10, '91?

25    A.    Yes.

161

Adams - Bellino - Direct

1

2    Q.   Now referring to Exhibit Number 7, is the place

3  where you were in the parking lot hiding behind that car in

4  this picture?

5    A.   The car where I was at, yes.

6    Q.   Where you were is there, but the car is no longer

7  there; is that correct?

8    A.   Yes.

9    Q.   I want you to put an "X" and your initials, EA, on

10  this picture, Exhibit 7, where you were hiding behind the car

11  watching the shooting?  You have put the initials on Exhibit

12  Number 7 into the parking lot towards Louie's.  Will you put

13  a circle and your initials, EA, on the photograph, Exhibit 7,

14  where you were standing when you first saw the defendant

15  coming down the street with the gun?

16    A.   Almost the same spot.  No, no.  I was over here.

17    Q.   Okay, put a little 2 underneath that X so we know

18  that is the second "X" you made.  So X-2 where the initials

19  EA is where you were when you were first watching the events

20  as the defendant walked up with the gun?

21    A.   Yes.

22    Q.   Before he started shooting?

23    A.   Yes.

24    Q.   I show you Exhibit 9 marked for identification.  Do

25  you recognize that scene?

162

Adams - Belling - Direct

1

2    A.    Yes.

3    Q.    What's that?

4    A.    That's the car Tori came in.

5    Q.    The little yellow car?

6    A.    Yes.

7    Q.    Is that car parked where it was when Aaron ran to

8    the area of it and then fell?

9    A.    Yes.

10    Q.    Fair and accurate representation of where the car

11    was on the early morning hours of August 10th?

12    A.    Yes.

13    Q.    That's Exhibit 9.

14    Emil, at the time that Tori was down on the ground and

15    the defendant was shooting him, did Tori have any weapons at

16    that point in time?

17    A.    No.

18    Q.    When Aaron ran back to the car and fell just short

19    of the yellow car, did he have any weapons at that point?

20    A.    No, he didn't.

21    Q.    Did you ever see either Torianno Jackson or Aaron

22    Jackson with any weapons during the course of this whole

23    event?

24    A.    No, I didn't.

25    MR. BELLING:  I have no further direct

163

1            Adams - Belling - Direct

2    examination, your Honor.

3            THE COURT:  Are you going to be awhile, I take

4    it?

5            MR. TERRANOVA:  Mm-hmm.

6            THE COURT:  We'll break at this point for the

7    day, ladies and gentlemen.  You can step down, Mr.

8    Adams.  We will need to continue your testimony in

9    the morning.  We are going to resume tomorrow

10   morning at 9:30, ladies and gentlemen.  I'll ask

11   that you return at that time to the jury room.  Go

12   directly to the jury room, and we will get you into

13   the court as soon as possible to continue with this

14   case.  I know I just gave you these warnings and

15   admonitions a short time ago, but let me remind you

16   that when you leave the courtroom, please go right

17   out of the building, and when you return tomorrow

18   morning once you come into the building, come right

19   into the jury room.

20           Also, you are prohibited from discussing the

21   case among yourselves or with anyone.  Please, no

22   media coverage, don't watch or listen to it if

23   there is any.  Don't visit the locations that have

24   been described thus far during the proceeding, and

25   you let me know if anything at all unusual happens

164

1              Adams - Terranova - Cross

2            or if anybody attempts to talk to you about this

3            case.  Any questions?  9:30.  Counsel, anything?

4            See you in the morning.

5                  (4:55 p.m., Court adjourned.)

6            Proceedings of Thursday, June 11, 1992.

7                  (10:15 a.m., jury, counsel and defendant

8            present.)

9   E M I L    A D A M S, having been previously duly called and

10  sworn, resumed the stand, and testified further as follows:

11                THE COURT:  Good morning, ladies and

12            gentlemen.  We are going to continue, I believe,

13            with the cross-examination of Emil Adams; is that

14            right?

15                MR. TERRANOVA:  Yes, your Honor.  Could I just

16            have a moment while the witness is taking the

17            stand?  I just received a statement that I haven't

18            had time to go over.

19  CROSS-EXAMINATION

20  BY MR. TERRANOVA:

21      Q.   Mr. Adams, I would like to ask you some questions

22  about this incident, and specifically referring to your

23  testimony from yesterday.  Do you recall making a statement

24  right after the incident occurred, sir?

25      A.   To the police.

165

1                          Adams - Terranova - Cross

2      Q.    Okay.  How did you come to give a statement to the

3  police?

4      A.    They arrived on the scene.

5      Q.    Okay.  Were there still a lot of people at the

6  scene when the police arrived?

7      A.    Yes.

8      Q.    Did you approach a police officer?

9      A.    He approached me.

10     Q.    All right.  You remember the name of that police

11  officer?

12     A.    No, I don't.

13     Q.    Okay.  So, a police officer came up to you and said

14  what?

15     A.    Did you see what happened?  He asked me did I see

16  what happened, and asked me Tori's name.

17     Q.    So you were standing by Tori?

18     A.    Yes, I was sitting there holding him.

19     Q.    Okay, could you speak up.  I'm everything a hard

20  time hearing you.

21     A.    I was sitting there holding him.

22     Q.    All right, so the ambulance crew hadn't arrived

23  yet?

24     A.    Yeah, they arrived the same time.

25     Q.    Okay.  And the police officer asked you your name

166

Adams - Terranova - Cross

1    and if you had seen anything?

2

3    A.    Yes.

4    Q.    And what did you tell them?

5    A.    Yes, I did.

6    Q.    Okay.  Did he ask you then what you saw?

7    A.    Yes.

8    Q.    And what did you tell him?

9    A.    What I saw.  Just told him everything I saw.

10   Q.    Tell us now what you told the police officer at the

11   scene immediately after this happened?  Do you recall?

12   A.    I just told him that they were fist fighting.

13   Q.    Who was fist fighting?

14   A.    Aaron and Mario.

15   Q.    Okay.  And what else did you tell the police

16   officer?

17   A.    I told him the people that was with Mario came back

18   with a gun, started shooting.

19   Q.    Okay, some people with Mario?

20   A.    Mm-hmm.

21   Q.    That's yes for the record?

22   A.    Yes.

23   Q.    And those people that were with Mario did some

24   shooting.  That's what you told the police officer?

25   A.    Yes.

167

Adams - Terranova - Cross

1

2      Q.   Okay.  So you told them that there were two people

3  involved?

4      A.   With the shooting?

5      Q.   Yes.

6      A.   I told them two people had a gun, yes.

7      Q.   Okay.  And what else did you tell the police

8  officer at the scene?

9      A.   He just told me to come downtown.

10      Q.   And did you go downtown with him?

11      A.   Yes.

12      Q.   Where did you go, to 74 Franklin Street over here,

13  police headquarters?

14      A.   Yes.

15      Q.   Were you interviewed by another detective or police

16  officer?

17      A.   Yes.

18      Q.   All right.  Did you give a written statement to

19  Detective Stambach that night?

20      A.   I guess if that's his name, yes.

21      Q.   All right.  Would it be fair to say that your

22  recollection at that time was pretty good because the event

23  had just happened?

24      A.   Yes.

25      Q.   All right, at any time during the interview at the

168

Adams - Terranova - Cross

1

2   scene by the first police officer you talked to, did you ever

3   mention the name Valentino Dixon?

4       A.   No, sir.

5       Q.   You didn't know the name of the shooter, did you?

6       A.   No, I didn't.

7       Q.   While you were at the scene did you hear the name

8   Valentino Dixon?

9       A.   No, I didn't.

10      Q.   Prior to arriving at Louie's, where were you?

11      A.   I was at my cousin's house.

12      Q.   Who is your cousin?

13      A.   Joseph Bernard Washington.

14      Q.   Okay, and where does Joseph Washington live?

15      A.   On Humber Street.

16      Q.   Pardon?

17      A.   On Humber Street.

18      Q.   Could you keep your voice up, please.  What were

19  you doing at Joseph Washington's house on Humber Street?

20      A.   Getting ready to go somewhere.

21      Q.   You went to a party, right?

22      A.   Yes.

23      Q.   Okay, and that party was on Newberg Street, was it?

24      A.   I think that's the street.

25      Q.   Okay.  You know that's the street, don't you?

169

Adams - Terranova - Cross

1

2      A.   I can't recall if that's the street or not.

3      Q.   Who was at that party on Newberg Street?

4      A.   I don't remember.

5      Q.   You didn't know anybody there?

6      A.   No, just the people I was with.

7      Q.   Pardon me?

8      A.   Just the boy I was with.

9      Q.   Joseph Washington?

10     A.   No, he didn't go.  I was over to his house.

11     Q.   All right, who did you go to the party on Newberg

12  Street with?

13     A.   Boy named mark.

14     Q.   Now you don't know Mark's last name?

15     A.   No.

16     Q.   Now, you were in town last August.  Do you reside

17  permanently in Saginaw, Michigan?

18     A.   Yes.

19     Q.   Is that where your home is?

20     A.   Yes.

21     Q.   You were brought here for this trial from Michigan?

22     A.   Yes.

23     Q.   Okay.  Did you talk to Mr. Belling or his assistant

24  in this trial, Mr. Krawczyk, before taking the stand today?

25     A.   No, I didn't.

170

Adams - Terranova - Cross

1

2      Q.    You didn't talk to them before you took the stand

3  yesterday?

4      A.    Yesterday?  Yes.

5      Q.    You discussed your testimony with them, didn't

6  you?

7      A.    Yes.

8      Q.    All right.  And they gave you a copy at some point

9  of your Grand Jury testimony of January 13th of this year,

10  right?

11      A.    Yes.

12      Q.    You were in town here on January 13th and testified

13  before a Grand Jury; is that right?

14      A.    Yes.

15      Q.    And, did they give you a copy of your statement

16  dated August 10, 1991?

17      A.    Yes.

18      Q.    And you read those through, didn't you?

19      A.    Pretty much.

20      Q.    Well, did you read them through or not?

21      A.    Yes.

22      Q.    Okay.  And you were told to do that, weren't you?

23      A.    Yes.

24      Q.    To prepare for your testimony today and yesterday.

25  That's right, isn't it?

171

                    Adams - Terranova - Cross

1

2      A.    It wasn't fair, though.  He just gave them to me

3  because they was mine.

4      Q.    They told you to know what was in those statements

5  that you made previously, didn't they?

6      A.    No, they didn't tell me no such thing.

7      Q.    Okay, did you review your testimony with them at

8  some point?

9      A.    No.

10     Q.    Did they tell you what kinds of questions they were

11  going to ask you?

12     A.    Yes.

13     Q.    Okay.  Now, when did you move to Saginaw,

14  Michigan?

15     A.    About five years ago.

16     Q.    Okay, do you come into the Buffalo area occasionally?

17     A.    Yes.

18     Q.    All right.  About how often in the last five years

19  have you come to Buffalo?  Would it be once a year, twice a

20  year?

21     A.    Several times a year.

22     Q.    Several times a year.  How long would you stay on

23  the average when you came to Buffalo?

24     A.    A week, weekend, depends.

25     Q.    Okay.  In 1991 before this incident occurred, how

172

1                    Adams - Terranova - Cross

2   many times had you been to Buffalo?  Do you remember?

3        A.    No, I don't.

4        Q.    Would it have been more than once?

5        A.    Yeah, it would have been more than once.

6        Q.    Do you go to school there in Saginaw, Michigan,

7   sir?

8        A.    Yes, I do.

9        Q.    How old are you?

10       A.    Nineteen.

11       Q.    Did you go to high school in 1991, or were you in

12  college or some secondary, some postgraduate?

13       A.    High school.

14       Q.    Okay.  So while school was in session in Saginaw,

15  Michigan during 1991, you weren't in Buffalo, right?

16       A.    Yes, I was.

17       Q.    Okay.  Did you attend high school in 1991?  That

18  would have been last year.

19       A.    Yes.

20       Q.    In Saginaw, Michigan?

21       A.    Yes.

22       Q.    Okay.  So if you're going to school in Saginaw,

23  Michigan, you can't be in Buffalo at the same time; is that

24  right?

25       A.    Like I say, I be here on the weekend, or a week, it

173

Adams - Terranova - Cross

1

2  depends.

3       Q.    All right, and all I am asking you, sir, is how

4  often you would be in Buffalo say from January 1 of 1991 to

5  the date of this incident on August 10, 1991?  Do you have a

6  recollection?  Do you remember how many times you might have

7  been in Buffalo?

8       A.    No.

9       Q.    No idea?

10      A.    No.

11      Q.    How about the year 1990?

12      A.    No.

13      Q.    You have no recollection?

14      A.    Not how many times I have been here, no.

15      Q.    Just that you had been in Buffalo?

16      A.    Yes.

17      Q.    And it could have been a weekend or it could have

18  been a week, right?

19      A.    Yes.

20      Q.    Okay.  Is there anybody you know that would have

21  knowledge of that?  Do you stay here with somebody?

22      A.    My sister.

23      Q.    And your sister lives here in Buffalo, does she?

24      A.    Yes.

25      Q.    And when you did come to Buffalo, you'd stay with

174

Adams - Terranova - Cross

1
2  her?

3       A.    Yes.

4       Q.    What is her name?

5       A.    Content Adams.

6       Q.    Content?

7       A.    C O N T E N T.

8       Q.    Now, where were you staying on Friday, August 9th

9  when you were in Buffalo?

10      A.    At my cousin's house.

11      Q.    That would be a Friday night?

12      A.    At my cousin's house.

13      Q.    Where was that located?

14      A.    On Humber.

15      Q.    That would be Joseph Washington's place on Humber

16  Avenue in Buffalo?

17      A.    Yes.

18      Q.    Okay.  And, did you have anything to drink or any

19  drugs or anything at the house on Humber Street before you

20  left for the party?

21      A.    No.

22      Q.    Okay, what time did you leave Humber Street?

23      A.    I don't recall.

24      Q.    Pardon me?

25      A.    I don't remember.