175

Adams - Terranova - Cross

1

2          JUROR NO. 8:  Could the witness go closer to

3      the microphone.

4          THE COURT:  Look, I know you can speak louder

5      than you are, so just project your voice a little

6      bit more.  Slide right up to that microphone and

7      make sure everybody can hear you.  If you can't

8      hear me, let me know.  I assume you are hearing

9      because that speaker is closer to you than me, but

10      if you can't hear, raise your hand.  Go ahead, Mr.

11      Terranova.

12          MR. TERRANOVA:  Thank you, your Honor.

13  BY MR. TERRANOVA:

14      Q.   Now, you don't remember what time you left the

15  house on Humber Avenue?

16      A.   No, I don't.

17      Q.   Was it dark out?  Was it nighttime?

18      A.   Yes.

19      Q.   All right.  And you went from there to the party on

20  Newberg Street?

21      A.   Yes.

22      Q.   And, you went to the party with a guy named Mark?

23      A.   Yes.

24      Q.   Last name unknown?

25      A.   Right.

176

Adams - Terranova - Cross

1

2    Q.    And how did you get there?  Did Mark drive you?

3    Did you walk?  What did you do?

4    A.    He drove.

5    Q.    Now, when you got to this party, how long did you

6    stay there?

7    A.    Maybe five minutes.

8    Q.    Just five minutes?

9    A.    Yeah, when we got there, it was over.

10   Q.    It was over.  Okay.  What did you do next?

11   A.    Went to Louie's.

12   Q.    Now, had you had anything to drink, or any drugs at

13   all during this period of time?

14   A.    No.

15   Q.    From the time you left the house on Humber until

16   you got to Louie's?

17   A.    No.

18   Q.    All right.  You went to Louie's to get something to

19   eat, did you?

20   A.    Yes.

21   Q.    Did you go with Mark?

22   A.    Yes.

23   Q.    Did you go with Mark in his car?

24   A.    Yes.

25   Q.    And, what did you do when you got there?

177

Adams - Terranova - Cross

1

2     A.    Just talking to people who I knew, and that was

3  it.

4     Q.    All right.  Did you see some people that you knew

5  there?

6     A.    Yes.

7     Q.    Okay.  Can you tell us who you knew?

8     A.    Tori, Aaron, Travis.  I was talking to them.

9     Q.    All right, so you saw Torianno Jackson, you saw

10  Aaron Jackson and you saw Travis Powell; is that right?

11     A.    Yes.

12     Q.    What were they doing when you first saw them?

13     A.    Sitting in the car.

14     Q.    Sitting in a car.  Do you recall what type of car

15  it was?

16     A.    A yellow Geo Storm.

17     Q.    Geo Storm?

18     A.    Yes.

19     Q.    Did you approach them and talk with them?

20     A.    Yes.

21     Q.    All right.  Do you recall what they were saying?

22  Can you tell us what the conversation was about?

23     A.    Just how are you doing?  You know, we ain't seen

24  each other in awhile.

25     Q.    Okay, you hadn't seen them in awhile?

178

Adams - Terranova - Cross

1

2     A.     Yes.

3     Q.     And, did they discuss with you what was going on on

4     that night?

5     A.     No, they didn't.

6     Q.     Where were they parked?

7     A.     In Louie's parking lot.

8     Q.     Louie's Hot Dogs parking lot, right?

9     A.     Yes.

10    Q.     Okay.  And, what happened next?

11    A.     They got out the car talking.  That's when Mario

12    and Valentino and whoever else was with them came walking

13    down the street.

14    Q.     Okay.  Now you told us earlier that when you spoke

15    to the police officer after the incident, you didn't know

16    anybody by the name of Valentino, correct?

17    A.     No, I'm just calling his name now because I know

18    his name.

19    Q.     Now you know that his name is Valentino, right?

20    A.     Yes.

21    Q.     So you saw Mario.  Would that be Mario Jarmon?

22    A.     Yes.

23    Q.     Did you know Mario at that time?

24    A.     Yes.

25    Q.     How did you know him?

179

Adams - Terranova - Cross

1

2      A.    We went to church together when we was younger.

3      Q.    You went to church together.  All right.  You still

4  don't go to church together, right?

5      A.    No.

6      Q.    Now, what happened between Mario and Aaron and Tori

7  and Travis?  What did you see?

8      A.    Just exchanged a few words across the street.

9      Q.    Like what?

10     A.    I don't know, just arguing, you know.

11     Q.    You're shrugging.  You don't remember what they

12  said, is that it?

13     A.    Right.

14     Q.    Okay.  And, you don't certainly remember what each

15  of them were wearing at the time, do you?

16     A.    Not really.

17     Q.    Okay.  Would it be fair to say that there were a

18  lot of people in Louie's parking lot and across the street at

19  the Bailey-Delevan market, benches along the sidewalk and

20  people across the street in the Norstar Bank parking lot?

21     A.    Yes.

22     Q.    Lot of people congregated there, right?

23     A.    Yes.

24     Q.    Some of them were going in and out of Louie's,

25  right?

180

Adams - Terranova - Cross

1

2    A.    Yes.

3    Q.    There were people driving through the intersection,

4    right?

5    A.    Yes.

6    Q.    There were people who would approach the

7    intersection and pull over and park just like you had done,

8    right?

9    A.    Yes.

10    Q.    Okay.  And it was nighttime, wasn't it?

11    A.    Yes.

12    Q.    People had their headlights on?

13    A.    Yes.

14    Q.    Okay.  Now, did a fight start between Aaron and

15    Mario and Tori?

16    A.    Just Aaron and Mario.

17    Q.    What did Aaron do?  What did you see happen?

18    A.    They just went across the street and went to fight.

19    Q.    Who went across the street?

20    A.    It was a whole bunch of people.

21    Q.    A crowd of people?

22    A.    Yes.

23    Q.    Okay, so there was a crowd of people from the

24    Louie's Texas Red Hots parking lot that went across the

25    street to Mario?

181

                        Adams - Terranova - Cross

1

2       A.    Yes.

3       Q.    And Mario was standing alone in the street, right?

4       A.    No, no, he wasn't in the street.

5       Q.    There were some other people near there?

6       A.    Yeah.

7       Q.    Who was it?

8       A.    There was was two other people with him.

9       Q.    And who were these two other people?  Do you know

10   them?  Did you know them at the time?

11      A.    No, I didn't know them at the time.

12      Q.    Okay.  And, are you telling us that -- strike

13   that.  Could you describe what Mario was wearing?  And what

14   Mario looks like?

15      A.    I don't remember what he looked like.

16      Q.    He's a black male, right?  We can start there.

17      A.    Yes, looks like.  I mean, what he was wearing?  I

18   know what he looks like.  I don't know what he was wearing.

19      Q.    Can you describe him physically?  Is he a tall man,

20   short man, heavy, thin?

21      A.    Medium built.

22      Q.    Light skinned, dark skin?

23      A.    Light skin.

24      Q.    Okay, how tall is he?

25      A.    Maybe five, eleven, six foot at the most.

182

Adams - Terranova - Cross

1

2      Q.   Did you see Mario with any weapon on him at that

3  point?

4      A.   No, I didn't.

5      Q.   Did you ever see Mario with a weapon?

6      A.   No.

7      Q.   Did you see Aaron Jackson with a box cutter?

8      A.   No.

9      Q.   You don't know if he had one or not, though, do

10 you?

11     A.   No.

12     Q.   You didn't see one?

13     A.   No, I didn't.

14     Q.   Now, as this crowd which includes, I'm assuming,

15 you --

16     A.   No.

17     Q.   You weren't in the crowd?

18     A.   No.

19     Q.   Where were you watching this happen?

20     A.   Across the street.

21     Q.   Pardon me?

22     A.   I was across the street.

23     Q.   Okay, you stayed on the Louie's Texas Red Hot

24 parking lot side?

25     A.   Yes.

183

Adams - Terranova - Cross

1

2    Q.    There's a metal barrier that goes around that

3  parking lot.  Isn't that true?

4    A.    Yes.

5    Q.    Okay.  Were you on the Louie's side of the barrier

6  or on the sidewalk side?

7    A.    Louie's side.

8    Q.    Okay.  Did you know what was going to happen when

9  Aaron and Torianno and some others went across the street?

10    A.    Yes.

11    Q.    What was going to happen?

12    A.    A fight.

13    Q.    Did you hear Aaron say that he wanted to fight

14  Mario?

15    A.    I don't recall that.

16    Q.    Okay, but you knew there was a fight that was going

17  to happen?

18    A.    Yeah, when they went across the street, they were

19  exchanging words.

20    Q.    And you don't recall what those words were?

21    A.    No.

22    Q.    Now, how many people went with Aaron and Tori

23  across the street?

24    A.    Didn't nobody go with them.  Just everybody was

25  going to watch the fight.

184

Adams - Terranova - Cross

1

2      Q.   Okay.  So would it be fair to say that Aaron and

3   Tori walked together across the street?

4      A.   Yes.

5      Q.   All right.  And then there was a crowd of people

6   that sort of followed behind them at a distance?

7      A.   Yes.

8      Q.   All right.  Did they form sort of a semicircle or

9   ring around the fighters?

10     A.   Yes.

11     Q.   Okay.  So did a fight start at that point?

12     A.   Yes.

13     Q.   Who started it?  Who threw the first punch?

14     A.   I don't know.

15     Q.   You couldn't see that?

16     A.   No, I could see it, but I don't remember who threw

17  the first punch.

18     Q.   Okay, could you see through the crowd of people

19  people that had gathered around them?

20     A.   Yeah.

21     Q.   You could?

22     A.   There wasn't a lot of people.

23     Q.   Well, how many people were formed around them, do

24  you remember?

25     A.   No, I don't.

185

Adams – Terranova – Cross

2    Q.    Was it more than five or 10?

3    A.    It was -- I don't know.  I can't remember.

4    Q.    You can't remember.  Okay.  But you say you could

5  see what was happening?

6    A.    Yes.

7    Q.    Did you have to kind of look around some people

8  that might have been in front of your view?

9    A.    Yes.

10    Q.    All right.  So it's your testimony it was dark out,

11  right?

12    A.    Yes.

13    Q.    Okay.  And certainly you couldn't see as clearly as

14  you might have in the daytime, right?

15    A.    Yes.

16    Q.    Okay.  You agree with me you could not see as

17  clearly because it was dark?

18    A.    Yes.

19    Q.    Okay.  And, if you didn't see the first punch

20  thrown or see how the fight started, could you describe what

21  you actually saw?

22    A.    Just seen them go across the street, and the fight

23  just broke up, and then they was on the ground.

24    Q.    All right, who was on the ground?

25    A.    Mario.

186

Adams - Terranova - Cross

1

2    Q.    And?

3    A.    That's it.

4    Q.    Just Mario was on the ground?

5    A.    Yup.

6    Q.    What was Torianno doing?

7    A.    Just telling everybody, you know, just don't jump

8    in.   One-on-one.

9    Q.    Torianno was keeping everybody back?

10   A.    Yes.

11   Q.    And his brother Aaron was where?

12   A.    Fighting Mario.

13   Q.    On the ground?

14   A.    No, he had knocked him on the ground.

15   Q.    Okay.  So, Aaron Jackson had knocked Mario Jarmon

16   to the ground?

17   A.    Yes.

18   Q.    And at this point they're out in the middle of the

19   street, right?

20   A.    No, on the sidewalk.

21   Q.    Okay, the sidewalk near the Bailey-Delevan Market?

22   A.    Yes.

23   Q.    Now there are some benches there and a bus stop

24   sign there, right?

25   A.    Yes.

187

Adams - Terranova - Cross

1

2    Q.    So they're on the sidewalk not yet into the street?

3    A.    Yes.

4    Q.    Okay.  And, Aaron and Mario are on the ground

5    fighting; is that right?

6    A.    No.  Mario was on the ground.

7    Q.    Okay.  Maybe I missed something here.  Where was

8    Aaron?

9    A.    He was standing up.

10    Q.    He was standing up.  What was he doing?

11    A.    Kicking on Mario.

12    Q.    Okay, so Aaron Jackson is kicking Mario Jarmon who

13    is on the ground, right?

14    A.    Yes.

15    Q.    And Torianno Jackson was keeping the crowd back so

16    that nobody could help Mario, right?

17    A.    Right.

18    Q.    That's fair, isn't it?

19    A.    Yes.

20    Q.    That's what you saw.  What is the next thing you

21    saw?

22    A.    Two other guys walking up the street with guns.

23    Q.    Okay, two guys walked up the street with guns, you

24    said?

25    A.    Yes.

188

Adams - Terranova - Cross

1

2      Q.    You're nodding yes, right?

3      A.    Yes.

4      Q.    Now, from what direction did these two guys come

5  from?

6      A.    I don't know from what direction, but --

7      Q.    Well, can you step down here and -- just a minute,

8  sir.  Can you step down here?  We're going to refer to

9  People's Exhibit 1 in evidence.  Can you show us from where

10  these two guys with guns came from?

11      A.    Over here.

12      Q.    Okay, from a westerly direction on East Delevan,

13  and they were heading east on East Delevan, right?

14      A.    Yes.

15      Q.    Okay, this is north down here, okay?  Wait a

16  minute.  That's what?

17              MR. TERRANOVA:  Pardon?

18              THE COURT:  Did you say that's north down

19          there?

20              MR. TERRANOVA:  I'm showing him the arrow down

21          there so he can get himself oriented.

22              THE COURT:  Oh, I thought you meant the bottom

23          of the map was north.

24  BY MR. TERRANOVA:

25      Q.    Now where were you standing when you saw these two

189

Adams - Terranova - Cross

2  individuals approach from the westerly direction going east

3  on East Delevan?  Where were you?

4      A.   Right in the parking lot.

5      Q.   That's at the, you put your initials EA here with a

6  2 and a circle around it, right?  That's "yes" for the

7  record?

8      A.   Yes.

9      Q.   Would it being fair to say that you have watched

10  everything else that you have testified about from that

11  point?

12      A.   Yes.

13      Q.   Okay, where you put a 2 with a circle around it and

14  your initials, EA?

15      A.   Yes.

16      Q.   Okay.  You can take the stand again.

17      Now were you still behind the barrier in the parking

18  lot?

19      A.   Yes.

20      Q.   And was Mario Jarmon still on the street being

21  kicked by Aaron Jackson?

22      A.   He wasn't on the street.

23      Q.   I am sorry, on the curb or sidewalk?

24      A.   Yes.

25      Q.   So the two of them are going at it on the sidewalk;

COE000190

190

Adams - Terranova - Cross

1

2  is that right?

3       A.   Yes.

4       Q.   Now, describe the two individuals that you saw

5  approaching?  And how was your attention directed to them?

6       A.   You just, you know, you looking, and you just see

7  two people walking.  It's obvious to know somebody if they

8  got a big gun in their hand.

9       Q.   Well, it would be fair to say, wouldn't it, that

10  pretty much your attention and that of everybody around you

11  was focused on the fight, Mario Jarmon on the sidewalk

12  getting kicked by Aaron Jackson.  Would that be fair to say?

13      A.   Yes.

14      Q.   Were people saying things?  There was some noise

15  there, was there?

16      A.   Yes.

17      Q.   All right, people are shouting and saying things,

18  right?

19      A.   Yeah.

20      Q.   So there's some background noise.  That would be

21  fair to say, wouldn't it?

22      A.   Yes.

23      Q.   Now, these two individuals that you said that you

24  noticed approaching then, were they saying anything as they

25  approached?

191

Adams - Terranova - Cross

1

2      A.    No.

3      Q.    Were they walking, or were they running?

4      A.    They was walking.

5      Q.    Walking.  Okay.  And, you know how your attention

6  was drawn to them?  Did you hear somebody say something?

7      A.    No.

8      Q.    You didn't hear them say anything, right?

9      A.    No.

10     Q.    And they were walking, right?

11     A.    Right.

12     Q.    Now, were they walking on the sidewalk, or were

13  they walking in the street?

14     A.    Sidewalk.

15     Q.    They were walking on the sidewalk that runs along

16  the Bailey-Delevan market; is that right?

17     A.    Yes.

18     Q.    Okay.  And it was on that very sidewalk, wasn't it,

19  that the fight was taking place?

20     A.    Yes.

21     Q.    All right.  What happened next?

22     A.    They just walked to the crowd and started shooting.

23     Q.    Who did?

24     A.    Valentino.

25     Q.    Okay.  Now, there was one individual, and you

192

Adams - Terranova - Cross

1
2  didn't know anybody's name at that point, right?

3       A.   Right.

4       Q.   That's yes for the record?

5       A.   Yes.

6       Q.   You said that one person walked into the crowd and

7  started shooting?

8       A.   Yes.

9       Q.   Now, can you come back down here.  We're going to

10  be referring to People's 1 in evidence again.  Can you tell

11  us where you say this person started shooting?  Where was

12  this person?

13       A.   Where the fight started at.

14       Q.   Would you put a 3 with a circle around it and your

15  initials near the point where you saw this individual start

16  shooting?

17       A.   Here.

18       Q.   Okay.  You can take the stand again, please.

19       What did the gun look like?  Could you see it?

20       A.   I seen a little bit of it.

21       Q.   Pardon me?

22       A.   I seen a glimpse of it.

23       Q.   You seen a glimpse of it.  Okay, when you seen a

24  glimpse of it, tell us what you saw?  I take it it wasn't for

25  long that you saw it?

COE000193

193

Adams - Terranova - Cross

1

2      A.    Right.

3      Q.    Okay.

4      A.    I just seen him hold the gun, and he started

5  shooting, and I just jumped behind the car.

6      Q.    Okay, that's not my question now.  My question is

7  describe that gun for us?

8      A.    It was black.  It was kind of big.

9      Q.    Well, how big?

10      A.    I can't say how big it was.

11      Q.    You can't estimate by holding your hands?

12      A.    About like that.

13      Q.    Okay, would you agree with me that's about two

14  feet, 24 inches?

15      A.    Yes.

16      Q.    Okay, and was this person holding this gun in one

17  hand or two hands?

18      A.    One.

19      Q.    One hand.  Okay.  When this person was shooting it,

20  was he shooting it with one hand or two hands?

21      A.    Two.

22      Q.    Two hands, okay.

23      Now, can you -- you're looking basically across East

24  Delevan from that point that we marked as 2 with a circle

25  around it and your initials in the parking lot; is that

194

Adams - Terranova - Cross

1

2  right?

3      A.   Yes.

4      Q.   You're looking directly across the street, aren't

5  you?

6      A.   Yes.

7      Q.   And the 3 that you marked with a circle around it

8  and your initials next to it would be directly across the

9  street from where you were; isn't that right?

10      A.   Yes.

11      Q.   And, what direction did the shooter start shooting

12  in?  Would it be directly at you?

13      A.   No, he shot, you know, all the way around where

14  everybody was standing.

15      Q.   Okay.

16      A.   He didn't shoot just in one direction.

17      Q.   So you're still looking past a crowd of people,

18  right?

19      A.   Yes.

20      Q.   Okay.  Would it be fair to say that there's a

21  semicircle of people here watching the fight?

22      A.   Yes.

23      Q.   Okay, and they're down on the sidewalk, so that

24  semicircle of people are basically out on East Delevan

25  watching the fight, right?

195

Adams - Terranova - Cross

1

2       A.    Yes.

3       Q.    The shooter comes along on the sidewalk between

4  where the fight is and the Bailey-Delevan Market's wall;

5  isn't that true?

6       A.    Yes.

7       Q.    And starts, you say, spraying the crowd with

8  bullets?

9       A.    When the crowd seen him with the gun, they just

10 started running, then he started shooting.

11      Q.    All right.  What did you do when you saw the gun

12 start shooting?

13      A.    Jumped behind the car.

14      Q.    Which car?

15      A.    The yellow Storm.

16      Q.    Okay, there was a yellow Geo Storm parked in

17 Louie's parking lot?

18      A.    Yes.

19      Q.    So as you saw this happen, you hid behind the car;

20 is that right?

21      A.    Yes.

22      Q.    Now, how long a period of time would you say there

23 was between the time you first saw the shooter and the

24 shooting started and you started for the back of the Geo

25 Storm?

196
Adams - Terranova - Cross

1

2    A.    I can't remember.

3    Q.    Okay.  Couldn't have been more than a second, maybe

4  two seconds, isn't that right?

5    A.    Can't remember.

6    Q.    You don't know?

7    A.    No.

8    Q.    It wasn't five or 10 minutes, was it?

9    A.    Can't remember.

10   Q.    Everything was happening pretty quickly.  You would

11  agree with that, wouldn't you?

12   A.    Yes.

13   Q.    But you don't know how long it was?

14   A.    No.

15   Q.    You can't tell us how long a period of time you saw

16  the shooter, can you?

17   A.    No.

18   Q.    Not even an estimate?

19   A.    No.

20   Q.    And, did you see the shooter's face?

21   A.    Yes.

22   Q.    Okay, and you can't tell us for how long?

23   A.    No.

24   Q.    Did you see what the shooter was wearing?

25   A.    Yeah.

197

1                    Adams - Terranova - Cross

2      Q.    Pardon me?

3      A.    Yes, I did.

4      Q.    Okay.  What was it?

5      A.    I can't remember.

6      Q.    You can't remember?

7      A.    No.

8      Q.    So you saw it, but you just can't remember what it

9   was at this point?

10     A.    Yes.

11     Q.    Would it be fair to say that after -- strike that.

12  When the gun started firing, you immediately got from where

13  you were to behind this car?  Is that right?

14     A.    Yes.

15     Q.    Would it be fair to say that you were hiding behind

16  the car?

17     A.    Yes.

18     Q.    Would it be fair to say that you didn't come out of

19  there until the shooting stopped?

20     A.    Yes.

21     Q.    Okay.  When the shooting stopped and some time went

22  by and you were fairly certain that there was no more

23  shooting to be done, you got up; is that right?

24     A.    Yes.

25     Q.    What did you see when you got up?

198

Adams - Terranova - Cross

1

2      A.   I seen Tori laying in the street.

3      Q.   Okay.  You got up in behind the yellow Geo Storm

4  and you looked back toward where the shooting had come from;

5  is that right?

6      A.   Yes.

7      Q.   And you saw Tori laying in the street?

8      A.   Yes.

9      Q.   Where was Tori laying in the street?

10     A.   Just in the street.

11     Q.   Okay, would it help if you showed us on the chart

12  here?  Could you do that?  Do you remember?

13     A.   Yeah.

14     Q.   Just keep your seat for a moment.  Do you remember

15  where on the street you saw Tori first?

16     A.   Yes.

17     Q.   Okay.  Would you step down here know and show us on

18  People's Exhibit 1 in evidence?  Now, you're going to put a 4

19  and a circle and your initials next to the spot where you saw

20  Tori Jackson lying in the street after the shooting was all

21  done?

22     A.   Put a what, "X"?

23     Q.   No, put a 4 and a circle with your initials next to

24  it, please.

25         All right, you can take the stand again.

199

Adams - Terranova - Cross

1

2     Was there somebody behind the yellow Geo Storm with you

3  while the gun fire was going on?

4       A.   No.

5       Q.   All right.  Did you see Aaron Jackson again when

6  you stood up?

7       A.   I seen him before I stood up.

8       Q.   Okay, where was he?

9       A.   He ran by the car where I was at.

10      Q.   Pardon me?

11      A.   He ran, you know, by the car where I was at, and

12  fell.

13      Q.   All right, so when you heard the gunfire stop, you

14  stood up and then you saw Aaron?

15      A.   Before the gun fire stopped.

16      Q.   Okay, he came around the car and stayed with you?

17      A.   No, he didn't come around the car.  He fell on the

18  side of the car.  I was in back of the car.

19      Q.   Okay.  You're not telling us you could see through

20  the car.  How did you see him?

21      A.   I was on the ground and I seen him fall on the

22  ground.

23      Q.   Okay.  But on the opposite side of the car from

24  you?

25      A.   I said on the side of the car.  I wasn't on either

200

Adams - Terranova - Cross

2    side.  I was on the back.

3        Q.    Okay, and you saw Aaron Jackson and you saw that he

4    was hurt, did you?

5        A.    Yes.

6        Q.    Did he say anything to you?

7        A.    Yes.

8        Q.    What did he say?

9        A.    For me to go get his brother.

10            THE COURT:  Get up closer to the microphone

11            and speak a little bit louder.  I can't hear you,

12            and you're only four feet from me.  What did he

13            say?

14            THE WITNESS:  Go get his brother.

15    BY MR. TERRANOVA:

16        Q.    And you knew that he was referring to Torianno?

17        A.    Yes.

18        Q.    So what did you do?

19        A.    When the shooting stopped, I went out there to go

20    get his brother, but Travis had already got him.

21        Q.    Okay, that would be Travis Powell?

22        A.    Yes.

23        Q.    All right.  Now, would you describe for us the

24    second person that you saw approach this crowd?

25        A.    Can't remember.

201

1                     Adams - Terranova - Cross

2       Q.    Okay.  You can't remember anything about this other

3   person?

4       A.    No.

5       Q.    Okay.  Was the other person carrying a gun too?

6       A.    Yes, he was.

7       Q.    What kind of gun?

8       A.    It was a handgun.

9       Q.    Okay.  What color?

10      A.    I can't recall the color it was.

11      Q.    You can't remember?

12      A.    No.

13      Q.    And you can't describe that second person and you

14  can't tell us, describe an article of clothing he was

15  wearing?

16      A.    No.

17      Q.    Did you ever know Torianno Jackson as Tony?  Did

18  you ever call him that?

19      A.    No.

20      Q.    No?

21      A.    No.

22      Q.    When you gave a statement to the Buffalo Police

23  Department, particularly Detective Stambach that evening,

24  were you telling the truth at that time?

25      A.    Yes, I was.

COE000202

202

Adams - Terranova - Cross

1

2    Q.    And, obviously, it had just happened, so your

3    recollection was very fresh, right?

4    A.    Yes.

5    Q.    Okay.  You read and write English, don't you?

6    A.    Yes.

7    Q.    Did you graduate from high school?

8    A.    Yes.

9    Q.    Did you have an opportunity to reread your

10   statement before you signed it?

11   A.    Yes.

12   Q.    Were you told by the police detective, and was it

13   written on the statement itself, that the statement was made

14   under oath?

15   A.    Yes.

16   Q.    Do you know what that means, to make a statement

17   under oath?

18   A.    Yes.

19   Q.    What does that mean?

20   A.    Tell the truth, and nothing but the truth.

21   Q.    Okay, you took an oath before you testified

22   yesterday and today, right?

23   A.    Yes.

24   Q.    Did you tell the police something about a Tech 9?

25   A.    I said I thought it looked like a Tech 9.

203

Adams - Terranova - Cross

1

2    Q.    Okay, what is a Tech 9?  What do you know a Tech 9

3    to be?

4    A.    A gun.

5    Q.    Do you know about guns?

6    A.    Little bit.

7    Q.    A little bit.  Okay.  Had you ever seen a Tech 9

8    before?

9    A.    Yes.

10    Q.    Can you describe it?  Can you tell us what type of

11    weapon that is?

12    A.    It's not real big, but it ain't real small.

13    Q.    Okay.  So it's not like a shotgun, a long gun, and

14    it's not like a pistol, a handgun, right?

15    A.    Yes.

16    Q.    What else about it do you know?  What makes a Tech

17    9 a real special type of weapon?  Do you know?

18    A.    It ain't special.

19    Q.    What's that?

20    A.    There's nothing special about it.

21    Q.    Okay, it does the same thing as a shotgun?

22    A.    I don't know.

23    Q.    You don't know much about what a Tech 9 is, do you?

24    A.    No, okay, no.

25    Q.    All right, you don't, do you?

204

Adams - Terranova - Cross

1

2  A.  No.

3  Q.  You never even seen one, have you?

4  A.  Yes, I have.

5  Q.  Have you held one in your hands?

6  A.  No, I haven't.

7  Q.  Okay, where did you see one in the past?

8  A.  Someone had one and I seen it.

9  Q.  You know someone who had a Tech 9?

10  A.  Yeah.

11  Q.  Have you ever seen one fired?  Shot?

12  A.  No.

13  Q.  You never shot one yourself?

14  A.  No.

15  Q.  Do you remember telling Detective Stambach on

16  August 10th at approximately 2:00 in the morning or so that

17  the shooter had a Tech 9?

18  A.  I said I thought it looked like a Tech 9.  I didn't

19  say that --

20  Q.  Okay, you thought it looked like a Tech 9?

21  A.  Mm-hmm.

22  Q.  That's yes?

23  A.  Yes.

24  Q.  And, do you recall giving any physical description

25  of the shooter?

205

Adams - Terranova - Cross

1

2    A.    Yes.

3    Q.    Okay.  I know you couldn't give us much of a

4    description here under oath just a few minutes ago, but do

5    you recall what you told the police on August 10th what the

6    shooter looked like?

7    A.    No, I don't recall.

8    Q.    You don't recall?

9    A.    No.

10    Q.    Okay.  Mr. Dixon, would you stand up, please.  Does

11    Mr. Dixon look heavy set to you?

12    A.    No, not really.

13    Q.    No, he doesn't, does he?

14    A.    No.

15              MR. TERRANOVA:  Could I have this marked as

16              Defendant's A, please.

17                   (Whereupon, Defendant's Exhibit A was

18                   marked for identification.)

19    BY MR. TERRANOVA:

20    Q.    Mr. Adams, I'm going to show you what has been

21    marked as Defendant's Exhibit A for identification and ask

22    you if you recognize the signature at the bottom of the third

23    page of that exhibit?

24    A.    Yes.

25    Q.    Whose signature is that?

206

Adams - Terranova - Cross

1

2    A.    It's mine.

3    Q.    All right.  Emil Adams, right?

4    A.    Yes.

5    Q.    And you were under oath at that time, were you not?

6    A.    Yes.

7    Q.    You were told to tell the truth, and you believe

8    you did?

9    A.    Yes.

10    Q.    Okay.  Now, you told us earlier you gave this

11    statement to Detective Stambach and you had an opportunity to

12    read it over to make sure there were no corrections to be

13    made before you signed it; is that right?

14    A.    Yes.

15    Q.    Okay, you weren't pressured or anything, were you?

16    A.    No.

17    Q.    Detective Stambach didn't threaten you to make a

18    statement, did he?

19    A.    No.

20    Q.    All right.  Do you recall being asked a question by

21    Detective Stambach appearing on Page 2, about a third of the

22    way down the page, the question was:

23    "Q.  Can you tell me what the person that had the Tech 9

24    looked like?"   Do you recall being asked that question?

25    A.    No, I don't.

207

Adams - Terranova - Cross

1

2    Q.    Okay.  You did have an opportunity to review what

3  has been marked as Defendant's A for identification before

4  you came to court yesterday, and possibly even today; is that

5  right?

6    A.    Yes.

7    Q.    Do you recall -- well, I guess you don't recall the

8  question.  I'll read it back to you.  "Can you tell me what

9  the person that had a Tech 9 looked like?"  Do you recall

10  what your response was?

11    A.    No, I don't.

12    Q.    Okay.  Follow along here.  I'm just going to read

13  it to you for convenience because my voice is a little

14  louder.  Your answer to that question was, "A black male --

15          MR. BELLING:  I'll object to reading from it.

16          It's not in evidence.  He can use it to refresh his

17          recollection.

18          MR. TERRANOVA:  I'll move it into evidence.

19          MR. BELLING:  I will object to it.  It's not

20          properly admissible.  It's the witness's testimony

21          that is admissible.

22          THE COURT:  Doesn't come in that way, Mr.

23          Terranova.

24          MR. TERRANOVA:  Okay.

25  BY MR. TERRANOVA: