1                Adams - Terranova - Cross

2       Q.   You have no recollection of what you responded to
3  in that question?
4       A.   No.
5       Q.   Do you recall making a statement to the police that
6  the individual that was the shooter of the Tech 9 was a heavy
7  set, black male?
8       A.   No.
9       Q.   You don't recall making that statement?
10      A.   No, I don't.
11      Q.   And you're telling us that you have had an
12 opportunity to review your prior statement made on August
13 10th?  That's correct?
14      A.   Yes.
15      Q.   Do you recall making a statement on August 10, 1991
16 in a sworn statement to Detective Stambach that Aaron and
17 Mario never got a chance to hit each other?
18      A.   Yes, I remember saying that.
19      Q.   Okay.  Today you told us something a bit different,
20 haven't you?
21      A.   Yes.
22      Q.   Today you told us that somehow Mario Jarmon was on
23 the street, or on the sidewalk, I'm sorry, lying down, and
24 that Aaron Jackson was kicking him.  Is that correct?
25      A.   Yes.

```
                                                              210
  1              Adams - Terranova - Cross
  2       Q.   When?
  3       A.   It was a long time ago.
  4       Q.   When is that?
  5       A.   A long time ago.
  6       Q.   A long time ago?
  7       A.   Yes.
  8       Q.   A year ago, a year before this incident?
  9       A.   No, before that.
 10       Q.   Two years before the incident?
 11       A.   It was before I moved away.
 12       Q.   Five years ago?
 13       A.   Yes.
 14       Q.   All right?
 15       A.   Because I know his brother.
 16       Q.   All right, so you're telling us that you know
 17  Valentino Dixon's brothers, and that would be his half
 18  brothers, Leonard Brown and Antoine Shannon?
 19       A.   Yes.
 20       Q.   How do you know them?
 21       A.   They grew up along in my grandmother's neighborhood.
 22       Q.   All right, now it would be fair to say that neither
 23  of them bear any likeness here to Mr. Dixon, do they?
 24  They're half brothers?
 25       A.   Okay.
```

```
 1                    Adams - Terranova - Cross
 2       Q.   When?
 3       A.   It was a long time ago.
 4       Q.   When is that?
 5       A.   A long time ago.
 6       Q.   A long time ago?
 7       A.   Yes.
 8       Q.   A year ago, a year before this incident?
 9       A.   No, before that.
10       Q.   Two years before the incident?
11       A.   It was before I moved away.
12       Q.   Five years ago?
13       A.   Yes.
14       Q.   All right?
15       A.   Because I know his brother.
16       Q.   All right, so you're telling us that you know
17  Valentino Dixon's brothers, and that would be his half
18  brothers, Leonard Brown and Antoine Shannon?
19       A.   Yes.
20       Q.   How do you know them?
21       A.   They grew up along in my grandmother's neighborhood.
22       Q.   All right, now it would be fair to say that neither
23  of them bear any likeness here to Mr. Dixon, do they?
24  They're half brothers?
25       A.   Okay.
```

```
                                                                211
 1                      Adams - Terranova - Cross

 2        Q.   Pardon me?  You would agree with me, wouldn't you?

 3        A.   Yes.

 4        Q.   All right.  Now, five years ago you're telling me
 5   that you saw the person who sits here in the courtroom,
 6   Valentino Dixon?

 7        A.   Yeah, I remember seeing him a few times.

 8        Q.   Okay, from five years ago?

 9        A.   Yes.

10        Q.   All right.  And this individual who on a dark
11   street, I should say in darkness from -- how far a distance
12   would you estimate you were away from the shooter?

13        A.   I can't estimate that.

14        Q.   You can't tell us?

15        A.   No.  I don't know how far we were.

16        Q.   Well, can you make a reference in the courtroom
17   here somehow?

18        A.   Maybe --

19        Q.   Pardon me?

20        A.   Maybe to the wall.

21        Q.   Okay.  So you were about as far away as the back
22   wall of this courtroom?

23        A.   Yes.

24        Q.   And it's nighttime out, right?

25        A.   Yes.
```

```
                                                              212
 1                    Jackson - Belling - Direct

 2      Q.    And, you're telling us that based on that
 3 observation, you knew that that person was Valentino Dixon?
 4      A.    Yes.
 5      Q.    That's your testimony today?
 6      A.    Yes.
 7            MR. TERRANOVA:  Okay.  I have nothing
 8      further.
 9            THE COURT:  Mr. Belling?
10            MR. BELLING:  No redirect, your Honor.
11            THE COURT:  Thank you, Mr. Adams.  You may
12      step down.
13            (Witness excused.)
14 A A R O N   J A C K S O N, a witness residing at Buffalo, New
15      York, having been first duly sworn, was examined, and
16      testified as follows:
17 DIRECT EXAMINATION
18 BY MR. BELLING:
19      Q.    How old are you, Aaron?
20      A.    Twenty-one.
21      Q.    And, are you related to the late Torianno Jackson?
22      A.    Yes.
23      Q.    How are you related to him?
24      A.    I'm his older brother.
25      Q.    And how old was Tori when he died?
```