212

Jackson - Belling - Direct

1

2      Q.   And, you're telling us that based on that

3   observation, you knew that that person was Valentino Dixon?

4      A.   Yes.

5      Q.   That's your testimony today?

6      A.   Yes.

7           MR. TERRANOVA:   Okay.   I have nothing

8           further.

9           THE COURT:  Mr. Belling?

10          MR. BELLING:  No redirect, your Honor.

11          THE COURT:  Thank you, Mr. Adams.  You may

12          step down.

13          (Witness excused.)

14   A A R O N   J A C K S O N, a witness residing at Buffalo, New

15          York, having been first duly sworn, was examined, and

16          testified as follows:

17   DIRECT EXAMINATION

18   BY MR. BELLING:

19      Q.   How old are you, Aaron?

20      A.   Twenty-one.

21      Q.   And, are you related to the late Torienno Jackson?

22      A.   Yes.

23      Q.   How are you related to him?

24      A.   I'm his older brother.

25      Q.   And how old was Tori when he died?

Dixon-000213

213

Jackson - Belling - Direct

1

2    later Aaron Seventeen.

3        Q.    Now, I want to call your attention back to August

4    of 1991, specifically the later evening hours of the 9th of

5    August into the early morning of the 10th.  Can you remember

6    back that time period?

7        A.    Yes.

8        Q.    Now, I would like to start out a little bit before

9    midnight and ask you if you had occasion to be in the

10   vicinity of Bailey and East Delevan on that particular night,

11   the night of the 9th?

12       A.    Yes.

13       Q.    Who were you with?

14       A.    Travis Powell.

15       Q.    What mode of transportation were you using?

16       A.    Travis was driving his mother's car.

17       Q.    What kind of car does his mother have?

18       A.    A yellow little Geo.  It's yellow.

19       Q.    Now, where were you with Travis in the vicinity of

20   that intersection in the late hours of the night?

21       A.    Like we were near the Norstar bank.  Travis had

22   went into the mini mall.

23       Q.    And, was the car in the Norstar bank parking lot?

24       A.    Yes.

25       Q.    And did something happen at that point in time that

Dixon-000214

214

Jackson - Belling - Direct

1

2     later spiraled into the events that led to Tori's death?

3         A.    Yes.

4         Q.    Tell the jury what happened at the first encounter

5     in the Norstar bank parking lot?

6         A.    I was approached by three black males who told me

7     to get out of the car and let's take care of this.

8         Q.    Now, did you know the three black males that

9     approached you?

10        A.    No, I only knew one of them.

11        Q.    Which one did you know?

12        A.    Leonard.

13        Q.    You know Leonard's last name?

14        A.    Brown.

15        Q.    And, have you come to know the names of any of the

16    other of those three males?

17        A.    Yes.

18        Q.    What are the other people's names, if you know?

19        A.    Mario Jarmon and Antoine.  I don't know his last

20    name.

21        Q.    Now, when you were approached, the only one you

22    knew was Leonard Brown, correct?

23        A.    Yes.

24        Q.    And, who did the talking when they approached the

25    car?

Dixon-000215

215

1                         Jackson - Belling - Direct

2        A.    Mario, mainly.

3        Q.    And what did Mario say?

4        A.    Let's just get out the car and let's take care of

5  this.  Something about pointing a gun at someone, at his

6  cousin.

7        Q.    Now, did any of that make any sense to you?  Do you

8  know what they were talking about?

9        A.    No.

10       Q.    Where was Travis when this happened?

11       A.    In the store.

12       Q.    In the mini mall?

13       A.    Yes.

14       Q.    And, what did you do when this happened?

15       A.    I moved over into the driver side and pulled off in

16  front of the store and picked Travis up.

17       Q.    So when Travis went in the store, he had let the

18  keys in the ignition?

19       A.    Yes.

20       Q.    Now, when you pulled in front of the store, was

21  Travis ready to go?  I mean, did he come out at that point?

22       A.    No, he was like the last one in line, but he heard

23  me calling and he came out.

24       Q.    And, did you leave the area at that time?

25       A.    Yes.

216

Jackson - Belling - Direct

1

2    Q.    Where did you go?

3    A.    I went home.  I went to my house to get my little

4    brother.

5    Q.    Now, where had Tori been earlier in the evening

6    that he wasn't with you guys in the first place?

7    A.    Work.

8    Q.    Where was he working?

9    A.    Burger King.

10   Q.    And do you know what hours he worked that night?

11   A.    No.  I know he got off at about 11:00.

12   Q.    And, what time was it that you went home to see if

13   he was there to get him?

14   A.    Maybe about 11:30, 11:45.

15   Q.    And why did you go to get him?

16   A.    Because I feel safer with my brother other than a

17   friend.  I have always felt safer with my brothers.

18   Q.    And, you felt having Tori around would be better

19   than just having Travis around?

20   A.    Yes.

21          MR. TERRANOVA:  Objection, leading.

22          THE COURT:  That's all right.  Go ahead.

23   BY MR. BELLING:

24   Q.    Now, was Tori home when you went home?

25   A.    Yes.

217

1                         Jackson - Bellino - Direct

2          Q.    And did he then join you and Travis in the yellow

3     Geo?

4          A.    Yes.

5          Q.    From that point in time where did you go, and what

6     did you do?

7          A.    Well, we drove back past the area so I could show

8     Tori the guy because I didn't know who he was, and he thought

9     maybe he would know if he saw him.  But no one was up there,

10    so we kept going.  Travis went to drive around to a few

11    parties.

12         Q.    Now, at those few parties did you stop and go into

13    any of them?

14         A.    No.

15         Q.    Did you have anything to drink?

16         A.    No.

17         Q.    Did you do any drugs either in the car or at any of

18    those parties?

19         A.    No.

20         Q.    Did there come a time then that you ended up a

21    third pass through that same intersection of Bailey and

22    Delevan?

23         A.    Yes.

24         Q.    Now, the third time in the intersection has

25    midnight come and gone and we're now in the early morning of

Dixon-000218

218

1                          Jackson - Belling - Direct

2    the 10th?

3         A.    Yes.

4         Q.    Now, describe for the jury what happened the third

5    time when you went back into the intersection?

6         A.    I was on Delevan going towards Bailey, stopped at

7    the light.

8         Q.    Coming from where?  I mean, which direction?

9         A.    Delevan, I'm coming from the Saginaw plant.

10        Q.    All right, you were coming towards Bailey?

11        A.    Towards Bailey.

12        Q.    And, the Saginaw plant would be down near Olympic

13   Avenue?

14        A.    Yes.

15        Q.    You were coming towards Bailey.  Go ahead.

16        A.    I was asleep.  My little brother was in the back

17   seat sleeping.  I felt nudging.  Travis was nudging me on my

18   shoulder and he have saying, isn't this the guy from

19   earlier?  I say yeah, and I looked over at him and asked my

20   little brother if he knew him.  He say yeah, I know him, and

21   I got out of the car.

22        Q.    Now, did your little brother at that point tell you

23   who this guy was?

24        A.    No, he just say he saw him around.

25        Q.    When you got out of the car, what did Travis and

Dixon-000219

219

Jackson - Belling - Direct

1

2    Tori do?

3        A.    I got out of the car and approached, ran up to

4    him.  My little brother followed me behind and, um, Travis

5    went to park the car.

6        Q.    Now, which fellow was it that you approached?  Do

7    you know him by name today?

8        A.    Mario.

9        Q.    So now you and your brother Tori approach Mario?

10       A.    Yes.

11       Q.    And, where in the intersection or sidewalk or

12   street was that?

13       A.    It was like right where that drugstore, near the

14   mailbox.  He was like right near the mailbox, moving on the

15   sidewalk.

16       Q.    And that's on the Delevan side of that store?

17       A.    Yes.

18       Q.    And, let me show you a picture here.  I want to

19   show you People's Exhibit 2 marked for identification and ask

20   you if the store you're talking about in the area where the

21   encounter first took place is in that picture?

22       A.    Yes.

23       Q.    Is that a fair and accurate representation of the

24   way that scene appeared that night?

25       A.    Yes, exactly.

Dixon-000220

220

Jackson - Belling - Direct

1

2  Q.   What does the sign read on the store that you call

3  the drugstore?

4  A.   Bailey-Delevan market.

5  Q.   So when you say the drugstore, you're talking about

6  Bailey-Delevan Market, right?

7  A.   Yes.

8  Q.   So now you're on the sidewalk there, and tell the

9  jury what happened?

10  A.   I asked Mario what was the problem now?  I said,

11  because he said he wanted to see me, I said well, here I am.

12  I said, what is the problem now?  My little brother said, you

13  didn't know this was my brother, did you?  Mario put his hand

14  up like as if to throw a blow, so my little brother hit him.

15  Q.   Let me stop you a second.  When you got out of the

16  car, did you have any weapons with you?

17  A.   No, nothing.

18  Q.   Did you have a box cutter?

19  A.   No.

20  Q.   Did you have a gun?

21  A.   No.

22  Q.   Did you have a knife?

23  A.   No.

24  Q.   When you got out of the car, did Tori have any

25  weapons?

Dixon-000221

221

1                    Jackson - Belling - Direct

2       A.    None.

3       Q.    No box cutter, no gun, no knife?

4       A.    None.

5       Q.    Now, start off, Mario puts his hands up, and what

6  happens then?

7       A.    My little brother hit him.  He stumbled and fell

8  backwards, and I proceeded to hit him and kick him also.

9       Q.    Did Mario go down to the ground?

10      A.    Yes.

11      Q.    Now, as this was going on, could you see other

12  people gathering around?

13      A.    Like a little bit of -- it was like a gang of

14  people, just a little crowd, short distance away.

15      Q.    And a short distance in which direction from where

16  you were?

17      A.    To my right.  Towards the Saginaw plant.

18      Q.    So your right is headed down towards the Saginaw

19  plant?

20      A.    Yes.

21      Q.    Okay, pick up the story then and tell us what

22  happened at that point?

23      A.    As we started to hit him, I could hear someone say

24  you better run, Tino is going to his car.

25                    MR. TERRANOVA:  Objection.

Dixon-000222

222

                        Jackson - Belling - Direct

1

2                    THE COURT:  Overruled.

3                        MR. TERRANOVA:  Your Honor, that's hearsay.

4                    THE COURT:  You can argue it later, Mr.

5          Terranova.  The objection is overruled.  Next

6          question.

7    BY MR. BELLING:

8        Q.    Okay, after you heard that, what happened?

9        A.    I heard shots.  I heard a lot of shots.

10       Q.    Now, how rapidly in terms of the clossness together

11   of the shots?  How fast were they coming?

12       A.    Constant, constant shots.  Multiple, pow-pow, pow,

13   pow-pow.

14       Q.    And, could you hear -- in terms of your hearing,

15   could you tell what direction the shots were coming from?

16       A.    Yes.

17       Q.    From where were they coming?

18       A.    To my right.

19       Q.    Same direction down Delevan towards the Saginaw

20   plant?

21       A.    Yes.

22                   MR. TERRANOVA:  Your Honor, could we approach

23          the bench, please?

24                   THE COURT:  Sure.

25                   (Bench Conference held.)

223

Jackson - Belling - Direct

1

2    MR. TERRANOVA:  Maybe we ought to argue this

3    in open court.  Could it be possible?

4    THE COURT:  Why don't you just come up here

5    and tell me what you have got?

6    (Bench Conference held.)

7    THE COURT:  All right, ladies and gentlemen,

8    the discussion here was about the question and

9    answer recently heard where Mr. Belling asked what

10   did you hear, and the witness answered that he

11   heard a couple things.  Among them he said he heard

12   someone say something about Mario and a gun.  That

13   statement --

14   MR. BELLING:  Excuse me, your Honor.  That's

15   not what he said.

16   THE COURT:  I'm sorry, Tino and a gun, my

17   error.  The witness said something about Tino and a

18   gun.  That, I have allowed that statement to come

19   in for recollection of what this witness thinks he

20   heard, not necessarily for the truth of the

21   statement.  Obviously, a number of things were

22   going on.  He's trying to testify here, I believe,

23   as to what he heard, what he perceived was going

24   on.  Obviously, also, by the nature of that

25   statement at that point, he doesn't testify that he

Dixon-000224

Jackson - Belling - Direct

1

2          saw what he claims someone else is saying.  So,

3          again, it's not for the truth of that statement,

4          but only for recollection on the part of this

5          witness as to what he believes he heard.

6               Go ahead.

7 BY MR. BELLING:

8     Q.   Now, you said you heard very rapid shots coming

9 from the right of you, which would be towards the Saginaw

10 plant down Delevan; is that correct?

11    A.   Yes.

12    Q.   What happened then?

13    A.   I felt the shells all over my body and I hit my

14 little brother hand and I said Tori, get out of here, Tori,

15 run.

16    Q.   And, did you also run at that time?

17    A.   Yes.

18    Q.   Did Tori run?

19    A.   Yes.

20    Q.   What happened?

21    A.   Well, he started to run towards the little mini

22 mall, and I ran directly towards Louie's, and about the same

23 time I turned around to see where the gun fire was coming

24 from and I felt a sharp pain in my stomach.  At the same time

25 I stumbled, I looked, and I saw my little brother fell to the

Dixon-000225

225

Jackson - Bellina - Direct

1

2    ground.

3        Q.    So, you took off, but in sort of different

4    directions.   You directly towards Louie's?

5        A.    Yes.

6        Q.    Him towards the mini mall?

7        A.    Yes.

8        Q.    Now, at the point in time that you looked back, did

9    you ever see the person that was doing the shooting?

10        A.    Yes.

11        Q.    And, where was that person when you saw him?

12        A.    Like right at -- right after the mail boxes, little

13    bit after the mail boxes, coming up.

14        Q.    He was walking?

15        A.    Yes, moving up slowly.

16        Q.    As he was moving, were the shots still coming?

17        A.    Yes.

18        Q.    Did you see the gun that the person was holding?

19        A.    No.  No, I didn't.

20        Q.    Did you see any like flashes, or anything?

21        A.    Yes, I saw a lot of sparks, lot of sparks.

22        Q.    And, the person that was coming across when you saw

23    the sparks, could you tell how he had his hands?

24        A.    Like this.

25        Q.    You're demonstrating sort of one hand in front of

226

Jackson - Bellino - Direct

1

2 the other?

3    A.   Yes, like maybe on the clip and on the trigger.

4    Q.   And, at that point in time where were you and what

5 were you doing?

6    A.   I was on the ground, and I was looking back at my

7 little brother.

8    Q.   Where was Tori at that time?

9    A.   Laying behind me, over to the side, on the ground.

10   Q.   Was he in the street or on the sidewalk?

11   A.   He was in the street.

12   Q.   Now, as the man with the gun moved, did he come off

13 the sidewalk into the street?

14   A.   No, it was like just on the curb, just right there

15 on the edge.

16   Q.   And what did he do?

17   A.   Fired more into my little brother.

18   Q.   Tori was still down in the street?

19   A.   Yes.

20   Q.   And could you see the man as he was shooting down

21 at Tori?

22   A.   Yes.

23   Q.   What did you do at that point?

24   A.   Crawled into the car.  I opened the car door and I

25 looked into the ignition for keys because I thought I had to

Dixon-000227

227

Jackson - Belling - Direct

1
2   run him over.  That was the only thing I could do in my power

3   to stop him shooting.  So I got in the door and I could see

4   that the focus turned from off my little brother over to me.

5   There were shots coming at the car.  I heard a shot hit the

6   top of the car and I ducked down.  I said he's going to come

7   over here and shoot into the car now.  Then the fire turned

8   back on to my little brother and I tried to get out the car

9   to go for help for him, but I couldn't walk, so I fell down,

10  I laid on the ground.

11       Q.   Now, after you tried to get into the car and then

12  fell down outside the car, could you still see the person

13  shooting at your brother?

14       A.   Yes, still.

15       Q.   Had he moved up on him at all at that time point?

16       A.   Up over him.

17       Q.   So he moved off the curb to stand right over where

18  Tori was down?

19       A.   Yes, yes, shooting him while he was down.

20       Q.   Was the firing still coming very rapidly?

21       A.   Very rapidly.

22       Q.   And, at that point in time could you again see the

23  person that was doing the firing?

24       A.   Yes.

25       Q.   Now, do you see the person that was shooting that

Dixon-000228

228

                        Jackson - Belling - Direct

1

2    weapon in the courtroom today?

3        A.   Yes.

4        Q.   Could you point him out and describe what he's

5    wearing?

6        A.   Right here in the brown shirt, with like purple

7    squares.

8            MR. BELLING:  Your Honor, if the record could

9            reflect an identification of the defendant,

10           Valentino Dixon.

11           THE COURT:  The witness has identified the

12           defendant.

13   BY MR. BELLING:

14       Q.   After you saw that, the defendant right up over

15   your brother continuing to shoot at him, what happened next?

16       A.   The gun firing actually stopped and the person left

17   the scene.

18       Q.   Which way did he leave?

19       A.   Back towards my right.  Towards Saginaw plant.

20       Q.   And, what happened to your brother Tori?  Where was

21   he?

22       A.   He was laying in the street and Travis went and

23   picked him up.  My little brother looked over towards me and

24   he said, Aaron, can you help me?  I said Tori, I can't help

25   you because I can't move.  And they laid him down over in the

Dixon-000229

229

Jackson - Belling - Direct

 1

 2    parking lot.

 3        Q.    Near where you were?

 4        A.    Not near me.  Like two parking spaces over.

 5        Q.    Now, did ambulances eventually come to the scene,

 6    police come to the scene?

 7        A.    Yes.

 8        Q.    Who got there first, police or ambulance?

 9        A.    The police.

10        Q.    And, was your brother Tori removed to the

11    hospital?

12        A.    Yes.  I went first.

13        Q.    You went in the first ambulance?

14        A.    Yes.

15        Q.    And, so you were gone by the time Tori was removed

16    from the scene?

17        A.    Yes.

18        Q.    Now, what hospital were you taken to, Aaron?

19        A.    ECMC.

20        Q.    And, how long were you in ECMC at that point in

21    time?

22        A.    I was at ECMC for like three weeks.

23        Q.    And, did you have any surgeries while you were in

24    ECMC?

25        A.    Yes, I had two.  I had one initially to fix the

230

Jackson - Bellino - Direct

1

2    damage that was inside, and then after that surgery I had to

3    wait a few days.  I still didn't have any bowel movements, so

4    they go to go back inside and straighten it out so I would be

5    able to use the colostomy bag that they placed on me.

6       Q.    And the third surgery?

7       A.    Third surgery was to reverse the colostomy, and I

8    made them take the bag off me so that I would be able to have

9    bowel movements.

10      Q.    Aaron, I'm going to ask you to step down to the map

11   here for a second.  But I want you to keep your voice up,

12   okay?

13      A.    Yes.

14      Q.    Stay on that side of it and I'll ask you questions,

15   and when you speak, speak in that direction so the jury can

16   hear you, okay.  Now Aaron, first of all, did you see Exhibit

17   1 before, or another print of it?

18      A.    Yes.

19      Q.    And where did you see that?

20      A.    In the office.

21      Q.    My office?

22      A.    Yes.

23      Q.    Now, is it a fair and accurate layout of the way

24   that intersection is?

25      A.    Yes.

231

Jackson - Belling - Direct

1

2      Q.   Now, the first thing that I would like you to tell

3  us about the map is where is the Saginaw plant?  Is it on the

4  map or off the map?

5      A.   Off the map.

6      Q.   And it's off the map in what direction?

7      A.   In this direction.

8      Q.   So you're reflecting where the word East Delevan is

9  going to the left margin of the map and go off the map,

10  correct?

11      A.   Yes.

12      Q.   So, when you say it came from the direction, or

13  went in the direction of the Saginaw plant, you were

14  referring to movements on the East Delevan portion here going

15  off to the left and back onto the left?

16      A.   Yes.

17      Q.   Now, I want you to take this red flare pen and put

18  a 1 and a circle and your initials, AJ, at the location where

19  the fight first started.  And that's by the benches and the

20  mailbox that you mentioned that are on the side of the

21  Bailey-Delevan Market, correct?

22      A.   Yes.

23      Q.   Now, I would like you to now place a 2 and a circle

24  and your initials, AJ, at the location where you first saw

25  the defendant when he started shooting?  You got to put 2

232

Jackson - Bellino - Direct

1

2  now.  Is that where you were or where he was?

3      A.   Where I was.

4      Q.   Now, so Number 2 AJ is where you were when the

5  defendant first started shooting and you first saw him,

6  correct?

7      A.   Yes.

8      Q.   And, put a 3 and a circle where he was, where you

9  saw him, if you will?  Circle and your initials?  Put your

10  initials next to that one too.  So, you had moved from the

11  original fight at Number 1 over to 2, and you could see him

12  at 3 shooting?

13      A.   Yes.

14      Q.   Now, I want you to put on the map a 4 and a circle

15  and your initials where Tori was down on the ground.

16      And that for the record is just right next to the 4 and

17  a circle with EA next to it on the map here; is that correct?

18      A.   Yes.

19      Q.   Okay, why don't you step back up.

20      All right, Aaron, I want to go through a few photographs

21  with you, if I may, and just because I'm up here talking with

22  you here, we still have to have the jury hear, so keep your

23  voice up and speak into the microphone, okay?

24      A.   Yes.

25      Q.   Now, let me start with Exhibit Number 15 marked for

233

Jackson - Belling - Direct

2  identification.  Do you recognize that, sir?

3      A.   Yes.

4      Q.   What is that a picture of?

5      A.   Car I came in and car I crawled into.

6      Q.   That's Travis's Geo Storm?

7      A.   Yes.

8      Q.   Fair and accurate representation of the way it

9  looked that night at Louie's after the shooting?

10     A.   Yes, exactly.

11          MR. TERRANOVA:  Excuse me, what is the Exhibit

12          Number is?

13          MR. BELLING:  15.

14          MR. TERRANOVA:  Thank you.

15  BY MR. BELLING:

16     Q.   Exhibit 13 marked for identification, what is that

17  a picture of?

18     A.   Picture of the inside of the car, car seat that I

19  sat in.

20     Q.   And that car seat has blood on it.  Is that your

21  blood?

22     A.   Yes.

23     Q.   Fair and accurate as to the way that car looked

24  after that night?

25     A.   Yes.

234

Jackson - Belling - Direct

1

2     Q.    Now, Aaron, I want to show you Exhibit Number 9

3   marked for identification and ask if you recognize that?

4     A.    Yes.

5     Q.    What does that show?

6     A.    Shows the car in Louie's parking lot.

7     Q.    Now, that picture, does that picture show the car

8   right where it was as you described all these events that

9   night?

10    A.    Yes.

11    Q.    So that's where Travis parked the car and where you

12  ran to the car and everything else, or crawled to the car,

13  I'm sorry?

14    A.    Yes.

15    Q.    Fair and accurate as to the way it appeared that

16  night, correct?

17    A.    Yes.

18    Q.    Now, I want to show you Exhibit Number 16 marked

19  for identification.  Do you recognize that?

20    A.    Yes.

21    Q.    What is that a picture of?

22    A.    Scene they had taped off.

23    Q.    Now, in this picture 16 you can see just the front

24  of the Geo Storm in the left corner, correct?

25    A.    Yes.

235

Jackson - Belling - Direct

1

2    Q.    And, is the area where Tori fell to the street and

3    the defendant stood over him shooting in this picture?

4    A.    Yes.

5    Q.    Why don't you take the red marker again and mark on

6    that picture an "X" and your initials AJ for the place where

7    Tori ended up in the street when you saw the defendant

8    shooting him.

9        And your mark is almost right on top of the little

10   orange cones that are next to the police car, correct?

11   A.    Yes.

12               THE COURT:  Is that 16, Mr. Belling?

13               MR. BELLING:  That is 16.

14   BY MR. BELLING:

15   Q.    Is that picture a fair and accurate representation

16   of the way that scene looked that night?

17   A.    Yes.

18   Q.    Aaron, how many days had you been in the hospital

19   before your family told you that Tori had died?

20   A.    About three days.

21   Q.    Had you asked about him before that?

22   A.    Yes.

23               MR. BELLING:  No further direct examination,

24        your Honor.

25               I think at this point in time I would like to

236

1           Jackson - Terranova - Cross

2       offer several of these photographs.  They would be

3       Exhibit 9, Exhibit 16, Exhibit 13 and Exhibit 15.

4           MR. TERRANOVA:  Could I just take a quick

5       look?  Your Honor, I have no objection to Exhibits

6       15 and 13 at this time.  I do have objections to 16

7       and 9, which I would like to state out of the

8       presence of the jury, if possible.

9           THE COURT:  13 and 15 are received.

10              (Whereupon, People's Exhibit Numbers 13

11              and 15 were received in evidence.)

12          THE COURT:  I'll reserve on the other two

13      until later.

14  CROSS-EXAMINATION

15  BY MR. TERRANOVA:

16      Q.  Mr. Jackson, would it be fair to say that you

17  didn't know who Valentino Dixon was before --

18      A.  Yes.

19      Q.  -- this incident occurred?

20      A.  Yes.

21      Q.  In fact, you didn't know the name Valentino Dixon?

22      A.  No.

23      Q.  Until you were in the hospital.  Isn't that

24  correct?

25      A.  No, I knew his name.  I heard of him before.

237

Jackson - Terranova - Cross

1

2    Q.    You had heard the name?

3    A.    Yes.

4    Q.    Okay.  Before this incident occurred, were you able

5 to match a name with a face?

6    A.    Yes.

7    Q.    You knew Valentino Dixon?

8    A.    I knew his face, and I knew his name.

9    Q.    My question to you is, were you able to know before

10 this incident occurred that there was a name, a person named

11 Valentino Dixon, and you had the face in mind at the same

12 time?

13    A.    Yes.

14    Q.    Okay, how did you know Valentino Dixon?

15    A.    I see him driving his car every once in awhile.

16    Q.    Okay, you saw an individual that you have

17 identified here in open court driving his car before August

18 10th when this occurred?

19    A.    Yes.

20    Q.    All right.  Had you ever spoken with Valentino

21 Dixon?

22    A.    No.

23    Q.    Had you ever been introduced to him by anybody?

24    A.    No.

25    Q.    Had anybody ever pointed him out to you and said

Dixon-000238

238

Jackson - Terranova - Cross

1
2   that's Valentino Dixon?

3       A.   Yes.

4       Q.   Okay, and that's how you had seen him before; is

5   that correct?

6       A.   Yes.

7       Q.   Had you ever seen him under nighttime conditions?

8       A.   Yes.

9       Q.   Riding in a car?

10      A.   Yes.

11      Q.   All right.  Now, you don't recall the specifics of

12  those instances, do you?

13      A.   Yes.

14      Q.   When?

15      A.   At the exact same mini mall.

16      Q.   Okay, when did you see Valentino Dixon at a mini

17  mall?

18      A.   It was awhile back.

19      Q.   Right.  Tell me when.  You said you could.  Let's

20  have it?

21      A.   I know the situation.  I don't know the exact time

22  and date and place.  I know the place.

23      Q.   Would it have been a year before?

24      A.   No.

25      Q.   Would it have been a month before?

Dixon-000239

239

Jackson - Terranova - Cross

1

2    A.    I'm not sure.

3    Q.    You're not sure, okay.  But you had seen a person

4    named Valentino Dixon before; is that correct?

5    A.    Yes.

6    Q.    Now, when you were in the hospital, were you

7    visited by your parents?

8    A.    Yes.

9    Q.    All right, did you see any newspaper articles about

10   this case while you were in the hospital?

11   A.    None.

12   Q.    You weren't shown any newspaper articles while you

13   were in the hospital?

14   A.    None.

15   Q.    Did your parents tell you that an arrest had been

16   made later in the day on August 10th?

17   A.    No.  I didn't know my little brother was dead.

18   Q.    I didn't ask you that.  Did you know that an arrest

19   had been made on August 10th in this crime, this incident for

20   which you were in the hospital?

21   A.    No, I didn't know.

22   Q.    You didn't know?

23   A.    No.

24   Q.    All right.  When did you first know that an arrest

25   had been made in this case?

Dixon-000240

240

Jackson - Terranova - Cross

1

2     A.    Maybe about a week later.

3     Q.    A week later.  Nobody told you anything about this?

4     A.    No.

5     Q.    All right.  You don't recall getting a visit from

6  police officers in the hospital?

7     A.    Yes.

8     Q.    You do recall that?

9     A.    Yes.

10     Q.    Do you recall that that visit in the hospital

11  occurred on August 12th, two days after the incident?

12     A.    I don't recall.

13     Q.    Okay.  Do you dispute that date?  Do you have any

14  reason to deny that it occurred on the 12th?

15     A.    I don't really know what the days were.

16     Q.    Okay.  Did your mother or father come in and tell

17  you that they had spoken with the police?

18     A.    Yes.

19     Q.    All right.  And they had told you the names of the

20  police officers they had spoken with, right?

21     A.    No.

22     Q.    And, your parents had told you that an arrest had

23  been made; isn't that right?

24     A.    No.

25     Q.    They didn't tell you that Valentino Dixon had been

Dixon-000241

241

1                    Jackson - Terranova - Cross

2   arrested for this crime on August 10th?

3        A.    No.

4        Q.    Okay, when the police officers came to see you, do

5   you recall what they spoke with you about?

6        A.    About the situation, what had happened.

7        Q.    Okay, what did they say to you?  Can you recall

8   that conversation for us?

9        A.    No.

10       Q.    You can't recall any of it?

11       A.    I wouldn't know.

12       Q.    Do you recall being shown some photographs?

13       A.    Yes.

14       Q.    All right.  And, do you recall the number of

15   photographs that you were shown?

16       A.    About six.

17       Q.    Okay.  And were those six photographs in a row?

18       A.    No, I don't think so.

19       Q.    Were they six photographs together in one place?

20       A.    In a row.

21       Q.    Okay, like I said the first time, in a row.  And

22   there were numbers underneath there, one through six?

23       A.    Yes.

24       Q.    And do you remember looking at those photographs?

25       A.    Yes.

Dixon-000242

242

1                    Jackson - Terranova - Cross

2        Q.   Do you remember being told by the police what the

3   purpose of that was?

4        A.   Yes.

5        Q.   Okay, so you remember something about what you

6   talked about?

7        A.   Yes.

8        Q.   And what was is it that you remembered talking with

9   the police about when they showed those photographs?

10       A.   The person who shot my brother.

11       Q.   Okay, they said to you that one of the people in

12  this array of six photographs shot your brother?

13       A.   Which one?

14       Q.   Okay, they wanted to know which one?

15       A.   Yes.

16       Q.   They didn't ask you if any of them did it, right?

17       A.   No.

18       Q.   They said which one of these six did it?

19       A.   Could you tell me.

20       Q.   Could you, Aaron Jackson, tell us, Buffalo Police

21  Department --

22       A.   If one of these.

23       Q.   If one of these did the shooting, right?

24       A.   Yes.

25       Q.   And you picked one?

Dixon-000243