243

1                       Jackson - Terranova - Cross

2          A.    Yes.

3          Q.    And you picked Number 4; is that right?

4          A.    Yes.

5          Q.    Okay, and when you picked Number 4, do you remember

6    what you told the police?

7          A.    This was the person who shot my brother.

8          Q.    And you were definite about that?

9          A.    Yes.

10         Q.    Okay, you told the police this person depicted in

11   picture Number 4 is the one who shot my brother and me?

12         A.    Yes.

13         Q.    Okay.  And you're certain of that?

14         A.    Yes.

15         Q.    Do you remember being asked to sign a statement

16   after you said that?

17         A.    Yes.

18         Q.    All right.  And, when you signed that statement,

19   were you told that you were under oath?

20         A.    Yes.

21         Q.    That this was important?

22         A.    Yes.

23         Q.    All right, because you were making an

24   identification of someone who said -- who you said had shot

25   you and your brother, right?

244

Jackson - Terranova - Cross

1

2    A.    Yes.

3    Q.    And you signed your name to that statement?

4    A.    Yes.

5    Q.    Did you recall the contents of the statement that

6 you signed?

7    A.    No.

8    Q.    Did it pertain to the photographs that you had

9 seen?

10    A.    Yes.

11    Q.    Did it pertain to photograph Number 4?

12    A.    Yes.

13    Q.    Okay.  Do you recall signing a statement in which

14 you said that you picked out the photo in Number 4, and you

15 identified the person in that photograph as looking like the

16 person who shot my brother Tori and me on August 10, 1991,

17 and you continued to say, "But, I cannot be sure.  He was

18 there.  It happened so quick."  Do you remember saying that,

19 and signing a statement to that effect?

20    A.    Yes.

21    Q.    You do, don't you?

22    A.    Yes.

23    Q.    Okay.  Now, signing a statement that says the photo

24 in slot Number 4 looks like the person who shot me and my

25 brother Tori, but, I cannot be sure he was there.  It

Dixon-000245

245

1                     Jackson - Terranova - Cross

2   happened so quick.  That's different from what you told us

3   earlier today.  Isn't that true?

4        A.   Yes.

5        Q.   Okay, you didn't say to the police in this written

6   statement I'm certain that the person depicted in Number 4 is

7   the one who shot me and my brother, did you?

8        A.   No.

9        Q.   Okay.  You said something different, and that's

10  what I just read to you, right?

11       A.   Yes.

12       Q.   Okay, so you want to change your sworn testimony

13  right now to conform with that?

14       A.   No.

15       Q.   You don't?

16       A.   No.

17       Q.   You're telling us in your sworn testimony now on

18  this witness stand that you were certain that the person that

19  you picked out in slot Number 4 was the shooter?

20       A.   No.  I was not sure.

21       Q.   You weren't sure?

22       A.   No.

23       Q.   Okay, so now you agree with your previous written

24  statement?

25       A.   Yes.

Dixon-000246

246

Jackson - Terranova - Cross

1

2          Q.    Conducted on August 12th, two days after the

3    incident, right?

4          A.    Yes.

5          Q.    So, on August 12th you weren't certain who did the

6    shooting.  Isn't that right?

7          A.    Yes, I was certain.

8          Q.    All right.  Did you tell the police on August 12th

9    that it was Valentino Dixon who did the shooting?

10         A.    No.

11         Q.    You didn't tell them that, did you?

12         A.    No.

13         Q.    Because you weren't certain of it, were you?

14         A.    No.

15         Q.    And you didn't even know who Valentino Dixon was on

16   August 12th and on August 10th, did you?

17         A.    Yes, I did.

18         Q.    But you didn't tell the police that he was the

19   shooter, did you?

20         A.    No.

21         Q.    Why not?  Why not?

22         A.    I don't remember.

23         Q.    You don't remember.  You don't remember why you

24   couldn't make an identification like you made in court here

25   today two days after the incident?

247

1                    Jackson - Terranova - Cross

2       A.    I was in the hospital, my brother was dead, my

3   older brother had just passed away six weeks ago.  I had a

4   colostomy bag on, I was under medication.  I don't remember.

5       Q.    August 12th, two days after the incident?

6       A.    Yes.

7       Q.    Didn't you tell us a few minutes ago under direct

8   examination that you didn't even know your brother had died

9   until a week or two weeks later?

10      A.    I didn't know.

11      Q.    You didn't know he was dead yet?

12      A.    I didn't know that.

13      Q.    Just a moment ago you told us that you were under

14  some stress, apparently, and that's why you don't remember?

15      A.    And I didn't know my brother was dead.

16      Q.    Okay.  So, on August 12th you didn't know who shot

17  your brother, did you?

18      A.    Yes, I did.

19      Q.    You didn't tell the police that?

20      A.    I picked the picture of the person who looked like

21  the one who shot my brother.

22      Q.    All right, but you told us that at the scene, at

23  the time the incident occurred that you knew that the shooter

24  was Valentino Dixon.  Now you're telling us two days later

25  you picked a picture that you say looked like the person who

Dixon-000248

248

1                        Jackson - Terranova - Cross

2    shot you and your brother.  Am I right so far?

3        A.   Yes.

4        Q.   But, on August 12th when you picked out that

5    picture, you didn't tell the police that you knew that the

6    person who shot you and your brother was Valentino Dixon, did

7    you?

8        A.   No.

9        Q.   Why not?

10       A.   I didn't remember.

11       Q.   You didn't remember.  What refreshed your

12   recollection?  What jogged your memory?  What causes you to

13   come into this courtroom today and say that the person seated

14   next to me is the person that shot you and your brother?

15       A.   I have had to think about this since August 10th

16   over and over again.  The thoughts go through my mind so

17   vividly, and I have no doubt in my mind that that person

18   sitting right there next to you is who shot my little

19   brother.

20       Q.   All right, okay.  Yes, you have had a good deal of

21   time.  You have had about 10 months now by my estimate; is

22   that correct?

23       A.   Yes.

24       Q.   And during that 10-month period you met with Mr.

25   Belling or other police officers a number of times; is that

Dixon-000249

249

1                    Jackson - Terranova - Cross

2  correct?

3        A.   Yes.

4        Q.   Mr. Belling didn't tell you who did the shooting,

5  did he?

6        A.   No.

7        Q.   Okay.  You have seen newspaper articles about the

8  crime, have you not?

9        A.   Yes.

10       Q.   You were aware that Mr. Dixon was arrested for the

11 crime?

12       A.   Yes.

13       Q.   And, had you seen Mr. Dixon face-to-face between

14 August 10th and now?

15       A.   No.

16       Q.   You had seen pictures of him, though, hadn't you?

17       A.   No.

18       Q.   You never seen another picture of him?

19       A.   After --

20       Q.   After August 12th?

21       A.   After being shown photos?

22       Q.   Yeah.

23       A.   No.

24       Q.   Well, now Mr. Jackson, you testified in an Erie

25 County Grand Jury in this case, didn't you?

1                Jackson - Terranova - Cross

2       A.   Yes.

3       Q.   All right.  And certainly you must remember that on

4   November 6, 1991 you were in a Grand Jury room over in this

5   same building?

6       A.   Yes.

7       Q.   And you were shown a single photograph, right?

8       A.   Yes.

9       Q.   Not an array this time, but one photograph, right?

10      A.   Yes.

11      Q.   Was that only the second time you had seen a

12  photograph?

13      A.   Yes.

14      Q.   Okay.  Now, in the Grand Jury Mr. Belling showed

15  you one photograph, right?

16      A.   Yes.

17      Q.   And you were under oath at that time, weren't you?

18      A.   Yes.

19      Q.   And when you saw that one photograph, you said

20  that's Valentino Dixon, right?

21      A.   Yes.

22      Q.   Now, on November 6th when you saw that photograph --

23      A.   Yes.

24      Q.   -- you had seen it before you went into the Grand

25  Jury, isn't that right?

251

1                    Jackson - Terranova - Cross

2      A.    No.

3      Q.    When Mr. Belling interviewed you, or whoever

4  handled you when you were in the Grand Jury, they showed you

5  Valentino Dixon's photograph and they told you we're going to

6  show you this photograph in the Grand Jury, didn't they?

7      A.    Yes.

8      Q.    Okay.  So when you saw Valentino Dixon's photograph

9  in the Grand Jury during your testimony, you had seen that

10 photograph before, hadn't you?

11     A.    Yes.

12     Q.    All right.  Now, Mr. Valentino Dixon is the only

13 defendant sitting in this courtroom right now, isn't he?

14     A.    Yes.

15     Q.    And you were told that he would be here, right?

16     A.    Yes.

17     Q.    And, Mr. Belling, and maybe Mr. Krawczyk told you

18 that while you were on the witness stand you'd be asked to

19 point out who the defendant is in the courtroom, didn't he?

20     A.    I knew that.

21     Q.    All right.  And you did that today; isn't that

22 right?

23     A.    Exactly.

24     Q.    My question to you is -- and I'll put it to you one

25 more time -- how do we get from your hospital room on August

252

Jackson - Terranova - Cross

1

2       12, 1991 at a time when you pick out a photograph and you say

3       you think it looks like the person who did the shooting --

4            A.    Yes.

5            Q.    -- but you don't tell the police that Valentino

6       Dixon is the shooter, how do we get from that point to a

7       courtroom here today where you're pointing out Valentino

8       Dixon as the shooter?  How do we do that?

9            A.    My memory gets better with time.

10           Q.    Your memory got better with time?

11           A.    Yes, exactly.

12           Q.    And the fact that your family members reviewed

13      certain events with you has nothing to do with it?

14           A.    No.

15           Q.    The fact that you have reviewed newspaper articles,

16      seen media reports, seen news clips about the incident, that

17      didn't jog your memory at all?

18           A.    No.

19           Q.    That didn't affect you a bit?

20           A.    No.

21           Q.    The fact that this investigation went on from

22      August until nearly January or February before an indictment

23      occurred and all that contact with the police and the

24      District Attorney's office didn't jog your memory a bit?

25           A.    No.

Dixon-000253

253

Jackson - Terranova - Cross

1

2       Q.    Okay.    That didn't affect you one bit?

3       A.    No.

4             MR. TERRANOVA:    I have nothing further.    No,

5             strike that.    I do.    Sorry.

6  BY MR. TERRANOVA:

7       Q.    When you arrived at the scene, Louie's Texas Red

8  Hots, you were looking for a fight; isn't that true?

9       A.    No.

10      Q.    You went to pick up your brother Travis and you

11 told the Grand Jury --

12      A.    Travis is not my brother.    My brother Tori.

13      Q.    I am sorry, you are right.    When you went to pick

14 up your brother Tori, he had just finished work, right?

15      A.    Yes.

16      Q.    And the boy was tired, right?

17      A.    Yes.

18      Q.    And, in fact, you and Tori had fallen asleep in the

19 back seat of Travis's Geo --

20      A.    Yes.

21      Q.    -- at one point.    Next thing you know, you're at

22 Louie's and Travis is nudging you to wake up; isn't that

23 right?

24      A.    Yes.

25      Q.    Now, you and your brother and Travis didn't return

Dixon-000254

254

Jackson - Terranova - Cross

1

2  to Louie's for no good reason, did you?

3      A.   No, I didn't know we was there until I was nudged

4  and woke up.

5      Q.   Okay, why did you go pick up Tori?

6      A.   Protection, safety.

7      Q.   You needed protection?

8      A.   No, safety.  I feel safer with my little brother

9  than I feel with anyone else.

10     Q.   All right, so you are referring to this previous

11  incident at the mini mall where you say Leonard Brown wanted

12  you out of the car and want you to fight?

13     A.   Yes.

14     Q.   Is it your testimony that you didn't know what he

15  was talking about?

16     A.   Didn't know what he was talking about.

17     Q.   So, instead of simply going home and leaving the

18  area and not returning, you decided to return?

19     A.   Yes.

20     Q.   Okay.  Why was that?

21     A.   To see what the problem was to maybe take care of

22  it that night so I didn't have to worry about it when I woke

23  up.

24     Q.   Okay.  So you went looking to resolve this trouble,

25  didn't you?

Dixon-000255

255

1                    Jackson - Terranova - Cross

2        A.   Differences.   It was all differences.   It didn't

3   seem like trouble.

4        Q.   What was it about, though?

5        A.   I don't know.

6        Q.   All right.  So, you returned to the scene of a

7   place where you had received a threat and you didn't know

8   what the threat was all about; is that right?

9        A.   Yes.

10       Q.   And for your own personal safety you brought your

11  little brother with you?

12       A.   Yes.

13       Q.   Okay.  So, you took the initiative, got your little

14  brother and went back to an area where you had been

15  threatened, is that right?

16       A.   Didn't go directly back.

17       Q.   Well, you ended up there?

18       A.   I ended up there.  I was not the driver of the

19  car.

20       Q.   You ended up there?

21       A.   Yes.

22       Q.   You wanted to be there once you got awakened,

23  right?

24       A.   Once I was awakened and I saw the person, I wanted

25  to step to the person and see what the problem was.

Dixon-000256

256

Jackson - Terranova - Cross

1

2      Q.    Sure.   And it wasn't Mario who was on the other

3  side of Delevan from the Louie's parking lot who said to you

4  come on over here and fight me, right?

5      A.    He did like this, like what's up now?

6      Q.    He gestured to you?

7      A.    Yes.

8      Q.    He said what's up?

9      A.    Come on, let's do it.

10     Q.    And you were in Louie's parking lot?

11     A.    No, I was not in the parking lot.

12     Q.    Where was the yellow Geo parked?

13     A.    It wasn't parked.   It was at a light.   I got out at

14  the light.

15     Q.    Okay, and Travis pulled it into the lot?

16     A.    Yes.

17     Q.    Okay, so you got out of the car?

18     A.    Yes.

19     Q.    You didn't have to get out of the car, did you?

20     A.    No.

21     Q.    But you got out of the car and you met Mario on the

22  sidewalk near the Bailey-Delevan Market?

23     A.    Yes.

24     Q.    Okay.   And, you went over to see him; isn't that

25  right?

257

1                  Jackson - Terranova - Cross

2       A.    Yes.

3       Q.    And, Tori followed you?

4       A.    Yes.

5       Q.    What were the words about?  What did you talk about

6   there?

7       A.    What did we talk about?  He said what's up now?  My

8   little brother said you didn't know this was my brother?  I

9   said I guess he didn't.

10      Q.    Well, now the first incident at the mini mall, that

11  was between you and Leonard Brown, right?

12      A.    Yes, and Mario also.  He spoke.

13      Q.    Mario was there too?

14      A.    Yes Antoine too.

15      Q.    Now Mario was there alone too?

16      A.    No, it was a few other guys standing a little

17  distance away from him.

18      Q.    All right, so it's your testimony, isn't it, that

19  you and your brother Torianno got out of the yellow Geo there

20  at the light on Delevan, and the two of you approached Mario,

21  and the two of you started fighting with him?

22      A.    No, we didn't start fighting with him until he put

23  his hands up like he was ready to do something.

24      Q.    Okay, you're having words?

25      A.    Yes.

258

1        Jackson - Terranova - Cross

2      Q.    What were those words about?  Can you tell us?

3      A.    Words was like what's up now?

4      Q.    What's up now, okay.  Doesn't sound particularly

5  violent to me.  What happened next?

6      A.    Then he said -- he started turning, he turned his

7  back.  He got us to turn our backs to whoever was behind us.

8      Q.    Okay, so a crowd of people started to gather behind

9  you?

10     A.    Started to come up.

11     Q.    Okay, there are a lot of people on the intersection

12 there, right?

13     A.    Yes.

14     Q.    You have been in similar circumstances, haven't you?

15     A.    Yes.

16     Q.    Curious about somebody who is going to fight?

17     A.    Yes.

18     Q.    You go over and watch, right?

19     A.    No.

20     Q.    So that shouldn't have surprised you, right?

21     A.    No.

22     Q.    So, you got your back against a crowd of people,

23 right?

24     A.    Right.

25     Q.    Did you have any reason to believe that there was a

259

1                    Jackson - Terranova - Cross

2    problem with the crowd for you and your brother?

3        A.    No, except for maybe the other two guys could have

4    been standing back there.

5        Q.    Okay, so it's two on one at this point, right?

6        A.    Yes.

7        Q.    The Jackson brothers versus Mario Jarmon, and Mario

8    Jarmon put his hands up, did he?

9        A.    Yes.

10       Q.    Did he take a swing at you?

11       A.    No, he, before he could, he took one.

12       Q.    Took one what?

13       A.    Before he took a swing, he got hit.

14       Q.    You did?

15       A.    He got hit.

16       Q.    He got hit by you?

17       A.    By my little brother.

18       Q.    Tori did?

19       A.    Yes.

20       Q.    So Tori took a swing at him?

21       A.    Yes.

22       Q.    Do you know why?

23       A.    Because he had a problem with me.

24       Q.    Who had a problem with you?

25       A.    Mario.

260

1              Jackson - Terranova - Cross

2    Q.    What was the problem?  You have not told us yet.

3    A.    I don't know still.

4    Q.    You still don't know?

5    A.    He said he had a problem.

6    Q.    So we go from what's up to Tori taking a swing at

7  Mario Jarmon?

8    A.    Yes.

9    Q.    Have I got that right so far?

10   A.    Yes.

11   Q.    What happens next?

12   A.    Then I took a swing at him, and then he swung back,

13 but the flury, took too many, he was taking too many.

14   Q.    Well, there were two Jacksons on one Jarmon, right?

15   A.    Yes.

16   Q.    Okay, and you got two fists and your brother has

17 two fists, right?

18   A.    Exactly.

19   Q.    So all of a sudden Mario is down on the road?

20   A.    Yes.

21   Q.    And you're kicking him?

22   A.    Yes.

23   Q.    You admit that, right?

24   A.    Yes.

25   Q.    What is Tori doing?

Dixon-000261

261

Jackson - Terranova - Cross

1

2      A.     Hitting him.

3      Q.     He's hitting him?

4      A.     Yes.

5      Q.     Okay.  Now would it be fair to say that you were

6  pretty excited at this point?

7      A.     Yes, very.

8      Q.     Because you're in the middle of a fight?

9      A.     Yes.

10      Q.     What is going through your mind at this point?

11      A.     Take care of this and go home.

12      Q.     Why were you there to begin with, do you know?

13      A.     No.

14      Q.     Just to keep him off your back?

15      A.     Yes.

16      Q.     All right.  You had something to prove to everybody

17  on that street corner, did you?

18      A.     I don't have nothing to prove.

19      Q.     But yet you were -- you came back to the scene

20  looking for a fight and you got what you bargained for, you

21  got a fight, right?

22      A.     It happened.

23      Q.     You got a fight, didn't you?

24      A.     I didn't come back looking for a fight.

25      Q.     Why were you there?

262

1                  Jackson - Terranova - Cross

2      A.    Because my friend drove there and nudged me and

3  woke me up, so I got out.

4      Q.    Why did you leave the car and go to Mario?

5      A.    Because I saw him and he had just approached me

6  with three friends, I so approached him with me and my

7  brother.

8      Q.    Okay, and your brother threw the first punch, and

9  then you got into it?

10     A.    Yes.

11     Q.    And you had a crowd of people watching?

12     A.    Yes.

13     Q.    Now would it be fair to say that you were

14 concentrating on kicking and punching Mario Jarmon?

15     A.    Yes.

16     Q.    And there is some crowd noise there, right?

17     A.    Yes.

18     Q.    People are shouting and saying things?

19     A.    Yes.

20     Q.    Anybody try to stop you from fighting?

21     A.    Yes.

22     Q.    Who?

23     A.    John Sullivan.

24     Q.    Have you talked to John recently?

25     A.    No.

263

Jackson - Terranova - Cross

1

2      Q.   Did you talk to him after the incident?

3      A.   No.

4      Q.   Did you talk to Travis?

5      A.   I have seen him.

6      Q.   You talked to him too, haven't you?

7      A.   Seen him.

8      Q.   You talked to him too, haven't you?

9      A.   No.

10     Q.   How about Emil Adams, have you talked to him?

11     A.   No.

12     Q.   All right.  So in the middle of this fight you

13  claim that you hear something?

14     A.   Yes.

15     Q.   All right.  Something about a gun?

16     A.   No.

17     Q.   You hear Tino's name?

18     A.   Yes.

19     Q.   The name Tino?

20     A.   Yes.

21     Q.   And, that Tino was going to his car, or something

22  like that?

23     A.   Yes.

24     Q.   Now you don't know who said that, do you?

25     A.   No.

Dixon-000264

264

Jackson - Terranova - Cross

1

2    Q.    You don't know if Tino was there, do you?

3    A.    Yes, I do know.

4    Q.    At that time, did you see him?

5    A.    No, I didn't see him.

6    Q.    That's what I'm getting at.  You didn't see anybody

7    that you knew as Tino going to a car, did you?

8    A.    No, I didn't look back.

9    Q.    You don't know where the car was?  You don't know

10   what kind of car it was, do you?

11   A.    No.

12   Q.    Next thing you know is what?  You're still beating

13   up on Mario, right?

14   A.    Yes.

15   Q.    What happens next?  The next thing you remember?

16   A.    Gunshots.

17   Q.    So your attention was called to the shooter by the

18   fact that there were gunshots?

19   A.    Yes.

20   Q.    And in what direction were those gunshots fired?

21   A.    They were coming from my right, being fired towards

22   the altercation in the street.

23   Q.    Okay.  Now, is it your testimony that you were on

24   the sidewalk at the Bailey-Delevan market kicking Mario

25   Jarmon?

265

Jackson - Terranova - Cross

1

2    A.    No, I was in the street.

3    Q.    You were in the street?

4    A.    I was in the street.  Curb.

5    Q.    Definitely not on the sidewalk?

6    A.    On the sidewalk, part way on the sidewalk, part way

7  on the street.

8    Q.    And you're kicking Mario.  Are you facing the

9  Louie's lot?

10    A.    No, I'm facing Mario.  I'm looking down at him.

11    Q.    Okay, but your body, was it turned toward the

12  Louie's lot?

13    A.    My body was turned, my back was in a sense towards

14  the Louie's lot also.

15    Q.    Okay.  If your back was facing Louie's, the front

16  of your body was facing the Bailey-Delevan Market wall there,

17  right?

18    A.    Yes.

19    Q.    Okay.  Now, you said that someone approached from

20  your right, the shooter approached from your right?

21    A.    Yes.

22    Q.    Okay.  Could you come down here for a moment,

23  please.

24    For the record, I'm going to ask the witness to refer to

25  People's Exhibit 1 in evidence.

266

Jackson - Terranova - Cross

1

2      Now, could you point out to the jury from which direction

3 the shooter approached you?

4      A.    From this direction.

5      Q.    Okay.  Now let's look at this chart very

6 carefully.  If you're facing the Bailey-Delevan Market while

7 you're kicking Mr. Jarmon --

8      A.    Yes.

9      Q.    -- your right would be the direction towards St.

10 Gerard's church, wouldn't it?

11      A.    Yes.

12      Q.    Okay.  So, do you want to change what you have said

13 in any way?

14      A.    No.

15      Q.    Okay.  So the shooter came from the St. Gerard's

16 side of East Delevan?

17      A.    No, from this side.

18      Q.    All right.

19      A.    And when you spoke of this I thought you was

20 talking about this corner.

21      Q.    All right, this is important.  Let's see if we can

22 run through this very quickly.  As you're kicking Mario

23 Jarmon, the front of your body -- and that would be this part

24 here --

25      A.    Is facing this way.

267

1          Jackson - Terranova - Cross

2     Q.   Okay.  The front of your body was facing St.

3   Gerard's church?

4     A.   Yes.

5     Q.   All right, that would be across Bailey, right?

6     A.   Yes.

7     Q.   Okay, and then the shooter approached from your

8   right?

9     A.   No, from the back.

10     Q.   Okay, all right.  So the shooter approached from

11   the Saginaw gear plant side of East Delevan?

12     A.   Yes.

13     Q.   All right, so he approached you from behind?

14     A.   Yes.

15     Q.   Okay.  Your back was turned to the shooter when you

16   first noticed the shooter?

17     A.   I was sideways like this, and Mario is down, and I

18   was here and he came from right this direction, my right.

19     Q.   So wouldn't it be true that the front of your body

20   was more facing the Louie's Texas Red Hots parking lot than

21   St. Gerard's?

22     A.   Yes, in a sense.

23     Q.   Okay, all right, you can take the stand again,

24   please.

25     All right, so you are kicking Mario, and all of a sudden

268

Jackson - Terranova - Cross

1

2   you hear gunshots, do you?

3       A.   Yes.

4       Q.   Now, those gunshots are coming from your right

5   rear; is that correct?

6       A.   Yes.

7       Q.   And when that happens, you do what?

8       A.   I felt the shells all over my body.  The first idea

9   was to hit my little brother's hand and tell him run.

10      Q.   What do you mean, you felt the shells?

11      A.   Felt like little -- I see like the sparks on the

12  ground, maybe chips from the concrete, just, I just felt like

13  tingling things all over my body.

14      Q.   Okay, you weren't shot all over your body, were

15  you?

16      A.   No.

17      Q.   You felt tinglings all over your body?

18      A.   Yes.

19      Q.   Was the gunfire rapid at that moment?

20      A.   Yes, very.

21      Q.   And you hit your brother's hand and you told him to

22  run?

23      A.   Yes.

24      Q.   And then you started do run?

25      A.   Yes.

269

Jackson - Terranova - Cross

1

2      Q.    Okay, where did you run to?

3      A.    I ran towards the car.

4      Q.    The Geo?

5      A.    Yes.

6      Q.    That would have been across Delevan in the Louie's

7  parking lot, right?

8      A.    Yes.

9      Q.    Okay, now up to this point you didn't see the

10  shooter's face, did you?

11     A.    No.

12     Q.    Okay.  So, you got your back to the shooter and

13  you're running across Delevan to the Louie's parking lot.

14  What do you do at the Louie's parking lot?

15     A.    As I was running, I turned around and looked, and I

16  felt I must have got shot.  I fell to the curb.

17     Q.    You felt something in the torso of your body?

18     A.    Yes.

19     Q.    And you fell down?

20     A.    Yes.

21     Q.    When you looked back, what did you see?  When you

22  felt you were shot, did you look back?

23     A.    Yes.

24     Q.    What did you see when you looked back?

25     A.    Saw my little brother on the ground.

270

Jackson - Terranova - Cross

1

2      Q.    Okay, and what else, anything else?

3      A.    Saw sparks everywhere.

4      Q.    Okay, and then you continued, you turned back, you

5  continued running and you fell next to the curb near the

6  Louie's parking lot, right?

7      A.    Yes.

8      Q.    How much time had gone by at this point from when

9  you first became aware of the shooting until when you

10  collapsed on the curb?

11      A.    About five seconds.

12      Q.    Okay.  And, when you got to the curb and fell down,

13  what happened?

14      A.    I laid there for a minute, and I held my stomach,

15  and then there was more sparks coming at the sidewalk, so I

16  crawled to the car.

17      Q.    Okay.  Now you hadn't looked back yet at your

18  brother, had you?

19      A.    Yes, I looked back at my little brother.

20      Q.    While you were on the curb?

21      A.    Yes.

22      Q.    And what did you see?

23      A.    I saw him laying on the ground.

24      Q.    Okay, you didn't see the shooter yet?

25      A.    Yes, I saw the shooter then.

Dixon-000271

271

Jackson - Terranova - Cross

1

2    Q.    What of the shooter did you see?

3    A.    Face.

4    Q.    Okay.  And did you recognize the face of that

5    person?

6    A.    Yes.

7    Q.    All right.  And when you rec -- strike that.  We

8    have been through it.  So at that point you knew who it was?

9    A.    No, I didn't know who it was.  I just remembered

10   the face.

11   Q.    All right, and then you pulled yourself up and

12   crawled to the Geo?

13   A.    Yes.

14   Q.    What did you do when you got to the Geo?  Crawled

15   inside?

16   A.    Yes.

17   Q.    Did you look back at the scene again?

18   A.    Yes.

19   Q.    Then you got into the Geo?

20   A.    Yes.

21   Q.    And what did you see?

22   A.    I saw the shooter turn and bullets start coming at

23   the car.

24   Q.    And what?

25   A.    Bullets started hitting the car.  One hit the car.

272

1                    Jackson - Terranova - Cross

2       Q.    Okay, what was the shooter wearing?

3       A.    I didn't see any outfit.  I just looked at the

4    face.  I saw the sparks and I looked above the sparks and I

5    saw the face.  That's all I wanted to remember.

6       Q.    What's that?

7       A.    That's what I wanted to remember, was the face.

8       Q.    Okay, and you don't remember anything about what

9    the shooter was wearing?

10      A.    No.

11      Q.    And this was the face of a black male?

12      A.    Yes.

13      Q.    Okay.  Do you remember anything about that person's

14   face other than it was a black male, and you're telling us

15   that you can remember who it was?

16      A.    Had a low haircut.

17      Q.    Pardon me?

18      A.    A low hair cut.

19      Q.    Okay, what do you mean by a low haircut?

20      A.    Like that.

21      Q.    Like that haircut?

22      A.    Yes.

23      Q.    Why do you call it a low haircut?

24      A.    This is kind of high.  That is low.

25      Q.    All right, are you telling us that's the same hair

273

Jackson - Terranova - Cross

1

2    cut this individual had at the time of this occurred?

3        A.    No, I'm not sure.

4        Q.    Okay, you're not sure.  Was this person wearing a

5    hat, the shooter?

6        A.    No.

7        Q.    No hat?

8        A.    I just saw the face.

9        Q.    Now, while you're in the Geo, the shooting

10   continued?

11       A.    Yes.

12       Q.    All right.  And you say some of the shots were

13   fired in your direction?

14       A.    Yes.

15       Q.    Okay.  Did you see the shooter ever shoot Torianno?

16       A.    Yes.

17       Q.    Okay, tell us what you saw?

18       A.    I was sitting in the passenger seat and I looked

19   over, I looked out the car, I saw bullets coming, I start

20   ducking down like this, and I looked up and I saw the shooter

21   move over, I saw the face, the face above the sparks move

22   over to my little brother and fire down like that.

23       Q.    Okay, while the shooter was looking down -- was

24   firing down, he was looking down; is that right?

25       A.    No.  Like, it was up, like looking around like

Dixon-000274

274

Jackson - Terranova - Cross

1

2    this.

3        Q.    Okay, so you say the shooter wasn't looking at your

4    brother?

5        A.    No.

6        Q.    He was looking around?

7        A.    Yes.

8        Q.    But pointing the gun at your brother?

9        A.    Yes.

10       Q.    Now, obviously while you were ducked down in the

11   car, you couldn't see the shooter's face?

12       A.    No.

13       Q.    About how far away from the shooter were you to

14   make these observations?

15       A.    About 10 or 15 feet.

16       Q.    And it's dark out at this time, right?

17       A.    Yes.  It was a light.

18       Q.    Okay.  Now, at this point this whole nightmare

19   stopped, right?

20       A.    Yes.

21       Q.    What did you do when the gunfire stopped?

22       A.    Tried to get out -- well, I was out the car.  I

23   tried to get up.  I couldn't walk.

24       Q.    All right.  And, so you had to remain in the car?

25       A.    No, on the outside of the car, laying on the

275

1                    Jackson - Terranova - Cross

2    ground.

3        Q.    You never got into the car?

4        A.    I got into the car.

5        Q.    And then you got out of it?

6        A.    Yes.

7        Q.    Okay.  And you were lying on the ground, and what

8    happened next?

9        A.    I looked over to see if my little brother was

10   moving, and I saw Travis pick him up and put him up on his

11   shoulder, and my little brother looked over to me.

12       Q.    What happened to the shooter?

13       A.    The shooter left the scene.

14       Q.    Did you see him leave?

15       A.    The shooter moved -- I just saw the sparks stop and

16   I saw the person go.

17       Q.    All right.  Why was it that you were concentrating

18   on the face of the shooter and not on where the bullets were

19   going?

20       A.    Because when my little brother fell down, it was,

21   in a sense it was common sense.  It was common sense that

22   bullets was going into my little brother, and there was

23   really no need.  I couldn't move, I couldn't walk.  I

24   couldn't do anything.  I was helpless, but I wanted to know

25   who the person was that did this.

Dixon-000276

276
Jackson - Terranova - Cross

1

2    Q.   Okay, all right.  And, up until that point you were

3    dodging bullets; isn't that right?

4    A.   Yes.

5    Q.   In other words, when the shooting started, you

6    weren't carrying Tori away or making sure he was running with

7    you.  You ran yourself; isn't that right?

8    A.   No.  I hit his hand.  He ran first and then I

9    started to run.

10    Q.   And you didn't -- the truth is you didn't stay with

11    Tori, did you?  You ran on your own?

12    A.   Two different directions.

13    Q.   Two different directions, okay.  So when those

14    bullets started flying, common sense took over and you

15    started running, isn't that right?

16    A.   Yes.

17    Q.   At that point it was every man for himself, isn't

18    that true?

19    A.   Yes.

20    Q.   Okay.  Now, was there a second person that was with

21    the first shooter?

22    A.   I don't know.

23    Q.   You don't recall seeing anyone else but one

24    shooter?

25    A.   I saw some people standing around the shooter,

277

1                    Jackson - Belling - Redirect

2   maybe two or three in a distance, just a little small

3   distance away, two to three feet away.

4       Q.   Okay, had you seen the person that you have

5   identified as Valentino Dixon before the fight started?

6       A.   No.

7       Q.   Okay, so you don't know if he was there before the

8   fight started?

9       A.   I don't know.

10              MR. TERRANOVA:  Nothing further at this point,

11          your Honor.

12  REDIRECT EXAMINATION

13  BY MR. BELLING:

14      Q.   One question on redirect, your Honor.  Aaron, I

15  want to show you what is marked here as People's Exhibit 33

16  for identification and ask you if you saw the man in this

17  Polaroid photograph at the scene the night that this

18  happened?

19      A.   No.

20      Q.   And, I'll ask you also is there any possibility

21  that this is the man that shot your brother?

22      A.   No.

23              MR. TERRANOVA:  I have nothing further.

24              MR. BELLING:  Nor do I.

25              THE COURT:  All right, you can step down.