# EXHIBIT 24

692

Jury Verdict

1
2   deliberations over dinner. Don't talk among
3   yourselves or in small groups about the case until
4   you get back to the jury room, okay. Anything
5   else? See you after dinner.
6          (6:43 p.m. court recessed.)
7              (Whereupon, Court's Exhibit Number 5
8              was marked in evidence.)
9          (10:40 p.m., jury, counsel and defendant
10  present.)
11         THE CLERK: Will the Foreman please rise. Has
12  the jury reached a verdict?
13         THE FOREMAN: Yes, we have.
14         THE CLERK: Is your verdict unanimous?
15         THE FOREMAN: Yes, it is.
16         THE CLERK: In the case of the People of the
17  State of New York against Valentino Dixon,
18  Indictment 91-1476, how do you find the defendant
19  under Count 1, Murder in the 2nd Degree, guilty or
20  not guilty?
21         THE FOREMAN: Guilty.
22         THE CLERK: Under Count 2, Murder in the 2nd
23  Degree, how do you find, guilty or not guilty?
24         THE COURT: Wait a minute. With respect to
25  the lesser-included under Count 1, you render no

```
                                                              693
 1                          Jury Verdict
 2    verdict; is that correct?
 3           THE FOREMAN:  Yes.
 4           THE CLERK:  Count 2, Murder in the 2nd Degree,
 5    how do you find, guilty or not guilty?
 6           THE FOREMAN:  No.
 7           THE COURT:  No.  Once again, you rendered no
 8    verdict.
 9           THE CLERK:  Under Manslaughter in the 1st
10    Degree?
11           THE COURT:  And the same is true for the
12    lesser?
13           THE FOREMAN:  That's correct.
14           THE COURT:  Go ahead, Count 3.
15           We have no verdict rendered under the lesser
16    of Count 1, no verdict rendered under Count
17    2, Murder in the 2nd Degree or Manslaughter in the
18    2nd Degree.  Go ahead.
19           THE CLERK:  Under Count 3, Attempted Murder in
20    the 2d Degree, how do you find, guilty or not
21    guilty?
22           THE FOREMAN:  Guilty.
23           THE CLERK:  Under Count 4, Assault in the 1st
24    Degree, how do you find, guilty or not guilty?
25           THE FOREMAN:  No verdict there.
```

```
                                                              694
1                        Jury Verdict
2          THE CLERK: Under Count 5, Assault in the 1st
3    Degree, guilty or not guilty?
4          THE FOREMAN:  No verdict.
5          THE CLERK: Under the lesser-included charge,
6    Assault in the 2nd Degree, guilty or not guilty?
7          THE FOREMAN:  No verdict.
8          THE CLERK: Under Count 6, Assault in the 1st
9    Degree, guilty or not guilty?
10         THE CLERK:  No verdict.
11         Under Count 7, Assault in the 2nd Degree,
12   guilty or not guilty?
13         THE FOREMAN:  Not guilty.
14         THE CLERK:  Under Count 8, Assault in the 3d
15   Degree, guilty or not guilty?
16         THE FOREMAN:  Guilty.
17         THE CLERK:  Under Count 9, Criminal Possession
18   of a Weapon in the 2nd Degree, guilty or not
19   guilty?
20         THE FOREMAN:  Guilty.
21         THE CLERK:  Under the 10th Count, Criminal
22   Possession of a Weapon in the 4th Degree?
23         THE FOREMAN:  No verdict.
24         THE CLERK:  Thank you.  You may be seated.
25   Members of the jury, listen to your verdict as the
```

695

1       Jury Verdict

2   Court has recorded it.  You say you find the

3   defendant, Valentino Dixon, guilty of Count 1,

4   Murder in the 2nd Degree, you have no verdict as to

5   the lesser-included charge, Manslaughter in the 1st

6   Degree.

7       You have is no verdict as to Count 2, Murder

8   in the 2nd Degree or the lesser-included charge of

9   Manslaughter in the 2nd Degree.

10      Under Count 3, Murder -- Attempted Murder in

11  the 2nd Degree, you find the defendant guilty.

12      And under Count 4, Assault in the 1st Degree

13  you have no verdict.

14      Under Count 5, Assault in the 1st Degree, you

15  have no verdict.  Under the lesser-included charge,

16  Assault in the 2nd Degree, you have no verdict.

17      Under Count 6, Assault in the 1st Degree, you

18  have no verdict.

19      Under Count 7, Assault in the 2nd Degree, you

20  find the defendant not guilty.

21      Under Count 8, Assault in the, 3rd Degree, you

22  find the defendant guilty?

23      Under Count 9, Criminal Possession of a Weapon

24  2nd Degree, you find the defendant guilty.

25      Under Count 10, Criminal Possession of a

                                                                    696
1               Jury Verdict

2    Weapon in the 4th Degree you have no verdict.  So

3    say you all.

4           THE COURT:  Mr. Terranova, would you like the

5    jurors polled?

6           MR. TERRANOVA:  Yes, your Honor.

7           THE COURT:  Please pole the jurors.

8           (Jury polled, all jurors answering yes to the

9    question.)

10          THE COURT:  August 7th at 9:30 will be the

11   sentencing in this matter.

12          Ladies and gentlemen, of course I want to

13   thank you for the time that you spent on this case,

14   spent here with us for the past several days, and,

15   of course, to the attention that you paid to the

16   testimony and the evidence that was presented here

17   throughout.  I recognize, of course, that your

18   service on the jury is not the norm for you.  It's

19   something that you are not used to doing.

20   Sometimes these cases are more difficult than

21   others, and always, always cases of this

22   significance are difficult.  I wish to thank you

23   for your service and, of course, excuse you from

24   any further jury service for some time.  You are

25   excused with our thanks.

697

Jury Verdict

If you wish, you may talk about this case. You're not required to do so, and you, of course, may leave the building directly. If any of you need any assistance with respect to getting to your vehicles, let us know, and the deputies will be happy to assist you. Thank you very much. Defendant is remanded. Sentence is August 7th at 9:30 in the morning.

(10:50 p.m. court adjourned.)

\* \* \* \* \*

I hereby certify that the foregoing is a transcript of the official stenographer's minutes of the testimony and proceedings upon the trial of the case of the People of the State of New York vs Valentino Dixon.

_Kenneth D. Meier_
Kenneth D. Meier, C.S.R.
Official Supreme Court Reporter