# EXHIBIT 25

**BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| | | |
|---|---|---|
| Richard T. Donovan, Chief<br>Homicide Section | SUBJECT | DATE 8/10/91 |
| FROM Det. John Vickerd<br>Det. James Lonergan | Multiple Shooting<br>File 91-145 Bailey/E.Delavan<br>Dictated by Det. John Vickerd | |

Attn: James Rautenstrauch, Lt.

Sir:

At approx. 0145 hrs. this date your writer received a call from the Shift Lt. William Smith. He informed me there was a multiple shooting at the corner of Bailey/Delavan and the assistance of extra homicide personnel was needed.

Your writer proceeded to HQ and was informed by Lt. Smith to go to E.C.M.C. where three of the shooting victims were transported. Upon my arrival at E.C.M.C. I was met by P.O.'s Buyer/O'Neil in car 11E. They informed me one of the victims expired due to multiple gunshot wounds. They identified this victim as Torrano Jackson, B-M, age 17 dob 5/5/74 of 19 Thatcher St., phone 836-2809. Officer O'Neil then informed me that the deceased's brother, Aaron Jackson, B-M, age 20 dob 1/26/71, also of 19 Thatcher was in surgery at this time with a gunshot wound to the abdomen and is listed in critical condition. Officer O'Neil identified the third victim as Mario Jarmon, B-M, age 19 dob 12/23/71 of 1122 E. Delavan, phone 896-5817.

At this time, while in the ER, your writer did observe Mario Jarmon being prepped for surgery. He had what appeared to be bullet wounds to the right chest area and the abdomen. Mario's condition is also listed as critical at this time.

Your writer then observed the body of Torrano Jackson. Noted were multiple frontal wounds to the chest, left side, abdomen, left arm, left/right legs. Numbers of entrance and exit wounds will have to be determined by the ME as this investigation continues.

P.O. O'Neil informed your writer that the mother and several other family members of the Jackson brothers were present at the hospital. Also present was the mother of Mario Jarmon. These persons were being apprised of the condition of the victims by hospital staff.

At this time, your writer proceeded to the scene at Bailey/E.Delavan and met with Det. Lonergan to apprise him of the condition of the victims. Det. Lonergan informed me another victim was taken to Sister's Hosp. His identity was not known at this time.

Your writer then proceeded to Sister's Hosp. and upon arrival I was informed by ER personnel that John Sullivan, B-M, age 17 dob 3/2/74 of 49 Elmer St., phone 835-9680 was being treated for a laceration of his right thigh, possibly caused by a gunshot.

Your writer then spoke with John Sullivan. He informed me that he was on the corner of Bailey/Delavan with his friend Fred Stencil. There was

Cont'd.

## POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| FROM | Det. John Vickerd<br>Det. James Lonergan | SUBJECT<br>Page 2<br>Multiple Shooting<br>File 91-145 Bailey/E.Delavan<br>Dictated by Det. John Vickerd | DATE 8/10/9 |
|---|---|---|---|

a large crowd in the area. A fight broke out and he saw he was between Torrey and Aaron Jackson fighting with Mario, lnu, at this time. He knew all three persons and went over to try and break it up. He noticed a B-M known to him as TINO, go behind a van and come out with a black Uzi. He pointed it at Torrey and started firing and that is when John states he was hit in the leg.

John describes TINO as a B-M, age 21, 6', 160 lbs. short hair, wearing a black/white jogging suit, possibly with another color trim. John states TINO'S real name is Valentino, lnu. John states he has known TINO from around the neighborhood and the Genesee/Moselle area and can identify him. John states there were multiple gun shots fired in very rapid succession. After the shooting, he observed TINO and another B-M run west on Delavan towards Olympic and saw Mario run toward Bailey.

John states he knows Torrey Jackson was shot because he saw him fall to the ground and TINO stood over him and kept firing at him, but does not know who else was hit at this time.

At this time, your writer returned to the Homicide office to further assist in this investigation.

Subsequent developments will be reported via additional P-73's.

Respectfully submitted,

Det. John Vickerd

JV/les

COE001507

BPD Comp. 0016