# EXHIBIT 26

```
                           City of Buffalo              1430hrs
City of Buffalo)        Department of Police           8-10-91
State of New York)SS.
County of Erie)
```

JOHN ARTHUR SULLIVAN III residing at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ 17yrs of age Date of Birth 3-2-74. Being duly sworn deposes and makes the following statement in Room #304 of the Buffalo Police Headquarters Homicide Office. State-typed and questions asked by Det. Raniero Masecchia.

Q. Can you read and write?
A. Yes.

Q. How far did you atend school?
A. I'm still attending ▓▓▓▓▓▓▓▓▓▓, I'll be a Junior this year.

Q. Where do you live and with whom?
A. 49 Elmer, my Father John A. Sullivan Jr.

Q. The Buffalo Police Homicide Bureau is presently investigation a shooting that happened at approximately 1:30am this date 8-10-91 in the Street at East Delevan and Bailey Ave. As a result of this shooting a Torrano Jackson B-M-17yrs of age D.O.B. 5-5-74 was pronounced dead at the ECMC Hospital a short while later. Also a Mario Jarmon B-M-19 and Aaron Jackson B-M-20 and yourself were shot and treated for wounds. In your own words what can you tell me of this shooting?
A. I was with my friend Fred Stencil we were going to get something to eat at Louies Hot Dog on Bailey. When we got out of Freds Car we xeen Mario, Aaron Jackson and Torre Jackson the two Jacksn brother were fighting with Mario so we went over to break it up. We got there and I heard someone Holler look out hes got a gun, So I didn't look to see who had the gun I just ran behind a car I heard and felt a shot in my right leg. I turned around to who shot me and I saw Tino standing about 3 feet away from Torrano Jackson who lying in the street, Tino had a gun he was holding it with two hands pointing it at Torrano and shooting at him. I turned and ran down Delavan to behind the Church, I looked back and saw Tino and a couple of guys run away Down E. Delavan towards Olympic. I ran back to Louies and asked the Security if he called the Poloce. The Ambulance came and took me To Sisters Hospital they treated me for a bullett wound that went in and out of my right leg. They let me go home about 7:00am this morning.

Q. Did you see who shot you in the leg?
A. No.

Q. Did you see who Shot Tarrano Jackson?
A. Yes, Tino.

Q. How many times did you see Tino shoot Torrano Jackson?
A. I think he emptied the gun on him I seen him fire at least five at him.

Q. Can you describe the gun that Tino had?
A. it was black, it looked like an Uzi, he was holding it in two hands and the bullets came out real fast.

Q. How long have you known Torrano Jackson?
A. 13-14yrs. we live in the same neighborhood.

Q. Do you know Tino's full name?
A. No.

Q. How long have you known Tino and from where?
A. I know him about 2 years, mostly when M&M on Genesee and Moselle and Tino used to come in here all the time.

Q. Did you see who shot Aaron Jackson?
A. No, I didnit know he Mario were shot until I ran back over when Tino ran away.

Q. Did you see anyone else with any weapons?
A. No.

Q. Did you have any weapon with you?
A. No.

Q. Did you see Torrano Jackso n with any weapon?
A. No.

*JAS*

Statement of John A. Sullivan III continued on page #2... OGE001535

Statement of John A. Sullivan III continued from Page #1............

Q. How many shots do you remember hearing?
A. About 15.

Q. Can you describe Tino to me?
A. Black male, about 6 feet about 160 to 170 lbs black hair about 20-21.yrs old.

Q. Do you recall what Tino was wearing at the time of the shooting?
A. he had on something dark maybe black or blue, I don't remember.

Q. I will now show you 6 photos on a blue folder numbered 1 thru 6
   If you see anyone in these photos that you recognize. Tell me what number and his name if you know and where you know him from from. Do you understa what I mean?
A. Number 6, I know him as Tino, from last night or this morning he was the one that was shooting Torrano, Torre.

Q. I will now tell you that the person you picked out is Valentino Dixon do you understand?
A. Yes.

Q. I will now have you sign a slip of paper and attach under the photo you selected, Do You understand?
A. Yes( Deponent signed dated card a taped it under Photo 6)

Q. Do you know what the fight was about?
A. No.

Q. Do you know why Valentino shot Tarrano Jackson?
A. No.

Q. Is there anything else you think of that might assist us in this investigation?
A. No.

Q. I will now have you read this 1]and ]1/2 page statement and if there and additions or corrections tell me and I will make them now. Do you understand? JAS
A. Yes.

Q. Now that you have read the statement is it true and correct and will JAS you sign it?
A. Yes.

Sworn to and subscribed before me this the
10th Day of August, 1991

_Commissioner of Deeds in and for the_
City of Buffalo, State of New York
Expires 12/92

Signed _[signature]_