# EXHIBIT 27



CD # _CD221-504_   file # _91-145_

Officer _DET. MASECCHIA_

Unit _HOMICIDE_

PHOTO SPREAD INFORMATION

| Slot # | Mug Number | Mug Date |
|---|---|---|
| 1. | 185651 | 6-24-91 |
| 2. | 178659 | 6-13-90 |
| 3. | 147985 | 11-2-87 |
| 4. | 178640 | 10-4-90 |
| 5. | 172822 | 6-12-89 |
| 6. | 172430 | 6-25-91 |

Remarks

P-89

COE001401

BPD Comp. 0151