# EXHIBIT 28

August 10th, 1991
City of Buffalo
Department of the Police

State of New York
County of Erie
City of Buffalo


Emil Adams age 18 D.O.B. 12-30-72 of 65 Hastings phone number 834-2421 being duly sworn makes the following sworn statement at the Buffalo Police Departments Homicide Squad. Statement taken by Detective Mark R. Stambach.


Q. Can you read and write?
A. Yeah.

Q. What school do you go to?
A. Attending a school here I have not finished yet.

Q. The Buffalo Police are investigating a shooting that occured at Bailey and Delavan street at 0130AM. Because of this shooting there are four people shot. Torriano Jackson was shot tonight and because of thisshooting was D.O.A. at the Erie County Medical Center. Can you tell me in your own words what you know about this shooting?
A. Tonys brother Aron was telling us that he had got into it with Mario. But at that time he did not know Marios name. Then the police cleared the area out. The police left and then evryone came back. Then I was standing by a truck talking with some girls. Then Tony , and Aron, and another guys name I forgot got out of the car. We was just up there talking. Then Mario and two other guys came walking by. Mario said something to Aron. Aron said something back to Mario. Then Aron went across the street. The crowd followed Aron across the street. To see the fight I guess. Then they never got a chance to hit each other. Then the two guys left Mario and came back. Thye had some guns. They went to shooting. Tony fell in the street. Aron made it across the street. The other guy that was with Tony and Aron picked Tony up and brought him to Louies parking lot. While he was picking Tony up the Two guys ran back down towards Marios house. Thats all I could tell you.

Q. Do you know Mario?
A. Yes I do.

Q. Were does Mario live?
A. On Delavan, I dont know the house number but it is six houses away from were everything happened.

Q. Do you know Marios name?
A. Not full name I just know Mario.

Q. What does Mario look like?
A. Maybe six six one, black male kind of stocky, about twenty, brown skinned.

Q. Did you see Mario do any shooting tonight?
A. No I did not Mario did not do any shooting.

Q. Who did the shooting?
A. I dont know the guys names but they are friends of Marios.

Q. What kind of gun was used for this shooting?
A. I cant say what kind, it looked like a TECH-NINE to me.

Q. Were did the shooting take place?
A. On the sidewalk and the street in front of the drug store.

Q. As you were standing were did you see Mario first?
A. I seen Mario crosing the street on Delavan and crossing Bailey. He was with the two guys that did the shooting.

Q. When this fight broke out were did Mario go?
A. He stayed right there.

COE001532

PAGE TWO OF STATEMENT FROM EMIL ADAMS                AUGUST 10th, 1991

Q. Were did the two shooters go?
A. Down by Marios house.

Q. They walked which way?
A. Down Delavan towards Olympic on the same side as the drug store.

Q. Is that the side of Marios house?
A. Yes.

Q. Did you see them go into Marios house?
A. No I did not.

Q. How many of them came back with guns?
A. I paid attention to one the other one I thing just had a hand gun.

Q. How long were they away from Mario and the fight?
A. About forty seconds or so.

Q. Can you tell me what the person that had the TECH-NINE looked like?
A. A black male, heavy set, maybe about twenty the same age as Mario, about six feet tall, and I did not see any hair as he had a hat on.

Q. The shooter with the TECH-NINE what was he wearing at the time?
A. He was wearing some blue jeans cut up like I have on, a white T-shirt with something on the front. A hat white with a black or blue brim. Thats about it.

Q. Do you know his name or were he might live or who he hangs with?
A. Nothing.

Q. The second shooter do you know him the guy with the handgun?
A. Nothing.

Q. The second shooter what did he look like?
A. A black male, maybe about 5-9 or 5-10, kind of skinny, about eighteen or nineteen, dark skinned.

Q. What was he wearing?
A. I could only say Jeans and a T-shirt and a hat.

Q. After the shooting what way did these two guys run?
A. Back towards Marios house.

Q. What kind of pistol was this?
A. I cant say, it was chrome.

Q. What color was the TECH-NINE?
A. Black.

Q. I am now going to show you a mugg shot number 162576 can you tell me who that is?
A. Thats Mario.

Q. These two guys that did the shooting were with before and also after the shooting?
A. They were with Mario.

Q. Who were you standing with at the time of the shooting?
A. A guy named Mark and those three girls.

Q. Who is Mark?
A. A guy I know that lives a couple doors down from my cousin. My cousin is Joseph Vernard Washington he lives at 18 Humber street.

Q. Who are these girls?
A. I dont know them I was just getting to meet them/

Q. What kind of a car were they in?
A. A GEO Tracker, red with a white soft top, there truck got shot and the police have there names. There are three girls.

Q. Who else was there that you know by name or nickname?
A. No one.

COE001533

Page three statement of Emil Adams

Q. Before the shooting took place what direction did the shooters come from?
A. From Marios house or the direction of Marios house.

Q. Did they get into a car after the shooting?
A. I did not see them get into a car I saw them run away.

Q. Did they go down towards Olympic?
A. Yes they did, same side of the street as Marios house.

Q. Was there a party tonight?
A Yes there was.

Q. Were was this party?
A. On Newburgh street.

Q. Was there a fight at this party?
A. No there was not.

Q. Were did Tony and Aron tell you that they got into it with Mario?
A. He did not tell me.

Q. When did Aron and Tony tell you that they got into it with Mario?
A. Maybe about twenty minutes before.

Q. Is there anything else that you wish to add that I have not asked you that would help in this investigation?
A. No sir.

Q. Will you now read this statement?
A. Yes.

Q. If there are any corrections please tell me and I will make them. Is this statement all right and O.K.?
A. No it OK.

Q. Will you sign this statement now?
A. Yes I will.

SIGNED  Emil Adams

WITNESSED  _____

Sworn to me this 10th day of August 1991.

Mark R. Stambach

Commissioner of Deeds in and for the City of Buffalo. My Commission expires on 12-31-91

COE001534