# EXHIBIT 29

**BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

P-73

TO: Richard T. Donovan, Chief
Homicide Section

FROM: Det. John Vickerd

SUBJECT: Multiple Shooting
File 91-145 Bailey/E.Delavan
Dictated by Det. John Vickerd

DATE: 8/10/91

Attn: James Rautenstrauch, Lt.

Sir:

At approximately 0445 hrs. this date your writer prepared a photo array of six B-M, which will include a photo of Valentino Dixon, B-M, BPD Mug #172430, dated 7/29/90. This photo array will have the following mugs in slots as indicated:

Slot #1 Mug #166781 dated 11/13/89;
Slot #2 Mug #172430 dated 7/29/90;
Slot #3 Mug #164813 dated 11/14/90;
Slot #4 Mug #152153 dated 2/31/88;
Slot #5 Mug #143655 dated 7/16/90;
Slot #6 Mug #166924 dated 11/16/90.

A sworn statement was taken this date from Emil Adams, B-M, age 18 of 65 Hastings St. by Det. Stambach. Included in this statement Emil describes a B-M he saw shooting a "Tech 9" at Bailey/Delavan, which resulted in the fatal wounding of Torrano Jackson.

At approx. 0505 hrs. this date, the above photo array was shown to Emil Adams. Emil was asked if he recognized any of the persons as being the person that he saw doing the shooting at Bailey/Delavan. Emil pointed to the photo in Slot #2 and stated "this is the guy" he saw shooting the Tech 9. At this time your writer filled out a P-88, photo array identification affidavit, stating the photo in Slot #2 was positively identified by Emil Adams as the person he saw shooting the Tech 9 at Bailey/Delavan.

Your writer then informed Emil Adams the person whose photo he picked in Slot #2 is Valentino Dixon. The photo array ID affidavid was then sworn to and signed by Emil Adams before me, and signed by your writer.

Subsequent developments will be reported via additional P-73's.

Respectfully submitted,

Det. John Vickerd

JV/les

COE001530

BPD Comp. 0047