# EXHIBIT 30



COE001398

BPD Comp. 0145

CD # 221 504  FILE # 91-145

Officer JOHN VICKERD

Unit HOMICIDE



PHOTO SPREAD INFORMATION

| Slot # | Mug Number | Mug Date |
|---|---|---|
| 1. | 166781 | 11-13-89 |
| 2. | 172430 | 7-29-90 |
| 3. | 164813 | 11-14-90 |
| 4. | 152153 | 2-31-88 |
| 5. | 143655 | 7-16-90 |
| 6. | 166924 | 11-16-90 |

Remarks

P-89

COE001399

BPD Comp. 0146