# EXHIBIT 31

P-88 [Rev. 12/86]

**DEPARTMENT OF POLICE**
**CITY OF BUFFALO**
Photo - Array Identification Affidavit

DATE: 8/10/91

STATE OF NEW YORK  }
COUNTY OF ERIE     } SS.:
CITY OF BUFFALO    }

EMIL ADAMS, AGE 18, ADDRESS 65 HASTINGS BFLO NY, PHONE 834-2421, BEING DULY SWORN, DEPOSES AND MAKES THE FOLLOWING STATEMENT TO JOHN VICKERD [Name] DET. [Rank] AT 0505 HRS., DATE 8/10/91, WHILE AT 74 FRANKLIN [Address] BFLO. [City/Town] NY [State]

**NOTE:** STRIKE OUT SECTION A OR B THAT DOES NOT APPLY.

I WAS SHOWN A FOLDER WITH SIX [6] PHOTOGRAPHS IN SEPARATE SLOTS:

**A.** I PICKED OUT A PHOTO IN THE NUMBER __2__ SLOT AND I POSITIVELY IDENTIFY THE PERSON IN THE PHOTOGRAPH AS BEING THE ONE THAT WAS SHOOTING THE TECH-NINE ~~ME~~ ON 8/10/91 AT BAILEY & DELAVAN.
(Describe criminal act) [Date]
I WAS TOLD BY THE ABOVE POLICE OFFICER THAT THE NAME OF THE PERSON IN THE PHOTOGRAPH IS __VALENTINO DIXON__.
(Enter name)

**B.** ~~I PICKED OUT A PHOTO IN THE NUMBER _____ SLOT AND I IDENTIFIED THE PERSON IN THAT PHOTOGRAPH AS LOOKING LIKE THE PERSON WHO _____ ME ON __/__/__ BUT, I CANNOT BE SURE UNLESS _____.~~
(Describe criminal act) [Date]
(Describe why)

I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Signed Emil Adams

SUBSCRIBED AND SWORN TO BEFORE ME,
THIS 10TH DAY OF AUGUST, 19 91
COMMISSIONER OF DEEDS IN AND
FOR THE CITY OF BUFFALO, N.Y.

COE001529

BPD Comp. 0048