# EXHIBIT 32

# BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

P-73

| TO | Richard T. Donovan, Chief Homicide Section | SUBJECT | DATE 8/10/91 |
|---|---|---|---|
| FROM | Det. Mark R. Stambach | File 91-145 Torrano Jackson Homicide Dictated by Det. Mark R. Stambach | |

ATTN:   James Rautenstrauch, Lieutenant

SIR:

Your writer did receive a call at 0220 hrs. this date from Shift Lt. William Smith. Lt. Smith requested your writer's presence at the Homicide office for statements. He informed your writer that a shooting occurred on E. Delavan/Bailey.

Your writer did arrive at the Homicide office at 0245 hrs. Here you writer met with A. Det. Lockwood. He had with him Emil Adams, a witness to this shooting. Other witnesses were being brought in at this time by Pct. 11.

At this time a sworn statement was taken from Emil Adams. See his sworn statement for further details and will become a permanent part of this file.

At the end of the statement a photo array was then shown to witness Emil Adams. The photo array had six pictures. He positively identified Valentino TINO Dixon as the shooter. He pointed him out and said "this is the guy with the Tech 9 who was doing the shooting at Bailey and Delavan". He then signed a P-88, photo array ID affidavit. He was then taken to his home by A. Det. Lockwood.

The remainder of this tour was spent in the Homicide office working on this file.

Your office will be kept apprised of further developments on subsequent P-73's.

Respectfully submitted,

Det. Mark R. Stambach

*Mark R. Stambach*

MS/les

COE001531