# EXHIBIT 33

P-73 **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Timothy J. Scioli, Lt. Special Services & Intelligence | SUBJECT | DATE 8/10/91 |
|---|---|---|---|
| FROM | A.Det. Charles Militello<br>A.Det. William Donovan | Bailey/E.Delavan Homicide Investigation | |

SIR:

Officers met with Dets. Stambach/Masecchia regarding the shooting that occurred last night at Bailey/E.Delavan. Four men shot, one apparently fatally.

We were advised there was a pick up for Valentino Dixon, a/k/a "TINO", B-M, 5'10", slim build, for this shooting. Dets. did check 61 Rounds Ave. and spoke with the aunt, who told us his parents live downstairs. We left them our beeper number and told them to contact us if he returns.

We then went to the area of Bailey/E.Delavan after Pct. 16 Lt. Szafranski did spot TINO'S white ElDorado, Caddy, in front of 1132 E. Delavan Ave. Officers conducted a surveillance with an unmarked vehicle and a short time later a red Mazda, NY Reg. 6BE980, did pull up in front of this house. Officers recognized the driver as Valentino Dixon. He was apprehended and read his rights in front of 1133 E. Delavan by above Intelligence officers. He was then transported to the Homicide office at HQ to be debriefed by Homicide detectives.

Respectfully submitted,

A. Det. Charles Militello

A. Det. William Donovan

CM/les

RESPECTFULLY FORWARDED,

Timothy J. Scioli, Lt.

COE001516

BPD Comp. 0087