# EXHIBIT 34

August 10th, 1991

City of Buffalo
Department of the Police

State of New York
County of Erie
City of Buffalo

Valentino Dixon, age 21, D.O.B. 10-20-69 residing at 61 Rounds street phone number 835-6623 being duly worn makes the following sworn statement in the Buffalo Police Homicide Squad office. Statement taken by Detective Mark R. Stambach and witnessed by Acting Detective Charles Milettello. Statement started at 1:45PM this date.

Q. You have the right to remain silent?
A. Yes.

Q. Anything that you say can be used against you in a court of law? Do you understand?
A. Yes.

Q. Uou have the right to a attorney and have him present with you while you are being questioned do you understand?
A. Yes.

Q. If you cannot afford a attorney, one will be appointed to represent you before any questioning if you wish one?
A. Yes.

Q. Do you understand each of these rights I have given to you?
A. Yes.

Q. Having these rights in mind do you wish to talk with us now?
A. Yes.

Q. You were advised of your rights before by thw two officers that arrested you correct?
A. Yes.

Q. And you wish to make a statement now?
A. Yes.

Q. The Buffalo Police Department Homicide Squad is investigating the shooting death Mister Torriano Jackson who was shot dead last night at the corner of Bailey and East Delavan at 0130AM this date can you tell me in your own words what you know about this shooting?
A. OK I came to my friend Marios house he lives about eight houses from the corner of the store. Thats were I parked my car at. But my half brother and Mario were standing at the corner so I walked to the corner. We talked for about five minutes. Then I went inside the store. I bought a forty bowl. Of Budweiser. When I was coming out of the store I heard a whole bunch of shots about twenty of them. It was in the middle of the street. It was about six people in the middle of the s street as I was running towards the car there was popping. Pop and pop. So I jumped in the car and left. Then I went over to my girlfrirend: house. Then I went home. The only reason I did not stay around cause I didnt know if it was coming after me or what. I didnt even know what was coming or what. So I jumped in my car and drove off.

Q. Did you shot anyone last night?
A. No.

Q. Were you with the deceased before the shooting?
A. No.

Q. Who were you with before the shooting took place?
A. I was standing in front of the store with Mario Jarman and also my step brother Antione Shannon. Mario lives right there on Delavan.

Q. What were you wearing last night?
A. Same thing right here.

Q. Can you describe your clothing to me?
A. [illegible]    COE001524

PAGE TWO OF STATEMENT OF VALENTINO DIXON

Q. Did you walk up to Marios house on Delavan before the shooting?
A. I parked in front of his house.

Q. Before the shooting took place did you enter Marios house on Delavan?
A. No.

Q. Did you ever have a TECH-NINE machine pistol?
A. No.

Q. Were does Mario live?
A. six house from the store I guess on the same side as the store.

Q. Were you at a party tonight with Mario on Newburgh street?
A. No.

Q. How long were you at the corner of Delavan and Bailey at the store?
A. Ten minutes or maybe five minutes, ten minutes, yeah.

Q. Do you know who did this shooting?
A. No.

Q. Did you do this shooting?
A. No.

Q. Did you fire any weapon today or last night?
A. No.

Q. What car did you arrive in today on Delavan street?
A. The red Madza.

Q. Do you drive a white caddilac?
A. Yes.

Q. Is the white cadillac a 2 door, 1986?
A. Yes.

Q. Do you own that car?
A. No.

Q. Who is the owner of that car?
A. My grandmother.

Q. Do you know Torrino Jackson?
A. No.

Q. Do you know Arron Jackson?
A. No.

Q. Do you know John Sullivan?
A. No.

Q. Did you go to any bar last night after the shooting?
A. No.

Q. Were did you go to?
A. On Lisbon street, 554, Arnice Bennings.

Q. Is she your girlfriend?
A. Yes.

Q. Do you read and write?
A. Yes.

Q. How far did you go in school?
A. 12th grade.

Q. Do you know the people that were doing the shooting?
A. No.

Q. Did you know what was going on?
A. Yes.

Q. What was going on?
A. [illegible] the bunch of shots were [illegible]

COE001525

PAGE THREE OF STATEMENT OF VALENTINO DIXON

Q. Why did this shooting take place?
A. I dont know.

Time is 2:10PM this date and Mister Dixon is given two seperate glasses of water by A/Detective Miletello. Also asked if he wanted any food and he replied no.

Q. Is there anything else that you can add that would help me in this investigation?
A. Everything happened so fast and when I was running and I got half a glance and there was six poeple in the middle of the street.

Q. I am now going to have you read this statement now and ask you if it is going to be correct. If it is not I will change it. Is it allright?
A. It O.K.

Q. Will you sign this statement now?
A. Yes.

SIGNED *Valentino Dixon*

WITNESSED _____

Signed this 10th of August 1991
at 2:30PM.

Sworn and subscribed before me this
10th day of August 1991

Mark R. Stambach

Commissioner of Deeds in and for
the City of Buffalo, My Commission
expires on 12-31-92

COE001526