# EXHIBIT 35

August 12th, 1991

City of Buffalo
Department of the Police

State of New York
County of Erie
City of Buffalo

Lamarr Scott age 18, D.O.B. 9-19-72 residing at 122 Montana street no phone being duly sworn makes the following sworn statement in the Buffalo Police Homicide Squad office. Statement taken by Detective Mark R. Stambach and questions asked by Detective Mark R. Stambach and Typed also.

Q. You have the right to remain silent do you understand?
A. Yes.

Q. Anything that you say can be used against you in a court of law do you undertsand?
A. Yes.

Q. You have the right to a attorney and have him present while you are being questioned do you understand?
A. Yes.

Q. If you cannot afford to hire a attorney one will be appointed to represent you before any questioning, if you wish one. Do you understand?
A. Yes.

Q. Do you undertand these right I have given you?
A. Yes.

Q. Having these rights in mind do wish to talk with us now?
A. Yes.

Q. You were advised of your rights by me at Genesee and Bailey do you remember that?
A. Yep.

Q. Can you read and write?
A. Yes.

Q. What school did you go to?
A. Buffalo Alternative, 12th grade.

Q. The Buffalo Police Homicide Squad is investigating the shooting death of Mister Torrano Jackson who was shot to death at Bailey and Delavan at 130AM on 8-10-91. Can you tell me in your own words what you know about that Homicide and also the shooting of Aaron Jackson, Mario Jarmon, and John Sullivan?
A. Yes, Well when the guys came back, they jumped out of a yellow dodge shadow and opened fire on me and my friends. I shot back in self defense yes. After that I ran down the street and I threw the gun. I went home. That was it.

Q. Who shot and killed Torrano Jackson?
A. I did.

Q. What kind of a gun did you use?
A. A TECH-NINE.

Q. What caliber is that gun?
A. I dont know.

Q. Is it automatic?
A. Yes.

Q. Were did you get that gun?
A. I bought it off the street.

Q. When you did this shooting who were you with at the time of the shooting?
A. Valentino Dixon, His brother Leonard, and his other brother TWON and Mario and that was it.

COB 000213

PAGE TWO OF STATEMENT OF MISTER LAMARR SCOTT.

Q. When you did the shooting what side of the street were you on?
A. I was on the right hand side of the street coming from Bailey.

Q. Were you on the side of the drug store owned by the Arabs?
A. Yes.

Q. Who did you shoot?
A. Torrano Jackson and far as I know I dont know who got shot.

Q. Why did you shot Torrano Jackson?
A. I shot him in self defense.

Q. Why did you shot him?
A. Because he came back and opened fire on us.

Q. What did he shot with?
A. A 38 a silver gun with a nickel plate.

Q. How many shots did you fire with the TECH-NINE?
A. I emptied the clip.

Q. What were you wearing that night?
A. A black jacket and a white T-shirt, checkered shorts, white NIKE sneakers and a white hat.

Q. Who was across the street that you know by name that saw you shot Torrano?
A. Valentino Dixon, his brother Leonard Brown, his other brother TWON. and Mario Jarmon. They were not across the street they was right next to me.

Q. Were you in a fight before this happened?
A. No.

Q. What way did you go after you did this shooting?.
A. Down Delavan towrds Grider.

Q. Did you stay on the same side of the street?
A. Yes.

Q. Was that the side of the street that Mario lives on?
A. Yes.

Q. Did you and TINO go into Marios house to obtain any weapons before the shooting took place?
A. No.

Q. Was Mike Bland on the corner?
A. Yeah.

Q. When the shooting broke out did you see Mike Bland run away?
A. No.

Q. Was he there then?
A. I saw him before the shooting took place.

Q. Were did you throw the gun?
A. In a back yard.

Q. Was this on the same side of the street as Marios house?
A. Yes.

Q. Was it before or after Marios house?
A. Before.

Q. Did you tell Leonard Brown what you did with that gun?
A. No.

Q. Did you have a conversation with Leonard Brown about that gun?
A. Yes.

Q. What was that about?
A. He asked me what happened to the gun and I told him that I threw it. Afterwords he told me he had the gun in a safe place.

COB 000214

PAGE THREE OF STATEMENT OF MISTER LAMARR SCOTT.

Q. How long have you had this gun?
A. Two months.

Q. What was this all about?
A. A argument threats, the guy Torrano Jackson put a gun to TWONS head and he said he was going to do something to him and that same night he kept on threatining us. After they threatened us they came back and thats when the shooting started.

Q. Do you know Valentino TINO Dixon?
A. Yes.

Q. Is he realated to you?
A. No.

Q. Why are you confessing tonight?
A. I dont want him to get any time for something that he did not do.

Q. Have there been any threats or promises made to you?
A. No.

Q. Have you talked with Valentino TINO Dixon about this since the shooting?
A. No.

Q. Did you shot Mario Jarmon?
A. Yes but I dont know.

Q. When the firing started was evryone in front of you?
A. No.

Q. Were was TINO?
A. About forty five feet to the side of me, to the sidewalk.

Q. Were did you stand when you opened up?
A. On the sidewalk.

Q. Did you ever walk into the street?
A. Yes.

Q. Were you shooting then?
A. Yes.

Q. As Torrano Jackson went down did you run up and put a couple more into him?
A. No.

Q. Did anyone else have a weapon at the time?
A. Torrano and me.

Q. Did Aaron Jackson have a weapon?
A. No.

Q. Did you see Arron with a weapon in his hand?
A. No.

Q. Did you see a man by the name of John Sullivan with a weapon in his hand?
A. No I dont know him.

Q. The only persons that had weapons in there hands were you and Torrano?
A. Yes.

Q. Did you shot up Delavan towards Grider?
A. No.

Q. Did you shot up Delavan towards Suffolk?
A. No.

Q. Did you shot across the street on Delavan towards Ferry?
A. Yes.

Q. Did you shot anyone in the back?
A. I dont know were I shot them I was just shooting.

COB 000215

PAGE FOUR OF STATEMENT OF MISTER LAMARR SCOTT.

Q. Did you confess on television tonight?
A. Yes.

Q. Why did you do that?
A. Because I did not want TINO to get any time because he did not do it.

Q. Will you take a lie detctor for us tommorrow?
A. Yes.

Q. Did you tell any one after the shooting that you did this shooting?
A. No.

Q. Did you go to a bar and brag about this shooting?
A. No.

Q. Did you talk with Leonard Brown about this shooting?
A. Yes.

Q. Did TINOS mother make you turn yourself in?
A. No.

Q. Is there anything else that you want to add in this statement that I have not asked that would help me in this investigation?
A. Well not really but the reason I did this was self defense.

Q. I am now going to have you read this four page statement and ask you if it is OK?
A. Yeah its OK

Q. Will you now sign this statement?
A. Yes.

SIGNED _Lamarr Scott_

WITNESSED _Daniel DiPasc_

SWORN AND SUBSRIBED BEFORE ME THIS
AUGUST 12th, 1991.

_Mark R. Stambach_

COMMISSIONER OF DEEDS IN AND
FOR THE CITY OF BUFFALO. MY
COMMISSION EXPIRES ON 12-31-91

COB 000216