# EXHIBIT 36

City of Buffalo                     8-12-91
Department of Polic                 0130hrs

State of New York)
County of Erie  ) SS.
City of Buffalo )

LEONARD L. BROWN Date of birth 12-7-70 20yrs of age a black male residing at 63 Fay in the lower phone #893-1497. Being duly sworn deposes and makes the following statement in Room #304 of the Buffalo Police Headquarters the office of the Homicide Section. Statement typed and questions asked by Det. Raniero Masecchia, in the presence of Det. Dan DiPirro.

Q. Can you read and write and how far did you attend school?
A. Yes, I got my G.E.D. from High School.

Q. Are you employed and if so where?
A. Yes, At a BUCK OR TWO 2129 Bailey.

Q. Where do you and with whom?
A. 63 Fay, with my Mother and my little brother, Antoine Shannon.

Q. The Buffalo Police Homicide Section is presently investigating a shooting that happened E. Delavan and Bailey Ave. on 8-10-91 at approximately 1:30am As a result of this shooting a Torrano Jackson B-Male 17yrs of age of 19 Thatcher st. was pronounced dead at the ECMC Hospital a short while later. Also the following were also shot and are presently being treated for gunshot wounds. Aaron Thatcher black male 20yrs. of 19 Thatcher, Mario Jarmon B-M-19yrs of age of 1122 E. Delavan and a John Sulliavn black male 17yrs of age of 49 Elmer. Can you tell me what you know of this incident?
A. Let me tell how it started, Aaron Jackson and Torre Jackson and a couple of other boys a few weeks before the shooting, they was at a party at a new club somewhere downtown. My little brother Antione Shannon was also there with a couple of his friends. One of the boys that he was with had a little controversy over something. Torre and Aaron and bunch of those guys pulled out a gun, my brothers friends ran, they surrounded my brother Antione and told him to get down on his knees. Torre had the gun. My brother wouldn't get down and he just ran, nobody shot at him. OK the night of the shooting, Me my little brother Antione and Mario Jarmon we was in this corner store on Bailey and Delavan, I was in the store and they was outside, my little brother came and called me to come out. He told me that one of the guys that pulled the gun on him was sitting in a car a little Geo across the street in a Parking lot at the Norse Star bank. We walked across the street to the car, I told my little brother to tell Aaron Jackson to get out of the car, I wanted to fight him one on one I mean my brother wanted to fight one on one. But Aaron didn't want to he kept talking about his brother just dying. That was Fred Jackson he died about 4 weeks ago he OD or something.  He jumped in the car with a another guy named Travis he was saying to wait that he was gonna come back and spray all us Mother Fuckers. Me, my little brother and Marion walk back to Marios house on E. Delavan. We were there for about 5 minutes when we see the Yellow Geo go back towards Bailey, this time there are a some more people in the back seat. We went into the house and my little brother called Tino, thats Valentino Dixon. It took Tino around 45 minutes to get there. When he came he was with Lamarr, All of them walked up to the corner and they told me to stay by the house. Then I saw the Geo pull up and they started exchanging words on the corner, Tino and Lamarr started to come back towards the houses, the Geo parked in Louies parking lot. As Tino, Lamarr and Antoine were coming to me, I saw about 5 guys, Aaron, Torre and some others start with Mario who still up at the corner, They were going after Mario throwing punches, Mario was backing up so I ran up there to help Mario and Tino and Lamarr were behind me. I was to get up to the fight and thow a bottle at someone when I heard a shot. Then I was looking around and then I heard all kinds of shots. I seen Lamarr with the gun he was shooting. I started backing up, the dude was lying on the ground and Lamarr must have lost control of the gun it just kept going off. Tino had run away and ran behind him. Tino jumped in his car and drove and me and my little brother ran up into Marios house. Then Lamarr ran away into some yard.

Q. How old is your little brother Antione Shannon?
A. 18yrs.

Q. Can you describe the gun Lamarr had?
A. It was black, it had a handle and he held it with two hands, it looked like a machine gun. L.B

Statement of Leonard L. Brown continued on page #2.......................

COE001560

Statement of Leonard L. Brown continued from page 2 . . . . . . . . . . . . . . . . . . . . . . . .


Q. Do you know Lamarr's full name?
A. No, but we came down here together, I didn't know him until that time of the shooting.

Q. How did you and Lamarr happen to come here together?
A. My father, Step father had talked to Tino in jail and he got us all together and had us call the News.

Q. What is your relationship to Tino, Valentino Dixon?
A. He's my half brother, we got the same Father.

Q. Did you see anyone else besides Lamarr with a gun at the time of the shooting?
A. No.

Q. Did you have a gun?
A. No,

Q. How many shots did you see Lamarr shoot?
A. I don't know I heard the first shot coming from the street, then Lamarrs shots were like firecrackers.

Q. Did you and Lamarr discuss what you were going to tell the Police tonight?
A. No.

Q. Do you know what happened to the gun that was used in the shooting?
A. No.

Q. Do you know where Lamarr was when he called Channel 2 News?
A. Yes, 63 Fay he was my house.

Q. Who else was in the house when he called?
A. My Father Robert Bryant and my Mother Ann Shannon, and my brother Antione.

   Channel 2 stated that they called 893-1497 whose phone # is that?
   My mothers Anne Shannon at 63 Fay.

Q. Did you see Lamarr with the gun before the shooting started?
A. No.

Q. Did Lamarr give you the gun after the shooting?
A. No.

Q. Did Tino have a gun the night of the shooting?
A. No, I didn't see one.

Q. OK, is there anything else you aan think of that might assist us in this investigation?
A. No.

Q/ I will now have you read this 1 3/4 page statement and if there are any additions or corrections tell me and I will make them now. Do you understand?
A. Yes.

Q. OK, now that you have read the statement, is it true and correct?
A. Yes.

Q. Will you sign it?
A. Yes.

Sworn to and subscribed before me this the
12th Day of August, 1991

_____    Signed _____
Commissioner of Deeds in and for the
City of Buffalo, County of Erie, State of NY.
Exp. 12/92


COE001561