# EXHIBIT 37

| P-73 | BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE | | |
|---|---|---|---|
| TO | Richard T. Donovan, Chief Homicide Section | SUBJECT | DATE 8/13/91 |
| FROM | Det. Mark R. Stambach | File 91-145 Torrano Jackson Homicide Dictated by Det. Stambach | |

ATTN:   James Rautenstrauch, Lieutenant

SIR:

Continuing the above investigation, your writer did notify ADA Chris Belling at 0300 hrs. this date. He was brought up to date about recent developments of this case.

ADA Belling told you writer he would respond to the Homicide office. He arrived and read both statements that were obtained. At that time, he read Lamar Scott's and Leonard Brown's statements. He then viewed a tape of a confession Lamar Scott made to Channel 2.

ADA Belling talked with Lamar Scott and a polygraph was set up for him. At this time ADA Belling requested that both Brown and Scott be let go to return to their homes.

Your office will be kept apprised of further developments on subsequent P-73's.

Respectfully submitted,

*Mark R. Stambach*

Det. Mark R. Stambach

MRS/les

COE001565

BPD Comp. 0200