# EXHIBIT 38

P-73 **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Richard T. Donovan, Chief<br>Homicide Section | SUBJECT | | DATE | 8/14/91 |
|---|---|---|---|---|---|
| FROM | Det. Raniero Masecchia<br>Det. Sgt. Melvin Lobbett | File 91-145 Torrano Jackson<br>Homicide<br>Dictated by Det. Masecchia | | | |

ATTN: James Rautenstrauch, Lt.

SIR:

Above officers, assigned to car 271, during our tour of duty at approx. 2030 hrs. did meet Lamar Scott on the corner of Genesee/Goodyear. There we spoke to Scott and asked if he would be willing to come in for the polygraph he requested. A time was set up for 1100 hrs. on 8/15/91. He stated he would be there.

Your office will be kept apprised of further developments on subsequent P-73's.

Respectfully submitted,

Det. Raniero Masecchia

RM/les                              Det. Sgt. Melvin Lobbett

COE001566

BPD Comp. 0202