# EXHIBIT 40



COE001395

BPD Comp. 0171

I have positively identified the photo in slot # ...4... as being the person that WAS THERE LOOKS LIKE THE GUY THAT SHOT MY BROTHER
Signed [signature] ......Date... 8-12-91

COE001396

BPD Comp. 0172

CD # CD 221-504  File # 91-145

Officer _____

Unit  HOMICIDE

PHOTO SPREAD INFORMATION

| Slot # | Mug Number | Mug Date |
|---|---|---|
| 1. | 186651 | 6-24-91 |
| 2. | 178659 | 4-13-90 |
| 3. | 147985 | 11-2-87 |
| 4. | 172430 | 6-25-91 |
| 5. | 178640 | 10-4-90 |
| 6. | 172822 | 6-12-89 |

Remarks

P-89

COE001397

BPD Comp. 0173