# EXHIBIT 41

P-88 [Rev. 12/86]

**DEPARTMENT OF POLICE**
**CITY OF BUFFALO**
**Photo - Array Identification Affidavit**

DATE: 8 / 12 / 91

STATE OF NEW YORK }
COUNTY OF ERIE } SS. :
CITY OF BUFFALO }

AARON JACKSON , AGE 20 , ADDRESS 19 THATCHER STREET

, PHONE 836 2809 , BEING DULY SWORN, DEPOSES AND MAKES THE

FOLLOWING STATEMENT TO DETECTIVE MARK R. STAMBACH

AT 1915 HRS., DATE 8 / 12 / 91 , WHILE AT E.C.M.C. GRIDER STREET
[Name]                                                    [Rank]
[Address]      [City / Town]      [State]

**NOTE :** STRIKE OUT SECTION **A** OR **B** THAT DOES NOT APPLY.

I WAS SHOWN A FOLDER WITH SIX [6] PHOTOGRAPHS IN SEPARATE SLOTS :

**A.** I PICKED OUT A PHOTO IN THE NUMBER _____ SLOT AND I POSITIVELY IDENTIFY THE PERSON IN THE

PHOTOGRAPH AS BEING THE ONE THAT _____ ME ON ___/___/___ .
(Describe criminal act)                    [Date]
I WAS TOLD BY THE ABOVE POLICE OFFICER THAT THE NAME OF THE PERSON IN THE PHOTOGRAPH IS

_____
(Enter name)

**B.** I PICKED OUT A PHOTO IN THE NUMBER 4 SLOT AND I IDENTIFIED THE PERSON IN THAT PHOTOGRAPH

AS LOOKING LIKE THE PERSON WHO SHOT MY BROTHER TORRY ME ON 8 / 10 / 91 BUT, I CANNOT BE SURE
(Describe criminal act)      [Date]
UNLESS HE WAS THERE IT HAPPENED SO QUICK
NUMBER FOUR                    (Describe why)

*I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.*

Signed . X . Aaron Jackson ....................................

SUBSCRIBED AND SWORN TO BEFORE ME,

THIS 12TH DAY OF August ,19 91

COMMISSIONER OF DEEDS IN AND
FOR THE CITY OF BUFFALO, N.Y.

**COE001542**