# EXHIBIT 42

P-73 **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Richard T. Donovan, Chief Homicide Section | SUBJECT | DATE 8/11/91 |
|---|---|---|---|
| FROM | Det. Mark R. Stambach<br>Det. Daniel R. DiPirro | File 91-145 Torrano Jackson Homicide<br>Dictated by Det. Mark R. Stambach | |

ATTN:   James Rautenstrauch, Lieutenant

SIR:

Continuing the above investigation, your writers did go to E.C.M.C. There your writers did interview Mario Jarmon after obtaining permission from his doctor, Dr. Vilardo.

He was currently in surgical ICU in Rm. 1934. He had a trach tube and was not able to speak. He did nod and tell us the following after several questions.

He said TINO, Valentino Dixon did not shoot him by nodding no. He nodded that the guy that shot him was the dead guy. He was shot and did not see TINO with a gun. He will sign a statement when better.

He wrote the name of the guy that was with him and TINO as Twon from Burguard St. He also nodded that he was close friends of TINO.

We then tried to interview Aaron Jackson. His doctor refused. We were informed to check later after a day or two. We found out his parents just left.

We then contacted Aaron's mother at her residence. She stated her son Aaron told her at the E.C.M.C. that TINO, Valentino Dixon, shot him. She said her son told her TINO shot him with an automatic, as the bullets came out of the gun so fast. She then asked for your writer to meet her at the E.C.M.C. at 2000 hrs. tomorrow.

At this time a photo array and statement can be taken as of 8/12/91.

Aaron's father, Frederick Jackson, told your writer that his son told him on Tuesday that TINO was going to shoot them, that both his sons, Aaron and Torrano took him to the window of their house and showed him a white Cadillac that drove by three times. They told him it was TINO and he was after them.

He told his sons to stay out of the streets, then this happened. He agreed to an interview at E.C.M.C. on 8/12/91.

Your office will be kept apprised of further developments on subsequent P-73's.

                              Respectfully submitted,

                              Det. Daniel R. DiPirro

MS/les                        Det. Mark R. Stambach
                              *Mark R. Stambach*

COE001538

BPD Comp. 0155