# EXHIBIT 43

**BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

P-73

| TO | Richard T. Donovan, Chief<br>Homicide Section | SUBJECT | DATE |
|---|---|---|---|
| FROM | Det. Mark R. Stambach<br>Det. Robert M. Grabowski | File 91-145 Torrano Jackson<br>Homicide<br>Dictated by Det. Stambach | |

ATTN: James Rautenstrauch, Lieutenant

SIR:

Continuing the above investigation, your writer received a phone call at the Homicide office. A female asked your writer if she witnessed the shooting at Bailey/Delavan, would she have to come in. She was told yes. She would not identify herself.

She said Valentino was not the shooter. She claims she was with two other girls.

She was asked by your writer if she was the girl from the red tracker, and she said yes. She would think about it and call back later.

She did say she could look at pictures and make an identification of the people that were there. She would not say if she could identify the shooter.

Your office will be kept apprised of further developments on subsequent P-73's of the subject calls back, otherwise, we will go out and call on her at a later date.

Respectfully submitted,

Det. Mark R. Stambach

Det. Robert M. Grabowski

MRS/les

COE001567