# EXHIBIT 44

P-72

## BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO | Richard T. Donovan, Chief Homicide Section | SUBJECT | | DATE 8-10-91 |
|---|---|---|---|---|
| FROM | Det. James P. Lonergan, Homicide Section | | Torriano Jackson Homicide | |

ATTN: Lt. James Rautenstrauch

Sir:
At 0145hrs I received a call to respond to Bailey & Delevan regarding a shooting. I responded & arrived at 0155hrs. Present upon my arrival were numerous police personnell including Lt.'s Manka & Sack, PO's Makowski, Lopez & Padin of Preceinct #11 & PO's Brown & Diegalman of Pct #16. Also present was Duty Inspector Anthony Labedz.

I was informed by Officers on the scen that as it stood at this point there were 3 people shot. They are as follows: Torriano, age 17 residing at 19 Thatcher, his brother, Aaron Jackson, age unknown, who also resides at 19 Thatcher & Mario Germain of 1122 East Delevan. I was informed that the victim's had been taken to the ECMC via ambulance. I called for the Evidence Collection Unit, Police Photographer & additional Homicide Dets. to respond to the scene.

I observed in the street, at approximately 1157 East Delevan, a pool of wet red stain, which was approximately 9' from the curb. Also in this vicinity, I observed 3 copper jacketed slugs and one lead slug in the street. I was also informed by Lt. Manka that PO Ra-Chelle Brown of Pct. 16 had in her possession 27 spent 9mm casings & a .32cal revolver. I informed PO Brown to retain possession of said evidence until the arrival of the Evidence Collection Unit.

I was informed at the scen that there was apparently another victim from this shooting at the Sister's Hospital. The victim's name is unknown at this time, however, Det. John Vickerd responded to the ECMC & also the Sister's Hospital and will cover his activities in a seperate report.

Evidence Collection Unit Det. Henry Smardz & Police Photographer William Sheppard arrived on the scene & performed their respective duties. Det. Stanley Suszek also responded to the scene & assisted in this investigation. It should also be noted that while at the scene I was informed by Inspector Labedz that several shots had hit Louie's Hot Dog Stand at Bailey & Delevan and there were several slugs inside the restaurant that had to be collected. I informed Det. Smarz of this & he stated he would retrieve this Evidence.

I then interviewed Travis Powell, who is a possible witness, to the shooting. He said himself, Aaron Jackson & Tory Jackson were going to Louie's Hot Dogs. Travis was driving his mother(s GEO-Storm which he parked in Louie's parking lot. They exited the vehicle and Tory got into a fight with some guy across. All of a sudden alot of shooting started. Travis turned around and saw a guy standing over Tory (who was lying in the street) and the guy was shooting at Tory. Travis said he didn't see the shooter's face and couldn't recognize him. It was then requested that Travis be transported down to the Homicide Office for a more detailed statement.

I observed a 1989 GEO, yellow in color, NY Reg. # ECF 131 parked in the lot at Louie's. This vehicle is registered to Willie C. Wilson of 46 Poultney St. who is Travis Powell's father. The car has what appears to be a ricochette off the passenger side roof. I also observed a spent .22cal shell casing lying on the ground in the parking lot approximately 5' East of 1155 East Delevan. This .22cal casing was retrieved by Det. Smardz.

COE001504

BPD Comp. 0013

P-73  **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | SUBJECT | DATE 8-1 -91 |
|---|---|---|
| FROM | FILE 91-145 Jackson Homicide | |

I then returned to the Homicide Office to continue this investigation.

Respectfully Submitted,

*James P. Lonergan*

Det. James P. Lonergan

COE001505

BPD Comp. 0014