# EXHIBIT 45

**BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Richard T. Donovan, Chief | SUBJECT | DATE 8-10 |
|---|---|---|---|
| | Homicide Section | | |
| FROM | James P. Lonergan, Det. | File 91-145 | |
| | Homicide Section | Jackson Homicide | |

ATTN: Lt. James Rautenstrauch, Homicide Section

Sir;

At 1645hrs, today, I received a phone call from a B-M who wanted to remain anonymous. This B-M stated that the shooting last night at Bailey & Delevan was over a girl. he said that Valentino Dixon and one of the Jackson boys were dating the same girl and this is how the whole thing started. He said the girl'd name is Heather Smith and she attends City Honors School. He then hung up.

Respectfully Submitted,

*James P Lonergan*

Det. James P. Lonergan

COE001494

BPD Comp. 0084