# EXHIBIT 46

DA-10 (Rev. 7/91) ECDA

JAN 30 1992

No ................
91-1476-001

ERIE COUNTY

COUNTY COURT Term, 19 .... 91
12-A

THE PEOPLE
AGAINST

VALENTINO DIXON

**INDICTMENT**

MURDER IN THE SECOND DEGREE, P.L. §125.25-1
MURDER IN THE SECOND DEGREE, P.L. §125.25-2
ATTEMPTED MURDER IN THE SECOND DEGREE, P.L. §110/125.25-1
ASSAULT IN THE FIRST DEGREE, P.L. §120.10-1
ASSAULT IN THE FIRST DEGREE, P.L. §120.10-3
ASSAULT IN THE FIRST DEGREE, P.L. §120.10-4
ASSAULT IN THE SECOND DEGREE, P.L. §120.05-6
ASSAULT IN THE THIRD DEGREE, P.L. §120.00-2
CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE, P.L. §265.03, AN ARMED FELONY
CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE, P.L. §265.01-2

**KEVIN M. DILLON**
District Attorney

**A TRUE BILL**
................ Foreperson

Arraigned the ............ day of ............ 19 ....

Plead ............ Guilty.

Counsel ................................

Filed ...... day of ............ 19 ....

........................ Clerk

COPY

COUNTY COURT : ERIE COUNTY

THE PEOPLE OF THE STATE OF NEW YORK

        against                Indictment No. 91-1476-001

VALENTINO DIXON

      THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment accuses VALENTINO DIXON of the following crime:

      FIRST COUNT: MURDER IN THE SECOND DEGREE, in that he, the said VALENTINO DIXON, on or about the 10th day of August, 1991, in this County, with intent to cause the death of another person, caused the death of Torriano Jackson by shooting him.

      SECOND COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses VALENTINO DIXON of the following crime:

      MURDER IN THE SECOND DEGREE, in that he, the said VALENTINO DIXON, on or about the 10th day of August, 1991, in this County, under circumstances evincing a depraved indifference to human life, recklessly engaged in conduct to wit: firing a deadly weapon, which created a grave risk of death to another person and thereby caused the death of Torriano Jackson.

      THIRD COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses VALENTINO DIXON of the following crime:

      ATTEMPTED MURDER IN THE SECOND DEGREE, in that he, the said VALENTINO DIXON, on or about the 10th day of August, 1991, in this County, with intent to cause the death of another person, attempted to cause the death of Aaron Jackson by shooting him.

COE001710

FOURTH COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses VALENTINO DIXON of the following crime:

ASSAULT IN THE FIRST DEGREE, in that he, the said VALENTINO DIXON, on or about the 10th day of August, 1991, in this County, with intent to cause serious physical injury to another person caused such injury to Aaron Jackson by means of a deadly weapon.

FIFTH COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses VALENTINO DIXON of the following crime:

ASSAULT IN THE FIRST DEGREE, in that he, the said VALENTINO DIXON, on or about the 10th day of August, 1991, in this County, under circumstances evincing a depraved indifference to human life, recklessly engaged in conduct to wit: firing a deadly weapon, which created a grave risk of death to another person and thereby caused serious physical injury to Aaron Jackson.

SIXTH COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses VALENTINO DIXON of the following crime:

ASSAULT IN THE FIRST DEGREE, in that he, the said VALENTINO DIXON, on or about the 10th day of August, 1991, in this County, in the course of and in furtherance of the commission of a felony, to wit: Murder in the Second Degree, or of immediate flight therefrom caused serious physical injury to Aaron Jackson who was not a participant in the crime.

SEVENTH COUNT: AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses VALENTINO DIXON of the following crime:

ASSAULT IN THE SECOND DEGREE, in that he, the said VALENTINO DIXON, on or about the 10th day of August, 1991, in this County, in the course of and in furtherance of the commission of a felony, to wit: Murder in the Second Degree, or of immediate flight therefrom caused physical injury to John Sullivan III who was not a participant in the crime.

EIGHTH COUNT:  AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses VALENTINO DIXON of the following crime:

ASSAULT IN THE THIRD DEGREE, in that he, the said VALENTINO DIXON, on or about the 10th day of August, 1991, in this County, recklessly caused physical injury to John Sullivan III by shooting him.

NINTH COUNT:  AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses VALENTINO DIXON of the following crime:

CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE, AN ARMED FELONY, in that he, the said VALENTINO DIXON, on or about the 10th day of August, 1991, in this County, possessed a machine gun with intent to use same unlawfully against another, to wit: Torriano Jackson.

TENTH COUNT:  AND THE GRAND JURY OF THE COUNTY OF ERIE, by this indictment, accuses VALENTINO DIXON of the following crime:

CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE, in that he, the said VALENTINO DIXON, on or about the 10th day of August, 1991, in this County, possessed a deadly weapon, to wit: a loaded weapon from which a shot, readily capable of causing death or other serious physical injury, may be discharged with intent to use same unlawfully against another, to wit: Torriano Jackson.

s/ *[signature]*
KEVIN M. DILLON
DISTRICT ATTORNEY OF ERIE COUNTY