# EXHIBIT 49

STATE OF NEW YORK
COUNTY COURT : ERIE COUNTY

---

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK,<br>Appellant<br><br>v<br><br>VALENTINO DIXON,<br>Defendant-Respondent | **NOTICE OF APPEAL**<br><br>Indictment No.<br>1991-1476A |

SIRS:

      PLEASE TAKE NOTICE, that the People of the State of New York do hereby appeal to the Appellate Division, Fourth Judicial Department, from an order of the Erie County Court, (Eagan, J.), dated November 1, 2023, vacating the judgment of conviction pursuant to CPL 440.10 in the above-captioned matter.

DATED:    Buffalo, New York
               November 17, 2023

Respectfully,

JOHN J. FLYNN
District Attorney of Erie County
Attorney for Appellant
25 Delaware Avenue
Buffalo, New York 14202

BY: _____
DANIEL J. PUNCH
Assistant District Attorney

TO:    Hon. Michael P. Kearns
        Erie County Clerk
        25 Delaware Avenue
        Buffalo, New York 14202

        Donald Thompson, Esq.
        16 West Main Street, Suite 243
        Rochester, New York 14614

FILED EC CLERK
'23 NOV 17 PM 3:08