# Exhibit 51

# To be filed under seal