# EXHIBIT 52

```
 1    same time possesses a quantity of ammunition
 2    which may be used to discharge such firearm.
 3              The last charge I'd ask you to
 4    consider is a violation of 265.01, subdivision
 5    2.  It reads a person is guilty of criminal
 6    possession of a weapon in the fourth degree
 7    which he possesses any deadly weapon with intent
 8    to use same unlawfully against another.  I
 9    already defined deadly weapon for you.
10              I'll ask you to vote those counts.
11    Consider first of all if LaMarr Scott did it,
12    then you don't have to vote on Valentino Dixon.
13    Then vote on Valentino Dixon.  Then buzz me and
14    I may have additional charges after we review
15    that part of it.
16
17    (Whereupon, Mr. Belling and the stenographer
      left the room while the Grand Jury deliberated
18    and returned.)
19
20    MR. BELLING:       Now, having reviewed your
21    recorded vote on the other matters, I want you
22    to consider whether or not Mario Jarmon and
23    Leonard Brown and I'll ask you to consider them
```

Dixon-001647

```
 1    separately should be charged with the crime of
 2    perjury in the first degree which is section
 3    210.15.  A person is guilty of perjury in the
 4    first degree when he swears falsely and when his
 5    false statement consists of testimony, and is
 6    material to the action, proceeding or matter in
 7    which it is given.  So consider them separately
 8    and then consider what Mario told you, what
 9    Leonard told you and decide whether or not the
10    two of them should be charged with perjury.
11    A JUROR:       Which are the two?
12    MR. BELLING:       Mario Jarmon is the fellow
13    that came in and testified that he was shot but
14    he was shot two or three times by Torri Jackson
15    with the little revolver.  Leonard Brown was the
16    fellow dressed all in red who testified
17    similarly but depending on which portion of his
18    testimony he was talking about, he was closer,
19    farther, couldn't see or could see, that's the
20    two of them.
21
22                        *    *    *
23
```

Dixon-001648