UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

VALENTINO DIXON,

                                  Plaintiff(s),

                                         v.

CITY OF BUFFALO, et al.,

                                  Defendant(s).

_____

***MEDIATION CERTIFICATION***

_____ - cv - _____

I hereby certify that:

☑ The mediation session scheduled for __12/20/23__ has been adjourned to __6/4/24__.

☐ Case settled prior to the first mediation session.

☐ Mediation session was held on _____.

    ☐ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on_____.

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* __12/22/2023__            *Mediator: /S/* __Michael Menard__

**Additional Comments:**
_____
_____
_____