UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BUFFALO *et al.*,<br><br>    Defendants. | No. 19-cv-01678 (WMS) (JJM)<br><br>**NOTICE OF MOTION TO FILE UNDER SEAL** |

**NOTICE OF MOTION TO FILE UNDER SEAL**

PLEASE TAKE NOTICE that the undersigned moves this Court for an Order allowing Plaintiff to file Exhibit 14 under seal and to redact the portions of his filings in opposition to Defendants' motions for summary judgment (D.E. 167, 168) that reference "Witness X" in Exhibit 14. The Court has previously sealed the same exhibit, or portions of the exhibit, in other filings. *See* D.E. 149, 177.

DATED: February 15, 2024

                                                                 Respectfully submitted,

                                                                 /s/ Anna Benvenutti Hoffmann
                                                                 Anna Benvenutti Hoffmann
                                                                 Neufeld Scheck Brustin Hoffmann
                                                                 & Freudenberger, LLP
                                                                 99 Hudson St. 8th Floor
                                                                 New York, NY 10013
                                                                 Phone: 212-965-9081
                                                                 Fax: 212-965-9084

                                                                 *Counsel for Plaintiff Valentino Dixon*