UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF BUFFALO *et al.*,<br><br>            Defendants. | No. 19-cv-01678 (WMS) (JJM)<br><br>**MOTION TO FILE UNDER SEAL** |

## MOTION TO FILE UNDER SEAL

Plaintiff respectfully moves for an order allowing Plaintiff to file Exhibit 14 under seal and to redact the portions of his filings in opposition to Defendants' motions for summary judgment (D.E. 167, 168) that reference "Witness X" in Exhibit 14.[1] The Court has previously sealed the same exhibit, or portions of the exhibit, in other filings. *See* D.E. 149, 177.

Exhibit 14 in Plaintiff's Statement of Additional Material Facts to Local Rule 56.1 in response to the City of Buffalo and individual Buffalo Police Department Officers' motion for summary judgment (D.E. 168) and his Statement of Additional Material Facts to Local Rule 56 in response to the County of Erie and Christoper Belling's motion for summary judgment (D.E. 168) references information regarding Witness X from the Erie County District Attorney's Office 2018 Reinvestigation Memo, which is protected under the parties' Stipulated Supplemental Confidentiality Agreement (D.E. 136) so ordered on March 10, 2023. D.E. 137. Under the Confidentiality Agreement:

---

[1] The Erie County District Attorney's Office 2018 Reinvestigation Memo is labeled Exhibit 14 in both Plaintiff's Statement of Additional Material Facts to Local Rule 56.1 in response to the City of Buffalo and individual Buffalo Police Department Officers' motion for summary judgment (D.E. 168) and Plaintiff's Statement of Additional Material Facts to Local Rule 56.1 his response to the County of Erie and Christopher Belling's motion for summary judgment (D.E. 168).

1

> Each party receiving Witness X information will take steps to ensure that disclosure is strictly limited to persons so authorized in ¶ 2 of this Order and is maintained in a manner that prevents its use for purposes not authorized in this Order. All Witness X information, regardless of where it is contained, shall be kept in such a manner sufficient to protect its confidential nature and shall, at all times, be maintained in the utmost confidentiality.

D.E. 136 ¶ 3.[2]

Regarding the filing of documents that include references to Witness X, the Confidentiality Agreement further provides that "any party may file a motion for leave to file under seal any submission which contains Witness X information consistent with the local rules and the Federal Rules of Civil Procedure." D.E. 136 ¶ 5.

In accordance with the Confidentiality Agreement and consistent with this Court's previous orders (D.E. 149, 177), Plaintiff submits this motion to file Exhibit 14 under seal and redacted versions of his filings in opposition to Defendants' motions for summary judgment (D.E. 167, 168).

DATED: February 15, 2024

                                              Respectfully submitted,

                                              /s/ Anna Benvenutti Hoffmann
Anna Benvenutti Hoffmann
Neufeld Scheck Brustin Hoffmann
& Freudenberger, LLP
99 Hudson St. 8th Floor
New York, NY 10013
Phone: 212-965-9081
Fax: 212-965-9084

*Counsel for Plaintiff Valentino Dixon*

---

[2] Paragraph 2 provides that: "Witness X information shall be reviewed only by the attorneys in this litigation, as well as their supervisors, secretaries, experts, investigators, paralegals, interns, and staff." *Id.* ¶ 2.