UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>             Plaintiff,<br><br>      v.<br><br>CITY OF BUFFALO *et al.*,<br><br>             Defendants. | No. 19-cv-01678 (WMS) (JJM) |

### DECLARATION OF ANNA BENVENUTTI HOFFMANN IN SUPPORT OF PLAINTIFF'S MOTION TO FILE UNDER SEAL

I, **ANNA BENVENUTTI HOFFMANN**, herby swear and state as follows:

1.      I am a partner at Neufeld Scheck Brustin Hoffmann and Freudenberger, LLP, and counsel of record for Plaintiff Dixon Valentino in the above-captioned matter. I make the following declaration based on my own personal knowledge. I could and would competently testify under oath to the facts stated herein.

2.      The Erie County District Attorney's Office 2018 Reinvestigation Memo is labeled Exhibit 14 in both Plaintiff's Statement of Additional Material Facts to Local Rule 56.1 in response to the City of Buffalo and individual Buffalo Police Department Officers' motion for summary judgment (D.E. 168) and Plaintiff's Statement of Additional Material Facts to Local Rule 56.1 his response to the County of Erie and Christoper Belling's motion for summary judgment (D.E. 168).

3.      Exhibit 14 references information regarding Witness X from the Erie County District Attorney's Office 2018 Reinvestigation Memo, which is protected under the parties' Stipulated Supplemental Confidentiality Agreement (D.E. 136) so ordered on March 10, 2023. D.E. 137.

1

4.      Under the Confidentiality Agreement: "Each party receiving Witness X information will take steps to ensure that disclosure is strictly limited to persons so authorized in ¶ 2 of this Order and is maintained in a manner that prevents its use for purposes not authorized in this Order. All Witness X information, regardless of where it is contained, shall be kept in such a manner sufficient to protect its confidential nature and shall, at all times, be maintained in the utmost confidentiality." D.E. 136 ¶ 3.

5.      Paragraph 2 provides that: "Witness X information shall be reviewed only by the attorneys in this litigation, as well as their supervisors, secretaries, experts, investigators, paralegals, interns, and staff." *Id.* ¶ 2.

6.      Regarding the filing of documents that include references to Witness X, the Confidentiality Agreement further provides that "any party may file a motion for leave to file under seal any submission which contains Witness X information consistent with the local rules and the Federal Rules of Civil Procedure." D.E. 136 ¶ 5.

I declare under penalty of perjury that the foregoing is true and correct.


DATED: February 15, 2024
New York, New York

/s/ Anna Benvenutti Hoffmann
Anna Benvenutti Hoffmann

Neufeld Scheck Brustin Hoffmann
& Freudenberger, LLP
99 Hudson St. 8th Floor
New York, NY 10013
Phone: 212-965-9081
Fax: 212-965-9084