UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON, | |
| Plaintiff, | No. 19-cv-01678 (WMS) (JJM) |
| v. | **[PROPOSED] ORDER** |
| CITY OF BUFFALO *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER**

**AND NOW**, this _____ day of _____, 2024, upon consideration of Plaintiff's Motion to file Exhibit 14 under seal and to redact the portions of his briefs in opposition to Defendants' motions for summary judgment that reference "Witness X" in Exhibit 14, it is **HEREBY ORDERED** that the Motion is **GRANTED.** Exhibit 14 in both Plaintiff's Statement of Additional Material Facts to Local Rule 56.1 in response to the City of Buffalo and individual Buffalo Police Department Officers' motion for summary judgment (D.E. 168) and Plaintiff's Statement of Additional Material Facts to Local Rule 56.1 his response to the County of Erie and Christoper Belling's motion for summary judgment (D.E. 168) are hereby **SEALED**. Plaintiff may further **REDACT** the portions of his filings in opposition to Defendants' motions for summary judgment that reference "Witness X" in Exhibit 14.

BY THE COURT:

_____

1