# EXHIBIT 1



# DIXON POLICE FILE

## COMBINED WITH BATES NUMBERS

**BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Ralph V. Degenhart | SUBJECT | DATE: 8/10/91 |
| | Commissioner of Police | Homicide at Bailey & East Delavan | |
| FROM | Police Officers PCT. 16 | CD # 221-504 | |
| | Ra-Chelle M. Brown | | |
| | James R. Diegelman | | |

Attention: Homicide Chief Richard Donovan

Sir:  At 0129Hrs on 8/10/91 a call was received by PO's Diegelman/Brown
in 16N of shots fired,officer in trouble at Bailey & East Delavan. Upon
arrival, officers observed several blood splotches in the middle of the
street on East delavan ,near the address of 1157. Next to the blood spotches
were (4) spent bullets, believed to be 9 millimeter caliber,also found
was a small caliber gun,belived to be a .22 cal.,silver in color,with black
handels,containing one (1) spent casing in the gun. Officers also retrieved
2? spent casings within a 25' diameter area. The 2? spent casings & a spent
bullet also found by Officers Diegelman/Brown were then turned over to Det.
Henry Smardz of evidence squad and pictures of the scene were done by Det.
William Shepard of Photography Squad.Above information was also given to
Det. James Lonergan of Homicide. Above area was secured by officers and
released by Homicide Squad. 22 Cal gun was also turned over to Det. Smardz.

Respectfully Submitted

PO Ra-chelle brown

RESPECTFULLY FORWARDED,

PO James Diegelman

Respectfully Forwarded,

Captain Precinct 16

POLICE INSPECTOR

COE001502

P-73  **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Ralph V. Degenhart<br>Commissioner of Police | SUBJECT | | DATE 8-10-91 |
|---|---|---|---|---|
| FROM | Joseph Makowski<br>Richard Lopez<br>Police Officers Pct.#11 | | Shooting from Bailey &<br>E. Delavan<br>(8-10-91 at 0129 hrs) | |

Attn: Richard Donovan
      Chief of Homicide

Sir;

      While assigned to marked patrol vehicle #121(11 NORTH) on
8-10-91 we were dispatched to Bailey & E. Delavan on a shooting,
upon arrival at the scene there was a large crowd gathered in
the parking lot of Louie's Texas Hots at Bailey & E. Delavan.
While investigating the call, Officer Lopez found a victim, Mario
Jarmon, B/M, 19yrs of 1122 E. Delavan in front of 2510 Bailey
with several gunshot wounds to the torso.  Officer Makowski, in
the parking lot came upon two victims(Torriano Jackson, B/M, 16yrs
& Aaron Jackson, B/M, 20yrs both of 19Thatcher St.) suffering
from gunshot wounds as well.  While speaking with several people
in the crowd, officers spoke with a Travis Powell, B/M, 22yrs of
46 Poultney who told us he was with the Jackson brothers and had
seen the whole incident.
      Officers transported Travis Powell to the Homicide office
where he was interviewed by Det. Stanley Suszek.  Officer Makowski
also spoke with a Jeffrey Shelton, B/M, 24yrs of 1150 E. Delavan
(upper) who was only able to see several B/M's flee west on
E. Delavan and get into two vehicles(an older rusted yellow station-
wagon & a small red car).
      Eventually, a fourth victim, John A. Sullivan III B/M 17yrs
of 49 Elmer st was located at the Sisters Hosp by Lt. Sack of Pct#11.
      To this point, this is all of the information that we are
personally aware of concerning this homicide investigation.

                                        PO Joseph Makowski

                                        P.O. Richard Lopez
                                        Police Officers
                                        Pct.#11

                                                    COE001501

## EVIDENCE

**BUFFALO POLICE DEPT.** 1 / NUMBER

Date of Crime 8/10/91    P-112

Type of Crime Homicide/Shootings

Location Bailey & E.Delevan

Victim 1.Torriano Jackson,BM,17(Deceased)

76336

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4. John Sullivan,BM,17

Description of Evidence & Location Found. copper jacketed bullet recovered on the street, aproxx.1157 E.Delevan - 9'4" N. of the S.curb 1157 E.Delevan and 32'16" E.of utility pole #1155 E.Delevan

Case No. ECU/LP#91-0853    Collected By HS/ HS    Date 8/10/91

## EVIDENCE

**BUFFALO POLICE DEPT.** 2 / NUMBER

Date of Crime 8/10/91    P-112

Type of Crime Homicide/Shootings

Location Bailey & E.Delevan

Victim 1.Torriano Jackson,BM,17)Deceased)

Description of Evidence & Location Found. copper jacketed bullet recvd.on the st. approx. 1157 E.Delevan - 16'5" N.of S.curb 1157 E.Delevan and 31'10" E.of ututily pole #1155 E.Delevan

Case No. ECU/LP#91-0853    Collected By HS/ HS    Date 8/10/91

## EVIDENCE

**BUFFALO POLICE DEPT.** 3 / NUMBER

Date of Crime 8/10/91    P-112

Type of Crime Homicide/Shootings

Location Bailey & E.Delevan

Victim 1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4. John Sullivan,BM,17

Description of Evidence & Location Found. copper jacketed bullet recvd.on the street approx.1157 E.Delevan - 11'1" N.of S.curb 1157 E.Delevan & 34'3" E.of the utility pole #1155 E.Delevan

Case No. ECU/LP#91-0853    Collected By HS/ HS    Date 8/10/91

COE001650

## EVIDENCE

**BUFFALO POLICE DEPT.** NUMBER **4**

Date of Crime _8/10/91_          P-112

Type of Crime _Homicide/Shootings_

Location _Bailey & E.Delevan_

Victim _1. Torriano Jackson,BM,17(Deceased)_

2. Mario Jarmon,BM,19   3.Aaron Jackson,BM,20   4.John Sullivan,BM,17

Description of Evidence & Location Found. _suspected lead slug recvd.on the street_
approx.1157 E.Delevan - 11'9" N.of S.curb 1157 E.Delevan & 34'4" E.of the
utility pole #1155 E.Delevan

Case No. ___ECU/LP#91-0853___   Collected By _HS/ HS_   Date _8/10/91_

---

## EVIDENCE

**BUFFALO POLICE DEPT.** NUMBER **5**

Date of Crime _8/10/91_          P-112

Type of Crime _Homicide/Shootings_

Location _Bailey & E.Delevan_

Victim _1. Torriano Jackson,BM,17(Deceased)_

2.Mario Jarmon,BM,19   3.Aaron Jackson,BM,20   4.John Sullivan,BM,17

Description of Evidence & Location Found. _spent brass .22 cal. casing (U) recvd.on_
the asphalt of the parking lot (Louie's Red Hots) SW corner of Bailey and
E.Delevan - 14'2" S.of the S.curb approx. 1157 E.Delevan & 4'8" E.of the
utility pole #1155 E.Delevan

Case No. _ECU/LP#91-0853_   Collected By _HS/ HS_   Date _8/10/91_

---

## EVIDENCE

**BUFFALO POLICE DEPT.** NUMBER **6**

Date of Crime _8/10/91_          P-112

Type of Crime _Homicide/Shootings_

Location _Bailey & E.Delevan_

Victim _1.Torriano Jackson,BM,17(Deceased)_

2.Mario Jarmon,BM,19   3.Aaron Jackson,BM,20   4.John Sullivan,BM,17

Description of Evidence & Location Found. _sample of wet red stain (susp.blood)_
recvd.on the street (approx.1157 E.Delevan) - 9'4" N.of the S.curb 1157
E.Delevan & 32'16" E.of the utility pole #1155 E.delevan

Case No. _ECU/LP#91-0853_   Collected By _HS/ HS_   Date _8/10/91_

COE001651

# EVIDENCE

**BUFFALO POLICE DEPT.** __7__ NUMBER

Date of Crime 8/10/91                    P-112

Type of Crime Homicide/Shootings

Location          Bailey & E.Delevan

Victim     1. Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.Johnsullivan,BM,17

Description of Evidence & Location Found (A).32 cal. 5 shot revolver,silver colored
make UNKN. break front, ser.#747 w/2"bbl containing soant .32 cal.casing
(B.) Twenty-Seven (27) spent 9mm casings (brass) (C.) one (1) copper jacketed
bullet - items received at the scene from PO Ra-Chelle Brown,Prct.#16

8/10/91 - 0225 hrs

Case No. ECU/LP#91-0853          Collected By HS/ HS          Date 8/10/91

---

# EVIDENCE

**BUFFALO POLICE DEPT.** __8__ NUMBER

Date of Crime 8/10/91                    P-112

Type of Crime Homicide/Shootings

Location          Bailey & E.Delevan

Victim   1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19  3. Aaron Jackson,BM,20  4. John Sullivan,BM,17

Description of Evidence & Location Found. sample of dry red stain (susp.blood) recvd
off the seat portion of the frnt.pass.seat '90 Chev.2dr.yellow,NY Plt.
ECF-131,in the parking lot of Louie's Red Hots, SW corner of Bailey and
E.Delevan  (2484 Bailey)

Case No. ECU/LP#91-0853          Collected By HS/ HS          Date 8/10/91

---

# EVIDENCE

**BUFFALO POLICE DEPT.** __9__ NUMBER

Date of Crime    8/10/91                 P-112

Type of Crime    Homicide/Shootings

Location    Bailey & E.Delevan

Victim    1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. lead slug recvd.on the top cellar stair
of the cellar stairway,NW corner of 2484 Bailey Ave.(Louie's Red Hots)
13" E.of the W.wall & 8" N.of the front edge of the top stair

Case No. ECU/LP#91-0853          Collected By HS/ HS          Date 8/10/91

COE001652

## EVIDENCE

**BUFFALO POLICE DEPT.** 10 / NUMBER

Date of Crime __8/10/91__    P·112

Type of Crime __Homicide/Shootings__

Location __Bailey & E.Delevan__

Victim __1.Torriano Jackson,BM,17(Deceased)__

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. __copper jacketed bullet recvd.on the 5th__
__stair from the top - on the stairway,NW corner of 2484 Bailey (Louie's Red__
__Hots) - 10" W.of the E.wall & 5" N.of the front edge of the stair__

Case No. __ECU/LP#91-0853__    Collected By __HS/ HS__    Date __8/10/91__

---

## EVIDENCE

**BUFFALO POLICE DEPT.** 11 / NUMBER

Date of Crime __8/10/91__    P·112

Type of Crime __Homicide/Shootings__

Location __Bailey/E.Delevan__

Victim __1.Torrian Jackson,BM,17(Deceased)__

2.Mario Jarmon,BM,19 3.Aaron Jackson,BM,20  4.John Sullivan,BM,17
clothes of Victim Torriano Jackson,BM,17
received from RN Barb Badgley,ECMC/ER

Description of Evidence & Location Found. (A) 1 pr.Wht.Hi-Top sneakers, wht/orange "NIKE" Force 9½ (B)blue jeans
"Bugle Boy" 34M w/blk.belt (C) teal briefs "Hanes" M-32/34 (D) grey hood-
ed sweatshirt "Gears" XL w/Univ.Bflo.logo (E) grey T-shirt "Trend-Ultra"
size L w/America's Cup logo . Items were cut by med.personell and cont-
ained WRS

Case No. __ECU/LP#91-0853__    Collected By __HS/ HS__    Date __0420 hrs__
__8/10/91__

---

## EVIDENCE

**BUFFALO POLICE DEPT.** 12 / NUMBER

Date of Crime __8/10/91__    P·112

Type of Crime __Homicide/Shootings__

Location __Bailey & E.Delevan__

Victim __1.Torriano Jackson,BM,17(Deceased)__

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17
Clothes of Victim:Mario Jarmon,BM,19
received from RN Terena Licht,ECMC/ER

Description of Evidence & Location Found. (A)1 pr.sneakers wht.Hi-Top,NIKE"Quantum Force,10½ w/sox (B)wht.print shorts
"Ocean Pacific" (C) Kelly grn.T-shirt "Russell Athletic" M-38/40 W/"Hunt-
ington Phys.Ed" logo (D) Blk.sweatshirt (E) jeans, lgt.blue "Levi Strauss"
38/30 - Items were cut by medical personell and contained Wet Red Stains
(F) also 1d nugget earring & key ring w/3 keys & ID teg"EAS"    0425 hrs

Case N __ECU/LP#91-0853__    Collected By __HS/ HS__    Date __8/10/91__

COE001653

# EVIDENCE

**BUFFALO POLICE DEPT.** NUMBER 13

Date of Crime _____ 8/10/91 _____ P-112

Type of Crime _____ Homicide/Shootings

Location _____ Bailey & E.Delevan

Victim _1.Torriano Jackson,BM,(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. _____ clothes of victim Aaron Jackson,BM,20
received from RN Bill Frieder;ECMC/ER,0425 hrs,8/10/91

(A)1 pr. blue sneakers "NIKE" Flight size 9, w/wht.ankle sox (B) 1 pr.grey
micro briefs "Large" (C) blk.sweatpants "Russell Athletic" XL - items
contained WRS (Wet Red Stains) , and were cut by med.personell

Case No. _____ ECU/LP#91-0853 _____ Collected By _____ HS/HS _____ Date _____ 8/10/91

# EVIDENCE

**BUFFALO POLICE DEPT.** NUMBER 14

Date of Crime _____ 8/10/91 _____ P-112

Type of Crime _____ Homicide/Shootings

Location _____ Bailey & E.Delevan

Victim _1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. _____ Clothes of Victim:John Sullivan,BM,17
received from John Sullivan, 0630 hrs.8/10/91 at Sister's Hosp.ER

(A.) 1 pr.Royal Blue shorts w/WRS "Champion" XL

(B.) 1 pr.blue print shorts w/wrs "Pure Sweat"

Case No. _____ ECU/LP#91-0853 _____ Collected By _____ HS/ HS _____ Date _____ 8/10/91

# EVIDENCE

**BUFFALO POLICE DEPT.** NUMBER 15

Date of Crime _____ 8/10/91 _____ P-112

Type of Crime _____ Homicide/Shootings

Location _____ Bailey & E.Delevan

Victim _1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. _____ sample of head hair from Hom.Victim:
Torriano Jackson,BM,17 - recvd.1000 hrs,08/10/91 at the ECMC Morgue

Case No. _____ ECU/11#91-0853 _____ Collected By _____ HS/ HS _____ Date _____ 8/10/91

COE001654

## EVIDENCE

**BUFFALO POLICE DEPT.** __16__ NUMBER

Date of Crime __8/10/91__    **P-112**

Type of Crime __Homicide/Shootings__

Location __Bailey & E.Delevan__

Victim __1.Torriano Jackson,BM,17(Deceased)__
2.Mario Jarmon,BM,19   3.Aaron Jackson,BM,20   4.John Sullivan,BM,17

Description of Evidence & Location Found. __copper jacketed bullet received from ME__
__Dr.Loghmanee, 1105 hrs,8/10/91 at Post of Hom.Victim:Torriano Jackson,BM,__
__17 - item removed from vicitm's lt.forearm    (ECMC Morgue)__

Case No. __ECU/LP#91-0853__    Collected By __HS/HS__    Date __8/10/91__

## EVIDENCE

**BUFFALO POLICE DEPT.** __17__ NUMBER

Date of Crime __8/10/91__    **P-112**

Type of Crime __Homicide/Shootings__

Location __Bailey & E.Delevan__

Victim __1.Torriano Jackson,BM,17(Deceased)__
2.Mario Jarmon,BM,19   3.Aaron Jackson,BM,20   4.John Sullivan,BM,17

Description of Evidence & Location Found. __copper jacketed bullet received from__
__ME Dr.Loghmanee, 1108 hrs,8/10/91 at Post of Hom.Vicitm Torriano Jackson__
__BM,17 -item removed from bak of victim's rgt.hand    (ECMC Morgue)__

Case No. __ECU/LP#91-0853__    Collected By __HS/HS__    Date __8/10/91__

## EVIDENCE

**BUFFALO POLICE DEPT.** __18__ NUMBER

Date of Crime __8/10/91__    **P-112**

Type of Crime __Homicide/Shootings__

Location __Bailey & E.Delevan__

Victim __1.Torriano Jackson,BM,17(Deceased)__
2.Mario Jarmon,BM,19   3.Aaron Jackson,BM,20   4.John Sullivan,BM,17

Description of Evidence & Location Found. __copper jacketed bullet received from ME__
__Dr.Loghmanee - 1110 hrs,08/10/91 at the Post of Hom.Victim:Torriano Jackson__
__ECMC Morgue, - item removed from the victim's left upr.thigh/lateral__

Case No. __ECU/LP#91-0853__    Collected By __HS/HS__    Date __8/10/91__

COE001655

## EVIDENCE

**BUFFALO POLICE DEPT.**  19 / NUMBER

Date of Crime ___8/10/91___  P-112

Type of Crime ___Homicide/Shootings___

Location ___Bailey & E.Delevan___

Victim ___1.Torriano Jackson,BM,17(Deceased)___

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. ___copper jacketed bullet received from ME___
___Dr.Loghmanee, 1114 hrs 8/10/91 at the Post of Hom.Victim:Torriano Jackson___
___ECMC Morgue - item was removed from the victim's Rgt.upr.thigh___

Case No. ___ECU/LP#91-0853___   Collected By ___HS/HS___   Date ___8/10/91___

## EVIDENCE

**BUFFALO POLICE DEPT.**  20 / NUMBER

Date of Crime ___8/10/91___  P-112

Type of Crime ___Homicide/Shootings___

Location ___Bailey & E.Delevan___

Victim ___1.Torriano Jackson,BM,17(Deceased)___

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. ___copper jacketed bullet received from ME___
___Dr.Loghmanee, 1116 hrs 8/10/91 at the Post of Hom.Victim Torriano___
___Jackson, -ECMC Morgue - item was removed from the victim'sLt.upper___
___thigh/medial___

Case No. ___ECu/LP#91-0853___   Collected By ___HS/HS___   Date ___8/10/91___

## EVIDENCE

**BUFFALO POLICE DEPT.**  21 / NUMBER

Date of Crime ___8/10/91___  P-112

Type of Crime ___Homicide/Shootings___

Location ___Bailey & E.Delevan___

Victim ___1.Torriano Jackson,BM,17(Deceased)___

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. ___vial of blood of Hom.Victim:Torriano___
___Jackson,BM,17 received from ME Asst.Geo.Washington,1125 hrs.8/10/91___
___at Victim's Post,ECMC Morgue___

Case No. ___ECU/LP#91-0853___   Collected By ___HS/HS___   Date ___8/10/91___

COE001656

# ·EVIDENCE

**BUFFALO POLICE DEPT.** $\frac{22}{\text{NUMBER}}$

Date of Crime ___8/10/91___ P·112

Type of Crime ___Homicide/Shootings___

Location ___Bailey & E.Delevan___

Victim **1. Torriano Jackson,BM,17(Deceased)**

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. ___clothes of Susp/Deft.Valentino Dixon,BM___

received from Valention Dixon,1500 hrs 8/10/91 at the Hom.Sec.Ofc.

A. 1pr. Blue/Blk."Nike" Sneakers Airmax size 9½   B. Blk.nylon jogging

pants "NIKE" size L  C. grey sweatshirt w/blk.trim on sleeves "NIKE"

"Force"   D. baseball cap "G" navy blue w/wht.bill –w/"Villanova Wildcats"
logo

Case No. ___ECU/LP#91-0853___   Collected By ___HS/45___   Date 8/10/91

COE001657

P-73 BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO | SUBJECT | DATE |
|---|---|---|
| Homicide Squad | Shooting on East Delavan & Bailey | 8/10/91 |
| **FROM** | Witness statements of Ms. Sonya James. | |
| B.M.H.A. Officer Joseph E. Serwon | | |

When we arrived at the scene at approximately 0139 hrs. we were told by Pct.16's Lieutenant to help secure the scene. Ms. Sonya James of 334 Hamburg St. apt. 5, D.O.B. 2/15/71, phone # 896-2378 approached us and said that she saw everything. 16's Lieutenant told us to put Her in our patrol car and get all the information from Her. While She was in the back of our car she told us that while she was standing on the corner of East Delavan & Ericson St.'s (1 block east of Bailey. When she saw a dark blue Jeep type vehicle with tinted windows, very loud music, and with the tailgate window open drive past her several times on E. Delavan. When the vehicle passed the intersection of E. Delavan & Bailey it slowed down and the occupants turned down the music and that is when they started shooting into the crowd in the lot of Louies Red Hots. Ms. James told me when she heard the shots being fired and saw the smoke coming from the vehicle, she ran across the street and called 911. She also said that after the shoting the vehicle sped off west on E. Delavan. After the shoting she ran down to the scene to see what was happening. Ms. James told me that she heard about 20 to 25 shots. After she heard on the radio that a possible suspect was Valentino Dixin, she told me that he was the Father of one of her children. I asked her for a discription of Mr. Dixin. She was very apprehensive about telling me any information about him. After discussing it with her for several minutes she gave me the following information: He's a b/m, about 5'8", medium build, and medium complextion. She also said that he possibly stays on Moselle St. and that his Mother lives somewhere on Rounds St.. She also that he drives a newer cadilac. We then transported Ms. James to the Homicide Office at 74 Franklin St..

Respectfully

P.O. Joseph E. Serwon

COE001503

BPD Comp. 0011

# BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO | HOMICIDE | SUBJECT | DATE 8-10-91 |
|---|---|---|---|

SHOOTING E. DELAVAN & BAILEY

**FROM**
P.O. T. J. WILKE
(856-2533/3457   B.M.H.A. POLICE )

WITNESS STATEMENTS (SHONIQUE LOWMAN)

ARRIVING AT APPROX. 0139  AT 1155 E. DELAVAN WE WERE  ASSISTING PCT. 16 IN SECURING A LOCATION  ON E. DELAVAN, JUST WEST OF BAILEY AVE. AFTER  OFFICER SERWON WAS APPROCHED  BY A WITNESS TO THE SHOOTING (SONYA JAMES)  AND TOOK HER STATEMENT, SHE POINTED OUT ANOTHER  SUBJECT WHICH WAS WITH HER AT THE TIME OF THE SHOOTING.

I SPOKE WITH (SHONIQUE LOWMAN) OF 21 FLOSS AVE. D.O.B. 7/13/77 PHONE # 896-9275.
WITNESS STATED THAT SHE WAS ON E. DELAVAN AT ERICSON, AND SAW A BLUE-GREEN BLAZAR DRIVE BY HER LOCATION HEADING WEST ON E. DELAVAN, TOWARDS BAILEY. SAID VEHICLE HAD FOUR PERSONS INSIDE, AND WAS PLAYING LOUD MUSIC. SHE ALSO SAID SHE SAW A BEAT-UP WHITE STATIONWAGON RIGHT BEHIND THE BLAZAR TAILGATING. SHE SAID THE DRIVER OF THE BLAZAR WAS A DARK SKINED BLACK MALE WEARING A SPORTS TYPE BASEBALL CAP.
SHE THEN STATED THAT THE MUSIC WENT OFF, A MAN LEANED OUT  OF THE BLAZER WITH A GUN AND SHE HEARD MANY SHOTS, AND THAT THE GUY WALKING ACROSSED E. DELAVAN (NORTH) FROM THE TEXAS HOTS PARING LOT DROPPED TO THE GROUND. IT WAS AT THIS TIME SHE RAN HERSELF.

SHE THEN STATED THAT SHE WAS AT A PARTY JUST EARLYER AND HEARD PERSONS TALKING ABOUT DOING A SHOOTING. SHE ALSO STATED THE PERSONS IN THE SUSPECT VEHICLE WERE THOSE PERSONS. SHE SAID SHE DID NOT KNOW ANY OF THESE PERSONS, BUT SEES THEM AROUND HER SCHOOL.  THE PARTY WAS AT AN UNKNOWN NEWBURG ADDRESS.

THIS WITNESS DID  TALK WITH A HOMICIDE DET. AT THE SCENE ABOUT THE INCIDENT AND WAS RELEASED.

RESPECTFULLY,

P.O. T. J. WILKE

COE001489

P.72    BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO | Richard T. Donovan, Chief<br>Homicide Section | SUBJECT | | DATE 8-10-91 |
|---|---|---|---|---|
| FROM | Det. James P. Lonergan,<br>Homicide Section | | Torriano Jackson Homicide | |

ATTN: Lt. James Rautenstrauch

Sir:

At 0145hrs I received a call to respond to Bailey & Delevan regarding a shooting. I responded & arrived at 0155hrs. Present upon my arrival were numerous police personnell including Lt.'s Manka & Sack, PO's Makowski, Lopez & Padin of Preceinct #11 & PO's Brown & Diegalman of Pct #16. Also present was Duty Inspector Anthony Labedz.

I was informed by Officers on the scen that as it stood at this point there were 3 people shot. They are as follows: Torriano, age 17 residing at 19 Thatcher, his brother, Aaron Jackson, age unknown, who also resides at 19 Thatcher & Mario Germain of 1122 East Delevan. I was informed that the victim's had been taken to the EGMC via ambulance. I called for the Evidence Collection Unit, Police Photographer & additional Homicide Dets. to respond to the scene.

I observed in the street, at approximately 1157 East Delevan, a pool of wet red stain, which was approximately 9' from the curb. Also in this vicinity, Iobserved 3 copper jacketed slugs and one lead slug in the street. I was also informed by Lt. Manka that PO Ra-Chelle Brown of Pct. 16 had in her possession 27 spent 9mm casings & a .32cal revolver. I informed PO Brown to retain possession of said evidence until the arrival of the Evidence Collection Unit.

I was informed at the scen that there was apparently another victim from this shooting at the Sister's Hospital. The victim's name is unknown at this time, however, Det. John Vickerd responded to the EGMC & also the Sister's Hospital and will cover his activities in a seperate report.

Evidence Collection Unit Det. Henry Smardz & Police Photographer William Sheppard arrived on the scene & performed their respective duties. Det. Stanley Suszek also responded to the scene & assisted in this investigation. It should also be noted that while at the scene I was informby Inspector Labedz that several shots had hit Louie's Hot Dog Stand at Bailey & Delevan and there were several slugs inside the restaurant that had to be collected. I informed Det. Smarz of this & he stated he would retrieve this Evidence.

I then interviewed Travis Powell, who is a possible witness, to the shooting. He said himself, Aaron Jackson & Tory Jackson were going to Louie's Hot Dogs. Travis was driving his mother's GEO-Storm which he parked in Louie's parking lot. They exited the vehicle and Tory got into a fight with some guy across. All of a sudden alot of shooting started. Travis turned around and saw a guy standing over Tory (who was lying in the street) and the guy was shooting at Tory. Travis said he didn't see the shooter's face and couldn't recognize him. It was then requested that Travis be transported down to the Homicide Office for a more detailed statement.

I observed a 1989 GEO, yellow in color, NY Reg. # ECF 131 parked in the lot at Louie's. This vehicle is registered to Willie C. Wilson of 46 Poultney St. who is Travis Powell's father. The car has what appears to be a ricochette off the passenger side roof. I also observed a spent .22cal shell casing lying on the ground in the parking lot approximately 5' East of 1155 East Delevan. This .22cal casing was retrieved by Det. Smardz.

COE001504

P-73  **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | SUBJECT | DATE 8-1-91 |
|---|---|---|
| FROM | FILE 91-145<br>Jackson Homicide | |

I then returned to the Homicide Office to continue this investigation.

Respectfully Submitted,

*James P. Lonergan*

Det. James P. Lonergan

COE001505

# BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| Richard T. Donovan, Chief<br>Homicide Section | SUBJECT | DATE 8/10/91 |
|---|---|---|
| FROM Det. John Vickerd<br>Det. James Lonergan | Multiple Shooting<br>File 91-145 Bailey/E.Delavan<br>Dictated by Det. John Vickerd | |

Attn:  James Rautenstrauch, Lt.

Sir:

At approx. 0145 hrs. this date your writer received a call from the Shift Lt. William Smith. He informed me there was a multiple shooting at the corner of Bailey/Delavan and the assistance of extra homicide personnel was needed.

Your writer proceeded to HQ and was informed by Lt. Smith to go to E.C.M.C. where three of the shooting victims were transported. Upon my arrival at E.C.M.C. I was met by P.O.'s Buyer/O'Neil in car 11E. They informed me one of the victims expired due to multiple gunshot wounds. They identified this victim as Torrano Jackson, B-M, age 17 dob 5/5/74 of 19 Thatcher St., phone 836-2809. Officer O'Neil the informed me that the deceased's brother, Aaron Jackson, B-M, age 20 dob 1/26/71, also of 19 Thatcher was in surgery at this time with a gunshot wound to the abdomen and is listed in critical condition. Officer O'Neil identified the third victim as Mario Jarmon, B-M, age 19 dob 12/23/71 of 1122 E. Delavan, phone 896-5817.

At this time, while in the ER, your writer did observe Mario Jarmon being prepped for surgery. He had what appeared to be bullet wounds to the right chest area and the abdomen. Mario's condition is also listed as critical at this time.

Your writer then observed the body of Torrano Jackson. Noted were multiple frontal wounds to the chest, left side, abdomen, left arm, left/right legs. Numbers of entrance and exit wounds will have to be determined by the ME as this investigation continues.

P.O. O'Neil informed your writer that the mother and several other family members of the Jackson brothers were present at the hospital. Also present was the mother of Mario Jarmon. These persons were being apprised of the condition of the victims by hospital staff.

At this time, your writer proceeded to the scene at Bailey/E.Delavan and met with Det. Lonergan to apprise him of the condition of the victims. Det. Lonergan informed me another victim was taken to Sister's Hosp. His identity was not known at this time.

Your writer then proceeded to Sister's Hosp. and upon arrival I was informed by ER personnel that John Sullivan, B-M, age 17 dob 3/2/74 of 49 Elmer St., phone 835-9680 was being treated for a laceration of his right thigh, possibly caused by a gunshot.

Your writer then spoke with John Sullivan. He informed me that he was on the corner of Bailey/Delavan with his friend Fred Stencil. There was

Cont'd.

COE001506

POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDE

DATE 8/10/9

SUBJECT
Page 2
Multiple Shooting
File 91-145 Bailey/E.Delavan
Dictated by Det. John Vickerd

FROM Det. John Vickerd
Det. James Lonergan

a large crowd in the area. A fight broke out and he saw he was between Torrey and Aaron Jackson fighting with Mario, lnu, at this time. He knew all three persons and went over to try and break it up. He noticed a B-M known to him as TINO, go behind a van and come out with a black Uzi. He pointed it at Torrey and started firing and that is when John states he was hit in the leg.

John describes TINO as a B-M, age 21, 6', 160 lbs. short hair, wearing a black/white jogging suit, possibly with another color trim. John states TINO'S real name is Valentino, lnu. John states he has known TINO from around the neighborhood and the Genesee/Moselle area and can identify him. John states there were multiple gun shots fired in very rapid succession. After the shooting, he observed TINO and another B-M run west on Delavan towards Olympic and saw Mario run toward Bailey.

John states he knows Torrey Jackson was shot because he saw him fall to the ground and TINO stood over him and kept firing at him, but does not know who else was hit at this time.

At this time, your writer returned to the Homicide office to further assist in this investigation.

Subsequent developments will be reported via additional P-73's.

Respectfully submitted,

Det. John Vickerd

JV/les

COE001507

P-1302

8/10/91

91-145

BAILEY & DELAVAN

MULTIPLE - SHOOTING

JTV

At apprx 0145 hr the det on duty your writer received a call from the officer Lt. W. Smith. He informed me that there was a multiple shooting at the corner of Bailey & Delavan St. and the notification of other homicide personnel was needed.

Upon your writer's arrival at Police HQ immediately and was informed by Lt. Smith to proceed to the ECMC Emerg where 3 of the shooting victims had been transported.

Upon my arrival at ECMC Emerg I was met by PO Tom BUYER & PO DAN OWENS on car 11E. They informed me that the victims had already expired. PO Buyer identified PO D the person to me as TERRANCE JACKSON B/M 17 yrs of age DOB 5/5/74 of 19 THATCHER St. phone # 836-2809

The officers advised the informed me that the deceased brother AARON Jackson B/M 20 yrs of age DOB 1/26/71 also of 19 Thatcher St was in surgery at this time with a gunshot wound to the abdomen & is listed in critical condition at this time. Officers advised ID'd the 3rd victim to me as Mario Junior B/M 19 yrs of age DOB 12/23/71 of 1122 E. DELAVAN phone 896-5817. He at this time while in the emergency room he did observe Mario Junior being prepped for surgery. He had gunshot/bullet wound to

COB 000121

BPD Comp. 0017



P-1302

②

P-1302

③

with John Sullivan. He informed me
that he was on the corner of Bailey
& Delavan with his friend Fred
Stencil. There was a large crowd in
the area. A fight broke out & he
seen that it was between Torrey & Devon
Jackson fighting with Mario last name
unknown at this time. He knew all
3 persons & went over to try & break it
up. He stated a B/m known to him
as Tino, as he had a row & came
out with a black weapon. He pointed
it at Torrey & started firing & shots were
fired. John stated he was hit in the
leg.

John describes Tino as a B/m
21 yrs of age, 6 approx 160# slim build
wearing a black & white jogging suit, possibly
with another color trim. John stated
Tino "real name is Valentine last
name unknown. John stated he has
known Tino from around the
neighborhood & the Juece & Moselle
area & can identify him. John stated
that there was multiple gunshots fired
very rapid succession after he stated.

At this time I returned
to the Homicide Office to further assist
in this event.

Upon Office.

JAW

COB 000123

BPD Comp. 0019

P 73   BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO | Richard T. Donovan<br>Chief of Homicide Bureau | SUBJECT | DATE 08-10-91 |
|---|---|---|---|
| | | Torriano Jackson: Homicide<br>File #91-145   CD#221-504<br>Initial Report<br>Confidential | |
| FROM | Det. **Stanley W. Suszek** | | 0600-1400 Hrs. |

Attention:   J.D. Rautenstrach;   Lieut.

Sir;

The under-signed received a telephone call at 0150 Hrs. from the Shift Lieutenant Bill Smith. He requested assistance at the scene of a multiple shooting, E. Delevan, and Bailey Aves.

Arriving at the scene at 0225 Hrs. we were met by the Duty Inspector Anthony A, Labedz, Det. Lonergan of our staff, Potographer Bill Shephard, and Evidence Det. Henry Smardz. Various Police cars were also present, and assigned crime scene protection, and crowd control duties.

Information from Det. Lonergan was that additional help was enroute, with Det. Vickerd going to the hospital. With Det. Vickerd enroute there, and Det. Lonergan in control of the scene, this writer went to the office.

Detailed, signed statement were then taken from a **Travis Marshall Powell**, Age 22, DOB 12-25-68, of 46 Poultney St. Phone 837-0802, and a **Sonya Latrice James**, Age 20, DOB 02-15-71, of 334 Hamburg St. Apt#5. While she has no phone she states that she can be reached via her Mother's Phone 896-2378.

Their statements, and polaroid photos are now part o this investigation, and are of course self explanatory.

Respectfully submitted;

Det. Stanley W. Suszek

=sws=

COE001508

D-77B-1

**BUFFALO POLICE DEPARTMENT**
**EVIDENCE LATENT FINGERPRINT REPORT**

LP#: 91-0853                              DATE OF REPORT: 08/10/91

CD#: 221504    CRIME: HOMICIDE          MSG TIME/DATE: 0622 HRS - 08/10/91
                                                        # 16584
COMPLT: JACKSON (DECEASED)SCENE Y/N: Y    DATE PROCS: 08/10/91

ADDRESS OF CRIME: BAILEY & E.DELEVAN                   TIME: 0220 HRS

PHONE#: N/A                               EXAM OFFICER: SMARDZ

TIME/DATE OF OCC: 0129 HRS - 08//10/91          DEFD: VALENTINO DIXON
                                                      # 172430
INV OFFICER: LONERGAN/VICKERD              PHOTOS TAKEN: Y
             SUSZEK/STAMBACH
UNIT OR PRCT: HOMICIDE                               BY: SHEPHARD

EVIDENCE COLLECTED: Y - 22 ITEMS            SUB TO LAB: Y - # 76336

LATENTS DEVELOPED: CRIME SCENE SEARCH
POOR LP'S DEVELOPED BUT LACKED ADEQUATE RIDGE DETAIL FOR COMPARABLE PURPOSES
ITEMS PROCESSED: ITEM #5 (SPENT .22 CASING), ITEM #7 (.32 CAL. H&R REVOLVER AND
SPENT .32 CAL.CASING - 27 SPENT 9MM CASINGS)


                              SUSPECTS COMPARED
          NAME                     MUG#                      RESULTS


REMARKS: REFER XC P-112 FOR INFO/DESCRIPTION OF RECOVERED ITEMS


UNIT ID# : HOM.CASE #91-145

   RWARDED TO: HOMICIDE SECTION          DATE: Det. Hm Smardz

                                               11/12/91
                                               **COE001608**

Attachment: CD#221504          HOM.CASE#91-145          ECU/LP#91-0583

SAT. 08/10/91 - NOTFD. AT HOME VIA PHONE LT.WM.SMITH/DDSO TO ASST.HOM.SECTION
RE: HOMICIDE/SHOOTING(S) - PRCT.#11 - BAILEY & E.DELEVAN AVES.

NOTFD.0140 HRS     ARR.0220 HRS     WEATHER: COOL/CLEAR     TEMP. 62 DEGREES

OFFICERS:HOMICIDE: LONERGAN/VICKERD/STAMBACH/SUSZEK
         PRCT.#16: PO'S DIEGELMAN/BROWN (16 N)
         DUTY INSP: LABEDZ
            PHOTOS: SHEPHARD
      PATH AT POST: DR.LOGHMANEE

SCENARIO: DECEASED ALONG W/3 OTHER VICTIM'S WERE SHOT AT AND SUFFERED GUNSHOT
          WOUNDS WHILE THEY WERE AT THE PARKING LOT OF LOUIE'S RED HOTS, BAILEY
          AND E.DELEVAN. DECEASED AND 3 WOUNDED TAKEN TO AREA HOSPITALS

VICTIM'S: 1. TORRIANO JACKSON,BM,17 - 19 THATCHER,BFLO.NY (ECMC-DECEASED)
          2. MARIO JARMON,BM,20 - 1122 E.DELEVAN,BFLO.NY (ECMC)
          3. AARON JACKSON,BM,20 - 19 THATCHER,BFLO.NY (ECMC)
          4. JOHN SULLIVAN,BM,17 - 49 ELMER,BFLO.NY (SISTER'S HOSP.)

Attachment:

08/10/91 - INITIAL CRIME SCENE SEARCH - ITEMS #1 THRU # 10 RECVD.AT THIS TIME.
0220 HRS   LPX ON ITEMS #5 & #7 (REFER XC P-112) - NEGATIVE

08/10/91 - EXAMINED '90 CHEV.GEO TRACKER RED NY PLT.# B9X-997 AT 1507 FILLMORE
0330 HRS   FOR BULLET HOLES. ONE RICOCHET HOLE IN DRIVER'S SIDE DOOR POST WAS
           NOTED. NO BULLET RECVD. - PHOTOS: SHEPHARD

08/10/91 - COLLECTED ITEMS #11 THRU #13 (CLOTHES/PROPERTY OF SHOOTING VICTIM'S)
0420 HRS   (TORRIANO JACKSON (DECEASED),MARIO JARMON,AARON JACKSON) AT ECMC/ER

08/10/91 - COLLECTED ITEM #14 (CLOTHES OF SHOOTING VICTIM JOHN SULLIVAN) AT THE
0630 HRS   SISTER'S HOSP/ER

08/10/91 - COLLECTED ITEM #15 THRU #21 AT THE AUTOPSY OF HOM.VICTIM TORRIANO
1000 HRS   JACKSON AT THE ECMC MORGUE

08/10/91 - DAYLIGHT CRIME SCENE SEARCH (2484 BAILEY VAE.) BAILEY & E.DELEVAN
1145 HRS   NO ADDITIONAL EVEIDENCE WAS COLLECTED


Attachment:

08/10/91 - RECVD.ITEM #22 (CLOTHES OF SUSP.VALENTINO DIXON) AT THE HOMICIDE OFC
1500 HRS

08/12/91 - TWENTY-ONE (21) ITEMS (ALL EXCEPT #7) FORWARDED TO THE ERIE COUNTY
0915 HRS   CPS LAB FOR ANALYSIS - TOT BERT PANDOLFINO - LAB # 76336

08/12/91 - ITEM #7 (.32 CAL.H&R REVOLVER, 27 SPENT 9MM CASINGS & 1 SPENT BULLET
           FORWARDED TO THE ADMIN.OFC. (P-127/P-10A) - TOT MIKE MULQUEEN
           PROP.#179477

**COE001609**



77B-1

## BUFFALO POLICE DEPARTMENT
### EVIDENCE LATENT FINGERPRINT REPORT

LP#: 91-0853                          DATE OF REPORT: 08/10/91

CD#: 221504    CRIME: HOMICIDE       MSG TIME/DATE: 0622 HRS - 08/10/91
                                                     # 16584
COMPLT: JACKSON (DECEASED)SCENE Y/N: Y    DATE PROCS: 08/10/91

ADDRESS OF CRIME: BAILEY & E.DELEVAN          TIME: 0220 HRS

PHONE#: N/A                          EXAM OFFICER: SMARDZ

TIME/DATE OF OCC: 0129 HRS - 08//10/91       DEFD: VALENTINO DIXON
                                                   # 172430
INV OFFICER: LONERGAN/VICKERD        PHOTOS TAKEN: Y
             SUSZEK/STAMBACH
UNIT OR PRCT: HOMICIDE                          BY: SHEPHARD

EVIDENCE COLLECTED: Y - 22 ITEMS     SUB TO LAB: Y - # 76336

LATENTS DEVELOPED: CRIME SCENE SEARCH
POOR LP'S DEVELOPED BUT LACKED ADEQUATE RIDGE DETAIL FOR COMPARABLE PURPOSES
ITEMS PROCESSED: ITEM #5 (SPENT .22 CASING), ITEM #7 (.32 CAL. H&R REVOLVER AND
SPENT .32 CAL.CASING - 27 SPENT 9MM CASINGS)


### SUSPECTS COMPARED

| NAME | MUG# | RESULTS |
|------|------|---------|
|      |      |         |


REMARKS: REFER XC P-112 FOR INFO/DESCRIPTION OF RECOVERED ITEMS


UIT ID# : HOM.CASE #91-145

FORWARDED TO: HOMICIDE SECTION          DATE: 8/12/99

Det. Henym. Smardz

CQE001620



Attachment: CD#221504          HOM.CASE#91-145.          ECU/LP#91-0583

SAT. 08/10/91 - NOTFD. AT HOME VIA PHONE LT.WM.SMITH/DDSO TO ASST.HOM.SECTION
RE: HOMICIDE/SHOOTING(S) - PRCT.#11 - BAILEY & E.DELEVAN AVES.

NOTFD.0140 HRS     ARR.0220 HRS     WEATHER: COOL/CLEAR     TEMP. 62 DEGREES

OFFICERS:HOMICIDE: LONERGAN/VICKERD/STAMBACH/SUSZEK
         PRCT.#16: PO'S DIEGELMAN/BROWN (16 N)
         DUTY INSP: LABEDZ
           PHOTOS: SHEPHARD
      PATH AT POST: DR.LOGHMANEE

SCENARIO: DECEASED ALONG W/3 OTHER VICTIM'S WERE SHOT AT AND SUFFERED GUNSHOT
          WOUNDS WHILE THEY WERE AT THE PARKING LOT OF LOUIE'S RED HOTS, BAILEY
          AND E.DELEVAN. DECEASED AND 3 WOUNDED TAKEN TO AREA HOSPITALS

VICTIM'S: 1. TORRIANO JACKSON,BM,17 - 19 THATCHER,BFLO.NY (ECMC-DECEASED)
          2. MARIO JARMON,BM,20 - 1122 E.DELEVAN,BFLO.NY (ECMC)
          3. AARON JACKSON,BM,20 - 19 THATCHER,BFLO.NY (ECMC)
          4. JOHN SULLIVAN,BM,17 - 49 ELMER,BFLO.NY (SISTER'S HOSP.)

Attachment:

08/10/91 - INITIAL CRIME SCENE SEARCH - ITEMS #1 THRU # 10 RECVD.AT THIS TIME.
0220 HRS   LPX ON ITEMS #5 & #7 (REFER XC P-112) - NEGATIVE

08/10/91 - EXAMINED '90 CHEV.GEO TRACKER RED NY PLT.# B9X-997 AT 1507 FILLMORE
0330 HRS   FOR BULLET HOLES. ONE RICOCHET HOLE IN DRIVER'S SIDE DOOR POST WAS
           NOTED. NO BULLET RECVD. - PHOTOS: SHEPHARD

08/10/91 - COLLECTED ITEMS #11 THRU #13 (CLOTHES/PROPERTY OF SHOOTING VICTIM'S)
0420 HRS   .(TORRIANO JACKSON (DECEASED),MARIO JARMON,AARON JACKSON) AT ECMC/ER

08/10/91 - COLLECTED ITEM #14 (CLOTHES OF SHOOTING VICTIM JOHN SULLIVAN) AT THE
0630 HRS   SISTER'S HOSP/ER

08/10/91 - COLLECTED ITEM #15 THRU #21 AT THE AUTOPSY OF HOM.VICTIM TORRIANO
1000 HRS   JACKSON AT THE ECMC MORGUE

08/10/91 - DAYLIGHT CRIME SCENE SEARCH (2484 BAILEY VAE.) BAILEY & E.DELEVAN
1145 HRS   NO ADDITIONAL EVIEDENCE WAS COLLECTED


Attachment:

08/10/91 - RECVD.ITEM #22 (CLOTHES OF SUSP.VALENTINO DIXON) AT THE HOMICIDE OFC
1500 HRS

08/12/91 - TWENTY-ONE (21) ITEMS (ALL EXCEPT #7) FORWARDED TO THE ERIE COUNTY
0915 HRS   CPS LAB FOR ANALYSIS - TOT BERT PANDOLFINO - LAB # 76336

08/12/91 - ITEM #7 (.32 CAL.H&R REVOLVER, 27 SPENT 9MM CASINGS & 1 SPENT BULLET
           FORWARDED TO THE ADMIN.OFC. (P-127/P-10A) - TOT MIKE MULQUEEN
           PROP.#179477

COE001621

P-73 **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Richard T. Donovan, Chief<br>Homicide Section | SUBJECT | DATE | 8/10/91 |
|----|---|---|---|---|
| FROM | Det. Mark R. Stambach | File 91-145 Torrano Jackson<br>Homicide<br>Dictated by Det. Mark R. Stambach | | |

ATTN:    James Rautenstrauch, Lieutenant

SIR:

Your writer did receive a call at 0220 hrs. this date from Shift Lt. William Smith.  Lt. Smith requested your writer's presence at the Homicide office for statements.  He informed your writer that a shooting occurred on E. Delavan/Bailey.

Your writer did arrive at the Homicide office at 0245 hrs.  Here you writer met with A. Det. Lockwood.  He had with him Emil Adams, a witness to this shooting.  Other witnesses were being brought in at this time by Pct. 11.

At this time a sworn statement was taken from Emil Adams.  See his sworn statement for further details and will become a permanent part of this file.

At the end of the statement a photo array was then shown to witness Emil Adams.   The photo array had six pictures.   He positively identified Valentino TINO Dixon as the shooter.  He pointed him out and said "this is the guy with the Tech 9 who was doing the shooting at Bailey and Delavan".  He then signed a P-88, photo array ID affidavit.  He was then taken to his home by A. Det. Lockwood.

The remainder of this tour was spent in the Homicide office working on this file.

Your office will be kept apprised of further developments on subsequent P-73's.

Respectfully submitted,

Det. Mark R. Stambach

*Mark R. Stambach*

MS/les

COE001531

P-1302

898
9407

File 91 - 145
Torrano Jackson

R.T.O.

C.O.H.

Det. M.A.S.

Attn: James Rat.

Called
In 9-9-91

Sir:

1        Your writer did recieve a call
at 0220 hours this date from shift
officer Lt. William Smith. Lt. Smith
requested your writers prescence at
the H.B.O for statements. He informed
your writer that a shooting occured
at E. Delavan and Bailey

Your writer did arrive at
the H.B.O at 0245 and there your
writer did meet with Det. Byron Lockwood.
He had with him Emil Adams. he
was a witness to the shooting. Other
witness's were being brought in at
this time by Prct. #11.

At this time a sworn state -
ment was taken from Emil Adams at
this time. See his sworn statement
for further details on this matter.
His statement will now become
a part of this file.

COB 000119

P-1302

At the end of the statement a photo-array was then showed to the witness Emil Adams. The photo-array had six seperate pictures. He positively identified Valentino TINO Dixon as the shooter. He pointed him out and said " This is the guy with the TECH-NINE who was doing the shooting at Bailey and Delavan ". He then signed a P-83 photo-array identification affidavit. He was then taken home by Det Lockwood.

The rest of the tour was spent in the H.B.O. working on this file. Your office will be kept appraised of any and new and further developements.

M.R.S

COB 000120

P-1302

File 91-145
Torrans Jackson

R.T.D.

C.O.H.

Det. M.R.S.

Attn: James Rat.

Called In 8-10-91

Sir:

Your writer did recieve a call at 0220 hours this date from shift officer Lt. William Smith. Lt. Smith requested your writers prescence at the HBO for statements. He informed your writer that a shooting occured at E. Delavan and Bailey.

Your writer did arrive at the HBO at 0245 and there your writer did meet with Det. Byron Lockwood. He had with him Emil Adams he was a witness to the shooting. Other witness's were being brought in at this time by Pret. #11.

At this time a sworn state-ment was taken from Emil Adams at this time. See his sworn statement for further details on this matter. His statement will now become a part of this file.

COE001473

At the end of the statement a photo-array was then showed to the witness Emil Adams. The photo-array had six seperate pictures. He positively identified Valentino TINO Dixon as the shooter. He pointed him out and said "This is the guy with the TECH-NINE who was doing the shooting at Bailey and Delavan". He then signed a P-88 photo-array identification affidavit. He was then taken home by Det Lockwood.

The rest of the tour was spent in the HBO working on this file. Your office will be kept appraised of any and new and further developements.

M R S

COE001474

August 10th, 1991

City of Buffalo
Department of the Police

State of New York
County of Erie
City of Buffalo

Emil Adams age 18 D.O.B. 12-30-72 of 65 Hastings phone number 834-2421
being duly sworn makes the following sworn statement at the Buffalo
Police Departments Homicide Squad. Statement taken by Detective Mark
R. Stambach.

Q. Can you read and write?
A. Yeah.

Q. What school do you go to?
A. Attending a school here I have not finished yet.

Q. The Buffalo Police are investigating a shooting that occured at
   Bailey and Delavan street at 0130AM. Because of this shooting
   there are four people shot. Torriano Jackson was shot tonight
   and because of thisshooting was D.O.A. at the Erie County Medical
   Center. Can you tell me in your own words what you know about this
   shooting?
A. Tonys brother Aron was telling us that he had got into it with
   Mario. But at that time he did not know Marios name. Then the
   police cleared the area out. The police left and then evryone came
   back. Then I was standing by a truck talking with some girls. Then
   Tony , and Aron, and another guys name I forgot got out of the car.
   We was just up there talking. Then Mario and two other guys came walk-
   ing by. Mario said something to Aron. Aron said something back to
   Mario. Then Aron went across the street. The crowd followed Aron
   across the street. To see the fight I guess. Then they never got a
   chance to hit each other. Then the two guys left Mario and came back.
   Thye had some guns. They went to shooting. Tony fell in the street.
   Aron made it across the street. The other guy that was with Tony and
   Aron picked Tony up and brought him to Louies parking lot. While he
   was picking Tony up the Two guys ran back down towards Marios house.
   Thats all I could tell you.

Q. Do you know Mario?
A. Yes I do.

Q. Were does Mario live?
A. On Delavan, I dont know the house number but it is six houses away
   from were everything happened.

Q. Do you know Marios name?
A. Not full name I just know Mario.

Q. What does Mario look like?
A. Maybe six six one, black male kind of stocky, about twenty, brown
   skinned.

Q. Did you see Mario do any shooting tonight?
A. No I did not Mario did not do any shooting.

Q. Who did the shooting?
A. I dont know the guys names but they are friends of Marios.

Q. What kind of gun was used for this shooting?
A. I cant say what kind, it looked like a TECH-NINE to me.

Q. Were did the shooting take place?
A. On the sidewalk and the street in front of the drug store.

Q. As you were standing were did you see Mario first?
A. I seen Mario crosing the street on Delavan and crossing Bailey.
   He was with the two guys that did the shooting.

Q. When this fight broke out were did Mario go?
A. He stayed right there.

COE001532 MRS E.A.

Q. Were did the two shooters go?
A. Down by Marios house.

Q. They walked which way?
A. Down Delavan towards Olympic on the same side as the drug store.

Q. Is that the side of Marios house?
A. Yes.

Q. Did you see them go into Marios house?
A. No I did not.

Q. How many of them came back with guns?
A. I paid attention to one the other one I thing just had a hand gun.

Q. How long were they away from Mario and the fight?
A. About forty seconds or so.

Q. Can you tell me what the person that had the TECH-NINE looked like?
A. A black male, heavy set, maybe about twenty the same age as Mario, about six feet tall, and I did not see any hair as he had a hat on.

Q. The shooter with the TECH-NINE what was he wearing at the time?
A. He was wearing some blue jeans cut up like I have on, a white T-shirt with something on the front. A hat white with a black or blue brim. Thats about it.

Q. Do you know his name or were he might live or who he hangs with?
A. Nothing.

Q. The second shooter do you know him the guy with the handgun?
A. Nothing.

Q. The second shooter what did he look like?
A. A black male, maybe about 5-9 or 5-10, kind of skinny, about eighteen or nineteen, dark skinned.

Q. What was he wearing?
A. I could only say Jeans and a T-shirt and a hat.

Q. After the shooting what way did these two guys run?
A. Back towards Marios house.

Q. What kind of pistol was this?
A. I cant say, it was chrome.

Q. What color was the TECH-NINE?
A. Black.

Q. I am now going to show you a mugg shot number 162576 can you tell me who that is?
A. Thats Mario.

Q. These two guys that did the shooting were with before and also after the shooting?
A. They were with Mario.

Q. Who were you standing with at the time of the shooting?
A. A guy named Mark and those three girls.

Q. Who is Mark?
A. A guy I know that lives a couple doors down from my cousin. My cousin is Joseph Vernard Washington he lives at 18 Humber street.

Q. Who are these girls?
A. I dont know them I was just getting to meet them/

Q. What kind of a car were they in?
A. A GEO Tracker, red with a white soft top, there truck got shot and the police have there names. There are three girls.

Q. Who else was there that you know by name or nickname?
A. No one.

COE001533

Page three statement of Emil Adams

Q. Before the shooting took place what direction did the shooters come from?
A. From Marios house or the direction of Marios house.

Q. Did they get into a car after the shooting?
A. I did not see them get into a car I saw them run away.

Q. Did they go down towards Olympic?
A. Yes they did, same side of the street as Marios house.

Q. Was there a party tonight?
A Yes there was.

Q. Were was this party?
A. On Newburgh street.

Q. Was there a fight at this party?
A. No there was not.

Q. Were did Tony and Aron tell you that they got into it with Mario?
A. He did not tell me.

Q. When did Aron and Tony tell you that they got into it with Mario?
A. Maybe about twenty minutes before.

Q. Is there anything else that you wish to add that I have not asked you that would help in this investigation?
A. No sir.

Q. Will you now read this statement?
A. Yes.

Q. If there are any corrections please tell me and I will make them. Is this statement all right and O.K.?
A. No it OK.

Q. Will you sign this statement now?
A. Yes I will.


                    SIGNED    _Emil Adams_____

                    WITNESSED    _____



Sworn to me this 10th day of August 1991.

_Mark R. Stambach_

Commissioner of Deeds in and for the City of Buffalo. My Commission expires on 12-31-91


COE001534

City of Buffalo
Department of Police

City of Buffalo
County o  Erie
State of New York

Saturday:  08-10-91

Time    : 0315 Hrs.

Travis Marshall Powell, Age 22, DOB 12-25-68, residing with his parents at
46 Poultney St. (Single House), Phone 837-0802, states that he is at present
un-employed. Being duly sworn and deposes, makes the following statement in
the Homicide Bureau Office. Statement being typed, and questions asked by Det.
Stanley W. Suszek.


Q.  How far did you go to school, and can you read andwrite?
A.  12th grade, and I can read and write.

Q.  The Buffalo Police are at present investigating a multiple shooting which
    occured at the intersection of E. Delevan Ave. and Bailey Ave. at about
    0130 Hrs. Will you in your  words, tell me what you know of this shooting?
A.  I was going to Louies Restaurant at the corner of E. Delevan & Bailey Aves
    for a hot dog. I was driving my Mother's  Geo-Storm, a little sports car.
    My friend's Aroon and Tory Jackson, there Brothers. Aaron was in the front
    seat with me, and Tory was in the backseat. We parked in the parking lot,
    all three of got out. The car was parked facing the drug store, (which
    would be North) Aaron got out, walked across the street, and started talk-
    ing toone guy along side of the building, Delenvan Ave. side. In the mean
    time I', crossing Delevan to go to the drug store,  to get a juice, because
    it cheaper then Louis's. Aaron and the guy he talking with are starting to
    argueing, and Tory was walking toward them two. The guy thought that they
    were going to jump him, because he knew they were Brothers, then him and
    Tory got into a fight. THey fought with their hands. I didn't see any weapo
    ns in either man's hands. They- were fighting in the street, near the curb

Q.  When did the shooting start?
A.  While they were argiung, I was slowly walking torward the store, trying to
    stay out of it. Then suddenyl I heard alot of shooting,like pops, I turned
    around and saw Tory lying in the street, with a guy over him, shooting at
    him. I didn't see what he was shooting with, but he was holding it with
    both hands. He hadhis back to me, I didn't see the gun.

Q.  Did you see the this man's face?
A.  No.

Q.  Would you recognize him again if you saw him in a photo line-up, or in
    person?
A.  I don't think so.

Q.  Now your describing this man shooting as using both hands, so that it wasn'
    a hand gun?
A.  What ever he was holding and shooting, he was using both hands.

Q.  After he was finisnhed shooting what did he do?
A.  He ran off, (West) on Delevan Ave. and I ran to Tory, and picked him up
    and took him to the parking lot to get him off the street.

Q.  Did he take this gun with him when he ran away?
A.  I guess he did, I dont know.

Q.  Do you recall how many shots he took at Tory?
A.  I'd saay about  four or five.

Q.  Was this one man the only one doing the shooting?
A.  Yeah, that's the only one that I saw.

Q.  I underestand that that there were a total of three or four people shot,
    do you know how they happend to get shot?
A.  No, because Tory was bleeding very heavy from the left side, that I was
    applying pressure to that side to stop the bledind.


Statement of Travis Marfshall Powell, Contiued on Page #2. . . . . . . . . .

COE007484

Statement of Travis Marshall Powell, Contiued from Page #1. . . . . . . . .

Q. When this was going on, where was Tory's Brother Aaron?
A. I don't know.

Q. Did either of you three, have any weapons before the fighting and shoot-
   ing started?
A. I had nothing, I don;t know what if any Tory andAaron had any.

Q. Do you know what the arguemtn was over?
A. I don't  know wat it was over.

Q. Are either and or both Aaron and Tory involved in Druga in any way?
A. No. I'm positive.

Q. Travis, it's now 0348 Hrs. I have just been advised by Patrol Lieuten-
   ant Sack, that one of the shooting victim's, Torriano Jackson was  ex-
   pired at this hospital, understabd?
A. Wow, his Brother just died two weeks ago.

Q. If you want to help Torry now is your chance, is there anything about
   this shooting that you haven't told me?
A. No, that's it.

Q. Did tyou see, or do you know, how the other three men, including Aaron
   got shot?
A. No, just Torry.

Q. The name of the other two mn, that were shot are Mairo Jarmon, and
   a John Sullivan, do you know either man?
A. I know Sullivan. I've seen Jarman in the neighborhood, but I don'r know
   as a buddy.

Q. Were these two men involved in the fighting?
A. I don't think so. I think that Sullivan was just standing around.

Q. When Torry and this man were arguing, were you able to hear what it was
   all about?
A. No.

Q. Was the man that he was arguing with, the same man that did the shootng?
A. No.

Q. To the best of your ability, would you describe this shootfer?
A. His back was torward me, I didn't see the color or complexion of his
   skin,  I think it was an all black sweat shuit. It was a darl uolored
   baseball cap. Everything happened so fast.

Q. That's a pretty busy intersection, how is the lighting there?
A. I guess it's pretty fair, I guess like a normal street.

Q. If the man that started the argument xxx with Aaron was not the shooter,
   where did this man go during the shooting?
A. When the shooting started everybody just ran.  All I had was my eyes on
   Torry.

Q. Is there anything that you wish to add, that I haven't covered?
A. No.

Q. Now that you have read this two page statement, is there anything that
   you wish to add, that I havent' covered?
A. NO.

Q. Is this statement true and correct to the best of your ability, knowledge
   and information?
A. Yes.

COE001446

Statement of Travis Marshall Powell, Contiued from Page #2. . . . . . . .


Sworn and subscribed before me
a Notary Public, this 10th day
of August, 1991.


STANLEY W. SUSZEK:  Notary Public
State of New York, Qualified in        LS----*Travis M. Powell*------------
Erie County. My Commission Ex-
pires 03-30-93.

Statement terminated at 0415 Hrs.


=sws=

COE001486

BPD Comp. 0035

P-147 Rev. (2/89) DEPARTMENT OF POLICE, BUFFALO, N.Y.
IDENTIFICATION SECTION

REQUEST FOR CRIMINAL RECORDS _X_ *Xikin*    MUG NUMBER _172430_

REQUEST FOR PHOTOGRAPHS _X_    NUMBER OF PHOTOS _5_

DATE: _8-10-9_ TIME: _0330_

SUBJECT'S NAME _Deson Valentino_

SUBJECT'S ADDRESS _____

SUBJECT'S ALIASES _____    D/O/B _____

TYPE OF INVESTIGATION _homicide_

CD# _221 584_    DET. CASE # _91 145_    INVEST. # _____

REQUEST COMPLETED BY:                    REQUEST SUBMITTED BY:

_R.P. Graves_    *delivered to Hom*    _W.M. Sull_ _Homicide_
IDENTIFICATION SECTION                   NAME & RANK OF OFFICER

AGENCY/DIVISION _____

NOTE: Use of this information is regulated by law (Title 28 USC,
      Article 156.00 NYSPL and Chapter 6 - BPD Rules and Regulations)

COB 000184

B-178-1
BUFFALO POLICE DEPARTMENT
EVIDENCE LATENT FINGERPRINT REPORT

LP#: 91-0854                                 DATE OF REPORT: 08/10/91

CD#: 221504    CRIME: MISC                   MSG TIME/DATE: # 16584

COMPLT: JACKSON (DECEASED) SCENE Y/N: H      DATE PROCS: 08/10/91

ADDRESS OF CRIME: BAILEY & E.DELEVAN         TIME: 0420 HRS

PHONE#: N/A                                  EXAM OFFICER: SMARDZ

TIME/DATE OF OCC: 0129 HRS - 08/10/91        DEFD: VALENTINO DIXON
                                                 # 172430
INV OFFICER: LONERGAN/VICKERD                PHOTOS TAKEN: N

UNIT OR PRCT: HOMICIDE                        BY: N/A

EVIDENCE COLLECTED: Y                        SUB TO LAB: Y - # 76336

LATENTS DEVELOPED: N/A

ITEMS PROCESSED: COLLECTED CLOTHES OF HOMICIDE & SHOOTING VICTIMS AT THE ECMC/ER


                         SUSPECTS COMPARED
          NAME               MUG#                      RESULTS


REMARKS: COLLECTED ITEMS #11 - CLOTHES OF TORRIANO JACKSON,BM,17 (DECEASED)
                         #12 - CLOTHES OF MARIO JARMON,BM,17
                         #13 - CLOTHES OF AARON JACKSON,BM,20




     REFER ORIGINAL LP#91-0853








UNIT ID#: HON.#91-145

FORWARDED TO: HOMICIDE                        DATE:

                                             _Det. Henry Smardz_
                                             8/19/91
                                             COB 000059

_Jackson Aaron_
_404519_

Form Ch-17                          PROGRESS NOTES

8/10/91    C420

Name)                                                    Unit No.
_Belongings given to Buffalo Police Representative_
_Sweat Pants - Cut Off_
_Underwoods - Cut Off_
_Shoes_
_Socks - two._

                        X Det. Hill Swords - 0425 - 8/10/91

_William Frieder_
WILLIAM FRIEDER

ERIE COUNTY MEDICAL CENTER

COE001617

P-147 Rev. (2/89) DEPARTMENT OF POLICE, BUFFALO, N.Y.
IDENTIFICATION SECTION

REQUEST FOR CRIMINAL RECORDS _____ ✓ _____ MUG NUMBER _____ 780307

REQUEST FOR PHOTOGRAPHS _____ ✓ _____ NUMBER OF PHOTOS ___ 5

DATE: 8-10-91   TIME: 0434

SUBJECT'S NAME _____ John A. Sullivan _____

SUBJECT'S ADDRESS _____

SUBJECT'S ALIASES _____ D/O/B  3-2-74

TYPE OF INVESTIGATION _____ Homicide _____

CD# 221 564   DET. CASE # 91-145   INVEST. # _____

REQUEST COMPLETED BY:                    REQUEST SUBMITTED BY:

RT P. Groves                             H.M. Spek / for Homicide

IDENTIFICATION SECTION                   NAME & RANK OF OFFICER

delivered to Him
VS
                                         AGENCY/DIVISION

NOTE: Use of this information is regulated by law (Title 28 USC,
      Article 156.00 NYSPL and Chapter 6 - BPD Rules and Regulations)

COB 000186

BPD Comp. 0039

P-147 Rev. (2/89) DEPARTMENT OF POLICE, BUFFALO, N.Y.
IDENTIFICATION SECTION

REQUEST FOR CRIMINAL RECORDS _____ X _____    MUG NUMBER _163576_

REQUEST FOR PHOTOGRAPHS _____ ✓ _____    NUMBER OF PHOTOS _5_

DATE: _8-16-91_ TIME: _0425_

SUBJECT'S NAME _Mario    Jarmon_

SUBJECT'S ADDRESS _____

SUBJECT'S ALIASES _____    D/O/B _12-23-71_

TYPE OF INVESTIGATION _Homicide_

CD# _221 564_    DET. CASE # _91-145_    INVEST # _____

REQUEST COMPLETED BY:                    REQUEST SUBMITTED BY:

_R.P. Groves_    _delivered to Roy NS_    _Lt. M. Sack / from Homicide_
IDENTIFICATION SECTION                    NAME & RANK OF OFFICER

_____
AGENCY/DIVISION

NOTE: Use of this information is regulated by law (Title 28 USC,
      Article 156.00 NYSPL and Chapter 6 - BPD Rules and Regulations)

COB 000185

# PERSONAL PROPERTY STATEMENT
## ERIE COUNTY MEDICAL CENTER

#12

Property Record No.:

Date: 8/10/91    Time: 0425

# Personal Property Bags:

Patient Name: Mario Jarmon

Patient Address:

"A" Number: 720921

## SECTION 1: PATIENT DECLARATION

*Given to Police X* Del Personals 0425 - 8/10/91

I understand that the Erie County Medical Center assumes no liability for the loss of personal property unless this property is deposited in the hospital's safe. I also understand that due to space limitations, the use of the hospital safe is limited to me for anything not identified below.

Given my understanding of the above, I choose to : 1. ____ Deposit 2. ____ Not deposit items in the hospital safe. 3. ____ I have no property to deposit nor will I bring anything of value into the hospital.

*1 pair Sneaker, 1 set keys, 1 pair Jeans, 1 belt + 1 pair Boxer Shorts, 2 Shirts - all cut by mede Personel, 1 Gold Colored earring (nugget)*

I have read and understand the above statements.

Patient/ Patient Representative Signature:

Witness Signature: *Jerena Kieht (R)*    Date: 8/10/91

## SECTION 2: DEPOSIT INFORMATION (COMPLETE ONLY IF A DEPOSIT IS MADE AND APPROPRIATE SPACE ABOVE IS CHECKED.)

I am requesting that the items checked below be placed in an envelope, sealed, and placed into the hospital safe. The envelope will be returned to me or an individual I legally empower, in full and sealed. Return is limited to the hours between 9:00 a.m. and 4:00 p.m. on normal work days.

### Patient Valuables

Key(s)  #

Wallet

Purse and Contents

Cash  ($          )

Jewelry          (Describe below)
Insurance Cards
Drivers' License
Soc. Security Card          Other

Describe Jewelry/Other here:

Patient/Patient Representative Signature:

Date:

Witness Signature:          Date:

## SECTION 3:  RECEIPT OF PATIENT PROPERTY (COMPLETED BY THE CASHIER'S OFFICE)

A. Receipt of envelope by Cashier's Office: (To be completed by Cashier receiving envelope.)

Cashier's Signature:          Date:

Date Envelope Rec'd:

B. Return of envelope to Patient or Patient Representative:   (To be completed on Cashier's copy only at the time the envelope is returned to Patient or Patient Representative.)

Date Envelope Returned:

Patient or Patient Representative's Signature:

Cashier's Signature:

Completed in triplicate:

Original:  Bag Copy          Pink:  Patient's Copy          Yellow:  Patient's File

Gold:  Cashier's Copy (Wrap around bag, do not staple)

Form 620153 3/91

COE001618

# PERSONAL PROPERTY STATEMENT
## ERIE COUNTY MEDICAL CENTER

(#13)

Property Record No : 7319163    08/10/91    Patient Name: _____

Date : _____    JICKSON, AARON    20Y    Patient Address: _____
40 Time 45 19 H E 01/26/71

# Personal Property Bags: P - _____    "A" Number: _____

## SECTION 1: PATIENT DECLARATION

I understand that the Erie County Medical Center assumes no liability for the loss of personal property unless this property is deposited in the hospital's safe. I also understand that due to space limitations, the use of the hospital safe is limited to me for anything not identified below.

Given my understanding of the above, I choose to : 1. _____ Deposit 2. ✓ Not deposit items in the hospital safe. 3. _____ I have no property to deposit nor will I bring anything of value into the hospital. Shoes, socks, cut pants, underwear

I have read and understand the above statements.

Patient/ Patient Representative Signature: _____(Unable to sign)_____

Witness Signature: _____William Turk RN_____ Date: 8-10-91

## SECTION 2: DEPOSIT INFORMATION (COMPLETE ONLY IF A DEPOSIT IS MADE AND APPROPRIATE SPACE ABOVE IS CHECKED.)

I am requesting that the items checked below be placed in an envelope, sealed, and placed into the hospital safe. The envelope will be returned to me, or an individual I legally empower, in full and sealed. Return is limited to the hours between 9:00 a.m. and 4:00 p.m. on normal work days.

### Patient Valuables

Key(s) # _____    Jewelry _____ (Describe below)
Wallet _____    Insurance Cards _____
Purse and Contents _____    Drivers' License _____
Cash  ($ _____ )    Soc. Security Card _____ Other _____

Describe Jewelry/Other here: _____

Patient/Patient Representative Signature: _____

Date: _____

Witness Signature: _____ Date: _____

## SECTION 3: RECEIPT OF PATIENT PROPERTY (COMPLETED BY THE CASHIER'S OFFICE.)

A. Receipt of envelope by Cashier's Office: (To be completed by Cashier receiving envelope.)

Cashier's Signature: _____ Date: _____

Date Envelope Rec'd.: _____

B. Return of envelope to Patient or Patient Representative:    (To be completed on Cashier's copy only at the time the envelope is returned to Patient or Patient Representative.)

Date Envelope Returned: _____

Patient or Patient Representative's Signature: _____

Cashier's Signature: _____

Completed in triplicate:

Original: Bag Copy    Pink: Patient's Copy    Yellow: Patient's File    0425 hrs

Gold: Cashier's Copy (Wrap around bag - do not staple  )    8/10/91    HMS

Form 620153  3/91

COE001616

City of Buffalo
Department of Police

City of Buffalo
County of Erie
State of New York

Saturday:   08-10-91
Time    :   0430 Hrs.

Sonya Latrice James, Age 20, DOB 02-15-71, residing at 334 Hamburg St. Apt #5,
with no Home Phone, but may be reached via her Moter's Phone, 896-2378, states
that she is presently un-employes. Being duly sworn and deposes, makes the fo-
lowing statement in the Homicide Bureau Office. Statement being typed, and
questions asked by Det. Stanley W. Suszek.

Q.  How far did you go to school, and can you read and writex?
    To my 3rd year, and I can read and write.

Q.  The Buffalo Police are investigating a shooting that occured at the inter-
    section of E. Delevan & Bailed Aves. at about 0130 Hrs. this morning. Will
    you in your own words, yet tell me what you know of this incident?
A.  I was standing talking with my  friend, Dana Brown in front of her house
    on E. Delevan. Her house is on E.Delevan, next to the bar that's on Eric-
    son St. She was standing in the hallway, I was like on the sidewalk. I hear
    a jeep go by playing loud music, and I liked the song.It was going East on
    Delevan Ave. A few minutes later, it drove by going West on Delevan Ave.
    still playing the loud music.I was watching it as it was standing at the
    light at Bailey and Delevan. When the light changed, it went forward, and
    stopped at the side of the drug store, about where the bus stop is. They
    turned down, or off  this loud music, To my knowledge, two guys got out
    of the riht side of the jeep, and started  shooting torward Louie's Rest.
    They actualy started shooting from inside the jeep, then they got out, and
    contiued shooting. They then got back into the jeep and drove off slowly.

Q.  When they droce by on both occasions, were you able to see inside the jeep?
A.  No, they had the tinted glass.

Q.  Please describe this jeep vehicle?
A.  It was like a blazer type vehicle, navy blue in color, dark tinted windows,
    and the back window of the vehcile was open.In was in good shape, and in
    reasonable good condition. I think that I would recognize this vehicle
    again if I saw it. It looked like it was washed, it was just a plain old
    vehicle. The only reason it drxew my attention was because of the loud mu-
    sic.

Q.  When you saw them start shooting, what did you do?
A.  I said Oh my God, there shooting. I ran across the street to the phone
    and called "911".

Q.  Just to get back for a second, when they started shooting, in what direc-
    tion were they shooting, and or at whom, or what?
A.  They were shooting torwards Loueis parking lot. There were a bumch of fe-
    males and males hanging around this parking lot, and across the street.
    They all started runing and screaming when the shooting started.

Q.  Ater the shooting, where did this jeep, or blazer go?
A.  It went straight going West on Delevan/

Q.. After youmade this call to 911, did you go to the scene?
A.  After I called 911, I called my Aunt told her what happened. I then walked
    over to the shooting area. I seen about 3 cop cars coming. I seen the boy
    that just left your office,carry him to the  middle of the parking lot.

Q.  Did you see this boy prior to the shooting?
A.  No.

Q.  Did you see anyone get shot?
A.   I saw them keep shooting at the one laying in the middle of the street.

Statement of Sonya Latrice James, Contiued on Page #2 . . . . . . . . .

S.L.J.

COE001487

Statement of Sonya Latrice James,Contiud xxxxx from Page #1. . . . . . . .

Q. About how far away do you think you were rom the scene, when the shootin
started?
A. Little more then a black. AbOut a block and a half.

Q. From that distance, could you recognize anyone?
A. No.

Q. When you were talking with your friend Dana Brown, was anyone else there
with you two?
A. My younger cousins, Shawnee Loman, Age 14, of 41 & Floss St., and Sheila
Young, Age 17, 181 Newburg St. They were on the sidewalk waiting for
me.

Q. Now you mentioned that you were questioned at the scene about a former
bayfriend, Valentino Dickson. Can you tell me about him?
A. I was seated in the back of oneof the cop cars, when I heard the dispat-
cher asked if anyone had a description of a Valentino Dickson. He didn't
say why he asked that question.

Q. You said that he was you boyfriend, is that right?
A. He is by baby's Father. I haven't seen him in 12 months. I heard that he
lives on Moselle. He has a white silver chrome 1991 Cadillac. I had heard
that some time before Christmas, some one had shot him, and that he has a
law suit against them, or at least they were going to court.

Q. Do you have any idea, as to why this shootng took place?
A. No I don't.

Q. Is there anything that tyo wish to say, that I haven't covered?
A. It's a shame.

Q. Now that you have read this 2 page statement, is there that you wish to
add, change or correct?
A. No.

Q. Is this 2 page xxxxxx statement true and correct, to the best of your
knowledge, information and beleif?
A. Yes.

Subscribed and sworn before me
this 10th day of August, 1991.

_Stanley W. Suszek_ (signature)
STANLEY W. SUSZEK: Notray Public                    LS _Sonya L. James_ (signature)
State of New York, Qualified in
Erie County. My Commission expires
03-30-93.

Statement terminated at 0525 Hrs.

=sws=

COE001488

City of Buffalo
Department of Police

City of Buffalo                                    Saturday:    08-10-91
County of Erie                                     Time  :     0430 Hrs.
State of New York.

Sonya Latrice James, Age 20, DOB 02-15-71, residing at 334 Hamburg St. Apt #5, with no Home Phone, but may be reached via her Moter's Phone, 896-2378, states that she is presently un-employes, Being duly sworn and deposes, makes the folowing statement in the Homicide Bureau Office. Statement being typed, and questions asked by Det. Stanley W. Suszek.

Q.  How far did you go to school, and can you read and writex?
To my 3rd year, and I can read and write.

Q.  The Buffalo Police are investigating a shooting that occured at the inter-
    section of E. Delevan & Bailey Aves. at about 0130 Hrs. this morning. Will
    you in your own words, xxx tell me what you know of this incident?
A.  I was standing talking with my  friend, Dana Brown in front of her house
    on E. Delevan. Her house is on E.Delevan, next to the bar that's on Eric-
    son St. She was standing in the hallway, I was like on the sidewalk. I heard
    a jeep go by playing loud music, and I liked the song.It was going East on
    Delevan Ave. A few minutes later, it drove by going West on Delevan Ave.
    still playing the loud music.I was watching it as it was standing at the
    light at Bailey and Delevan. When the light changed, it went forward, and
    stopped at the side of the drug store, about where the bus stop is. They
    turned down, or off this loud music. To my knowledge, two guys got out
    of the riht side of the jeep, and started  shooting torward Louie's Rest.
    They actualy started shooting from inside the jeep, then they got out, and
    contiued shooting. They then got back into the jeep and drove off slowly.

Q.  When they droke by on both occasions, were you able to see inside the jeep?
A.  No, they had the tinted glass.

Q.  Please describe this jeep vehicle?
A.  It was like a blazer type vehicle, navy blue in color, dark tinted windows,
    and the back window of the vehicle was open.In was in good shape, and in
    reasonable good condition. I think that I would recognize this vehicle
    again if I saw it. It looked like it was washed, it was just a plain old
    vehicle. The only reason it dr   my attention was because of the loud mu-
    sic.

Q.  When you saw them start shooting, what did you do?
A.  I said Oh my God. there shooting. I ran across the street to the phone
    and called "911".

Q.  Just to get back for a second, when they started shooting, in what direc-
    tion were they shooting, and or at whom, or what?
A.  They were shooting torwards Loueis parking lot. There were a bunch of fe-
    males and males hanging around this parking lot, and across the street.
    They all started runing and screaming when the shooting started.

Q.  Ater the shooting, where did this jeep, or blazer go?
A.  It went straight going West on Delevan?

Q.  After youmade this call to 911, did you go to the scene?
A.  After I called 911, I called my Aunt told her what happened. I then walked
    over to the shooting area. I seen about 3 cop cars coming. I seen the boy
    that just left your office,carry him to the  middle of the parking lot.

Q.  Did you see this boy prior to the shooting?
A.  No.

Q.  Did you see anyone get shot?
A.   I saw them keep shooting at the one laying in the middle of the street.

Statement of Sonya Latrice James, Contiued on Page #2

*S. L. J.*

COB 000106

Statement of Sonya Latrice James, Contiud xxxxx from Page #1. . . . . . . .

Q. About how far away do you think yo ere rom the scene, when the shooting started?
A. Little more then a black. AbOut a b_ock and a half.

Q. From that distance, could you recognize anyone?
A. No.

Q. When you were talking with your friend Dana Brown, was anyone else there with you two?
A. My younger cousins, Shawnee Loman, Age 14, of 41 & Floss St., and Sheila Young, Age 17, 181 Newburg St. They were on the sidewalk waiting for me.

Q. Now you mentioned that you were questioned at the scene about a former boyfriend, Valentino Dickson. Can you tell me about him?
A. I was seated in the back of oneof the cop cars, when I heard the dispatcher asked if anyone had a description of a Valentino Dickson. He didn't say why he asked that question.

Q. You said that he was you boyfriend, is that right?
A. He is by baby's Father. I haven't seen him in 12 months. I heard that he lives on Moselle. He has a white silver chrome 1991 Cadillac. I had hear that some time before Christmas, some one had shot him, and that he has a law suit against them, or at least they were going to court.

Q. Do you have any idea, as to why this shootng took place?
A. No I don't,

Q. Is there anything that tyo wish to say, that I haven't covered?
A. It's a shame.

Q. Now that you have read this 2 page statement, is there that you wish to add, change or correct?
A. No.

Q. Is this 2 page xxxxxx statement tr and correct, to the best of your knowledge, information and belief?
A. Yes.

Subscribed and sworn before me
this 10th day of August, 1991.

_(signature)_

STANLEY W. SUSZEK: Notray Public
State of New York, Qualified in
Erie County. My Commission expires
03-30-93.

LS _(signature)_ Sonya S. James



Statement terminated at 0525 Hrs.

=sws=

COB 000107

## BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

P-73

| TO: | Richard T. Donovan, Chief<br>Homicide Section | SUBJECT | DATE 8/10/91 |
|---|---|---|---|
| FROM | Det. John Vickerd | Multiple Shooting<br>File 91-145 Bailey/E.Delavan<br>Dictated by Det. John Vickerd | |

Attn:  James Rautenstrauch, Lt.

sir:

At approximately 0445 hrs. this date your writer prepared a photo array of six B-M, which will include a photo of Valentino Dixon, B-M, BPD Mug #172430, dated 7/29/90.  This photo array will have the following mugs in slots as indicated:

Slot #1 Mug #166781 dated 11/13/89;
Slot #2 Mug #172430 dated 7/29/90;
Slot #3 Mug #164813 dated 11/14/90;
Slot #4 Mug #152153 dated 2/31/88;
Slot #5 Mug #143655 dated 7/16/90;
Slot #6 Mug #166924 dated 11/16/90.

A sworn statement was taken this date from Emil Adams, B-M, age 18 of 65 Hastings St. by Det. Stambach.  Included in this statement Emil describes a B-M he saw shooting a "Tech 9" at Bailey/Delavan, which resulted in the fatal wounding of Torrano Jackson.

At approx. 0505 hrs. this date, the above photo array was shown to Emil Adams.  Emil was asked if he recognized any of the persons as being the person that he saw doing the shooting at Bailey/Delavan.  Emil pointed to the photo in Slot #2 and stated "this is the guy" he saw shooting the Tech 9.  At this time your writer filled out a P-88, photo array identification affidavit, stating the photo in Slot #2 was positively identified by Emil Adams as the person he saw shooting the Tech 9 at Bailey/Delavan.

Your writer then informed Emil Adams the person whose photo he picked in Slot #2 is Valentino Dixon.  The photo array ID affidavid was then sworn to and signed by Emil Adams before me, and signed by your writer.

Subsequent developments will be reported via additional P-73's.

Respectfully submitted,

Det. John Vickerd

JV/les

P-88 [Rev. 12/86]

**DEPARTMENT OF POLICE**
**CITY OF BUFFALO**
Photo - Array Identification Affidavit

DATE: _8 / 10 / 91_

STATE OF NEW YORK
COUNTY OF ERIE     } SS. :
CITY OF BUFFALO

_EMIL ADAMS_ , AGE _18_ , ADDRESS _65 HASTINGS_
_BFLO NY_ , PHONE _834 -2421_ , BEING DULY SWORN, DEPOSES AND MAKES THE
FOLLOWING STATEMENT TO _JOHN VICKARD_ _DET._
                                    [Name]                            [Rank]
AT _0505_ HRS., DATE _8 / 10 / 91_ , WHILE AT _74 FRANKLIN_ _BFLO._ _NY_
                                              [Address]        [City / Town]    [State]

**NOTE :** STRIKE OUT SECTION **A** OR **B** THAT DOES NOT APPLY.

I WAS SHOWN A FOLDER WITH SIX [6] PHOTOGRAPHS IN SEPARATE SLOTS :

**A.** I PICKED OUT A PHOTO IN THE NUMBER _2_ SLOT AND I POSITIVELY IDENTIFY THE PERSON IN THE

PHOTOGRAPH AS BEING THE ONE THAT _WAS SHOOTING THE TECH -NINE_ ~~ME~~ ON _8 / 10 / 91_ .
                                                    (Describe criminal act) _AT BAILEY + DELAVAN_ [Date]
I WAS TOLD BY THE ABOVE POLICE OFFICER THAT THE NAME OF THE PERSON IN THE PHOTOGRAPH IS

_VALENTINO DIXON_ .
          (Enter name)

**B.** I PICKED OUT A PHOTO IN THE NUMBER _____ SLOT AND I IDENTIFIED THE PERSON IN THAT PHOTOGRAPH

AS LOOKING LIKE THE PERSON WHO _____ ME ON __/__/__ BUT, I CANNOT BE SURE
                                        (Describe criminal act)        [Date]
UNLESS _____
                    (Describe why)

*I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.*

Signed _Emil Adams_

SUBSCRIBED AND SWORN TO BEFORE ME,
THIS _10 TH_ DAY OF _AUGUST_ 19 _91_
COMMISSIONER OF DEEDS IN AND
FOR THE CITY OF BUFFALO, N.Y.

COE001529

BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO | Richard T. Donovan Chief of Homicide Bureau | SUBJECT | DATE 08-10-91 |
|---|---|---|---|
| FROM | Det. Stanley W. Suszek | Torriano Jackson: Homicide File #91-145   ME Case #692-91 Post Mortem Examination & Photo Confidential    Called-In 0600-1400 Hrs. | |

Attention;   J.D. Rautenstrach;   Lieut.

Sir;

The under-signed did attend the Post Mortem Examination of the above captioned shooting victim at 1030 Hrs. this date. Dr. Fazlolla Loghmanee the Associate M.E., did preform this examination, with the assistance of the deaner, George Washington.

The nude body of a young black male was viewed on the examination table, and identified via a toe tag on his left toe, as that of Torriano Jackson. It was assigned ME Case #692-91, and had a scale weight of 134-lbs, and a length of some 67". Photographer Bill Shephard was present, and had taken the required photos, along with the evidence man Det. Henry Smardz.

As the number of wounds are numerous, they will be described in detail by Dr. Loghmanee in his notes, and reports. For our purposes, this victim had received Eighteen (18) wounds. From these wounds, there were Five (5) projectiles recovered. The remaining Thirteen (13) wounds are a result of both the entrances, and exits, and at times cannot be identified as to theur exact nature.

All of the recoverd projectiles were turned over to Det. Smardz as they were recovered by Dr. Loghmanee. Upon completion of the examination, Dr. Loghmanee ruled death was Homicidal, and due to " Internal Bleeding,due to Multiple Gunshot Wounds". The certification, along with the lone polariod photo are herewith attached.

Respectfully submitted;

Det. STanley W. Suszek

=sws=

P-73    **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Richard T. Donovan<br>Chief of ~~Homicide~~ Bureau | SUBJECT | | DATE 08-10-91 |
|---|---|---|---|---|
| FROM | Det. Stanley W. Suszek | Torriano Jackson:  Homicide<br>File #91-145    ME Case #692-91<br>Post Mortem Photo<br><br>0600-1400 Hrs. | | |



COE001491

GENERAL OFFENSE REPORT    POLICE DEPARTMENT, BUFFALO, N.Y. 1991    Rev.5/86

| 1 VICTIM'S NAME ( Firm Name, If Business) | 2 ADDRESS ( Do not use Postal Zip Code Address ) | | RES. |
| --- | --- | --- | --- |
| Torriane Jackson | 19 Thatcher | | BUS. |
| 4 PERSON WHO DISCOVERED OR REPORTED CRIME | 5 ADDRESS ( Do not use Postal Zip Code Address ) | | RES. |
| | | | BUS. |

| 6 C.O. NUMBER | 7 OFFENSE : Law, Section / Sub., Class, Category, Name of Offense, Degree | 2-3 DATE OCCURRED | Hr. |
| --- | --- | --- | --- |
| 504 | PL. 125.25 Murder 2nd A-1 Fel. | 8-10-91 | 0129 |

| 9 ADDRESS OF OCCURRENCE | 2-7 PCT. | 2-8 CASE NO. | 2-9 DATE & TIME REPORTED |
| --- | --- | --- | --- |
| 2484 Bailey | 11 | 17715 | 8-10-91 |

| 2-10 DESK OFFICER ( NAME & RANK) | 10 UNIT REFERRED | 14 BICYCLE DESC. |
| --- | --- | --- |
| F.O.JREESE | Homicide | Manuf. Name |

11 P.1192 Req.   YES   NO    By:    Pct.Dets.    DD. Sqd.

12 VICTIM'S Required in all CRIMES AGAINST THE PERSON ⟹  b AGE 17  b SEX M  c RACE B

13 CASE STATUS  ACTIVE

TYPE OF PERSON (VICTIM) ⟹

| | POLICE OFF. | 1 | INJURY | BUS DRIVER | 4 | DOMESTIC | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | POLICE OFF. | 2 | NO INJURY | CAB DRIVER | 5 | MOTORIST | 8 |
| | FIREMAN | 3 | | OTHERS | 6 | | |

15 RAPE
- 1 RAPE BY FORCE
- 2 ASSAULT TO RAPE (Attempts)
- 3 OTHERS

16 ROBBERY Method & Type of Location
- ARMED ANY WEAPON 2
- STRONG-ARMED NO WEAPON A
- HIGHWAY (Street, Alleys etc.) B
- COMMERCIAL HOUSE (Except C, D, F)

Weapon Type
- GAS or SERVICE STA. D
- CONVENIENCE STORE
- RESIDENCE (Anywhere on premises) E
- BANK or SAVINGS & LOAN ASSN. F
- MISC. G
- (Specify)

17 ASSAULT
- 1 [X] GUN
- 2 KNIFE OR CUTTING INSTRUMENT
- 3 OTHER DANGEROUS WEAPON
- 4 HANDS, FIST, FEET, etc. AGGRAVATED
- 5 OTHERS NOT AGGRAVATED

18 BURGLARY Type of Entry and Premises
- FORCIBLE ENTRY 1
- NON-FORCIBLE ENTRY 2
- ATT. FORCIBLE ENTRY
- RESIDENCE 1 DAY / 2 NIGHT / 3 UNKNOWN
- NON-RES.

19 LARCENY Read from left to right the first that applies. Check one only.
(Do not check any squares in FRAUD Cases)
- POCKET-PICKING A
- PURSE-SNATCHING B
- SHOP-LIFTING C
- FROM MOTOR VEHICLE (Except accessories) E
- FROM BUILDING G (except C & H)
- FROM ANY COIN OPERATED DEVICE OR MACHINE H
- OTHERS (Specify)

| 3-4a CURRENCY | 3-4b JEWELRY | 3-4c CLOTHING - FURS | 3-4d OFFICE EQUIP. | 3-4e CAMERAS/TV's RADIOS | 3-4f BICYCLE |
| --- | --- | --- | --- | --- | --- |
| 3-4g FIREARMS | 3-4h HOUSEHOLD GOODS | 3-4i CONSUMABLES | 3-4j LIVESTOCK | | |

| 20 DATE OF ARR. | 21 OFFENDERS NAME | (Narrative if more than one) | 22 D.O.B. | a AGE | b SEX | c RACE | 23 HOME ADDRESS ( No., St., City, Town, Village, State ) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 24 TIME OF ARR. | 25 PCT. | 26 ARRESTING OFFICER'S NAME | | 27 EMP. NUMBER | 28 TI. | | Date + Time |

29 NARRATIVE:

On above date,time and location the following and alteration per(s) unk. at this time did fire multiple shots from an unidentified firearm strike the following victims: (1)Torriane Jackson b/m 19 thatcher-decease at ECMC,(2) Aaron Jackson 20yrs. b/m 19thatcher,(3)Mario Jackson 19yrs B/M 1122 East Delavan(4) John Sullivan III 17yrs B/M 49 Elmer. INV By LT.SACK,P.O.sMakowski/lopez/Beyer/Padin/Forzio/Oneill of Pct#11 Cars from Pct.#8,9,16,12,TPU,K-9,Homicide,Car#40,an all proper depts.

| 30 INVESTIGATING OFFICER, PRINT OR TYPE NAME | 31 EMPLOYEE NUMBER | 32 UNIT SUPERIOR OFFICER'S SIGNATURE ( Approving ) |
| --- | --- | --- |
| J.Makowski | 587970 | |
| 33 Unit | 34 Date | 35 Detective Supervisor | 36 Detective Assigned |

COE001481

P-10A (9/85)

**PROPERTY REPORT [FIREARMS]**
**BUFFALO POLICE DEPARTMENT**
**BUFFALO, NEW YORK 14202**

CD

COMMAND ECU

MSG. #16584- 0622 hrs

DATE 8 , 10 , 91    [ CHECK BOX[ES]    DATE OF MSG. 8 , 10 , 91

| 1. LOST ☐ | 2. FOUND ☐ | 3. ABANDONED ☐ | 4. RECOVERED ☐ | 5. EVIDENCE XX |
|---|---|---|---|---|

6. (LOCATION WHERE PROPERTY WAS OBTAINED, ETC.)

| (NO.) STREET | APT. NO. | CITY/TOWN/VILLAGE | STATE) |
|---|---|---|---|
| 1157    E.Delevan | | Bflo | NY |

| 7. (OWNER    FIRST    M.I.    LAST NAME) | 8. (OWNER'S ADDRESS) | (PHONE) |
|---|---|---|
| Unknown | | |

| 9. (OFFICER IN CHARGE OF THE CASE | RANK | COMMAND) | (CO PHONE) |
|---|---|---|---|
| Henry Smardz | Det | ECU | 4484 |
| Ra-Chelle Brown | PO | Prct.#16 | 4416 |

**DESCRIPTION** (Specify Make, Model, Serial No.'s, Manufacturers Name)
**(WEAPONS MUST BE UNLOADED)**

| WEAPON NO. 1 | WEAPON NO. 2 | WEAPON NO. 3 |
|---|---|---|
| Serial Number 747 7747 | Serial Number | Serial Number |
| Model | Model | Model |
| Manufacturer (Make) MAKIT H+R | Manufacturer (Make) | Manufacturer (Make) |
| Caliber/Guage .32 cal. S+W | Caliber/Guage | Caliber/Guage |
| Type revolver | Type | Type |
| Barrel Length 2" | Barrel Length | Barrel Length |
| Magazine/Cylinder Capacity 5 shot(s) | Magazine/Cylinder Capacity | Magazine/Cylinder Capacity |
| Single/Double Barrel single | Single/Double Barrel | Single/Double Barrel |
| Finish silver | Finish | Finish |
| Other distinguishing features blk.grips | Other distinguishing features | Other distinguishing features |
| break front- 1spent .32 casing- | | |
| 27 spent 9mm casings,1 lead slug | | |

| | Yes | No | | Yes | No | | Yes | No |
|---|---|---|---|---|---|---|---|---|
| P-127 Submitted | X | | P-127 Submitted | | | P-127 Submitted | | |
| P-77-C Submitted | | X | P-77-C Submitted | | | P-77-C Submitted | | |
| Recd 8-12-91 | | | 52A | | | | | |

REMARKS: item is evid.Re:Hom#91-145 from Bailey & E.Delevan , 8/10/91
ECU/LP#91-0853

76336

10. HOLD PROPERTY UNTIL: (SPECIFY CONDITIONS OF RELEASE)

XX RELEASE BY COURT ORDER

| 11. (PERSON WHO/HAS/WILL AUTHORIZE THE RELEASE) | (RANK) | (COMMAND) | (CO PHONE) |
|---|---|---|---|

| 12. (DEFENDANT(s) | (CHARGED WITH (STATE OFFENSE) |
|---|---|
| Valentino Dixon,BM,21 #172430 | Homicide/Shootings - Poss.Weapons |

RECEIVED PROPERTY AS SET FORTH ABOVE
PROPERTY NO.

**179477**

SIGNED

(COMMANDING)    (RANK)

Lieut

PREPARE ORIG. AND 4 COPIES
DIST. ORIG. & 3 COPIES TO BUR. OF ADM. SERVICES
1 COPY FOR COMMAND FILES

James T. Fuers

**SEE INSTRUCTIONS ON REVERSE SIDE**
**DO NOT LEAVE ANY ENTRY BLANK IF NOT APPLICABLE, MARK ENTRY "NA"**

COE001648

P-10A (9/85)

**PROPERTY REPORT [FIREARMS]**
**BUFFALO POLICE DEPARTMENT**
**BUFFALO, NEW YORK 14202**

CD 221504

COMMAND ECU

MSG. #16584- 0622 hrs

DATE 8 / 10 / 91

[ CHECK BOX[ES]

DATE OF MSG. 8 /10 /91

| 1. LOST | 2. FOUND | 3. ABANDONED | 4. RECOVERED | 5. EVIDENCE |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | XX |

6. (LOCATION WHERE PROPERTY WAS OBTAINED, ETC.)

| (NO. STREET | APT. NO. | CITY/TOWN/VILLAGE | STATE) |
|---|---|---|---|
| 1157    E.Delevan | | Bflo | NY |

| 7. (OWNER    FIRST    M.I.    LAST NAME) | 8. (OWNER'S ADDRESS) | (PHONE) |
|---|---|---|
| Unknown | | |

9. (OFFICER IN CHARGE OF THE CASE    RANK Det    (COMMAND) ECU    (CO PHONE) 4484
Henry Smardz    PO    Prct.#16    4416
Ra-Chelle Brown

DESCRIPTION (Specify Make, Model, Serial No.'s, Manufacturers Name)
**(WEAPONS MUST BE UNLOADED)**

| WEAPON NO. 1 | WEAPON NO. 2 | WEAPON NO. 3 |
|---|---|---|
| Serial Number 747 7747 | Serial Number | Serial Number |
| Model | Model | Model |
| Manufacturer (Make) JAKH H+R | Manufacturer (Make) | Manufacturer (Make) |
| Caliber/Guage .32 cal. S&W | Caliber/Guage | Caliber/Guage |
| Type revolver | Type | Type |
| Barrel Length 2" | Barrel Length | Barrel Length |
| Magazine/Cylinder Capacity 5 shot(s) | Magazine/Cylinder Capacity | Magazine/Cylinder Capacity |
| Single/Double Barrel single | Single/Double Barrel | Single/Double Barrel |
| Finish silver | Finish | Finish |
| Other distinguishing features blk.grips break front- 1spent .32 casing - 27 spent 9mm casings,1 lead slug | Other distinguishing features | Other distinguishing features |

| | Yes | No | | Yes | No | | Yes | No |
|---|---|---|---|---|---|---|---|---|
| P-127 Submitted | X | | P-127 Submitted | | | P-127 Submitted | | |
| P-77-C Submitted | | X | P-77-C Submitted | | | P-77-C Submitted | | |

REMARKS: item is evid.Re:Hom#91-145 from Bailey & E.Delevan , 8/10/91

ECU/LP#91-0853

10. HOLD PROPERTY UNTIL: (SPECIFY CONDITIONS OF RELEASE)

XX RELEASE BY COURT ORDER

11. (PERSON WHO/HAS/WILL AUTHORIZE THE RELEASE)    (RANK)    (COMMAND)    (CO PHONE)

12. (DEFENDANT(s)    Valentino Dixon,BM,21 #172430    (CHARGED WITH (STATE OFFENSE)    Homicide/Shootings/ - Poss.Weapons

RECEIVED PROPERTY AS SET FORTH ABOVE
PROPERTY NO.    **179477**

SIGNED _____ Lieut
(COMMANDING)    (RANK)

PREPARE 1 ORIG. AND 4 COPIES
DIST: ORIG. & 3 COPIES TO BUR. OF ADM. SERVICES
1 COPY FOR COMMAND FILES

**SEE INSTRUCTIONS ON REVERSE SIDE**
**DO NOT LEAVE ANY ENTRY BLANK IF NOT APPLICABLE, MARK ENTRY "N/A"**

COE001613

-77B-1

**BUFFALO POLICE DEPARTMENT**
**EVIDENCE LATENT FINGERPRINT REPORT**

_P#: 91-0855                              DATE OF REPORT: 08/10/91

_D#: 221504      CRIME: MISC           MSG TIME/DATE: # 16584

:OMPLT: SULLIVAN            SCENE Y/N: H      DATE PROCS: 08/10/91

.DDRESS OF CRIME: BAILEY & E.DELEVAN              TIME: 0630 HRS

'HONE#: N/A                              EXAM OFFICER: SMARDZ

'IME/DATE OF OCC: 0129 HRS - 08/10/91          DEFD: VALENTINO DIXON
                                                     # 172430
:NV OFFICER: STAMBACH              PHOTOS TAKEN: N

JNIT OR PRCT: HOMICIDE                          BY: N/A

:VIDENCE COLLECTED: Y              SUB TO LAB: Y - # 76336

.ATENTS DEVELOPED: N/A

:TEMS PROCESSED: COLLECTED CLOTHES (ITEM #14) OF SHOOTING VICTIM JOHN SULLIVAN
.T THE SISTER'S HOSP ER

|  | SUSPECTS COMPARED | |
| NAME | MUG# | RESULTS |

:EMARKS: REFER ORIGINAL LP#91-0853

JNIT ID#: HOM.#91-145                   _Det. Heinzw Smardz_

'ORWARDED TO: HOMICIDE                   DATE:
                                          8/14/91
COE001624

P-77B-1

## BUFFALO POLICE DEPARTMENT
## EVIDENCE LATENT FINGERPRINT REPORT

LP#: 91-0858                          DATE OF REPORT: 08/10/91

CD#: 221504      CRIME: MISC         MSG TIME/DATE: # 16584

COMPLT: JACKSON (DECEASED)SCENE Y/N: M     DATE PROCS: 08/10/91

ADDRESS OF CRIME: BAILEY & E.DELEVAN        TIME: 1000 HRS

PHONE#: 858-3191                      EXAM OFFICER: SMARDZ

TIME/DATE OF OCC: 0129 HRS - 08/10/91       DEFD: VALENTINO DIXON
                                            # 172430
INV OFFICER: SUSZEK                   PHOTOS TAKEN: Y

UNIT OR PRCT: HOMICIDE                        BY: SHEPLHARD

EVIDENCE COLLECTED: Y                 SUB TO LAB: Y - # 76336

LATENTS DEVELOPED: N/A

ITEMS PROCESSED: COLLECTED IP'S AND EVID.ITEMS (#15 THRU # 21) AT POST

### SUSPECTS COMPARED

| NAME | MUG# | RESULTS |
|------|------|---------|
|      |      |         |

REMARKS: PATH AT POST: DR.LOGHMANEE
         ASSTD.BY: GEO.WASHINGTON

REFER ORIGINAL LP#91-0853

UNIT ID#: HOM.#91-145

FWARDED TO: HOMICIDE                  DATE:

Det Henryju Smardz

8/14/91

COE001825

FILE                          PD BUFFALO NY 0140100            (_____)
                                                                    DATE

TO _____

IF REPLY ORIGINAL MSG. NO. _____ FILE _____ DATE _____

BODY OF MESSAGE:


Pick up for the Buffalo Police Homicide Squad. Pick up for the
shooting and homicide at Bailey and Delavan of Torrano Jackson.
and three other subjects. Pick up one Valintino Dixon AKA Shawn
Anderson AKA TINO. A black male twenty one years old, 5-10, slight
build, 160 pounds, brown eyes and black hair. The subject use to
live at 61 Rounds street. Believed to be operating a white 2 door
1986 Cadillac. Plate number KTR-408 . Subject is still in possession
of a TECH-NINE 9MM automatic, and is still considered armed and
dangerous. Dixons mugg number with the Buffalo Police is 172430.
Subject letf the scene in A Chevrilet, Blu Blazer.


*B 3x - 729*

*Replacement*

*Plate*

RECEIVED
1991 AUG 10 AM 11: 13
HOMICIDE BUREAU
BUFFALO POLICE DEPT.

COB 000085







COB 000014

FILE                    PD BUFFALO NY 0140100          (              )
                                                          DATE

TO _____

IF REPLY ORIGINAL MSG. NO. _____ FILE _____ DATE _____

BODY OF MESSAGE:


Pick up for the Buffalo Police Homicide Squad. Pick up for the
shooting and homicide at Bailey and Delavan of Torrano Jackson
and three other subjects. Pick up one Valintino Dixon AKA Shawn
Anderson AKA TINO. A black male twenty one years old, 5-10, slight
build, 160 pounds, brown eyes and black hair. The subject use to
live at 61 Rounds street. Believed to be operating a white 2 door
1986 Cadillac. Plate number  KTR-408  . Subject is still in possession
of a TECH-NINE 9MM automatic, and is still considered armed and
dangerous. Dixons mugg number with the Buffalo Police is 172430.
Subject letf the scene in A Chevrilet, Blu Blazer.

(B3X - 729)

Replacement —- - -

Plate

RECEIVED
1991 AUG 10 AM 11: 13
HOMICIDE BUREAU
BUFFALO POLICE DEPT.

COB 000084

P-73    **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | SUBJECT | DATE 8-10-91 |
|---|---|---|
| FROM | File 91-145<br>Radio Broadcast and Pick up. | |

Attention:    Pick up for the Homicide Squad. For the homicide
at Bailey and Delavan of Torrano Jackson. Pick up
one Valintino Dixon AKA Shawn Anderson AKA Tino.
A black male twenty one years old, 5-10, 160 pounds
slight build, brown eyes and black hair. Use to live
at 61 Rounds. Believed to be operating a white 2door
1986 Cadillac. Plate number KTR-408 . Subject is
still in possession of a TECH-NINE 9MM automsatic,
and is considered armed and dangerous. Dixons mugg
number is 172430. Subject left the scene in a BLUE
Chevrolet Blazer.

*B 3X - 729*
*Replacement*
*Plate*

Taken to radio room at 11:30AM on 8-10-91
Mark R. Stambach

RECEIVED
1991 AUG 10 AM 11: 13
HOMICIDE BUREAU
BUFFALO POLICE DEPT

RECEIVED
1991 AUG 10 AM 11: 13
HOMICIDE BUREAU
BUFFALO POLICE DEPT

COE001522

P-77B-1

**BUFFALO POLICE DEPARTMENT**
**EVIDENCE LATENT FINGERPRINT REPORT**

LP#: 91-0859

DATE OF REPORT: 08/10/91

CD#: 221504      CRIME: MISC

MSG TIME/DATE: # 16584

COMPLT: JACKSON(DECEASED) SCENE Y/N: Y

DATE PROCS: 08/10/91

ADDRESS OF CRIME: BAILEY & E.DELEVAN

TIME: 1140 HRS

PHONE#: N/A

EXAM OFFICER: SMARDZ

TIME/DATE OF OCC: 0129 HRS - 08/10/91

DEFD: VALENTINO DIXON
      # 172430

INV OFFICER: HOMICIDE

PHOTOS TAKEN: N

UNIT OR PRCT: HOMICIDE

BY: N/A

EVIDENCE COLLECTED: N

SUB TO LAB: N/A

LATENTS DEVELOPED: N/A

ITEMS PROCESSED: DAYLIGHT CRIME SCENE SEARCH

SUSPECTS COMPARED

| NAME | MUG# | RESULTS |
|------|------|---------|
|      |      |         |

REMARKS: NO ADDITIONAL EVIDENCE WAS COLLECTED

REFER ORIGINAL LP#91-0853

UNIT ID# : HOM.#91-145

FORWARDED TO: HOMICIDE                    DATE:

*Det Henry Smardz*

8/14/91

COE001626

## MEDICAL EXAMINERS CERTIFICATION OF DEATH

I hereby certify that I am a duly appointed **MEDICAL EXAMINER**, in and for the County of Erie, and I find that the competent cause of death of:

TORRIANO JACKSON
_____
Name

19 THATCHER AVE            BUFFALO,NY
_____
Address

was   HOMICIDAL      and death is attributed to (Give Medical Reason):

Internal Bleeding

Multiple gunshot wounds


and I further certify that this report is a true and correct copy of the original record maintained in the Medical Examiner's Office of Erie County: - Case No.    692-91

Dated at Buffalo, New York this   10TH Day of    AUG      19 91

_____
MEDICAL EXAMINER
FAZLOLLAH LOGHMANEE, M.D.

Submitted by:
Office of the Medical Examiner
462 Grider Street
Buffalo, New York, 14215

RECEIVED
1991 AUG 10 PM 12: 21
HOMICIDE BUREAU
BUFFALO POLICE DEPT

COE001619

AUTOPSY NO. _____          AGE: 17        DOB  5-05-74

CASE NO.  692-91                    SEX:  M         COLOR  B

AUTOPSY DATE:  8-10-91                              LENGTH _____

                                                   WIDTH _____

                                                   WEIGHT _____

                                                   POLICE  BUFLO HOMICIDE

In accordance with ERIE COUNTY LOCAL LAW No 5, 1971, you are hereby authorized
to perform an autopsy on the dead body of

NAME ____ TORRIANO JACKSON _____

ADDRESS ____ 19 THATCHER AVE ____ BUFFALO,NY ____ 14215 _____

DATE OF DEATH ____ 8-10-91 _____ LOCATION ____ ECMC _____

BRIEF CIRCUMSTANCES OF DEATH ____ VICTIM OF SHOOTING _____

_____

_____


ADMISSION DATE ____ DER _____

                              MEDICAL EXAMINER - ERIE COUNTY
                                    dr david o'CONNELL

CAUSE OF DEATH _____

_____

PART II - CONTRIBUTORY

RECEIVED
1991 AUG 10 PM 12: 22
HOMICIDE BUREAU
BUFFALO POLICE DEPT

BLOOD HIV     _____
TOXICOLOGY    _____
BACTERIOLOGY  _____
CHEMISTRY     _____
BLOOD BANK    _____

                                          MD
                    _____
                    PATHOLOGIST.        COE001492



BRAIN _____          HEART _____

R. LUNG _____        R.V. _____

L. LUNG _____        L.V. _____

SPLEEN _____         T.V. _____

LIVER _____          P.V. _____

THYMUS _____         M.V. _____

R. KIDNEY _____      A.V. _____

_____ L. KIDNEY _____

**COE001493**

P-73    **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Richard T. Donovan, Chief Homicide Section | SUBJECT | | DATE | 8/10/91 |
|----|---|---|---|---|---|
| FROM | Det. Mark R. Stambach Det. Raniero Masecchia | File 91-145 Torrano Jackson Homicide Dictated by Det. Stambach | | | |

ATTN:    James Rautenstrauch, Lieutenant

SIR:

Continuing the above investigation, your writer did monitor a call from car 16L, Lt. Szafranski, who stated he spotted a white Cadillac with NY Reg. B3X7291 wanted in a pick up at 1133 E. Delavan.

Your writer proceeded to the address and requested an unmarked vehicle to meet at Bailey/Delavan. The car was watched by P.O.'s Alessi/Schmitz so it would not move.

Your writer arrived at Bailey/Delavan at 1310 hrs. Here A. Dets. Donovan/Militello arrived. They were asked to cover Delavan/Olympic. As they drove by 1133 E. Delavan, Valentino "TINO" Dixon was walking on Delavan. He was picked up by A. Dets. Donovan/Militello. He was advised of his rights by the same officers. The rights card shall now become a permanent part of this file.

The two vehicles at the address were towed to the Seneca St. Garage. They are NY Reg. B3X729 a white Cadillac and NY Reg. 6BE980 a red Mazda RX7.

The suspect was then taken to the Homicide office. When your writer arrived, Valentino Dixon stated "I did not do that shooting". He was asked if he would give a sworn statement to that effect and he said he would.

Your writer then advised Valentino Dixon of his rights in the sworn statement. The statement started at 1345 hrs. and finished at 1417 hrs. The statement was taken in the Lt's. office in the presence of A. Det. Militello.

A picture was taken after the statement was finished. At 1410 hrs. Det. Masecchia received a phone call in the outer office from Sean Dennis Hill, Esq. Valentino Dixon was asked if he would read the statement and sign it if it was correct. He replied he would sign it.

Det. Masecchia then notified your writer that attorney Hill requested us not to talk with his client anymore. The statement was then signed by Dixon at 1430 hrs.

Attorney Sean Dennis Hill, Esq. then appeared at the Homicide office. He was allowed to see his client and had a conference with him in the Lt's. office. He left his card with your writer.

                                                        Cont'd.

# BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO | SUBJECT | DATE 8/10/91 |
|---|---|---|
| FROM  Det. Mark R. Stambach<br>Det. Raniero Masecchia | Page 2<br>File 91-145 Torrano Jackson<br>Homicide<br>Dictated by Det. Stambach | |

Mr. Dixon was then taken to CBB where he was booked for murder, weapons possession and assault.  See his arrest information for further details. The arrest card and information are now a permanent part of this file.

Your office will be kept apprised of further developments on subsequent P-73's.

Respectfully submitted,

Det. Mark R. Stambach

*Mark R. Stambach*

MRS/les                     Det. Raniero Masecchia

COE001514

P-1802

8-10-91

R.T.D.                    File 91-145
C.O.R.

Torrans Jackson

1:15 PM

Det. Mas
Det. Rm

1:45 PM
Starts

Attn. J.R.

Sir,

I'm cont. the investigation of
Torrans Jackson. Your writer did monitor
a call from car 16L. Car 16L Lt. Leonard
Serfranski stated he had spotted the
white cadillac. B3X-729 wanted in
the pick-up at 1133 East Delavan.

Called
9-11-91

Your writer proceeded to that
address and requested a un-marked
vehicle to meet at Bailey and Delavan.
The car was watched by P.O. Alessi and
Schmitz so it would not move.

Your writer arrived at Bailey
and Delavan at 1310 hours. Here Det.
Militello and Donovan arrived. They
were asked to cover Delavan and Olympic.
As they drove by 1133 East Delavan
Valentino TINO Dixon was walking on
Delavan. He was ~~arrested~~ picked up
by Det. Donovan and Militello. He was
advised of his rights by Det. Donovan &
Militello. That rights card shall
now become a part of this file.

COB 000124

P-1302

Two vehicles at that address were towed into the Seneca Street garage. They are 83X-729 the white cadillac and also 66E-980 a red mayda.

The suspect was taken to the HBO. When your writer arrived Valentino TINO Dixon stated I did not do that shooting. He was asked if he would give a sworn statement to that effect. He said he would.

Your writer then advised Valentino TINO Dixon of his rights in the sworn statement. The statement started at 1345 hours. The statement was finished at 1417 hours. The statement was taken in the Lts office in the presence of Det. Charles Militellos. A picture was taken after the statement was finished. At 1418 hours Det Massechia received a phone call in the outer office from Mister Sean Dennis Hill. Mister Dixon was asked if he would read the statement and sign it if it was correct. He replied he would sign it. Det Massechia then notified this writer that Attorney Hill requested us not to talk with his client any more. The statement was then signed by Valentino TINO Dixon at 1430 hours.

COB 000125

P-1302

Attorney Sean Dennis Hill then appeared at HGO. He was let into see his client. He had a conference with his client in the Lt's office. He left his card with your writer.

Mister Dixon was then taken to Central Booking were as he was booked for murder and weapons possession and assault. See his arrest and informations for further details. Arrest Cards and info are now a part of this file.

Y. O. W. B. K. A. O. A.R.
N. D.

Respect
R M
M R S

COB 000126

P-502

R.T.D

C O H.

8-10-91

File 91-145

Torrano Jackson

1:3 pm

7:45 pm
Started

Det. Mrs.
Det. Rm

Attn J.R.

Sir.

I'm cont the investigation of
Torrano Jackson. Your writer did monitor
a call from car 16L. Car 16L Lt. Leonard
Serfranski stated he had spotted the
white cadillac B3X-729 wanted in
the pick-up at 1133 East Delavan.

Called
L. Q.
11-91

Your writer proceeded to that
address and requested a un-marked
vehicle to meet at Bailey and Delavan.
The car was watched by P.O. Alessi and
Schmily so it would not move.

Your writer arrived at Bailey
and Delavan at 1310 hours. Here Det.
Miletello and Donovan arrived. They
were asked to cover Delavan and Olympic.
As they drove by 1133 East Delavan
Valentino TINO Dixon was walking on
Delavan. He was picked up
by Det Donovan and Miletello. He was
advised of his rights by Det Donovan &
Miletello. That rights card shall
now become a part of this file.

COE001509

Two vehicles at that address were towed into the Seneca Street garage. They are B3X-729 the white cadillac and also GGE-980 a red mayda.

The suspect was taken to the H BO. When your writer arrived Valentino TINO Dixon stated I did not do that shooting. He was asked if he would give a sworn statement to that effect. He said he would.

Your writer then advised Valentino TINO Dixon of his rights in the sworn statement. The statement started at 1845 hours. The statement was finished at 1417 hours. The statement was taken in the Ets office in the presence of Det Charles Militelleo. A picture was taken after the statement was finished. At 1418 hours Det Massechio received a phone call in the outer office from Mister Sean Dennis Hill. Mister Dixon was asked if he would read the statement and sign it if it was correct. He replied he would sign it. Det Massechio then notified this writer that Attorney Hill requested us not to talk with his client any more. The statement was then signed by Valentino TINO Dixon at 1430 hours.

COE001510

August 10th, 1991

City of Buffalo
Department of the Police

State of New York
County of Erie
City of Buffalo

Valentino Dixon, age 21, D.O.B. 10-20-69 residing at 61 Rounds street
phone number 835-6623 being duly worn makes the following sworn statement
in the Buffalo Police Homicide Squad office. Statement taken by Detective
Mark R. Stambach and witnessed by Acting Detective Charles Milettello.
Statement started at 1:45PM this date.

Q.  You have the right to remain silent?
A.  Yes.

Q.  Anything that you say can be used against you in a court of law?
    Do you understand?
A.  Yes.

Q.  Uou have the right to a attorney and have him present with you while
    you are being questioned do you understand?
A.  Yes.

Q.  If you cannot afford a attorney, one will be appointed to represent
    you before any questioning if you wish one?
A.  Yes.

Q.  Do you understand each of these rights I have given to you?
A.  Yes.

Q.  Having these rights in mind do you wish to talk with us now?
A.  Yes.                                        ,

Q.  You were advised of your rights before by thw two officers that
    arrested you correct?
A.  Yes.

Q.  And you wish to make a statement now?
A.  Yes.

Q.  The Buffalo Police Department Homicide Squad is investigating the
    shooting death Mister Torriano Jackson who was shot dead last night
    at the corner of Bailey and East Delavan at 0130AM this date can you
    tell me in your own words what you know about this shooting?
A.  OK I came to my friend Marios house he lives about eight houses from
    the corner of the store. Thats were I parked my car at. But my half
    brother and Mario were standing at the corner so I walked to the corner.
    We talked for about five minutes. Then I went inside the store. I
    bought a forty bowl. Of Budweiser. When I was coming out of the store
    I heard a whole bunch of shots about twenty of them. It was in the
    middle of the street. It was about six people in the middle of the s
    street as I was running towards the car there was popping. Pop and
    pop. So I jumped in the car and left. Then I went over to my girlfrirend
    house. Then I went home. The only reason I did not stay around cause
    I didnt know if it was coming after me or what. I didnt even know
    what was coming or what. So I jumped in my car and drove off.

Q.  Did you shot anyone last night?
A.  No.

Q.  Were you with the deceased before the shooting?
A.  No.

Q.  Who were you with before the shooting took place?
A.  I was standing in front of the store with Mario Jarman and also
    my step brother Antione Shannon. Mario lives right there on Delavan.

Q.  What were you wearing last night?
A.  Same thing right here.

Q.  Can you describe your clothing to me?

COE001524

PAGE TWO OF STATEMENT OF VALENTINO DIXON

Q. Did you walk up to Marios house on Delavan before the shooting?
A. I parked in front of his house.

Q. Before the shooting took place did you enter Marios house on Delavan?
A. No.

Q. Did you ever have a TECH-NINE machine pistol?
A. No.

Q. Were does Mario live?
A. six house from the store I guess on the same side as the store.

Q. Were you at a party tonight with Mario on Newburgh street?
A. No.

Q. How long were you at the corner of Delavan and Bailey at the store?
A. Ten minutes or maybe five minutes, ten minutes, yeah.

Q. Do you know who did this shooting?
A. No.

Q. Did you do this shooting?
A. No.

Q. Did you fire any weapon today or last night?
A. No.

Q. What car did you arrive in today on Delavan street?
A. The red Madza.

Q. Do you drive a white caddilac?
A. Yes.

Q. Is the white cadillac a 2 door, 1986?
A. Yes.

Q. Do you own that car?
A. No.

Q. Who is the owner of that car?
A. My grandmother.

Q. Do you know Torrino Jackson?
A. No.

Q. Do you know Arron Jackson?
A. No.

Q. Do you know John Sullivan?
A. No.

Q. Did you go to any bar last night after the shooting?
A. No.

Q. Were did you go to?
A. On Lisbon street, 554, Arnice Bennings.

Q. Is she your girlfriend?
A. Yes.

Q. Do you read and write?
A. Yes.

Q. How far did you go in school?
A. 12th grade.

Q. Do you know the people that were doing the shooting?
A. No.

Q. Did you know what was going on?
A. Yes.

COE001525

PAGE THREE OF STATEMENT OF VALENTINO DIXON

Q.  Why did this shooting take place?
A.  I dont know.

Time is 2:10PM this date and Mister Dixon is given two seperate glasses of water by A/Detective Miletello. Also asked if he wanted any food and he replied no.

Q.  Is there anything else that you can add that would help me in this investigation?
A.  Everything happened so fast and when I was running and I got half a glance and there was six poeple in the middle of the street.

Q.  I am now going to have you read this statement now and ask you if it is going to be correct. If it is not I will change it. Is it allright?
A.  It O.K.

Q.  Will you sign this statement now?
A.  Yes.

SIGNED    *Valentino Dixon*

WITNESSED    *[signature]*

Signed this 10th of August 1991
at 2:30PM.

Sworn and subscribed before me this
10th day of August 1991

*Mark R. Slambach*

Commissioner of Deeds in and for
the City of Buffalo, My Commission
expires on 12-31-92

COE001526   V. D.

BPD Comp. 0073

City of Buffalo)                    City of Buffalo
State of New York)SS.           Department of Police
County of Erie)

1430hrs
8-10-91

JOHN ARTHUR SULLIVAN III residing at 49 Elmer phone 835-9680 17yrs of age
Date of Birth 3-2-74. Being duly sworn deposes and makes the following state-
ment in Room #304 of the Buffalo Police Headquarters Homicide Office. State-
typed and questions asked by Det. Raniero Masecchia.

Q. Can you read and write?
A. Yes.

Q. How far did you atend school?
A. I'm still attending Bennet Highschool, I'll be a Junior this year.

Q. Where do you live and with whom?
A. 49 Elmer, my Father John A. Sullivan Jr.

Q. The Buffalo Police Homicide Bureau is presently investigation a shooting
   that happened at approximately 1:30am this date 8-10-91 in the Street
   at East Delavan and Bailey Ave. As a result of this shooting a Torrano
   Jackson B-M-17yrs of age D.O.B. 5-5-74 was pronounced dead at the ECMC
   Hospital a short while later. Also a Mario Jarmon B-M-19 and Aaron Jackson
   B-M-20 and yourself were shot and treated for wounds. In your own words
   what can you tell me of this shooting?
A. I was with my friend Fred Stencil we were going to get something to eat at
   Louies Hot Dog on Bailey. When we got out of Freds Car we seen Mario, Aaron
   Jackson and Torre Jackson the two Jackson brother were fighting with Mario
   so we went over to break it up. We got there and I heard someone Holler
   look out he's got a gun. So I didn't look to see who had the gun I just ran
   behind a car I heard and felt a shot in my right leg. I turned around to
   who shot me and I saw Tino standing about 3 feet away from Torrano Jackson
   who lying in the street. Tino had a gun he was holding it with two hands
   pointing it at Torrano and shooting at him. I turned and ran down Delavan
   to behind the Church. I looked back and saw Tino and a couple of guys
   run  away down E. Delavan towards Olympic. I ran back to Louies and asked
   the Security if he called the Police. The Ambulance came and took me To
   Sisters Hospital  they treated me for a bullett wound that went in and out
   of my right leg. They let me go home about 7:00am this morning.

Q. Did you see who shot you in the leg?
A. No.

Q. Did you see who Shot Torrano Jackson?
A. Yes, Tino.

Q. How many times did you see Tino shoot Torrano Jackson?
A. I think he emptied the gun on him  I seen him fire at least five at him.

Q. Can you describe the gun that Tino had?
A. it was black, it looked like an Uzi, he was holding it in two hands and the
   bullets came out real fast.

Q. How long have you known Torrano Jackson?
A. 13-14yrs. we live in the same neighborhood.

Q. Do you know Tino's full name?
A. No.

Q. How long have you known Tino and from where?
A. I know him about 2 years. mostly when M&M on Genesee and Moselle and Tino
   used to come in here all the time.

Q. Did you see who shot Aaron Jackson?
A. No, I didn't know he Mario were shot until I was back over when Tino
   ran away.

Q. Did you see anyone else with any weapons?
A. No.

Q. Did you have any weapon with you?
A. No.

Q. Did you see Torrano Jackso n with any weapon?
A. No.   JAS

Statement of John A. Sullivan III continued on page #2............

COB 000111

Statement of J____ A. Sullivan III continue from Page #1.........

Q. How many shots do you remember hearing?
A. About 15.

Q. Can you describe Tino to me?
A. Black male, about 6 feet about 160 to 170 lbs black hair about 20+21 yrs old.

Q. Do you recall what Tino was wearing at the time of the shooting?
A. he had on something dark maybe black or blue, I don't remember.

Q. I will now show you 6 photos on a blue folder numbered 1 thru 6
If you see anyone in these photos that you recognize. Tell me what number and his name if you know and where you know him from from. Do you underst_
what I mean?
A. Number 6, I know him as Tino, from last night or this morning he was tha
one that was shooting Torreno, Torre.

Q. I will now tell you that the person you picked out is Valentinn Dixon
do you understand?
A. Yes.

Q. I will now have you sign a slip of paper and attach under the photo
you selected. Do Uou understand?
A. Yes( Deponent signed dated card a taped it under Photo 6)

Q. Do you know what the fight was about?
A. No.

Q. Do you know why Valentino shot Marrano Jackson?
A. No.

Q. Is there anything else you think of that might assist us in this
investigation?
A. No.

Q. I will now have you read this 1 1and 1/2 page statement and if there
and additions or corrections tell me and I will make them now. Do
you understand_____?   JAS
A. Yes.

NEX Q. Now that you have read the statement is it true and correct and will
JAS you sign it?
A. Yes.

Sworn to and subscribed before me this the
10th Day of August, 1991


_____                    Signed _____
Commissioner of Deeds in and for the
City of Buffalo, State of New York
Expires 12/92

COB 000112

City of Buffalo)                 City of Buffalo                  1430hrs
State of New York)SS.    Department of Police                    8-10-91
County of Erie)

JOHN ARTHUR SULLIVAN III residing at ███████████████████████ 17yrs of age
Date of Birth 3-2-74. Being duly sworn deposes and makes the following state-
ment in Room #304 of the Buffalo Police Headquarters Homicide Office. State-
typed and questions asked by Det. Raniero Masecchia.


Q. Can you read and write?
A. Yes.

Q. How far did you atend school?
A. I'm still attending ████████████████, I'll be a Junior this year.

Q. Where do you live and with whom?
A. 49 Elmer, my Father John A. Sullivan Jr.

Q. The Buffalo Police Homicide Bureau is presently investigation a shooting
   that happened at approximately 1:30am this date 8-10-91 in the Street
   at East Delevan and Bailey Ave. As a result of this shooting a Torrano
   Jackson B-M-17yrs of age D.O.B. 5-5-74 was pronounced dead at the ECMC
   Hospital a short while later. Also a Mario Jarmon B-M-19 and Aaron Jackson
   B-M-20 and yourself were shot and treated for wounds. In your own words
   what can you tell me of this shooting?
A. I was with my friend Fred Stencil we were going to get something to eat at
   Louies Hot Dog on Bailey. When we got out of Freds Car we xeen Mario, Aaron
   Jackson and Torre Jackson the two Jacksn brother were fighting with Mario
   so we went over to break it up. We got there and I heard someone Holler
   look out hes got a gun, So I didn't look to see who had the gun I just ran
   behind a car I heard and felt a shot in my right leg. I turned around to
   who shot me and I saw Tino standing about 3 feet away from Torrano Jackson
   who lying in the .street, Tino had a gun he was holding it with two hands
   pointing it at Torrano and shooting at him. I turned and ran down Delavan
   to behind the Church, I looked back and saw Tino and a couple of guys
   run away Down E. Delavan towards Olympic. I ran back to Louies and asked
   the Security if he called the Poloce. The Ambulance came and took me To
   Sisters Hospital  they treated me for a bullett wound that went in and out
   of my right leg. They let me go home about 7:00am this morning.

Q. Did you see who shot you in the leg?
A. No.

Q. Did you see who Shot Tarrano Jackson?
A. Yes, Tino.

Q. How many times did you see Tino shoot Torrano Jackson?
A. I think he emptied the gun on him  I seen him fire at least five at him.

Q. Can you describe the gun that Tino had?
A. it was black, it looked like an Uzi, he was holding it in two hands and the
   bullets came out real fast.

Q. How long have you known Torrano Jackson?
A. 13-14yrs. we live in the same neighborhood.

Q. Do you know Tino's full name?
A. No.

Q. How long have you known Tino and from where?
A. I know him about 2 years, mostly when M&M on Genesee and Moselle and Tino
   used to come in here all the time.

Q. Did you see who shot Aaron Jackson?
A. No, I didnit know he Mario were shot until I ran back over when Tino
   ran away.

Q. Did you see anyone else with any weapons?
A. No.

Q. Did you have any weapon with you?
A. No.

Q. Did you see Torrano Jackso n with any weapon?
A. No.

        JAS

        Statement of John A. Sullivan III continued on page #2... OGE001535

DStatement of John A. Sullivan III continued from Page #1..........

Q. How many shots do you remember hearing?
A. About 15.

Q. Can you describe Tino to me?
A. Black male, about 6 feet about 160 to 170 lbs black hair about 20-21 yrs old.

Q. Do you recall what Tino was wearing at the time of the shooting?
A. he had on something dark maybe black or blue, I don't remember.

Q. I will now show you 6 photos on a blue folder numbered 1 thru 6
   If you see anyone in these photos that you recognize. Tell me what number and his name if you know and where you know him from from. Do you understa what I mean?
A. Number 6, I know him as Tino, from last night or this morning he was the one that was shooting Torrano, Torre.

Q. I will now tell you that the person you picked out is Valentino Dixon do you understand?
A. Yes.

Q. I will now have you sign a slip of paper and attach under the photo you selected, Do Uou understand?
A. Yes( Deponent signed dated card a taped it under Photo 6)

Q. Do you know what the fight was about?
A. No.

Q. Do you know why Valentino shot Tarrano Jackson?
A. No.

Q. Is there anything else you think of that might assist us in this investigation?
A. No.

Q. I will now have you read this 1]and ]1/2 page statement and if there and additions or corrections tell me and I will make them now. Do you understandxyzxx? JAS
A. Yes.

Q. Now that you have read the statement is it true and correct and will you sign it?
A. Yes.

Sworn to and subscribed before me this the
10th Day of August, 1991

Commissioner of Deeds in and for the          Signed _____
City of Buffalo, State of New York
Expires 12/92

COE001536

P-77B-1

**BUFFALO POLICE DEPARTMENT**
**EVIDENCE LATENT FINGERPRINT REPORT**

LP#: 91-0860

CD#: 221504    CRIME: MISC

COMPLT: JACKSON (DECEASED) SCENE Y/N: N

ADDRESS OF CRIME: BAILEY & E.DELEVAN

PHONE#: 851-4466

TIME/DATE OF OCC: 0129 HRS - 08/10/91

INV OFFICER: STAMBACH

UNIT OR PRCT: HOMICIDE

EVIDENCE COLLECTED: Y

LATENTS DEVELOPED: N/A

DATE OF REPORT: 08/10/91

MSG TIME/DATE: # 16584

DATE PROCS: 08/10/91

TIME: 1500 HRS

EXAM OFFICER: SMARDZ

DEFD: VALENTINO DIXON
# 172430

PHOTOS TAKEN: N

BY: N/A

SUB TO LAB: Y - # 76336

ITEMS PROCESSED: COLLECTED CLOTHES OF DEFT,VALENTINO DIXON (ITEM# 22) AT THE
HOM.UNIT OFC.

|   | SUSPECTS COMPARED |   |
| NAME | MUG# | RESULTS |
|---|---|---|

REMARKS:

: REFER ORIGINAL LP.#91-0853

UNIT ID# : HOM.#91-145

FORWARDED TO: HOMICIDE                    DATE:

*Det. Henry Smardz*

8/11/91

COE001627

BPD 31 (12./77)

**BUFFALO POLICE DEPARTMENT**
**BUFFALO, NEW YORK 14202**

# Permission to Search

The undersigned, residing at _554 LISBON UPPER APARTMEN_

does hereby voluntarily authorize _DETECTIVE MARK R. STAMBACH OR A MEMBER OF THE HOMICIDE SQUAD_ and other officers he may designate to assist him, to search my residence (or other real property) located at _554 LISBON UPPER APARTMENT, BUFFALO, NEW YORK,_ ,

and my motor vehicle, namely my _____

(year)          (make)

bearing license plate number _____, of the State of

_____, presently parked or located at _____

_____

and I further authorize said officers to remove from my residence, real estate and/or motor vehicle, whatever documents, or items of property whatsoever which they deem pertinent to their investigation, with the understanding that said officers will give me a receipt for whatever is removed.

I am giving this written permission to these officers freely and voluntarily, without any threats or promises having been made, and after having been informed by said officer that I have a right to refuse this search and/or seizure.

X _____

Signature

_refused at 3:16 PM. I want to but my lawyer said dont sign anything. MRS V.D._

Witnesses:

_Mark R. Stambach_

Date: _August 10TH_ , 19 _91_ . Time _3:15 PM_ m.

COE001498

# ERIE COUNTY CENTRAL POLICE SERVICES
## ARREST / BOOKING FORM

AGENCY FILE NO. 91-14141

☒ IDENTITY VERIFIED BY STATE RAP SHEET
☐ IDENTITY NOT VERIFIED BY STATE RAP SHEET

## A. PERSON INFORMATION

**2. NAME (NAM) (LAST, FIRST, MI, SUFFIX):** Dixon, Valentino A.

**3. DATE OF BIRTH (DOB):** 10-20-69  **4. AGE:** 21  **5. SEX:** M  **6. RACE:** B  **7. PCR NO. (CPL COMPUTER ASSIGNED):**

**8. ADDRESS (ADR) (NO., STREET, SUFFIX, APT. NO.):** 61 Rounds  **9. CITY (CIT) (CITY, STATE, ZIP CODE):** Buffalo, NY  **10. ORA:** EI01

**11. HEIGHT (HGT):**  **12. WEIGHT (WGT):**  **13. BUILD (BLD):**  **14. EYE:**  **15. HAIR (HAI):**  **16. SCARS, MARKS, TATTOOS (SMT):**

**17. CITIZEN (CTZ):** ☒ YES ☐ NO  **18. PLACE OF BIRTH (POB) (CITY, STATE):** Buffalo, NY  **19. OCCUPATION (OCC):** None  **20. MARITAL STATUS (MAR):** Single

**21. WARNING (WAR):**  **CODE:**  **DRIVER'S LICENSE NO.:**  **STATE:**  **23. JUVENILE:** ☐ Y ☐ N

**24. NYSID NO. (DCA):**  **25. FBI NO. (FBI):**  **26. SOCIAL SECURITY NO. (SOC):** 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  **27. CPL MUG NO. (MUG):**  **28. MISCELLANEOUS NO. (MNO):**  **29. ALIASES & REMARKS SEE 51 & 52. BELOW**

## B. ARREST INFORMATION

**30. CPL ARREST/BOOKING NO. (ABN):** 91-221-504  **31. O.B.T.S. NO. (OBT):**  **32.**

**33. ARRESTING AGENCY ORI (ARA):** NY0140100  **34. ARREST DATE (ARD):** 8-10-91  **35. ARREST TIME (ART):** 1600  **36. ARRESTING OFFICER (ARO):** Det. Stambach  **37. ASSISTING OFFICER (ASO):** Homicide

**38. ADDRESS OF ARREST (ADR) (NO., STREET, SUFFIX, APT. NO.):** 1122 E. Delavan  **39. CITY OF ARREST (CTA):** Buffalo  **40A. COMPLAINANT (COM):** Torrano Jackson (Deceased) 19 Thatcher / Aaron Jackson 19 Thatcher  **40B. ADDRESS:**

**41. ARREST-RELATED REMARK (ARI):**  **42. ARREST-RELATED REMARK (ARI):** Mario Jarmon  112 E. Delavan / John Sullivan  19 Elmer

## C. CHARGES AND DISPOSITION

| | LAW | SEC-SUBSEC-PAR | CAT | CTS | ATT | LAW | SEC-SUBSEC-PAR | CAT | CTS | ATT | 45. DISPOSITION OR SENTENCE | 46. DISP. DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (AC1) | PL | 125.25-1,2 | DF | 2 | | | | | | | | |
| (AC2) | | 265.03 | CF | 4 | | | | | | | | |
| (AC3) | | 120.10-1 | CF | 3 | | | | | | | | |
| (AC4) | | | | | | | | | | | | |
| (AC5) | | | | | | | | | | | | |
| (AC6) | | | | | | | | | | | | |

**47. COMPLETE HISTORY OF ABOVE CHARGE, IF PROPERTY — TYPE AND VALUE, ACCOMPLICE NAMES**

Defendant did on 8-10-91 at 0129 hours while at Bailey and E. Delavan use a Tech-Nine 9mm weapon whereas he shot Torrano Jackson who later expired from his wounds at the ECMC. The defendant also did shoot Aaron Jackson, Mario Jarmon and John Sullivan. Aaron Jackson and Mario Jarmon underwent surgery at ECMC and are now in critical condition in the ICU. John Sullivan was treated for a bullet wound to the thigh at Sister's Hospital.

**B.P.D. CENTRAL BOOKING**

*No* WARRANTS ON FILE

HOLD FOR *MB*

**48A. WARRANT NO. (WWN):**  **ORA:**  **48B. WARRANT NO. (WWN):**  **ORA:**  **48C. WARRANT NO. (WWN):**  **48D. WARRANT NO. (WWN):**  **ORA:**

**49. VICTIM INFORMATION:**  **NO. OF VICTIMS:**  **AGE:**  **SEX:**  **AGE:**  **SEX:**  **50. DEFENDANT'S SIGNATURE:** X

**51. ALIASES [AL.] LAST, FIRST, M.I., SUFFIX:**  **52. [PR.] PERSONS RELATED REMARKS:**

CCB-000465

P - 50 ( Rev. 10/88 )

## Buffalo Police Department
### Central Booking Bureau
### Prisoner Information Form

Name _Valentino Dixon_

Date _8-10-91_

Arrest No. _91-14141_

☐ Paperwork Incomplete
☐ Prisoner is Escape Prone
☐ Prisoner is Assaultive

### Interrogatories

|  | Yes | No |
|---|---|---|
| 1. Are you under a doctor's care? <br> If yes, Name & Location _____ | ☐ | ✓ |
| 2. Are you on Medication? <br> If yes, Type & Dosage _____ | ☐ | ✓ |
| 3. When did you have the Medication last? _____ | ☐ | ✓ |
| 4. Are you a diabetic?. | ☐ | ☐ |
| 5. Are you an epileptic? | ☐ | ☐ |

### Observations

|  | Yes | No |
|---|---|---|
| 1. Prisoner is Escape Prone. . | ☐ | ✓ |
| 2. Prisoner is Assaultive.. | ☐ | ✓ |
| 3. Has Prisoner made any unusual statements? | ☐ | ✓ |
| 4. Does Prisoner appear to be under the influence of Alcohol or Drugs? | ☐ | ✓ |
| 5. Does Prisoner appear to be undergoing withdrawal? | ☐ | ✓ |
| 6. Does Prisoner ~~appear to be depressed?~~ <br> ( i.e. ~~Crying, Blank or Vacant Expression ).~~ | ✓ | ☐ |
| 7. Does Prisoner appear anxious? ( Jumpy - Jerky ) | ☐ | ✓ |
| 8. Does the Prisoner appear to be hallucinating? <br> ( Visual / Audio ) | ☐ | ✓ |
| 9. Is the Prisoner uncooperative - Aggressive? | ☐ | ✓ |

### Actions taken by Officer's / C.B.B. :

☐ Sent to E.C.M.C.
☐ Other Medical Treatment.
☐ Asst. Chief of Detectives Notified.

Screening Officer _DA_ _____ ( Initials )

Police Officer, C.B.B. _FC_ _____ ( Initials )

Asst. Chief of Det.'s _____ ( Initials )

Distribution:
Original to Asst. Chief of Det.'s
1 Copy in C.B.B. file
1 Copy in Arrest folder

COE001497

P-60 (Rev 2 / 88) Print or Type
SEE INSTRUCTIONS ON BACK
PREPARE IN DUPLICATE
(*STRIKE OUT NON APPLICABLE WORDS ' PHRASES) (cross out one)

INFORMATION *COMPLAINT

BUFFALO POLICE DEPARTMENT
THE CITY COURT OF BUFFALO,
COUNTY OF ERIE, STATE OF NEW YORK

Def: _____
( relationship to vic.

Victim: _____
(relationship to defend.

**THE PEOPLE OF THE STATE OF NEW YORK**
(Defendant's Name)    (Below)

(Defendant's Address)    ()

V.S. __Valentino A Dixon__ , __61 Rounds__

(Complainant's Name)  (Below)        (Address or Police Unit)    (Below)

I, __Det M Stambach__ , __Homicide__

accuse __Valentino A Dixon__ , the defenda

in this action, that on or about the __10__ day of __August__ , 19 __91__ at or about __01:29__ M.

in the City of Buffalo, did *intentionally, *knowingly, xxxxxxxx, *unlawfully, *xxxxxxxxxxxxxxx commit the xxxxx

xxxxxxxxxxxxxxxxxxxxxxxxxxxx *felony of __Murder in the 2nd degree; Criminal Possession of a Weapon__ 2nd d

the provisions of   Section _____ Subdivision __Assault in the 1st degree__ xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Section __125.25__ Subsection __1,2__ of the Penal Law of the State of New York *

__265.03__

Chapter __120.10__ Section ____1____    xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

(Set forth below the statement of the complainant, based upon personal knowledge, or upon information and belief, alleging facts of
an evidentiary character, supporting, or tending to support, the charges.)    *STRIKE ALL WORDS NOT APPLICABLE

The facts upon which this accusation is based are as follows:  *A. OF MY OWN KNOWLEDGExxx *B. ON INFORMATION AND BELIEF
&

125.25-1,2  Murder in the 2nd degree

In  that the defendant, while at Bailey & Delavan, did under circumstances  evincing
a depraved indifference to human life, recklessly engage in conduct which created
a grave risk of death to another person, and did with intent to cause the death of
Torrano Jackson, did cause the death of Torrano Jackson, in that the defendant did
while at the above location shoot the victim causing his death at the Erie County
Medical Center.
The above information is based upon 1) your deponent personally knowing the victim
Torrano Jackson to be expired from bullet wounds at Bailey & Delavan, Buffalo,NY.
2) Affidavit dated 8-10-91 from victim John Sullivan, who stated that the above
named defendant did shoot the deceased on 8-10-91 at Bailey & Delavan.


265.03  Possession of a Weapon in the 2nd degree

In that the defendant, while at Bailey & Delavan, did possess a loaded firearm,
to wit: a Tech-Nine 9mm weapon, with the intent to use said weapon unlawfully
against Torrano Jackson, Aaron Jackson, Mario Jarmon, John Sullivan; in that
the defendant did while  at Bailey & Delavan, did shoot Torrano Jackson causing
his demise; and did shoot Mario Jarmon, Aaron Jackson and John Sullivan, seriously
injuring said complainants.

mb

Page 1 of __2__ Pages

NOTICE: *False statements made herein are punishable as a class "A" misdeameanor pursuant to section 210.45 of the Penal
Law of the State of New York.* •••••• *Forms P-60 & P-60A must be signed by the Complainant.*••••••

Date __August 10__ 19 __91__    _Mark Stambach_ (signed)    Complainant

__Det M Stambach__      __DET__        __Homicide__       __4:15__ xxxM.
(Police Officer)      (Rank)        (Command)        (Time)    P.M.

Supporting Deposition attached: ____Yes __XX__ No  Number ____   Admissions made? __XX__ Yes ____ No, If yes, include in narrative
                                                                  or supporting deposition.

Assignment   ☐ 2nd Platoon    Pre-trial Identification Made __XX__ Yes ____No

             ☐ 3rd Platoon    How? __by Officer__

COE001495

PREPARE IN DUPLICATE
PRINT-OR TYPE

*~~INFORMATION~~ *COMPLAINT    (Continued)

*(Cross out one)

BUFFALO POLICE DEPARTMENT
THE CITY COURT OF BUFFALO,
COUNTY OF ERIE, STATE OF NEW YORK

Page __2__ of __2__ Pages

120.10-1    Assault in the 1st degree

In that the defendant did, with intent to cause serious physical injury to
Aaron Jackson, Mario Jarmon, John Sullivan; cause such injury, to wit:
John Sullivan was shot in the thigh, treated at Sister's Hospital; Mario Jarmon
shot in the hip and stomach, is in critical condition at ECMC in ICU;
Aaron Jackson shot through the buttocks into the stomach, is in critical condition
at ECMC in ICU; by means of a deadly weapon, to wit: a Tech-Nine 9mm weapon,
in that the defendant did shoot the above named complaintants while at
Bailey & Delavan.

mb

NOTICE: *False statements made herein are punishable as a class "A" misdeameanor pursuant to section 210.45 of the Penal Law
of the State of New York.* ••••••••Forms P-60 & P-60A must be signed by the Complainant••••••••

Date __August 10__ 19 __91__          _Mark Stambach_          Complainant
                                              (signed)

__Det M Stambach__      __DET__      __Homicide__          4:25    ~~XXXX~~ P.M.
(Police Officer)         (Rank)      (Command)             (Time)

COE001496

**BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO Richard T. Donovan, Chief | SUBJECT | DATE 8-10 |
|---|---|---|
| Homicide Section | | |
| FROM James P. Lonergan, Det. | File 91-145 | |
| Homicide Section | Jackson Homicide | |

ATTN: Lt. James Rautenstrauch, Homicide Section

Sir;

At 1645hrs, today, I received a phone call from a B-M who wanted to remain anonymous. This B-M stated that the shooting last night at Bailey & Delevan was over a girl. he said that Valentino Dixon and one of the Jackson boys were dating the same girl and this is how the whole thing started. He said the girl'd name is Heather Smith and she attends City Honors School. He then hung up.

Respectfully Submitted,

*James P Lonergan*

Det. James P. Lonergan

COE001494

P-127 (Rev.11/85)

POLICE DEPARTMENT, BUFFALO, N.Y.

**EVIDENCE CONTROL REPORT**

CD __221504__

Date __8/10/91__

TT Pg.# _____

Hrs. _____

NOTE: For Fingerprint Examination, Use Form P-77-C
For Laboratory Analysis, Use Form DCPS-L-1

EVIDENCE DESCRIPTION: (A) silver break-front .32 cal.revolver make UNK,ser.#747,2"bl

blk.grips w/5 shot cylinder, 1 spent .32 round in cylinder under hammer (B)Twenty-

Seven (27) spent brass 9mm shell casings and (C) one (1) copper jacketed bullet

| | | | |
|---|---|---|---|
| WHERE FOUND (Specify: Ex. Kitchen; Car; Suspect's Person; etc.) in street | (Address No. St. Apt.No) 1157 E.Delavan | | |
| Time 0133 HRS. | MO. 8 Date DAY 10 YEAR 91 | Charge Homicide/Shooting | (Suspect's Mug No.) |
| (Suspect's Last Name First M.I. | (Date of Birth) Mo. Day Year | (Address No. St. Apt.No.) | |
| (Suspect's Last Name First M.I. | (Date of Birth) Mo. Day Year | (Address No. St. Apt.No.) | |
| (Victim's Last Name First M.I. Jackson, Torriano (Deceased) | | (Address No. St. Apt.No.) 19 Thatcher,bflo.NY | |

| EVIDENCE SEIZED BY: | (Name-Print or Type) Ra-Chelle Brown | (Rank) PO | (Unit) #16 | (Signature) |
|---|---|---|---|---|

CHAIN OF POSSESSION OF EVIDENCE

| | OBTAINED FROM (Signature Required) | GIVEN TO (Signature Required) | TIME Hrs. | MO. | DATE DAY | YEAR |
|---|---|---|---|---|---|---|
| 1. | PO RM13 | Henry M. Smardz | 0225 | 08 | 10 | 91 |
| 2. | Henry M. Smardz | M. Ny | 0930 | 8 | 12 | 91 |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |

REMARKS: items are evidence re:Fatal Shooting from E.Delavan & Bailey,8/10/91
Bom#91-143

Case No. ECU/LP#91-0853    Property 179477    Refer To: CH 6 MP

COE001623

BPD Comp. 0085

/85)                    POLICE DEPARTMENT, BUFFALO, N.Y.

**EVIDENCE CONTROL REPORT**

CD. __221504__

Date __8/10/91__

TT Pg.#_____

Hrs._____

NOTE: For Fingerprint Examination, Use Form P-77-C
For Laboratory Analysis, Use Form DCPS-L-1

EVIDENCE DESCRIPTION: (A) silver break-front .32 cal.revolver make UNK,ser.#747,2"i

blk.grips w/5 shot cylinder, 1 spent .32 round in cylinder under hammer (B) Twent

Seven (27) spent brass 9mm shell casings  and (C) one (1) copper jacketed bullet

| WHERE FOUND (Specify: Ex. Kitchen; Car; Suspect's Person; etc.) **in street** | (Address No. St. Apt.No) **1157 E.Delavan** | |
|---|---|---|
| Time **0133** HRS. | Date MO. **8** DAY **10** YEAR **91** | Charge **Homicide/Shooting** | (Suspect's Mug No.) |

| (Suspect's Last Name First M.I.) | (Date of Birth) Mo. Day Year | (Address No. St. Apt. No.) |
|---|---|---|
| | | |
| (Suspect's Last Name First M.I.) | (Date of Birth) Mo. Day Year | (Address No. St. Apt.No.) |
| | | |
| (Victim's Last Name First M.I.) **Jackson, Torriano (Deceased)** | | (Address No. St. Apt.No.) **19 Thatcher,bflo.NY** |

| EVIDENCE SEIZED BY: | (Name-Print or Type) **Ra-Chelle Brown** | (Rank) **PO** | (Unit) **#16** | (Signature) |
|---|---|---|---|---|

**CHAIN OF POSSESSION OF EVIDENCE**

| | OBTAINED FROM (Signature Required) | GIVEN TO (Signature Required) | TIME Hrs. | MO. | DATE DAY | YEAR |
|---|---|---|---|---|---|---|
| 1. | PO M B | Henyll Smards | 0225 | 08 | 10 | 91 |
| 2. | Henyll Smards | | 0930 | 8 | 12 | 91 |
| 3. | | L Pandolfini | 1030 | 8 | 12 | 91 |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |

REMARKS: items are evidence re:Fatal Shooting from E.Delavan & Bailey,8/10/91
Hom#91-145

Case No. __ECU/LP#91-0853__    Property No. __17047__    COE001649

P-73    **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Timothy J. Scioli, Lt.<br>Special Services & Intelligence | SUBJECT: | DATE: 3/10/91 |
|----|----|----|----|
| FROM | A.Det. Charles Militello<br>A.Det. William Donovan | Bailey/E.Delavan Homicide<br>Investigation | |

SIR:

Officers met with Dets. Stambach/Masecchia regarding the shooting that occurred last night at Bailey/E.Delavan. Four men shot, one apparently fatally.

We were advised there was a pick up for Valentino Dixon, a/k/a "TINO", B-M, 5'10", slim build, for this shooting. Dets. did check 61 Rounds Ave. and spoke with the aunt, who told us his parents live downstairs. We left them our beeper number and told them to contact us if he returns.

We then went to the area of Bailey/E.Delavan after Pct. 16 Lt. Szafranski did spot TINO'S white ElDorado, Caddy, in front of 1133 E. Delavan Ave. Officers conducted a surveillance with an unmarked vehicle and a short time later a red Mazda, NY Reg. 6BE980, did pull up in front of this house. Officers recognized the driver as Valentino Dixon. He was apprehended and read his rights in front of 1133 E. Delavan by above Intelligence officers. He was then transported to the Homicide office at HQ to be debriefed by Homicide detectives.

Respectfully submitted,

A. Det. Charles Militello

A. Det. William Donovan

CM/les

RESPECTFULLY FORWARDED,

Timothy J. Scioli, Lt.

COE001516

P-73    BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO | Richard T. Donovan, Chief Homicide Section | SUBJECT | DATE 8/10/91 |
|---|---|---|---|
| FROM | Det. Mark R. Stambach | File 91-145 Torrano Jackson Homicide Dictated by Det. Mark R. Stambach | |

ATTN:   James Rautenstrauch, Lieutenant

SIR:

Continuing the above investigation, your writer received a call from a female.  She identified herself as Mrs. Jackson, mother of the deceased. She resides at 19 Thatcher, phone 836-2809.

She states that the boy that did this drives a white Caddy.  He hangs out around Genesee/Moselle. He made his escape in a blue Blazer.  After he did this, he partied at one of the area bars.  She also states if he was to run away, he would go to the Niagara Falls area.

She states a young boy told her this.  He would not identify himself to her.  She was informed to get names of anyone who saw this, or anyone who was a witness to this incident and call us.

Your office will be kept apprised of further developments on subsequent P-73's.

Respectfully submitted,

Det. Mark R. Stambach

MS/les

COE001515

# F-73 BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO | Larry J. Baehre<br>Lieutenant Commanding<br>Identification Section | SUBJECT | DATE 8-10-91 |
|----|----|----|----|
| FROM | *DET JOHN VICKERD*<br>*HOMICIDE* | | Request for permanent Photo<br>Array for Identification<br>Purposes |

Sir:

The composition of a permanent photo array to be used for

suspect identification is requested. The suspect's name is

_DIXON   VALENTINO_____. The photo that is needed

Last name, First name, Initial

has mug number _172430_____ and and was taken on **6·25·91**

_____. Below are listed suitable stand-ins.

| | Mug Number | Arrest Date |
|----|----|----|
| 1. | 172822 | 6-12-89 |
| 2. | 165103 | 8-7-91 |
| 3. | 178640 | 10·4-90 |
| 4. | 165849 | 8-7-91 |
| 5. | 178895 | 8-5-91 |
| 6. | 147985 | 11-2-87 |
| 7. | 178659 | 6·13·90 |
| 8. | 178595 | 8-7-90 |
| 9. | 185651 | 6-24-91 |
| 10. | | |

**5 copies**

Respectfully submitted,

Date Completed 8-10 91 /08
Received By: _____

_(signature)_

Pct./Unit/Squad

COE001499

P-73  **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | SUBJECT | DATE 8-10-91 |
|----|---------|--------------|
| FROM | FILE 91-145 | |

**WARNING - SUSPECTS'S RIGHTS**

1. You have the right to remain silent.
2. Anything you say can and will be used against you in a court of law.
3. You have the right to talk to a lawyer and have him present with you while you are being questioned. V.D.
4. If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning, if you wish one.

DO NOT REMOVE



MRS

COB 000152



COE001424

BPD Comp. 0091

COE001425

BPD Comp~0092

William M. Shephard
...lo Police Department
Photographic Unit

Case No:

Date:    AUG 10 1991

# 1 ...



COE001426

BPD Comp. 0093



COE001427

BPD Comp. 094

Reprographic Unit
Date:

JUN 10 1991

C

#18917 2



COE001428

BPD Comp. 0095

COE001429

BPD Comp-0096

William H. Shephard
Buffalo Police Department
Photographic Unit

Case No:

Date:     AUG 10 1991



COE001430

BPD Comp. 0097

COE001431

BPD Comp-u98

Case No:

Case No:

Date:

02 - 0 1991



COE001432

BPD Comp. 0099

COE001433

BPD Comp-∿00

William M. ...
Buffalo Police ...
Photographic Unit

Date:

**AUG 1 0 1991**

Case No:



COE001444

BPD Comp. 0101

COE001445

BPD Comp-x02

Photographic Unit

Case No:              Date:    1 0 1991



COE001446

BPD Comp. 0103

COE001447

BPD Comp~04



COE001448

BPD Comp. 0105

COE001449

BPD Comp. 106

William M. Shepherd
Buffalo Police Department
Photographic Unit

Case No:                Date:

MAR 13 1991



COE001450

BPD Comp. 0107

COE001451

BPD Comp~108

William M. Shephard
Buffalo Police Department
Pictographic Unit

Case No:

Date:      AUG 10 1991

# 10018



COE001452

BPD Comp. 0109

COE001453

BPD Comp-v110

William M. Shephard
Buffalo Police Department
Photographic Unit

Case No:

Date:

AUG 10 1991



COE001454

BPD Comp. 0111

COE001455

BPD Comp~~i12

AUG 10 1991

**William W. Shepher⁰**
Buffalo Police Department
Photographic Unit
Date:

#18917



COE001456

BPD Comp. 0113

COE001457

BPD Comp. v14

**William M. Shephard**
Buffalo Police Department
Photographic Unit

Case No:        Date:        JUN 0 1591

# 18572



COE001458

BPD Comp. 0115

COE001459

BPD Comp-116

William M. Shephard
Buffalo Police Department
Photographic Unit
Case No:          Date:

# 18918



COE001460

BPD Comp. 0117

COE001461

BPD Comp. 118

Photographic Unit
Date:

Case No:



COE001462

BPD Comp. 0119

COE001463

BPD Comp~v120

William W. Shephard
Buffalo Police Department
Photographic Unit

AUG 10 1991

# 18



COE001464

BPD Comp. 0121

COE001465

BPD Comp. 022

Victor A. De Leone
Police Department
Traffic Unit
Date: JUN 05

Reg 11
11-5-92



COE001466

BPD Comp. 0123

COE001467

BPD Comp. 124

**Victor A. DeSimone**
Buffalo Police Department
Photographic Unit

Case No:          Date:

JUN 01 1992



COE001468

BPD Comp. 0125

COE001469

BPD Comp. 126

Victor A. DeSimone
Police Department
Photographic Unit

Case No:

Date:

JUN 0

#



COE001406

BPD Comp. 0127

COE001407

BPD Comp-v128

**William M. Shephard**
Buffalo Police Department
Photographic Unit

Case No:              Date:

#



COE001408

BPD Comp. 0129

COE001409

BPD Comp~v30

William M. Shephard
Buffalo Police Department
Photographic Unit

AUG 10 1991



COE001410

BPD Comp. 0131

COE001411

BPD Comp~~~32

William M. Shepherd
Buffalo Police Department
Photographic Unit

Case No:          Date:

#13-17    AUG 16 1991



COE001412

BPD Comp. 0133



COE001413

BPD Comp. 5134



COE001414

BPD Comp. 0135

COE001415

BPD Comp—~36

William M. Shephard
Buffalo Police Department
Photographic Unit

No:        Date:    AUG 13 1991

#1891



COE001416

BPD Comp. 0137



COE001417

BPD Comp~√38



COE001418

BPD Comp. 0139

COE001419

BPD Comp~v40

Buffalo Police Department
Photographic Unit

Case No:

AUG 10 1981



COE001420

BPD Comp. 0141

COE001421

BPD Comp~√42

Shephard
hotographic it

Boy, se



COE001422

BPD Comp. 0143

PEOPLE'S
EXHIBIT

COE001423

BPD Comp. 144

Police Department
Photographic Unit

Case No:

AUG 10 1991

Date:



COE001398

BPD Comp. 0145

CD # _221 504_    FILE # _91 - 145_

**Officer** _JOHN VICKERD_

**Unit** _HOMICIDE_

PHOTO SPREAD INFORMATION

| Slot # | Mug Number | Mug Date |
|---|---|---|
| 1. | 166781 | 11 - 13 - 89 |
| 2. | 172430 | 7 - 29 - 90 |
| 3. | 164813 | 11 - 14 - 90 |
| 4. | 152153 | 2 - 31 - 88 |
| 5. | 143655 | 7 - 16 - 90 |
| 6. | 166924 | 11 - 16 - 90 |

Remarks

P-89

COE001399

P-1302    R. T. D.    8-10-97
         C. o. H.

                                    File 97-145
                                    Torrano Jackson

Ret. MRS
Attn. James Rat    *Called*
                   *Mr. 8-10-97*

Sir:

        Continuing the investigation
of the shooting of Torrano Jackson.
Your writer did receive a call from
a female. She identified herself
as Mrs Jackson the mother of the
deceased. She resides at 19 Thatcher
phone 836-2809.

        She states the following
that the boy that did this
drives a white caddy. He hangs
out around Genesee and Moselle.
He made his escape in a blue
blazer. After he did this he
went and partied at one of the
area bars. She also states if
he was to run away he would
go to Niagara Falls.

        She states a young boy
told her this. He would not I.D.
himself. She was informed to get
names of anyone who said this.
and call us

                            Respect.

COB 000118

BPD Comp. 0147

```
OPR NAM/ SULLIVAN        JOHN             DOB/ 030274 RAC/ B SEX/ M
   NAM/SULLIVAN          JOHN       A      DOB/030274 RAC/B SEX/M  PCN/05
ADR/309     ADAMS        ST        CIT/BUFFALO      NY 14208      ORA/EIO
HGT/6-01  WGT/207    BLD/UNKNOWN    EYE/BRO          HAI/BLK       SMT/
CTZ/Y       POB/BUFFALO  NY        OCC/STUDENT      MAR/SINGLE
HAZ/NO WARNING
SID/67196310   FBI/               SOC/000000000   MUG/180507-EIO1  MNO/
                                    TO PRINT A SUMMARY OF LOCAL ARRESTS:
                                       HIT UPPER FUNCTION & F1
NUMBER OF ARRESTS =    2
```

CPS

COB 000129

D302 PAGE 01 08/10/91 S U M M A R Y  O F  A R R E S T S SULLIVAN ,JOHN
    CHARGES                                         DISPOSITIONS

07/12/90 ARR.BUFFALO    CNB/90-264766<>                              EI01
    DG 90 17150                         <>
    JCN 122754590 TRU 37                <>
PL 165-45-5    FEL.                      <>

09/21/90 ARR.BUFFALO    CNB/90-273822<>                              EI01
    BEF90-17861                         <>
PL 221-05    VIOL                        <>

E N D  S U M M A R Y  SULLIVAN ,JOHN      002 ARRESTS, 002 CHARGES

* ACCOMPLICE INFO AVAILABLE -- USE FR.ARR OR FR.DR SCREEN

) DENOTES AN ATTEMPTED CRIME

NOTE-USE OF THIS INFORMATION IS NOT BASED ON FINGERPRINT IDENTIFICATION
    AND IS REGULATED BY LAW [TITLE 28-FEDERAL RULES AND REGULATIONS
    NEW YORK CRIMINAL PROCEDURE LAWS-ARTICLE 160].
    DO NOT RETAIN AFTER 90 DAYS FROM DATE AT TOP OF PAGE. DO NOT DISSEMINATE.
                                    JOHN CARDARELLI, COMMISSIONER
                                    CENTRAL POLICE SERVICES

COB 000130

COE001400

BPD Comp. 0150

File #
CD# CD221-504   91-145

Officer DET. MASECCHIA

Unit   HOMICIDE

SEAL OF BUFFALO POLICE DEPARTMENT · BUFFALO, N.Y.

PHOTO SPREAD INFORMATION

| Slot | # | Mug Number | Mug Date |
|------|---|-----------|----------|
| 1. | | 185651 | 6-24-91 |
| 2. | | 178659 | 6-13-90 |
| 3. | | 147985 | 11-2-87 |
| 4. | | 178640 | 10-4-90 |
| 5. | | 172822 | 6-12-89 |
| 6. | | 172430 | 6-25-91 |

Remarks

P-89



COE001401

MENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO | FRANK W. LUSTAN (?) |
| | DETECTIVE DIVISION ADMINISTRATION |

SUBJECT | DATE 8/11/91

FROM | C. FATTA, JR. , LIEUTENANT
DETECTIVE DIVISION SHIFT OFFICER

DAILY REPORT FOR THE 1530-2330 HRS.
TOUR OF DUTY, ABOVE DATE

SIR,

I VISITED THE MEN'S CELLBLOCK AT : ___1620___ AND _2250_ HRS.

ASSIGNED TO CELLBLOCK WERE: ___Bearon___ , ___Johnson, P.___
___Gambino___ , _____ , _____

TOTAL PRISONERS FINGERPRINTED: _12_ : UNPRINTED _0_

REASONS FOR UNPRINTED PRISONERS: _____

DEFICIENCIES IN CELLBLOCK: LIGHTS OUT: _____

INOPERATIVE CELLS: _____

CELLBLOCK BLANKETS: ON HAND: _18_   IN CELLBLOCK: _0_

TO BE CLEANED _9_ : TOTAL: _27_

IDENTIFICATION BUREAU PERSONNEL ASSIGNED: _Serafinin_ , Adymy ½ AWL

zzz

*********************************************************************

DURING THIS TOUR OF DUTY THE FOLLOWING INCIDENTS OCCURED:

1) 1845 Hrs. Photographer Shephard called out to assist AIU with fatility
   at 578 Hopkins.

2) Received info from Lt. T.C. smith #16 that a W-M & B-M in a late model Chev
   Caprice drove infront of shooting victims house at 19 Fatcher and shouted
   with bullhorn "We got your one boy, now we're going to get your other boy."
   Victim at present in ECMC, their security notified by Lt. Smith, Duty Insp
   to be notified.

3) P.O. Kwiatowski detailed to cellblock from Pct 9, reports off sick for t●
   12-8 tour 8/12/91. Prect 9 to send mess.

RESPECTFULLY SUBMITTED,

_C. Fatta_ LIEUTENANT
DETECTIVE DIVISION SHIFT OFFICE

[ ] CONTINUED ON REVERSE

COE001537

P-73   **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO: Ralph V. Dagenhart<br>Commissioner of Police | SUBJECT | DATE 8/11/91 |
|---|---|---|
| FROM P.O. Daniel F. Smith<br>P.O. Kevin Barberg<br>Precinct 16 | Threats to Family of Shooting Victims<br>Refer to Msg.16584   CD# 221-504 | |

Attention: Inspector David Caruso
            Homicide Squad
            Intelligence Squad

RECEIVED
HOMICIDE BUREAU
BUFFALO POLICE DEPT
1991 AUG 14 AM 5: 42

Sir;

    On 8/11/91 at 1802 hrs. officers Smith and Barberg were dispatched
to 19 Thatcher in Pct. 16 regarding a call of threats. Upon talking to the
complainant we were informed that one B/M, and one W/M in an older
Chevrolet Caprice, grey, did threaten their family. The complt. Mrs.
Jackson had two sons shot on 8/10/91 at 0129hrs. at Bailey and E. Delevan.
Her son Torriano Jackson died of gunshot wounds and her other son Aaron
Jackson is confined to E.C.M.C. in critical condition. According to Mrs. Jackson
the above males, no better description, did ride past her house at approx.
1600hrs and with the use of a bullhorn did say that they would kill him and
her son Aaron. As a result Mrs. Jackson had her son moved to a different
room within E.C.M.C. under the name of John Doe.

P.O. K. Barberg

Sir;
    I was informed of the above incident by Officers Smith and Barberg.
I notified the Duty Inspector, the Shift Lieutenant and the security at
E.C.M.C. A pick-up for the vehicle was put over the air. Security at the
Hospital was given orders not to reveal the room number of Aaron Jackson
to anyone and to contact our Department regarding any suspicious activity.

                    Respectfully,

                    Lt. Thomas C. Smith Prct 16

Respectfully forwarded:

Captain Michael Gasper
Prct# 16.

RESPECTFULLY FORWARDED

David Caruso
POLICE INSPECTOR

COE001539

## BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO | Richard T. Donovan, Chief<br>Homicide Section | SUBJECT | | DATE | 8/11/91 |
|----|----|----|----|----|----|
| FROM | Det. Mark R. Stambach<br>Det. Daniel R. DiPirro | File 91-145 Torrano Jackson<br>Homicide<br>Dictated by Det. Mark R. Stambach | | | |

ATTN:    James Rautenstrauch, Lieutenant

SIR:

Continuing the above investigation, your writers did go to E.C.M.C.
There your writers did interview Mario Jarmon after obtaining permission
from his doctor, Dr. Vilardo.

He was currently in surgical ICU in Rm. 1934. He had a trach tube and
was not able to speak. He did nod and tell us the following after
several questions.

He said TINO, Valentino Dixon did not shoot him by nodding no. He
nodded that the guy that shot him was the dead guy. He was shot and did
not see TINO with a gun. He will sign a statement when better.

Respectfully submitted,

Det. Daniel R. DiPirro

MS/les

Det. Mark R. Stambach

_Mark R. Stambach_

A. 16

P-73 **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Richard T. Donovan, Chief<br>Homicide Section | SUBJECT | | DATE | 8/11/91 |
|---|---|---|---|---|---|
| FROM | Det. Mark R. Stambach<br>Det. Daniel R. DiPirro | | File 91-145 Torrano Jackson<br>Homicide<br>Dictated by Det. Mark R. Stambach | | |

ATTN:    James Rautenstrauch, Lieutenant

SIR:

Continuing the above **investigation, your writers** did go to E.C.M.C. There your writers did interview **Mario Jarmon** after obtaining permission from his doctor, Dr. Vilardo.

He was currently in surgical ICU in Rm. 1934. He had a trach tube and was not able to speak. He did nod and tell us the following after several questions.

He said TINO, Valentino Dixon did not shoot him by nodding no. He nodded that the guy that shot him was the dead guy. He was shot and did not see TINO with a gun. He will sign a statement when better.

He wrote the name of the guy that was with him and TINO as Twon from Burguard St. He also nodded that he was close friends of TINO.

We then tried to interview Aaron Jackson. His doctor refused. We were informed to check later after a day or two. We found out his parents just left.

We then contacted **Aaron's mother** at her residence. She stated her son Aaron told her at the E.C.M.C. that TINO, Valentino Dixon, shot him. She said her son told her TINO shot him with an automatic, as the bullets came out of the gun so fast. She then asked for your writer to meet her at the E.C.M.C. at 2000 hrs. tomorrow.

At this time a photo array and statement can be taken as of 8/12/91.

Aaron's father, **Frederick Jackson,** told your writer that his son told him on Tuesday that TINO was going to shoot them, that both his sons, Aaron and Torrano took him to the window of their house and showed him a white Cadillac that drove by three times. They told him it was TINO and he was after them.

He told his sons to stay out of the streets, then this happened. He agreed to an interview at E.C.M.C. on 8/12/91.

Your office will be kept apprised of further developments on subsequent P-73's.

Respectfully submitted,

Det. Daniel R. DiPirro

MS/les

Det. Mark R. Stambach

*Mark R Stambach*

COE001538

P-1302

8-11-91

R.T.O.
C.O.H

File 91-145
Torrans Jackson

D.O.R.P.

D.MRS.

Attn: James Rout.

Sir.

I'm continuing the investigation
of Torrans Jackson your writers did go to
the E.C.M.C. There your writers did
interview Mario Jarmon. After getting
permission from his Doctor Michael
Vilardo. He is in S.I.C.U. in room 1934.
He had a
trache tube and was not able to speak
He did nod and tell us the following
after several questions. He said
Valentino Tino Dixon did not shot him
by nodding no. He nodded that the
guy that shot him was the dead guy.
He was shot and did not see TINO
with a gun. He will sign a statement
when better. He wrote the name of
the guy that was with him and TINO
as TWON from 6 urgard street. He
also nodded that he was close
friends of TINO.

We then tried to interview
Aaron Jackson his doctor refused.
We were informed to check later
after a day or two. We found out
his parents had just left.

COE001540

We then contacted Aarons mother at her residence. She stated her son Aaron told her at the E.C.M.C. that TINO Valentino Dixon shot him. She said her son told her TINO shot him with a automatic as the bullets came out of the gun so fast. She then asked for your writer to meet her at the E.C.M.C. at 8:00 PM tommorow. Photo array and statement can be taken 8-12-91.

His father Frederick Jackson told your writers that his sons had told him on Tuesday that TINO was going to shot them. That both his sons Aaron and Tarrain took him to the window of there house and showed him a white caddilac that drove by three times. They told him it was TINO and he was after them. He told his sons to stay of the streets. Then this happened. He agreed to a interview at ECMC on 8-12-91.

YOWBKA DA

Respect
MRS
DRD

COE001541

City of Buffalo                    8-12-91
Department of Polic               0130hrs

State of New York)
County of Erie ) SS.
City of Buffalo )

LEONARD L. BROWN Date of birth 12-7-70 20yrs of age a black male residing at
63 Fay in the lower phone #893-1497. Being duly sworn deposes and makes the
following statement in Room #304 of the Buffalo Police Headquarters the office
of the Homicide Section. Statement typed and questions asked by Det. Raniero
Masecchia, in the presence of Det. Dan DiPirro.

Q. Can you read and write and how far did you attend school?
A. Yes, I got my G.E.D. from High School.

Q. Are you employed and if so where?
A. Yes, At a BUCK OR TWO 2129 Bailey.

Q. Where do you and with whom?
A. 63 Fay, with my Mother and my little brother, Antoine Shannon.

Q. The Buffalo Police Homicide Section is presently investigating a shooting
that happened E. Delavan and Bailey Ave. on 8-10-91 at approximately 1:30am
As a result of this shooting a Torrano Jackson B-Male 17yrs of age of 19
Thatcher st. was pronounced dead at the ECMC Hospital a short while later.
Also the following were also shot and are presently being treated for
gunshot wounds. Aaron Thatcher black male 20yrs. of 19 Thatcher, Mario
Jarmon B-M-19yrs of age of 1122 E. Delavan and a John Sulliavn black male
17yrs of age of 49 Elmer. Can you tell me what you know of this incident?
A. Let me tell how it started, Aaron Jackson and Torre Jackson and a couple
of other boys a few weeks before the shooting, they was at a party at a
new club somewhere downtown. My little brother Antione Shannon was also
there with a couple of his friends. One of the boys that he was with had
a little controversy over something. Torre and Aaron and bunch of those
guys pulled out a gun, my brothers friends ran, they surrounded my brother
Antione and told him to get down on his knees. Torre had the gun. My
brother wouldn't get down and he just ran, nobody shot at him. OK the
night of the shooting, Me my little brother Antione and Mario Jarmon we
was in this corner store on Bailey and Delavan, I was in the store and
they was outside, my little brother came and called me to come out. He told
me that one of the guys that pulled the gun on him was sitting in a car
a little Geo across the street in a Parking lot at the Norse Star bank.
We walked across the street to the car, I told my little brother to tell
Aaron Jackson to get out of the car, I wanted to fight him one on one
I mean my brother wanted to fight one on one. But Aaron didn't want to
he kept talking about his brother just dying. That was Fred Jackson he died
about 4 weeks age he OD or something. He jumped in the car with a another
guy named Travis he was saying to wait that he was gonna come back and
spray all us Mother Fuckers. Me, my little brother and Marion walk back to Ma
rios house on E. Delavan. We were there for about 5 minutes when we see the
Yellow Geo go back towards Bailey, this time there are a some more people
in the back seat. We went into the house and my little brother called
Tino, thats Valentino Dixon. It took Tino around 45 minutes to get there.
When he came he was with Lamarr, All of them walked up to the corner and
they told me to stay by the house. Then I saw the Geo pull up and they
started exchanging words on the corner, Tino and Lamarr started to come
back towards the houses, the Geo parked in Louies parking lot. As Tino,
Lamarr and Antoine were coming to me, I saw about 5 guys, Aaron, Torre
and some others start with Mario who still up at the corner, They were
going after Mario throwing punches, Mario was backing up so I ran up there
to help Mario and Tino and Lamarr were behind me. I was to get up to the
fight and thow a bottle at someone when I heard a shot. Then I was looking
around and then I heard all kinds of shots. I seen Lamarr with the gun
he was shooting. I started backing up, the dude was lying on the ground
and Lamarr must have lost control of the gun it just kept going off. Tino
had run away and ran behind him. Tino jumped in his car and drove and me
and my little brother ran up into Marios house. Then Lamarr ran away into
some yard.

Q. How old is your little brother Antione  Shannon?
A. 18yrs.

Q. Can you describe the gun Lamarr had?
A. It was black, it had a handle and he held it with two hands, it looked
like a machine gun. L.B

Statement of Leonard L. Brown continued on page #2.......................

COE001560

Statement of Leonard L. Brown continued from page .....................

Do you know Lamarr's full name?
No, but we came down here together, I didn't know him until that time of the shooting.

Q. How did you and Lamarr happen to come here together?
A. My father, Step father had talked to Tino in jail and he got us all together and had us call the News.

Q. What is your relationship to Tino, Valentino Dixon?
A. He's my half brother, we got the same Father.

Q. Did you see anyone else besides Lamarr with a gun at the time of the shooting?
A. No.

Q. Did you have a gun?
A. No,

Q. How many shots did you see Lamarr shoot?
A. I don't know I heard the first shot coming from the street, then Lamarrs shots were like firecrackers.

Q. Did you and Lamarr discuss what you were going to tell the Police tonight?
A. No.

Q. Do you know what happened to the gun that was used in the shooting?
A. No.

Q. Do you know where Lamarr was when he called Channel 2 News?
A. Yes, 63 Fay he was my house.

Q. Who else was in the house when he called?
A. My Father Robert Bryant and my Mother Ann Shannon, and my brother Antione.

   Channel 2 stated that they called 893-1497 whose phone # is that?
   My mothers Anne Shannon at 63 Fay.

Q. Did you see Lamarr with the gun before the shooting started?
A. No.

Q. Did Lamarr give you the gun after the shooting?
A. No.

Q. Did Tino have a gun the night of the shooting?
A. No. I didn't see one.

Q. OK, is there anything else you can think of that might assist us in this investigation?
A. No.

Q/ I will now have you read this 1 3/4 page statement and if there are any additions or corrections tell me and I will make them now. Do you understand?
A. Yes.

Q. OK, now that you have read the statement, is it true and correct?
A. Yes.

Q. Will you sign it?
A. Yes.

Sworn to and subscribed before me this the
12th Day of August, 1991

_____   Signed _____
Commissioner of Deeds in and for the
City of Buffalo, County of Erie, State of NY.
Exp. 12/92

COE001561

DEPARTMENT OF
**CENTRAL POLICE SERVICES**
FORENSIC LABORATORY
ERIE COUNTY

CD#221504

**REQUEST FOR FORENSIC
LABORATORY EXAMINATION**

CASE NO. ___ Hom.#91-145
ECU/LP#91-0853

DATE ___ 8/10/91

| INVESTIGATING OFFICER(S) | Henry Smardz | SHIELD NO. | 404 | AGENCY | BPD | BUR. XXXT. | ECU |

DEFENDANT(S): Valentino Dixon, BM, 21
BPD #172430

PLEASE CHECK:
( )SALE OF CONTROLLED SUBSTANCES          ( )POSSESSION ONLY OF CONTROLLED SUBSTANCES
CHARGES: Hom/Shootings-Poss Weap   TIME & DATE OF OCCURRENCE OR ARREST: 0129 hrs - 8/10/91

| DESCRIPTION OF EVIDENCE: | WHERE OBTAINED: | ID MARKS |
|---|---|---|
| Twenty-Two (22) items of physical evidence | Bailey & E.Delevan | HS |
| | 462 Grider St. (ECMC) | HS |
| | Sister's Hosp. | HS |
| | 74 Franklin (BPD-Hdqtrs) | HS |

refer XC P-112 for further info/description of submitted items...

Item 7 To the BPD Admin Office,
Not Submitted ē other Items (HS)

COMPLAINANT: 1. Torriano Jackson,BM,17(Deceased)  ADDRESS: 19 Thatcher,Bflo.NY
2. Mario Jarmon,BM,19                          1122 E.Delevan,Bflo.NY
3. Aaron Jackson,B,20                          19 Thatcher,Bflo.NY
4. John Sullivan,BM,17                         49 Elmer,Bflo.NY

REMARKS/TYPE OF EXAMINATION REQUESTED:
FIREARM'S ID: #1,2,3,4,5,7 ,9,10,16,17,18,19,20
BLOOD:6,8,11,12,13,14,15,21,22

(THIS SPACE FOR LABORATORY USE ONLY)

Received
+ Logged SP

LABORATORY NO: **76336**

**RECEIVED**
AUG 12 1991 "Smardz"
FROM Hen Smardz
TIME 0915 hrs -

RECEIVED BY _Bert Pantolzini_

DCPS-L-1 (Rev. 1/81) ECCP

COE001647

P-73

## BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO | Richard T. Donovan, Chief Homicide Section | SUBJECT | | DATE 8/12/91 |
|----|--------------------------------------------|---------|--|--------------|
| FROM | Det. Daniel R. DiPirro | File 91-145 Homicide Dictated by Det. DiPirro | | |

ATTN:  James Rautenstrauch, Lt.

SIR:

At 1245 hrs. this date reporting officers were notified at home by phone by Shift Lt. William Smith that more manpower was needed to assist in new information regarding the above homicide on 8/10/91.

Upon arrival at the Homicide office, your writer met Det. Masecchia and we were both briefed by Det. Stambach as to the meeting and filming by Channel 2 News at Bailey/Genesee at approximately 0001 hrs.  The reporter and cameraman were Wanda Stark, 849-5760, reporter and Jerry Gasser, phone 883-9022 cameraman.

They stated they would make a copy of the confession taped by them at midnight at Bailey/Genesee.  Your writer accompanied them to their studio at approximately 0140 hrs. and I received the tape of one Lamar Scott.  On tape he made admissions to Channel 2.  Said copy of the tape is a permanent part of this file.

While at Channel 2, I spoke to John C. Stehlin, assignment editor of Channel 2 and also legislative assistant to Councilman Fronczak.  He took the first call at the studio at approx. 2250 hrs. on 8/11/91 on the news hotline.

He spoke to a woman who gave him the number 893-1497 to call back.  She identified herself as Ann Shannon.  After calling the news director at home, John called the number back that he was given and spoke to Ann Shannon some more.

John then spoke to another male who said he was John, same phone call. John said he wanted the truth to come out and John Stehlen agreed to meet him at Bailey/Genesee with the police to film it.  This was done at midnight.  Stehlen said he will testify to the conversation he received on the phone.

Your writer then returned to the Homicide office where Dets. Masecchia/ Stambach were taking statements from Lamar Scott, confessor, and a witness Leonard L. Brown.  Their statements will become a permanent part of this file.

Respectfully submitted,


DRP/les                                Det. Daniel R. DiPirro

P-73 **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | SUBJECT | DATE |
|---|---|---|
| FROM | | |



*CAMERAMAN*

*Reporter: WANDA STARK*



*ASSIGNMENT EDITOR*

JOHN C. STEHLIN
ASSISTANT TO
DAVID A. FRANCZYK
COUNCILMEMBER FILLMORE DISTRICT

851-4138

851-4139

1408 CITY HALL
BUFFALO, NY 14202

COB 000198

P-1302

DD.

Called in
8-1?-91
DD

91-145

Sir:

At 1245 Hrs. this date reporting officer was notified at home by phone from Shift Officer Lt. Smith. that more manpower was needed to assist in new info. re: Homicide from Bailey & Delmar 8-10-91.

Upon arrival at our office, I met Det. Manuski and we were both briefed by Det. Slaunbeck as to the meeting & filming by Ch#2 News at Bailey & Kensington. The reporter & cameraman were:

WANDA STARK - 849-5756 Reporter

Jerry Gasser - 883-9022 - Cameraman

They stated that they would make a copy of this a confession taped by them at 12 Midn. Bailey & Newman. I accompanied them to their studio at 0140 Hrs. I heard this tape by one Tamara Scott, on this tape he made admission to Ch#2, said copy of tape is now part of said file.

While at Ch#2 I spoke to John C. Stehlin Assign. Editor at Ch#2 and a Legislative assistant to Shorsragh Office Councilman. He took the 1st call at the studio at approx 10°° Am, 8-11-91 on News Hotline.

He spoke to a woman who gave him the number 893-7497 to call back she I.D. herself as Ann Shannon. After calling Miss Delister, John called this number back and spoke to Ann Shannon concerned.

John then spoke to another male who said he was John, same phone call; John said he wanted the truth to come out John Stehlin and John he spoke to agreed to meet @ Bailey & Genesee with the Police to film it, Stehlin said he will testify to this convers.

At 12 Mdt.? on the phone

COB 000195

P-1302

I then returned to the APU Office when
Mirochie + Stankevich was taking statements from
Jamaar Scott + witness Leonard T. Brown

DLD

P-73 **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Richard T. Donovan, Chief<br>Homicide Section | SUBJECT | DATE | 8/12/91 |
|---|---|---|---|---|

| FROM | Det. John Vickerd | File 91-145 Torrano Jackson Homicide<br>Dictated by Det. John Vickerd |
|---|---|---|

Attn:  James Rautenstrauch, Lt.

Sir:

Your writer received a phone call from an anonymous female caller at 1300 hrs. this date while in the Homicide office.  This female stated she had information from an eyewitness who also would remain anonymous about the above shooting.

This female caller stated Valentino Dixon, known to her as TINO, is the person that shot Torrey Jackson and also Aaron Jackson.  She also states that while Aaron was lying on the ground after being shot by TINO, TINO'S best friend, Rich Wallace, also shot at Aaron with a handgun he had.  She states that Rich Wallace lives at the house next to 366 Koons Ave., upper.  She believes the number is 368.  The house is brownish in color with brick on the front.

She describes Rich Wallace as a B-M, dark skinned, 19 years, approx. 5'9", medium build, short hair, clean shaven.

This caller also stated TINO contacted Rich and a 14 year old B-M named Ronnie, that stays with Rich Wallace.  He contacted Ronnie through friends by phone from the Holding Center.  Ronnie was offered $3,000 to take the blame for the shooting.  Because of his age, TINO figured he could only be charged as a juvenile.

This caller then stated that cousins of the Jackson brothers will be shooting up Rich Wallace's house because they know he was involved.

Subsequent developments will be reported via additional P-73's.

Respectfully submitted,

*John T Vickerd*

Det. John Vickerd

JV/les

COE001544

P-88 [Rev. 12/86]

**DEPARTMENT OF POLICE**
**CITY OF BUFFALO**
**Photo - Array Identification Affidavit**

DATE: _8 / 12 / 91_

STATE OF NEW YORK
COUNTY OF ERIE } SS. :
CITY OF BUFFALO

_AARON   JACKSON_ , AGE _20_ , ADDRESS _19 THATCHER STREET_

_____ , PHONE _836 2809_ , BEING DULY SWORN, DEPOSES AND MAKES THE

FOLLOWING STATEMENT TO _DETECTIVE MARK R. STAMBACH_
                                      [Name]             [Rank]

AT _1915_ HRS., DATE _8 / 12 / 91_ , WHILE AT _E.C.M.C._ _GRIDER STREET_
                                            [Address]    [City / Town]     [State]

**NOTE :** STRIKE OUT SECTION **A** OR **B** THAT DOES NOT APPLY.

I WAS SHOWN A FOLDER WITH SIX [6] PHOTOGRAPHS IN SEPARATE SLOTS :

**A.** I PICKED OUT A PHOTO IN THE NUMBER _____ SLOT AND I POSITIVELY IDENTIFY THE PERSON IN THE

PHOTOGRAPH AS BEING THE ONE THAT _____ ME ON ___/___/___ .
                                          (Describe criminal act)         [Date]
I WAS TOLD BY THE ABOVE POLICE OFFICER THAT THE NAME OF THE PERSON IN THE PHOTOGRAPH IS

_____
     (Enter name)

**B.** I PICKED OUT A PHOTO IN THE NUMBER _4_ SLOT AND I IDENTIFIED THE PERSON IN THAT PHOTOGRAPH
                                  _SHOT MY BROTHER_

AS LOOKING LIKE THE PERSON WHO _TORRY_ ME ON _8 / 10 / 91_ BUT, I CANNOT BE SURE
                                      (Describe criminal act)     [Date].

~~UNLESS~~ _HE WAS THERE IT HAPPENED SO QUICK_
_NUMBER FOUR_ (Describe why)

_I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE._

        Signed  x _Aaron Jackson_

SUBSCRIBED AND SWORN TO BEFORE ME,

THIS _12TH_ DAY OF _August_ , 19 _91_

COMMISSIONER OF DEEDS IN AND
FOR THE CITY OF BUFFALO, N.Y.

**COE001402**

BPD Comp. 0166





COE001403

BPD Comp. 0167

COE001404

BPD Comp. 0168

I have positively identified the photo in slot # ......4.......as
being the person that ...... THE BOY WHO LOOKS LIKE
THE LAST GUY ......
Signed ........................................ Date ... X-12-91

CD # _CD 221-504   File # 91-145_



`Fficer_____

**Unit** _HOMICIDE_

PHOTO SPREAD INFORMATION

| Slot | # | Mug Number | Mug Date |
|------|---|-----------|----------|
| 1. | | 186 651 | 6-24-91 |
| 2. | | 178 659 | 4-13-90 |
| 3. | | 147 985 | 11-2-87 |
| 4. | | 172 450 | 6-25-91 |
| 5. | | 178 640 | 10-4-90 |
| 6. | | 172 882 | 6-12-89 |

**Remarks**

P-89



**COE001405**

P-88 [Rev. 12/86]

**DEPARTMENT OF POLICE**
**CITY OF BUFFALO**
**Photo - Array Identification Affidavit**

DATE: _8 / 12 / 91_

**STATE OF NEW YORK**
**COUNTY OF ERIE**    }   SS. :
**CITY OF BUFFALO**

_AARON  JACKSON_ , AGE _20_ , ADDRESS _19 THATCHER STREET_

_____ , PHONE _836 2809_ , BEING DULY SWORN, DEPOSES AND MAKES THE

FOLLOWING STATEMENT TO _DETECTIVE  MARK  R.  STAMBACH_
                                                           [Name]                                [Rank]
AT _1915_ HRS., DATE _8 / 12 / 91_ , WHILE AT _E.C.M.C.   GRIDER STREET_
                                                           [Address]        [City / Town]        [State]

**NOTE :**  STRIKE OUT SECTION **A** OR **B** THAT DOES NOT APPLY.

I WAS SHOWN A FOLDER WITH SIX [6] PHOTOGRAPHS IN SEPARATE SLOTS :

**A.**  I PICKED OUT A PHOTO IN THE NUMBER _____ SLOT AND I POSITIVELY IDENTIFY THE PERSON IN THE

PHOTOGRAPH AS BEING THE ONE THAT _____ ME ON ___/___/___ .
                                                                   (Describe criminal act)                [Date]
I WAS TOLD BY THE ABOVE POLICE OFFICER THAT THE NAME OF THE PERSON IN THE PHOTOGRAPH IS

_____
            (Enter name)

**B.**  I PICKED OUT A PHOTO IN THE NUMBER _4_ SLOT AND I IDENTIFIED THE PERSON IN THAT PHOTOGRAPH

AS LOOKING LIKE THE PERSON WHO _SHOT MY BROTHER TORRY_ ME ON _8 / 10 / 91_ BUT, I CANNOT BE SURE
                                                              (Describe criminal act)              [Date]
~~UNLESS~~ _HE WAS THERE  IT HAPPENED  SO  QUICK_
_NUMBER FOUR_                              (Describe why)

_I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE._

Signed  X _Aaron Jackson_ .........................

SUBSCRIBED AND SWORN TO BEFORE ME,

THIS _12TH_ DAY OF _August_ ,19 _91_

COMMISSIONER OF DEEDS IN AND
FOR THE CITY OF BUFFALO, N.Y.

**COE001542**



COE001395

BPD Comp. 0171



COE001396

BPD Comp. 0172

I have positively identified the photo in slot #........ as
being the person that was ......
the ........................................
Signed ............................ Date .......... 8 - 12 - 9 1

CD # CD 221.504  File # 91-145

**Officer** _____

**Unit** _HOMICIDE_ _____

PHOTO SPREAD INFORMATION

| Slot # | Mug Number | Mug Date |
|---|---|---|
| 1. | 186 651 | 6-24-91 |
| 2. | 178 659 | 4-13-90 |
| 3. | 147 985 | 11-2-87 |
| 4. | 172 430 | 6-25-91 |
| 5. | 178 640 | 10-4-90 |
| 6. | 172 822 | 6-12-89 |

Remarks

P-89

COE001397

BPD Comp. 0173

P-73  **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | | SUBJECT | DATE |
|---|---|---|---|
| **FROM** | | | |

HOMICIDE SECTION

TO:       HOMICIDE SECTION

FILE:     91 - 145

FROM:     DISTRICT ATTORNEYS OFFICE

DATE:     August 12, 1991

=========================================================================

RECEIVED FROM BUFFALO POLICE HOMICIDE SECTION, COPIES OF THE
ABOVE FILE, VICTIM: TORRANO JACKSON

*Christopher J. Belling*

ADA

CJP

COB 000232

BPD Comp. 0174

**BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Lt. L.J. Baehre<br>ID Section | SUBJECT | DATE 8/13/91 |
|---|---|---|---|

CD#221504, Hom.#91-145 ECU/LP#91-0853
Re:Hom/Shooting,8/10/91- Bailey & E.Delevan
Victim(s):1.Torriano Jackson,BM,17(Deceased)
2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20
4.John Sullivan,BM,17

| FROM | Det.H.M.Smardz<br>ECU |

Attn: Capt.R.T.Donovan
Chief/Hom.Section

Sir;

On Sat.08/10/91, 0140 hrs. I was notfd. at home via phone by Lt.Wm.Smith of the DDSO that the services of the ECU were requested by the Hom.Sec. in the 16th Prct. Re: Homicide/Shootings - Bailey & E.Delevan.

I arrived at the scene at 0220 hrs 8/10/91 and was met by Insp.Labedz (DI) and Det.Lonergan (Hom.Sec.) who along w/Prct.Officers from #16 advised me of what had thus far possibly transpired. After Wm.Shephard (Photo Unit) videotaped and photographed the area I conducted a Crime Scene Search & collected Physical Evidence (please refer attached XC P-112 for further info/description of recvd.items.) At this time during the initial crime scene search Items #1 thru #10 were recovered.

At approx. 0420 hrs 8/10/91 Evid.Items #11, #12 & #13 were collected at the ECHC/ER (#11-Clothes of Torriano Jackson) , (#12-clothes of Mario Jarmon) & (#13 - clothes of Aaron Jackson) After ............

At 0630 hrs. 08/10/91 Item #14 (clothes ................................... the Sister's Hosp.ER ........

Items #15 thru #21 were collected on 8/10/91 ............................ the Autopsy of Hom.Victim Torriano Jackson,BM,17. Also at this time a set of inked fingerprint impressions of the victim were recvd. placed in the BPD-ID section file for known impressions on file (See negative) ......

At 1500 hrs 8/10/91 Item #22 (Clothes of Suspect/Deft.) ........ collected from the Susp/Deft. at the ................

A daylight crime scene ................................................... on Sat. 1145 hrs 8/10/91 ...............................

Thus far all toll a total of twenty two (22) items were collected ...... pertaining g to this incident.

On Mon.8/12/91,all twenty two (22) items were forwarded to the Erie Co. Lab for further analysis,Lab # 76336.(Refer XC P-112 )

A latent print exam was conducted on items #9 (#22-cal.casing), and #7 (.32 cal.) revolver, and 27 spent 9mm casings) The results were Negative as No Latent Prints were developed.(Also refer P-77B-91)

Respectfully

*Henry M. Smardz*

Detective Henry M. Smardz
BPD/ID Section-ECU

FForwarded,

*Larry J. Baehre*

Lt.Larry J. Baehre
BPD/ID Section

COE001592

# *EVIDENCE*

**BUFFALO POLICE DEPT.** __4__
NUMBER

Date of Crime __8/10/91__    P-112

Type of Crime __Homicide/Shootings__

Location __Bailey & E.Delevan__

Victim __1. Torriano Jackson,BM,17(Deceased)__

2. Mario Jarmon,BM,19    3.Aaron Jackson,BM,20    4.John Sullivan,BM,17

Description of Evidence & Location Found. __suspected lead slug recvd.on the street__
approx.1157 E.Delevan - 11'9" N.of S.curb 1157 E.Delevan & 34'4" E.of the
utility pole #1155 E.Delevan

Case No. __ECU/LP#91-0853__    Collected By __HS/ HS__    Date __8/10/91__

---

# *EVIDENCE*

**BUFFALO POLICE DEPT.** __5__
NUMBER

Date of Crime __8/10/91__    P-112

Type of Crime __Homicide/Shootings__

Location __Bailey & E.Delevan__

Victim __1. Torriano Jackson,BM,17(Deceased)__

2.Mario Jarmon,BM,19    3.Aaron Jackson,BM,20    4.John Sullivan,BM,17

Description of Evidence & Location Found. __spent brass .22 cal. casing (U) recvd.on__
the asphalt of the parking lot (Louie's Red Hots) SW corner of Bailey and
E.Delevan - 14'2" S.of the S.curb approx. 1157 E.Delevan & 4'8" E.of the
utility pole #1155 E.Delevan

Case No. __ECU/LP#91-0853__    Collected By __HS/ HS__    Date __8/10/91__

---

# *EVIDENCE*

**BUFFALO POLICE DEPT.** __6__
NUMBER

Date of Crime __8/10/91__    P-112

Type of Crime __Homicide/Shootings__

Location __Bailey & E.Delevan__

Victim __1.Torriano Jackson,BM,17(Deceased)__

2.Mario Jarmon,BM,19    3.Aaron Jackson,BM,20    4.John Sullivan,BM,17

Description of Evidence & Location Found. __sample of wet red stain (susp.blood)__
recvd.on the street (approx.1157 E.Delevan) - 9'4" N.of the S.curb 1157
E.Delevan & 32'16" E.of the utility pole #1155 E.delevan

Case No. __ECU/LP#91-0853__    Collected By __HS/ HS__    Date __8/__

COE001593

# EVIDENCE

**BUFFALO POLICE DEPT.** 7 NUMBER

Date of Crime 8/10/91                    P-112

Type of Crime Homicide Shootings

Location   Bailey & E.Delevan

Victim   1. Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19   3.Aaron Jackson,BM,20   4.Johnsullivan,BM,17

Description of Evidence & Location Found (A) .32 cal. 5 shot revolver,silver colored
make UNKN. break front, ser.#747 w/2"bbl containing spent .32 cal.casing
(B) Twenty-Seven (27) spent 9mm casings (brass) (C) one (1) copper jacketed
bullet - items received at the scene from PD Re-Chelle Brown,Prct.#16

8/10/91 - 0225 hrs

Case No.   ECU/LP#91-0853          Collected By HS/ HS          Date 8/10/91

---

# EVIDENCE

**BUFFALO POLICE DEPT.** 8 NUMBER

Date of Crime 8/10/91                    P-112

Type of Crime Homicide/Shootings

Location   Bailey & E.Delevan

Victim   1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19   3. Aaron Jackson,BM,20   4. John Sullivan,BM,17

Description of Evidence & Location Found. sample of dry red stain (susp.blood) recvd
off the seat portion of the frnt.pass.seat '90 Chev.2dr.yellow,NY Plt.
ECF-131,in the parking lot of Louie's Red Hots, SW corner of Bailey and
E.Delevan  (2484 Bailey)

Case No.   ECU/LP#91-0853          Collected By HS/ HS          Date 8/10/91

---

# EVIDENCE

**BUFFALO POLICE DEPT.** 9 NUMBER

Date of Crime 8/10/91                    P-112

Type of Crime Homicide/Shootings

Location   Bailey & E.Delevan

Victim   1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19   3.Aeron Jackson,BM,20   4.John Sullivan,BM,17

Description of Evidence & Location Found. lead slug recvd.on the top cellar stair
of the cellar stairway,NW corner of 2484 Bailey Ave.(Louie's Red Hots)
13" E.of the W.wall & 8" N.of the front edge of the top steir

ECU/LP#91-0853          Collected By HS/ HS          Date 8/10/91          COE001594

## EVIDENCE

**BUFFALO POLICE DEPT.** NUMBER **10**

Date of Crime: 8/10/91    P·112

Type of Crime: Homicide/Shootings

Location: Bailey & E.Delevan

Victim: 1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found: copper jacketed bullet recvd.on the 5th stair from the top - on the stairway,NW corner of 2484 Bailey (Louis's Red Hots) - 10" W.of the E.wall & 5" N.of the front edge of the stair

Case No. ECU/LP#91-0853    Collected By HS/ HS    Date 8/10/91

---

## EVIDENCE

**BUFFALO POLICE DEPT.** NUMBER **11**

Date of Crime: 8/10/91    P·112

Type of Crime: Homicide/Shootings

Location: Bailey/E.Delevan

Victim: 1.Torrian Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

clothes of Victim Torriano Jackson,BM,17 received from RN Barb Badgley,ECMC/ER

Description of Evidence & Location Found: (A) 1 pr.Wht.Hi-Top sneakers, wht/orange "NIKE" Force 9½ (B)blue jeans "Bugle Boy" 34M w/blk.belt (C) teal briefs "Hanes" M-32/34 (D) grey hooded sweatshirt "Gears" XL w/Univ.Bflo.logo (E) grey T-shirt "Trend-Ultra" size L w/America's Cup logo . Items were cut by med.personell and contained WRS

Case No. ECU/LP#91-0853    Collected By HS/ HS    Date 8/10/91 0420 hrs

---

## EVIDENCE

**BUFFALO POLICE DEPT.** NUMBER **12**

Date of Crime: 8/10/91    P·112

Type of Crime: Homicide/Shootings

Location: Bailey & E.Delevan

Victim: 1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Clothes of Victim:Mario Jarmon,BM,19 received from RN Terena Licht,ECMC/ER

Description of Evidence & Location Found: (A)1 pr.sneakers wht.Hi-Top,NIKE"Quantum Force,10½ w/sox (B)wht.print shorts "Ocean Pacific" (C) Kelly grn.T-shirt "Russell Athletic" M-38/40 W/"Huntington Phys.Ed" logo (D) Blk.sweatshirt (E) jeans, lgt.blue "Levi Strauss" 38/30 - Items were cut by medical personell and contained Wet Red Stains
(F) nugget earring & key ring w/3 keys & ID tag "EAS"    0425 hrs    Date 8/10/91    COE001595

# EVIDENCE

**BUFFALO POLICE DEPT.** 13 / NUMBER

Date of Crime ___8/10/91___ P·112

Type of Crime ___Homicide/Shooting___

Location ___Bailey & E.Delevan___

Victim 1.Torriano Jackson,BM,(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. clothes of victim Aaron Jackson,BM,20
received from RN Bill Frieder,ECMC/ER,0425 hrs,8/10/91

(A)1 pr. blue sneakers "NIKE" Flight size 9, w/wht.ankle sox (B) 1 pr grey
micro briefs "Large" (C) blk.sweatpants "Russell Athletic" XL - items
contained WRS (Wet Red Stains) , and were cut by med.personell

Case No. ___ECU/LP#91-0853___    Collected By ___HS/HS___    Date _8/10/91_

# EVIDENCE

**BUFFALO POLICE DEPT.** 14 / NUMBER

Date of Crime ___8/10/91___ P·112

Type of Crime ___Homicide/Shootings___

Location ___Bailey & E.Delevan___

Victim 1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. Clothes of Victim:John Sullivan,BM,17
received from John Sullivan, 0630 hrs.8/10/91 at Sister's Hosp.ER

(A.) 1 pr.Royal Blue shorts w/WRS "Champion" XL

(B.) 1 pr.blue print shorts w/wrs "Pure Sweat"

Case No. ___ECU/LP#91-0853___    Collected By __HS/HS__    Date _8/10/91_

# EVIDENCE

**BUFFALO POLICE DEPT.** 15 / NUMBER

Date of Crime ___8/10/91___ P·112

Type of Crime ___Homicide/Shootings___

Location ___Bailey & E.Delevan___

Victim 1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. sample of head hair from Hom.Victim:
Torriano Jackson,BM,17 - recvd.1000 hrs,08/10/91 at the ECMC Morgue

Case No. ___ECU__ __-0853___    Collected By __HS/HS__    Date 8/10/91

COE001596

**EVIDENCE**

**BUFFALO POLICE DEPT.** 16 NUMBER

Date of Crime ___8/10/91___ P-112

Type of Crime ___Homicide/Shootings___

Location ___Bailey & E.Delevan___

Victim ___1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. copper jacketed bullet received from ME Dr.Loghmanee, 1105 hrs,8/10/91 at Post of Hom.Victim:Torriano Jackson,BM, 17 - item removed from vicitm's lt.forearm    (ECMC Morgue)

Case No. ___ECU/LP#91-0853___    Collected By ___HS/HS___    Date ___8/10/91___

**EVIDENCE**

17
**BUFFALO POLICE DEPT.** NUMBER

Date of Crime ___8/10/91___ P-112

Type of Crime ___Homicide/Shootings___

Location ___Bailey & E.Delevan___

Victim ___1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. copper jacketed bullet received from ME Dr.Loghmanee, 1108 hrs,8/10/91 at Post of Hom.Vicitm Torriano Jackson BM,17 -item removed from bak of victim's rgt.hand    (ECMC Morgue)

Case No. ___ECU/LP#91-0853___    Collected By ___HS/HS___    Date ___8/10/91___

**EVIDENCE**

**BUFFALO POLICE DEPT.** 18 NUMBER

Date of Crime ___8/10/91___ P-112

Type of Crime ___Homicide/Shootings___

Location ___Bailey & E.Delevan___

Victim ___1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. copper jacketed bullet received from ME Dr.Loghmanee - 1110 hrs,08/10/91 at the Post of Hom.Victim:Torriano Jackson ECMC Morgue, - item removed from the victim's left upr.thigh/lateral

Case No. ___ECU/LP#91-0853___    Collected By ___HS/HS___    Date ___8/10/91___    COE001597

# EVIDENCE

**BUFFALO POLICE DEPT.** 19 NUMBER

Date of Crime ___8/10/91___ P·112

Type of Crime ___Homicide/Shootings___

Location ___Bailey & E.Delevan___

Victim ___1.Torriano Jackson,BM,17(Deceased)___

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. **copper jacketed bullet received from ME**

**Dr.Loghmanee, 1114 hrs 8/10/91 at the Post of Hom.Victim:Torriano Jackson**

**ECMC Morgue - item was removed from the victim's Rgt.upr.thigh**

Case No. ___ECU/LP#91-0853___     Collected By ___HS/HS___     Date ___8/10/91___

# EVIDENCE

**BUFFALO POLICE DEPT.** 20 NUMBER

Date of Crime ___8/10/91___ P·112

Type of Crime ___Homicide/Shootings___

Location ___Bailey & E.Delevan___

Victim ___1.Torriano Jackson,BM,17(Deceased)___

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. **copper jacketed bullet received from ME**

**Dr.Loghmanee, 1116 hrs 8/10/91 at the Post of Hom.Victim Torriano**

**Jackson, -ECMC Morgue - item was removed from the victim'sLt.upper**

**thigh/medial**

Case No. ___ECu/LP#91-0853___     Collected By ___HS/HS___     Date ___8/10/91___

# EVIDENCE

**BUFFALO POLICE DEPT.** 21 NUMBER

Date of Crime ___8/10/91___ P·112

Type of Crime ___Homicide/Shootings___

Location ___Bailey & E.Delevan___

Victim ___1.Torriano Jackson,BM,17(Deceased)___

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. **vial of blood of Hom.Victim:Torriano**

**Jackson,BM,17 received from ME Asst.Geo.Washington,1125 hrs.8/10/91**

**at Victim's Post,ECMC Morgue**

Case No. ___ECU/LP#91-0853___     ___HS/HS___     Date ___8/10/91___

COE001598

# EVIDENCE

**BUFFALO POLICE DEPT.** __22__
NUMBER

Date of Crime _____ 8/10/91 _____ P-112

Type of Crime _____ Homicide/Shootings _____

Location _____ Bailey & E.Delevan _____

Victim 1. Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. clothes of Susp/Deft.Valentino Dixon,BM

received from Valention Dixon,1500 hrs 8/10/91 at the Hom.Sec.Ofc.

A. 1pr. Blue/Blk."Nike" Sneakers Airmax size 9½   B. Blk.nylon jogging

pants "NIKE" size L  C. grey sweatshirt w/blk.trim on sleeves "NIKE"

"Force"    D. baseball cap "G" navy blue w/wht.bill -w/"Villanova Wildcats"
logo

Case No. ECU/LP#91-0853        Collected By ____ HS/45 ____ Date 8/10/91

**COE001599**

#1

P-73 **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO Lt.L.J.Baehre ID Section | SUBJECT | DATE 8/12/91 |
|---|---|---|
| | CD#221504  Hom.#91-145 ECU/LP#91-0853 Re:Hom/Shooting,8/10/91- Bailey & E.Delevan Victim(s):1.Torriano Jackson,BM,17(Deceased) | |
| FROM  Det.H.M.Smardz ECU | 2.Mario Jarmon,BM,19    3.Aaron Jackson,BM,20 4.John Sullivan,BM,17 | |

Attn: Capt.R.T.Donovan
Chief/Hom.Section

Sir;
On Sat.08/10/91, 0140 hrs. I was notfd. at home via phone by Lt.Wm.Smith of the DDSO that the services of the ECU were requested by the Hom.Sec. in the 16th Prct. Re: Homicide/Shootings - Bailey & E.Delevan.

I arrived at the scene at 0220 hrs 8/10/91 and was metby Insp.Labedz (DI) and Det.Lonergan (Hom.Sec.) who along w/Prct.Officers from #16 advised me of what had thus far possibly transpired. After Wm.Shephard (Photo Unit) videotaped and photographedthe area I conducted a Crime Scene Search & collected Physical Evidence (please refer attached XC P-112 for further info/description of recvd.items.) At this time during the initial crime scene search Items #1 thru #10 were recovered.

At approx. 0420 hrs 8/10/91 Evid.Items #11 ,12 & #13 were collected at the ECMC/ER (#11-Clothes of Torriano Jackson) - (#12-clothes of Mario Jarmon) and (#13 - clothes of Aaron Jackson)-refer XCP-112 for further information.

At 0630 hrs. 08/10/91 Item #14 (clothes of John Sullivan)was collected at the Sister's Hosp.ER.

Items #15 thru #21 were collected on 8/10/91, 1000 hrs of thereafter during the Autopsy of Hom.Victim Torriano Jackson,BM,17.Alkso at this time a set of inked fingerprint impressions of the victim were recvd.(A check of the BPD-ID Section file for known impressions on file was Negative.)

At 1500 hrs 8/10/91, Item #22 (clothes of Valentino Dixon) was collevcted from the Susp/Deft. at the BPD Hom.Section Ofc.

A daylight crime scene search of the area (Bailey & E.Delevan) was conducted on Sat. 1145 hrs 8/10/91 - No Additional Physical Evidence was recovered.

Thus far all toll - Twenty-Two (22) items of Evidence have been collected pertainin g to this incident.

On Mon.8/12/91,all Twenty-Two (22) items were forwardedto the Erie Co.CPS Lab for further analysis.Lab # 76336.(Refer XC DCPS-L_1)

A latent print exam was conducted onitems #5 (.22 cal.casing), and #7 (.32 cal. revolver, and 27 spent 9mm casings) The results were Negative as No Latent Prints were developed.(Also refer P-77B-91).

Respectfully,

*Henry M. Smardz*

Detective Henry M. Smardz
BPD/ID Section-ECU

Forwarded,

*Larry J. Baehre*

Lt.Larry J. Baehre
BPD/ID Section

COE001610

BPD Comp. 0183

#2

P-73

# BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO    Lt.L.J,Baehre<br>ID Section | SUBJECT | DATE    8/12/91 |
|---|---|---|
| | CD#221504    Hom.#91-145    ECU/LP#91-0853<br>Re:Hom/Shooting-B/10/91-Bailey & E.Delevan | |
| FROM    Det.H.M.Smardz<br>ECU | Victim(s):1.Torriano Jackson,BM,17(Deceased)<br>2.Mario Jarmon,BM,19   3.Aaron Jackson,BM,20<br>4.John Sullivan,BM,17 | |

Attn:Capt.R.T.Donovan
     Chief/Hom.Sec.

Sir;
     On Sat. 8/10/91 at 0330 hrs. I accompanied Wm.Shephard (Photo Unit) to the
Mobil Station located on Fillmore & E.Ferry St. (1507 Fillmore Ave.) in regards
to the investigation of Hom.Case #91-145 (Torriano Jackson Homicide).

     After photos were taken of a certain vehicle which was struck by gunfire
during this incident, it was determined that the vech.was hit but the missle
did ricochet off of it. The vech.in question was a '90 Chev.GEO Tracker -  2dr.
red w/wht.canvas top, NY Plt.#B9X-997, regis.to Tamara L. Frida, 40 W.Balcom
Bflo.NY. The vech.was hit on the driver's side door post area.

     The Mgr.on duty at the time the vech.was brought into the station was one
Tony Chambers.

                                                    Respectfully,

                                                    *Henry M. Smardz*

                                                    Detective Henry M. Smardz
                                                    BPd/ID Section-ECU

Forwarded,

*Larry J. Baehre*

   Lt.Larry J. Baehre
   ID Section /BPD

Orig:ECU FIle
XC:Hom.sec.

COE001611

**BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

P-73

| TO | Richard T. Donovan, Chief Homicide Section | SUBJECT | DATE 6/12/91 |
|----|----|----|----|
| FROM | Det. Mark R. Stambach | File 91-145 Torrano Jackson Homicide Dictated by Det. Mark R. Stambach | |

ATTN:    James Rautenstrauch, Lieutenant

SIR:

Continuing the above investigation, your writer did present himself to the E.C.M.C. There your writer met with Aaron Jackson. He was interveiwed in his room, #855. Permission was obtained from Dr. Phillips, his physician.

A photo array was shown to him. He identified #4 as the person that looked like the person that shot his brother Torrey. He was not sure and further stated that #4 was there, everything happened so fast.

He signed a P-88, Photo array ID affidavit. He also signed the label. Both forms will become a permanent part of this file.

While at E.C.M.C. the victim told your writer that Travis Paul, 46 Poultney was there. Your writer also learned Lisa McCullough of 221 Carl St. was also there. Her phone is 891-8252.

Your writer then went to 46 Poultney St. and met Elise Wilson and William Wilson. Elise is the mother of Travis and William is his step-father, phone 837-0802. He was not home at this time. A card was left and an appointment was set up for tomorrow at 2000 hrs.

Your writer then went to 221 Carl St. in an attempt to interview Lisa McCullough with negative results. A check will be made tomorrow.

Your office will be kept apprised of further developments on subsequent P-73's.

Respectfully submitted,

Mark R. Stambach

MRS/les

Det. Mark R. Stambach

COE001550

P-73  **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Ralph V. Degenhart<br>Commissioner of Police | SUBJECT | DATE 8/12/91 |
|---|---|---|---|
| | | Information regarding homicide at<br>Bailey and E.Delevan | |
| FROM | Gary P. O'Shei<br>Lt. Pct. 12 | | |

Attn. Richard T. Donovan, Chief of Homicide

Sir,
On 8/11/91 at aprx. 2340 hrs. I received a telephone call from one
John Stahlin, assignment editior at Channel 2 News (849/5756) He
informed me he received a phone call from an individual calling
himself [John] and John stated that he was the one who shot the people
at Bailey and East Delevan, and that he would surrender himself to the
Police at 0000 hrs. At Genesee and Bailey on the condition he would be
allowed to make a statement on camera to channel 2 prior to his
surrender and that channel 2 be allowed to escort him downtown. At aprx.
2345 hrs. I phoned Inspector David Caruso [ Duty Officer ] with this
information, and was informed by Inspector Caruso that he would make
arrangements with the Homicide Squad to follow thru on the above.

Respectfully,

*Gary P. O'Shei*
Gary P. O'Shei
Lt. Pct. 12

Respectfully forwarded,

*Lawrence R. Bayerl*
Lawrence R. Bayerl
Captain Precinct Twelve

COB 000210

P-73 **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | SUBJECT | DATE 8-12-91 |
|---|---|---|
| FROM | RIGHTS CARD | |

**WARNING- SUSPECTS'S RIGHTS** (MRS)

1. You have the right to remain silent.
2. Anything you say can and will be used against you in a court of law.
3. You have the right to talk to a lawyer and have him present with you while you are being questioned.
4. If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning, if you wish one.

DO NOT REMOVE

FROM FILE

(MRS)

COE001559

# DEPARTMENT OF
## CENTRAL POLICE SERVICE
### FORENSIC LABORATORY
### ERIE COUNTY

CD#221504

**REQUEST FOR FORENSIC LABORATORY EXAMINATION**

CASE NO.    Hom.#91-145
ECU/LP#91-0853

DATE    8/10/91

| INVESTIGATING OFFICER(S): | Henry Smardz | SHIELD NO. | 404 | AGENCY | BPD. | BUR. XBGX ECU |
|---|---|---|---|---|---|---|

DEFENDANT(S):    Valentino Dixon,BM,21
BPD #172430

PLEASE CHECK:
( )SALE OF CONTROLLED SUBSTANCES        ( )POSSESSION ONLY OF CONTROLLED SUBSTANCES

CHARGES: Hom/Shootings-Poss Weap    TIME & DATE OF OCCURRENCE OR ARREST:    0129 hrs - 8/10/91

| DESCRIPTION OF EVIDENCE: | WHERE OBTAINED: | |
|---|---|---|
| Twenty-Two (22) items of physical evidence | Bailey & E.Delevan | HS MAR |
| | 462 Grider St. (ECMC) | HS |
| | Sister's Hosp. | HS |
| | 74 Franklin (BPD-Hdqtrs) | HS |

refer XC P-112 for further info/description of submitted items...

Item 7 To the BPD Admin office
Not Submitted ē other Items (HMS)

COMPLAINANT:
1. Torriano Jackson,BM,17(Deceased)    ADDRESS    19 Thatcher,Bflo.NY
2. Mario Jarmon,BM,19                  1122 E.Delevan,Bflo.NY
3. Aaron Jackson,B,20                  19 Thatcher,Bflo.NY
4. John Sullivan,BM,17                 49 Elmer,Bflo.NY

REMARKS/TYPE OF EXAMINATION REQUESTED:
FIREARM'S ID: #1,2,3,4,5,7,9,10,16,17,18,19,20

BLOOD:6,8,11,12,13,14,15,21,22

(THIS SPACE FOR LABORATORY USE ONLY)

Received
& Logd. SP

LABORATORY NO. 76336

**RECEIVED**

AUG 12 1991 "Smardz"

FROM HenSmardz
TIME 0129 hrs

RECEIVED BY Scott Pandolfino

COE001483

DCPS-L-1 (Rev. 1/81) ECCP

P-1302

R.T.D.
C.O.H.

File 91-145
Torrano Jackson

Det. MRS

Attn: James Raut.

Sir:

     I m cont. the investigation of the homicide of Torrano Jackson your writer did present himself to the E.C.M.C. Here your did meet with Aaron Jackson. He was interviewed in his room number 855. Permission was obtained from Doctor Phillips his physician.

     A photo array was shown to Aaron Jackson. He identified number four as the person that looked like the person that shot his brother Torry. He was not sure and further state that number four was there everything happened so fast. He signed the P-88 Photo-Array identification affidavit form. He also signed the label. Both forms shall now become a part of this file.

     While at the hosp. the victim told your writer that Travis Powell of 46 Poultney was there. Your writer did also learn that Lisa McCullough of 221 Carl street was also there. Her phone is 891-8252

COE001545

BPD Comp. 0189

File 91-145

Your writer then went to 46
Poultney. Here your writer did meet
Elease Wilson and William Wilson
Elease is the mother of Travis and
William is his step father. There
phone number is 837-0802. He was
not home at this time. A card was
left and a appointment was set up
for eight tommorrow at 8:00PM.

Next your writer then to 221
Carl street in a attempt to interview
usa McCullough. No one was at home.
A check will be made tommorrow.

Y.O.W.B.K.A.C.A.

N.F.D.

Respect.

P-1302

8-12-91
File 91-145

R.T.D.

C.O.H

D. DIRS.

Sir:

In continuing the investigation of the shooting of Torrano Jackson. Your writer recvd a call from radio to contact the staff duty officer. Your writer did contact the duty officer at 2345 hours. Inspector David Caruso informed to us your writer that there was a man that wanted to turn himself in for the shooting at Bailey & Delavan. Inspector Caruso also informed this writer that the man would be turning himself in to Channel Two and the Homicide Squad.

Your writer proceeded to Genesee and Bailey and arrived at 2358 hours at this time on the Southwest corner was a reporter and a camera man filming a black male. The black male was doing a interview on the camera. He talked for about seven minutes. The cameraman was Jerry Gasser and the reporter was Wanda Stark.

COB 000200

P-1302

After they were finished. Lt. O'Shei
assisted with placing Lamarr
Scott in the police car. He
was read his rights in the
police car. Card was timed and
dated and will remain a part
of this file.

The camera crew came to
the HBO and ~~the~~ along
with Mister Lamarr Scott.
Lamarr Scott is 18 with a D.O.B.
9-19-72 residing at 122 Montana
street. He was brought to the
H.B.O.

Det Massechis and Det
DiPirro were requested to come
in for assistance. They
came into the HBO

Det DiPirro went with the
crew from Channel 2. Det DiPirro
obtained a duplicate of the
video confession of Lamars Scott.
See his report for further details
This video tape was returned
and now shall remain a part
of the file.

COB 000201

BPD Comp. 0192

P-1302

Det Maskieko did take one sworn statement of one Leonard L. Brown. See that statement for further details that statement shall now become a part of this file

Your writer took one sworn statement from Lamarr Scott. See his sworn statement for further details. This statement shall become a part of this file.

Chief Donavan notified along with Assistant District Attorney Chris Belling A.D.A. Belling responded and arrived at the ABO office at 4:15AM. He received the tape and read the statements.

Both bad boys let go see you in morning

COB 000202

```
OPR.NAM/ BROWN          LEONARD         DOB/ 120770 RAC/ B SEX/ M
     NAM/BROWN          LEONARD         DOB/120770 RAC/B SEX/M  RCN/04
ADR/260   OLYMPIC           CIT/BUFFALO      NY          ORA/EI01
HGT/5 10  WGT/145   BLD/MEDIUM      EYE/BRO       HAI/BLK       SMT/
CTZ/Y    POB/BUFFALO NY       OCC/STUDENT        MAR/SINGLE
IAZ/NO WARNING
SID/5905050J    FBI/802682FA2       SOC/117566774   MUG/156084-EI01  MNO/
                                    TO PRINT A SUMMARY OF LOCAL ARRESTS:
NUMBER OF ARRESTS =    6            HIT UPPER FUNCTION & F1
ALT/SHANNON,LEONARD,L               PR1/PRV ADR 200 BURGARD
                                    PR2/2011 BAILEY
                                    PR3/FPC PI0909C013 1313131513
                                    PR4/63 FAY ST
```

*File 91-145*



CPS

COB 000249

```
OZ PAGE 01 0821/21 S U M M A R Y  O F  A R R E S T S/BROWN LEONA
              CHARGES                           DISPOSITIONS

*01/15/87 ARR BUFFALO    CNO/87-011430
    BLTER 656
    JCN 10452088Y PCT 12
 PL 140-25-2      FEL
 PL 155-35        FEL

*04/02/87 ARR BUFFALO    CNO/87-073016
    MPS 4839  JCN11123304J
    ANDREWS DOUGLAS 16
 PL 140-25-2      FEL
 PL 155-30-1      FEL
 PL 140-35        MISD

 08/17/87 ARR BUFFALO    CNO/87-215676
    DJD  12643
    DILL/TPU  K-9
 PL 140-25-2      FEL
 PL 165-40        MISD

 02/05/90 ARR BUFFALO    CNO/90-015846
    PR2260 WAR90036937
    GEORGE ROBB
 PL 140-15-3      FEL

 09/26/90 ARR BFLO       CNO/90-245936
    PR15843JCN13164851R
    KESSLER 16
 PL 195-05        MISD
 PL 205-30        MISD
 PL 240-25-1      VIOL

 10/23/90 ARR BFLO       CNO/90-306745
    PR20214JCN12270584J
    JORDAN NARC
 PL 220-03        MISD
 PL 220-50-2      MISD
 PL 221-05        VIOL

 [CONTINUE]
```

BPD Comp. 0195

August 12th, 1991

### City of Buffalo
### Department of the Police

State of New York
County of Erie
City of Buffalo

Lamarr Scott age 18, D.O.B. 9-19-72 residing at 122 Montana street no phone
being duly sworn makes the following sworn statement in the Buffalo Police
Homicide Squad office. Statement taken by Detective Mark R. Stambach and
questions asked by Detective Mark R. Stambach and Typed also.

Q. You have the right to remain silent do you understand?
A. Yes.

Q. Anything that you say can be used against you in a court of law do
you undertsand?
A. Yes.

Q. You have the right to a attorney and have him present while you are
being questioned do you understand?
A. Yes.

Q. If you cannot afford to hire a attorney one will be appointed to rep-
resent you before any questioning, if you wish one, Do you understand?
A. Yes.

Q. Do you undertand these right I have given you?
A. Yes.

Q. Having these rights in mind do wish to talk with us now?
A. Yes.

Q. You were advised of your rights by me at Genesee and Bailey do you
remember that?
A. Yep.

Q. Can you read and write?
A. Yes.

Q. What school did you go to?
A. Buffalo Alternative, 12th grade.

Q. The Buffalo Police Homicide Squad is investigating the shooting death
of Mister Torrano Jackson who was shot to death at Bailey and Delavan
at 130AM on 8-10-91. Can you tell me in your own words what you know
about that Homicide and also the shooting of Aaron Jackson, Mario
Jarmon, and John Sullivan?
A. Yes, Well when the guys came back, they jumped out of a yellow dodge
shadow and opened fire on me and my friends. I shot back in self defense
yes. After that I ran down the street and I threw the gun. I went home.
That was it.

Q. Who shot and killed Torrano Jackson?
A. I did.

Q. What kind of a gun did you use?
A. A TECH-NINE.

Q. What caliber is that gun?
A. I dont know.

Q. Is it automatic?
A. Yes.

Q. Were did you get that gun?
A. I bought it off the street.

Q. When you did this shooting who were you with at the time of the
shooting?
A. Valentino Dixon, His brother Leonard, and his other brother TWON and
Mario and that was it.

COB 000213

PAGE TWO OF STATEMENT OF MISTER LAMARR SCOTT.

Q. When you did the shooting what side of the street were you on?
A. I was on the right hand side of the street coming from Bailey.

Q. Were you on the side of the drug store owned by the Arabs?
A. Yes.

Q. Who did you shoot?
A. Torrano Jackson and far as I know I dont know who got shot.

Q. Why did you shot Torrano Jackson?
A. I shot him in self defense.

Q. Why did you shot him?
A. Because he came back and opened fire on us.

Q. What did he shot with?
A. A 38 a silver gun with a nickel plate.

Q. How many shots did you fire with the TECH-NINE?
A. I emptied the clip.

Q. What were you wearing that night?
A. A black jacket and a white T-shirt, checkered shorts, white NIKE sneakers
and a white hat.

Q. Who was across the street that you know by name that saw you shot Torrano?
A. Valentino Dixon, his brother Leonard Brown, his other brother TWON.
and Mario Jarmon. They were not across the street they was right next
to me.

Q. Were you in a fight before this happened?
A. No.

Q. What way did you go after you did this shooting?
A. Down Delavan towrds Grider.

Q. Did you stay on the same side of the street?
A. Yes.

Q. Was that the side of the street that Mario lives on?
A. Yes.

Q. Did you and TINO go into Marios house to obtain any weapons before the
shooting took place?
A. No.

Q. Was Mike Bland on the corner?
A. Yeah.

Q. When the shooting broke out did you see Mike Bland run away?
A. No.

Q. Was he there then?
A. I saw him before the shooting took place.

Q. Were did you throw the gun?
A. In a back yard.

Q. Was this on the same side of the street as Marios house?
A. Yes.

Q. Was it before or after Marios house?
A. Before.

Q. Did you tell Leonard Brown what you did with that gun?
A. No.

Q. Did you have a conversation with Leonard Brown about that gun?
A. Yes.

Q. What was that about?
A. He asked me what happened to the gun and I told him that I threw it.
Afterwords he told me he had the gun in a safe place.

COB 000214

PAGE THREE OF STATEMENT OF MISTER LAMARR SCOTT.

Q. How long have you had this gun?
A. Two months.

Q. What was this all about?
A. A argument threats; the guy Torrano Jackson put a gun to TWONS head and he said he was going to do something to him and that same night he kept on threatining us. After they threatened us they came back and thats when the shooting started.

Q. Do you know Valentino TINO Dixon?
A. Yes.

Q. Is he realated to you?
A. No.

Q. Why are you confessing tonight?
A. I dont want him to get any time for something that he did not do.

Q. Have there been any threats or promises made to you?
A. No.

Q. Have you talked with Valentino TINO Dixon about this since the shooting?
A. No.

Q. Did you shot Marlo Jarmon?
A. Yes but I dont know.

Q. When the firing started was evryone in front of you?
A. No.

Q. Were was TINO?
A. About forty five feet to the side of me, to the sidewalk.

Q. Were did you stand when you opened up?
A. On the sidewalk.

Q. Did you ever walk into the street?
A. Yes.

Q. Were you shooting then?
A. Yes.

Q. As Torrano Jackson went down did you run up and put a couple more into him?
A. No.

Q. Did anyone else have a weapon at the time?
A. Torrano and me.

Q. Did Aaron Jackson have a weapon?
A. No.

Q. Did you see Arron with a weapon in his hand?
A. No.

Q. Did you see a man by the name of John Sullivan with a weapon in his hand?
A. No I dont know him.

Q. The only persons that had weapons in there hands were you and Torrano?
A. Yes.

Q. Did you shot up Delavan towards Grider?
A. No.

Q. Did you shot up Delavan towards Suffolk?
A. No.

Q. Did you shot across the street on Delavan towards Ferry?
A. Yes.

Q. Did you shot anyone in the back?
A. I dont know were I shot them I was just shooting.

COB 000215

PAGE FOUR OF STATEMENT OF MISTER LAMARR SCOTT.

Q. Did you confess on television tonight?
A. Yes.

Q. Why did you do that?
A. Because I did not want TINO to get any time because he did not do it.

Q. Will you take a lie detctor for us tommorrow?
A. Yes.

Q. Did you tell any one after the shooting that you did this shooting?
A. No.

Q. Did you go to a bar and brag about this shooting?
A. No.

Q. Did you talk with Leonard Brown about this shooting?
A. Yes.

Q. Did TINOS mother make you turn yourself in?
A. No.

Q. Is there anything else that you want to add in this statement that I have not asked that would help me in this investigtion?
A. Well not really but the reason I did this was self defense.

Q. I am now going to have you read this four page statement and ask you if it is OK?
A. Yeah its OK

Q. Will you now sign this statement?
A. Yes.

SIGNED _Lamarr Scott_

WITNESSED _Daniel DiPasa_

SWORN AND SUBSRIBED BEFORE ME THIS
AUGUST 12th, 1991.

_Mark R. Stambach_

COMMISSIONER OF DEEDS IN AND
FOR THE CITY OF BUFFALO, MY
COMMISSION EXPIRES ON 12-31-91

COB 000216

P-73  **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Richard T. Donovan, Chief<br>Homicide Section | SUBJECT | DATE 8/13/91 |
|---|---|---|---|
| FROM Det. Mark R. Stambach | | File 91-145 Torrano Jackson<br>Homicide<br>Dictated by Det. Stambach | |

ATTN:    James Rautenstrauch, Lieutenant

SIR:

Continuing the above investigation, your writer did notify ADA Chris Belling at 0300 hrs. this date.  He was brought up to date about recent developments of this case.

ADA Belling told you writer he would respond to the Homicide office.  He arrived and read both statements that were obtained.  At that time, he read Lamar Scott's and Leonard Brown's statements.  He then viewed a tape of a confession Lamar Scott made to Channel 2.

ADA Belling talked with Lamar Scott and a polygraph was set up for him. At this time ADA Belling requested that both Brown and Scott be let go to return to their homes.

Your office will be kept apprised of further developments on subsequent P-73's.

Respectfully submitted,

*Mark R. Stambach*

MRS/les                              Det. Mark R. Stambach

COE001565

P-1302

R.T.D.
C.O.H.

8-12-91
File 91-145
Torriano Jackson

Det MRS

Attn:  James Raut

Sir

I'm cont the invest of the Torriano Jackson case your writer did notify A.D.A. Chris Belling at 0300 AM. He was brought up to date about recend developements of this case.

He told your writers that he would respond to the HBO. He arrived and read both statements. At that time he read Lamarr Scott and Leonard Browns statement. He then viewed a tape of a confession that Lamarr Scott made to Channell 2.

D.A. Belling talked with LaMarr. A polygraph was set up for him. At this time D.A. Belling requested that both Brown and Scott be let go to return to there homes.

Y.O.W.B.K.A.O.A.

Respect

MRS

COE001548

P-73  **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Richard T. Donovan, Chief<br>Homicide Section | SUBJECT | | DATE 8/14/91 |
|---|---|---|---|---|
| FROM | Det. Raniero Masecchia<br>Det. Sgt. Melvin Lobbett | File 91-145 Torrano Jackson<br>Homicide<br>Dictated by Det. Masecchia | | |

ATTN:  James Rautenstrauch, Lt.

SIR:

Above officers, assigned to car 271, during our tour of duty at approx.
2030 hrs. did meet Lamar Scott on the corner of Genesee/Goodyear.  There
we spoke to Scott and asked if he would be willing to come in for the
polygraph he requested.  A time was set up for 1100 hrs. on 8/15/91.  He
stated he would be there.

Your office will be kept apprised of further developments on subsequent
P-73's.

Respectfully submitted,

Det. Raniero Masecchia

RM/les                                    Det. Sgt. Melvin Lobbett

COE001566

P-73  BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO | Richard T. Donovan, Chief Homicide Section | SUBJECT | DATE |
|----|----|----|----|
| FROM | Det. Mark R. Stambach Det. Robert M. Grabowski | File 91-145 Torrano Jackson Homicide Dictated by Det. Stambach | |

ATTN:   James Rautenstrauch, Lieutenant

SIR:

Continuing the above investigation, your writer received a phone call at the Homicide office.  A female asked your writer if she witnessed the shooting at Bailey/Delavan, would she have to come in.  She was told yes.  She would not identify herself.

She said Valentino was not the shooter.  She claims she was with two other girls.

She was asked by your writer if she was the girl from the red tracker and she said yes.  She would think about it and call back later.

She did say she could look at pictures and make an identification of the people that were there.  She would not say if she could identify the shooter.

Your office will be kept apprised of further developments on subsequent P-73's of the subject calls back, otherwise, we will go out and call on her at a later date.

Respectfully submitted,

Det. Mark R. Stambach

Det. Robert M. Grabowski

MRS/les

COE001567

P-1302

R T.D.
C.O. H

t— 8-14-91
File 91-145
Torrano Jackson

R M G
M R S

Atn:  James Raut.

Sir.

I'm cont. the investigation of Torrano Jackson. Your writer received a call at the HBO. A female asked your writer if she witnessed the shooting at Bailey and Delavan if she would have to come in. She was told yes and would not I.D. herself. She said Valentino was not the shooter. She claims she was with two other girls

She was asked by your writer if she was the girl from red TRACKER. She said yes. She would think about it and call back later. She did say she could look at pictures and I.D. the people that were there. She would not say if she could I.D. the shooter.

Y.O.W.B.K.A.N.O.
if they call back alterwise we shall go out to call on her later

Respect.
MRS.
RMG.

COE001568

**DEPARTMENT OF
CENTRAL POLICE SERVICES
FORENSIC LABORATORY
ERIE COUNTY**

**ANALYSIS REPORT**

SUBMITTING AGENCY:  Buffalo Police Department          16
-----------------------------------------------------------------------

DEFENDANT(S):    Dixon,          Valentino


COMMENTS:


BPD Property No.:  179477          CASE NO.:  ECU/LP#91-0853

DATE RECEIVED :  08/12/91          CD NO.:    221504

DATE ANALYZED :  08/12/91          INV. OFFICER 1.:  H. Smardz

DATE OF REPORT:  08/15/91          INV. OFFICER 2.:  R. Brown

-----------------------------------------------------------------------
DESCRIPTION OF EVIDENCE:

Refer to the attached B.P.D. P-10A.

-----------------------------------------------------------------------
RESULTS:

     The submitted H & R revolver is operable.  It was
     test fired using ammunition of laboratory supply.


                              Bert Pandolfino
                              FIREARMS EXAMINER

cjl
Attach.

**COE001600**

# EVIDENCE

**BUFFALO POLICE DEPT.** __1__
NUMBER

Date of Crime _8/10/91_    P·112

Type of Crime _Homicide/Shootings_

Location _Bailey & E.Delevan_

Victim _1.Torriano Jackson,BM,17(Deceased)_

**76336**

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4. John Sullivan,BM,17

Description of Evidence & Location Found. _copper jacketed bullet recovered on the street, aproxx.1157 E.Delevan - 9'4" N. of the S.curb 1157 E.Delevan and 32'16" E.of utility pole #1155 E.Delevan_

Case No. _ECU/LP#91-0853_    Collected By _HS/ HS_    Date _8/10/91_

# EVIDENCE

**BUFFALO POLICE DEPT.** __2__
NUMBER

Date of Crime _8/10/91_    P·112

Type of Crime _Homicide/Shootings_

Location _Bailey & E.Delevan_

Victim _1.Torriano Jackson,BM,17)Deceased)_

Description of Evidence & Location Found. _copper jacketed bullet recvd.on the st. approx. 1157 E.Delevan - 16'5" N.of S.curb 1157 E.Delevan and 31'10" E.of utility pole #1155 E.Delevan_

Case No. _ECU/LP#91-0853_    Collected By _HS/ HS_    Date _8/10/91_

# EVIDENCE

**BUFFALO POLICE DEPT.** __3__
NUMBER

Date of Crime _8/10/91_    P·112

Type of Crime _Homicide/Shootings_

Location _Bailey & E.Delevan_

Victim _1.Torriano Jackson,BM,17(Deceased)_

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4. John Sullivan,BM,17

Description of Evidence & Location Found. _copper jacketed bullet recvd.on the street approx.1157 E.Delevan - 11'1" N.of S.curb 1157 E.Delevan & 34'3" E.of the utility pole #1155 E.Delevan_

COE001601

P-73 **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Richard T. Donovan, Chief<br>Homicide Section | SUBJECT | | DATE | 8/15/91 |
|---|---|---|---|---|---|
| FROM | Det. Raniero Masecchia<br>Det. Sgt. Melvin Lobbett | File 91-145 Torrano Jackson<br>Homicide<br>Dictated by Det. Masecchia | | | |

ATTN:  James Rautenstrauch, Lt.

SIR:

Continuing the above investigation, refer to P-73 dated 8/14/91 this writer was informed by Polygraph Examiner Thomas E. Armitage and they day crew Det. Lonergan, that Lamar Scott failed to show up or call in regards to the exam that was set up for him.

Your office will be kept apprised of further developments on subsequent P-73's.

Respectfully submitted,

Det. Raniero Masecchia

RM/les                                        Det. Sgt. Melvin Lobbett

COB 000245

BPD Comp. 0207

DISTRICT ATTORNEY

JUN 2  9 41 AM '92

**DEPARTMENT OF**
**CENTRAL POLICE SERVICES**
**FORENSIC LABORATORY**
**ERIE COUNTY**

**ANALYSIS REPORT**

SUBMITTING AGENCY:  Buffalo Police Department          16
-----------------------------------------------------------------------

DEFENDANT(S):     Dixon,          Valentino


COMMENTS:


BPD Property No.:  179477          CASE NO.:  ECU/LP#91-0853

DATE RECEIVED :  08/12/91          CD NO.:    221504

DATE ANALYZED :  08/12/91          INV. OFFICER 1.:  H. Smardz

DATE OF REPORT:  08/15/91          INV. OFFICER 2.:  R. Brown

-----------------------------------------------------------------------
DESCRIPTION OF EVIDENCE:

Refer to the attached B.P.D. P-10A.

-----------------------------------------------------------------------
RESULTS:

    The submitted H & R revolver is operable.  It was
    test fired using ammunition of laboratory supply.


Bert Pandolfino
FIREARMS EXAMINER

cjl
Attach.


**COE001642**

FORENSIC LABORATORY
ANALYSIS REPORT

LAB. NO. **76336**

CASE NO. _____

DATE _____

*E. Pandolfino*

RESULTS:

8-12-91 Rec'd from BPD ECU p.a. H. Smards'e the followg
0915 hrs    sealed + unsealed item wa's as indicated
Items 1 thru 6 - 8-9-10 -13 thru 21 } sealed.

Items 11-12-22 rec'd partially sealed or
unsealed.

item 7 not rec'd at this time.
All rec'd packages marked for E.P.

8-12-91    rec'd items 6-8+13-14-15-21-11-12-22 turned over
to P. Harnocki

Item # 7

8-12-91    Rec'd from BPD Admin office BPD prop # 179477
Envelope Containing - one Revolver . H+R .32cal.
Serial # 7747
and three sealed Bags contaig ammisition
components to be descived upon analysi
Rec'd bags + revolver marked for E.P.
(BP)
Note sealed by a fired .32 cal casing is
attach attached to revolver
Revolver marked on cylinder & frame

Item 7A - fired .32 cal casing - Bag opened - casing
marked for E.P. - lab # + my initials
R-P headstamp .32 S+w cal.
FBd hemiyh shot chan. present RFP + BF

COE001643

DCPS-L 2A (Rev. 3/80) ECCP

6336 Stansbury

R. P. headstamp

8-12-91
cont'd

Item 7B sealed bag containing 27 fired Immley
cal. casings - Bag opened and
casings marked for F.P. - Casing coated c̄
fingerprint powder - obscured characteristics, powder
cleaned off of casings. Flat imp hemisph ind ch
Susp EXT 3ᵃᵐ + Susp EXE ~8³⁰        BF + BTF.

Item 7C sealed bag - opened - contents as

One fired bullet. - marked for F.P.

Diam 0.325" 0.365'   Sl. out of round.
Cal 38/9mm
Test Jack RN design = exposed lead
                                           Base.

Rif 6 l + G imp c̄ R + twist

Liw 0.07" 0.075"

Giw 0.100⁴

Wt. 114.9 grains

lnd
chan
present.

Pre F.F. exam of revolver
   - Trigger does not automatically rebound
forward. It must be manually returned
forward after each pull ie during
BP

Test fired in the lab using a .32 St w cal
c̄ lab supply — optrable
            components marked F.P.

COE001644

FORENSIC LABORATORY
ANALYSIS REPORT

LAB. NO. 76336

CASE NO. _____

DATE _____

*E. Pandolfino* (signature)

**RESULTS:** 8-14-91

Sealed BPD envelope —opened
contents as follows.

Items 1-3-10-16-17-18-19-20
fired bullets.

Items 4-9 lead fragment

item 2 fired bullet jackets

item 5 fired 22 cal. casing

all items marked for E.P.

Item 5—

one fired 22 l/lr cal casing

(U) {headstamp} HPN hemisph. (shallow
shd chvr present.

— Flattened mouth of casing
— rim of casing damaged — exhibits pit-like
marks EXT and/or EJ? NOT discern.

(Over)

DCPS-L-2A (Rev 3-5) ECCP

COE001645

~ 336   S. Pandolpin

8-14-91   BPD homicide bureau Notified of
the results of analysis & they were
informed that rif char. of submitted bullets
included a few common 9mm cal firearms; also
that the actual char. of the submitted components
were similar & consistent with those of rifles
mfd by Feather industries .

COE001646

P-1302

DICTATED
4505

8-20-91
Torrano Jackson
91-145
Su RB 0700-1500

Sir

We interviewed Mario Dillard
Jarmon, age 19 DOB 12-23-71 of
1122 Delavan Ave, tele # 896-5817
Shooting Victim from 8-10-91. He
reports he suffered 3 Gun shot
Wounds on that Date, Stomach,
Rt. Ankle and Graze of Chest. He
is Presently in Room 1005 at the
ECMC Hospital.

Jarmon States that He was at
the Arab Store on Bailey Ave Near
Delavan on 8-10-91 with TWAN
SHANNON and Leonard Brown. He sees
Aaron Jackson and Travis Powell
pull up in a yellow GO. TWAN
Asked Aaron why he pulled a
Gun on him 2 weeks ago. Aaron
got all hyper and tolds them to
Wait Right Here and they Drive
away.

He States they Came back about
a hour later with Tori Jackson
who had a Gun and Aaron. Tori
has a Silver Gun and He tells
Mario that He has a Bullet for him
Tori and Aaron Come at Mario &
Tori Shoots Mario Doesnt Know how
Many times. He States he fights
both Tori and Aaron after he is
Shot.

COE001569

As they are fighting, Mario States he sees Lamarr Scott running toward them and he is Shooting a Gun. Tino Dixon is behind Lamarr as he is Shooting. Mario States he Runs away and lays Down and Calls for help.

Mario Describes the Gun that Lamarr is Shooting as being a Tech 9 that Lamarr and Tino Dixon Brought to his house and put in his Back Hallway. He States Tino & Lamarr Run to his House and got the Gun while he is Buying with the Jacksons and after he is Shot.

Mario reports that Leonard Brown is his Best friend and Tino Dixon is Leonard Brown's 1/2 Brother.

your Office will be Kept.

Resp Ref
R-B.

P-73    **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Richard T. Donovan, Chief Homicide Section | SUBJECT | DATE 8/20/91 |
|---|---|---|---|
| FROM | Det. Robert M. Grabowski Det. Daniel R. DiPirro | File 91-145 Torrano Jackson Dictated by Det. Grabowski 0700-1500 hrs. tour of duty | |

ATTN:  James Rautenstrauch, Lt.

SIR:

Above officers interviewed Mario Dillard Jarmon, age 19 dob 12/23/71 of 1122 Delavan Ave., phone 896-5817, shooting victim from 8/10/91.

He reports he suffered three gunshot wounds on that date in the stomach, right ankle and a graze of the chest.  He is presently in Rm. 1005 at E.C.M.C.

Jarmon states he was at the arab store on Bailey near Delavan on 8/10/91 with Twan Shannon and Leonard Brown.  He saw Aaron Jackson and Travis Powell pull up in a yellow Geo.  Twan askes Aaron why he pulled a gun on him two weeks ago.  Aaron got all hyper and tells them to wait right here and they drive away.

He states they came back about an hour later with Torri Jackson, who had a gun and Aaron Jackson, who had a knife.  Torri has a silver gun and he tells Jarmon that he has a bullet for him.  Torri and Aaron come at Jarmon and Torri shoots Jarmon.  He does not know how many times.  He states he fought with TINO and Aaron after he was shot.

As they are fighting, Jarmon states he saw Lamarr Scott running toward them and he is shooting a gun.  TINO Dixon is behind Lamarr, as Lamarr is shooting.  Jamar stated he ran away and laid down and called for help.

Jamar describes the gun that Lamarr is shooting as being a Tech 9, that Lamarr and TINO Dixon brought to his house earlier that night and put in his back hallway.  He states TINO and Lamarr ran to his house and got the gun while he was beefing with the Jacksons and after he was shot.

Jamar states that Leonard Brown is his best friend and TINO Dixon is Leonard Brown's half brother.

Your office will be kept apprised of further developments on subsequent P-73's.

Respectfully submitted,


Det. Robert M. Grabowski


RMG/les                          Det. Daniel R. DiPirro


COE001571

## BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO | Richard T. Donovan, Chief<br>Homicide Section | SUBJECT | DATE 8/21/91 |
|---|---|---|---|
| FROM | Det. Robert M. Grabowski<br>Det. Daniel R. DiPirro | File 91-145 Torrano Jackson<br>Dictated by Det. Grabowski<br>0700-1500 hrs. tour of duty | |

ATTN:  James Rautenstrauch, Lt.

SIR:

Above officers were instructed to go to 19 Thatcher St. and speak with Mrs. Jackson regarding a shot fired at the house.

Mrs. Jackson reports she found a bullet hole in the front, north side glass patio doors.  She reports that Pct. 16 just left after taking a report and picking up a bullet on the floor within the house.  She reports this shot at the house had to happen after 0100 hrs. this date when the family retired for the night.  Mrs. Jackson was waiting for a call from the Duty Officer in this matter.

Officers then went to E.C.M.C., Rm. 869, and interviewed Aaron Leon Jackson, age 20 dob 1/26/71 of 19 Thatcher St.  Aaron is recuperating from a gunshout wound to the abdomen from 8/10/91.

Aaron reports he was in a car with Travis Powell at Bailey/Delavan on 8/10/91 and had an altercation with Mario Jarmon, who was with two other males.  He states Mario was talking about someone pulling a gun on a cousin, something Aaron states he did not know about.

He described Mario's companion as one being dark skinned with a slope haircut and the other as being chubby.

Aaron states he and Travis left the area and went to his house and got Torrano, nickname Tori, Jackson, his younger brother.  They returned to the area of Bailey/Delavan at about 0100 hrs. and saw Mario again with the same two friends.  Aaron states he got out of the car and asked Mario if he had a problem and Torrino and Travis got out of the car also.

Aaron states Mario put up his hands to fight and he, Aaron, hit Mario and Tori did too.  Prior to the fighting and manuvering in the street, one of Mario's companions left the area on a bicycle going west on Delavan.  He describes the biker as having a short haircut, taller than himself and wearing dark clothes.

He states while they were throwing punches he heard shots, felt a tingling, ran a short distance and fell to the ground.  He saw Tori lying in the street.  Tori asked Aaron to help him and Aaron states he could not move.

Aaron states he saw Travis behind the guy who was doing the shooting.

Cont'd.

COE001572

P-73

# BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE

| TO | SUBJECT<br>Page 2 | DATE 8/21/91 |
|---|---|---|
| FROM Det. Robert M. Grabowski<br>Det. Daniel R. DiPirro | File 91-145 Torrano Jackson<br>Dictated by Det. Grabowski<br>0700-1500 hrs. tour of duty | |

Travis picked up Tori and carried him over his shoulder to LOUIE'S HOT DOG STAND.

He states the two guys who were with Mario when he first saw Mario at Bailey/Delavan were still with Mario when they got into the fight. He states he does not know a Lamarr Scott and a Valentino Dixon. He further states he did not know Mario Jarmon at the time of the fight until he saw his name in the newspapers.

He further states Travis Powell did not go to Tori's wake and has not visited him at the hospital. He also states he saw a Michael Bland, who lives in his neighborhood, at the shooting scene.

Your office will be kept apprised of further developments on subsequent P-73's.

Respectfully submitted,

Det. Robert M. Grabowski

RMG/les                                    Det. Daniel R. DiPirro



COE001573

**BUFFALO POLICE DEPARTMENT**
**EVIDENCE LATENT FINGERPRINT REPORT**

LP#: 91-0895                               DATE OF REPORT: 08/21/91

CD#: 233885      CRIME: RECK END          MSG TIME/DATE: 1033HRS 08/21/91

COMPLT: JACKSON, LAURA      SCENE Y/N: Y     DATE PROCS: 08/21/91

ADDRESS OF CRIME: 19 THATCHER ST.              TIME: 1150HRS

PHONE#:                                    EXAM OFFICER: RIMBECK/RICH

TIME/DATE OF OCC: 08/21/91                      DEFD:

INV OFFICER: LOBBETT                      PHOTOS TAKEN: Y

UNIT OR PRCT: HOMICIDE                          BY: DISOMONE

EVIDENCE COLLECTED: Y                     SUB TO LAB: Y  LAB #76495

LATENTS DEVELOPED: NO

ITEMS PROCESSED: SPENT BULLET, LOCATED INSIDE 19 THATCHER ST, LIVING ROOM 40
1/2"E. OF W. SLIDING DOORS,  AND 88" N OF SOUTH WALL.

SUSPECTS COMPARED

| NAME | MUG# | RESULTS |
|------|------|---------|
|      |      |         |

REMARKS: EVIDENCE COLLECTED,  AND FOWARDED TO CPS LAB., ASSIGNED LAB NUMBER
NUMBER #76495

BUFFALO POLICE DEPARTMENT
EVIDENCE UNIT

DATE 8/31/91 LP # 91-0895

NAME _____

UNIT ID# :

FORWARDED TO: LOBBETT                      DATE: 08/21/91

CQE001663

**EVIDENCE**

**BUFFALO POLICE DEPT.** #01
NUMBER

Date of Crime ___08/21/91___ P•112

Type of Crime ___Reckless endangerment___

Location ___19 Thatcher___

Victim ___Laura Jackson___

Description of Evidence & Location Found. ___Spent bullet, located 10 ½"___
___E. of W. sliding door, and 88" N of S wall on the floor.___

Case No. ___91-0895___    Collected By ___DR/JR___    Date ___08/21/91___

COB 000260

**DEPARTMENT OF**
**CENTRAL POLICE SERVICES**
FORENSIC LABORATORY
ERIE COUNTY

CD#233885

**REQUEST FOR FORENSIC**
**LABORATORY EXAMINATION**

CASE NO. _LP#91-0895_

DATE _08/21/91_

INVESTIGATING
OFFICER(S)  Rich/Rimbeck

SHIELD
NO.   195

AGENCY   BPD

BUR.
~~HHL~~   ECU

DEFENDANT(S):

PLEASE CHECK:
(  )SALE OF CONTROLLED SUBSTANCES        (  )POSSESSION ONLY OF CONTROLLED SUBSTANCES

CHARGES:   120.25 Pl. Reck Ind.      TIME & DATE OF OCCURRENCE OR ARREST:

| DESCRIPTION OF EVIDENCE: | WHERE OBTAINED: | ID MARKS |
|---|---|---|
| Bullet *Item #01* | 19 Thatcher St. (living room). | |

COMPLAINANT:                                            ADDRESS:

Jackson, Laura                                         19 Thatcher St.

REMARKS/TYPE OF EXAMINATION REQUESTED:

BULLET, CHECK BALLISTICS

(THIS SPACE FOR LABORATORY USE ONLY)        **RECEIVED**

*Received Sealed*
*+ Logged*

AUG 2 1 1991   "Rich"

FROM

TIME

**76495**

LABORATORY NO.

RECEIVED BY

DCPS-L-1 [Rev. 1/81] ECCP

COE001664

# EVIDENCE

**BUFFALO POLICE DEPT.** #01 / NUMBER

Date of Crime ___08/21/91___ P·112

Type of Crime ___Reckless endangerment___

Location ___19 Thatcher___

Victim ___Laura Jackson___

Description of Evidence & Location Found. ___Spent bullet, located 10 ½"___

___E. of W. sliding door, and 88" N of S wall on the floor.___

Case No. ___91-0895___     Collected By ___DR/JR___     Date ___08/21/91___

COE001665

P-1302

DICTATED
4565

TORRANO JACKSON
#91-145

Sir                                    Dict R D 0700-1500

We were instructed to go to
19 Thatcher St. and Speak with
Mrs. Jackson regarding a Shot
fired at the House. Mrs. Jackson
Reports she found a Bullet Hole
in the front N Side Glass Patio
Doors. She reports that Precinct
#16 had Just left after taking a
Report and Picking up a Bullet
on the floor within the House.
She reports that this Shot at
the House had to have happened
after 0100 hours this date when
the family Retired for the Night.
Mrs. Jackson was Waiting for a
Call from the Duty Officer in this
Matter.

We then went to the ECMC, Run
869, and Interviewed Aaron Leon
Jackson age 20 DOB 1-26-71 of 19
Thatcher St. Aaron is Recuperating
from a Gun Shot Wound to the
Abdomen from 8-10-91.

Aaron reports that he was in a
Car with Travis Powell at
Baily and Delavan and had a
altercation with Mario Jarman, who
was 2 other Males. He states Mario
was talking about pulling a Gun on
a Cousin, something Aaron stated
He didn't Know about.

COE001574

BPD Comp. 0222

P-1302

He describes Mario's Companions as one being Dark Skin w/a Slope Haircut and the other as being Chubby.

Aaron States they left that Area and went home and got TORRANO Jackson his younger Brother. They returned to the Area of Baily & Delavan and Saw Mario again with the Same two friends. Aaron States that he got out of the Car and asked Mario if he Had a Problem and TORRANO & TRAVIS got out of the Car too.

*At about 0100 Hours*

Aaron States Mario put his hands up to fight and He, aaron, lup Mario and TORI Did too. *They all Start to* the are fighting and Maneuvering in the Street, one of Mario's Companions leave the area on a Bicycle going West on Delavan. He Describes the Biker Short Hair Cut — Taller then he, aaron, wearing Dark Clothes.

He States while they were throwing Punches, He Hears Shots, feels a tingling, Runs a Short Distance and Sees TORI laying in the Street, Tori asks Me to help him and He says He Cant Move. Aaron States he Sees Travis behind the guy who is Doing the Shooting. Travis picks up TORI and Carrys Him over his shoulder to Louies Hot Dog Stand.

COE001575

He states the two guys who were
Mario when he first saw Mario
at Bailey & Delavan were still with
Mario when they got in the fight.
He states he doesn't know a Lamarr
Scott and Valinto Dixon. He further
States he Didn't know Mario Jarman
and saw his name in the papers.

He further states Travis Powell
Did Not go to Tori Wade and
was Not visiting him at the
Hospital. He also states he saw
a Michael Bland who lives in his
neighborhood. Your Office will be Kept
at the
shortly
[?]

Resp Truly
R. G.

COE001576

Aug 12 1991  12:14  FROM   EC   DICAL LIBRARY        TO       STAFF BUILD DEPT   P.8

**Staff Builders - Certified Home Health Ag**
71 W. Huron St., Buffalo, NY 14202
185 P ... de Park Blvd., Niagra Falls, NY 14305

ECMC
A#:

AR# 2204082

**PATIENT'S REFERRAL and TREATMENT PLAN**

REQUEST FOR: ☑ INITIAL PLAN  ☐ CONFIRMATION OF PHONED ORDERS  ☐ 60 DAY REVIEW

| NAME OF PATIENT | LAST Jarmon | FIRST Mario | MID. INIT. | BIRTH DATE 12/23/71 | SEX M |
|---|---|---|---|---|---|

ADDRESS: _ E. DelaVan Ave 14215    PHONE NUMBER 896-5817

NAME AND ADDRESS OF RESPONSIBLE PERSON    PHONE NUMBER 859-hill
Jarmon parents

...Du... MD attending, J. O'Brien MD che...

HOSPITAL ADMISSION DATE 08/10/91    DISCHARGE 8/12/91

DIAGNOSI: PRIMAR: Multiple Gunshot Wound ; Resp Distress
ALL OTHER DIAGN: intra abd injuries

SURGERY & DATE: Bil chest tubes ?/o Thoracothoradectomy 8/10 EXP

PERTINENT MEDICAL HISTORY, ACTIVITIES, LIMITATIONS, AND ALLERGIES: NKDA

THERAPEUTIC GOALS:
☐ PROVIDE PALLIATIVE SUPPORTIVE CARE IN THE TERMINAL STAGES OF ILLNESS
☑ PROMOTE WOUND HEALING AND PREVENT COMPLICATIONS
☐ PREVENT PLACEMENT  ☐ OTHER (SPECIFY)

DIET: Regular    PROGNOSIS: good    REHAB POTENTIAL: good

RECOMMEN...: SERVICES ☐ NURSING  RN  ☐ P.C. AIDE  ☐ PHYSICAL THERAPY  ☐ SPEECH THERAPY  ☐ OTHER

MEDICATIONS (DOSE & FREQ.): Tylenol    Codiene T?O

DSD to chest tube sites ® side + butt
... ? call please teach family ... + ...
... complications

EST. LENGTH OF SERVICE

BPD Comp. 0225

**DEPARTMENT OF**
**CENTRAL POLICE SERVICES**
**FORENSIC LABORATORY**
**ERIE COUNTY**

**ANALYSIS REPORT**

JUN 2  3:41 PM '92
ECU

SUBMITTING AGENCY : Buffalo Police Department

----------------------------------------------------------------

DEFENDANT:        Dixon,          Valentino

COMMENTS:

LAB. NO.: 76336                 CASE NO.:  Hom. 91-145

DATE RECEIVED  : 08/12/91        CD NO.: N/A

DATE ANALYZED  : 08/24/91        INV. OFFICER 1. : H. Smardz

DATE OF REPORT : 08/29/91        INV. OFFICER 2. :

----------------------------------------------------------------

DESCRIPTION OF EVIDENCE:

    Twenty-seven 9mm fired cartridge cases of Remington make.
    Ten fired bullets.
    Two lead fragments.
    One .22 L/LR fired cartridge case of Remington make.

----------------------------------------------------------------

RESULTS:

REFER TO ATTACHED RESULT REPORT

COE001628

FORENSIC RESULTS FOR LAB NO. 76336          DATE : 08/29/91
********************************************************************

Report No. 2

The submitted fired bullets are of the 9mm caliber class and of
jacketed round nose design.  They exhibit rifling characteristics
of six (6) land and groove impressions with a right twist.  They
exhibit individual characteristics which would be of value for
comparison versus suspect firearms.

The twenty-seven submitted fired 9mm cartridge cases were fired
in the same firearm.

Numerous makes and models of autoloading firearms exhibits consistent
class characteristics.  These include Feather Industries carbines.

The two submitted lead fragments (Items #4 and #9) are badly
damaged.  They are consistent with being the cores of jacketed
bullets.


cc:  BPD Homicide

                                  Michael B. Dujanovich
                                  ANALYST

      bjw


COE001629

# EVIDENCE

**BUFFALO POLICE DEPT.** $\frac{1}{\text{NUMBER}}$

Date of Crime 8/10/91          P-112

Type of Crime Homicide/Shootings

Location Bailey & E.Delevan

Victim 1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4. John Sullivan,BM,17

Description of Evidence & Location Found. copper jacketed bullet recovered on the street, aproxx.1157 E.Delevan - 9'4" N. of the S.curb 1157 E.Delevan and 32'16" E.of utility pole #1155 E.Delevan

Case No. ECU/LP#91-0853      Collected By HS/ HS      Date 8/10/91

# EVIDENCE

**BUFFALO POLICE DEPT.** $\frac{2}{\text{NUMBER}}$

Date of Crime 8/10/91          P-112

Type of Crime Homicide/Shootings

Location Bailey & E.Delevan

Victim 1.Torriano Jackson,BM,17)Deceased)

Description of Evidence & Location Found. copper jacketed bullet recvd.on the st. approx. 1157 E.Delevan - 16'5" N.of S.curb 1157 E.Delevan and 31'10" E.of utulity pole #1155 E.Delevan

Case No. ECU/LP#91-0853      Collected By HS/ HS      Date 8/10/91

# EVIDENCE

**BUFFALO POLICE DEPT.** $\frac{3}{\text{NUMBER}}$

Date of Crime 8/10/91          P-112

Type of Crime Homicide/Shootings

Location Bailey & E.Delevan

Victim 1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4. John Sullivan,BM,17

Description of Evidence & Location Found. copper jacketed bullet recvd.on the street approx.1157 E.Delevan - 11'1" N.of S.curb 1157 E.Delevan & 34'3" E.of the utility pole #1155 E.Delevan

Case No. ECU/LP#91-0853      Collected By HS/ HS      Date 8/10/91

COE001630

# EVITENCE

**BUFFALO POLICE DEPT.** NUMBER **4**

Date of Crime **8/10/91**    P·112

Type of Crime **Homicide/Shootings**

Location **Bailey & E.Delevan**

Victim **1. Torrieno Jackson,BM,17(Deceesed)**

2. Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found: **suspected leed slug recvd on the street**
**approx.1157 E.Delevan - 11'9" N.of S.curb 1157 E.Delevan & 34'4" E.of the**
**utility pole #1155 E.Delevan**

Case No. **ECU/LP#91-0853**    Collected By **HS/ HS**    Date **8/10/91**

*Handwritten note in right margin:*
Badly d
But cons
w/being a
of jadicated D

---

# EVIDENCE

**BUFFALO POLICE DEPT.** NUMBER **5**

Date of Crime **8/10/91**    P·112

Type of Crime **Homicide/Shootings**

Location **Bailey & E.Delevan**

Victim **1. Torriano Jackson,BM,17(Deceased)**

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found: **spent brass .22 cal. casing (U) recvd on**
**the asphelt of the parking lot (Louie's Red Hots) SW corner of Bailey and**
**E.Delevan - 14'2" S.of the S.curb approx. 1157 E.Delevan & 4'8" E.of the**
**utility pole #1155 E.Delevan**

Case No. **ECU/LP#91-0853**    Collected By **HS/ HS**    Date **8/10/91**

---

# EVIDENCE

**BUFFALO POLICE DEPT.** NUMBER **6**

Date of Crime **8/10/91**    P·112

Type of Crime **Homicide/Shootings**

Location **Bailey & E.Delevan**

Victim **1.Torriano Jackson,BM,17(Deceased)**

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found: **sample of wet red stain (susp.blood)**
**recvd on the street (approx.1157 E.Delevan) - 9'4" N.of the S.curb 1157**
**E.Delevan & 32'16" E.of the utility pole #1155 E.delevan**

Case No. **ECU/LP#91-0853**    Collected By **HS/ HS**    Date **8/10/91**    COE001631

# *EVIDENCE*

**BUFFALO POLICE DEPT.** **7** NUMBER

Date of Crime  8/10/91                    P·112
Type of Crime  Homicide/Shootings
Location       Bailey & E.Delevan
Victim         1. Torriano Jackson,BM,17(Deceased)

*all 27 - 9mm casings were fired from the same firearm.*

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.Johnsullivan,BM,17

Description of Evidence & Location Found: (A) .32 cal. 5 shot revolver,silver colored
make UNKN. break front, ser.#747 w/2"bbl containing soent .32 cal.casing
(B.) Twenty-Seven ((27) spent 9mm cesings (brass) (C.) one (1) copper jacketed
bullet - items received at the scene from PO Ra-Chelle Brown,Prct.#16

8/10/91 - 0225 hrs

Case No.  ECU/LP#91-0853          Collected By HS/ HS          Date  8/10/91

---

# *EVIDENCE*

**BUFFALO POLICE DEPT.** **8** NUMBER

Date of Crime  8/10/91                    P·112
Type of Crime  Homicide/Shootings
Location       Bailey & E.Delevan
Victim         1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19  3. Aaron Jackson,BM,20  4. John Sullivan,BM,17

Description of Evidence & Location Found: sample of dry red stain (susp.blood) recvd
off the seat portion of the frnt.pass.seat '90 Chev.2dr.yellow,NY Plt.
ECF-131,in the parking lot of Louie's Red Hots, SW corner of Bailey and
E.Delevan  (2484 Bailey)

Case No.  ECU/LP#91-0853          Collected By HS/ HS          Date 8/10/91

---

# *EVIDENCE*

**BUFFALO POLICE DEPT.** **9** NUMBER

Date of Crime  8/10/91                    P·112
Type of Crime  Homicide/Shootings
Location       Bailey & E.Delevan
Victim         1.Torriano Jackson,BM,17(Deceased)

*Badly damaged But consistent w/being cores of jacketed bullet*

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found: lead slug recvd.on the top celler stair
of the cellar stairway,NW corner of 2484 Bailey Ave(Louie's Red Hots)
13" E.of the W.wall & 8" N.of the front edge of the top stair

Case No.  ECU/LP#91-0853          Collected By HS/ HS          Date 8/10/91          COE001632

# EVIDENCE

**BUFFALO POLICE DEPT.** 10/NUMBER

Date of Crime _8/10/91_    P·112

Type of Crime _Homicide/Shootings_

Location _Bailey & E.Delevan_

Victim _1.Torriano Jackson,BM,17(Deceased)_

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. copper jacketed bullet recvd on the 5th stair from the top - on the stairway,NW corner of 2484 Bailey (Louie's Red Hots) - 10" W.of the E.wall & 5" N.of the front edge of the stair

Case No. _ECU/LP#91-0853_    Collected By _HS/ HS_    Date _8/10/91_

---

# EVIDENCE ✓

**BUFFALO POLICE DEPT.** 11/NUMBER

Date of Crime _8/10/91_    P·112

Type of Crime _Homicide/Shootings_

Location _Bailey/E.Delevan_

Victim _1.Torriano Jackson,BM,17(Deceased)_

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. clothes of Victim Torriano Jackson,BM,17 received from RN Barb Badgley,ECMC/ER (A) 1 pr.Wht.Hi-Top sneakers, wht/orange "NIKE" Force 9½ (B) blue jeans "Bugle Boy" 34M w/blk.belt (C) teal briefs "Hanes" M-32/34 (D) grey hooded sweatshirt "Gears" XL w/Univ.Bflo.logo (E) grey T-shirt "Trend-Ultra" size L w/America's Cup logo . Items were cut by med.personell and contained WRS

Case No. _ECU/LP#91-0853_    Collected By _HS/ HS_    Date _8/10/91_  0420 hrs

---

# EVIDENCE ✓

**BUFFALO POLICE DEPT.** 12/NUMBER

Date of Crime _8/10/91_    P·112

Type of Crime _Homicide/Shootings_

Location _Bailey & E.Delevan_

Victim _1.Torriano Jackson,BM,17(Deceased)_

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. Clothes of Victim:Mario Jarmon,BM,19 received from RN Terena Licht,ECMC/ER (A) 1 pr.sneakers wht.Hi-Top, NIKE"Quantum Force,10½ w/sox (B) wht.print shorts "Ocean Pacific" (C) Kelly grn.T-shirt "Russell Athletic" M-38/40 W/"Huntington Phys.Ed" logo (D) Blk.sweatshirt (E) jeans, lgt.blue "Levi Strauss" 38/30 - Items were cut by medical personell and contained Wet Red Stains (F) also gold nugget earring & key ring w/3 keys & ID tag "EAS"

Case No. _ECU/LP#91-0853_    Collected By _HS/ HS_    Date _8/10/91_  0425 hrs

COE001633

# EVIDENCE

**BUFFALO POLICE DEPT.** $\frac{13}{\text{NUMBER}}$

Date of Crime _____ 8/10/91 _____ **P-112**

Type of Crime _____ Homicide/Shootings

Location _____ Bailey & E.Delevan

Victim _____ 1.Torriano Jackson,BM,(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. Clothes of victim Aaron Jackson,BM,20 received from RN Bill Frieder,ECMC/ER,0425 hrs,8/10/91

(A)1 pr. blue sneakers "NIKE" Flight size 9, w/wht ankle sox (B) 1 pr.grey micro briefs "Large" (C) blk.sweatpants "Russell Athletic" XL - items contained WRS (Wet Red Stains) , and were cut by med.personell

Case No. _____ ECU/LP#91-0853 _____ Collected By _____ HS/HS _____ Date _____ 8/10/91

---

# EVIDENCE

**BUFFALO POLICE DEPT.** $\frac{14}{\text{NUMBER}}$

Date of Crime _____ 8/10/91 _____ **P-112**

Type of Crime _____ Homicide/Shootings

Location _____ Bailey & E.Delevan

Victim _____ 1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. Clothes of Victim:John Sullivan,BM,17 received from John Sullivan, 0630 hrs.8/10/91 at Sister's Hosp.ER

(A.) 1 pr.Royal Blue shorts w/WRS "Champion" XL

(B.) 1 pr.blue print shorts w/wrs "Pure Sweat"

Case No. _____ ECU/LP#91-0853 _____ Collected By _____ HS/HS _____ Date _____ 8/10/91

---

# EVIDENCE

**BUFFALO POLICE DEPT.** $\frac{15}{\text{NUMBER}}$

Date of Crime _____ 8/10/91 _____ **P-112**

Type of Crime _____ Homicide/Shootings

Location _____ Bailey & E.Delevan

Victim _____ 1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. sample of head hair from Hom.Victim: Torriano Jackson,BM,17 - recvd.1000 hrs,08/10/91 at the ECMC Morgue

Case No. _____ ECU/LP#91-0853 _____ Collected By _____ HS/HS _____ Date _____ 8/10/91

COE001634

# EVIDENCE

**BUFFALO POLICE DEPT.** NUMBER **16**

Date of Crime ___ 8/10/91 ___ **P·112**

Type of Crime ___ Homicide/Shootings

Location ___ Bailey & E.Delevan

Victim ___ 1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19   3.Aaron Jackson,BM,20   4.John Sullivan,BM,17

Description of Evidence & Location Found: copper jacketed bullet received from ME Dr.Loghmanee, 1105 hrs,8/10/91 at Post of Hom.Victim:Torriano Jackson,BM, 17 - item removed from vicitm's lt.forearm    (ECMC Morgue)

Case No. ___ ECU/LP#91-0853    Collected By ___ HS/ HS    Date ___ 8/10/91

# EVIDENCE

**BUFFALO POLICE DEPT.** NUMBER **17**

Date of Crime ___ 8/10/91 ___ **P·112**

Type of Crime ___ Homicide/Shootings

Location ___ Bailey & E.Delevan

Victim ___ 1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19   3.Aaron Jackson,BM,20   4.John Sullivan,BM,17

Description of Evidence & Location Found: copper jacketed bullet received from ME Dr.Loghmanee, 1108 hrs,8/10/91 at Post of Hom.Vicitm Torriano Jackson BM,17 item removed from bak of victim's rgt.hand    (ECMC Morgue)

Case No. ___ ECU/LP#91-0853    Collected By ___ HS/ HS    Date ___ 8/10/91

# EVIDENCE

**BUFFALO POLICE DEPT.** NUMBER **18**

Date of Crime ___ 8/10/91 ___ **P·112**

Type of Crime ___ Homicide/Shootings

Location ___ Bailey & E.Delevan

Victim ___ 1.Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19   3.Aaron Jackson,BM,20   4.John Sullivan,BM,17

Description of Evidence & Location Found: copper jacketed bullet received from ME Dr.Loghmanee - 1110 hrs,08/10/91 at the Post of Hom.Victim:Torriano Jackson ECMC Morgue, - item removed from the victim's left upr.thigh/lateral

Case No. ___ ECU/LP#91-0853    Collected By ___ HS/ HS    Date ___ 8/10/91

COE001635

# EVIDENCE

**BUFFALO POLICE DEPT.** 19 / NUMBER

Date of Crime ___ 8/10/91 ___ P·112

Type of Crime ___ Homicide/Shootings ___

Location ___ Bailey & E.Delevan ___

Victim ___ 1.Torriano Jackson,BM,17(Deceased) ___

2.Mario Jarmon,BM,19   3.Aaron Jackson,BM,20   4.John Sullivan,BM,17

Description of Evidence & Location Found. copper jacketed bullet received from ME
Dr.Loghmanee, 1114 hrs 8/10/91 at the Post of Hom.Victim:Torriano Jackson
ECMC Morgue - item was removed from the victim's Rgt.upr.thigh

Case No. ___ ECU/LP#91-0853 ___   Collected By ___ HS/ HS ___   Date ___ 8/10/91 ___

# EVIDENCE

**BUFFALO POLICE DEPT.** 20 / NUMBER

Date of Crime ___ 8/10/91 ___ P·112

Type of Crime ___ Homicide/Shootings ___

Location ___ Bailey & E.Delevan ___

Victim ___ 1.Torriano Jackson,BM,17(Deceased) ___

2.Mario Jarmon,BM,19   3.Aaron Jackson,BM,20   4.John Sullivan,BM,17

Description of Evidence & Location Found. copper jacketed bullet received from ME
Dr.Loghmanee, 1116 hrs 8/10/91 at the Post of Hom.Victim Torriano
Jackson, -ECMC Morgue - item was removed from the victim'sLt.upper
thigh/medial

Case No. ___ ECu/LP#91-0853 ___   Collected By ___ HS/ HS ___   Date ___ 8/10/91 ___

# EVIDENCE

**BUFFALO POLICE DEPT.** 21 / NUMBER

Date of Crime ___ 8/10/91 ___ P·112

Type of Crime ___ Homicide/Shootings ___

Location ___ Bailey & E.Delevan ___

Victim ___ 1.Torriano Jackson,BM,17(Deceased) ___

2.Mario Jarmon,BM,19   3.Aaron Jackson,BM,20   4.John Sullivan,BM,17

Description of Evidence & Location Found. vial of blood of Hom.Victim:Torriano
Jackson,BM,17 received from ME Asst.Geo.Washington,1125 hrs.8/10/91
at Victim's Post,ECMC Morgue

Case No. ___ ECU/LP#91-0853 ___   Collected By ___ HS/ HS ___   Date ___ 8/10/91 ___

COE001636

# EVIDENCE

**BUFFALO POLICE DEPT.** NUMBER 22 V

Date of Crime _8/10/91_ P·112

Type of Crime _Homicide/Shootings_

Location _Bailey & E.Delevan_

Victim 1. Torriano Jackson,BM,17(Deceased)

2.Mario Jarmon,BM,19  3.Aaron Jackson,BM,20  4.John Sullivan,BM,17

Description of Evidence & Location Found. clothes of Susp/Deft.Valentino Dixon,BM

received from Valention Dixon,1500 hrs 8/10/91 at the Hom.Sec.Ofc.

A. 1pr. Blue/Blk."Nike" Sneakers Airmax size 9½   B. Blk.nylon jogging

pants "NIKE" size L  C. grey sweatshirt w/blk.trim on sleeves "NIKE"

*Force*      D. baseball cap "G" navy blue w/wht.bill -w/"Villanova Wildcats"
logo

Case No. _ECU/LP#91-0853_      Collected By _HS/45_     Date _8/10/91_

**COE001637**

BPD Comp. 0235

DEPARTMENT OF
CENTRAL POLICE SERVICES
FORENSIC LABORATORY
ERIE COUNTY

**ANALYSIS REPORT**

DISTRICT ATTORNEY

JUN 2  5 51 AM '92
ECU

SUBMITTING AGENCY : Buffalo Police Department

---

DEFENDANT:
          Dixon,          Valentino

COMMENTS:

LAB. NO.: 76336                    CASE NO.: Hom. 91-145

DATE RECEIVED  : 08/12/91          CD NO.: N/A

DATE ANALYZED  : 08/24/91          INV. OFFICER 1. : H. Smardz

DATE OF REPORT : 08/29/91          INV. OFFICER 2. :

---

DESCRIPTION OF EVIDENCE:

    Twenty-seven 9mm fired cartridge cases of Remington make.
    Ten fired bullets.
    Two lead fragments.
    One .22 L/LR fired cartridge case of Remington make.

---

RESULTS:

 REFER TO ATTACHED RESULT REPORT

**COE001658**

BPD Comp. 0236

FORENSIC RESULTS FOR LAB NO. 76336          DATE : 08/29/91
**********************************************************************

Report No. 2

The submitted fired bullets are of the 9mm caliber class and of
jacketed round nose design.  They exhibit rifling characteristics
of six (6) land and groove impressions with a right twist.  They
exhibit individual characteristics which would be of value for
comparison versus suspect firearms.

The twenty-seven submitted fired 9mm cartridge cases were fired
in the same firearm.

Numerous makes and models of autoloading firearms exhibits consistent
class characteristics.  These include Feather Industries carbines.

The two submitted lead fragments (Items #4 and #9) are badly
damaged.  They are consistent with being the cores of jacketed
bullets.


cc:  BPD Homicide

Michael B. Dujanovich
ANALYST

bjw

COE001659

**DEPARTMENT OF**
**CENTRAL POLICE SERVICES**

FORENSIC LABORATORY
ANALYSIS REPORT

FORENSIC LABORATORY
ERIE COUNTY

LAB. NO. 76336

CASE NO. Hom. 91-14

DATE 8/24/91

| INVESTIGATING OFFICER | ~~BPD~~ H. Smardt | SHIELD NO. | AGENCY | BPD | BUR. PCT. Evid |

**DEFENDENTS:**

Valentino Dixon

**DESCRIPTION OF EVIDENCE:**

Twenty seven 9mm fired cartridge cases of Remington make.
Ten fired bullets
Two lead fragments
One .22L/LR fired cartridge case of Remington make.

| DATE RECEIVED | 8-12-91 | DATE PERFORMED | 8/24/91 |

**RESULTS:** — Report #2 —

The submitted fired bullets are of the 9mm caliber class and of jacketed round nose design. They exhibit rifling characteristics of six (6) land and groove impressions with a right twist. They exhibit individual characteristics which would be of value for comparison versus suspect firearms.

The twenty seven submitted fired 9mm cartridge cases were fired in the same firearm.

Numerous makes and models of autoloading firearms exhibit ~~and~~ consistent class characteristics. These include Feather Industries carbines.

The two submitted lead fragments (items #4 and #9) are badly damaged they are consistent with being the cores of jacketed bullets!

ANALYST

Michael L.

COE001660

DCPS-L-2 (Rev.    CP

**FORENSIC LABORATORY**
**ANALYSIS REPORT**

LAB. NO. _76336_

CASE NO. _____

DATE _____

RESULTS:
8/24/91

Projectiles marked ē the lab # BP, and (Indiv. char of value are present

Comments

| Item | Cal | Design | wt. | Rifl. | Comments |
|------|-----|--------|-----|-------|----------|
| # 1 | 9mm | JRN exposed base | 115 grains | 6 Rt LIW-0.075" GIW- 0.10 | badly damaged app. old base marked (H'st |
| # 2 | — | JRN partial minus core | — | Rt " 2LI & 2GI meas. | badly dam. |
| # 3 | 9mm | JRN exp. base | 114 gr. | 6 Rt LIW-0.075 GIW-0.10 | Lead damage to nose white fibers app. old. (HS) base/nose |
| # 4 | — | lead frag | 90 gr. | — | flattened app core (HS) |
| # 7c | 9mm | JRN exp base | 114 gr. | 6 Rt LIW- 0.07 GIW- 0.10 | red material (HS) |
| # 9 | — | lead frag. | 94 gr. | — | app. plaster (HS) fibers etc. app. core |
| # 10 | 9mm | JRN exp base | 115 gr. | 6 Rt LIW-0.075 GIW-0.10 | damaged app. plaster/concrete (HS) |
| # 16 | 9mm | JRN exp base | 114 gr. | Rt " 2LI & 2GI meas | flattened - 1/2 wiped out lengthw app. tissue (HS) (F) |
| # 17 | 9mm | JRN exp base | 106 gr. | Rt. " 3LI & 2GI meas | ~1/2 wiped out lengthwise app. tissue (HS) (F) |
| # 18 | 9mm | JRN exp base | 114 gr. | Rt " 3LI & 2GI meas | flattened - 1/2 wiped out lengthw app. tissue (HS) (F) |
| # 19 | 9mm | JRN exp base | 111 gr. | Rt " 2LI & 2GI meas | flattened ~1/2 wiped out lengthw app. tissue (HS)(F) |
| # 20 | 9mm | JRN exp base | 100 gr. | Rt " 2LI & 2GI mea. | flattened ~1/2 wiped out lengthw app tissue & black material (HS)(F) |

by COE001661

DCPS-L-2A (Re-

Twenty seven; R-P (9mm Luger) fired cart cases
FPN- hemi sph.
EXT- indistinct
EJR- on most rear outer
edge.

Poo comp. between the 27 submitted fired cart
cases (Bface, FPN).

COE001662

*File 91-14*

```
NAM/ BROWN          , LEONARD   ,  ,    .DOB/ 012070.RAC/ B.SEX/ M.
   BROWN      , LEONARD   ,  ,     DOB/120770 RAC/B SEX/M  PCN/04971842
200  , OLYMPIC              CIT/BUFFALO      , NY,     ORA/EI01
5-10  WGT/145   BLD/MEDIUM    EYE/BRO       HAI/BLK    SMT/
Y   POB/BUFFALO NY        OCC/STUDENT      MAR/SINGLE
NO WARNING
5805050J   FBI/802682FA2     SOC/117566774    MUG/156084 EI01   MNO/
                            TO PRINT A SUMMARY OF LOCAL ARRESTS#
                            HIT UPPER FUNCTION & F1
                            PR1/PRV ADR 200 BURGARD
                            PR2/2011 BAILEY
                            PR3/FPC PI0909CO13 1313131513
                            PR4/63 FAY ST
```



COB 000268

2 PAGE 01 09/03/91<S U M M A R Y  O F  A R R E S T S>BROWN ,LEONARD
------------CHARGES------------<>------------DISPOSITIONS------------>

'15/87 ARR.BUFFALO    CNO/87-011438<>                                    EI01
  BLTER 656                        <>
  JCN 10452088Y PCT 12             <>
  140-25-2    FEL. ----------------<>
  155-35      FEL. ----------------<>


'02/87 ARR.BUFFALO    CNO/87-073016<>                                    EI01
  MPS 4839 JCN11123304J            <>
  ANDREWS DOUGLAS 16               <>
  140-25-2    FEL. ----------------<>
  155-30-1    FEL. ----------------<>
  140-35      MISD ----------------<>


'17/87 ARR.BUFFALO    CNO/87-216676<>                                    EI01
  DJD  12643                       <>
  DILL/TPU  K-9                    <>
  140-25-2    FEL. ----------------<>
  165-40      MISD ----------------<>


'05/90 ARR.BUFFALO    CNO/90-015846<>                                    EI01
  PR2260 WAR90038237               <>
  GEORGE ROBB                      <>
  160-15-3    FEL. ----------------<>


26/90 ARR.BFLO    CNO/90-245036<>                                        EI01
  PR15843JCN13164851R              <>
  KESSLER 16                       <>
  175-05      MISD ----------------<>
  205-30      MISD ----------------<>
  240-25-1    VIOL ----------------<>


23/90 ARR.BFLO    CNO/90-306745<>                                        EI01
  PR20214JCN12270584J              <>
  JORDAN NARC                      <>
  220-03      MISD ----------------<>
  220-50-2    MISD ----------------<>
  221-05      VIOL ----------------<>


NTINUED

COB 000269

BPD Comp. 0242

PAGE 02 09/03/91<S U M M A R Y  O F  A R R E S T S>BROWN  LEONARD
CHARGES                                    DISPOSITIONS

END SUMMARY   BROWN  LEONARD           006 ARRESTS,  014 CHARGES

ACCOMPLICE INFO AVAILABLE -- USE FR ARR OR FR QR SCREEN

ENOTES AN ATTEMPTED CRIME

THE USE OF THIS INFORMATION IS NOT BASED ON FINGERPRINT IDENTIFICATION
AND IS REGULATED BY LAW STITLE 28-FEDERAL RULES AND REGULATIONS
NEW YORK CRIMINAL PROCEDURE LAWS ARTICLE 160J.
DO NOT RETAIN AFTER 90 DAYS FROM DATE AT TOP OF PAGE. DO NOT DISSEMINATE.
                    JOHN CARDARELLI, COMMISSIONER
                    CENTRAL POLICE SERVICES

COB 000270

DEPARTMENT OF
CENTRAL POLICE SERVICES
FORENSIC LABORATORY
ERIE COUNTY

**ANALYSIS REPORT**

SUBMITTING AGENCY:  Buffalo Police Department                    ECU
------------------------------------------------------------------------

DEFENDANT(S):    Dixon,  Valentino


COMMENTS:


LAB NO.:  76336                   CASE NO.:  Hom. 91-145

DATE RECEIVED :  08/12/91         CD NO.:  221504

DATE ANALYZED :  09/12/91         INV. OFFICER 1.:  H. Smardz

DATE OF REPORT:  09/12/91         INV. OFFICER 2.:

------------------------------------------------------------------------
DESCRIPTION OF EVIDENCE:

Items 6, 8, 11-15, 21, 22.

------------------------------------------------------------------------
RESULTS:

Report No. 3

   The items submitted have not been examined for blood at
   this time.  Please contact the laboratory if analysis is
   indicated.


   Paul A. Hojnacki
   FORENSIC SEROLOGIST

bjw

**COE001638**

**FORENSIC LABORATORY
ANALYSIS REPORT**

LAB. NO. __76336__

CASE NO. _____

DATE _____

RESULTS: #3

THE ITEMS SUBMITTED HAVE NOT BEEN EXAMINED FOR BLOOD
AT THIS TIME. PLEASE CONTACT THE LABORATORY IF
ANALYSIS IS INDICATED.

FELONY ✗

HOMICIDE ✗

NO ANALYSIS 9

COE001639

COUNTY OF ERIE
CPS FORENSIC LABORATORY
CHAIN OF CUSTODY FORM

# 76336

LAB NO.: _____

SEALED ITEM(S): 6-8-13-14-15-21 *not sealed* 11-12-22

FROM: Best Pandick

DATE/TIME: 8-12-91 / 1015 hrs

TO: Hosnacki

REMARKS: _____

SEALED ITEM(S): _____

FROM: _____

DATE/TIME: _____

TO: _____

REMARKS: _____

SEALED ITEM(S): _____

FROM: _____

DATE/TIME: _____

TO: _____

REMARKS: _____

SEALED ITEM(S): _____

FROM: _____

DATE/TIME: _____

TO: _____

REMARKS: _____

2/91

COE001640

**COUNTY OF ERIE**
**CPS FORENSIC LABORATORY**
**CHAIN OF CUSTODY FORM**

LAB NO.: _76 356_

SEALED ITEM(S): _ALL ITEMS_

FROM: _Paul A. Wojcik_

DATE/TIME: _10 SEP 91 - 9:43 AM_

TO: _Det Hill Small    BPD/ECU_

REMARKS: _____

---

SEALED ITEM(S): _____

FROM: _____

DATE/TIME: _____

TO: _____

REMARKS: _____

---

SEALED ITEM(S): _____

FROM: _____

DATE/TIME: _____

TO: _____

REMARKS: _____

---

SEALED ITEM(S): _____

FROM: _____

DATE/TIME: _____

TO: _____

REMARKS: _____

2/91

COE001641

*Photos & Video*

147B (4/87)

## Buffalo Police Department
## Request For Photographs From File

FILE
91-145

Person Requesting: _Cris Belling_

Agency/Unit: _D.A's Office_

Address: _County Hall_

Phone: _858-2424_    Date of Request: _11-8-91_

*****************************************************

Date Photos Taken: _8-10-91_    Photo/Accident Case No. _18917_
_18938_

Nature of Incident: _Homicide_

Location Photos Taken: _E. Delevan & Bailey_

Reason For Request: _Trial_

Unit Referred to: _Homicide_

*****************************************************

Investigating Unit:

Status of Case:    open                    Arrest Made _yes_ yes _____ no

Defendant/Subject of Investigation: _JACKSON / VALENTINO DIXON_

Victim's Name: _TORRANO JACKSON_

Officer Authorizing Release: _Lt Jos. D Rautenstrauch_
                            (Rank/Signature)

Accident Cases Only- Category:

PDO___ Injury___ Fatal___ H&R___ City Inv.___ DWI___ Other Charges___

If City Involved, Was Corporation Counsel Notified    yes ____    no ____

*****************************************************

Chief Of Detectives Approval:

Approved _✓_    Not Approved _____    Payment Required ___ yes _✓_ no

Signature: _Angel P. Olessandu_

*****************************************************

Photo Unit Notations

Date Request Received _11/8/91_    Date Completed _11/9/91_

Number of Photos _18917 - 58_ Photos to be Returned ___ yes _✓_ no  + Video
                  _18938 - 8_

Photos Received By: _CHRISTOPHER J. BELLING_
                   (print name)

Photos Signed for By: _Christopher J. Belling A.D.A_
                     (signature)

Date Received: _Nov 17, 1991_    Amount of Payment: _N/A_

Check/Draft Number: _N/A_    Received By: _N/A_

Photos Returned to: _____    Date: _____

Distribution: Orginal to Chief of Detectives;Duplicate to Photographic
              Unit; Triplicate to Investigating Unit

COB 000273

(1)

November 21, 1991

Antoine Shannon, being duly sworn
deposes & says:

1. that I am 18 yrs old and my date
of birth is July 2, 1973

2. that I make this statement in the
conference room at the old gym, Campbellsville
College, Campbellsville Ky.

3. that on/for about August 10, 1991 I was
in the vicinity of Bailey Ave & E. Delevan
in the city of Buffalo N.Y.

4. I was with my brother Leonard Brown,
& my friend Mario Jarmon

5. that my brother Leonard and I "had
words" with Aaron Jackson in the Norstar
Bank parking lot. Aaron was in Travis
Powells mothers yellow Geo. After my
brother & I talked to Aaron he started
to leave and Mario "had words" with
Aaron.

6. that after Aaron left we went to
Marios house to call my half brother Valentino Dixon
on his beeper but he did not respond. ~~but~~

AS
~~Antoine~~

AS

COB 000274

AS

②

7. A while later my half brother "Tino" (Valentino Dixon) drove by Mario's house in his red RX7 & I flagged him down.

8. I told Tino about our argument with Aaron Jackson & Tino said he would stay around & that they wouldn't do anything.

9. After that, about 10 minutes later LaMarr Scott came to the area of Mario's house on a bicycle and we (Mario Jarmon, Leonard Brown, Tino & me) filled him in on the argument with Aaron Jackson.

10. LaMarr then said "I'll be back" and left the area on his bike — going down Delevan towards Olympic Ave.

11. About 15 minutes later LaMarr came back with a gun in a garbage bag. He showed me the gun, the others were there, the gun was a long black gun it looked like a machine gun.

12. After he showed us the gun LaMarr put it back in the bag & hid it in the bushes by Mario's house, in the bushes right by the side of Mario's house.

COB 000275
A5

③

13. then Mario, Tino and I went up to the store on corner of Bailey and Delevan.

14. at this time Aaron Jackson came back to the area in Travis Powells yellow Geo, Torri Jackson was in the back seat

15. Aaron, then had some words with Mario and Tino and I came out from the doorway of the store after hearing them

16. Aaron gets out of the car, Travis gets out then Torri gets out of the car and I saw that Torri had a gun. It was silver, a hand gun, looked like a .38. I saw Torri pull something back on top of the gun.

17. Tino grabbed me & said "come on", I ~~told~~ told Mario to come along. Aaron then rushed Mario. & they began fighting on the sidewalk by the "Bailey Delevan Market"

18. then Torri came up and pointed the gun at Mario & Aaron as they fought AS

COB 000276

④

19. I started to run away down E Delevan toward olympic and I heard a shot

20. I saw Mario "Jerk" as though he was shot then I saw LaMarr running toward the corner of Bailey & Delevan with the gun in his hands. LaMarr had on dark colored shorts, maybe Navy, Black Jacket & a hat, a dark color baseball hat.

21. I saw LaMarr start shooting at Aaron I then looked toward Tino & looked back toward the corner, Torri was trying to run away & LaMarr shot Torri in the leg.

22. then LaMarr shot Torri in the back, then Torri fell on the ground & LaMarr ran up on him & stood over him shooting him as he lay on the ground

23. I ran through Marios yard & hopped the gate in back. Tino jumped in his car, the RX7 and drove away towards olymic Ave.

A5 COB 000277

⑤



24. Tino's clothing this night was: jeans, a white shirt (fancy dress) sneakers and a red baseball hat w/ white letters.

25. I then called a cab from a friends house on Kermit St (I don't know his name) and the cab picked me up at Delevan and olympic & took me home to 63 Fay. It was a fillmore Cab

26. I was present at Genessee & Bailey on the night that LaMarr Scott talked to the TV news crew & the Buffalo Police took LaMarr into custody.

27. My Brother Leonard, Me, my father Robert Bryant, my mother Annie Shannon and Tino's girlfriend Arnice had picked up LaMarr earlier and brought him to our house on Fay St. and called the TV station to set up the meeting at Genessee and Bailey.

28. I left Buffalo on August 14th to come to Campbellsville

A5

COB 000278



6

I have read the preceeding 5 pages
and they are true and correct in as
far as they go into detail and to the
best of my recollection

_Anthony Shannon_

SWORN BEFORE ME
THIS 21st DAY OF NOVEMBER 1991

_Julie G. Caldwell_
NOTARY PUBLIC, STATE OF KENTUCKY

My commission expires 5/31/94.

COB 000279

BPD Comp. 0254



Ralph V. Degenhart
Commissioner

**POLICE**

74 Franklin Street
Buffalo, N.Y. 14202
Phone : ( 716 ) 851 - 4444

State of New York
County of Erie                    SS                    Certification
City of Buffalo

Re: CD#221504
    Hom.Case#91-145
    ECU/LP#91-0853
    Fatal Shooting, Bailey & E.Delevan - 08/10/91
    Victim; Torriano Jackson,BM,17 (Deceased)

On Sat..08/10/91,  0220 hrs I was requested by the Homicide Section to assist them in regards to the above aforementioned Ftal Shooting as per Hom.Case#91-145.

During the course of this investigation a certain .32 cal. H&R Revolver came into my possession (item #7 - H&R .32 cal.revolver serial # 7747 5 shot, silver finish, w/2" bbl.) I received this item at the Scene (Bailey & E.Delevan) from PO Ra-Chelle Brown (Prct.#16).

I did examine this article and perform a Latent Fingerprint Exam on same. My results would be described as Negative, due to the fact that although Latent Prints were developed they lacked sufficient identifiable ridge detail for comparable purposes. They were discarded.

Chief Angelo P. Alessandra
Det.Div. - BPD

By: _Henry M. Smardz_

Detective Henry M. Smardz
Buffalo PD/ECU

Sworn to before me this date

_24_ th day of _December_ 19 _91_

_Charles W. Olson_

Commissioner of Deeds, Buffalo,NY

My Commission expires 12/3/1/91

Orig:ECDA's Ofc    XC:ECU

COE001585

P-73  **BUFFALO POLICE DEP. .TMENT INTRA-DEPARTMEN AL CORRESPONDENCE**

| TO | Richard T. Donovan, Chief Homicide Section | SUBJECT | DATE  12/4/91 |
|----|----|----|----|
| FROM | Det. James P. Lonergan Det. John Vickerd | File 91-145 Jackson Homicide Dictated by Det. Lonergan | |

ATTN:  James Rautenstrauch, Lt.

SIR:

Continuing this investigation, the above officers proceeded to City Honors School at Best/Masten.  We spoke with Asst. Principal Theresa Pope and informed her we would like to speak with Heather Smith, a student at that school.  Mrs. Pope stated she would have to obtain permission from the girl's mother and we agreed.

She contacted the mother, Sandra Smith at 882-5953, who stated she did not object to us talking with her daughter, as long as Mrs. Pope was present.

We then interviewed Heather Smith, B-F, age 16 dob 6/30/75 of 73 Monticello St., phone 882-5953.  She stated she was a very close friend of Aaron Jackson.  She also stated she was not present when the shooting occurred and found out about it later that evening when some dude she never saw before came up to her and said that "TINO" shot Aaron.  We asked her if she knew TINO and she said no.  She was asked if she knew Valentino Dixon and she replied "I never heard of him".

This interview was concluded and Heather returned to class.

It should be noted that Heather was interviewed in the presence of Mrs. Pope.

Respectfully submitted,

*James Lonergan*

Det. James Lonergan

JL/les                                    Det. John Vickerd

COE001584

BPD Comp. 0256

P-73   BUFFALO POLICE DEP.   TMENT INTRA-DEPARTME  AL CORRESPONDENCE

| TO | Richard T. Donovan, Chief Homicide Section | SUBJECT | | DATE 12/5/91 |
|---|---|---|---|---|
| FROM | Det. James P. Lonergan Det. John Vickerd | | File 91-145 Jackson Homicide Dictated by Det. Lonergan | |

ATTN:  James Rautenstrauch, Lt.

SIR:

Continuing this investigation, the above officers interviewed Jeffrey Shelton, B-M, age 22 dob 9/2/68 of 1150 E. Delavan, upper, phone 894-5029.

Jeffrey stated the night of the shooting he was sitting on the lower front porch at 1150 E. Delavan.  He observed a large group of people in the parking lot of LOUIE'S HOT DOGS at Bailey/E. Delavan.  He went inside and up to his apartment and approx. one minute later he heard a lot of shooting.  He stated he looked out of the window and saw three guys standing in the street and one of them had a gun and was shooting.  He also said he saw a guy lying on the ground.

Jeffrey stated it was dark and he could provide no further information on any of these individuals, nor could he identify them.  He also said he did not observe any vehicles leaving the area.

Respectfully submitted,

*James Lonergan*

Det. James Lonergan

JL/les                                    Det. John Vickerd

COE001582

P-73  **BUFFALO POLICE DEP⋯RTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Richard T. Donovan, Chief<br>Homicide Section | SUBJECT | | DATE   12/5/91 |
|----|----|----|----|----|
| FROM | Det. Mark R. Stambach<br>Det. Patrick W. McCarthy | | File 91-145 Torrano Jackson<br>Dictated by Det. Stambach | |

ATTN:   James Rautenstrauch, Lieutenant

SIR:

Continuing the above investigation the above officers did go to 40 W. Balcolm St. in an effort to talk with Miss Frieda. At this time Miss Frieda was not home, but we did speak to her mother, Brenda Frieda. She stated her daughter was currently at work and not available at this time, but she will call the Homicide office the next morning. She would not give the above officers her personal phone number and insisted she would contact the Homicide office the next day.

Respectfully submitted,

Det. Mark R. Stambach

*Mark R. Stambach*

MRS/les

Det. Patrick W. McCarthy

**COE001583**

BPD Comp. 0258

P-73 **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Ralph V. Degenhart<br>Commission of Police | SUBJECT | | DATE 6-2-92 |
|---|---|---|---|---|
| FROM | Daniel Rinaldo, Det<br>Mark Vaughn, Det | | Homicide Bailey and Delavan<br><br>File #91- 145/146/147 | |

Attention: Angelo P. Alessandra, Insp, Chief of Detectives
Charles Fieramusca, Chief of Homicide

Sir:

On 05-18-92, Detectives Daniel Rinaldo and Mark Vaughn arrested a
Lamarr Scott, black male, dob 09-09-?? of 157 East St. Scott was
arrested at 54 Langner and was charged with PL 220.03. The above
officers arrested Scott based on information supplied by CI-01-92.
While being transported to Erie Police Headquarters, the defendant
Scott told officers that he probably had an outstanding burglary
warrant. When asked for further detail the defendant Scott told
Rinaldo and Vaughn that the burglary charge was from testimony he
gave in front of the Grand Jury about homicide that occurred on
Bailey and Delavan. Scott stated that he was the person who shot
and that it wasn't Valentino Dixon who is charged in the case.
Scott refused to elaborate any further.

After the arrest of [illegible] ........................................
constantly been about [illegible] ......................................
Homicide. Scott [illegible] .............................................
cause, but the [illegible] ...............................................
corner of Bis[illegible] ................................................
recently shot [illegible] ................................................
St. The shooting occurred in the early part of May and was over
drug turf.

Respectfully submitted,

Det. D. Rinaldo

Daniel Rinaldo, Det

Det. M. Vaughn
Mark Vaughn, Det
Narcotics Section

COB 000286

COB 000287

## DISTRICT ATTORNEY UPDATE RECEIPT

| FILE NO. | DATE | ITEM RECEIVED | D.A. (SIGNATURE) |
|---|---|---|---|
| 91-145 | 6-8-92 | 5 PHOTO ARRAYS ORIGINAL POLAROIDS OF: LEONARD BENNIT LAMAR SCOTT | Belling |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

BPD Comp...260

**BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

FILE# 91-145

FROM BUFFALO NEWS

SUBJECT

DATE 6-17-92



SMARDZ

LP# 91-0854

CD# 91-221-504

COB 000288

P147B (4/87)

*Hom*
*9D-145*

## Buffalo Police Department
## Request For Photographs From File

Person
Requesting: _Frank Sedita A.D.A_
Agency/Unit: _Dist. Atty. Office_
Address: _____

Phone: _858 2429_    Date of Request: _10-21-92_

*************************************************
Date Photos Taken: _Aug 10 1991_  Photo/Accident Case No. _18917_ WMS
Nature of Incident: _Shooting - Homicide_    ~~8908~~ VAD
Location Photos Taken: _E. Delavan & Bailey_    _19407_ VAD
Reason For Request: _Trial Prep_
Unit Referred to: _Homicide_
*************************************************
Investigating Unit:
Status of Case: _Cleared by Arrest_   Arrest Made _✓_ yes ___ no
Defendant/Subject
of Investigation: _Leonard Brown & Mario Jarmon_
Victim's Name: _Torrino Jackson_
Officer Authorizing Release: _Det. Chin, Hdt_
                              (Rank/Signature)

Accident Cases Only- Category:
PDO ___ Injury ___ Fatal ___ H&R ___ City Inv. ___ DWI ___ Other Charges ___
If City Involved, Was Corporation Counsel Notified ___ yes ___ no
*************************************************
Chief Of Detectives Approval:
Approved _✓_   Not Approved ___   Payment Required ___ yes _✓_ no
Signature: _Ralph P. Aleman_
*************************************************
Photo Unit Notations
Date Request Received _10/22/92_   Date Completed _10/23/92_
Number of Photos _64_   Photos to be Returned ___ yes _✓_ no
Photos Received By: _____
                    (print name)

Photos Signed for By: _Peter M Kelly_
                      (signature)

Date Received: _10/27/92_   Amount of Payment: _N/A_
Check/Draft Number: _N/A_   Received By: _N/A_
Photos Returned to: _____   Date: _____

Distribution: Orginal to Chief of Detectives; Duplicate to Photographic
              Unit; Triplicate to Investigating Unit

COB 000289

P-73 **BUFFALO POLICE DEPARTMENT INTRA-DEPARTMENTAL CORRESPONDENCE**

| TO | Inspector Kevin R. Connors<br>Admin. & Comm. Division | SUBJECT | DATE 11/02/92 |
|---|---|---|---|
| FROM | Det. James P. Lonergan<br>Homicide Section | Request for all 911 and radio dispatched<br>information relating to subject as<br>described below | |

Sir:

On August 10, 1991 there was a shooting at Bailey & Delavan resulting in the death of one individual and the injury of three others. The CD# for this incident was #91-221-504.

Due to recent developments in this investigation, we are now in need of the 911 and radio dispatched information for events at this location prior to this shooting; i.e., shots fired, shootings, etc. We are interested in any relevant calls to this general location prior to 0129 hours on the 10th of August, 1991. This may include any calls late on the 9th of August, 1991.

It is my understanding that the tapes for this time period have in fact been preserved, and that the information would be available.

Respectfully submitted,

*James P. Lonergan*

Det. James P. Lonergan

Respectfully forwarded,

*James D. Rautenstrauch*

James D. Rautenstrauch
Lieutenant
Homicide Section

JPL:km

COB 000271

MAR-17-04  02:22PM  FROM-RE/MAX Masters                    315 449 9944      T-T97  P.004/005  F-351

# EVIDENCE                                BUFFALO POLICE DEPT.

DATE OF CRIME :        03  29  2002
TYPE OF CRIME :        Homicide/Shooting
LOCATION :        3052 Bailey

NUMBER:    **8**

VICTIM :    Mario Williams  B/M  12/23/71
CASE NO.:    02-0236    BY:JM

Description of Evidence & Location Found:
The following physical evidence was collected on 04/11/02 between 0930-1045hrs while at the Erie County
Morgue during the post mortem examination of the victim. Examination conducted by Erie County Medical
Examiner Dr Woytash and assisted by morgue technician T Lamb.

## TUBE OF VICTIMS BLOOD

Obtained from T. Lamb

# 263717

# EVIDENCE        BUFFALO POLICE DEPT.        P-112

DATE OF CRIME :        03  29  2002
TYPE OF CRIME :        Homicide/Shooting
LOCATION :        3052 Bailey

NUMBER:    **9**

VICTIM :    Mario Williams  B/M  12/23/71
CASE NO.:    02-0236    BY:JM

Description of Evidence & Location Found:
The following physical evidence was collected on 04/11/02 between 0930-1045hrs while at the Erie County
Morgue during the post mortem examination of the victim. Examination conducted by Erie County Medical
Examiner Dr Woytash and assisted by morgue technician T Lamb.

## HEAD HAIR SAMPLE OF VICTIM

# 263717

# EVIDENCE        BUFFALO POLICE DEPT.        P-112

DATE OF CRIME :        03  29  2002
TYPE OF CRIME :        Homicide/Shooting
LOCATION :        3052 Bailey

NUMBER:    **10**

VICTIM :    Mario Williams  B/M  12/23/71
CASE NO.:    02-0236    BY:JM

Description of Evidence & Location Found:
The following physical evidence was collected on 04/11/02 between 0930-1045hrs while at the Erie County
Morgue during the post mortem examination of the victim. Examination conducted by Erie County Medical
Examiner Dr Woytash and assisted by morgue technician T Lamb.

## FINGERNAIL CLIPPINGS OF VICTIMS LEFT HAND

O 2 - 01907   gw

MAR-17-04  02:22PM  FROM-RE/MAX Masters          315 449 9944        T-797  P.003/005  F-351

UCPSL-1 (Rev. 6/00) ECCP

### ERIE COUNTY
### CENTRAL POLICE SERVICES
### *FORENSIC LABORATORY*

## REQUEST FOR LABORATORY EXAMINATION

| SUBMITTING AGENCY | PCT/BUREAU | INVESTIGATING OFFICERS |
|---|---|---|
| BUFFALO POLICE DEPT. | EVIDENCE UNIT | 1.) Det J Maroney |

| SUBMISSION DATE | CASE NO. | |
|---|---|---|
| 4/16/02 | LP#02- 0236 | 2.) |

| SUBMISSION# HSM# 02- 044 | CEN# 02-088-0131 | BUSINESS PHONE NO. 851-4484 |
|---|---|---|

CHARGES: Homicide/Shooting    TIME & DATE OF OCCURRENCE: 03/29/02   1P

CHECK IF APPLICABLE:   (   ) SALE OF CONTROLLED SUBSTANCES   (   ) POSSESSION ONLY OF CONTROLLED SUBSTANCES

| DEFENDANT(S): *(last name, first name)* | COMPLAINANT/VICTIMS(S): *(last name, first name)* |
|---|---|
| INVESTIGATION PENDING | WILLIAMS  Mario  DOB  12/23/71  Bm |
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |

| DESCRIPTION OF EVIDENCE: | WHERE OBTAINED | ID MARKS |
|---|---|---|
| TRACE  *Evidence envelopes numbered-*  9, 10, 11 | Scene/ Hospital | |
| BLOOD  *Evidence envelopes numbered-*  8 | Same as above | Jm |
| FIREARMS  *Evidence envelopes numbered-*  12, 13 | Same as above | Jm |

COMMENTS:   *Refer to copies of P-112's for complete inventory (attached)*

---

*(THIS SPACE FOR LABORATORY USE ONLY)*

AS ABOVE: _____    REC'D FROM: _____
                                                SIGNATURE

SUBSEQUENT INV.: rec'd 3/20/03        PRINT LAST NAME: Maroney

PLACED IN CHEMISTRY
PAL (Pending Analysis Locker)
UPON RECEIPT (Initial Please)                DATE/TIME REC'D: Oct-16-02  1430

LAB. NO.: Jm  02-01907                RECEIVED BY: _____

II



**Erie County Central Police Services**
**Forensic Laboratory - Analysis Report**

Agency :  Buffalo Police Department          Pct./Bureau: Evidence Unit

---

Case Names : Williams, Mario - Victim/Complainant

Lab. No. : 02-01907          Case No. : 02-0880131

Date Received  : 4/16/02          REF NO. : HOM#02-044, LP#02-0236

Date of Report : 4/23/02          Inv. Officer(s) : Maroney

---

Report Number 3

Item 12          One submitted sealed envelope with
                 a fired bullet from victim - "old wound."

Item 13          One submitted sealed envelope with
                 a fired bullet from victim - pelvic area.

*Tests/Conclusions*

The physical characteristics of the submitted fired bullet inside of
item #13 are consistent with it being of the .25AUTO caliber class.
General rifling (class) characteristics of six land and groove
impressions with a left twist are exhibited.  Individual characteristics
that would be of value for comparison purposes versus suspect firearms
are present.

Firearms exhibiting similar rifling characteristics include autoloading
pistols of Colt, Raven, & Astra manufacture.  However, any make or model
firearm that becomes suspect in this investigation should be submitted
for laboratory examination.

The physical characteristics of the fired jacketed bullet submitted
inside of item #11 are consistent with the 38/9mm caliber class.  The
bullet is too badly damaged/oxidized for further comparison purposes.

Images of fired ammunition components are routinely entered into the
National Integrated Ballistics Identification Network (NIBIN) computer
database.  An additional report will be issued if an association is made
with any other database images.

I affirm that I conducted the analysis described herein.

LABORATORY DIRECTOR
Michael B. Dujanovich

CC: Major Crime Unit

COE001586

Dear mr Diina.                                        1-14-2003.

Nearly thirtteen years ago I committed a crime that a man by the name of valentino Dixon is serving a life Sentence for. at the time of his arrest I turned myself in and confessed to the police. at that time I volenteered to take a polygraph test. and most importantly several eye witnesses saw me do the shooting. police detectives refused to believe me. mainly because mr Dixon had been in trouble with the law in the past.

Several months after the shooting I recanted and lied at the grand jury hearing. I was told that they had who they wanted, and to say that mr Dixons parent's had put me up to confessing. I committed perjury. and this is something that I deeply regrett. But I was young and the pressure from the police was to strong for me to handle.

I am currently incarcerated for unrelated crimes to the matter of which I'm speaking. Myself and mr Dixon are incarcerated here in attica together. which isn't a problem. because he holds no ill feelings towards me. I often see him which only makes this harder to deal with. knowing he is in prison for a crime I committed. I was told by several people to contact you because you are the type of person that would get down to the truth, of this matter.

I hope that you would at least investigate what really happen because there is nothing that could possibly make me lie about a situation that is this serious. Thank you for your time to this matter.

Lamont Scott

COB 000292

COB 000293

ATTICA CORR.FAC

BUFFALO NY 142
PM
15 JA
2004

ATTICA CORRECTIONAL FACILITY
BOX 149
ATTICA, NEW YORK 14011-0149

NAME: Mr. Sherman Scott

DIN: 94161a-72a

Internal affairs
Commissioner of police
mr Rocco Diina
74 Franklin Street
Buffalo, New York 14202

BPD Comp. 268

NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES
INMATE CORRESPONDENCE PROGRAM

NAME: Mr. Desmond Cost

DIN: 94A1272

Printed on Recycled Paper

BPD Comp. 0269

COB 000294



GO BACK

PRINT THIS PAGE

GOLF SAVED MY LIFE

# Drawings From Prison

Creating golf holes with pencils is how I pass the time. Maybe one day I'll get to play the game I've only imagined

BY VALENTINO DIXON
WITH MAX ADLER
PHOTOS BY ETHAN HILL

July 2012

I've never hit a golf ball. I've never set foot on a golf course. Everything I draw is from inside a 6-by-10

prison cell. The first course I ever drew was for warden James Conway. He would often stop by my cell to ask how my appeal was going and to see my drawings. Before he retired, the warden brought me a photograph of the 12th hole at Augusta National and asked if I could draw it for him.

I spent 15 hours on it. The warden loved it, and it was gratifying to know my art would hang in his house. Something about the grass and sky was rejuvenating. I'd been getting bored with drawing animals and people and whatever I'd get out of National Geographic. After 19 years in Attica (N.Y.) Correctional Facility, the look of a golf hole spoke to me. It seemed peaceful. I imagine playing it would be a lot like fishing.

There's an inmate here who subscribes to Golf Digest. He crosses his name out and loans me the issues, because you get a ticket if you're caught with something that has somebody else's name on it, just like you get tickets for draping sheets across your bars, or fighting. Some guys in here break the rules anyway, but life's better when you stay invisible.

Except for that one drawing for the warden, I never copy holes exactly. I use a photograph as a starting point and then morph the image in my own way. Sometimes I'll find a tiny piece of reference material, like a tree on a stamp or mountains on a calendar, and then imagine my own golf course with it. I find the challenge of integrating these visions very rewarding.

The past two years I've drawn more than 130 golf pictures with colored pencils and 6-by-8-inch sheets of paper I order through the mail. We're not allowed to have brushes and paints, but that's all right; I like pencils. When I was little, my mom and grandma used to slap my hand because of the unconventional way I gripped the pencil, until one day my aunt Gwen told them to stop and look at the comics I'd done from the newspaper. My mom didn't believe I'd done it without tracing, so she made me draw them again freehand as she watched.

Growing up on the east side of Buffalo, my only sports were football and basketball. Talk about golf in our neighborhood and you'd probably get shot. Because of my art ability, I attended the performing-arts high school and stayed pretty clean until I graduated. Then I started dating a girl whose brothers were drug dealers, and before long I was in it, too. It's no excuse. It was what you did in my neighborhood if you wanted to make money. I became a mid-level cocaine dealer and pulled in enough to drive flashy cars and cover friends, but not much else. I rode with a weapon, same as everybody. I was out on bail for possession charges the night my life changed forever. I was 21 then. I'm 42 now.

No one likes to hear how you're innocent. I get that, and I don't talk about my case to inmates or guards. Everyone's innocent, right? Truth is, there are a lot of bad folk in Attica who deserve to be locked up. They were animals even before they were treated as animals. Violent people who want to rape and cut you, and society is safer because they're in here. But there are also people who'd never hurt anybody, who deserve a second chance. And out of 2,200 inmates, you'd better believe there are a few innocents who got railroaded by the system. When you're young and black, it can happen, and it happened to me.

It was 1:30 in the morning, and we were hanging out at a popular street corner. There were probably 70 people there when word came that the Jackson brothers were looking to get my friend Mario. It was over a girl. You never knew how seriously to take these threats in our neighborhood, but sure enough, I was in a store buying beer when I heard the shots: pow pow. I ran outside the store and grabbed my half-brother to flee. I didn't want any involvement. I was out on bail, and of all things, I wasn't going to let some romance drama among younger kids land me in prison.

COB 000004

I drove home and went to bed. From what I saw, I didn't think anybody had died. The next day the cops pulled me over, and within minutes a tow truck was there to haul away my car. It wasn't until I got to the station that they said I was being charged with second-degree murder, second-degree attempted murder and third-degree assault.

I wasn't nervous because so many people had witnessed the shooting. But soon there I was, being paraded before television cameras in a white paper suit on my way to county lockup. Two days later, LaMarr Scott, a guy I knew but wasn't close to, gave a statement to WGRZ television confessing to be the shooter and turned himself in to the police. Because my dad drove LaMarr downtown, much was made that he had coerced LaMarr into confessing. For murder? Please. My half-brother had brought LaMarr to our dad to set everything straight, and LaMarr owned only a bicycle.

I now see LaMarr regularly. One year after I was convicted, LaMarr shot a teenager in the face after an armed robbery and made him a quadriplegic. I choose not to hold a grudge against LaMarr because psychologically, it would kill my spirit. LaMarr's eligible for parole in 2018; I'm not up until 2030.



**Valentino Dixon in an Attica Correctional Facility visitation room.**

For the past 12 years I've lived in "honor block," which holds 145 inmates with the cleanest disciplinary records. We can shower every day, use the telephone, and our cells are mostly open so we can socialize and play cards and chess. There are hotplates we share to cook our food, and I buy a lot of rice, beans and pack-dried chicken from the commissary. Still, tension can brew in here. A guy will tell another guy to take it to the back, but mostly people want to stay here so they avoid trouble.

Every two months I get to visit my family for two days in a trailer. My mom lives an hour away, and I have three daughters (my youngest can thank her existence to the family-reunion program) and a wife, Louise, who was recently deported to her native Australia. Louise encountered my drawings on the

COB 000005

Internet and moved to the United States to help with my appeals. We were married in a brief ceremony in the visitation room.



**Wall full of Dixon's illustrations.**

The light in my cell isn't great for drawing, but I do have an outlet to plug in my Walkman. When I draw I listen to cassettes to block out the noise of the other prisoners, which can get relentless, even in honor block. I also work as a barber, do push-ups, run in place and read. One of my favorites is Man's Search for Meaning by Viktor E. Frankl about his experiences in a concentration camp. You have to find meaning in your suffering, Frankl said. To that, I say I think God put me here to draw golf courses. Maybe one day I'll play.

Some days I feel like giving up, it's true. I just want to turn nasty and bitter, but in a few hours, or maybe a few days, I'm reaching for the pencils again.

It's possible I wouldn't have lived to this age if I'd stayed on the outside. When I was a young man I wasn't useful to society -- this I don't argue. But I'm not a murderer. That's the worst thing somebody can be, and I'm not that. I hope all you need to do is look at my drawings to know that.

## IS VALENTINO DIXON INNOCENT?

It might be impossible to know exactly what happened in a beery east Buffalo parking lot on the early morning of Aug. 10, 1991, but it's worth trying to figure out: Someone's freedom is at stake.

As many as 70 people were present when what started as a fistfight ended with gunfire. Four young black males were shot, and one, Torriano Jackson, was killed.

Valentino Dixon is at Attica (N.Y.) Correctional Facility, having served 21 years of a life sentence, and still protests his innocence. Another Attica inmate, LaMarr Scott, has confessed to being the killer, but

COB 000006
3/21/2013 5:16 PM

his words are not taken seriously.

It's an extremely complex case. Across two decades, 15 eyewitnesses have testified in court or signed sworn statements. These witnesses pretty much shake out 7 to 3 in favor of Valentino Dixon's innocence, with the others saying everything happened too fast or their vantage wasn't clear. Nearly everyone there was a teenager, and many of the key participants didn't know, barely knew, just met, or claimed not to know other key participants.

Clearly, some are telling the truth and some are not. Depending on how you mix, accept or deny the conflicting accounts, two versions emerge: (1) Known drug dealer Valentino Dixon, 21, stood over Torriano Jackson, 17, and emptied the clip of a 9-millimeter automatic. (2) LaMarr Scott, 18, struggled with the same automatic, and when he finally got the barrel under control, he settled its aim on Torriano Jackson, who had shot first.

Minutes before the 1:30 a.m. shooting, a yellow Geo Storm pulled up and parked at the corner of Bailey and East Delavan avenues. From this car emerged Torriano Jackson and his older brother Aaron Jackson, 20, intent on confronting Mario Jarmon, 19, over an earlier dispute. They exchanged angry words. A crowd circled. Then, at the sound of gunshots, the crowd dispersed.

The police arrived shortly. From the bloody pavement officers recovered a .32-caliber handgun with a single spent bullet in its cylinder, a .22-caliber bullet casing, and 27 spent 9-millimeter bullet casings -- same as what riddled Torriano Jackson. (This is significant because the prosecution would present Valentino Dixon as responsible for shooting all four people.) The murder weapon was never recovered.

Christopher J. Belling, who prosecuted the case and is now the senior trial counsel of the Erie County District Attorney's Office, says the extra gun and bullet casings don't cause him to doubt that Dixon was the only gunman responsible. "Given the neighborhood and the chaos of the scene, they could've come from anywhere," Belling told Golf Digest in April 2012. "Whoever had the .32 probably decided they didn't want to have it in their hand anymore. They wanted it on the ground."

As the wounded were taken to hospitals, the police interviewed people who lingered at the scene. Some of these records haven't survived, but the police did speak to the driver of the yellow Geo, Travis Powell, 22, who said he didn't recognize the shooter.

Emil Adams, 18, made a sworn statement at the police station. He described two guys with guns; he knew neither. He said the smaller guy had a handgun and the "heavyset" guy had the automatic. That afternoon, Valentino Dixon, 5-foot-9 and 145 pounds, was arrested. His car and clothes were confiscated so they could be tested for gunpowder residue and blood.

John Sullivan, 17, who'd been released from the hospital that morning after being treated for a gunshot wound to the leg, signed a statement with police 45 minutes after Dixon's arrest. He didn't see who'd shot him in the leg, but he named Valentino Dixon as the individual who killed Torriano Jackson.

The next day the police visited Mario Jarmon (the person the Jackson brothers had been intent on fighting) in the hospital. In addition to being punched and kicked, Jarmon had been shot and couldn't speak because of a tracheal tube. The police report states: "He nodded his head to indicate that the guy that shot him was the dead guy. . . . [He] did not see [Valentino Dixon] with a gun."

Two days after the shooting, the police visited Aaron Jackson in the hospital. (The brother of the deceased would spend weeks recovering from his bullet wound.) The detective showed Jackson six

COB 000007

3/21/2013 5:16 PM

mugshots, and Jackson picked No. 4. The identity of No. 4 is absent from the detective's one-page report. Written on the bottom of the report is Jackson's quote: "But I can't be sure, it all happened so fast."

That same night, LaMarr Scott confessed to a local TV reporter that he, not Valentino Dixon, had shot Torriano Jackson. According to Scott, the guys in the yellow Geo had made threats throughout the day, which prompted him to ride his bike home and retrieve his 9-millimeter, a gun he had recently bought with cash but hadn't yet fired. When the argument escalated at the parking lot, Scott said Torriano Jackson shot first. "I was scared," Scott told the TV reporter. "I didn't know whether he was gonna kill anybody or not, so I just opened fire back on him. I didn't have any control of the automatic weapon at all, and I panicked at the same time. That's why I kept shooting him as many times as I shot him."

But this apparent good news for Valentino Dixon didn't last long. After meeting with the police and Belling, LaMarr Scott recanted what he'd told the TV reporter (and said Dixon's family put him up to the confession) and was not held or charged.



*Above:* Valentino Dixon today in Attica Correctional Facility. *Below:* Dixon, 21, shortly before he was incarcerated.

Dixon remained in prison the rest of the year. Mario Jarmon recovered, and in January 1992 a grand jury investigated the shooting. In this hearing, Mario Jarmon and another eyewitness, Leonard Brown, 20, corroborated the story of LaMarr Scott shooting an armed Torriano Jackson. Belling charged them both with perjury. At this same hearing, LaMarr Scott testified, "[Torriano] pulled out a gun and shot Mario three times and then Valentino shot [Torriano]." Concerning Valentino Dixon's gun, Scott testified, "I guess he had it. I didn't see the gun with him at the time when we walked to the corner because we was all laughing and giggling and everything. I wasn't paying attention."

In June 1992, 10 months after the fight, the murder trial began. Because Jarmon and Brown had been charged with perjury, they were not called as witnesses. "Even if I tried calling them to testify, their attorneys wouldn't have let them because it would've exposed them to additional perjury liability," Joseph



COB 000008

3/21/2013 5:16 PM

Terranova, Valentino Dixon's court-appointed public defender, told Golf Digest in May 2012. "What Belling did was extremely clever, and the right thing to do as a prosecutor."



"That sort of witness intimidation by the prosecution almost never happens," says attorney Don Thompson, who worked for a number of years on Dixon's appeal but is no longer involved. "If you're just engaged in a search for the truth, you let the jury have everything and let them sort it out. On the other hand, if you've already decided what the truth is, you try to eliminate any testimony you don't like that isn't consistent with your version." Thompson also believes the perjury indictment might have deterred other witnesses from coming forward.

As for why he indicted Jarmon and Brown for perjury, Belling told Golf Digest in February 2012: "A lot of prosecutors would call it a brilliant stroke of tactical genius." Belling says Brown (Dixon's half-brother) and Jarmon (Dixon's friend) both lied to cover for Dixon, who had accidentally shot Jarmon with a stray round.

Of the prosecution's six witnesses, three testified they saw Dixon firing a gun. Of the three, Aaron Jackson gave the most vivid account. He was there with his little brother, Torriano Jackson, punching and kicking Jarmon, when he heard shots and felt shells brush his body. Shot in the stomach, he crawled to the yellow Geo with the thought of starting it and running over the shooter. He said he then turned to see Dixon kill his brother.

On cross-examination, Jackson was asked to reconcile his current certainty with his statement at the hospital 10 months earlier. Jackson responded, "My memory gets better with time." When questioned why he didn't volunteer Dixon's name (a man he knew) at the hospital, he said, "I don't remember," citing emotional and medical stress.

Emil Adams testified he jumped behind a car when he heard gunshots. Consistent with what he'd told police hours after the shooting, he testified he saw two men walk up to the fight, each carrying guns. But unlike before, at trial Adams could give a description of only one: Dixon. In his police statement Adams had said, The "kind of skinny" guy had a handgun, and the "heavyset" guy had the automatic. At trial Dixon was asked to stand, and Adams agreed the defendant was not heavyset. LaMarr Scott, who is now 6-foot-2, 270 pounds, weighed 200 pounds when he was 18.

There is controversy over the alleged interaction Emil Adams had with private investigator Roger Putnam in 2000. Working on behalf of Dixon's appeal team, Putnam says he visited Adams several times at a barbershop where Adams worked. Putnam said in an affidavit that Emil Adams indicated that his trial testimony had not been truthful and agreed to meet at Putnam's office to record a statement, but he never showed. (Adams has since sworn to police, "I do not know a Roger Putnam. I never talked to Putnam. I never lied in court or was coerced by the District Attorney's Office.")

Bob Lonski is the administrator of the Erie County Bar Association Assigned Counsel Program, which gives public defense to people who cannot afford to retain counsel in criminal matters. In the 18 years Lonski has worked there, Roger Putnam has been a regular investigator for their attorneys. Says Lonski of Putnam: "I've never heard a single mark against his reputation. While some investigators are known as computer sleuths, he's known as a very experienced guy who has a lot of contacts on the streets."

Prosecution Witness No. 3, John Sullivan, had a charge pending in Georgia when he was escorted to

COB 000009

Buffalo under custody to testify. (He was convicted of sexual battery and simple assault.) Shot in the leg during the fight, Sullivan had fled to the steps of a church 86 yards away (as later measured) when he saw the killing. Sullivan admitted to smoking marijuana sprinkled with cocaine and drinking malt liquor earlier in the day, but he said he slept off the high and wasn't hindered by distance or the quality of the streetlights in identifying Dixon.

Jospeh Terranova, Dixon's public defender, waived the opportunity to make an opening statement and called no witnesses. With Jarmon and Brown neutralized by perjury charges, "The witnesses we had left were not that strong," said Terranova after the trial. "If I'd called one or two weak witnesses, the jurors might have asked themselves: *Is that all the defense has to offer? He must have done it.*"

The first pages of the trial transcript detail Terranova relaying his client's request for an attorney other than himself. Valentino Dixon claimed Terranova had visited him only once in jail, was unprepared because there were witnesses he hadn't talked to, and was possibly aligned with the prosecution. Terranova says he was prepared. "When you're appointed by the court, it's not unusual that the client has a certain level of frustration and feeling of powerlessness. It's not unusual that they lash out at the only people capable of helping them."

In the trial, Terranova tried to impeach the credibility of the prosecution witnesses. He stressed the absence of motive and rested on the fact there was no physical evidence linking Dixon to the victim, Torriano Jackson. The murder weapon was never recovered, and the test results of Dixon's clothes and car had produced nothing to submit.

**One of Dixon's colored-pencil-on-paper drawings.**

Carl Krahling, now 53, was the foreman and youngest member of the all-white jury that convicted Dixon of second-degree murder, second-degree attempted murder and third-degree assault. To this day Krahling remains unsettled. "The first vote was 9-3, not guilty, and I was one of those [voting not guilty]," he says. As he remembers, one very vocal juror steadily persuaded the rest over 14 hours. But his most vivid memory is of their 11 p.m. police escort through the chaotic courtroom after the verdict, news cameras flashing and Dixon's mother wailing. On the way out, Krahling says, the judge called him into his chambers and asked, "What took so long?"

Two decades later, Krahling's memory of what the judge said is this: "There's a lot you're not allowed to know. Just trust me, you did the right thing on this. The guy lied to the grand jury; he was involved with weapons charges and drive-by shootings, drug dealings. This guy is a menace and should be off the street. Sleep well tonight, you did the right thing."

Judge Michael D'Amico says his recollection of the case is faint, but he is certain this never happened. "In the first place, I don't usually talk to individual jurors, and, secondly, I would never say something like that."

"In retrospect I should've hung the jury," Krahling told Golf Digest. "All the people testifying seemed like shady characters. And if they were all members of a rival gang, who knows what happened?"

COB 000010

Three months after Dixon was sentenced, Jarmon and Brown faced their perjury trial. A key line in the prosecution's opening remarks reads, "The proof in this case is going to show that only one person had a gun that night. That was Valentino Dixon."

Jarmon and Brown were acquitted of three of four counts of perjury. In essence, the verdict decreed the two were not lying in saying Torriano Jackson had a gun, shot it, and shot it at Mario Jarmon. But the verdict says they were lying in saying LaMarr Scott was the person who shot back.

Judge D'Amico presided over Jarmon and Brown's perjury trial as well as Valentino Dixon's murder trial.

LaMarr Scott entered Attica on the heels of Valentino Dixon. He is serving 25 to 50 years for a 1993 shooting after an armed robbery that left his victim a quadriplegic. He has reverted to the original story he told the TV reporter, that he killed Torriano Jackson. Scott told Golf Digest in March 2012, "Each and every day it eats away at me that I allowed them to convince me to do the wrong thing." He's eligible for parole in 2018, so he risks more prison time if the responsibility for Torriano Jackson's murder is switched to him.

As a reward for a clean disciplinary record, LaMarr Scott is also one of the 7 percent of Attica inmates who live in "honor block." He encounters Valentino Dixon regularly, and both say their relationship is cordial. "You can't think negative in here," Dixon says. "The more you resent your situation, the quicker you're going to start dying."

LaMarr Scott says criminal justice personnel pressured him into changing his story by bringing his foster parents into the meeting room and threatening their well-being after they left. The earliest record of Scott re-confessing is a 1994 interview he had with Dixon's attorney. Again in 2002, Scott took responsibility for Torriano Jackson's death in a sworn statement, but this generated nothing of consequence. On confessing to police detectives two days after the shooting, Scott wrote in his 2002 statement, "I was told that they had who they wanted, and to leave the situation up to them."

"No, it didn't happen," Christopher Belling says about pressuring Scott. "[Scott] had his own lawyer, and I don't remember any foster parents being there. . . . [Scott] came to the grand jury, and he told a different story. That was the story the grand jury heard, and that's the story they went with."

Valentino Dixon's theory of the case -- and his conviction -- hasn't wavered. He believes criminal-justice personnel saw an opportunity to halt the ostentatious and rising criminality of his cocaine dealing, and seized it. He says he didn't have a gun that night. He believes the prosecution used Sullivan's pending charge as leverage to get him to testify a certain way. The night of the shooting Dixon had been out on bail for 10 months. When he heard shots, he says, he got out of there as fast as he could.

Belling says that any criminal charges Sullivan faced had no connection or impact on Dixon's case. "Apples and oranges," says Belling.

Besides dealing drugs, Dixon's worst mistake might have been cutting ties with distinguished attorney Don Thompson. "Appeal work goes very slowly. I understood his frustration, but it was a frustrating case for us, too," Thompson says. "Probably for good reasons of their own, the witnesses we were trying to track down didn't want to talk or be found."

Of the handful of witnesses who have surfaced since the murder trial, the most compelling might be Tamara Frida, a social worker with a master's degree who was working in a lab at Buffalo General Hospital in 1991. She says she clearly saw LaMarr Scott shoot Torriano Jackson before she scrambled behind her car. That night a bullet punctured the radiator of her red Geo Tracker, and on the drive home it broke down. Fear of

COB 000011

gangland retribution, she says, is what kept her quiet until 1998.

"[Torriano] fell face down in the street, and LaMarr was behind him, shooting. They were headed right toward my car. It all happened maybe 10 yards away," Frida told Golf Digest in March 2012.

A Buffalo police intra-departmental memo dated four days after the shooting documents a phone call from a female who refused to identify herself: "She said Valentino was not the shooter. . . . She was asked if she was the girl from the red Tracker, and she said yes. . . . She would not say if she could identify the shooter. . . . She would think about it and call back later."

Tamara Frida says she was the one who made this phone call, but out of fear she didn't call back.

There have been wrongful convictions in Erie County. In 2008, prosecutors dropped murder charges against Lynn DeJac of Buffalo after 13 years served. In 2010, Anthony Capozzi of Buffalo was awarded $4.25 million for 22 years served for rapes he didn't commit. New DNA evidence overturned both convictions. Unfortunately for Dixon, the particulars of his case make the chance of new DNA evidence virtually nil. The only "scientific" backing Dixon has is the results of a lie-detector test he passed. The administrator of the test, Malcolm Plummer, 75, a career private investigator who now teaches criminal justice at Onondaga Community College, says he is convinced of Dixon's innocence.

As for appeals, Dixon has made three swings, all misses. The best explanation of why his conviction has been upheld is a 100-page report prepared by U.S. Magistrate Victor Bianchini in 2009. The report attempts to sort out which witnesses are telling the truth and which are not. On nearly every matter in dispute the report rules against the prisoner. The report says the statements of investigator Putnam (about Emil Adams) and Tamara Frida both lack "credibility." Magistrate Bianchini writes, "It is quite difficult to believe that [Frida] would stand by silently while Dixon, whom she purportedly knew to be an innocent man, was charged, convicted and imprisoned, based only upon her notion that she might be subject to retribution by persons unknown for reasons unknown." The only statement by LaMarr Scott "which appears to have any reliability, in this Court's opinion, is his sworn testimony before the grand jury, wherein he [said Dixon was the shooter]."

For Jarmon and Brown, the report cites their indictment on four counts of perjury and later conviction, yet omits that each was acquitted on three of the counts. The possible implications of this outcome are not addressed.

"The Magistrate erred in failing to hold a hearing [to hear new witnesses speak] on any issue in this complex case," wrote Jim Ostrowski in 2009, just one attorney who tried for Dixon. "Instead, he relied virtually verbatim on the highly dubious decision in the state court by Judge D'Amico. . . . In the absence of a hearing where the credibility of witnesses could be judged, the Magistrate nevertheless made credibility judgments about witnesses."

Magistrate Bianchini declined to comment with Golf Digest, citing the ethical problem of a judge commenting on a case that is pending.

"A bureaucratic system is set up to protect itself, and so it's not in its interest to admit mistakes," says Ostrowski.

Serving a 39 years-to-life sentence, Dixon will be eligible for parole in 2030, when he is 60. But he maintains hope he will be freed before then. The Exoneration Initiative, an organization that provides free legal assistance to wrongfully convicted persons in New York, has looked into his case. Of all Dixon's dreams, his

COB 000012

3/21/2013 5:16 PM

most vivid is to a draw a golf course from real life.

**Keywords: GOLF SAVED MY LIFE, MAX ADLER, GOLF DIGEST, VALENTINO DIXON**

Print
E-Mail
Feeds
Share

Get more *Golf Digest!* The game's #1 Golf Publication. Subscribe now.

## Related Links
Golf Saved My Life: Todd Bramson
Golf Helped Me Recover From War
Golf Saved My Marriage: Jeff Melcher
Golf Saved My Life: Hector Manley
Golf Saved My Life: Reg Murphy
Did golf save your life? E-mail us
More From Max Adler

COB 000013

GWEN JACKSON
167 BENNETT Village
BUFFALO, NY 14214

BUFFALO NY 142
06 MAR 2013 PM 6 L

Police Commissioner
DANIEL DERENDA
74 FRANKLIN St
BUFFALO, NY 14202

14202061399

COB 000001

RECEIVED B.P.D.

2013 MR -7 PM 3 21

POLICE COMMISSIONER

March 3, 2013

Dear Commissioner,

Reading about the Josue Ortiz story in the newspaper brought me much sadness. Even sadder is the situation for my nephew, Valentino Dixon, who has spent 21 years in Attica prison for a crime he didn't commit. Law enforcement officials have known about his innocence for many years, yet have done nothing to correct this grave injustice. The Buffalo News wrote eleven articles, in 2004, about the unfairness of his trial, and the miscarriage of justice that resulted in a guilty verdict. I can't understand how the FBI and two Police Commissioners have allowed the Erie County District Attorney's Office to deliberately ignore the multiple injustices in my nephew's case!

Fortunately, Valentino is finally getting the media attention that he so desperately deserves. His first national interview will air on the Golf Channel, March 12th, at 10:30 pm. Shortly thereafter, Dateline NBC and The Today Show will also air his story. I expect Americans will be horrified to see how the judicial system operates in Erie County, run by an arrogant, corrupt District Attorney's Office. I think the nation will also be shocked to see that not a single higher authority recognized the Office's misdeeds, nor stepped in to correct the misconduct.

I ask that after watching the upcoming interviews, that you take whatever action you can to correct the misjustice in Valentino Dixon's case.

Sincerely,

Gwen Jackson

COB 000002

P-32 (6/80)                    **BUFFALO POLICE DEPARTMENT**                C.D. 91-221-504
Docket _____                  **REPORT TO DISTRICT ATTORNEY**

ARREST 91-14141

**A** | DEFENDANT(s): (First Name    M.I.    Last)      | D.O.B         | Date of Arrest |

| # | Name | D.O.B | Date of Arrest |
|---|------|-------|----------------|
| 1 | VALENTINO A. DIXON | 10 / 20 / 69 | 8 / 10 / 91 |
| 2 | | / / | / / |
| 3 | | / / | / / |
| 4 | | / / | / / |

**B** | PENAL LAW CHARGES: (SECTION & SUB.) 125.25-1,2/120.10-1(3 CTS)/265.03(4 CTS)

**C** | WITNESSES -VICTIMS (specify): (INCL. NAME & ADDRESS CITY, TOWN, VILLAGE, ZIP CODE)    TELEPHONE

| # | Witness/Victim | Address |
|---|----------------|---------|
| 1 | DETECTIVE MARK STAMBACH | HOMICIDE SQUAD |
| 2 | V— TORRANO JACKSON (DECEASED) | 19 THATCHER ST. |
| 3 | V— AARON JACKSON | 19 THATCHER ST. |
| 4 | V— MARIO JARMON | 1122 EAST DELAVAN |
| 5 | V— JOHN SULLIVAN | 49 ELMER ST. |
| 6 | | |

**D** | SEARCH & SEIZURE: SEARCH WARRANT [ ] YES [ ] NO   JUDGE:

WHAT SEIZED: N/A                                    TO LAB ? [ ] YES [ ] NO

FROM: AUTO (Lic. State)        HOME(Address)              PERSON(Name)

**E** | IDENTIFICATION: BY WHOM (List No. In Sec. C)   #1 #2 #3 #4 #5   AT OR NEAR SCENE [XX] YES [ ] NO

LINE-UP:   DATE / /   BY WHOM (List No. In Sec. C)   # # # # # #

PHOTOGRAPHS: DATE / /   BY WHOM (LIST No. In Sec. C)   # # # # # #

DID VICTIM KNOW DEF? [XX] YES [ ] NO   RELATIONSHIP: FROM NEIGHBORHOOD

**F** | STATEMENT OR ADMISSION: [XX] WRITTEN [ ] ORAL   DATE: 8 / 10 / 91   [ ] Copy Attached
CONTENT:
    SEE WRITTEN STATEMENT TAKEN BY THE HOMICIDE SQUAD.

(Additional Space on Back)

**G** | POLICE KNOWLEDGE OF CRIME: [XX] RADIO [ ] OBSERVATION [XX] CITIZEN [XX] OTHER

DID REPORTING OFFICER PERSONALLY WITNESS CRIME? [ ] YES [XX] NO

PHYSICAL INJURY SUSTAINED: (Describe) TORRANO JACKSON - DECEASED //JOHN SULLIVAN - THIGH WOUND
(ALL INJURIES FROM GUN SHOTS) AARON JACKSON AND MARIO JARMON - CRITICAL CONDITION

PROPERTY DAMAGE OR LOSS: (Describe) ... N/A                    APPROX.LOSS $

**H** | ADDITIONAL BACKGROUND INFORMATION OR PREVIOUS KNOWLEDGE OF DEFENDANT OR INCIDENT?
SUPPORTING DEPOSITIONS TO FOLLOW WHEN COMPLAINANTS ARE PHYSICALLY ABLE TO DO SO.
COMPLAINANTS ARE CURRENTLY RECEIVING MEDICAL ATTENTION FOR THEIR GUN SHOT WOUNDS.

(Additional Space on Back)

OFFICER IN CHARGE OF CASE          RANK          ASSIGNMENT

COE001470

Charges

125.25-1 & 2 PL          Murder 2ND

265.03    PL             Weapon
                         C felony
                         2ND

Charges

120.10-1 PL              assault first
                         3 counts } degree
265.03 PL
                         Weapons
                         3 counts }

COB 000141

259A

1312hr. Brought in to

Office — Right Rear

at the Seam

of 1183 E. Delevan

Signed by

Suspect

COB 000142

P-1302

Possible Address
of Valentino Dixon

① Fathers house — might be
210 Summer apt # 10

② 554 Lisbon — newest
address

③ 368 Koons — aunt

④ Arnice Hennings — girl
209 Moselle friend
311 Goodyear (835-6623)

⑤ 61 Rounds arrest
address

⑥ 162-F Milton
Donavan Wright
(associate)

⑦ 301 Koons Mother
(He is a ASSHOLE)

COB 000143



COB 000137

Lonergan ☒ Scene
Vickert ☒ E.C.M.C. ☒

P-1302

(4474)

| | |
|---|---|
| 0129 HRS | Shots fired |
| | officer in trbl. |

2510 Bailey — frontal church
white (guy shot) → German
Pontiac

Bailey
E/Delavan

2484 Bailey
P                    2 Victims
                     there

Valentino Dixon   all other coppers
lives down the street
Valentinos      Housing got her knows he had gun
girl
friend      Housing         Housing on scene
                            Prct #11
                            Prct #16
                            Prct #12

COB 000138



P-1302

(DICTATED
4505)

Torrano Jackson
#91-145

Sir                                    Dict R DO 100-1500

We were instructed to go to
19 Thatcher St and Speak with
Mrs Jackson regarding a Shot
fired at the House. Mrs. Jackson
Reports She found a Bullet hole
in the front N Side Glass Patio
Doors. She reports that Precinct
#16 had Just left after taking a
Report and Picking up a Bullet
on the floor within the House.
She reports that this Shot at
the House had to have happened
after 0100 hours this date when
the family Retired for the Night.
Mrs. Jackson was Waiting for a
Call from the Duty Officer in This
Matter.

We then went to the ECMC, Rm
869; and Interviewed Aaron Leon
Jackson age 20 DOB 1-26-71 of 19
Thatcher St. Aaron is Recuperating
from a Gun Shot Wound to the
Abdomen from 8-10-91.

Aaron reports that he was in a
Car with Travis Powell ~~and~~ at
Bailey and Delavan and had a
altercation with Mario Jarman, who
was 2 other Males. He states Mario
was talking about pulling a gun on
a Cousin, something Aaron Stated
He didn't Know about.

COB 000241

BPD Comp. 0290

P-1302

He describes Mario's Companions as one being Dark Skin w/ a slope Haircut and the other as being Chubby.

Aaron states they left that Area and went home and got TORRANO Jackson his younger Brother. They returned to the Area of Bailey & Delaware and Saw Mario again with the same two friends. Aaron states that he got out of the Car and asked Mario if he Had a Problem and TORRANO & TRAVIS got out of the Car too.

*at about 0100 hour*

Aaron States Mario put his hands up to fight and He aaron, Cuz, Mario and TOR, Did too. While they were the are fighting and Maneuvering in the Street, one of Mario's Companions leave the area on a Bicycle going West on Delaware. He Describes the Biker Short Hair Cut — taller than he, Aaron, wearing Dark Clothes.

He States while they were throwing Punches, He Hears Shots, feels a Tingling, Runs a Short Distance and Sees TORI laying in the Street. Tori asks Me to help him and He says He Cant Move. Aaron States he Sees Travis behind the guy who is Doing the Shooting. Travis picks up Tori and Carries him over his shoulder to Louies Hot Dog Stand.

COB 000242

BPD Comp. 0291

He states the two guys who were with Mario when he first saw Mario at Bailey & Delavan were still with Mario when they got in the fight. He states he doesn't know a Lamarr Scott or Valint Defon. He further states he didn't know Mario Jarman and saw his name in the papers.

He further states Travis Powell did not go to the wake and was not visiting him at the Hospital. He also states he saw a Michael Blank who lives in his neighborhood at the wake. Your office will be kept informed.

Resp Thef
R. G.

COB 000243



COB.000221





COB 000182

COB 000183



COB 000150



COB 000030

Attorney Sean Dennis Hull then
appeared at HBO. He was let into
see his client. He had a conference
with his client in the Lts office.
He left his card with your
writer.

Mister Dixon was then
taken to Central Booking were
as he was booked for murder
and weapons possession and
assault. See his arrest and
informations for further details.
Arrest Cards and info are now a
part of this file.

Y C.W.B. K A.O.A F
N.D.

Respect
R M
MRS

COE001523

## ATTACH TO ACCUSATORY INSTRUMENT

(City) (Town) (Village) of _____    Court Docket No. _____

**PEOPLE OF THE STATE OF NEW YORK**                **DISTRICT ATTORNEY**
                                                    **of ERIE COUNTY**
~vs~                                                Indict. No. 91-1476-001
**DEFENDANT** VALENTINO DIXON

### NOTICE TO DEFENDANT OF INTENTION TO OFFER EVIDENCE AT TRIAL
Sections 710.30 CPL and 700.70 CPL

**THE PEOPLE** intend to offer at trial:

I.  **STATEMENTS BY DEFENDANT:** Evidence of a statement made by the Defendant to a **Public Servant** engaged in law enforcement activity or to a person then acting under his direction or in cooperation with him.

☑ 1. *Written* Statement (attach copy)
☑ 2. *Oral* Statement (Specify: date, place, *content* and to whom made)
    8/10/91 - To Det. Mark Stambach at 74 Franklin Street, Buffalo, NY, defendant
    denied doing the shooting of Torriano Jackson.
    _____
    _____
    _____

II. **IDENTIFICATION OF DEFENDANT: Testimony Identifying the Defendant as a person who committed the offense charged by witnesses who have identified him as such prior to arrest/trial. Specifically:**

☐ 1. Post Crime Confrontation at or near Crime Scene/Hospital/Police Station
    Date _____ Place _____

☑ 2. *Photograph* Identification
    Date 8/10/91 &    Place 74 Franklin Street, Buffalo, NY
    8/12/91    Erie County Medical Center

☐ 3. *Line-Up*
    Date _____ Place _____
    _____

☐ 4. *Observation* of Defendant upon some other occasion relevant to case
    Date _____ Place _____
    _____

III. **EAVESDROPPING WARRANT:** Contents of an intercepted communication or evidence derived therefrom.

☐ 1. *Eavesdropping Warrant* and accompanying *Application* for Eavesdropping Warrant (attach copies of *both*)

_____

### FOR POLICE USE

Arresting Agency: _____ Buffalo Police Dept. _____
Arresting Officers (names): _____ Donovan & Militello _____ Unit _ Intelligence _

### FOR COURT USE

Arraigning Court: _____
Defendant/Attorney (name) _____ served on (date) _____
By: (name) _____

WHITE - COURT CLERK    YELLOW - DEFENSE ATTORNEY    PINK - FILE    GOLDENROD - FILE
DA-710.30 (Rev. 4/80) ECDA                                      **COE001527**

## INVESTIGATIVE SOLVABILITY FACTORS

If the answer to any question is YES, enter the necessary information in the space provided. If the answer is NO, or the question does not apply, mark space N / A and place an X in the proper numbered box.

| | | | | IF NO PLACE AN X IN BOX |
|---|---|---|---|---|
| 1. Was there witness(es) to Crime?, List witnesses below: | | | | |
| | Name | Address | Apt. | Phone |
| Witness # one | Travis M. Powell | 46 Poultney | | 837-0802 |  1. ☐ |
| Witness # two | | | | |

2. Can a suspect(s) be named? List Suspects below:

| | Name and / or Alias | Location to be found | |
|---|---|---|---|
| Suspect # one | | | 2. ☐ |
| Suspect # two | | | |

3. Can a suspect(s) be described? List Suspects Description below:

| | Race | Sex | Age | Hgt. | Wgt. | ID scars, marks etc. | Clothes description | |
|---|---|---|---|---|---|---|---|---|
| Suspect # one | | | | | | | | 3. ☐ |
| Suspect # two | | | | | | | | |

| | |
|---|---|
| 4. Can suspect(s) be identified? By Whom? | 4. ☐ |

5. Can suspect vehicle be described? List description below:

| Plate No. | State | Year | Make | Model / Type | Color | Any Identifying Characteristics | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 5. ☐ |

**STOP...**In questions 2, 3, 4, 5, the person who makes the identification must be named and his / her name must be entered in Question No. 1.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6. Is stolen property traceable? List below: | | | | | | 6. ☐ |
| QTY | DESCRIPTION | BRAND / MAKE | MODEL NAME | SERIAL NO. / INSCR. | $ VALUE | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

7. Has Evidence Unit been:

☐ Requested?  ☐ Performed necessary tasks?  ☐ Photos?    7. ☐

☐ Other?

| | |
|---|---|
| 8. Is there significant physical evidence present? If so, describe in narrative below. | 8. ☐ |
| 9. Is there a significant M.O. present? If so, describe in narrative below. | 9. ☐ |
| 10. Is there reason to believe that the preliminary investigation cannot be completed at this time? If so, describe in narrative below. | 10. ☐ |

**11. NARRATIVE** — before making entry in the space below, insert the question number that the entry is describing.

| | |
|---|---|
| ☐ | **Investigation turned over to Homicide Detectives** |
| ☐ | **Police info only?** |
| ☐ | **Valentino Dixon-5'10"   160lbs-Brn/Blk** |
| ☐ | **B/M Slight build  poss.61 Rounds** |
| ☐ | **DOB 10-20-69  Mug #172430** |
| ☐ | |
| ☐ | |

☐ P-1369 Filed    ☐ P-79 Dist.    ☐ P-126 Dist.      COE001482

8\10\91;MILITELL DONO AN; DIXON WAS ARREST THIS ATE FOR THE
SHOOTING (HOMICIDE) OF , OUTSIDE LOUIES HOT DOG STAND THIS DATE.
7\22\91; DOYLE/STRIECHER; OFFICERS STOPPED VALENTINO DIXON AND A ARNICE
HENNINGS THIS DATE, DIXON WAS DRIVING A WHITE, 76 CADILLAC, N.Y. REG.
73X-729, REGISTERED TO: DOLORES J. HENRY-GRANDMOTHER OF DIXON.
\17\91;MILITELLO/DONOVAN; OFFICERS REC'D INFO THAT DIXON HAS OPENED A
EW HOUSE AT 154 BERKSHIRE IN PCT. 16. IT IS BELIEVED THAT CABS PULL UP
ALL DAY AND LEAVE WITHOUT FARES.
5\22\91;PACE/MILLER; DIXON WAS STOPPED THIS DATE AT GOODYEAR AND
BISSEL, IN A GREEN MERCEDES, N.Y. REG. 8EM-277. ALSO IN THE VEHICLE WAS
A DIONNE L. STEWARD OF 86 STEVENS, AND A EDWARD D. MCCLOUD OF 1307
SYCAMORE ST.
5\14\91;DOYLE/STREICHER; IT IS KNOWN THAT DIXON IS OR WAS DEALING AT
1575 GENESEE, UPPER FLAT. NO FURTHER INFORMATION IS AVAILABLE.
2\18\91;TIS/MIN; DIXON IS NOW BELIEVED TO BE LIVING AT 368 KOONS WHERE
HIS AUNT IS KNOWN TO RESIDE.
1\31\91;TIS/MIN; ON OR ABOUT THIS DATE DIXON AND DAVID JONES WERE
SPOTTED IN A 91 SUBARU NY REG. LAM-774, OUTSIDE OF 57 BISSELL. CAR IS
OWNED BY A SHELLY HAWKINS.
1\31\91;BAR/DER; ON OR ABOUT THIS DATE THE NARCOTICS SECTION INFORMED
BAR/DER THAT DIXON WAS ARRESTED WITH 1.5 OUNCES OF COCAINE AND A LOADED
SHOTGUN, ATF STATES THAT THEY WILL PROSECUTE ON THE WEAPON.
 MMMMMMMMMMMMMMMMMMMMMM Line : 1    Col : 1    MMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMINS

F4Block  F10Save

NEW HOUSE AT 154 BERKSHIRE IN PCT. 16. IT IS BELIEVED THAT CABS PULL UP
ALL DAY AND LEAVE WITHOUT FARES.
5\22\91;PACE/MILLER; DIXON WAS STOPPED THIS DATE AT GOODYEAR AND
BISSEL, IN A GREEN MERCEDES, N.Y. REG. 8EM-277. ALSO IN THE VEHICLE WAS
A DIONNE L. STEWARD OF 86 STEVENS, AND A EDWARD D. MCCLOUD OF 1307
SYCAMORE ST.
5\14\91;DOYLE/STREICHER; IT IS KNOWN THAT DIXON IS OR WAS DEALING AT
1575 GENESEE, UPPER FLAT. NO FURTHER INFORMATION IS AVAILABLE.
2\18\91;TIS/MIN; DIXON IS NOW BELIEVED TO BE LIVING AT 368 KOONS WHERE
HIS AUNT IS KNOWN TO RESIDE.
1\31\91;TIS/MIN; ON OR ABOUT THIS DATE DIXON AND DAVID JONES WERE
SPOTTED IN A 91 SUBARU NY REG. LAM-774, OUTSIDE OF 57 BISSELL. CAR IS
OWNED BY A SHELLY HAWKINS.
1\31\91;BAR/DER; ON OR ABOUT THIS DATE THE NARCOTICS SECTION INFORMED
R/DER THAT DIXON WAS ARRESTED WITH 1.5 OUNCES OF COCAINE AND A LOADED
SHOTGUN, ATF STATES THAT THEY WILL PROSECUTE ON THE WEAPON.
110790 SAR-. DIXON ARRESTED UNDER THE NAME OF "SHAWN ANDERSON" DCJS
FILED UNDER THIS NAME. ASSOCIATED WITH STEVE AUSTIN AND RODNEY
COLE.COUSIN IS DONALD HENNINGS. DIXONS GIRLFRIEND'S HOUSE WAS ROBBED BY
THE MILLS BROTHERS(THEY ARE WANTED FOR THE SAME) ROBBERY WAS DRUG
RELATED. AS OF 11/10/90, DIXON WAS BAILED OUT IN RELATION TO SHOOTING OF
TONY WRIGHT.
MMMMMMMMMMMMMMMMMMMMM Line : 23    Col : 1    MMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMINS

F4Block  F10Save

COE001587

```
RECORD DATE: 11/06/1990  1ASTER ENTRY FORM - BUFFAL .P.D.   UPDATED :11/06/1990
                       ZZZZZZZZZZZZZZZZZZZZZZZZZZZZZZZ
DATE SPOTTED:                             PROJECT NAME: BLACK O/C

NAME: DIXON    ___,VALENTINO   AKA: "TINO    " CRIME STATUS:G.Y.C. GROUP

ADR: 61      ROUNDS                DOB:  05/14/1970   CITZ: US
     BUFFALO     , NY              SSN: 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
PH:  (   )                         RACE/SEX: BM
                                   HEIGHT:   511
 MUG: 172430                       WEIGHT:   160
DCJS:                              HAIR:     BK
 FBI:                              EYES:     BN
NCIC: 63758910                     SCARS/TATOOS:
                                   EMPLOYED BY: STUDENT
REMARKS:  8\10\91;MILITELLO/DONOVAN; DIXON WAS ARRESTED THIS DATE FOR THE SHOOT
IMMMMMMASSOCIATE(S) OF SUBJECTMMMMMMM;IMMMMMM VEHICLES LINKED TO SUBJECT  MMMM;
:ASSOC:            ,           ::VEHICLES:NY/8EM-277  /   /MERCED/GRN. :
:DOB:          SSN:        :;  OWNER:DIXON    , Valentino         ;
:ADR:                      :;  ASSOC:DIXON    , Valentino         ;
:          ,     PN:(  )   ::OWNER ADR: Rounds   / Buffalo        ;
MMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMM<MMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMM<
VIEWMMMMMemoMMMMMMMMMMMMMMMMM Record : 161 MMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMAM

    Change Enter Browse  Find Index  MainMenu  Options
```

COE001588

**PERSONAL PROPERTY STATEMENT**
ERIE COUNTY MEDICAL CENTER

8922973  08/10
JACKSON, TORR...
40 69 51 # 8 05/05/74
MED/SURGICAL Time:

Property Record No :

Date :

# Personal Property Bags:

Patient Name:

Patient Address:

"A" Number:

**SECTION 1: PATIENT DECLARATION**

I understand that the Erie County Medical Center assumes no liability for the loss of personal property unless this property is deposited in the hospital's safe. I also understand that due to space limitations, the use of the hospital safe is limited to me for anything not identified below.

Given my understanding of the above, I choose to : 1.   Deposit 2.   Not deposit items in the hospital safe. 3.   I have no property to deposit nor will I bring anything of value into the hospital.

I have read and understand the above statements.

Patient/ Patient Representative Signature:

*all property given to Buffalo homocid'*
*belt Sw/shirt, Shirt, pants, underwear = all cut*
*Sneakers*

Witness Signature: *J.H. Badgley*   *Serena Scott*   Date: 8/10/91   *Det. Hussman*
0420
8/10/9

**SECTION 2:  DEPOSIT INFORMATION (COMPLETE ONLY IF A DEPOSIT IS MADE AND APPROPRIATE SPACE ABOVE IS CHECKED.)**

I am requesting that the items checked below be placed in an envelope, sealed, and placed into the hospital safe. The envelope will be returned to me, or an individual I legally empower, in full and sealed. Return is limited to the hours between 9:00 a.m. and 4:00 p.m. on normal work days.

**Patient Valuables**

Key(s)  #
Wallet
Purse and Contents
Cash  ($          )

Jewelry          (Describe below)
Insurance Cards
Drivers' License
Soc. Security Card          Other

Describe Jewelry/Other here:

Patient/Patient Representative Signature:

Date:

Witness Signature:                                     Date:

**SECTION 3:  RECEIPT OF PATIENT PROPERTY (COMPLETED BY THE CASHIER'S OFFICE.)**

A.  Receipt of envelope by Cashier's Office: (To be completed by Cashier receiving envelope.)

Cashier's Signature:                                 Date:

Date Envelope Rec'd.:

B.  Return of envelope to Patient or Patient Representative:   (To be completed on Cashier's copy only at the time the envelope is returned to Patient or Patient Representative.)

Date Envelope Returned:

Patient or Patient Representative's Signature:

Cashier's Signature:

Completed in triplicate:

Original:  Bag Copy          Pink:  Patient's Copy          Yellow:  Patient's File

Gold:  Cashier's Copy (Wrap around bag - do not staple )

Form 620153  3/91

COE001602