# EXHIBIT 9

DEAR MR CLARK                                    1-8-2004

    THIRTHTEEN YEARS AGO I COMMITTED A CRIME THAT ANOTHER MAN IS DOING LIFE FOR. HIS NAME IS VALENTINO DIXON. WHEN HE WAS ARRESTED I WENT TO THE POLICE STATION, WITH HIS PARENTS WHOM I DIDN'T KNOW PRIOR TO THE SHOOTING. BUT THEY FOUND OUT THROUGH THE STREETS THAT I COMMITTED THE CRIME THAT THEY'RE SON WAS IN JAIL FOR. ANYWAY I TOLD THE POLICE THAT I DID THE SHOOTING ON AUGUST 10th 1991. AND THEY TOLD ME THAT I WAS LIEING FOR THE DIXON FAMILY. WHICH IS INSANE AND OUTRAGEOUS. I EVEN VOLUNTEERED TO TAKE A LIE DETECTOR. PLUS SEVERAL EYE WITNESSES SAW ME COMMITTE THE SHOOTING.

    THEY REFUSED TO ARREST ME; AND SIX MONTHS LATER @AT THE GRAND JURY HEARING (MR CHRISTHOPHER BELLINGS) CONVINCED ME TO RECANT AND LIE; HE SAID THAT I COULDN'T HELP MR DIXON BECAUSE HE HAD PAST WEAPONS CHARGES AND OTHER OFFENCES. AND THAT HE WAS GOING TO BE CONVICTED NO MATTER WHAT I SAY. I WAS YOUNG AND TERRIFIED, SO I AGREED TO ~~COOPOLE~~ COOPERATE.

    I THINK IT'S TIME THAT YOUR OFFICE STOP BEING SO ARROGANT AND STUBBORN, AND ADMIT WHAT HAPPENT. I WON'T FEEL RIGHT UNTIL MR DIXON HAS HIS FREEDOM. AND IT'S YOUR DUTY TO SEEK JUSTICE. I'M ONLY CONFESSING BECAUSE IT'S THE RIGHT THING TO DO. YOU MAY OR MAY NOT BELIEVE ME. BUT IN THE END YOU'LL HAVE TO ANSWER TO GOD. I'VE DONE ALL I COULD DO.

    THANK YOU ~~FOR~~ SO KINDLY FOR YOUR TIME INTO THIS MATTER.

                                                MR LAMARR SCOTT-94B2722
                                               ATTICA CORRECTIONAL FACILITY
                                               ATTICA NEW YORK 14011-0149
                                               P.O. BOX 149.

COE004734

2004 JAN 12 AM 10: 03
DISTRICT ATTORNEY

COE004735

**ATTICA CORRECTIONAL FACILITY**
BOX 149
ATTICA, NEW YORK 14011-0149

NAME: Mr Laman Scott   DIN: 94B2722




Mr Frank Clark
Erie County District attorney
25 Delaware ave.
Buffalo, New york 14202

COE004736

**NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES**
**INMATE CORRESPONDENCE PROGRAM**

NAME: _Mr Laman Scott_    DIN: _94B2722_

COE004737

Printed on Recycled Paper