# EXHIBIT 10

MR LAMARR SCOTT 94-B-2722
ATTICA CORRECTIONAL FACILITY
ATTICA, NEW YORK 14011-0149
P.O.BOX 149


DEAR MR SEDITA,                                 2-23-2009


    I'M WRITING TO YOU REGARDING THE VALENTINO DIXON CASE. I'M ONLY WRITING BECAUSE YOU SEEM TO WANT TO DO THE RIGHT THING AS A DISTRICT ATTIRNY. SEVERAL YEARS AGO I WROTE MR CLARK PERTAINING, TO THIS SITUATION; HOWEVER HE COMPLETELY IGNORED MY LETTER AND HE OBVIOUSLY DIDIN'Y CARE OR WANT TO SEEK JUSTICE. CONTRARY TO WHAT HAS BEEN SAID, I'M THE PERSON RESPONSIBLE FOR THE CRIME THAT MR VALENTINO DIXON HAS SPENT THE LAST EIGHT-TEEN YEARS DOING TIME, FOR.

    EIGHT-TEEN YEARS AGO I CONFESSED TO THE DISTRICT ATTORNEYS OFFICE AND CHIRISTOPHER BILLINGS. THAT THR WRONF PERSON WAS IN A PRISON CELL FOR A 1991 SHOOTING. MY CONFESSION WAS NOT TAKEN AS A SERIOUS STATEMENT. AND I WAS EVENTUALLY PERSUADED TO RECANT IT.

    I'LL NOT PLACE THE BLAME ON ANYONE, BECAUSE I SHOULD HAVE NOT ALLOWED MYSELF TO ASSIST SOMEONE IN GOING TO PRISON FOR SOMETING I WAS RESPONSIBLE FOR.. I HOPE THAT YOU DON'T TAKE THE SAME POSITION THAT FRANK CLARK TOOK. BY SIMPLY IGNORING THE TRUTH IN THIS MATTER. I DON'T KNOW HOW THIS WILL HELP BUT FROM YOUR RECENT ACTIONS YOU SEEM TO BE A DECENT MAN.


    THANKS FOR YOUR TIME IN THIS MATTER.

*Lamarr Scott*
MR LAMARR SCOTT

COE004697

**ATTICA CORRECTIONAL FACILITY**
BOX 149
ATTICA, NEW YORK 14011-0149

NAME: MR LAMARR SCOTT        DIN: 94-B-2722

BUFFALO NY 142
24 FEB 2009    PM 2 T



MR FRANK SEDITA
DISTRICT ATTORNEYS OFFICE
25 DELAWARE AVENUE
BUFFALO, NEW YORK 14202

(LEGAL MAIL)

COE004698

14202+3926

**NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES**
**INMATE CORRESPONDENCE PROGRAM**

NAME: MR LAMARR A SCOTT   DIN: 94-B-2722=

Printed on Recycled Paper

COE004699