# EXHIBIT 11

4th April 2018

Dwight James

4 Butterfly Place

Palm Coast, Florida 32137


TO   : D. Thompson, Esq.

SUBJ : Affidavit


Please be advised, pursuant to the above referenced and foregoing, upon receipt of this communication, your attention is directed to the following, post viz:

During the years 2007-2008, I was at Attica Correctional Facility with Larmar Scott and Valentino Dixon. Mr. Scott's position then with respect to the charged offense against Mr. Dixon, has been unchanged since the actual commission of the crime. Mr. Scott stated then exactly what he stated again at Cayuga Correctional Facility in 2017-2018. I left Mr. Scott at Cayuga the 13th February 2018. Lamar Scott does not deny the fact that he committed the charged offense that Mr. Valentino Dixon is currently incarcerated on.


The above affirmation is not a novalty. In fact, at the time of the offense charged, Lamar Scott admitted to the authorities that he committed the charged crime. For whatever reason, the authorities ingored Mr. Scott's admission. Consequently, an innocent man has been incarcerated for nearly thirty years.


I give this affidavit willingly and without any interest in any determination. I am also willing to provide testimony (electronically or otherwise) with respect to the contents herein. I understand that providing false statements is a violation of the law, punishable by fine, imprisonment or both.


If you have any further questions, please feel free to contact me at: (386)585-2341.


1

Dixon-006000

Respectfully Submitted,

affiant: Dwight James

Sworn and subcribed to before
me this 4ᵗʰ day of April 2018

***NOTARY PUBLIC FOR THE STATE OF FLORIDA***

Mitchell DiParslo
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG068002
Expires 1/31/2021

2

Dixon-006001