# EXHIBIT 15

```
                    UNITED STATE DISTRICT COURT
                FOR THE WESTERN DISTRICT OF NEW YORK

_____

VALENTINO DIXON,               |
                               |
      Plaintiff,               |    Civil Action No. 19-cv-01678
                               |
      v.                       |
                               |
CITY OF BUFFALO et al.,        |
                               |
      Defendants.              |
_____|


                         DEPOSITION OF

                      EMIL TOUSSAINT ADAMS

                        January 17, 2023

                          10:00 a.m.




                  (Via Hybrid Videoconference.)

                     75 Ted Turner Drive SW

                           Room 2221

                     Atlanta, GA 30303-3309




          Lisa L. Sims, CCR #5072-0730-2093-2096

Videographer:  Norman Andrews, AVS - Affordable Video Solutions
```



```
 1      A    Is that Valentino's brother.

 2      Q    His stepbrother.

 3      A    I went to school with him.

 4      Q    Okay.  A friendly guy?

 5      A    Yeah.

 6      Q    A nice guy?

 7      A    To my knowledge.

 8      Q    You were never afraid of him?

 9      A    Never.

10      Q    But it was someone you knew, but not a close friend,

11   but a friend from school; would that be fair?

12      A    (Indicating.)  (Crosstalk.)

13           MR. RUSS:  Form.

14   BY MR. BRUSTIN:

15      Q    Is that a fair way to characterize it?

16      A    Yeah.

17      Q    Okay.  Someone you liked?

18      A    Yeah.

19      Q    Okay.  Never threatened you or anything like that?

20      A    No.

21      Q    All right.  And do you recall there was a time in

22   March of 1993, a couple of years after the -- after the

23   shooting, when Mr. Shannon came to talk to you at your house

24   with Valentino Dixon's parents, Robert Bryant and Barbara

25   Dixon?
```



1    A    Yes.

2    Q    Okay.  And before they came to your house,

3  Mr. Shannon had talked to you about the shooting privately; do

4  you recall that?

5    A    No.

6    Q    Okay.  Well, do you remember that when they came to

7  your house, it wasn't out of the blue, that you knew they were

8  coming?  You'd said it was okay for them to come?

9    A    No.

10   Q    You don't remember that?

11   A    No.

12   Q    Are you saying you don't remember, one way or the

13  other?  Or you don't think you did?

14   A    I don't believe I talked to him and told him it was

15  okay for anybody to come by my house.

16   Q    Okay.  But you do remember that --?

17   A    I know they came by my house.

18   Q    Okay.  And -- and, by the way, when they came by your

19  house, you were polite to them and you spoke to them; correct?

20   A    (Indicating.)

21   Q    Yes?

22   A    Yes.

23   Q    Maybe for 10 -- 15 minutes?

24   A    Probably, yes.

25   Q    Okay.  Nobody -- none -- none -- none of the three



1  people -- Mr. Shannon -- you remember Valentino Dixon's dad's

2  name was Robert Bryant?

3        A    I don't remember that name.

4        Q    Okay.  Seemed like a nice, older guy when he came to

5  see you?

6        A    It was -- actually, I believe it was his dad and --

7  (crosstalk) --

8        Q    His mom, Barbara Dixon?

9        A    -- and some other guy.

10       Q    And Antwon Shannon; right?

11       A    No, Antwon wasn't there.

12       Q    You don't remember him being there?

13       A    No.

14       Q    Okay.  But you remember they were both polite and

15  nice to you; right?

16       A    Yeah.  No one threatened me -- no one threatened me.

17       Q    No, no threat.  Nothing even like that; right?

18       A    No.

19       Q    They were -- they were nice, nice older people that

20  came to speak to you?

21       A    Yes.

22            MR. BLENK:  Form.

23  BY MR. BRUSTIN:

24       Q    Okay.  Now, did you know that they were

25  tape-recording that conversation?



1     A    No.

2     Q    They didn't tell you they were tape-recording it?

3     A    No.

4     Q    Okay.  So, but you do remember that it was about

5  sometime in March 1993; right?

6     A    I don't remember the year or time.  It was, you

7  know -- if it was around that time, yeah --  (Crosstalk.)

8     Q    About -- (crosstalk)?

9     A    -- and I now they came.

10    Q    And you knew it was at nighttime; right?

11    A    No, I don't remember the time of day it was.

12    Q    Okay.  So, here's what I want to start with on.  I'm

13  going to give you this binder (handing).  And I want you to

14  turn -- so this binder, I want you to turn to the third tab in

15  this binder (indicating).  And this is -- this tab is a

16  transcription --

17    A    (Indicating.)

18    Q    -- that we made from a tape-recording that Robert

19  Bryant made, when he went to your house and talked to you.

20  Robert Bryant is Valentino's dad; okay?

21    A    Okay.

22    Q    And I'm going to ask you some questions about it;

23  okay?

24    A    Go right ahead.

25    Q    So here's what I want you to do, I want you to --



1  unfortunately, the tape-recording is a little fuzzy, so we're

2  going to play as loud as I can.  But I want you to follow along

3  as we do it, with the transcript, so that it's easier to

4  follow; okay?

5       A    (Indicating.)

6       Q    All right so, the first thing that I want to do is --

7            MR. BLENK:  Nick, sorry to interrupt, but are you

8       going to mark either of these?

9            MR. BRUSTIN:  I am.  I'm going to mark both.

10      Thank -- thank you.  I'm going to mark the transcript as

11      Plaintiff's 23.

12           (Whereupon, Plaintiff's Exhibit No. 23 was marked and

13      identified.)

14           THE WITNESS:  So they recorded me?

15           MR. BRUSTIN:  Yes.

16           THE WITNESS:  Back when we were talking?

17           MR. BRUSTIN:  Yes.

18           THE WITNESS:  Okay.

19           MR. BRUSTIN:  And I'm going to mark the -- and I want

20      to mark the tape-recording -- the audio recording -- as

21      Plaintiff's 24; this is just for the record.

22           (Whereupon, Plaintiff's Exhibit No. 24 was marked and

23      identified.)

24  BY MR. BRUSTIN:

25      Q    So, I want you to start by -- so,  I want to start --



```
 1        631.
 2   BY MR. BRUSTIN:
 3        Q    Look on line on Page 4 (indicating).
 4        A    I'm here.
 5             (Whereupon, Plaintiff's Exhibit No. 24 audio
 6        recording was played from  621 to 631
 7        [00hrs:06mins:21secs] to [00hrs:06mins:31secs].)
 8   BY MR. BRUSTIN:
 9        Q    Look at the page (indicating). Okay.  Do you
10   recognize your voice there?
11        A    Yeah.
12        Q    Okay.  And that's -- you heard yourself say, "they
13   locked me up threw -- no, they did not let me go home.  They
14   locked me up threw me out that night"?
15        A    They didn't let me go home.
16             MR. RUSS:  Objection to form.
17   BY MR. BRUSTIN:
18        Q    That's what you said to him on the tape?
19        A    Yeah.  I had to stay there until, like, six in the
20   morning.  It was like -- (crosstalk) --
21        Q    I'm going to get into the specifics.  Right now, I'm
22   just trying to confirm that's what you said to Mr. Bryant on
23   tape.  That's all I'm doing right now.
24        A    Okay.
25        Q    We're going to take it one step at a time, okay?
```



```
1        A    (Indicating.)

2        Q    But you did say those words to him; correct?

3        A    That they didn't let me out?

4        Q    Yes?

5        A    Yes.

6        Q    Okay.  So, now, what I want to do -- that's all I'm

7   doing right now is confirming they're your words.  Let's go to

8   Page 12 (indicating).  And I want to play -- I want you to

9   start looking from Line 14 on Page 12, where it says, "it

10  seemed" (reading); do you see that?

11       A    (Indicating.)

12            MR. BRUSTIN:  Okay.  And I want to -- Mo, I want you

13       to start playing 1513 to 1522.

14  BY MR. BRUSTIN:

15       Q    And just read it and listen (indicating).

16            (Whereupon, Plaintiff's Exhibit No. 24 audio

17       recording was played from [00hrs:15mins:13secs] to

18       [00hrs:15mins:22secs].)

19  BY MR. BRUSTIN:

20       Q    Okay.  So you heard yourself on the tape; right?

21       A    Yeah, but I'm not sure.

22       Q    Okay.  But -- just -- I'm going to get to all of

23  that.  I just want to ask you what you said on the tape.

24       A    (Indicating.)

25       Q    So you -- you heard yourself on the tape; right?
```



1      A     If that's me; yes.

2      Q     Okay.  And you saw that -- and you're looking at

3    transcription on Page 12, Lines 13 to Page 14 -- page --

4    line -- I'm sorry.  Page 12, Line 13 to Page 13, Line 3.  And

5    that accurately -- it accurately -- the words are the words

6    that you spoke on the tape on these pages; correct?

7      A     Not -- no, because I've never been on bail.

8      Q     I'm asking you right about just the sections that

9    you've just heard?

10     A     Right, but if that's the same thing -- (crosstalk) --

11     Q     So I'm going to -- (crosstalk) --

12     A     -- (crosstalk) how am I going to say that's me --

13   (crosstalk)--

14     Q     -- (crosstalk) here's what I'm going to do --

15   (crosstalk)--

16     A     -- (crosstalk) saying what I'm saying.  And I've --

17   I've never been on bail.

18     Q     Okay?

19     A     I'm never had a charge in Michigan.

20     Q     Okay.  So, I'm just asking you to confirm -- so,

21   they're going to come in and testify that they made this tape.

22     A     That's fine.

23     Q     Okay.  Are you -- are you denying that this is --

24   this you on the tape?

25     A     I didn't know they had a tape -- (crosstalk) --



1      Q    I -- I know you don't.

2      A    -- (crosstalk) for me to be on.  So, I can -- I'm

3   going to deny that I was on tape.  Yes, because I didn't know I

4   was on tape, until you playing it right here, right now.

5      Q    Sir, I'm going to -- we're going to go step at a

6   time.  Are you denying that was you speaking on the tape?

7      A    It could have been.  But I don't -- I've never been

8   on bail.  So, if I said that I was on bail, then that's not me.

9      Q    Okay.  Is it possible you said you were bail and you

10   weren't telling them the truth?

11      A    No.  Why would I say that I was on bail.

12      Q    All right.  But you do remember the conversation;

13   they came to your house?

14      A    Somewhat.

15      Q    Okay.  I want to play the same section I just played

16   you, again.

17      A    (Indicating.)

18      Q    And I want you to read -- I want you to read along

19   with it.  And I want you to tell me if this transcription, on

20   Pages 12 and 13, accurately documents the words that you spoke;

21   okay?

22      A    (Indicating.)

23           MR. BRUSTIN:  Okay.  Play it again, Mo.

24           MR. BLENK:  What's the timestamps?  (Crosstalk.)

25           MR. RUSS:  (Inaudible).



1       Q    Okay?

2       A    I do remember a conversation with his mother  and

3  father and some guy.

4       Q    Okay?

5       A    But -- (crosstalk) --

6       Q    So -- (crosstalk) --

7       A    -- I can't tell you that's me.

8       Q    Okay.  So, the words that -- the words that you just

9  heard, from 1604 to 1734 -- (crosstalk) --

10      A    So me and you talking right now, do that sound like

11  me; right now?

12      Q    Please, stop.  -- when you were a much younger man.

13  Let me.  But look, let me -- I -- I want to make sure I

14  understand your testimony, under oath.  Are you saying that you

15  did not provide any of the information you just heard to them?

16           MR. BLENK:  Form.

17           THE WITNESS:  Provide any information?

18  BY MR. BRUSTIN:

19      Q    Are you telling me that you did not say the words

20  that wee just heard on the tape to them?

21      A    I've never been on bail, no.  So, no, I wouldn't have

22  said I was on bail.

23      Q    So putting aside the bail issue, did you say any of

24  the other things about being shown three pictures?

25      A    I was shown pictures, yes.



1    Q    Do you remember telling them that you were shown

2  three, just like it says on Page 13?

3    A    I don't know if it was just three pictures, but I

4  remember pictures being shown.

5    Q    All right.  Well, let's take a look -- let's take a

6  look at -- you tell me what you do remember saying to them;

7  let's do it that way.  So, let's go to the transcript.  First

8  of all, you -- you -- you were able to follow the transcript

9  along with the audio; right?

10         MR. BLENK:  Form.

11         THE WITNESS:  Somewhat, yeah.

12  BY MR. BRUSTIN:

13    Q    Okay.  So, now, I want you to go to the top of

14  page -- to Page 13, Line 12; okay? Actually, let's start on the

15  starting Line 4.  This is -- this is -- this is the person they

16  are claiming as you on tape at Line 4; okay?  Are you there?

17         (Atty. Brustin read from Plaintiff's Exhibit No. 23.)

18    "And I thought if just said," and then there is an

19  "(inaudible)" part.  "I'm not really sure, he said if I just

20  show you a picture.  You know, if he's in or not.  They brought

21  me three pictures."  The question is: "So?"  And the answer is:

22  "I saw the three pictures first and they showed me Mario, Tino

23  and somebody else.  And they said were they there?"

24         So, first of all, did you say that to Valentino

25  Dixon's father, when he came to your house?



```
 1        A    I could have, because they did ask me about some

 2   pictures --

 3        Q    Okay.  And so you -- (crosstalk) --

 4        A    -- and how -- and how I was able to --

 5        Q    Okay?

 6        A    -- point them out.

 7        Q    And by the way, when -- when Valentino Dixon's father

 8   came to your house --

 9        A    (Indicating.)

10        Q    -- with his wife --

11        A    (Indicating.)

12        Q    -- you attempted to tell them the truth the best that

13   you could; correct?

14             MR. BLENK:  Form.

15             THE WITNESS:  I told them everything that they asked

16        me.

17   BY MR. BRUSTIN:

18        Q    You didn't lie to them, did you?

19        A    No.

20        Q    Okay.  And so, one of the things you said, you tell

21   me if I'm wrong, is that you saw three pictures:  Mario, Tino,

22   and somebody else; right?

23        A    Yeah, but it wasn't only three pictures.  It was

24   pictures and they were in the pictures, yes.

25        Q    Okay.  And -- well, you said that they showed you
```



1  Mario's picture --

2      A    Yes --

3      Q    -- and Tino's picture and one other picture?

4      A    -- because it was in, like. groups of people these --

5  the pictures they showed me.  So, Mario was in the picture and

6  Valentino was in picture.

7      Q    Okay.  And you recognized both of them?

8      A    Yes.

9      Q    And they asked you if they were there; correct?

10     A    Yeah.

11     Q    Okay.  And now, let's go back to Page 12

12  (indicating).  And you've already told me you don't ever

13  remember saying anything about bail; I got that.  I want to ask

14  you something else though.

15     A    I'm never been on bail.

16     Q    I -- I understand.  I understand.

17     A    Pull my record up.

18     Q    I understand.

19     A    I don't have legal issues.

20     Q    I understand.  Take a look at page -- well, let's go

21  back to -- let's start with Page 4, again.  Let's go back to

22  Page 4 and I want you to look at Lines 9 to 11.

23     (Atty. Brustin read from Plaintiff's Exhibit No 23.)

24     (Reading) "So, when you went down to the police station,

25  they kept you, they didn't let you come back home?  Answer: No,



```
 1  BY MR. BRUSTIN:
 2      Q    Well, but they didn't threaten you in any way;
 3  correct?
 4      A    They don't have to.
 5      Q    And you were not afraid of them in any way; correct?
 6      A    I'm not afraid of anybody, but --
 7      Q    Okay?
 8      A    -- even if you're not afraid, that doesn't mean that
 9  the situation isn't alarming to you.
10      Q    Fair enough.  Nevertheless, you did your best to tell
11  them the truth; correct?
12      A    Yes.
13      Q    All right.  Now, let's take a look at --  let's take
14  a look at -- let's go back to Page 16 -- back to Page 13 in
15  this transcript; okay? this is another part you just heard.  So
16  back to Page 13, Lines 4 through 11; okay?  Well, here you're
17  saying on your own, "they brought me three pictures;" right?
18  Remember hearing that on the tape?
19           MR. BLENK:  Form.
20           THE WITNESS:  I (crosstalk) --
21           MR. RUSS:  Objection to form
22           THE WITNESS:  -- (crosstalk) I don't know.
23  BY MR. BRUSTIN:
24      Q    Do you remember -- (crosstalk) --
25      A    Yeah.
```



1    Q    -- (crosstalk) -- initially being -- initially being

2  shown three separate pictures.  One of Mario, one of Tino, and

3  one of somebody else?

4    A    About themselves?

5         MR. RUSS:  Objection to form.

6  BY MR. BLENK:

7    Q    Yes, by the police?

8    A    No.  I mean, just those people -- (crosstalk)

9    Q    Yes?

10   A    -- (crosstalk) in the picture?

11   Q    Yes?

12   A    No.

13   Q    You don't ever remember being shown three pictures?

14   A    I remember being shown groups of pictures of people.

15   Q    How many groups of pictures of people were you shown?

16   A    That was years ago.  I don't know, but I had to pick

17  the guy out at the pictures.  It wasn't just his picture, his

18  picture, and his picture.

19   Q    All right?

20   A    It was pictures.

21   Q    All right.  But you remember two of the pictures you

22  saw, one was of -- one was of -- you remember -- you remember

23  one of the pictures was of Mario and one was a Valentino Dixon?

24   A    (Indicating.)

25   Q    Yes?



```
 1              MR. BRUSTIN:  And I want you to play, Mo, from 2256

 2       to 2308.

 3              (Whereupon, Plaintiff's Exhibit No. 24 audio

 4       recording was played from 2256 to 2308

 5       [00hrs:22mins:56secs] to [00hrs:23mins:08secs].)

 6   BY MR. BRUSTIN:

 7       Q    Was that your voice on the tape?

 8       A    I couldn't even hear that.

 9       Q    Okay.

10              MR. BRUSTIN:  You can keep playing.  Let's play --

11       hold on just a second, Mo.

12              MR. SOTO-BRITO (PARALEGAL TO MR. BRUSTIN):  Yeah, got

13       it.

14   BY MR. BRUSTIN:

15       Q    Okay.  So now let's look at Page 8, Line 17.  Let me

16   know when you are there.

17       A    I'm there.

18       Q    Okay.

19              MR. BRUSTIN:  And then, if you could play, Mo, 1057

20       to 1135.

21              (Whereupon, Plaintiff's Exhibit No. 24 audio

22       recording was played from 1057 to 1135

23       [00hrs:10mins:57secs] to [00hrs:11mins:35secs].)

24   BY MR. BRUSTIN:

25       Q    Did you -- did you say those things, Mr. Adams?
```



```
 1        A     Nah.  I don't have any legal issues, no, sir.

 2        Q     So that wasn't your voice on the tape?

 3        A     No.

 4        Q     It must have been somebody else?

 5        A     It could've been.

 6        Q     Okay?

 7        A     It wouldn't be me saying that, because I don't have

 8   those types of issues.  No one scared me, put pressure, or

 9   whatever.

10        Q     So no -- no police officer, no DA --

11        A     No.

12        Q     -- ever put any pressure on you to come testify?

13        A     For what they were saying on that tape, because of

14   something in Michigan?

15        Q     For any reason.  Did they put pressure on you to come

16   and testify, when you didn't want to testify?

17        A     No.

18              MR. BLENK:  Form.

19              THE WITNESS:  No, they didn't pressure me into

20        anything.

21   BY MR. BRUSTIN:

22        Q     Okay.  Nobody tried to scare you to come and testify?

23        A     No.

24        Q     No police officer, no DA?

25        A     No.
```



1  So you are asking me to recall who the names was not.  I

2  don't -- I don't -- I can't do that.

3       Q    You remember --?

4       A    I remember being interviewed after the shooting, yes.

5       Q    Do you remember that it was a plainclothes detective

6  that interviewed you?

7       A    I don't remember.  I remember going into a room that

8  had a typewriter and was asking questions and was shown

9  pictures.

10      Q    Okay.  And how many times that night were you shown

11 pictures?  You mentioned that you were shown a number of sets

12 of pictures; correct?

13      A    I don't remember how many times.

14      Q    Okay.  Was it more than three?

15      A    I don't remember.

16      Q    Okay.  You remember being shown pictures -- do you

17 remember talking to the detectives before they tape-recorded

18 your statement?

19      A    At the scene.

20      Q    Okay.  How about at the station?

21      A    No.  We were sitting in the hallway.  They never

22 talked to me before that.

23      Q    Were you talking to anybody in the hallway?

24      A    No.  They had us, like, separate, but, you know, like

25 around.  And they said we couldn't talk and blah, blah, blah



1   so, you know.

2        Q    Did you follow that rule?

3        A    Yes.

4        Q    Okay.  Now, take a look at the -- you do remember --

5   do you remember knowing that they were taping your statement in

6   the precinct?

7        A    Like, you know, I'm pretty sure they were.

8             MR. RUSS:  Objection to form.  You have a tape?

9             MR. BRUSTIN:  We have a transcription.

10            MR. RUSS:  He said it was the guy sitting with a

11       typewriter; is not a tape.

12            MR. BRUSTIN:  That's right.  I forgot how they do it.

13       That's -- that's correct.

14   BY MR. BRUSTIN:

15       Q    Do you remember -- do you remember him sitting by

16   typewriter and typing what you are saying?

17       A    I remember a guy typing as I was talking, yes.

18       Q    Okay.  And do you remember what he looked like?

19       A    No.

20       Q    Okay.  Do you remember before you started typing, you

21   talked to him saw him before that?

22       A    No.

23       Q    Do you remember whether you'd seen any pictures

24   before you started -- before he started typing?

25       A    I don't know what came first.  Pictures, talk. I --



1          MR. RUSS:  Objection to form.

2          MR. BRUSTIN:  -- a picture of Tino and another

3    picture; right?

4          MR. RUSS:  Objection to form.

5          THE WITNESS:  Yeah, yeah.

6  BY MR. BRUSTIN:

7     Q    Do you deny being shown a picture of Tino at the same

8  time you're being shown a picture of Mario?

9     A    No, I can't recall.

10         MR. BLENK:  Form.

11         THE WITNESS:  I can't remember all of the specific

12    details of 30 years ago.

13  BY MR. BRUSTIN:

14    Q    Okay.  Do you remember now that I shown you this

15  document, do you remember being shown some individual photos,

16  just like was described on this tape, before you saw the array

17  of photos?

18    A    No.

19    Q    You don't remember that?

20    A    No.

21    Q    Now, you do remember at some point -- was it that --

22  you remember at some point, after your interview.  Let me go

23  right to it actually.  Take a look at page -- take a look at

24  Page 47, which is the next page to your document?

25    A    In this (indicating)?



1    A    I don't remember that.

2         MR. BLENK:  Form.

3  BY MR. BRUSTIN:

4    Q    Do you remember that as he heard on that video --

5  that audiotape, do you remember in addition to be showing an

6  individual photo of Mario, being shown an individual photo of

7  Tino -- or Valentino -- and somebody else?

8    A    No.

9    Q    Okay.  But you certainly don't deny that you were

10  shown individual photos of Valentino; do you?

11    A    I am denying, because I don't remember that.

12    Q    Okay.  You also don't remember, today, being shown a

13  picture of Mario; correct?

14    A    No.

15    Q    But it's clear from the -- it's clear from the

16  statement that you were; correct?

17    A    Yes.

18         MR. BLENK:  Form.

19         MR. RUSS:  Objection to form.

20  BY MR. BRUSTIN:

21    Q    And you just don't remember one way --

22         MR. RUSS:  Objection to form.

23  BY MR. BRUSTIN:

24    Q    -- you don't remember one way or another whether or

25  not you were shown an individual photo of Valentino Dixon;



```
 1   correct?

 2       A    Not from 30 years ago, man, no.

 3            MR. BRUSTIN:  Okay.  Let's take a five-minute break.

 4            THE VIDEOGRAPHER:  We are going off the record at

 5       12:35 p.m.

 6            (Whereupon, a brief break was taken at 12:35 p.m.)

 7            THE VIDEOGRAPHER:  We are going back on the record at

 8       1:09 p.m.

 9            (Whereupon, the deposition resumed at 1:09 p.m.)

10   BY MR. BRUSTIN:  (Resumed.)

11       Q    Okay.  Mr. Adams, one of the things you told us this

12   morning was that you were friends with, both, Aaron and Tori

13   Jackson?

14       A    (Indicating.)

15       Q    Yes?

16       A    Yes.

17       Q    Friends growing up?

18       A    Yes.

19       Q    Close friends?

20       A    Yeah, pretty close.

21       Q    And you -- you would want to do anything you can to

22   honestly help them; correct?

23       A    Yeah.

24            MR. BLENK:  Form.

25   BY MR. BRUSTIN:
```



 1  BY MR. BRUSTIN:

 2       Q    All right.  I want to go back to your testimony.

 3  So --

 4       A    (Handing.)

 5       Q    Thanks.  What you have in front of you, so, if you

 6  can probably to the first tab.  And maybe I won't even need

 7  this.  Today -- let's take a look at Page 79 of the Grand Jury,

 8  the first tab.

 9       A    (Indicating.)

10       Q    All right.  Line 14, Page 79 to Line 19.  Read that

11  to yourself -- or to Line 22.

12       A    (Complies.)

13       Q    Just to Line 22.

14       A    Okay.

15       Q    First of all, you told us you were, in fact, close

16  friends with the Jackson brothers; correct?

17       A    (Indicating.)

18       Q    Yes?

19       A    Yes.

20       Q    Okay.  And after the shooting, you stuck -- you

21  stuck -- you stuck around and you spoke with some police at the

22  scene; is that right?

23       A    Yes.

24       Q    Do you remember how many police officers you spoke to

25  at the scene?



1       A    No.

2       Q    Do you remember where you spoke to them?  Was it in a

3   police car, was it out of a car; do you remember where?

4            MR. BLENK:  Form.

5            THE WITNESS:  I was never in a car, so it was outside

6       of the car.

7       Q    Did you approach them?

8       A    No, they approached me.

9       Q    Okay.  And how long did you speak with that officer,

10  before they brought you down to the precinct?

11      A    I don't remember how long.  It wasn't a super long

12  time, but a few -- a few minutes, I guess.

13      Q    Okay.  And I can represent to you that at time --

14  around that time same, Valentino Dixon's name was put out over

15  the radio.  Do you remember either hearing Valentino Dixon's

16  name of the radio or discussing Valentino Dixon with those

17  officers, at the scene?

18      A    No.

19           MR. BLENK:  Form.

20           MR. RUSS:  Object to form.

21  BY MR. BRUSTIN:

22      Q    No memory of that?

23      A    No, I wouldn't have spoken to them about him.

24           MR. BLENK:  Form.

25           THE WITNESS:  Because, like I said, I did not know



1      his name.

2    BY MR. BRUSTIN:

3      Q    Okay?

4      A    I did not know him.  So, if they're saying his name,

5    I wouldn't know.

6      Q    Okay?

7      A    No more that I know her name (indicating).  If you

8    started telling me, remember Mrs. Johnson.  I don't know this

9    to be Mrs. Johnson.

10     Q    Okay.  So, you don't know one way or another whether

11   or not they were asking about Valentina Dixon; fair to say?

12          MR. BLENK:  Form.

13          THE WITNESS:  No, they didn't ask me about any

14       specific name or person.

15   BY MR. BRUSTIN:

16     Q    Okay.  Do you remember what you told those officers

17   at the scene?

18     A    I told them what happened that night.

19     Q    Okay.  And did you tell them -- did you describe to

20   them the person that you saw?

21     A    Yes.

22     Q    Okay.  And were they taking notes, as you were

23   describing it?

24     A    Yes --

25     Q    Okay?



1              C E R T I F I C A T E

2    STATE OF GEORGIA

3    COUNTY OF DEKALB

4

5        I hereby certify that the foregoing transcript was

6    reported, as stated in the caption, and the questions, and

7    answers thereto were reduced to typewriting under my direction;

8    that the foregoing pages represent a true, complete and correct

9    transcript of the evidence given upon said hearing, and I

10   further certify that I am not of kin or counsel to the parties

11   in the case; am not in the employ of counsel for any of said

12   parties; nor am I in any way interested in the result of said

13   case.

14                    This, the 17th day of January 2023.

15

16   _Lisa Sims_____

17                    Lisa L. Sims

18                    Certified Court Reporter

19                    #5072-0730-2093-2096

20

21

22

23

24

25

