# EXHIBIT 16

Audio Recordings
Personally Served on the Court on 2/15/24