# EXHIBIT 17

| | |
|---|---|
| *Joe Riga:* | Do you guys want to – |
| *Sara Dee:* | So I brought this map in that we've been using for our own – |
| *David Heraty:* | Yeah, yeah, for reference. |
| *Sara Dee:* | So that if he needs to show us any place where he was sitting or what have you, he can. |
| *Male 1:* | Yep. |
| *Sara Dee:* | Where he was standing or whatever. That might be helpful. |
| *Male 1:* | And we would just tell him _____ we have never coached this guy for even _____. |
| *Sara Dee:* | Yeah. Okay. |
| *Male 1:* | We just heard him out and left. Yeah. And there has to be a time to represent him to the parole board. |
| *Sara Dee:* | I know. |
| *Male 1:* | And I'm over here. |
| *Sara Dee:* | I know. |
| *David Heraty:* | [Laughs] |
| *Sara Dee:* | Believe me, I realize that. |
| *David Heraty:* | I don't think we ever thought it would be quite this crazy either. |
| *Sara Dee:* | It didn't really start out that way. |
| *Male 1:* | [Inaudible comment] |
| *David Heraty:* | Yes, it is. That overcomes everything. |
| *[Inaudible mumbling]* | |
| *Sara Dee:* | So we were thinking too that we're going to get him released tomorrow. |
| *Male 1:* | That we're going to what? |

| | |
|---|---|
| Sara Dee: | From the holding center. Because we have Valentino – |
| David Heraty: | Valentino's coming out on Friday. |
| Sara Dee: | -- coming in on Friday. |
| David Heraty: | It might be a good idea – |
| Sara Dee: | So we don't want them hanging out in the holding center across from each other on Friday. |
| David Heraty: | It might be awkward. Yeah. |
| Male 1: | Yeah. |
| David Heraty: | Since they have a lot of history. |
| Sara Dee: | Is that all right? |
| Male 1: | Yeah. |
| David Heraty: | We'll probably do it tomorrow. |
| Male 1: | He'd probably rather be back. |
| David Heraty: | Yeah. |
| Sara Dee: | I would think so. He probably has all his stuff in his cell and all that. Kevin, if you want to tell him or – okay. |

*[Inaudible hallway conversations]*

*[Inaudible whispered conversation between David and Male 1]*

| | |
|---|---|
| Male 2: | I'm sorry, Sara. What were you saying? |
| Sara Dee: | That you were talking earlier that we have Valentino that's then coming on Friday, and so just to avoid them ever crossing paths together, we're going to take from here and send him back to Cayuga tomorrow. |
| Male 2: | Oh, okay. I'm sure he'll be happy, yeah. |
| Sara Dee: | I'm sure he would be too, right? |

| | |
|---|---|
| *Male 2:* | I didn't really want to bring that up today. Maybe I will at the end of the meeting. |
| *David Heraty:* | We can just do that ex parte, right? |
| *Male 2:* | Yeah. |
| *Sara Dee:* | Okay. |
| *Joe Riga:* | Lamarr, how are you? |
| *Lamarr Scott:* | What's going on? |
| *Sara Dee:* | Good morning – good afternoon. |
| *David Heraty:* | Yeah. |
| *Lamarr Scott:* | Oh, yeah, it's afternoon. |
| *David Heraty:* | Yeah. *[Laughs]* |
| *Lamarr Scott:* | How's everybody? |
| *Sara Dee:* | Here it is. |
| *David Heraty:* | _____ happy to see you. *[Laughs]* |
| *Sara Dee:* | Thank you for your time. Have a seat. |
| *Male 1:* | How are you feeling? |
| *Lamarr Scott:* | Good. |
| *David Heraty:* | Lamarr, how are you doing? |
| *Male 1:* | Lamarr. |
| *Lamarr Scott:* | Yes. |
| *Male 1:* | We reached an agreement, which Kevin has talked to you about. |
| *Lamarr Scott:* | Okay. |
| *Male 1:* | We have a call -- we don't think there's a raindrop's chance in hell of the Feds doing anything with this. |

Case 1:19-cv-01678-MAV-JJM    Document 180-20    Filed 02/15/24    Page 5 of 27

*EVI_ch1_main_20180815141622_20180815150000*    **Page 4 of 26**
*Joe Riga, Sara Dee, David Heraty, Lamarr Scott, Male 1, Male 2*

*Lamarr Scott:*      Okay.

*Male 1:*      We don't even know how they would. But we're double checking that.

*Lamarr Scott:*      Okay.

*Male 1:*      So what it says in the agreement, it's binding on the state, but we just ask that to be super cautious that they call the Feds and that if the Feds said they were looking at it, which we can't – there's no reason for them to in a million years.

*Lamarr Scott:*      Okay.

*Male 1:*      We're just being your lawyers.

*Lamarr Scott:*      Okay.

*Male 1:*      So the whole thing would be sort of off the table if the Feds 4:15, but it ain't gonna happen. We're just –

*Lamarr Scott:*      Okay.

*Male 2:*      So this is – we've talked pretty much that some of this stuff is bullshit, but they wanted us to read it over carefully.

*Male 1:*      Yeah, take your time.

*Male 2:*      And if you have any questions...

*Lamarr Scott:*      Okay.

*[No conversation from 0:04:25 to 0:05:37]*

                    All right.

*Sara Dee:*      Okay?

*Lamarr Scott:*      Yeah.

*Sara Dee:*      Here's a pen.

*Lamarr Scott:*      Okay.

*Male 2:*      You're going to sign it here.

*Lamarr Scott:*    Yeah.

*Male 1:*    You can fill in the box.

*Lamarr Scott:*    This is a nice pen.

*M?:*    Yeah, it is. *[Laughs]*

*[Inaudible crosstalk]*

*Lamarr Scott:*    _____, but they always take our pens when they say we always get stuff that we're not supposed to have.

*Male 2:*    Yeah.

*Lamarr Scott:*    You should see the pens in the holding center.

*Male 2:*    There's this big.

*Sara Dee:*    Oh, are they?

*[Inaudible crosstalk]*

*M3:*    There's no capital M? I thought it was. I've seen it spelled with a capital M.

*Lamarr Scott:*    Yeah. Yeah, sometimes.

*M3:*    Okay.

*Lamarr Scott:*    Sometimes I put it all in capital letters.

*M3:*    Okay. Well, want to get it right.

*Lamarr Scott:*    Yeah. It's all right.

*Sara Dee:*    _____. Okay So I know that you've had conversations. Kevin has told us. We've had a lot of meetings prior to this interview here, and Kevin and Tom have told us that they've had a lot of conversations with you, both on the phone and over at the holding center about the information contained in this offer and agreement, and so that you have had plenty of time to talk with them about the context of this meeting and the context of our agreement with you. Correct?

*Lamarr Scott:*    Right.

Case 1:19-cv-01678-MAV-JJM    Document 180-20    Filed 02/15/24    Page 7 of 27

*EVI_ch1_main_20180815141622_20180815150000*    **Page 6 of 26**
*Joe Riga, Sara Dee, David Heraty, Lamarr Scott, Male 1, Male 2*

*Sara Dee:*        Okay. So you don't need any more time to talk with them about that?

*Lamarr Scott:*    No, we're cool. We're all right.

*Sara Dee:*        You absolutely understand, okay.

*Lamarr Scott:*    Yes, I do.

*Sara Dee:*        Now I know that they've also, I think, conferred with you about what we're looking for in terms of this interview, and I hope that, you know, we made an impression on you at our last meeting. But I just want to sort of go over the ground rules again with you in terms of what we're looking for.

*Lamarr Scott:*    Okay.

*Sara Dee:*        And as I mentioned to you the last time, that we were tasked with the reinvestigation of this murder that happened, as you happen to probably be aware of it, about 27 years ago –

*Lamarr Scott:*    Today.

*Sara Dee:*        – to this date.

*Lamarr Scott:*    To this date, yeah.

*Sara Dee:*        Almost.

*Lamarr Scott:*    Almost, yeah. Give or take.

*Sara Dee:*        And – yeah, give or take a few days. And we know a lot of information now that was not available to people back in 1991 and '92 when this case went to trial. And David and I have been – and Joe Riga, who's the chief of homicide, retired, and we have hit the streets and we have talked to a lot of people, and we have reviewed a lot of documents.

*Lamarr Scott:*    Right.

*Sara Dee:*        And we have exhaustively come up to speed on what happened.

*Lamarr Scott:*    Right.

| | |
|---|---|
| *Sara Dee:* | I know some of the statements that people have given – I should say we know the statements that people have given and the statements that you have given, you know, inside and out, and we know a lot of the facts as they played themselves out pretty good. |
| *Lamarr Scott:* | Right. Okay. |
| *Sara Dee:* | The only people who know this case better than us probably are those that were there. |
| *Lamarr Scott:* | Right. |
| *Sara Dee:* | And I say there, pointing, because I have a map sitting right up behind you of the intersection. So we've used that – |
| *Lamarr Scott:* | Oh, I hadn't noticed. |
| *Sara Dee:* | Yeah. |
| *Male:* | Yeah. |
| *Sara Dee:* | We brought that in here because – |
| *David Heraty:* | Yeah, we love props. *[Laughs]* |
| *Sara Dee:* | – we've used that throughout the course of our investigation. That's an old map. It was used in the early days of this investigation. |
| *Lamarr Scott:* | Wow. |
| *Sara Dee:* | And we've used that and reading statements, and I have photos too from the crime scene. |
| *Lamarr Scott:* | Yeah, right there. |
| *Sara Dee:* | But, you know, in terms of assisting in you telling us where you were and where other people were, we brought that in here. |
| *Lamarr Scott:* | Okay. |
| *Sara Dee:* | But I want to reiterate to you what is the most important thing, is that you tell us the 100 percent truth. |
| *Lamarr Scott:* | Yeah. |
| *Sara Dee:* | One–hundred percent truth. |

| | |
|---|---|
| *Lamarr Scott:* | Right. |
| *Sara Dee:* | All we want is the truth. |
| *Lamarr Scott:* | Gotcha. |
| *Sara Dee:* | What I tell, I've prosecuted a lot of cases and I have gotten a lot of witnesses from a variety of different backgrounds ready to go to Grand Jury and trials, and I have always told them that there will inevitably always be questions that you're not necessarily sure that you know the answer to or that you can't recall off the top of your head. |
| *Lamarr Scott:* | Right. |
| *Sara Dee:* | I do not want you to make up answers. I do not want you to fill in the blanks because for some reason you think that we want a specific answer. |
| *Lamarr Scott:* | Right. I gotcha. |
| *Sara Dee:* | I can't make that more clear to you. |
| *Lamarr Scott:* | I gotcha. |
| *Male 2:* | Yeah, we don't – |
| *Sara Dee:* | We do not want a specific answer to anything. All we want is the truth. |
| *Lamarr Scott:* | I gotcha. |
| *Sara Dee:* | Okay? There's, you know, been some statements that your attorneys have made to us that you are willing and ready to tell us your part of this crime, of this shooting, and other people's parts of this crime and of this shooting, but I just want to make sure that you know that we want all the details. I want to know every single detail from that day, early in the day, how things started that day, where guns came from, how people got notified of problems, how people came to the scene, who was at the scene, what happened at the scene, what was said there, what went down there, who was there, where people were there, where people went afterwards. |
| *Lamarr Scott:* | All right. |

| | |
|---|---|
| *Sara Dee:* | But I don't have any agenda here except getting the truth. Getting to the truth. Okay? |
| *Lamarr Scott:* | All right. |
| *Sara Dee:* | Does that make sense? |
| *Lamarr Scott:* | Perfect. |
| *Sara Dee:* | All right, great. |
| *David Heraty:* | Ready? I'm ready. |
| *Sara Dee:* | Yep. |
| *Lamarr Scott:* | All right. Myself, Richard Jarrett, and Ronnie Bryant, who's unfortunately passed away, were on Goodyear earlier in the day. We were sitting on Ronnie's porch, between Genesee and East Ferry. He lives closer to Ferry. We were just sitting out there drinking beer. You know, just hanging out. Tino drives up. |
| | He had just bought a brand new red Mazda RX-7, so he drives up. He gets out. He tells me, he says, "Hey, man, there's some – you know, I need you to come with me a little later on, you know, just be ready." I says, "All right. Okay." I don't know what it was or what it was but, you know, just be ready. |
| | So I'm always – I'm ready for whatever it is. It don't matter. He comes back about maybe three hours later. We go, we drive home all in rounds to get his car. He had a white Cadillac in the driveway. So he takes his car, the red Mazda, parks that, gets into the Cadillac, and then we go on Delavan. |
| | We go up to Mario Jarmon's house. I don't know Mario Jarmon. Mario's at 1122 East Delavan. At that time, I meet Leonard Brown, which is Antoine Shannon's brother. I knew Antoine Shannon from playing football at Grover Cleveland Little League Football. He played Bishop Timon, so I was aware of him. |
| | They tell us that Torriano Jackson and his brothers were just riding around all day long, you know, pointing at them with the gun finger. You know, just threatening them. And I asked him – you know, I know Torri from Riverside. Torri was a troublemaker from Riverside. So I knew who Torriano was, not that I knew him personally. |

But I knew him. They tell me that there was a beef that Torri had with Antoine about a girl named Heather on the west side, and Torri allegedly put a gun to Antoine's head and made him get on his knees. So that was the problem there. So I said, "Okay, well where's the guys at? Why did they keep coming around? Why are y'all staying in the neighborhood?"

I didn't understand why they stayed there. So he was like, "Well, you know, we knew where to go. We waited for him to come back so we can get it in." I said, "Yeah, man. Y'all crazy." But at the time we were prepared for that scenario. Tino had brought a TEC-9 gun that he had. I had never seen a TEC-9 before.

So he showed me the safety and S and the F is fire and safety. So, click that, click that. And he told me that it was semiautomatic, so I have to continue to pull the trigger. I said, "We're not gonna pull no triggers or nothing. We're just going to scare them." That was the plan. Eventually – they didn't come until we walked up to Bailey and Delavan to go to the mini mart right there.

We were at 922, which is down here at Mario's house. We walked up here. Right on the side of the market is a bus stop. On the side of the market is a bus stop, and there's a bench. So we sit on the bench. I placed the gun in a bag up under the bench. Valentino goes into the store to get beer, because we didn't have any money to buy beer.

He was going to buy the beer. At the time, Louie's Texas Hots was packed with everybody from going out in the clubs. It was a hangout spot at that time, so it was pretty packed. You know, so we were messing with girls, just talking and laughing. The guys drive up in a yellow Dodge. A Dodge Shadow? I know it's a Dodge something.

And they jump out of the car. Now when they jump out of the car, Mario runs over there to start fighting Torri, and fighting the brothers, and I heard something like a firecracker. So I realized it was gunshots. When I go over there to grab the gun, I grab the gun out of the bag, and I'm nervous and trying to get it out because it's a drawstring bag.

Now again, my thought process was to point and scare these guys away. Leonard was standing right next to me on my right side. I'm on the side of the – what do you call it? – on the side of – right here. What do you call this?

· Case 1:19-cv-01678-MAV-JJM    Document 180-20    Filed 02/15/24    Page 12 of 27

EVI_ch1_main_20180815141622_20180815150000    **Page 11 of 26**
Joe Riga, Sara Dee, David Heraty, Lamarr Scott, Male 1, Male 2

| | |
|---|---|
| *Male 2:* | The curb? |
| *Sara Dee:* | The sidewalk? |
| *Lamarr Scott:* | Yeah, on the sidewalk next to the curb, and I walk into the street right before the yellow lines, and they were fighting. So I'm asking Leonard, which one? Who is who? Which one, which one, which one? |

And Leonard is telling me, "Right here. Right there, right there." So I point and I keep shooting. He's down. I keep shooting. And he's maybe right where the wall is, and I'm pointing, and I keep shooting. There's a click. I drop the gun.

When I drop the gun Leonard picks the gun up. Tino's already gone. I look down the street. I see Tino getting into his car, and I holler to him and I say, "Hey, hold on! You brought me over here. We gotta go. I can't stay here."

Mario is around the corner. He fell around the corner. There was another little guy there named Walter Dennis who I would meet later on. He was around the corner with Mario. I had seen him out of my peripheral vision standing on the corner. I also seen Mike Blanche standing across the street with a girl named Tamara Frida.

Tamara – we call her Tammy – she drove a red Tracker. We went to Build Academy together, so I knew her personally. I guess her Jeep wouldn't start. And all of this is within like a 10, 15–second timespan. I run down the street to get in the car, and Tino tells me, "You ain't getting in my fucking car."

He drives off. So I'm left there with these guys that I don't know. I'm like, wow, what the – so I go to Mario's house. Mario's mother was called from work. She comes home. We're upstairs. And there's a section of her home where you couldn't hide, but basically nobody comes up there.

So myself and Leonard is in his house, and I don't even know at the time that Leonard still has the gun. I wasn't thinking about the gun, but he had it and he hid it at Mario's house. I find that out later on also. But his mother comes home and the police comes, and they're searching the house. They find a rifle. It's never been fired or anything like that, but they find a rifle in her house.

So they confiscate that for a moment, and of course she goes to the hospital to check on her son. For me, I'm left there again. So I call

a taxicab on Olympic. I get in a taxicab on Olympic and Delavan and I go home. At the time I was staying at 122 Montana with my cousin Chanel.

And that was it. And after that – and the next day, sometime in the morning, maybe 5:30, 6:00 in the morning, because I couldn't sleep, I ended up going over to Valentino's house, and his girl Arniece was there, and there was a guy named Eric who was there who I didn't like because he was a homosexual. And he used to make advances at me.

I always wanted to do something to him because I told him I didn't appreciate his advances at the time. But that was Tino's childhood friend and they were good friends for years. So he was at the house. Tino ended up coming over, coming back, and Arniece was there. Tino and Arniece, they get into a fight pertaining to the scenario and he gets a page.

He goes to the corner store, because he had no phone, to call the person in the page, which was Greg Ellis. Greg Ellis was going to pick up the Cadillac. The Cadillac was in his mother's name. So the Cadillac was his mother's. He went to pick up the Cadillac, but they arrested him at the scene of the crime with Greg Ellis there at that time. And from that point on Arniece, you know, she comes back to the house and tells me that Tino been arrested.

So now I'm in the – I'm like, wow, man. You know, okay. What to do? So now Tino's mother comes around. Eventually we leave the house and we go back to Goodyear. And I'm hanging around there because I'm homeless. I don't have anywhere to go.

I'm just basically hanging out. I'm living where I can live. You know, I'd sell a little crack just to put some money in my pocket, and I'm on the fence about going to school. I had signed up for night school, but I was on the fence about trying to go to school. I wanted to play football for out of state.

They had looked at some times. So I really don't know what I want to do, you know? But I signed up for school and I'm like, man, I gotta go to school. And I'm thinking about this within that three-day timespan. But Tino's father comes – Butch – he comes and says, "You know, there's a possibility that you have to turn yourself in." I said, "Turn myself in for what? What are you talking about?"

And he says, "All right, well we'll talk about it tonight." I said,
"Talk about what? What do you mean?" He said, "Meet us on Fay
Street." Fay Street was where Leonard's mother, Annie, which was
Butch's girlfriend at one time, stayed there and Antoine stayed
there too.

So later on that night we meet up over there, and they're telling me,
"Listen, man, you don't have any felonies. It was a self–defense
killing. The guy was shooting at you all and you defended
yourself. You know, you have to get my son out of there."

I'm like, "What are you talking about?" He was like, "You have to
admit to the murder." I'm like, I'm not going to jail for murder.
What do you mean? You know, it was self–defense. So let's go
down there and tell them it was self–defense, and if you tell them it
was self–defense they'll let you go.

This was me being naïve. I don't know. He's a grown man. He
knows more than me about it. So we ended up calling Wanda
Starke. Wanda Starke from Channel 4. I turned myself into her. Of
course, she asked me questions pertaining to why did I turn myself
in.

I told her, "Well, it was a self-defense," you know, at the time,
which I was. And she says, "Is Valentino Dixon innocent?" I said,
"Yes, he's innocent." And, you know, I get into the police car that
drove up right there.

I got into the car. And they don't handcuff me or anything. And we
go down to Central Boulevard. And myself and Leonard was there.
And I'm thinking that they're going to arrest me or whatever and
send me across the street to the holding center or whatever.

But after I give my statement, Leonard gave his statement and they
were looking at the videotape. And they said, "Who's this guy in
the back of the videotape?" And I said, "That's Mr. Dixon, that's
Tino's father." And he says, "Well, Tino's father had you come
down and turn yourself in."

I said, "No, no, he didn't." I said, "I did it on my own." But he says,
"Well, this guy shouldn't be on the tape. Where's this guy?" I said,
"I don't know, man. I don't know. I'm just here to give my
statement."

I don't even remember the officer's name. I wanted to say it was
Stalbeck.

Case 1:19-cv-01678-MAV-JJM    Document 180-20    Filed 02/15/24    Page 15 of 27

*EVI_ch1_main_20180815141622_20180815150000*    **Page 14 of 26**
*Joe Riga, Sara Dee, David Heraty, Lamarr Scott, Male 1, Male 2*

| | |
|---|---|
| *David Heraty:* | Stanbeck. |
| *Lamarr Scott:* | Stanbeck. Yeah. I wanted to say it was him, because I remember him. He intimidated me a lot, and he caused me to – anyway. After I made the statement the officer there said, "You know, until you guys get your statements together, come back." I said, "What do you mean? This is the truth. This is what happened." |
| | You know, and I said, "You want my coat?" I took my coat off. I was giving him the coat that I had on, and I had wiped my sneakers off at the time but – I had white Nikes, but there were still small speckles of blood on the bottom of the sneaker, and I wanted to give him the sneakers. He says, "No. When you guys get your statements together, you bring all of that back." |
| | And I says, "Okay. What do you mean?" He said, "This guy gave a different statement than what you gave." So I walk out. |
| *Sara Dee:* | This guy meaning who? |
| *Lamarr Scott:* | Leonard. Leonard Brown. I don't know what he said. Still to this day I have no idea. But whatever it was it wasn't consistent with what I said. So it made it seem like somebody was lying. I walk away. I don't think no more about it. |
| | I have no idea about what's going on. A little while later, a few months later, within that time Stanbeck would pop up and ask me if I'm going to come down and make statements, am I going to go to the Grand Jury, and so on and so forth. I had no idea what his – |
| *Sara Dee:* | And where would he find you? |
| *Lamarr Scott:* | He was – this is amazing, because he would find me in places that only I knew about, meaning that if I have a cousin that stayed on Goodyear, he would be in front of her house. I had a girlfriend named Ebony White. She stayed at 193 Hastings. He popped up in front of her house. |
| | Nobody knew I had that girlfriend, you know? And I had another girlfriend named Tamika O'Neil. She stayed at 21 Meech. I was coming out of her house one day. He pops up over there and says, "Hey, Lamarr, you're gonna give us a statement?" |
| | I'm like, how is this guy finding this information out? These are good girls going to college, one going to Canisius, one going to |

ECC studying dentistry. These are good people. How do you know about these individuals? I had no idea.

I still don't know to this day. But I'm thinking that he was going to do something to me. I'm not thinking that, you know, he really wanted me to come down and make statements and whatever the case may be. I didn't think that. I'm just thinking that this guy wanted me to get in his car so he can do something to me.

So I'd brush him off, and within me brushing me off, I'm saying, wow, this guy might try to do something to me. So I may have to carry a weapon on me again just to defend myself against him. Nothing ever transpired, but that was the fear there. You know, the fear from him and pressure coming from the parents.

**Sara Dee:**        Whose parents?

**Lamarr Scott:**    From Tino's parents, to a certain extent. And it wasn't pressure whereas you – you know, that kind of pressure, but it's just the calling and where are you, are you hungry, do you need anything? And it wasn't one of those things where – I believe that it wasn't one of those things where individuals were really concerned about me and my wellbeing, but it was to keep me around so that I can continue to either make statements or help Tino get out of prison.

**Sara Dee:**        They were calling you and saying how are you, do you need anything, are you hungry?

**Lamarr Scott:**    Yeah, they would call me. They would pop up. And of course, again, I didn't go home to my adopted parents who I was ashamed to go home to. These were good people. You know, they adopted me and took me in at a time when nobody wanted me. So I didn't want them to see me in a bad state.

And I wasn't on drugs or alcohol or nothing like that. I just wasn't doing what I was supposed to be doing. So it was somewhat of a change. Going to church every day to now I'm in the streets. You know, they're plus people here. My adopted mother, she sold Avon in the city of Buffalo for 25 years, so she has friends all over the place. So she hears stuff.

But his father would pick me up, take me to go get hamburgers or talk to me about what's going on. I asked him about how Tino's doing and, you know, he's in Clinton or he's in – he's over here, he's doing this, he's doing that. He's like, "Yo, just tell the truth, just tell the truth, just tell the truth." And Arniece picked me one

time and took me – his fiancé, ex–wife – she took me to the *Challenger* one day and I gave a statement to the *Challenger* pertaining to the scenario.

I gave two statements to Barbara Simms. One prior to me going to jail for 16 months. I gave a statement to her. And then when I came home from doing the 16 months I gave another statement in 1993. But the Grand Jury situation is I found out through Tino's father that there was going to be a Grand Jury.

I didn't receive any paperwork or anything like that. But me, Leonard, and Mario Jarmon, we all went up, and Tino's father and Tino's mother and Arniece, getting all of them – we all went down to the Grand Jury proceedings. When I went to the Grand Jury proceedings, at the time my adopted parents were there. So now I'm looking at them.

I'm like, oh, man. Here we go. Now the District Attorney tells me, he says, "Scott, we know you didn't do it."

| | |
|---|---|
| Sara Dee: | Were you there with a lawyer? |
| Lamarr Scott: | In the beginning I wasn't, but before I went to the Grand Jury proceedings I asked for a lawyer and he gave me Joseph Terranova. Now at the time, I hadn't had known who Joseph Terranova was. |
| Sara Dee: | Now I don't – now I'm just – obviously I've looked through this file. |
| Lamarr Scott: | Right. |
| Sara Dee: | Do you remember going over there? Were you in handcuffs? |
| Lamarr Scott: | No, I wasn't in handcuffs or anything because I came from the streets. |
| Sara Dee: | Did you have to – did they have a material witness warrant for you? Do you recall any of that? |
| Lamarr Scott: | No. There wasn't no material witness warrant. |
| Sara Dee: | Okay. |
| Lamarr Scott: | There was nothing, because I didn't have any address for any mail to go to, and I always kept in contact with my adopted parents. So |

they never told me that there was a warrant out for my arrest or the Grand Jury proceedings or anything. The only thing I knew was that we were all supposed to go to the Grand Jury proceedings. Now I'm going on what Antoine says – I mean, not Antoine, but what Mario's relatives, what Leonard says, the mother, the father, and everybody.

It's like, yeah, all right, well let's go down to the Grand Jury. Everybody gotta go. So I said, "Okay, well we gotta go." You know? When I get down there my adopted parents are there. The District Attorney tells me, "I know you didn't do it. We know that you were being pressured into doing this, you know, for the Dixon family. There's a rumor that he gave you $5,000," so on and so forth.

I says, "Nobody paid me any money. If I had some money, I wouldn't be looking like I'm looking. I'd probably have an apartment or a place to live." And he says, "Well, you know, your parents can be held accountable for your actions because you're not an adult." And I'm like, "What do you mean accountable?"

He's like, "Well, legally binding accountable." And I'm looking at my parents – my father's working at General Motors, so he just beat cancer. They cut off 60 percent of his lung. So he had a specialist-related situation and they're getting older. I can't take them through this. So when I get to the – right before I walk in there, I ask him for a lawyer.

He leaves the room, comes back and gives me Terranova. I walk into the Grand Jury. Terranova asks me, he says, "You all right?" I says, "Yeah, I'm fine." He said, "Do you know what you're going to do?" I said, "Yeah, I know what I'm going to do."

He said, "Well, sign your name here." I sign my name. He goes to two stacks of paper. I signed my name on the first one. I sit in the chair. I'm facing the Grand Jury.

He asked me the questions, different questions pertaining to Tino being in a whicker chair with jewelry on. And I said, "I never seen those pictures before." And they asked me about the crime and asked me did I commit the crime. I said, "No I didn't."

And they said, "Did Valentino Dixon commit the crime?" I said, "I guess he did." And that was the extent of that. And I signed my name on the next paper. I asked Terranova, I said, "Is that it?" He says, "Yeah, you can go."

I left. Maybe a week or two later it was in the newspaper that Luis was charged with perjury. Leonard and Mario was charged with perjury. Mario ended up doing perjury time. Leonard never did any perjury time.

And they wanted to ask me why I wasn't charged with perjury. Of course, I didn't say anything about it. I just said I don't know. You know, and I kept on living the way I was living. Mario ended up having to go to sentencing. Leonard catches a case with some type of drug case at his house or something similar to that.

His girl, I think she was real hollow. I think she took the charges. He didn't end up doing any time behind that. I later find out that he had cooperated in some form or fashion to not do any perjury time, and something pertaining to drugs. But after that, maybe a year later, within all that time Leonard had the TEC-9.

He showed it to me. I went over there after all this was said and done and before – right before the perjury, pardon me – I had went over to see Mario. I heard he was out of the hospital. Mario was walking with a cane, he had some tape on him and some stitches. So I knock on the door and I wanted to see how he was doing, because I was concerned about him.

He came to the door. He was a little leery at first. And when I told him who I was, he opened the door, you know, gave me a hug. He said, "Thanks for saving my life." And I said, "What do you mean?" He said, "Well, if you wasn't there, that man would've killed me."

I says, "Well, you know, it wasn't for you. It wasn't your time to go." So we went to the corner store at Bailey and Delavan, we got a beer, we talked for a while, and he says, "Yo, I'm gonna take you around the corner to see Leonard." So we go around the corner.

I'm talking to Leonard for a while. We end up drinking some beer. Leonard was sniffing at the time, sniffing cocaine. I didn't sniff. I only smoked weed at the time. And he said, "I've got a surprise for you." And I said, "What's the surprise?"

I said, "You barely knew me, dude. What kind of surprise you got for me?" He goes up on top of the wooden cabinet that he had and shows me the TEC. And I says, "Wow, what are you doing with that?" And he says, "I got it. I'm gonna keep it."

I said, "Did you get bullets for it?" He says, "I'm buying some bullets for it." I said, "All right. Well, you keep that, man, and just keep it away from me." And that was the extent of it as far as I was concerned.

But then he comes around maybe four or five months later, maybe a year later. Walter Dennis, matter of fact, who I just found out talking to a guy in the bullpen, he's out in Alden. He's in Alden right now doing some type of parole violation or something. He was arrested with the TEC-9 because he stole his mother's car.

His mother had a Plymouth, I think, a green Plymouth. He was arrested in the Central Park Plaza with that gun in the trunk, and that was his first case he went upstate with, with that gun. And after that, that was the extent of it. So, you know…

|  |  |
|---|---|
| *David Heraty:* | Do you know a guy named – a kid Richard Morris too? Did Richard Morris have a TEC-9. |
| *Lamarr Scott:* | No. Richard Morris was – that's Little Richie. That's – him and his girlfriend had stolen a car together. |
| *David Heraty:* | That was – |
| *Interviewer:* | That's Little Richie. Richie is the son of Shank. Ronnie Morris. Ronnie Morris, Sr., and he has another brother named – he just got knocked for some house burglaries or something, man. I just forget about this and haven't spoke to anybody. That was a case that they had _____. |
| *Sara Dee:* | What happened during Tino's trial? Where were you? |
| *Lamarr Scott:* | Well, Tino's trial, amazingly nobody ever called me or told me that he was in the process of going to trial, except for one day I was in the Main Place Mall. I had just received a Social Security settlement from my biological father, so financially I was doing okay. I see Tino's cousin. She's in the Main Place Mall.<br><br>She says, "Butch and them is over in the courtroom and Tino was in court." I said, "What are you talking about in court?" "He's in court right now." So I go across the walkway and I go up in the courtroom, and I sit in the back row, and Butch is there, Mr. Dixon's there, and his wife Arniece is there. And Tino was on the stand. |

And I'm looking like, what the hell is going on? I'm like, "Yo, what – " I asked, "What's happening?" He was like, "Man, he's going to trial." I said, "Why didn't nobody tell me nothing about none of this stuff?" He says, "Man, it ain't important right now, man. Just pay attention."

I said, "All right." I sat there for, like, 10 minutes, and I was a little nervous for sitting in there. And I said, "Man, let me get _____." I ended up leaving. You know, I stayed for about 10, 15 minutes and then I left. I said, "Butch –"

*Sara Dee:*          Who else was in the courtroom?

*Lamarr Scott:*     Just his family and the lawyer he had. It was a guy named – I know Terranova was there and I know Sean was there. He had a lawyer Sean –

*David Heraty:*      Sean Hill?

*Lamarr Scott:*     Sean Hill.

*David Heraty:*      Yeah.

*Lamarr Scott:*     Sean Hill was there.

*David Heraty:*      He had him for a while, yeah.

*Lamarr Scott:*     He had him for a while, yeah. And that was it. I –

*Sara Dee:*          Now there was some information that we saw in the file that Joe Terranova came over and talked to you in the jail, like two or three days before the trial started.

*Lamarr Scott:*     Well, before the trial started –

*Sara Dee:*          Like he was looking for you and then you got picked up on something. I don't know what. You were in jail. He came over and he talked to you.

*Lamarr Scott:*     Yeah, yeah. He came and said something – I don't even remember, honestly remember. I really don't remember the conversation. I had seven arrests altogether, so I really don't know what specifically the arrest was. But when he came and he talked to me, I remember the specifics that I told him. I said, "Listen, what I said on the Grand Jury was a lie." And I told him that – I said, "If there's any way that I'm able to, you know, recant –" not recant, because I

didn't know those terms at the time —"but change the narrative of what's happening, I want to do that."

And matter of fact, he always came and spoke to me because I seem him in the courtroom when I was being arraigned for some form of an open container and also — not an open container, but I had a sale. It was a secret sale. They picked me up and they took me — matter of fact, they took me to the armory. And then when I was in the courtroom, and I was in the courtroom with another guy and we were talking, and I seen Terranova.

And I said, "Yo, man." He gave me his card. And I was talking – I called, I was calling him from Pamela Yates house, because I was staying with her at the time. Pamela Yates is one of Tino's children. I was calling and he never answered the phone. And she told me, she was like, "Well I know Terranova. Let's call again."

I kept calling. He never answered. So when he did come and talk to me, he talked to me because I seen him in the courtroom and I kept telling him, "Hey, man, I want to change my statement," in the courtroom while he had another person. He was like, "I'll be over there to talk to you. Are you going to bail out?"

I said, "I don't know. I need to talk to you. I want to change my statement." So he came and he did talk to me, and I told him I wanted to change my statement. He sat there for, like, 10 minutes and says, "We'll work on that. We'll see what it is."

And then he left. After that, I went out to Alden and I ended up taking a plea agreement. I had a lawyer by the name of Katherine Bestine. She had me come up to a paper felony, and that was that. That was that. I kept telling him that I wanted to change my statement, because I didn't think that it was right for me to say that at the time. And I wanted to go to the trial, but nobody came to get me and/or tell me about anything pertaining to it.

Sara Dee:          Did you ever talk to Chris Belling or –

Lamarr Scott:     I spoke to Chris Belling that day.

Sara Dee:          The day of the trial?

Lamarr Scott:     No, no, the Grand Jury. That was it. I hadn't spoken to anybody else. Mind you, you know, there was a fear here to a certain extent for me, being amongst all these individuals and not having anybody there to protect me in a sense, whereas if anything

|  |  |
|---|---|
|  | happens, this could happen to you, we're going to do so on and so forth. And now I didn't – |
| *Sara Dee:* | Did you ever talk to Christine Bestine or whoever – |
| *Lamarr Scott:* | Katherine Bestine? |
| *Sara Dee:* | Katherine Bestine? |
| *Lamarr Scott:* | I spoke to her – |
| *Sara Dee:* | Say I, you know, need to talk to you – |
| *Lamarr Scott:* | I spoke to her briefly. |
| *Sara Dee:* | You're my lawyer. |
| *Lamarr Scott:* | Yeah. |
| *Sara Dee:* | I need to clear this up. Can you – |
| *Lamarr Scott:* | I told her everything. |
| *Sara Dee:* | – call these people? They have a trial going on right next door here. |
| *Lamarr Scott:* | I spoke to her briefly pertaining to it, but she told me, she says, "My caseload is so heavy I can only do so much right now, and we're going to get this done with you and then we can talk about something else." And from that point on I called her a couple of times, and she had went on a vacation and that's where I learned about Sarasota, Florida. I didn't know anything about Sarasota, Florida. |
|  | But I called her, and she said she just came back from Sarasota, Florida. Again, I don't know why I remember this, but I do. I said, "Well, I wanted to speak to you pertaining to a Grand Jury statement that I made." She says, "Well, Scott, I'm no longer practicing in that realm." And I said, "How's that? You were just an attorney that was assigned council." |
|  | She was like, "Well, I'm in the process of transitioning to a private firm," and so on and so forth. I don't know if it was true or not. I have no idea. But I really think that she just was brushing me off because she didn't want anything to do with it. |

| | |
|---|---|
| *Sara Dee:* | Okay. |
| *Lamarr Scott:* | You know, it wasn't her docket, it wasn't her problem. You know? |
| *Sara Dee:* | I – |
| *David Heraty:* | I just – I'm sorry. Go ahead, Sarah. |
| *Sara Dee:* | About what? |
| *David Heraty:* | What you wearing that night. |
| *Sara Dee:* | Oh. |
| *Lamarr Scott:* | I was wearing black and burgundy shorts. I had on a white Nike t–shirt, a black coat, white Nikes, and I had on a black Nike hat. |
| *David Heraty:* | Black Nike, like baseball cap? |
| *Lamarr Scott:* | Yeah. |
| *David Heraty:* | Okay. |
| *Lamarr Scott:* | I had on ankle baby socks. We call them ankle babies. They're just straight up to the ankle. The burgundy shorts, I remember I bought those from a store called New Look in the Main Place with Mario. It's cheap. I bought the jacket from Kmart, so it was $9.00. The hat, I got that from Rick's. It was, like, $15.00. The sneakers were on sale. You know, I was a frugal shopper _____. |
| *David Heraty:* | *[Laughs]* Yeah. |
| *Male 2:* | What was the bag? What was on the bag? It was menswear? |
| *Lamarr Scott:* | United Mens Apparel. Yeah, apparel. It was on Kensing – I mean, on Bailey. United Mens Clothing Store. It was a gray bag with a drawstring, and it had a square but they were round – I mean, it had round squares and it was a double – I remember because we would always go to United Mens for Easter to go shopping and shoes and stuff like that. It was a big deal for a, you know, adopted kid to be able to go with his parents to go shopping. So I remember that store. |
| *Sara Dee:* | I want to – |

Case 1:19-cv-01678-MAV-JJM     Document 180-20     Filed 02/15/24     Page 25 of 27

EVI_ch1_main_20180815141622_20180815150000     **Page 24 of 26**
Joe Riga, Sara Dee, David Heraty, Lamarr Scott, Male 1, Male 2

*Joe Riga:*            I'm sorry. Do you remember whether or not you might've had sunglasses on that night?

*Lamarr Scott:*        No sunglasses. I didn't wear any glasses at all.

*Joe Riga:*            Definitely no glasses?

*Lamarr Scott:*        No sunglasses. I never wore glasses period.

*Sara Dee:*            I want to ask you just a couple more clarifying questions about that day in particular.

*Lamarr Scott:*        Sure. Yeah.

*Sara Dee:*            First of all, how long before August 10th do you think you had met Valentino?

*Lamarr Scott:*        Four months.

*Sara Dee:*            How do you know that for so certain?

*Lamarr Scott:*        Because I knew it was a neighbor. I got out of prison. I got out of jail. It was a shoplifting case in the Main Place Mall. Someone else was shoplifting and I was with them, and it just so happened that me and the officer got into a tussle. He beat me up pretty bad and that took care of my hanging out days in the mall.

But I was in jail and I met a guy named Kevin Stratford. He called himself New York. And he came from New York City and he was in a holding center for selling drugs Rodney C., who passed away recently, too. Rodney C. He had a message for Tino. He says, "You know, man, Lamarr, please, man, tell Tino I'm in jail, man. You know, tell him to send me some money," yada, yada, yada, da, da, da.

And he did it every single day for about 30 to 40 days. So I said, "Wow, this dude really wants to tell this guy something." I said, "I don't even know who you're talking about." He said, "You'll meet him. He drives a big white car."

I said, "I don't know what you're talking about," I said, "but I'll give him the message." Ironically, Valentino's family lived in Wohlers and Dodge, and this is a place where I used to be because my house is on Best and Grape. I would always walk home to Wohlers and Dodge and hang out with these guys and play

basketball or whatever. I had a childhood friend, Kenny Simmons. He lived over there.

So I just so happen to come out of the store and this dude is sitting here in this big white car. So I'm laughing, I'm like, man, this can't be fake. This is some bullshit. So I said, "Yo, man. Who's Tino?" I walk up to the window and Richard's sitting there. Richard's like, "I'm not Tino," and he rolls up the window.

I laugh at him like, what are you doing that for? So Tino comes out of the store with a case of Heineken and some beer for Rich. And I said, "You Tino?" He says, "Yes, I'm Tino." I says, "Listen, man, I got a message for you from New York."

He says, "I ain't messing with New York, man. New York done left me, man. He used to work for me, man. He went to work for Rodney C." I said, "Well, listen, he only told me to tell you that he's messed up, man. He's got this gun charge. He needs some money, man. Go down and put some money on his books."

And he said, "Well, who are you?" And I introduced myself. And he said, "Man, meet me on Goodyear tomorrow." I don't meet him on Goodyear tomorrow. I just so happened to be at my cousin's house a week ago – I mean a week later. My cousin, Chanel Mitchell. My uncle lived on Kuhns. They all knew each other.

So I was over there and I see him. I walk down the street and I tap on the window. I didn't know at the time he had beef with some L.A. boys and they were kind of paranoid. Reese and them have already shot at him and shot at a friend of his – Derrick. Derrick, and he ended up getting shot in the leg.

| | |
|---|---|
| *Male 2:* | Reese Johnson? |
| *Lamarr Scott:* | Yeah, Reese Johnson. Yeah, they were trying to extort him. Tino was sitting there. He had a – at the time I didn't know what it was, but I learned later on it was a MAC-10 he had on this lap, and Rich had the same TEC-9 on his lap. And I knock on the window and I say, "What's up?" And he's like, "What's going on?" |

I says, "You told me to meet you over there. What's up?" He says, "Man, I'll talk to you later. We got some problems." I said, "Well, y'all handle your problems, man. I'll see you later." And eventually two or three days later, something like that, we went and rode around, and he asked me what I was doing. I said, I ain't doing too

much. You know, I'm trying to go to school, play football," yada, yada, yada, yada. It was always in the forefront of my mind.

*[End of Audio]*