# EXHIBIT 19

## STATEMENT OF LAMARR SCOTT
### TAKEN AT THE ERIE COUNTY HOLDING CENTER
#### JANUARY 3, 1994

L.S. — We were across the street. I seen like people that I knew. I seen the cars but I didn't see their faces.

B.S. — O.K. So you can't name anybody who was there other than Tino?

L.S. — Antoine Shannon, Leonard Brown, Mario Jarmon. Michael Bland was there also.

B.S. — Who was he? I've seen his name in the transcript. Who was Michael Bland?

L.S. — He was just a kid on the scene.

B.S. — O.K. Did he ever get arrested for anything?

L.S. — Yeah, kidnapping and everything.

B.S. — Is he in jail now?

L.S. — No, he on the streets now.

B.S. — On the street now? OK. Did they ever call him? I don't see his name.

L.S. — No. They never called him. I was looking for him.

B.S. — They never called?

L.S. — While I was on the streets, I was looking for him to find if he was going to testify. Me and him were down here together for a long time on the same block, man, he was saying, we ain't testifying.

B.S. — Is that right? Now, what did you have on that night?

L.S. — I had on a white Nike baseball cap, a black jacket a white t-shirt, I had on some maroon darkish green and black checkered shorts down to my knees, some white Nike ankle baby socks, some white Nike sneakers.

B.S. — And you were with Leonard?

A. 258

Dixon-005916

L.S. - I was with Tino.

B.S. - You were with Tino.

L.S. - I didn't even know, I didn't even know Leonard.

B.S. - OK. Alright. Now as far as your height is concerned, Who's taller, you or Tino?

L.S. - Me. I'm way taller than Tino.

B.S. - OK.

L.S. - Way taller. Tino like maybe 5:11, he might be six feet.

B.S. - OK. You're how tall?

L.S. - I'm at least 6:2.

B.S. - Tino is 5:11 or something and you're about 6:1 or 2. Yeah, OK. And what did Tino have on? Do you remember? Was it hot or cold out?

L.S. - It was still warm outside. He had on shorts, I know that much.

B.S. - He had on shorts? ok. Now, did you arrive on the scene with or without Mario?

L.S. - I was... Mario and them was already ~~dead~~ *was there* when I got there.

B.S. - Who was Mario and them?

L.S. - Mario and Leonard, Mario and Leonard was there, already there when I got there.

B.S. - OK. Now, what I'm trying to get focussed in on. No matter where you go, no matter when you go, no matter how you go, there's always somebody else there who sees you. OK? And I'm not talking about Leonard or Mario, or Tino, or ...Aaron, not Aaron.

L.S. - Mike Bland seen me.

B.S. - Mike Bland? OK.

L.S. - Yeah, he seen me. He told me, he told me everything I had on. He told me where I was standing at. He told me how I was positioned, where I had the gun in my hand, and he told me how many times I shot the guy. He told

A. 259

Dixon-005917

me what color car Tino had. Everything. He told me everything. He told me everything. When I talked to him, it was like man, where was you was at? "Man, I was right there."

B.S. - How come they never asked him?

L.S. - They can't find him.

B.S. - They can't find him?

L.S. - He has so many cases. He got kidnapping cases, drug cases, gun cases, everything, so he wouldn't.....

B.S. - How old is he?

L.S. - About my age, 21 or 22. He wouldn't be a credible witness, but he was there.

B.S. - OK.

L.S. - I think he had talked to Arneice at one time too, and Arneice asked him was he ever testified or whatever. He asked me, he came and asked me, he said well do you think I should testify? Man, you know what I'm saying? Well, it was like, I'm not sure, I'm not sure what you're going to do, you know what I'm saying, I'm not sure Is it going to help? Is it going to get you in trouble? ..... help Tino or help you? ....I'm not sure, man. I don't know.

B.S. - OK. Let me ask you of these people, how many do you know. I don't mean now, but I mean did you know Did you know John Sullivan? In 1991 on August 10th.

L.S. - Is that the one they called "Rabbit"? [L.S. Rabbit]

B.S. - I don't know. That's the one who testified first. I don't how he looks yet. I'll tell you what he testified to. He testified that he was the one holding what's his name, Aaron, when he was dying. He went and got his brother, called his brother to come and get him.

L.S. - I don't know none of them.

B.S. - You don't know him?
L.S. - I don't know none of them. I never seen none of them.

B.S. - OK. You remember Emile Adams? Aaron Jackson you know.

A. 260

L.S. -   I didn't know Aaron Jackson. I didn't know none of them.

B.S. -   You didn't know them?

L.S. -   I didn't know none of them. I had went to Riverside High School with the kid, Toriano Jackson. But I didn't know him personally.

B.S. -   OK. So none of these people, Robert Louis, Freddy Stancil, you don't know any of these guys, and they didn't know you.

L.S. -   No, they never seen me before.

B.S. -   OK. So when this happened, this Sullivan testified that he was over by the Church, you know the Church over there, and he got shot. You weren't at the trial?

L.S. -   I wasn't able to be there. They told me I couldn't go.

B.S. -   Who told you you couldn't be there?

L.S. -   When I came, when I got out of jail here, I went straight across the street, and when I got there, everybody, Robert Bryant. Tino's father was there, his mother, all the family was out there, you know, and I wanted to go in the courtroom, and Tino's father was like 'Don't go in there'. I was like, why not? It was like we don't want you to go in there right now. Like they was hiding mem from someone, so I never got a chance to go in there.

B.S. -   OK. You didn't get to see any of the witnesses or know what went on?

L.S. -   No. I didn't know what was going on.

B.S. -   OK. Alright. So that on that night you told me how you were dressed and you came from...where did you come from?

L.S. -   I came from Montana Street, 122 Montana

B.S. -   Who lives there?

L.S. -   My cousin Shanelle

B.S. -   Your cousin who?

A. 261

Dixon-005919

L.S. - Shanelle Mitchell

B.S. - No kidding? What's that near? Down near Genesee?

L.S. - No, its near Ferry. Its closer to Ferry than Genesee.

B.S. - Near Ferry. OK. And you came from there. What did you do, drive?

L.S. - I was riding a bike.

B.S. - OK. So you drove a bike up there, to the corner. When did you run into Tino?

L.S. - I ran into Tino there at the scene.

B.S. - OK. Alright. And when you ran into Tino, were you there when they had the argument?

L.S. - No, I was there when the only thing as far as I know, you know what I'm saying as far as what was going on was that they had some problems with some kids, and it was like the Tory kid was threatening to do something to Antoine and Mario you know and so I left and I wasn't sure they were going to follow up on their threats or what so I left. I went home and got my joint and I Came back.

B.S. - You went all the way to Montana?

L.S. - Yes. I went to Montana. Montana's not far from Bailey and Delevan.

B.S. - It isn't?

L.S. - If you know the short cuts.

B.S. - I don't know the short cuts. I was just on Montana yesterday.

L.S. - Its not far, you don't see, Bailey and Delevan. You can go down Bailey and hit Scajaqueda, go down, you know what I'm saying, hit Scajaqueda, that one street over, one street down, you can go down Delevan, you hit Northumberland, keep straight down and hit Ferry right there, and hit Montana, its not far, its not far.

B.S. - OK. Now did Tino tell you to go home and get your gun? Or did you just go?

A. 262

L.S. – No. No. I just went home and got my gun cause I wasn't sure if they were going to follow through on their treats or not, and I didn't want anyone...

B.S. – What was the threat?

L.S. – It was like we're going to do something to you, all, so and so and so and so, so I went, man, shit...

B.S. – OK, and did you see? And how many people were there together that were in their gang?

L.S. – In their gang? I really don't know. I know it was a compact. It couldn't have been more than five people

B.S. – And they were making threats?

L.S. – Yeah.

B.S. – What were they mad about? Did you ever find out what they were mad about?

L.S. – I don't know. To this day, people talk about this incident right now, and there are still so many stories going on about that incident. They tell me its over a female. They tell me basically its over a female. They tell me it was a bad drug transaction. But I know it wasn't because Tino never had any dealings with Torian as far as handled any business or drugs or anything.

B.S. – Were Tory and his brother into drugs?

L.S. – Tory, I can't say really speak and say Torian was into drugs. But I know his brother from talking and listening to a lot of people, they say his brother was on drugs.

B.S. – Aaron?

L.S. – Aaron or Fred or whatever. One of them that died before.

B.S. – That's right.

L.S. – They said he died from a heart attack, but the heart attack but the heart attack really came from smoking dope, you know.

B.S. – I gotcha. I gotcha. So anyway, now you get to the

A. 263

|      |   |                                                                 |
|------|---|-----------------------------------------------------------------|
|      |   | corner. You go home and get your piece. You come back. What's Tino doing all this time? |
| L.S. | - | Tino was talking to Tuan. |
| B.S. | - | OK and so now then what happened at that point? |
| L.S. | - | Tino was walking into the store. |
| B.S. | - | Which store? |
| L.S. | - | To Bailey and Delevan. |
| B.S. | - | Which store? The one thats like the Generals? |
| L.S. | - | Not James Greenwald across from Louie's. Its on this side of Delevan. |
| B.S. | - | Like where they have the wall back in there? |
| L.S. | - | Yes a little mall back there. Not the store where the banks at. |
| B.S. | - | OK. |
| L.S. | - | First we all walk to the corner, I sat on the bench, I had my gun up under the thing. Tino walked to the store. He said y'all want some beer, everybody was like, yeah, as soon as he got to the door, opened the door, stepped in cause I was watching him, he stepped in, I don't know who said, somebody said there they go, Tino turned around like this, and he was like, OK, and walked back this way, everything started to happen in slow motion. |
| B.S. | - | Walked back towards which way? |
| L.S. | - | Walked back towards me. |
| B.S. | - | And you were sitting on the corner of Bailey & Delevan, you were really sitting on Delevan. |
| L.S. | - | I'm really sitting on Delevan. |
| B.S. | - | Near Bailey. |
| L.S. | - | Near Bailey. |
| B.S. | - | OK. And Tino walks across the street across Delevan |

A.264

Dixon-005922

and he walks to the store on this corner.

L.S. — No. We're still on Delevan.

B.S. — That's what I'm saying. He's still on Delevan at the corner of Bailey.

L.S. — Yeah, at the corner of Bailey, and somebody said "there they go," so he turns around and walks back towards me. They stopped the car. Mario stood on the curb and was saying something to'em, I don't know what he said, and then Antoine and Leonard, they walked over to where Mario was at and they was all saying something. And then they jumped out of the car.

B.S. — The Jackson boys?

L.S. — The Jackson boys jumped out of the car, I still can't remember how many jumped out of the car, and Mario was fighting them, I heard three shots, pow, pow, pow, and then it dawned on me that it was shots being fired. That's when I reached up under the car, not the car, reached up under the seat and pulled the joint out of the plastic bag and I was like which one is it? which one is it? which one is it? Leonard was like, right here, right here, right here, see, if it wasn't for Leonard, I wasn't familiar, I wouldn't have known who Toriano Jackson was. Leonard was standing on the side.

B.S. — I gotcha, I gotcha.

L.S. — Leonard was standing on the side.

B.S. — Where was, at this point, where was Tino Dixon?

L.S. — Tino had, We wasn't even thinking about Tino. Tino, When everything was over Tino was at his car.

B.S. — OK. Well now was the store open at this point?

L.S. — Yeah, the store was open.

B.S. — And he went in and bought beer?

L.S. — No. He didn't buy the beer.

B.S. — He went in to go buy the beer. I gotcha.

L.S. — To go to the store. But he never even stepped in the

A. 265

Dixon-005923

store. His foot stepped in the door. Then somebody said, "there they go". Then he walked back towards me. But I did see Tino. Tino had walked by me. He was in the middle of the street walking backwards like this looking at everything, and then I asked Leonard, "Which one is it? Which one is it? Which one is it?" And Leonard was like do right here, here you go do right there. Cocked the joint. I started shooting, ba, ba, ba. First I shot three times to spread the crowd cause I didn't really want to shoot and Mario, I don't know what happened to Mario and Taun but I thought I killed Mike Bland, I had seen him walk around the corner. I remember he had on a maroon sweat suit and a baseball cap, and some Nike sneakers, I remember because I had complimented him on the sweatsuit, So I know he had walked around the corner and Tino, I mean, Leonard, was like that's him right there, that's what it was like, so I sprayed in the crowd, everybody dispersed that way, and then that's when I said which one is it, which one is it, and Leonard pointed me to Torian, and I just started shooting, and after everything was over, I put the gun in my coat, and I started running like this and I got to the car, I put my hand on the car, I opened it. Tino was like, nuh-uh nuh-uh, ain't getting into the car, ran back this way three houses, past Mario's house, hopped the gate, hopped the gate, hopped the gate, first I put the gun up, then I chilled for a minute, then everybody was saying Mario's dead, Mario's dead, Mario's dead,

B.S. - Mario was dead?

L.S. - That's what everybody was saying at first. I was like damn, damn, damn. So I hopped on my bike and jetted down Delevan going towards Grider Street, and I just went home.

B.S. - Well, how did they get Tino for that?

L.S. - Cause his car was there. His car was there.

B.S. - You mean to tell me nobody saw that incident?

L.S. - Yeah, people saw it. I just don't understand how they got Tino for it anyway. First of all, I better let you know. How they got Tino for it too. Cause Tino had bought the red car. His white car was at home. He let somebody else drive his white car, and told the person that was driving the white car to bring the car back in

A. 266

Dixon-005924

front of Mario house. Have it back and have it back and have it back at the house by twelve o'clock tomorrow noon. So his car his Cadillac is sitting in front of Mario's house. And the people of the incident was involved with Tino's brothers. OK? So when he go back to get his Cad that next day, they arrested him because Tino never was seen.

B.S. - Yeah, but what I can't understand is, there were people, according to this, who gave testimony that night to the police. They gave statements to the police. John Sullivan gave a statement, Emile Adams gave a statement. How did they get so far off?

L.S. - The reason why they got so far off like that is because there was so much confusion. There was so much confusion. Everybody was running this way. Everybody was running this way. However you explain that. You know as quiet as its kept, they didn't even see Tino running to his car because there was so much confusion.

B.S. - Well why did the police in your opinion feel that Tino was involved at all? Was it merely because he had a white Cadillac sitting there?

L.S. - Because his Caddy was sitting there at that morning. That's all they had to see.

B.S. - Was that Cadillac.

L.S. - Was that white Cadillac. Plus he got a reputation for carrying pistols. He had a reputation for shooting when he get drunk, stuff like that.

B.S. - So nobody actually saw you fire the shot.

L.S. - Nobody actually seen me fire the shots. I had my cap over. They seen me fire the shots. Yes, but they didn't see me.

B.S. - OK. So the guy who testified that he's hiding behind the church. He's hiding. He's gotten shot in the backside or someplace. He gets shot. He doesn't realize it. I guess it was like in his hip or his thigh, and he's watching you shoot Jackson while he's down, he's telling a lie?

L.S. - Yes. He didn't, first, I'm gonna tell you, because there was too many people. OK. The yellow line was

A. 267

Dixon-005925

here. There's another yellow line. Taurian was sprawled across the yellow line. First he was on his knees. Then when I popped in the head, he fell towards the yellow line. And then when I stood over him and pumped the rest of em in him, there was too much confusion, too many cars trying to get away. There was too much confusion. Too many people hollerin an screamin for them to really see me.

B.S. - But wouldn't they say that both people had a gun?

L.S. - Tory had a gun and I had a gun. The police was playin with Tory's gun.

B.S. - Tory had a gun but not Tino.

L.S. - Tino never had a gun.

B.S. - I gotcha. I gotcha.

L.S. - Tino never had a gun at all. Tory had the gun. The police was handling Tory's gun.

B.S. - Did they admit that it was their gun or no?

L.S. - I don't know if they admitted it was their gun or not. but see, and another thing that was wrong, Tory was moved from the spot that I killed him in. He was moved to the parking lot. Now you can't move a person that he has 18 or 20 bullets in his body. You cannot pick him up and move him to another spot. That's how he died like that. He died from internal bleeding and multiple bullet wounds. But he died really from being moved.

B.S. - Who picked him up, do you know?

L.S. - I think it was John Sullivan that picked him up.

B.S. - I see. OK. Because John said he had him resting on his lap.

L.S. - It was John Sullivan that picked him up, cause he was not supposed to be moved. So it was like, first, nobody never even seen me first because when I came up from under the seat with the gun and I took it out of the bag, ain't nobody never seen nothing.

B.S. - Well, when somebody asked you about this incident, somebody asked you about it, did you tell them the same

A. 268

Dixon-005926

thing you told me?

L.S. - Yeah. Yeah. Yeah.

B.S. - What did they say? How come they did never bring, cause over here it said something about Tory, I mean Tino always getting somebody else to take the rap for him.

L.S. - No. No. See, Tino wasn't trying to get me to take the rap for him. What it was, I did it. But Ok. They arrested Tino. OK. I'm like damn, what's going to happen? So I went and turned myself in and I told them what happened. You know. We went to Central Booking. I told them what happened, and they told me they was like you going to come down here and lie, you want to be a trooper for the Dixon family, the next time get your lies straight. And I looked at him, like what is he talking about? Ain't nobody in their right mind really going to come down here and turn hisself in for a murder. Evidently, I had to do it. I'm coming down here and turnin myself in, and I told you what's going on and everything. You know what I'm saying?

B.S. - OK. You never went down to police headquarters and made a statement.

L.S. - Yeah.

B.S. - You went down ...

L.S. - Me and Leonard went down.

B.S. - And you made a statement and they said they didn't believe you.

L.S. - Yeah, they said they didn't believe me. It was like get the fuck out of here. We don't believe you. Then they watched some videotapes because I turned myself into the news. So they watched the videotapes and kept seeing Tino's father's face on the video...they was like who is this guy?

B.S. - I gotcha. I gotcha.

L.S. - So I was like I said that's Tino's father. They was like, Oh. So now we get it. Oh that's Tino's father. He came and got you. Gave you some money and said come down here and testify. I said they didn't give me no damn money.

A. 269

Dixon-005927

B.S. - How much money is it worth? He hasn't got that much. Right?

L.S. - What you talkin about?' That's what a lot of people were saying. Tino paid you off to say so and so, so and so, to take the rap, this and that, you know, startin to get to me.

B.S. - OK. Alright. Now. Let me, let me, put it to you straight. If when I call you to testify in this case, are you going to tell them the same thing you told me without a doubt?

L.S. - Yeah. Yeah.

B.S. - You've told me the whole truth, right?

L.S. - Yeah.

I made this statement to Attorney Barbara M. Sims. It is true, I made this statement so she can use it as the basis of a Motion to Reverse the Conviction of Valentino Dixon because he did not shoot Toriano Jackson.

*Lamarr Scott*
LAMARR SCOTT

Signed and sworn to before me this 15th day of January 1994

*Antoine Polgar*
Antoine J. Polgar
Commissioner of Deeds
Qualified in City of Buffalo
Commission Expires 12/31/94

A-270

Dixon-005928