# EXHIBIT 21

Audio Recording
Personally Served on the Court on 2/15/24