# EXHIBIT 31

8\10\91;MILITELL DONO N; DIXON WAS ARREST THIS ATE FOR THE SHOOTING (HOMICIDE) OF , OUTSIDE LOUIES HOT DOG STAND THIS DATE.
7\22\91; DOYLE/STRIECHER; OFFICERS STOPPED VALENTINO DIXON AND A ARNICE HENNINGS THIS DATE, DIXON WAS DRIVING A WHITE, 76 CADILLAC, N.Y. REG. B3X-729, REGISTERED TO A DOLORES J. HENRY-GRANDMOTHER OF DIXON.
6\17\91;MILITELLO/DONOVAN; OFFICERS REC'D INFO THAT DIXON HAS OPENED A NEW HOUSE AT 154 BERKSHIRE IN PCT. 16. IT IS BELIEVED THAT CABS PULL UP ALL DAY AND LEAVE WITHOUT FARES.
5\22\91;PACE/MILLER; DIXON WAS STOPPED THIS DATE AT GOODYEAR AND BISSEL, IN A GREEN MERCEDES, N.Y. REG. 8EM-277. ALSO IN THE VEHICLE WAS A DIONNE L. STEWARD OF 86 STEVENS, AND A EDWARD D. MCCLOUD OF 1307 SYCAMORE ST.
5\14\91;DOYLE/STREICHER; IT IS KNOWN THAT DIXON IS OR WAS DEALING AT 1575 GENESEE, UPPER FLAT. NO FURTHER INFORMATION IS AVAILABLE.
2\18\91;TIS/MIN; DIXON IS NOW BELIEVED TO BE LIVING AT 368 KOONS WHERE HIS AUNT IS KNOWN TO RESIDE.
1\31\91;TIS/MIN; ON OR ABOUT THIS DATE DIXON AND DAVID JONES WERE SPOTTED IN A 91 SUBARU NY REG. LAM-774, OUTSIDE OF 57 BISSELL. CAR IS OWNED BY A SHELLY HAWKINS.
1\31\91;BAR/DER; ON OR ABOUT THIS DATE THE NARCOTICS SECTION INFORMED BAR/DER THAT DIXON WAS ARRESTED WITH 1.5 OUNCES OF COCAINE AND A LOADED SHOTGUN, ATF STATES THAT THEY WILL PROSECUTE ON THE WEAPON.
MMMMMMMMMMMMMMMMMMMMMMM Line : 1 Col : 1 MMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMINS

F4Block F10Save

NEW HOUSE AT 154 BERKSHIRE IN PCT. 16. IT IS BELIEVED THAT CABS PULL UP ALL DAY AND LEAVE WITHOUT FARES.
5\22\91;PACE/MILLER; DIXON WAS STOPPED THIS DATE AT GOODYEAR AND BISSEL, IN A GREEN MERCEDES, N.Y. REG. 8EM-277. ALSO IN THE VEHICLE WAS A DIONNE L. STEWARD OF 86 STEVENS, AND A EDWARD D. MCCLOUD OF 1307 SYCAMORE ST.
5\14\91;DOYLE/STREICHER; IT IS KNOWN THAT DIXON IS OR WAS DEALING AT 1575 GENESEE, UPPER FLAT. NO FURTHER INFORMATION IS AVAILABLE.
2\18\91;TIS/MIN; DIXON IS NOW BELIEVED TO BE LIVING AT 368 KOONS WHERE HIS AUNT IS KNOWN TO RESIDE.
1\31\91;TIS/MIN; ON OR ABOUT THIS DATE DIXON AND DAVID JONES WERE SPOTTED IN A 91 SUBARU NY REG. LAM-774, OUTSIDE OF 57 BISSELL. CAR IS OWNED BY A SHELLY HAWKINS.
1\31\91;BAR/DER; ON OR ABOUT THIS DATE THE NARCOTICS SECTION INFORMED BAR/DER THAT DIXON WAS ARRESTED WITH 1.5 OUNCES OF COCAINE AND A LOADED SHOTGUN, ATF STATES THAT THEY WILL PROSECUTE ON THE WEAPON.
110790 SAR- DIXON ARRESTED UNDER THE NAME OF "SHAWN ANDERSON" DCJS FILED UNDER THIS NAME. ASSOCIATED WITH STEVE AUSTIN AND RODNEY COLE.COUSIN IS DONALD HENNINGS. DIXONS GIRLFRIEND'S HOUSE WAS ROBBED BY THE MILLS BROTHERS(THEY ARE WANTED FOR THE SAME) ROBBERY WAS DRUG RELATED. AS OF 11/10/90, DIXON WAS BAILED OUT IN RELATION TO SHOOTING OF TONY WRIGHT.
MMMMMMMMMMMMMMMMMMMMMMM Line : 23 Col : 1 MMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMINS

F4Block F10Save

RECORD DATE: 11/06/1990 MASTER ENTRY FORM - BUFFALO P.D. UPDATED :11/06/1990
ZZZZZZZZZZZZZZZZZZZZZZZZZZZZZZZZZ

DATE SPOTTED: PROJECT NAME: BLACK O/C

NAME: DIXON , VALENTINO AKA: "TINO " CRIME STATUS:G.Y.C. GROUP

ADR: 61 ROUNDS
BUFFALO , NY
PH: ( )

MUG: 172430
DCJS:
FBI:
NCIC: 6375891Q

DOB: 05/14/1970 CITZ: US
SSN: 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
RACE/SEX: BM
HEIGHT: 511
WEIGHT: 160
HAIR: BK
EYES: BN
SCARS/TATOOS:
EMPLOYED BY: STUDENT

REMARKS: 8\10\91;MILITELLO/DONOVAN; DIXON WAS ARRESTED THIS DATE FOR THE SHOOT
IMMMMMASSOCIATE(S) OF SUBJECTMMMMMMM;IMMMMMM VEHICLES LINKED TO SUBJECT MMMMM;
:ASSOC: , ::VEHICLES:NY/BEM-277 / /MERCED/GRN :
:DOB: SSN: :: OWNER:DIXON , Valentino :
:ADR: :: ASSOC:DIXON , Valentino :
: , PN:( ) ::OWNER ADR: Rounds / Buffalo :
HMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMM<HMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMM<
VIEWMMMMemoMMMMMMMMMMMMMMM Record : 161 MMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMMAM

Change Enter Browse Find Index MainMenu Options