# EXHIBIT 35

# PRISONER RETURN ORDER

FROM: __Cayuga_____ Din # 9AB2722
           Institution         State or Federal

Name of Defendant: __Lamarr Scott__

Date of Birth: __09.19.72__

Indictment/Docket #: __91-1476__

Date of ~~Indictment~~ Sentence __11.09.94__

Crimes of Conviction ~~Indictment Charges~~:
__Attempted murder 2nd, Robbery 1st,__
__Assault 1st, Attempted robbery 1st__

Reason for return __Sentencing__
                    (Proceeding)

To: __County_____ PART: __18__
   Supreme, County, City, Town or Village Courts

Date of Return: __11.29.18__   TIME: __930__

NAME OF JUDGE TO SIGN
ORDER IF OTHER THAN
SPECIAL TERM: __Eagan__

Date Institution Checked: __10.11.18__

REQUESTED BY: __Heraty__
              Name of ADA

DATED: __10.11.18__

**NOTE**:
**48 HOURS** from ECCF
**10 WORKING DAYS** from State Facility outside of Erie County
**5 DAYS** from County Facility outside Erie County

**COE004265**