# EXHIBIT 38



COE002179