# EXHIBIT 39



COE003227