# EXHIBIT 44

To: CVB xo
Date: 6/9  Time: 10  ☒ AM / ☐ PM

**WHILE YOU WERE OUT**

M: John Sullivan
of:
Phone ( ) 835-9353

| | |
|---|---|
| TELEPHONED | PLEASE CALL ✗ |
| CALLED TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | URGENT |
| RETURNED YOUR CALL | |

Message: ASAP!

Operator:

OFFICIAL         COE002278  00900