EXHIBIT 45

_Billing_

**IMPORTANT MESSAGE**

TO _____
DATE 6/9/92 ___ TIME 12:00 A.M. P.M.

**WHILE YOU WERE OUT**

M _Sullivan, John_
OF _____ 835-9353
Area Code & Exchange __ 835-935

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CALLED TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | URGENT | |
| | RETURNED YOUR CALL | | |

Message _____
_____
_____
_____

Operator _____

s/c/m    COE002277