# EXHIBIT 46

To CJB 20
Date 6/9 Time 4 ☐ AM ☒ PM

**WHILE YOU WERE OUT**

M John Sullivan
of
Phone ( )

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CALLED TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | URGENT | |
| RETURNED YOUR CALL | | | |

Message Son going back to Georgia — not going to testify under the circumstances. very disgusted. (Then he hung up) before I could say anything

Operator
OFFICIAL 00900

COE002171