# EXHIBIT 48

```
STATE OF NEW YORK
COUNTY COURT  :  COUNTY OF ERIE
```

* * * * * * * * * * * * * * * * * *

THE PEOPLE OF THE STATE OF NEW YORK

        -vs-
    VALENTINO DIXON,
        Defendant      AFFIDAVIT AND CERTIFICATE

  JOHN A. SULLIVAN III,      Indictment No. 91-1476-001
       Witness

* * * * * * * * * * * * * * * * * *

```
STATE OF NEW YORK  )
COUNTY OF ERIE     ) SS:
CITY OF BUFFALO    )
```

      CHRISTOPHER J. BELLING, being duly sworn, deposes and says:

      1. That he is an Assistant District attorney appearing of counsel to KEVIN M. DILLON, District Attorney of Erie County, on behalf of the People of the State of New York.

      2. That he is assigned to the prosecution of the above-captioned indictment.

      3. That he is fully familiar with the facts and circumstances surrounding the investigation of the August 10, 1991 homicide of Torriano Jackson, the shooting of Aaron Jackson, and the shooting of John A. Sullivan III, which occurred in the City of Buffalo, New York in the vicinity of Bailey and East Delavan Avenues.

      4. That the above-captioned defendant, Valentino Dixon, was indicted by an Erie County Grand Jury on January 30, 1992 and

charged with two counts of Murder in the Second Degree, Attempted Murder in the Second Degree, three counts of Assault in the First Degree, Assault in the Second Degree, Assault in the Third Degree, Criminal Possession of a Weapon in the Second Degree, and Criminal Possession of a Weapon in the Fourth Degree.

5. That John A. Sullivan III is a necessary and critical witness in regard to the successful prosecution of this indictment (see statement of John A. Sullivan III attached).

6. That jury selection is scheduled to begin in the Superior Court trial of Valentino Dixon on this indictment on **June 8, 1992.**

7. That your deponent has received information that John A. Sullivan III is presently in custody in the DeKalb County Jail in Decatur, Georgia.

8. That the People's case would be substantially and materially weakened should John A. Sullivan III not be available to give testimony.

9. That the Erie County District Attorney's Office is prepared to furnish round-trip airplane transportation via commercial airline for John A. Sullivan III and two District Attorney's investigators to escort him from DeKalb County, Georgia, to Buffalo for a period of approximately one week during which his testimony will be needed in Erie County Court.

WHEREFORE, the People pray that this Court issue a Certificate pursuant to Criminal Procedure Law 650.20 requesting

that an appropriate Judge or Court of the State of Georgia issue appropriate process or order (Writ of Habeas Corpus Ad Prosequendum) transferring custody of the said John A. Sullivan III from DeKalb County, Georgia to Erie County District Attorney's Office investigators and/or the Erie County Sheriff, State of New York, so that the said John A. Sullivan III may be brought to Buffalo, New York, to give testimony at the trial of the above-captioned indictment.

                                                 _____
                                                             CHRISTOPHER J. BELLING

Sworn to before me this
20th day of May, 1992.

_____
Notary Public, State of New York
Qualified in Erie County
My commission expires  11/24/92  .

COE002154