# EXHIBIT 49

DISTRICT ATTORNEY

92 JUN 10 AM 9: 35



At a Trial Term of the County Court held in and for the County of Erie at the Erie County Courthouse in the City of Buffalo, New York, on the 21 day of May, 1992.

PRESENT: HON. MICHAEL L. D'AMICO, J.C.C.

STATE OF NEW YORK
COUNTY COURT : COUNTY OF ERIE

* * * * * * * * * * * * * * * * *

THE PEOPLE OF THE STATE OF NEW YORK

-vs-

      VALENTINO DIXON,      Indictment No. 91-1476-001
          Defendant

      JOHN A. SULLIVAN III,
          Witness

* * * * * * * * * * * * * * * * *

IN THE MATTER of the application of the People of the State of New York to have John A. Sullivan III, a witness now confined in the State of Georgia (DeKalb County) transferred to the custody of the Erie County District Attorney's Office and/or the Erie County Sheriff for purposes of his appearance as a witness in the trial in New York State of the indictment entitled People of the State of New York v. Valentine Dixon, Indictment No. 91-1476-001.

This is to certify that on May 21ˢᵗ, 1992, this Court reviewed an affidavit submitted by CHRISTOPHER J. BELLING, Chief Assistant District Attorney in charge of the Homicide Bureau in the Erie County District Attorney's Office, which affidavit

COE002149

established before this Court that a prosecution for the offense of Murder in the Second Degree and other charges is currently pending in Erie County in regard to the above-captioned defendant, Valentino Dixon, and that the attendance of John A. Sullivan III as a witness at the trial of this indictment is required for a period of approximately one week at some point in time after the commencement of jury selection on June 8, 1992.

It is recommended that the Superior Court of DeKalb County, State of Georgia, issue a Write of Habeas Corpus Ad Prosequendum or other appropriate order or process of the Superior Court of the State of Georgia directing that said John A. Sullivan III be released from the custody of the DeKalb County Jail and transferred to the custody of the Erie County District Attorney's Office and/or the Erie County Sheriff to appear in Erie County Court, City of Buffalo, State of New York on or about the 8th of June, 1992 or as soon thereafter as he is available.

ENTER.

_____
HON. MICHAEL L. D'AMICO, J.C.C.

GRANTED: This 21ST day of May, 1992.

_____
Court Clerk

UNITED STATES OF AMERICA )
STATE OF NEW YORK        )
COUNTY OF ERIE           )

I, DAVID J. SWARTS, Clerk of said County, and also Clerk of the Supreme and County Courts in and for said County, (the said

courts of record), do hereby certify that the HON. MICHAEL L. D'AMICO, J.C.C., whose name is subscribed to the annexed and foregoing Certificate, was at the time of signing thereof, and now is, a Judge of the Erie County Court, State of New York, duly elected, commissioned and qualified and that said signature is genuine and further that he is the presiding Magistrate at the trial term of County Court on the date aforesaid.



IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED THE SEAL OF SAID COUNTY AND COURTS AT BUFFALO, NEW YORK, THIS 21 ST DAY OF MAY, 1992.

DAVID J. SWARTS by MARK H. ADRIAN
CLERK OF THE COUNTY OF ERIE

DEPUTY