# EXHIBIT 50

5/18/92   T/C from John Sullivan Jr.

$50,000 bail

watching porno movies w/ girl & then

DeKalb County ~~DA~~ Solicitor   1-404-371-2201

---

Dr. LaDuca   Mon mornings (AM) Tues & Wed (PM) are bad

— ECMC — Dept of Surgery
  DK Miller Bldg.

---

— Andy Lohn, Asst County Solicitor — handles misdemeanors simple battery w/ Solicitor case was closed out

DA has rape case pending    $50,000 bond pending GJ.

Christy Liss    1-404-371-2561
                        2587

COE002129

5/18/92
- Will probably be indicted in next 2 weeks
- arraignment within one month
- 15 yr. old girl who knows △ is the victim — ADA has not talked to her yet.

ADA John Petrey    556 N. McDonough St.
                   Decateur Ga 30030

5/19/92   850 AM T/C to J.P. — N1OWCB
- claimed held hostage & raped

Re: Pv. John A. Sullivan III

6/1/92   T/C to Christy Liss

Greg Gianelli

Greg Lohmeier — ADA tomorrow
@ 11 Am on 6/3/92 is leaving he will call after & let me know

COE002130