# EXHIBIT 54



**COUNTY OF ERIE**
OFFICE OF THE
**DISTRICT ATTORNEY**

**KEVIN M. DILLON**
DISTRICT ATTORNEY

June 2, 1992

TELEPHONE
716-858-2424
FAX 716-858-7425

*AIRBORNE EXPRESS*
*Cont. #073141*

Mr Emil "Lucky" Adams
3726 Souderton Drive
Saginaw Michigan  48601

RE: People v. Valentino Dixon
Indictment No. 91-1476-001

Dear Mr. Adams:

Although, as you can see, I have your new address I have
no telephone number and therefore no way of contacting you with
any degree of immediacy.  I anticipate that you will be needed to
testify in Buffalo on the 9th, 10th or 11th of June.

Therefore please contact me immediately upon receipt of
this letter so that I may verify a means of contacting you with
some degree of reliability and arrange for your attendance at the
trial.

During office hours contact me at the District
Attorney's Office, 716-858-2424 or 858-2414.  After hours contact
me at home, 716-833-9221.

Thank you for your anticipated cooperation.

Very truly yours,

KEVIN M. DILLON
DISTRICT ATTORNEY

BY:  CHRISTOPHER J. BELLING
Chief Assistant District Attorney
Homicide Bureau

CJB:mb

Copy to:  Ms Shirley Adams
3726 Souderton Drive
Saginaw Michigan  48601
and
Ms Shirley Adams
c/o 65 Hastings Avenue
Buffalo NY  14215

25 DELAWARE AVENUE, BUFFALO, NEW YORK 14202    **COE001766**