# EXHIBIT 55



# COUNTY OF ERIE
### OFFICE OF THE
## DISTRICT ATTORNEY

KEVIN M. DILLON
DISTRICT ATTORNEY

May 11, 1992

TELEPHONE
716-858-2424
FAX 716-858-7425

Mr Emil "Lucky" Adams
4136 Nancy Drive
Saginaw Michigan  48601

        RE:  People v. Valentino Dixon
              Indictment No. 91-1476-001

Dear Mr. Adams:

    Please be advised that trial of the above-captioned indictment has been scheduled to start with jury selection on June 8, 1992 in County Court, Part 1.

    As you know, you are a crucial witness in regard to this case. Please contact me immediately upon receipt of this letter so that I may verify your current whereabouts as well as make appropriate arrangements for your attendance at the trial.

    Thank you for your anticipated cooperation.

        Very truly yours,

        KEVIN M. DILLON
        DISTRICT ATTORNEY

BY:  CHRISTOPHER J. BELLING
     Chief Assistant District Attorney
     Homicide Bureau

CJB:mb

cc:  Ms Sheila Adams
     c/o 65 Hastings Avenue
     Buffalo NY 14215

**COE001753**