# EXHIBIT 56

# Prisoner faces two counts of murder

**By CHARLES ANZALONE**
*News Staff Reporting*

A 22-year-old Buffalo man serving a prison term for a drive-by shooting was indicted Tuesday by an Erie County grand jury for killing another man on a street corner last August.

Valentino Dixon, formerly of 61 Rounds Ave., will be arraigned today before State Supreme Court Justice Mario D. Rossetti. He was indicted on two counts of murder, attempted murder, several assault charges and criminal possession of a weapon.

Dixon allegedly fired 30 rounds from a machine gun into a group of people arguing at Bailey and East Delavan Avenue on Aug. 10, according to law enforcement officials.

Killed in the gunfire was Torriano Jackson, 17, of Buffalo. The shots also wounded Jackson's brother Aaron, 20; John A. Sullivan III, 17, and Mario D. Jarmon, 20, a friend of Dixon's.

The shooting started when Torriano Jackson and Jarmon got into a fist fight, according to prosecutors.

Jarmon and Leonard D. Brown, 21, Dixon's half-brother, were each charged with four counts of perjury. They are accused of falsely implicating another man in the shooting during their testimony before the grand jury.

The two were arraigned Feb. 14 before Rossetti on sealed indictments. Both were released on $5,000 bail after pleading not guilty.

Dixon is now serving up to 10 years in prison after pleading guilty in June to an April 1990 drive-by shooting on French Street and the November 1990 firing of a weapon from a second-story window on Moselle Street. One man was slightly wounded in the Moselle incident. No one was hurt in the other one.

COE002738