# EXHIBIT 57

# NEWS ANNOUNCEMENT

**COUNTY OF ERIE**
**DISTRICT ATTORNEY'S OFFICE**



**KEVIN M. DILLON**
**DISTRICT ATTORNEY**

NEWS  NEWS  NEWS  NEWS  NEWS  NEWS  NEWS  NEWS  NEWS  NEWS  NEWS  NEWS

FEBRUARY 18, 1992         **FOR IMMEDIATE RELEASE**

    ERIE COUNTY DISTRICT ATTORNEY KEVIN M. DILLON TODAY ANNOUNCED THAT AN ERIE COUNTY GRAND JURY HANDED UP AN INDICTMENT AGAINST VALENTINO DIXON, AGE 22, CHARGING HIM IN THE AUGUST 10, 1991 MURDER OF TORRIANO JACKSON.

    DIXON, A SENTENCED STATE PRISONER, FORMERLY OF 61 ROUNDS AVENUE, BUFFALO, IS CHARGED WITH TWO COUNTS OF MURDER IN THE SECOND DEGREE, ATTEMPTED MURDER IN THE SECOND DEGREE, THREE COUNTS OF ASSAULT IN THE FIRST DEGREE, ASSAULT IN THE SECOND DEGREE, ASSAULT IN THE THIRD DEGREE, CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE AND CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE.

    ON AUGUST 10, 1991, AT APPROXIMATELY 1:30 A.M., DIXON ARRIVED AT BAILEY AND EAST DELAVAN AVENUE, THE SCENE OF A DISPUTE AMONG A GROUP OF PEOPLE. THE DISPUTE ERUPTED INTO A FIST FIGHT BETWEEN TORRIANO JACKSON AND MARIO D. JARMON, A FRIEND OF DIXON'S. DIXON ALLEGEDLY FIRED APPROXIMATELY 30 ROUNDS FROM A MACHINE GUN, KILLING JACKSON AND WOUNDING THREE OTHERS.

    TWO OF THE MEN INVOLVED IN THE DISPUTE, MARIO D. JARMON, AGE 20, AND LEONARD R. BROWN, AGE 21, DIXON'S HALF-BROTHER, WERE EACH CHARGED IN CONCURRENT INDICTMENTS WITH FOUR COUNTS OF PERJURY IN THE FIRST DEGREE. THEY ARE ACCUSED OF FALSELY IMPLICATING ANOTHER INDIVIDUAL IN THE SHOOTING DURING THEIR GRAND JURY TESTIMONY. PERJURY IN THE FIRST DEGREE IS CLASSIFIED AS A "D" FELONY, AND PUNISHABLE BY UP TO SEVEN YEARS IN PRISON.

    THE TWO WERE ARRAIGNED ON THE PREVIOUSLY SEALED INDICTMENTS ON FEBRUARY 14, 1992 BEFORE THE HON. MARIO ROSSETTI. BOTH ARE RELEASED ON $5,000 BAIL. DIXON'S ARRAIGNMENT ON THE MURDER CHARGES IS SCHEDULED FOR FEBRUARY 19, 1992 BEFORE THE HON. MARIO D. ROSSETTI, J.S.C IN SUPREME COURT PART 15.