# EXHIBIT 59

I Pamela Yates - Admitted that LAMARR Scott did sit in my house in the company of me Pamela Yates, Kent Newman, Esther Yates, Howard Hampton At 86-A-Donovan Dr And admitted to us that he Killed Torri Jackson. And I Pamela Yates was willing to testify to this but no one call me to testify And LAMARR Scott stayed with me A 86-A-Donovan From 8-10-91 to 8-22-91. Because he was Affaird of the Police that they were going to Kill him. Because LAMARR Scott said he was going to tell them that he did the Killing + tell the true

12-10-97
Pamela Yates

Subscribed + Sworn to before me this 15 December, 1997
Alexander Reilly

ALEXANDER REILLY III
Notary Public, State of New York
Qualified in Erie County
My Commission Expires May 31, 1999

A.129

Dixon-005183