# EXHIBIT 60

# AFFIDAVIT

STATE OF NEW YORK)
COUNTY OF WYOMING)    ss.:

I, LAMARR SCOTT, being first duly sworn, depose and say that:

1. I am 18 years of age or older, and am currently incarcerated in the Attica Correctional Facility, located at P.O. Box 149, Attica, N.Y. 14011-0149.

2. I testified before an Erie County Grand Jury on January 13, 1992. I gave perjured testimony at that time. I did this when I told the Grand Jury that Valentino Dixon committed a shooting in Buffalo on August 10, 1991, and said that Valentino's father coached or persuaded me into confessing to the police. Those statements were lies, as was just about everything else I told the Grand Jury on that day.

3. My original confession to the police was the truth, and I was fully aware that I could receive a prison sentence as high as 25 years to life at the time I confessed. I have had more than one brush with the law in the past, and was no where near as ignorant as I led the Grand Jury to believe in that regards.

4. The reason why I perjured myself before the Grand Jury is because, in my mind, my life and the lives of my family were in jeopardy from the Buffalo Police Department and the District Attorney's Office if I did not testify the way I did. My parents and Joseph Terranova were present when I testified before the Grand Jury.

*Lamarr Scott*

Subscribed and sworn before me this
31st day of JANUARY, 1998.

*Christopher J. Skomski*

CHRISTOPHER J. SKOMSKI
NOTARY PUBLIC STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
MY COMMISSION EXPIRES SEPT. 14, 19 98

A. 271

Dixon-005930