# EXHIBIT 62



UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NEW YORK

---

VALENTINO DIXON,
                Petitioner

v

JAMES T. CONWAY,
                Respondent

---

05-CV-0208E

---

GRAND JURY TESTIMONY

## TABLE OF CONTENTS

                                              Page

November 6, 1991

    Aaron Jackson .............................   3

    John Sullivan .............................  20

    Travis Powell .............................  31


November 20, 1991

    Michael Bland .............................   2

January 13, 1992

    Mario Jarmon ..............................   2

    James R. Diegleman ........................  15

    Leonard Brown .............................  21

    Lamarr Scott ..............................  56

    Emil Adams ................................  74

    Freddy Stancil ............................  83

    Robert Lewis ..............................  90

January 13, 1992

```
 1
 2         91-1476
           1/13/92
 3         12:13 PM
           CLW
 4

 5
 6              F R E D D Y   S T A N C I L,  J R, sworn,
 7         testified:
 8
 9         BY MR. BELLING:
10    Q.   State your name and spell your last name for the
11         stenographer, please?
12    A.   Freddy Stancil, S- T- A- N- C- I- L.
13    Q.   Are you Freddy Stancil, Jr?
14    A.   Yes, I am.
15    Q.   What is your home address and telephone number?
16    A.   123 Elmer, E- L- M- E- R, 833- 1610.
17    Q.   You still working at Rich Products, Freddy?
18    A.   Yes, I do.
19    Q.   What department do you work there?
20    A.   Security.
21    Q.   Now, I want to call your attention back to
22         August the 10th of 1991.  Did you have occasion
23         in the early morning hours of that day to be in
```

| | | |
|---|---|---|
| 1 | | the vicinity of Louie's Texas Hots at the corner |
| 2 | | of Bailey and Delavan? |
| 3 | A. | It was more towards the evening, yeah. |
| 4 | Q. | It was like nighttime, somewhere give or take a |
| 5. | | couple of hours from midnight, right? |
| 6 | A. | Yeah. |
| 7 | Q. | Now, were you there when a shooting took place? |
| 8 | A. | Yes, I was. |
| 9 | Q. | Who did you go there with? |
| 10 | A. | It was me, Robert Lewis and Rabbit. |
| 11 | Q. | Rabbit's real name is John Sullivan, isn't it? |
| 12 | A. | Yes, it is. |
| 13 | Q. | Rabbit got wounded in the shooting, didn't he? |
| 14 | A. | Yes, he did. |
| 15 | Q. | I want you to tell the Grand Jury what you |
| 16 | | remember about the events which you saw which |
| 17 | | ended in the shooting of Rabbit and some other |
| 18 | | people. |
| 19 | A. | We were sitting in Louie's parking lot, me, |
| 20 | | Robert and Rabbit in my truck. Aaron, Torri and |
| 21 | | Travis pulled up on the side of us. |
| 22 | Q. | Let me stop you. This is Travis Powell, Aaron |
| 23 | | and Torri Jackson? |

```
 1    A.   Yes, sir.
 2    Q.   They pulled up in what?
 3    A.   In a yellow -- I don't know the name of the
 4         car -- yellow car.
 5    Q.   Little yellow car?
 6    A.   Yeah.
 7    Q.   Okay.
 8    A.   At that point in time they got out and told us
 9         you know a couple guys had threatened them or
10         they was about to fight.  We got out to see what
11         was going on.  At that point in time me and
12         Robert noticed it was Mario.
13    Q.   Mario that they wanted to fight with?
14    A.   Yeah.
15    Q.   Okay.
16    A.   So by us knowing Mario and knowing Aaron and
17         Torri we broke up the fight.  We tried to
18         separate them.  At that point in time and I
19         won't put a timeframe on it, a guy came running
20         up from towards Olympic coming towards Suffolk.
21    Q.   Also coming towards Bailey?
22    A.   Yeah, coming towards Bailey.
23    Q.   Okay.
```

```
 1    A.    Came running up with a gun and screamed what the
 2          fuck you all going to do now and started
 3          shooting.
 4    Q.    Now, the guy that had the gun, did you get a
 5          good enough look at him that you were able to
 6          identify him?
 7    A.    No, I didn't.  It happened so fast.  No, I
 8          didn't.
 9    Q.    Describe what the guy with the gun did after he
10          said that?
11    A.    He began shooting, commenced shooting and then
12          he, you know, at that point in time, you know,
13          I mean you're sitting there and nervous.  My
14          first impulse was to get around the corner
15          and get into the store and try to call the
16          police.
17    Q.    Now, immediately before this guy showed up
18          and started shooting, did you ever see
19          either Aaron or Torri Jackson armed with
20          any weapons?
21    A.    No, I didn't.
22    Q.    And did you see either Aaron or Torri Jackson
23          get shot and fall down?
```

| | | |
|---|---|---|
| 1 | A. | As a matter of fact I did.  I saw Torri get shot |
| 2 | | and fall down. |
| 3 | Q. | When he fell down, where did he land? |
| 4 | A. | Right in the middle of the street. |
| 5 | Q. | Did the guy with the gun come up on him when he |
| 6 | | was down? |
| 7 | A. | I don't know.  At that point in time I was |
| 8 | | turning the corner and getting into the |
| 9 | | store. |
| 10 | Q. | And did you ever see Aaron wounded or what |
| 11 | | happened to him? |
| 12 | A. | Well, as I came, you know, after we called |
| 13 | | the police and like that there when the |
| 14 | | police got there, that's when I saw Aaron |
| 15 | | laying down. |
| 16 | Q. | How about Rabbit, did you ever know that he got |
| 17 | | shot? |
| 18 | A. | Yeah, but he made it known to me that he got |
| 19 | | shot in the leg. |
| 20 | Q. | Did you see where he was when he got shot? |
| 21 | A. | I sure didn't. |
| 22 | Q. | Okay. |
| 23 | | MR. BELLING:         Anybody have any questions |

```
 1              for Freddy?
 2              BY MR. BELLING:
 3         Q.   Can you describe the gun in any way for us?
 4         A.   Um, gun was about -- I would say about that big.
 5         Q.   You're showing about two and a half feet there
 6              maybe?
 7         A.   Yeah.
 8         Q.   Okay.
 9         A.   And it was an automatic weapon. That's all I
10              could tell you.
11         Q.   Were you in the Service?
12         A.   No, I wasn't.
13         Q.   How do you know it was automatic?
14         A.   Because of the fact that most guns you have
15              to -- well, revolver, whatever, you have to
16              click the --
17         Q.   Keep pulling the trigger?
18         A.   This gun, it just fired continuously.
19         Q.   It was real fast?
20         A.   Yeah.
21         Q.   Bd'rrrr, real fast? I don't know how the
22              stenographer is going to take that down. The
23              shots were in rapid sucession?
```

1  A.  Yes.
2  Q.  Faster than anyone could pull the trigger?
3  A.  Yeah.
4      MR. BELLING:  Any other questions?  Thank
5      you.

6
7                    *    *    *
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23