# EXHIBIT 63



UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NEW YORK

---

VALENTINO DIXON,

                Petitioner

v

JAMES T. CONWAY,

                Respondent

---

05-CV-0208E

---

GRAND JURY TESTIMONY

## TABLE OF CONTENTS

|  | Page |
|---|---|
| **November 6, 1991** | |
| Aaron Jackson | 3 |
| John Sullivan | 20 |
| Travis Powell | 31 |
| **November 20, 1991** | |
| Michael Bland | 2 |
| **January 13, 1992** | |
| Mario Jarmon | 2 |
| James R. Diegleman | 15 |
| Leonard Brown | 21 |
| Lamarr Scott | 56 |
| Emil Adams | 74 |
| Freddy Stancil | 83 |
| Robert Lewis | 90 |

November 6, 1991

```
1     91-1476
      11/6/91
2     3:20 P.M.
      GPH
3

4            T R A V I S    P O W E L L, sworn, testified:

5

6     BY MR. BELLING:

7  Q. Okay. Would you state your name and spell your
8     last name for the stenographer please?
9  A. Travis Powell. P-O-W-E-L-L.
10 Q. And your home address and telephone number
11    Travis?
12 A. 46 Poultney. 837-0802.
13 Q. And you're currently away at school, is that
14    correct?
15 A. Yes.
16 Q. And what's your college address?
17 A. Cazenovia, New York. 13035.
18 Q. Okay. And you gave me a post office box
19    earlier, correct?
20 A. PO Box 1769.
21 Q. Now Travis, you know a fellow by the name of
22    Aaron Jackson?
23 A. Yes.
```

31

| | | |
|---|---|---|
| 1 | Q. | And, you know his late brother Torriano Jackson? |
| 2 | A. | Yes. |
| 3 | Q. | I want to call your attention to the early morning hours of August the 10th, 1991. Did you have occasion to be with Aaron Jackson in the vicinity of Delavan and Bailey? |
| 7 | A. | Yes. |
| 8 | Q. | What were you doing there at that point in time? |
| 10 | A. | At that time we had pulled into Louie's. I was going to get something to eat. |
| 12 | Q. | Okay. Did you ever have to go get cigarettes at the mini mall? |
| 14 | A. | Yes. Earlier in the day. |
| 15 | Q. | So this is the second trip you're talking about? |
| 16 | A. | Right. |
| 17 | Q. | Go back to the first trip. |
| 18 | A. | The first time was about nine and I went over to the mini mall to get some cigarettes. |
| 20 | Q. | And did Aaron let you know that there had been some problem while he was sitting out in the car? |
| 23 | A. | Yes. |

32

| | | |
|---|---|---|
| 1 | Q. | How much did he tell you about that? |
| 2 | A. | He said something like, you know, take me home. |
| 3 | | So we left. |
| 4 | Q. | Now the second time you were back there Aaron |
| 5 | | and Torry were both with you, is that correct? |
| 6 | A. | Right. |
| 7 | Q. | And can you describe for the Grand Jury what |
| 8 | | happened as you pulled up to Louie's at Delavan |
| 9 | | and Bailey? |
| 10 | A. | When we pulled up to Louie's and I stopped to |
| 11 | | park, Aaron jumped out of the car and ran across |
| 12 | | the street towards where the drug store was at |
| 13 | | parallel to the parking lot. And Aaron and |
| 14 | | Mario had got into an argument. And Torry and I |
| 15 | | went across the street to see what it was |
| 16 | | about. They were arguing a little bit more. |
| 17 | | And it had got serious. Torry had jumped into |
| 18 | | it and they had began to fight. And they was in |
| 19 | | the middle of the street. And that's when the |
| 20 | | shots came. |
| 21 | Q. | Let me stop you for a second. Did you park your |
| 22 | | car on Delavan or on Bailey? |
| 23 | A. | Right in the parking lot of Louie's. |

33

| | | |
|---|---|---|
| 1 | Q. | And that parking lot is right on the corner of |
| 2 | | Delavan and Bailey, right? |
| 3 | A. | Right. |
| 4 | Q. | And, when Aaron, Torry and Mario were fighting, |
| 5 | | did you stay right there or back off in one |
| 6 | | direction or another? |
| 7 | A. | I was on the sidewalk. They was in the middle |
| 8 | | of the street. |
| 9 | Q. | Were you on the sidewalk where Louie's parking |
| 10 | | lot is of Delavan or on the sidewalk side at |
| 11 | | that time where the drug store and mini mall |
| 12 | | are? |
| 13 | A. | Same side as the drug store. |
| 14 | Q. | When you say the shots started coming, could you |
| 15 | | tell where they were coming from? |
| 16 | A. | Right from the right side. |
| 17 | Q. | That would be toward the Saginaw plant on |
| 18 | | Delavan, right? |
| 19 | A. | Right. |
| 20 | Q. | What did you see in terms of the fact that shots |
| 21 | | were coming? Did you see sparks, smoke, what? |
| 22 | A. | The only thing I saw was I heard the bullets. |
| 23 | | And when Torry and everybody started running |

```
 1              Torry fell down and the guy was over him and he
 2              shot him.
 3     Q.       Okay. Now, did you see where Aaron went at that
 4              point in time?
 5     A.       Aaron ran towards my mother's car.
 6     Q.       Did he eventually get into the car?
 7     A.       Yes.
 8     Q.       And where did you go that you were watching as
 9              the man stood over Torry and shot?
10     A.       I couldn't move. I was like in shock. I was
11              standing there watching. Why is this happening
12              because we came out there to, you know, we
13              wasn't looking for no trouble or anything like
14              that. And for this to happen. I was looking at
15              Torry as he was laying down there and then the
16              guy ran off. Only thing I could think of doing
17              was getting Torry out of the street. So I held
18              him. I applied pressure to where he was
19              bleeding the most. And I held him until the
20              ambulance came. And the ambulance came and then
21              I went and laid down with Aaron holding him.
22     Q.       Okay. And in terms of your viewing the man
23              standing over Torry shooting him, did you ever
```

| | | |
|---|---|---|
| 1 | | get a good look at the man's face standing over |
| 2 | | Torry shooting him? |
| 3 | A. | No. |
| 4 | Q. | Why was that? |
| 5 | A. | Because his back was like towards me. When he |
| 6 | | went off he went off like this way so I never |
| 7 | | did see his face. All I was looking at was |
| 8 | | Torry laying on the ground. |
| 9 | Q. | How was the fellow dressed that was doing the |
| 10 | | shooting even though you couldn't see his face? |
| 11 | A. | He had Black jeans on and baseball cap. |
| 12 | Q. | Dark coat also? |
| 13 | A. | I believe so. |
| 14 | Q. | Okay. So now Torry went away in the ambulance, |
| 15 | | you went and stayed with Aaron. Aaron |
| 16 | | eventually went away in an ambulance also? |
| 17 | A. | Yes. |
| 18 | Q. | What did you do? |
| 19 | A. | I stayed right there on the scene until |
| 20 | | everything was finished because they were going |
| 21 | | to impound the car at first because they hit the |
| 22 | | car. And they told me to wait and eventually |
| 23 | | they took me downtown across the street here and |

```
 1              I gave a statement.
 2       Q.     Your mom's car was hit by gunshot?
 3       A.     It wasn't a hole.  I believe maybe one.  It was
 4              dented in the top.
 5       Q.     No broken glass or anything?
 6       A.     No.
 7       Q.     And you gave a statement to homicide and that
 8              was it, right?
 9       A.     Right.
10              MR. BELLING:     Okay.  Any questions for
11              Travis?
12              BY MR. BELLING:
13       Q.     You personally, do you know of any connection
14              between Mario, the guy that Torry and Aaron were
15              fighting with, and a person by the name of
16              Valentino Dixon?
17       A.     No.  I heard afterwards that they was supposed
18              to be friends or something like that, but I
19              don't know.
20       Q.     But you yourself didn't know that at that time
21              and you still don't know that today other than
22              you heard it, right?
23       A.     No.
```

```
 1   Q.   Okay.  Would you describe how the person that
 2        was shooting held the gun?
 3   A.   Like this.
 4   Q.   You're demonstrating two handed?
 5   A.   Right.
 6   Q.   And can you describe the firing of the gun?  Was
 7        it single shots or rapid fires?
 8   A.   It sounded like it was single shots.  But it
 9        wasn't da-da-da-da, like that.
10   Q.   It was short bursts?
11   A.   Right.
12   Q.   You have some military experience?
13   A.   Right.
14   Q.   Did it sound like more like either a semi or
15        automatic weapon?
16   A.   It sounded like an automatic weapon like a
17        Tech-9.
18   Q.   The way the person was holding it would be
19        consistent with an automatic?
20   A.   The Tech-9 you have to hold it right there and
21        the barrel.  You can't hold it like that.  It is
22        not one handed.  You can't hold it that way.
23        Because when you shoot it it goes like that.
```

|    |    |    |
|----|----|----|
| 1  |    | Because we had to shoot them in the service.  No |
| 2  |    | way.  For him to hit all the people he did he |
| 3  |    | didn't mean to hit Mario.  From what I gathered |
| 4  |    | from what other people told me that Valentino |
| 5  |    | was supposed to have gone in and apologized to |
| 6  |    | his family. |
| 7  | Q. | To Mario's family? |
| 8  | A. | Right. |
| 9  | Q. | Did you see Mario injured on the scene that |
| 10 |    | night? |
| 11 | A. | The only person I was concerned with was getting |
| 12 |    | Torry out of the street.  They said he was hurt, |
| 13 |    | but I don't know. |
| 14 |    | MR. BELLING:          Any other questions for |
| 15 |    | Travis Powell?  Okay.  I'm puttng this on the |
| 16 |    | record, but you don't have to answer this.  This |
| 17 |    | is a question by a Grand Juror.  Do you know |
| 18 |    | Valentino Dixon's occupation?  One, I don't |
| 19 |    | think you know and two I don't think you know |
| 20 |    | because it's not a relevant question. |
| 21 |    | BY MR. BELLING: |
| 22 | Q. | Did you observe the person that did the shooting |
| 23 |    | leave in any vehicle? |

39

| | | |
|---|---|---|
| 1 | A. | No. |
| 2 | Q. | Did you see him show up in any vehicle? |
| 3 | A. | No. Again, like that same night somebody, a girl, said she was sitting on her porch and saw a car drive around two times or something like that. |
| 7 | Q. | But that's nothing of your direct knowledge? |
| 8 | A. | Right. |
| 9 | Q. | Okay. The man that you saw standing over Torry and shooting him in the street, did you ever see him point the gun toward your mother's car where Aaron was? |
| 13 | A. | No. |
| 14 | Q. | But there was at least one bullet mark on your mother's car? |
| 16 | A. | There was a bullet mark in the car and one in Louie's door. |
| 18 | Q. | In the direction Aaron was? |
| 19 | A. | Right. Where the car was the door was, right. They took pictures of everything where it was at and the wall that it had hit. |
| 22 | | MR. BELLING: Okay. Any other questions from Grand Jurors? Okay, Travis. Watch the |

40

1      microphone and step down.
2                              *   *   *
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

41

```
1
2    91-1476
     11/6/91
3    3:45 P.M.
     GPH
4
```

5    MR. BELLING:    I want to put on the record
6    one thing. All of the information which Travis
7    testified to towards the end there in response
8    to various Grand Jury questions was for the most
9    part hearsay. He heard that somebody said and
10   all that. You can only decide this case whether
11   or not to vote to charge in this instance based
12   upon what he saw, what he heard. You know his
13   direct senses not what somebody said or what he
14   heard or et cetera. Now, before we leave today
15   I want to read into the record exhibit number 4
16   which is the medical examiner's certificate of
17   death and reads. I hereby certify that I am a
18   duly appointed medical examiner in and for the
19   County of Erie, and I find that the competent
20   cause of death of Torriano Jackson, 19 Thatcher
21   Avenue, Buffalo, New York, was homicidal and
22   death is attributed to internal bleeding and
23   multiple gunshot wounds. And I further certify

```
 1      that this report is a true and correct copy of
 2      the original record maintained in the medical
 3      examiner's office of Erie County. Case number
 4      692-91. And it's dated Buffalo, New York the
 5      10th day of August, 1991. It's signed by doctor
 6      Fazlollah Laghmanee who is the Chief Associate
 7      Medical Examiner of Erie County. As I mentioned
 8      when or maybe I didn't mention, but in any event
 9      this case will not be concluded today. We will
10      ask you to put a little mental asterisk next to
11      it and continue on with it on future days as we
12      round up future witnesses and round up some
13      other matters. And before I leave I would like
14      to mention that this case has received some
15      press coverage when it occurred. And any of you
16      who may have read about that and remember it are
17      hereby charged that as a matter of law you must
18      determine this case based on what you hear in
19      this room. And it would not be proper to take
20      any information from the media in terms of
21      making your determination. Just so that's on
22      the record.
23                MR. CHIACCHIA:            Also you might see on
```

```
 1    the TV that we have to prove a motive when they
 2    have a murder case.  We don't have to prove a
 3    motive.  You may not hear evidence of a motive.
 4    Just the intent to commit a crime is all we have
 5    to prove.  Okay.
 6    MR. BELLING:         We'll get into the standard
 7    when we do the charge eventually.  And that's
 8    where we'll leave it.
 9
10                       *   *   *
```

44