# EXHIBIT 64



UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NEW YORK

---

VALENTINO DIXON,

                   Petitioner

        v

JAMES T. CONWAY,

                   Respondent

---

05-CV-0208E

---

GRAND JURY TESTIMONY

TABLE OF CONTENTS

Page

November 6, 1991

    Aaron Jackson ......................... 3

    John Sullivan ......................... 20

    Travis Powell ......................... 31


November 20, 1991

    Michael Bland ......................... 2

January 13, 1992

    Mario Jarmon ......................... 2

    James R. Diegleman .................... 15

    Leonard Brown ......................... 21

    Lamarr Scott ......................... 56

    Emil Adams ......................... 74

    Freddy Stancil ......................... 83

    Robert Lewis ......................... 90

January 13, 1992

```
1

2          91-1476
           1/13/92
3          12:19 PM
           CLW
4

5

6                    R O B E R T    L E W I S,   J R, sworn, testified:

7

8          BY MR. BELLING:

9     Q.   Would you state your name and spell your last

10         name for the court reporter?

11    A.   Robert Lewis.

12    Q.   Junior, right?

13    A.   Yes.

14    Q.   L- E- W- I- S?

15    A.   Yes.

16    Q.   Now, what is your home address, Robert?

17    A.   19 Comstock.

18    Q.   Okay.  That's your mom's house, right?

19    A.   Yes.

20    Q.   She have a phone there?

21    A.   Yes.

22    Q.   What is the number?

23    A.   833-1018.
```

90

1    Q.   And you don't always stay there, you say you

2        like to move around, right?

3    A.   Yes.

4    Q.   Sometimes you stay with your uncle on Bailey?

5    A.   Yes.

6    Q.   And sometimes you stay somewhere where you

7        babysit further down on Bailey?

8    A.   Yes.

9    Q.   In your various travels did you happen to be at

10       the corner of Bailey and Delavan on August 10th

11       when a shooting took place?

12   A.   I don't remember the date but I know the night

13       you're talking about.

14   Q.   That was the night you were with John Sullivan

15       who is known as Rabbit and Freddy Stancil,

16       right?

17   A.   Yes.

18   Q.   You were in Freddy's truck?

19   A.   Yes.

20   Q.   Why don't you tell the Grand Jury what you saw

21       going on on that corner.  Tell us the story.

22   A.   We was sitting in the truck just talking and

23       drinking beer.  Then Rabbit --  I mean Rabbit

```
 1          tapped me on my shoulder and said there go
 2          Travis in his mother yellow Storm.  Mario Jarmon
 3          was standing across the street at a bus stop
 4          with somebody else.  I don't know who it was.  I
 5          guess there was words passed because Travis came
 6          around us and went in the parking lot.  Then
 7          they got out the car.
 8     Q.   Aaron is Aaron Jackson?
 9     A.   Aaron Jackson.
10     Q.   Who else?
11     A.   Travis, I don't know Travis last name, and
12          Torri.
13     Q.   Torri Jackson?
14     A.   Yes.  Torri came over to the truck and said we
15          about to fight.  Ain't nobody over there but
16          Mario.  We went over there to try to break the
17          fight up.  By that time the boy who was on the
18          bike had already rode off.  They started to
19          squabble.  We was pushing them trying to break
20          it up.  They fell on the ground.  Then the next
21          thing I know somebody came out of the shadows
22          cussing and saying what the hell you all going
23          to do now.  He got in the light, the light
```

92

1      bringing out the gun.  He started firing.  I

2      tried to get Torri up and he fell away from me.

3      I ran around the corner.  When I came back, he

4      was standing over there.

5   Q.  Now, Torri fell down when he was first shot?

6   A.  He shot at us.  We was all in a crowd.  When he

7      shot, the bullets bounced in front of us.  He

8      kept coming towards us.

9   Q.  You ran away.  You said something about Torri

10     was down and the guy was doing what?

11  A.  He was still shooting him.

12  Q.  Was he standing right over him shooting him when

13     he was on the ground?

14  A.  He was from about where I'm sitting at to about

15     where that table at or a little closer.

16  Q.  This is the table in the middle of the Grand

17     Jury room A, probably fifteen feet?

18  A.  Less than that.

19  Q.  Less than fifteen feet, he was shooting right at

20     him while Torri was down?

21  A.  Yes.  Torri had his back -- He was like laying

22     on his chest on the ground already.

23  Q.  Now, did you get a good enough look at the man

93

```
 1            with the gun that you could identify him?

 2    A.      No.

 3    Q.      And can you tell us as much as you remember

 4            about the gun, what did it look like, what did

 5            it sound like, et cetera?

 6    A.      It sounded like some firecrackers.

 7    Q.      What did it look like?

 8    A.      It was black.  It was a semi-automatic.

 9    Q.      Semi or full automatic, do you know the

10            difference?

11    A.      The way he was -- the way he held the trigger,

12            it kept -- the bullets kept coming out.

13    Q.      When he just pulled the trigger once, the

14            bullets kept coming?

15    A.      Yeah.  As he was coming closer, he kept doing

16            like this.

17    Q.      And how long was it, what color was it?

18    A.      It was black.

19    Q.      How long?

20    A.      Like about this big.

21    Q.      You've got like maybe a foot, foot and a half

22            long?

23    A.      Yeah, about that big.
```

94

1    Q.   Okay, and after he got close to Torri and was

2          shooting him while Torri was on the ground, what

3          happened then?

4    A.   He looked away from him.  When I came around the

5          corner he was going after Aaron because Aaron

6          was trying to get in Travis mother car and

7          that's when --  that's when Travis mother car

8          got shot up.

9    Q.   Okay.

10    A.   Aaron was laying on the ground.  After he ran

11         over there shooting, I don't know what happened.

12         Then he just like -- he just turned around and

13         just ran, ran up the street, ran back up Delavan

14         the way he came.

15    Q.   Back towards Olympic?

16    A.   Yeah, going back that way.

17    Q.   Okay.  What happened to Mario, did you see where

18         Mario went?

19    A.   Yeah.  Mario was around the corner on the side,

20         on Bailey.  It's an Arabian store on the corner

21         of Bailey and Delavan.

22    Q.   Okay.

23    A.   He was like laying on the side of the store.

1    Q.   Okay.  What happened to Rabbit?

2    A.   Rabbit got -- Rabbit had ran down Delavan way,

3         down Delavan away from Bailey.  That's how he

4         got shot in the leg.

5    Q.   He ran like over toward the church?

6    A.   Yeah.

7    Q.   He got shot in the leg there?

8    A.   He got shot in the leg.

9    Q.   On his way there?

10    A.   On his way going across the street.

11        MR. BELLING:    Any other questions from

12        Grand Jurors?

13        BY MR. BELLING:

14    Q.   How big was the guy with the gun, was he a big

15        man, small man, if you remember?

16    A.   He was short.

17    Q.   Short?

18    A.   Yes.

19    Q.   Would you describe him as a little guy

20        comparatively speaking?

21    A.   He was shorter than me.

22    Q.   How tall are you?

23    A.   About five nine.

96

1    Q.    Okay.

2          MR. BELLING:        Any other questions from

3    Grand Jurors?   Okay, Robert, thank you.

4

5                              *       *       *

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

97