EXHIBIT 65



UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NEW YORK

---

VALENTINO DIXON,

Petitioner

v

JAMES T. CONWAY,

Respondent

---

05-CV-0208E

---

GRAND JURY TESTIMONY

## TABLE OF CONTENTS

                                                              Page

November 6, 1991

        Aaron Jackson .........................    3

        John Sullivan .........................    20

        Travis Powell .........................    31


November 20, 1991

        Michael Bland .........................    2

January 13, 1992

        Mario Jarmon ..........................    2

        James R. Diegleman ....................    15

        Leonard Brown .........................    21

        Lamarr Scott ..........................    56

        Emil Adams ............................    74

        Freddy Stancil ........................    83

        Robert Lewis ..........................    90

January 13, 1992

```
1

2        91-1476
         1/13/92
3        12:03 PM
         CLW
4

5

6        E M I L   A D A M S, sworn, testified:

7

8        BY MR. BELLING:

9    Q.  State your name and spell both your first and
10       last names for the court reporter?

11   A.  Emil, E- M- I- L, Adams, A- D- A- M- S.

12   Q.  And, Mr. Adams, would you also place upon the
13       record there your home address and telephone
14       number, please?

15   A.  4136 Nancy Drive, Saginaw, Michigan, 777-5392.

16   Q.  What is the area code there?

17   A.  517.

18   Q.  Who do you live with in Saginaw?

19   A.  Mother and father.

20   Q.  What is your mother's name?

21   A.  Shirley Adams.

22   Q.  What is your father's name?

23   A.  Ernest Adams, Jr.
```

```
 1    Q.   Now, were you in Buffalo over this past summer
 2         so you were here in August of '91?
 3    A.   Yes.
 4    Q.   Your family has connections to Buffalo?
 5    A.   Yes.  My father has a house here.
 6    Q.   Were you out at the corner of Bailey and Delavan
 7         on the night of August 10th, 1991 when a
 8         shooting took place?
 9    A.   Yes.
10    Q.   Can you tell the Grand Jury just in your own
11         words what you remember about those events, did
12         you know any of the people involved?
13    A.   Yeah, I did.
14    Q.   Who did you know?
15    A.   I knew Torriano and his brother Aaron.
16    Q.   Okay.
17    A.   I knew the other kid that they were fighting,
18         Mario, but I didn't really know no Valentino
19         Dixon.  I just knew him like hi and bye.
20    Q.   You had seen him beforehand?
21    A.   Yeah.
22    Q.   What happened as you saw it at that corner that
23         night?
```

75

```
 1    A.    Um, they just, you know, just with the talking,
 2          a lot of, you know, abuse to each other and went
 3          across the street and went to fighting.
 4    Q.    Who was fighting now?
 5    A.    Aaron and Mario and, you know, Torri was just
 6          saying, you know, don't nobody jump in it.
 7    Q.    Let me stop you a second.  Did either Aaron or
 8          Torri have a weapon?
 9    A.    No, they didn't.
10    Q.    Go ahead.
11    A.    Then the two boys that was with Mario left Mario
12          there at the corner fighting, you know, whoever
13          was helping, you know, there was a lot of them,
14          and walked down no further than Mario's house
15          because he lived a few houses down from the
16          fight, where the fight took place.  Two of them
17          came back and, you know, Valentino had a long
18          gun in his hand.  He walked up on them and
19          started shooting.
20    Q.    Now, when you say Valentino, did the police show
21          you a group of photographs and you picked one
22          out?
23    A.    Yes.
```

76

1    Q.    I want to show you Grand Jury Exhibit 2, a
2          police identification photograph of Valentino
3          Dixon.  Is this the man you picked out from that
4          group?
5    A.    Yes, it is.
6    Q.    Can you describe any particulars you remember
7          about the shooting of Torri Jackson?  Where was
8          Valentino standing, what direction was he
9          shooting, anything you remember?
10   A.    Ah, he was standing no more than maybe two or
11         three feet away from him. Torri fell down and
12         Aaron was running away from him and he shot
13         Aaron. He stood there and he shot Torri one or
14         two more times after that and started shooting
15         at everybody else.
16   Q.    He shot at Aaron and turned back to Torri on the
17         ground and shot him some more?
18   A.    Yeah.
19   Q.    The lighting was good enough, you were able to
20         see that it was Valentino Dixon?
21   A.    Yeah, it's real light at that corner.
22   Q.    Valentino Dixon is somebody you had seen around
23         before in the neighborhood, correct?

                              77

```
1    A.   Yeah.

2    Q.   Now, where were you watching this all from?

3    A.   Right across the street.

4    Q.   In Louie's parking lot?

5    A.   Yeah, right by the street, right by the corner.

6    Q.   Were you involved with any of these guys who

7         showed up there that night?

8    A.   No.

9    Q.   You weren't with Travis Powell and the

10        Jackson's, right?

11   A.   No, I wasn't.

12   Q.   You weren't with Mario and Tino and those

13        people?

14   A.   No, I wasn't.

15   Q.   You know John Sullivan, he's known as Rabbit on

16        the street?

17   A.   No.

18   Q.   After Torri and Aaron were shot, what happened

19        then?

20   A.   They just ran, you know.

21   Q.   Who ran, Valentino and Mario?

22   A.   Mario ran down Bailey towards Kensington.

23        Valentino and the other guy ran towards Olympic
```

78

1    down Delavan.

2    Q.   Down Delavan toward the Chevy plant, the Saginaw

3         Plant?

4    A.   Yeah.

5    Q.   Okay.

6    A.   Aaron ran across the street by where I was at to

7         the little yellow car that he was in and fell

8         trying to get in the car.  I went over there

9         with him and he was just crying for his

10        brother.  His brother was laying in the street.

11        The guy that Aaron and Torri was with him went

12        and picked him up and brought him by his

13        brother.

14   Q.   How long did you stay around there on the

15        corner?

16   A.   Until the police came.

17   Q.   Then you ended up going down to police

18        headquarters and making a statement?

19   A.   Yeah.

20   Q.   Are you a close friend of the Jackson brothers

21        at all?

22   A.   Yes.

23   Q.   You've known them for some number of years?

```
 1    A.    Yeah, we went to school together.

 2    Q.    When you say that neither of them had any

 3          weapons, you're not close enough friends that

 4          you would lie about that, would you?

 5    A.    No.  If I seen it, I would tell.

 6    Q.    You're not close with Mario and that side?

 7    A.    Yeah, I was close to Mario.  We grew up

 8          together, too, same church.  We used to hang out

 9          together.

10    Q.    Do you know Leonard Brown?

11    A.    No, not by name, maybe by face.

12    Q.    Do you know Antwan Shannon?

13    A.    Is he kind of heavyset?

14    Q.    He's a little burly, yes.

15    A.    I believe so.

16    Q.    The guy that was out there that night, Antwan

17          Shannon, or the guy you think he might be, did

18          you see him?

19    A.    I can't remember.

20    Q.    Okay, we could be talking about two different

21          people anyway, right?

22    A.    Yeah.

23          MR. BELLING:        Any other questions for Emil
```

1          Adams?

2          BY MR. BELLING:

3     Q.   Can you describe the gun for us, Mr. Adams, as
4          best you can?

5     A.   Ah, it was a pretty long gun, you know, black,
6          maybe about that big.

7     Q.   Demonstrating about three feet long?

8     A.   Yeah, maybe.

9     Q.   And how did it shoot, did it shoot very rapid
10         fire, single shot or what?

11    A.   It wasn't a machine gun or nothing like that.
12         He had to keep pulling the trigger.  It wasn't a
13         buck shot either.  It was maybe a Tech-9 or
14         something.

15    Q.   Your impression was that it was at best
16         semi-automatic, you didn't hear it on full auto
17         as far as you heard?

18    A.   Yeah, semi-automatic.

19    Q.   When you first saw Valentino Dixon before the
20         shooting, he was already down at the store?

21    A.   Uh-huh.

22    Q.   Did you see him when he arrived in the
23         neighborhood before going down to the store?

```
 1      A.    Yeah.

 2      Q.    How did he get there?

 3      A.    Walking.

 4      Q.    They walked up from the direction of Mario's

 5            house?

 6      A.    No, they walked up towards the other way of

 7            Delavan, down by Dairy Queen, coming from the

 8            way of Dairy Queen.

 9      Q.    From the other side of the church then, the

10            Cheektowaga side?

11      A.    Yeah, coming from that way.

12      Q.    Okay.

13            MR. BELLING:        Any other questions?  You're

14            all set.

15

16                               *       *       *

17

18

19

20

21

22

23
```

82