# EXHIBIT 68



UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NEW YORK

---

VALENTINO DIXON,
                Petitioner

v

JAMES T. CONWAY,
                Respondent

---

05-CV-0208E

---

GRAND JURY TESTIMONY

## TABLE OF CONTENTS

|  | Page |
|---|---|

November 6, 1991

    Aaron Jackson .......................... 3

    John Sullivan .......................... 20

    Travis Powell .......................... 31

November 20, 1991

    Michael Bland .......................... 2

January 13, 1992

    Mario Jarmon .......................... 2

    James R. Diegleman .................... 15

    Leonard Brown .......................... 21

    Lamarr Scott .......................... 56

    Emil Adams ............................ 74

    Freddy Stancil ........................ 83

    Robert Lewis .......................... 90

January 13, 1992

```
1    91-1476
     1/13/92
2    10:08 AM
     CLW
3
            (Further proceedings held on January 13, 1992.)
4
            APPEARANCES:      CHRISTOPHER J. BELLING,
                              Assistant District Attorney
5
                              CYNTHIA L. WILLIAMS,
6                             Grand Jury Stenographer

7

8
                    (Whereupon, CERTIFIED MEDICAL RECORDS
9   were received and marked Grand Jury Exhibit 6.)

10                  (Whereupon, TWO PHOTOGRAPHS were
11  received and marked Grand Jury Exhibits 7 and
    8.)
12

13

14
                            *      *     *
15

16

17

18

19

20

21

22

23
```

1

```
                91-1476
                1/13/92
                10:10 AM
                CLW
```

                M A R I O      J A R M O N, sworn, testified:

                BY MR. BELLING:
            Q.  Would you state your name and spell your last
                name for the stenographer?
            A.  Mario Jarmon, J- A- R- M- O- N.
            Q.  Your home address, Mario?
            A.  1122 East Delavan.
            Q.  Your date of birth?
            A.  12/23/71.
            Q.  And who do you live with at 1122 East Delavan?
            A.  My mother.
            Q.  What is her name?
            A.  Lillie Jarmon.
            Q.  And do you know a person by the name of
                Valentino Dixon?
            A.  Yes, I do.
            Q.  How long have you known Valentino Dixon?

```
 1    A.   I'd say five years.
 2    Q.   Would you rate yourself as one of his friends?
 3    A.   Yes.
 4    Q.   Do you know his two half brothers?
 5    A.   Yes.
 6    Q.   What are their names?
 7    A.   Leonard Brown --  Leonard Brown, Twan Shannon.
 8    Q.   Twan Shannon?
 9    A.   Yes.
10    Q.   Do you know his true name to be Antwan Shannon?
11    A.   Yeah.
12    Q.   I want to call your attention to the night of
13         August the 10th, 1991.  Do you remember that
14         particular night?
15    A.   Yes, I do.
16    Q.   Do you remember being out in the vicinity of
17         Bailey and Delavan at that time?
18    A.   Yes, I do.
19    Q.   As a matter of fact your house is right down the
20         street from Bailey and Delavan, isn't it?
21    A.   Yes.
22    Q.   I want you to describe for the Grand Jury what
23         happened that night in terms of you're coming
```

3

```
 1            into contact with a couple of fellows named
 2            Aaron and Torri Jackson.  Keep your voice up.
 3    A.      Me, Leonard and Antwan seen Aaron Jackson and we
 4            approached him, told him about pulling a gun to
 5            Antwan's head.
 6    Q.      This is something that happened before, the
 7            claim that Aaron Jackson had put a gun to
 8            Antwan's head?
 9    A.      Yes, two weeks before.
10    Q.      On this time, August 10th, you and the two half
11            brothers are going to confront Aaron?
12    A.      Yes.
13    Q.      Where is the car?
14    A.      Across the street in the Norstar parking lot.
15    Q.      Little yellow car?
16    A.      Yes.
17    Q.      Do you know whose car it was?
18    A.      Travis's mother, I believe.
19    Q.      Travis Powell?
20    A.      Yes.
21    Q.      You first have a confrontation with him in the
22            Norstar parking lot?
23    A.      Yes.
```

4

| | | |
|---|---|---|
| 1 | Q. | How does that confrontation end up? |
| 2 | A. | We asked him a couple of questions. He just got |
| 3 | | hyper and started going off like making threats |
| 4 | | and he say I'll be right back. He got Travis |
| 5 | | and drove away. I'd say about twenty minutes |
| 6 | | later they had his brother and Travis. They |
| 7 | | came back looking for us. |
| 8 | Q. | Now it's Travis, Torri Jackson and Aaron Jackson |
| 9 | | all in a little yellow car? |
| 10 | A. | Yes. |
| 11 | Q. | They come back to the vicinity where you are? |
| 12 | A. | We was sitting in my driveway in my car. |
| 13 | Q. | Your driveway at 1122 is a little ways down from |
| 14 | | that intersection going towards the city, |
| 15 | | correct? |
| 16 | A. | Right. |
| 17 | Q. | And it's also on the same side of the street as |
| 18 | | the drug store that is on that corner, right? |
| 19 | A. | Right. |
| 20 | Q. | Where were you when you first saw them coming |
| 21 | | back around in the little yellow car? |
| 22 | A. | We was in my driveway in the driver's seat and |
| 23 | | there was like I guess they was like looking for |

5

| | | |
|---|---|---|
| 1 | | my house. |
| 2 | Q. | Sort of cruising slow down there? |
| 3 | A. | Yeah, looking around. |
| 4 | Q. | When you saw them, what did you do? |
| 5 | A. | We laughed. Me, Leonard and Twan laughed. |
| 6 | Q. | Did anybody at that point in time make a phone call to Valentino to get him to come over? |
| 8 | A. | Yes, Twan beeped Valentino. |
| 9 | Q. | What do you mean beeped him, telepager? |
| 10 | A. | Yes. |
| 11 | Q. | He had to go in the house and use the phone? |
| 12 | A. | Right. |
| 13 | Q. | Is it a voice pager or just to get him to come over? |
| 15 | A. | Just to get him to come over. I'm not sure. Valentino came about ten minutes after that. |
| 17 | Q. | Okay. By the time Valentino was there, where were the Jacksons and Travis Powell? |
| 19 | A. | They had drove away. |
| 20 | Q. | What happened next? |
| 21 | A. | Well, after that, after Tino pulled up, LaMorr came. |
| 23 | Q. | LaMorr is LaMarr Scott? |

6

1  A.  Yes.
2  Q.  Tino came first and then LaMarr came?
3  A.  Yes.
4  Q.  How did LaMarr get there?
5  A.  I think he was on a Moped, bike, something like
6      that.
7  Q.  How did Valentino get there?
8  A.  He drove.
9  Q.  They showed up not together but close in time?
10 A.  Close in time, yeah.
11 Q.  Did either of them have a weapon that you could
12     see when they arrived?
13 A.  LaMorr.
14 Q.  What kind of weapon was it?
15 A.  I believe it was an automatic one.
16 Q.  A machine gun-type thing?
17 A.  Yeah.
18 Q.  Had you ever seen that gun before?
19 A.  No.
20 Q.  Now, after they were both there, what was done
21     with the gun?
22 A.  LaMorr asked me to put it in my hallway because
23     I told him it wasn't going to be necessary to

1         use that.
2    Q.   Okay.
3    A.   He put it in my hallway and we walked to the
4         store, back to the corner store to get some
5         beer.
6    Q.   Who is we at this point, how many people went?
7    A.   Me, Twan, LaMorr and Valentino.
8    Q.   So that's five people including yourself?
9    A.   Leonard stayed at my house.
10   Q.   Leonard stayed. It's four people including
11        yourself?
12   A.   Right.
13   Q.   Now, you go down to the store. What happens
14        when you get down there?
15   A.   Okay. We get right by the mailbox and we see
16        Travis pulling back up and they like pointing in
17        the car. They pointing at us, we going to get
18        you, waving a gun and everything. They pulled
19        in Louie's parking lot. I stayed there, Twan,
20        LaMorr and Tino ran back to his house. I stayed
21        there.
22   Q.   You're there alone when the car stops. What
23        happens then?

```
1    A.   They come out the car with a gun. Torri had the
2         gun.
3    Q.   Torri Jackson?
4    A.   Yes.
5    Q.   Okay.
6    A.   And Aaron had like a knife, box cutter,
7         whatever. I don't know.  I don't know where
8         Travis went.
9    Q.   You don't know where Travis went?
10   A.   No.  He was there but there was a lot of people
11        trying to break it up.  They was coming at me
12        trying to corner me.
13   Q.   Let me stop you a second.  You know a kid whose
14        street name is Rabbit, his real name John
15        Sullivan?
16   A.   Yes.
17   Q.   Was he one of the ones trying to break it up?
18   A.   I believe so, he was.
19   Q.   Right in the fray though, right?
20   A.   Yeah.
21   Q.   Okay.  Now --
22   A.   Him and another guy named John.
23   Q.   Okay.  So what happens then?
```

9

1  A.  Well, Torri was like said a comment like I thought we was cool. I replied I thought we was cool, too. He swung and nicked me with a gun on the side of my head.
5  Q.  He didn't shoot it, he swung it at you?
6  A.  Yeah, he nicked me on the side of my head. I was bouncing around. I wouldn't get cornered. I said what is up. He said I got a bullet full of your A. He shot me. I kept coming at him. He shot me again. I think he shot me another time. I grabbed him and I threw him in the street and hitting him in his face. Aaron came from the left side. He swung the knife and I jumped up and hit him some way. By that time LaMarr was shooting. He heard the gun shots.
16 Q.  Let me take you back a little bit then. Torri Jackson comes out with what type of gun, how would you describe it?
19 A.  Revolver.
20 Q.  Big one or little one?
21 A.  Little one.
22 Q.  Did you hear the three shots that he fired at you?

10

| | | |
|---|---|---|
| 1 | A. | Well, I know I heard two, two. |
| 2 | Q. | You know you heard two? |
| 3 | A. | Yes. |
| 4 | Q. | When the first shot was fired, did you feel |
| 5 | | anything hit your body? |
| 6 | A. | No. |
| 7 | Q. | When the second shot was fired, did you feel |
| 8 | | anything? |
| 9 | A. | I didn't. |
| 10 | Q. | If there was a third shot, did you feel that hit |
| 11 | | you? |
| 12 | A. | I didn't feel none of the shots. I just heard |
| 13 | | the pop, pop. |
| 14 | Q. | Okay. It's your testimony under oath in this |
| 15 | | Grand Jury that you could see Torri Jackson |
| 16 | | shooting you and you didn't feel being shot but |
| 17 | | he was shooting towards you, right? |
| 18 | A. | Yes. |
| 19 | Q. | And he shot at least two times, maybe three |
| 20 | | times? |
| 21 | A. | Yes. |
| 22 | Q. | Now, you say at that point LaMarr comes up. |
| 23 | | What does LaMarr do? |

11

| | | |
|---|---|---|
| 1 | A. | LaMarr is standing like in the store's parkway. |
| 2 | | He started shooting. |
| 3 | Q. | He started shooting with what? |
| 4 | A. | The automatic. |
| 5 | Q. | And describe exactly what LaMarr does when he's |
| 6 | | shooting with the automatic? |
| 7 | A. | Well, all I heard him shoot a couple of shots. |
| 8 | | I was trying to get out of there so I wouldn't |
| 9 | | get hit. I ran around the corner. |
| 10 | Q. | Did you feel yourself get hit by anything while |
| 11 | | LaMarr was shooting? |
| 12 | A. | I was all emotion. I broke my finger, I slipped |
| 13 | | and broke my finger. |
| 14 | Q. | Did you see anyone get shot by LaMarr, anybody |
| 15 | | go down apparently hit? |
| 16 | A. | No, I didn't see none. I was around the corner. |
| 17 | Q. | How many shots did you hear LaMarr shoot? |
| 18 | A. | About twenty rounds. |
| 19 | Q. | A lot of shots? |
| 20 | A. | Yes. |
| 21 | Q. | But it's your testimony that you couldn't see if |
| 22 | | he hit anybody, is that correct? |
| 23 | A. | Yes. |

12

| | | |
|---|---|---|
| 1 | Q. | Could you see where he was when he was shooting? |
| 2 | A. | Yes. |
| 3 | Q. | Where was he? |
| 4 | A. | When I glanced back and seen him shooting and |
| 5 | | heard the shots, I just ran. He was standing in |
| 6 | | the parking lot, in the parkway. |
| 7 | Q. | Now, he was either in the street or on the |
| 8 | | drugstore side, wasn't he? |
| 9 | A. | Yes, on the sidewalk like. |
| 10 | Q. | He was shooting towards the corner and towards |
| 11 | | Louie's, right? |
| 12 | A. | Well, I really can't say. |
| 13 | Q. | Did you see him move up on anybody and stand up |
| 14 | | over him and shoot into him while he was on the |
| 15 | | ground? |
| 16 | A. | No. |
| 17 | Q. | That was because you were running the other way? |
| 18 | A. | I was running. |
| 19 | Q. | Towards the university or the other way? |
| 20 | A. | Well, it's on the left-hand side. |
| 21 | Q. | You turned left towards UB, right? |
| 22 | A. | Yes. |
| 23 | Q. | And you stayed there until the police or |

13

| | | |
|---|---|---|
| 1 | | ambulance found you? |
| 2 | A. | Well, one of my friends came by and helped me |
| 3 | | out, told me to lay on the ground. |
| 4 | Q. | Eventually you found you were wounded and you |
| 5 | | ended up spending some time in the hospital, |
| 6 | | right? |
| 7 | A. | Yes. |
| 8 | Q. | And the hospital you went to is ECMC, right? |
| 9 | A. | Yes. |
| 10 | Q. | You were admitted that night, the night of |
| 11 | | August 10th or early on the 11th, whichever? |
| 12 | A. | Yes. |
| 13 | | MR. BELLING: Any questions for Mario |
| 14 | | Jarmon from the Grand Jury? Okay, you can step |
| 15 | | down. You're all done. |
| 16 | | |
| 17 | | * * * |