# EXHIBIT 69

```
 1
 2      91-1476
        1/13/92
 3      10:22 AM
        CLW
 4

 5

 6              J A M E S   R.   D I E G E L M A N, sworn,

 7              testified:

 8

 9              BY MR. BELLING:

10      Q.      Would you state your name and spell your last

11              name for the record, please?

12      A.      James Diegelman, D- I- E- G- E- L- M- A- N.

13      Q.      You're a Buffalo police officer, sir?

14      A.      Yes, I am.

15      Q.      How long have you been a Buffalo police officer?

16      A.      A little over twenty-three years.

17      Q.      Your current assignment?

18      A.      Precinct sixteen.

19      Q.      Is precinct sixteen near the corner of Bailey

20              and Delavan in general terms?

21      A.      Yes.

22      Q.      Did you have occasion on August 10th, 1991 to be

23              called to that corner in regards to a shooting?
```

15

```
 1    A.   Yes.  There was a radio dispatch of shots fired
 2         at that corner.
 3    Q.   Is that corner actually in your precinct though?
 4    A.   Well, one half of it is and the other half is on
 5         precinct eleven side.
 6    Q.   That's the dividing line between two precincts?
 7    A.   Yes, it is, sir.
 8    Q.   Okay.  Did you go to the scene at that time that
 9         night?
10    A.   Yes, I did.
11    Q.   And pursuant to your involvement, did you have
12         occasion to recover a small handgun at the
13         scene?
14    A.   Yes, I did.
15    Q.   Was there any other weapon recovered at the
16         scene?
17    A.   No other weapon was recovered at the scene.
18         There were a large amount of shell casings
19         recovered from a different weapon.
20    Q.   The shell casings were what type?
21    A.   They were shell casings from an Uzi.
22    Q.   Nine millimeter type weapon?
23    A.   Yes.
```

16

| | | |
|---|---|---|
| 1 | Q. | The weapon you recovered was what? |
| 2 | A. | Without looking at my notes, I think it was a |
| 3 | | thirty-two. |
| 4 | Q. | A little revolver? |
| 5 | A. | Yes. |
| 6 | Q. | I want to show you a photograph, Grand Jury |
| 7 | | Exhibit Number 8. Is that the little weapon you |
| 8 | | recovered? |
| 9 | A. | Yes, that is the one I found on the street. |
| 10 | Q. | Exhibit 7 is you pointing to it on the street? |
| 11 | A. | Yes, it is. |
| 12 | Q. | After you recovered that weapon, Officer |
| 13 | | Diegelman, did you examine it? |
| 14 | A. | Yes. |
| 15 | Q. | And it was a revolver, correct? |
| 16 | A. | It was a revolver, yes. |
| 17 | Q. | And when you examined it to see whether it was |
| 18 | | loaded or not, what did you find in it? |
| 19 | A. | I found one empty shell in it. |
| 20 | Q. | One empty shell casing? |
| 21 | A. | Yes. |
| 22 | Q. | All the rest of the cylinders were empty? |
| 23 | A. | Right. |

| | | |
|---|---|---|
| 1 | Q. | So you're probably more versed in weaponry than |
| 2 | | I am but that would mean at the most that gun |
| 3 | | could have been fired only once if it had only |
| 4 | | one bullet in it? |
| 5 | A. | Correct. |
| 6 | Q. | When you got it, it had an empty shell casing. |
| 7 | | At some point in time that gun had been |
| 8 | | discharged? |
| 9 | A. | Correct. I smelled the front of the gun but |
| 10 | | there was so much gunpowder in the air because |
| 11 | | we were there only a couple of minutes after the |
| 12 | | incident, it was tough to verify whether it had |
| 13 | | been fired recently. It did not seem to but I |
| 14 | | couldn't swear to it. |
| 15 | Q. | That weapon turned out to be a thirty-two |
| 16 | | caliber H & R revolver, correct? |
| 17 | A. | Right. |
| 18 | Q. | It's absolutely clear that that had only one |
| 19 | | spent casing, correct? |
| 20 | A. | Right. |
| 21 | | MR. BELLING: Any questions from any Grand |
| 22 | | Jurors? Thank you. |
| 23 | | |

1           (Whereupon, a FINGERPRINT CERTIFICATION was received and marked Grand Jury Exhibit 9.)

2

3

4   MR. BELLING:           I want to read two pieces of

5   documentary evidence before we go any further.

6   Mario Jarmon's medical records are here. They

7   reflect injury which from my review seems to

8   constitute serious physical injury. They show

9   through and through bullet wounds. No bullets

10  were recovered in his body that we can match

11  with anything. They do show that he was wounded

12  only twice. He had one through and through

13  wound and he has one grazing wound. He does not

14  have three wounds. Those records are Exhibit 6

15  by the way.

16          The second piece of evidence that I

17  think you should know about at this point in

18  time is Grand Jury Exhibit 9 which is a

19  certification from the Buffalo Police Department

20  and it's regarding the fatal shooting of

21  Torriano Jackson. It reads as follows. On

22  Saturday, August 10th, 1991 at 2:20 hours I was

23  requested by the Homicide Section to assist them

19

```
 1    in regard to the above mentioned fatal
 2    shooting.  During the course of this
 3    investigation a certain thirty-two caliber H & R
 4    revolver came into my possession.  I received
 5    this item from Police Officer Rochelle Brown who
 6    is Diegelman's partner at the scene.  I did
 7    examine this article and performed a latent
 8    fingerprint examination on same.  My results
 9    would be described as negative due to the fact
10    that although latent prints were developed, they
11    lack significant identifiable ridge detail for
12    comparable purposes. They were there before
13    discharge.  It's signed by Henry Smardz,
14    detective in the evidence unit and sworn to
15    before a Commissioner of Deeds.
16
17                     *     *     *
18
19
20
21
22
23
```