# EXHIBIT 71



UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NEW YORK

---

VALENTINO DIXON,
                Petitioner

v

JAMES T. CONWAY,
                Respondent

---

05-CV-0208E

---

GRAND JURY TESTIMONY

## TABLE OF CONTENTS

|  | Page |
|---|---|
| **November 6, 1991** | |
| Aaron Jackson | 3 |
| John Sullivan | 20 |
| Travis Powell | 31 |
| **November 20, 1991** | |
| Michael Bland | 2 |
| **January 13, 1992** | |
| Mario Jarmon | 2 |
| James R. Diegleman | 15 |
| Leonard Brown | 21 |
| Lamarr Scott | 56 |
| Emil Adams | 74 |
| Freddy Stancil | 83 |
| Robert Lewis | 90 |

November 6, 1991

```
1      91-1476
       11/6/91
2      3:10 P.M.
       GPH
3

4             JOHN  SULLIVAN, III, sworn,

5      testified:

6

7             BY MR. BELLING:

8      Q.    Okay. Would you state your name and spell your
9            last name for the stenographer please?
10     A.    Johnny Sullivan. S-U-L-L-I-V-A-N.
11     Q.    And you're John Sullivan the third, are you not?
12     A.    Yes.
13     Q.    And, your father's name and address please?
14     A.    John Sullivan, Jr. 49 Elmer.
15     Q.    And his telephone number?
16     A.    835-9680.
17     Q.    And you're currently staying with your mom out
18           of town, is that correct?
19     A.    Yes.
20     Q.    Now, this past summer, August, you were living
21           in Buffalo with your dad, correct?
22     A.    Yes.
23     Q.    And I want to call your attention specifically
```

20

```
 1            to the early morning hours around one or
 2            twelve-thirty a.m. of August the 10th of 1991.
 3            Did you find yourself at that time in the
 4            vicinity of Bailey and Delavan in the City of
 5            Buffalo?
 6    A.      Yes.
 7    Q.      Who were you with in the vicinity of Bailey and
 8            Delavan?
 9    A.      Friends Fred Stancil and Robert Lewis.
10    Q.      Okay.  And Fred Stancil also lives on Elmer
11            Street someplace?
12    A.      Yes.
13    Q.      And Robert Lewis, do you know where he lives?
14    A.      No.
15    Q.      Do you know where he goes to school or is he out
16            of school?
17    A.      He's out of school.
18    Q.      Do you know if he's got a job?
19    A.      No.
20    Q.      Okay.  Now, when you were in the vicinity of
21            Bailey and Delavan who was driving?
22    A.      Fred.
23    Q.      And when you arrived at that corner did you have
```

```
 1            an occasion to see anything going on between
 2            Mario Jarmon, Torriano Jackson and Aaron
 3            Jackson?
 4      A.    Yes.
 5      Q.    Now, was this going on when you first pulled up
 6            to this area?
 7      A.    Yes.
 8      Q.    What was going on?
 9      A.    An argument.
10      Q.    Why don't you tell the Grand Jury what happened,
11            what you saw of the argument and then what
12            happened?
13      A.    They were arguing. I got out of the car.  Me and
14            Aaron and Torry are friends.  Went over there
15            and they was fighting.
16      Q.    Who was fighting?
17      A.    Aaron and Mario.
18      Q.    What happened?
19      A.    I told them to stop.  Aaron said he wanted to
20            fight, so I let him fight.
21      Q.    What happened then?
22      A.    Then they fighting.  Tino ran up and started
23            shooting.
```

22

| | | |
|---|---|---|
| 1 | Q. | Now, you mentioned Tino. Is this a person that |
| 2 | | you know personally or someone you sort of know |
| 3 | | from being around the neighborhood? |
| 4 | A. | Know him from seeing him a couple of times in |
| 5 | | the store. |
| 6 | Q. | I want to show you Grand Jury Exhibit number 2. |
| 7 | | A Buffalo Police identification photograph of |
| 8 | | Valentino Dixon and ask if this is the person |
| 9 | | you're talking about when you say Tino? |
| 10 | A. | Yes. |
| 11 | Q. | Do you know what direction he came up from, |
| 12 | | where he ran up from? |
| 13 | A. | West. |
| 14 | Q. | Did he come up Delavan? |
| 15 | A. | Yes. |
| 16 | Q. | Like from the side towards downtown Buffalo, |
| 17 | | correct? |
| 18 | A. | Yes. From this way, west. From the west to the |
| 19 | | east. |
| 20 | Q. | From the west to the east? |
| 21 | A. | Yes. |
| 22 | Q. | Sort of like running towards Cheektowaga? |
| 23 | A. | Yes. |

23

```
1   Q.   Where was he when you first saw Tino?
2   A.   On the sidewalk.
3   Q.   Did you see if he had any weapons?
4   A.   Yes.
5   Q.   What did he have?
6   A.   A gun. Well, it must have been a gun. He
7        started shooting.
8   Q.   Okay. Now, did either Aaron or Torry Jackson
9        have any weapons?
10  A.   Not that I know.
11  Q.   Did you see any?
12  A.   No.
13  Q.   Now Tino came running up and what did he do?
14  A.   Started shooting.
15  Q.   And when he started shooting who did he shoot
16       first?
17  A.   I don't know.
18  Q.   Did you see him shoot anybody specifically like
19       standing by somebody and point the gun at them?
20  A.   I saw him shoot Torry.
21  Q.   Where was Torry when he shot him?
22  A.   He was in the middle of the street in Delavan
23       and Bailey in the street.
```

24

```
 1   Q.   He was laying on the ground?
 2   A.   Yes.
 3   Q.   What happened?  What did Valentino Dixon do?
 4   A.   Shot him.  Held the gun like this and shot him.
 5   Q.   Could you describe how he held the gun and --
 6   A.   Like this.
 7   Q.   You're demonstrating with two hands?
 8   A.   Yes.
 9   Q.   Did the gun seem to fire rapidly or single
10        shots?
11   A.   Fast.
12   Q.   And did you have any idea how many times he
13        shot?
14   A.   No.
15   Q.   Okay. After you saw him standing over Torry
16        Jackson shooting him, what did you do?
17   A.   I was waiting on them to leave.  I ran out of
18        the way and ran by the church.  When he left I
19        called the police.  Or had somebody call the
20        police.
21   Q.   Well, were you wounded during the course of this
22        whole thing?
23   A.   Yes.
```

| | | |
|---|---|---|
| 1 | Q. | How did you get shot? |
| 2 | A. | Running I guess. |
| 3 | Q. | Okay. Now, running before or after you saw Tino |
| 4 | | standing over Torry Jackson shooting him? |
| 5 | A. | Before. |
| 6 | Q. | Okay. So where did you stop running so that you |
| 7 | | could see the shooting? |
| 8 | A. | I ran on the other side of Bailey Avenue by the |
| 9 | | church. |
| 10 | Q. | So you ran from west to east also? |
| 11 | A. | Yes. |
| 12 | Q. | But after you got across the intersection you |
| 13 | | stopped and looked back? |
| 14 | A. | Yes. |
| 15 | Q. | Okay. And it's at that point in time you saw |
| 16 | | him standing over Torry Jackson? |
| 17 | A. | Yes. |
| 18 | Q. | Now, your injuries you received were you treated |
| 19 | | at Sisters Hospital for it? |
| 20 | A. | Yes. |
| 21 | Q. | And that was a through and through gunshot wound |
| 22 | | to your leg was it? |
| 23 | A. | Yes. |

26

| | | |
|---|---|---|
| 1 | Q. | You were not admitted, were you? |
| 2 | A. | No. |
| 3 | Q. | Did you stay in the hospital overnight? |
| 4 | A. | No. |
| 5 | Q. | And after you went to the hospital you went home |
| 6 | | with your parents, correct? |
| 7 | A. | Yes. |
| 8 | Q. | Now, during the time that you saw the fight |
| 9 | | between Aaron Jackson, Torry Jackson and Mario, |
| 10 | | did you see any of those three people with any |
| 11 | | weapons? |
| 12 | A. | No. |
| 13 | Q. | Okay. So the only weapon you saw this night was |
| 14 | | Valentino Dixon's when he came running on to the |
| 15 | | scene, correct? |
| 16 | A. | Yes. |
| 17 | | MR. BELLING:     Any questions from Grand |
| 18 | | Jurors? |
| 19 | | BY MR. BELLING: |
| 20 | Q. | Did you hear Valentino Dixon say anything either |
| 21 | | before, during or after the shooting? |
| 22 | A. | No. |
| 23 | Q. | Okay. Now, I want you to just take a look at |

27

```
 1            exhibit 1 here, the map. This has got Saint
 2            Girards church. That is the church you ran and
 3            stood next to?
 4    A.      Yes.
 5    Q.      I want you to notice that this is a street
 6            light, this is a street light, this is a street
 7            light and this is a street light. All in the
 8            general area of this intersection. Was the
 9            lighting good enough for you to see that it was
10            Valentino Dixon doing the shooting from where
11            you looked?
12    A.      Yes.
13    Q.      You had no problem seeing him?
14    A.      I mean I seen his face and when I see his face
15            before I recognize it. Now I see you all I
16            recognize you all.
17    Q.      It was a face you recognized. And you saw him
18            you're testifying to see it with sufficient
19            lighting to tell who it was again?
20    A.      Yes.
21    Q.      And, you were looking from the vicinity of the
22            church back towards Bailey, toward the
23            intersection of Bailey and Delavan, correct?
```

```
1    A.    Yes

2

3          BY MR. CHIACCHIA:
4    Q.    When you saw him standing over the top of Torry
5          with the gun, you say that he was shooting,
6          right?  You indicated that you didn't know how
7          many shots were fired.  When he was over Torry
8          did you hear gunshots?
9    A.    Yes.
10   Q.    How many did you hear?
11   A.    Couldn't tell.  It was too fast.
12   Q.    More than five?
13   A.    Yes.
14   Q.    More than ten?
15   A.    I don't know.
16   Q.    Okay.  But more than five you think?
17   A.    Yes.
18   Q.    Okay.  But you're not sure if it was more than
19         ten?
20   A.    I'm not sure if it was more than ten.
21
22         MR. CHIACCHIA:           Okay.
23         BY MR. BELLING:
```

```
 1    Q.    Okay.  Mr. Sullivan did you yourself know
 2          whether there's any relationship between
 3          Valentino Dixon and Mario?
 4    A.    No.
 5    Q.    Do you even know if they're friends or not?
 6    A.    Yes.
 7    Q.    Are they friends?
 8    A.    I think so.  I mean, yeah.
 9    Q.    Okay.  That's something that you know but you
10          don't know if there's any other relationship
11          other than being friends?
12    A.    No.
13          MR. BELLING:        Okay.  Any other questions?
14          Okay, John.
15                         *   *   *
```