# EXHIBIT 73

To: whom it may Concein,                    2-27-2002.

My name is Jamair Scott, eleven years age I committed a homicide that Valentino Dixon is serving life for, after he was arrested, I turned myself in and I fessed to the Buffalo police detective, that I was responsible for the death of torraine Jackson, I was told that they had who they wanted, and to leave the situation up to them. A few months later I was contacted by the District attorney in the case christopher Billings. He advised me that it was im my best interest to testify at the grand jury and say that Valentino Dixon committed the crime. I repeatedly refused to do so. After our meeting I found myself being harassed by the ~~lead~~ lead detective in this case mr mark J tambach,

who repeatedly made threats on my life if I didn't come to the grand jury and testify. Eventually I went to the grand jury and recanted my original confession; and told the grand jury that Valentino Dixon committed the crime. I a currently serving a life sentence for another crime. Everyday I wish that there was something I was able to do, to correct this injustice. I'm willing to give an interview in hope that the truth will finally be revealed.

Pg 1 OF 2.                                  A.140

thank you for your time and consideration into this matter.

SWORN TO BEFORE ME
THIS 27 DAY OF February 202

**DAVID D. ADAMY**
Notary Public, State of New York
No. 01AD6039610
Qualified in Erie County
Commission Expires January 31, 20 06

Sincerely
mr Laman Scott - 94B2722



pg 2 of 2.

A. 141

Dixon-005932