# EXHIBIT 75

It is the policy of the Buffalo Police Department to handle all evidence so as to protect it from contamination; to preserve it for necessary testing and evaluation; and to safeguard evidence so that its evidentiary value is in no way diminished or its authenticity questioned.

2.6   PRESERVING THE CRIME SCENE
   A. Establishing the Crime Scene
      The first member of the Department arriving to investigate the report of a crime must identify the crime scene. The size of the crime scene will depend on the nature of the crime and the possible existence of items of evidentiary value. It may extend for entire city blocks (e.g. drive by shootings, bombings, etc.) or it may be confined to one small room of a building.

   B. Protecting the Crime Scene
      Once the extent of the crime scene has been established, no unauthorized personnel shall be allowed entrance. The only Police personnel allowed to enter the crime scene shall be members of the Department who are directly involved in the investigation of the crime, or those involved with collecting evidence or photographing the scene (refer to the Crime Scene Integrity Report Sign In Sheet Form P-296).

2.9   RECOGNIZING EVIDENCE
   The evidence that is available will usually depend on the nature of the crime. The more information that an investigating Officer can obtain from witnesses and complainants the better able (s)he will be to determine the evidentiary value of items found at a crime scene. All items of evidence must be collected and preserved regardless of whether they tend to exonerate or implicate a particular suspect.

2.12   PHOTOGRAPHING EVIDENCE AND CRIME SCENES
   If evidence or a crime scene are to be photographed, the Photography Unit shall be called. The Photographer shall maintain a log so that (s)he is:
   A. able to testify that the photo represents a true and accurate representation of the evidence at the time the photo was taken;
   B. able to testify that the photo is free of distortion and does not misrepresent the scene or object depicted;
   C. able to establish the continuity of the film from the time of its exposure to the time of its presentation in court;
   D. able to establish each step used in transporting, processing and storing the film;
   E. able to accurately testify to the following: