# EXHIBIT 84

https://buffalonews.com/news/local/crime-and-courts/dejac-peters-estate-in-line-to-receive-2-6-million-in-settlements/article_e0babb29-2bd6-59aa-824f-007aba3b4b7a.html

# DeJac Peters estate in line to receive $2.6 million in settlements

By Phil Fairbanks
Oct 3, 2015

The final chapter of Lynn DeJac Peters' 14-year nightmare with the criminal justice system and subsequent seven-year battle for fairness may be written soon.

More than a year after she died, surrounded by family in her South Buffalo home, the woman who spent 14 years in prison for a crime she did not commit may be about to get her final due.

A lawyer involved in the last of DeJac Peters' two lawsuits over her 1994 conviction for the murder of her daughter, Crystallynn Girard, says her estate is in line to receive $2.6 million from the county and city.

The amount is part of a tentative settlement that still needs federal and surrogate court approval. But, if approved, it would end her legal battle with the police and prosecutors who sent her to prison and the state officials who kept her there.

In late 2012, DeJac Peters received $2.7 million from the state to settle her first lawsuit.

## People are also reading…

1. **Jim Kubiak: What happened to Bills, Josh Allen on last series and what's next?**

2   **Anthony Ottomano no longer girls basketball coach at St. Mary's; Bill Shaw out at Williamsville North**

3   **Inside the Bills: Stefon Diggs' dramatic drop in production needs to be addressed**

4   **Sources: Sabres winger Jack Quinn undergoes surgery on lower-body injury**

"Assuming the settlement is approved by federal court and surrogate court, the long, tortuous ordeal of Lynn Dejac Peters and her family will finally come to an end," said Steven M. Cohen, her lawyer for the past seven years.

Cohen and the other lawyers in the federal court suit said they could not comment on the settlement until after the courts sign off on it, but Erie County Attorney Michael Siragusa confirmed the amount.

Siragusa said the tentative settlement calls for the county to pay $1.875 million and the city to pay $735,000 to DeJac Peters' estate.

Charged in 1993 with strangling her daughter, who was 13, DeJac Peters always maintained her innocence, but was nevertheless convicted of second-degree murder and sentenced to 25 years to life in state prison.

While she was serving time, the Buffalo Police Department's Cold Case Squad uncovered DNA evidence from Crystallynn's body linked to Dennis P. Donohue, who was already in prison for the murder of a Buffalo woman, Joan Giambra, nine months after Crystallynn's death.

Donohue also was a person of interest in the murder of Carol Reed in 1975, but was never charged. He also was never charged in Crystallynn's murder, although the DNA evidence was strong enough to free DeJac Peters.

She was released in 2007.

"I didn't get to tuck my children into bed at night. I didn't get to tell them a bedtime story," DeJac Peters told reporters in 2008. "I didn't get to kiss their boo-boos. I didn't get to do any of that."

When she was sent to prison, she left behind a husband, Charles W. Peters, newborn twins and a young son. The twins, now 21, were born Feb. 14, 1994, exactly one year after Crystallynn's murder.

"For what amount of money would you be willing to give up your wife and your kids?" she asked reporters at the same 2008 news conference. "There's no amount of money that can bring that back."

Finally free from prison, she spent the next six years adjusting to a society that had changed drastically in the time she was behind bars. She also began a legal fight, on two different fronts, seeking compensation for her wrongful conviction and imprisonment.

If the courts accept the tentative federal court settlement, she will have received a total of about $5.3 million from her two lawsuits. Cohen said the settlement requires the approval of U.S. Magistrate Judge Jeremiah J. McCarthy and, because of her estate, Erie County Surrogate Judge Barbara Howe.

In February 2013, six years after regaining her freedom, DeJac Peters revealed that she had terminal cancer and only a limited amount of time to live. She died in June 2014.

"Lynn stands as a tragic reminder that there are innocent people behind bars whose lives are wasting away while the true perpetrators remain at large," Cohen said at the time of her death.

When DeJac Peters was finally freed, Cohen was quick to praise the police and prosecutors who uncovered the DNA evidence and pushed for her release.

He credited the Cold Case squad, Detective Lissa Redmond and retired Detectives Charles J. Aronica and Mary E. Gugliuzza, for uncovering proof of DeJac Peters' innocence.

He also insisted that former Detective Dennis A. Delano was essential in bringing about DeJac Peters' release, and that District Attorney Frank A. Sedita III, who was head of the DA's Homicide Bureau at the time, was instrumental in convincing his boss, then-DA Frank J. Clark, to intervene in the case.

At this point, it's not clear when the courts will take up the proposed settlement.

email: **pfairbanks@buffnews.com**