# EXHIBIT 85

```
 2                      CONFIDENTIAL
                        MICHAEL BLAND
 3

 4

 5
     UNITED STATES DISTRICT COURT
 6   WESTERN DISTRICT OF NEW YORK

 7
     -------------------------------------------
 8   VALENTINO DIXON,

 9                             Plaintiff,

10              - vs -    Case No.
                          1:19-cv-01678-WMS
11
     CITY OF BUFFALO and COUNTY OF ERIE;
12   and DETECTIVE MARK R. STAMBACH,
     DETECTIVE RANIERO MASECCHIA, DETECTIVE
13   JAMES P. LONERGAN, DETECTIVE JOHN VICKERD,
     CHIEF RICHARD T. DONOVAN, JOHN DOES,
14   Unknown Buffalo Police Department Supervisors,
     and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER
15   BELLING, in their individual capacities,

16                             Defendants.
     -------------------------------------------
17

18           Examination before trial of

19   MICHAEL BLAND, taken pursuant to Subpoena, the

20   Federal Rules of Civil Procedure, at Office of the

21   United States Attorney, Federal Centre, 138

22   Delaware Avenue, Buffalo, New York, on October 16,

23   2023, commencing at 2:37 p.m., before ANDREA J.

24   HOBBS, Notary Public.

25
```



```
 1                      Michael Bland
 2   the person who shot and not Valentino Dixon?
 3           A.   Plead the Fifth.
 4           Q.   You knew at that time --
 5           MR. SAHASRABUDHE:  Objection to form.
 6           BY MR. BRUSTIN:
 7           Q.   -- that Valentino Dixon had nothing to
 8   do with the shooting?
 9           MR. BLENK:  Form.
10           THE WITNESS:  Plead the Fifth.
11           MR. SAHASRABUDHE:  Objection to form.
12           BY MR. BRUSTIN:
13           Q.   And soon after the shooting, you spoke
14   to police detectives in this case, correct?
15           A.   Plead the Fifth.
16           Q.   Including Detective Stambach?
17           MR. SAHASRABUDHE:  Objection to form.
18           THE WITNESS:  Plead the Fifth.
19           MR. BLENK:  Form.
20           MR. SAHASRABUDHE:  Objection to form.
21           BY MR. BRUSTIN:
22           Q.   And Detective Stambach made it clear to
23   you that he believed Valentino Dixon was --
24   withdrawn.
25           Detective Stambach pressured you into --
```



```
 1                      Michael Bland
 2   knew that he was not?
 3          MR. BLENK:  Form.
 4          THE WITNESS:  Plead the Fifth.
 5          MR. SAHASRABUDHE:  Objection to form.
 6          BY MR. BRUSTIN:
 7          Q.   And you also know someone named
 8   Emil Adams?
 9          A.   Plead the Fifth.
10          Q.   He was also known at that time as
11   Lucky?
12          A.   Plead the Fifth.
13          Q.   And at the time, you understand that
14   Emil Adams identified Valentino Dixon as the
15   shooter?
16          A.   Plead the Fifth.
17          Q.   And you understand -- withdrawn.
18          You were also friends with Emil Adams?
19          A.   Plead the Fifth.
20          Q.   As were the Jacksons?
21          A.   Plead the Fifth.
22          Q.   And you understood that although
23   Emil Adams testified that Valentino Dixon was the
24   shooter, you know from speaking to him on multiple
25   occasions, that he understood that Lamarr Scott was
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                     Michael Bland
 2   the shooter and not Valentino Dixon, isn't that
 3   true, sir?
 4            MR. BLENK:  Form.
 5            THE WITNESS:  Plead the Fifth.
 6            MR. SAHASRABUDHE:  Objection to form.
 7            BY MR. BRUSTIN:
 8        Q.  And Emil Adams told you on a number of
 9   occasions, that he was pressured by the police to
10   maintain that Valentino Dixon was the shooter, even
11   though he and they knew it was Lamarr Scott?
12            MR. BLENK:  Form.
13            THE WITNESS:  Plead the Fifth.
14            MR. SAHASRABUDHE:  Objection to form.
15            BY MR. BRUSTIN:
16        Q.  And I just want to --
17        A.  I'm not standing up to be funny.  I am
18   like really stretching.
19        Q.  That's fine.  If you can hear, that's
20   fine.  To be more specific, when you observed the
21   moments leading up to the shooting and the shooting
22   itself by Lamarr Scott, more specifically what you
23   yelled out was look out, he's got a gun, when you
24   saw Lamarr Scott approaching with the automatic
25   pistol?
```



```
 1
 2  STATE OF NEW YORK )
 3                    ss:
 4  COUNTY OF ERIE    )
 5
 6       I DO HEREBY CERTIFY as a Notary Public in and
 7  for the State of New York, that I did attend and
 8  report the foregoing deposition, which was taken
 9  down by me in a verbatim manner by means of machine
10  shorthand.  Further, that the deposition was then
11  reduced to writing in my presence and under my
12  direction.  That the deposition was taken to be
13  used in the foregoing entitled action.  That the
14  said deponent, before examination, was duly sworn
15  to testify to the truth, the whole truth and
16  nothing but the truth, relative to said action.
17
18
                                
19                              _____
                                ANDREA J. HOBBS,
20                              Notary Public,
                                Notary expires 06/26/25
21
22
23
24
25
```