# EXHIBIT 88

November 16th, 2004

City of Buffalo
Department of the Police



State of New York
County of Erie
City of Buffalo

Mister Josue Daniel Ortiz, WM23-11-14-81 residing at 142 Germain Street in the City of Buffalo, New York. Being duly sworn deposes and makes the following sworn statement. This statement is taken by Detective Mark R. Stambach of the HOMICIDE SQUAD in the prescence of Det/Sgt James Lonergan. The statement is typed by Detective Mark R. Stambach and the questions are being asked in Spanish by Police Officer Edwin Torres.

Q. Do you kno how to read and write?
A. Soo- So with the english.

Q. How far have you gone in school and do you have a formal education?
A. 11 grade I dropped out of the 11th grade.

Q. How long have you lived here in Buffalo, New York?
A. Four or five months I got here in May.

Q. Have you lived in the United States for how long?
A. This is my first time.

Q. The Buffalo Police Departments Homicide Squad is investigating the shooting and the death of Mister Miguel Camacho and also Misterv Nelson Camacho. Both were victims of a homicide that occured on 11-11-2004 at or about 9:44 PM at 879 Niagara Street in the City of Buffalo. Can you tell me in your own words what you know about those homicides?
A. It was about 9:30 PM we started to head over there. We went over there to get money. There was three of us. Me, UDAH, and UDAHS brother. We got there. And we did what we did. Went over there and got in. Because we heard that they were making money. We went over there to assault them only He opened the door. I mean I did. UDAH kicked the door in. We entered. We got in. All three of us entered. Entered and BAM. Fired shots. Forced o way in and fired a shot. Then he heard the other brother yell out they are killing my brother. They jumped on FLOCO. UDAHS brother fired the nine millimeter. No the rifle I mean. Shot fired at FLOCO. FLOCO came and then UDAHS brother came and POW - POW. They we rean off.

Q. Did you enter through the front or the side door?
A. The front door.

Q. How did you open the door?
A. We kicked in the door, I did.

Q. How may of there was it that went inside?
A. It was the three of us.

Q. Did you all have weapons?
A. Yes.

Q. Who do you meet first when you go in?
A. LOBO was the first person I saw.

Q. What kind of gun did you bring with you?
A. A shot gun.

Q. What did LOBO do when he saw you?
A. We entered and he was there and FLOCO was in the back.

Q. Was there a struggle with LOBO at the fron door?
A. Yes.

Q. Who was struggling with him?
A. Me.

Q. Did anyone try to take any thing from LOBO?
A. Yes I did his chain.

STATEMENMT PAGE TWO CONTD..........

Q. Did you see anyone else inside the house with LOBO?
A. The brother.

Q. What was the brothers name?
A. Thye called him EL-FLACO.

Q. Where was EL-FLACO inside the house when he came in?
A. He was standing in the rear of the apartment.

Q. Did EL- FLACO have anything in his hands when he was standing?
A. A gun, in one hand, and a telephone in his other hand.

Q. What was EL - FLACO doing with the telephone?
A. I heard him talking.

Q. Did you hear what he was saying?
A. Yes they are killing LOBO they are killing LOBO.

Q. Did you see a T.V. inside the apartment?
A. Yes.

Q. Was it a small one or a large one?
A. It was big.

Q. Was the T.V on or off?
A. The T.V. was on.

Q. Did you go there to get drugs or money?
A. Yes both.

Q. Did anyone find the money or the drugs?
A. I saw money there and drugs.

Q. Can you name the three types of guns you took with you?
A. A shotgun - A pistol, and a AK.

Q. Who brought the AK to the house?
A. It was UDAHS brother.

Q. Who actually kicked the door in to the bottom apartment?
A. I did/.

Q. What were you wearing the night this all happened?
A. Dark clothing, a dark hooded coat, combination matching set, not what I am wearing right now. sneakers white.

Q. Where are the clothes that youwer wearing that night?
A. They are on or at 19 Hoyt street.

Q. Which way did you leave from the house?
A. We came out of the house and across the street, and down Massachusetts.

Q. How may shots were fired inside the house?
A. A couple. It was rapid and real fast.

Q. Did you see who was firing the AK inside the house?
A. Yes I did see who was shooting. It was IDAHS borther.

Q. Did you have the AK - 47?
A. Yes I did.

Q. Did you do the shooting?
A. Yes.

Q. Did you shoot EL- FLACO with the AK?
A. Yes.

Q. Where did you shoot FLOCO?
A. In the belly.

Q. Where did you shoot LOBO at?
A. Face chest, I did a couple when he was on the floor.

Q. The first man at the door when you entered did he have any type of weapon?
A. No.

Q. Did you take anything from the apartment?
A. No we got scared.

Q. Why did you tell us at first you had a shot gun instead of the AK?
A. I was scared.

Q. How have the police treated you tonight?
A. You treated me good.

Q. Did anyone yell at you tonight?
A. No.

Q. Did you have dinner here tonight?
A. Yes.

Q. Did anyone make you any promises?
A. No promises were made.

Q. And you had your rights read to you correct?
A. Yes.

Q. I am now going to have Police Officer Torres read this three page statement and ask you if it is correct?
A. It is correct.

Q. Will you now sign this statement for me now?
A. Yes.

STATEMENT IS STOPPED AT 10:30 PM.

SIGNED _____

WITNESSED: _____

WITNESSED: _____

Sworn and subribed before me this
16th day of November 2004

Mark R. Stambach

Commissioner of Deed in and for the City of
Buffalo, New York. My commission expires
on 12-31-2004.