# EXHIBIT 89

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JOSUE ORTIZ,

                              Plaintiff,

           v.                                                    1:16-cv-00321-EAW-MJR

MARK STAMBACH,

                              Defendant.

## <u>STIPULATION OF UNDISPUTED FACTS FOR TRIAL</u>

**IT IS HEREBY STIPULATED AND AGREED** that the truth of the following

facts shall be deemed admitted and undisputed by the parties at the upcoming trial of this matter:

1. On November 11, 2004, Nelson and Miguel Camacho were murdered in their home at 879 Niagara Street, Buffalo.

2. On November 16, 2004, Josue Ortiz ("Ortiz") was interrogated by Mark Stambach ("Stambach") wherein Stambach, an investigating official, claims Ortiz confessed to his involvement in the murders of the Camacho brothers.

3. On November 17, 2004, Stambach initiated the prosecution of Ortiz by filing a Felony Complaint, based solely on the alleged confession.

4. Stambach forwarded the alleged confession to the Erie County District Attorney's office knowing that the statement could be used in the prosecution of Ortiz, including at a trial if necessary.

5. On December 8, 2004, an Erie County Grand Jury indicted Ortiz for the murders of the Camacho brothers based on the alleged confession taken by Stambach. The alleged confession was thus used against Ortiz in a criminal prosecution.

6. On March 22, 2006, Ortiz was convicted of two counts of Manslaughter 1st degree (PL 125.20[1]) after he pled guilty to those charges.

7. On June 16, 2006, Ortiz was sentenced to imprisonment of 25 years.

8. Ortiz was incarcerated, and suffered a loss of his liberty, from November 17, 2004, until December 9, 2014, as a result of the felony complaint filed by Stambach, the alleged confession taken by Stambach, and his subsequent conviction.

9. As a result of an investigation conducted by the Federal Bureau of Investigation and the United States Attorney's Office for the Western District of New York, and as a result of a re-investigation jointly conducted by the Buffalo Police Department and the New York State Police, law enforcement agencies determined that Josue Ortiz was not involved in the murders of Nelson and Miguel Camacho.

10. The United States Attorney's Office for the Western District of New York, based upon facts learned from the investigation conducted by the Federal Bureau of Investigation, charged three other individuals with the murders of Nelson and Miguel Camacho.

11. These three other individuals were convicted based on their admitted and corroborated involvement in the murders of Nelson and Miguel Camacho.

12. Given the evidence obtained by the FBI and after the arrest of the three others by the United States Attorney's Office for the Western District of New York, a 440-motion hearing was conducted, Judge Thomas P. Franczak, Erie County Court Judge, presiding.

13. After considering evidence, and after the Erie County District Attorney's Office agreed that Ortiz was not involved in the murders, the indictment against Josue Ortiz was dismissed by the Honorable Judge Thomas P. Franczyk.

14. That, in ordering the dismissal of the indictment against Josue Ortiz, Judge Franczyk found that Mr. Ortiz had demonstrated that he was actually innocent of the murders of Nelson and Miguel Camacho.  Thus, the criminal proceedings brought against Ortiz, terminated in his favor.

Dated:     Buffalo, New York
           April 27, 2022

**LAW OFFICES OF**
**WAYNE C. FELLE, P.C.**
*Attorneys for Plaintiff Josue Ortiz*


By: //s Wayne C. Felle
         Wayne C. Felle, Esq.
6024 Main Street
Williamsville, New York  14221

**HODGSON RUSS LLP**
*Attorneys for Defendant Mark Stambach*


By: //s Peter A. Sahasrabudhe
         Hugh M. Russ, Esq.
         Peter A. Sahasrabudhe, Esq.
The Guaranty Building
140 Pearl Street – Suite 100

Buffalo, New York  14240
Telephone:  716-856-4000