# EXHIBIT 91

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOSUE ORTIZ,

                Plaintiff,

v.                                  1:16-CV-00321 EAW MJR

MARK STAMBACH,

                Defendant.

---

What amount of punitive damages do you find should be awarded to the Plaintiff?

$ *1.5 MILLION*

**STOP: Please proceed to the signature page.**

- 1 -

## Signature Page

Instructions to the Foreperson: Once you have indicated the jury's answer to the question above simply sign and date this page in the space provided below. Then inform the court security officer that you have finished deliberating.

By his/her signature below, the jury foreperson affirms that the above is the answer of the unanimous jury in the case of *Josue Ortiz v. Mark Stambach*, 1:16-CV-00321.

S/Foreperson

FOREPERSON

Dated: May 9, 2022

- 2 -