# EXHIBIT 94

1                                                          1

2          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF NEW YORK
3          --------------------------x

4          CORY EPPS,

5                  Plaintiff,

6                  v.                    1:19-cv-00281-LJV

7          THE CITY OF BUFFALO, DETECTIVE
           JOHN BOHAN, DETECTIVE
8          REGINALD MINOR, DETECTIVE
           MARK STAMBACH, DETECTIVE
9          JAMES GIARDINA, DETECTIVE
           ANTHONY CONSTANTINO,
10         DETECTIVE ROBERT CHELLA,
           RANIERO MASSECHIA, CHARLES
11         ARONICA AND CHIEF JOSEPH RIGA,

12                 Defendants.

13         --------------------------x
                                        October 29, 2021
14                                      11:02 a.m.

15

16             Videoconference deposition of

17         JACQUELINE BRADLEY, taken by plaintiff,

18         pursuant to subpoena, reported remotely by

19         Julia Liu, a Shorthand Reporter and Notary

20         Public of the State of New York.

21

22

23

24

25

```
 1                                                        2

 2        REMOTE APPEARANCES:

 3

 4        RICKNER PLLC

 5             Attorneys for plaintiff

 6             14 Wall Street, Suite 1603

 7             New York, NY 10005

 8        BY:  ROB RICKNER

 9

10        HODGSON RUSS LLP

11             Attorneys for defendants

12             140 Pearl Street

13             Buffalo, NY 14202

14        BY:  HUGH M. RUSS, III

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    Bradley                  6
 2       do that for me?
 3            A.    Yes.
 4            Q.    And this question may seem
 5       impertinent, but we have to ask it, which
 6       is do you have any medical reason why you
 7       couldn't give full and accurate testimony
 8       today?
 9            A.    No.
10            Q.    Okay.  Thank you.  Did you
11       discuss this deposition with anyone besides
12       the court appearance yesterday?
13            A.    No.
14            Q.    Now, going back to May of 1997.
15       Did there come a time when police officers
16       showed you photographs in order for you to
17       identify the person who killed Tomika
18       Means?
19            A.    Yes.
20            Q.    When did they first start showing
21       you photographs?
22            A.    This was like, I want to say, a
23       few weeks after she was killed.  They came
24       twice.  It was these big books with a lot
25       of pictures and stuff in them.
```

1                          Bradley                    7

2              Q.    Okay.  So you say that the

3        officers started showing up with

4        photographs a few weeks after?

5              A.    Yeah, I want to say like a few

6        weeks after.  It wasn't right away.

7              Q.    Okay.  Can you describe these

8        books for me?

9              A.    I'm trying to remember.  I just

10       know it was books and it was like -- it was

11       plastic over the pictures.  You know how

12       you have like -- it was different pictures,

13       it was like a lot of pictures.  And it had

14       like -- I mean like square, like -- it was

15       just different pictures like of, you know,

16       one of them binder-like books, I want to

17       say, folder-like books or whatever.  And I

18       just know it was a lot of -- it was a lot

19       of pictures.  I know that.

20             Q.    Okay.  So I'm just trying to get

21       an understanding of this book.  Is it like

22       one of those books that we would use for

23       the old photo albums, where you put the

24       pictures down and then there's the film

25       that goes across and sort of sticks them in

36

CERTIFICATE

STATE OF NEW YORK )

               ) ss.

COUNTY OF NEW YORK)


        I, Julia Liu, a Shorthand Reporter and

Notary Public within and for the State of

New York, do hereby certify:

        That JACQUELINE BRADLEY, the witness

whose deposition is hereinbefore set forth,

was duly sworn by me and that such

deposition is a true record of the testimony

given by such witness.

        I further certify that I am not

related to any of the parties to this action

by blood or marriage and that I am in no way

interested in the outcome of this matter.


                _____

                     JULIA LIU