# EXHIBIT 95

# Exhibit A
# Declaration of Gerardo Romo, dated November 14, 2022

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF BUFFALO, *et al.*,<br><br>        Defendants. | Civil Action No. 19-cv-01678<br><br>**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE NON-PARTY JOHN SULLIVAN AND TO SET A HEARING DATE** |

### AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND PLAINTIFF'S TIME TO SERVE NON-PARTY JOHN SULLIVAN AND TO SET HEARING ON PLAINTIFF'S MOTION FOR FINDING OF CONTEMPT

I, **GERARDO ROMO**, hereby swear and state as follows:

1. I am an attorney with the law firm Neufeld Scheck & Brustin LLP. I represent Plaintiff Valentino Dixon in the above-captioned matter.

2. I submit this affidavit in support of Plaintiff's Motion to Extend Time to Serve Non-Party John Sullivan and to Set a Hearing Date.

3. As detailed throughout Plaintiff's briefing, John Sullivan is homeless, does not seem to have a phone, and as the case has developed has become increasingly difficult to locate.

4. Since Plaintiff served his first Subpoena on March 25, 2022, Plaintiff has served Mr. Sullivan with:

    a. A Motion to Compel Appearance at deposition on May 19, 2022 (*see* Doc. No. 83-8);

    b. The Court's text order with a briefing schedule on Plaintiff's Motion to Compel (Doc. 84) on May 31, 2022 (*see* Doc. No. 85-1);

1

  c. A Subpoena to testify at a second deposition, along with the Court's order (Doc. No. 87), on July 26, 2022 (*see* Doc. No. 101-4); and

  d. Plaintiff's Motion for Finding of Contempt on November 3, 2022 (*see* Doc. No. 101-7).

5. It took Plaintiff's investigator over two months of searching for Mr. Sullivan to serve him with the First Subpoena to testify at a deposition, which was eventually served on him on March 28, 2022, at a gas station.

6. Plaintiff's motion to compel Mr. Sullivan's deposition, dated April 22, 2022, could not be filed with the Court until May 19, 2022, because of issues locating Mr. Sullivan.

7. In addition, before the second deposition on September 13, 2022, Plaintiff's investigator attempted to search for Mr. Sullivan on August 17, 19 and September 6, 7, 9, and 12 but could not locate him (*see* Doc. No. 101-5).

8. Plaintiff's Motion for Finding of Contempt, dated October 18, 2022, could not be filed with the Court until November 4, 2022 because Mr. Sullivan could not be located until November 3, 2022 (*see* Doc. No. 101-7).

9. Most recently, Plaintiff's investigator attempted to locate Mr. Sullivan to serve him with the Court's text order on November 8, 9, 10, 11 and 14 but has been unable to find him. *See* Exhibit B, Declaration of Tony Olivo, dated November 14, 2022.

10. Each attempt to locate Mr. Sullivan delays the litigation and increases the costs incurred by Plaintiff.

11. In order to complete service, and to account for further any unforeseeable circumstances, Plaintiff hereby requests an extension of the November 14, 2022 deadline by one month, until December 14, 2022.

2

12. In addition, given the likelihood that Mr. Sullivan will be increasingly difficult to locate to serve multiple times, and the increasing costs in attempting to locate him, Plaintiff respectfully requests that the Court set a date for a hearing along with the briefing schedule so that Plaintiff may serve Mr. Sullivan with both the briefing schedule and a notice of a hearing.

I affirm that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willingly false, I am subject to discipline.

| | |
|---|---|
| DATED: November 14, 2022 | /s/ Gerardo Romo |

Gerardo Romo
NEUFELD SCHECK & BRUSTIN LLP
99 Hudson Street, 8th Floor
New York, NY 10013
T: (212) 965-9081
E: gerardo@nsbcivilrights.com

*Counsel for Plaintiff Valentino Dixon*