# EXHIBIT 98

PATHOLOGIC EXAMINATION  DISTRICT ATTORNEY

Jackson, Torriano
Case # 692-91

91 SEP 23 AM 10: 20

Male - Black - 17 years

Autopsy performed by Dr. Fazlollah Loghmanee, Associate Chief Medical Examiner at 10:30 AM. on August 10, 1991 at the request of Dr. David O'Connell, Medical Examiner and in the presence of Buffalo Homicide Officers and photographer. (Stan Suszek, Bill Shepard and Hendricks).

EXTERNAL EXAMINATION;

The body is that of a Torriano Jackson, a 17 year old black male, measuring 67 inches in length and having a scale weight of 134 lbs. This is a well developed, well nourished, male. The scalp is covered by short curly black hair. The irides are brown/black. The pupils are dilated. An endotracheal tube is in place. Natural teeth in good repair are noted in the oral cavity. Scanty hair is present on the face. The chest is symmetrical. Multiple bullet wounds are noted on the body. Together numbering 18. The left leg is shortened due to a fracture of the femur in the midportion. The left thigh is larger due to hemorrhage. A thoracotomy incision is noted on the left anterior chest. Rigor mortis is fully developed and livor mortis cannot be identified.

GUNSHOT WOUNDS;

There are 18 fresh bullet wounds on the body.

Bullet Wound # 1 is located 48 inches above the heels and 1 inch to the left of the midline on the left side of the chest between the breasts measuring 1 cm with abrasion, entrance wound.

Bullet Wound # 2 is located 46 1/2 inches above the heel and 8 inches on the left flank measuring 2 cm with a large abrasion, re-entry wound.

Bullet Wound # 3 is located 42 1/4 inches and 8 inches on the left iliac crest measuring 1 1/2 cm.

Bullet wound # 4 is located 42 1/4 inches above the heels and 6 inches to the right of the abdomen measuring 1 cm. No abrasion present, exit wound.

Bullet wound # 5 is located 31 inches above the heels on the lateral aspect of the left thigh measuring 2 cm with irregular abrasions, exit wound.

COE002633

Jackson, Torriano                                          page two
Case # 692 - 91

    Bullet wound # 6 is located 17 inches above the heels on the medial aspect of the left lower leg measuring 2 cm, exit wound.

    Bullet wound # 7 is located 22 1/2 inches above the heel measuring 2 cm. exit wound.

    Bullet wound # 8 is located 24 inches above the heel on the medial aspect of the lower anterior right thigh measuring 2 cm., exit wound.

    Bullet wound # 9 is located 33 1/2 inches above the heel and 4 inches below the right inguinal line measuring 1 1/2 cm., entrance wound.

    Bullet wound # 10 is located 22 inches above the right heel on the posterior aspect of the left thigh, entrance wound.

    Bullet wound # 11 is located 19 inches above the right heel, entrance wound.

    Bullet wound # 12 is located 24 inches above the right heel, entrance wound.

    Bullet wound # 13 is located 10 inches above the left heel, entrance wound.

    Bullet wound # 14 is an irregular entrance wound on the lateral aspect of the right hand at the junction of the metacarpal to phalangeal joint. This wound measures 2 cm with fragments of bone present.

    Bullet wound # 15 is entrance wound located on the left upper arm, measuring 1.5 cm. with abrasions.

    Bullet wound # 16 is an exit wound on the medial aspect of the left upper arm measuring 1.7 cm.

    Bullet wound # 17 is an entrance wound on the left forearm measuring 2 cm with abrasions.

    Bullet wound # 18 is an aggregate of superficial abrasion on the posterior aspect of the right upper arm, the largest measuring 2 cm.

    X rays of the pelvic area shows presence of two bullets on the upper thigh and one bullet on the left hip area, one bullet on the dorsum of the right hand and one bullet in the

COE002634

```
Jackson, Torriano                                          page three
Case # 692 - 91
```

midleft forearm. All five (5) bullets are removed from the pelvic area and extremities. The bullets are large, copper jacketed. They are labeled with an F and handed over to the Homicide Officers.

INTERNAL EXAMINATION;

The body is opened by the usual Y shaped incision. There is fluid blood in both pleural cavities. The left contains 500 cc and the right 700 cc. The abdominal cavity is filled with blood estimated at more than 1 1/2 liters. Retro-peritoneal area also shows a large amount of hemorrhage. The left thigh also shows a large amount of hemorrhage.

HEAD AND NECK;

The scalp is reflected and the skull bones are intact. The dura and leptomeninges show no hemorrhages. The brain weighs 1550 grams. Multiple sections show perimortal edema and pallor.

CARDIOVASCULAR SYSTEM;

The pericardium is opened and the heart shows multiple contusions in the apex of the left ventricle and the wall of the right ventricle. There is hemorrhage in the mediastinum. The heart weighs 300 grams. Multiple sections show no other pathologic changes. There is trauma to the myocardium. The vasculature structures are smooth. The aorta shows no trauma. The inferior vena cava shows 2 areas of laceration.

RESPIRATORY SYSTEM;

The tracheo-bronchial tree is patent. A minimal amount of bloody fluid is noted on the left main stem bronchus. The left lung weighs 300 grams and the right weighs 350 grams. There is an area of contusion at the junctioin of the lower and upper lobes, laterally. The rest of the lungs show atelectatic changes.

DIGESTIVE SYSTEM;

The esophagus is intact. The stomach shows a through and through bullet wound in the fundus. The stomach contains residual digested food material estimated at 50 cc. The rest of the intestinal tract shows blood stained serosal aspect.

Jackson, Torriano                                              page four
Case # 692 - 91


HEPATOBILIARY SYSTEM;

   The liver is pale and weighs 1400 grams. There is an area of laceration on the left lobe of the liver on the margin. Also hemorrhages are noted on the path of the inferior vena cava surrounding this vessel. The gallbladder is swollen and contains fluid bile. The biliary system is patent.


PANCREAS;

   This organ shows peri-pancreatic hemorrhage.


HEMOLYMPHATIC SYSTEM;

   The spleen shows abrasions and sloughing of the capsule in the lower pole. It weighs 90 grams and is pale.


URINARY SYSTEM;

   The peri-renal fat on both sides show a large amount of hemorrhage. The kidneys are pale, the left weighs 160 grams and the right weighs 150 grams. The parenchyma is also very pale. The ureters are patent into the bladder which contains an estimated 150 cc of light colored urine. There is hemorrhage in the peri-vesicle area.


ENDOCRINE SYSTEM;

   The pituitary and thyroid are not remarkable. There are hemorrhages surrounding the adrenals.


LABORATORY DATA;

   Blood from the abdominal cavity, urine, bile, liver and brain are submitted for toxicology.

COE002636

Jackson, Torriano                                              page five
Case # 692 - 91

ANATOMICAL FINDINGS:

    1. Multiple bullet wounds.
    2. Hemoperitoneum
    3. Bilateral hemothorax
    4. Fracture of the left femur

CAUSE OF DEATH:        Internal bleeding due to multiple
                            gunshot wounds

_____ MD
Fazlollah Loghmanee, M.D.
Assoc. Chief Medical Examiner

FL;ap
8/20/91