# EXHIBIT 99

*Interviewee:*  - just hanging out and drinking beer and talking and throughout the maybe three or four hours of hanging out with those guys, there was a yellow car that continued to drive on East Douglas Street in front of our new house. So I questioned and asked him, "Who was it? Who were the guys," 'cause you know, guys were – they would roll the window down and point at us and go like that. And I'm like, "Who are these guys?" You know? I wondered who they was.

So they explained to me that it was Torriano, a kid named Torriano Jackson and his friends and then Antoine went to explain to me that he had had a problem with Torry. I didn't get into the extent of the problem. I just said, "All right, well, whatever, man. You know?" They were just acting silly, acting stupid, you know. But they rolled by again a couple hours later and, um, I said, "Man, maybe this is something serious."

And that's when I asked Antoine _____ what really happened and he had told me that he had a run in with him and his friends on the west side of Buffalo where Torriano put a gun to his friend's head about a female. And I said, "Wow, okay. This gets to be really serious." And when he told me about the guy, Torriano, I remembered the name because a year before that, I was a party on Hutchinson Street and they beat a guy real bad, it was a house party. They beat a guy real bad and they kept screaming, "The Jackson Family, the Jackson Family." It was about five or six of them. So I remember the name. it was just an incident that you don't normally see.

So, I told him, "I'll be back in about 20 minutes." Have _____ like a _____ and I had just bought a submachine gun, you know, $400.00. And I really bought it just to have it. I didn't buy it to kill anybody, shoot anybody, but just to be able to say that I have a weapon. I didn't want to use it. I never fired a gun before that night.

So I came back and I stashed the gun in Mario's house's doorway and later on that night, they came by again. So, I said, "All right, let me go get my gun then and make sure." And then Valentino drove up. I was introduced to Valentino and Antoine told me that it was his brother and Leonard told me that this was his brother and, you know, we was all hanging out drinking beers and everything was cool 'cause Bailey and Douglas was like a hangout spot 'cause Louie's restaurant there. And when they came by, they jumped out of the car and Mario German ran into the middle of the street and started fighting. And then I heard two shots and I pulled out the

gun that I had, you know, strictly intending to scare people. And I shot over their heads. Now it being a submachine gun, you know, I did not – I never knew how to handle a gun period, so when I shot in the air, everybody scattered and, um, Leonard was – Leonard Brown was on my right.

And he kept saying to me in my ear, "There they go right there. There he go right there. There he go."

So I'm like, "Who are we talking about?"

He's like "Torry, he's right there. He's got a gun." So I pointed my gun at him and I shot. I didn't intend to shoot – I didn't intend to empty a clip. I didn't intend to kill him or anything. It was maybe a three or four minute time span for the whole situation to be over. Well within those seconds, the clip was empty, Torriano was on the ground dead. And after that, I turned around and I turned around, you know, everybody was running, I ran down the street, I ditched the gun in a couple backyards and got on my bike and I went home. I went home and I went to sleep. And then the next day, I went into the neighborhood and I had found out that Mr. Dixon had got – he got arrested. And I'm like, "What did he get arrested for?" They said, "he got arrested for murder."

I said, "Why would he get arrested for murder when I killed the guy yesterday in self-defense?"

So being that the neighborhood is, you know, basically small, I searched around to find out who his girlfriend was, who his mother and father was and contacted them and told them I wanted to turn myself in because I'd never felt that a man should go to prison for something that he didn't do, plus it was self-defense. You know, these guys had guns and they was looking for trouble. I didn't know how much trouble, but we all seen how much trouble it was.

And once I turned myself in through Channel 4, I gave them the interview, and in giving the interview, the officers told me after I told them everything that happened, and I told them I would be willing to take a, you know, the test of the gunpowder residue on me and I had the clothes and everything and the gunpowder and everything. I told them I'd bring the gun and everything. They told me specifically that – he says, "Well come back when you get – come back when you get your story together."

I said, "What are you talking about, come back when I get my story together?"

|  | |
|---|---|
| | He says, "Because you and Leonard Brown have conflicting stories." |
| | I said, "What are you talking about conflicting stories?" |
| | And what he explained, that Leonard Brown had turned himself in totally contrary to what happened. I said, "Wow, this guy, why would he do that?" But now I figured it out over the last 20 years, that there was a lot of hatred and jealousy there. You know what I mean? So it would be one of those situations where he would be able to put Mr. Dixon in a bad situation. You know what I'm saying? I have no – |
| *Interviewer:* | Who wanted to put him – |
| *Interviewee:* | Mr. Brown, Leonard Brown. He wanted to put Dixon in a bad situation because when I turned myself in to Channel 4 News and the police department, I gave them my statement. |
| *Interviewer:* | Did you turn yourself into the police station before you gave the statement or did you – |
| *Interviewee:* | No, I turned myself in to Channel 4 News, one of the stars. She gave me an interview on Jessie and Bailey and then took me to the police station and I gave them a written detail of what happened an dh told me, he says, "Well, you know, basically get out of here. Come back when you get your story straight." |
| | I said, "What the hell are you talking about when I get my story straight?" That's when he told me Leonard Brown gave them something – told him something totally different than what really happened. And it upset me because I said, "Why would you do that?" Now after finding all these years that he had a – he was jealous of Valentino and so and so forth. But, after that, that entire incident, he told me to leave. I'm like, "I just turned myself in for murder, man, and I'm telling you that this is what happened and you guys are telling me to leave?" |
| | And Roger, I think his name is Roger Shawback, he was a detective, he says, "Well, we got who we want." And he told me to leave. And I left. But two three days after that, I see Shawback, he would show up at a girlfriend's house of mine. He says, "You still want to give statements? You still want to give a lie detector test?" |
| | I says, "Why is this guy following me?" He would show up at my |

sister's house. Nobody knew anything about my biological family, so how did he find out about my biological sister? I get a phone call from my brother, \_\_\_\_\_ at my brother's house, I'm coming out of the store on Bailey \_\_\_\_\_ at a girlfriend's house next door, \_\_\_\_\_ in the same situation where it'd happened, I'm coming out of that store. My girlfriend lived next door. He's parked across the street. I'm like, "Wow, why is this guy harassing me?"

So I began to carry a gun because prior to that, you know, the police officers were killing people in Buffalo, illegal chokeholds, you know what I mean, and shooting guys in the back of the head saying the guys had guns and stuff like that. So I'm like nervous. I don't know if these guys is looking to kill me or looking to do something to me. I have no idea.

So eventually, I go down to the grand jury, the grand jury situation and when I get to the grand jury situation, District Attorney Christopher Belling, he had already called my adoptive parents. Now, I'm thankful for my adoptive parents who adopted me and given me their name and given me a home, you know, from being in foster homes and have a stable place to live. That's a beautiful situation. And I never wanted them to know anything about me being on the streets and, you know, just doing stuff contrary to the way they tried to raise me for the few years that I lived there.

So, but when we sat down and started talking, he told me – he sat down, he told me, he told my parents, he said, "Your parents know that you didn't do this," and so on and so forth. And I'm looking at them like, "Why are you all here? This has nothing to do with you." 'Cause I was kind of ashamed. You understand what I'm saying? I didn't want my father, my adoptive father to be a \_\_\_\_\_ thing. And he's always taught me to take responsibility for –

*Interviewer:*    What are their names?

*Interviewee:*    Edward and Eva Scott. He's passed away. He died in 1998 of asbestos related cancer. And my adoptive mother, she's still alive. She lives at 357 Best Street. But um –

*Interviewer:*    Tell me more about Christopher Belling.

*Interviewee:*    Okay, well Christopher Belling, when he sat down and told me, he says, "We want you to tell the truth." I said, "I am telling the truth."

He says, "Well, you know, we want you to tell the truth of what

really happened because we know that you didn't do this." And this is in front of my parents. And I said, "All right man, all right. Can my parents leave and I'll tell you?"

He left. My parents, my adoptive parents left. So, he came out and said, "Listen man, we know that you didn't do this."

I said, "You just said it."

He says, "It was only for your parents." He says, "I know that you didn't do it. We got the guy that we want. We got Valentino Dixon and no matter what you do, he's going to be convicted of murder. We got him," and so on and so forth. "So, we know he paid you."

I said, "Paid me? What are you talking about?"

He said, "We know he paid you some money. We know his father gave you some money."

I said, "I don't even know his father." I said, "I don't even know Mr. Dixon. I'm just here telling you what's going on and what happened." And he says, he says, "Do you love your parents?"

I said, "Of course I love my parents."

He said, "Do you love Valdina Bradley," which is my sister.

I said, "Sure."

He said, "Do you love Michael Johnson?"

I said, "Sure."

He says, "Well, your father, you know he leaves at 4:30, 5:00 in the morning to go to work." He said, "It'd be tragic if he's going down that ramp on Best Street and the brakes give out."

I said, "Huh? You got to be kidding me, man."

He says, "Yeah, man, well, you know Mickey Webster is a beautiful girl working at Louie's. It'd be a tragic situation if she gets hit by a car walking across Delevan on a busy day."

I'm looking at him and I can't believe this is what he's telling me. He says, "Yeah." He says, "Michael Johnson and Ebony Weber are two beautiful people." He said, "It'd be tragic for them to come

down with sickness and something to happen to them." So I'm kind of in chock and so I'm letting him talk. He says, "You know your adoptive mother sells Avon, right?"

I says, "Yeah."

He says, "Well, you know she goes to Avon meetings every third or fourth Tuesday on East Delevan, and so on and so forth." He says, "It'd be tragic, man, if something was to happen to her."

I said, "So what you saying, man?"

He says, "Well, you know, the statement that you gave, you know, all you have to do is go in there to the grand jury and tell them, you know, we _____ want you to say and nothing will have happened to them."

I said, "Nothing would have happened to them? Are you really telling me that you would do this to my parents?" And he just looked at me. Now I'm caught between a situation whereas I have to save people that have nothing to do with the streets or anything, and I'm quite – and I know that this man is serious. I know that he's serious, so I'm caught between a rock and a hard place.

So I say, "You know what, I need a lawyer."

He says, "No problem." He goes and gets Terranova. Now Terranova, I didn't know, was representing Valentino Dixon at the time. I had no idea about any of this. So Terranova takes me into the grand jury room and when he takes me to the grand jury, he hands me a piece of paper. He says, "Sign and date here." I signed my name on it. Now he says, "I have to have you sign something else." He says, "Just answer the questions accordingly." And when he told me to answer the _____ accordingly, this is when the – I said everything contrary to the statement that I gave.

And it broke my hard to do that. It broke – and each and every day being in Attica, I've been here for 15 years, each and every day is – it has eaten away at me because I see Mr. Dixon at least three times a week because we're in the same block. I may see him _____ services. It eats away at me that I allowed them to – to convince me to do the wrong thing and this man has been in jail 21 years away from his family, away from his children and things of that nature and – because of the evilness in Christopher Belling.

Now I called – no one ever knew this. I called the district

attorney's office two days after this and spoke to Terranova personally and told him, "Listen man, I made a mistake. I need to get back down there and tell the people what really happened."

And he says, "There's nothing that you can do. It's already done."

I get arrested later on. I see Terranova again in the courtroom. I'm in jail for another case. I tell him, "Listen man, I need to talk to you. I need to rectify this situation." He looked at me and turned his head, walked out of the courtroom. I said, "I can't believe this is happening." And I didn't know all the things that was going on that they had done already to convict Mr. Dixon.

You know, basically, my – me doing what I did was a small thing compared to the evidence that they mishandled at the scene of the crime. Rochelle Brown, she was the leading officer at the scene of the crime, she wrote a statement out saying that it was more than – more than one gun. They didn't allow her to testify at Mr. Dixon's trial. She's no longer a police officer. She's gone. You know?

And then Mario Jarmon, on his deathbed said that I did it. The brothers said that I did it, said that they didn't know Valentino. You know what I mean? And it's one of them situations whereas the corruption ran so deep, you know, you had the jury foreman that I just recently found out in the last couple of years, spoke to the judge and told him, you know, he feels uncomfortable about the verdict and so on and so forth _____ _____. It's like, yo man, you all got to get this man – you all got to let this man go. But the corruption ran so deep whereas it's that if they let this man go and say that they were wrong, most of those people can lose their jobs and everything. They lose their careers and then open up a whole new can of worms.

You know what I'm saying. And the corruption in the district attorney's office is so foul there 'cause Christopher Belling did everything his power to convict Mr. Dixon, knowing all of the laws that he broke, you know what I'm saying, to get this man in prison. And in doing what he did, he made sure that I was sentenced this time to 28 and a half to 57 years. He made sure that I would never get out of prison.

Now, according to the law, I'm not even supposed to be here right now. In 1993, prior to coming home – I mean, after this case, I was convicted as a second time violent felony offender. By law, I'm not supposed to be convicted as a second time violent felony offender. I had copped out to a felony, a paper felony, which guarantees you

|  |  |
|---|---|
|  | a year. You do a year. And if you get convicted again of a felony, then you'll be tried as a first time violent felony offender again. But they broke the law in doing that. So now I'm 12 years past the amount of time that I'm supposed to be in prison, you know what I mean, for attempted murder, first degree robbery and a few other charges. So they made sure that I stay in prison because of the hard time that I gave them.

And my case is just a - my case is nowhere near as serious at Mr. Dixon's case, but because of being a thorn in their side and continuing to do everything that I can to help Mr. Dixon gain his freedom, I was sentenced illegally and I've been here for 19 years fighting to get my freedom and willing to do any and everything to help Mr. Dixon get out of prison. |
| *Interviewer:* | Tell me about what happened through what you got convicted in, _____ in here now. |
| *Interviewee:* | Okay. It was a – there was a robbery. Four people were robbed and one individual was shot. All in – everything happened at one situation and corner. Now, by law, if four or five people were robbed and shot, you're supposed to be sentenced under the highest charge, which is twelve and a half to twenty five. Everything goes _____ you do twelve and a half years, you go home. Now, according to the law also in my case, there's a statute, 70.04 that says if you do a year or less in a county jail as a paper felony, which is a lesser degree of felony, and if you get tried and convicted again for another violent felony, you'll be a first time violent felony offender. You can get no more than twelve years in prison.

Now they sentenced me to consecutive sentences, which is illegal because I had one indictment. Everything goes up under the twelve, which is twelve and a half to twenty-five, so all the lesser charges go up under there and it's just like I'm just doing twelve and a half years. You know what I'm saying?

So, they sentenced me illegally in that aspect, you know, and then they sentenced me illegally as far as a second time violent felony offender or predicate. So, you know, if I get a lawyer who has the courage to go and fight for my freedom, there's a strong possibility that I will have a civil lawsuit against them for having me in prison for seven years past my time and for the maliciousness that they did in convicting me. You know, that's just one small aspect of the corruption of the judicial department. |

*Interviewer:* When you are up for parole?

*Interviewee:* In five years, according to 2018, six years, according to the time completion sheet that they have here.

*Interviewer:* What do you think will happen?

*Interviewee:* Well, hopefully I will see that five years. Hopefully I'll be able to get out of – I'll be able to get out of prison before then, but nine times out of ten, I'll be here _____ the board if they still have a parole board here. You know? But that's just – that's just a small aspect of it. You know, Mr. Dixon, you know, from what I've heard over the years, he has so much evidence. He has five or six people that said that he didn't do it.

You know, the Buffalo Police Department intimidated them, you know, the witnesses in telling them not to come forward. You know, and, you know, these people are standup citizens in the society right now, you know, with master's degrees. You know what I mean? Individuals that were in the service that fought for their country.

How can you not say that these people's testimonies are not legible, I mean are not – not legible, but how can you say they're not credible? You know, and then have the – then you have the autopsy of Mario Jarmon. They proved the Mario Jarmon had more than one bullet in him. He only got shot twice from that incident in 1991 and then the incident where he died. The autopsy showed that he had more than one bullet in him. So, and they were small caliber guns. I heard two shots. That's why I pulled out the gun. So it's one of them things where -

*Interviewer:* Did you lose control of the –

*Interviewee:* Yes, I lost control of the weapon. All I did was hold it. I didn't aim it. I didn't hold it and knew that I was shooting at this man and so on and so forth. I just shot in front of me and who was in front of me, Torriano Jackson. And he was in front of me only because first he was fighting, but then Leonard was saying, "There he is right there." So to give you an example, if Leonard would have said he was right there, then I would have pointed that way and shot. It was an automatic weapon, semiautomatic weapon. I put my finger on the trigger and the bullets kept coming.

There was nothing that I could do. I feel bad for the individual that died, but who knows how many other individuals may have died

|  |  |
|---|---|
|  | that night if I wouldn't have done what I did. Not to justify it, but the man had a weapon. That's just like, if you have a knife and I have a knife and you kill me. Your life is more important than mine, according to you and according to your family. You know? So, it's one of them situations where you look at Laura Jackson, she advocated against violence, which is a good thing, but she only advocated against violence because her son was \_\_\_\_\_ violence. You know? And then she perpetuated these lies on a consistent basis for years and God punished her by giving her cancer. She died of cancer. She died miserably because she – she convinced herself and tried to convince the City of Buffalo that Valentino Dixon was a monster and Torriano Jackson was an angel. |
| *Interviewer:* | Did you know Torriano or Aaron at all? |
| *Interviewee:* | I didn't know Aaron, but I knew Torriano from Riverside Side High School. He used to – when I went to Riverside High School, he came there also and I knew him because he got in quite a few fights at school And when you're in high school, you hear about people getting in quite a few fights, you're like, "Wow, okay, who's that guy over there?" You know?<br><br>And it's one of them things that stand out because you never see them again, but the name, Torriano is like wow, okay, you remember those kind of names. You know? And he was one of those guys that wanted to be tough and try to be a gangster, try to be a thug and he ran into the wrong people that night. You know, there was – not to say that I'm tough or a gangster or a thug, but when you're dealing in those kinds of situations, you're looking for trouble and a lot of times when people are looking for trouble, the trouble that they find is just way more than they can handle. You know? I didn't know Aaron. I only heard of Torry and seen him a couple times at school. |
| *Interviewer:* | I've read a lot of the different testimony from different people as you walking up, you coming up on your bike with the gun. Tell me exactly what happened. Where were you when you first heard the shots, how far away were you from – |
| *Interviewee:* | When I first heard the shots, the shots was maybe 20 feet, not 20, maybe 15 feet. We were standing on Bailey and Delevan. There was a, what do you call that, a bench that you wait for busses, a bus stop right there and we were all just sitting on the bench chilling. Valentino went in to buy some beers, you know, and we had already been drinking, but, you know, it was like a little, you know, a little festive atmosphere. You know? And when those |

guys drove up in that yellow car, they jumped out of the car and was like, "What's up?" Mario was like, "What's up?" And he just ran into the middle of the street and started fighting all three of them. And I'm like, "Oh man, you know, this dude's crazy." You know?

And I heard the shots right after that. Bang, bang, bang. And everybody ducked. When everybody ducked, I just reached under the seat because I brought the gun down there with me. I reached under the seat and I pulled it out and Leonard was like, "There he is. There you go right there. He's shooting Mario. There you go." And I'm like, "Pow, pow." And everybody disbursed. And he said, "There he is. There he is right there." And you know, I pointed the gun in his direction. You know, unfortunately, you know, the situation happened.

He ended up dying, you know, and I've heard over the years people said that I stood over him, but I was maybe two feet away from him, so you know, if a person is laying on the ground and you're two feet or maybe two feet away from him, it's going to look like you're standing over popping bullets in him. But that wasn't my intention. My intention was just to stop this man from doing what he was doing because he was reckless. He didn't care. He didn't care about who he shot.

*Interviewer:* How – what was your relationship with Mario? Were you guys pretty tight?

*Interviewee:* We never had – I never knew Mario, never heard of him, never seen him before in my life until that night. But then after that night, you know, I would see him again, you know. I would go check on him and make sure he was all right and make sure he's alive and well and then after that, we became associates. We were friends. We became associates. I would see him, you know, in the neighborhood. "Hey man, how you doing? You okay? All right cool." And that's that.

*Interviewer:* So you played football with Antoine and Antoine was good friends with Mario?

*Interviewee:* I played football – and Antoine was good friends with Mario and Antoine was Leonard's brother. You know, they had the same mother. You know? And when I met – when I first came on the scene that night, I had seen Antoine and it was like – I was happy to see him because I had – you know, he was a very good football player, so was I, so when I got kicked out of the school and

|  |  |
|---|---|
|  | everything, he was still there. He was a Dixie College Recruit, so we was talking and kicking it about, you know, high school and he's going to what college and you know, and girls and stuff like that, you know what I mean, girls riding up and down the street, just teenage kids having fun. And those guys kept driving up and down the street, so when you see guys keep driving up and down the street, you know, giving you the finger or pointing a finger at you with a gun site, stuff like that, you're beginning to worry especially in our neighborhoods because you don't know who's serious and who's not serious. |
|  | You know, a lot of times when people do stuff like that, you say, "Oh, they ain't – they not – don't worry about it." But then something really bad happens and this is the case. You know, they kept coming. They kept coming. |
|  | So I said, well, let me – just to – just one, I wanted to be sure. Two, I wanted to kind of show off to Mario and, "Hey man, look at this gun I bought." You know? No big deal. You know, we see guns every day in our neighborhood. Every single day, you walk in the backyard and _____ shot _____ walk across the street and in the back of a store and pick up a machine gun somebody done threw or whatever. You know, there's guns all over the place. That's just the norm. It's bad, but that's where we live. |
| *Interviewer:* | Tell me again just the timeline of you go in to the television station and you make your statement and you go to the police station, they tell you, "Get out of here." And then you're pressured by Belling and you go into the grand jury and you tell that version. And then on what happened that _____ you recanted that confession later. When was that? |
| *Interviewee:* | Wow, I don' really know the time. It may be a few months maybe. I really don't know, to be honest with you, man, because I was paranoid, you know, about the whole situation and _____ in the streets man, carrying guns, you really don't have a sense of time. I didn't – I don't know – I know it wasn't like a year had passed in between that time. It was a few months. You know, I know it's documented and I've never had a chance to read anything or see anything even only from what I hear or what I may speak to, Mr. Dixon about maybe once or twice a year or something like that. And I really found out some stuff from just reading the newspapers and stuff over the years, but that timeline wasn't far. It wasn't a grand, you know, eight months, nine months. It wasn't that much. |
| *Interviewer:* | Who did you go tell then? |

*Interviewee:*   Pertaining to what?

*Interviewer:*   The recanting your grand jury – when did you – who did you tell to set that straight?

*Interviewee:*   Well, when I went into the grand jury, had the grand jury people sitting there, you know, and just Terranova was sitting, standing right next to me and when they began to ask me those questions, I began to answer them and as I was answering them, you know, if anybody that was a good judge of human character would know that the questions that I'm answering that I really don't want to answer them. You know, and it's a bad situation. It's something that I'm dealing with every day. It's something that I deal with every day. It's something that eats me alive every single day.

For the last 19 years, I've been dealing with this and I'm thankful that God has blessed me to give me the strength to be able to deal with this in the way that I am and I'm glad that God had given him the strength to be able to deal with the situation the way that it is, you know, because we were all young. And then me, you know, my childhood was a childhood of abuse, mental abuse, sexual abuse, you know, and it's like, I've always been _____ and abused by hands of authority. You know what I'm saying?

And when you're in a situation like that and this authority figure is telling you, "Listen man, this is what's going to happen to you if you don't do so on and so forth." I've already experienced this abuse. I've already seen the things that they've done to me. I've already seen the things that they've done to other people. So I've got – I'm looking at this young man and the other ten people that they named that I knew for a fact that they were going to do something too. You know?

And my last interview that I had, Channel 2 came up here, I specifically told them, I said, "If I ever have the opportunity to sit in a room with Christopher Belling for five minutes, that I would – that I would do something to him physically because that's how much anger that I have inside of me. you know? Since then, I don't want to do anything to him, physically. I just want justice to be rendered and I want this man to get out of prison because he didn't do that crime. I did it. I killed Torriano Jackson. And I didn't kill him maliciously. I didn't kill him on purpose.

I did it because it was self-defense and all the evidence that they have will prove that it was self-defense. It's just that Christopher

|  |  |
|---|---|
|  | Belling and the judicial department in Buffalo, New York is foul. They need to be investigated by the feds. They need to be investigated by the feds because for the last 50 something years, man, they've been getting away with so much. It's atrocious and they get away with it because nobody has came in and blew the doors of. Nobody has opened up that can of worms. Nobody has came in and said, "Listen man, this is the deal."<br><br>Even after the eight articles that was written on Mr. Dixon, nobody came in and said, "Wow, okay we should investigate this case." All the things that they had, all the things that they did to convict Mr. Dixon, he's still in prison _____. This is evidence. This is not just my saying it. This is evidence that they have and he's still in prison. |
| *Interviewer:* | What was the first thing you said to Valentino when you met him in here again after what happened? |
| *Interviewee:* | I told him I was sorry. I told him I was sorry, man. |
| *Interviewer:* | What did he say? |
| *Interviewee:* | He just looked at me and was like, "Man, don't worry about it."<br><br>I was like, "Wow, this is a hell of a guy, man." We walked the yard a few times, so we talked about it, man. You know, and now that I see the bigger picture, I understand that we're here for a reason. I've been here for 15 years. |
| *Interviewer:* | How long have you been on the honor block? |
| *Interviewee:* | I've been the honor block since 1999. And we've been in this prison for 15 years. I've been here for 15. I've been in for 15 years. We're here for a reason. You know? You coming into our lives and being the man that you are and having access to the things that you have access to, there's a reason for that. This is not just something that's just random. You know, it takes somebody like yourself and, you know, the Golf Digest Magazine, you know, to blow this whole thing out of proportion because it's needed – it needs international attention. These things, people think this stuff happens on television. No, this stuff happens right now.<br><br>This stuff has happened in the city of Buffalo. Christopher Belling and Joseph Terranova and Roger Shawback and everybody else that was involved in the situation, it's happening. He's – he's living proof of that. I'm living proof of that. I'm still living proof of that. |

|  |  |
|---|---|
|  | I'm still living this each and every day and as I was telling him, I said, "Listen man, this is not about me. I don't care if they charge me with murder again or for the first time or if I'm here for the rest of my life. I'm not concerned about me. I know God is going to take care of me. I just want the truth to come out" So anything that needs to be said or anything that needs to be done, if they need me to go to court and say whatever, and say what happened, I will. I have no problem saying it.<br><br>And I'll tell Christopher Belling to his face. You know? I'll tell him to his face that this is what he said and this is what he done. It's a sad situation, man. It hurts. It hurts. Seeing him when I was coming out of here, you know, I smile, "Hey man, how you doing," but it hurts because I know that they were foul. I know that they had already did what they did prior to even intimidating me, putting fear in my heart. Yeah, I already did that. They already put the ball in motion for him to be convicted. |
| *Interviewer:* | It's – I'm going to turn this off now. |

*[End of Audio]*