UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF BUFFALO et al.,<br><br>          Defendants. | No. 19-cv-01678 (WMS) (HKS) |

**DECLARATION OF KATIE MCCARTHY IN SUPPORT OF PLAINTIFF'S
MOTION IN OPPOSITION TO COUNTY DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

I, **KATIE MCCARTHY**, hereby swear and state as follows:

  1.  I am an attorney at Neufeld Scheck Brustin Hoffmann and Freudenberger, LLP, and counsel of record for Plaintiff Dixon Valentino in the above-captioned matter. I make the following declaration based on my own personal knowledge. I could and would competently testify under oath to the facts stated herein.

  2.  Attached hereto as Exhibit 1 is a true and accurate copy of what I understand to be a compilation of the Buffalo Police Department's homicide file for the August 10, 1991 murder of Torriano Jackson (File 91-145), with bates BPD Comp. 1 to 303.

  3.  Attached hereto as Exhibit 2 is a true and accurate copy of the transcript from the Criminal Trial Proceedings in *People of the State of New York v. Dixon* with bates COE 1 to 701.

  4.  Attached hereto as Exhibit 3 is a true and accurate copy of excerpts of the transcript from the June 8, 2022 deposition of Defendant Mark R. Stambach.

1

5. Attached hereto as Exhibit 4 is a true and accurate copy of excerpts of the transcript from the March 14, 2022 deposition of the actual perpetrator LaMarr Scott.

6. Attached hereto as Exhibit 5 is a true and accurate copy of the transcript from proceedings in *People of the State of New York v. LaMarr* Scott, which includes sworn testimony of LaMarr Scott's plea (File #0146-1991), dated September 19, 2018 with bates Dixon-008444 to 8458.

7. Attached hereto as Exhibit 6 is a true and accurate copy of excerpts of the transcript from the October 19, 2022 deposition of Tamara L. Frida.

8. Attached hereto as Exhibit 7 is a true and accurate copy of excerpts from the transcript of the March 15, 2022 deposition of Defendant Raniero Masecchia.

9. I have reviewed the entirety of what I understand to be the complete investigative file of the Buffalo Police Department's investigation into the August 10, 1991 murder of Torriano Jackson (File 91-145) produced by the City of Buffalo and County of Erie during discovery and compiled at bates BPD Comp. 1 to 303 ("Homicide File"), There is no documentation of the following events and/or items in the Homicide File:

    a. No report, record, or document indicating the reason or basis for the immediate focus on Plaintiff Valentino Dixon as a suspect;

    b. Aside from a police report by patrol officer Joseph Serwon which memorializes that Dixon's name was broadcast as a suspect on the police radio at the scene (BPD Comp. 11), no other documentation in the file for the immediate focus on Dixon;

    c. No report, record, or document indicating that any BPD detective or officer conducted any follow-up investigation on the obvious inconsistencies between

      John Sullivan's statement to Defendant Vickerd at approximately 4:00 am on August 10, and his subsequent statement to Defendant Masecchia at approximately 2:30 pm. on August 10;

d. No report, record, or document indicating that any individual mug photographs were requested by homicide on August 10, 1991 *other than* (1) the 3:30 am request for photographs of Valentino Dixon; (2) the 4:24 am request for photographs of John Sullivan; and (3) the 4:25 am request for photographs of Mario Jarmon;

e. No report, record, or document memorializing the statement given by Antoine Shannon to BPD officers on August 12, 1991, wherein he told them that Scott was the shooter, *other than* a one-line handwritten Post-It note that indicates Shannon told officers "Scott shot the TEC-9 and that Torriano had a silver handgun" (BPD Comp. 297), and a second Post-It note with different handwriting that reads "Lamarr says he shot Tory with Tech Nine cause he had silver handgun, jibes with Antoine" (BPD Comp. 293);

f. No report, record, or document indicating any efforts by police to search the area where Scott told them he left murder weapon on or after his confession on August 12, 1991;

g. No report, record, or document in the Homicide File indicating that police showed any witness an array with Scott's photo;

h. No report, record, or document indicating that any officer made any effort to interview Dixon's parents or otherwise conduct any follow-up investigation

3

on their theory that Dixon's parents had threatened and/or induced Scott to falsely confess;

i. No report, record, or document indicating that any officer made any attempt to contact or interview eyewitness Tamara Frida *other than* a December 5, 1991 report by Stambach documenting that he and Det. Patrick McCarthy went to Frida's home and were told by her mother that she was at work;

j. No report, record, or document indicating that Stambach or any other officer made any attempt to contact interview Frida after December 5, 1991 or at any point took further steps to determine what she knew about the identity of the shooter, including attempting to show her any photographs or photo arrays. there is no documentation that Stambach;

k. No report, record, or document indicating that any officer made any efforts to locate or interview witness Michael Bland at any point in the investigation, despite their knowledge as of at least August 12 that he was present at the scene;

l. No report, record, or document indicating that any officer interviewed or spoke with Michael Bland.

10. Attached hereto as Exhibit 8 is a true and accurate copy of excerpts of the transcript from the June 9, 202 deposition of Defendant James Lonergan.

11. Attached hereto as Exhibit 9 is a true and accurate copy of a BPD Central Booking Daily Record with Michael Bland with bates COE 002174.

12. Attached hereto as Exhibit 10 is a true and accurate copy of a Buffalo News Article dated January 18, 2017 regarding Defendant ADA Christopher Belling's resignation.

4

13. Attached hereto as Exhibit 11 is a true and accurate copy of an excerpt of Defendant ADA Christopher Belling's handwritten notes with bates COE 2298.

14. Attached hereto as Exhibit 12 is a true and accurate copy of excerpts of from transcript of the March 24, 2022 deposition of Defendant John T. Vickerd.

15. Attached hereto as Exhibit 13 is a true and accurate copy of the Affidavit of Terance Newcomb in *People of the State of New York v. Mario Jarmon* dated November 30, 1992, with bates COE 3348 to 54.

16. Filed under seal as Exhibit 14 is a true and accurate copy of this exhibit.

17. Attached hereto as Exhibit 15 is a true and accurate copy of a Buffalo News Article dated August 14, 1991 with bates COE 2736.

18. Personally served on the court as Exhibit 16 is a true and accurate copy of an audio recording of the Erie County District Attorney's Office interview with LaMarr Scott on August 15, 2018.

19. Attached hereto as Exhibit 17 is a true and accurate copy of the transcript of the Erie County District Attorney's Office interview with LaMarr Scott on August 15, 2018, Part 1.

20. Attached hereto as Exhibit 18 is a true and accurate copy of the transcript of the Erie County District Attorney's Office interview with LaMarr Scott on August 15, 2018, Part 2.

21. Attached hereto as Exhibit 19 is a true and accurate copy of a sworn statement of Antoine Shannon dated News Article dated November 21, 1991 with bates COE 2212 to 7.

22. Attached hereto as Exhibit 20 is a true and accurate copy of a letter from LaMarr Scott to a private investigation dated December 11, 1998, with bates Dixon 3807 to 09.

23. Personally served on the court as Exhibit 21 is a true and accurate copy of the audio recording of an interview with Emil Adams dated March 7, 1993.

24. Attached hereto as Exhibit 22 is a true and accurate copy of the transcript from the audio recording of an interview with Emil Adams dated March 7, 1993.

25. Attached hereto as Exhibit 23 is a true and accurate copy of excerpts from the transcript of the June 7, 2022 deposition of Plaintiff Dixon Valentino.

26. Attached hereto as Exhibit 24 is a true and accurate copy of copy of the transcript from the Section 50-H hearing of Plaintiff conducted by the City of Buffalo, dated October 1, 2019.

27. Attached hereto as Exhibit 25 is a true and accurate copy of an Answering Affidavit in *People of the State of New York v. Valentino Dixon* dated September 17, 2018.

28. Attached hereto as Exhibit 26 is a true and accurate copy of a November 22, 1991 letter by Defendant ADA Christopher Belling with bates COE 1686 to 1687.

29. Attached hereto as Exhibit 27 is a true and accurate copy of a Buffalo News Article dated July 4, 2004.

30. Attached hereto as Exhibit 28 is a true and accurate copy of an executed Answering Affidavit in *People of the State of New York v. Dixon* dated September 17, 2018.

31. Attached hereto as Exhibit 29 is a true and accurate copy of a report dated August 1, 2023 and attached resume of Plaintiff's Expert Dr. Jennifer Dysart.

32. Attached hereto as Exhibit 30 is a true and accurate copy of excerpts from the transcript of the November 30, 2023 deposition of Plaintiff's Expert Dr. Jennifer Dysart.

33. Attached hereto as Exhibit 31 is a true and accurate copy of the typed letter to Sylvia Morris by Defendant ADA Christopher Belling dated November 22, 1991 with bates COE 1685.

34. Attached hereto as Exhibit 32 is a true and accurate copy of Hon. Susan M. Eagan's Vacatur Order in *People of the State of New York v. Dixon* dated September 19, 2018.

35. Attached hereto as Exhibit 33 is a true and accurate copy of the transcript of the Vacatur Order proceeding in *People of the State of New York v. Dixon* dated September 19, 2018.

36. Attached hereto as Exhibit 34 is a true and accurate copy of a letter from LaMarr Scott to the news and Erie District Attorney's Office dated September 6, 2006 with bates COE004738.

37. Attached hereto as Exhibit 35 is a true and accurate copy of a Prison Return Order for LaMarr Scott for sentencing dated October 11, 2018 with bates COE004265.

38. Attached hereto as Exhibit 36 is a true and accurate copy of an excerpt of Defendant ADA Christopher Belling's handwritten notes with bates COE 2306.

39. Attached hereto as Exhibit 37 is a true and accurate copy of medical records for John Sullivan from the Sisters Hospital with bates COE 001894 to 1911.

40. Attached hereto as Exhibit 38 is a true and accurate copy of a polaroid of LaMarr Scott dated August 12, 1991 with bates COE 2179.

41. Attached hereto as Exhibit 39 is a true and accurate copy of a photo array by the Buffalo Police Department with bates COE 3227.

42. Attached hereto as Exhibit 40 is a true and accurate copy of excerpts from the transcript of the May 10, 2023 deposition of Henry Smardz.

43. Attached hereto as Exhibit 41 is a true and accurate copy of excerpts from the transcript of the April 11, 2023 deposition of Defendant ADA Christopher Belling.

44. Attached hereto as Exhibit 42 is a true and accurate copy of Hon. Susan M. Eagan's Vacatur Order in *People of the State of New York v. Dixon* dated November 1, 2023.

45. Attached hereto as Exhibit 43 is a true and accurate copy of a June 12, 1992 letter by Defendant ADA Christopher Belling with bates COE 2161 to 2162.

46. Attached hereto as Exhibit 44 is a true and accurate copy of a phone message from John Sullivan to the BPD dated June 9, 1992 at 10:00 am with bates COE 002278.

47. Attached hereto as Exhibit 45 is a true and accurate copy of a phone message from John Sullivan to the BPPD dated June 9, 1992 at 12:00 pm with bates COE 002277.

48. Attached hereto as Exhibit 46 is a true and accurate copy of a phone message from John Sullivan to the BPPD dated June 9, 1992 at 4:20 pm with bates COE 002271.

49. Attached hereto as Exhibit 47 is a true and accurate copy of an Order of Summons dated June 10, 1992 in *People of the State of New York v. Dixon* directing John Sullivan to testify with bates COE 002147 to 8.

50. Attached hereto as Exhibit 48 is a true and accurate copy of an Affidavit of Defendant ADA Christopher Belling dated May 20, 1992 with bates COE 002152 to 4.

51. Attached hereto as Exhibit 49 is a true and accurate copy of an Order to transfer John Sullivan to the Erie County District Attorney's Office with bates COE 002149 to 51.

52. Attached hereto as Exhibit 50 is a true and accurate copy of handwritten notes by Defendant ADA Christopher Belling with bates COE 002129 to 30.

53. Attached hereto as Exhibit 51 is a true and accurate copy of typed letter to H. Gave by Defendant ADA Christopher Belling dated June 5, 1992 with bates COE 1784 to 5.

54. Attached hereto as Exhibit 52 is a true and accurate copy of an Affidavit of Defendant ADA Christopher Belling dated June 5, 1992 with bates COE 1775 to 7.

55. Attached hereto as Exhibit 53 is a true and accurate copy of the typed letter to Emil Adams by Defendant ADA Christopher Belling dated June 5, 1992 with bates COE 1769 to 70.

56. Attached hereto as Exhibit 54 is a true and accurate copy of the typed letter to Emil Adams by Defendant ADA Christopher Belling dated June 2, 1992 with bates COE 1766.

57.     Attached hereto as Exhibit 55 is a true and accurate copy of typed letter to Emil Adams by Defendant ADA Christopher Belling dated May 11, 1992 with bates COE 1753.

58.     Attached hereto as Exhibit 56 is a true and accurate copy of a news article from the Buffalo News dated February 19, 1992 with bates COE 2738.

59.     Attached hereto as Exhibit 57 is a true and accurate copy of a News Announcement by the Erie County District Attorney's Office dated February 18, 1992 with bates COE 2228.

60.     Attached hereto as Exhibit 58 is a true and accurate copy of the indictment from the Criminal Proceedings in *People of the State of New York v. Dixon* with the bates COE 001709 to 12.

61.     Attached hereto as Exhibit 59 is a true and accurate copy of handwritten notes by Pamela Yates dated December 10, 1997 with bates COE 005183.

62.     Attached hereto as Exhibit 60 is a true and accurate copy of sword Affidavit by LaMarr Scott dated January 31, 1998 with bates Dixon 005930.

63.     Attached hereto as Exhibit 61 is a true and accurate copy of the Grand Jury testimony of Michael Bland in the *People of the State of New York v. Dixon* dated November 6, 1991.

64.     Attached hereto as Exhibit 62 is a true and accurate copy of the Grand Jury testimony of Freddy Stancil in the *People of the State of New York v. Dixon* dated January 13, 1992.

65.     Attached hereto as Exhibit 63 is a true and accurate copy of the Grand Jury testimony of Travis Powell in the *People of the State of New York v. Dixon* dated November 6, 1991.

66. Attached hereto as Exhibit 64 is a true and accurate copy of the Grand Jury testimony of Robert Lewis in *People of the State of New York v. Dixon* dated January 13, 1992.

67. Attached hereto as Exhibit 65 is a true and accurate copy of the Grand Jury testimony of Emil Adams in the *People of the State of New York v. Dixon* dated January 13, 1992.

68. Attached hereto as Exhibit 66 is a true and accurate copy of the Grand Jury testimony of LaMarr Scott in the *People of the State of New York v. Dixon* dated January 13, 1992.

69. Attached hereto as Exhibit 67 is a true and accurate copy of the Grand Jury testimony of Leonard Brown in the *People of the State of New York v. Dixon* dated January 13, 1992.

70. Attached hereto as Exhibit 68 is a true and accurate copy of the Grand Jury testimony of Mario Jarmon in the *People of the State of New York v. Dixon* dated January 13, 1992.

71. Attached hereto as Exhibit 69 is a true and accurate copy of an excerpt of Defendant ADA Christopher Belling's handwritten notes with bates COE 2281.

72. Attached hereto as Exhibit 70 is a true and accurate copy of the Grand Jury testimony of Aaron Jackson in the *People of the State of New York v. Dixon* dated November 6, 1991.

73. Attached hereto as Exhibit 71 is a true and accurate copy of the Grand Jury testimony of James Conway in the *People of the State of New York v. Dixon* dated November 6, 1991.

74. Attached hereto as Exhibit 72 is a true and accurate copy of the Grand Jury testimony of James Conway in the *People of the State of New York v. Dixon* dated January 13, 1991.

75. Attached hereto as Exhibit 73 is a true and accurate copy of the sworn letter by LaMarr Scott dated February 27, 2002 with bates Dixon 5931 to 2.

76. Attached hereto as Exhibit 74 is a true and accurate copy of the sworn letter dated April 9, 2004 by LaMarr Scott with bates Dixon 6318.

77. Attached hereto as Exhibit 75 is a true and accurate copy of a missed call slip with handwritten notes with bates COE 2119.

78. Attached hereto as Exhibit 76 is a true and accurate copy of the Declaration of Antoine Shannon dated February 12, 2024.

79. Attached hereto as Exhibit 77 is a true and accurate copy of the excerpted testimony of John Sullivan in Perjury Trial Proceedings in the *People of the State of New York v. Leonard Brown and Mario Jarmon* dated November 5, 1992.

80. Attached hereto as Exhibit 78 is a true and accurate copy of the excerpted testimony of Charles Militello in Perjury Trial Proceedings in the *People of the State of New York v. Leonard Brown and Mario Jarmon* dated November 5, 1992.

81. Attached hereto as Exhibit 79 is a true and accurate copy of the excerpted testimony of Thomas Maxian in Perjury Trial Proceedings in the *People of the State of New York v. Leonard Brown and Mario Jarmon* dated November 10, 1992.

82. Attached hereto as Exhibit 80 is a true and accurate copy of the excerpted testimony of Assistant District Attorney Christopher Belling in Perjury Trial Proceedings in the *People of the State of New York v. Leonard Brown and Mario Jarmon* dated November 10, 1992.

83. Attached hereto as Exhibit 81 is a true and accurate copy of an article from the Buffalo Local News dated November 9, 1994.

84. Attached hereto as Exhibit 82 is a true and accurate copy of an excerpt of Defendant ADA Christopher Belling's handwritten notes with bates COE 2717.

85. Attached hereto as Exhibit 83 is a true and accurate copy of excerpts from the transcript from the January 12, 2023 deposition of Aaron Jackson.

86. Attached hereto as Exhibit 84 is a true and accurate copy of a Buffalo News Article dated August 13, 1991 with bates COE 2735.

87. Attached hereto as Exhibit 85 is a true and accurate copy of excerpts from the deposition testimony of Michael Bland dated October 16, 2023.

88. Attached hereto as Exhibit 86 is a true and accurate copy of excerpts from the deposition testimony of Robert Bryant, Jr. dated May 2, 2023.

89. Attached hereto as Exhibit 87 is a true and accurate copy of a January 9, 1992 letter to John Molloy, Esq. by Defendant ADA Christopher Belling with bates COE 2161 to 2162.

90. Attached hereto as Exhibit 88 is a true and accurate copy of a sworn affidavit of Eric D. Doss dated December 16, 1992.

91. Attached hereto as Exhibit 89 is a true and accurate copy of the plea sheets for Marion Jarmon and Aaron Jackson with bates COE 2677.

92. Attached hereto as Exhibit 90 is a true and accurate copy of a Buffalo News Article dated September 1, 1993.

93. Attached hereto as Exhibit 91 is a true and accurate copy of a Buffalo News Article dated September 27, 1988.

94. Attached hereto as Exhibit 92 is a true and accurate copy of a Buffalo News Article dated March 14, 1989.

95. Attached hereto as Exhibit 93 is a true and accurate copy of a sworn affidavit of Johnnie R. Lane, III with bates Dixon-005943.

DATED: February 15, 2024
New York, New York

/s/ Mary Katherine McCarthy

Mary Katherine McCarthy
NEUFELD SCHECK BRUSTIN
HOFFMANN & FREUDENBERGER LLP
99 Hudson Street, Eighth Floor
New York, NY 10013
T: (212) 965-9081
E: katie@nsbhf.com

*Counsel for Plaintiff Valentino Dixon*