# EXHIBIT 6

```
 1                UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF NEW YORK
 2
     VALENTINO DIXON,
 3
                    Plaintiff,
 4
          vs.             Civil Action No. 19-CV-01678
 5
     CITY OF BUFFALO, et al.,
 6
                    Defendants.
 7

 8   VIDEOTAPED          TAMARA L. FRIDA

 9   DEPOSITION OF:

10   DATE:              October 19, 2022

11   TIME:              10:27 a.m.

12   LOCATION:          Offices of
                        HUSEBY GLOBAL LITIGATION
13                      1230 West Morehead Street
                        Suite 104
14                      Charlotte, North Carolina

15   TAKEN BY:          Counsel for the Plaintiff

16   REPORTED BY:       MINDY VISLAY

17   _____

18

19

20

21

22

23

24

25
```

```
 1  Belling and the other gentleman?
 2       A.   It was at the I guess county hall or -- you
 3  know, where the court is down there on Delaware.
 4       Q.   Okay.  And do you remember what ADA Belling
 5  was wearing?
 6       A.   No.  I don't remember.  I know -- I would
 7  say definitely a shirt with a collar and slacks, but I
 8  can't --
 9       Q.   Do you remember him carrying a gun?
10       A.   No, I don't remember that.
11       Q.   Did ADA Belling threaten you physically or
12  in any other way at the meeting?
13       A.   No.
14       Q.   Did you feel threatened nonetheless about
15  telling him the truth about what you saw?
16            MR. SAHASRABUDHE:  Form.
17            MS. HURLEY:  Form.
18            THE WITNESS:  I felt uncomfortable about it
19  because I knew that Mario was there and he was telling
20  the truth, and I knew that they were on trial for
21  perjury, or going to be on trial for perjury.  So it
22  kind of -- I felt uncomfortable about, yeah, telling
23  the truth.
24  BY MR. BRUSTIN:
25       Q.   What did you think might happen to you if
```

```
 1  you told them the truth about what you saw?
 2              MR. SAHASRABUDHE:  Form.
 3              MS. HURLEY:  Form.
 4              THE WITNESS:  I thought that I could go to
 5  jail if I told them the truth, or they would have me
 6  on trial.
 7  BY MR. BRUSTIN:
 8       Q.   Okay.  When you met with ADA Belling, and
 9  he asked you what if anything you saw on the night of
10  the shooting, did you tell him the truth?
11       A.   No.  I told him I didn't see anything.  I
12  just heard the gunshots.
13       Q.   Okay.  Did you subsequently testify at that
14  perjury trial?
15       A.   I did.
16       Q.   And did you choose to testify or were you
17  subpoenaed to testify?
18       A.   I was subpoenaed to testify.
19       Q.   And did you tell the truth about what you
20  saw and heard on August 10th at the perjury trial?
21       A.   I told the truth about what I heard.
22       Q.   How about about what you saw?
23       A.   No.
24       Q.   Why not?
25       A.   I was still afraid.
```

 1      A.   Yes.
 2      Q.   Okay.  I think I asked this, but I just
 3  want to make sure.  To the best of your recollection
 4  no police officer or person from the District
 5  Attorney's office ever showed you any photographs in
 6  connection with the shooting; is that correct?
 7      A.   No.  The only photographs I saw were the
 8  photos of my vehicle, and that was at the trial.
 9      Q.   Okay.
10      A.   And they just asked me during that to
11  verify that that was my vehicle.  And that was the
12  perjury trial.  I'm sorry.
13      Q.   And, by the way, would it be fair to say
14  that when you spoke to Mr. Belling he never asked you
15  any questions about your call to the police department
16  in the days following the shooting, correct?
17           MS. HURLEY:  Form.
18           THE WITNESS:  No, he did not.
19  BY MR. BRUSTIN:
20      Q.   And would it be fair to say if Mr. Belling
21  had asked you if you called the police in the days
22  following the shooting and reported that Valentino
23  Dixon was not the shooter you would have told him you
24  made that call?
25      A.   At that time, no.

 1        Q.   Okay.  Because -- so after the -- even
 2   after the perjury charges you knew about, at that time
 3   you wouldn't tell him?
 4        A.   Yeah.  I wouldn't have at that time, no.
 5        Q.   If they had come to you before the perjury
 6   charges would you have told them you were the person
 7   that made that call?
 8             MR. SAHASRABUDHE:  Form.
 9             MS. HURLEY:  Form.
10             THE WITNESS:  Yes, I would have.
11   BY MR. BRUSTIN:
12        Q.   All right.  Let me take just a couple
13   minute break, and I may be just about done, but let me
14   look through my notes.
15        A.   Okay.
16        Q.   And I'm sure these folks are going to have
17   some questions for you, but let me make sure I don't.
18             VIDEOGRAPHER:  The time is 11:19 a.m.
19   We're going off the record.
20             (A short recess was taken.)
21             VIDEOGRAPHER:  The time is 11:26 a.m.
22   We're back on the record.
23   BY MR. BRUSTIN:
24        Q.   Just a couple more questions, Ms. Frida.
25   Did you -- during the times that we spoke on the phone

```
 1  there.  Yes.
 2       Q.   So, fair to say that those three kind of
 3  meetings that we talked about, those are the only
 4  three times you've ever spoken with Emil Adams?
 5       A.   Yes.
 6       Q.   Okay.  Did you know John Sullivan?
 7       A.   No.
 8       Q.   Okay.  Have you ever spoken to him?
 9       A.   No.  I would not know him if I saw him
10  today.  I don't even know what he looks like.
11       Q.   Okay.  You don't even know who -- you
12  didn't know who he was back in 1991?
13       A.   No.
14       Q.   Okay.  One thing I want to get clear on
15  is -- so the night of the shooting you didn't know
16  Lamar Scott by name; is that correct?
17       A.   That's correct.
18       Q.   Okay.  Is it your testimony that the night
19  of the shooting you knew Lamar Scott by sight though?
20       A.   Yes.  I would definitely be able to -- have
21  been able to identify him again.
22       Q.   So you recognized his face, but you didn't
23  know his identity?  You wouldn't have been able to say
24  what his name was?
25            MR. BRUSTIN:  I don't think she's
```

 1  STATE OF NORTH CAROLINA

 2  COUNTY OF MECKLENBURG

 3

 4          CERTIFICATE OF VERBATIM TRANSCRIPT

 5

 6          I, Mindy Vislay, Court Reporter and Notary

 7  Public for the State of North Carolina at Large, do

 8  hereby certify that the foregoing transcript of TAMARA

 9  L. FRIDA was taken by me and transcribed by me and is

10  a true, accurate, and complete record.

11          I further certify that I am neither related

12  to nor counsel for any party to the cause pending or

13  interested in the events thereof.

14          In witness whereof, I have hereunto set my

15  hand this 1st day of November, 2022 at Charlotte,

16  North Carolina.

17

18

19

20  _____

    Mindy Lynn Vislay
21  #200926400076

22

23

24

25