# EXHIBIT 9

```
Buffalo Police Department    Central Booking Bureau    Daily Record Of Arrests
           For the period of 0800hrs on Tues.11-12-91 to 0800hrs on Wed.11-13-91
Unit      Defendant              Address              DOB     R S  Charges
SFB       Armusewicz,Catherine   1279 E.Delevan       060349  W F  *170.10-1
SUCB      Lattin,William         400 Forest           060349  W M  *245.00
BVI       Lester,Penny aka Madlock 43 Pershing        102067  B F  230.00
Trfc(2)   Smith,William D.       69 Oberlin           102460  B M  *165.40/120.05-3/319-1/511-1/402-4
16        Harvey,Myron G.        166 Cedar,Cheek.     050260  B M  120.00-1/240.25-1
TPU       Steward,Andrew E.      86 Stevens           051867  B M  165.40/140.35/145.00-1/155.25
3         Williams,Darel P.      304 Koons            033151  B M  140.05
12        Elliott,Robert R.      123 Kosciuszko       022172  B M  140.10a
CiCrt     Price,Bradford E.      23 High #6G          072763  B M  195.05/120.05-3
11        Ferguson,Karen M.      29 Boehm             110960  B F  *120.00-1
Int (2)   Matlock,Kareem         55 Mendola           091269  B M  220.09-1/220.16-1(2ct),12/220.50-2/
                                                                   265.02-4(2ct)
Int (2)   Bates,Jason J.         147 Landon           061370  B M  220.03/220.50-2/220.16-1,12/265.02-4
BTF (2)   Acevedo,Rebecca        89 Harmonia          092969  W F  *155.25/220.09-1
SFB       Scavone,Salvatore      26 10th              012954  W M  *170.25
SFB       Watson,Vincent         113 Langfield        080759  B M  *155.25
10        Robinson,Michael E.    34 Copswood          020965  B M  240.25-1
Narc      Gonzalez,Mario L.      297 W.Tupper         010759  W M  *511-1/306b/401-1a/402-4/319-1
SCU       Days,Joseph            239 14th             070155  B M  69/69-1,2
17        Moskaluk,Melissa M.    669 Englewood,Tona   083069  W F  240.20-2,3
3         Mitchell,Charles E.    274 Delaware #901    032542  B M  155.30-5
SCU (2)   Conners,Dana S.        299 McKinley,Wmsvl   061150  W F  220.03/240.36/*220.45
SCU       Conners,John P.        299 McKinley,Wmsvl   091450  W M  220.03/240.36
SCU       Santiago,Angel M.      389 Trenton          012971  W M  221.05
SCU       Miller,Sheree          168 Waverly          112356  B F  220.03
11        Madigan,Steven         113 Poplar           072274  W M  *120.05-1
15        Williams,Jerry         75 Steelawanna,Lacka 022157  B M  155.25
3         Summers,Evans S.       63 Johnson           102674  B M  165.05-1/1180d/165.45-5/509-1
3         Sanders,Cedric L.      36 Grey              060474  B M  165.05-1/165.45-5
3         Turner,Tashika M.      16 Grey              053075  B F  165.05-1/165.45-5
Int       Murphy,Ida D.          499 E.Ferry          072458  B F  220.50-2/220.16-1,12/265.01-1
8         Gibson,Jeffrey D.      25 Church,Lacka      102873  B M  165.45-5/165.50-1/509-1
BVI       Marchal,Karen L.       210 Delaware #1101   101769  W F  230.00
TPU       Jones,Gregory A.       85 Allen #432        122461  W M  140.20/140.15/120.15
SCU       Bland,Michael M.       1195 E.Ferry         062571  B M  221.10-2/69/69-1,2    pt 2 11/20/91
BVI       Stevens,Patricia       105 Ivy              060762  B F  230.00
BVI       Terry,Leola            193 Cherry           061055  B F  230.00
10        Narine,Daniram         561 Valley,Orange-NJ 061742  I M  CPL570-06-00
Narc      Anderson,Sammy         522 Carlton          101754  B M  220.03/220.50-1,2,3/220.39-1
Narc      Walker,Cinch E.        90 Nevada            052265  B F  220.03/220.50-1,2,3
10        Rodriguez,Nelson P.    266 Hudson           121447  W M  120.00-1/240.25-1
12        Collins,Jameel         253 Townsend-upr     041767  B M  165.05-1/165.45-5/509-1
Narc      Annacone,Warren W.     321 Swan             093037  W M  220.03/220.45
12        Doe,John #1            unknown              unk     B M  165.05-1/145.05
BMHA      Bowen,Sojourner J.     14 CollinsWalk       041569  B M  220.06-5/195.05/220.16-1/205.30

Total # of arrests:49   blotter #s used:91-20012 - 91-20060   *indicates warrant arrests
Prepared by:Mitchell Shapiro,RT,CBB              Approved by:Frank Cardarella,PO,CBB
                        Thomas M.Telesco,Lt,CBB

                  Ralph V. Degenhart,  Commissioner Of Police
```