# EXHIBIT 11

8/20/91  in office
Fred Jackson
19 Thatcher St.
           14215
   836-4173

8/22/91
   T/c w/ F.J. — his house was shot up yesterday
   — Scott Gehl says to contact DA to have Aaron protected — I advise we aren't in protection business and that Police are aware of problems & will keep on top of it
   — FJ says he "almost" knows who did the shooting & has transmitted this info to homicide

8/23/91  T/c from FJ. — Aaron is out of the hospital. I advise that I would like to talk to him in office — we agree that they will let him assimilate to home life over the weekend & they'll call Mon AM to set up appt. to come in

COE002298