# EXHIBIT 15

*BN Surname Wed 8/14/91*

# Teen says Dixon is killer, despite tape claim

By MATT GRYTA
News Staff Reporter

A teen-ager wounded Saturday in a shooting at a Bailey Avenue parking lot told police he saw Valentino "Tino" Dixon fire the shots that fatally wounded Torriano Jackson, 17.

But a Buffalo TV station claims to have a videotaped confession from a man who insists he is the real killer.

Prosecutors Tuesday sought to keep Dixon in jail to win more time for grand jury action. In the meantime, a judge — on the request of Dixon's lawyer — ordered WGRZ-TV, Channel 2, to preserve copies of the videotape.

In a statement to police hours after the fatal shooting, John A. Sullivan III, also 17, told Buffalo homicide detectives he saw Dixon, 21, pump at least five rounds from a submachine gun into Jackson as the victim lay sprawled in the parking lot.

"I think he emptied the gun on him; I saw him fire at least five times," Sullivan said.

Sullivan, according to a copy of the statement, also claimed he saw Dixon, also known as Shawn D. Anderson, flee from the scene with two unidentified men.

However, an unidentified man who appeared on the TV station videotape claimed he, not Dixon, shot Jackson, Sullivan and two others in the parking lot.

Sean D. Hill, Dixon's lawyer, Tuesday obtained a restraining order from Erie County Judge Joseph P. McCarthy barring WGRZ from destroying the videotape.

McCarthy ordered attorneys for the TV station to appear in court Thursday to explain why Hill shouldn't be given access to the videotape.

Hill said Channel 2 hadn't aired the videotape and he refused to say whether he knows the identity of the man who made the videotape statement.

Spokesman for the TV station declined to comment on the court order.

Erie County District Attorney Kevin M. Dillon declined to comment on both the Sullivan statement and the WGRZ videotape.

"The entire matter is under investigation," Dillon said.

On Thursday, McCarthy will hear motions from prosecutors seeking to have Dixon's $10,000 bail on two earlier cases revoked.

Unless prosecutors get the judge to hold Dixon without bail on the two earlier cases, he may be able to get out of jail Friday if prosecutors — as expected — cancel a City Court hearing in the murder case.

Dixon, who faces sentencing Aug. 20 on an earlier shooting on the East Side, is jailed on murder and other counts. He is accused of the fatal shooting of Jackson and the wounding of Sullivan, Aaron Jackson, 20, the murder victim's brother, and Mario Jarmon, 19, a friend of Dixon.

The shooting occurred about 1:30 a.m. Saturday in the parking lot of Louie's Texas Hots at Bailey and East Delavan avenues.

COE002736