# EXHIBIT 18

Case 1:19-cv-01678-MAV-JJM     Document 181-21     Filed 02/15/24     Page 2 of 42

EVI_ch1_main_20180815150000_20180815155442     Page 1 of 41
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

*Lamarr Scott:*   But he says, "Listen, man, if you need some money let me know, man. I can get you some work. You can go over here on Goodyear in front of James Shepard's house and get you some work in and you can make you some money." It was just as easy as that. And at the time, I was living with my aunt on Wood Street, Ruth Mitchell.

He told me where was I staying. I said I'm not staying with my cousin, and I'm living on Wood. So he would come over to Wood every day and pick me up, and we would ride around and just talk, you know, drink beer, and he hit me with a little bit of work, a little bit of drugs. And no more than $400.00 or $500.00 worth at the time. So I was selling –

*Sara Dee:*   $400.00 or $500.00 worth of –

*Lamarr Scott:*   Worth of cocaine.

*Sara Dee:*   A day, a week? Or what?

*Lamarr Scott:*   No, no. Maybe –

*Sara Dee:*   Just curious.

*Male 2:*   That's what you meant by work, right?

*Lamarr Scott:*   Yes, work.

*Sara Dee:*   Yeah.

*Lamarr Scott:*   Yeah, yeah. Maybe every three or four days. Maybe.

*Sara Dee:*   Okay.

*Lamarr Scott:*   Maybe every three to four –

*Sara Dee:*   And how much was he making?

*Lamarr Scott:*   Roughly, if I had $500.00 he maybe $200.00 at the most. Maybe $200.00.

*Sara Dee:*   Okay.

*Lamarr Scott:*   And then there were days within that four-month timespan when I didn't want to do anything. I was like, "Man, listen, you know, just take me down on Elmwood and sign up for school. This is not

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 3 of 42

*EVI_ch1_main_20180815150000_20180815155442*    **Page 2 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

what I really want to do." But being around him, it's like – if you're around you're either going to do this or you're going to do this.

You're either going to be a part of us or you're not going to be a part of us. So I was more so one of those guys that was just hanging around, and Rich – because Rich was hustling. He was hustling hard, man. He was selling a lot of drugs for him.

| | |
|---|---|
| *David Heraty:* | Jarrett? |

| | |
|---|---|
| *Lamarr Scott:* | Jarrett, yeah. He was selling a lot of drugs for him every day. He was giving Rich a half ounce of powder, and Rich was maybe making $900.00 to $1,000 at the most. You know what I mean? This is like every day. |

And me being around, Rich would be like, "Yo, listen. Hold this. I gotta go to the store. If anybody comes serve them this, serve them that."

I'm like, "Yo, but what's this? How much is this?" Because again, I don't know anything about drugs whatsoever. They're telling me what a dime is, what a twenty is, and how much to take here and so on and so forth.

And eventually it became something that was being done every day. And again, I wasn't making any money to the point whereas I could say I felt good about doing what I was doing, because I didn't. But it was just something to do. So this is something that we would do every maybe four or five days at the most.

He would give me something. It was no more than an eight ball, which would bag up maybe $400.00, $500.00. Because I didn't have a desire to want more than that.

| | |
|---|---|
| *Sara Dee:* | Okay. Is it fair to say that he was making a lot more money than you were or that Jarrett was? |

| | |
|---|---|
| *Lamarr Scott:* | Oh, yes. Of course. |

| | |
|---|---|
| *Sara Dee:* | Okay. |

| | |
|---|---|
| *Lamarr Scott:* | He was making trips back and forth to New York City. |

| | |
|---|---|
| *Sara Dee:* | Okay. During these four months you saw him go back and forth to New York City? |

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 4 of 42

*EVI_ch1_main_20180815150000_20180815155442*                    **Page 3 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

| | |
|---|---|
| *Lamarr Scott:* | Well, I didn't know, but I found out later on that he did. |
| *Sara Dee:* | Okay. |
| *Lamarr Scott:* | Because New York City is an hour away by plane. He took Ronnie Bryant twice. And I only knew that because Ronnie came back with some new sneakers, and I said, "Ronnie, where'd you get those sneakers from, man? Your mom on welfare. She ain't buy you –" and they didn't have those sneakers in Buffalo at the time. |
| | So he's like, "Tino bought them for me." I said, "Where'd he buy those?" He said, "Man, he took me to New York." I said, "When?" He said, "Last night. We left at 1:00." |
| | I said, "When did you get back?" He was like, "Yo, we just got back." I said, "1:00?" And I'm sitting here talking to him, looking. I'm like, "He left without telling us?" He was like, "He ain't tell nobody." |
| *Sara Dee:* | During these four months, did you have an opportunity to meet Leonard Brown, Mario Jarmon? |
| *Lamarr Scott:* | Yes. Well – |
| *Sara Dee:* | Antoine Shannon? The brothers and all that? |
| *Lamarr Scott:* | Prior to that I had heard Leonard Brown's name. Toine was going to college in Louisville, Kentucky. He had a scholarship. And I knew Toine. So riding with him, we would talk about football and, you know, the West Side Bulls, West Side Bills, me playing for J.D. Hill, Jerry Butler. |
| | You know, just talking sports and stuff that men talk about, karate and beer and girls and all that kind of stuff. So I'm meeting different females that he was involved with, which was a girl named Goldie and another girl, Martrice. I ended up – Martrice was like part of my family anyway because my adopted mother used to babysit her. |
| | So I knew all them. But it's funny because my sister never liked Tino, my adopted mother never liked Tino, and I didn't understand what they seen. You know, them being older maybe they seen something I didn't see, but they were always saying he's using you. And I'm like, "Nah, I'm not doing anything. What is he using me for? What can he be using me for if I'm not doing anything?" |

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 5 of 42

*EVI_ch1_main_20180815150000_20180815155442*    **Page 4 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

Like, be careful. He's using you. And I didn't – you know, 19, I don't care. I didn't think nothing of it. But I hadn't had seen Leonard until that night, even though Tino drove over to his mother's house on Fay Street. And his father was there. He had to give his father some money, you know, a couple of times.

He gave his father _____ or something like that. And when something's wrong, his father is willing to help fix the car. But again, I hadn't had met Leonard until that particular night, you know, and of course through that time I find out who his family was and so on and so forth.

*Sara Dee:*    So over those four months, who would you guys hang out with?

*Lamarr Scott:*    Just me, him and Rich – me, him, Rich, and Little Ronnie.

*Sara Dee:*    How many times had you seen that TEC-9 before that night?

*Lamarr Scott:*    I seen it twice. Richard had went out of town for a family reunion and Tino had wanted me or Ronnie to climb up on the roof and go through the room to get the gun that was there. I told him I'm too big to be climbing on some roofs. I'm not climbing nowhere. It's not happening. Get a younger kid to do it. I'm not doing none of that dumb stuff.

*Sara Dee:*    When was that?

*Lamarr Scott:*    So this was maybe June.

*David Heraty:*    June '91?

*Lamarr Scott:*    Yeah, June '91 maybe.

*Sara Dee:*    And where was it?

*Lamarr Scott:*    It was in Richard's house. He was like, "Would you climb up there? It's up under the couch." And I had been in Rich's house a couple of times so I knew what couch he was talking about, but I didn't go up and do it. I said, "Man, y'all are gonna have to do it on your own."

But later on that night I guess he had somebody go get it, because I seen it that night, and that was –

*Sara Dee:*    The night of the shooting or –

Case 1:19-cv-01678-MAV-JJM     Document 181-21     Filed 02/15/24     Page 6 of 42

*EVl_ch1_main_20180815150000_20180815155442*     **Page 5 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

| | |
|---|---|
| *Lamarr Scott:* | No, no, no, that night in June. And that was it. |
| *Sara Dee:* | Now who had somebody go get it? Rich did? |
| *Lamarr Scott:* | No, Tino did. |
| *Sara Dee:* | Tino did. |
| *Lamarr Scott:* | Because he was looking for it. He had had a small problem with a guy named Vance. Buffalo is so small. Vance – I knew Vance because I played Little League Football with him. His father, Coach Dixon, which is Michael Dixon, he was my coach. His brother, matter of fact, just made the parole board in Cayuga, Michael Dixon. |
| | He had a murder in the early '90s. It was an Arab guy that was killed _____ Pilgrim Village. He just made his board. Anyway, we went on <span style="color:red">Little Pier</span>. Tino brought me with him on Little Pier and he says, "The problem that I have is with these dudes. They're running their mouth." |
| | He said, "I need you to shoot this house and I need you to shoot this house." And I'm looking at the house, and I said, "Tino, man, I think I know people that live here." He said, "What are you talking about?" I said, "I think Coach Dixon live here." |
| | And he said, "What coach?" I said, "My football coach." He says, "Man, I don't care nothing about it. This boy was running his mouth on the phone," yada, yada, yada. I said, "Well, man, walk up to the door, ring the doorbell, and see who all comes to the door first." Now he walks up to the door – |
| *Sara Dee:* | Now he wanted you to do the shooting? |
| *Lamarr Scott:* | Yes, yes. He wanted me to just shoot the house up as a warning sign or whatever. |
| *Sara Dee:* | With this TEC-9 or with – |
| *Lamarr Scott:* | Yes, with the TEC-9. So I tell him, I said, "Listen, man. Just walk up to the door and ring the doorbell first before any shootings get started or whatever." He says, "Alright." So he goes and rings the doorbell. Coach comes out. |
| | I said, "Oh, man." Coach comes out, and they're talking. Now I just happened to look to my left. There was somebody standing in the |

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 7 of 42

*EVI_ch1_main_20180815150000_20180815155442*    **Page 6 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

door. It was a Buffalo police officer standing in the door, it was another cop.

Now Coach Dixon is a cop. He's standing in the door and he has a gun in hand, and I look, I said, "Oh, man, he's pulling – he's about to kill us." So I said, "Yo, man. Come on, let's go." He said, "What are you talking about?"

And Coach says, "Scott," he said, "come here, boy." Now here comes the father, and me being his ex-player I couldn't help but submit. You know, I had tears in my eyes. I gave him a hug. I said, "Coach, I'm sorry. I didn't mean to come over here and cause no problems."

| | |
|---|---|
| *Sara Dee:* | Did you have a gun out? Did he see it? |
| *Lamarr Scott:* | No, it was in the – no, no, no, it was in the car. I didn't even touch it. I didn't even touch it. I didn't touch it. |
| *Sara Dee:* | How many other times between – in these four months that you're talking that you knew him and hung around with him did he try to talk to you about any sort of other criminal activity other than selling drugs? |
| *Lamarr Scott:* | Nothing really. |
| *Sara Dee:* | Okay. |
| *Lamarr Scott:* | The only thing that we ever really discussed – I used to try to get him to – |
| *Sara Dee:* | I'm just trying to get an idea – and why I'm asking this, because I'm just trying to get an idea of what your relationship was. |
| *Lamarr Scott:* | The relationship was. Well, the relationship, to be honest with you, now that I think about it, we really didn't even know each other. |
| *Sara Dee:* | Well, four months is not a long time. |
| *Lamarr Scott:* | Right. |
| *Sara Dee:* | You're correct. |
| *Lamarr Scott:* | Right, we just – |
| *Sara Dee:* | But I just – there's – you know – |

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 8 of 42

*EVI_ch1_main_20180815150000_20180815155442*    **Page 7 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

**Lamarr Scott:**    Yeah, I understand. You want to put the pieces of the puzzle together –

*[Crosstalk]*

**Sara Dee:**    Right. You were young then.

**Lamarr Scott:**    – and trying to figure out the relationship between us. There was really no relationship in a sense, whereas I know what he's thinking or he'd speak his mind about certain things. He was drunk half the time. He was an alcoholic. Serious alcoholic.

He'd drink at least four cases of Heineken every day. So his thought process was – he's drunk. But he was approaching an alcoholic. And the only time we ever had any real intelligent conversations was early in the morning before he started drinking. And within that time, he's drinking and he's on drugs throughout the day.

**Sara Dee:**    So other than this time that we're talking about with the coach and then on this day of the murder this entire time –

**Lamarr Scott:**    Right. That's the only time, yes.

**Sara Dee:**    – those are the only two times you saw this –

**Lamarr Scott:**    The only two times that I seen it.

**Sara Dee:**    The TEC-9.

**Lamarr Scott:**    No, well I seen it really three.

**Sara Dee:**    Okay. And when was –

**Lamarr Scott:**    Because Rich had it on his lap that day when I first pulled up, the day I seen him, that he had the problems with – as a matter of fact, _____. They had problems with Reese and them. So they were basically just sitting there. They were drinking Seagram's gin. They was drinking hard liquor. And Rich had a TEC-9 on his lap and Tino had a MAC-10 on his lap.

**Sara Dee:**    Okay, right. And that was before the shooting? It was before –

**Lamarr Scott:**    No, it was before the shooting. It was maybe a month, maybe almost – a month and a half, two months, something similar to

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 9 of 42

*EVI_ch1_main_20180815150000_20180815155442*    **Page 8 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

that. But, you know, then Rich goes down to a family reunion, and I don't know what happened to the other gun that Tino had, but the TEC was upstairs. And again, he wanted me to go get it, and again, I'm not climbing anywhere. But that was that – those were the three times that I ever seen it.

And I had never touched it, even though it was in the back seat of the car. I had never touched it until that day of the Torriano shooting.

| | |
|---|---|
| *Sara Dee:* | All right. Okay. |
| *Joe Riga:* | Is Rich Jarrett? Is that who you're talking about? |
| *Sara Dee:* | Yes. |
| *Lamarr Scott:* | Yeah, Richard Jarrett. |
| *Sara Dee:* | All right. And I want to ask you more specifics about the night of the – the day of the Torriano shooting. |
| *Lamarr Scott:* | Yes. |
| *Sara Dee:* | So you said now that he came around you and then said, "Standby, I might need you a little later," right? |
| *Lamarr Scott:* | Yeah, yeah. |
| *Sara Dee:* | And you said, "Whatever, I'm always standing by." |
| *Lamarr Scott:* | Right. |
| *Sara Dee:* | "I'm always ready to go." |
| *Lamarr Scott:* | Yeah, yeah. |
| *Sara Dee:* | And he came back by in his brand new red Mazda. |
| *Lamarr Scott:* | Right. He had bought the Mazda. Yeah. |
| *Sara Dee:* | Okay. So who was he with when he came back by? |
| *Lamarr Scott:* | He came by himself. |
| *Sara Dee:* | Okay. And then did you get in the car by yourself? |

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 10 of 42

*EVI_ch1_main_20180815150000_20180815155442*    **Page 9 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

| | |
|---|---|
| *Lamarr Scott:* | Yeah, I got in the car by myself and – |
| *Sara Dee:* | And you left – who were you with? |
| *Lamarr Scott:* | I was with – I was Richie Jarrett and Little Ronnie was sitting on the porch that day. |
| *Sara Dee:* | And you left them there. |
| *Lamarr Scott:* | And I left them there. And it's funny, I remember because Rich was like, "Alright, here you go, man. Time to earn your keep, buddy." |
| *Sara Dee:* | And what did that mean? |
| *Lamarr Scott:* | I didn't know what it meant. |
| *Sara Dee:* | What did you think it meant? |
| *Lamarr Scott:* | I laughed at him. I said, "Earn my keep?" I says, "Man, get out of here." I didn't even pay attention to it, but they knew. Because Richard beat up women.<br><br>He's a sucker. He's never put his hands on a man ever in his life. He's a woman beater. He's a piece of crap. |
| *Sara Dee:* | So you get in the car with Tino. |
| *Lamarr Scott:* | I get in the car with Tino, and… |
| *Sara Dee:* | And how long is the drive and where do you go? |
| *Lamarr Scott:* | Well, the drive is short. The first thing we did was go over to his house, and there was a debate pertaining to getting in his car, the Cadillac. And I'm like, "Man, I don't feel like driving in that big old car. Let's get back into the car and we'll go where we gotta go." Now – |
| *Sara Dee:* | And it's the two of you were debating? |
| *Lamarr Scott:* | It's just the two of us. |
| *Sara Dee:* | Okay. |
| *Lamarr Scott:* | So we get back into the red Mazda, drive on Bailey and Delavan. |

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 11 of 42

**EVI_ch1_main_20180815150000_20180815155442**                    **Page 10 of 41**
**Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga**

| | |
|---|---|
| *Sara Dee:* | Alright. |
| *Lamarr Scott:* | Go to Mario's house. |
| *Sara Dee:* | Okay. |
| *Lamarr Scott:* | Right before all of this happened, there was a guy named Lee Matthews he went to school with. Lee Matthews played basketball with him, and Lee Matthews was begging for the car because he was supposed to be graduating or going to college or something similar to that. So he gives Lee Matthews the keys to the Cadillac and tells him, "It's on my car – you know where the car is. Just bring it back after you finish." And he tells Lee to bring it back here. |
| *Sara Dee:* | To Jarmon's house. |
| *Lamarr Scott:* | To Jarmon's house. "Don't bring it back to his house." I don't know why he said that, but that was the reason. |
| *Sara Dee:* | He wanted it dropped of there. |
| *Lamarr Scott:* | That's where he wanted it dropped off. |
| *David Heraty:* | And Matthews and Jarmon live literally across the street from each other, right? |
| *Lamarr Scott:* | Well, Lee Matthews – |
| *David Heraty:* | A couple houses away? |
| *Lamarr Scott:* | I don't know where Lee Matthews lives. |
| *David Heraty:* | We had talked to him. I thought he told me he lived near there, but I don't – |
| *Lamarr Scott:* | For whatever reason he just popped up, and I just remember Lee from us playing 16-18 basketball. I mean, so I was kind of surprised to see him even talking to Tino. You know what I mean? Like, what are you doing? |
| *Sara Dee:* | During this drive, what did Tino say about what he needs you there for? I mean, clearly you're kids – |
| *Lamarr Scott:* | I asked him. I said, "Well, what's going on?" He was like, "Yo, we gotta –" he said, "Leonard called me." And I said, "Leonard who?" |

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 12 of 42

*EVI_ch1_main_20180815150000_20180815155442*    **Page 11 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

He says, "Yo, my brother called me and he said there's a beef, there's a problem. You know, this dude put a gun to my brother's head."

I don't know. Toine is gone. How can he put a gun to – he says, "No, this is a while ago, but it's been an ongoing beef." I said, "Alright, we'll check on it when we get there." You know, and that was just – you know, turn the music on. You know, we turned the music on and drove over there.

We got out of the car – I mean, Mario drove us for the first time. And that's when Mario tells me that Travis, a guy named Travis, and John Sullivan, they were riding back and forth all day, and in their mind all day could be three hours. You know what I mean? But they said they was driving back and forth all day, you know, hitting with the gun sign like this, we're gonna kill you.

| | |
|---|---|
| *Sara Dee:* | Okay. |
| *Lamarr Scott:* | And Torri was with them. |
| *Sara Dee:* | Can I stop you right there? |
| *Lamarr Scott:* | Yes. |
| *Sara Dee:* | Was there any weapons in the car with you and Tino at the time that they were aware of? |
| *Lamarr Scott:* | That day was the TEC-9. It was there. Because when he – |
| *Sara Dee:* | When he picked you up and you drove around in the red Mazda. |
| *Lamarr Scott:* | When he picked me up, yes, it was the TEC-9 in the plastic bag. |
| *Sara Dee:* | Okay. |
| *Lamarr Scott:* | He had it in his bag. |
| *Sara Dee:* | Where was it? |
| *Lamarr Scott:* | It was on the passenger side on the floor. |
| *Sara Dee:* | So when he picked you up it was in the car. |
| *Lamarr Scott:* | Yes, it was in the car. |

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 13 of 42

**EVI_ch1_main_20180815150000_20180815155442**                    **Page 12 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

| | |
|---|---|
| *Sara Dee:* | And then – |
| *Lamarr Scott:* | I had to sit – because I'm tall, so I had to sit like that and make sure I don't hit the gun, because I didn't know if the gun was going to go off or whatnot. |
| *Sara Dee:* | Did he say anything about it in the car? |
| *Lamarr Scott:* | Yeah. He tells me, he says, "Yo, the gun is in the bag right there." I said, "Well, what you got the gun for?" He said, "Man, we may have to use it." I says, "Well, we can use it to scare somebody." |
| | I said, "Man, we don't need nobody to be shooting nobody. You know what I mean?" He's like, "Yeah." He turned the music on and that's it. |
| *Sara Dee:* | Okay. |
| *Lamarr Scott:* | That was the extent of it. There wasn't any extensive conversation about plans or anything like that. It was just, you know, turn the music on and, you know, let's get over there. |
| *Sara Dee:* | Okay. But that was your bag that it was in? |
| *Lamarr Scott:* | No, that was his bag. Everything – he brought the bag, he brought the gun, with the gun in the bag, and it was there. It wasn't mine. I only remember it specifically again because it was just weird. You know what I mean? |
| | I'm like, what – and I said, "Man, what's the gun doing in the United Mens bag? You know, what you doing? Buying church clothes?" You know, little jigging there. But that was it. And I grabbed the bag – |
| *Sara Dee:* | I thought there was some comments that had been previously made about this was some bag that adopted father may have got you. |
| *Lamarr Scott:* | No, no, no. |
| *Male 1:* | No, he remembers the brand of the bag and where it came from, because that's where his adopted father would buy him new shoes once a year. |
| *Lamarr Scott:* | Yeah. That's why I remember the bag from this night. It wasn't a nostalgic moment, but it was just weird. You know what I'm saying? But now that I think about it, it's funny because, you know, |

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 14 of 42

*EVI_ch1_main_20180815150000_20180815155442*          **Page 13 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

|              |                                                                                                                                                                                                                                                                       |
| ------------ | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|              | fate looks at situations and say – when I looked at that bag I thought of my father. If I had thought of my father long enough I probably would've got out of the damn car. |
| *Male:* | Right. |
| *Sara Dee:* | Okay. |
| *Lamarr Scott:* | You know what I'm saying? |
| *Sara Dee:* | So it reminded you of your father why? |
| *Lamarr Scott:* | It reminded me of my adopted father because he would take me to United Mens and we would buy shoes and socks and suits for Easter or if I needed some new dress pants or something like that, and these were the moments that we had together basically talking about manhood or just spending time. |
| *Sara Dee:* | Oh, okay. |
| *Lamarr Scott:* | So for me to have a man that took me in as his son and gave me his last name, it meant a lot to me. |
| *Sara Dee:* | I see. Gotcha. So this is a United Mens bag – |
| *Lamarr Scott:* | Yeah, United Mens bag. Yeah. |
| *Sara Dee:* | Okay. It wasn't your bag. |
| *Lamarr Scott:* | No, it wasn't mine. It wasn't mine at all. |
| *Sara Dee:* | I gotcha. Okay. So you see it there, that's the conversation in the car. |
| *Lamarr Scott:* | That's the conversation. |
| *Sara Dee:* | And then you head over – |
| *Lamarr Scott:* | And then we head over there. He parks in front of Mario's house. They come out of the driveway. I grab the gun and I – |
| *Sara Dee:* | Who comes out of the driveway? |
| *Lamarr Scott:* | Mario Jarmon comes out of the driveway, Toine comes out of the driveway, and – not Toine, but Leonard. Leonard comes out of the |

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 15 of 42

**EVI_ch1_main_20180815150000_20180815155442**                    **Page 14 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

driveway. I meet Leonard. I'm like, "Hey, what's up? What's going on?"

And I grab the bag and I take it to the back of his house and put it in the hallway, and the door was always unlocked so it's easy. You can just go in the house and grab it and just leave. So they begin to speak about what's going on as far as these guys coming back and forth, threatening them and so on and so forth.

So for me, I don't put no stock into it.

*Sara Dee:*      Do you know these guys at all? You said you knew Jarrett and Torri.

*Lamarr Scott:*   I knew Torriano. I knew Torriano from Riverside because he was a troublemaker when he was in high school. He got kicked out of school a couple of times. And I remember him at a party. There was a party on Thatcher and Hutchinson. He had beat up a childhood friend of mine named Fuji Makaway who we played Little League Football together.

And we were outside partying, and you see people running and the next thing you know you see somebody stomping and kicking. You're like, "Man, what's this dude over here doing so on and so forth?" So I see Fuji's face. I'm like, "Yo, they're beating up Little Fuji." So I'm getting ready to go stop him from beating up Fuji.

Somebody said, "No, Fuji stole something," yada, yada, yada, and all I hear is, "This is the Jackson family, motherfucker. This is the Jackson family. We told you about this shit." And I said, "Yo, Michael Jackson and them beating up somebody."

So they all started laughing. They're like, "Man, you're silly. You're cracking jokes, man." I'm like, "Yo, he said he's the Jackson family." So that was my initial introduction to all of them. Later on I met the father, I see the father. You know, he was something else.

The mother, you know, they were a family. They are who they are, man. You know?

*Sara Dee:*      All right. So that's your knowledge of who they were talking about.

*Lamarr Scott:*   Yeah, yeah.

*Sara Dee:*      Okay. So they bring him up, they say these are the people we're having trouble with today.

| | |
|---|---|
| *Lamarr Scott:* | Right, right, right. And we sit at the bench and, you know, Tino goes in and he gets some beer. By that time – |
| *Sara Dee:* | So you – all of you guys walked down? |
| *Lamarr Scott:* | We all – all of us – there's four of us – all four of us walked down, and then I see Little – |
| *Sara Dee:* | Do you bring the gun with you? |
| *Lamarr Scott:* | Yes. Yeah. At first I didn't bring the gun with me. When I walked down and sat on the bench, Tino was like, "Yo, where's the joint at? Where's the gun at?" I said, "I left it down there." He was like, "Yo, them dudes just passed by." |
| | I'm like, "Who? What are you talking about?" He was like, "They just passed by." I'm like, "Alright." I walked down and I went to get it, I went to get the gun. |
| | I sat on the bench and I put it right up under the seat where I was sitting. And for some reason nobody else really wanted to come around as I sat down. I'm like, "Yo, what's wrong with y'all dudes?" You know, and when I looked – |
| *Sara Dee:* | Like who? Tino, Leonard – |
| *Lamarr Scott:* | Tino and Leonard. Tino stood over there and he was like, "Yo, I'm going to get some beer." Now that's his normal thing, so I don't think anything of it, him wanting to get some beer. And Leonard was maybe eight or nine feet away. Mario was standing in front of me on the curb. |
| | And Little Kid C – they called him Kid C – Little Walter Dennis, he's standing by the icebox. There's an icebox that was on the side of the store right there, so it's closer to the corner. He was standing over there. I don't even meet him until later on. |
| | I didn't know who he was. He was just standing there. Because again, the street was crowded. There were a lot of people, a lot of cars and everything driving around. So they drive up. |
| *Sara Dee:* | Now where's this bench in terms of where the market is and the – |
| *Lamarr Scott:* | The bench is right here. |

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 17 of 42

**EVI_ch1_main_20180815150000_20180815155442**    **Page 16 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

| | |
|---|---|
| *Sara Dee:* | Right in front. |
| *Lamarr Scott:* | This is the bench. This is the market, this is the corner store where you go in here. |
| *Sara Dee:* | Yep, right on the corner. |
| *Lamarr Scott:* | This is a house right here. My girlfriend Nikki stayed right here. And this is a driveway. |
| *Sara Dee:* | Okay. |
| *Lamarr Scott:* | So the bench is right here and the bus stop is right here. |
| *Sara Dee:* | Okay. |
| *David Heraty:* | The bench is connected to the bus stop? |
| *Lamarr Scott:* | Well the bench is the bus stop. |
| *David Heraty:* | If you waited for the bus – |
| *Lamarr Scott:* | You waited at the bus stop for your bus. |
| *David Heraty:* | Gotcha. |
| *Lamarr Scott:* | You sit there and you wait for the bus. |
| *David Heraty:* | Okay. |
| *Sara Dee:* | Got it. |
| *Lamarr Scott:* | So after that happens, they drive up, and Mario – Mario, I'm guessing, had a few words, said, "What's up, what's going on?" And he runs out there to start a fight. Mario likes to fight. And again, you know, I'm looking at Leonard for a minute, and Leonard is kind of hyperactive, jumping up and down on the side of me. |
| | And I hear pop, pop, pop, pop. And Tino was like, "Yo, they're shooting my brother. They're shooting my brother." So I go up under the bench and I'm fumbling with the drawstring. Tino, he's so silly because he tied it in a knot. It's already a drawstring, but it's a knot. |
| | So I had to rip the bag. So basically I ripped the bag and I pulled the gun out. And I asked – I was like, "Which one? Who's who? |

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 18 of 42

*EVI_ch1_main_20180815150000_20180815155442*    **Page 17 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

Which one, which one?" And Leonard is like, "Right here, right there. That's him right there, right there."

It could've been somebody else. It could've been Aaron Jackson, you know, that I had shot, but Leonard pointed me to Torriano, and I shot until there was nothing else left in the gun. I dropped the gun.

| | |
|---|---|
| *Sara Dee:* | How close were you to him when you were shooting him? |
| *Lamarr Scott:* | Maybe from here to the wall. |
| *Sara Dee:* | When you started? |
| *Lamarr Scott:* | Yeah. |
| *Sara Dee:* | And then finished? |
| *Lamarr Scott:* | It was always basically the same distance. It wasn't that far at the time, you know? |
| *Sara Dee:* | And did you move up on him? |
| *Lamarr Scott:* | Yeah. I walked up, and he was in the middle of the street here where the yellow line is. And I walked up. I was maybe – his feet was – it was a little bit closer to me, and when he fell on the ground I noticed that there was blood on the ground then. So now that I think about it from looking back, the reason why I think the blood was on my sneakers was because I stepped in it.

There was no blood on top of my sneakers. There was blood on the edge of my sneakers. That's the only reason why it was there. And I shot until there was no more bullets left and I dropped the gun, and I'm in the process of running away or walking away, because there was so much pandemonium going on.

Leonard gets the gun and I run down to get in the car and Tino tells me I'm not getting in his fucking car, and he drives off. I'm left basically there. |
| *Male 1:* | Where was Tino when you started shooting? |
| *Lamarr Scott:* | When I started shooting, ironically Tino had walked all the way behind me, and he was going towards his car. |
| *Sara Dee:* | So what do you mean by that? Like what do you mean – |

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 19 of 42

*EVI_ch1_main_20180815150000_20180815155442*    **Page 18 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

*Lamarr Scott:*    When I say ironically, because I heard him on this side saying they're shooting my brother, because he was going to the store to get some beer. And he never – when he came out he didn't have the beer. So he came out – I don't know if he put his hand on the doorknob and turned around and seen these guys. I don't know what stopped him from going to the store to get the beer.

*Sara Dee:*    Right.

*Lamarr Scott:*    Because I mean I wanted something to drink. But he came back, and when Mario ran out there and started fighting and we hear the cops, I hear Tino saying, "They're shooting my brother. They're shooting my brother." I'm like, shooting your brother? What do you mean?

Leonard's right here. This is what I'm thinking. And he was like, "The gun, the gun!" I grabbed the gun and I ripped it, and Leonard is like right there. I'm like, "Who? Which one?" He was like, "Right there, right there." He said it three times.

I'll never forget it. And when I looked at him, his pants was falling down, and he had his pants like this and he was jumping up and down. I'm like, damn, this dude is having a – this dude's sick or something, this is –

*David Heraty:*    Leonard?

*Lamarr Scott:*    Yeah, Leonard. So he's like right there. So this is the person that I shot.

*Sara Dee:*    Now who – is Mario Jarmon brothers with any one of these?

*Lamarr Scott:*    Mario Jarmon is just a guy that was in the neighborhood. Him and Leonard was supposedly best friends.

*Sara Dee:*    Okay. He's not brothers with any one of these?

*Lamarr Scott:*    He's not related with any of them.

*Sara Dee:*    Right. Okay.

*Lamarr Scott:*    He had a sister.

*Sara Dee:*    But you heard Tino say, "They're shooting my brother –"

Case 1:19-cv-01678-MAV-JJM     Document 181-21     Filed 02/15/24     Page 20 of 42

**EVI_ch1_main_20180815150000_20180815155442**                    **Page 19 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

| | |
|---|---|
| *Lamarr Scott:* | They're shooting my brother. |
| *Sara Dee:* | "Get the gun, get the gun"? |
| *Lamarr Scott:* | Get the gun. He said, "Get the gun." I'm like, "What are you talking about?" I look and I'm like, "What the hell is he talking about they're shooting my brother?" So I grabbed the gun. |
| | And as I was shooting he had to have walked behind me, because now I'm in the street. And when I dropped the gun and I look up – |
| *Sara Dee:* | He's right there? |
| *Lamarr Scott:* | – he was running to his car. |
| *Sara Dee:* | Okay. |
| *Lamarr Scott:* | And he had his left hand on the car door – |
| *Sara Dee:* | How far away is the car? |
| *Lamarr Scott:* | The car was at Mario Jarmon's house. |
| *Sara Dee:* | Okay. |
| *Lamarr Scott:* | Mario Jarmon lived at 1122. |
| *Sara Dee:* | Right. |
| *Lamarr Scott:* | So that's maybe one block, two, three, four – maybe five houses down. He lived in a burgundy and white house. You know, burgundy house. He was opening the door, and I ran down there to get in the car and he told me, "You ain't getting in my fucking car, man. You're crazy." |
| | I'm looking at him like, "Man, what are you talking about? You brought me over here. You left me. You're not gonna leave me here." |
| *Sara Dee:* | Who loaded that gun? Do you know? |
| *Lamarr Scott:* | I don't know who loaded it. I have no idea. It was already loaded. |
| *Sara Dee:* | Was it firing automatic that night? |

Case 1:19-cv-01678-MAV-JJM     Document 181-21     Filed 02/15/24     Page 21 of 42

*EVI_ch1_main_20180815150000_20180815155442*     **Page 20 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

| | |
|---|---|
| *Lamarr Scott:* | No. There was nothing automatic about it, because Tino had told me that there's a safety thing on there. He said there's a button right there near the handle where F is fire and S is the safety. |
| *Joe Riga:* | I'm sorry to interrupt you, but would it be F for full and S for semi? |
| *Lamarr Scott:* | I guess so. I can assume it could be. I mean, that's what was told to me. |
| *Joe Riga:* | Okay. |
| *Lamarr Scott:* | Because again, I didn't know and I never – |
| *Male:* | You had it on F? |
| *Lamarr Scott:* | Hm? |
| *David Heraty:* | You did have it on F, which is fully automatic. |
| *Lamarr Scott:* | I had no knowledge of it. |
| *Sara Dee:* | Is that – |
| *Joe Riga:* | I think so. You would've had to pull the trigger 27 times in succession in a short period of time. Is that possible? |
| *Lamarr Scott:* | No, I don't think that's possible. |
| *Male:* | There were 27 shell casings. |
| *Male:* | Yeah. |
| *Joe Riga:* | Is it possible that when you put your finger on the trigger and you squeeze it the rounds just keep firing until you're – |
| *Lamarr Scott:* | Yeah, that's extremely possible. |
| *Joe Riga:* | Okay. |
| *Lamarr Scott:* | Because honestly speaking, I don't remember – and I have a very good memory, people. I remember a lot of stuff. That is a traumatizing moment. I don't remember going like this with my finger on the trigger. I don't remember that. |
| *Joe Riga:* | Right. |

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 22 of 42

**EVI_ch1_main_20180815150000_20180815155442**          **Page 21 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

| | |
|---|---|
| *Lamarr Scott:* | And I would have remembered that. |
| *Sara Dee:* | How long did it take for the clip to empty? |
| *Lamarr Scott:* | It was over in seconds. It was over in seconds. |
| *David Heraty:* | Yeah. |
| *Sara Dee:* | Now do you remember the other people getting shot? |

*Lamarr Scott:*    I don't remember anybody getting shot until – except for Torri, until after the scenario was finished, and a few days later they would tell me that Mario had got shot. One of the bullets out of the gun that I had hit him I think in the leg and it came out of his thigh or his abdomen. I think Aaron had got shot. And I know Tamara Frida, her Jeep had got hit.

Luis had a couple bullet holes in there. That was a very powerful weapon, man. No doubt about it. It was a very powerful weapon. And I really wanted to say that he had different bullets in the gun than just regular 9mm bullets, because over the years I learned that the bullets went through Torriano's body and some of them were embedded in the concrete of the street. And I learned that from him.

*Sara Dee:*    From who?

*Lamarr Scott:*    Tino, from talking to him at Attica. You know, we were there – I was there with him for 17 years.

*Sara Dee:*    Right. What did he tell you about it?

*Lamarr Scott:*    He was telling me pertaining to the autopsy. And he asked me, he said, "Man, have you ever seen an autopsy?" I said, "No, that's not something I want to see. That's not something I probably – I don't want to see it." He said, "Yeah, well my lawyer said that the bullets were embedded in the concrete."

I said, "Well, maybe the bullets just went wild because the way they were being shot. I don't think that they went through his body." But that's what he said. I said, "Well, I don't want to talk about that, man. Let's not talk about it. I don't really want to talk about it."

And later on I become a Muslim and he was a Muslim, so we prayed together and we talked about different things. And I ended

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 23 of 42

*EVI_ch1_main_20180815150000_20180815155442*    **Page 22 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

up being on the block with him. And all of the greeting cards – ironically man, all of the greeting cards that he made, he married a woman named Louise from Australia. She came over with $100,000 and they ended up creating a greeting card business.

And all of the greeting cards that he made I collected basically all of the pictures from out of the magazines and basically assisted him in making those greeting cards. So all the corner stores that he had throughout the country from New York to California to Louisiana to Buffalo, you know, I helped him do that. All of the poems that were in the greeting cards, I wrote those poems, you know, because he asked me to write some stuff for him.

You know what I mean? And he doctored them up and switched them up and sent it to Louise and she fixed them up and did what she did and they ended up making greeting cards in California – I mean in Canada, and then she went back over to Australia. She ended up being saddled with 80,000 greeting cards, because according to his statement she couldn't sell them the way that he wanted them sold. So she had to get a loan because some other stuff – it was a whole bunch of stuff. But I was inside with him.

*Sara Dee:*        Well, just to clarify, I don't think that there was other bullets in that gun, because they were recovered at the scene.

*Lamarr Scott:*    Right.

*Sara Dee:*        Just – I mean, that's public record. You can find that out for yourself. There was 27 9mms found at the scene.

*Lamarr Scott:*    Right.

*Sara Dee:*        Shell casings.

*Lamarr Scott:*    Okay.

*Sara Dee:*        You know, you've given – can you tell me this? And as you fled the scene after this happened, you said you dropped the gun –

*Lamarr Scott:*    Right.

*Sara Dee:*        – Leonard took it –

*Lamarr Scott:*    Right.

*Sara Dee:*        – Dixon ran –

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 24 of 42

*EVI_ch1_main_20180815150000_20180815155442*    **Page 23 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

*Lamarr Scott:*    Right.

*Sara Dee:*    Did you and him have any conversations over the next 12 hours before he was arrested?

*Lamarr Scott:*    Yes. The basic conversation was his wife, Arniece. She just kept saying, "What happened, what happened, what happened, what happened?" And I didn't have a conversation, to be honest with you. Tino just kept telling her that, you know, he killed somebody for me. He did it for me.

    And she was like, "What are you talking about?" And it was a big argument and, you know, he slapped her a couple times and told her to just understand, just shut up, and this is what's going on. I'm going to take care of him in the morning.

*Sara Dee:*    Take care of you in the morning?

*Lamarr Scott:*    Yeah. I was laying down on the couch. I had to get a sheet because he had a leather couch and the leather was always sweating on people's skin. So I took a sheet and I laid down on the couch and I dozed off. And when I woke up about a couple hours later maybe they were saying that he had got arrested.

*Sara Dee:*    Now when it comes down to – he's getting arrested.

*Lamarr Scott:*    Right.

*Sara Dee:*    And his father and his mother and his brothers are all coming to pick you up and calling the news conference. And you're going down to the homicide office. Just talking about that night in particular, there's a lot that is left out.

*Lamarr Scott:*    Okay.

*Sara Dee:*    Right? You didn't tell them that, you know, "Tino picked me up and had the gun and said we got a problem." You left all that part out.

*Lamarr Scott:*    It wasn't a conversation then. It wasn't something – you know, even now that I think of it, the only conversation that was is that Tino got arrested and he didn't do it. I did it. And that was the basis of it from everybody, and –

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 25 of 42

EVI_ch1_main_20180815150000_20180815155442                    **Page 24 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

*Sara Dee:*   But you just said, and forgive me for interrupting you, but if you just said what you just said, that he said in front of Arniece, "He killed somebody for me and I'm going to take care of him in the morning –"

*Lamarr Scott:*   Right, right.

*Sara Dee:*   – and you two wouldn't be the only two boys on earth that have done something like this together.

*Lamarr Scott:*   Right, right, right, right.

*Sara Dee:*   Right? I mean, that happens every day on the streets of Buffalo.

*Lamarr Scott:*   Right.

*Sara Dee:*   How do you end up being the scapegoat standing out on the street saying – you know, I understand you're the one who pulled the trigger.

*Lamarr Scott:*   Right.

*Sara Dee:*   I hope that's where we're getting at, is the truth, if that's the truth.

*Lamarr Scott:*   Of course.

*Sara Dee:*   Right?

*Lamarr Scott:*   Yeah.

*Sara Dee:*   And I did it. But why is it that in 1991 and in 1994 when you met with Barbara Simms and in 1998 when you wrote this letter to us from Attica and in 2002 when you wrote another letter when you were – I don't know if you were still in Attica then –

*Lamarr Scott:*   I was still in Attica.

*Sara Dee:*   – and when you were on the news, Channel 4, when you were – you never said any of that. What you had portrayed previously to now is Valentino was in the store buying beer. Unbeknownst to him, poor Valentino, drinking his beer. Crazy Lamarr is out there fucking shooting people.

*Lamarr Scott:*   Right.

*Sara Dee:*   And that's not the truth.

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 26 of 42

EVI_ch1_main_20180815150000_20180815155442                    **Page 25 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

*Lamarr Scott:*    No, it's not.

*Sara Dee:*    Correct me if I'm wrong.

*Lamarr Scott:*    No, it's not. Everything that I was saying to you today is the truth.

*Sara Dee:*    Okay.

*Lamarr Scott:*    And everything that happened that I said today is the truth.

*Sara Dee:*    So tell me then…

*Lamarr Scott:*    Right.

*Sara Dee:*    Why, for 27 years, have you been saying something different? Why?

*Lamarr Scott:*    The only thing that I can tell you is… All I can say is survival. That's it. That's all I can say as far as that is concerned. Everything that I said just now is the exact thing that happened. Throughout the years I did everything that I could because of being there with him, to a certain extent, to distance him from it as much as possible.

And I was also told, you know, by his mother consistently, who also made three-ways call for me, that nothing could ever happen to me. I could never be prosecuted for it. His father, at the time, they would come see me. Sometimes I would get a package or two, you know, something similar.

Because again, nobody wanted to do anything for me. So these conversations were the conversations of you're not going to be prosecuted for anything. You know what I mean? Just –

*Male 1:*    You're not going to be a rat in the jail.

*Lamarr Scott:*    Yeah.

*Joe Riga:*    It's about the snitch thing, right?

*Lamarr Scott:*    Yeah.

*Male 1:*    He's not going to be a rat in the jail.

*Male 2:*    That's what you mean by survival?

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 27 of 42

*EVI_ch1_main_20180815150000_20180815155442*    **Page 26 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

| | |
|---|---|
| *Interviewee:* | Yeah. |
| *Joe Riga:* | It's a snitch thing? |
| *Male 1:* | You're not going to go in the jail and say I shot him, but he's _____. |

*[Inaudible crosstalk]*

| | |
|---|---|
| *Sara Dee:* | I understand that, but you understand that he is ratting you out. You understand? I mean he's – as much as you – |
| *Lamarr Scott:* | He – |
| *Sara Dee:* | If there's some part of you that says I don't want to be a rat, I mean he is publicly and in a very huge forum ratting you out. |
| *Male 1:* | That's Valentino. |
| *Sara Dee:* | No, I understand, but I'm just saying – |
| *Male 1:* | Valentino's ratting him out to get out of jail. |
| *David Heraty:* | To get out of prison. Right. |
| *Sara Dee:* | It's just a different – |
| *Male 1:* | *[Inaudible comment]* |
| *Sara Dee:* | I understand. |
| *Male 1:* | He's not getting out of jail. |
| *Sara Dee:* | Yeah. |
| *Lamarr Scott:* | And again, this is the same thing that Bruce Barket told me. He says, "Mr. Scott, you're never leaving." He said, "When you go to the parole board in 2018 they're going to hit you and they're going to hit and they're going to hit you." He says, "So why don't you continue –" he told me this a while ago –"continue to be a hero, because you're a hero to people."

I said, "Man, heroes die broke and lonely, man." I said, "I'm not a hero. I don't want to give a statement on the stand about anything. Leave me alone. There's no stress test. There's no lie detector test." |

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 28 of 42

*EVI_ch1_main_20180815150000_20180815155442*    **Page 27 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

|   |   |
|---|---|
|   | I tried to take one years ago, but it never happened when we was at Attica. Because at the time I think Antoine, Leonard, Tamara Freida, Anthony Watkins, I think they all took lie detector tests and stress tests at that time. I don't know. But again, it was more so a survival mechanism for me. |
| *Sara Dee:* | Because if you can understand that – |
| *Lamarr Scott:* | I understand completely. |
| *Sara Dee:* | I know you do, because I'm sure you've had nothing but time for 27 years to figure out how the frig all this went wrong. |
| *Lamarr Scott:* | Yeah. |
| *Sara Dee:* | And we have done nothing but try to figure out how the hell all this went wrong. And let me just try to explain to you and why we have done nothing but try to impress upon you that the truth is all we care about. Because – and we will be at some point meeting with Valentino Dixon and trying to say to you that, you know, part and parcel of why all of this has gone wrong is because nobody told the truth from the beginning. |
| *Lamarr Scott:* | Right. From the beginning. |
| *Sara Dee:* | Nobody did. You didn't, he didn't – |
| *David Heraty:* | Leonard didn't. |
| *Sara Dee:* | – Leonard didn't. |
| *Lamarr Scott:* | Right. |
| *Sara Dee:* | Nobody told the God's honest truth from the very beginning. |
| *Lamarr Scott:* | Right. And it's weird, because now that I think about it, and the circumstances, being what life is, Valentino's never got on the stand and publicly said Mr. Scott is the one that killed so-and-so. He had continued to allow everybody else to say it, and he's never said anything about I didn't do the murder or I didn't do so-and-so. I don't know why. I've never even asked him why. |
| *Sara Dee:* | And I'm sorry, I never did – that's true. He's only gotten on when the cameras are in his face and he paints himself to look like a |

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 29 of 42

*EVI_ch1_main_20180815150000_20180815155442*    **Page 28 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

| | |
|---|---|
| | wonderful person and a beautiful artist and all of that, which honestly, he was wrongly convicted – |
| *Lamarr Scott:* | He was wrongly convicted. |
| *Sara Dee:* | – if this is all true. |
| *Lamarr Scott:* | He was wrongly convicted, yeah. |
| *Sara Dee:* | He was painted to be the shooter, and if he wasn't, he wasn't. |
| *Male 1:* | The only reason he's here is because he was wrongly convicted. |
| *Sara Dee:* | I understand that and I appreciate that – |
| *[Inaudible crosstalk]* | |
| *Lamarr Scott:* | And it's frustrating me too, because, number one, I never wanted to come down here. |
| *Sara Dee:* | Yes. I know that. |
| *Lamarr Scott:* | I never wanted to say nothing about anything. |
| *David Heraty:* | Yeah, we know. |
| *Lamarr Scott:* | I just wanted to leave alone. |
| *Sara Dee:* | Yes. I know you did. |
| *Lamarr Scott:* | I just wanted to leave it alone. |
| *Sara Dee:* | I know you did. |
| *Lamarr Scott:* | But my lawyers told me to come down so that we can get this up off of me so that I'll have an opportunity – to have a real opportunity – |
| *Sara Dee:* | To move on with your life. Yep. |
| *Lamarr Scott:* | – to move on with my life and make this thing with the parole board. |
| *Sara Dee:* | Yeah. |
| *Lamarr Scott:* | Now as far as Tino's concerned, he's not concerned about me. |

| | |
|---|---|
| *Sara Dee:* | No, he's not. |
| *David Heraty:* | No, he's not. He never has been. |
| *Sara Dee:* | No. |
| *Lamarr Scott:* | You understand? |
| *Sara Dee:* | I do understand that. |
| *Lamarr Scott:* | None of this family is ever concerned about me. |
| *Sara Dee:* | I understand that. |
| *David Heraty:* | They used you from the beginning. The first day they met you. |
| *Lamarr Scott:* | I'm the only one – |
| *Sara Dee:* | Correct. |
| *Lamarr Scott:* | This man here, this man here and my brother were always concerned about me. |
| *Sara Dee:* | Correct. |
| *Lamarr Scott:* | I'm here because as a man with a strong spiritual connection, strong spiritual foundation, I can't continue to allow an innocent man to be in prison for something that I did. I can't do that. Now in any event, hopefully these things can be worked out. |
| *Sara Dee:* | Yeah. |
| *Lamarr Scott:* | He can go on with his life, I can go on with my life, and I can sleep at night without thinking about, wow, this dude's still in jail. I'm not painting a picture of him being a nice guy. |
| *Sara Dee:* | Right. |
| *Lamarr Scott:* | Prior to him being in jail he shot a guy in the leg. |
| *Sara Dee:* | Yeah. Right. |
| *Lamarr Scott:* | He shot Tony. He was going to jail for shooting Tony. |
| *Sara Dee:* | Yeah. |

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 31 of 42

*EVI_ch1_main_20180815150000_20180815155442*    **Page 30 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

| | |
|---|---|
| *Lamarr Scott:* | He was involved in a shooting on Stevens with another guy named Immanuel. |
| *Sara Dee:* | Right. |
| *Lamarr Scott:* | So I mean the guy – he's not a nice guy in that sense. |
| *Sara Dee:* | Correct. We know that. |
| *Lamarr Scott:* | And if you really want to think about it, a drug dealer is one of the worst human beings on the face of the earth because he's destroying the community. |
| *Sara Dee:* | Absolutely. |
| *David Heraty:* | Yeah. |
| *Lamarr Scott:* | You know, he's killing people and destroying the community. |
| *David Heraty:* | I agree with you. I couldn't agree more. |
| *Lamarr Scott:* | So when you have individuals up under you that you have working for you, you're destroying them at the same time because you're not giving them a chance to live their life. |
| *David Heraty:* | Absolutely. Destroying lives. It's poison. |
| *Male 1:* | And you know, Lamarr, just so we're all on the same page here, the people are – there are people objecting to your parole. |
| *Lamarr Scott:* | Right. |
| *Male 1:* | This DA's office had previously written a letter objecting to your parole. |
| *Lamarr Scott:* | Right. |
| *Male 1:* | The most you're going to get out of this, just so we're straight and very honest with you, is that you're going to tell the parole board that he was honest and accepting responsibility and exonerated someone who didn't shoot _____ everything that happened here. |
| *Male 2:* | We're going to tell them everything that happened here. |
| *Male 1:* | Coming in here is by no means a homerun for you. |

| | |
|---|---|
| *Lamarr Scott:* | Right. |
| *Male 1:* | So I just wanted to put that on the table. |
| *Sara Dee:* | We got it. Yeah, I knew this. Right? |
| *Lamarr Scott:* | And then there's other issues that I'm dealing with. You know, I'm dealing with these other issues pertaining to my case. You know what I mean? Individuals doing – you know, the families in the papers and so on and so forth, and then Aaron Jackson and my picture being placed all over the news. So I'm dealing with all of those things, and it's frustrating. I just want this to be over and done with. What I told you today was the truth. |
| *Sara Dee:* | Okay. |
| *Lamarr Scott:* | Tino gave me the gun. He said we had some business to take care of. We went over there. Unfortunately, somebody's life was taken. Mario Jarmon was shot, Aaron Jackson was shot.<br><br>It was a whole, terrible thing. Nobody should've – it shouldn't have happened. |
| *Sara Dee:* | Yeah. |
| *Lamarr Scott:* | It's disgusting. It shouldn't have happened. But now here we are. You know? |
| *Sara Dee:* | Can I ask you – I never did get the one final question. Now I know that you had many, many times – and what we have all been quite amazed with, although I know that we've said this, it wasn't the full and honest truth – been impressed with was that although you did something heinous and you have tried to come forward with admitting it and taking responsibility for it, which is why and the only reason why we would agree to give you a plea to a manslaughter charge and agree to the time running concurrent back to that time, because what should've happened, we agree, is that somebody should have taken a closer look back in 1991 and done a more thorough investigation into your claims and Tino's involvement and wrapped it up and figured out the truth then so that we're not sitting here in 2018. |
| *Lamarr Scott:* | I said years ago that if that would've happened there's a strong possibility that the case I'm in prison now for wouldn't had occurred. |

| | |
|---|---|
| *Sara Dee:* | We understand that too. |
| *Male 1:* | We understand that. We've talked about that. |
| *Lamarr Scott:* | Yeah, so – |
| *Sara Dee:* | But I do wonder why didn't you go to Tino's trial and try to exonerate him then? |
| *Male 2:* | He didn't even know it was going on. |
| *Lamarr Scott:* | I had no idea. |
| *Male 1:* | You'd already testified at Grand Jury, too. |
| *Sara Dee:* | I know. |
| *[Inaudible crosstalk]* | |
| *Lamarr Scott:* | I had no idea, man. |
| *David Heraty:* | *[Inaudible comment]* |
| *Sara Dee:* | But you said – but you found out that it was – |
| *[Inaudible background conversation]* | |
| *Lamarr Scott:* | I found out that it was going on. But when I went in there, I didn't go into his court proceedings to testify at any given time. I didn't know that that was what I was supposed to do or not do. I was only told in the middle of _____. The only thing that I did was – |
| *Male 1:* | He just put him in the Grand Jury to lock him the other way so he couldn't _____. |
| *Lamarr Scott:* | I couldn't – they told me about it. His cousin, Sheila told me. She was like, "Yo, Tino is going to court." |
| *Male 1:* | And that's what Belling would do. |
| *Lamarr Scott:* | So I went over there and sat there and they asked me, you know, what are you doing here? What's going on? I seen his father and his mother and all them there. I'm like, "What's happening?" He's like, "Yo, he's on trial." I'm like, "Trial?" All right. Okay. This is okay. |

| | |
|---|---|
| *Male 1:* | See, he's smarter than _____. |

*[Inaudible crosstalk]*

| | |
|---|---|
| *Male 2:* | Let me just – you said a second ago you're dealing with something – you mentioned Aaron Jackson's name. You're dealing with something with Aaron Jackson. |
| *Lamarr Scott:* | Well, Aaron Jackson and then, you know, being in the newspaper. |
| *Male 2:* | Oh, yeah. |
| *Lamarr Scott:* | You know, just his articles within his cell. Now mind you, I'm still in prison, you know, and because of the way I carry myself in the last 20-odd years, individuals respect me for being an upstanding guy and helping basically to run the prison to a certain extent, keeping violence down and so on and so forth. So nobody has ever said anything disrespectful for me, and even if they did they're not going to get away with it. |
| | But my point is that I'm still in prison dealing with this. I know he's in the process of trying to go home, he's going to be exonerated, live his life. I still got time to do. |
| *Male 2:* | Yeah. |
| *Lamarr Scott:* | You know what I mean? So I mean, I'm still dealing with this shit, excuse my language, but, you know, it is what it is, man. He's not concerned about me. At the end of the day, I'm not concerned about him. And that's the reality of it. |

*[Inaudible crosstalk]*

| | |
|---|---|
| | Well, whatever it is, this is what I want to do. I'm here because this is what I want to do. |
| *Sara Dee:* | I understand that. |
| *Joe Riga:* | Before you go, can you name all the people that you know that were there at the site of the shooting? |
| *Lamarr Scott:* | Tamara Freida. From what I know, Leonard Brown, Mario Jarmon, Mike Bland. |

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 35 of 42

*EVI_ch1_main_20180815150000_20180815155442*    **Page 34 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

| | |
|---|---|
| *Joe Riga:* | Did Mike Bland ever acknowledge to you that he knows you did it? |
| *Lamarr Scott:* | Yeah. |
| *Joe Riga:* | He did? |
| *David Heraty:* | He did? Okay. Can we just stop it there for a second? When was that? Because Michael Bland – well, never mind. |
| *Lamarr Scott:* | Well, Michael Bland, he acknowledged it but he refused to come to any courts and proceedings or anything like that and get on the stand. |
| *David Heraty:* | Okay. |
| *Lamarr Scott:* | I've hung out with Mike on several occasions, and we sat down and really talked about the thing, because this is his neighborhood. This is where he's from. But Michael's a _____ dude. But he's never got on the stand – I even asked him one day, because I caught him. He as creeping, he was trying to rob somebody.

I stopped him from doing that. And I asked him was he willing to come down, because again, Tino at the time was like, "Yo, if you ever see Mike Bland, ask him." So I asked him, and he was like, "Man, I ain't coming down." |
| *David Heraty:* | He said he knows? |
| *Lamarr Scott:* | He knew. |
| *David Heraty:* | Okay. |
| *Joe Riga:* | Who else? |
| *Lamarr Scott:* | Let me see. Tamara Freida, Mike Bland, Walter Dennis. |
| *Joe Riga:* | Did Walter ever acknowledge to you that he saw you do the shooting? |
| *Lamarr Scott:* | Yeah, yeah, he did. I don't know if he ever got on the Grand Jury. I don't know if he ever got on the stand to say anything. But Walter Dennis, he acknowledged it. Mario Jarmon, of course. He thanked me for saving his life. Anthony Watkins said in the newspaper that he had snuck out his home and seen me there that night and he seen me do it. |

*Joe Riga:*  Did you see him there that night?

*Lamarr Scott:*  I didn't even know Anthony Watkins existed until I seen him in the newspaper.

*Joe Riga:*  Did he ever acknowledge to you in any way that he saw you shoot?

*Lamarr Scott:*  Yeah, he said that he seen a guy 6'2", dark skinned, maybe 220 pounds with a hat on.

*Joe Riga:*  Did he know you at the time?

*Lamarr Scott:*  No, I still don't know Anthony Watkins.

*Male 2:*  You read it in the paper.

*Lamarr Scott:*  I read it in the paper. That was Tino's friend. They were childhood friends together.

*Joe Riga:*  Okay.

*Lamarr Scott:*  You know, and all these people that had come forth, they knew him prior, and I don't know – the only person that I knew was Tamara Frida.

*Joe Riga:*  All right.

*Lamarr Scott:*  That's the only person that I knew.

*Joe Riga:*  How did you know her?

*Lamarr Scott:*  We went to Build Academy together and –

*Joe Riga:*  So you knew each other for some time prior?

*Lamarr Scott:*  I knew her for some time, and she was in a relationship with a guy named Kashika Speed, and – I don't know where he is. I think he's in the Fed somewhere. He was –

*Joe Riga:*  He was a drug dealer, right?

*Lamarr Scott:*  Yeah, Kashika. He really turned his life upside down. Kashika used to be a good kid.

*Joe Riga:*  Yeah.

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 37 of 42

*EVI_ch1_main_20180815150000_20180815155442*    **Page 36 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

| | |
|---|---|
| *Lamarr Scott:* | A good basketball player, too. |
| *Joe Riga:* | Yep. |
| *Lamarr Scott:* | I met Tamara Frida again because she was with Kashika _____, in a relationship. So me and him was riding around briefly and he'd drop me off at her house and we were talking about Build Academy. And one of my childhood friends, <span style="color:red">Byron Lawrence</span>, who passed away, he went to St. Joseph. He passed away at 15. That was her friend. So we all knew each other |
| *Joe Riga:* | Did she know Valentino or any of those people? |
| *Lamarr Scott:* | No, I don't think she knew Valentino personally. |
| *Joe Riga:* | Okay. Any of those people that – |
| *Lamarr Scott:* | No, no. Tamara, she was just a pretty girl driving around with a Tracker. You know what I'm saying? |
| *Joe Riga:* | Anybody else you can think of? |
| *Lamarr Scott:* | No. The only ones that I can think of was those guys there. |
| *Sara Dee:* | What was Valentino wearing? And did he happen to be wearing sunglasses that night? |
| *Lamarr Scott:* | No. Valentino didn't have any sunglasses. |
| *Sara Dee:* | Did anyone you remember wear – |
| *David Heraty:* | Do you know why we're asking? |
| *Lamarr Scott:* | No, nobody – |
| *Sara Dee:* | Somebody mentioned somebody wearing sunglasses. That's why we're asking. |
| *Lamarr Scott:* | I don't remember anybody wearing sunglasses. |
| *Sara Dee:* | Okay. Just random – |
| *Lamarr Scott:* | I don't remember. And again, I can't say that Leonard had on sunglasses, maybe he didn't, but I don't remember him wearing sunglasses. |

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 38 of 42

*EVI_ch1_main_20180815150000_20180815155442*                    **Page 37 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

| | |
|---|---|
| *David Heraty:* | It may have just been a mistake. What about Richard Morris? Did you see him there or did _____? |
| *Lamarr Scott:* | Little Richard – |
| *David Heraty:* | Little Richard. |
| *Lamarr Scott:* | – was a kid. So if I seen him, I didn't acknowledge him. I only recognized kid – Little Walter there, because he was leaning on the icebox. |
| *David Heraty:* | Okay. |
| *Lamarr Scott:* | Like I'm looking at this little kid, like what is he doing around here? |
| *David Heraty:* | Yeah. |
| *Lamarr Scott:* | That's Leonard's little stepbrother, because Leonard was in a relationship with his sister Felicia. |
| *David Heraty:* | Right. |
| *Joe Riga:* | Did you say that Leonard was arrested with that gun at some point? |
| *Lamarr Scott:* | No. Leonard wasn't arrested with the gun. Walter Dennis was. |
| *Joe Riga:* | Walter Dennis. |
| *Lamarr Scott:* | Him and Richard, and Little Ritchie Morris were arrested with it. I think there wasn't a clip in it. I think they just was arrested with the gun in the trunk of his mother's stolen car. He stole his mother's car. |
| *Joe Riga:* | How long after the incident did that happen? |
| *Male 2:* | One year. |
| *David Heraty:* | Maybe a year between that. Yeah, we thought maybe May of '92. Does that sound about right? |
| *Lamarr Scott:* | Yeah. Because he was always stealing his mother's car and going to Central Park _____. He took that gun. |

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 39 of 42

*EVI_ch1_main_20180815150000_20180815155442*    **Page 38 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

| | |
|---|---|
| *David Heraty:* | We're done, right? Because I just want to talk to him for one minute. |
| *Joe Riga:* | We can't leave you alone. Tommy's a state guy. |
| *David Heraty:* | Can someone just stand at the – |
| *Joe Riga:* | We'd rather really not do it. Honestly. I know there's a way to do it but it's – we can't leave you alone. |
| *David Heraty:* | Can I just do you know who had that revolver? That .32 revolver? |
| *Lamarr Scott:* | I'm not sure who had the revolver. |
| *David Heraty:* | Valentino? |
| *Lamarr Scott:* | No. I don't think he had the revolver, because when I looked this way I heard him saying, "They're shooting my brother, they're shooting my brother." |
| *David Heraty:* | Yeah. |
| *Lamarr Scott:* | So as far as I'm concerned, I don't think he had a gun in his hand or in his pocket. I didn't him shoot at anything. I looked this way and he was coming back from the store. |
| *David Heraty:* | Yeah. |
| *Lamarr Scott:* | So when I heard a pop, pop, pop I see Mario fighting with Torri, fighting with John, fighting with Emile Adams and all of those guys. He's fighting by himself, you know? |
| *Joe Riga:* | How many shots did you say you heard when you got down there? |
| *Lamarr Scott:* | I heard three shots. It was like firecrackers. |
| *Joe Riga:* | All the same sound, same – |
| *Lamarr Scott:* | Basically the same. Pop, pop, pop. You know? |
| *Joe Riga:* | Yeah. |
| *Lamarr Scott:* | Something small. You know, you get a little firecracker, you hear, pop, pop. It was like a firecracker. It wasn't nothing loud like a cannon or anything like that, boom, boom, boom, boom. Nothing like that. Because even with those shots, people noticed but |

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 40 of 42

*EVI_ch1_main_20180815150000_20180815155442*    **Page 39 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

nobody really moved or ran until unfortunately I started shooting, and that's when everybody dispersed, starting running, and so on and so forth.

*Joe Riga:*      So you didn't see anybody shooting then. You just heard it.

*Lamarr Scott:*      No, I didn't see anybody shooting a gun, but I heard it.

*Sara Dee:*      And it's just the three of them in the fight, right? It was just you guys, the brothers and Mario, right?

*Lamarr Scott:*      Yeah, it was Mario and me, and Mario was fighting all those guys. It was those guys, and honestly I don't know if it was three or if it was four, but I seen more than three or four guys over there.

*Male 2:*      Do you want to slide down? We can –

*David Heraty:*      Let me ask one more question. What would you have done if it wasn't for all this? What would you become if you had grown up under different circumstances? I'm just curious.

*Lamarr Scott:*      I would've been in the NFL and I would've played football, because I was very good. Alfred State, Rockport, _____ saw me. They wanted me and they told me I could come there for two years. I would've ended up going down to trying to play out for Cleveland Browns. I have a cousin, Mario Stewart. He was from Akron, Ohio. He ended up passing away. Very phenomenal football player _____. I would've been a football player and probably _____.

*David Heraty:*      I wish it'd have gone that way, man.

*Lamarr Scott:*       I wish it would've gone that way, too.

*David Heraty:*      But you'll still have time when you get out.

*Lamarr Scott:*      I got plenty of time. I just hope and pray that everything goes well.

*Sara Dee:*      Can I ask – sorry.

*David Heraty:*      No, it's okay.

*Sara Dee:*      I hope that does happen. I guess before you leave, because I probably won't get a chance to speak with you again, this letter that came from Attica. Now I know that you and Tino talked a lot in Attica together. Was this letter written from you?

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 41 of 42

EVI_ch1_main_20180815150000_20180815155442                    **Page 40 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

**Lamarr Scott:** There was so many letters written, man, I really don't know.

**Sara Dee:** Okay.

**Lamarr Scott:** Yeah, I really don't know. I can't say that it wasn't, I can't say that it was. Because I've written so many letters, man. He even had me write a couple letters to the Justice Department in Washington, and I can't begin to tell you what were the contents of them except for that he didn't do it and I did. And in all honesty, man, even if I read the letter right now I wouldn't be able to tell you that if I was in the mind state to write that letter basically willingly on my own except for the fact that I was there with him and seeing this man every day.

You know, and again, it was more of a silent pressure than anything else, because it was like the accusation, the looks, and _____ conversations with them, you know, pertaining to some things and some officers there pertaining to some things. So I always did the best that I could to survive.

**Sara Dee:** Okay. Because some of – yeah, like this letter is just typed. It's not signed.

**Lamarr Scott:** Right.

**Sara Dee:** So you're saying some letters, while you guys were in Attica together, he would write or type up himself and then saying you –

**Lamarr Scott:** Well the majority of the letters I always signed my name whenever I typed letters out in writing. You know what I mean? And honestly, that right there – I have terrible typing, so I'm looking at that and I'm like, wow, okay, there's no mistakes. I don't even know if that was me, because I make mistakes when I type. Still to this day I _____. Because my fingers are so big. My fingers are big _____ I make mistakes. So that doesn't look like something that I wrote.

**Sara Dee:** But the content of what you're telling us today, regardless of what might be in these letters, is the truth and it is not based on any coercion or deceitful or paying or anything from Valentino Dixon or his family?

**Lamarr Scott:** No, no, no.

**Sara Dee:** You are free from any –

Case 1:19-cv-01678-MAV-JJM    Document 181-21    Filed 02/15/24    Page 42 of 42

*EVI_ch1_main_20180815150000_20180815155442*    **Page 41 of 41**
*Lamarr Scott, Sara Dee, David Heraty, Male 1, Male 2, Joe Riga*

*Lamarr Scott:*    I'm free from all that.

*Sara Dee:*    – coercion –

*Lamarr Scott:*    Coercion and everything.

*Sara Dee:*    – or any pressure –

*Lamarr Scott:*    Any pressure and everything.

*Sara Dee:*    – from any Dixon family or any –

*Lamarr Scott:*    No, no, no –

*Sara Dee:*    – received pressure from anyone else?

*Lamarr Scott:*    I wouldn't allow no man on the face of this earth to pressure me to do anything that I don't want to do.

*Male 1:*    You certainly don't owe them anything.

*Lamarr Scott:*    No, I'm just –

*Sara Dee:*    You don't owe anybody anything.

*Lamarr Scott:*    Yeah. I'm too strong for that. I really did… Later on in life we'll have about 15 minutes alone with each other. I guarantee that. We're going to have about 15 minutes. I want to put the gloves on. There's a lot of things I need to say. You know?

*[Inaudible crosstalk]*

*Sara Dee:*    Okay.

*David Heraty:*    Take care, Lamarr.

*Lamarr Scott:*    Alright. Take care. God bless you.

*David Heraty:*    God bless.

*Lamarr Scott:*    Alright.

*Sara Dee:*    Alright.

*[Background noise and inaudible voices after interview ends]*

*[End of Audio]*