# EXHIBIT 19

(1)

November 21, 1991

Antoine Shannon, being duly sworn deposes & says:

1. That I am 18 yrs old and my date of birth is July 2, 1973

2. That I make this statement in the conference room at the old gym, Campbellville College, Campbellsville Ky.

3. That on or about August 10, 1991 I was in the vicinity of Bailey Ave & E. Delevan in the city of Buffalo N.Y.

4. I was with my brother Leonard Brown, & my friend Mario Jarmon

5. That my brother Leonard and I "had words" with Aaron Jackson in the Norstar Bank parking lot. Aaron was in Travis Powells mothers yellow Geo. After my brother & I talked to Aaron he started to leave and Mario "had words" with Aaron.

6. That after Aaron left we went to Marios house to call my half brother Valentino Dixon on his beeper but he did not respond.

COE002212   AS

②

7. A while later my half brother "Tino" (Valentino Dixon) drove by Mario's house in his red RX7 & I flagged him down.

8. I told Tino about our argument with Aaron Jackson & Tino said he would stay around & that they wouldn't do anything.

9. After that, about 10 minutes later LaMarr Scott came to the area of Mario's house on a bicycle and we (Mario Jarmon, Leonard Brown, Tino & me) filled him in on the argument with Aaron Jackson.

10. LaMarr then said "I'll be back" and left the area on his bike — going down Delevan towards Olympic Ave.

11. About 15 minutes later LaMarr came back with a gun in a garbage bag. He showed me the gun, the others were there, the gun was a long black gun it looked like a machine gun.

12. After he showed us the gun LaMarr put it back in the bag & hid it in the bushes by Mario's house, in the bushes right by the side of Mario's house.

COE002213

13. Then Mario, Tino and I went up to the store on corner of Bailey and Delevan.

14. At this time Aaron Jackson came back to the area in Travis Powells yellow Geo, Torri Jackson was in the back seat

15. Aaron, then had some words with Mario and Tino and I came out from the doorway of the store after hearing them

16. Aaron gets out of the car, Travis gets out then Torri gets out of the car and I saw that Torri had a gun. It was silver, a hand gun, looked like a .38. I saw Torri pull something back on top of the gun.

17. Tino grabbed me & said "come on", I told Mario to come along. Aaron then rushed Mario. & they began fighting on the sidewalk by the "Bailey Delevan Market"

18. Then Torri came up and pointed the gun at Mario & Aaron as they fought

COE002214 AS

19. I started to run away down E Delevan toward olympic and I heard a shot

20. I saw Mario "jerk" as though he was shot then I saw LaMarr running toward the corner of Bailey & Delevan with the gun in his hands. LaMarr had on dark colored shorts, maybe Navy, Black jacket & a hat, a dark color baseball hat.

21. I saw LaMarr start shooting at Aaron I then looked toward Tino & looked back toward the corner, Torri was trying to run away & LaMarr shot Torri in the leg.

22. then LaMarr shot Torri in the back, then Torri fell on the ground & LaMarr ran up on him & stood over him shooting him as he lay on the ground

23. I ran through Marios yard & hopped the gate in back. Tino jumped in his car, the RX7 and drove away towards olymic ave.

A5

COE002215

24. Tino's clothing this night was: jeans, a white shirt (fancy dress) sneakers and a red baseball hat w/ white letters.

25. I then called a cab from a friends house on Kermit St (I don't know his name) and the cab picked me up at Delevan and Olympic & took me home to 63 Fay. It was a fillmore Cab

26. I was present at Genessee & Bailey on the night that LaMarr Scott talked to the TV news crew & the Buffalo Police took LaMarr into custody.

27. My Brother Leonard, Me, my father Robert Bryant, my mother Annie Shannon and Tino's girlfriend Arnice had picked up LaMarr earlier and brought him to our house on Fay St. and called the TV station to set up the meeting at Genessee and Bailey.

28. I left Buffalo on August 14th to come to Campbellsville.

AS                                            COE002216

(6)

I have read the preceeding 5 pages and they are true and correct in as far as they go into detail and to the best of my recollection

*Antione Shannon*

SWORN BEFORE ME
THIS 21st DAY OF NOVEMBER 1991

*Julie G. Caldwell*
NOTARY PUBLIC, STATE OF KENTUCKY

My commission expires 5/31/94.

COE002217