# EXHIBIT 22

**In the Matter Of:**

INTERVIEW BY ROBERT BRYANT

**AUDIO**

*March 17, 2022*

800.211.DEPO (3376)
*EsquireSolutions*

ESQUIRE
DEPOSITION SOLUTIONS

EXHIBIT
23

Dixon-009601

AUDIO
INTERVIEW BY ROBERT BRYANT

1   INTERVIEW BY ROBERT BRYANT

2   INTERVIEW OF WITNESS EMIL ADAMS

3   Regarding Torriano Jackson shooting August 10, 1991

4   March 7, 1993 at 9:20 p.m.

5   Corrected 03/17/2022

6   ALSO PRESENT:
    BARBARA DIXON
7   ANTOINE SHANNON

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25          Transcriber Jennifer Wilson   OM/T #263



800.211.DEPO (3376)
EsquireSolutions.com

Dixon-009602

AUDIO
INTERVIEW BY ROBERT BRYANT

March 17, 2022
2

1            (Recording begins at 9:10 p.m.)

2       MR. BRYANT:  This is Robert Bryant talking and I'm

3   taping this recorder to see if the recorder is taping.

4                        (Pause)

5        MR. BRYANT:  The recording is working properly

6   and is taping.  Today's date is March 7, 1993 and the

7   time is 10 after 9:00 p.m.

8       I'm going to interview a witness.  His name is

9   Emil Adams.  And I'm going by his house with Antoine

10  Shannon whom Emil Adams spoke to and said that is

11  willing to come in and tell the truth about what really

12  happened that night outside of Louie's Texas Hots

13  August 10th, 1991 during the Torriano Jackson shooting.

14       Today's date is still March 7th and the time is

15  9:20 p.m. and we're at 65 Hastings.  Barbara Dixon,

16  Antoine Shannon and myself, Robert Bryan and I'm

17  getting ready to go, hopefully, into Emil Adams' house

18  and hopefully he'll tell the truth about what happened

19  and what he seen that night.

20       The time is now 9:21, March 7, 1991 (sic).

21       I'm getting ready to go into Emil Adams house.

22  I'll leave the tape running.

23            (Background noise going into house)

24       MR. BRYANT: (Not near microphone) during entering

25  house).


Dixon-009603

```
 1        MR. ADAMS:  How do we start?
 2   BY MR. BRYANT:
 3        Q    Well, you got to tell me what happened that
 4   night.  You know, from Detroit.
 5   A    Well, let me see.
 6        Q    Tell me what happened that night, you know,
 7   up until, you trying to testify, you know, you know in
 8   Tino's trial.
 9   A    Oh (not near microphone).
10        Q    Yeah.
11   A    And (inaudible) and bad things will happen a that
12   (inaudible).  I actually know at that date, that time
13   (inaudible) and everything.
14        Q    Uh-huh.
15   A    A half brother and actually a person who was from
16   downtown.  And you know they took down my statement and
17   showed me three pictures, like three to six pictures.
18   And they just -- they were asking me about him.  You
19   know, he was there at the scene, you know what I'm
20   saying, with Mario and you know what I'm talking about.
21   Well, he was there.
22        We all have to talk to someone.  I was seeking
23   therapy (inaudible) and that's everything that happened
24   and they, you know, they -- you know, they called to
25   check on me, but I had -- I was out on bail.  They
```



AUDIO
INTERVIEW BY ROBERT BRYANT

March 17, 2022
4

```
1   changed that (inaudible) in Michigan so they flew me
2   back to Michigan.  And I was, you know, incarcerated,
3   you know, during almost -- almost during the whole
4   trial.
5        Q    I understand.  Okay.  Even when you --
6   A    That's no (inaudible) in here.
7        Q    Oh, okay, so when you --
8   A    (Inaudible).
9        Q    So when you went down to the police station,
10  they kept you, they didn't let you come back home?
11  A    No, they did not let me go home.
12       Q    Uh-huh.
13  A    They locked me up and threw me out that night.
14       Q    Okay.  Okay, so then you went back to
15  Michigan?  And you didn't come back --
16  A    They kept flying me back.  And I think I flew back
17  here about three times.
18       Q    Okay, this was before the trial?
19  A    Yeah.
20       Q    Okay, so when you came back, who was you
21  talking to at that time?  Was it -- was it the District
22  Attorney Belling (phonetic)?
23  A    Uh-huh.
24       Q    Uh-huh.  And what was he asking you on, Emil?
25  A    Just what happened, at the time, what happened.
```



1    And I asked him why I'm here.

2    A    Uh-huh.  Okay.  Then -- then what -- then what

3    happened?  I mean what's making you, you know, just

4    even want to come out and tell the truth now though?

5    You know?  See, cause I don't want -- how can I say it,

6    I don't want, you know, saying that now I'm forcing you

7    to say anything, you know.  If you have a conscience

8    where, you know, you want to tell the truth, you know?

9         You see what I'm saying?  You know, you're not --

10   you're not telling me, you know, just what, you know,

11   they, you know -- you know, had you do.  You know, as

12   far Belling.

13   A    He doesn't really, you know what I'm saying, come

14   out and talk and just tell me.

15        Q    Uh-huh.

16   A    You know that.  But in so many words they did.

17        Q    Uh-huh.

18   A    He was trying to give me more time, you know, than

19   I was already facing if I didn't come up this -- you

20   know, testify against Tino.  It ain't had nothing to do

21   with the Jacksons.  don't -- I don't even associate

22   with (inaudible).  You know, because I don't want

23   people to think, you know, that's what was going on.

24        Q    Yeah.

25   A    Like I said, you know, me and him have been cool



Dixon-009606

1    forever, you know.  And me and Jacksons, you know what

2    I'm saying.  Just mingle around none of that stuff that

3    happened.

4         Q    (Inaudible).

5    A    They still, you know, bugging about it, you know

6    what I mean?  And they've got a son locked up.

7         Q    Yeah.

8    A    So there's still conflict right there, so I try to

9    stay out it.

10        Q    I know what you're saying.  But, you know, I

11   -- you know, night after night I just be telling

12   myself, you know, maybe, you know, even Aaron will come

13   forth and tell we know what really happened.  You know?

14   And -- and Travis, you know?  Because that's a lot of

15   weight to just go through life with, you know what I'm

16   saying?  And that type of weight, you know, on your

17   mind, you know?

18        Okay, so you said they were flying you back and

19   forth here?

20   A    Yeah.

21        Q    You know for -- you say about three times?

22   A    Yeah, three times (inaudible).

23        Q    Uh-huh.

24   A    And the day of court, you had to go to court --

25        Q    Uh-huh.



Dixon-009607

1  A    -- they flew me and another -- another guy here.
   He was locked up in Texas or something like that.

3       UNKNOWN SPEAKER:  (Inaudible).

4  A    Yeah.  They flew us both.  Yeah and they flew both
5  of us in and we was locked up together.

6       Q    Okay.  So you had -- what does that mean?

7  A    They wouldn't let me mingle around nobody.

8       Q    Uh-huh.

9  A    That's -- that's why -- I wasn't locked up.  They
10 just brought me here from my home, so I planned on not
11 coming, you know.  But they -- you know, I had the cops
12 come to my house and pick me up.

13      Q    Okay.  So they flew you here?

14 A    Yeah.

15      Q    Okay, but you weren't in handcuffs or nothing
16 like that?  Okay?  They flew you here where you can --
17 you know, so you came to your house when they -- they
18 flew you here?  And then they came and picked up here
19 to take you to Court?

20 A    No, they flew me -- they hold up in my home.  Then
21 they flew me here, so on they plane, they had cops or
22 whatever, you know, waiting for me at the gate as soon
23 as I came off the plane.

24      Q    Okay.

25 A    And I had stay with those and they took me



Dixon-009608

1  downtown or whatever.  They had me in a room just

2  sitting and waiting.  I was here.  I was here at early

3  in the morning.

4        Q    Okay.

5  A    It was early almost (inaudible) after that

6  happened.  Then they brought me here to say hi to my

7  sister and bye to my sister and I went back on the

8  plan, going to back to Michigan.

9        Q    Okay.  But -- okay, during the times that

10 they flew you here, did you -- okay, what was going on

11 with the case that you had there though?  You know?

12 A    Oh, I was just going to court for, you know, my

13 case, that I had, you know?

14       Q    Uh-huh

15 A    You know what I'm saying?  They had me lined on

16 the phone court today.  I (inaudible).

17       Q    So you say the District Attorney's office

18 here was saying that they're going to make it hard for

19 you down in Michigan if you don't -- you didn't come

20 back to testify?

21 A    Oh, in so many words they did.

22       Q    Uh-huh.

23 A    They knew I was facing time already.  They just

24 was saying, you know how they try to scare you?

25       Q    Uh-huh.



1   A    You know what I'm saying?   They didn't just come

2   out and, you know what I'm saying?  It wasn't just like

3   if you know don't say this and that, then you going to

4   get this and that.  They're just not saying that at

5   all, they gonna cover their tracts of course if they

6   going to (inaudible) like that.  They're gonna cover

7   their tracks.  And they did this to Mario.

8        Q    Yeah.

9   A    You know what I'm saying?  And that's why I didn't

10  go to court on the perjury.  They didn't do like it.

11  So I'm basically before I can get -- check myself in,

12  he didn't even say nothing to me.  And I asked him if

13  he wanted to press charges, he said no.

14       Q    Okay, there's -- there's a warrant here for

15  you because you didn't show up for the perjury?

16  A    I didn't see it.  I thought, because they -- when

17  the cop came to the door, I didn't know who he was.

18  You know, he didn't look like a cop.  So he asked

19  where's Ron?  My mother's brother is here.

20       Q    Uh-huh.

21  A    You know, I'm like, my mother's brother don't live

22  here.  (Inaudible) as I let the police in.  It was just

23  -- it was just (inaudible).  But he had a picture of me

24  and like well, he's just (inaudible) see -- you know

25  what I mean.  So I (inaudible) say that to anyone else.



Dixon-009610

1   And I was stuck, damn anyway.

2       Q    Okay.

3   A  So I just called my mother and told her to come up

4   here for a couple of weeks, (inaudible) the police

5   (inaudible) we need to show up for the court.  Come

6   back, there's a warrant stuck in my mailbox.

7       Q    That was for perjury?

8   A    They said you want to turn yourself in, if you're

9   just 16?  I did.  I was in jail for that morning and

10  they let me right out, because they won't charges.

11      Q    Okay.  Then you -- when you was in jail that

12  morning, did Belling or anybody come and talk to you?

13  They just went on and told you, you can go?

14  A    Yeah.

15      Q    Oh.

16  A    I guess they thought they (inaudible).

17      Q    Oh, okay.

18  A    So they aren't ready.  (Inaudible) and they took

19  me to the office, the DA's office and he just said why

20  didn't you show up?  I said because I didn't know the

21  time.  And he said, well, nine months you have the time

22  to do whatever.  Ad he was (inaudible) the barracks

23  (inaudible) running.  And I said well, it must be

24  (inaudible).  And they let me go.  But they need me

25  right back, as far as -- that's my opinion (inaudible).



Dixon-009611

1      Q     Okay.  Emil, what happened that night though?

2  You know, when you was there, what -- what did you see?

3  Did you see anything that night?

4  A    Oh, it's been so long.

5      Q     Uh-huh.

6  A    Everything is blurried up.  I remember, you know,

7  before everything happened, before it all to the

8  corner, I guess you had ran into each other before

9  that.  And I was sitting here, we had just pulled up,

10 not enough to say hi to anybody, but I ain't been in

11 town long and I didn't say anything to nobody.  I just

12 said hi to all my friends.  (Inaudible) to just make

13 friends I had met in the group.  They didn't even know

14 my Mario's name.  They were saying -- they were saying

15 Tino, they didn't even know Mario's name.

16     So I asked some skinny face kid, he got the

17 (inaudible) you know.  Oh, Banny (phonetic) knows them.

18 And I couldn't think of what he was talking about and

19 then --

20     Q     Okay.  Now who -- who was stalking Aaron

21 or --

22 A    Yeah, Aaron --

23     Q     Aaron and Tori?

24 A    Yeah.  Aaron and Tori and Travis.

25     Q     Uh-huh.



Dixon-009612

1    A    And you know, they come walking up the street, you

2    know, whatever.  It was Tino and Mario, right?  And

3    they come walking up the street.  And -- well, they

4    exchanged a few words, you know?

5         Q    Uh-huh.

6    A    Everybody want to approach, but I stayed back.

7    You know, because I was friends with both sides, so I'm

8    not in it.

9         Q    Right.

10   A    And, you know, everything must have happened to

11   those three, (inaudible) stayed fighting and came back

12   and shoot.

13        Q    Okay.

14   A    It seemed -- it seemed, you know what I'm saying,

15   Tino would have did it, but no, what I'm saying in

16   front the police lieutenant was I can't really just

17   point the finger, you know what I mean?  I can't do

18   that.  I don't want to lock an innocent man, you know

19   what I'm saying.

20        Q    Yeah.

21   A    It's not about being scared or nothing like that.

22   It just don't seem, you know what I'm saying, right.

23   And if Jackson say he did it, you know what I'm saying,

24   it would be wrong to say he's not.  You know what I'm

25   saying?  That's at the beginning, a heavy set guy with



1    a hat and I kind of saw the guy.  And so I never said

2    who it were, because I wasn't really sure.

3         Q    Yeah.

4    A    And I thought if just said (inaudible), I'm not

5    really sure, he said if I show you a picture.  You

6    know, if he's in or not.  They brought me three

7    pictures.

8         Q    So --

9    A    I saw the three pictures first and they showed me

10   Mario, Tino and somebody else.  And they said were

11   they there?  So (inaudible).

12        Q    Okay.  So they showed -- okay, they showed

13   you Mario's picture, Tino's picture and somebody else's

14   picture?

15   A    Yeah, I can't remember that one.

16        Q    Uh-huh.  And all they asked was were they

17   there?

18   A    Yeah.

19        Q    Okay.  At that time they didn't ask you, you

20   know if Tino was the one that did it, they just asked

21   you was they there?

22   A    (Inaudible) yes, they did.  Mario a criminal.  Now

23   I remember, I don't think I said about --

24        Q    Uh-huh.

25   A    -- the other guy.  He said, well, do you know this



1  guy?  I said no, I don't know him.  Do you know him?  I

2  said, yeah, that's Mario.  And he said was he here?  I

3  said yes.  He said have a subpoena.  And he started

4  bringing a whole bunch of other people.  There was a

5  whole bunch of other people down there.  He says --

6       Q    Uh-huh.

7  A    -- he needs to look at a tape.  What I'm hearing

8  them say, they're not far apart.  You know we had

9  everybody was standing right (inaudible) the pictures o

10 Mario, Tino.  You know what I'm saying?

11      Q    Uh-huh.

12 A    And he said, well, this is the guy that writes

13 everything and (inaudible) coming to court, we're glad

14 they got it.  And when I came back -- came back here,

15 that's when (inaudible) maxed it out and that's they're

16 telling, you know, about my court case and what could

17 happen.  You know, whatever.  And I could have gotten

18 more time, because I was out on bail, I'm person out of

19 my city.  You know what I mean?

20      Q    That was Saginaw, Michigan?

21 A    Yeah.

22      Q    Uh-huh.

23 A    I could have got more time in Saginaw, (inaudible)

24 I was out on the bail.  And I wasn't supposed to

25 nowhere, but I came here, you know, to stay out of



AUDIO
INTERVIEW BY ROBERT BRYANT

```
1   trouble.  But I got more trouble.
2        Q    Okay.  So when -- when Belling -- okay, when
3   Belling was talking to you, you know back and forth
4   here, I guess Belling talked to you each time, you
5   know, coming back and forth?
6   A    Uh--
7        Q    Because he did for another --
8   A    I would say for the first time.
9        Q    See, because he put another DA on it for the
10  perjury.  They put a DA named Seditas (phonetic).
11  A    Yes, that's what I was told.
12       Q    Uh-huh.  But the first time around, the first
13  two times, you know before Tino's trial, Belling was
14  the one -- the one that was talking to you?
15  A    Uh-huh.  Belling and some other guy.
16       Q    Uh-huh.  Skinny guy?  Kind of skinny like?
17  He was in the court with him I guess.  He was in the
18  courtroom with Belling?
19  A    No, he wasn't.
20       Q    Oh.  And so when Belling was, you know --
21  well how did he approach you to say, well, you know,
22  whether you see him or not, you know, just, you know
23  just -- you know, testify that it was Tino, Emil?  I
24  mean how did he approach you?  You know, like when he
25  brought you back and forth here, I mean like what words
```



1  did he approach you with, you know, Belling?

2  A    They did like I said, but they didn't use those

3  exact words.

4        Q    Uh-huh.

5  A    No, they like, you know, talked around it.

6        Q    Uh-huh.

7  A    Anyway, I would well, I got the point, you know,

8  of what they were saying.  Even though they're smooth

9  talking, you know.

10        Q    Uh-huh.

11  A    They going to cover their tacks like I said.

12  They're never going to let me tell you, if you don't

13  say it was him, then -- you know what I'm saying?

14  We've got you where we want you.

15        Q    Okay.  Yeah.  Okay, when you went to the

16  Grand -- okay, they had a, you know, Grand Jury here.

17  You know how you got up in front of Grand Jury and --

18  did they ever call you to the Grand Jury here with

19  Aaron and the rest of them?

20  A    Well, we never -- it was in the same --

21        Q    Yeah.

22  A    -- the same time set when the court date came

23  around. Everybody was there.

24        Q    Yeah.

25  A    You know, we never talked up until after -- after



Dixon-009617

1  that day when everybody went to court.  I never to

2  talked to him until after that.  You know, they

3  wouldn't let me talk to him.

4       Q    Okay.  Okay, but -- okay when you -- okay,

5  you testified?

6  A    Yes, I flew here to --

7       Q    Okay, so they flew you here to testify in

8  front of Grand Jury?  Okay.  So that day at the Grand

9  Jury, you know, before you go in the Grand Jury, what

10 was Belling saying to you then?

11 A    Nothing.

12      Q    Uh-huh.

13 A    He just said, you know, I'll get you flown in.

14      Q    Uh-huh.

15 A    That's all.  He asked me some questions and that

16 was it.  And I was right on my way back to Michigan.

17      Q    So what I'm trying to figure out is how --

18 how could they have -- were they communicating with

19 like the Saginaw Police Department?

20 A    I have no idea.

21      Q    Uh-huh.

22 A    I have no idea.

23      Q    Uh-huh.

24 A    I didn't get in trouble, because I came up.  I can

25 say that much.  They didn't (inaudible).



AUDIO                                                          March 17, 2022
INTERVIEW BY ROBERT BRYANT                                                 18

1       Q      And what?

2  A    I don't know who they were talking to.

3       Q      Uh-huh.

4  A    He lets them do what they did (inaudible) and they

5  (inaudible).

6       Q      Uh-huh.

7  A    (Inaudible) I think it's going right, in their

8  favor.  He said it was going right in Court.  He didn't

9  let me know too much about that.

10      Q      Okay.  So it's kind of -- had it been kind of

11  like getting on your mind, huh?

12  A    Yeah

13      Q      Well, okay, this is you know, what I'm going

14  to, you know, say to your e-mail, okay.  Let's see,

15  (inaudible) right?  He wanted to talk to you, you know,

16  to get a statement from you, you know, you know on

17  Tino's behalf.  You know, a case like this, when

18  something like this, you know, happens where you're

19  like coerced , you know, by the, you know, the police

20  department and so on and so on, there ain't nothing

21  they can do to you.  You know, when they -- you know,

22  like they talk in hopes to, you know, say something

23  that, you know, you really don't want to say, but you

24  know that you're in a bind yourself.  And, you know,

25  they have a tendency to take, you know, advantage of



1  the people and have people, you know, testifying when

2  they shouldn't be testifying.

3        Bu you know, when I say, like my lawyer, you know,

4  would really like to talk to you, you know, just sit

5  down, you know, tell him, you know, just, you know,

6  what happened.  You know -- you know, what led to you

7  testifying and everything.  And, you know, he'll --

8        A  Well, I ain't had no choice, you know what I'm

9  saying, with testifying (inaudible).  I already said --

10  you know what I said they could.

11        Q    Yeah.

12        A    You know what I'm saying.  I had put those --

13  I don't know.  I don't know.

14        Q    Yeah.

15  A    But like I said, you know, in my case, I didn't

16  have no choice.  You know they (inaudible) scared me.

17  You know, I didn't know what to do.  My hands was tied.

18        Q    I know.

19  A    I can -- I can't see going to jail for somebody

20  else.  You know what I mean?

21        Q    Yeah.

22  A    I can't see it.

23        Q    It's sad.  You know, it's sad, you now, but I

24  don't -- I guess life is that way sometimes, you know,

25  no matter what.  You know, how can I say, when a police



AUDIO                                                    March 17, 2022
INTERVIEW BY ROBERT BRYANT                                          20

1  officer or a DA or whatever, you still can't take --
2  you can't go above the law.  You know, themselves, you
3  know, they can't just take the law in their own hands
4  and just try to make a case the way they want to make
5  it and how they want it to turn out to be, you know?
6  A    And all they was saying, you know, he was saying
7  (inaudible), Valentino, they said (inaudible) on his
8  terms.  They wanted Valentino back in.  That's what
9  they were saying (inaudible), you know. You know, they
10 wanted -- they wanted do something (inaudible).
11     Q    Are you still in school, Emil, you till going
12 out --
13 A    (Inaudible).
14     Q    Uh-huh.  What time you get out of school?
15 A    I'll be here, I might not go tomorrow, there
16 (inaudible).
17     Q    Because I can come -- the lawyer knows, in
18 the morning and see if he can, you know --
19 A    You can try it tomorrow to come here.
20     Q    All right.  What time you think you might be
21 home tomorrow? You don't have phone number here, huh?
22 A    No, not here.
23     Q    What time do you think you will be back home?
24 Whereas, you know, the lawyer can here and talk to you?
25 A    Any time after 3:00.



Dixon-009621

1       Q     Any time after 3:00?

2    A    Any time after 3:00.

3       Q     Okay.  It's just sad to even -- to even think

4    of the extreme that they'll go to.  You know, because

5    like I said in the beginning, you know, if everybody

6    just come forth and tell the truth and tell the truth,

7    the Jackson come forth, just tell the truth and get

8    this thing over with.  I mean, I don't know how Travis

9    and Aaron can live with that.  You know, I feel sorry

10   because like when this first happened, I didn't know

11   what happened, you now, because I'm their father.  I

12   told them, number one you didn't have no business out

13   there with a guy.  Nobody had no business out there

14   with a guy, neither side.  Any side is wrong, you know.

15       And what happened there is kids and they're

16   stupid.  You know, and I was trying to get to the, you

17   know, to the bottom of it, and that's when the Lamarr

18   went and, you know, you know, in front of Channel 2

19   news and confessed, I mean, when he confessed that he

20   did this.  But see, I guess that still wasn't good

21   enough for the -- you know, for the police department.

22       A    I guess they think well, he got paid.  I

23   don't see where he got paid, enough money to

24   (inaudible).

25       Q     Not the rest of your life.



Dixon-009622

 1   A    And he can't even spend the money.

 2        Q    Uh-huh.

 3   A    You know that didn't make no sense to me.

 4        Q    And so they tried to, you know, turn that

 5   around and say that, you know, this was just fabricated

 6   and so on and so on.  This is why, you know, like I was

 7   telling myself, you know, should I, you know, come and

 8   talk to you, because I don't even want them to think

 9   that I could coerce you into a -- or you, you know, you

10   was afraid that I made you say something like this. Do

11   you see what I'm saying?  Because that's how the police

12   and the DA's office there --

13        A    Right, like I said, they can't do nothing to

14   me now that that case (inaudible).  My (inaudible) it's

15   been on my mind, you know, like you said, you know what

16   I'm saying.  There ain't a day that goes by that I

17   don't think, you know, what I'm saying of what happened

18   and what could still happen, you know what I' saying.

19        I feel like I'm in the middle of it, you know what

20   I'm saying.  Every time I see his girl in court, you

21   know what I'm saying and I can't go out there.  I would

22   just upset her.  Something could happen to me.  You

23   know what I mean?  There's all that shit that happened.

24        And listen, I left Michigan because I had to watch

25   my back.  Now I'm here and every time I turn around, I



Dixon-009623

1  got to look over my back now, I feel as if something

2  could happen.

3      Q    Well, you know, we've never been a violent

4  people, period.  You know like that?  All we're going

5  is like looking for the truth.

6  A    Yeah, I understand.  I've been knowing ,you know

7  what I'm saying.  I would never  (inaudible).  And see,

8  I wouldn't (inaudible) kill boys or something like

9  that.  You know what I'm saying.  They ain't violent.

10  They ready for anything.

11      Q    Well, if you notice, how can I say -- what

12  I'm saying, you know once somebody is sent away or

13  whatever, they don't have any friends anymore.  You

14  know?  You know, you wonder who was really your

15  friends.  You now?

16  A    You never know.  You know what I'm saying.  You

17  never know, what it does to somebody (inaudible) or

18  whoever did it could.  (Inaudible) and he doesn't know

19  what could happen.

20      Q    Yeah that's true with life, you know.

21  A    I thought (inaudible) -- my parents.

22      Q    Yeah.

23  A    They'll be here maybe next weekend and you all can

24  get together, that would be something.

25      Q    Okay.



Dixon-009624

AUDIO                                                    March 17, 2022
INTERVIEW BY ROBERT BRYANT                                            24

1    A    But I don't want to make no decisions.

2         Q    Your parents stay here?

3    A    No, they stay in Michigan.

4         Q    Oh, in Michigan, okay?

5    A    (Inaudible).

6         Q    So your father -- your mother and father be

7    here next week?

8    A    More than likely, if they come (inaudible0.

9         Q    Oh, okay. All right. Okay then. I'm trying

10   to think. Okay, Okay. But do you -- do you mind, you

11   know all sitting down, you know, telling Tino's lawyer

12   what you told us?

13   A    No, as long as you don't try to make, you know,

14   what I'm saying, if the court -- if the case were to

15   come back up, and they take him back to Court and you

16   give them my statement, they're going to dry and drag

17   me back in court. So without me saying that I would

18   (inaudible).

19        Q    Yeah. Okay. All right. Okay. And then

20   you're know, your (inaudible) can advise you more,

21   because I'm not a lawyer and he can advise you in a

22   truthful way and everything you now. So you'll be here

23   like after 3:00?    All right.

24        I'm going to let you get some sleep man. See you

25   lifting your weights, huh?



Dixon-009625

1  A    Yeah. (Inaudible).

2      Q    Thank you.  So we'll go from there, okay?

3  Tomorrow.  Nice meeting you, Emil   Okay.  (Inaudible).

4  Okay, thanks a lot.  Stay in college, man.

5                  (Pause)

6  MR. BRYANT:  Today's date is still March 7 and the time

7  is 10:20 p.m. at night.  And I just got through talking

8  with Emil Adams about the Torriano Valentino murder

9  case.  I'm getting read to leave 65 Hastings as soon as

10  Barbara Dixon and Antoine Shannon come out of the

11  house.  I'm turning the tape off now.

12

13          (End of recording 10:20 p.m.)

14

15

16

17

18

19

20

21

22

23

24



Dixon-009626

AUDIO
INTERVIEW BY ROBERT BRYANT

March 17, 2022
26

1                    CERTIFICATION

2          I, JENNIFER WILSON, the assigned transcriber,

3    do hereby certify that the foregoing is a true and

4

5    accurate transcript of the conversation on March 7,

6

7    1991 from 9:00 p.m. to 10:20 p.m. and was done to the

8

9    best of my ability.

10

11

12

13

14

15

16    

17

18    /s/ Jennifer Wilson          March 11, 2022

19

20    JENNIFER WILSON, OM/T #623        Date

21

22    Certified Transcriber,          Corrected 03/27/22

23

24    State of New Jersey

Dixon-009627

**1**

**10**
2:7

**10:20**
25:7,13

**10th**
2:13

**16**
10:9

**1991**
2:13,20

**1993**
2:6

**2**

**2**
21:18

**3**

**3:00**
20:25
21:1,2
24:23

**6**

**65**
2:15 25:9

**7**

**7**
2:6,20
25:6

**7th**
2:14

**9**

**9:00**
2:7

**9:10**
2:1

**9:20**
2:15

**9:21**
2:20

**A**

**Aaron**
6:12
11:20,22,
23,24
16:19
21:9

**Ad**
10:22

**Adams**
2:9,10,21
3:1 25:8

**Adams'**
2:17

**advantage**
18:25

**advise**
24:20,21

**afraid**
22:10

**Antoine**
2:9,16
25:10

**anymore**
23:13

**approach**
12:6

15:21,24
16:1

**associate**
5:21

**Attorney**
4:22

**Attorney's**
8:17

**August**
2:13

**B**

**back**
4:2,10,
14,15,16,
20 6:18
8:7,8,20
10:6,25
12:6,11
14:14
15:3,5,25
17:16
20:8,23
22:25
23:1
24:15,17

**background**
2:23

**bad**
3:11

**bail**
3:25
14:18,24

**Banny**
11:17

**Barbara**
2:15
25:10

**barracks**
10:22

**basically**
9:11

**beginning**
12:25
21:5

**begins**
2:1

**behalf**
18:17

**Belling**
4:22 5:12
10:12
15:2,3,4,
13,15,18,
20 16:1
17:10

**bind**
18:24

**blurried**
11:6

**bottom**
21:17

**boys**
23:8

**bringing**
14:4

**brother**
3:15
9:19,21

**brought**
7:10 8:6
13:6
15:25

**Bryan**
2:16

**Bryant**
2:2,5,24
3:2 25:6

**Bu**
19:3

**bugging**
6:5

**bunch**
14:4,5

**business**
21:12,13

**bye**
8:7

**C**

**call**
16:18

**called**
3:24 10:3

**case**
8:11,13
14:16
18:17
19:15
20:4
22:14
24:14
25:9

**changed**
4:1

**Channel**
21:18

**charges**
9:13
10:10

**check**
3:25 9:11

**choice**
19:8,16

**city**
14:19

**coerce**
22:9

**coerced**



800.211.DEPO (3376)
EsquireSolutions.com

Dixon-009628

AUDIO
INTERVIEW BY ROBERT BRYANT

March 17, 2022
Index: college..happen

18:19

**college**
25:4

**communicating**
17:18

**confessed**
21:19

**conflict**
6:8

**conscience**
5:7

**cool**
5:25

**cop**
9:17,18

**cops**
7:11,21

**corner**
11:8

**couple**
10:4

**court**
6:24 7:19
8:12,16
9:10 10:5
14:13,16
15:17
16:22
17:1 18:8
22:20
24:14,15,
17

**courtroom**
15:18

**cover**
9:5,6
16:11

**criminal**
13:22

          **D**

**DA**
15:9,10
20:1

**DA's**
10:19
22:12

**damn**
10:1

**date**
2:6,14
3:12
16:22
25:6

**day**
6:24
17:1,8
22:16

**decisions**
24:1

**department**
17:19
18:20
21:21

**Detroit**
3:4

**District**
4:21 8:17

**Dixon**
2:15
25:10

**door**
9:17

**downtown**
3:16 8:1

**drag**
24:16

**dry**

24:16

          **E**

**e-mail**
18:14

**early**
8:2,5

**else's**
13:13

**Emil**
2:9,10,
17,21
4:24 11:1
15:23
20:11
25:3,8

**end**
25:13

**entering**
2:24

**exact**
16:3

**exchanged**
12:4

**extreme**
21:4

          **F**

**fabricated**
22:5

**face**
11:16

**facing**
5:19 8:23

**father**
21:11
24:6

**favor**
18:8

**feel**
21:9
22:19
23:1

**fighting**
12:11

**figure**
17:17

**finger**
12:17

**flew**
4:1,16
7:1,4,13,
16,18,20,
21 8:10
17:6,7

**flown**
17:13

**flying**
4:16 6:18

**forcing**
5:6

**forever**
6:1

**friends**
11:12,13
12:7
23:13,15

**front**
12:16
16:17
17:8
21:18

          **G**

**gate**
7:22

**girl**
22:20

**give**
5:18
24:16

**glad**
14:13

**good**
21:20

**Grand**
16:16,17,
18 17:8,9

**group**
11:13

**guess**
10:16
11:8
15:4,17
19:24
21:20,22

**guy**
7:1 12:25
13:1,25
14:1,12
15:15,16
21:13,14

          **H**

**half**
3:15

**handcuffs**
7:15

**hands**
19:17
20:3

**happen**
3:11
14:17
22:18,22
23:2,19



**happened**
2:12,18
3:3,6,23
4:25 5:3
6:3,13
8:6 11:1,
7 12:10
19:6
21:10,11,
15 22:17,
23

**hard**
8:18

**Hastings**
2:15 25:9

**hat**
13:1

**he'll**
2:18 19:7

**hearing**
14:7

**heavy**
12:25

**hold**
7:20

**home**
4:10,11
7:10,20
20:21,23

**hopes**
18:22

**Hots**
2:12

**house**
2:9,17,
21,23,25
7:12,17
25:11

---

**I**

---

**I'**
22:18

**idea**
17:20,22

**inaudible**
3:11,12,
13,23
4:1,6,8
5:22 6:4,
22 7:3
8:5,16
9:6,22,
23,24,25
10:4,5,
16,18,22,
23,24,25
11:12,17
12:11
13:4,11,
22 14:9,
13,15,23
17:25
18:4,5,7,
15 19:9,
16 20:7,
9,10,13,
16 21:24
22:14
23:7,8,
17,18,21
24:5,18,
20 25:1,3

**inaudible0**
24:8

**incarcerate
d**
4:2

**innocent**
12:18

**interview**
2:8

---

**J**

---

**Jackson**
2:13
12:23
21:7

**Jacksons**
5:21 6:1

**jail**
10:9,11
19:19

**Jury**
16:16,17,
18 17:8,9

---

**K**

---

**kid**
11:16

**kids**
21:15

**kill**
23:8

**kind**
13:1
15:16
18:10

**knew**
8:23

**knowing**
23:6

---

**L**

---

**Lamarr**
21:17

**law**
20:2,3

**lawyer**

19:3
20:17,24
24:11,21

**leave**
2:22 25:9

**led**
19:6

**left**
22:24

**lets**
18:4

**lieutenant**
12:16

**life**
6:15
19:24
21:25
23:20

**lifting**
24:25

**lined**
8:15

**listen**
22:24

**live**
9:21 21:9

**lock**
12:18

**locked**
4:13 6:6
7:2,5,9

**long**
11:4,11
24:13

**lot**
6:14 25:4

**Louie's**
2:12

---

**M**

---

**made**
22:10

**mailbox**
10:6

**make**
8:18
11:12
20:4 22:3
24:1,13

**making**
5:3

**man**
12:18
24:24
25:4

**March**
2:6,14,20
25:6

**Mario**
3:20 9:7
12:2
13:10,22
14:2,10

**Mario's**
11:14,15
13:13

**matter**
19:25

**maxed**
14:15

**meeting**
25:3

**met**
11:13

**Michigan**
4:1,2,15
8:8,19
14:20



Dixon-009630

17:16
22:24
24:3,4

**microphone**
2:24 3:9

**middle**
22:19

**mind**
6:17
18:11
22:15
24:10

**mingle**
6:2 7:7

**money**
21:23
22:1

**months**
10:21

**morning**
8:3 10:9,
12 20:18

**mother**
10:3 24:6

**mother's**
9:19,21

**murder**
25:8

**N**

**named**
15:10

**news**
21:19

**Nice**
25:3

**night**
2:12,19
3:4,6

4:13 6:11
11:1,3
25:7

**noise**
2:23

**notice**
23:11

**number**
20:21
21:12

_____

**O**

**office**
8:17
10:19
22:12

**officer**
20:1

**opinion**
10:25

_____

**P**

**p.m.**
2:1,7,15
25:7,13

**paid**
21:22,23

**parents**
23:21
24:2

**Pause**
2:4 25:5

**people**
5:23
14:4,5
19:1 23:4

**period**
23:4

**perjury**
9:10,15
10:7
15:10

**person**
3:15
14:18

**phone**
8:16
20:21

**phonetic**
4:22
11:17
15:10

**pick**
7:12

**picked**
7:18

**picture**
9:23
13:5,13,
14

**pictures**
3:17
13:7,9
14:9

**plan**
8:8

**plane**
7:21,23

**planned**
7:10

**point**
12:17
16:7

**police**
4:9 9:22
10:4
12:16
17:19
18:19

19:25
21:21
22:11

**press**
9:13

**properly**
2:5

**pulled**
11:9

**put**
15:9,10
19:12

_____

**Q**

**questions**
17:15

**R**

**ran**
11:8

**read**
25:9

**ready**
2:17,21
10:18
23:10

**recorder**
2:3

**recording**
2:1,5
25:13

**remember**
11:6
13:15,23

**rest**
16:19
21:25

**Robert**

2:2,16

**Ron**
9:19

**room**
8:1

**running**
2:22
10:23

**S**

**sad**
19:23
21:3

**Saginaw**
14:20,23
17:19

**scare**
8:24

**scared**
12:21
19:16

**scene**
3:19

**school**
20:11,14

**Seditas**
15:10

**seeking**
3:22

**sense**
22:3

**set**
12:25
16:22

**Shannon**
2:10,16
25:10

**shit**
22:23



AUDIO
INTERVIEW BY ROBERT BRYANT

March 17, 2022
Index: shoot..trouble

**shoot**
12:12

**shooting**
2:13

**show**
9:15
10:5,20
13:5

**showed**
3:17
13:9,12

**sic**
2:20

**side**
21:14

**sides**
12:7

**sister**
8:7

**sit**
19:4

**sitting**
8:2 11:9
24:11

**skinny**
11:16
15:16

**sleep**
24:24

**smooth**
16:8

**son**
6:6

**SPEAKER**
7:3

**spend**
22:1

**spoke**
2:10

**stalking**
11:20

**standing**
14:9

**start**
3:1

**started**
14:3

**statement**
3:16
18:16
24:16

**station**
4:9

**stay**
6:9 7:25
14:25
24:2,3
25:4

**stayed**
12:6,11

**street**
12:1,3

**stuck**
10:1,6

**stuff**
6:2

**stupid**
21:16

**subpoena**
14:3

**supposed**
14:24

**— T —**

**tacks**
16:11

**talk**
3:22 5:14

10:12
17:3
18:15,22
19:4
20:24
22:8

**talked**
15:4
16:5,25
17:2

**talking**
2:2 3:20
4:21
11:18
15:3,14
16:9 18:2
25:7

**tape**
2:22 14:7
25:11

**taping**
2:3,6

**telling**
5:10 6:11
14:16
22:7
24:11

**tendency**
18:25

**terms**
20:8

**testified**
17:5

**testify**
3:7 5:20
8:20
15:23
17:7

**testifying**
19:1,2,7,
9

**Texas**
2:12 7:2

**therapy**
3:23

**thing**
21:8

**things**
3:11

**thought**
9:16
10:16
13:4
23:21

**threw**
4:13

**tied**
19:17

**till**
20:11

**time**
2:7,14,20
3:12
4:21,25
5:18 8:23
10:21
13:19
14:18,23
15:4,8,12
16:22
20:14,20,
23,25
21:1,2
22:20,25
25:6

**times**
4:17
6:21,22
8:9 15:13

**Tino**
5:20
11:15
12:2,15

13:10,20
14:10
15:23

**Tino's**
3:8 13:13
15:13
18:17
24:11

**today**
8:16

**Today's**
2:6,14
25:6

**told**
10:3,13
15:11
21:12
24:12

**tomorrow**
20:15,19,
21 25:3

**Tori**
11:23,24

**Torriano**
2:13 25:8

**town**
11:11

**tracks**
9:7

**tracts**
9:5

**Travis**
6:14
11:24
21:8

**trial**
3:8 4:4,
18 15:13

**trouble**
15:1
17:24



Dixon-009632

**true**
  23:20

**truth**
  2:11,18
  5:4,8
  21:6,7
  23:5

**truthful**
  24:22

**turn**
  10:8 20:5
  22:4,25

**turning**
  25:11

**type**
  6:16

**U**

**Uh--**
  15:6

**Uh-huh**
  3:14
  4:12,23,
  24 5:2,
  15,17
  6:23,25
  7:8 8:14,
  22,25
  9:20
  11:5,25
  12:5
  13:16,24
  14:6,11,
  22 15:12,
  15,16
  16:4,6,10
  17:12,14,
  21,23
  18:3,6
  20:14
  22:2

**understand**
  4:5 23:6

**UNKNOWN**
  7:3

**upset**
  22:22

**V**

**Valentino**
  20:7,8
  25:8

**violent**
  23:3,9

**W**

**waiting**
  7:22 8:2

**walking**
  12:1,3

**wanted**
  9:13
  18:15
  20:8,10

**warrant**
  9:14 10:6

**watch**
  22:24

**week**
  24:7

**weekend**
  23:23

**weeks**
  10:4

**weight**
  6:15,16

**weights**
  24:25

**words**
  5:16 8:21
  12:4
  15:25
  16:3

**working**
  2:5

**writes**
  14:12

**wrong**
  12:24
  21:14



800.211.DEPO (3376)
EsquireSolutions.com

Dixon-009633