# EXHIBIT 23

**VALENTINO DIXON**


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------
VALENTINO DIXON,

                         Plaintiff,

            - vs -        Case No.
                          1:19-cv-01678-WMS

CITY OF BUFFALO and COUNTY OF ERIE;
and DETECTIVE MARK R. STAMBACH,
DETECTIVE RANIERO MASECCHIA, DETECTIVE
JAMES P. LONERGAN, DETECTIVE JOHN VICKERD,
CHIEF RICHARD T. DONOVAN, JOHN DOES,
Unknown Buffalo Police Department Supervisors,
and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER
BELLING, in their individual capacities,

                         Defendants.
----------------------------------------


        Examination before trial of **VALENTINO**

**DIXON**, Plaintiff, taken pursuant to the Federal

Rules of Civil Procedure, in the law offices of

HODGSON RUSS LLP, The Guaranty Building,

140 Pearl Street, Suite 100, Buffalo, New York, on

June 7, 2022, commencing at 9:58 a.m., before

LORI K. BECK, CSR, CM, Notary Public.


*JACK W. HUNT & ASSOCIATES, INC.*

2

```
 1   APPEARANCES:        NEUFELD SCHECK & BRUSTIN, LLP,
                         By NICK J. BRUSTIN, ESQ.,
 2                       nick@nsbcivilrights.com and
                         GERARDO ROMO, ESQ.,
 3                       gerardo@nsbcivilrights.com
                         99 Hudson Street,
 4                       8th Floor,
                         New York, New York  10013,
 5                       (212) 965-9081,
                             and
 6                       EASTON THOMPSON KASPEREK
                         SCHIFFRIN, LLP,
 7                       By DONALD M. THOMPSON, ESQ.,
                         16 West Main Street, Suite 243,
 8                       Rochester, New York  14614,
                         (585) 423-8290,
 9                       dmthompson@etksdefense.com,
                         Appearing for the Plaintiff.
10
                         HODGSON RUSS LLP,
11                       By HUGH M. RUSS, III, ESQ.,
                         hruss@hodgsonruss.com and
12                       PETER A. SAHASRABUDHE, ESQ.,
                         psahasra@hodgsonruss.com,
13                       The Guaranty Building,
                         140 Pearl Street, Suite 100,
14                       Buffalo, New York  14202,
                         (716) 856-4000,
15                       Appearing for the Defendants,
                         City of Buffalo; Detective
16                       Mark R. Stambach, Detective
                         Raniero Masecchia, Detective
17                       James P. Lonergan, Detective
                         John Vickerd, Chief Richard T.
18                       Donovan, and John Does, Unknown
                         Buffalo Police Department
19                       Supervisors.

20

21

22

23
```

3

1                    LIPPES MATHIAS WEXLER FRIEDMAN LLP,
                    By JENNIFER C. PERSICO, ESQ.,
2                    50 Fountain Plaza, Suite 1700,
                    Buffalo, New York  14202,
3                    (716) 853-5100,
                    jpersico@lippes.com,
4                    Appearing for the Defendants,
                    County of Erie and
5                    Assistant District Attorney
                    Christopher Belling.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

*Valentino Dixon - Ms. Persico - 06/07/2022*

13

10:07:55  1  correct?

10:07:55  2          **MR. BRUSTIN:**  Objection to the form.

10:07:57  3          **THE WITNESS:**  Yes.

10:07:57  4          **BY MS. PERSICO:**

10:08:00  5          **Q.**   And then you --

10:08:02  6          **MR. BRUSTIN:**  Just for the record, we have a

10:08:04  7  transcript of this meeting.

10:08:05  8          **MS. PERSICO:**  I don't care.

10:08:07  9          **MR. BRUSTIN:**  Okay.  Just for the record.

10:08:09 10  That would be a proper -- a better way to ask him

10:08:11 11  questions about it, but go ahead.

10:08:13 12          **MS. PERSICO:**  Listen, if you want to run

10:08:14 13  your deposition however you want to run it, why

10:08:17 14  don't you let me run this one.

10:08:19 15          **MR. BRUSTIN:**  I'm going to make every

10:08:21 16  objection I need to make.  Go ahead.

10:08:23 17          **MS. PERSICO:**  Clearly.

10:08:23 18          **BY MS. PERSICO:**

10:08:25 19          **Q.**   So once you received the page from

10:08:26 20  Leonard, did you call him back?

10:08:29 21          **A.**   Yes.

10:08:30 22          **Q.**   And during that telephone conversation

10:08:33 23  with him, you learned that he and some of his

*Valentino Dixon - Ms. Persico - 06/07/2022*

14

| | |
|---|---|
| 10:08:39 1 | colleagues were having some trouble with the |
| 10:08:41 2 | Jackson brothers; is that correct? |
| 10:08:43 3 | **A.**    Yes. |
| 10:08:45 4 | **Q.**    So at some point after that telephone |
| 10:08:51 5 | call and/or page, you drove your Mazda RX-7 to pick |
| 10:09:02 6 | up Lamarr Scott on -- on Koons Avenue at Richard |
| 10:09:08 7 | Jarrett's house? |
| 10:09:10 8 | **A.**    Yes. |
| 10:09:10 9 | **Q.**    When you picked up -- pardon me.  It's |
| 10:09:15 10 | terrible allergy season around here. |
| 10:09:18 11 | So when you went to pick up Lamarr Scott on |
| 10:09:25 12 | Koons, you had your TEC-9 in the car with you. |
| 10:09:29 13 | **A.**    Yes. |
| 10:09:30 14 | **Q.**    So then you picked up Lamarr Scott and |
| 10:09:35 15 | drove him and the TEC-9 to Mario Jarman's house in |
| 10:09:40 16 | your car. |
| 10:09:40 17 | **A.**    Yes. |
| 10:09:43 18 | **Q.**    Prior to that date, you had owned that |
| 10:09:46 19 | TEC-9 for about six months? |
| 10:09:50 20 | **A.**    Approximately, yes. |
| 10:09:50 21 | **Q.**    And you kept it in your house on |
| 10:09:55 22 | Lisbon? |
| 10:09:55 23 | **A.**    Yes. |

*Valentino Dixon - Ms. Persico - 06/07/2022*

17

| | | |
|---|---|---|
| 10:11:54 | 1 | **MR. BRUSTIN:**  Not yet. |
| 10:11:55 | 2 | **MR. SAHASRABUDHE:**  Not yet.  They might be. |
| 10:11:57 | 3 | **MS. PERSICO:**  That's true. |
| 10:12:05 | 4 | **BY MS. PERSICO:** |
| 10:12:20 | 5 | **Q.**  So what time do you think you picked up |
| 10:12:27 | 6 | Lamarr from Mr. Jarrett's house on -- on Koons? |
| 10:12:34 | 7 | **A.**  I'm not certain.  I can say an |
| 10:12:36 | 8 | approximate time, if that's what you want. |
| 10:12:38 | 9 | **Q.**  Sure. |
| 10:12:38 | 10 | **A.**  I would say maybe eight or nine in the |
| 10:12:43 | 11 | evening. |
| 10:12:46 | 12 | **Q.**  And that would have been on August 9th. |
| 10:12:48 | 13 | **A.**  Correct. |
| 10:12:48 | 14 | **Q.**  And -- and how did you know that Lamarr |
| 10:13:02 | 15 | was at Mr. Jarrett's house? |
| 10:13:05 | 16 | **A.**  Well, I didn't specifically go there to |
| 10:13:09 | 17 | get him.  This is a place where we all hung out. |
| 10:13:12 | 18 | We were all at Richard Jarrett's house almost every |
| 10:13:15 | 19 | day, you know. |
| 10:13:16 | 20 | So I went over there, and he was just over |
| 10:13:18 | 21 | there, you know. |
| 10:13:18 | 22 | **Q.**  Okay. |
| 10:13:18 | 23 | **A.**  And it was -- that was either me, him, |

*Valentino Dixon - Ms. Persico - 06/07/2022*

33

10:35:40  1          **A.**    Some gun possessions and an assault

10:35:48  2    case.

10:35:49  3          **Q.**    When you say some gun possessions and

10:35:51  4    an assault case, you're talking about several

10:35:54  5    different cases?

10:35:55  6          **A.**    Yes.

10:35:57  7          **Q.**    Can you tell me about each one of

10:35:59  8    those, please?

10:36:02  9          **A.**    Yes, well, I was pulled over and

10:36:06 10    arrested for gun possession.

10:36:06 11          (Mr. Russ entered the deposition.)

10:36:10 12          **BY MS. PERSICO:**

10:36:10 13          **Q.**    Let me stop you there.  And when was

10:36:14 14    that?

10:36:14 15          **A.**    I believe in 1990, somewhere around

10:36:19 16    there.

10:36:21 17          **Q.**    So in the gun possession charge from

10:37:17 18    1990, tell me what happened there.

10:37:22 19          **A.**    I was in traffic, and Buffalo police

10:37:27 20    had a habit of pulling me over a lot, and they

10:37:30 21    found the gun in my car.

10:37:32 22          **Q.**    And -- and in that particular incident

10:37:52 23    that you're talking about, what kind of gun did

*Valentino Dixon - Ms. Persico - 06/07/2022*

44

|           |    |                                                           |
|-----------|----|-----------------------------------------------------------|
|           | 1  | **Bates numbers COE001560**                               |
|           | 2  | **through COE001561**                                     |
| 11:03:29  | 3  | **BY MS. PERSICO:**                                       |
| 11:03:30  | 4  | **Q.**  Mr. Dixon, you've just been handed what           |
| 11:03:33  | 5  | has been marked as County 2, which is Bates stamped       |
| 11:03:37  | 6  | COE1560 and 1561, for the record.                         |
| 11:03:44  | 7  | That is a statement of Leonard Brown given                |
| 11:03:50  | 8  | to the Buffalo police on 8/12/91.  Do you see that?       |
| 11:03:56  | 9  | **A.**  Yes.                                              |
| 11:03:56  | 10 | **Q.**  And is this one of the statements we              |
| 11:04:01  | 11 | talked about earlier that you said you'd had an           |
| 11:04:04  | 12 | opportunity to review?                                    |
| 11:04:06  | 13 | **A.**  Yes.                                              |
| 11:04:10  | 14 | **Q.**  And you understand this to be -- well,            |
| 11:04:13  | 15 | let me -- let me back up.                                 |
| 11:04:14  | 16 | What is your relation to Leonard Brown, if                |
| 11:04:18  | 17 | any?                                                      |
| 11:04:20  | 18 | **A.**  He's a half-brother, but not by                   |
| 11:04:23  | 19 | paternal or anything like that.                           |
| 11:04:26  | 20 | **Q.**  Okay.  So --                                      |
| 11:04:27  | 21 | **A.**  My father was a -- is like a stepfather           |
| 11:04:32  | 22 | to him.                                                   |
| 11:04:32  | 23 | **Q.**  So while your father was not his                  |

13:38:38  1  answer.

13:38:39  2       **THE WITNESS:**  I mean, we were guys in the

13:38:42  3  street not doing the right thing.  We're not going

13:38:45  4  to go tell the police what happened, you know.  I

13:38:47  5  mean, even though Torriano and Aaron Jackson, you

13:38:58  6  know, pulled up and started shooting and --

13:39:00  7  everything happened so quickly, you know.

13:39:05  8       You know, what was running through my mind

13:39:07  9  and his mind, I believe, is that it was

13:39:10 10  self-defense.  You know, nothing else, you know.

13:39:13 11  And if the police don't come asking, nobody's going

13:39:15 12  to say anything.  I'm not going to say anything.

13:39:17 13       **BY MS. PERSICO:**

13:39:22 14       **Q.**  Did you guys discuss that it was in --

13:39:26 15  in self-defense?

13:39:28 16       **A.**  We didn't have to.  It was obvious.  He

13:39:31 17  jumped out of the car and started shooting.

13:39:36 18       **Q.**  Were you able to -- to see Lamarr Scott

13:39:39 19  do the shooting?

13:39:40 20       **A.**  Well, when I ran out of the store, I

13:39:44 21  ran with Antoine.  I grabbed him, and we ran toward

13:39:48 22  my car and turned around maybe 40 yards back and

13:39:52 23  was able to see the shooting from there, and we

*Valentino Dixon - Ms. Persico - 06/07/2022*

123

13:39:54   1   just looked at each other like "Whoa."

13:39:57   2        Q.   And -- and you said there were so many

13:40:01   3   bullets fired.  How many bullets did that gun hold?

13:40:08   4        A.   I believe 30.

13:40:14   5        Q.   And did you come to learn that

13:40:18   6   approximately 27 shells were recovered at the

13:40:23   7   scene?

13:40:25   8        A.   Later on when I received the paperwork,

13:40:27   9   yes.

13:40:27  10        Q.   And when you were there, did you

13:40:31  11   hear -- did you hear a lot of shots being fired?

13:40:35  12        A.   Well, the first shots I heard fired, I

13:40:39  13   was inside the store, you know.

13:40:40  14        Q.   Okay.

13:40:41  15        A.   It was like a pop, pop, you know, so

13:40:43  16   it's like, "Oh, God," you know, and I ran out,

13:40:46  17   because I was thinking of my brother, and he was

13:40:47  18   kind of standing at the doorway.

13:40:49  19        And I looked to the side, and I saw Mario

13:40:53  20   tussling with Aaron and Torri.  At first I thought

13:40:57  21   it was just a fight, and then I saw this handgun,

13:41:00  22   one of them holding a handgun.

13:41:01  23        So my brother --

*Valentino Dixon - Ms. Persico - 06/07/2022*

124

13:41:01  1        **Q.**   I'm sorry to cut you off, Mr. Dixon,

13:41:03  2  but I just asked if -- did -- did you hear a lot of

13:41:06  3  shots.

13:41:07  4        **MR. BRUSTIN:**  Don't -- no, no, no, no,

13:41:09  5  finish your answer, please.  Don't -- you're not

13:41:11  6  going to cut him off.

13:41:12  7        Please finish your answer.  You saw Torri

13:41:13  8  with a handgun.  Continue, please.

13:41:13  9        **THE WITNESS:**  Yes.

13:41:16 10        **MS. PERSICO:**  If you want to ask --

13:41:16 11        **MR. BRUSTIN:**  No, no, no, he's going to

13:41:17 12  finish.

13:41:17 13        **MS. PERSICO:**  No.  Mr. Brustin, I asked a

13:41:17 14  question.

13:41:18 15        **MR. BRUSTIN:**  You are not going to cut off

13:41:20 16  his answer.  That's not happening.

13:41:21 17        Please finish your answer.

13:41:23 18        **THE WITNESS:**  Yes.  Well, I saw one of the

13:41:25 19  guys -- I didn't know him personally -- one of the

13:41:27 20  guys with a handgun, and my brother was trying to

13:41:31 21  like maybe help Mario, like go in there and help

13:41:31 22  him.

13:41:33 23        And I says, "No, he got a handgun," and I

*Valentino Dixon - Ms. Persico - 06/07/2022*

125

13:41:35   1 | pulled him away, you know, and we ran around the

13:41:39   2 | situation and ran towards my car, and Lamarr come

13:41:39   3 | running past us.

13:41:52   4 |      We ran around the incident that was

13:41:52   5 | occurring and ran towards my car.  I pulled him

13:41:53   6 | towards my car, and we ran up the street, and

13:41:55   7 | Lamarr came running towards the scene in the

13:42:01   8 | opposite direction.

13:42:03   9 |      **BY MS. PERSICO:**

13:42:04 10 |      **Q.**   So you saw a handgun.

13:42:06 11 |      **A.**   Yes.  Silver.

13:42:11 12 |      **Q.**   And you're familiar with handguns.

13:42:13 13 |      **A.**   Well, yes, I mean, I had a few.

13:42:17 14 |      **Q.**   Did the handgun that you saw hold 30

13:42:20 15 | rounds?

13:42:20 16 |      **A.**   No.  I mean, it was a small handgun.

13:42:24 17 | It would maybe hold five rounds or seven.

13:42:28 18 |      **Q.**   So let's go back to you're -- you --

13:42:33 19 | you, Arniece, and Lamarr are at your house on

13:42:36 20 | Lisbon.  Does Arniece ask what happened?

13:42:40 21 |      **A.**   I already told her, you know, there was

13:42:42 22 | a shooting, you know.

13:42:43 23 |      **MR. BRUSTIN:**   She's just asking if you

*Valentino Dixon - Ms. Persico - 06/07/2022*

142

| | | |
|---|---|---|
| 13:59:17 | 1 | And I know Lamarr was hanging out with |
| 13:59:21 | 2 | Kenny, you know, so he was around Pastor Simmons. |
| 13:59:21 | 3 | **BY MS. PERSICO:** |
| 13:59:24 | 4 | **Q.**   And you declined that. |
| 13:59:25 | 5 | **A.**   Of course.  Yes. |
| 13:59:26 | 6 | **Q.**   Why are you so adamantly opposed to |
| 13:59:33 | 7 | talking to Lamarr Scott? |
| 13:59:34 | 8 | **MR. BRUSTIN:**  Well, first of all, don't -- |
| 13:59:35 | 9 | don't disclose anything that -- that you've talked |
| 13:59:39 | 10 | about with your attorneys, but if there's other |
| 13:59:42 | 11 | reasons apart from that, you can raise them. |
| 13:59:45 | 12 | **THE WITNESS:**  Well, it's -- it's the |
| 13:59:50 | 13 | principle of the thing.  You know, it's the |
| 13:59:53 | 14 | principle. |
| 13:59:54 | 15 | You know, I got arrested for something he |
| 13:59:58 | 16 | did, and I didn't tell the police anything, because |
| 14:00:00 | 17 | we just in the neighborhood.  I mean, in the inner |
| 14:00:04 | 18 | city, you just don't speak about these type of |
| 14:00:06 | 19 | things, because it can be harmful to you. |
| 14:00:09 | 20 | You know, I mean, I have a different mind |
| 14:00:12 | 21 | state now, but as a kid, I'm not going to run my |
| 14:00:15 | 22 | mouth and say somebody did something.  You know, |
| 14:00:17 | 23 | just don't do it, and it just makes your life |

14:00:21  1  horrible.  Like it travels with you for the rest of

14:00:23  2  your life, you know.  You know, unless you move

14:00:25  3  into the Arizona desert somewhere away from the

14:00:28  4  whole, you know, environment.

14:00:29  5      But, you know, he went to the Grand Jury and

14:00:34  6  said I committed this crime, so every time I try to

14:00:37  7  file an appeal, every court, you know, in the

14:00:41  8  justice system said I don't have any credible merit

14:00:44  9  to my case, you know.

14:00:45 10      And how do you think I felt about that?  For

14:00:48 11  17 years, this confession didn't mean anything.

14:00:51 12  Every justice, every magistrate wrote an opinion

14:00:56 13  that my case is not credible, okay?  They

14:00:58 14  disregarded the seven witnesses.  They were not

14:01:00 15  credible.  You know, and I forgave him for that.

14:01:03 16      And then, you know, he turned around and

14:01:06 17  left Attica and said he couldn't have anything to

14:01:08 18  do with me.  Imagine me ever speaking to this guy

14:01:11 19  again.

14:01:11 20      **BY MS. PERSICO:**

14:01:12 21      **Q.**   Is there a reason that -- during all of

14:01:17 22  that time prior to 2018, why didn't you come

14:01:21 23  forward and admit that you brought the gun, but

14:13:00  1  ever within a hundred yards of Mark Stambach?

14:13:03  2       A.    Not to my -- not to my knowledge.

14:13:05  3       Q.    And as you sit there today, do you have

14:13:07  4  an independent recollection of Mark Stambach on

14:13:10  5  August 10th, 1991?

14:13:12  6       A.    Okay, repeat that again.

14:13:16  7       MR. BRUSTIN:  Are you asking if he remembers

14:13:17  8  what he looks like?

14:13:18  9       MR. SAHASRABUDHE:  No, sorry.  Strike that.

14:13:21 10  Strike that.

14:13:22 11       BY MR. SAHASRABUDHE:

14:13:22 12       Q.    Do you remember Mark Stambach from your

14:13:24 13  arrest on August 10th, 1991?

14:13:27 14       A.    Yes.

14:13:27 15       Q.    Okay.  And can you tell me what your

14:13:30 16  independent recollection is of your interactions

14:13:32 17  with Mark Stambach?

14:13:34 18       MR. BRUSTIN:  Objection to form.  You can

14:13:34 19  answer.

14:13:35 20       THE WITNESS:  He told me if I didn't know

14:13:37 21  who committed the crime or tell him who committed

14:13:41 22  the crime, that I would be going to prison for the

14:13:43 23  crime.

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

159

14:18:41  1          THE WITNESS:  Sometimes.

14:18:42  2          BY MR. SAHASRABUDHE:

14:18:43  3      Q.   And you used the money that you -- that

14:18:50  4  you earned from drug dealing just to buy some cars

14:18:53  5  from time to time, correct?

14:18:55  6      A.   Yes.

14:18:55  7      Q.   Would it be fair to say that they were

14:18:57  8  considered nice cars by people -- people you were

14:18:59  9  with?

14:18:59 10      A.   Yes.

14:19:02 11      Q.   And -- okay.  Is it fair to say that

14:19:06 12  that might stand out to a patrolman who regularly

14:19:09 13  patrolled the neighborhood that you lived in?

14:19:10 14      A.   Big time.

14:19:12 15      Q.   But do you have any firsthand knowledge

14:19:14 16  of any of my clients being patrolmen assigned to

14:19:19 17  the neighborhood that you lived in?

14:19:21 18      A.   No.

14:19:21 19      Q.   Did Lamarr Scott deal drugs for you?

14:19:29 20      A.   No.

14:19:32 21      Q.   So if he -- if he told us at his

14:19:34 22  deposition that he did deal cocaine for you, he'd

14:19:36 23  be lying.

| | | |
|---|---|---|
| 14:26:14 | 1 | put it in the hallway. |
| 14:26:15 | 2 | **THE WITNESS:**  Oh, yes, it remained in the |
| 14:26:18 | 3 | hallway the whole time, yes. |
| 14:26:20 | 4 | **BY MR. SAHASRABUDHE:** |
| 14:26:21 | 5 | **Q.**   And it's your testimony that after the |
| 14:26:24 | 6 | altercation ensued, you ran away with Toine, and |
| 14:26:32 | 7 | Lamarr ran to Mario Jarmon's house, correct? |
| 14:26:36 | 8 | **A.**   Yes.  Yes. |
| 14:26:37 | 9 | **Q.**   You saw Lamarr running to Mario |
| 14:26:41 | 10 | Jarmon's house? |
| 14:26:41 | 11 | **A.**   I saw him running towards us.  You |
| 14:26:43 | 12 | know, I was already in the car, you know, and he |
| 14:26:45 | 13 | was running towards us after the shooting. |
| 14:26:46 | 14 | **Q.**   Did -- did Toine get in your car? |
| 14:26:49 | 15 | **A.**   No. |
| 14:26:49 | 16 | **Q.**   Where -- what direction did Toine go |
| 14:26:49 | 17 | in? |
| 14:26:51 | 18 | **A.**   He ran in Mario Jarmon's yard. |
| 14:26:54 | 19 | **Q.**   Do you recall Lamarr Scott trying to |
| 14:26:55 | 20 | get in your car after the shooting? |
| 14:26:58 | 21 | **A.**   He was running towards it, and I was |
| 14:27:00 | 22 | looking like, "It's not going to happen," and I |
| 14:27:02 | 23 | pulled off on him. |

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

170

14:27:03   1          **Q.**   Did you say, "You're not getting in my

14:27:05   2   fucking car"?

14:27:05   3          **A.**   No, I didn't say that.

14:27:07   4          **Q.**   Okay.  So if he told us that's what you

14:27:12   5   said to him, he'd be wrong.

14:27:14   6          **MR. BRUSTIN:**  Objection to form.

14:27:14   7          **THE WITNESS:**  Yes, he would be lying.

14:27:15   8          **BY MR. SAHASRABUDHE:**

14:27:23   9          **Q.**   You and Antoine Shannon are

14:27:26  10   half-brothers, correct?

14:27:27  11          **A.**   We have the same father.

14:27:28  12          **Q.**   Would you say that you and Antoine

14:27:29  13   Shannon look alike?

14:27:31  14          **A.**   Not really, no.

14:27:32  15          **Q.**   How tall is Antoine Shannon?

14:27:35  16          **A.**   Well, I'm five nine, so he'll be about

14:27:39  17   five eight.

14:27:40  18          **Q.**   Okay.  So you're around the same

14:27:43  19   height, then --

14:27:43  20          **A.**   Yes.

14:27:43  21          **Q.**   -- fair to say?

14:27:44  22          **A.**   Yes.

14:27:44  23          **Q.**   Is Antoine Shannon skinny?

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

184

14:38:18  1        BY MR. SAHASRABUDHE:

14:38:18  2        Q.   Before the shooting occurred, did you

14:38:20  3   say anything to Lamarr Scott?

14:38:22  4        MR. BRUSTIN:  Objection to form.

14:38:23  5        THE WITNESS:  No.  No.

14:38:24  6        BY MR. SAHASRABUDHE:

14:38:24  7        Q.   You didn't say, "They're shooting over

14:38:26  8   there"?

14:38:27  9        A.   No.

14:38:27 10        Q.   You didn't say any words at all to him?

14:38:30 11        A.   Nothing.

14:38:31 12        Q.   And so again, if he told us that you

14:38:33 13   pointed out Torriano Jackson and directed him that

14:38:40 14   that's the person he should be going after, he'd be

14:38:42 15   lying to us, correct?

14:38:43 16        A.   Absolutely.

14:38:44 17        Q.   That's a complete lie and fabrication

14:38:44 18   by --

14:38:48 19        MR. BRUSTIN:  Objection to form.

14:38:49 20        THE WITNESS:  Complete, made-up lie.

14:38:49 21        BY MS. PERSICO:

14:38:50 22        Q.   -- Lamarr Scott?

14:38:54 23        A.   That's a complete lie.  It's made up.

*Valentino Dixon - Mr. Sahasrabudhe - 06/07/2022*

189

14:42:25  1          **THE WITNESS:**  No, I don't -- I don't know,

14:42:26  2   because I didn't see it anymore.

14:42:29  3          **BY MS. PERSICO:**

14:42:29  4          **Q.**   Can I ask you:  Do you recall, on -- on

14:42:31  5   the day of the shooting, did you have six to eight

14:42:35  6   beers?

14:42:36  7          **A.**    No, I don't remember drinking a lot

14:42:38  8   that day, and I didn't drink six to eight beers

14:42:41  9   every single day, you know, so I don't remember

14:42:43 10   being drunk like that.

14:42:44 11          **Q.**   Do you remember drinking beer with

14:42:47 12   Mario, Lamarr, Leonard, and Toine before the

14:42:54 13   incident?

14:42:54 14          **A.**    No, because I didn't get a chance to.

14:42:56 15   I was in the store when the shots were going.  I

14:42:59 16   was going to get a beer when the shots rang out.

14:43:00 17          **Q.**   So there was no point where you were

14:43:02 18   sitting with them drinking beer?

14:43:02 19          **MR. BRUSTIN:**  Objection to form.

14:43:04 20          **THE WITNESS:**  I don't remember that, no.

14:43:04 21          **BY MR. SAHASRABUDHE:**

14:43:06 22          **Q.**   One final question:

14:43:07 23          Do you ever remember talking to Lamarr Scott

213

```
 1   STATE OF NEW YORK )

 2                         ss:

 3   COUNTY OF ERIE    )

 4

 5        I DO HEREBY CERTIFY as a Notary Public in and

 6   for the State of New York, that I did attend and

 7   report the foregoing deposition, which was taken

 8   down by me in a verbatim manner by means of machine

 9   shorthand.  Further, that the deposition was then

10   reduced to writing in my presence and under my

11   direction.  That the deposition was taken to be

12   used in the foregoing entitled action.  That the

13   said deponent, before examination, was duly sworn

14   to testify to the truth, the whole truth and

15   nothing but the truth, relative to said action.

16

17

18                         _____

19                         LORI K. BECK,
                           CSR, CM,
20                         Notary Public.

21

22

23
```