# EXHIBIT 24

1 **VALENTINO DIXON**

2 ------------------------------------------------

3 In the Matter of the Claim of:
VALENTINO DIXON,

4

                                Claimant,
5
        -against-
6
CITY OF BUFFALO and
7 COUNTY OF ERIE,

8                               Respondents.

9 ------------------------------------------------

10

11                     Examination Under Oath of

12     VALENTINO DIXON, taken pursuant to Section 50-h

13     of the General Municipal Law and Rules, in the

14     law offices of CORPORATION COUNSEL, 1100 City

15     Hall, Law Department, Buffalo, New York 14202,

16     commencing on October 1, 2019, at 9:00 a.m.,

17     before DEBORAH DELELYS, Notary Public.

18

19

20

21

22

23

1        curb.
2    Q.  On the same street as the corner store?
3    A.  Yes.  Within ten yards of the corner store.  It
4        was just like right on the side.
5    Q.  What happens next?
6    MS. MCCARTHY:  Objection.
7    THE WITNESS:  My younger brother wanted to run and
8        help Mario, but I seen one of the guys had a
9        gun, so I pulled him back and grabbed him and
10       took him with me up the street towards my car.
11   BY MS. HUGGINS:
12   Q.  Would that car have been the Mazda that you
13       referred to earlier?
14   A.  Yes.
15   Q.  Where was the Mazda parked?
16   A.  In front of Mario's house, about eighty yards up
17       the street.
18   Q.  On East Delavan?
19   A.  Yes.
20   Q.  How did you take your brother to your car?
21   MS. MCCARTHY:  Objection.
22   THE WITNESS:  I grabbed him, said let's go and we
23       both ran towards my car.

1    BY MS. HUGGINS:

2    Q.  Would that be a full city block away?

3    A.  I don't think so.  Maybe a half a city block.

4    Q.  At this point did you have any weapon with you?

5    MS. MCCARTHY:  Objection.

6    THE WITNESS:  No.

7    MS. HUGGINS:  At the point that the shots were

8         fired, were you and your brother still running

9         towards the vehicle?

10   MS. MCCARTHY:  Objection.

11   THE WITNESS:  The first shots had already been fired

12        when I was in the store.

13   MS. HUGGINS:  Let me clarify.  The shots that Scott

14        let off, that you just mentioned, were you still

15        running to the vehicle at the time that those

16        were fired?

17   MS. MCCARTHY:  Objection.

18   THE WITNESS:  Pretty much.  Because he ran past us,

19        but then he shot up in the air.

20   MS. HUGGINS:  At the time that he shot into the air,

21        were you facing him or running away from him?

22   MS. MCCARTHY:  Objection.

23   THE WITNESS:  He was coming this way and we were

1           going that way.
2      BY MS. HUGGINS:
3      Q.   So you just gestured as if you were both running
4           in opposite directions?
5      A.   Yes.
6      Q.   At the time that he fired the shots, was he out
7           of your line of view?
8      A.   Yes.  He was about forty yards away when he shot
9           up the first -- about forty yards away from us
10          because he ran past us.  Once he got down the
11          street, he shot like a couple times in the air.
12     Q.   Did you observe him shoot those warning shots
13          that you just demonstrated?
14     MS. MCCARTHY:  Objection.
15     THE WITNESS:  Yes.
16     MS. HUGGINS:  The shots that followed, did you
17          observe Scott shoot those shots?
18     MS. MCCARTHY:  Objection.
19     THE WITNESS:  Yes.
20     MS. HUGGINS:  Had you stopped running?  How were you
21          able to observe those shots?
22     MS. MCCARTHY:  Objection.  Which shots?
23     THE WITNESS:  The shots -- the second hand of shots,

1      I was at my car by then and I stopped to turn --
2      me and my brother stopped and turned around.  We
3      were just watching everything from my car.
4  BY MS. HUGGINS:
5  Q.  Once you arrived at your car, what happened
6      next?
7  A.  Scott let off a bunch of shots right in the area
8      with Torriano and Aaron.  And me and my brother
9      just looked at each other like in a state of
10     shock.
11 Q.  Were you inside your car at that point?
12 A.  No.  I was still outside the car.
13 Q.  What happened next?
14 A.  My brother took off into Mario's yard and I
15     jumped in my car and pulled away.
16 Q.  When you say brother, you mean --
17 A.  Antoine Shannon, yes.
18 Q.  Was anyone with you in your vehicle when you
19     left?
20 A.  No.
21 Q.  Where did you go?
22 A.  Home.
23 Q.  What route did you take to leave Delavan to get

117

1   STATE OF NEW YORK)
2     SS:
3   COUNTY OF ERIE)
4
5                    I, DEBORAH DELELYS, a Notary
6   Public in and for the State of New York, County
7   of Erie, DO HEREBY CERTIFY, that the proceedings
8   were taken down by me in a verbatim manner by
9   means of Machine Shorthand and that the
10  proceedings were taken to be used in the
11  above-entitled action.
12                   I further CERTIFY that the
13  above-described transcript constitutes a true,
14  accurate and complete transcript of the
15  testimony.
16
17
18
19          _____
            DEBORAH DELELYS
20          Notary Public
21
22
23