# EXHIBIT 26



**COUNTY OF ERIE**
OFFICE OF THE
**DISTRICT ATTORNEY**

November 22, 1991

KEVIN M. DILLON
DISTRICT ATTORNEY

TELEPHONE
716-858-2424
FAX 716-858-7425

Commissioner Ralph V Degenhart
Buffalo Police Department
74 Franklin street
Buffalo NY 14202
ATTN: Capt. Richard T. Donovan
      Crimes Against Persons/Homicide Bureau

                        RE: People v. Valentino Dixon
                              File No. 91-1476
                              <u>BPD Homicide File No. 91-145</u>

Dear Chief Donovan:

       As we discussed earlier this week I had occasion, on November 21, 1991, to go to Campbellsville, Kentucky, to talk with Antoine Shannon in regard to the shooting of Torriano Jackson, which occurred on August 10, 1991. Mr. Shannon is the half-brother of the person arrested by the Buffalo Police Department, Valentino Dixon. I took a sworn statement from Mr. Shannon and it is enclosed herewith.

       Obviously, after review of the statement, it becomes apparent that we have major discrepancies in regard to who committed the murder of Torriano Jackson. It is my opinion that these discrepancies can only be cleared up by continued investigation. Namely, there are various people who were at the scene of this shooting who have never been talked to. It is imperative that these people be located and interviewed in depth as soon as possible. If they can be located during the day I would like to participate in the interview.

       The people who need to be located and interviewed are:

       1. <u>Heather Smith</u> - she is supposedly a high school student at City Honors High School and the information that I have been able to obtain is that she lives somewhere off of Humboldt Parkway. She may not be an eyewitness to the events at the scene but she is supposed to be the motive for this crime based upon investigation that I have conducted and that has been conducted by your Bureau.

       2. <u>Walter Dennis</u> - he is another high school student, supposedly lives in the 200 block of Ericson Avenue in the City of Buffalo.

                          /cont'd.......

Commissioner Ralph     - 2 -     November 22, 1991
V. Degenhart

        3. An individual whose street or nickname is "Peanut" and he supposedly lives on Langmeyer Street in the City of Buffalo.

        4. Tamara Frida, who owned a red and white GEO Tracker which was hit by a stray bullet at the scene. Her auto registration reflects an address of 40 West Balcolm Street, in Buffalo.

        5. Jeffrey Shelton - supposedly lives at 1150 East Delavan Avenue, in the upper apartment.

        6. Rhonda Sally - she is a black female, approximately 18 years old. She went to Kensington High School and supposedly currently attends Erie Community College City Campus.

        7. Mario Jarmon - he is one of the victims of this shooting who has all along claimed that he was not shot by Valentino Dixon, however he has never been interviewed. I would particularly like to participate in the interview of Mario Jarmon.

        If for any reason, new cases, shortage of personnel, etc., you feel that the Homicide Bureau will not be able to accomplish locating and interviewing these individuals prior to December 7, 1991, please advise me and I will attempt to recruit District Attorney's Investigators to assist in the task.

        Thank you for your anticipated cooperation in regard to this matter.

                    Very truly yours,

                    KEVIN M. DILLON
                    DISTRICT ATTORNEY

           BY:     CHRISTOPHER J. BELLING
                    Chief Assistant District Attorney
                    Homicide Bureau

CJB:mb
encl(s).