# EXHIBIT 27

# Mystery witness talks of killing

## *Finding the truth proves a difficult task*

*Part 2 in a two-part series on the murder of Torianno Jackson*

By Anthony Cardinale

NEWS STAFF REPORTER

You almost need a score card to figure out who, on any given day, was telling the truth in the Torriano Jackson murder investigation.

Lamarr Scott confessed, then recanted, then confessed again.

Emil "Lucky" Adams testified Valentino Dixon was the killer but later told a private investigator he had lied to the jury.

Leonard Brown and Mario Jarmon told a grand jury that Scott — not Dixon — killed Jackson, but were later convicted of perjury.

Michael Bland, who first told police he didn't see who had the gun, nows says it was Scott.

And who was sitting in the red Tracker that was found abandoned in the parking lot of Louie's where the shootings occurred?

At the time, she was 20 years old. Today, she is a social worker and mother, taking classes toward a master's degree.

She doesn't want to be identified by name in The Buffalo News, fearful of retribution, given that so many of the people at the scene of the shooting that night had been tied to drugs and violent crimes.

On that August night in 1991, the woman recalled, she parked in her red Tracker outside Louie's and was eating a hot dog and talking with Adams through the driver's door window.

"We were just hanging out," she said. "That was the spot to be after you went to a club."

The woman said she remembers a car pulling up on East Delavan headed toward Bailey, and several young men get-



James P. McCoy/Buffalo News

**Laura Jackson stands at the corner on Buffalo's East Side where her son, Torriano Jackson, was killed in 1991.**

See **Jackson** on Page A2