# EXHIBIT 31



**COUNTY OF ERIE**
OFFICE OF THE
**DISTRICT ATTORNEY**

KEVIN M. DILLON
DISTRICT ATTORNEY

November 22, 1991

TELEPHONE
716-858-2424
FAX 716-858-7425

Ms Sylvia C Morris
Dean of Student Development
Campbellsville College
Campbellsville KY  42718

               RE:  People v. Valentino Dixon
                    File No. 91-1476

Dear Ms. Morris:

      I am writing to thank you for the extremely courteous and valuable cooperation that you and your Assistant, Ms. Hightower, provided to myself and Investigator Shanley on November 21, 1991.

      Our visit to Campbellsville reaffirmed my belief in the value of the smaller, four-year liberal arts college.  It seems clear that Campbellsville College is doing a great job of educating its student body.

      I do wish to stress that Antoine Shannon was not and is not under any suspicion in regard to the events about which he was questioned.  As a matter of fact, having interviewed many of his friends and relatives over the past several months during this investigation, I have to say that his three months at Campbellsville have enhanced his personality development to a noticeable degree.  Obviously the Campbellsville experience has been a positive one for Antoine.

      Once again, thank you for all your assistance and please feel free, if you are ever in need of any information or assistance from Western New York or Southern Ontario, to contact me and I will do whatever I can to assist you.

                               Very truly yours,

                               KEVIN M. DILLON
                               DISTRICT ATTORNEY

            BY:  CHRISTOPHER J. BELLING
                  Chief Assistant District Attorney
                  Homicide Bureau

CJB:mb