# EXHIBIT 36

12/4/91   MARIO JARMON
          896-5817   Mario home #
                    mother Lily Jarmon —

> 3 Shots by Torre w/ little
> revolver — all hit
> Mario

didn't see LaMar on a bike

Lamarr's # 894-8601

COE002306