EXHIBIT 37



# Sisters Hospital
*Answering the Call* DISTRICT ATTORNEY

Sisters of Charity Hospital
2157 Main Street
Buffalo, New York 14214
(716) 862-2000

91 OCT -8 PH 2:00

Date: *October 4, 1991*

To whom it may concern:

Re: *John Sullivan III*

This is to certify that the enclosed are copies of medical records. These medical records were made in the regular course of the business of Sisters of Charity Hospital, and were made at the time of such transaction or event recorded or written, or at reasonable time thereafter.

*Clarise Patti*

**Clarise Patti**
**Supervisor, Medical Records**

Sworn to before me this **8th** day of *October 1991*

NOTARY PUBLIC: STATE OF NEW YORK

*Sally Ann V. Czermerys*

SALLY ANN V. CZERMERYS
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
My Commission Expires Sept. 30, 19 93

MRDEPT FORM 910215/SAVC
FORMS\ROIVRFY.LTR



Member of DAUGHTERS OF CHARITY NATIONAL HEALTH SYSTEM          **COE001894**

# Sisters Hospital
*Answering the Call*

**PATIENT REGISTRATION**

2157 Main St.
Buffalo, NY 14214
862-2814

E   EMERGENCY DEPARTMENT

| ADMIT NO. | | | | SERV. | M.D. | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|
| 212207650 | | | | EME | | 04-53-93 |

| PATIENT NAME (LAST, FIRST, M.I., SFX) | PREVIOUS NAME | ADMIT DATE | TIME | ROOM/BED | RT./SC. | P/R | TL |
|---|---|---|---|---|---|---|---|
| SULLIVAN, JOHN A | | 8/10/91 | | | | 2/7 | N |

| ADDRESS LINE 1 | BIRTHDATE | AGE | SEX | M.S. | N.I.C. | SOCIAL SECURITY NO. | VIP | RELIGION | BA |
|---|---|---|---|---|---|---|---|---|---|
| 49 ELMER | 3/02/74 | 17Y | M | S | P | 000000000 | | BAPTIST | |

| ADDRESS LINE 2 | CITY | COUNTY | CODE | STATE | ZIP CODE | COUNTRY | PHONE |
|---|---|---|---|---|---|---|---|
| | BUFFALO, | ERIE | 14 | NY | 14215 | | 835-968 |

| EMPLOYER | ADDRESS | CITY | STATE | ZIP CODE | PHONE |
|---|---|---|---|---|---|
| * DEPENDENT CHILD | | | | | 000000000 |

| SYMPTOMS/CHIEF COMPLAINT | ATTENDING PHYSICIAN | REFERRING PHYSICIAN | FAMILY PHYSICIAN |
|---|---|---|---|
| GSW TO RT.THIGH | GORDON, THOM | NONE GIVEN | |

| PRIOR STAY. INSTITUTION | FROM | TO | ORGAN DONOR? | PLANNED PROCEDURE |
|---|---|---|---|---|
| | 0/00/00 | | | |

| GUARANTOR NAME (LAST, FIRST, M.I., SFX) | RELATION | SOCIAL SECURITY NO. | BIRTHDATE | HOME PHONE |
|---|---|---|---|---|
| SULLIVAN, LINDA | MOTHER | 000000000 | 0/00/00 | 4049872378 |

| ADDRESS | CITY | STATE | ZIP | WORK PHONE |
|---|---|---|---|---|
| 2098 CORNER CIRCLE | LYTHONIA, | GA | 32008 | |

| EMPLOYER | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| AT&T TAMER TELE & TE | 12 FOUNTAIN PLAZA | BUFFALO | NY | 14204 |

| EMERGENCY NOTIFICATION (LAST, FIRST) | RELATION | REL ADDRESS | CITY | STATE | ZIP CODE | PHONE |
|---|---|---|---|---|---|---|
| SULLIVAN, JOHN A | FATHE | 49 ELMER AVE | BUFFA | NY | 14215 | 7168359680 |
| SULLIVAN, JOHN | GRAND | 309-ADAMS | BUFFALO | NY | 14212 | 7168476898 |

| | CODE | POLICY NUMBER | GROUP | PLAN | SUBSCRIBER NAME (LAST, FIRST) |
|---|---|---|---|---|---|
| SELF PAY | 0000 | | | 00000 | |
| INSURANCE NAME | 0000 | | | 00000 | |
| INSURANCE NAME | 0000 | | | 00000 | |
| INSURANCE NAME | 0000 | | | 00000 | |

| ASSIGN OF BEN? N | PRE CT. | INSUR. NOTES: |
|---|---|---|

| REMARKS | REMARKS | SELF/FATHER | | CLERK | EMG |
|---|---|---|---|---|---|
| | | BROUGHT BY: A-2 | | | |

TIME: 2:20 Ру   TRIAGE CLASS: /

Pt was shot in his (R) thigh by an Automatic
weapon as the pt was running away from the gunman.
No LOC.

ETOH Halotosis

in NAD  Skin: wed & gtt mm wt Rep
(R) Rest thigh (L)-shaped Laceration Laterally and small O.S.
EXT pulses +4/+2 at fem, pop, DP&PT
Abd soft, BSx4 No masses, No tenderness
Rectal heme ⊖   V-Ray ⊖ for Fx or FB
HEENT ⊘
Neuro Alert, OX3, mentation is clear
DTR WNC; CN 2-12 grossly intact
Soft Injury   PT :22   B3 38.1
PTT : 12  6.4   3.6 | 32   143 | 10 | 8

A) GSW. (R) Thigh
(by hist. doubtful)
prob Lac. from something
else   240,000

| PATIENT CLASSIFICATION | | |
|---|---|---|
| ☐ 1 | ☐ 2 | ☐ 3 |
| ☐ 4 | ☐ 5 | ☐ 6 |
| ☐ EMPLOYEE HEALTH | | |

INITIAL VITAL SIGNS   TIME:
BP         P         T         R

AUTHORIZATIONS I authorize the hospital and
the physician assigned or his designees as
provided by law, to furnish such nursing care
and medical treatment, as in the judgement of
the physician is considered necessary and
proper in my case; I hereby guarantee payment
of charges for this visit.

SIGNED
WITNESS

| PAGING | NAME | TIMES |
|---|---|---|
| PAGED | | |
| RESPOND | discussed | |
| PAGED | Dr Stumf | |
| RESPOND | Will Hu | |
| PAGED | office | |
| RESPONDED | | |

PHYSICIAN SIGNATURE - ADMIT
PHYSICIAN SIGNATURE - DISCHARGE

741-3585

COE001895

784-294300 (1/91)

# Sisters Hospital
*Answering the Call*

2157 Main St.
Buffalo, NY 14214
862-2814

PATIENT REGISTRATION

E    EMERGENCY DEPARTMENT

| ADMIT NO. | | | | | | SERV. | M.D. | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|---|---|---|
| 12207650 | | | | | | EME | S | 04-53-93 |

| PATIENT NAME (LAST, FIRST, M.I., SFX) | | PREVIOUS NAME | | ADMIT DATE | TIME | ROOM/BED | RT./SC. | P/R | TL |
|---|---|---|---|---|---|---|---|---|---|
| SULLIVAN, JOHN A | | | | 8/10/91 | 2:23 | | 2/7 | N | |

| ADDRESS LINE 1 | BIRTHDATE | AGE | SEX | M.S. | RACE | N.L.C. | SOCIAL SECURITY NO. | VIP | RELIGION | BA |
|---|---|---|---|---|---|---|---|---|---|---|
| 49 ELMER | 3/02/74 | 17Y | M | S | R | 0 | 000000000 | | BAPTIST | |

| | CITY | COUNTY | CODE | STATE | ZIP CODE | COUNTRY | PHONE |
|---|---|---|---|---|---|---|---|
| | BUFFALO, | ERIE | 14 | NY | 14215 | | 835-968 |

**PHYSICIAN ASSESSMENT (CONTINUED)**

**REEVALUATION**

| TIME | REASSESSMENT |
|---|---|
| | |
| TIME | REASSESSMENT |
| | |
| TIME | REASSESSMENT |
| | |

| TIME | ADDITIONAL ORDERS | NURSE'S SIGNATURE | TIME |
|---|---|---|---|
| 8/10/91 | 2/g bore line c̄ LR @ 200cc total 8cc NN Kg | | |
| | Keflex 500mg now & ____ to go | | 0505 |
| | DT 0.5mg IM now | | 0455 |

| X-RAY | TIME | RESULTS | LAB | TIME | RESULTS | | TIME | RESULTS |
|---|---|---|---|---|---|---|---|---|
| ☐ CHEST | | | ☐ CBC | | | ☐ TOX | | |
| ☐ ABD | | | ☐ SMA 7 | | | ☐ ALCOHOL | | |
| ☐ SPINE | | | ☐ SMA 12 | | | ☐ EKG | | |
| ☐ CT | | | ☐ PT/PTT | | | ☐ OLD REC. | | |
| ☐ SON | | | ☐ ABG | | | ☐ | | |
| ☒ (R) femur | | | ☐ MI | | | ☐ | | |
| ☒ Pelvis | | | ☐ LIVER | | | ☐ OXYGEN | | |
| ☐ | | | ☐ DIG | | | ☐ AEROSOL | | |
| ☐ | | | ☐ THEO | | | ☐ NG | | |
| ☐ | | | ☒ U/A cath | | | ☐ FOLEY | | |
| ☐ | | | ☐ HCG | | | ☐ MONITOR | | |
| | | | | ☐ SERUM | ☐ URINE | | | |

☐ CRUTCHES
☐ SPLINT
☐ ACE

**PHYSICIAN'S SIGNATURE**

784-294300 (1/91)

COE001896

**Sisters of Charity Hospital**

EMERGENCY ROOM
NURSE'S ASSESSMENT SHEET

Sullivan, John
12207650

DATE: 8.10.91

**MODE OF ARRIVAL:**
☐ Walked ☐ Wheel Chair
☐ Carried ☐ Ambulance

TIME: 0220

**TEMP:** 95 ☑ Oral ☐ Rectal ☐ Axillary

**PULSE:** 64 ☑ Regular ☐ Irregular

**RESP.** 20 ☑ Easy ☐ Labored ☐ None

**BP** R ___ L 146/93

**WEIGHT** ☑ N/A

**BROUGHT IN BY**
☐ Family ☐ Friend
☑ Ambulance ☐ Self

TPA: IV
PMD: Ø
PMH: Ø
MEDS: Ø

**MEDICATION/ALLERGIES** ☑ None ☐ Unknown

**ORGAN DONOR** ☐ Y ☐ N ☐ Eyes Only ☑ NA

**Tetanus Within 5 Years:** ☑ N ☐ Y ☐ N/A
Immunized ☐ Y ☐ N   LMP: na

☐ Norm ☐ Light ☐ Heavy

TRIAGE: to resus bed available

| TIME | TREATMENT | SITE | SIGNATURE |
|---|---|---|---|
| | Wound Care | | |
| | Ice | | |
| 0220 | Dressing | ® leg | K Jenkins RN |
| | Elevate/Sling | | |
| | Crutches | N/A | |
| | Ace | | |
| | Splint | | |
| | Other | | |

Line: 0220   Signature: K Jenkins RN

SUBJECTIVE ASSESSMENT: Patient c/o was shooting & they shot me! Entrance absent noted on ® thigh, towards back no exit wound

Time: 0220   Signature: K Jenkins RN

**MENTAL STATUS:**
☐ N/A
☐ Conscious
☐ Lethargic
☐ Confused
☐ Unconscious
☐ Orientated
☐ Uncooperative
☐ Combative

**SPEECH:**
☑ N/A
☑ Coherent
☐ Incoherent
☐ Silent
☐ Hysterical
☐ Slurred
☐ Crying

**SKIN COLOR:**
☐ N/A
☑ Normal
☐ Cyanotic
☐ Pale
☐ Ashen
☐ Flushed
☐ Rash

**SKIN MOISTURE:**
☐ N/A
☑ Normal
☐ Dry
☐ Moist
☐ Diaphoret.

VA- ☐ Glasses ☐ Contacts

**PROCEDURES:**
Foley ☑ Size 18   Color clear yellow Amt 365
Time 0245   Signature K Jenkins RN
NG ☐ Size ___ Color ___ Amt ___
Time ___ Signature ___
Suctioning ☐ Size ___ Color ___ Amt ___
Time ___ Signature ___

**TEMP:**
☑ N/A
☐ Normal
☐ Hot
☐ Warm
☐ Cool

**LUNGS:**
☑ N/A
☐ Clear
☐ Wheezes
☐ Rales
☐ Rhonchi
☐ Diminished

**ABDOMEN:**
☑ N/A
☐ Soft
☐ Firm
☐ Distended
☐ Bowel Sounds ☐ Y ☐ N

**PUPILS:**
☐ N/A
☑ Perl
R  L
☐ ☐ Pinpoint
☐ ☑ Mid Position
☐ ☐ Dilated
☐ ☐ Fixed
☐ ☐ Responding

**NURSING PROCESS:**
Diagnosis alt skin integrity r/t wound ® leg
Intervention assess ® bloods, dress
Patient Teaching compliance
R. N. Signature K Jenkins RN   Time 0220
Verbalizes Understanding ☐ Y ☐ N   Perform ☐ Y ☐ N ☐ N/A

**BLEEDING:**
☐ N/A
☐ Location ® thigh
Length of Time
☐ skin
☑ Controlled
☐ Uncontrolled
☐ Heavy
☐ Moderate
☐ Light

**EXTREMITIES:**
R  L/R
☐ ☐ Warm
☐ ☐ Cool
☐ ☐ Cold
☐ ☐ Swelling
☐ ☐ + - Edema

**DISPOSITION:**
Notified ☑ Police ☐ Family ☐ ME
Valuables / Clothing ☐ Family ☐ Patient ☐ Business Office
☐ Discharged / Time 0655   Via amb
Accompanied By father
☐ Transferred To ___ Via ___ Time ___
Condition ☑ Satisfactory ☐ Improved ☐ No Change ☐ DOA ☐ Expired
☐ Signed AMA / Time ___
☐ Expired Pt. To Morgue ☐ Time ___ Me ☐ Time ___
Reassessment: ☐ NA

Additional Comments or Objective Assessment:
bleeding controlled
Pt admits to drinking 3 beers
appt in office Dr Graen notified

RN Signature K Jenkins RN   Time 0220

Disch: RN Signature S Casal RN   Time 0655

COE001897

784-361425

EMERGENCY DEPARTMENT                                    ADDRESSOGRAPH HERE



**Sisters Hospital**
*"Answering the Call"*

**INSTRUCTIONS
TO PATIENTS**

12207650

Sullivan, John A.

2157 MAIN ST.    BUFFALO, N.Y. 14214

### X-RAY

X-rays do not always show injury or disease, and fractures may not be revealed on the initial x-rays. If the problem persists or worsens, additional x-rays may be required. If this occurs, you should contact your physician or return to the Emergency Department. □ Your initial x-ray reading is a preliminary interpretation. The radiologists will make a final reading within 24 hours and if there is any difference from the preliminary reading, you will be informed.

X-rays were taken of the

### LAB TESTS

The following lab tests were taken today:

Check with the physician to whom you were referred concerning the results. The Emergency Department will notify you and/or your physician of any significant lab results.

### PLEASE FOLLOW THE INSTRUCTIONS BELOW AS INDICATED FOR YOU

| | | |
|---|---|---|
| 1. □ Abdominal Pain | 13. □ Crutch Walking | 25. □ Insect Bites | 37. □ Sprains and Bruises |
| 2. □ Abrasions | 14. □ Diabetes | 26. □ Kidney Stones | 38. □ Sunburn |
| 3. □ Allergic — reactions | 15. □ Ear Infection | 27. □ Laceration | 39. □ Tetanus Immun. |
| 4. □ Asthma — Adult | 16. □ Eye Problem | 28. □ Nosebleeds | 40. □ Threatened Miscarriage |
| 5. □ Asthma — Child | 17. □ Fever — Pediatric | 29. □ Pelv. Inflam. Disease | 41. □ URI — Common Cold |
| 6. □ Back Pain | 18. □ Fracture of Finger/Toe | 30. □ Pharyngitis/Sore Throat | 42. □ Urinary Tract Infec. |
| 7. □ Bruises | 19. □ Fracture | 31. □ Pregnancy | 43. □ Vomiting & Diarrhea — Adult |
| 8. □ Burns | 20. □ Gonorrhea | 32. □ Puncture Wound/Abscess Care | 44. □ Vomiting & Diarrhea — Child |
| 9. □ Cast Care Precautions | 21. □ Head Injury | 33. □ Rib Injury | 45. □ Vaginitis/Vag. Discharge |
| 10. □ Cervical Sprain | 22. □ Head Lice | 34. □ Seizures | |
| 11. □ Chest Pain | 23. □ Headache | 35. □ Sex. Tran. Diseases | |
| 12. □ Constipation | 24. □ Hypertension | 36. □ Scabies | |

### SUTURES

□ NUMBER OF SUTURES    □ HAVE SUTURES REMOVED IN ___ DAYS    □ WOUND CHECK IN ___ DAYS

### MEDICATIONS

The following medications were prescribed for you:  *Velocef 500*

Take them as instructed. Use all medications. Medications prescribed should be taken as directed and prescription completed per directions. Any medication may cause side-effects. DO NOT USE ALCOHOL

### ADDITIONAL INSTRUCTIONS TO PATIENT

*See Dr Stumpf in the office on Tuesday*

I understand that the emergency care which I have received is preventive care of an emergency nature. This emergency care is by no means intended to be complete diagnosis or complete medical care. I have been instructed to contact a physician for continued medical diagnosis and care, and I will do so. I have received a copy of these instructions. They have been explained to me, and I understand them clearly.

REFERRED TO

*Dr. Stumpf
2949 Elmwood Ave
Kenmore   #876-2078*

SIGNATURE OF PATIENT OR RESPONSIBLE PERSON          8/10/91   DATE

SIGNATURE OF PHYSICIAN OR NURSING PERSONNEL

OR YOUR PRIVATE PHYSICIAN IN ___ DAYS FOR FOLLOW UP CARE

**COE001898**

784-360000 (Rev. 4/91)                    DISCHARGE INSTRUCTION SHEET  ORIGINAL



COF001898

**CONTINUATION FORM**
for the
**Prehospital Care Report**

USE BALL POINT PEN ONLY.

DATE | RUN NO. | AGENCY CODE | VEH. ID.

Name: John Sullivan    Agency Name: Rural Cross    81368-48

Weight in Kilograms: 100

**ADDITIONAL HISTORY & PHYSICAL EXAM FINDINGS**

Only trauma to (R) lateral thigh ⊖ exit wound (+) distal pulses, movement + sensory ⊖ Noted femoral deformity

| R BREATH SOUNDS L | NECK VEINS | EDEMA | ABDOMEN |
|---|---|---|---|
| ☒ Normal | ☐ Normal | ☐ Pedal | ☒ Normal |
| ☐ Decreased | ☐ Distended | ☐ Sacral | ☐ Tender |
| ☐ Absent | | ☐ Ascites | ☐ Rigid |
| ☐ Rales | **TRACHEAL SHIFT** | ☐ Other | ☐ Distended |
| ☐ Rhonchi | ☐ R ☐ L | none | ☐ Other |
| ☐ Wheezes | | | |

**SERIAL VITAL SIGNS, EKG RHYTHMS, MEDICATIONS AND TREATMENT**

| TIME | RESP. | PULSE | BP | LEVEL OF CONSCIOUSNESS | EKG RHYTHMS | DEFIBRILLATION CARDIOVERSION | MEDICATIONS | DOSE | ROUTE |
|---|---|---|---|---|---|---|---|---|---|
| | Rate | Rate 88 | 136/ | ☒ Alert ☐ Voice ☐ Pain ☐ Unresp | ☐ NSR ☐ Brady ☐ Asystole ☐ VF ☐ V-Fib ☐ V-Tach ☐ P/C ☐ SVT ☐ Other | | | | |
| | Rate | Rate | | ☐ Alert ☐ Voice ☐ Pain ☐ Unresp | ☐ NSR ☐ Brady ☐ Asystole ☐ VF ☐ V-Fib ☐ V-Tach ☐ P/C ☐ SVT ☐ Other | | | | |
| | Rate | Rate | | ☐ Alert ☐ Voice ☐ Pain ☐ Unresp | ☐ NSR ☐ Brady ☐ Asystole ☐ VF ☐ V-Fib ☐ V-Tach ☐ P/C ☐ SVT ☐ Other | | | | |
| | Rate | Rate | | ☐ Alert ☐ Voice ☐ Pain ☐ Unresp | ☐ NSR ☐ Brady ☐ Asystole ☐ VF ☐ V-Fib ☐ V-Tach ☐ P/C ☐ SVT ☐ Other | | | | |
| | Rate | Rate | | ☐ Alert ☐ Voice ☐ Pain ☐ Unresp | ☐ NSR ☐ Brady ☐ Asystole ☐ VF ☐ V-Fib ☐ V-Tach ☐ P/C ☐ SVT ☐ Other | | | | |
| | Rate | Rate | | ☐ Alert ☐ Voice ☐ Pain ☐ Unresp | ☐ NSR ☐ Brady ☐ Asystole ☐ VF ☐ V-Fib ☐ V-Tach ☐ P/C ☐ SVT ☐ Other | | | | |
| | Rate | Rate | | ☐ Alert ☐ Voice ☐ Pain ☐ Unresp | ☐ NSR ☐ Brady ☐ Asystole ☐ VF ☐ V-Fib ☐ V-Tach ☐ P/C ☐ SVT ☐ Other | | | | |

**COMMENTS:**

Pt. Pt Summary PT → str → amb → (R)NEO IV LR T.o (R) Arm / EKG - NSR → Status unchanged arrival @ Sisters c̄ change in status

**MEDICAL FACILITY CONTACTED** ECMC = MD 100 / SISTERS

| CREW | ADDITIONAL NAME — CREW | ADDITIONAL NAME — CREW | ADDITIONAL NAME — CREW | ADDITIONAL NAME — CREW |
|---|---|---|---|---|
| | ☐ EMS-FR ☐ EMT ☐ AEMT # | ☐ EMS-FR ☐ EMT ☐ AEMT # | ☐ EMS-FR ☐ EMT ☐ AEMT # | ☐ EMS-FR ☐ EMT ☐ AEMT # |

©COPYRIGHT 1986 NEW YORK STATE DEPARTMENT OF HEALTH

AGENCY COPY/WHITE    HOSPITAL PATIENT RECORD COPY/PINK    RESEARCH COPY/BLUE    EXTRA SERVICE COPY/GREEN

COH001900

Sisters of Charity Hospital

**EMERGENCY ROOM
NURSE'S FLOW SHEET**

```
12207650          04-53-93
SULLIVAN, JOHN A
49 ELMER                    1421
DR GORDON, /NONE GIV E ENE
ENG   M  AGE  17Y   3/02/74
```

Sullivan

| | ADDITIONAL VITALS | | | | |
|---|---|---|---|---|---|
| DATE | TIME | TEMP. | PULSE | RESP. | B/P |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| INTAKE | | OUTPUT | |
|---|---|---|---|
| P.O. | | Urine | |
| IV | | Foley | |
| IVPB | | NG | |
| Blood | | Emesis | |
| Total: | | Total: | |
| Time Frame: | | Time Frame: | |
| to | | to | |

| RHYTHM INTERPRETATION | | | | | |
|---|---|---|---|---|---|
| DATE | TIME | P R | Q R S | RATE | RHYTHM |
| 8.10.91 | 0245 | .16 | .04 | 63 | NSR |
| | | | | | |
| | | | | | |
| | | | | | |

| DATE | TIME | ADDITIONAL NURSES NOTES |
|---|---|---|
| 0245 | 8/10/91 | #18 foley inserted for 350 cc. clear yellow urine |
| | | pt admits to drinking 3 beers PERRLA 2⊕ |
| | | X's 3 lungs clear abd soft BS⊕ ⊕ entrance |
| | | wound noted on outer aspect ⊕ ♂ thigh |
| | | an approximate 1-2 cm jagged laceration |
| | | noted ⊕⊕⊕ ⊕ pain c̄ ROM 2nd #16 gauge IV |
| | | of RL started in ⊕ arm @ 100cc/hr 2nd IV of |
| | | RL @ 100cc/hr from ambulance — less intact |
| | | SR on monitor |
| 8/10/91 | 0255 | 40x-ray via cart c̄ incident — K Jenkins RN |
| | 0345 | ECMC called to √ caliber of weapon used |
| | | spoke to a homicide detective who stated |
| | | a 9mm gun was used — K Jenkins RN |
| | 0403 | homicide detective in to see pt — K Jenkins RN |
| | 0445 | laceration sutured by Dr. Gordon.  H Basek RN |
| | 0500 | Penrose drain inserted in ⊕ posterior |
| | | thigh.            H Basek RN |
| | 0515 | father called to pick pt up.   H Basek RN |
| | 0615 | Pt given phone & he called his father to |
| | | pick him up. |

(3/91)

COE001901

| DATE | TIME | ADDITIONAL NURSE'S NOTES |
|------|------|--------------------------|
|  | 0655 | D/C ambulatory c̄ father. D/C instructions discussed c̄ ~~husband~~ father who verbalizes understanding. ————— *[signature]* |

COE001902

N89

RHYTHM INTERPRETATION



2207650     04-53-93
SULLIVAN, JOHN A
4  ELMER              14215
DR GORDON. /NONE GIV E EME
EMG   N   AGE  17Y   3/02/74

Addressograph

NO. ELD KHO

Sullivan 8/10/91 0315

Date 8/5/91  Time 0315
PR Int. 160    QRS .04
Rate 103
Rhythm NSR
Arrythmias

Date _____  Time _____
PR Int. _____  QRS _____
Rate _____
Rhythm _____
Arrythmias

Date _____  Time _____
PR Int. _____  QRS _____
Rate _____
Rhythm _____
Arrythmias

C6E001903

SULLIVAN, JOHN A
17 M       12207650
ER
GORDON THOMAS

**Sisters of Charity Hospital**
Department of Laboratory Medicine
2157 Main Street
Buffalo, New York 14214

## ✷ ✷ ✷ ✷ ✷ ✷ ✷ ✷ CHEMISTRY ✷ ✷ ✷ ✷ ✷ ✷ ✷ ✷ ✷

|  |  | NA | K | CL | CO2 | BUN | GLUC | 2 HR PC GLUC |
|---|---|---|---|---|---|---|---|---|
|  | LO | 135 | 3.5 | 96 | 22 | 7 | 65 |  |
|  | HI | 145 | 5.0 | 108 | 31 | 21 | 110 |  |
|  |  | MEQ/L | MEQ/L | MEQ/L | MEQ/L | MG/DL | MG/DL | MG/DL |
| AUG 10 0230 |  | 141 | 3.6 | 101 | 32✷ | 8 | 123✷ |  |

|  |  | T PROT | ALB | CA | PO4 | CHOL | URIC ACID | A/G RATIO |
|---|---|---|---|---|---|---|---|---|
|  | LO | 6.0 | 3.5 | 8.5 | 2.5 | 140 | 3.5 | 1.1 |
|  | HI | 8.0 | 5.0 | 10.5 | 4.5 | 200 | 8.5 | 1.8 |
|  |  | G/DL | G/DL | MG/DL | MG/DL | MG/DL | MG/DL |  |
| AUG 10 0230 |  | 7.3 | 3.9 | 9.7 | 4.2 | 191 | 7.6 | 1.1 |

|  |  | CREAT | T BILI | ALK PHOS | LDH(LD) | SGPT(ALT) | SGOT(AST) |
|---|---|---|---|---|---|---|---|
|  | LO | 0.7 | 0.1 | 40 | 285 | 7 | 7 |
|  | HI | 1.4 | 1.0 | 125 | 570 | 50 | 40 |
|  |  | MG/DL | MG/DL | U/L | U/L | U/L | U/L |
| AUG 10 0230 |  | 1.3 | 0.6 | 107 | 620✷ | 31 | 56✷ |

## ✷ ✷ ✷ ✷ ✷ ✷ ✷ ✷ HEMATOLOGY ✷ ✷ ✷ ✷ ✷ ✷ ✷ ✷

|  |  | WBC | RBC | HGB | HCT | MCV | MCH | MCHC | PLT |
|---|---|---|---|---|---|---|---|---|---|
|  | LO | 4.8 | 4.70 | 14.0 | 42.0 | 80 | 27.0 | 32.0 | 145 |
|  | HI | 10.8 | 6.10 | 18.0 | 52.0 | 94 | 31.0 | 36.0 | 450 |
|  |  | K/UL | M/UL | GM/DL | % | FL | PG | GM/DL | K/UL |
| AUG 10 0230 |  | 6.4 | 4.07✷ | 13.3✷ | 38.1✷ | 94 | 32.7✷ | 34.9 | 240 |

|  |  | PRO TIME | APTT | FIBRINOGEN | FDP | BLD TIME |
|---|---|---|---|---|---|---|
|  | LO | 11.0 | 20.0 |  |  |  |
|  | HI | 13.0 | 35.0 |  |  |  |
|  |  | SECS | SECS | MG/DL | (UNDER 10) | MINS |
| AUG 10 0230 |  | 12.0 | 22.8 |  |  |  |

AUG 11 1991

SULLIVAN, JOHN A                         8/10/91

**COE001904**

REFERENCE VALUES PROVIDED APPLY TO ADULTS EXCEPT WHERE INDICATED

SULLIVAN, JOHN A
  17 M        12207650
ER
GORDON THOMAS

**Sisters of Charity Hospital**
Department of Laboratory Medicine
2157 Main Street
Buffalo, New York 1421-

```
* * * * * * * * URINALYSIS * * * * * * * * *
-----------------------------------------------------------------

                   AUG 10
                   (0300)
          URINE
COLOR              YELLOW
APPEARANCE         CLEAR
SP GRAVITY         1.011
PH                 6.0
PROTEIN            NEG
GLUCOSE            NEG
KETONES            NEG
OCCULT BLOOD       NEG
BILIRUBIN          NEG
ESTERASE           NEG
WBC'S              0-2
EPITH              OCC
   AUG 10 0300       NITRITE NEGATIVE
```

SULLIVAN, JOHN A                                    8/10/91

COE001905

REFERENCE VALUES PROVIDED APPLY TO ADULTS EXCEPT WHERE INDICATED

LOCATION:          E.R.

NAME:              SULLIVAN, JOHN

DATE OF BIRTH:     03-02-74

SISTERS OF CHARITY HOSPITAL   HOSPITAL NO:   12207650
2157 MAIN STREET              DATE:          8-10-91
BUFFALO, NEW YORK   14214     REFERRED BY:   DR. T. GORDON

E-6

RIGHT FEMUR:  AP films of the right femur show distortion of the soft tissues of
the mid thigh with soft tissue swelling apparently secondary to a recent gunshot
wound.  No metallic foreign bodies are seen in the soft tissues and there are no
fractures seen.

ABDOMEN:  AP films of the abdomen and pelvis show a normal bowel gas pattern.
No abnormal masses or calcifications are seen.

CHEST:  A single AP film of the chest shows the lungs to be clear and there is
no pleural effusion.  The heart is normal in size and contour.  The mediastinum
is not widened.  The trachea and diaphragms occupy their usual locations.

IMPRESSION:  Normal chest.


                                    Eugene M. Chlosta, M.D.


Dr. T. Gordon/E.R.


EMC/bh
8/10/91/2



REGIONAL TOXICOLOGY LABORATORY
CHILDREN'S HOSPITAL OF BUFFALO
219 Bryant St., Buffalo, N.Y. 14222
Philip K. Li, Ph.D., Director
(716) 878-7403

**0810022**

NAME (LAST) ____ (FIRST) ____ (M.I.)

SULLIVAN JOHN 04-53-93

NUMBER / ADDRESS 14215

DR GORDON / NONE GIVEN EME

CITY ENG ZIP CODE AGE 17Y 5/02

SUSPECTED AGENT(s): _____

Est. Time of Ingestion: Chicago

Drugs Admin. Prior to Spec. Coll:

Collected By: K. Genkinson     Date/Time: 8/10/91  0230
Delivered By: _____          Date/Time: 8-10-91
Received By: _____           Date/Time: 8-10-91
Reported By: _____           Date/Time: 8-10-91

Spec. Submitted:  ☐ URINE
                  ☑ BLOOD/SERUM
                  ☐ GASTRIC
                  ☐ OTHER

AC 820029
SISTERS HOSPITAL

| DRUGS SCREENED | | REPORT | | |
|---|---|---|---|---|
| | | URINE | SERUM | GASTRIC |
| ACETAMINOPHEN | | | | |
| ANTIDEPRESSANTS | | | | |
| DESIPRAMINE | | | | |
| IMIPRAMINE | | | | |
| | | | | |
| AMOBARBITAL | | | | |
| BUTALBITAL | | | | |
| PHENOBARBITAL | | | | |
| BENZODIAZEPINES | | | | |
| DIAZEPAM | | | | |
| COCAINE METABOLITE, BENZOYLECGONINE | | POS | | |
| DIPHENHYDRAMINE | | | | |
| | | | | |
| MEPERIDINE | | | | |
| METHADONE | | | | |
| OPIATES | | | | |
| MORPHINE | | | | |
| PHENOTHIAZINES | | | | |
| PHENTERMINE | | | | |
| PROPOXYPHENE | | | | |
| SALICYLATES | | | | |
| ETHANOL | | | | |
| METHANOL | | | | |
| ISOPROPANOL | | | | |
| ACETONE | | | | |
| OTHER | | | | |

PATIENT SYMPTOMS/SIGNS

*REPORT AS A CLASS IN URINE
ND - NOT DETECTED
NT - NOT TESTED
SEE REVERSE SIDE FOR RANGES
**NOT INCLUDED IN SCREEN UNLESS
SPECIFICALLY REQUESTED

COMMENTS:

Ethanol _____ = 25 mg/dl
Urine positive for Cocaine/Benzoylecgon

AUG 16 1991

COE001907

F1957 (4/9

EMERGENCY ROOM RECORD-ORIGINAL

## Sisters Hospital
### Answering the Call

2157 Main St.
Buffalo, NY 14214
862-2814

PATIENT REGISTRATION

E  EMERGENCY DEPARTMENT

| SERV. | M.D. | MEDICAL RECORD NUMBER |
| EME S | | 04-53-93 |

| ADMIT NO. | | | | | | | | |
| 12210407 | | | | | | | | |

| PATIENT NAME (LAST, FIRST, M.I., SFX) | | PREVIOUS NAME | ADMIT DATE | TIME | ROOM/BED | | RT./SC. | P/R | T. |
| SULLIVAN, JOHN A | | | 8/13/91 | 12:10 | | / | 2/7 | N |

| ADDRESS LINE 1 | BIRTHDATE | AGE | SEX | M.S. | RACE | N.L.C. | SOCIAL SECURITY NO. | VIP | RELIGION |
| 49 ELMER | 3/02/74 | 17Y | M | S | B | 0 | 000000000 | | BAPTIST |

| ADDRESS LINE 2 | CITY | COUNTY | CODE | STATE | ZIP CODE | COUNTRY | PHONE |
| | BUFFALO, | ERIE | 14 | NY | 14215 | | 835-968 |

| EMPLOYER | ADDRESS | CITY | STATE | ZIP CODE | PHONE |
| *DEPENDENT CHILD | | | | | 000000000 |

| SYMPTOMS/CHIEF COMPLAINT | ATTENDING PHYSICIAN | REFERRING PHYSICIAN | FAMILY PHYSICIAN |
| CHECK WOUND R. THIGH-REVISIT | ELMAN, RICHA | NONE GIVEN, | |

| PRIOR STAY INSTITUTION | FROM | TO | ORGAN DONOR? | PLANNED PROCEDURE |
| | 0/00/00 | | | |

**GUAR**

| GUARANTOR NAME (LAST, FIRST, M.I., SFX) | RELATION | SOCIAL SECURITY NO. | BIRTHDATE | HOME PHONE |
| SULLIVAN, LINDA | MOTHER | 000000000 | 0/00/00 | 4049872373 |

| ADDRESS | CITY | STATE | ZIP | WORK PHONE |
| 2058 CORNER CIRCLE | LYTHONIA, | GA | 32008 | |

| EMPLOYER | ADDRESS | CITY | STATE | ZIP CODE |
| AT&T (AMER TELE & TE | 12 FOUNTAIN PLAZA | BUFFALO, | NY | 14204 |

**EEE**

| EMERGENCY NOTIFICATION (LAST, FIRST) | RELATION | REL. ADDRESS | CITY | STATE | ZIP CODE | PHONE |
| SULLIVAN, JOHN A | FATHE | 49 ELMER AVE | BUFFALO | NY | 14215 | 7168359681 |

| EMERGENCY NOTIFICATION (LAST, FIRST) | RELATION | REL. ADDRESS | CITY | STATE | ZIP CODE | PHONE |
| SULLIVAN, JOHN | GRAND | 309 ADAMS | BUFFALO | NY | 14212 | 7168476891 |

**INSURANCE**

| 1. INSURANCE NAME | CODE | POLICY NUMBER | GROUP | PLAN | SUBSCRIBER NAME (LAST, FIRST) |
| SELF PAY | 0000 | | | 00000 | |
| 2. INSURANCE NAME | CODE | POLICY NUMBER | GROUP | PLAN | SUBSCRIBER NAME (LAST, FIRST) |
| | 0000 | | | 00000 | |
| 3. INSURANCE NAME | CODE | POLICY NUMBER | GROUP | PLAN | SUBSCRIBER NAME (LAST, FIRST) |
| | 0000 | | | 00000 | |
| 4. INSURANCE NAME | CODE | POLICY NUMBER | GROUP | PLAN | SUBSCRIBER NAME (LAST, FIRST) |
| | 0000 | | | 00000 | |

| 5 + INSURANCE | N | ASSIGN OF BEN. | N | PRE CT. | | INSUR. NOTES: |

| REMARKS: | REMARKS: ORIGINAL CHART | CLERK: JJV |
| PHYSICAL CONDITIONS: | BROUGHT BY: WALKED | |

| TIME: 1215 | TRIAGE CLASS: #3 | PATIENT CLASSIFICATION |

PATIENT CLASSIFICATION
- ☐ 2  ☐ 3
- ☐ 4  ☐ 5  ☐ 6
- ☐ EMPLOYEE HEALTH

**MD HISTORY**

→ here for wound ✓ was to see
Dr sturpff in office, but apparently
had wrong directions, no cap conti
TAKING ANTIBIOTIC   9790

INITIAL VITAL SIGNS
TIME _____
BP ___ P ___ T ___ R ___

AUTHORIZATION: I authorize the hospital and the physician assigned, or his designees as provided by law, to furnish such nursing care and medical treatment, as in the judgement of the physician is considered necessary and proper in my case. I hereby guarantee payment of charges for this visit.

SIGNED _____
WITNESS _____

**PHYSICAL**

→ ⊕ (R) Thigh — Lat aspect
2.5cm laceration healing
well c̄ sutures intact
MEDIAL ASPECT 1.5cm puncture
wound → suture & drain removed
→ cleansed with peroxide
→ fo gues oint & BSD

| PAGING | NAME | TIMES |
| PAGED | | |
| RESPONDED | | |
| PAGED | | |
| RESPONDED | | |
| PAGED | | |
| RESPONDED | | |

**DIAGNOSIS**

WOUND CHECK
& DRAIN removal

PHYSICIAN SIGNATURE - ADMIT

PHYSICIAN SIGNATURE - DISCHARGE

COE001908

EMERGENCY ROOM RECORD-ORIGINAL

## Sisters Hospital
*Answering the Call*

2157 Main St.
Buffalo, NY 14214
862-2814

PATIENT REGISTRATION

### E  EMERGENCY DEPARTMENT

| ADMIT NO. | | | SERV. | M.D | MEDICAL RECORD NUMBER |
|---|---|---|---|---|---|
| 12210407 | | | EME | S | 04-53-93 |

| PATIENT NAME (LAST, FIRST, M.I., SFX) | PREVIOUS NAME | ADMIT DATE | TIME | ROOM/BED | RT./SC | P/R | TL |
|---|---|---|---|---|---|---|---|
| SULLIVAN, JOHN A | | 8/13/91 | 12:10 | / | 2/7 | N | |

| ADDRESS LINE 1 | BIRTHDATE | AGE | SEX | M.S. | RACE | N.L.C. | SOCIAL SECURITY NO. | VIP | RELIGION | BAP |
|---|---|---|---|---|---|---|---|---|---|---|
| 49 ELMER | 3/02/74 | 17Y | M | S | B | 0 | 000000000 | | BAPTIST | N |

| CITY | COUNTY | CODE | STATE | ZIP CODE | COUNTRY | PHONE |
|---|---|---|---|---|---|---|
| BUFFALO, | ERIE | 14 | NY | 14215 | | 835-9680 |

PHYSICIAN ASSESSMENT (CONTINUED)

| | TIME | REASSESSMENT |
|---|---|---|
| R E E V A L U A T I O N | TIME | REASSESSMENT |
| | TIME | REASSESSMENT |

| TIME | | ADDITIONAL ORDERS | NURSE'S SIGNATURE | TIME |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| X-RAY | TIME | RESULTS | LAB | TIME | RESULTS | OTHER | TIME |
|---|---|---|---|---|---|---|---|
| ☐ CHEST | | | ☐ CBC | | | ☐ TOX | |
| ☐ ABD | | | ☐ SMA 7 | | | ☐ ALCOHOL | |
| ☐ SPINE | | | ☐ SMA 12 | | | ☐ EKG | |
| ☐ CT | | | ☐ PT PTT | | | ☐ OLD REC | |
| ☐ SONO | | | ☐ ABG | | | ☐ | |
| ☐ | | | ☐ MI | | | ☐ | |
| ☐ | | | ☐ LIVER | | | ☐ OXYGEN | |
| ☐ | | | ☐ DIG | | | ☐ AEROSOL | |
| ☐ | | | ☐ THEO | | | ☐ NG | |
| ☐ | | | ☐ U/A | | | ☐ FOLEY | |
| ☐ | | | ☐ HCG | ☐ SERUM ☐ URINE | | ☐ MONITOR | |

| PHYSICIAN'S SIGNATURE | | ☐ CRUTCHES ☐ SPLINT ☐ ACE | **COE001909** |
|---|---|---|---|

784-294300 (1/91)

## Sisters of Charity Hospital

### EMERGENCY ROOM
### NURSE'S ASSESSMENT SHEET

ADDRESSOGRAPH

```
12210407          04-53-93
SULLIVAN, JOHN A
49 ELMER                14215
DR ELMAN. R/NONE CIV E EME
JJV  ~  AGE  17Y   3/02/74
```

**DATE** 8-13-91

**MODE OF ARRIVAL**
- ☒ Walked
- ☐ Wheel Chair
- ☐ Carried
- ☐ Ambulance

**TIME** 12:15 ᴾ

**TEMP.** 97.9  ☒ Oral  ☐ Rectal  ☐ Axillary

**PULSE** 74  ☒ Regular  ☐ Irregular

**RESP.** 18  ☒ Easy  ☐ Labored

**BP** R ____ L 126/78

**WEIGHT** ☒ N/A

**BROUGHT IN BY**
- ☐ Family  ☐ Friend
- ☐ Ambulance  ☐ Self

**TPA:** 0
**PMD:** 0
**PMH:** 0  ☐ None
**MEDS:** Velosef

**MEDICATION/ALLERGIES** ☒ None  ☐ Unknown

**ORGAN DONOR**
☐ Y  ☐ N  ☐ Eyes Only  ☒ NA

**Tetanus Within 5 Years:** 8/10
☐ N  ☒ Y  ☐ N  Immunized ☐ Y  ☐ N

**LMP:** Na

- ☐ Norm
- ☐ Light
- ☐ Heavy

| TIME | TREATMENT | SITE | SIGNATURE |
|---|---|---|---|
| | Wound Care | | |
| | Ice | | |
| | Dressing | Na | |
| | Elevate/Sling | | |
| | Crutches | N/A | |
| | Ace | | |
| | Splint | | |
| | Other | | |

**TRIAGE:** 17 yr old black male seen here 8/10 for gunshot wound (R) thigh. Was to follow up č a stat pt today but was given incorrect address. Discussed

**Time:** 12:15 pm  **Signature:** R Wyker

**SUBJECTIVE ASSESSMENT:** č Dr Elman - Dr Elman to see for follow up.

**Time:** 12:15 pm  **Signature:** R Wyker

**MENTAL STATUS:**
- ☒ N/A
- ☒ Conscious
- ☐ Lethargic
- ☒ Confused
- ☐ Unconscious
- ☒ Orientated
- ☒ Uncooperative
- ☐ Combative

**SPEECH:**
- ☒ N/A
- ☒ Coherent
- ☐ Incoherent
- ☐ Silent
- ☐ Hysterical
- ☐ Slurred
- ☐ Crying

**SKIN COLOR:**
- ☒ N/A
- ☐ Normal
- ☐ Cyanotic
- ☐ Pale
- ☐ Ashen
- ☐ Flushed
- ☐ Rash

**SKIN MOISTURE:**
- ☒ N/A
- ☐ Normal
- ☐ Dry
- ☐ Moist
- ☐ Diaphoret.

**VA:** ☐ Glasses  ☐ Contacts  Na

| | OD | OS | OU |
|---|---|---|---|

**PROCEDURES:**
Foley ☐ Size ___ No ___ Color ___ Amt. ___
Time ___ Signature ___
NG ☐ Size ___ Color ___ Amt. ___
Time ___ Signature ___
Suctioning ☐ Size ___ Color ___ Amt. ___
Time ___ Signature ___

**SKIN TEMP:**
- ☐ N/A
- ☒ Normal
- ☐ Hot
- ☐ Warm
- ☐ Cool
- ☐ Cold

**LUNGS:**
- ☒ N/A
- ☐ Clear
- ☐ Wheezes
- ☐ Rales
- ☐ Rhonchi
- ☐ Diminished

**ABDOMEN:**
- ☒ N/A
- ☐ Soft
- ☐ Firm
- ☐ Distended
- ☐ Bowel Sounds ☐ Y ☐ N

**PUPILS:**  R  L
- ☒ N/A
- ☐ Perl
- ☐ ☐ Pinpoint
- ☐ ☐ Mid Position
- ☐ ☐ Dilated
- ☐ ☐ Fixed
- ☐ ☐ Responding

**NURSING PROCESS:**
Diagnosis: altered skin integrity R/T gunshot wound (R) thigh
Intervention: MD evaluation
Patient Teaching: see discharge instruc.

R. N. Signature: R Wyker  Time 12:15 pm
Verbalizes Understanding ☒ Y ☐ N  Perform ☐ Y ☐ N ☒ NA

**BLEEDING:**
- ☒ N/A

**EXTREMITIES:** NR
R ___ L ___

**Location** ___
- ☐ ☐ Warm
- ☐ ☐ Cool
**Length of Time** ___
- ☐ ☐ Cold
- ☐ ☐ Swelling
- ☐ Controlled
- ☐ Uncontrolled  ☐ + ___ Edema
- ☐ Heavy
- ☐ Moderate
- ☐ Light

Pupils scale: ● 1  ● 2  ● 3  ● 4  ● 5  ● 6  ● 7  ● 8  ● 9

**DISPOSITION:**
Notified ☐ Police  ☐ Family  ☐ ME
Valuables / Clothing ☐ Family  ☐ Patient  ☐ Business Office
☒ Discharged / Time 12:30 pm  Via ambulatory
Accompanied By ___ Self
☐ Transferred To ___ Via ___
Condition ☐ Satisfactory ☐ Improved ☐ No Change ___ ☐ Expired
☐ Signed AMA / Time ___
☐ Expired Pt. To Morgue ☐ Time ___ Me ___
Reassessment: ☒ NA

**Additional Comments or Objective Assessment**
In no acute distress.

**RN Signature** R Wyker  **Time** 12:15 pm

**Disch: RN Signature** R Wyker  12:30 pm

COE001910

EMERGENCY DEPARTMENT

ADDRESSOGRAPH HERE

SULLIVAN, JOHN

**Sisters Hospital**
*Answering the Call*

2157 MAIN ST.    BUFFALO, N.Y. 14214

## INSTRUCTIONS
## TO PATIENTS

### X-RAY

X-rays do not always show injury or disease, and fractures may not be revealed on the initial x-rays. If the problem persists or worsens, additional x-rays may be required. If this occurs, you should contact your physician or return to the Emergency Department. ☐ Your initial x-ray reading is a preliminary interpretation. The radiologists will make a final reading within 24 hours and if there is any difference from the preliminary reading, you will be informed.

X-rays were taken of the _____

### LAB TESTS

The following lab tests were taken today: _____

Check with the physician to whom you were referred concerning the results. The Emergency Department will notify you and/or your physician of any significant lab results.

### PLEASE FOLLOW THE INSTRUCTIONS BELOW AS INDICATED FOR YOU

| | | | |
|---|---|---|---|
| 1. ☐ Abdominal Pain | 13. ☐ Crutch Walking | 25. ☐ Insect Bites | 37. ☐ Sprains and Bruises |
| 2. ☐ Abrasions | 14. ☐ Diabetes | 26. ☐ Kidney Stones | 38. ☐ Sunburn |
| 3. ☐ Allergic — reactions | 15. ☐ Ear Infection | 27. ☐ Laceration | 39. ☐ Tetanus Immun. |
| 4. ☐ Asthma — Adult | 16. ☐ Eye Problem | 28. ☐ Nosebleeds | 40. ☐ Threatened Miscarriage |
| 5. ☐ Asthma — Child | 17. ☐ Fever — Pediatric | 29. ☐ Pelv. Inflam. Disease | 41. ☐ URI — Common Cold |
| 6. ☐ Back Pain | 18. ☐ Fracture of Finger/Toe | 30. ☐ Pharyngitis/Sore Throat | 42. ☐ Urinary Tract Infec. |
| 7. ☐ Bruises | 19. ☐ Fracture | 31. ☐ Pregnancy | 43. ☐ Vomiting & Diarrhea — Adult |
| 8. ☐ Burns | 20. ☐ Gonorrhea | 32. ☐ Puncture Wound/Abscess Care | 44. ☐ Vomiting & Diarrhea — Child |
| 9. ☐ Cast Care Precautions | 21. ☐ Head Injury | 33. ☐ Rib Injury | 45. ☐ Vaginitis/Vag. Discharge |
| 10. ☐ Cervical Sprain | 22. ☐ Head Lice | 34. ☐ Seizures | |
| 11. ☐ Chest Pain | 23. ☐ Headache | 35. ☐ Sex. Tran. Diseases | |
| 12. ☐ Constipation | 24. ☐ Hypertension | 36. ☐ Scabies | |

### SUTURES

_____ NUMBER OF SUTURES    ☐ HAVE SUTURES REMOVED IN _____ DAYS    ☐ WOUND CHECK IN _____ DAYS

### MEDICATIONS

The following medications were prescribed for you: Continue Keflex (antibiotic)
CLEAN WOUND with Hydrogen Peroxide twice A DAY.

Take them as instructed. Use all medications. Medications prescribed should be taken as directed and prescription completed per directions. Any medication may cause side-effects. DO NOT USE ALCOHOL.

### ADDITIONAL INSTRUCTION(S) TO PATIENT

→ Soak 2-3 TIMES A DAY in WARM with soapy water for 15-20 minutes A SOAK

→ Return For wound check in 2 DAYS

I understand that the emergency care which I have received is preventive care of an emergency nature. This emergency care is by no means intended to be complete diagnosis or complete medical care. I have been instructed to contact a physician for continued medical diagnosis and care, and I will do so. I have received a copy of these instructions. They have been explained to me, and I understand them clearly.

sutures out 7 DAYS

_Signature_
SIGNATURE OF PATIENT OR RESPONSIBLE PERSON                          DATE

_Signature_ FELMAN
SIGNATURE OF PHYSICIAN OR NURSING PERSONNEL

REFERRED TO

TO ER IN 2 DAYS
FOR WOUND CHECK

OR YOUR PRIVATE PHYSICIAN IN _____ DAYS FOR FOLLOW-UP CARE

**COE001911**

784-760000 (Rev. 4/91)          DISCHARGE INSTRUCTION SHEET - ORIGINAL