# EXHIBIT 43



## COUNTY OF ERIE
### OFFICE OF THE
### DISTRICT ATTORNEY

KEVIN M. DILLON
DISTRICT ATTORNEY

June 12, 1992

TELEPHONE
716-858-2424
FAX 716-858-7425

Gregory Gianelli Esq
Assistant District Attorney
DeKalb County District Attorney's Office
556 North McDonough Street
Decatur GA  30030

> RE: People of the State of New York
> v. Valentino Dixon
> Indictment No. 91-1476-004 and
> People of the State of Georgia
> v. John A. Sullivan III

Dear Mr. Gianelli:

Please receive this letter as a formal thank you from the Erie County District Attorney's Office for your office's cooperation in securing the attendance of the above-captioned individual, John A. Sullivan III, for testimony at the Valentino Dixon murder trial here in Buffalo. Should you or any of your colleagues need similar assistance in the Western New York area this office would be pleased to make itself available to you.

I would also like to take this opportunity to advise you that John A. Sullivan III was completely cooperative both in the process of his return to Buffalo and giving testimony at this very important murder trial. He was one of only three eyewitnesses who came forward out of a crowd of probably close to a hundred people who witnessed this machinegun killing. He showed extreme courage in merely advising the police that he was a witness to these events and was frank, forthright and honest in his trial (and previous Grand Jury) testimony.

I know very few details of the matter which you have pending against John but can tell you that in terms of his dealing with this office and our dealing with his family as a whole he is far and above the average "street punk" that I'm sure we both deal with on a daily basis. He originally moved to DeKalb County, Georgia, because his parents were concerned that he was not safe in Buffalo, having witnessed the murder perpetrated by Valentino Dixon. It is truly a "quirk of outrageous fate" that his trip to Georgia should end in his incarceration in DeKalb County. I hope that you have some discretion to factor in his background when it comes time for disposition of his Georgia charges.

/cont'd......

25 DELAWARE AVENUE, BUFFALO, NEW YORK 14202

COE002161

<u>Gregory Gianelli, Esq.</u>　　　- 2 -　　　<u>June 12, 1992</u>

      Thank you again for your office's cooperation in returning John to Buffalo.

                Very truly yours,

                KEVIN M. DILLON
                DISTRICT ATTORNEY

         BY:  CHRISTOPHER J. BELLING
                Chief Assistant District Attorney
                Homicide Bureau

CJB:mb

Copy to:  Mr. John A Sullivan Jr
         49 Elmer Avenue
         Buffalo NY 14215