# EXHIBIT 44

| To CVB | XO |
|---|---|
| Date 6/9 Time 10 | ☒ AM ☐ PM |

**WHILE YOU WERE OUT**

M John Sullivan
of
Phone (___) 835-9353
   Area Code   Number   Extension

| TELEPHONED | | PLEASE CALL | X |
| CALLED TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | URGENT | |
| | RETURNED YOUR CALL | | |

Message ASAP!

Operator
OFFICIAL    COE002278  00900