# EXHIBIT 45

Billing

**IMPORTANT MESSAGE**

TO _____

DATE 6/9/92    TIME 12:00 P.M.

WHILE YOU WERE OUT

M Sullivan, John

OF _____ 835-9353

Area Code & Exchange 835-9353

| TELEPHONED ✓ | PLEASE CALL ✓ |
| CALLED TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | URGENT |
| | RETURNED YOUR CALL |

Message _____

Operator _____

COE002277