# EXHIBIT 46

To: CJB   20
Date: 6/9   Time: 4 PM

**WHILE YOU WERE OUT**

M: John Sullivan
of:
Phone ( )

| | | | |
|---|---|---|---|
| TELEPHONED | X | PLEASE CALL | |
| CALLED TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | URGENT | |
| RETURNED YOUR CALL | | | |

Message: Son going back to Georgia - not going to testify under the circumstances. very disgusted. (Then he hung up) before I could say anything

OFFICIAL   00900

COE002171