# EXHIBIT 47

IN THE SUPERIOR COURT OF DEKALB COUNTY
STATE OF GEORGIA

*DISTRICT ATTORNEY COPY*

92 JUN 10

IN THE MATTER OF THE APPLICATION OF )
THE STATE OF NEW YORK FOR AN ORDER )
DIRECTING THE ATTENDANCE OF JOHN A. ) NO. 91-1476-001
SULLIVAN, III AS A MATERIAL WITNESS )
)

## ORDER OF SUMMONS

This matter having come before the Court for a hearing, and the Court having heard testimony and reviewed the record, the Court finds as follows:

1) John A. Sullivan, III is a material and necessary witness in the case of the State of New York v. Valentino Dixon, a criminal proceeding pending in Erie County Court in Buffalo, New York;

2) Allowing John A. Sullivan, III to attend and testify in the New York case would not be adverse to the interest of the State of Georgia or to the health and legal rights of Mr. Sullivan;

3) That as the State of New York has by its laws enacted the Uniform Act to Secure the Attendance of Witnesses from Without the State, Mr. Sullivan will be protected from the arrest and the service of civil and criminal process because of any act committed prior to his arrival in New York; and

4) As a practical matter the possibility is negligible that Mr. Sullivan may be subject to arrest or to the service of civil or criminal process in any state through which he will be required to pass.

Based upon these findings, the Court hereby orders as follows:

1) John A. Sullivan is hereby directed to attend and testify as a witness in the case of the State of New York v. Valentino Dixon, pending in Erie County Court in Buffalo, New York;

2) The Erie County District Attorney's Office, the Erie County Sheriff's Department, or any designee of said agencies, as requesting jurisdiction, is hereby directed to come to the DeKalb County jail where the witness is presently confined to accept custody of Mr. Sullivan for physical transfer to Erie County, New

1

COE002147

York;

3) The requesting jurisdiction shall provide proper safeguards on Mr. Sullivan's custody while in transit, shall be liable for and shall pay all expenses incurred in producing and returning Mr. Sullivan to the DeKalb County, Georgia jail, including but not limited to food, lodging, clothing, and medical care;

4) The requesting jurisdiction shall provide proper safeguards for Mr. Sullivan while in their custody, and shall keep Mr. Sullivan segregated from defendant Valentino Dixon and his family.

5) The requesting jurisdiction shall promptly deliver the witness to the DeKalb County, Georgia jail at the conclusion of his testimony.

SO ORDERED, this the 3rd day of June, 1992.

ARNOLD SHULMAN, SENIOR JUDGE
SUPERIOR COURT OF DEKALB COUNTY
STONE MOUNTAIN JUDICIAL CIRCUIT

ARNOLD SHULMAN
Senior Appellate Court Judge
By Designation

Prepared by:

Gregory J. Lohmeier    #456260
Assistant District Attorney

FILED
DEKALB CO., GA.
JUN 3  1 39 PM '92
CLERK
DEKALB

COE002148