# EXHIBIT 50

5/18/92   T/C from John Sullivan Jr.

$50,000 bail

watching porno movies w/ girl & then

<u>DeKalb County Solicitor</u> ~~DA~~   1-404-371-2201

<u>Dr. LaDuca</u>   Mon mornings (AM) Tues & Wed (PM) are bad
— ECMC — Dept of Surgery
   DK Miller Bldg.

— Andy Lohn, Asst County Solicitor — handles misdemeanors simple battery w/ Solicitor case was closed out

DA has rape case pending    $50,000 bond pending Gj.

Christy Liss    1-404-371-2561
                          2587

COE002129

5/18/92
- Will probably be indicted in next 2 weeks
- arraignment within one month
- 15 yr. old girl who knows Δ is the victim — ADA has not talked to her yet.

ADA John Petrieey    556 N. McDonough St.
                     Decateur Ga 30030

5/19/92  8:50 AM T/C to JP. — N1oweb
- claimed held hostage & raped

Re: Pv. John A. Sullivan III

6/1/92  T/C to Christy Liss

Greg Gianelli

Greg Lohmeier — ADA tommorrow @ 11 AM on 6/3/92 is leaving he will call after & let me know

COE002130