# EXHIBIT 51



# COUNTY OF ERIE
### OFFICE OF THE
## DISTRICT ATTORNEY

KEVIN M. DILLON  
DISTRICT ATTORNEY

June 5, 1992

TELEPHONE  
716-858-2424  
FAX 716-858-7425

Howard Gave  
Assistant Prosecuting Attorney  
Saginaw County Prosecutor's Office  
111 South Michigan  
Saginaw Michigan  48602

                 RE:  People v. Valentino Dixon  
                       Witness:  Emil "Lucky" Adams

Dear Mr. Gave:

        Pursuant to our telephone conversations of Thursday, June 4, 1992, I contacted a Sgt. Wagner at the Saginaw Police Department in an attempt to contact the witness Emil "Lucky" Adams. I have not yet heard back from Sgt. Wagner nor have I heard from Mr. Adams, therefore I have to assume the worst and take appropriate steps.

        To that end please find enclosed an original Certificate signed by a Supreme Court Justice (one of the Superior Courts of the State of New York sitting in Erie County) asking that your Superior Court issue an Interstate Subpoena to Emil "Lucky" Adams.

        As discussed in our telephone conversation I have two addresses for Mr. Adams, one of them is 3726 Souderton Drive, in Saginaw, Zip Code 48601, and a previous address which he gave at the time of Grand Jury testimony in January of 1992 was 4136 Nancy Drive, Saginaw, Michigan. At that time he gave a telephone number of 517-777-5392, although that number has been disconnected, at least I am so informed when I call there.

        Mr. Adams is a high school student I believe, having a date of birth of 12-30-72 and he supposedly lives at one of those addresses with his mother Shirley and father Ernest Adams Jr.

        I have requested a brief continuance of the trial in hopes of securing Mr. Adams as a witness. I apologize in advance for burdening your office with this matter and hope that I can someday return the favor, however I would ask that you take appropriate steps to immediately locate and subpoena Mr. Adams and advise me of your results. To that end I can be contacted during

/cont'd......

Howard Cave                          - 2 -                    June 5, 1992
Assistant Prosecuting Attorney

business hours at 716-858-2414 (or 858-2424), and at home at 716-833-9221.

    Once again, thank you for your anticipated cooperation.

                Very truly yours,

                KEVIN M. DILLON
                DISTRICT ATTORNEY

       BY:  CHRISTOPHER J. BELLING
            Chief Assistant District Attorney
            Homicide Bureau

CJB:mb
encl(s).

SEPARATE COPY OF THIS LETTER AND ALL OTHER DOCUMENTS ALSO
FORWARDED BY FAX TRANSMISSION.