# EXHIBIT 52

```
STATE OF NEW YORK
SUPREME COURT  :  COUNTY OF ERIE
```

* * * * * * * * * * * * * * * * *

THE PEOPLE OF THE STATE OF NEW YORK

       -vs-

    VALENTINO A. DIXON,
        Defendant

    EMIL "LUCKY" ADAMS,
    DOB: 12-30-72
        Witness

AFFIDAVIT

Indictment No. 91-1476-001

* * * * * * * * * * * * * * * * *

```
STATE OF NEW YORK  )
COUNTY OF ERIE     ) SS:
CITY OF BUFFALO    )
```

    CHRISTOPHER J. BELLING, being duly sworn, deposes and says:

    1. That I am an Assistant District Attorney to KEVIN M. DILLON, District Attorney of Erie County, State of New York, and I am assigned as the Chief Assistant District Attorney in charge of the Homicide Bureau in the Erie County District Attorney's Office.

    2. That I am assigned to the prosecution of the above-captioned indictment.

    3. That I am fully familiar with the facts and circumstances surrounding the investigation of the August 10, 1991 homicide of Torriano Jackson, the wounding of Aaron Jackson and John Sullivan, which occurred in the City of Buffalo, County of Erie, and State of New York.

    4. That Emil "Lucky" Adams, the party captioned witness above is in fact a necessary and material witness in regard to the prosecution of the above-captioned defendant.

COE001775

5. That attached hereto is a statement previously given by the aforementioned Emil "Lucky" Adams which demonstrates that he is in fact a critical witness to the successful prosecution of the above-captioned defendant.

6. That the above case is now scheduled to be heard at trial by a jury in Erie County Court beginning on the 8th of June, 1992 and that the witness Emil "Lucky" Adams will be needed for a period of two days commencing immediately upon his availability on or after June 8, 1992.

7. That the Erie County District Attorney's Office has been in contact with the above-captioned witness but that since May 24th of 1992 he has failed to respond to all communication from this office.

8. That the Erie County District Attorney's Office is prepared to furnish round trip airplane transportation via commercial airlines to the above-captioned Emil "Lucky" Adams and will in fact have a prepaid round trip ticket available at the Saginaw airport in the name of Mr. Adams.

WHEREFORE, the People pray that this Court issue a Certificate pursuant to the UNIFORM ACT TO SECURE ATTENDANCE OF WITNESSES FROM WITHOUT THE STATE IN CRIMINAL CASES (New York Criminal Procedure Law Section 640.10) certifying the necessity of issuance of a subpoena by the Superior Court of the State of Michigan sitting in Saginaw to secure the attendance of said

COE001776

witness, Emil "Lucky" Adams, for a period of approximately two days pending his availability on or after June 8, 1992.

                                                             _____
                                                             CHRISTOPHER J. BELLING

Sworn to before me this
5th day of June, 1992.

_____
Notary Public, State of New York
Qualified in Erie County
My commission expires 10/31/93.

- 3 -

COE001777