# EXHIBIT 53



## COUNTY OF ERIE
### OFFICE OF THE DISTRICT ATTORNEY

75792 9620

KEVIN M. DILLON
DISTRICT ATTORNEY

June 5, 1992

TELEPHONE
716-858-2424
FAX 716-858-7425

Mr Emil "Lucky" Adams
4136 Nancy Drive
Saginaw Michigan 48601

**AIRBORNE EXPRESS**

RE: People v. Valentino Dixon
    Indictment No. 91-1476-001

Dear Mr. Adams:

    I recently had the Saginaw Police Department check out the address of 3726 Souderton Drive which your mother gave me as your "new" address.

    The Saginaw Police Department reports that that is not a valid address for you, therefore I am directing this correspondence to your old address.

    You should be aware that on this date I forwarded to the Saginaw County Prosecutor's Office the paperwork allowing them to issue an Interstate Subpoena and if necessary an Interstate Material Witness Warrant for your arrest and forcible return to Buffalo to testify in the above-captioned case. I regret having had to take these steps, however I am about to start a very serious trial and your lack of cooperation leaves me no other choice.

    Please contact me at the District Attorney's Office, 716-858-2414 or 858-2424 immediately upon receipt of this letter. If you are calling after business hours call me collect at home, 716-833-9221.

    The time for your voluntary cooperation is now. Should you continue to be uncooperative I will have no alternative but to have the Saginaw County Prosecutor's Office execute a warrant against you and have you returned to Buffalo in custody to testify at this trial.

Very truly yours,

KEVIN M. DILLON
DISTRICT ATTORNEY

BY: *Christopher J. Belling*
CHRISTOPHER J. BELLING
Chief Assistant District Attorney
Homicide Bureau
/cont'd.....

CJB:mb

Copy to:  Ms Shirley Adams
          4136 Nancy Drive
          Saginaw Michigan 48601
                and
          Ms Shirley Adams
          c/o 65 Hastings Avenue
          Buffalo NY  14215

COE001770