# EXHIBIT 54



## COUNTY OF ERIE
### OFFICE OF THE
### DISTRICT ATTORNEY

KEVIN M. DILLON
DISTRICT ATTORNEY

June 2, 1992

TELEPHONE
716-858-2424
FAX 716-858-7425

AIRBORNE ✓EXPRESS

Con✓. #075141

Mr Emil "Lucky" Adams
3726 Souderton Drive
Saginaw Michigan 48601

    RE: People v. Valentino Dixon
       Indictment No. 91-1476-001

Dear Mr. Adams:

  Although, as you can see, I have your new address I have no telephone number and therefore no way of contacting you with any degree of immediacy. I anticipate that you will be needed to testify in Buffalo on the 9th, 10th or 11th of June.

  Therefore please contact me immediately upon receipt of this letter so that I may verify a means of contacting you with some degree of reliability and arrange for your attendance at the trial.

  During office hours contact me at the District Attorney's Office, 716-858-2424 or 858-2414. After hours contact me at home, 716-833-9221.

  Thank you for your anticipated cooperation.

      Very truly yours,

      KEVIN M. DILLON
      DISTRICT ATTORNEY

      *Christopher J. Belling*

    BY: CHRISTOPHER J. BELLING
      Chief Assistant District Attorney
      Homicide Bureau

CJB:mb

Copy to: Ms Shirley Adams
    3726 Souderton Drive
    Saginaw Michigan 48601
      and
    Ms Shirley Adams
    c/o 65 Hastings Avenue
    Buffalo NY 14215

25 DELAWARE AVENUE, BUFFALO, NEW YORK 14202    **COE001766**