# EXHIBIT 55



## COUNTY OF ERIE
### OFFICE OF THE
## DISTRICT ATTORNEY

KEVIN M. DILLON  
DISTRICT ATTORNEY

May 11, 1992

TELEPHONE  
716-858-2424  
FAX 716-858-7425

Mr Emil "Lucky" Adams  
4136 Nancy Drive  
Saginaw Michigan  48601

    RE: People v. Valentino Dixon  
       Indictment No. 91-1476-001

Dear Mr. Adams:

  Please be advised that trial of the above-captioned indictment has been scheduled to start with jury selection on June 8, 1992 in County Court, Part 1.

  As you know, you are a crucial witness in regard to this case. Please contact me immediately upon receipt of this letter so that I may verify your current whereabouts as well as make appropriate arrangements for your attendance at the trial.

  Thank you for your anticipated cooperation.

      Very truly yours,

      KEVIN M. DILLON  
      DISTRICT ATTORNEY

  BY: CHRISTOPHER J. BELLING  
      Chief Assistant District Attorney  
      Homicide Bureau

CJB:mb

cc: Ms Sheila Adams  
   c/o 65 Hastings Avenue  
   Buffalo NY 14215