# EXHIBIT 61



UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NEW YORK

---

VALENTINO DIXON,
                Petitioner

      v

JAMES T. CONWAY,
                Respondent

---

05-CV-0208E

---

GRAND JURY TESTIMONY

# TABLE OF CONTENTS

|  | Page |
|---|---|
| **November 6, 1991** | |
| Aaron Jackson | 3 |
| John Sullivan | 20 |
| Travis Powell | 31 |
| **November 20, 1991** | |
| Michael Bland | 2 |
| **January 13, 1992** | |
| Mario Jarmon | 2 |
| James R. Diegleman | 15 |
| Leonard Brown | 21 |
| Lamarr Scott | 56 |
| Emil Adams | 74 |
| Freddy Stancil | 83 |
| Robert Lewis | 90 |

November 20, 1991


```
1    91-1476
     11/20/91
2    11:30 AM
     CLW
3
     (Further proceedings held on November 20, 1991.)
4

5

6    MR. BELLING:        This is the investigation of

7    the shooting of Torriano Jackson. It's entitled

8    People versus Valentino Dixon.  It's 91- 1476.

9
                            *     *     *
10
```

```
 1
 2      91-1476
        11/20/91
 3      11:31 AM
        CLW
 4

 5

 6           M I C H A E L   B L A N D, sworn, testified:

 7

 8           BY MR. BELLING:

 9      Q.   Would you state your name, please, and spell
10           your last name for the court reporter?
11      A.   Michael Bland, B- L- A- N- D.
12      Q.   Your date of birth, Michael?
13      A.   6/25/71.
14      Q.   Your home address, sir?
15      A.   1195 East Ferry.
16      Q.   Your telephone number?
17      A.   I don't got no phone.
18      Q.   Yes, you do, you just told me outside. You don't
19           want me to call up and harass you.
20      A.   I don't got no phone.
21      Q.   Who do you live with there?
22      A.   My father.
23      Q.   What is his name?
```

2

| | | |
|---|---|---|
| 1 | A. | Greg Bland. |
| 2 | Q. | Does he have a phone? |
| 3 | A. | If I don't, he don't got no phone either. |
| 4 | Q. | Anyone else live there besides the two of you? |
| 5 | A. | No, just me and him. |
| 6 | Q. | You live in the whole house or up down, what? |
| 7 | A. | Whole house. |
| 8 | Q. | Michael, this Grand Jury is investigating the |
| 9 | | shooting of Torriano Jackson which took place in |
| 10 | | the early morning hours of August 10th, 1991 in |
| 11 | | the vicinity of Bailey and East Delavan. Are |
| 12 | | you familiar with that intersection, Michael? |
| 13 | A. | Yeah. |
| 14 | Q. | Several witnesses that I have interviewed have |
| 15 | | mentioned that among the bystanders there that |
| 16 | | night was Michael Bland. Is that you? |
| 17 | A. | Yeah, that's me. |
| 18 | Q. | Tell the Grand Jury what you remember about the |
| 19 | | night that Torry Jackson got shot? |
| 20 | A. | When I was in the Norstar parking lot. |
| 21 | Q. | Norstar parking lot is on one of the four |
| 22 | | corners of that intersection? |
| 23 | A. | Yeah. I was in the parking lot. I was talking |

3

```
 1              to this girl.
 2      Q.      What was her name?
 3      A.      Rhonda Sally (sic).
 4      Q.      Okay, go ahead.
 5      A.      I seen Aaron and Torry run across the street.
 6      Q.      That's Aaron and Torry Jackson?
 7      A.      Yes.
 8      Q.      Where did they start?
 9      A.      Across from Louie's across to the drug store.
10      Q.      Running from Louie's parking lot toward the drug
11              store?
12      A.      Yeah.
13      Q.      What did you see them do when they ran across
14              the street?
15      A.      I seen Aaron and Mario about to fight.
16      Q.      That's Mario Jarmon?
17      A.      Yeah.
18      Q.      So Aaron and Mario were about to start fighting;
19              on the sidewalk or in the street on East
20              Delavan?
21      A.      They were on the sidewalk.  They wasn't like
22              fighting, they was talking.  They was having
23              words.  They didn't have no fists or nothing.
```

4

| | | |
|---|---|---|
| 1 | Q. | What happened then? |
| 2 | A. | I just -- I finished my conversation with that |
| 3 | | girl and then I heard shots and I did like |
| 4 | | everybody else, I ran. |
| 5 | Q. | Which way did you run? |
| 6 | A. | I ran like towards in back of the bank like near |
| 7 | | the library. |
| 8 | Q. | If you're running down East Delavan, that would |
| 9 | | be towards Cheektowaga, correct? |
| 10 | A. | Yeah. |
| 11 | Q. | Before you heard the shots, did you see anybody |
| 12 | | run up to where Aaron and Torry and Mario were? |
| 13 | A. | No. |
| 14 | Q. | Did you see Fred Stansill (sic) around there |
| 15 | | that day? |
| 16 | A. | Fred? |
| 17 | Q. | Was Fred around? |
| 18 | A. | Fred, I think he was up there. There was a lot |
| 19 | | of people up there. There was a lot of people |
| 20 | | up there. |
| 21 | Q. | Did you see if Aaron or Torry had a gun when |
| 22 | | they went running across the street? |
| 23 | A. | I know Aaron didn't. I know because he was |

5

|    |    |                                                                                     |
|----|----|-------------------------------------------------------------------------------------|
| 1  |    | waving his hand like this so like I just kept                                       |
| 2  |    | finishing my conversation with the female. When                                     |
| 3  |    | I heard shots, I ran.                                                               |
| 4  | Q. | The shots that you heard -- let me continue                                         |
| 5  |    | that though. You said you know Aaron didn't                                         |
| 6  |    | have a gun because you saw his hands. How about                                     |
| 7  |    | Torry, did you see a gun?                                                           |
| 8  | A. | I don't know, I didn't see a gun.                                                   |
| 9  | Q. | You didn't see a gun with Torry, no reason to                                       |
| 10 |    | have one, right?                                                                    |
| 11 | A. | I ain't going to say that but I don't know.                                         |
| 12 | Q. | Did you see them come to blows, did you see the                                     |
| 13 |    | Jacksons punching Mario?                                                            |
| 14 | A. | No, no.                                                                             |
| 15 | Q. | There came a time that you heard gunfire?                                           |
| 16 | A. | Yeah.                                                                               |
| 17 | Q. | When you heard gunfire, did it all sound the                                        |
| 18 |    | same in terms of like from one location or from                                     |
| 19 |    | one kind of sound or what did it sound like?                                        |
| 20 | A. | It was one kind of sound.                                                           |
| 21 | Q. | You heard the one kind of sound. Was it real                                        |
| 22 |    | rapid shooting?                                                                     |
| 23 | A. | Yeah.                                                                               |

6

```
 1   Q.   What did it sound like to you?
 2   A.   It sounded like an Uzi or something, like that,
 3        keep shooting.
 4   Q.   Like an automatic weapon kind of thing?
 5   A.   Yeah.
 6   Q.   Shot real fast, right?
 7   A.   Yeah.
 8   Q.   That's the only shooting you heard, correct?
 9   A.   That's the only shooting I heard.
10   Q.   How long did the shooting go on for?
11   A.   It went on for like a while, went on for a
12        while.
13   Q.   And did you ever see anybody standing over Torry
14        Jackson shooting at him while he was down on the
15        street?
16   A.   No.
17   Q.   Did you ever see anybody shoot anybody?
18   A.   No, I didn't see nobody get shoot.  When I was
19        talking to the girl when I heard shots, I
20        just -- I ran.
21   Q.   And when --
22   A.   I ran. Everybody ran. It was like a crowd. It's
23        like a crowd of people out there and when
```

```
 1          everybody heard shots, you know, everybody
 2          panicked and everybody just ran, you know.  So
 3          even if I still would have been looking back, I
 4          wouldn't have seen who did it because there was
 5          too many people out there.
 6      Q.  So it's your testimony that in terms of actually
 7          observing someone shooting, you didn't see that,
 8          is that correct?
 9      A.  No, I didn't observe nobody shooting nobody.
10      Q.  You ran away towards the Cheektowaga end of
11          things?
12      A.  Yeah.
13      Q.  Down East Delavan, correct?
14      A.  Right.
15      Q.  And, by the way, do you know a guy named
16          Valentino Dixon?
17      A.  No, I don't know him.
18      Q.  You know a guy named Lamar Scott?
19      A.  No.
20      Q.  You know the Jackson brothers, Aaron and Torry,
21          correct?
22      A.  I know them.
23      Q.  Are they friends of yours?
```

8

1   A.   This is like hi and bye thing. It ain't no
2        what's up, come on let's go, like that.
3        MR. BELLING:        Any questions from any Grand
4        Jurors? Thank you, Michael.
5
6                            *      *      *
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23