# EXHIBIT 69

91-1476 V. Dixon                                    Jim Knapp

LaMarr Scott
357 Best St.  883-0658  Eva Scott
                        parents address

                        Aunt- Ruth Mitchell
                        283 Lapere
                        894-8601

Fred Jackson
              John Molloy
              assigned
              - office in W. Seneca

              Served w/ GJ Sup by JB @ front
              desk  12:25 PM

COE002281