# EXHIBIT 74

TO WHOM IT MAY CONCERN:

I'm sending you this letter in hopes that it finally falls in the right hands. 14 years ago I killed a man, which another man is currently serving a life sentence for. Two days after his arrest I confessed to Police and WGRZ T.V news in Buffalo. After I confessed I was arrested on camera and taken to the Buffalo Police station, where I was released an hour later and told "we got who we want, get the hell out of here". Even though several people saw me commit this shooting, the person they wanted was someone I knew in the streets. His name is Valentino Dixon.

Approximately six months later, after constant threats by members of the Buffalo Police Dept. and the D.A. on the case Christopher Belling, I was forced to recant my confession at the grand jury proceeding. Since that day I have carried the burden and the injustice that I helped place an innocent man in prison for a crime I committed. During Valentino's trial I was willing to testify that I was the shooter and was waiting to be called by his attorney, but I was never called.

I have written the District Attorney's Office, The Police Commissioner, The F.B.I in Buffalo and Internal Affairs, more than I care to count and no one has responded or taken my letters seriously. It seems no one cares that an innocent man is in prison, except for the Buffalo News who have written several articles, but it still don't seem to be enough for Buffalo Authorities to except responsibility for what happened. Please read the articles.

I am currently serving time for shooting another man in a unrelated incident. Had I been charged when I confessed, he would not have been a quadriplegic.

I am willing to give an interview hoping that it will finally reveal the injustice that has occurred. Thank you for your time.

*Lamarr Scott*
Lamarr Scott

CC: DATELINE NBC, PRIME TIME LIVE, 20/20, AMERICAN JUSTICE, 60 MINUTES, MONTEL WILLIAMS SHOW, OPRAH WINFREY, THE INVESTIGATORS COURT T.V, THE NEW YORK TIMES, THE NEW YORK POST

BCC: The Erie County District Attorney's office: Frank Clark, The Buffalo Police Commissioner: Rocco Diina, The F.B.I. in Buffalo, Internal Affairs

Sworn to me this 24th day of April 2005

Richard H. Penkalski
Notary Public, State of New York
No. 01PE5032915

Exhibit 6