# EXHIBIT 75

Lamont Scott
— 357 Best    883-0658
4/o parents
Eva + Edward Scott

Lamont said he was
told to call re Valentino Dixon,
but I don't have any know-
ledge of this.     Barry 1/3/92



To CPB
Date 1/3    Time 11    ☐ AM ☐ PM
**WHILE YOU WERE OUT**
M Lamont Scott
of
Phone (___) ___
Area Code   Number   Extension

| TELEPHONED | X | PLEASE CALL | |
| CALLED TO SEE YOU | | WILL CALL AGAIN | X |
| WANTS TO SEE YOU | | URGENT | |
| RETURNED YOUR CALL | | | |

Message re Lamont Scott
(He was very vague)

Operator
COE002119
AMPAD EFFICIENCY®    REORDER #23-000