# EXHIBIT 81

Case 1:19-cv-01678-MAV-JJM   Document 181-84   Filed 02/15/24   Page 2 of 2

The Buffalo News (Buffalo, New York) · Wed, Nov 9, 1994 · Page 3
https://www.newspapers.com/image/875935578
Downloaded on Feb 8, 2024



# Local News

**INSIDE**
Editorial Page / B2
Viewpoints / B3
Deaths / B10
Comics / B12



DENNIS C. ENSER/Buffalo News

...tion Society, and Jim Boltz, a trustee, look over the refurbished opera...
...ny.

# Term of 28-57 years set in shooting that paralyzed teen-ager

**By MATT GRYTA**
*News Staff Reporter*

A judge denounced Lamarr Scott today as a "worthless human being" for shooting a Buffalo teen-ager "just for the sheer thrill" of pulling the trigger.

The shooting, for which the judge ordered Scott to serve a prison term of 28½ to 57 years, paralyzed the victim.

State Supreme Court Justice Joseph S. Forma imposed the maximum prison term on Scott one day before the first anniversary of the crime that left Samuel Tyler a quadriplegic.

"I wish I could put you in a five-by-five (foot) cage so you couldn't move," the judge told Scott.

Tyler was shot once in the head by Scott with a 9mm handgun during a robbery attempt while he and two friends were standing at Northland and Schuele avenues at about 8:30 p.m.

Tyler told the judge that Scott "took a lot from me for nothing."

Scott shot Tyler after the victim refused to give Scott money. The bullet damaged Tyler's spinal cord and lodged in his left shoulder.

Tyler told the judge that Scott shot him in the head at "point-blank range" and "thought I was dead."

"I see my teen-age life is over, I'm forced to live like an old man," the victim told the judge.

Tyler, a Burgard High School airline mechanic student at the time of the shooting, told the judge he has still been unable to return to school. He said he hopes to get a college degree some day even though "I can no longer do things that normal people can do."

Bonnie Nelson, Tyler's aunt, told the judge that Scott, who has refused to identify his accomplice in the crime, deserves the maximum term because "he can still walk and Robert's life as a walking person is over."

The judge said he will make a "strong recommendation" to the state that Scott never be paroled.

Forma said the shooting of Tyler last Nov. 10 was "one of the most shocking, sickening and senseless acts" he has seen in 17 years as a judge.

Scott, 21, of Best Street, "sentenced" Tyler, now 17, "to a wheelchair," the judge added.

Scott has a long criminal record that included a one-year assault sentence he completed about five months before Tyler was shot, Forma said.

He called Tyler "a courageous and remarkable young man."

Prosecutor Rosanne Eimer Johnson told the judge Scott deserved the lengthy sentence for what she called "the unprovoked, barbaric attempted street execution" of the victim, his "savage disregard for human life and "to prevent him from preying on innocent victims in the future."

Following a one-week trial before Forma, a jury convicted Scott of attempted murder, first-degree assault, first-degree robbery, attempted robbery, weapons and cocaine possession. He was also convicted of possessing a loaded and unlicensed handgun and cocaine at the time he was arrested.

Scott was arrested last Nov. 30 after relatives of the victim told police they had heard from informants that Scott and an unidentified man had staged the robbery.

Defense attorney James Crotty said the conviction and sentence will be appealed.



Copyright © 2024 Newspapers.com. All Rights Reserved.