# EXHIBIT 82

Need to talk to:

Fred Stencil    - w/ J. Sullivan) Both see mug no ID

Rob Lewis

✓ Travis Powell    46 Poultney    — set an IO

✓ Lisa McCullough    221 Carl    891-8252

Heather Smith    City Honors HS — was she going out w/ both Troy & A

Mario Jarsmon

✓ Antonio Jackson    — firm up ID

→ Man on Bike & shooter had similar clothing

Red hat dark jeans but thinks they were 2 different people due to their size

COE002717