# EXHIBIT 83

2                           AARON JACKSON

3

4

5    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF NEW YORK
6

7    ------------------------------------------
     VALENTINO DIXON,
8
                              Plaintiff,
9
                   - vs -      Case No.
10                             1:19-cv-01678-WMS

11   CITY OF BUFFALO and COUNTY OF ERIE;
     and DETECTIVE MARK R. STAMBACH,
12   DETECTIVE RANIERO MASECCHIA, DETECTIVE
     JAMES P. LONERGAN, DETECTIVE JOHN VICKERD,
13   CHIEF RICHARD T. DONOVAN, JOHN DOES,
     Unknown Buffalo Police Department Supervisors,
14   and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER
     BELLING, in their individual capacities,
15
                              Defendants.
16   ------------------------------------------

17

18           Examination before trial of AARON

19   JACKSON, taken pursuant to Subpoena, in the law

20   offices of HODGSON RUSS LLP, The Guaranty Building,

21   140 Pearl Street, Suite 100, Buffalo, New York, on

22   January 12, 2023, commencing at 10:12 a.m., before

23   JOAN M. METZGER-HUBBELL, CM, Realtime Reporter,

24   Notary Public.

25



```
 1                       Aaron Jackson
 2        A.   He then took a picture out and showed        12:54:20
 3   me a picture of the Geo, and there was actually a      12:54:22
 4   gunshot on top, that skimmed over the top of the       12:54:25
 5   car right where I was underneath in that seat as       12:54:28
 6   proof that what I was saying was true.                 12:54:32
 7        MR. SAHASRABUDHE:  That's all I have for the      12:54:35
 8   time being.                                            12:54:37
 9                       EXAMINATION                        12:54:37
10   BY MR. BLENK:                                          12:54:37
11        Q.   Mr. Jackson, my name is James P. Blenk,      12:54:42
12   and I represent the county defendants and Chris        12:54:45
13   Belling in this case.                                  12:54:48
14        Have we ever had the occasion of meeting          12:54:50
15   before today?                                          12:54:53
16        A.   Not at all.                                  12:54:54
17        (Off the record at 12:54 p.m.)                    12:54:57
18   BY MR. BLENK:                                          12:55:00
19        Q.   I just wanted to cover two points.  You      12:55:00
20   mentioned that you had a conversation with a           12:55:05
21   Mr. Flynn.  Are you referring to the Erie County       12:55:10
22   District Attorney John Flynn?                          12:55:13
23        A.   Yes.                                         12:55:15
24        Q.   And do you recall whether he was the         12:55:15
25   actual District Attorney or an Assistant District      12:55:18
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1
 2   STATE OF NEW YORK)
 3                    ss:
 4   COUNTY OF ERIE   )
 5
 6        I DO HEREBY CERTIFY as a Notary Public in and
 7   for the State of New York, that I did attend and
 8   report the foregoing deposition, which was taken
 9   down by me in a verbatim manner by means of machine
10   shorthand.  Further, that the deposition was then
11   reduced to writing in my presence and under my
12   direction.  That the deposition was taken to be
13   used in the foregoing entitled action.  That the
14   said deponent, before examination, was duly sworn
15   to testify to the truth, the whole truth and
16   nothing but the truth, relative to said action.
17
18
19                              _____
20                              JOAN M. METZGER-HUBBELL,
                                CM, Realtime Reporter,
21                              Notary Public.
22
23
24
25
```

