# EXHIBIT 84

BN Sunrise 8-13-91 TUES

# Man charged in shootings was free on bail

**By MATT GRYTA**
*News Staff Reporter*

Valentino Dixon was free on $10,000 bail, awaiting sentencing in two shootings, when, police have charged, he killed a youth Saturday and wounded three other persons, according to court and prosecution records.

Dixon, 21, who denies the Saturday shootings, is scheduled to be sentenced next Tuesday before Erie County Judge Joseph P. McCarthy in two cases from last year.

Sentencing for Dixon, also known as Shawn D. Anderson of 61 Rounds Ave., had been scheduled for last Tuesday but was adjourned at the request of his attorney, Sean D. Hill.

Hill declined comment on the pending sentence but claimed Dixon did not kill Torriano Jackson, 17, of Thatcher Street or wound three others Saturday.

A private investigation, Hill said, is under way to back Dixon's claim.

Hill said Dixon had told Buffalo homicide detectives he did not participate in Saturday's shooting. But law enforcement authorities haven't given the defense attorney a copy of that statement.

Although Dixon, now jailed without bail on murder and other charges, faces a City Court hearing Friday, prosecutors are expected to ask a grand jury to vote on an indictment Wednesday or Thursday to sidetrack that session and spare witnesses from appearing in court so soon.

Hill said Dixon would not testify before a grand jury.

Damone Hamilton, 19, of Guilford Street, was convicted last month of trying to shoot Dixon and of seriously wounding another man on McKibben Street last last Aug. 13. Hamilton, jailed in lieu of $10,000 bail, also faces sentencing next Tuesday before McCarthy.