# EXHIBIT 85

```
                         CONFIDENTIAL
                         MICHAEL BLAND




    UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF NEW YORK


    -------------------------------------------
    VALENTINO DIXON,

                         Plaintiff,

              - vs -      Case No.
                          1:19-cv-01678-WMS

    CITY OF BUFFALO and COUNTY OF ERIE;
    and DETECTIVE MARK R. STAMBACH,
    DETECTIVE RANIERO MASECCHIA, DETECTIVE
    JAMES P. LONERGAN, DETECTIVE JOHN VICKERD,
    CHIEF RICHARD T. DONOVAN, JOHN DOES,
    Unknown Buffalo Police Department Supervisors,
    and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER
    BELLING, in their individual capacities,

                         Defendants.
    -------------------------------------------


              Examination before trial of

    MICHAEL BLAND, taken pursuant to Subpoena, the

    Federal Rules of Civil Procedure, at Office of the

    United States Attorney, Federal Centre, 138

    Delaware Avenue, Buffalo, New York, on October 16,

    2023, commencing at 2:37 p.m., before ANDREA J.

    HOBBS, Notary Public.
```



```
 1                    Michael Bland
 2   withdrawn.
 3           Again, at the time, you attempted to tell
 4   the truth about who was the shooter?
 5           MR. BLENK:  Form.
 6           BY MR. BRUSTIN:
 7       Q.  And tell them that it was Lamarr Scott
 8   and not Valentino Dixon?
 9           MR. SAHASRABUDHE:  Objection.
10           MR. BLENK:  Form.
11           BY MR. BRUSTIN:
12       Q.  Isn't that correct?
13           MR. SAHASRABUDHE:  Objection to form.
14           THE WITNESS:  Plead the Fifth.
15           BY MR. BRUSTIN:
16       Q.  And you were pressured first by
17   detectives, including Detective Stambach, to say
18   that Valentino Dixon was the shooter even though
19   they and you knew he was not?
20           MR. BLENK:  Form.
21           THE WITNESS:  Plead the Fifth.
22           MR. SAHASRABUDHE:  Objection to form.
23           BY MR. BRUSTIN:
24       Q.  And subsequently, you were pressured by
25   ADA Belling to maintain the same lie --
```



```
 1                    Michael Bland
 2        A.   Plead the Fifth.
 3        Q.   -- that you had not seen the shooting
 4   as opposed to the fact that you had seen
 5   Lamarr Scott shoot your friends?
 6        MR. BLENK:   Form.
 7        MR. SAHASRABUDHE:   Objection to form.
 8        BY MR. BRUSTIN:
 9        Q.   Did you answer that, sir?
10        A.   Plead the Fifth.
11        Q.   And when you say you were afraid for
12   your life today, what you mean by that --
13        A.   Plead the Fifth.
14        Q.   You ready to keep going?
15        A.   Yeah, keep going.
16        Q.   Okay.  When you say that you were
17   afraid for your life today and you want to make
18   sure it's on the record, is because you want to
19   make sure that a number of people hear that.  One
20   is your friend Aaron Jackson, correct?
21        A.   Plead the Fifth.
22        MR. SAHASRABUDHE:   Objection to form.
23        BY MR. BRUSTIN:
24        Q.   And in fact, you know that
25   Aaron Jackson understands that Lamarr Scott was the
```



```
 1                      Michael Bland
 2         A.    Plead the Fifth.
 3         Q.    And in fact, you understood that you
 4   were arrested on November 12th, 1991 --
 5         A.    Plead the Fifth.
 6         Q.    -- because you wouldn't voluntarily
 7   participate --
 8         A.    Plead the Fifth.
 9         Q.    -- in the Grand Jury proceedings?
10         MR. BLENK:  Form.
11         THE WITNESS:  Plead the Fifth.
12         BY MR. BRUSTIN:
13         Q.    And you understood --
14         MR. SAHASRABUDHE:  Form.
15         BY MR. BRUSTIN:
16         Q.    And you understood that ADA Belling
17   caused you to be arrested so that he could force
18   you to testify in the Grand Jury?
19         MR. BLENK:  Form.
20         MR. SAHASRABUDHE:  Form.
21         BY MR. BRUSTIN:
22         Q.    You can answer.
23         A.    Plead the Fifth.
24         Q.    And you understood at that time, did
25   you -- you also had interaction with detectives
```



```
 1                      Michael Bland
 2   address at that time in '91?
 3          A.   Plead the Fifth.
 4          Q.   And you were asked whether you had
 5   your -- you were asked whether you had your phone
 6   and you said, I don't have any phone.
 7          And ADA Belling said, yes, you do, you just
 8   told me outside you don't want me to call up and
 9   harass you and you answered, I don't got no phone?
10          MR. BLENK:  Form.
11          BY MR. BRUSTIN:
12          Q.   And in fact, that's the first time you
13   lied to the Grand Jury that day, correct?
14          A.   Plead the Fifth.
15          MR. BLENK:  Form.
16          MR. SAHASRABUDHE:  Objection to form.
17          BY MR. BRUSTIN:
18          Q.   And the reason you were lying to the
19   Grand Jury that day, was because of your -- your
20   fear, the same fears, of the police, correct?
21          MR. BLENK:  Form.
22          THE WITNESS:  Plead the Fifth.
23          MR. SAHASRABUDHE:  Form.
24          BY MR. BRUSTIN:
25          Q.   And the DA's office including
```



```
 1                    Michael Bland
 2   Mr. Belling?
 3          MR. BLENK:  Form.
 4          MR. SAHASRABUDHE:  Form.
 5          THE WITNESS:  Plead the Fifth.
 6          BY MR. BRUSTIN:
 7          Q.   And your friend Aaron Jackson?
 8          A.   Plead the Fifth.
 9          MR. SAHASRABUDHE:  Form.
10          BY MR. BRUSTIN:
11          Q.   And you were asked the question,
12   several witnesses that I have interviewed -- and
13   this is on page 3, line 14.
14          Several witnesses that I have interviewed,
15   have mentioned that among the bystanders there that
16   night was Michael Bland, is that you, and you
17   answered, yeah, that's me.
18          And in fact, that's true.  You understood
19   through your communications with the police long
20   before the Grand Jury, that everybody understood
21   you were one of the eyewitnesses on the scene,
22   correct?
23          A.   I plead the Fifth.
24          Q.   Okay.
25          A.   Because I don't want no criminal
```



```
 1                    Michael Bland
 2   the shooter and not Valentino Dixon, isn't that
 3   true, sir?
 4           MR. BLENK:  Form.
 5           THE WITNESS:  Plead the Fifth.
 6           MR. SAHASRABUDHE:  Objection to form.
 7           BY MR. BRUSTIN:
 8           Q.  And Emil Adams told you on a number of
 9   occasions, that he was pressured by the police to
10   maintain that Valentino Dixon was the shooter, even
11   though he and they knew it was Lamarr Scott?
12           MR. BLENK:  Form.
13           THE WITNESS:  Plead the Fifth.
14           MR. SAHASRABUDHE:  Objection to form.
15           BY MR. BRUSTIN:
16           Q.  And I just want to --
17           A.  I'm not standing up to be funny.  I am
18   like really stretching.
19           Q.  That's fine.  If you can hear, that's
20   fine.  To be more specific, when you observed the
21   moments leading up to the shooting and the shooting
22   itself by Lamarr Scott, more specifically what you
23   yelled out was look out, he's got a gun, when you
24   saw Lamarr Scott approaching with the automatic
25   pistol?
```



MICHAEL BLAND                                          October 16, 2023
VALENTINO DIXON V. CITY OF BUFFALO                                   44

```
 1                    Michael Bland
 2   angry?
 3           A.   Plead the Fifth.  Plead the Fifth.
 4           Q.   And in fact, the only people who have
 5   ever -- who have ever threatened you in connection
 6   with this case, are the police, correct?
 7           MR. BLENK:  Form.
 8           MR. SAHASRABUDHE:  Objection to form.
 9           THE WITNESS:  Plead the Fifth.
10           BY MR. BRUSTIN:
11           Q.   Including Detective Stambach?
12           MR. BLENK:  Form.
13           MR. SAHASRABUDHE:  Objection to form.
14           THE WITNESS:  The Fifth.
15           BY MR. BRUSTIN:
16           Q.   And the DA's office including ADA
17   Belling?
18           MR. BLENK:  Form.
19           THE WITNESS:  Fifth.
20           BY MR. BRUSTIN:
21           Q.   And your friend Aaron Jackson who
22   encouraged you not to come forward about
23   Lamarr Scott because he blamed Valentino Dixon even
24   though he wasn't the shooter?
25           MR. BLENK:  Form.
```



```
 1                     Michael Bland
 2   proceeding in connection with the murder of
 3   Torriano Jackson?
 4          A.    Plead the Fifth.
 5          Q.    Did you speak with anybody from the
 6   district attorney's office in connection with the
 7   reinvestigation of the murder of Torriano Jackson?
 8          A.    Plead the Fifth.
 9          Q.    Has anybody told you in connection with
10   the murder of Torriano Jackson, that the substance
11   of their testimony at any sort of proceeding, was
12   influenced by assistant district attorney
13   Christopher Belling?
14          A.    I plead the Fifth.
15          Q.    Same question with respect to any
16   personnel of the Erie County district attorney's
17   office?
18          A.    Plead the Fifth.
19          Q.    Has anyone ever informed you of the
20   assistance of perjury prosecutions of anybody who
21   was present for the murder of Torriano Jackson?
22          A.    I plead the Fifth.
23          Q.    Have you ever been on probation?
24          A.    Plead the Fifth.
25          Q.    Do you know if you were on probation at
```



```
 1
 2  STATE OF NEW YORK )
 3                    ss:
 4  COUNTY OF ERIE    )
 5
 6       I DO HEREBY CERTIFY as a Notary Public in and
 7  for the State of New York, that I did attend and
 8  report the foregoing deposition, which was taken
 9  down by me in a verbatim manner by means of machine
10  shorthand.  Further, that the deposition was then
11  reduced to writing in my presence and under my
12  direction.  That the deposition was taken to be
13  used in the foregoing entitled action.  That the
14  said deponent, before examination, was duly sworn
15  to testify to the truth, the whole truth and
16  nothing but the truth, relative to said action.
17
18
19                         _____
                           ANDREA J. HOBBS,
20                         Notary Public,
                           Notary expires 06/26/25
21
22
23
24
25
```

