# EXHIBIT 86

2                    ROBERT J. BRYANT, JR.

3

4

5    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF NEW YORK
6

7    ----------------------------------------
     VALENTINO DIXON,
8
                            Plaintiff,
9
                    - vs -        Case No.
10                               1:19-cv-01678-WMS

11   CITY OF BUFFALO and COUNTY OF ERIE;
     and DETECTIVE MARK R. STAMBACH,
12   DETECTIVE RANIERO MASECCHIA, DETECTIVE
     JAMES P. LONERGAN, DETECTIVE JOHN VICKERD,
13   CHIEF RICHARD T. DONOVAN, JOHN DOES,
     Unknown Buffalo Police Department Supervisors,
14   and ASSISTANT DISTRICT ATTORNEY CHRISTOPHER
     BELLING, in their individual capacities,
15
                            Defendants.
16   ----------------------------------------

17

18           Examination before trial of ROBERT J.

19   BRYANT, JR., taken pursuant to Subpoena, in the law

20   offices of HARRINGTON & MAHONEY, 70 Niagara Street,

21   Buffalo, New York, on May 2, 2023, commencing at

22   11:04 a.m., before LORI K. BECK, CSR, CM, Notary

23   Public.

24

25



```
 1                   Robert J. Bryant, Jr.
 2  us about what Lamarr Scott said to you --
 3          A.   Yes.
 4          Q.   -- the day after the shooting when you
 5  spoke to him on the street.
 6          A.   Yes.
 7          Q.   Did -- that day, did you ever threaten
 8  Lamarr Scott before he told you he was the shooter?
 9          A.   Threatening the big guy that -- oh,
10  excuse me.  Let me answer the question.  No.
11          Q.   Yes.
12          A.   He's a young guy, and if anything, I
13  was kind of like afraid, but I told myself like I
14  don't want to trigger him off in any type of way,
15  because I don't know where his mind is coming from.
16  The first time I met him and seen him.
17          But no, threaten him?  No, not Lamarr.  Not
18  the way he looked.
19          Q.   Did you ever threaten him?
20          A.   Never.  Never.  Never threatened him,
21  no.
22          Q.   Did you ever promise Lamarr anything
23  that day?
24          A.   Never.  Never promised him anything.
25          Q.   Did you ever promise him anything?
```



```
 1                    Robert J. Bryant, Jr.
 2          A.    Never.  All I wanted to do --
 3          Q.    Now --
 4          A.    Oh, I better let you talk.  I'm sorry.
 5          Q.    When you approached Lamarr that day,
 6   did you confront him, or did you just ask him what
 7   happened?
 8          A.    I just asked him what happened, and
 9   that's when he started telling me.
10          Q.    When you were speaking to Lamarr, did
11   Lamarr ever deny to you that he was the shooter?
12          A.    He not only never denied it, he told me
13   just how he did it, how it happened.
14          Q.    Okay.  Now, after you spoke to
15   Lamarr --
16          A.    Yes.
17          Q.    -- learned that he was, in fact, the
18   shooter --
19          A.    Yes.
20          Q.    -- what steps did you take next?
21          A.    After that, he stayed where he at.  He
22   said he'll be staying over on Goodyear, and I told
23   myself, "Oh, man, please don't let him -- please
24   don't let him leave town."
25          Q.    All right.  Let me stop you for one
```



1              Robert J. Bryant, Jr.

2         Q.    All I'm asking you is:  After he

3  confessed on television, did you expect that Lamarr

4  Scott was going to be arrested for the shooting?

5         A.    Oh, definitely.  I thought he would,

6  but --

7         Q.    Okay.  Now, did -- after that time, did

8  any police officer ever come and interview you

9  about your interaction with Lamarr Scott?

10        A.    Not one single police officer.  Nobody

11  came to my house.  Belling and Terranova -- well, I

12  can't -- I can't go through this.  I can't --

13        Q.    Take your time.

14        A.    They ignored me like I was nothing,

15  like I wasn't even a fucking human -- excuse me --

16  like I wasn't even a human being, okay?

17        Q.    Okay.

18        A.    And I told --

19        Q.    I know this is very hard.

20        A.    I told -- I told Belling, and he's the

21  prosecutor -- I said, "You know Valentino didn't do

22  this.  You know it, but you're not going to get

23  away with it."  I said -- I was younger then, and I

24  never been experience nothing like with murder and

25  shit -- excuse me -- and all that.



```
 1                    Robert J. Bryant, Jr.
 2         MR. SOTO-BRITO:  All right.  It's starting
 3   right now from 0 minutes 0 seconds.
 4         (Recording played.)
 5         (Recording stopped.)
 6         MR. SOTO-BRITO:  Stopping at 2 minutes and
 7   12 seconds.
 8         BY MR. BRUSTIN:
 9         Q.   Okay.  First of all, Mr. Bryant --
10         A.   Yes.
11         Q.   -- did you recognize -- did you
12   recognize your voice on the tape?
13         A.   Definitely.  That's me, yes.
14         Q.   Okay.  And did you, in fact, create a
15   tape-recorded statement on March 7th, 1993, at
16   9:10 p.m.?
17         A.   I thought it was sooner than that, but
18   if -- it say March 7th, 1991.  That -- it is the
19   date, so yes.
20         Q.   In other words, when you -- when you --
21   when you made -- when you made this tape-recording,
22   you were attempting to honestly put on the
23   tape-recording what date it was, correct?
24         A.   Yes.
25         Q.   And you would have known the date then,
```



1                    Robert J. Bryant, Jr.

2          Q.   And I want you to listen and follow

3    along with the words on the page.

4          MR. SOTO-BRITO:  Starting at exactly 16

5    minutes.

6          (Recording played.)

7          (Recording stopped.)

8          MR. SOTO-BRITO:  Stopped at 16:09 and moving

9    back to 15:50 -- or 15:41, sorry.

10         MR. BRUSTIN:  Can you do 15:50?

11         MR. SOTO-BRITO:  It won't let me scroll

12   there.  Starting at 15:41.

13         (Recording played.)

14         (Recording stopped.)

15         MR. SOTO-BRITO:  Stopped at 16:39.

16         BY MR. BRUSTIN:

17         Q.   Okay.  So Mr. Bryant, this part is

18   quite important, so I want you to focus on this.

19         A.   Okay.

20         Q.   Did -- did you recognize your voice and

21   Emil Adams' voice on the tape just now?

22         A.   Definitely.  I did.

23         Q.   Okay.

24         A.   Yes.

25         Q.   Okay.  And do you recall, as it states



```
 1                    Robert J. Bryant, Jr.

 2         A.   Yes, yes.

 3         Q.   And I want you to follow along

 4    beginning on line 13, okay?

 5         A.   Okay.

 6         MR. BRUSTIN:  And if you could play, Mo,

 7    15:13, and I'll tell when you to stop.

 8         MR. SOTO-BRITO:  Okay, starting at 15:11.

 9         (Recording played.)

10         (Recording stopped.)

11         MR. SOTO-BRITO:  Stopping at 15:54.

12         BY MR. BRUSTIN:

13         Q.   Were you able to follow along with the

14    transcript, Mr. Bryant?

15         A.   Yes.

16         Q.   And does the transcript accurately

17    describe what you heard on the audio?

18         MR. SAHASRABUDHE:  Form.

19         THE WITNESS:  Yes.

20         BY MR. BRUSTIN:

21         Q.   And do you -- did you recognize the

22    voices there?

23         A.   Um-hum.  Yes.

24         Q.   Yes?

25         A.   Yes.
```



1                     Robert J. Bryant, Jr.

2          Q.   And it was -- was it you and Emil Adams

3    speaking?

4          MR. SAHASRABUDHE:  Form.

5          THE WITNESS:  Me and Emil Adams, yes.

6          BY MR. BRUSTIN:

7          Q.   Do you have any doubt in your mind that

8    what's listed as the answers here that you just

9    heard came from Emil Adams?

10         MR. SAHASRABUDHE:  Form.

11         THE WITNESS:  No doubt.

12         MR. BLENK:  Form.

13         BY MR. BRUSTIN:

14         Q.   All right.  And do you recall Emil

15   Adams telling you that he told the police that he

16   never said who --

17         (Technical difficulty.)

18         BY MR. BRUSTIN:

19         Q.   Do you remember, as described here on

20   lines 21 through page -- through page 13 line 3,

21   him telling you that he initially told them that it

22   was a heavyset guy?

23         A.   Yes.

24         MR. SAHASRABUDHE:  Objection to the form.

25         BY MR. BRUSTIN:



```
 1                   Robert J. Bryant, Jr.

 2          MR. BRUSTIN:  Where did you stop it?

 3          MR. SOTO-BRITO:  17:03.

 4          BY MR. BRUSTIN:

 5          Q.   Okay.  And were you able to follow

 6  along with that, Mr. Bryant?

 7          A.   Oh, yes, I remember all that, what he

 8  said.

 9          Q.   That was -- did you recognize your

10  voice and Mr. Adams' voice?

11          A.   Yes, both of them.

12          Q.   And does this transcript accurately

13  document what he said to you on the audiotape?

14          A.   Yes, absolutely, yeah.

15          Q.   Okay.  And prior to Mr. Adams giving

16  you this information, did you have any knowledge

17  that the police engaged in this type of conduct?

18          MR. SAHASRABUDHE:  Objection to the form.

19          THE WITNESS:  Can I answer that or --

20          BY MR. BRUSTIN:

21          Q.   Did you have any -- yes.

22          MR. THOMPSON:  Yes.

23          THE WITNESS:  I am 76 years old, and I've

24  seen a lot in this life, but the point is yes, I

25  believe the conduct -- it speaks for itself.
```

```
 1                    Robert J. Bryant, Jr.

 2          Q.   So did you hear when you were saying --

 3     you were asking him if he was going to be home the

 4     next day.  Did you hear that?

 5          A.   Yes.

 6          Q.   And were you trying to get somebody to

 7     come and get him to repeat what he had told you, or

 8     you don't recall?

 9          A.   I don't recall that.

10          Q.   Okay.  Okay.

11          MR. BRUSTIN:  So let's go to -- let's just

12     go ahead and play from there.

13          MR. SOTO-BRITO:  Playing from 25:06.

14          MR. BRUSTIN:  Yes, we're on page 21.

15          (Recording played.)

16          (Recording stopped.)

17          MR. SOTO-BRITO:  Stopped at 29:50.

18          BY MR. BRUSTIN:

19          Q.   Okay.  And were you able to follow

20     along the audio and the transcript with that?

21          A.   Yes, all of it.

22          Q.   And was the transcription generally

23     accurate?

24          A.   Yes.

25          Q.   And did you recognize your voice as the
```



```
1                    Robert J. Bryant, Jr.
2    questioner and Emil Adams as the person answering
3    the questions?
4           A.   Yes.
5           Q.   And does this transcript accurately
6    describe what he said to you and what you said to
7    him?
8           A.   All of it, yes.
9           Q.   And does it accurately describe the
10   tone of voice you were using with him?  Did you
11   ever raise your voice with him, for example?
12          MR. SAHASRABUDHE:  Form.
13          THE WITNESS:  Oh, no.  No, not at all.
14          BY MR. BRUSTIN:
15          Q.   And if you look at page 24, do you
16   remember, as described here, Mr. Adams telling you
17   that he was concerned about having to go back to
18   court?
19          A.   Yes.
20          Q.   And do you remember asking him if he
21   would be willing to say what he told you to Tino's
22   lawyer?
23          A.   Yes.
24          Q.   Okay.  And do you know whether --
25   withdrawn.  All right.  Let's just go ahead.  We're
```



1              Robert J. Bryant, Jr.

2    almost done.

3          MR. BRUSTIN:  Let's just play it until the

4    end, and tell us where we're starting and where

5    we're stopping, Mo.

6          MR. SOTO-BRITO:  Starting at 29:50.

7          (Recording played.)

8          (Recording stopped.)

9          BY MR. BRUSTIN:

10         Q.  Was that the end of your conversation

11   with Mr. Adams that night?

12         A.   Yes.  Yes.

13         Q.  And did -- so the -- the transcription

14   that you just reviewed and the tape that you just

15   heard, was that an accurate -- first of all, was

16   that an accurate -- withdrawn again.

17         Is the audio you just heard the audiotape

18   recording of the interview that you conducted with

19   Emil Adams on March 7th of -- of 1993?

20         MR. SAHASRABUDHE:  Form.

21         THE WITNESS:  Yes.

22         BY MR. BRUSTIN:

23         Q.  And the transcript that you just read,

24   did that accurately describe the conversation that

25   you had -- the conversation that's heard on the



1

2   STATE OF NEW YORK)

3                        ss:

4   COUNTY OF ERIE   )

5

6        I DO HEREBY CERTIFY as a Notary Public in and

7   for the State of New York, that I did attend and

8   report the foregoing deposition, which was taken

9   down by me in a verbatim manner by means of machine

10  shorthand.  Further, that the deposition was then

11  reduced to writing in my presence and under my

12  direction.  That the deposition was taken to be

13  used in the foregoing entitled action.  That the

14  said deponent, before examination, was duly sworn

15  to testify to the truth, the whole truth and

16  nothing but the truth, relative to said action.

17

18

19                        _____

20                        LORI K. BECK, CSR, CM,
                          Notary Public.
21                        Notary expires 4/30/2026

22

23

24

25

