# EXHIBIT 87



## COUNTY OF ERIE
### OFFICE OF THE
### DISTRICT ATTORNEY

KEVIN M. DILLON
DISTRICT ATTORNEY

January 9, 1992

TELEPHONE
716-858-2424
FAX 716-858-7425

John J Molloy Esq
1299 Union Road
West Seneca NY  14224

                RE:  People v. Valentino Dixon
                    File No. 91-1476; Witness: Lamar Scott

Dear Mr. Molloy:

       This letter will serve to confirm and memorialize the fact that today, January 9, 1992, the Hon. Joseph P. McCarthy, Erie County Judge, sitting in Criminal Special Term, assigned you to represent the above-captioned witness, Lamar Scott, in regard to the investigation of a homicide presently entitled People v. Valentino Dixon, File No. 91-1476.

       As we discussed in my office this date, Mr. Scott has claimed that it was he, not the charged defendant, who committed this crime. Obviously, therefore this office sought to have counsel assigned to represent Mr. Scott in regard to the Grand Jury proceedings and Judge McCarthy assigned you for that purpose.

       I have forwarded to your office, with Lamar Scott, a copy of the sworn statement he gave to the Buffalo Police Department. Should you desire to view the videotaped interview which he gave to WGRZ-TV in which he also admits being the shooter in this case, please do not hesitate to contact me.

       Thank you for your anticipated cooperation.

                          Very truly yours,

                          KEVIN M. DILLON
                          DISTRICT ATTORNEY

                BY:  CHRISTOPHER J. BELLING
                     Chief Assistant District Attorney
                     Homicide Bureau

CJB:mb

cc:    William J Diggins Esq
       630 Brisbane Building
       Buffalo NY  14203