# EXHIBIT 88

Eric D. Doss:                               12-16-92

To whom it may concern:

Lamont Scoot confessed to the murder of Toriano Jackson. The confession was not only once but many of times. With on shame he claim to take Mr. Jackson life openly. He ran out in the crowd with his gun aiming it to the Jackson's brother and just open fire and killed him with no remorseness. If I can be of any help please call 832-7326

Thank You
Eric Doss

Sworn before me this 18 day of December, 1992

Patricia Hurley

PATRICIA HURLEY
Notary Public, State of New York
Qualified in Erie County
Commission Expires 4-16-94

A.127

ACF 10

VI: To may concern,
   My name is Loranii M Bayard. Valentino Dixon did not offer me any money to take the blame for killing Tornianso Jackson.

Lamont Scott sat in my front room, and said, that he pretty much Tony did not kill Tornianso Jackson man, I didn't. He also said that if felt good to him, and if he had another clip then he would of empty that one to.

Thank You
Loranii M Bayard

SWORN TO BEFORE ME THIS 18th DAY OF DECEMBER 1992

Scott J. Turner
SCOTT J. TURNER NOTARY PUBLIC

SCOTT J. TURNER
Notary Public, State of New York
Qualified in Gila County
Commission Expires 5/13/93

A.128

I Pamela Yates - Admitted that LAMARR Scott did sit in my house in the company of me Pamela Yates, Kent Newman, Esther Yates, Howard Hampton at 86-A-Donovan Dr and admitted to us that he Killed Torri Jackson. And I Pamela Yates was willing to testify to this but no one call me to testify and Lamarr Scott stayed with me a 86-A-Donovan from 8-10-91 to 8-22-91. Because he was affaired of the Police that they were going to Kill him. Because Lamarr Scott said he was going to tell them that he did the Killing + tell the true

12-10-97
Pamela Yates

Subscribe & Sworn to before
me this 15 December, 1997.
Alexander Reilly

ALEXANDER REILLY III
Notary Public, State of New York
Qualified in Erie County
My Commission Expires May 31, 1999

A.129