# EXHIBIT 89

```
     DATE              ERIE COUNTY DISTRICT ATTORNEY                         FORM
   11-MAR-92           GENERAL                                               8014
    (SCHEDULED)                   PRE TR CONF

    CASE #        ----------DEFENDANT NAME----------        3/13      INDICTMENT
    32226           JARMON, MARIO D                                    91-1476   003
```

CURRENT EVENT

```
      DATE             EVENT ACTION  (CIRCLE ONE)                       EXPLANATION

   3 / 11 / 92      POSTPONE   COMPLETED   CASE FINDING                    3 / 8
                      (PO)        (CP)        (CF)                     (3 DIGIT CODE)

     PROSECUTOR            JUDGE         COURT      PART   TERM    REPORTER
   BELLING C J        D AMICO M L         ECDC        1
```

*off record in chambers*

```
     DEFENSE ATTORNEY     IF NEW ATTORNEY OF RECORD, INDICATE TYPE
   PURIS W H
                                   ASSIGNED    RETAINED    OTHER
                          NEW?  N     (CT)       (RT)      (OT)
```

NEXT SCHEDULED EVENT    (IF APPLICABLE)

```
    SCD DATE                    SCHEDULED PROCEEDING    (CIRCLE ONE)

   4 / 24 / 92    PRE-TRIAL   MOTION   MOTION   PLEA   TRIAL   SENTENCE   OTHER
                 CONFERENCE  ARGUMENT  HEARING
                    (PC)       (MA)             (PP)   (TR)    (SE)      (OT)

    PROSECUTOR            JUDGE         COURT      PART   TERM    TIME
   BELLING C J        D AMICO M L         ECDC        1
                                                                        AM  JURY
                                                                2:00 PM  N-J
```

CHARGE/DISPOSITION   (IF APPLICABLE)

```
   CIRCLE IF ALL CHARGES HAVE BEEN:   DISMISSED   CONSOLIDATED   TRANSFERRED
   AND PROVIDE EXPLANATION               (DM)         (CN)          (TR)

                        (3 DIGIT CODE)  (NO NEED TO USE CHARGE DISPOSITION FORM.
   CHECK IF DISMISSAL IS ON ACTION OF:  DEFENSE ___  PROSECUTOR ___  COURT ___
   IF ACTION OF PROSECUTION OR COURT, HAS DISMISSAL ORDER BEEN PREPARED?  Y  N

   NOTE:  IF ANY INDIVIDUAL COUNT IS DISMISSED, USE CHARGE DISPOSITION FORM.
```

CASE   (IF APPLICABLE)

```
   NON-EXCLUDABLE    ADDITIONAL:        PROS MOVED READY   Y         DEFENSE  Y
   DAYS  (TOTAL)  :                      FOR TRIAL?        N         READY?   N
```

EVENT MINUTES   (WILL BE INCLUDED IN COMPUTER FILES)
                BENCH / INDICTMENT WARRANT ORDERED?  Y  N   AGENCY: _____

Δ's motions to be filed by 4/10/92 π to respond by 4/24
Tent. trial date 6/22/92
Plea offer — 2 A misd. w/ statement up front &
trial testimony against Valentino Dixon (91-1476-001)

COE002677

```
DATE              ERIE COUNTY DISTRICT ATTORNEY              FORM
03-MAR-92  0930AM                                            S014
 (SCHEDULED)              PRE TR CONF
                                                     3/5
CASE #      --------DEFENDANT NAME--------           ✓       INDICTMENT
32225        BROWN, LEONARD L                                911476   002
```

CURRENT EVENT

| DATE | EVENT ACTION (CIRCLE ONE) | | | EXPLANATION |
|---|---|---|---|---|
| 3/3/92 | POSTPONE (PO) | **COMPLETED (CP)** | CASE FINDING (CF) | 3/8 (3 DIGIT CODE) |

```
PROSECUTOR         JUDGE         COURT    PART  TERM  REPORTER
BELLING C J        D AMICO M L   ECOC     1                      off record in
                                                                   chambers
```

```
DEFENSE ATTORNEY   IF NEW ATTORNEY OF RECORD, INDICATE TYPE
COUGHLIN E H
                            ASSIGNED    RETAINED    OTHER
                   NEW? N Y  (CT)        (RT)       (OT)
```

NEXT SCHEDULED EVENT   (IF APPLICABLE)

| SCD DATE | SCHEDULED PROCEEDING (CIRCLE ONE) | | | | | |
|---|---|---|---|---|---|---|
| 4/28/92 | PRE-TRIAL CONFERENCE (PC) | **MOTION ARGUMENT (MA)** | MOTION HEARING (MH) | PLEA (PP) | TRIAL (TR) | SENTENCE (SE) | OTHER (OT) |

```
PROSECUTOR         JUDGE         COURT    PART  TERM  TIME
BELLING C J        D AMICO M L   ECOC     1           9:30 AM  JURY
                                                           PM  N-J
```

CHARGE/DISPOSITION   (IF APPLICABLE)

CIRCLE IF ALL CHARGES HAVE BEEN:  DISMISSED   CONSOLIDATED   TRANSFERED
AND PROVIDE EXPLANATION           (DM)        (CN)           (TR)

        (3 DIGIT CODE) (NO NEED TO USE CHARGE DISPOSITION FORM.
CHECK IF DISMISSAL IS ON ACTION OF: DEFENSE ___ PROSECUTOR ___ COURT ___
IF ACTION OF PROSECUTION OR COURT, HAS DISMISSAL ORDER BEEN PREPARED? Y N)

NOTE: IF ANY INDIVIDUAL COUNT IS DISMISSED, USE CHARGE DISPOSITION FORM.

CASE   (IF APPLICABLE)

NON-EXCLUDABLE   ADDITIONAL:         PROS MOVED READY  Y    DEFENSE   Y
DAYS (TOTAL) :                       FOR TRIAL?        N    READY?    N

EVENT MINUTES  (WILL BE INCLUDED IN COMPUTER FILES)
               BENCH / INDICTMENT WARRANT ORDERED?  Y  N  AGENCY: _____

Plea offer: 2 A misd w/ up front sworn statement of trial
testimony vs. Valentino Dixon — extended this date
Δ to file motions by 3/31  π to ans. by 4/28/92
trial tent. 6/15 after V. Dixon murder trial

COE002681