# EXHIBIT 90

Newspapers
by ancestry

https://www.newspapers.com/image/875522042

The Buffalo News (Buffalo, New York) · Wed, Sep 1, 1993 · Page 25

Downloaded on Feb 15, 2024

# Woman charged with perjury in slaying

**By MATT GRYTA**
*News Staff Reporter*

A Buffalo woman was indicted today on charges of lying about what happened during the fatal stabbing of her estranged lover in an argument over their children.

Rosalind Carter, 30, of 161 Rounds Ave. pleaded innocent before State Supreme Court Justice Nelson H. Cosgrove to two charges of first-degree perjury related to her testimony July 14 before a grand jury.

She was allowed to remain free on $500 bail posted by her brother, Police Officer Calvin Carter.

Ms. Carter's other brother — Anthony Carter, 26, also of 161 Rounds — has been jailed without bail since his indictment July 29 on murder and weapons charges in the death of Darryl Simpson, the son of Buffalo Police Officer Lucius Simpson and the father of Ms. Carter's son and daughter, ages 2 and 4.

Simpson, 29, was killed June 13 in the Carters' home.

Anthony Carter claims he fought with Simpson and stabbed him in self-defense after Simpson had forced his way into the Carter home while trying to take his children in a custody battle already in court.

Christopher J. Belling, a chief of the district attorney's Homicide Bureau, refused to discuss Ms. Carter's perjury indictment.

But court sources said she was charged with falsely telling the grand jury that she didn't see her brother stab Simpson.

Ms. Carter was also indicted on charges she falsely told the grand jury she wasn't in the living room, where Simpson was stabbed after, the Carters claim, he started beating her as they argued about custody of their children, court sources said.

Ms. Carter, who still has custody of both children, voluntarily surrendered at Buffalo Police Headquarters today before her arraignment.

She declined to comment after the proceedings.

Before the stabbing, Ms. Carter had obtained a court order of protection against Simpson.

According to accounts in court records, Simpson broke into the Carter home at about 5:15 p.m. June 13 and threatened to kill all the adults in the house.

Copyright © 2024 Newspapers.com. All Rights Reserved.

POWERED BY
Newspapers.com