# EXHIBIT 91

Case 1:19-cv-01678-MAV-JJM   Document 181-94   Filed 02/15/24   Page 2 of 2

The Buffalo News (Buffalo, New York) · Tue, Sep 27, 1988 · Page 12
https://www.newspapers.com/image/875240842
Downloaded on Feb 15, 2024

## Innocent Plea Entered in Slaying

Merrill A. McCloskey pleaded innocent today to second-degree murder and weapons counts in the fatal shooting of a West Side woman, and his brother pleaded innocent to a perjury charge linked to the probe of the slaying.

State Supreme Court Justice Mario J. Rossetti ordered Merrill McCloskey, 24, to remain in custody in lieu of $50,000 bail in the Sept. 7 fatal shooting of Anita Muraco, 22. The judge allowed Michael McCloskey, 26, to remain free on a second-degree perjury charge but ordered him to post $2,500 bail by Friday.

Merrill McCloskey is charged with fatally shooting Ms. Muraco during a dispute in her flat at 858 West Ave. Both McCloskeys live with their parents at 847 West Ave.

Prosecutor Christopher J. Belling said Michael McCloskey is accused of giving homicide investigators a false written statement about the fatal shooting. The prosecutor refused to release the statement.

Merrill McCloskey was returned here from Cleveland on murder and weapons charges Sept. 13 after he surrendered to police there.

Copyright © 2024 Newspapers.com. All Rights Reserved.

