# EXHIBIT 92

Case 1:19-cv-01678-MAV-JJM   Document 181-95   Filed 02/15/24   Page 2 of 2

Newspapers by ancestry
https://www.newspapers.com/image/874807834

The Buffalo News (Buffalo, New York) · Tue, Mar 14, 1989 · Page 15
Downloaded on Feb 15, 2024

# In Fire Deaths; Prosecutor Scolded

**By MATT GRYTA**
*News Staff Reporter*

Anitha Ubiles' arson-murder conviction for the 1985 deaths of her husband's pregnant girlfriend and the victim's two sons was unanimously upheld today by a state appellate court.

But the prosecutor who handled the case was rebuked for "clearly improper" and nearly "contemptuous" behavior.

In a unanimous ruling, the five-member Appellate Division of State Supreme Court found that prosecutor Christopher J. Belling presented an "overwhelming" case against Mrs. Ubiles, 34, of Niagara Falls, at her October 1986 jury trial but went too far in remarks to the jury about her guilt and her husband's perjury.

The Rochester court, which oversees the conduct of attorneys in the western part of the state, refrained from imposing any professional sanctions against Belling but said his final comments to the jury were "not only improper and highly prejudicial" but bordered "on the contemptuous."

Mrs. Ubiles, the mother of seven, is serving a prison term of 25 years to life for setting the May 3, 1985, gasoline-fed fire that killed Amanda Figueroa Rosa, 26, and her sons, Hector, 11, and Luis, 7, in their third-floor apartment at 433 Prospect Ave. Before Mrs. Rosa died, she gave birth to a daughter, whom Mrs. Ubiles' husband, Jesus, 39, admitted fathering. Jesus Ubiles served a brief jail term for perjury during his wife's trial.

Belling, a prosecutor for 13 years, was named by District Attorney Kevin M. Dillon in December as one of the two chiefs of his newly created Homicide Bureau. Belling declined to comment on the appellate rebuke.

Dillon, whose father is presiding judge of the Rochester court, said his office will "take heed" of the appellate court's comments about courtroom remarks by prosecutors. But Belling won't be reprimanded, Dillon said.

Dillon's father, Justice Michael F. Dillon, himself a former district attorney, did not participate in the review of the Ubiles conviction.

Herbert L. Greenman, Mrs. Ubiles' chief appeals attorney, said he will cite the Rochester court's remarks about Belling in asking the Court of Appeals in Albany to review the case.

The Rochester court, which reviewed the case last month, rejected Greenman's contention that State Supreme Court Justice Frederick M. Marshall erred in letting Belling play the videotaped Ubiles statement so the jury could hear her ask police for an attorney.

There was "no reasonable possibility" that tape could have prejudiced the case because Marshall told the jury "to draw no adverse inference" from that request for an attorney, the Rochester court said.

However, Belling's "only apparent purpose" in mentioning the Ubiles request for an attorney during his closing remarks was to "create an inference of consciousness of guilt" on the part of the defendant, which was "clearly improper," the court said.

Belling also overstepped the bounds of courtroom propriety by "insinuating" to the jury that Jesus Ubiles was guilty of the perjury he pleaded guilty to, the Rochester court said.

"This type of conduct by an experienced prosecutor is not only improper and highly prejudicial, but it also borders on the contemptuous and clearly contravenes numerous decisions from this court and the Court of Appeals concerning the duty of a prosecutor to present competent evidence fairly and temperately," the Rochester court wrote.

The Ubiles decision was rendered by Justice M. Dolores Denman and Samuel H. Green, both of Buffalo; Elizabeth W. Pine and Reuben K. Davis, both of Rochester, and John P. Balio of New Hartford.

Copyright © 2024 Newspapers.com. All Rights Reserved.

