

**Peter Sahasrabudhe**
Associate
Direct Dial: 716.848.1508
PSahasra@hodgsonruss.com

March 5, 2024

<u>Via ECF</u>

Hon. William M. Skretny
United States District Court
Western District of New York
2 Niagara Square, 9th Floor
Buffalo, New York  14202

Dear Judge Skretny:

      **Re:**   <u>*Valentino Dixon vs. City of Buffalo, et al.*</u>
               <u>Civil No. 1:19-cv-01678</u>

      This office is counsel to the City of Buffalo, Richard Donovan, James Lonergan, Raniero Masecchia, John Vickerd, and Mark Stambach, and unidentified individuals known as John Does/Unknown supervisors ("the City defendants") in the above-captioned matter. We write pursuant to Local Rule of Civil Procedure 7(2)(c) to request permission to exceed the page limit applicable to reply memoranda of law in this District.  The City Defendants reply in further support of their motion for summary judgment is due on Friday, March 15, 2024. Specifically, the City Defendants request permission to exceed this District's ten-page limit by a total of ten pages. In other words, the City Defendants request permission to file a reply memorandum of law of no more than twenty pages.

      Given the number of claims and the number of individual defendants involved in this dispute, good cause exists to allow the City Defendants to exceed the ten-page limit. Moreover, both the City Defendants and Plaintiff have submitted involved arguments in their respective submissions thus far, which further necessitates the City Defendants' request to exceed the usual ten-page limit for reply briefs in this District.

      Plaintiff and the County Defendants have relayed that they have no objection to this request.  We thank the Court in advance for its consideration.

Hon. William M. Skretny
March 5, 2024
Page 2

                                                 Respectfully submitted,

                                               *s/ Peter Sahasrabudhe*

                                               Peter Sahasrabudhe

PAS/smt

Copies to all counsel via ECF

17174670v1