UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>CITY OF BUFFALO et al.,<br><br>　　　　Defendants. | Civil Action No. 19-cv-01678 |

## NOTICE OF LAW FIRM ADDRESS CHANGE

Nick Joel Brustin, Mary Katherine McCarthy, Anna Benvenutti Hoffmann, and Gerardo Romo, counsel for Plaintiff Valentino Dixon, hereby inform the Court and all parties in this action that the address of their law firm has changed to 200 Varick Street, Suite 800, New York, NY 10014 and that their representation of Plaintiffs will continue. Counsel's mailing address, telephone number, and email address for all future service on Plaintiffs is:

Nick Brustin
Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP
200 Varick Street, Suite 800
New York, NY 10014
Phone: (212) 965-9081
Email: nick@nsbhf.com

Mary Katherine McCarthy
Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP
200 Varick Street, Suite 800
New York, NY 10014
Phone: (212) 965-9081
Email: katie@nsbhf.com

Anna Benvenutti Hoffmann
Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP
200 Varick Street, Suite 800
New York, NY 10014
Phone: (212) 965-9081
Email: anna@nsbhf.com

Gerardo Romo
Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP
200 Varick Street, Suite 800
New York, NY 10014
Phone: (212) 965-9081
Email: gerardo@nsbhf.com

DATED at New York, NY this 10th Day of May, 2024.

        NEUFELD SCHECK BRUSTIN
        HOFFMANN & FREUDENBERGER, LLP

        *Counsel for Plaintiff Valentino Dixon*

    By:    */s/Gerardo Romo*
        Gerardo Romo
        Nick Joel Brustin
        Mary Katherine McCarthy
        Anna Benvenutti Hoffmann
        NEUFELD SCHECK BRUSTIN
        HOFFMANN & FREUDENBERGER, LLP
        200 Varick Street, Suite 800
        New York, NY 10014
        Phone: (212) 965-9081

## **CERTIFICATE OF SERVICE**

      I, Samiha Abd-Elazem, hereby certify that on May 10, 2024, I filed the foregoing Notice of Law Firm Address Change via the Court's CM/ECF System and thereby served a copy on all counsel of record.

                                                  /s/ Samiha Abd-Elazem
                                                  *Paralegal*
                                                  Neufeld Scheck Brustin
                                                  Hoffmann & Freudenberger, LLP