## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF BUFFALO et al.,<br><br>    Defendants. | Civil Action No. 19-cv-01678 |

## NOTICE OF WITHDRAWAL OF ATTORNEY

Pursuant to Local Rule 83.2(c)(3), Plaintiff hereby provides notice that Gerardo Romo is no longer affiliated with Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP and should be removed from the docket as counsel of record for Valentino Dixon. Mr. Dixon continues to be represented in this action by Nick J. Brustin, Anna Benvenutti Hoffmann, and Mary Katherine McCarthy of Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP, and Donald M. Thompson of Easton Thompson Kasperek Shiffrin LLP, who previously entered their appearance.

Dated: June 17, 2024

                                          /s/ Nick Brustin
                                          Nick Joel Brustin
                                          Anna Benvenutti Hoffmann
                                          Mary Katherine McCarthy
                                          Gerardo Romo
                                          NEUFELD SCHECK BRUSTIN HOFFMANN &
                                            FREUDENBERGER, LLP
                                          200 Varick Street, Suite 800
                                          New York, NY 10014
                                          T: (212) 965-9081

                                          Donald M. Thompson
                                          EASTON THOMPSON KASPEREK
                                          SHIFFRIN LLP

The Powers Building
16 West Main Street, Suite 243
Rochester, New York 14614
T: (585) 423-8290

Case 1:19-cv-01678-MAV-JJM    Document 193    Filed 06/17/24    Page 2 of 3

## **CERTIFICATE OF SERVICE**

I, Samiha Abd-Elazem, hereby certify that on June 17, 2024, I filed the foregoing NOTICE OF WITHDRAWAL OF ATTORNEY using the CM/ECF system which effects service on all counsel of record.

/s/ Samiha Abd-Elazem
Paralegal