UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

VALENTINO DIXON,

                                           Plaintiff(s),

***MEDIATION CERTIFICATION***

    __19__ - cv - __1678__

              v.

CITY OF BUFFALO, et al.,

                                          Defendant(s).

_____

I hereby certify that:

☑ The mediation session scheduled for __6/4/24__ has been adjourned to __10/23/24__.

☐ Case settled prior to the first mediation session.

☐ Mediation session was held on _____.

    ☐ ***Case has settled.*** (Comment if necessary).

    ☐ ***Case has settled in part.*** (Comment below). Mediation will continue on _____.

    ☐ ***Case has settled in part.*** (Comment below). Mediation is complete.

    ☐ ***Case has not settled.*** Mediation will continue on _____.

    ☐ ***Case has not settled.*** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

***Date:*** __06/21/2024__              ***Mediator:*** /S/ __Michael Menard__

***Additional Comments:***
_____
_____
_____