UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

VALENTINO DIXON,

                                                  Plaintiff,

v.                                                                                                           Case No. 19-cv-01678

CITY OF BUFFALO, et al.,

                                                  Defendants.

## CITY DEFENDANT'S MOTION TO RESPOND TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

        The City Defendants are in receipt of Plaintiff's "Notice of Supplemental Authority" filed yesterday, July 10, 2024. We note that, contrary to Local Rule of Civil Procedure 7(a)(6), no advanced permission was given by the Court to submit additional briefing related to the City Defendants' pending motion for summary judgment.

        That being said, the Court will, understandably, wish to consider Supreme Court precedent published after summary judgment briefing closed. Accordingly, the City Defendants request permission to respond to Plaintiff's Notice of Supplemental Authority. The City Defendants wish to address *Chiaverini v. City of Napoleon*, 602 U.S. ----, 144 S.Ct. 1745 (2024), the new authority cited by Plaintiff. The City Defendants' position is that this decision does not actually undermine any of the arguments set forth in the City Defendants' motion for summary judgment. The City Defendants request permission to submit supplemental briefing addressing *Chiaverini*. The supplemental briefing will not exceed two pages. No topics other than *Chiaverini* and its application to the facts of this case will be discussed or addressed.

        We thank the Court in advance for its consideration.

2

Dated:  July 11, 2024

        /s Peter A. Sahasrabudhe
        Peter Sahasrabudhe