UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

VALENTINO DIXON,

                              Plaintiff,

v.                                                                 Case No. 19-cv-01678

CITY OF BUFFALO, et al.,

                              Defendants.

---

## COUNTY DEFENDANTS' MOTION TO RESPOND TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

The County Defendants are in receipt of Plaintiff's "Notice of Supplemental Authority" filed on July 10, 2024 [195][1]. We note that, contrary to Local Rule of Civil Procedure 7(a)(6), no advanced permission was given by the Court to submit additional briefing related to the County Defendants' pending motion for summary judgment.

Like the City Defendants [196], the County Defendants request permission to respond to Plaintiff's Notice of Supplemental Authority and the authority cited therein. *See Chiaverini v. City of Napoleon*, 602 U.S. ----, 144 S.Ct. 1745 (2024). The supplemental briefing will not exceed two pages. No topics other than *Chiaverini* and its application to the facts of this case will be discussed or addressed.

        We thank the Court in advance for its consideration.

---

[1] Bracketed references are to document number assigned on the Case Management/Electronic Case Files system.

Dated: July 15, 2024
       Buffalo, New York

                                    Respectfully submitted,

                                    **LIPPES MATHIAS LLP**

By:   */s/James P. Blenk*
        Jennifer C. Persico
        James P. Blenk
        *Attorneys for Defendants, County of Erie and former Assistant District Attorney Christopher Belling*
        50 Fountain Plaza, Suite 1700
        Buffalo, New York 14202
        (716) 853-5100
        jpersico@lippes.com
        jblenk@lippes.com