UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

VALENTINO DIXON,

                  Plaintiff(s),

***MEDIATION CERTIFICATION***

    __19__ - cv - __1678__

        v.

CITY OF BUFFALO, et al.,

                  Defendant(s).

_____

I hereby certify that:

☑ The mediation session scheduled for __10/23/24__ has been adjourned to __2/25/25__.

☐ Case settled prior to the first mediation session.

☐ Mediation session was held on _____.

    ☐ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on_____.

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* __10/23/2024__          *Mediator:* __/S/ Michael Menard__

**Additional Comments:**
_____
_____
_____