UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

VALENTINO DIXON,

                            Plaintiff,

v.                                                  Case No. 19-cv-01678

CITY OF BUFFALO, et al.,

                            Defendants.

## COUNTY DEFENDANTS' REPLY IN FURTHER SUPPORT OF MOTION TO TAKE JUDICIAL NOTICE

      As noted in the moving papers of the City of Buffalo, Mark Stambach, James Lonergan, John Vickerd, Raneiro Masecchia, and Richard Donovan ("the City Defendants") [203][1], Defendants Christopher Belling and County of Erie (the "County Defendants") join in the City Defendants' motion seeking this Court's consideration of *People v. Dixon*, No. 23-01942 (4th Dep't Dec. 20, 2024) [203-1] (the "Decision"), which reversed the vacatur of the Plaintiff's conviction.

      As with the City Defendants' pending motion for summary judgment, this Court should consider the facts and reasoning set forth in the Decision in determining the arguments advanced by the County Defendants in their pending summary judgment motion.

---

[1] Bracketed references are to the Electronic Case Files system.

Dated: January 22, 2025
      Buffalo, New York                    Respectfully submitted,

**LIPPES MATHIAS LLP**

By:   */s/James P. Blenk*
       Jennifer C. Persico
       James P. Blenk
       *Attorneys for Defendants, County of Erie and former Assistant District Attorney Christopher Belling*
       50 Fountain Plaza, Suite 1700
       Buffalo, New York 14202
       (716) 853-5100
       jpersico@lippes.com
       jblenk@lippes.com