UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

VALENTINO DIXON,

                              Plaintiff(s),

***MEDIATION CERTIFICATION***

       19  - cv -  1678

                    v.

CITY OF BUFFALO, et al.,

                              Defendant(s).

_____

I hereby certify that:

☑ The mediation session scheduled for __2/25/25__ has been adjourned to __5/27/25__.

☐ Case settled prior to the first mediation session.

☐ Mediation session was held on _____.

    ☐ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on_____.

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☐ *Case has not settled.*

*Date:* 02/26/2025                 *Mediator:* /S/ Michael Menard

***Additional Comments:***
_____
_____
_____