UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

VALENTINO DIXON,

                                   Plaintiff(s),

***MEDIATION CERTIFICATION***

       19   - cv -  1678  

v.

CITY OF BUFFALO, et al.,

                                  Defendant(s).

_____

I hereby certify that:

☑ The mediation session scheduled for   5/27/25   has been adjourned to   8/19/25  .

☐ Case settled prior to the first mediation session.

☐ Mediation session was held on _____.

   ☐ *Case has settled.* (Comment if necessary).

   ☐ *Case has settled in part.* (Comment below). Mediation will continue on_____.

   ☐ *Case has settled in part.* (Comment below). Mediation is complete.

   ☐ *Case has not settled.* Mediation will continue on _____.

   ☐ *Case has not settled.*

*Date:* 05/27/2025                  *Mediator:* /S/ Michael Menard

**Additional Comments:**
_____
_____
_____