UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF BUFFALO et al.,<br><br>      Defendants. | No. 19-cv-01678 (WMS) (JJM) |

**PLAINTIFF'S NOTICE OF MOTION TO FILE A 3-PAGE SUR-REPLY**

| | |
|---|---|
| Nature of Action: | Civil Rights |
| Moving Party: | Plaintiff, Valentino Dixon |
| Directed to: | Defendant, City of Buffalo; County of Erie; Richard Donovan; Mark Stambach; Raniero Masecchia; James Lonergan; John Vickerd: John Does/ Unknown Supervisors; and Christopher Belling |
| Date and Time: | At a date and time to be set by the Court. |
| Place: | The Chambers of the Honorable William M. Skretny, United States District Judge for the Western District of New York, 2 Niagara Square Buffalo, New York 14202 |
| Supporting Papers: | Motion to File a 3 Page Sur-Reply |
| Grounds for Relief: | Local Rule 7(a)(6) |
| Relief Requested: | Plaintiff respectfully moves to submit a sur-reply, not to exceed 3 pages, limited to the applicability of *Ortiz*. |
| Oral Argument: | Not Requested |

1

Dated: June 18, 2025  
New York, New York

Respectfully submitted,

s/ Anna Benvenutti Hoffmann

Nick Joel Brustin  
Anna Benvenutti Hoffmann  
Mary Katherine McCarthy  
NEUFELD SCHECK BRUSTIN HOFFMANN  
& FREUDENBERGER LLP  
200 Varick Street, Suite 800  
New York, NY 10014  
T: (212) 965-9081

Donald M. Thompson  
EASTON THOMPSON KASPEREK SHIFFRIN LLP  
The Powers Building  
16 West Main Street, Suite 243  
Rochester, New York 14614  
T: (585) 423-8290