UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALENTINO DIXON, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BUFFALO et al., <br><br> Defendants. | No. 19-cv-01678 (WMS) (JJM) |

### PLAINTIFF'S MOTION TO FILE A 3-PAGE SUR-REPLY

Defendants' motions for summary judgment have been pending since March 2024. Last month, the Second Circuit issued a published, relevant opinion. *Ortiz v. Stambach*, 137 F.4th 48 (2d Cir. 2025). Detective Stambach, a defendant in our case, was the defendant in *Ortiz* too. And *Ortiz* is particularly helpful to resolution of the summary-judgment motions as it explains how a reasonable jury can credit circumstantial evidence in a wrongful-conviction case. Because *Ortiz* is relevant to the pending motions, Plaintiff respectfully moves, pursuant to Local Rule 7(a)(6), to submit a sur-reply, not to exceed 3 pages, limited to the applicability of *Ortiz*.

Dated: June 18, 2025
New York, New York

Respectfully submitted,

s/ Anna Benvenutti Hoffmann

Nick Joel Brustin
Anna Benvenutti Hoffmann
Mary Katherine McCarthy
NEUFELD SCHECK BRUSTIN
HOFFMANN
& FREUDENBERGER LLP
200 Varick Street, Suite 800
New York, NY 10014
T: (212) 965-9081

Donald M. Thompson

1

EASTON THOMPSON KASPEREK
SHIFFRIN LLP
The Powers Building
16 West Main Street, Suite 243
Rochester, New York 14614
T: (585) 423-8290

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record and serve a copy of the same filing via electronic mail on all parties.

*/s/ Alfred Taylor*
Alfred Taylor
Paralegal
