UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

─────────────────────────────────

VALENTINO DIXON,

                              Plaintiff,

v.                                                              Case No. 19-cv-01678

CITY OF BUFFALO, et al.,

                              Defendants.

─────────────────────────────────


### COUNTY DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY

Defendants Christopher Belling and County of Erie (the "County Defendants") hereby oppose Plaintiff's motion for leave to file a sur-reply [211], filed on June 18, 2025 in connection to the Defendants' pending motions for summary judgment.

County Defendants have reviewed the arguments advanced in the papers filed by the City of Buffalo, Mark Stambach, James Lonergan, John Vickerd, Raneiro Masecchia, and Richard Donovan ("the City Defendants") in opposition to Plaintiff's motion for leave to file a sur-reply [212].[1] For the reasons set forth therein, the County Defendants hereby join the City Defendants' request to deny Plaintiff's motion.

Alternatively, should the Court allow Plaintiff the opportunity to submit a sur-reply, County Defendants join the City Defendants' request for the opportunity to submit a brief response to Plaintiff's submission.

───────────────

[1] Bracketed references are to the Electronic Case Files system.

Dated: June 25, 2025
      Buffalo, New York              Respectfully submitted,

                               **LIPPES MATHIAS LLP**

              By:     */s/James P. Blenk*
                         Jennifer C. Persico
                         James P. Blenk
                         *Attorneys for Defendants, County of Erie and*
                         *former Assistant District Attorney*
                         *Christopher Belling*
                         50 Fountain Plaza, Suite 1700
                         Buffalo, New York 14202
                         (716) 853-5100
                         jpersico@lippes.com
                         jblenk@lippes.com