UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

VALENTINO DIXON,

                                                Plaintiff(s),

                               v.

CITY OF BUFFALO, et al.,

                                             Defendant(s).

_____

***MEDIATION CERTIFICATION***

__19__ - cv - __1678__

I hereby certify that:

☑ The mediation session scheduled for __8/19/25__ has been adjourned to __1/13/26__.

☐ Case settled prior to the first mediation session.

☐ Mediation session was held on _____.

    ☐ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on_____.

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☐ *Case has not settled.* Mediation will continue on _____.

    ☐ *Case has not settled.*

*Date:* __09/02/2025__                   *Mediator:* __/S/  Michael Menard__

**Additional Comments:**
_____
_____
_____