

<div style="text-align: right">November 21, 2025</div>

**Via ECF**
Hon. Meredith A. Vacca
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re:   1:19-cv-1678 (MAV)(JJM), *Dixon v. City of Buffalo et al.*

Dear Judge Vacca,

    Plaintiff respectfully requests the Court set a status conference at its earliest convenience. As the Court is aware, this case was filed on December 16, 2019, and the parties completed their summary judgment briefing in March 2024. No further action has occurred since that time, apart from the reassignment of this matter to Your Honor on October 21, 2025. In light of the substantial passage of time—both since the underlying events of this case in the early 1990s and since the completion of dispositive briefing—Plaintiff respectfully submits that a conference to address next steps including trial scheduling is warranted.

    In particular, Plaintiff has concerns regarding the availability of certain witnesses by the time of trial. As the Court may be aware, several Defendants are advanced in age, and at least one has previously testified to ongoing memory issues. Given these circumstances, and the uncertainty regarding when a decision on summary judgment will issue, Plaintiff has tried to determine whether any *de bene esse* testimony should be preserved now to protect the integrity of the future trial record. Plaintiff also understands that the Court's trial calendar fills well in advance and is concerned that additional delay in scheduling may push any trial significantly further out in this case that is already almost six years old. To avoid any additional delay after resolution of the pending motions, Plaintiff requests an opportunity to discuss setting a trial date now, contingent on the outcome of summary judgment.

    For these reasons, Plaintiff respectfully asks that the Court set a status conference at its earliest convenience. We appreciate the Court's attention to this request.

<div style="margin-left: 50%">

Respectfully submitted,

/s/<u>Katie McCarthy</u>
Nick Brustin
Anna Benvenutti Hoffmann
Katie McCarthy
NEUFELD SCHECK BRUSTIN
HOFFMANN &
FREUDENBERGER, LLP
200 Varick Street, Suite 800

</div>

New York, New York 10014
(212) 965-9081
katie@nsbhf.com

*Counsel for Plaintiff Valentino Dixon*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered users of record.


Dated: November 21, 2025                                                 /s/ Katie McCarthy
                                                                                                Katie McCarthy